**UNITED STATED DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO.** |
| **VERSUS** | **21-242-SDD-EWD** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | |

**ORDER OF RECUSAL**

**IT IS ORDERED** that Magistrate Judge Erin Wilder-Doomes is **RECUSED** from this matter.

Signed in Baton Rouge, Louisiana, on April 27, 2021.

*Erin Wilder-Doomes*

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**