

# United States District Court
## MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Michael L. McConnell**  
**Clerk of Court**

Telephone: 225-389-3500  
Facsimile: 225-389-3501

April 27, 2021

Catherine E. Laskey  
Katie Lasky Law LLC  
900 Camp Street, Suite 439  
New Orleans, LA 70130

**RE:**  **3:21-CV-242-SDD-SDJ**  
Owens et al v. Louisiana State University, et al

<u>NOTICE</u>

A review of the record indicates Matthew B. Peters is listed as co-counsel for the Plaintiffs. Our records indicate he is currently not admitted to practice before the Middle District of Louisiana. As a result, he will not be allowed to sign or electronically file any pleadings or appear in court until admitted. If the attorney is a member of the Louisiana State Bar, please have them complete the admission packet located at https://www.lamd.uscourts.gov/BarAdmission. Otherwise, a Motion to Appear Pro Hac Vice must be filed by local counsel, in accordance with Local Rule 83(b)(8) and the $100.00 fee paid through the Case Management/Electronic Case Filing (CM/ECF) System.

If you have any questions, please feel free to call the Clerk's Office at 225-389-3500.

Sincerely,

Michael L. McConnell  
Clerk of Court

By: _Elisa Clement_  
Deputy Clerk