UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, SAMANTHA BRENNAN, CALISE RICHARDSON, JADE LEWIS, KENNAN JOHNSON, ELISABETH ANDRIES, JANE DOE, AND OTHER UNIDENTIFIED DOES,** *Plaintiffs* | Case No.: 3:21-cv-00242-SDD-EWD<br><br>Jury Demanded |
| v. | |
| **LOUISIANA STATE UNIVERSITY, et al.** *Defendants* | |

### *EX PARTE* MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83(b)(8), Endya Hash, a member of the bar of this Court, hereby moves for the admission of Elizabeth Abdnour to appear *pro hac vice* in the above-captioned matter, as co-counsel in the above-captioned matter. In consideration of this Motion, the following facts support her application:

Ms. Abdnour is a licensed attorney admitted to practice in the states of Michigan and Ohio. She is a member in good standing of the State Bars of Michigan and Ohio, and has been admitted to practicebefore the U.S. District Courts of the Eastern and Western Districts of Michigan, the Southern District of Ohio, and the District of Nebraska, as well as the United States Supreme Court.

Pursuant to Local Civil Rule 83(b)(8), a declaration under oath by Ms. Abdnour is attached here as Exhibit A swearing that no disciplinary proceedings or criminal charges have been instituted against her. That declaration also contains the oath required by Local Civil Rule 83(b)(8)(D).

Also pursuant to Local Civil Rule 83(b)(8), a Certificate of Good Standing from the Supreme Court of Michigan is attached to Ms. Abdnour's declaration.

Ms. Abdnour's contact information is as follows: Elizabeth Abdnour, Elizabeth Abdnour Law, PLLC, 1100 West Saginaw Street, Suite 4A-2, Lansing, Michigan 48915.

The undersigned local counsel understands that she will be responsible to the Court at all stages of the proceedings and that she must co-sign all documents filed in this matter.

Respectfully Submitted

*/s/ Endya L. Hash*
Catherine E. Lasky (La. Bar 28652)[1]
Matthew B. Peters (La. Bar 37514)
Endya L. Hash (La. Bar 38260)
Katie Lasky Law
900 Camp St. Suite 439
New Orleans, LA 70130
P: (504) 584-7336
F: (504) 375-2221
katie@katielaskylaw.com
matt@katielaskylaw.com
endya@katielaskylaw.com

[SIGNATURES CONTINUE ON FOLLOWING PAGE]

*Attorneys for Plaintiffs*

　　　　　　　　　　　　　　　　/s/ Elizabeth Abdnour
Elizabeth Abdnour (Michigan bar no. 78203, Ohio bar no. 0081795)
ELIZABETH ABDNOUR LAW, PLLC
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915
517-292-0067 phone
517-709-7700 fax
elizabeth@abdnour.com
*Attorneys for Plaintiffs*

3