# Exhibit A

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ABBY OWENS, SAMANTHA BRENNAN, CALISE RICHARDSON, JADE LEWIS, KENNAN JOHNSON, ELISABETH ANDRIES, JANE DOE, AND OTHER UNIDENTIFIED DOES,** *Plaintiffs* | **Case No.: 3:21-cv-00242**<br><br>Jury Demanded |

v.

**LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; TIGER ATHLETIC FOUNDATION; F. KING ALEXANDER in his official and personal capacity; ANGELO-GENE "A.G." MONACO, in his official and personal capacity; JOSEPH ALLEVA, in his official and personal capacity; VERGE AUSBERRY, in his official and personal capacity; MIRIAM SEGAR, in her official and personal capacity; SHARON LEWIS, in her official and personal capacity; KEAVA SOIL-CORMIER, in her official and personal capacity; JULIA SELL, in her official and personal capacity; MICHAEL SELL, in his official and personal capacity; JONATHAN SANDERS, in his official and personal capacity; TRACY BLANCHARD, in her official and personal capacity; JIM MARCHAND, in his official and personal capacity, JENNIE STEWART, in her official and personal capacity,**
*Defendants.*

## DECLARATION OF ELIZABETH ABDNOUR IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Elizabeth Abdnour of Lansing, Michigan, declare the following:

1.    I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

2.    No disciplinary proceedings or criminal charges have been instituted against me.

3.    I am a member in good standing of the bars of the States of Michigan and Ohio.

4.      I have also been admitted to practice before the U.S. District Courts of the Eastern and Western Districts of Michigan, the Southern District of Ohio, and the District of Nebraska, as well as the United States Supreme Court.

5.      A certificate of good standing from the Supreme Court of Michigan is attached to this declaration as Exhibit 1.

6.      I declare under penalty of perjury that the foregoing is true and correct. Furthermore, I do solemnly swear that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

_____
**ELIZABETH ABDNOUR**

**Exhibit 1**

## THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Elizabeth Kamm Abdnour*

was admitted to the practice of law in the courts of the State of Michigan on

*May 7, 2014*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date:  April 23, 2021

Clerk