UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, SAMANTHA BRENNAN, CALISE RICHARDSON, JADE LEWIS, KENNAN JOHNSON, ELISABETH ANDRIES, JANE DOE, AND OTHER UNIDENTIFIED DOES,<br>*Plaintiffs* | Case No.: 3:21-cv-00242-SDD-EWD<br><br>Jury Demanded |
| v. | |
| LOUISIANA STATE UNIVERSITY, et al.<br>*Defendants* | |

### ORDER

**CONSIDERING**, the *Ex Parte Motion for Admission Pro Hac Vice* filed by Endya Hash;

**IT IS HEREBY ORDERED**, that the *Ex Parte Motion for Admission Pro Hac Vice* is **GRANTED** and Elizabeth Abdnour (Michigan Bar No. 78203, Ohio Bar No. 0081795) is admitted to practice in this Court in the above-captioned case.

**SIGNED** the _____ day of May, in Baton Rouge, Louisiana.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT