UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, SAMANTHA BRENNAN, CALISE RICHARDSON, JADE LEWIS, KENNAN JOHNSON, ELISABETH ANDRIES, JANE DOE, AND OTHER UNIDENTIFIED DOES,** *Plaintiffs* | Case No.: 3:21-cv-00242-SDD-EWD<br><br>Jury Demanded |
| v. | |
| **LOUISIANA STATE UNIVERSITY, et al.** *Defendants* | |

### *EX PARTE* MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83(b)(8), Endya Hash, a member of the bar of this Court, hereby moves for the admission of Karen Truszkowski to appear *pro hac vice* in the above-captioned matter, as lead co-counsel. In consideration of this Motion, the following facts support her application:

Ms. Truszkowski is a licensed attorney admitted to practice in the state of Michigan. She is a member in good standing of the State Bar of Michigan, and has been admitted to practice before the U.S. District Courts of the Eastern and Western Districts of Michigan, and the District of Nebraska as well as the United States Supreme Court.

Pursuant to Local Civil Rule 83(b)(8), a declaration under oath by Ms. Truszkowski is attached here as Exhibit A swearing that no disciplinary proceedings or criminal charges have been instituted against her. That declaration also contains the oath required by Local Civil Rule 83(b)(8)(D).

Also pursuant to Local Civil Rule 83(b)(8), a Certificate of Good Standing from the Supreme Court of Michigan is attached to Ms. Truszkowski's declaration.

Ms. Truszkowski's contact information is as follows: Karen Truszkowski, Temperance Legal Group, PLLC, 503 Mall Court #131, Lansing, Michigan 48912..

The undersigned local counsel understands that she will be responsible to the Court at all stages of the proceedings and that she must co-sign all documents filed in this matter.

Respectfully Submitted

/s/ Endya L. Hash
Catherine E. Lasky (La. Bar 28652)[1]
Matthew B. Peters (La. Bar 37514)
Endya L. Hash (La. Bar 38260)
Katie Lasky Law
900 Camp St. Suite 439
New Orleans, LA 70130
P: (504) 584-7336
F: (504) 375-2221
katie@katielaskylaw.com
matt@katielaskylaw.com
endya@katielaskylaw.com

[SIGNATURES CONTINUE ON FOLLOWING PAGE]

*Attorneys for Plaintiffs*

          /s/ Karen Truszkowski
_____
Karen Truszkowski (Michigan Bar no. 56929)
TEMPERANCE LEGAL GROUP, PLLC
503 Mall Court #131
Lansing, MI 48912
844-534-2560 phone
800-531-6527 fax
karen@temperancelegalgroup.com
*Attorneys for Plaintiffs*