# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

OWENS, ET AL.

VERSUS

CIVIL ACTION

21-242-SDD-SDJ

LOUISIANA STATE UNIVERSITY, ET AL.

## ORDER

I hereby recuse myself from this matter.

Signed in Baton Rouge, Louisiana on May 5, 2021.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**