UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. | CIVIL ACTION |
| VERSUS | |
| LOUISIANA STATE UNIVERSITY, ET AL. | NO. 21-00242-BAJ-SDJ |

### ORDER OF RECUSAL

I hereby recuse myself from this matter.

Baton Rouge, Louisiana, this 5th day of May, 2021

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA