UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. | |
| | CIVIL ACTION |
| VERSUS | |
| | NO. 21-242-UNA-SDJ |
| LOUISIANA STATE UNIVERSITY, ET AL. | |

## EN BANC ORDER

Pursuant to 28 U.S.C. § 455(a), all the district judges of this Court have been recused from this proceeding. Considering the Honorable Susie Morgan of the Eastern District of Louisiana is currently designated to hear matters filed within the Middle District of Louisiana, and with her consent,

It is hereby **ORDERED** that this matter is transferred to the Honorable Susie Morgan of the Eastern District of Louisiana.

Baton Rouge, Louisiana, this __19th__ day of May 2021.

_____
**SHELLY D. DICK, CHIEF JUDGE
FOR THE EN BANC COURT**