UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. | CIVIL ACTION NO.: 3:21-cv-00242 |
| Plaintiffs, | SECTION |
| VERSUS | JUDGE: SHELLY D. DICK |
| LOUISIANA STATE UNIVERSITY, et al. | MAGISTRATE: SCOTT D. JOHNSON |
| Defendants. | |

## TIGER ATHLETIC FOUNDATION'S NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Judy Y. Barrasso, Laurence ("Lon") D. LeSueur, Jr., Chloé M. Chetta, and Lance W. Waters, of the law firm Barrasso Usdin Kupperman Freeman & Sarver, L.L.C., appear in the above-entitled and numbered proceeding as counsel of record for Tiger Athletic Foundation ("TAF"), and request that all notices given and all papers to be served in this case be served, whether electronically or otherwise, on undersigned counsel of record. In so appearing, TAF reserves its rights and defenses, including objections to service, jurisdiction, and/or venue, as well as all rights and defenses related to the merits of this litigation.

Respectfully submitted,

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 02814
Laurence D. LeSueur, Jr. 35206
Chloé M. Chetta, 37070
Lance W. Waters, 37351
Barrasso Usdin Kupperman
 Freeman & Sarver, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, LA  70112
Telephone:  (504) 589-9700
Facsimile:   (504) 589-9701
jbarrasso@barrassousdin.com
llesueur@barrassousdin.com
cchetta@barrassousdin.com
lwaters@barrassousdin.com
*Counsel for Tiger Athletic Foundation*

{1787141 }