UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.,                            CIVIL ACTION
    Plaintiff

VERSUS                                             NO. 21-242

LOUISIANA STATE UNIVERSITY, ET AL.,
    Defendants

## ORDER

I hereby recuse myself from the above-captioned proceedings.

New Orleans, Louisiana, this 24th day of May, 2021.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

1