# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. | CIVIL ACTION |
| VERSUS | |
| LOUISIANA STATE UNIVERSITY, ET AL. | NO. 21-242-UNA-SDJ |

## EN BANC ORDER

On May 24, 2021 the Honorable Susie Morgan of the Eastern District of Louisiana entered an *Order of Recusal* in the above-titled matter.

Additionally, pursuant to 28 U.S.C. § 455(a), all the district judges of this Court have also previously been recused from this proceeding.

Considering the Honorable Wendy Vitter of the Eastern District of Louisiana is currently designated to hear matters filed within the Middle District of Louisiana, and with her consent,

It is hereby **ORDERED** that this matter is transferred to the Honorable Wendy Vitter of the Eastern District of Louisiana.

Baton Rouge, Louisiana, this 25th day of May 2021.

_____
**SHELLY D. DICK, CHIEF JUDGE**
**FOR THE EN BANC COURT**