UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. | CIVIL ACTION NO.: 3:21-cv-00242 |
| Plaintiffs, | SECTION |
| VERSUS | JUDGE VITTER |
| LOUISIANA STATE UNIVERSITY, et al. | MAGISTRATE JUDGE JOHNSON |
| Defendants. | |

## ORDER

Considering the Motion to Enroll Counsel of Record filed by defendant Tiger Athletic Foundation;

**IT IS ORDERED** that Laurence D. LeSueur, Jr. (Bar No. 35206) of Barrasso Usdin Kupperman Freeman & Sarver, LLC, 909 Poydras Street, Suite 2350, New Orleans, Louisiana 70112, Telephone: (504) 589-9700, Facsimile: (504) 589-9701, is enrolled as counsel of record for Tiger Athletic Foundation in this proceeding.

Baton Rouge, Louisiana, this ___ day of _____, 2021.

_____
J U D G E

*1787853_1*