UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. | CIVIL ACTION NO.: 3:21-cv-00242 |
| Plaintiffs, | SECTION |
| VERSUS | JUDGE VITTER |
| LOUISIANA STATE UNIVERSITY, et al. | MAGISTRATE JUDGE JOHNSON |
| Defendants. | |

**TIGER ATHLETIC FOUNDATION'S**
**MOTION TO ENROLL COUNSEL OF RECORD**

Defendant Tiger Athletic Foundation ("TAF") respectfully asks that Lance W. Waters (Bar No. 37351) of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C., 909 Poydras Street, Suite 2350, New Orleans, Louisiana 70112, Telephone: (504) 589-9700, Facsimile: (504) 589-9701, be enrolled as counsel for TAF in the above-referenced matter. In so enrolling, TAF reserves its rights and defenses, including objections to service, jurisdiction, and/or venue, as well as all rights and defenses related to the merits of this litigation.

Respectfully submitted,

*/s/ Lance W. Waters*
Lance W. Waters, 37351
Barrasso Usdin Kupperman
 Freeman & Sarver, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, LA 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701
jbarrasso@barrassousdin.com

*Counsel for Tiger Athletic Foundation*

1787857_1