# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                     **CIVIL ACTION**

**VERSUS**                                 **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

## ORDER

Considering Tiger Athletic Foundation's Four Motions to Enroll Counsel of Record (R. Docs. 17, 18, 19, 20);

**IT IS HEREBY ORDERED** that the Motions are **GRANTED**. Judy Y. Barrasso (La. Bar No. 2814), Chloe M. Chetta (La. Bar No. 37070), Laurence D. LeSueur, Jr. (La. Bar No. 35206), and Lance W. Waters (La. Bar No. 37351), all of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, LLC, shall be enrolled as counsel of record for defendant, Tiger Athletic Foundation, with Judy Y. Barrasso listed as lead counsel.

New Orleans, Louisiana, May 28, 2021.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**