**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

ABBY OWENS, et al.                                    Case No.: 3:21-cv-00242
*Plaintiffs*

v.                                                     Class Action

LOUISIANA STATE UNIVERSITY, et al.
*Defendants*                                           Jury Demanded

### AFFIDAVIT OF SERVICE

PARISH OF ORLEANS
STATE OF LOUISIANA

  **BEFORE ME**, the undersigned authority personally came and appeared:

### CATHERINE E. LASKY

who, upon being duly sworn, did depose and state that:

1. She is an attorney with the law firm Katie Lasky Law, LLC, which represents the Plaintiffs, Abby Owens, et al. in this matter.

2. On July 1, 2021, my office engaged the services of Capital Process Service, LLC to effect service of process on defendant Louisiana State University.

3. The complaint and summons were hand delivered by Tom Cassisa and Paul Cassisa, Process Servers, to:
   a. Louisiana State University through Ms. Melissa Harris, Director, Office of Risk Management, State of Louisiana on July 2, 2021;
   b. Louisiana State University through Attorney General Jeffrey Landry, Louisiana Department of Justice, via Michelle Boutte, Paralegal and Authorized Employee on July 2, 2021; and
   c. Louisiana State University through Mr. Robert S. Dampf, Chair of the Board of Supervisors, via Tina Coviere, Paralegal and Authorized Employee on July 7, 2021.

4. The Proof of Service forms evidencing delivery were executed by Tom Cassisa and Paul Cassisa and are attached hereto.

5. The service date for Louisiana State University is July 7, 2021.

_____
Catherine E. Lasky

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 13th DAY OF
JULY 2021

_____
Endya Hash
NOTARY PUBLIC



ENDYA LYNN HASH
Notary Public
State of Louisiana
Orleans Parish
Notary ID # 156660
My Commission is for Life