AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

ABBY OWENS, SAMANTHA BRENNAN, CALISE RICHARDSON, JADE LEWIS, KENNAN JOHNSON, ELISABETH ANDRIES, JANE DOE, ASHLYN ROBERTSON, CORINN HOVIS, et al.

*Plaintiff(s)*

v.

LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, et al.

*Defendant(s)*

Civil Action No. 21-cv-00242-WBV-SDJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Board of Supervisors of Louisiana State University and Agricultural and Mechanical College

Through Louisiana Attorney General Jeff Landry
Louisiana Department of Justice
1885 North Third Street
Baton Rouge, LA 70802

Through Mr. Robert S. Dampf
Chair of the Board of Supervisors
3810 West Lakeshore Drive
Baton Rouge, LA 70808

Through Ms. Melissa Harris, Director
Office of Risk Management, State of Louisiana
1201 N. Third Street, Suite G-192
Baton Rouge, LA 70802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Catherine E. Lasky
Katie Lasky Law
900 Camp St. Suite 439
New Orleans, LA 70130
(504) 584-7336
katie@katielaskylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Michael L. McConnell
*CLERK OF COURT*



Date  June 29, 2021

Elisa Clement
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-CV-00242-WBV-SDJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Board of Supervisors LSU through Office of Risk Mgmt..
was received by me on *(date)* 07/01/2021

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Melissa Harris Director, Office of Risk Mgt., personally who is designated by law to accept service of process on behalf of *(name of organization)* Board of Sup., LSU, Office of Risk Mgmt. 1201 N. Third St., G-192, Baton Rouge, LA 70802 at 11:25 AM on *(date)* 07/02/2021; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 176.50 for services, for a total of $ 176.50

I declare under penalty of perjury that this information is true.

Date: 07/02/2021

*Server's signature* — Tom Cassisa

Tom Cassisa, Process Server
*Printed name and title*

CAPITAL PROCESS SERVICE, LLC
5916 South Shore Dr., Baton Rouge, LA 70817
225-756-2537  www.BatonRougeProcessServer.com
*Server's address*

Additional information regarding attempted service, etc:

Fee include a printing charge.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| ABBY OWENS, SAMANTHA BRENNAN, CALISE RICHARDSON, JADE LEWIS, KENNAN JOHNSON, ELISABETH ANDRIES, JANE DOE, ASHLYN ROBERTSON, CORINN HOVIS, et al.<br><br>*Plaintiff(s)*<br><br>v.<br><br>LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, et al.<br><br>*Defendant(s)* | Civil Action No. 21-cv-00242-WBV-SDJ |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Board of Supervisors of Louisiana State University and Agricultural and Mechanical College

Through Louisiana Attorney General Jeff Landry
Louisiana Department of Justice
1885 North Third Street
Baton Rouge, LA 70802

Through Mr. Robert S. Dampf
Chair of the Board of Supervisors
3810 West Lakeshore Drive
Baton Rouge, LA 70808

Through Ms. Melissa Harris, Director
Office of Risk Management, State of Louisiana
1201 N. Third Street, Suite G-192
Baton Rouge, LA 70802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Catherine E. Lasky
Katie Lasky Law
900 Camp St. Suite 439
New Orleans, LA 70130
(504) 584-7336
katie@katielaskylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Michael L. McConnell
CLERK OF COURT

Date   June 29, 2021

*Elisa Clement*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-CV-00242-WBV-SDJ

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Board of Supervisors, LSU through LA Atty Gen. Jeff Landry

was received by me on *(date)* 07/01/2021.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Michelle Boutte, Authorized Employee of Jeff Landry, who is designated by law to accept service of process on behalf of *(name of organization)* Board of Sup., LSU, Atty Gen Landry, 1885 N. Third St., Baton Rouge, LA 70802 at 11:55 AM on *(date)* 07/02/2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 176.50 for services, for a total of $ 176.50

I declare under penalty of perjury that this information is true.

Date: 07/02/2021

*Server's signature* Tom Cassisa

Tom Cassisa, Process Server
*Printed name and title*

CAPITAL PROCESS SERVICE, LLC
5916 South Shore Dr., Baton Rouge, LA 70817
225-756-2537   www.BatonRougeProcessServer.com
*Server's address*

Additional information regarding attempted service, etc:

Fee include a printing charge.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| ABBY OWENS, SAMANTHA BRENNAN, CALISE RICHARDSON, JADE LEWIS, KENNAN JOHNSON, ELISABETH ANDRIES, JANE DOE, ASHLYN ROBERTSON, CORINN HOVIS, et al.<br><br>*Plaintiff(s)*<br><br>v.<br><br>LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  21-cv-00242-WBV-SDJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Board of Supervisors of Louisiana State University and Agricultural and Mechanical College

Through Louisiana Attorney General Jeff Landry
Louisiana Department of Justice
1885 North Third Street
Baton Rouge, LA 70802

Through Mr. Robert S. Dampf
Chair of the Board of Supervisors
3810 West Lakeshore Drive
Baton Rouge, LA 70808

Through Ms. Melissa Harris, Director
Office of Risk Management, State of Louisiana
1201 N. Third Street, Suite G-192
Baton Rouge, LA 70802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Catherine E. Lasky
Katie Lasky Law
900 Camp St. Suite 439
New Orleans, LA 70130
(504) 584-7336
katie@katielaskylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Michael L. McConnell
*CLERK OF COURT*

Date   June 29, 2021

Elisa Clement
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-CV-00242-WBV-SDJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Board of Supervisors of LSU through Chair Dampf

was received by me on *(date)* 07/01/2021

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Tina Coviere, Paralegal & Authorized Employee , who is
designated by law to accept service of process on behalf of *(name of organization)* Board of Sup., LSU Chair Dampf,
3810 W. Lakeshore Dr., Baton Rouge, LA 70808 at 9:27 AM on *(date)* 07/07/2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 0.00 for travel and $ 176.50 for services, for a total of $ 176.50

I declare under penalty of perjury that this information is true.

Date: 07/07/2021

*Paul R. Cassisa*
Server's signature

Paul R. Cassisa, Process Server
Printed name and title

CAPITAL PROCESS SERVICE, LLC
5916 South Shore Dr., Baton Rouge, LA 70817
225-756-2537   www.BatonRougeProcessServer.com
Server's address

Additional information regarding attempted service, etc:

Fee include a printing charge.