## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. | CIVIL ACTION NO. 3:21-CV-00242 |
| VERSUS | JUDGE WENDY B. VITTER |
| LOUISIANA STATE UNIVERSITY, ET AL. | MAGISTRATE JUDGE SCOTT D. JOHNSON |

### EX PARTE MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

NOW INTO COURT, through undersigned counsel, comes defendant Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (the "Board"), who without waiving any defenses or objections, respectfully moves this Court for a twenty-one day extension of time to file responsive pleadings to plaintiffs' Amended Complaint (R. Doc. 22). The Board's responsive pleading is currently due on July 28, 2021. Pursuant to Local Civil Rule 7(a), the Board certifies that it has filed no previous extensions of time to plead nor have plaintiffs filed in the record any objection to an extension of time.

WHEREFORE, defendant Board of Supervisors of Louisiana State University and Agricultural and Mechanical College pray that this Court grant the foregoing motion and permit the Board an extension of twenty-one days within which to file responsive pleadings, through and including August 18, 2021.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:  */s/ Susan W. Furr*
Susan W. Furr Bar Roll No.  19582
Karleen J. Green Bar Roll No.  25119
Shelton Dennis Blunt Bar Roll No. 21230

1

PD.34728582.1

>Michael B. Victorian Bar Roll No. 36065
>Molly C. McDiarmid Bar Roll No. 36426
>*Special Assistant Attorney General*
>II City Plaza | 400 Convention Street, Suite 1100
>Baton Rouge, Louisiana 70802
>Telephone: 225 346 0285
>Facsimile: 225 381 9197
>Email: susie.furr@phelps.com
>Email: karleen.green@phelps.com
>Email: dennis.blunt@phelps.com
>Email: michael.victorian@phelps.com
>Email: molly.mcdiarmid@phelps.com
>
>ATTORNEYS FOR BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on July 27, 2021, with the Court's CM/ECF system, which will electronically send a copy of the same to all counsel of record.

>*/s/ Susan W. Furr*
>Attorney for Defendant