**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE SCOTT D. JOHNSON** |

## ORDER

CONSIDERING THE FOREGOING Ex Parte Motion for Extension of Time to File Responsive Pleadings,

IT IS ORDERED that the Motion is GRANTED. The deadline to file responsive pleadings for the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College is extended through and including August 18, 2021.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
The Honorable Wendy B. Vitter