UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **Abby Owens, et al.** <br> *Plaintiff* | **Case No.: 3:21-cv-00242-WBV-SDJ** |
| **v.** | **Class Action** |
| **Louisiana State University, et al.** <br> *Defendant* | **Jury Demanded** |

### *EX PARTE* MOTION TO EXTEND DEADLINE FOR FILING RICO CASE STATEMENT

Plaintiffs Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, Sarah Beth Kitch, and other unidentified Does, individually and on behalf of other similarly situated students, through undersigned counsel, pursuant to Local Rule 7(a), respectfully move this Court for a twenty-one (21) day extension for Plaintiffs to file a RICO Case Statement. On July 28th, 2021, the Court ordered Plaintiffs to file a RICO Case Statement no later than August 17th, 2021 (Doc. 48). Because of the number of RICO Defendants and the complex nature of this action, Plaintiffs request a twenty-one (21) day extension to file their RICO Case Statement no later than September 7th, 2021. No previous extensions of time to file a RICO Case Statement have been requested in this case.

On August 2, 2021, Plaintiffs' counsel emailed counsel for all RICO Defendants that have already been served with the complaint of Plaintiffs' intention to file this Motion. After further correspondence with certain parties, Plaintiffs have consented to a twenty-one (21) day extension of time for each RICO Defendant to file pleadings responsive to Plaintiffs' Amended Complaint.[1] Plaintiffs have received no objection to this Motion.

---

[1] For clarity, RICO Defendants include Tiger Athletic Foundation, F. King Alexander, Joe Alleva, Verge Ausberry, Miriam Segar, Sharon Lewis, Keava Soil-Cormier, Julia Sell, Michael Sell, Jonathan Sanders,

1

**WHEREFORE**, Plaintiffs respectfully request that they be granted a twenty-one (21) day extension to file a RICO Case Statement no later than September 7, 2021. Plaintiffs further request that RICO Defendants are granted a twenty-one (21) day extension to file their respective responsive pleadings.

        Respectfully Submitted

        */s/Catherine E. Lasky*
        Catherine E. Lasky (La. Bar 28652)
        Endya L. Hash (La. Bar 38260)
        Katie Lasky Law
        900 Camp St. Suite 439
        New Orleans, LA 70130
        P: (504) 584-7336
        F: (504) 375-2221
        katie@katielaskylaw.com
        endya@katielaskylaw.com

        Karen Truszkowski
        *Pro Hac Vice*
        TEMPERANCE LEGAL GROUP, PLLC
        503 Mall Court #131
        Lansing, MI 48912
        Telephone: (844) 534-2560
        Fax: (800) 531-6527
        Email: karen@temperancelegalgroup.com

        Elizabeth K. Abdnour
        *Pro Hac Vice*
        ELIZABETH ABDNOUR LAW, PLLC
        1100 W. Saginaw St., Ste. 4A-2
        Lansing, MI 48915
        Telephone: (517) 292-0067
        Fax: (517) 709-7700
        Email: elizabeth@abdnour.com

        *Attorneys for Plaintiffs*

---

Tracey Blanchard, Mari Fuentes-Martin, Jennie Stewart, Angelo-Gene "A.G." Monaco, Jim Marchand, Edward Orgeron, Jr, and "O" The Rosy Finch Boyz, LLC. Mari Fuentes-Martin, Edward Orgeron, Jr, and "O" The Rosy Finch Boyz, LLC have not yet been served, thus were not contacted prior to filing.