UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **Abby Owens, et al.**  *Plaintiff* | Case No.: 3:21-cv-00242-WBV-SDJ |
| v. | **Class Action** |
| **Louisiana State University, et al.**  *Defendant* | **Jury Demanded** |

### ORDER

Considering the foregoing Motion to Extend Deadline to File RICO Case Statement,

**IT IS ORDERED** that Plaintiffs' Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, Sarah Beth Kitch, and other unidentified Does, individually and on behalf of other similarly situated students, Motion to Extend Deadline to File RICO Case Statement is hereby **GRANTED**. Plaintiffs shall file a RICO case statement no later than September 7, 2021.

**FURTHER ORDERED** that the following Defendants are granted a twenty-one (21) day extension to file their respective responsive pleadings: Tiger Athletic Foundation, F. King Alexander, Joe Alleva, Verge Ausberry, Miriam Segar, Sharon Lewis, Keava Soil-Cormier, Julia Sell, Michael Sell, Jonathan Sanders, Tracey Blanchard, Mari Fuentes-Martin, Jennie Stewart, Angelo-Gene "A.G." Monaco, Jim Marchand, Edward Orgeron, Jr, and "O" The Rosy Finch Boyz, LLC.

_____
Honorable Wendy B. Vitter