UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                                **CIVIL ACTION**

**VERSUS**                                            **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

## ORDER

Considering the *Ex Parte* Motion to Extend Deadline for Filing RICO Case Statement (R. Doc. 51);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED in part** and **DENIED in part**. The Motion is **GRANTED** to the extent that Plaintiffs seek an extension of their deadline to file a RICO case statement in accordance with the Court's RICO Order (R. Doc. 48), and Plaintiffs shall have an additional 21 days, or until **September 7, 2021**, to file their RICO case statement. The Motion is **DENIED** to the extent that Plaintiffs request an extension of time "for each RICO Defendant to file pleadings responsive to Plaintiffs' Amended Complaint." (R. Doc. 51 at p. 1). Any request for an extension of time to file responsive pleadings must be filed by the party requesting the extension.

New Orleans, Louisiana, August 10, 2021.

*[signature: Wendy B. Vitter]*

**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**