UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. | CIVIL ACTION NO.: 3:21-cv-00242 |
| Plaintiffs, | SECTION |
| VERSUS | JUDGE VITTER |
| LOUISIANA STATE UNIVERSITY, et al. | MAGISTRATE JUDGE JOHNSON |
| Defendants. | |

### DEFENDANTS' JOINT CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND

With plaintiffs' consent, defendants F. King Alexander, Joseph Alleva, Verge Ausberry, Tracy Blanchard, Sharon Lewis, James Marchand, Angelo-Gene "A.G." Monaco, Jonathan Sanders, Miriam Segar, Julia Sell, Michael Sell, Keava Soil-Cormier, Jennie Stewart, and Tiger Athletic Foundation respectfully ask this Court for an extension of time until September 28, 2021, to file responsive pleadings.

On July 28, this Court ordered plaintiffs to file a RICO statement identifying the specific facts underlying their RICO claims.[1]  Plaintiffs have since obtained an extension until September 7, to file that pleading,[2] but the foregoing defendants have response deadlines on or before then.  So as not to waste judicial resources by filing pleadings that will be amended or supplemented after plaintiffs file their RICO statement, defendants ask the Court to allow them until September 28 to respond.

In further support of this motion, defendants certify, according to MDLA Local Rule 7(a), that this is their first request for an extension and plaintiffs' counsel consented to this request both

---

[1]   R. Doc. 48.

[2]   R. Doc. 54.

over the phone and in writing on August 11.  Accordingly, this Court should grant this motion and allow defendants F. King Alexander, Joseph Alleva, Verge Ausberry, Tracy Blanchard, Sharon Lewis, James Marchand, Angelo-Gene "A.G." Monaco, Jonathan Sanders, Miriam Segar, Julia Sell, Michael Sell, Keava Soil-Cormier, Jennie Stewart, and Tiger Athletic Foundation until September 28, 2021 to file responsive pleadings.

Respectfully submitted,

*/s/ Chloé M. Chetta*
Judy Y. Barrasso, 02814
Laurence D. LeSueur, Jr., 35206
Chloé M. Chetta, 37070
Lance W. Waters, 37351
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, LA  70112
Telephone:  (504) 589-9700
jbarrasso@barrassousdin.com
llesueur@barrassousdin.com
cchetta@barrassousdin.com
lwaters@barrassousdin.com

*Counsel for Defendant Tiger Athletic Foundation*

JEFF LANDRY
ATTORNEY GENERAL
*/s/ Michael A. Patterson*
**MICHAEL A. PATTERSON** (#10373)
**S. BROOKE BARNETT-BERNAL** (#31031)-T.A.
**SETH F. LAWRENCE** (38316)
*Special Assistant Attorneys General*
LONG LAW FIRM, L.L.P.
1800 City Farm Drive, Building 6
Baton Rouge, LA 70806
Telephone: (225) 922-5110
map@longlaw.com
bbb@longlaw.com
sfl@longlaw.com

*Attorneys for Joseph "Joe" Alleva*

JEFF LANDRY
ATTORNEY GENERAL
BY: */s/WAYNE T. STEWART*
**ALEJANDRO "AL" R. PERKINS, Bar #30288**
**WAYNE T. STEWART, Bar #30964**
**EVAN M. ALVAREZ, Bar #31596**
Special Assistant Attorneys General
2431 S. Acadian Thruway, Suite 600
Baton Rouge, Louisiana  70808
Telephone: (225) 923-3462
aperkins@hamsil.com
ealvarez@hamsil.com

*Counsel for Defendant F. KING ALEXANDER*

JEFF LANDRY
ATTORNEY GENERAL
By: */s/ Darren A. Patin*
**DARREN A. PATIN, #23244**
Special Assistant Attorney General
One Galleria Boulevard, Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
dpatin@hmhlp.com

*Counsel for Defendant, Verge Ausberry*

JEFF LANDRY
ATTORNEY GENERAL
BY: */s/ Mark R. Pharr, III*
**Mark R. Pharr, III (21019)**
**Lindsay M. Young, (31261)**
Special Assistant Attorneys General
328 Settlers Trace Blvd.
Lafayette, LA 70508
Telephone: (337) 735-1760
mpharr@gjtbs.com
lmeador@gallowayjohnson.com

