UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **Abby Owens, et al.**<br>*Plaintiff* | Case No.: 3:21-cv-00242-WBV-SDJ |
| v. | Class Action |
| **Louisiana State University, et al.**<br>*Defendant* | Jury Demanded |

### *EX PARTE* MOTION TO ENROLL COUNSEL OF RECORD

Plaintiffs' Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, Sarah Beth Kitch, and other unidentified Does, individually and on behalf of other similarly situated students, through undersigned counsel, respectfully move to enroll Matthew B. Peters (La. Bar Roll No. 37514), a member admitted to practice before this court, of the law firm Katie Lasky Law as additional counsel of record in this matter for Plaintiffs.

Plaintiffs respectfully request that the Court grant this motion and permit the additional enrollment of counsel, as requested herein.

*/s/Catherine E. Lasky*
Catherine E. Lasky (La. Bar 28652)
Endya L. Hash (La. Bar 38260)
Katie Lasky Law
619 Homedale St.
New Orleans, LA 70124
P: (504) 584-7336
F: (504) 375-2221
katie@katielaskylaw.com
endya@katielaskylaw.com

Karen Truszkowski
*Pro Hac Vice*
Temperance Legal Group, PLLC
503 Mall Court #131
Lansing, MI 48912
Telephone: (844) 534-2560
Fax: (800) 531-6527
Email: karen@temperancelegalgroup.com

Elizabeth K. Abdnour
*Pro Hac Vice*
Elizabeth Abdnour Law, PLLC
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915
Telephone: (517) 292-0067
Fax: (517) 709-7700
Email: elizabeth@abdnour.com

*Attorneys for Plaintiffs*