## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE SCOTT D. JOHNSON** |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

NOW INTO COURT, through undersigned counsel, come defendants Louisiana State University ("LSU") and the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (the "Board")[1], who without waiving any defenses or objections, respectfully move this Court for a twenty-one day extension of time to file responsive pleadings to plaintiffs' Amended Complaint (R. Doc. 22).

The responsive pleading deadline for the Board and LSU is currently August 18, 2021. The Court granted plaintiffs' request for an extension to file a RICO case statement, now due on or before September 7, 2021. (R. Doc. 54)  The Board and LSU respectfully request a twenty-one day extension to file responsive pleadings, through and including September 28, 2021, so that they may review plaintiffs' RICO case statement prior to filing responsive pleadings on plaintiff's state RICO and civil conspiracy claims. Undersigned counsel has conferred with plaintiffs' counsel, and this motion is unopposed.

WHEREFORE, defendants Louisiana State University and Board of Supervisors of Louisiana State University and Agricultural and Mechanical College pray that this Court grant the

---

[1] The Board, not LSU, has the capacity to sue and be sued under Federal Rule of Civil Procedure 17(b)(3). Accordingly, LSU is not a proper defendant.  Nevertheless, out of an abundance of caution, the Board is filing this motion on behalf of itself and LSU.

1

PD.34921738.1

foregoing motion and permit the Board and LSU an extension within which to file responsive pleadings, through and including September 28, 2021.

                                  Respectfully submitted,

                                  **JEFF LANDRY**
                                  **ASSISTANT ATTORNEY GENERAL**

                                BY:   */s/ Susan W. Furr*
                                        Susan W. Furr Bar Roll No.  19582
                                        Karleen J. Green Bar Roll No.  25119
                                        Shelton Dennis Blunt Bar Roll No. 21230
                                        Michael B. Victorian Bar Roll No. 36065
                                        Molly C. McDiarmid Bar Roll No. 36426
                                        *Special Assistant Attorneys General*
                                        II City Plaza | 400 Convention Street, Suite 1100
                                        Baton Rouge, Louisiana 70802
                                        Telephone: 225 346 0285
                                        Facsimile: 225 381 9197
                                        Email: susie.furr@phelps.com
                                        Email: karleen.green@phelps.com
                                        Email: dennis.blunt@phelps.com
                                        Email: michael.victorian@phelps.com
                                        Email: molly.mcdiarmid@phelps.com

                                        ATTORNEYS FOR LOUISIANA STATE
                                        UNIVERSITY AND THE BOARD OF
                                        SUPERVISORS OF LOUISIANA STATE
                                        UNIVERSITY AND AGRICULTURAL AND
                                        MECHANICAL COLLEGE

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on August 16, 2021, with the Court's CM/ECF system, which will electronically send a copy of the same to all counsel of record.

                                        */s/ Susan W. Furr*
                                        Susan W. Furr