**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO.  3:21-CV-00242** |
| | **JUDGE WENDY B. VITTER** |
| **VERSUS** | |
| | **MAGISTRATE JUDGE SCOTT D. JOHNSON** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | |

**ORDER**

CONSIDERING THE FOREGOING Unopposed Motion for Extension of Time to File Responsive Pleadings,

IT IS ORDERED that the Motion is GRANTED.  The deadline to file responsive pleadings for Louisiana State University and the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College is extended through and including September 28, 2021.

_____
DISTRICT JUDGE

3

PD.34921738.1