UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.                                CIVIL ACTION NO.:

VERSUS                                             21-242-WBV-SDJ

LOUISIANA STATE UNIVERSITY, ET AL.

## MOTION TO ENROLL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Edward J. Orgeron, Jr., who respectfully moves this Honorable Court to enroll Stephanie B. Laborde and Benjamin M. Chapman of the law firm of Milling Benson Woodward, L.L.P., 6421 Perkins Road, Building B, Suite B, Baton Rouge, Louisiana 70808, as counsel of record in this matter on his behalf.

WHEREFORE, after due consideration is had, Edward J. Orgeron, Jr. respectfully requests that his Motion to Enroll Counsel of Record be granted.

Respectfully submitted,

JEFF LANDRY
ATTORNEY GENERAL

/s/ Stephanie B. Laborde
Stephanie B. Laborde (#20908)
Benjamin M. Chapman (#28325)
Special Assistant Attorneys General
**Milling Benson Woodward, LLP**
6421 Perkins Road, Building B, Suite B
Baton Rouge, Louisiana 70802
Telephone: (225) 291-7300
Facsimile: (225) 291-4524
slaborde@millinglaw.com
bchapman@millinglaw.com

*Attorneys for Edward J. Orgeron, Jr.*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing has been electronically filed with the United States District Court via the Court's CM/ECF system on August 18, 2021, and Notice of Electronic Filing sent to all interested parties by operation of same.

*/s/ Stephanie B. Laborde*