UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.                        CIVIL ACTION NO.:

VERSUS                                    21-242-WBV-SDJ

LOUISIANA STATE UNIVERSITY, ET AL.

## ORDER

**IT IS HEREBY ORDERED** that the *Motion to Enroll Counsel of Record* filed by Defendant, Edward J. Orgeron, Jr., be and hereby is **GRANTED**.

**IT IS FURTHER ORDERED** that Stephanie B. Laborde and Benjamin M. Chapman of the law firm Milling Benson Woodward, LLP, be and hereby are enrolled as counsel of record for Defendant, Edward J. Orgeron, Jr., in the above captioned and numbered matter.

**THUS DONE AND SIGNED** on the _____ day of August, 2021, at Baton Rouge, Louisiana.

_____
**HONORABLE WENDY VITTER**
**JUDGE**