THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

COMES NOW Defendant Maria Fuentes-Martin ("Fuentes-Martin"), through undersigned counsel, who respectfully moves this Court for an extension until October 12, 2021 to file responsive pleadings to Plaintiffs' Amended Complaint [Rec. Doc. 22].

The responsive pleading deadline for Fuentes-Martin is currently September 25, 2021. The Court granted Plaintiffs' request for an extension to file a RICO case statement, now due by September 7, 2021. [Rec. Doc. 54.] Fuentes-Martin was served with a summons and complaint after many of the other Defendants, who were granted a continuance until September 28, 2021. Fuentes-Martin therefore requests, with the agreement of Plaintiffs' counsel, an extension until October 12, 2021 – 2 weeks after the Defendants whose responsive pleading date is September 28, 2021 – to file responsive pleadings. Undersigned counsel has conferred with Plaintiffs' counsel, and this motion is unopposed.

WHEREFORE, Defendant Maria Fuentes-Martin that this Court grant the foregoing motion and permit Defendant Maria Fuentes-Martin an extension within which to file responsive pleadings, through and including October 12, 2021.

        Respectfully submitted,
        **JEFF LANDRY**
        **ASSISTANT ATTORNEY GENERAL**

BY:   */s/ Mark R. Pharr, III*
       Mark R. Pharr, III, Bar Role No. 21019
       Lindsay Meador Young, Bar Roll No. 31261
       *Special Assistant Attorneys General*
       328 Settlers Trace Blvd.
       Lafayette, Louisiana 70508
       Phone: 337-735-1760
       Fax: 337-993-0933
       Email: tiger@gallowaylawfirm.com
       Email: LMeador@gallowaylawfirm.com

       ATTORNEYS FOR JONATHAN
       SANDERS, TRACY BLANCHARD AND
       MARIA FUENTES-MARTIN

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on August 27, 2021, with the Court's CM/ECF system, which will electronically send a copy of the same to all counsel of record.

          */s/ Mark R. Pharr, III*
          Mark R. Pharr, III

## THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

### **ORDER**

CONSIDERING THE Unopposed Motion for Extension of Time to File Responsive Pleadings,

IT IS ORDERED that the Motion is GRANTED. The deadline to file responsive pleadings for Defendant Maria Fuentes-Martin is extended through and including October 12, 2021.

_____
DISTRICT JUDGE