UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ABBY OWENS, ET AL. | : | **CIVIL ACTION NO. 3:21-cv-00242** |
| Plaintiff, | : | |
| VERSUS | : | JUDGE WENDY B. VITTER |
| LOUISIANA STATE UNIVERSITY, ET AL. | : | MAGISTRATE JUDGE SCOTT D. JOHNSON |
| Defendants. | : | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

NOW INTO COURT, through undersigned counsel, comes defendant, "O" The Rosy Finch Boyz, LLC ("**FINCH BOYZ**"), who without waiving any defenses or objections, respectfully move this Court for a twenty-one day extension of time to file responsive pleadings to Plaintiffs' Amended Complaint (R.Doc.22).

The responsive pleading deadline for FINCH BOYZ is currently September 7, 2021. The Court granted plaintiffs' request for an extension to file a RICO case statement, now due on or before September 7, 2021 (R.Doc. 54). FINCH BOYZ respectfully request a twenty-one day extension to file responsive pleadings, through and including September 28, 2021, so that they may review plaintiffs' RICO case statement prior to filing responsive pleadings on plaintiffs' state RICO and civil conspiracy claims. Undersigned counsel has conferred with plaintiffs' counsel, and this motion is unopposed.

2151874.v1

**WHEREFORE**, Defendants FINCH BOYZ pray that this Honorable Court grant the foregoing motion and permit FINCH BOYZ an extension within which to file responsive pleadings, through and including September 28, 2021.

Respectfully submitted:

**BREAZEALE, SACHSE & WILSON, L.L.P.**
23rd Floor, One American Place
Post Office Box 3197
Baton Rouge, LA   70821-3197
Telephone (225) 387-4000
Telecopier (225) 381-8029

*/s/ Carroll Devillier, Jr.*
Carroll Devillier, Jr. (La. Bar Roll #30477)
carroll.devillier@bswllp.com
David M. Charlton (La. Bar Roll #1759)
david.charlton@bswllp.com

*Attorneys for "O" The Rosy Finch Boyz*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. | **CIVIL ACTION NO. 3:21-cv-00242** |
| Plaintiff, | |
| VERSUS | JUDGE WENDY B. VITTER |
| LOUISIANA STATE UNIVERSITY, ET AL. | MAGISTRATE JUDGE SCOTT D. JOHNSON |
| Defendants. | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 2, 2021, a copy of the above and foregoing *Unopposed Motion for Extension of Time to File Responsive Pleadings* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

Respectfully submitted:

**BREAZEALE, SACHSE & WILSON, L.L.P.**
23rd Floor, One American Place
Post Office Box 3197
Baton Rouge, LA   70821-3197
Telephone (225) 387-4000
Telecopier (225) 381-8029

*/s/ Carroll Devillier, Jr.*
Carroll Devillier, Jr. (La. Bar Roll #30477)
carroll.devillier@bswllp.com
David M. Charlton (La. Bar Roll #1759)
david.charlton@bswllp.com

*Attorneys for "O" The Rosy Finch Boyz*