UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. | : **CIVIL ACTION NO. 3:21-cv-00242** |
| Plaintiff, | : |
| VERSUS | : JUDGE WENDY B. VITTER |
| LOUISIANA STATE UNIVERSITY, ET AL. | : MAGISTRATE JUDGE SCOTT D. JOHNSON |
| Defendants. | : |

# ORDER

CONSIDERING THE FOREGOING *Unopposed Motion for Extension of Time to File Responsive Pleadings* filed by Defendants, "O" The Rosy Finch Boyz:

**IT IS ORDERED** that the *Motion* is **GRANTED.** The deadline to file responsive pleadings for "O" The Rosy Finch Boyz is extended through and including September 28, 2021.

Baton Rouge, Louisiana, this _____ day of _____, 2021.

_____
HON. WENDY B. VITTER, JUDGE
UNITED STATES DISTRICT COURT

2151874.v1