UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **Abby Owens, et al.**<br>*Plaintiff* | **Case No.: 3:21-cv-00242-WBV-SDJ** |
| **v.** | **Class Action** |
| **Louisiana State University, et al.**<br>*Defendant* | **Jury Demanded** |

## PLAINTIFFS' NOTICE OF DISMISSAL OF CLAIM XVIII PURSUANT TO RULE 41(a)(1)(A)(i)

Plaintiffs Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, Sarah Beth Kitch, and other unidentified Does, individually and on behalf of other similarly situated students, through undersigned counsel, respectfully submit this Notice of Dismissal of Claim XVIII pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).[1]

No defendant has served an answer or a motion for summary judgment in this case and, accordingly, no defendant will be prejudiced by the dismissal of any particular claim. This Notice dismisses Plaintiffs' allegations of "violations of the Racketeer Influenced and Corrupt Organizations Act 18 U.S.C. § 1962(c) against TAF, "O" The Rosy Finch Boyz, LLC, and Individually Named Defendants", and would include elimination of paragraphs 535-542, 544-547, and 549-552 from the First Amended Complaint. Paragraphs 543 and 548 are retained because they contain factual allegations which are specifically incorporated by reference into the Plaintiffs' other claims.

---

[1] *See e.g.*, *Devitt v. Kraft Gatz Lane Benjamin LLC*, No. CIV.A.H-10-0611, 2010 WL 1816709, at *1 (S.D. Tex. May 5, 2010) and *Collier v. Batiste*, No. CIV.A. 05-0019, 2005 WL 3543824, at *3 (E.D. La. Oct. 21, 2005).

1

Respectfully submitted,

**/s/ Catherine E. Lasky**
Catherine E. Lasky (La. Bar 28652)
Matthew B. Peters (La. Bar 37514)
Endya L. Hash (La. Bar 38260)
KATIE LASKY LAW LLC
619 Homedale Street
New Orleans, LA 70124
P: (504) 584-7336
F: (504) 375-2221
katie@katielaskylaw.com
matt@katielaskylaw.com
endya@katielaskylaw.com

**Karen Truszkowski**
*Pro Hac Vice*
TEMPERANCE LEGAL GROUP, PLLC
503 Mall Court #131
Lansing, MI 48912
Telephone: (844) 534-2560
Fax: (800) 531-6527
karen@temperancelegalgroup.com

**Elizabeth K. Abdnour**
*Pro Hac Vice*
ELIZABETH ABDNOUR LAW, PLLC
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915
Telephone: (517) 292-0067
Fax: (517) 709-7700
elizabeth@abdnour.com