UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-242-WBV-SDJ** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | |

### ORDER

In light of General Order No. 2021-7, Omnibus Order Suspending Deadlines, issued by Chief Judge Shelly D. Dick on September 2, 2021, extending all deadlines and delays in the Middle District of Louisiana for thirty (30) days commencing from August 26, 2021;

**IT IS HEREBY ORDERED** that the deadline for Plaintiffs to file their RICO case statement, in accordance with the Court's RICO Order (R. Doc. 48), is **RESET** for **September 27, 2021.**

New Orleans, Louisiana, September 8, 2021.

*(signature)*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**