# Chloé M. Chetta

| | |
|---|---|
| **From:** | Katie Lasky <katie@katielaskylaw.com> |
| **Sent:** | Thursday, September 9, 2021 4:44 PM |
| **To:** | Chloé M. Chetta |
| **Cc:** | Carroll Devillier; DPhayer@burglass.com; Alejandro R. Perkins; Ann Breaux; Brian Harrell; Cathy Burch; Culotta, Renee; Cynthia Ray; David M. Charlton; DeAnna Henson; Elizabeth Abdnour; Endya Hash; Evan Alvarez; Jeffrey Cody; Jena Smith; John Walsh; Judy Barrasso; Karen Truszkowski; Keith Kornman; Lance W. Waters; Mary Lynn Weaver; Maryann White; Matthew Peters; Melissa Kanellos; SCreager@hmhlp.com; SFL@longlaw.com; Sandra Carlton; Sidney W. Degan, III; Susan Furr (2230); Wayne Stewart; Whittington, Angelique; arlyn@longlaw.com; bbb@longlaw.com; bluntd@phelps.com; dpatin@hmhlp.com; jefferyc@scwllp.com; jnc@volalaw.com; kimann@volalaw.com; map@longlaw.com; mpharr@gjtbs.com; slaborde@millinglaw.com; wlarge@gallowaylawfirm.com |
| **Subject:** | Re: [EXTERNAL] RE: Owens v. LSU et al - TAF Second Request for Extension of Time to Respond |

Hi Chloe,

We do not believe that a status conference is necessary. Our decision to dismiss the RICO claim has nothing to do with trying to "avoid complying with a court-ordered Rule 11 RICO statement" and there is no support for the defendants' position that the Court's standing order on RICO applies to the LRA claim. The LRA is a separate claim with its own elements and jurisprudence which is why we are continuing to pursue it and not the RICO claim.

If you think there is not enough detail in our nearly 600 paragraph complaint to support the LRA claim, you are free to file a Rule 12(b) motion on that claim.

Thanks,

Katie

On Thu, Sep 9, 2021 at 4:12 PM Chloé M. Chetta <cchetta@barrassousdin.com> wrote:

> Hi Katie,
>
> Would you instead consent to a motion for a status conference with the Court, so all parties can discuss this with chambers directly?
>
> We have a real problem with plaintiffs removing the federal racketeering claim to avoid complying with a court-ordered Rule 11 RICO statement (especially after all defendants consented to your request for additional time to file it), and yet continuing to pursue a state racketeering claim—which according to Louisiana courts mirrors the federal statute—without elaborating on your basis for doing so.
>
> Thanks,

1



Chloé

**Chloé M. Chetta**
BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350 | New Orleans, LA  70112
Direct: (504) 589-9731 | Main: (504) 589-9700 | Fax: (504) 589-9701
cchetta@barrassousdin.com | www.barrassousdin.com

---

**From:** Katie Lasky <katie@katielaskylaw.com>
**Sent:** Thursday, September 9, 2021 3:31 PM
**To:** Carroll Devillier <Carroll.Devillier@bswllp.com>; DPhayer@burglass.com
**Cc:** Alejandro R. Perkins <aperkins@hamsil.com>; Ann Breaux <ABreaux@gallowaylawfirm.com>; Brian Harrell <bharrell@degan.com>; Cathy Burch <cburch@barrassousdin.com>; Chloé M. Chetta <cchetta@barrassousdin.com>; Culotta, Renee <rculotta@frilot.com>; Cynthia Ray <Cynthia.Ray@bswllp.com>; David M. Charlton <David.Charlton@bswllp.com>; DeAnna Henson <dhenson@degan.com>; Elizabeth Abdnour <elizabeth@abdnour.com>; Endya Hash <endya@katielaskylaw.com>; Evan Alvarez <ealvarez@hamsil.com>; Jeffrey Cody <jeffreyc@scwllp.com>; Jena Smith <jsmith@degan.com>; John Walsh <john@scwllp.com>; Judy Barrasso <jbarrasso@barrassousdin.com>; Karen Truszkowski <karen@temperancelegalgroup.com>; Keith Kornman <kkornman@degan.com>; Lance W. Waters <lwaters@barrassousdin.com>; Mary Lynn Weaver <MaryLynn.Weaver@bswllp.com>; Maryann White <maryannw@scwllp.com>; Matthew Peters <matt@katielaskylaw.com>; Melissa Kanellos <mkanellos@degan.com>; SCreager@hmhlp.com; SFL@longlaw.com; Sandra Carlton <Sandra.Carlton@bswllp.com>; Sidney W. Degan, III <sdegan@degan.com>; Susan Furr (2230) <Susan.Furr@phelps.com>; Wayne Stewart <wstewart@hamsil.com>; Whittington, Angelique <awhittington@frilot.com>; arlyn@longlaw.com; bbb@longlaw.com; bluntd@phelps.com; dpatin@hmhlp.com; jefferyc@scwllp.com; jnc@volalaw.com; kimann@volalaw.com; map@longlaw.com; mpharr@gjtbs.com; slaborde@millinglaw.com; wlarge@gallowaylawfirm.com
**Subject:** Re: [EXTERNAL] RE: Owens v. LSU et al - TAF Second Request for Extension of Time to Respond

