UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.                          CIVIL ACTION NO.:  3:21-cv-00242

                        Plaintiffs,         SECTION

VERSUS                                      JUDGE VITTER

LOUISIANA STATE UNIVERSITY, et al.          MAGISTRATE JUDGE JOHNSON

                        Defendants.


## ORDER

Considering defendant Tiger Athletic Foundation's Motion for Expedited Consideration of its Motion to Compel Case Statement and Comprehensive Superseding Complaint, Second Motion for Extension of Time to Respond, and Alternative Motion for Status Conference,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and plaintiffs have until September **____, 2021**, to respond to Tiger Athletic Foundation's pending motion.

New Orleans, Louisiana, this ____ day of _____, 2021.


                                    _____
                                    WENDY B. VITTER
                                    UNITED STATES DISTRICT JUDGE