UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. | CIVIL ACTION NO.:  3:21-cv-00242 |
| Plaintiffs, | SECTION |
| VERSUS | JUDGE VITTER |
| LOUISIANA STATE UNIVERSITY, et al. | MAGISTRATE JUDGE JOHNSON |
| Defendants. | |

**TIGER ATHLETIC FOUNDATION'S MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO COMPEL CASE STATEMENT AND COMPREHENSIVE SUPERSEDING COMPLAINT,  SECOND MOTION FOR EXTENSION OF TIME TO RESPOND, AND ALTERNATIVE MOTION FOR STATUS CONFERENCE**

Defendant Tiger Athletic Foundation ("TAF") seeks expedited consideration of its contemporaneously filed Motion to Compel Case Statement and Comprehensive Superseding Complaint, Second Motion for Extension of Time to Respond, and Alternative Motion for Status Conference.

TAF's current response deadline is September 28, 2021.  But, as explained more fully in TAF's memorandum in support of its other motion, by order of this Court, all defendants believed that plaintiffs would file a RICO case statement before any response deadline.  After advising all defendants that they planned to file an amended complaint, then not, plaintiffs unilaterally determined that they would not file a case statement, but still expect TAF and others to respond to their 144-page complaint in two weeks, on September 28.  Because TAF's current respond deadline does not allow for this Court's normal briefing timeline, *see* MDLA Local Rule 7(f), TAF asks this Court to expedite consideration of the accompanying motion and, if necessary, order plaintiffs to respond much sooner.  Accordingly, the Court should grant this motion to expedite and resolve TAF's pending Motion to Compel Case Statement and Comprehensive Superseding

Complaint, Second Motion for Extension of Time to Respond, and Alternative Motion for Status Conference before September 28.

Because plaintiffs' counsel does not consent to the relief requested in TAF's primary motion, this motion is also opposed.

Respectfully submitted,

　/s/ Chloé M. Chetta
Judy Y. Barrasso, 02814
Laurence D. LeSueur, Jr., 35206
Chloé M. Chetta, 37070
Lance W. Waters, 37351
BARRASSO USDIN KUPPERMAN
　FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, LA  70112
Telephone:  (504) 589-9700
jbarrasso@barrassousdin.com
llesueur@barrassousdin.com
cchetta@barrassousdin.com
lwaters@barrassousdin.com

*Counsel for Defendant Tiger Athletic Foundation*

*1801868*