## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO.: 3:21-cv-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY; ET AL.** | **MAGISTRATE SCOTT D. JOHNSON** |

### MOTION TO ENROLL AS ADDITIONAL CO-COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come Defendants, Michael Sell and Julia Sell ("the Sells"), who respectfully move this Honorable Court to enroll Jena W. Smith (LA Bar No. 25255) and Brian W. Harrell (LA Bar No. 28439), of the law firm of Degan, Blanchard & Nash, as additional co-counsel of record for the Sells in this matter.

**WHEREFORE**, after due consideration is had, Defendants, Michael Sell and Julia Sell, respectfully request that this Motion to Enroll as Additional Co-Counsel of Record be granted.

Respectively submitted,

**JEFF LANDRY, ATTORNEY GENERAL**

By: */s/ Keith A. Kornman*
**SIDNEY W. DEGAN, III (NO. 4804)**
**KEITH A. KORNMAN (NO. 23169)**
**JENA W. SMITH (NO. 25255)**
**BRIAN W. HARRELL (NO. 28439)**
**DEGAN, BLANCHARD & NASH**
400 Poydras Street, Suite 2600
New Orleans, Louisiana  70130
Telephone:(504) 529-3333
Facsimile:(504) 529-3337
Email:sdegan@degan.com
kkornman@degan.com
jsmith@degan.com
bharrell@degan.com
*Special Assistant Attorney General, on behalf of Michael Sell and Julia Sell*

{00944480.DOCX;1}

1