**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO.: 3:21-cv-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY; ET AL.** | **MAGISTRATE SCOTT D. JOHNSON** |

**ORDER**

    **IT IS HEREBY ORDERED** that the Motion to Enroll as Additional Co-Counsel of Record filed by Defendants, Michael Sell and Julia Sell, be and hereby is **GRANTED**.

    **IT IS FURTHER ORDERED** that Jena W. Smith (LA Bar No. 25255) and Brian W. Harrell (LA Bar No. 28439), of the law firm Degan, Blanchard & Nash, be and hereby are enrolled as additional co-counsel of record for Defendants, Michael Sell and Julia Sell, in the above captioned and numbered matter.

    **THUS DONE AND SIGNED** on the _____ day of _____ 2021, at Baton Rouge, Louisiana.

_____
**HONORABLE WENDY B. VITTER, JUDGE**
**UNITED STATES DISTRICT COURT**

{00944481.DOCX;1}

1