UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                                    **CIVIL ACTION**

**VERSUS**                                                **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

## ORDER

Considering Tiger Athletic Foundation's Motion and Incorporated Memorandum for Expedited Consideration Motion [sic] to Compel Case Statement and Comprehensive Superseding Complaint, Second Motion for Extension of Time to Respond, and Alternative Motion for Status Conference,[1] which is unopposed by Plaintiffs;[2]

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** Plaintiffs shall have until **5:00 p.m. (CST) on Wednesday, September 15, 2021** to file a response to Defendant Tiger Athletic Foundation's Motion to Compel Case Statement and Comprehensive Superseding Complaint, Second Motion for Extension of Time to Respond, and Alternative Motion for Status Conference.[3]

New Orleans, Louisiana, September 13, 2021.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 72.
[2] The Court received an email from Plaintiffs' counsel, Endya Hash, on September 13, 2021, stating that Plaintiffs do not oppose the request for expedited consideration.
[3] R. Doc. 71.