**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | NO.: 3:21-cv-00242 |
| | * | |
| **VERSUS** | * | JUDGE: WBV |
| | * | |
| **LOUISIANA STATE UNIVERSITY, ET AL** | * | MAGISTRATE JUDGE: SDJ |
| | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**JOINT MOTION TO COMPEL RICO CASE STATEMENT OR, ALTERNATIVELY, MOTION FOR RICO CASE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(e), MOTION FOR STATUS CONFERENCE AND MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**

**NOW INTO COURT,** through undersigned counsel, come Defendants, Louisiana State University, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, "O" The Rosy Finch Boyz, LLC, F. King Alexander, Joseph Alleva, Verge Ausberry, Jonathan Sanders, Tracy Blanchard, Maria Fuentes-Martin, Sharon Lewis, James Marchand, A.G. Monaco, Miriam Segar, Julia Sell, Michael Sell, Keava Soil-Cormier, Jennie Stewart, and Edward J. Orgeron, Jr. (collectively, "Defendants"), who respectfully move this Honorable Court to compel Plaintiffs to file their case statement in accordance with the Court's RICO Order issued on July 28, 2021,[1] as amended by its September 8, 2021 Order,[2] since this is still a RICO case. Alternatively, Defendants respectfully move this Honorable Court to issue a supplemental or amended RICO Order for Plaintiffs to file a case statement setting forth in detail and with specificity the facts they are relying upon to initiate their state racketeering or RICO claims as a result of the "reasonable inquiry" required by Federal Rule of Civil Procedure 11, and to establish an efficient procedure for handling their claims.

---

[1] R. Doc. 48.
[2] R. Doc. 70.

1

In addition, Defendants respectfully request that the Court extend their deadline to file responsive pleadings until twenty-one (21) days after Plaintiffs' file their RICO case statement pursuant to this Honorable Court's September 8th Order,[3] or any supplemental or amended RICO Order issued by the Court.  Alternatively, Defendants respectfully request a twenty-one (21) day extension of time to file responsive pleadings from the current response deadline of September 28, 2021, or until October 19, 2021, due to the extensive damage caused by Hurricane Ida, which left numerous attorneys involved in this matter displaced or without essential services such as power and internet.  Defendants further request that the Court schedule a status conference with all parties to address these matters.  Defendants will also be filing a Motion for Expedited Consideration contemporaneously with the filing of these motions.  In support of their motions, Defendants aver as follows:

1.

On April 26, 2021, Plaintiffs filed a Class Action Complaint and Jury Demand, asserting various claims against Defendants, among others, including federal and state civil racketeering claims under the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961-1968, and the Louisiana Racketeering Act, La. R.S. 15:1351, *et seq*.[4]  On June 25, 2021, Plaintiffs filed an Amended Class Action Complaint and Jury Demand ("Amended Complaint"), which named additional plaintiffs and defendants, and asserted the same racketeering or RICO claims against Defendants as in the original complaint.[5]

---

[3] R. Doc. 70.
[4] R. Doc. 1.
[5] R. Doc. 2.

2.

Because of these racketeering claims, this Honorable Court issued a RICO Order, on July 28, 2021, "designed to establish an efficient procedure for handling this RICO case."[6] In its Order, the Court correctly directed Plaintiffs to file a "RICO case statement" identifying "the facts *each plaintiff* relies upon to initiate this RICO complaint as a result of the 'reasonable inquiry' required by Federal Rule of Civil Procedure 11"[7] – a directive that applies equally to Plaintiffs' federal and state racketeering claims.

3.

The RICO Order contains twenty (20) enumerated paragraphs, with additional sub-paragraphs, setting forth the particular information Plaintiffs must include in their RICO case statement. For instance, the Court ordered *each plaintiff* to state, in detail and with specificity, the (1) "alleged misconduct…and basis of liability of *each defendant*"; (2) the "pattern of racketeering…for *each* RICO claim," including "the alleged predicate acts," "the dates of the predicate acts, the participants in the predicate acts…and the facts surrounding *each predicate act*"; and (3) "how *each victim* was allegedly injured," by each defendant's alleged misconduct, including the "alleged injury to each plaintiff's business or property"[8] – all of which apply equally to both the federal and Louisiana RICO claims. The RICO Order also requested Plaintiffs provide any additional information that would assist the Court to process their RICO claims.

4.

The deadline for Plaintiffs to file the RICO case statement was originally August 17, 2021, but was extended, at Plaintiffs' request, until September 7, 2021.[9] In the interests of efficiency

---

[6] R. Doc. 48.
[7] R. Doc. 48 (emphasis added).
[8] R. Doc. 48 (emphasis added).
[9] R. Doc. 51; R. Doc. 54.

3

and economy, the Court allowed Defendants to file responsive pleadings twenty-one (21) days after the RICO case statement was filed, or by September 28, 2021.[10]

5.

On September 1, 2021, mere days before the case statement filing deadline, Plaintiffs requested all defendants' consent to their filing of a second amended complaint to remove their federal RICO claims *only* (Count XVIII), which would "eliminate the need for the filing of the RICO statement,"[11] despite their continued pursuit of their corresponding Louisiana RICO claims.

