**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | **NO.: 3:21-cv-00242** |
| | * | |
| **VERSUS** | * | **JUDGE: WBV** |
| | * | |
| **LOUISIANA STATE UNIVERSITY,** | * | **MAGISTRATE JUDGE: SDJ** |
| **ET AL** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**ORDER**</u>

Considering the Joint Motion to Compel RICO Case Statement or, Alternatively, Motion for RICO Case Statement Pursuant to Federal Rule of Civil Procedure 12(e), Motion for Status Conference, Motion for Extension of Time to File Responsive Pleadings, and Motion for Expedited Consideration filed by Defendants, Louisiana State University, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, "O" The Rosy Finch Boyz, LLC, F. King Alexander, Joseph Alleva, Verge Ausberry, Jonathan Sanders, Tracy Blanchard, Maria Fuentes-Martin, Sharon Lewis, James Marchand, A.G. Monaco, Miriam Segar, Julia Sell, Michael Sell, Keava Soil-Cormier, Jennie Stewart, and Edward J. Orgeron, Jr.:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and Plaintiffs have until _____, **2021**, to file their RICO case statement.

New Orleans, Louisiana, this _____ day of _____, 2021.

_____
WENDY B. VITTER
UNITED STATES DISTRICT JUDGE