UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | NO.: 3:21-cv-00242 |
| | * | |
| **VERSUS** | * | JUDGE: WBV |
| | * | |
| **LOUISIANA STATE UNIVERSITY, ET AL** | * | MAGISTRATE JUDGE: SDJ |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR EXPEDITED CONSIDERATION OF JOINT MOTION TO COMPEL RICO CASE STATEMENT OR, ALTERNATIVELY, MOTION FOR RICO CASE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(e), MOTION FOR STATUS CONFERENCE AND MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**

**NOW INTO COURT,** through undersigned counsel, come Defendants, Louisiana State University, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, "O" The Rosy Finch Boyz, LLC, F. King Alexander, Joseph Alleva, Verge Ausberry, Jonathan Sanders, Tracy Blanchard, Maria Fuentes-Martin, Sharon Lewis, James Marchand, Angelo Gene "A.G." Monaco, Miriam Segar, Julia Sell, Michael Sell, Keava Soil-Comier, Jennie Stewart, and Edward J. Orgeron, Jr. (collectively, "Defendants"), who respectfully seek expedited consideration of their contemporaneously filed Joint Motion to Compel RICO Case Statement Or, Alternatively, Motion for RICO Case Statement Pursuant to Federal Rule of Civil Procedure 12(E), Motion for Status Conference and Motion for Extension of Time to File Responsive Pleadings and accompanying Memorandum in Support.

The majority of Defendants' current responsive pleading deadlines are set for September 28, 2021. Prior to Hurricane Ida, the Court granted Plaintiffs' request for an extension of time to file the RICO case statement.[1] The deadline for Plaintiffs to file their RICO case statement was extended to September 7, 2021. Because of the devastation and disruption caused by Hurricane

---
[1] R. Doc. 54.

1

Ida, the Court postponed all deadlines, including Plaintiffs' deadline to file their RICO case statement, until September 27, 2021. Prior to the delays caused by Hurricane Ida, the Court allowed Defendants to file their responsive pleadings twenty-one (21) days after Plaintiffs' filing of their case statement, or by September 28, 2021. On September 7, 2021, Plaintiffs filed a motion to dismiss their federal RICO claims against all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) but did not dismiss their state law RICO claims under the Louisiana Racketeering Act, La. R.S. 15:1351, *et seq*.[2] The need for a RICO case statement is fully briefed in Defendants' contemporaneously filed Joint Motion to Compel RICO Case Statement or, Alternatively, Motion for RICO Case Statement Pursuant to Federal Rule of Civil Procedure 12(e), Motion for Status Conference and Motion for Extension of Time to File Responsive Pleadings.[3] Undersigned counsel has been informed by Plaintiffs' counsel that they do not consent to an extension of time for Defendants to file responsive pleadings. Currently, the deadline for Plaintiffs to file their RICO case statement is September 27, 2021, and the deadline for the majority of Defendants to file responsive pleadings is September 28, 2021.

Given the multiple motions pending before this Honorable Court and the fast-approaching deadline to file responsive pleadings, Defendants respectfully ask the Court to consider their pending Joint Motion to Compel RICO Case Statement or, Alternatively, Motion for RICO Case Statement Pursuant to Federal Rule of Civil Procedure 12(e), Motion for Status Conference and Motion for Extension of Time to File Responsive Pleadings on an expedited basis.

On September 13, 2021, Plaintiffs' counsel notified Defendants and the Court that Plaintiffs do not oppose expedited consideration on this matter.

---

[2] Rec. Doc. 67.
[3] Another Defendant, Tiger Athletic Foundation ("TAF"), filed a similar motion on September 10, 2021. Rec. Doc. 71, 71-1.

2

Respectfully submitted by:

JEFF LANDRY
ATTORNEY GENERAL

By: */s/ S. Brooke Barnett-Bernal*
Michael A. Patterson (#10373)
S. Brooke Barnett-Bernal (#31031)-T.A.
Seth F. Lawrence (#38316)
Special Assistant Attorneys General
**LONG LAW FIRM, L.L.P.**
1800 City Farm Drive, Building 6
Baton Rouge, LA 70806
Telephone: (225) 922-5110
Facsimile: (225) 922-5105
map@longlaw.com
bbb@longlaw.com
sfl@longlaw.com
***Attorneys for Joseph "Joe" Alleva***

JEFF LANDRY
ATTORNEY GENERAL

By: */s/ Wayne T. Stewart*
Alejandro "Al" R. Perkins (# 30288)
Wayne T. Stewart, (# 30964)
Evan M. Alvarez (# 31596)
**HAMMONDS, SILLS, ADKINS, GUICE, NOAH & PERKINS, LLP**
Special Assistant Attorneys General
2431 S. Acadian Thruway, Suite 600
Baton Rouge, LA 70808
Telephone: (225-923-3462
aperkins@hamsil.com
ealvarez@hamsil.com
wstewart@hamsil.com
***Attorneys for F. King Alexander***

JEFF LANDRY
ATTORNEY GENERAL

By: */s/ Susan W. Furr*
Susan W. Furr Bar Roll No. 19582
Karleen J. Green Bar Roll No. 25119
Shelton Dennis Blunt Bar Roll No. 21230
Michael B. Victorian Bar Roll No. 36065
Molly C. McDiarmid Bar Roll No. 36426
Special Assistant Attorneys General
PHELPS DUNBAR, LLP
II City Plaza |400 Convention St., Ste. 1100
Baton Rouge, Louisiana 70802
Telephone: (225) 346-0285
Facsimile: (225) 381-9197
Email: susie.furr@phelps.com
Email: karleen.green@phelps.com
Email: dennis.blunt@phelps.com
Email: michael.victorian@phelps.com
Email: molly.mcdiarmid@phelps.com
***Attorneys for Louisiana State University and The Board of Supervisors of Louisiana State University and Agricultural and Mechanical College***

