# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | **NO.: 3:21-cv-00242** |
| | * | |
| **VERSUS** | * | **JUDGE: WBV** |
| | * | |
| **LOUISIANA STATE UNIVERSITY, ET AL** | * | **MAGISTRATE JUDGE: SDJ** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the Motion for Expedited Consideration filed by Defendants, Louisiana State University, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, "O" The Rosy Finch Boyz, LLC, F. King Alexander, Joseph Alleva, Verge Ausberry, Jonathan Sanders, Tracy Blanchard, Maria Fuentes-Martin, Sharon Lewis, James Marchand, A.G. Monaco, Miriam Segar, Julia Sell, Michael Sell, Keava Soil-Cormier, Jennie Stewart, and Edward J. Orgeron, Jr.:

**IT IS HEREBY ORDERED** that the Motion for Expedited Consideration is **GRANTED**, and Plaintiffs have until **September \_\_\_\_\_, 2021**, to respond to Defendants' pending Joint Motion to Compel RICO Case Statement Or, Alternatively, Motion for RICO Case Statement Pursuant to Federal Rule of Civil Procedure 12(E), Motion for Status Conference and Motion for Extension of Time to File Responsive Pleadings.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2021.

 

                                                  WENDY B. VITTER
                                          UNITED STATES DISTRICT JUDGE