# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                     **CIVIL ACTION**

**VERSUS**                                 **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

## ORDER

Considering the Motion to Enroll as Additional Co-Counsel of Record (R. Doc. 74);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Jena W. Smith (La. Bar No. 25255) and Brian W. Harrell (La. Bar No. 28439), of the law firm of Degan, Blanchard & Nash, shall be enrolled as additional counsel of record for defendants, Michael Sell and Julia Sell.

New Orleans, Louisiana, September 14, 2021.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**