# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                                **CIVIL ACTION**

**VERSUS**                                            **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

## ORDER

Considering the Motion for Expedited Consideration of Joint Motion to Compel RICO Case Statement or, Alternatively, Motion for RICO Case Statement Pursuant to Federal Rule of Civil Procedure 12(e), Motion for Status Conference and Motion for Extension of Time to File Responsive Pleadings,[1] which is unopposed by Plaintiffs;[2]

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** Plaintiffs shall have until **5:00 p.m. (CST) on Thursday, September 16, 2021** to file a response to the Joint Motion to Compel RICO Case Statement or, Alternatively, Motion for RICO Case Statement Pursuant to Federal Rule of Civil Procedure 12(e), Motion for Status Conference and Motion for Extension of Time to File Responsive Pleadings.[3]

New Orleans, Louisiana, September 15, 2021.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 77.
[2] The Court received an email from Plaintiffs' counsel, Endya Hash, on September 13, 2021, stating that Plaintiffs do not oppose the request for expedited consideration.
[3] R. Doc. 76.