UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                                      **CIVIL ACTION**

**VERSUS**                                                          **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

### ORDER

Before the Court is Tiger Athletic Foundation's Motion for Expedited Consideration of Motion to Compel Case Statement and Comprehensive Superseding Complaint, Second Motion for Extension of Time to Respond, and Alternative Motion for Status Conference. (R. Doc. 73). The Motion appears to be a duplicate filing of R. Doc. 72, which the Court has already granted. (R. Doc. 75).

Accordingly,

**IT IS HEREBY ORDERED** that the Motion (R. Doc. 73) is **DENIED as moot.**

New Orleans, Louisiana, September 16, 2021.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**