# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                              **CIVIL ACTION**

**VERSUS**                                          **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

## ORDER

**IT IS HEREBY ORDERED** that a Telephone Status Conference is scheduled for **Thursday, September 23, 2021 at 10:00 a.m. (CST).** Dial-in information will be emailed to counsel of record.

New Orleans, Louisiana, September 16, 2021.

*Wendy B. Vitter*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**