UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. | CIVIL ACTION NO.: 3:21-cv-00242 |
| Plaintiffs, | SECTION |
| VERSUS | JUDGE VITTER |
| LOUISIANA STATE UNIVERSITY, et al. | MAGISTRATE JUDGE JOHNSON |
| Defendants. | |

**DEFENDANT TIGER ATHLETIC FOUNDATION'S EX PARTE MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL CASE STATEMENT AND COMPREHENSIVE SUPERSEDING COMPLAINT, SECOND MOTION FOR EXTENSION OF TIME TO RESPOND, AND ALTERNATIVE MOTION FOR STATUS CONFERENCE**

Defendant Tiger Athletic Foundation ("TAF") seeks leave to file the attached Reply Memorandum in Further Support of its Motion to Compel Case Statement and Comprehensive Superseding Complaint, Second Motion for Extension of Time to Respond, and Alternative Motion for Status Conference. This reply complies with all deadlines and page limits identified in the Middle District of Louisiana's local rules and is submitted to directly respond to the issues plaintiffs raise in their opposition. TAF believes it will help this Court resolve the pending motion.

Therefore, this Court should grant TAF leave to file the attached reply and consider the reply in resolving TAF's pending Motion to Compel Case Statement and Comprehensive Superseding Complaint, Second Motion for Extension of Time to Respond, and Alternative Motion for Status Conference.

Respectfully submitted,

*/s/ Chloé M. Chetta*
Judy Y. Barrasso, 02814
Laurence D. LeSueur, Jr., 35206
Chloé M. Chetta, 37070
Lance W. Waters, 37351
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, LA 70112
Telephone: (504) 589-9700
jbarrasso@barrassousdin.com
llesueur@barrassousdin.com
cchetta@barrassousdin.com
lwaters@barrassousdin.com

*Counsel for Defendant Tiger Athletic Foundation*

{1802566_1}

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. | CIVIL ACTION NO.:  3:21-cv-00242 |
| Plaintiffs, | SECTION |
| VERSUS | JUDGE VITTER |
| LOUISIANA STATE UNIVERSITY, et al. | MAGISTRATE JUDGE JOHNSON |
| Defendants. | |

## ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum in Support of Motion to Compel Case Statement and Comprehensive Superseding Complaint, Second Motion for Extension of Time to Respond and Alternative Motion for Status Conference;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that Defendant Tiger Athletic Foundation. be and hereby is permitted to file its Reply Memorandum in Support of its Motion to Compel Case Statement and Comprehensive Superseding Complaint, Second Motion for Extension of Time to Respond and Alternative Motion for Status Conference.

New Orleans, Louisiana, this _____ day of September, 2021.

JUDGE WENDY B. VITTER
UNITED STATES DISTRICT COURT