## THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                    **CIVIL ACTION NO. 3:21-CV-00242**

**VERSUS**                                **JUDGE WENDY B. VITTER**

**LOUISIANA STATE UNIVERSITY,**           **MAGISTRATE JUDGE JOHNSON**
**ET AL.**

### JONATHAN SANDERS, TRACY BLANCHARD, AND MARIA FUENTES-MARTIN'S MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel comes,  Johnathan Sanders, Tracy Blanchard, and Maria Fuentes-Martin, who moves this Honorable Court to enter an Order enrolling William F. Large (34837) of Galloway, Johnson, Tompkins, Burr and Smith, 328 Settlers Trace Blvd., Lafayette, Louisiana, 70508, as additional counsel of record thereby listing Mark R. Pharr, III, Lindsay M. Young, and William F. Large as counsel of record for Johnathan Sanders, Tracy Blanchard, and Maria Fuentes-Martin and in support, respectfully suggests that this enrollment of counsel will in no way delay the progress of these proceedings.

Respectfully submitted,
**JEFF LANDRY**
**ASSISTANT ATTORNEY GENERAL**

BY:    */s/ Mark R. Pharr, III*
       Mark R. Pharr, III, Bar Role No. 21019
       Lindsay Meador Young, Bar Roll No. 31261
       *Special Assistant Attorneys General*
       328 Settlers Trace Blvd.
       Lafayette, Louisiana 70508
       Phone: 337-735-1760
       Fax: 337-993-0933
       Email: tiger@gallowaylawfirm.com
       Email: LMeador@gallowaylawfirm.com

ATTORNEYS FOR JONATHAN
SANDERS, TRACY BLANCHARD AND
MARIA FUENTES-MARTIN

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on September 21, 2021, with the Court's CM/ECF system, which will electronically send a copy of the same to all counsel of record.

_____*/s/ Mark R. Pharr, III*___
Mark R. Pharr, III