## THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

## ORDER

Considering, Defendants' Motion to Enroll Additional Counsel;

IT IS HEREBY ORDERED that William F. Large (34837) of the firm Galloway, Johnson, Tompkins, Burr & Smith be enrolled as additional counsel for, Johnathan Sanders, Tracy Blanchard, and Maria Fuentes-Martin.

SIGNED this _____ day of _____, 2021 at _____, Louisiana.

_____
MAGISTRATE JUDGE
MIDDLE DISTRICT OF LOUISIANA