**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ABBY OWENS, ET AL** | ) CIVIL ACTION |
| | ) |
| **v.** | ) NO. 3:21-cv-00242 |
| | ) |
| **LOUISIANA STATE UNIVERSITY, ET AL** | ) JUDGE VITTER |
| | ) MAGISTRATE JOHNSON |

<u>**EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**</u>

**NOW INTO COURT**, through undersigned counsel, come defendants Jennie Stewart, A.G. Monaco, and James Marchand, who move to enroll Gregory C. Fahrenholt and Sylvia M. Zarzeka of the law firm of Burglass & Tankersley, L.L.C., as additional counsel of record.

**WHEREFORE,** defendants Jennie Stewart, A.G. Monaco, and James Marchand pray that this Motion to Enroll Additional Counsel of Record be granted.

Respectfully submitted,

**BURGLASS & TANKERSLEY, LLC**

*/s/ Dennis J. Phayer*
**DENNIS J. PHAYER (#10408)**
**GREGORY C. FAHRENHOLT (#28572)**
**SYLVIA M. ZARZEKA (#38451)**
5213 Airline Drive
Metairie, Louisiana 70001-5602
Tel.: (504) 836-0412
Fax: (504) 287-0452
dphayer@burglass.com
gfahrenholt@burglass.com
szarzeka@burglass.com

{01236197 - v1}

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of September, 2021, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system to all counsel of record.


*/s Dennis J. Phayer*_____
Dennis J. Phayer