

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Michael L. McConnell**  
**Clerk of Court**

Telephone: 225-389-3500  
Facsimile: 225-389-3501

September 23, 2021

**Dennis J. Phayer**  
Burglass & Tankersley, L.L.C.  
5213 Airline Drive  
Metairie, LA 70001-5602

**RE:    3: 21-cv-00242-WBV-SDJ**

Owens, et al v. Louisiana State University, et al

<u>NOTICE</u>

A motion filed on behalf of Jennie Stewart, A.G. Monaco and James Marchand was filed in this court. A review of the record indicates Sylvia M. Zarzeka is listed as co-counsel for the Defendants. Our records indicate the attorney is currently not admitted to practice before the Middle District of Louisiana. As a result, the attorney will not be allowed to sign or electronically file any pleadings or appear in court until admitted. If the attorney is a member of the Louisiana State Bar, please have them complete the admission packet located at https://www.lamd.uscourts.gov/BarAdmission. Otherwise, a Motion to Appear Pro Hac Vice must be filed by local counsel, in accordance with Local Rule 83(b)(8) and the $100.00 fee paid through the Case Management/Electronic Case Filing (CM/ECF) System.

If you have any questions, please feel free to call the Clerk's Office at 225-389-3500.

Sincerely,

Michael L. McConnell  
Clerk of Court

By: *Nicole' L. Toups*  
Deputy Clerk