THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. | CIVIL ACTION NO. 3:21-CV-00242 |
| VERSUS | JUDGE WENDY B. VITTER |
| LOUISIANA STATE UNIVERSITY, ET AL. | MAGISTRATE JUDGE JOHNSON |

## ORDER

Considering, Defendants' Motion to Enroll Additional Counsel;

IT IS HEREBY ORDERED that Rick Eisenstat (35472) of the firm Galloway, Johnson, Tompkins, Burr & Smith be enrolled as additional counsel for, Johnathan Sanders, Tracy Blanchard, and Maria Fuentes-Martin.

SIGNED this _____ day of _____, 2021 at _____, Louisiana.

_____
MAGISTRATE JUDGE
MIDDLE DISTRICT OF LOUISIANA