**MINUTE ENTRY**
**VITTER, J.**
**SEPTEMBER 23, 2021**
**JS10, 1:30**

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                               **CIVIL ACTION**

**VERSUS**                                          **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

### TELEPHONE STATUS CONFERENCE REPORT

On September 23, 2021, at the Court's request, the Court held a Telephone Status Conference in this matter.

**PRESENT:**

    **Catherine E. Lasky, Endya Hash, Karen Truszkowski**
    Counsel for Plaintiffs, Abby Owens, Kennan Johnson, Samantha Brennan, Elisabeth Andries, Jade Lewis, Calise Richardson, Ashlyn Robertson, Corinn Hovis, Sarah Beth Kitch, Jane Doe, Other Unidentified Does

    **Susan W. Furr, Molly C. McDiarmid**
    Counsel for Defendants, Louisiana State University and Board Of Supervisors for Louisiana State University and Agricultural and Mechanical College

    **Judy Y. Barrasso, Chloe M. Chetta**
    Counsel for Defendant, Tiger Athletic Foundation

    **Evan M. Alvarez, Wayne T. Stewart**
    Counsel for Defendant, F. King Alexander

**Sylvia Zarzeka**[1]
Counsel for Defendants, Angelo-Gene Monaco, Jim Marchand, and Jennie Stewart

**S. Brooke Barnett-Bernal, Michael A. Patterson, Seth F. Lawrence**
Counsel for Defendant, Joseph Alleva

**Darren A. Patin**
Counsel for Defendant, Verge Ausberry

**John C. Walsh, Mary A. White, Jeffrey K. Cody**
Counsel for Defendant, Miriam Segar

**Renee Culotta**
Counsel for Defendant, Sharon Lewis

**John N. Chappuis, Beau A. LeBlanc**
Counsel for Defendant, Keava Soil-Cormier

**Sidney W. Degan, III, Keith A. Kornman**
Counsel for Defendants, Julia Sell and Michael Sell

**Frederic Eisenstat**[2]
Counsel for Defendants, Jonathan Sanders, Tracy Blanchard, and Mari Fuentes-Martin

**Stephanie B. Laborde**
Counsel for Defendant, Edward James Orgeron, Jr.

**Carroll Devillier**
Counsel for "O" The Rosy Finch Boyz, LLC

During the conference, the Court discussed with counsel the status of the case and disclosed certain connections that the Court and the Court's staff have to

---

[1] Sylvia Zarzeka confirmed during the conference that she is not yet enrolled as counsel of record, but intends to file a motion to enroll shortly. Remaining counsel voiced no objection to her participation in the conference.

[2] Fredric Eisenstat confirmed during the conference that he is not yet enrolled as counsel of record, but intends to file a motion to enroll shortly. Remaining counsel voiced no objection to his participation in the conference.

Louisiana State University. The Court advised all counsel that it believes it can be fair and impartial in this matter and has no basis for disqualification. Counsel voiced no objection to the Court remaining on this case.

The Court also discussed with counsel three pending motions: (1) Defendant Tiger Athletic Foundation's Motion to Compel Case Statement and Comprehensive Superseding Complaint, Second Motion for Extension of Time to Respond, and Alternative Motion for Status Conference (R. Doc. 71); (2) the Joint Motion to Compel RICO Case Statement or, Alternatively, Motion for RICO Case Statement Pursuant to Federal Rule of Civil Procedure 12(e), Motion for Status Conference and Motion for Extension of Time to File Responsive Pleadings, filed by the remaining defendants (R. Doc. 76); and (3) Defendant Tiger Athletic Foundation's Ex Parte Motion for Leave to File Reply Memorandum in Support of Motion to Compel Case Statement and Comprehensive Superseding Complaint, Second Motion for Extension of Time to Respond, and Alternative Motion for Status Conference (R. Doc. 83). At the outset, the Court issued an **oral Order GRANTING** Tiger Athletic Foundation's Motion for Leave to File Reply (R. Doc. 83). The Court then turned to the two Motions to Compel, and gave counsel an opportunity to address the merits of both motions and to address the arguments made by opposing counsel. After a lengthy discussion with counsel, and for the reasons stated during the conference, the Court issued an **oral Order DENYING** both motions. The Court, however, advised counsel that it would issue a separate Order requiring Plaintiffs to provide more specific information regarding their Louisiana Racketeering Act claim.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Tiger Athletic Foundation's Ex Parte Motion for Leave to File Reply Memorandum in Support of Motion to Compel Case Statement and Comprehensive Superseding Complaint, Second Motion for Extension of Time to Respond, and Alternative Motion for Status Conference (R. Doc. 83) is **GRANTED**. The Clerk's office is directed to file the Reply brief (R. Doc. 83-1) into the record in this matter.

**IT IS FURTHER ORDERED** that Defendant Tiger Athletic Foundation's Motion to Compel Case Statement and Comprehensive Superseding Complaint, Second Motion for Extension of Time to Respond, and Alternative Motion for Status Conference (R. Doc. 71) is **DENIED.**

**IT IS FURTHER ORDERED** that the Joint Motion to Compel RICO Case Statement or, Alternatively, Motion for RICO Case Statement Pursuant to Federal Rule of Civil Procedure 12(e), Motion for Status Conference and Motion for Extension of Time to File Responsive Pleadings (R. Doc. 76) is **DENIED.**

New Orleans, Louisiana, September 23, 2021.

*[signature: Wendy B. Vitter]*
**WENDY B. VITTER**
**United States District Judge**