# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

### MOTION TO CONTINUE SCHEDULING CONFERENCE AND CORRESPONDING DEADLINES

NOW INTO COURT, through undersigned counsel, come defendants Louisiana State University and the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, who, without waiving any objections or defenses, and for the reasons set forth more fully in their Memorandum in Support, respectfully move this Court to continue the scheduling conference by at least fourteen days, to allow the parties greater time to develop a Rule 26(f) report and to exchange initial disclosures.

    Respectfully submitted,

    **JEFF LANDRY**
    **ATTORNEY GENERAL**

    BY:   /s/ *Molly C. McDiarmid*
    Susan W. Furr Bar Roll No. 19582
    Karleen J. Green Bar Roll No. 25119
    Shelton Dennis Blunt Bar Roll No. 21230
    Michael B. Victorian Bar Roll No. 36065
    Molly C. McDiarmid Bar Roll No. 36426
    *Special Assistant Attorneys General*
    II City Plaza | 400 Convention Street, Suite 1100
    Baton Rouge, Louisiana 70802
    Telephone: 225 346 0285
    Facsimile: 225 381 9197
    Email: susie.furr@phelps.com
    Email: karleen.green@phelps.com

Email: dennis.blunt@phelps.com
Email: michael.victorian@phelps.com
Email: molly.mcdiarmid@phelps.com

PD.35594051.1