# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. | CIVIL ACTION NO.  3:21-CV-00242 |
| VERSUS | JUDGE WENDY B. VITTER |
| LOUISIANA STATE UNIVERSITY, ET AL. | MAGISTRATE JUDGE JOHNSON |

## MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE SCHEDULING CONFERENCE AND CORRESPONDING DEADLINES

NOW INTO COURT, through undersigned counsel, come defendants Louisiana State University and the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College ("defendants"), who respectfully submit this Memorandum in Support of their Motion to Continue Scheduling Conference and Corresponding Deadlines.

On September 24, 2021, the Court issued a Scheduling Conference Notice, setting a scheduling conference for October 15, 2021.[1]  In preparation for the conference, the parties are directed to file a Rule 26(f) report and exchange initial disclosures.  Because the deadlines flow from the scheduling conference date, the parties' Rule 26(f) report is due Friday, October 1, 2021[2] and the parties' initial disclosures must be exchanged by October 7, 2021.[3]

In satisfaction of their Rule 26(f) obligations, the defendants desire additional time for the parties to confer (beyond Friday), to develop proposed deadlines to address plaintiffs' class allegations and to account for the anticipated discovery needs of the case.  Thus, the defendants respectfully request that the scheduling conference currently set for October 15, 2021 be continued for at least fourteen days beyond its current date, which will correspondingly extend the existing

---

[1] R. Doc. 87.

[2] United States District Court for the Middle District of Louisiana Local Rule ("M.D.L.R.") 26(a).

[3] M.D.L.R. 26(b).

3

PD.35594051.1

Rule 26(f) report and initial disclosure deadlines.

On September 29, 2021, undersigned counsel contacted plaintiffs' counsel by email seeking their consent to the relief requested herein. Plaintiffs' counsel consented to the proposed continuance. Additionally, undersigned counsel is not aware of objections from the other defendants.

WHEREFORE, defendants Louisiana State University and the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College pray that their Motion be GRANTED, continuing the scheduling conference and corresponding Rule 26(f) report and initial disclosure deadlines, by at least fourteen days.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:    /s/ *Molly C. McDiarmid*
Susan W. Furr Bar Roll No.  19582
Karleen J. Green Bar Roll No.  25119
Shelton Dennis Blunt Bar Roll No. 21230
Michael B. Victorian Bar Roll No. 36065
Molly C. McDiarmid Bar Roll No. 36426
*Special Assistant Attorneys General*
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: 225 346 0285
Facsimile: 225 381 9197
Email: susie.furr@phelps.com
Email: karleen.green@phelps.com
Email: dennis.blunt@phelps.com
Email: michael.victorian@phelps.com
Email: molly.mcdiarmid@phelps.com

4