UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

## ORDER

CONSIDERING defendants Louisiana State University and the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College's Motion to Continue Scheduling Conference and Corresponding Deadlines;

IT IS ORDERED that the Motion is GRANTED. The Scheduling Conference will be reset.

New Orleans, Louisiana, this _____ day of _____, 2021.

_____
WENDY B. VITTER
UNITED STATES DISTRICT JUDGE