UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

### ORDER

CONSIDERING defendants Louisiana State University and the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College's Unopposed Motion to Continue Scheduling Conference and Corresponding Deadlines (R.Doc.94);

IT IS ORDERED that the Motion is GRANTED. The Scheduling Conference scheduled before the case manager on October 15, 2021 is CONTINUED until **Friday, November 5, 2021 at 9:30 a.m.**

New Orleans, Louisiana, this 30th day of September, 2021.

_____
WENDY B. VITTER
UNITED STATES DISTRICT JUDGE