UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL | ) CIVIL ACTION |
| | ) |
| v. | ) NO. 3:21-cv-00242 |
| | ) |
| LOUISIANA STATE UNIVERSITY, ET AL | ) JUDGE VITTER |
| | ) |
| | ) MAGISTRATE JOHNSON |

### EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come defendants Jennie Stewart, A.G. Monaco, and James Marchand, who move to enroll Sylvia M. Zarzeka of the law firm of Burglass & Tankersley, L.L.C., as additional counsel of record on their behalf.

**WHEREFORE,** defendants Jennie Stewart, A.G. Monaco, and James Marchand pray that this Motion to Enroll Additional Counsel of Record be granted.

Respectfully submitted,

**BURGLASS & TANKERSLEY, LLC**

*/s/ Dennis J. Phayer*
**DENNIS J. PHAYER (#10408)**
**GREGORY C. FAHRENHOLT (#28572)**
**SYLVIA M. ZARZEKA (#38451)**
5213 Airline Drive
Metairie, Louisiana 70001-5602
Tel.: (504) 836-0412
Fax: (504) 287-0452
dphayer@burglass.com
gfahrenholt@burglass.com
szarzeka@burglass.com

{01240710 - v1}

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, 2021, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system to all counsel of record.

>*/s Dennis J. Phayer*
>Dennis J. Phayer

{01240710 - v1}