**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ABBY OWENS, ET AL** | ) CIVIL ACTION |
| | ) |
| | ) NO. 3:21-cv-00242 |
| v. | ) |
| | ) JUDGE VITTER |
| **LOUISIANA STATE UNIVERSITY, ET AL** | ) |
| | ) MAGISTRATE JOHNSON |

## ORDER

Considering the foregoing Ex Parte Motion to Enroll Additional Counsel of Record,

**IT IS HEREBY ORDERED** that Sylvia M. Zarzeka (38451) of the law firm of Burglass & Tankersley, L.L.C., be and she is hereby enrolled as additional counsel of record for defendants Jennie Stewart, A.G. Monaco, and James Marchand.

New Orleans, Louisiana, this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE

{01240713 - v1}