UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **Abby Owens, et al.**<br>*Plaintiff* | Case No.: 3:21-cv-00242-WBV-SDJ |
| **v.** | Class Action |
| **Louisiana State University, et al.**<br>*Defendant* | Jury Demanded |

### EX PARTE MOTION TO WITHDRAW COUNSEL OF RECORD

Plaintiffs' Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, Sarah Beth Kitch, and other unidentified Does, individually and on behalf of other similarly situated students, through undersigned counsel, respectfully move to withdraw Matthew B. Peters (La. Bar Roll No. 37514) as counsel of record in this matter for Plaintiffs.

*/s/Catherine E. Lasky*
Catherine E. Lasky (La. Bar 28652)
Endya L. Hash (La. Bar 38260)
Katie Lasky Law
619 Homedale St.
New Orleans, LA 70124
P: (504) 584-7336
F: (504) 375-2221
katie@katielaskylaw.com
endya@katielaskylaw.com

Karen Truszkowski
*Pro Hac Vice*
Temperance Legal Group, PLLC
503 Mall Court #131
Lansing, MI 48912
Telephone: (844) 534-2560
Fax: (800) 531-6527
Email: karen@temperancelegalgroup.com

          Elizabeth K. Abdnour
          *Pro Hac Vice*
          Elizabeth Abdnour Law, PLLC
          1100 W. Saginaw St., Ste. 4A-2
          Lansing, MI 48915
          Telephone: (517) 292-0067
          Fax: (517) 709-7700
          Email: elizabeth@abdnour.com

          *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was filed on October 12, 2021, with the Court's CM/ECF system, which will electronically send a copy of same to all counsel of record.

          */s/Catherine E. Lasky*