UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**Abby Owens, et al.**
*Plaintiff*

v.

**Louisiana State University, et al.**
*Defendant*

Case No.: 3:21-cv-00242-WBV-SDJ

Class Action

Jury Demanded

## ORDER

Considering the foregoing Motion to Withdraw Counsel of Record,

**IT IS ORDERED** that the motion be and hereby is **GRANTED.** Matthew Peters (La. Bar Roll No. 37514) is hereby withdrawn as counsel of record for Plaintiffs Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, Sarah Beth Kitch, and other unidentified Does, individually and on behalf of other similarly situated students in this matter.

New Orleans, Louisiana, this _____ day of _____ 2021.

_____
Honorable Wendy B. Vitter