UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **Abby Owens, et al.** *Plaintiff* | Case No.: 3:21-cv-00242-WBV-SDJ |
| v. | Class Action |
| **Louisiana State University, et al.** *Defendant* | Jury Demanded |

### EX PARTE MOTION TO WITHDRAW COUNSEL OF RECORD

Plaintiffs' Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, Sarah Beth Kitch, and other unidentified Does, individually and on behalf of other similarly situated students, through undersigned counsel, respectfully move to withdraw Matthew B. Peters (La. Bar Roll No. 37514) as counsel of record in this matter for Plaintiffs. Matthew Peters has consented to the filing of this motion. His signature has not been obtained because he is no longer associated with Katie Lasky Law, one of the firms representing Plaintiffs.

*/s/Catherine E. Lasky*
Catherine E. Lasky (La. Bar 28652)
Endya L. Hash (La. Bar 38260)
Katie Lasky Law
619 Homedale St.
New Orleans, LA 70124
P: (504) 584-7336
F: (504) 375-2221
katie@katielaskylaw.com
endya@katielaskylaw.com

Karen Truszkowski
*Pro Hac Vice*
Temperance Legal Group, PLLC
503 Mall Court #131
Lansing, MI 48912

        Telephone: (844) 534-2560
        Fax: (800) 531-6527
        Email: karen@temperancelegalgroup.com

        Elizabeth K. Abdnour
        *Pro Hac Vice*
        Elizabeth Abdnour Law, PLLC
        1100 W. Saginaw St., Ste. 4A-2
        Lansing, MI 48915
        Telephone: (517) 292-0067
        Fax: (517) 709-7700
        Email: elizabeth@abdnour.com

        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was filed on October 14, 2021, with the Court's CM/ECF system, which will electronically send a copy of same to all counsel of record.

        */s/Catherine E. Lasky*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **Abby Owens, et al.** *Plaintiff* | **Case No.: 3:21-cv-00242-WBV-SDJ** |
| **v.** | **Class Action** |
| **Louisiana State University, et al.** *Defendant* | **Jury Demanded** |

### ORDER

Considering the foregoing Motion to Withdraw Counsel of Record,

**IT IS ORDERED** that the motion be and hereby is **GRANTED.** Matthew Peters (La. Bar Roll No. 37514) is hereby withdrawn as counsel of record for Plaintiffs Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, Sarah Beth Kitch, and other unidentified Does, individually and on behalf of other similarly situated students in this matter.

New Orleans, Louisiana, this _____ day of _____ 2021.

_____
Honorable Wendy B. Vitter