**EXHIBIT A**



**LSU**

ORGANIZATIONAL CHART
August 2021

**BOARD OF SUPERVISORS**
**LOUISIANA STATE UNIVERSITY**

**PRESIDENT**
**WILLIAM F. TATE IV**

LSU ALUMNI ASSOCIATION
CEO
**Gordon Monk**

TIGER ATHLETIC FOUNDATION
CEO
**Matthew Borman**

LSU FOUNDATION
PRESIDENT & CEO
**Robert M. Stuart Jr.**

ATHLETIC DEPARTMENT
DIRECTOR
**Scott Woodward**

LSU AGRICULTURAL CENTER
VICE PRESIDENT FOR
AGRICULTURE AND DEAN
**Vacant**

**ACADEMIC AFFAIRS**
**INTERIM EXECUTIVE VICE PRESIDENT &**
**PROVOST**
**Matthew Lee**

**FINANCE & ADMINISTRATION**
**INTERIM EXECUTIVE VICE PRESIDENT**
**& CHIEF FINANCIAL OFFICER**
**Donna Torres**

RESEARCH &
ECONOMIC DEVELOPMENT
VICE PRESIDENT
**Samuel J. Bentley**

ACADEMIC AFFAIRS
SENIOR VICE PROVOST
**Jane W. Cassidy**

**COMMUNICATIONS & UNIVERSITY RELATIONS**
**VICE PRESIDENT**
**Jim Sabourin**

STRATEGIC INITIATIVES
VICE PRESIDENT
**Isiah M. Warner**

ACADEMIC PROGRAMS &
SUPPORT SERVICES
VICE PROVOST
**vacant**

**LEGAL AFFAIRS & GENERAL COUNSEL**
**VICE PRESIDENT**
**Winston DeCuir Jr.**

STUDENT AFFAIRS
VICE PRESIDENT
**Jeremiah Shinn**

DIVERSITY
VICE PROVOST
**Dereck Rovaris Sr.**

**CIVIL RIGHTS & TITLE IX**
**INTERIM VICE PRESIDENT**
**Jane W. Cassidy**

ENROLLMENT MANAGEMENT
VICE PRESIDENT
**Jose Aviles**

GRADUATE SCHOOL
VICE PROVOST AND DEAN
**James H. Spencer**

LSU ONLINE &
CONTINUING EDUCATION
VICE PRESIDENT
**Sasha Thackaberry**

FINANCE
VICE PROVOST AND
ASSOCIATE VICE PRESIDENT
**Thomas M. Smith**

**INTERNAL AUDIT**
**CHIEF AUDITOR**
**Chad Brackin**

COLLEGE OF AGRICULTURE
VICE PRESIDENT FOR
AGRICULTURE
AND DEAN
**Vacant**

COLLEGE OF ART & DESIGN
DEAN
**Alkis Tsolakis**

E. J. OURSO COLLEGE OF BUSINESS
DEAN
**Jared Llorens**

COLLEGE OF THE COAST &
ENVIRONMENT
DEAN
**Christopher D'Elia**

COLLEGE OF ENGINEERING
DEAN
**Mary Julia Wornat**

ROGER HADFIELD OGDEN
HONORS COLLEGE
DEAN
**Jonathan Earle**

COLLEGE OF HUMAN SCIENCES
& EDUCATION
DEAN
**Roland Mitchell**

COLLEGE OF HUMANITIES &
SOCIAL SCIENCES
DEAN
**Troy Blanchard**

PAUL M. HEBERT LAW CENTER
INTERIM DEAN
**Lee Ann Wheelis Lockridge**

LSU LIBRARIES
DEAN
**Stanley Wilder**

MANSHIP SCHOOL OF
MASS COMMUNICATION
INTERIM DEAN
**Joshua Grimm**

COLLEGE OF MUSIC &
DRAMATIC ARTS
INTERIM DEAN
**Kristin Sosnowsky**

COLLEGE OF SCIENCE
DEAN
**Cynthia B. Peterson**

SCHOOL OF VETERINARY
MEDICINE
DEAN
**Joel Baines**