UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.
   *Plaintiffs*

VERSUS

LOUISIANA STATE UNIVERSITY, ET AL.
   *Defendants*

CIVIL ACTION NO. 3:21-cv-00242

JUDGE WENDY B. VITTER

MAG. JUDGE SCOTT D. JOHNSON

### EX PARTE MOTION FOR LEAVE TO FILE DOCUMENT EXCEEDING PAGE LIMIT

**NOW INTO COURT,** through undersigned counsel, come defendants Jennie Stewart, A.G. Monaco, and James Marchand, who collectively move for leave to exceed the twenty-five-page limit specified in Local Rule 7(g) of the U.S. District Court for the Middle District of Louisiana for their Memorandum in Support of Rule 12(b) Motion to Dismiss. The reasons warranting the requested leave are as follows:

Defendants' motion seeks dismissal of all claims asserted in plaintiffs' Second Amended Class Action Complaint. The complaint is 144 pages long and consists of 589 separately numbered paragraphs asserting 20 separate causes of action, including a civil racketeering claim. Due to the length of plaintiffs' complaint, the number of different causes of action that must be addressed, and the complexity of the legal issues to be briefed, defendants submit that 25 pages will not be enough to adequately present their multiple arguments as to why they are entitled to a dismissal of all claims; defendants accordingly move for leave to file a supporting memorandum that exceeds 25 pages. Defendants' proposed pleadings are attached.

**WHEREFORE**, defendants Jennie Stewart, A.G. Monaco, and James Marchand pray that their Motion for Leave to Exceed Page Limit for Memorandum in Support of Rule 12(b) Motion to Dismiss be granted.

{01250037 - v1}

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

By:  */s/ Gregory C. Fahrenholt*
**DENNIS J. PHAYER (La. Bar No. 10408)**
**GREGORY C. FAHRENHOLT  (La. Bar No. 28572)**
**SYLVIA M. ZARZEKA (La Bar No. 38451)**
**Special Assistant Attorneys General**
**BURGLASS & TANKERSLEY, LLC**
5213 Airline Drive
Metairie, LA 70001
Tel: (504) 836-0412
Fax: (504) 287-0452
dphayer@burglass.com
gfahrenholt@burglass.com
szarzeka@burglass.com

***Attorneys for Defendants, Jennie Stewart,***
***A.G. Monaco, and James Marchand***

{01250037 - v1}