UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL.<br>   *Plaintiffs* | CIVIL ACTION NO. 3:21-cv-00242 |
| | JUDGE WENDY B. VITTER |
| VERSUS | |
| | MAG. JUDGE SCOTT D. JOHNSON |
| LOUISIANA STATE UNIVERSITY, ET AL.<br>   *Defendants* | |

## RULE 12(b)(1) AND 12(B)(6) MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, come defendants Jennie Stewart, A.G. Monaco, and James Marchand, who, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, collectively move for dismissal of all claims on all counts asserted against them in plaintiffs' Amended Class Action Complaint, either without prejudice for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) or with prejudice pursuant to Rule 12(b)(6). The reasons warranting the dismissal of each claim are more fully set forth in the accompanying memorandum.

{01250038 - v1}

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

By:  /s/ *Gregory C. Fahrenholt*
**DENNIS J. PHAYER (La. Bar No. 10408)**
**GREGORY C. FAHRENHOLT  (La. Bar No. 28572)**
**SYLVIA M. ZARZEKA (La Bar No. 38451)**
**Special Assistant Attorneys General**
**BURGLASS & TANKERSLEY, LLC**
5213 Airline Drive
Metairie, LA 70001
Tel: (504) 836-0412
Fax: (504) 287-0452
dphayer@burglass.com
gfahrenholt@burglass.com
szarzeka@burglass.com

***Attorneys for Defendants, Jennie Stewart,***
***A.G. Monaco, and James Marchand***

{01250038 - v1}