UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL.<br>   *Plaintiffs* | CIVIL ACTION NO. 3:21-cv-00242 |
| | JUDGE WENDY B. VITTER |
| VERSUS | |
| | MAG. JUDGE SCOTT D. JOHNSON |
| LOUISIANA STATE UNIVERSITY, ET AL.<br>   *Defendants* | |

**ORDER**

Considering the foregoing Ex Parte Motion for Leave to Exceed Page Limit for Memorandum in Support of Motion to dismiss filed by defendants Jennie Stewart, A.G. Monaco, and James Marchand;

IT IS ORDERED that the motion is GRANTED. The motion to dismiss and memorandum in support shall be filed into the record by the Clerk of Court.

Signed this _____ day of November, 2021.

_____
**U.S. DISTRICT COURT JUDGE WENDY B. VITTER**

{01250044 - v1}