UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.                                      CIVIL ACTION NO.:

VERSUS                                                  21-242-WBV-SDJ

LOUISIANA STATE UNIVERSITY, ET AL.

### MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT AND JURY DEMAND UNDER RULE 12(b)(6) BY DEFENDANT EDWARD J. ORGERON, JR.

NOW INTO COURT, through undersigned counsel, comes Defendant, Edward J. Orgeron, Jr., who, pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully moves this Honorable Court to dismiss any and all claims made against him in the Amended Class Action Complaint and Jury Demand filed by Plaintiffs with prejudice, for the reasons set forth in his Memorandum in Support of Motion to Dismiss filed contemporaneously herewith.

WHEREFORE, after due consideration is had, Edward J. Orgeron, Jr. respectfully requests that his Motion to Dismiss Amended Class Action Complaint and Jury Demand be granted.

Respectfully submitted,

JEFF LANDRY
ATTORNEY GENERAL

*/s/ Stephanie B. Laborde*
Stephanie B. Laborde (#20908)
Benjamin M. Chapman (#28325)
Special Assistant Attorneys General
**Milling Benson Woodward, LLP**
6421 Perkins Road, Building B, Suite B
Baton Rouge, Louisiana 70802
Telephone: (225) 291-7300
Facsimile: (225) 291-4524
slaborde@millinglaw.com
bchapman@millinglaw.com

***Attorneys for Edward J. Orgeron, Jr.***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been electronically filed with the United States District Court via the Court's CM/ECF system on November 8, 2021, and Notice of Electronic Filing sent to all interested parties by operation of same.

*/s/ Stephanie B. Laborde*