UNITED STATES DISTRICT COURT

MIDDLE DISTRICT COURT OF LOUISIANA

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | **CIVIL ACTION NO:** |
| | * | **3:21-CV-00242-WBV-SDJ** |
| | * | |
| **VERSUS** | * | **JUDGE: THE HONORABLE WENDY** |
| | * | **VITTER** |
| **LOUISIANA STATE** | * | |
| **UNIVERSITY, ET AL** | * | **MAGISTRATE: THE HONORABLE** |
| | * | **SCOTT D. JOHNSON** |
| | * | |

-----------------------------------------------------------------

**DEFENDANTS, JULIA AND MICHAEL SELL'S, *EX PARTE* MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR
MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

**NOW INTO COURT**, through undersigned counsel, come Defendants, Julia Sell and Michael Sell (collectively, "the Sells"), who respectfully request leave to exceed the 25-page limit set forth in the Local Rule 7(g) for the Middle District Court of Louisiana.[1]

The Sells' Motion to Dismiss and Memorandum in Support is in response to Plaintiffs' 145 page Amended Class Action Complaint and Jury Demand plus 292 pages of exhibits and Plaintiffs' 65 page Louisiana Racketeering Act Case Statement. The Amended Complaint, which includes racketeering and putative class action claims, is being brought by 10 Plaintiffs asserting a total of 19 counts against multiple Defendants. In the Motion to Dismiss filed pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), the Sells seek the dismissal of general allegations and specific claims being brought against them by Plaintiffs, including three Plaintiffs who each assert markedly different claims against Julia Sell and Michael Sell. Many of the allegations assert claims against the Sells in both their official and personal capacities, necessitating separate

---

[1] Undersigned counsel is assuming the Local Rules of the Middle District are applicable to this case, but note that the Eastern District also has a 25-page limitation for a Memorandum in Support.

{00944210.DOCX;1}

1

arguments for the legal standards and jurisprudence supporting the dismissal each of those claims. Finally, Plaintiffs' factual allegations are contradicted by their own exhibits to their Amended Complaint, necessitating additional discussion for the Court for the statements and findings in those exhibits as permitted by Federal Rule of Civil Procedure 10(c).

The Motion to Dismiss is seeking dismissal of the following claims: (1) All claims by the seven Plaintiffs who fail to assert any factual allegations against the Sells; (2) All claims for prospective injunctive relief pursuant to a lack of standing; (3) Retaliation claims pursuant to Title IX; (4) First Amendment Retaliation claims; (5) Denial of Equal Protection claims against the Sells in both their official and personal capacities; (6) Denial of Procedural Due Process claims against the Sells in both their official and personal capacities; (7) Conspiracy to Interfere with Civil Rights claims against the Sells in both their official and personal capacities; (8) Negligent Supervision claims; (9) Negligent Infliction of Emotional Distress claims; (10) Intentional Infliction of Emotional Distress claims; (11) Louisiana Racketeering Act claims; and (12) All causes of action that have been untimely filed.  These claims involve complex legal issues that require an excess of 25 pages to adequately brief to this Court.  As filed, the Sells' Memorandum in Support of its Motion includes a total of 53 pages to fully address the disparate factual claims and multiple causes of action asserted in the Amended Complaint, including the exhibits thereto and Plaintiffs' Case Statement.

**WHEREFORE**, Defendants, Julia Sell and Michael Sell, respectfully pray that this Honorable Court grant them leave to file their Memorandum in Support of their Motion to Dismiss in excess of the 25-page limit set forth in Local Rule 7(g).

Respectfully Submitted:

**JEFF LANDRY**
**ATTORNEY GENERAL**
**By:** */s/ Sidney W. Degan, III*
**SIDNEY W. DEGAN, III (#04804)**
**KEITH A. KORNMAN (#23169)**
**JENA W. SMITH (#25255)**
Special Assistant Attorneys General
**DEGAN, BLANCHARD & NASH**
400 Poydras Street, Suite 2600
New Orleans, LA 70130
Telephone: (504) 529-3333
Facsimile: (505) 529-3337
sdegan@degan.com
kkornman@degan.com
jsmith@degan.com
*Attorneys for Defendants,*
*Julia Sell and Michael Sell*

{00944210.DOCX;1}