UNITED STATES DISTRICT COURT

MIDDLE DISTRICT COURT OF LOUISIANA

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | **CIVIL ACTION NO:** |
| | * | **3:21-CV-00242-WBV-SDJ** |
| | * | |
| **VERSUS** | * | **JUDGE: THE HONORABLE WENDY** |
| | * | **VITTER** |
| **LOUISIANA STATE** | * | |
| **UNIVERSITY, ET AL** | * | **MAGISTRATE: THE HONORABLE** |
| | * | **SCOTT D. JOHNSON** |
| | * | |

## MOTION TO DISMISS ALL CLAIMS
## AGAINST DEFENDANTS, JULIA SELL AND MICHAEL SELL

**NOW INTO COURT,** through undersigned counsel, come Defendants, Julia Sell and Michael Sell, (collectively, the "Sells"), who respectfully move for dismissal of all claims asserted by Plaintiffs for the reasons asserted in the attached Memorandum in Support. Plaintiffs' allegations are expressly contradicted by statements in the exhibits to their Amended Complaint, including the Husch Blackwell Report. Further, Plaintiffs fail to state a facially plausible claims against the Sells, lack standing to assert a claim for prospective injunctive relief, and their claims are untimely filed. Julia Sell and Michael Sell, therefore, respectfully request a dismissal of all Plaintiffs' claims against them with prejudice.

{00965491.DOCX;1}

Respectfully Submitted:

**JEFF LANDRY**
**ATTORNEY GENERAL**
**By:** */s/ Sidney W. Degan, III*
**SIDNEY W. DEGAN, III (#04804)**
**KEITH A. KORNMAN (#23169)**
**JENA W. SMITH (#25255)**
Special Assistant Attorneys General
**DEGAN, BLANCHARD & NASH**
400 Poydras Street, Suite 2600
New Orleans, LA 70130
Telephone: (504) 529-3333
Facsimile: (505) 529-3337
sdegan@degan.com
kkornman@degan.com
jsmith@degan.com
*Attorneys for Defendants,*
*Julia Sell and Michael Sell*