### THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**  **CASE NO. 3:21-CV-00242**

**VERSUS**  **JUDGE WENDY B. VITTER**

**LOUISIANA STATE UNIVERSITY,**  **MAGISTRATE JUDGE**
**ET AL.**  **JOHNSON**

### JONATHAN SANDERS, TRACY BLANCHARD AND MARI FUENTES MARTIN'S CONSOLIDATED ANSWER TO PLAINTIFFS' AND FIRST AMENDED CLASS ACTION COMPLAINT AND AFFIRMATIVE DEFENSES

NOW INTO COURT, through undersigned counsel, comes JONATHAN SANDERS ("Sanders"), TRACY BLANCHARD ("Blanchard") and MARI FUENTES-MARTIN ("Fuentes-Martin") who file their Answer to the Amended Class Action Complaint ("Complaint") filed by ABBY OWENS, SAMANTHA BRENNAN, CALISE RICHARDSON, JADE LEWIS, KENNAN JOHNSON, ELISABETH ANDRIES, JANE DOE, ASHLYN ROBERTSON, CORINN HOVIS, SARAH BETH KITCH AND OTHER UNIDENTIFIED DOES (collectively, "Plaintiffs"), as follows:

1.  The first three sentences in Paragraph 1 are denied. The last sentence of Paragraph 1 is denied for lack of sufficient information to justify a belief therein.

2.  The allegations in Paragraph 2 are denied for lack of sufficient information to justify a belief therein.

3.  Paragraph 3 is a statement of law, and therefore no response is required. However, to the extent a response is required, the allegations in Paragraph 3 are denied.

4.  The allegations in Paragraph 4 are denied for lack of sufficient information to justify a belief therein.

5.     The allegations in Paragraph 5 are denied for lack of sufficient information to justify a belief therein.

6.     The allegations in Paragraph 6 are denied for lack of sufficient information to justify a belief therein.

7.     The allegations in Paragraph 7 are denied for lack of sufficient information to justify a belief therein.

8.     The allegations in Paragraph 8 are denied for lack of sufficient information to justify a belief therein.

9.     The allegations in Paragraph 9 are denied for lack of sufficient information to justify a belief therein.

10.    The allegations in Paragraph 10 are denied for lack of sufficient information to justify a belief therein.

11.    Paragraph 11 is a statement of law, and therefore no response is required.  However, to the extent a response is required, the allegations in Paragraph 11 are denied.

12.    Paragraph 12 is a mere statement of law, and therefore no response is required. However, to the extent a response is required, the allegations in Paragraph 12 are denied.

13.    The allegations in Paragraph 13 are denied for lack of sufficient information to justify a belief therein.

14.    Paragraph 14 is a statement of law, and therefore no response is required.  However, to the extent a response is required, the allegations in Paragraph 14 are denied.

15. Paragraph 15 is a mere statement of law, and therefore no response is required. However, to the extent a response is required, the allegations in Paragraph 15 are denied.

16. Paragraph 16 is a mere statement of law, and therefore no response is required. However, to the extent a response is required, the allegations in Paragraph 16 are denied.

17. The allegations in Paragraph 17 are denied for lack of sufficient information to justify a belief therein.

18. Defendants Sanders, Blanchard and Fuentes-Martin admit they are subject to this Court's jurisdiction.  For all other defendants, the allegations in Paragraph 18 are denied for lack of sufficient information to justify a belief therein.

19. The allegations in Paragraph 19 are denied for lack of sufficient information to justify a belief therein.

20. The allegations in Paragraph 20 are denied for lack of sufficient information to justify a belief therein.

21. At least one Defendant recalls Plaintiff Richardson was a student at LSU.  The rest of the allegations in Paragraph 21 are denied for lack of sufficient information to justify a belief therein.

22. At least one Defendant recalls Plaintiff Lewis was a student at LSU.  The rest of the allegations in Paragraph 22 are denied for lack of sufficient information to justify a belief therein.

23.  At least one Defendant recalls Plaintiff Johnson was a student at LSU.  The rest of the allegations in Paragraph 23 are denied for lack of sufficient information to justify a belief therein.

24.  At least one Defendant recalls Robertson was a student at LSU.  The rest of the allegations in Paragraph 24 are denied for lack of sufficient information to justify a belief therein.

25.  The allegations in Paragraph 25 are denied for lack of sufficient information to justify a belief therein.

26.  The allegations in Paragraph 26 are denied for lack of sufficient information to justify a belief therein.

27.  At least one Defendant recalls Plaintiff Hovis was a student at LSU.  The rest of the allegations in Paragraph 27 are denied for lack of sufficient information to justify a belief therein.

28.  The allegations in Paragraph 28 are denied for lack of sufficient information to justify a belief therein.

29.  The allegations in Paragraph 29 are denied for lack of sufficient information to justify a belief therein.

30.  The allegations in Paragraph 30 are denied for lack of sufficient information to justify a belief therein.

31.  Defendants admit LSU is in Baton Rouge.  The rest of the allegations in Paragraph 31 are denied for lack of sufficient information to justify a belief therein.

32.  The allegations in Paragraph 32 are denied for lack of sufficient information to justify a belief therein.

33.    At least one Defendant has had contact with Defendant Alexander.  The rest of the allegations in Paragraph 33 are denied for lack of sufficient information to justify a belief therein.

34.    At least one Defendant has had contact with Defendant Monoaco. The rest of the allegations in Paragraph 34 are denied for lack of sufficient information to justify a belief therein.

35.    The allegations in Paragraph 35 are denied for lack of sufficient information to justify a belief therein.

36.    The allegations in Paragraph 36 are denied for lack of sufficient information to justify a belief therein.

37.    The allegations in Paragraph 37 are denied for lack of sufficient information to justify a belief therein.

38.    At least one Defendant has had contact with Defendant Ausberry. The rest of the allegations in Paragraph 38 are denied for lack of sufficient information to justify a belief therein.

39.    At least one Defendant has had contact with Defendant Seger. The rest of  the allegations in Paragraph 39 are denied for lack of sufficient information to justify a belief therein.

40.    The allegations in Paragraph 40 are denied for lack of sufficient information to justify a belief therein.

41.    The allegations in Paragraph 41 are denied for lack of sufficient information to justify a belief therein.

42.    The allegations in Paragraph 42 are denied for lack of sufficient information to justify a belief therein.

43.    The allegations in Paragraph 43 are denied for lack of sufficient information to justify a belief therein.

44.    The allegations in Paragraph 44 are admitted.

45.    The allegations in Paragraph 45 are admitted.

46.    At least one Defendant has had contact with Defendant Marchand. The rest of the allegations in Paragraph 46 are denied for lack of sufficient information to justify a belief therein.

47.    At least one Defendant has had contact with Defendant Monoaco. The rest of The allegations in Paragraph 47 are denied for lack of sufficient information to justify a belief therein.

48.    The allegations in Paragraph 48 are admitted.

49.    The statements in Paragraph 49 require no response.    However, to the extent a response is required, the allegations in Paragraph 49 are denied.

50.    The allegations in Paragraph 50 are denied as to Defendants Sanders, Blanchard and Fuentes-Martin.  For all other defendants, the allegations in Paragraph 50 are denied for lack of sufficient information to justify a belief therein.

51.    The statements in Paragraph 51 require no response.    However, to the extent a response is required, the allegations in Paragraph 51 are denied.

52.    The allegations in Paragraph 52 are denied for lack of sufficient information to justify a belief therein.

53.    The allegations in Paragraph 53 are simply a recitation of school policies and therefore no response is required, with the exception that there is a fourth policy: The Code of Student Conduct To the extent a response is required, the allegations of Paragraph 53 are denied.

54.    The statements in Paragraph 54 are purportedly selected quotes from the "Equal Opportunity Policy" and therefore require no response.  However, to the extent a response is required, the allegations in Paragraph 54 are denied.

55.    The statements in Paragraph 55 are purportedly selected quotes from the "Equal Opportunity Policy" and therefore require no response.  However, to the extent a response is required, the allegations in Paragraph 55 are denied.

56.    The statements in Paragraph 56 are purportedly selected quotes from the "Title IX Policy" and therefore require no response.  However, to the extent a response is required, the allegations in Paragraph 56 are denied.

57.    The statements in Paragraph 57 are purportedly selected quotes from the "Equal Opportunity Policy" and therefore require no response.  However, to the extent a response is required, the allegations in Paragraph 57 are denied.

58.    The statements in Paragraph 58 are purportedly selected quotes from the "Equal Opportunity Policy" and therefore require no response.  However, to the extent a response is required, the allegations in Paragraph 58 are denied.

59.    To the extent the allegations in Paragraph 59 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 59 are denied for lack of sufficient information to justify a belief therein.

60.   To the extent the allegations in Paragraph 60 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 60 are denied for lack of sufficient information to justify a belief therein.

61.   To the extent the allegations in Paragraph 61 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 61 are denied for lack of sufficient information to justify a belief therein.

