UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ABBY OWENS, ET AL.<br>    *Plaintiffs* | * * * | CIVIL ACTION NO. 3:21-cv-00242 |
| VERSUS | * * | JUDGE WENDY B. VITTER |
| LOUISIANA STATE UNIVERSITY, ET AL.,<br>    *Defendants* | * * * | MAGISTRATE JUDGE<br>SCOTT D. JOHNSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### FIELDON "F" KING ALEXANDER'S MOTION TO DISMISS
### FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6)

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Fieldon "F" King Alexander, who, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully moves this Court for an order dismissing, with prejudice, the claims asserted against him by all plaintiffs, for the reasons more fully set forth in Mr. Alexander's accompanying *Memorandum in Support of Motion to Dismiss*, which is being filed contemporaneously with the instant motion.

Dated:   November 8, 2021

                                  JEFF LANDRY
                                  ATTORNEY GENERAL

          BY:      */s/ Evan M. Alvarez*
                      **ALEJANDRO "AL" PERKINS (#30288)**
                      Email: aperkins@hamsil.com
                      **WAYNE T. STEWART (#30964)**
                      Email: wstewart@hamsil.com
                      **EVAN M. ALVAREZ (#31596)**
                      **Email: ealvarez@hamsil.com**
                      Special Assistant Attorneys General

                      **HAMMONDS, SILLS, ADKINS, GUICE,**
                      **NOAH, & PERKINS, LLP**
                      2431 S. Acadian Thruway, Suite 600

Baton Rouge, Louisiana 70808
Telephone: (225) 923-3462
Facsimile: (225) 923-0315

Counsel for Defendant, Fieldon "F" King Alexander

**CERTIFICATE OF SERVICE**

I do hereby certify that I have, on this 8th day of November, 2021, electronically filed this pleading with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                                                                                             ___*/s/ Evan M. Alvarez*_____
                                                                                                              **EVAN M. ALVAREZ**