UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ABBY OWENS, ET AL.<br>*Plaintiffs* | * * * | CIVIL ACTION NO. 3:21-cv-00242 |
| VERSUS | * * | JUDGE WENDY B. VITTER |
| LOUISIANA STATE UNIVERSITY, ET AL.,<br>*Defendants* | * * * | MAGISTRATE JUDGE<br>SCOTT D. JOHNSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PROPOSED ORDER

Considering the Rule 12(b)(6) Motion to Dismiss filed by Defendant, Fieldon "F" King Alexander;

**IT IS ORDERED** that the motion is granted.

**IT IS FURTHER ORDERED** that the claims asserted by Plaintiffs against the Defendant, Fieldon "F" King Alexander in the Amended Complaint (R. Doc. 22) are hereby dismissed with prejudice, and that Mr. Alexander is hereby dismissed from this lawsuit.

**SIGNED** in Baton Rouge, Louisiana on this the _____ day of _____, 20__.

_____
**HON. WENDY B. VITTER**
United States District Judge
Middle District of Louisiana