UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL<br><br>Plaintiff,<br><br>VERSUS<br><br>LOUISIANA STATE UNIVERSITY, ET AL<br><br>Defendants. | CIVIL ACTION NO. 3:21-cv-00242<br><br>JUDGE WENDY B. VITTER<br><br>MAGISTRATE JUDGE SCOTT D. JOHNSON |

## MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMITATION IN SUPPORT OF MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) BY DEFENDANT, "O" THE ROSY FINCH BOYZ

**NOW INTO COURT,** through undersigned counsel, comes defendant, "O" The Rosy Finch Boyz, LLC ("**Finch Boyz**"), who respectfully seek leave of Court to file a memorandum in support of its Rule 12(b)(6) Motion to Dismiss in response to Plaintiffs' *Amended Class Action Complaint and Jury Demand* (Doc. 22) ("**Amended Complaint**") in excess of the page limits prescribed by Local Rule 7(g), for the following reasons:

1.

The Amended Complaint is 145 pages and contains 589 paragraphs, plus subparts. In addition to the Amended Complaint, the Plaintiffs have filed Plaintiffs' Louisiana Racketeering Act Case Statement (the "**LRA Statement**") (Doc. 103). The LRA Statement is an additional 66 pages. Despite the length of the Plaintiffs' recitation of its various claims, there is a total dearth of factual allegations regarding Finch Boyz or any actions or inactions attributed to Finch Boyz. The case has multiple defendants (19), multiple causes of actions (20), and the factual scenario involved takes place over almost a decade of activity.

2200877.v1

2.

The Plaintiffs' claims are primarily claims for violations of Title IX of the Educational Amendments of 1972, 20 U.S.C. §§ 1681, *et seq.* (the "**Title IX Claims**"). The Title IX Claims are the crux of Counts I, II, III, IV, and V in the Amended Complaint. However, Finch Boyz is specifically excluded from the Title IX Claims and is not a defendant under Counts I, II, III, IV and V. Instead, through conclusory statements and shotgun pleading, Finch Boyz is joined as a defendant in this litigation although no cognizable cause of action has been stated against it.

Finch Boyz's Motion to Dismiss respectfully moves for the dismissal of the following Counts as the Plaintiffs' Amended Complaint fails to state a claim upon which relief can be granted: COUNT VI (First Amendment Retaliation under 42 U.S.C. § 1983); COUNT VII (Fourteenth Amendment Denial of Equal Protection under 42 U.S.C. § 1983); COUNT VIII (Fourteenth Amendment Denial of Procedural Due Process under 42 U.S.C. § 1983); COUNT IX (Conspiracy to Interfere with Civil Rights under 42 U.S.C. § 1985, 1986); COUNT XVII (Civil Conspiracy under Louisiana Civil Code Article 2324); COUNT XII (Negligence under Louisiana Civil Code Article 2315); COUNT XIII (Negligent Supervision under Louisiana Civil Code Article 2315, 2030); COUNT XIV (Negligent Infliction of Emotional Distress under Louisiana Civil Code Article 2315, 2030); COUNT XV (Intentional Infliction of Emotional Distress under Louisiana Civil Code Article 2315, 2030); COUNT XVI (Bad Faith Breach of Contract under Louisiana Civil Code Article 1997); COUNT XIX (Civil Violations of the Louisiana Racketeering Act under Louisiana Revised Statutes 15:1351 *et seq.*); COUNT XX (Enrichment Without Cause under Louisiana Civil Code Article 2298).

Finch Boyz has multiple defenses to each one of these claims, which must be fully briefed.

3.

For all of the foregoing reasons, Finch Boyz respectfully request that it be allowed to exceed the twenty-five (25) page limit, pursuant to Local Rules by 5 pages, for a total of 30 pages in order to properly address all the issues arising out of Plaintiffs' claims against Finch Boyz.

4.

Finch Boyz' proposed memorandum in support, attached hereto, is a total of 30 pages. Finch Boyz submits that allowing an additional five (5) pages for briefing will not cause undue delay or hardship to this Honorable Court, but will permit Finch Boyz to fully address all necessary issues related to its Motion to Dismiss.

**WHEREFORE**, Defendant, "O" The Rosy Finch Boyz, LLC prays for leave to file its memorandum in support in excess of the page limits established by the Local Rules of this Court, for a total of 30 pages.

Respectfully submitted:

**BREAZEALE, SACHSE & WILSON, L.L.P.**
23rd Floor, One American Place
Post Office Box 3197
Baton Rouge, LA   70821-3197
Telephone (225) 387-4000
Telecopier (225) 381-8029

*/s/ Carroll Devillier, Jr.*
Carroll Devillier, Jr. (La. Bar Roll #30477)
carroll.devillier@bswllp.com
David M. Charlton (La. Bar Roll #1759)
david.charlton@bswllp.com

*Attorneys for "O" The Rosy Finch Boyz*