UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL | : **CIVIL ACTION NO. 3:21-cv-00242** |
| Plaintiff, | : |
| | : |
| VERSUS | : JUDGE WENDY B. VITTER |
| | : |
| LOUISIANA STATE UNIVERSITY, ET AL | : MAGISTRATE JUDGE SCOTT D. JOHNSON |
| Defendants. | : |

# ORDER

Considering the *Motion for Leave to File Memorandum in Excess of Page Limitation in Support of Motion to Dismiss Pursuant to Rule 12(b)(6) by Defendant "O" The Rosy Finch Boyz* filed by Defendant, "O" The Rosy Finch Boyz, LLC;

**IT IS HEREBY ORDERED** that Defendant, "O" The Rosy Finch Boyz, LLC, is **GRANTED** leave to exceed the page limitation set forth in LR 7(g), and that its Memorandum in Support of "O" The Finch Boyz's Motion to Dismiss Pursuant to Rule 12(b)(6) be filed into the record of this matter.

Baton Rouge, this _____ day of _____, 2021.

_____
JUDGE WENDY B. VITTER
UNITED STATES DISTRICT COURT

2200877.v1