UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ABBY OWENS, ET AL | : | CIVIL ACTION NO. 3:21-cv-00242 |
| Plaintiff, | : | |
| | : | |
| VERSUS | : | JUDGE WENDY B. VITTER |
| | : | |
| LOUISIANA STATE UNIVERSITY, ET AL | : | MAG. JUDGE SCOTT D. JOHNSON |
| Defendants. | : | |

## MOTION TO DISMISS PURSUANT TO
## RULE 12(b)(6) BY DEFENDANT "O" THE ROSY FINCH BOYZ

**NOW INTO COURT,** through undersigned counsel, comes defendant, "O" The Rosy Finch Boyz, LLC ("**Finch Boyz**"), who respectfully moves, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing all claims asserted against it by the Plaintiffs in their *Amended Class Action Complaint and Jury Demand* (R. Doc. 22) ("**Amended Complaint**"), with prejudice. Finch Boyz respectfully submits that the Plaintiffs' Amended Complaint fails to state a claim upon which relief can be granted under the theories of recovery stated therein.

**WHEREFORE**, defendant, "O" The Rosy Finch Boyz, LLC, prays that the Court grant its Motion to Dismiss, dismissing all claims asserted against it, with prejudice.

Respectfully submitted:

**BREAZEALE, SACHSE & WILSON, L.L.P.**
23rd Floor, One American Place
Post Office Box 3197
Baton Rouge, LA   70821-3197
Telephone (225) 387-4000
Telecopier (225) 381-8029

*/s/ Carroll Devillier, Jr.*
Carroll Devillier, Jr. (La. Bar Roll #30477)
carroll.devillier@bswllp.com
David M. Charlton (La. Bar Roll #1759)
david.charlton@bswllp.com
*Attorneys for "O" The Rosy Finch Boyz*

2197466.v1