UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ABBY OWENS, ET AL | : | **CIVIL ACTION NO. 3:21-cv-00242** |
| Plaintiff, | : | |
| | : | |
| VERSUS | : | JUDGE WENDY B. VITTER |
| | : | |
| LOUISIANA STATE UNIVERSITY, ET AL | : | MAG. JUDGE SCOTT D. JOHNSON |
| Defendants. | : | |

---

## ORDER

---

Considering the foregoing *Motion to Dismiss Pursuant to Rule 12(b)(6) by Defendant, "O" The Rosy Finch Boyz;*

**IT IS ORDERED** that the *Motion to Dismiss Pursuant to Rule 12(b)(6) by Defendant, "O" The Rosy Finch Boyz* is **GRANTED**, dismissing, with prejudice, all claims asserted against it in the Plaintiffs' *Amended Class Action Complaint and Jury Demand* (R. Doc. 22).

READ AND SIGNED this _____ day of _____, 2021.

_____
JUDGE WENDY B. VITTER
UNITED STATES DISTRICT COURT

2197466.v1