**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ABBY OWENS, ET AL** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL** | **MAGISTRATE JUDGE JOHNSON** |

**VERGE AUSBERRY'S MOTION TO DISMISS PLAINTIFF'S ORIGINAL AND FIRST AMENDED COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, comes **Verge Ausberry**, named defendant herein, who moves this Honorable Court to dismiss the *Original* and *First Amended Complaint* filed herein by plaintiffs, **Abby Owens, et al**, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for their failure to state a claim upon which relief can be granted as against this defendant, whether pursuant to 20 U.S.C § 1681 (Title IX); 42 U.S.C. §§ 1983, 1985 and/or 1986; La.C.C. Arts. 2030, 2209, 2315, or 2324; and/or La.R.S. 15:1351 (Louisiana Racketeering Act).

**WHEREFORE,** and for the reasons outlined in the attached memorandum in support, Verge Ausberry respectfully prays that this Honorable Court **GRANT** his *Motion to Dismiss*, dismissing the plaintiff's Original and First Amended Complaint as against him, with prejudice.

**[Signature Block on Next Page]**

Respectfully Submitted,

**JEFF LANDRY
ATTORNEY GENERAL**

BY:  _/s/Darren A. Patin_____
      **DARREN A. PATIN, #23244**
Special Assistant Attorney General
One Galleria Boulevard, Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Facsimile:  (504) 836-6565
*Counsel for Defendant, Verge Ausberry*

**CERTIFICATE OF SERVICE**

I, Darren Patin, attorney for Defendant, do hereby certify that I have date electronically filed the above and foregoing with the Clerk of the Court by using the CM/ECF system, and by email provided a true and correct copy of the foregoing to all counsel of record.

**SO CERTIFIED** this the 8th day of November, 2021.

*s/ Darren A. Patin*
_____
**DARREN A. PATIN**