UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. | CIVIL ACTION NO.: 3:21-cv-00242 |
| Plaintiffs, | SECTION |
| VERSUS | JUDGE VITTER |
| LOUISIANA STATE UNIVERSITY, et al. | MAGISTRATE JUDGE JOHNSON |
| Defendants. | |

**DEFENDANT TIGER ATHLETIC FOUNDATION'S CONSENT MOTION FOR LEAVE TO FILE TWO RULE 12(b)(6) MOTIONS OR, ALTERNATIVELY, MOTION FOR LEAVE TO FILE EXCESS PAGES**

With plaintiffs' consent, defendant Tiger Athletic Foundation (TAF) seeks leave to file the attached two Rule 12(b)(6) motions to dismiss or, alternatively, for leave to file one motion with excess pages.

As the Court knows, plaintiffs' first amended complaint is long. The complaint itself is 145 pages and incorporates two exhibits totaling another 297 pages. In addition, because plaintiffs assert a racketeering claim under the Louisiana Racketeering Act, plaintiffs have also provided the court and the parties a 66-page racketeering case statement. For the convenience of the parties in briefing and the court in resolving plaintiffs' various claims, TAF seeks permission to file two different Rule 12(b)(6) motions—one addressing plaintiffs' racketeering claims and the other addressing plaintiffs' non-racketeering claims. To avoid any suggestion that TAF is violating the court page's limits by filing two different motions, TAF seeks leave to file these motions contemporaneously, but separately. Alternatively, if the court prefers one motion addressing all claims, TAF asks for leave to file a motion exceeding the standard 25-page limit.

On November 5, counsel for TAF contacted plaintiffs' counsel, who have no objection to this approach. Accordingly, the court should grant this motion and allow TAF to file two separate,

but contemporaneous Rule 12(b)(6) motions to dismiss.  Alternatively, the court should grant TAF leave to file excess pages.

          Respectfully submitted,

          */s/ Chloé M. Chetta*
          Judy Y. Barrasso, 02814
          Laurence D. LeSueur, Jr., 35206
          Chloé M. Chetta, 37070
          Lance W. Waters, 37351
          BARRASSO USDIN KUPPERMAN
           FREEMAN & SARVER, L.L.C.
          909 Poydras Street, Suite 2350
          New Orleans, LA  70112
          Telephone:  (504) 589-9700
          jbarrasso@barrassousdin.com
          llesueur@barrassousdin.com
          cchetta@barrassousdin.com
          lwaters@barrassousdin.com

          *Counsel for Defendant Tiger Athletic Foundation*

{1808538_1}

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. | CIVIL ACTION NO.: 3:21-cv-00242 |
| Plaintiffs, | SECTION |
| VERSUS | JUDGE VITTER |
| LOUISIANA STATE UNIVERSITY, et al. | MAGISTRATE JUDGE JOHNSON |
| Defendants. | |

### ORDER

Considering the foregoing Consent Motion for Leave to File Two Rule 12(b)(6) Motions or, Alternatively, Motion for Leave to File Excess Pages;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that Defendant Tiger Athletic Foundation be and hereby is permitted to file two Rule 12(b)(6) motions or, alternatively, to file one motion exceeding the standard 25-page limit.

New Orleans, Louisiana, this _____ day of November, 2021.

JUDGE WENDY B. VITTER
UNITED STATES DISTRICT COURT