UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. | CIVIL ACTION NO.: 3:21-cv-00242 |
| Plaintiffs, | SECTION |
| VERSUS | JUDGE VITTER |
| LOUISIANA STATE UNIVERSITY, et al. | MAGISTRATE JUDGE JOHNSON |
| Defendants. | **ORAL ARGUMENT REQUESTED** |

**DEFENDANT TIGER ATHLETIC FOUNDATION'S
RULE 12(b)(6) MOTION TO DISMISS RACKETEERING CLAIMS**

Tiger Athletic Foundation (TAF) moves to dismiss, under Rule 12(b)(6) of the Federal Rules of Civil Procedure, plaintiffs' implausible Louisiana Racketeering Act claim.

This is a Title IX lawsuit, but because TAF has no legal duties or responsibilities under Title IX, plaintiffs are grasping at straws to assert a claim with penalty provisions like treble damages and attorneys' fees against TAF, even though TAF did nothing wrong. Plaintiffs have filed two complaints full of legal conclusions and impermissible group pleading and continued to press both legally and factually deficient theories of liability in their court-ordered racketeering case statement. Plaintiffs have not—and consistent with their Rule 11 good-faith obligation, cannot—identify any person at TAF who supposedly engaged in any criminal conduct.

Plaintiffs' bald characterizations of TAF as a criminal mastermind responsible for forcibly silencing sexual misconduct victims, laundering dirty money, and corrupting public employees across the state make no sense, stretch Rule 12(b)(6)'s plausibility standard beyond recognition, and torture the text of the Louisiana Racketeering Act and state criminal laws. As plaintiffs' scant allegations reveal, TAF did not commit a single crime, plaintiffs cannot legitimately allege a "pattern" of racketeering activity, and many of their claims are prescribed. Accordingly, the court

1

should grant this motion and dismiss plaintiffs' racketeering claim against TAF. Doing so will enable all parties and the court to focus on the real issues—whether plaintiffs' claims against LSU and others are valid under Title IX.

        Respectfully submitted,

        */s/ Chloé M. Chetta*
        Judy Y. Barrasso, 02814
        Laurence D. LeSueur, Jr., 35206
        Chloé M. Chetta, 37070
        Lance W. Waters, 37351
        BARRASSO USDIN KUPPERMAN
         FREEMAN & SARVER, L.L.C.
        909 Poydras Street, Suite 2350
        New Orleans, LA  70112
        Telephone:  (504) 589-9700
        jbarrasso@barrassousdin.com
        llesueur@barrassousdin.com
        cchetta@barrassousdin.com
        lwaters@barrassousdin.com

        *Counsel for Defendant Tiger Athletic Foundation*