IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. | CIVIL ACTION NO.: 3:21-cv-00242 |
| Plaintiffs, | SECTION |
| VERSUS | JUDGE VITTER |
| LOUISIANA STATE UNIVERSITY, et al. | MAGISTRATE JUDGE JOHNSON |
| Defendants. | |

**TIGER ATHLETIC FOUNDATION'S REQUEST FOR ORAL ARGUMENT**

Pursuant to Middle District Local Rule 78(b), and to help aid this Court's decisional process, defendant Tiger Athletic Foundation asks that the Court hold oral argument on its contemporaneously filed Rule 12(b)(6) Motion to Dismiss Non-Racketeering Claims.

Respectfully submitted,

/s/ Chloé M. Chetta
Judy Y. Barrasso, 02814
Laurence D. LeSueur, Jr., 35206
Chloé M. Chetta, 37070
Lance W. Waters, 37351
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, LA  70112
Telephone:  (504) 589-9700
jbarrasso@barrassousdin.com
llesueur@barrassousdin.com
cchetta@barrassousdin.com
lwaters@barrassousdin.com

*Counsel for Defendant Tiger Athletic Foundation*

1807975_1