UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. | CIVIL ACTION NO.: 3:21-cv-00242 |
| Plaintiffs, | SECTION |
| VERSUS | JUDGE VITTER |
| LOUISIANA STATE UNIVERSITY, et al. | MAGISTRATE JUDGE JOHNSON |
| Defendants. | |

**DEFENDANT TIGER ATHLETIC FOUNDATION'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant Tiger Athletic Foundation (TAF) is a private nonprofit corporation under Louisiana Revised Statute § 17:3390 that is exempt from federal taxation in accordance with Section 501(c)(3) of the Internal Revenue Code. In addition, TAF is organized on a "non-stock" basis and no publicly held corporation owns any stock in the corporation.

Respectfully submitted,

　*/s/ Chloé M. Chetta*
Judy Y. Barrasso, 02814
Laurence D. LeSueur, Jr., 35206
Chloé M. Chetta, 37070
Lance W. Waters, 37351
BARRASSO USDIN KUPPERMAN
　FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, LA  70112
Telephone:  (504) 589-9700
jbarrasso@barrassousdin.com
llesueur@barrassousdin.com
cchetta@barrassousdin.com
lwaters@barrassousdin.com

*Counsel for Defendant Tiger Athletic Foundation*

*1801765v3*