**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | **NO.: 3:21-cv-00242** |
| | * | |
| **VERSUS** | * | **JUDGE: WBV** |
| | * | |
| **LOUISIANA STATE UNIVERSITY, ET AL** | * | **MAGISTRATE JUDGE: SDJ** |
| | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**DEFENDANT, MIRIAM SEGAR'S *EX PARTE* MOTION FOR LEAVE TO EXCEEED PAGE LIMIT FOR MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)**

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Miriam Segar (hereinafter "Segar"), who respectfully requests leave of Court to exceed the 25-page limit that is set forth within Local Rule 7(g) of the United States District Court for the Middle District of Louisiana.

1.

As the Court is aware, Plaintiffs in this matter have filed a voluminous Amended Complaint consisting of 589 paragraphs and which spans 145 pages, not including the 292 pages of exhibits attached thereto. The lawsuit sets forth 19 separate counts asserting Plaintiffs' causes of action, including a claim brought under Louisiana's Racketeering Act, and involves multiple Defendants and non-parties. Plaintiffs have also filed a 66-page Louisiana Racketeering Act Case Statement (Doc. 103), as directed by this Court's order issued on September 27, 2021 (Doc. 93), which further elaborates on Plaintiffs' state racketeering claims.

1

2.

Segar has prepared a Motion to Dismiss in this matter, including a Memorandum in Support of same. While twenty-five pages may normally be sufficient in order to address the claims and issues within a Memorandum in Support of a Motion to Dismiss, additional pages are needed by Segar for her Memorandum in Support of the attached Motion to Dismiss so that she may respond adequately to the number and variety of claims which Plaintiffs have raised in their lawsuit.

3.

Therefore, Segar asks that she be permitted leave to file a Memorandum in Support of her Motion to Dismiss that is 46 pages in length.

**WHEREFORE**, Defendant, Miriam Segar, respectfully requests leave to exceed the 25-page limit so that she may file the attached Memorandum in Support of her Motion to Dismiss.

    Respectfully Submitted,

    JEFF LANDRY
    ATTORNEY GENERAL

    **SHOWS, CALI & WALSH, L.L.P.**
    */s/ Mary Ann White*
    John C. Walsh (LA 24903)
    Jeffrey K. Cody (LA 28536)
    Mary Ann White (LA 29020) (*Lead Counsel*)
    628 St. Louis Street (70802)
    P.O. Box 4425
    Baton Rouge, LA  70821-4425
    Telephone: (225) 346-1461
    Facsimile: (225) 346-1467
    john@scwllp.com
    jeffreyc@scwllp.com
    maryannw@scwllp.com
    *Special Assistant Attorneys General*

    **Counsel for Defendant, Miriam Segar**

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on **November 8, 2021**, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and notice will be sent to all counsel for Plaintiffs by operation of the court's electronic filing system.

                                            _//s/ Mary Ann White_
                                              Mary Ann White