UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | **NO.: 3:21-cv-00242** |
| | * | |
| **VERSUS** | * | **JUDGE: WBV** |
| | * | |
| **LOUISIANA STATE UNIVERSITY, ET AL** | * | **MAGISTRATE JUDGE: SDJ** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO DISMISS AMENDED COMPLAINT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Miriam Segar (hereinafter "Segar"), who respectfully moves for dismissal pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

1.

The Court lacks subject matter jurisdiction in this matter over any claims that have been brought against Segar in her official capacity based upon Eleventh Amendment immunity. Therefore, dismissal of all such claims is appropriate under Federal Rule of Civil Procedure 12(b)(1).

2.

All claims brought against Segar in her individual capacity should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) as Plaintiffs have failed to state a claim upon which relief may be granted.

**WHEREFORE**, Defendant, Miriam Segar, respectfully requests that this Honorable Court grant this Motion to Dismiss.

        Respectfully Submitted,

        JEFF LANDRY
        ATTORNEY GENERAL

        **SHOWS, CALI & WALSH, L.L.P.**
        */s/ Mary Ann White*
        John C. Walsh (LA 24903)
        Jeffrey K. Cody (LA 28536)
        Mary Ann White (LA 29020) (*Lead Counsel*)
        628 St. Louis Street (70802)
        P.O. Box 4425
        Baton Rouge, LA  70821-4425
        Telephone: (225) 346-1461
        Facsimile: (225) 346-1467
        john@scwllp.com
        jeffreyc@scwllp.com
        maryannw@scwllp.com
        *Special Assistant Attorneys General*

        ***Counsel for Defendant, Miriam Segar***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **November 8, 2021**, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and notice will be sent to all counsel for Plaintiffs by operation of the court's electronic filing system.

        *//s/ Mary Ann White*
        Mary Ann White