**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | **NO.: 3:21-cv-00242** |
| | * | |
| **VERSUS** | * | **JUDGE: WBV** |
| | * | |
| **LOUISIANA STATE UNIVERSITY, ET AL** | * | **MAGISTRATE JUDGE: SDJ** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDER**

Considering the foregoing *Ex Parte* Motion for Leave to Exceed Page Limit for Memorandum in Support of Motion to Dismiss,

**IT IS ORDERED** that the Motion is GRANTED, and that Defendant, Miriam Segar, is permitted to file her Memorandum in Support of her Motion to Dismiss in excess of the 25-page limit that is set forth within Local Rule 7(g) of the United States District Court for the Middle District of Louisiana.

So ordered on this _____ day of _____, 2021.

_____
WENDY B. VITTER, JUDGE

1