UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | **NO.: 3:21-cv-00242** |
| | * | |
| **VERSUS** | * | **JUDGE: WBV** |
| | * | |
| **LOUISIANA STATE UNIVERSITY, ET AL** | * | **MAGISTRATE JUDGE: SDJ** |
| | * | |

**************************************************************************

## MOTION FOR LEAVE TO FILE JOSEPH ALLEVA'S MEMORANDUM IN SUPPORT OF THE MOTION TO DISMISS IN EXCESS OF THE TWENTY-FIVE PAGE LIMIT

**NOW INTO COURT**, through undersigned counsel, comes Joseph "Joe" Alleva ("Alleva"), who respectfully moves the Court, under Local Rule 7(g), for leave to extend the twenty-five (25) page limit to file the attached Memorandum in Support of the Motion to Dismiss Plaintiffs' Amended Complaint and Jury Demand ("Amended Complaint") (Rec. Doc. 22).

1.

Alleva requests leave to file the Memorandum in Support of Joseph Alleva's Motion to Dismiss ("Motion to Dismiss") and to extend the twenty-five (25) page limit to fifty-seven (57) pages, on the grounds that the Amended Complaint and the Plaintiffs' Louisiana Racketeering Act Case Statement ("Case Statement") are a combined two hundred eleven (211) pages in length containing numerous claims against Alleva in both his official and individual capacity.  Plaintiffs allege claims under 20 U.S.C. § 1681 ("Title IX"), claims for various constitutional violations under 42 U.S.C. §§ 1983, 1985, and 1986, state racketeering claims pursuant to the Louisiana Racketeering Act, La. R.S. 15:1351, *et seq*., and six state tort law claims.  The length of the Amended Complaint and Case Statement coupled with the complexity of the claims require significant briefing to assist the Court on ruling on the attached Motion to Dismiss.

WHEREFORE, Joseph "Joe" Alleva requests leave to file the attached Memorandum in Support of Joseph Alleva's Motion to Dismiss in excess of the twenty-five (25) page limit.

Respectfully submitted:

**LONG LAW FIRM, L.L.P.**

/s/ Seth F. Lawrence
**MICHAEL A. PATTERSON** (#10373)
**S. BROOKE BARNETT-BERNAL** (#30385)-T.A.
**SETH F. LAWRENCE** (#38316)
1800 City Farm Drive, Building 6
Baton Rouge, Louisiana 70806
Telephone:   (225) 922-5110
Facsimile:   (225) 922-5105
map@longlaw.com
bbb@longlaw.com
sfl@longlaw.com
Attorneys for Joseph "Joe" Alleva

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Memorandum in Support of Joseph Alleva's Motion to Dismiss* was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, on this 8th day of November, 2021.

/s/Seth F. Lawrence
Seth F. Lawrence