## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | NO.: 3:21-cv-00242 |
| | * | |
| **VERSUS** | * | JUDGE: WBV |
| | * | |
| **LOUISIANA STATE UNIVERSITY,** | * | MAGISTRATE JUDGE: SDJ |
| **ET AL** | * | |

*****************************************************************************

### MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Joseph "Joe" Alleva ("Alleva"), who respectfully moves to dismiss Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Cornin Hovis, Sarah Beth Kitch, and other unidentified Does' ("Plaintiffs") Amended Class Action Complaint and Jury Demand ("Amended Complaint") pursuant to Federal Rule of Civil Procedure, Rule12(b)(1), (6), for the reasons that follow and for all the reasons set forth in the attached Memorandum in Support of the Motion to Dismiss:

1.

Plaintiffs' Amended Complaint asserts claims against Alleva, in his official and individual capacity under 20 U.S.C. § 1681, *et seq*. ("Title IX"), 42 U.S.C. §§ 1983, 1985, and 1986, various state law tort claims, and for Louisiana Racketeering Act claims pursuant to La. R.S. 15:1351, *et seq*.

2.

Plaintiffs' lack subject matter jurisdiction for the claims alleged in Amended Complaint against Alleva in his official capacity as the Athletic Director for Louisiana State University.

3.

Plaintiffs' alleged claims arising under 42 U.S.C. §§ 1983, 1985, and 1986, state tort law, and the Louisiana Racketeering Act fail to meet pleading requirements, are barred by certain immunities, plaintiffs lack standing, and/or are time barred.

**WHEREFORE**, for the foregoing reasons, and as addressed in the accompanying Memorandum in Support, Defendant, Joseph "Joe" Alleva, prays this Court grant Defendant's Motion to Dismiss and dismiss the Plaintiff's First Amended Complaint for Damages and all claims contained therein, with prejudice, at Plaintiffs' sole cost.

Respectfully submitted:

**LONG LAW FIRM, L.L.P.**

/s/ *Seth F. Lawrence*
**MICHAEL A. PATTERSON** (#10373)
**S. BROOKE BARNETT-BERNAL** (#30385)-T.A.
**SETH F. LAWRENCE** (#38316)
1800 City Farm Drive, Building 6
Baton Rouge, Louisiana 70806
Telephone:   (225) 922-5110
Facsimile:    (225) 922-5105
map@longlaw.com
bbb@longlaw.com
sfl@longlaw.com
*Attorneys for Joseph "Joe" Alleva*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on this 8th day of November, 2021 filed electronically a true copy of the foregoing. All parties received notice of this filing by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

.

/s/*Seth F. Lawrence*
Seth F. Lawrence