**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | **NO.: 3:21-cv-00242** |
| | * | |
| **VERSUS** | * | **JUDGE: WBV** |
| | * | |
| **LOUISIANA STATE UNIVERSITY, ET AL** | * | **MAGISTRATE JUDGE: SDJ** |
| | * | |

*************************************************************************

## ORDER

Considering the foregoing Motion to Dismiss,

**IT IS HEREBY ORDERED** that the Motion to Dismiss the First Amended Complaint is GRANTED, and Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Cornin Hovis, Sarah Beth Kitch, and other unidentified Does' claims against Joseph Alleva are dismissed, with prejudice.

**THUS DONE AND SIGNED** this _____ day of _____, 2021 in New Orleans, Louisiana.

_____
HONORABLE WENDY B. VITTER
UNITED STATES DISTRICT COURT JUDGE