*Counsel for Defendants, Jonathan Sanders and Tracey Blanchard*


JEFF LANDRY
ATTORNEY GENERAL
*/s/ Dennis J. Phayer*
Dennis J. Phayer, 10408
Sylvia M. Zarzeka, 38451
Special Assistant Attorney General
BURGLASS & TANKERSLEY, LLC
5213 Airline Drive
Metairie, LA 70001
Tel: (504) 836-0412
dphayer@burglass.com
szarzeka@burglass.com

*Counsel for Defendants, Jennie Stewart, A.G. Monaco and James Marchand*


JEFF LANDRY
ATTORNEY GENERAL
By: */s/ Sidney W. Degan, III*
**SIDNEY W. DEGAN, III (#04804)**
**KEITH A. KORNMAN (#23169)**
Special Assistant Attorneys General
DEGAN, BLANCHARD & NASH
400 Poydras Street, Suite 2600
New Orleans, LA 70130
Telephone: (504) 529-3333
sdegan@degan.com
kkornman@degan.com

***Attorneys for Defendants,***
***Julia Sell and Michael Sell***

JEFF LANDRY
ATTORNEY GENERAL
*/s/ Renee Culotta*
Renee Culotta (La. Bar No. 24436)
Benjamin M. Castoriano (La. Bar No. 31093)
Special Assistant Attorneys General
Frilot L.L.C.
1100 Poydras Street, Ste. 3700
New Orleans, LA 70163
Telephone: (504) 599-8085
rculotta@frilot.com
bcastoriano@frilot.com

*Attorneys for Defendant Sharon Lewis*

JEFF LANDRY
ATTORNEY GENERAL
**SHOWS, CALI & WALSH, L.L.P.**
*/s/ Mary Ann White*
John C. Walsh (LA 24903)
Jeffrey K. Cody (LA 28536)
Mary Ann White (LA 29020) (*Lead Counsel*)
628 St. Louis Street (70802)
P.O. Box 4425
Baton Rouge, LA 70821-4425
Telephone: (225) 346-1461
john@scwllp.com
jeffreyc@scwllp.com
maryannw@scwllp.com
Special Assistant Attorneys General

***Counsel for Defendant, Miriam Segar***

JEFF LANDRY
ATTORNEY GENERAL
*/s/ John Nicherson Chappuis*
John N. Chappuis (#4039)
Lamont P. Domingue (#20787)
Beau Anthony LeBlanc (#32549)
Special Assistant Attorneys General
700 St. John Street / P.O. Box 3527
Lafayette, LA 70502-3527
Telephone: (337) 232-9700
jnc@volalaw.com
lpd@volalaw.com
bal@volalaw.com

*Attorneys for Keava Soil-Cormier*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. | CIVIL ACTION NO.: 3:21-cv-00242 |
| Plaintiffs, | SECTION |
| VERSUS | JUDGE VITTER |
| LOUISIANA STATE UNIVERSITY, et al. | MAGISTRATE JUDGE JOHNSON |
| Defendants. | |

**ORDER**

Considering defendants F. King Alexander, Joseph Alleva, Verge Ausberry, Tracy Blanchard, Sharon Lewis, James Marchand, Angelo-Gene "A.G." Monaco, Jonathan Sanders, Miriam Segar, Julia Sell, Michael Sell, Keava Soil-Cormier, Jennie Stewart and Tiger Athletic Foundation's Joint Consent Motion for Extension of Time to Respond;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and F. King Alexander, Joseph Alleva, Verge Ausberry, Tracy Blanchard, Sharon Lewis, James Marchand, Angelo-Gene "A.G." Monaco, Jonathan Sanders, Miriam Segar, Julia Sell, Michael Sell, Keava Soil-Cormier, Jennie Stewart, and Tiger Athletic Foundation have until **September 28, 2021**, to file responsive pleadings.

New Orleans, Louisiana, this ____ day of _____, 2021.

WENDY B. VITTER
UNITED STATES DISTRICT JUDGE

*1799121_1*