Good afternoon,

We contacted Chambers today and were told that because we have dismissed the RICO claim, there is no longer any requirement to file a RICO statement. Therefore we do not consent to any additional extension of time for defendants to file responsive pleadings.

On Thu, Sep 9, 2021 at 3:07 PM Carroll Devillier <Carroll.Devillier@bswllp.com> wrote:

> Katie,
>
> Finch Boyz also joins in this request.

2

Carroll Devillier Jr.
BREAZEALE, SACHSE & WILSON, L.L.P.
23rd Floor, One American Place
301 Main Street
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225.387.4000
Direct Dial: 225.381.8013
Facsimile: 225.381.8029
Email: carroll.devillier@bswllp.com
www.bswllp.com

On Sep 9, 2021, at 3:01 PM, Dennis Phayer <dphayer@burglass.com> wrote:

Katie:

Defendants Stewart, Monaco, and Marchand join in the request as well.

**Dennis J. Phayer, Esq.**

**Burglass & Tankersley L.L.C.**

*5213 Airline Drive*

*Metairie, Louisiana 70001*

*Office: 504-836-0412*

*Fax: 504-287-0452*

*NOTICE OF ATTORNEY-CLIENT PRIVILEGE: This communication, including attachments, is protected by the attorney/client privilege as recognized by federal and state law. In order to protect this privilege, please do not forward or distribute this communication to anyone without the express permission of the sender. If you have received this email in error, please notify me immediately at (504) 836-0412.*

**From:** Keith Kornman [mailto:kkornman@degan.com]
**Sent:** Thursday, September 9, 2021 2:55 PM
**To:** Chloé M. Chetta; Katie Lasky
**Cc:** Alejandro R. Perkins; Ann Breaux; Brian Harrell; Carroll Devillier; Cathy Burch; Culotta, Renee; Cynthia Ray; Dennis Phayer; David M. Charlton; DeAnna Henson; Elizabeth Abdnour; Endya Hash; Evan Alvarez; Jena Smith; John Walsh; Judy Barrasso; Karen Truszkowski; Lance W. Waters; Laurence ("Lon") D. LeSueur, Jr; Mary Lynn Weaver; Maryann White; Matthew Peters; Melissa Kanellos; SCreager@hmhlp.com; SFL@longlaw.com; Sandra Carlton; Sidney W. Degan, III; Wayne Stewart; Whittington, Angelique; arlyn@longlaw.com; bbb@longlaw.com; bluntd@phelps.com; dpatin@hmhlp.com; jefferyc@scwllp.com; jnc@volalaw.com; kimann@volalaw.com; map@longlaw.com; mpharr@gjtbs.com; slaborde@millinglaw.com; wlarge@gallowaylawfirm.com
**Subject:** RE: Owens v. LSU et al - TAF Second Request for Extension of Time to Respond

Katie –

The Sells join in this request.

Thank you,

Keith

Keith A. Kornman

Degan, Blanchard & Nash

400 Poydras Street, Suite 2600

New Orleans, LA 70130

(504) 529-3333 Telephone

(504) 529-3337 Facsimile

kkornman@degan.com

<image001.gif>

CONFIDENTIALITY NOTICE

This transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited.