6.

On September 7, 2021, the (pre-Ida) deadline for Plaintiffs to file their RICO case statement, Plaintiffs, instead, filed a Notice of Dismissal, removing their federal RICO claims in Count XVIII, as well as "paragraphs 535-542, 544-547, and 549-552" from their Amended Complaint, while maintaining their Louisiana RICO claims and certain non-consecutive paragraphs of their federal RICO claims that purportedly supported the state racketeering claims.[12]

7.

On September 8, 2021, this Honorable Court reset the deadline for Plaintiffs to file their RICO case statement, in accordance with the Court's RICO Order, to September 27, 2021,[13] pursuant to the General Oder No. 2021-7, Omnibus Order Suspending Deadlines issued by Chief Judge Shelly D. Dick on September 2, 2021, extending all deadlines and delays for thirty (30) days commencing from August 26, 2021, due to Hurricane Ida.

---

[10] R. Doc. 59; R. Doc. 60; R. Doc. 68 (Maria Fuentes-Martin's response deadline was extended to October 12, 2021).
[11] R. Doc. 71-2: TAF Exhibit A, at pp. 7-8.
[12] R. Doc. 67.
[13] R. Doc. 70

4

8.

Because Plaintiffs continue to pursue state racketeering claims under Louisiana's RICO statute, which has nearly identical pleading requirements and involves equally complex issues as its federal counterpart, the same efficiency, economy and fairness considerations underlying the Court's original RICO order are still present.  The Court's authority for requiring the filing of a RICO case statement is amply supported by the Federal Rules of Procedure, which apply equally to all claims asserted by Plaintiffs – whether based on state or federal law.

9.

For these reasons and for the reasons detailed more fully in the accompanying memorandum in support, Defendants respectfully request that this Honorable Court grant their motion and compel Plaintiffs to file the case statement identifying the facts *each plaintiff* relies upon to support their Louisiana RICO claims and providing the specific information required by the Court in its RICO Order.  Defendants further respectfully request that the Court allow Defendants to file responsive pleadings twenty-one (21) days after Plaintiffs' file their RICO case statement.  Alternatively, Defendants request that the Court grant them a twenty-one (21) extension to file responsive pleadings from their current response deadline or until October 19, 2021.

10.

Additionally, Defendants respectfully request that this Honorable Court schedule a status conference with all parties to address the RICO case statement, Defendants' response deadlines and obligations, and the efficient and effective handling of these complex proceedings.

11.

On September 9, 2021, Plaintiffs' counsel notified all defense counsel, via email, that Plaintiffs oppose all requested relief, including a status conference with the Court.[14]  Plaintiffs subsequently notified the Court and all defense counsel, on September 13, 2021, after TAF filed its Motion to Compel RICO Case Statement, that Plaintiffs are not opposed to an expedited briefing schedule or status conference should the Court determine either would be helpful but continue to oppose all other relief sought by Defendants.

Respectfully submitted by:

JEFF LANDRY
ATTORNEY GENERAL

By: */s/ S. Brooke Barnett-Bernal*
Michael A. Patterson (#10373)
S. Brooke Barnett-Bernal (#31031)-T.A.
Seth F. Lawrence (#38316)
Special Assistant Attorneys General
**LONG LAW FIRM, L.L.P.**
1800 City Farm Drive, Building 6
Baton Rouge, LA 70806
Telephone: (225) 922-5110
Facsimile:  (225) 922-5105
map@longlaw.com
bbb@longlaw.com
sfl@longlaw.com
***Attorneys for Joseph "Joe" Alleva***

JEFF LANDRY
ATTORNEY GENERAL

By: */s/ Wayne T. Stewart*
Alejandro "Al" R. Perkins (# 30288)
Wayne T. Stewart, (# 30964)
Evan M. Alvarez (# 31596)
**HAMMONDS, SILLS, ADKINS, GUICE, NOAH & PERKINS, LLP**
Special Assistant Attorneys General
2431 S. Acadian Thruway, Suite 600
Baton Rouge, LA 70808
Telephone: (225-923-3462
aperkins@hamsil.com
ealvarez@hamsil.com
wstewart@hamsil.com
***Attorneys for F. King Alexander***

---

[14] R. Doc. 71-2: TAF Exhibit A, at pp. 1-2.