JEFF LANDRY
ATTORNEY GENERAL

By: */s/ Darren A. Patin*
Darren A. Patin, #23244
Special Assistant Attorney General
One Galleria Boulevard, Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Facsimile: (504) 836-6565
dpatin@hmhlp.com
***Counsel for Defendant, Verge Ausberry***

3

| | |
|---|---|
| JEFF LANDRY<br>ATTORNEY GENERAL<br><br>By: */s/ Mark R. Pharr, III*<br>Mark R. Pharr, III (21019)<br>Lindsay M. Young, (31261)<br>Special Assistant Attorneys General<br>328 Settlers Trace Blvd.<br>Lafayette, LA 70508<br>Telephone: (337) 735-1760<br>Facsimile: (337) 993-0933<br>tiger@gallowaylawfirm.com<br>LMeador@gallowaylawfirm.com<br>***Counsel for Defendants, Jonathan Sanders, Tracy Blanchard, and Maria Fuentes-Martin*** | JEFF LANDRY<br>ATTORNEY GENERAL<br><br>By: */s/ Renee Culotta*<br>Renee Culotta (La. Bar No. 24436)<br>Benjamin M. Castoriano (La. Bar No. 31093)<br>**FRILOT L.L.C.**<br>1100 Poydras Street, Ste. 3700<br>New Orleans, LA 70163<br>Telephone: (504) 599-8085<br>Facsimile: (504) 599-8267<br>Email: rculotta@frilot.com<br>bcastoriano@frilot.com<br>***Attorneys for Sharon Lewis*** |
| JEFF LANDRY<br>ATTORNEY GENERAL<br><br>By: */s/ Dennis J. Phayer*<br>Dennis J. Phayer (10408)<br>Gregory C. Fahrenholt (28572)<br>Sylvia M. Zarzeka (38451)<br>Special Assistant Attorneys General<br>**BURGLASS & TANKERSLEY, LLC**<br>5213 Airline Drive<br>Metairie, LA 70001<br>Tel: (504) 836-0412<br>Fax: (504) 287-0452<br>dphayer@burglass.com<br>gfahrenholt@burglass.com<br>szarzeka@burglass.com<br>***Counsel for Defendants, Jennie Stewart, A.G. Monaco and James Marchand*** | JEFF LANDRY<br>ATTORNEY GENERAL<br><br>By: */s/ Mary Ann White*<br>John C. Walsh (LA 24903)<br>Jeffrey K. Cody (LA 28536)<br>Mary Ann White (LA 29020) (Lead Counsel)<br>**SHOWS, CALI & WALSH, L.L.P.**<br>Special Assistant Attorneys General<br>628 St. Louis Street (70802)<br>P.O. Box 4425<br>Baton Rouge, LA 70821-4425<br>Telephone: (225) 346-1461<br>Facsimile: (225) 346-1467<br>john@scwllp.com<br>jeffreyc@scwllp.com<br>maryannw@scwllp.com<br>***Attorneys for Miriam Segar*** |

JEFF LANDRY
ATTORNEY GENERAL

By: */s/ Sidney W. Degan, III*
SIDNEY W. DEGAN, III (#04804)
KEITH A. KORNMAN (#23169)
BRIAN HARRELL (#28439
JENA W. SMITH (#25255)
Special Assistant Attorneys General
**DEGAN, BLANCHARD & NASH**
400 Poydras Street, Suite 2600
New Orleans, LA  70130
Telephone: (504) 529-3333
Facsimile:  (505) 529-3337
sdegan@degan.com
kkornman@degan.com
*Attorneys for Defendants,*
*Julia Sell and Michael Sell*

JEFF LANDRY
ATTORNEY GENERAL

By: */s/ John Nicherson Chappuis*
John N. Chappuis (#4039)
Lamont P. Domingue (#20787)
Beau Anthony LeBlanc (#32549)
Special Assistant Attorneys General
700 St. John Street / P.O. Box 3527
Lafayette, LA  70502-3527
Telephone: (337) 232-9700
Facsimile:  (337) 235-4943
jnc@volalaw.com
lpd@volalaw.com
bal@volalaw.com
*Attorneys for Keava Soil-Cormier*

JEFF LANDRY
ATTORNEY GENERAL

By: */s/ Stephanie B. Laborde*
Stephanie B. Laborde (#20908)
Benjamin M. Chapman (#28325)
**Milling Benson Woodward, LLP**
6421 Perkins Road, Building B, Suite B
Baton Rouge, Louisiana 70802
Telephone: (225) 291-7300
Facsimile: (225) 291-4524
slaborde@millinglaw.com
bchapman@millinglaw.com
*Attorneys for Edward J. Orgeron, Jr*


/s/ *Carroll Devillier, Jr.*
Carroll Devillier, Jr. (La. Bar Roll #30477)
carroll.devillier@bswllp.com
David M. Charlton (La. Bar Roll #1759)
david.charlton@bswllp.com
BREAZEALE, SACHSE & WILSON, L.L.P.
23rd Floor, One American Place
Post Office Box 3197
Baton Rouge, LA 70821-3197
Telephone (225) 387-4000
Telecopier (225) 381-8029
*Attorneys for "O" The Rosy Finch Boyz, LLC*

5