62.   The allegations in Paragraph 62 are denied for lack of sufficient information to justify a belief therein.

63.   The allegations in Paragraph 63 are denied for lack of sufficient information to justify a belief therein.

64.   The allegations in Paragraph 64 are denied for lack of sufficient information to justify a belief therein.

65.   The allegations in Paragraph 65 are denied for lack of sufficient information to justify a belief therein.

66.   The allegations in Paragraph 66 are denied as to Defendants Sanders, Blanchard and Fuentes-Martin.  For all other defendants, the allegations in Paragraph 66 are denied for lack of sufficient information to justify a belief therein.

67.   The allegations in Paragraph 67 are denied as to Defendants Sanders, Blanchard and Fuentes-Martin.  For all other defendants, the allegations in Paragraph 67 are denied for lack of sufficient information to justify a belief therein.

68.   The allegations in Paragraph 68 are denied for lack of sufficient information to justify a belief therein.

69.    The allegations in Paragraph 69 are denied for lack of sufficient information to justify a belief therein.

70.    The statements in Paragraph 70 are purportedly selected quotes from the "the "Husch Blackwell Report" and therefore require no response.  However, to the extent a response is required, the allegations in Paragraph 70 are denied.

71.    The statements in Paragraph 71 are purportedly selected quotes from the "Husch Blackwell Report" and therefore require no response.  However, to the extent a response is required, the allegations in Paragraph 71 are denied.

72.    The statements in Paragraph 72 are purportedly selected quotes from the "Husch Blackwell" report and therefore require no response.  However, to the extent a response is required, the allegations in Paragraph 72 are denied.

73.    The statements in Paragraph 73 are purportedly selected quotes from the "Husch Blackwell Report" and therefore require no response.  However, to the extent a response is required, the allegations in Paragraph 73 are denied.

74.    The statements in Paragraph 74 are purportedly selected quotes from the "Husch Blackwell Report" and therefore require no response.  However, to the extent a response is required, the allegations in Paragraph 74 are denied.

75.    The statements in Paragraph 75 are purportedly selected quotes from the "Husch Blackwell" report and therefore require no response.  However, to the extent a response is required, the allegations in Paragraph 75 are denied.

76.    The statements in Paragraph 76 are purportedly paraphrases from the "Husch Blackwell Report" and therefore require no response.  However, to the extent a response is required, the allegations in Paragraph 76 are denied.

77.   The statements in Paragraph 77 are purportedly paraphrases from the "Husch Blackwell Report" and therefore require no response.   However, to the extent a response is required, the allegations in Paragraph 77 are denied.

78.   The allegations in Paragraph 78 are denied for lack of sufficient information to justify a belief therein.

79.   The allegations in Paragraph 79 are denied for lack of sufficient information to justify a belief therein.

80.   The statements in Paragraph 80 are purportedly paraphrases from the "Husch Blackwell Report" and therefore require no response.   However, to the extent a response is required, the allegations in Paragraph 80 are denied.

81.   The statements in Paragraph 81 are purportedly paraphrases from the "Husch Blackwell" report and therefore require no response.   However, to the extent a response is required, the allegations in Paragraph 81 are denied.

82.   The statements in Paragraph 82 are purportedly paraphrases and quotations from the "Husch Blackwell" report and therefore require no response.   However, to the extent a response is required, the allegations in Paragraph 82 are denied.

83.   The statements in Paragraph 83 are purportedly paraphrases from the "Husch Blackwell" report and therefore require no response.   However, to the extent a response is required, the allegations in Paragraph 83 are denied.

84.   The statements in Paragraph 84 are purportedly paraphrases and quotes from a "2017 audit entitled 'Oversight and Prevention of Sexual Misconduct (Multi-Campus)'" and therefore require no response.   However, to the extent a response is required, the allegations in Paragraph 84 are denied.

85.  The allegations in Paragraph 85 are denied for lack of sufficient information to justify a belief therein.

86.  The statements in Paragraph 86 are purportedly paraphrases and quotations from the "document entitled 'Management's Response to Internal Audit Prevention of Sex-Based Discrimination'"   and therefore require no response.  However, to the extent a response is required, the allegations in Paragraph 86 are denied.

87.  The statements in Paragraph 87 are purportedly paraphrases from the "Husch Blackwell" report and therefore require no response.  However, to the extent a response is required, the allegations in Paragraph 87 are denied.

88.  To the extent the allegations in Paragraph 88 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 88 are denied for lack of sufficient information to justify a belief therein.

89.  The allegations in Paragraph 89 are denied for lack of sufficient information to justify a belief therein.

90.  The allegations in Paragraph 90 are denied for lack of sufficient information to justify a belief therein.

91.   The allegations in Paragraph 91 are denied for lack of sufficient information to justify a belief therein.

92.  The statements in Paragraph 92 are purportedly paraphrases and quotations from the March 26, 2021, Louisiana State Senate Women and Children Committee Hearing and therefore require no response.  However, to the extent a response is required, the allegations in Paragraph 92 are denied.

93.   The allegations in Paragraph 93 are denied for lack of sufficient information to justify a belief therein.

94.   The allegations in Paragraph 94 are denied for lack of sufficient information to justify a belief therein.

95.   The allegations in Paragraph 95 are denied for lack of sufficient information to justify a belief therein.

96.   The allegations in Paragraph 96 are denied for lack of sufficient information to justify a belief therein.

97.   The allegations in Paragraph 97 are denied for lack of sufficient information to justify a belief therein.

98.   The allegations in Paragraph 98 are denied for lack of sufficient information to justify a belief therein.

99.   The allegations in Paragraph 99 are denied for lack of sufficient information to justify a belief therein.

100.  The allegations in Paragraph 100 are denied for lack of sufficient information to justify a belief therein.

101.  The allegations in Paragraph 101 are denied for lack of sufficient information to justify a belief therein.

102.  The allegations in Paragraph 102 are denied for lack of sufficient information to justify a belief therein.

103.  The allegations in Paragraph 103 are denied for lack of sufficient information to justify a belief therein.

104. To the extent the allegations in Paragraph 104 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 104 are denied for lack of sufficient information to justify a belief therein.

105. The allegations in Paragraph 105 are denied for lack of sufficient information to justify a belief therein.

106. The allegations in Paragraph 106 are denied for lack of sufficient information to justify a belief therein.

107. The allegations in Paragraph 107 are denied for lack of sufficient information to justify a belief therein.

108. The allegations in Paragraph 108 are denied for lack of sufficient information to justify a belief therein.

109. The allegations in Paragraph 109 are denied for lack of sufficient information to justify a belief therein.

110. The allegations in Paragraph 110 are denied for lack of sufficient information to justify a belief therein.

111. The allegations in Paragraph 111 are denied for lack of sufficient information to justify a belief therein.

112. The allegations in Paragraph 112 are denied for lack of sufficient information to justify a belief therein.

113. The allegations in Paragraph 113 are denied for lack of sufficient information to justify a belief therein.

114. The allegations in Paragraph 114 are denied for lack of sufficient information to justify a belief therein.

115.  The allegations in Paragraph 115 are denied for lack of sufficient information to justify a belief therein.

116.  The allegations in Paragraph 116 are denied for lack of sufficient information to justify a belief therein.

117.  The allegations in Paragraph 117 are denied for lack of sufficient information to justify a belief therein.

118.  The allegations in Paragraph 118 are denied for lack of sufficient information to justify a belief therein.

119.  The allegations in Paragraph 119 are denied for lack of sufficient information to justify a belief therein.

120.  The allegations in Paragraph 120 are denied for lack of sufficient information to justify a belief therein.

121.  The allegations in Paragraph 121 are denied for lack of sufficient information to justify a belief therein.

122.  The allegations in Paragraph 122 are denied for lack of sufficient information to justify a belief therein.

123.  The allegations in Paragraph 123 are denied for lack of sufficient information to justify a belief therein.

124.  The allegations in Paragraph 124 are denied for lack of sufficient information to justify a belief therein.

125.  The allegations in Paragraph 125 are denied for lack of sufficient information to justify a belief therein.

126. To the extent the allegations in Paragraph 126 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 127 are denied for lack of sufficient information to justify a belief therein.

127. The allegations in Paragraph 127 are denied for lack of sufficient information to justify a belief therein.

128. The allegations in Paragraph 128 are denied for lack of sufficient information to justify a belief therein.

129. The allegations in Paragraph 129 are denied for lack of sufficient information to justify a belief therein.

130. The allegations in Paragraph 130 are denied for lack of sufficient information to justify a belief therein.

131. The allegations in Paragraph 131 are denied for lack of sufficient information to justify a belief therein.

132. To the extent the allegations in Paragraph 132 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 132 are denied for lack of sufficient information to justify a belief therein.

133. To the extent the allegations in Paragraph 133 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 133 are denied for lack of sufficient information to justify a belief therein.

134. The allegations in Paragraph 134 are denied for lack of sufficient information to justify a belief therein.

135. The allegations in Paragraph 135 are denied for lack of sufficient information to justify a belief therein.

136. The allegations in Paragraph 136 are denied for lack of sufficient information to justify a belief therein.

137. The allegations in Paragraph 137 are denied for lack of sufficient information to justify a belief therein.

138. To the extent the allegations in Paragraph 138 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 138 are denied for lack of sufficient information to justify a belief therein.