**From:** Chloé M. Chetta [mailto:cchetta@barrassousdin.com]
**Sent:** Thursday, September 9, 2021 12:56 PM
**To:** Katie Lasky <katie@katielaskylaw.com>
**Cc:** Alejandro R. Perkins <aperkins@hamsil.com>; Ann Breaux <ABreaux@gallowaylawfirm.com>; Brian Harrell <bharrell@degan.com>; Carroll Devillier <carroll.devillier@bswllp.com>; Cathy Burch <cburch@barrassousdin.com>; Culotta, Renee <rculotta@frilot.com>; Cynthia Ray <Cynthia.Ray@bswllp.com>; DPhayer@burglass.com; David M. Charlton <David.Charlton@bswllp.com>; DeAnna Henson <dhenson@degan.com>; Elizabeth Abdnour <elizabeth@abdnour.com>; Endya Hash <endya@katielaskylaw.com>; Evan Alvarez <ealvarez@hamsil.com>; Jena Smith <jsmith@degan.com>; John Walsh <john@scwllp.com>; Judy Barrasso <jbarrasso@barrassousdin.com>; Karen Truszkowski <karen@temperancelegalgroup.com>; Keith Kornman <kkornman@degan.com>; Lance W. Waters <lwaters@barrassousdin.com>; Laurence ("Lon") D. LeSueur, Jr <llesueur@barrassousdin.com>; Mary Lynn Weaver <MaryLynn.Weaver@bswllp.com>; Maryann White <maryannw@scwllp.com>; Matthew Peters <matt@katielaskylaw.com>; Melissa Kanellos <mkanellos@degan.com>; SCreager@hmhlp.com; SFL@longlaw.com; Sandra Carlton <Sandra.Carlton@bswllp.com>; Sidney W. Degan, III <sdegan@degan.com>; Wayne Stewart <wstewart@hamsil.com>; Whittington, Angelique <awhittington@frilot.com>; arlyn@longlaw.com; bbb@longlaw.com; bluntd@phelps.com; dpatin@hmhlp.com; jefferyc@scwllp.com; jnc@volalaw.com; kimann@volalaw.com; map@longlaw.com; mpharr@gjtbs.com; slaborde@millinglaw.com; wlarge@gallowaylawfirm.com
**Subject:** RE: Owens v. LSU et al - TAF Second Request for Extension of Time to Respond

Hi Katie,

In light of your Rule 41 dismissal of your federal racketeering claim, without dismissing your corresponding state racketeering claim, and Judge Vitter's order requiring you to file a RICO statement by September 27, TAF would like an additional extension of time to respond to your complaint – 21 days after you file your RICO statement or dismiss your state racketeering claim.

Please let us know if you consent to this extension so we can incorporate your position into our motion for the Court.

Thanks,

Chloé

**Chloé M. Chetta**
BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350 | New Orleans, LA  70112
Direct: (504) 589-9731 | Main: (504) 589-9700 | Fax: (504) 589-9701
cchetta@barrassousdin.com | www.barrassousdin.com

---

**From:** Katie Lasky <katie@katielaskylaw.com>
**Sent:** Thursday, September 2, 2021 5:13 PM
**To:** Chloé M. Chetta <cchetta@barrassousdin.com>
**Cc:** Alejandro R. Perkins <aperkins@hamsil.com>; Ann Breaux <ABreaux@gallowaylawfirm.com>; Brian Harrell <bharrell@degan.com>; Carroll Devillier <carroll.devillier@bswllp.com>; Cathy Burch <cburch@barrassousdin.com>; Culotta, Renee <rculotta@frilot.com>; Cynthia Ray <Cynthia.Ray@bswllp.com>; DPhayer@burglass.com; David M. Charlton <David.Charlton@bswllp.com>; DeAnna Henson <dhenson@degan.com>; Elizabeth Abdnour <elizabeth@abdnour.com>; Endya Hash <endya@katielaskylaw.com>; Evan Alvarez <ealvarez@hamsil.com>; Jena Smith <jsmith@degan.com>; John Walsh <john@scwllp.com>; Judy Barrasso <jbarrasso@barrassousdin.com>; Karen Truszkowski <karen@temperancelegalgroup.com>; Keith Kornman <kkornman@degan.com>; Lance W. Waters <lwaters@barrassousdin.com>; Laurence ("Lon") D. LeSueur, Jr <llesueur@barrassousdin.com>; Mary Lynn Weaver <MaryLynn.Weaver@bswllp.com>; Maryann White <maryannw@scwllp.com>; Matthew Peters <matt@katielaskylaw.com>; Melissa Kanellos <mkanellos@degan.com>; SCreager@hmhlp.com; SFL@longlaw.com; Sandra Carlton <Sandra.Carlton@bswllp.com>; Sidney W. Degan, III <sdegan@degan.com>; Wayne Stewart <wstewart@hamsil.com>; Whittington, Angelique <awhittington@frilot.com>; arlyn@longlaw.com; bbb@longlaw.com; bluntd@phelps.com; dpatin@hmhlp.com; jefferyc@scwllp.com; jnc@volalaw.com; kimann@volalaw.com; map@longlaw.com; mpharr@gjtbs.com; slaborde@millinglaw.com; wlarge@gallowaylawfirm.com
**Subject:** Re: Owens v. LSU et al

Hi Chloe,

Now that deadlines are continued, we are agreeable to this extension but would like to keep the responsive pleading deadlines on track if possible.