JEFF LANDRY
ATTORNEY GENERAL

By: /s/ Renee Culotta
Renee Culotta (La. Bar No. 24436)
Benjamin M. Castoriano (La. Bar No. 31093)
**FRILOT L.L.C.**
1100 Poydras Street, Ste. 3700
New Orleans, LA 70163
Telephone: (504) 599-8085
Facsimile: (504) 599-8267
Email: rculotta@frilot.com
bcastoriano@frilot.com
*Attorneys for Sharon Lewis*

JEFF LANDRY
ATTORNEY GENERAL

By: /s/ Mark R. Pharr, III
Mark R. Pharr, III (21019)
Lindsay M. Young, (31261)
Special Assistant Attorneys General
328 Settlers Trace Blvd.
Lafayette, LA 70508
Telephone: (337) 735-1760
Facsimile: (337) 993-0933
tiger@gallowaylawfirm.com
LMeador@gallowaylawfirm.com
*Counsel for Defendants, Jonathan Sanders, Tracy Blanchard, and Maria Fuentes-Martin*

JEFF LANDRY
ATTORNEY GENERAL

By: /s/ Darren A. Patin
Darren A. Patin, #23244
Special Assistant Attorney General
One Galleria Boulevard, Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Facsimile: (504) 836-6565
dpatin@hmhlp.com
*Counsel for Defendant, Verge Ausberry*

JEFF LANDRY
ATTORNEY GENERAL

By: /s/ Susan W. Furr
Susan W. Furr Bar Roll No. 19582
Karleen J. Green Bar Roll No. 25119
Shelton Dennis Blunt Bar Roll No. 21230
Michael B. Victorian Bar Roll No. 36065
Molly C. McDiarmid Bar Roll No. 36426
Special Assistant Attorneys General
**PHELPS DUNBAR, LLC**
II City Plaza |400 Convention St., Ste. 1100
Baton Rouge, Louisiana 70802
Telephone: (225) 346-0285
Facsimile: (225) 381-9197
Email: susie.furr@phelps.com
Email: karleen.green@phelps.com
Email: dennis.blunt@phelps.com
Email: michael.victorian@phelps.com
Email: molly.mcdiarmid@phelps.com
*Attorneys for Louisiana State University and The Board of Supervisors of Louisiana State University and Agricultural and Mechanical College*

JEFF LANDRY
ATTORNEY GENERAL

By: /s/ Dennis J. Phayer
Dennis J. Phayer (10408)
Gregory C. Fahrenholt (28572)
Sylvia M. Zarzeka (38451)
Special Assistant Attorneys General
**BURGLASS & TANKERSLEY, LLC**
5213 Airline Drive
Metairie, LA 70001
Tel: (504) 836-0412
Fax: (504) 287-0452
dphayer@burglass.com
gfahrenholt@burglass.com
szarzeka@burglass.com
*Counsel for Defendants, Jennie Stewart, A.G. Monaco and James Marchand*

7

JEFF LANDRY
ATTORNEY GENERAL

By: */s/ Mary Ann White*
John C. Walsh (LA 24903)
Jeffrey K. Cody (LA 28536)
Mary Ann White (LA 29020) (Lead Counsel)
**SHOWS, CALI & WALSH, L.L.P.**
Special Assistant Attorneys General
628 St. Louis Street (70802)
P.O. Box 4425
Baton Rouge, LA  70821-4425
Telephone: (225) 346-1461
Facsimile:  (225) 346-1467
john@scwllp.com
jeffreyc@scwllp.com
maryannw@scwllp.com
*Attorneys for Miriam Segar*

JEFF LANDRY
ATTORNEY GENERAL

By: */s/ Sidney W. Degan, III*
SIDNEY W. DEGAN, III (#04804)
KEITH A. KORNMAN (#23169)
BRIAN HARRELL (#28439
JENA W. SMITH (#25255)
Special Assistant Attorneys General
**DEGAN, BLANCHARD & NASH**
400 Poydras Street, Suite 2600
New Orleans, LA  70130
Telephone: (504) 529-3333
Facsimile:  (505) 529-3337
sdegan@degan.com
kkornman@degan.com
*Attorneys for Defendants,*
*Julia Sell and Michael Sell*

JEFF LANDRY
ATTORNEY GENERAL

By: */s/ John Nicherson Chappuis*
John N. Chappuis (#4039)
Lamont P. Domingue (#20787)
Beau Anthony LeBlanc (#32549)
Special Assistant Attorneys General
700 St. John Street / P.O. Box 3527
Lafayette, LA  70502-3527
Telephone: (337) 232-9700
Facsimile:  (337) 235-4943
jnc@volalaw.com
lpd@volalaw.com
bal@volalaw.com
*Attorneys for Keava Soil-Cormier*

JEFF LANDRY
ATTORNEY GENERAL

By: */s/ Stephanie B. Laborde*
Stephanie B. Laborde (#20908)
Benjamin M. Chapman (#28325)
**Milling Benson Woodward, LLP**
6421 Perkins Road, Building B, Suite B
Baton Rouge, Louisiana 70802
Telephone: (225) 291-7300
Facsimile: (225) 291-4524
slaborde@millinglaw.com
bchapman@millinglaw.com
*Attorneys for Edward J. Orgeron, Jr.*

/s/ *Carroll Devillier, Jr.*
Carroll Devillier, Jr. (La. Bar Roll #30477)
carroll.devillier@bswllp.com
David M. Charlton (La. Bar Roll #1759)
david.charlton@bswllp.com
BREAZEALE, SACHSE & WILSON, L.L.P.
23rd Floor, One American Place
Post Office Box 3197
Baton Rouge, LA 70821-3197
Telephone (225) 387-4000
Telecopier (225) 381-8029
*Attorneys for "O" The Rosy Finch Boyz, LLC*

8