139. To the extent the allegations in Paragraph 139 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 139 are denied for lack of sufficient information to justify a belief therein.

140. The allegations in Paragraph 140 are denied for lack of sufficient information to justify a belief therein.

141. The allegations in Paragraph 141 are denied for lack of sufficient information to justify a belief therein.

142. The allegations in Paragraph 142 are denied for lack of sufficient information to justify a belief therein.

143. The allegations in Paragraph 143 are denied for lack of sufficient information to justify a belief therein.

144. The allegations in Paragraph 144 are denied for lack of sufficient information to justify a belief therein.

145. The allegations in Paragraph 145 are denied for lack of sufficient information to justify a belief therein.

146. The allegations in Paragraph 146 are denied for lack of sufficient information to justify a belief therein.

147. The allegations in Paragraph 147 are denied for lack of sufficient information to justify a belief therein.

148. Defendants admit that the LSU Student Advocacy and Accountability office ("SAA") has within it an office named "LSU Cares."   The remaining allegations in Paragraph 148 are denied

149. At least one of the Defendants are familiar with meeting(s) with investigator Scott. The rest of the allegations in Paragraph 149 are denied for lack of sufficient information to justify a belief therein.

150. At least one of the Defendants are familiar with meeting(s) with investigator Scott. The rest of the allegations in Paragraph 150 are denied for lack of sufficient information to justify a belief therein.

151. At least one of the Defendants are familiar with meeting(s) with investigator Scott. The rest of the allegations in Paragraph 151 are denied for lack of sufficient information to justify a belief therein.

152. The allegations in Paragraph 152 are denied for lack of sufficient information to justify a belief therein.

153. The allegations in Paragraph 153 are denied for lack of sufficient information to justify a belief therein.

154. To the extent the allegations in Paragraph 154 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 154 are denied for lack of sufficient information to justify a belief therein.

155.  To the extent the allegations in Paragraph 155 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 155 are denied for lack of sufficient information to justify a belief therein.

156.  The allegations in Paragraph 156 are denied for lack of sufficient information to justify a belief therein.

157.  The allegations in Paragraph 157 are denied for lack of sufficient information to justify a belief therein.

158.  The allegations in Paragraph 158 are denied for lack of sufficient information to justify a belief therein.

159.  The allegations in Paragraph 159 are denied for lack of sufficient information to justify a belief therein.

160.  The allegations in Paragraph 160 are denied for lack of sufficient information to justify a belief therein.

161.  The allegations in Paragraph 161 are denied for lack of sufficient information to justify a belief therein.

162.  The allegations in Paragraph 162 are denied for lack of sufficient information to justify a belief therein.

163.  The allegations in Paragraph 163 are denied for lack of sufficient information to justify a belief therein.

164.  The allegations in Paragraph 164 are denied for lack of sufficient information to justify a belief therein.

165.  The allegations in Paragraph 165 are denied for lack of sufficient information to justify a belief therein.

166. The allegations in Paragraph 166 are denied for lack of sufficient information to justify a belief therein.

167. The allegations in Paragraph 167 are denied for lack of sufficient information to justify a belief therein.

168. To the extent the allegations in Paragraph 168 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 168 are denied for lack of sufficient information to justify a belief therein.

169. The allegations in Paragraph 169 are denied for lack of sufficient information to justify a belief therein.

170. The allegations in Paragraph 170 are denied for lack of sufficient information to justify a belief therein.

171. The allegations in Paragraph 171 are denied for lack of sufficient information to justify a belief therein.

172. The allegations in Paragraph 172 are denied for lack of sufficient information to justify a belief therein.

173. The allegations in Paragraph 173 are denied for lack of sufficient information to justify a belief therein.

174. The allegations in Paragraph 174 are denied for lack of sufficient information to justify a belief therein.

175. To the extent the allegations in Paragraph 175 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 175 are denied for lack of sufficient information to justify a belief therein.

176. To the extent the allegations in Paragraph 176 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 176 are denied for lack of sufficient information to justify a belief therein.

177. The allegations in Paragraph 177 are denied for lack of sufficient information to justify a belief therein.

178. The allegations in Paragraph 178 are denied for lack of sufficient information to justify a belief therein.

179. The allegations in Paragraph 179 are denied for lack of sufficient information to justify a belief therein.

180. The allegations in Paragraph 180 are denied for lack of sufficient information to justify a belief therein.

181. The allegations in Paragraph 181 are denied for lack of sufficient information to justify a belief therein.

182. The allegations in Paragraph 182 are denied for lack of sufficient information to justify a belief therein.

183. The allegations in Paragraph 183 are denied for lack of sufficient information to justify a belief therein.

184. To the extent the allegations in Paragraph 184 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 184 are denied for lack of sufficient information to justify a belief therein.

185. The allegations in Paragraph 185 are denied for lack of sufficient information to justify a belief therein.

186. The allegations in Paragraph 186 are denied for lack of sufficient information to justify a belief therein.

187. The allegations in Paragraph 187 are denied for lack of sufficient information to justify a belief therein.

188. The allegations in Paragraph 188 are denied for lack of sufficient information to justify a belief therein.

189. The allegations in Paragraph 189 are denied for lack of sufficient information to justify a belief therein.

190. To the extent the allegations in Paragraph 190 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 190 are denied for lack of sufficient information to justify a belief therein.

191. To the extent the allegations in Paragraph 191 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 191 are denied for lack of sufficient information to justify a belief therein.

192. The allegations in Paragraph 192 are denied for lack of sufficient information to justify a belief therein.

193. The allegations in Paragraph 193 are denied for lack of sufficient information to justify a belief therein.

194. The allegations in Paragraph 194 are denied for lack of sufficient information to justify a belief therein.

195. The allegations in Paragraph 195 are denied for lack of sufficient information to justify a belief therein.

196.  The allegations in Paragraph 196 are denied for lack of sufficient information to justify a belief therein.

197.  The allegations in Paragraph 197 are denied for lack of sufficient information to justify a belief therein.

198.  The allegations in Paragraph 198 are denied for lack of sufficient information to justify a belief therein.

199.  The allegations in Paragraph 199 are denied for lack of sufficient information to justify a belief therein.

200.  To the extent the allegations in Paragraph 200 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 200 are denied for lack of sufficient information to justify a belief therein.

201.  The allegations in Paragraph 201 are denied for lack of sufficient information to justify a belief therein.

202.  The allegations in Paragraph 202 are denied for lack of sufficient information to justify a belief therein.

203.  The allegations in Paragraph 203 are denied for lack of sufficient information to justify a belief therein.

204.  The allegations in Paragraph 204 are denied for lack of sufficient information to justify a belief therein.

205.  The allegations in Paragraph 205 are denied for lack of sufficient information to justify a belief therein.

206.  The allegations in Paragraph 206 are denied for lack of sufficient information to justify a belief therein.

207.  To the extent the allegations in Paragraph 207 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 207 are denied for lack of sufficient information to justify a belief therein.

208.  To the extent the allegations in Paragraph 208 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 208 are denied for lack of sufficient information to justify a belief therein.

209.  The allegations in Paragraph 209 are denied for lack of sufficient information to justify a belief therein.

210.  The allegations in Paragraph 210 are denied for lack of sufficient information to justify a belief therein.

211.  The allegations in Paragraph 211 are denied for lack of sufficient information to justify a belief therein.

212.  The allegations in Paragraph 212 are denied for lack of sufficient information to justify a belief therein.

213.  The allegations in Paragraph 213 are denied for lack of sufficient information to justify a belief therein.

214.  The allegations in Paragraph 214 are denied for lack of sufficient information to justify a belief therein.

215.  The allegations in Paragraph 215 are denied for lack of sufficient information to justify a belief therein.

216.  The allegations in Paragraph 216 are denied for lack of sufficient information to justify a belief therein.

217.  The allegations in Paragraph 217 are denied for lack of sufficient information to justify a belief therein.

218.  The allegations in Paragraph 218 are denied for lack of sufficient information to justify a belief therein.

219.  The allegations in Paragraph 219 are denied for lack of sufficient information to justify a belief therein.

220.  The allegations in Paragraph 220 are denied.

221.  Defendants admit Elisabeth Andries at some point contacted or visited the SAA office. All other allegations contained in Paragraph 221 are denied.

222.  The allegations in Paragraph 222 are denied.

223.  The allegations of Paragraph 223 are denied.

224.  The allegations in Paragraph 224 are denied.

225.  The allegations in Paragraph 225 are denied.

226.  The allegations in Paragraph 226 are denied.

227.  The allegations in Paragraph 227 are denied for lack of information sufficient to justify a belief therein.

228.  The allegations in Paragraph 228 are denied for lack of information sufficient to justify a belief therein.

229.  The allegations in Paragraph 229 are denied for lack of information to justify a belief therein.

230.  Defendants admit that Plaintiff Andries met with Defendant Sanders on or about August 22, 2019.  The rest of the allegations in Paragraph 230 are denied.