Thanks,

Katie

On Thu, Sep 2, 2021 at 2:51 PM Chloé M. Chetta <cchetta@barrassousdin.com> wrote:

6

Hi Katie,

Since so many of us are displaced, or without power and other essential services, can you give us until **next Friday, September 10** to respond to your request? The Middle District just continued all case deadlines starting on August 26 for 30 days, which encompasses your RICO statement deadline, so this is no longer super urgent.

This would allow us more time to come back online, assess your request, and get in touch with our clients.

Thanks,

Chloé

**Chloé M. Chetta**
BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350 | New Orleans, LA 70112
Direct: (504) 589-9731 | Main: (504) 589-9700 | Fax: (504) 589-9701
cchetta@barrassousdin.com | www.barrassousdin.com

**From:** Katie Lasky <katie@katielaskylaw.com>
**Sent:** Wednesday, September 1, 2021 4:43 PM
**To:** bluntd@phelps.com; Judy Barrasso <jbarrasso@barrassousdin.com>; Laurence ("Lon") D. LeSueur, Jr <llesueur@barrassousdin.com>; Chloé M. Chetta <cchetta@barrassousdin.com>; Lance W. Waters <lwaters@barrassousdin.com>; Alejandro R. Perkins <aperkins@hamsil.com>; Wayne Stewart <wstewart@hamsil.com>; Evan Alvarez <ealvarez@hamsil.com>; map@longlaw.com; bbb@longlaw.com; SFL@longlaw.com; dpatin@hmhlp.com; John Walsh <john@scwllp.com>; Maryann White <maryannw@scwllp.com>; jefferyc@scwllp.com; Culotta, Renee <rculotta@frilot.com>; jnc@volalaw.com; Keith Kornman <kkornman@degan.com>; Jena Smith <jsmith@degan.com>; Brian Harrell <bharrell@degan.com>; Sidney W. Degan, III <sdegan@degan.com>; wlarge@gallowaylawfirm.com; mpharr@gjtbs.com; DPhayer@burglass.com; David M. Charlton <David.Charlton@bswllp.com>; Carroll Devillier <carroll.devillier@bswllp.com>; slaborde@millinglaw.com
**Cc:** Katie Lasky <katie@katielaskylaw.com>; Matthew Peters <matt@katielaskylaw.com>; Endya Hash <endya@katielaskylaw.com>; Elizabeth Abdnour <elizabeth@abdnour.com>; Karen Truszkowski <karen@temperancelegalgroup.com>; Cathy Burch <cburch@barrassousdin.com>; Melissa Kanellos <mkanellos@degan.com>; arlyn@longlaw.com; SCreager@hmhlp.com; Whittington, Angelique <awhittington@frilot.com>; kimann@volalaw.com; DeAnna Henson <dhenson@degan.com>; Ann Breaux <ABreaux@gallowaylawfirm.com>; Cynthia Ray <Cynthia.Ray@bswllp.com>; Mary Lynn Weaver <MaryLynn.Weaver@bswllp.com>; Sandra Carlton <Sandra.Carlton@bswllp.com>
**Subject:** Owens v. LSU et al

Dear Counsel,

First, we hope that this email finds you and your families safe and cool.

Second, we are writing in order to obtain your consent to amend our complaint in order to remove Count XVIII. As you'll see, we kept certain of the factual paragraphs from Count XVIII because they are relevant to other claims and not found elsewhere in the Complaint. Any paragraph or subparagraphs removed (including Paragraphs 563(y) and (z)) are noted as Intentionally Removed in order to keep the original paragraph structure.

Based upon our research, this is the proper procedure to dismiss a single claim and the only purpose of this amendment is to remove Count XVIII which will also eliminate the need for the filing of the RICO statement next week.

**Please advise whether you consent to this amendment by noon on Friday, Sept. 3.**

Thank you,

Katie

--

*Please note our new address below.*

<image002.png> <image003.png>

FOUNDER & ATTORNEY

KATIE LASKY LAW LLC
619 HOMEDALE STREET
NEW ORLEANS, LA 70124
MAIN: 504-584-7336
DIRECT:  504-603-1501
FAX: 504-375-2221
KATIELASKYLAW.COM

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

--

*Please note our new address below.*

<image002.png>    <image004.png>

FOUNDER & ATTORNEY

KATIE LASKY LAW LLC
619 HOMEDALE STREET
NEW ORLEANS, LA 70124
MAIN: 504-584-7336
DIRECT:  504-603-1501
FAX: 504-375-2221
KATIELASKYLAW.COM

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator

in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

--

*Please note our new address below.*



KATIE LASKY LAW LLC
619 HOMEDALE STREET
NEW ORLEANS, LA 70124
MAIN: 504-584-7336
DIRECT:  504-603-1501
FAX: 504-375-2221
KATIELASKYLAW.COM

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.