231.   The allegations in Paragraph 231 are denied.

232. The allegations in Paragraph 232 are denied.

233. The allegations in Paragraph 233 are denied for lack of information sufficient to justify a belief therein.

234. The allegations in Paragraph 234 are denied.

235. The allegations in Paragraph 235 are denied.

236. The allegations in Paragraph 236 are denied for lack of sufficient information to justify a belief therein.  Defendants admit there was a letter, but it was dated September 5, 2019 and September 26, 2019.

237. The allegations in Paragraph 237 are denied.

238. Defendants admit general knowledge of the existence of an appeal. The rest of the allegations in Paragraph 238 are denied for lack of sufficient information to justify a belief therein.

239. Defendants are aware there was a phone call.  The rest of the allegations in paragraph 239 are denied for lack of sufficient information to justify a belief therein.

240. Defendants are aware there was a phone call. The rest of the allegations in Paragraph 240 are denied.

241. Defendants admit Defendant Blanchard sent Plaintiff Andries an email.  The rest of the allegations in Paragraph 241 are denied.

242. To the extent the allegations in Paragraph 242 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 242 are denied for lack of sufficient information to justify a belief therein.

243. To the extent the allegations in Paragraph 243 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 243 are denied for lack of sufficient information to justify a belief therein.

244. The allegations in Paragraph 244 are denied for lack of sufficient information to justify a belief therein.

245. The allegations in Paragraph 245 are denied for lack of sufficient information to justify a belief therein. The allegations in Paragraph 245 are denied for lack of sufficient information to justify a belief therein.

246. The allegations in Paragraph 246 are denied for lack of sufficient information to justify a belief therein.

247. To the extent the allegations in Paragraph 247 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 247 are denied for lack of sufficient information to justify a belief therein.

248. The allegations in Paragraph 248 are denied for lack of sufficient information to justify a belief therein.

249. The allegations in Paragraph 249 are denied for lack of sufficient information to justify a belief therein.

250. To the extent the allegations in Paragraph 250 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 250 are denied for lack of sufficient information to justify a belief therein.

251. To the extent the allegations in Paragraph 251 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 251 are denied for lack of sufficient information to justify a belief therein.

252. The allegations in Paragraph 252 are denied for lack of sufficient information to justify a belief therein.

253. To the extent the allegations in Paragraph 253 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 253 are denied for lack of sufficient information to justify a belief therein.

254. The allegations in Paragraph 254 are denied for lack of sufficient information to justify a belief therein.

255. The allegations in Paragraph 255 are denied for lack of sufficient information to justify a belief therein.

256. The allegations in Paragraph 256 are denied for lack of sufficient information to justify a belief therein.

257. To the extent the allegations in Paragraph 257 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 257 are denied for lack of sufficient information to justify a belief therein.

258. The allegations in Paragraph 258 are denied for lack of sufficient information to justify a belief therein.

259. The allegations in Paragraph 259 are denied for lack of sufficient information to justify a belief therein.

260. The allegations in Paragraph 260 are denied for lack of sufficient information to justify a belief therein.

261. The allegations in Paragraph 261 are denied for lack of sufficient information to justify a belief therein.

262. The allegations in Paragraph 262 are denied for lack of sufficient information to justify a belief therein.

263. The allegations in Paragraph 263 are denied for lack of sufficient information to justify a belief therein.

264. Defendants deny the allegations in Paragraph 264 to the extent they may be read to imply any connection between Plaintiff Lewis' "violating the residential life policy for having a candle in her room," the LSUPD handling of the charges of John Coe for violating the Code of Student Conduct, and any involvement by Defendants Sanders, Blanchard or Fuentes-Martin. All other allegations in Paragraph 264 are denied for lack of sufficient information to justify a belief therein.

265. The allegations in Paragraph 265, that specify Defendant Sanders, are denied. All other allegations in Paragraph 266 are denied for lack of sufficient information to justify a belief therein.

266. The allegations in Paragraph 266, that specify Defendant Sanders was told be Plaintiff Lewis had been assaulted.  All other allegations in paragraph 268 are denied.

267. The allegations in Paragraph 267 are denied.

268. The allegations in Paragraph 268, that specify Defendant Sanders was told be Plaintiff Lewis had been assaulted.  All other allegations in paragraph 268 are denied.

269. To the extent the allegations in Paragraph 269 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 269 are denied for lack of sufficient information to justify a belief therein.

270. The allegations in Paragraph 270 are denied for lack of sufficient information to justify a belief therein.

271.  The allegations in Paragraph 271 are denied for lack of sufficient information to justify a belief therein.

272.  The allegations in Paragraph 272 are denied for lack of sufficient information to justify a belief therein.

273.  The allegations in Paragraph 273 are denied for lack of sufficient information to justify a belief therein.

274.  The allegations in Paragraph 274 are denied for lack of sufficient information to justify a belief therein.

275.  The allegations in Paragraph 275 are denied for lack of sufficient information to justify a belief therein.

276.  The allegations in Paragraph 276 are denied for lack of sufficient information to justify a belief therein.

277.  The allegations in Paragraph 277 are denied for lack of sufficient information to justify a belief therein.

278.  The allegations in Paragraph 278 are denied for lack of sufficient information to justify a belief therein.

279.  The allegations in Paragraph 279 are denied for lack of sufficient information to justify a belief therein.

280.  Defendants admit that LSU expelled John Coe on July 18, 2019.  All other allegations in Paragraph 280 are denied for lack of sufficient information to justify a belief therein.

281.  To the extent the allegations in Paragraph 281 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 281 are denied for lack of sufficient information to justify a belief therein.

282. To the extent the allegations in Paragraph 282 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.   All other allegations in Paragraph 282 are denied for lack of sufficient information to justify a belief therein.

283. The allegations in Paragraph 283 are denied for lack of sufficient information to justify a belief therein.

284. The allegations in Paragraph 284 are denied for lack of sufficient information to justify a belief therein.

285. The allegations in Paragraph 285 are denied for lack of sufficient information to justify a belief therein.

286. The allegations in Paragraph 286 are denied for lack of sufficient information to justify a belief therein.

287. The allegations in Paragraph 287 are denied for lack of sufficient information to justify a belief therein.

288. The allegations in Paragraph 288 are denied for lack of sufficient information to justify a belief therein.

289. The allegations in Paragraph 289 are denied for lack of sufficient information to justify a belief therein.

290. The allegations in Paragraph 290 are denied for lack of sufficient information to justify a belief therein.

291. The allegations in Paragraph 291 are denied for lack of sufficient information to justify a belief therein.

292. The allegations in Paragraph 292 are denied for lack of sufficient information to justify a belief therein.

293. The allegations in Paragraph 293 are denied for lack of sufficient information to justify a belief therein.

294. The allegations in Paragraph 294 are denied for lack of sufficient information to justify a belief therein.

295. The allegations in Paragraph 295 are denied for lack of sufficient information to justify a belief therein.

296. The allegations in Paragraph 296 are denied for lack of sufficient information to justify a belief therein.

297. The allegations in Paragraph 297 are denied for lack of sufficient information to justify a belief therein.

298. The allegations in Paragraph 298 are denied for lack of sufficient information to justify a belief therein.

299. The allegations in Paragraph 299 are denied for lack of sufficient information to justify a belief therein.

300. To the extent the allegations in Paragraph 300 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 300 are denied for lack of sufficient information to justify a belief therein.

301. To the extent the allegations in Paragraph 301 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 301 are denied for lack of sufficient information to justify a belief therein.

302. The allegations in Paragraph 302 are denied for lack of sufficient information to justify a belief therein.

303. The allegations in Paragraph 303 are denied for lack of sufficient information to justify a belief therein.

304. The allegations in Paragraph 304 are denied for lack of sufficient information to justify a belief therein.

305. The allegations in Paragraph 305 are denied for lack of sufficient information to justify a belief therein.

306. The allegations in Paragraph 306 are denied for lack of sufficient information to justify a belief therein.

307. The allegations in Paragraph 307 are denied for lack of sufficient information to justify a belief therein.

308. The allegations in Paragraph 308 are denied for lack of sufficient information to justify a belief therein.

309. The allegations in Paragraph 309 are denied for lack of sufficient information to justify a belief therein.

310. The allegations in Paragraph 310 are denied for lack of sufficient information to justify a belief therein.

311. The allegations in Paragraph 311 are denied for lack of sufficient information to justify a belief therein.

312. The allegations in Paragraph 312 are denied for lack of sufficient information to justify a belief therein.

313. The allegations in Paragraph 313 are denied for lack of sufficient information to justify a belief therein.

314. The allegations in Paragraph 314 are denied for lack of sufficient information to justify a belief therein.

315. The allegations in Paragraph 315 are denied for lack of sufficient information to justify a belief therein.

316. The allegations in Paragraph 316 are denied for lack of sufficient information to justify a belief therein.

317. The allegations in Paragraph 317 are denied for lack of sufficient information to justify a belief therein.

318. The allegations in Paragraph 318 are denied for lack of sufficient information to justify a belief therein.

319. The allegations in Paragraph 319 are denied for lack of sufficient information to justify a belief therein.

320. To the extent the allegations in Paragraph 320 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 320 are denied for lack of sufficient information to justify a belief therein.

321. To the extent the allegations in Paragraph 321 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 321 are denied for lack of sufficient information to justify a belief therein.

322. The allegations in Paragraph 322 are denied for lack of sufficient information to justify a belief therein.

323. The allegations in Paragraph 323 are denied for lack of sufficient information to justify a belief therein.

324. The allegations in Paragraph 324 are denied for lack of sufficient information to justify a belief therein.

325. The allegations in Paragraph 325 are denied for lack of sufficient information to justify a belief therein.

326. The allegations in Paragraph 326 are denied for lack of sufficient information to justify a belief therein.

327. The allegations in Paragraph 327 are denied for lack of sufficient information to justify a belief therein.

328. The allegations in Paragraph 328 are denied for lack of sufficient information to justify a belief therein.

329. The allegations in Paragraph 329 are denied for lack of sufficient information to justify a belief therein.

330. The allegations in Paragraph 330 are denied for lack of sufficient information to justify a belief therein.

331. The allegations in Paragraph 331 are denied for lack of sufficient information to justify a belief therein.

332. The allegations in Paragraph 332 are denied, except that Hovis did report to Defendant Sanders..

333. The allegations in Paragraph 333 are denied for lack of sufficient information to justify a belief therein.

334. The allegations in Paragraph 334 are denied for lack of sufficient information to justify a belief therein.

335. The allegations in Paragraph 335 are denied for lack of sufficient information to justify a belief therein.

336. The allegations in Paragraph 336 are denied for lack of sufficient information to justify a belief therein.

337. The allegations in Paragraph 337 are denied for lack of sufficient information to justify a belief therein.

338. To the extent the allegations in Paragraph 338 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 338 are denied for lack of sufficient information to justify a belief therein.

339. To the extent the allegations in Paragraph 339 include Defendants Sanders and Blanchard, said allegations are denied. All other allegations in Paragraph 339 are denied for lack of sufficient information to justify a belief therein.

340. The allegations in Paragraph 340 are denied for lack of sufficient information to justify a belief therein.

341. The allegations in Paragraph 341 are denied for lack of sufficient information to justify a belief therein.

342. The allegations in Paragraph 342 are denied for lack of sufficient information to justify a belief therein.

343. The allegations in Paragraph 343 are denied for lack of sufficient information to justify a belief therein.

344. The allegations in Paragraph 344 are denied for lack of sufficient information to justify a belief therein.

345. The allegations in Paragraph 345 are denied for lack of sufficient information to justify a belief therein.

346. The allegations in Paragraph 346 are denied for lack of sufficient information to justify a belief therein.

347. The allegations in Paragraph 347 are denied for lack of sufficient information to justify a belief therein.

348. The allegations in Paragraph 348 are denied for lack of sufficient information to justify a belief therein.

349. The allegations in Paragraph 349 are denied for lack of sufficient information to justify a belief therein.

350. The allegations in Paragraph 350 are denied for lack of sufficient information to justify a belief therein.

351. To the extent the allegations in Paragraph 351 include Defendants Sanders and Blanchard, said allegations are denied.  All other allegations in Paragraph 351 are denied for lack of sufficient information to justify a belief therein.

352. To the extent the allegations in Paragraph 352 include Defendants Sanders and Blanchard, said allegations are denied.  All other allegations in Paragraph 352 are denied for lack of sufficient information to justify a belief therein.

## CLASS ACTION ALLEGATIONS

353. Defendants admit that Plaintiffs seek to certify this action as a class action but deny that Plaintiffs can satisfy the requirements of Rule 23 and deny all other allegations in Paragraph 353.

354.   Defendants admit that Plaintiffs seek to certify this action as a class action but deny that Plaintiffs can satisfy the requirements of Rule 23 and deny all other allegations in Paragraph 354.

355.   The allegations in Paragraph 355 are legal conclusions.  To the extent a response is required, the allegations in Paragraph 355 are denied.

356.   Defendants admit that Plaintiffs seek to certify this action as a class action but deny that Plaintiffs can satisfy the requirements of Rule 23 and deny all other allegations in Paragraph 356.

357.   Defendants admit that Plaintiffs seek to certify this action as a class action but deny that Plaintiffs can satisfy the requirements of Rule 23 and deny all other allegations in Paragraph 357.

358.   Defendants admit that Plaintiffs seek to certify this action as a class action but deny that Plaintiffs can satisfy the requirements of Rule 23 and deny all other allegations in Paragraph 358.

359.   Defendants admit that Plaintiffs seek to certify this action as a class action but deny that Plaintiffs can satisfy the requirements of Rule 23 and deny all other allegations in Paragraph 359.

360.   Defendants admit that Plaintiffs seek to certify this action as a class action but deny that Plaintiffs can satisfy the requirements of Rule 23 and deny all other allegations in Paragraph 360.

361.   Defendants admit that Plaintiffs seek to certify this action as a class action but deny that Plaintiffs can satisfy the requirements of Rule 23 and deny all other allegations in Paragraph 361.

362.   Defendants admit that Plaintiffs seek to certify this action as a class action but deny that Plaintiffs can satisfy the requirements of Rule 23 and deny all other allegations in Paragraph 362.

363. Defendants admit that Plaintiffs seek to certify this action as a class action but deny that Plaintiffs can satisfy the requirements of Rule 23 and deny all other allegations in Paragraph 363.

364. Defendants admit that Plaintiffs seek to certify this action as a class action but deny that Plaintiffs can satisfy the requirements of Rule 23 and deny all other allegations in Paragraph 364.

365. Defendants admit that Plaintiffs seek to certify this action as a class action but deny that Plaintiffs can satisfy the requirements of Rule 23 and deny all other allegations in Paragraph 365.

## **COUNT I**

366. The allegations in Count I designate certain co-defendants and not Defendants Sanders and Blanchard. To the extent a response is required, the allegations of Paragraph 366 are denied.

367. The allegations in Count I designate certain co-defendants and not Defendants Sanders and Blanchard. To the extent a response is required, the allegations of Paragraph 367 are denied.

368. The allegations in Count I designate certain co-defendants and not Defendants Sanders and Blanchard. To the extent a response is required, the allegations of Paragraph 368 are denied.

369. The allegations in Count I designate certain co-defendants and not Defendants Sanders and Blanchard. To the extent a response is required, the allegations of Paragraph 369 are denied.

370. Blanchard. To the extent a response is required, the allegations of Paragraph 370 are denied.

371.  The allegations in Count I designate certain co-defendants and not Defendants Sanders and Blanchard. To the extent a response is required, the allegations of Paragraph 371 are denied.

372.  The allegations in Count I designate certain co-defendants and not Defendants Sanders and Blanchard. To the extent a response is required, the allegations of Paragraph 372 are denied.

373.  The allegations in Count I designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 373 are denied.

374.  The allegations in Count I designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 374 are denied.

375.  The allegations in Count I designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 375 are denied.

376.  The allegations in Count I designate certain co-defendants and not Defendants Sanders

377.  Blanchard. To the extent a response is required, the allegations of Paragraph 377 are denied.

378.  The allegations in Count I designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 378 are denied.

**COUNT II**

379. The allegations in Count II designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 379 are denied.

380. The allegations in Count II designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 380 are denied.

381. The allegations in Count II designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 381 are denied.

382. The allegations in Count II designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 382 are denied.

383. The allegations in Count II designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 383 are denied.

384. The allegations in Count II designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 384 are denied.

385. The allegations in Count II designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 385 are denied.

386. The allegations in Count II designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 386 are denied.

387. The allegations in Count II designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 366 are denied.

388. The allegations in Count II designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 388 are denied.

389. The allegations in Count II designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 389 are denied.

## COUNT III

390. The allegations in Count III designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 390 are denied.

391. The allegations in Count III designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 391 are denied.

392. The allegations in Count III designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 392 are denied.

393. The allegations in Count III designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 393 are denied.

394. The allegations in Count III designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 394 are denied.

395. The allegations in Count III designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 395 are denied.

396. The allegations in Count III designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 396 are denied.

397. The allegations in Count III designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 397 are denied.

398. The allegations in Count III designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 398 are denied.

399. The allegations in Count III designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 399 are denied.

## COUNT IV

400. The allegations in Count IV designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 400 are denied.

401. The allegations in Count IV designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 401 are denied.

402. The allegations in Count IV designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 402 are denied.

403. The allegations in Count IV designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 403 are denied.

404. The allegations in Count IV designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 404 are denied.

405. The allegations in Count IV designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 405 are denied.

406. The allegations in Count IV designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 406 are denied.

407. The allegations in Count IV designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 407 are denied.

## COUNT V

408. In response to the allegations in Paragraph 408, Defendants restate all previous responses to Plaintiffs' allegations.

409. To the extent the allegations in Paragraph 409 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 409 are denied for lack of sufficient information to justify a belief therein.

410. To the extent the allegations in Paragraph 410 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 410 are denied for lack of sufficient information to justify a belief therein.

411. To the extent the allegations in Paragraph 411 include Defendants Sanders and Blanchard, said allegations are denied. All other allegations in Paragraph 411 are denied for lack of sufficient information to justify a belief therein.

412. To the extent the allegations in Paragraph 412 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 412 are denied for lack of sufficient information to justify a belief therein.

413. To the extent the allegations in Paragraph 413 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 413 are denied for lack of sufficient information to justify a belief therein.

414. To the extent the allegations in Paragraph 414 include Defendant Fuentes-Martin, said allegations are denied for lack of information to justify a belief therein. The allegations

in Paragraph 414 specifying Defendants Sanders and Blanchard are denied.   All other allegations in Paragraph 414 are denied for lack of sufficient information to justify a belief therein.

415. The allegations in Paragraph 415 are paraphrases of law, to which no response is required.   To the extent a response is needed, the allegations of Paragraph 425 are denied.

416. To the extent the allegations in Paragraph 416 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 416 are denied for lack of sufficient information to justify a belief therein.

417. To the extent the allegations in Paragraph 417 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 417 are denied for lack of sufficient information to justify a belief therein.

418. To the extent the allegations in Paragraph 418 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 418 are denied for lack of sufficient information to justify a belief therein.

419. To the extent the allegations in Paragraph 419 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 281 are denied for lack of sufficient information to justify a belief therein.

420. To the extent the allegations in Paragraph 420 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 420 are denied for lack of sufficient information to justify a belief therein.

421. To the extent the allegations in Paragraph 421 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 421 are denied for lack of sufficient information to justify a belief therein.

422. To the extent the allegations in Paragraph 422 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 422 are denied for lack of sufficient information to justify a belief therein.

## COUNT VI

423. In response to the allegations in Paragraph 423, Defendants restate all previous responses to Plaintiffs' allegations.

424. To the extent the allegations in Paragraph 424 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 424 are denied for lack of sufficient information to justify a belief therein.

425. The allegations in Paragraph 425 are statements of law, to which no response is required.  To the extent a response is needed, the allegations of Paragraph 425 are denied.

426. To the extent the allegations in Paragraph 426 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 426 are denied for lack of sufficient information to justify a belief therein.

427. To the extent the allegations in Paragraph 427 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 427 are denied for lack of sufficient information to justify a belief therein.

428. To the extent the allegations in Paragraph 428 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 428 are denied for lack of sufficient information to justify a belief therein.

429. To the extent the allegations in Paragraph 429 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 429 are denied for lack of sufficient information to justify a belief therein.

430. To the extent the allegations in Paragraph 430 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 430 are denied for lack of sufficient information to justify a belief therein.

431. To the extent the allegations in Paragraph 431 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 431 are denied for lack of sufficient information to justify a belief therein.

432. To the extent the allegations in Paragraph 432 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 432 are denied for lack of sufficient information to justify a belief therein.

<u>**COUNT VII**</u>

433. In response to the allegations in Paragraph 433, Defendants restate all previous responses to Plaintiffs' allegations.

434. To the extent the allegations in Paragraph 434 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 434 are denied for lack of sufficient information to justify a belief therein.

435. The allegations in Paragraph 435 are statements of law, to which no response is required.  To the extent a response is needed, the allegations of Paragraph 435 are denied.

436. To the extent the allegations in Paragraph 436 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 436 are denied for lack of sufficient information to justify a belief therein.

437. To the extent the allegations in Paragraph 437 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 281 are denied for lack of sufficient information to justify a belief therein.

438. To the extent the allegations in Paragraph 438 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 438 are denied for lack of sufficient information to justify a belief therein.

439. To the extent the allegations in Paragraph 439 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 439 are denied for lack of sufficient information to justify a belief therein.

440. To the extent the allegations in Paragraph 440 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 440 are denied for lack of sufficient information to justify a belief therein.

## <u>COUNT VIII</u>

441. In response to the allegations in Paragraph 441, Defendants restate all previous responses to Plaintiffs' allegations.

442.  To the extent the allegations in Paragraph 442 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 442 are denied for lack of sufficient information to justify a belief therein.

443.  The allegations in Paragraph 443 are statements of law, to which no response is required.  To the extent a response is needed, the allegations of Paragraph 443 are denied.

444.  To the extent the allegations in Paragraph 444 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 444 are denied for lack of sufficient information to justify a belief therein.

445.  To the extent the allegations in Paragraph 445 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 445 are denied for lack of sufficient information to justify a belief therein.

446.  To the extent the allegations in Paragraph 446 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 446 are denied for lack of sufficient information to justify a belief therein.

447.  To the extent the allegations in Paragraph 447 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 447 are denied for lack of sufficient information to justify a belief therein.

448.  To the extent the allegations in Paragraph 448 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 448 are denied for lack of sufficient information to justify a belief therein.

449. To the extent the allegations in Paragraph 449 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 449 are denied for lack of sufficient information to justify a belief therein.

450. To the extent the allegations in Paragraph 450 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 450 are denied for lack of sufficient information to justify a belief therein.

## COUNT IX

451. In response to the allegations in Paragraph 451, Defendants restate all previous responses to Plaintiffs' allegations.

452. To the extent the allegations in Paragraph 452 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 452 are denied for lack of sufficient information to justify a belief therein.

453. To the extent the allegations in Paragraph 453 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 453 are denied for lack of sufficient information to justify a belief therein.

454. To the extent the allegations in Paragraph 454 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 454 are denied for lack of sufficient information to justify a belief therein.

455. To the extent the allegations in Paragraph 455 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 455 are denied for lack of sufficient information to justify a belief therein.

456. To the extent the allegations in Paragraph 456 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 456 are denied for lack of sufficient information to justify a belief therein.

## COUNT X

457. The allegations in Count X designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 457 are denied.

458. The allegations in Count X designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 458 are denied.

459. The allegations in Count X designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 459 are denied.

460. The allegations in Count X designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 460 are denied.

461. The allegations in Count X designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 461 are denied.

462. The allegations in Count X designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 462 are denied.

463. The allegations in Count X designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 463 are denied.

464. The allegations in Count X designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 464 are denied.

465. The allegations in Count X designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 465 are denied.

466. The allegations in Count X designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 466 are denied.

467. The allegations in Count X designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 367 are denied.

## COUNT XI

468. The allegations in Count XI designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 468 are denied.

469. The allegations in Count XI designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 469 are denied.

470. The allegations in Count XI designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 470 are denied.

471. The allegations in Count XI designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 471 are denied.

472. The allegations in Count XI designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 472 are denied.

473. The allegations in Count XI designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 473 are denied.

474. The allegations in Count XI designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 474 are denied.

475. The allegations in Count XI designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 475 are denied.

476. The allegations in Count XI designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 476 are denied.

477. The allegations in Count XI designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 477 are denied.

478. The allegations in Count XI designate certain co-defendants and not Defendants Sanders, Blanchard or Fuentes-Martin. To the extent a response is required, the allegations of Paragraph 478 are denied.

## COUNT XII

479. In response to the allegations in Paragraph 479, Defendants restate all previous responses to Plaintiffs' allegations.

480. The allegations in Paragraph 480 are statements of law, to which no response is required. To the extent a response is needed, the allegations of Paragraph 480 are denied.

481. The allegations in Paragraph 481 are statements of law, to which no response is required. To the extent a response is needed, the allegations of Paragraph 481 are denied.

482. The allegations in Paragraph 482 are denied for lack of sufficient information to justify a belief therein.

483. To the extent the allegations in Paragraph 483 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 483 are denied for lack of sufficient information to justify a belief therein.

484. To the extent the allegations in Paragraph 484 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 484 are denied for lack of sufficient information to justify a belief therein.

485. To the extent the allegations in Paragraph 485 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 485 are denied for lack of sufficient information to justify a belief therein.

486. To the extent the allegations in Paragraph 486 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 486 are denied for lack of sufficient information to justify a belief therein.

487. To the extent the allegations in Paragraph 487 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 487 are denied for lack of sufficient information to justify a belief therein.

488. To the extent the allegations in Paragraph 488 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 488 are denied for lack of sufficient information to justify a belief therein.

## COUNT XIII

489. In response to the allegations in Paragraph 489, Defendants restate all previous responses to Plaintiffs' allegations.

490. The allegations in Paragraph 490 are statements of law, to which no response is required.  To the extent a response is needed, the allegations of Paragraph 490 are denied.

491. The allegations in Paragraph 491 are statements of law, to which no response is required.  To the extent a response is needed, the allegations of Paragraph 491 are denied.

492. The allegations in Paragraph 492 specifying Defendants Sanders, Blanchard or Fuentes-Martin are denied.  To the extent the other general allegations in Paragraph 492 include

Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 492 are denied for lack of sufficient information to justify a belief therein.

493. To the extent the allegations in Paragraph 493 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 493 are denied for lack of sufficient information to justify a belief therein.

494. To the extent the allegations in Paragraph 494 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 494 are denied for lack of sufficient information to justify a belief therein.

495. To the extent the allegations in Paragraph 495 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 495 are denied for lack of sufficient information to justify a belief therein.

496. To the extent the allegations in Paragraph 496 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 496 are denied for lack of sufficient information to justify a belief therein.

## COUNT XIV

497. In response to the allegations in Paragraph 497, Defendants restate all previous responses to Plaintiffs' allegations.

498. To the extent the allegations in Paragraph 498 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 498 are denied for lack of sufficient information to justify a belief therein.

499. To the extent the allegations in Paragraph 499 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 499 are denied for lack of sufficient information to justify a belief therein.

500. To the extent the allegations in Paragraph 500 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 500 are denied for lack of sufficient information to justify a belief therein.

501. To the extent the allegations in Paragraph 501 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 501 are denied for lack of sufficient information to justify a belief therein.

502. To the extent the allegations in Paragraph 502 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 502 are denied for lack of sufficient information to justify a belief therein.

503. To the extent the allegations in Paragraph 503 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 503 are denied for lack of sufficient information to justify a belief therein.

## COUNT XV

504. In response to the allegations in Paragraph 504, Defendants restate all previous responses to Plaintiffs' allegations.

505. To the extent the allegations in Paragraph 505 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 505 are denied for lack of sufficient information to justify a belief therein.

506. To the extent the allegations in Paragraph 506 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 506 are denied for lack of sufficient information to justify a belief therein.

507. To the extent the allegations in Paragraph 507 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 507 are denied for lack of sufficient information to justify a belief therein.

508. To the extent the allegations in Paragraph 508 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 508 are denied for lack of sufficient information to justify a belief therein.

509. To the extent the allegations in Paragraph 509 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 509 are denied for lack of sufficient information to justify a belief therein.

## <u>COUNT XVI</u>

510. In response to the allegations in Paragraph 510, Defendants restate all previous responses to Plaintiffs' allegations.

511. The allegations in Paragraph 511 specifying Defendants Sanders, Blanchard or Fuentes-Martin are denied.  To the extent the other general allegations in Paragraph 511 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 511 are denied for lack of sufficient information to justify a belief therein.

512. Paragraph 512 is a recitation of a law, code, or policy, and therefore no response is required.  However, to the extent a response is required, the allegations in Paragraph 512 are denied.

513. Paragraph 513 is a recitation of a law, code, or policy, and therefore no response is required.  However, to the extent a response is required, the allegations in Paragraph 513 are denied.

514. Paragraph 514 is a recitation of a law, code, or policy, and therefore no response is required.  However, to the extent a response is required, the allegations in Paragraph 514 are denied.

515. Paragraph 515 is a recitation of a law, code, or policy, and therefore no response is required.  However, to the extent a response is required, the allegations in Paragraph 515 are denied.

516. Paragraph 516 is a recitation of a law, code, or policy, and therefore no response is required.  However, to the extent a response is required, the allegations in Paragraph 516 are denied.

517. Paragraph 517 is a recitation of a law, code, or policy, and therefore no response is required.  However, to the extent a response is required, the allegations in Paragraph 517 are denied.

518. Paragraph 518 is a recitation of a law, code, or policy, and therefore no response is required.  However, to the extent a response is required, the allegations in Paragraph 3 are denied.

519. Paragraph 519 is a recitation of a law, code, or policy, and therefore no response is required.  However, to the extent a response is required, the allegations in Paragraph 3 are denied.

520. Paragraph 520 is a recitation of a law, code, or policy, and therefore no response is required. However, to the extent a response is required, the allegations in Paragraph 520 are denied.

521. Paragraph 521 is a recitation of a law, code, or policy, and therefore no response is required. However, to the extent a response is required, the allegations in Paragraph 521 are denied.

522. The allegations in Paragraph 522 specifying Defendants Sanders, Blanchard or Fuentes-Martin are denied. To the extent the other general allegations in Paragraph 522 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 522 are denied for lack of sufficient information to justify a belief therein.

523. To the extent the allegations in Paragraph 523 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 523 are denied for lack of sufficient information to justify a belief therein.

524. To the extent the allegations in Paragraph 524 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 524 are denied for lack of sufficient information to justify a belief therein.

525. To the extent the allegations in Paragraph 525 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 525 are denied for lack of sufficient information to justify a belief therein.

526. To the extent the allegations in Paragraph 526 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 526 are denied for lack of sufficient information to justify a belief therein.

527. To the extent the allegations in Paragraph 527 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 527 are denied for lack of sufficient information to justify a belief therein.

528. To the extent the allegations in Paragraph 528 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 528 are denied for lack of sufficient information to justify a belief therein.

## COUNT XVII

529. In response to the allegations in Paragraph 529, Defendants restate all previous responses to Plaintiffs' allegations.

530. To the extent the allegations in Paragraph 530 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 530 are denied for lack of sufficient information to justify a belief therein.

531. The allegations in Paragraph 531 are denied for lack of sufficient information to justify a belief therein.

532. To the extent the allegations in Paragraph 532 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 532 are denied for lack of sufficient information to justify a belief therein.

533. To the extent the allegations in Paragraph 533 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 533 are denied for lack of sufficient information to justify a belief therein.

534. The allegations in Paragraph 534 are denied.

## COUNT XVIII

535. In response to the allegations in Paragraph 535, Defendants restate all previous responses to Plaintiffs' allegations.

536. The allegations in Paragraph 536 are statements of law, to which no response is required. To the extent a response is needed, the allegations of Paragraph 235 are denied.

537. To the extent the allegations in Paragraph 537 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 537 are denied for lack of sufficient information to justify a belief therein.

538. To the extent the allegations in Paragraph 538 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 538 are denied for lack of sufficient information to justify a belief therein.

539. To the extent the allegations in Paragraph 539 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 539 are denied for lack of sufficient information to justify a belief therein.

540. To the extent the allegations in Paragraph 540 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 540 are denied for lack of sufficient information to justify a belief therein.

541. To the extent the allegations in Paragraph 541 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 541 are denied for lack of sufficient information to justify a belief therein.

542. To the extent the allegations in Paragraph 542 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 542 are denied for lack of sufficient information to justify a belief therein.

543. To the extent the allegations in Paragraph 543 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 543 are denied for lack of sufficient information to justify a belief therein.

544. To the extent the allegations in Paragraph 544 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 544 are denied for lack of sufficient information to justify a belief therein.

545. To the extent the allegations in Paragraph 545 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 545 are denied for lack of sufficient information to justify a belief therein.

546. To the extent the allegations in Paragraph 546 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are 546.  All other allegations in Paragraph 281 are denied for lack of sufficient information to justify a belief therein.

547. To the extent the allegations in Paragraph 547 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 547 are denied for lack of sufficient information to justify a belief therein.

548. To the extent the allegations in Paragraph 548 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 548 are denied for lack of sufficient information to justify a belief therein.

549. To the extent the allegations in Paragraph 549 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 549 are denied for lack of sufficient information to justify a belief therein.

550. To the extent the allegations in Paragraph 550 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 550 are denied for lack of sufficient information to justify a belief therein.

551. To the extent the allegations in Paragraph 551 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 551 are denied for lack of sufficient information to justify a belief therein.

552. The allegations in Paragraph 552 are denied for lack of sufficient information to justify a belief therein.

### COUNT XIX

553. In response to the allegations in Paragraph 553, Defendants restate all previous responses to Plaintiffs' allegations.

554. The allegations in Paragraph 554 are statements of law, to which no response is required. To the extent a response is needed, the allegations of Paragraph 554 are denied.

555. The allegations in Paragraph 555 are statements of law, to which no response is required. To the extent a response is needed, the allegations of Paragraph 555 are denied.

556. To the extent the allegations in Paragraph 557 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 557 are denied for lack of sufficient information to justify a belief therein.

557. To the extent the allegations in Paragraph 557 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 557 are denied for lack of sufficient information to justify a belief therein.

558. The allegations in Paragraph 558 are statements of law, to which no response is required. To the extent a response is needed, the allegations of Paragraph 558 are denied.

559. To the extent the allegations in Paragraph 559 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 559 are denied for lack of sufficient information to justify a belief therein.

560. To the extent the allegations in Paragraph 560 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 560 are denied for lack of sufficient information to justify a belief therein.

561. To the extent the allegations in Paragraph 561 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 561 are denied for lack of sufficient information to justify a belief therein.

562. To the extent the allegations in Paragraph 562 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 562 are denied for lack of sufficient information to justify a belief therein.

563. To the extent the allegations in Paragraph 563 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied. All other allegations in Paragraph 563 are denied for lack of sufficient information to justify a belief therein.

564.  To the extent the allegations in Paragraph 564 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 564 are denied for lack of sufficient information to justify a belief therein.

565.  To the extent the allegations in Paragraph 565 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 565 are denied for lack of sufficient information to justify a belief therein.

566.  To the extent the allegations in Paragraph 566 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 566 are denied for lack of sufficient information to justify a belief therein.

567.  To the extent the allegations in Paragraph 567 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 567 are denied for lack of sufficient information to justify a belief therein.

568.  To the extent the allegations in Paragraph 568 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 568 are denied for lack of sufficient information to justify a belief therein.

569.  To the extent the allegations in Paragraph 569 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 569 are denied for lack of sufficient information to justify a belief therein.

570.  To the extent the allegations in Paragraph 570 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 570 are denied for lack of sufficient information to justify a belief therein.

571.  To the extent the allegations in Paragraph 571 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 571 are denied for lack of sufficient information to justify a belief therein.

572.  To the extent the allegations in Paragraph 572 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 572 are denied for lack of sufficient information to justify a belief therein.

573.  To the extent the allegations in Paragraph 573 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 573 are denied for lack of sufficient information to justify a belief therein.

574.  To the extent the allegations in Paragraph 574 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 574 are denied for lack of sufficient information to justify a belief therein.

575.  To the extent the allegations in Paragraph 575 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 575 are denied for lack of sufficient information to justify a belief therein.

576.  To the extent the allegations in Paragraph 576 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 576 are denied for lack of sufficient information to justify a belief therein.

577.  To the extent the allegations in Paragraph 577 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 577 are denied for lack of sufficient information to justify a belief therein.

578. To the extent the allegations in Paragraph 578 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 578 are denied for lack of sufficient information to justify a belief therein.

579. To the extent the allegations in Paragraph 579 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 579 are denied for lack of sufficient information to justify a belief therein.

580. To the extent the allegations in Paragraph 580 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 580 are denied for lack of sufficient information to justify a belief therein.

## **COUNT XX**

581. In response to the allegations in Paragraph 581, Defendants restate all previous responses to Plaintiffs' allegations.

582. To the extent the allegations in Paragraph 582 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 582 are denied for lack of sufficient information to justify a belief therein.

583. To the extent the allegations in Paragraph 583 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 583 are denied for lack of sufficient information to justify a belief therein.

584. To the extent the allegations in Paragraph 584 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 584 are denied for lack of sufficient information to justify a belief therein.

585. To the extent the allegations in Paragraph 584 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 584 are denied for lack of sufficient information to justify a belief therein.

586. To the extent the allegations in Paragraph 585 include Defendants Sanders, Blanchard or Fuentes-Martin, said allegations are denied.  All other allegations in Paragraph 585 are denied for lack of sufficient information to justify a belief therein.

587. The allegations in Paragraph 587 are denied.

## DAMAGES

588. In response to the allegations in Paragraph 588, Defendants restate all previous responses to Plaintiffs' allegations.

589. The allegations in Paragraph 589 are denied.

## PRAYER FOR RELIEF

590. To the extent a response is required, Defendants deny canny allegations in the Prayer for Relief, And, now for further answer, Defendant asserts the following affirmative defenses:

## FIRST DEFENSE

Plaintiffs' First Amended Complaint fails to state claim upon which can be granted with respect to some or all of their claims against Defendants Sanders, Blanchard or Fuentes-Martin.

## SECOND DEFENSE

The allegations in the First Amended Complaint against Defendants Sanders, Blanchard and Fuentes-Martin do not comport with the requirements of FRCP 9(b).

## THIRD DEFENSE

Defendants Sanders, Blanchard and Fuentes-Martin plead all affirmative defenses required to be specifically pled by FRCP (8)(c)(1) to the extent those defenses are applicable herein.

## FOURTH DEFENSE

The damages referred to in Plaintiffs' Complaint were not caused or contributed to in any manner by the Defendants Sanders, Blanchard or Fuentes-Martin.

## FIFTH DEFENSE

No actual case or controversy exists between Plaintiffs and Defendants Sanders, Blanchard or Fuentes-Martin with regard to one or more of the claims set forth in the Complaint.

## SIXTH DEFENSE

The incidents and resulting damages that are the subject of the Complaint were caused by the sole, comparative or contributory fault, negligence, breach of contract, breach of warranty, statutory and regulatory violations of other persons or entities for whom Defendants Sanders, Blanchard and Fuentes-Martin are not legally responsible.

## SEVENTH DEFENSE

Defendants Sanders, Blanchard and Fuentes-Martin did not owe any duty or warranty to Plaintiffs and did not breach any duty or warranty.

## EIGHT DEFENSE

At all material times, Defendants Sanders, Blanchard and Fuentes-Martin acted with due diligence and reasonable care and did not breach any duty to the Plaintiffs.

## NINTH DEFENSE

Some or all of Plaintiffs' claims for economic loss are barred or limited by the applicable economic loss rule, and the lack of foreseeability and/or legally compensable harm.

## TENTH DEFENSE

As a separate and complete defense to some or all of Plaintiffs' claims, Defendants Sanders, Blanchard and Fuentes-Martin aver that the subject incidents were occasioned without

their privity or knowledge.

## ELEVENTH DEFENSE

Any alleged negligence by Defendants Sanders, Blanchard or Fuentes-Martin, which they specifically deny, was not the proximate cause or sole proximate cause of Plaintiffs' alleged damages and there is no causal connection between the acts complained of and the damages and injuries alleged.

## TWELFTH DEFENSE

To the extent that Defendants Sanders, Blanchard or Fuentes-Martin are found liable to Plaintiffs for any damages, they are entitled to contractual indemnity from other parties or entities.

## THIRTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs are not entitled under the law to the damages that they seek, the alleged damages sought are too speculative and uncertain, and because of the impossibility of the ascertainment and allocation of such damages.

## FOURTEENTH DEFENSE

Plaintiffs' claims are barred to the extent Plaintiffs seek to impose liability retroactively for conduct that was not actionable at the time it occurred.

## FIFTEENTH DEFENSE

The Defendants Sanders, Blanchard or Fuentes-Martin are entitled to set-off, should any damages be awarded against them, in the amount of damages or settlement amounts recovered by Plaintiffs with respect to the same alleged injuries. Defendants Sanders, Blanchard and Fuentes-Martin are also entitled to have any damages that may be awarded to Plaintiffs reduced by the value of any benefits or payments to Plaintiffs from any collateral source.

## SIXTEENTH DEFENSE

Defendants Sanders, Blanchard and Fuentes-Martin deny that they have performed any conduct that would support an award of punitive damages.

## SEVENTEENTH DEFENSE

The putative class, as defined in the First Amended Complaint is not so numerous that joinder of all class members is impracticable.

## EIGHTEENTH DEFENSE

Questions of law or fact common to the class are lacking.

## NINETEENTH DEFENSE

The claims or defenses of the representative parties are not typical of the claims or defenses of the class.

## TWENTIETH DEFENSE

The representative parties will not fairly and adequately protect the interests of the class.

## TWENTY-FIRST DEFENSE

Plaintiffs' claims, or portions thereof, are barred by the applicable statutes of limitations.

## TWENTY-SECOND DEFENSE

Plaintiffs failed to mitigate their damages.

## TWENTY-THIRD DEFENSE

Plaintiffs have failed to exhaust their administrative remedies.

WHEREFORE, DEFENDANTS, JONATHAN SANDERS, TRACY BLANCHARD and MARI FUENTES-MARTIN pray that their Answer to Plaintiffs' Class Action Complaint and Amended Class Action Complaint be deemed good and sufficient and that after all due proceedings are had herein, including a trial by jury, there be judgment rendered in favor of

JONATHAN SANDERS, TRACY BLANCHARD and MARI FUENTES-MARTIN and against

the Plaintiffs and that this Honorable Court dismiss all claims with all costs to be assessed to the

Plaintiffs and for any and all additional relief, legal or equitable, to which Defendants Sanders,

Blanchard or Fuentes-Martin  entitled.

Respectfully submitted,

**JEFF LANDRY**
**ASSISTANT ATTORNEY GENERAL**

BY:     */s/ Mark R. Pharr, III*
          Mark R. Pharr, III, Bar Role No. 21019
          Lindsay Meador Young, Bar Roll No. 31261
          William F. Large Bar Roll No. 34837
          Rick Eisenstat, Bar Roll No. 35472
          *Special Assistant Attorneys General*
          328 Settlers Trace Blvd.
          Lafayette, Louisiana 70508
          Phone: 337-735-1760
          Fax: 337-993-0933
          Email: tiger@gallowaylawfirm.com
          Email: LMeador@gallowaylawfirm.com
          Email: WLarge@gallowalawfirm.com
          Email: REisenstat@gallowaylawfirm.com
          ATTORNEYS FOR JONATHAN
          SANDERS, TRACY BLANCHARD AND
          MARI FUENTES-MARTIN

**CERTIFICATE OF SERVICE**

I certify that I have electronically submitted for filing, a true and correct copy of the foregoing document with the clerk of the court for the U.S. District Court, Middle District of Louisiana, on the 8th day of November 2021 using the CM/ECF System.

/s/ Mark R. Pharr, III

_____
MARK R. PHARR, III