# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | **NO.: 3:21-cv-00242** |
| | * | |
| **VERSUS** | * | **JUDGE: WBV** |
| | * | |
| **LOUISIANA STATE UNIVERSITY, ET AL** | * | **MAGISTRATE JUDGE: SDJ** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion for Leave to File Joseph "Joe" Alleva's Memorandum in Support of the Motion to Dismiss,

**IT IS HEREBY ORDERED** that Motion for Leave to File Joseph "Joe" Alleva's Memorandum in Support of the Motion to Dismiss in Excess of the Twenty-Five Page Limit is GRANTED.

**IT IS HEREBY FURTHER ORDERED** that the Motion for Leave to File Joseph "Joe" Alleva's Memorandum in Support of the Motion to Dismiss in Excess of the Twenty-Five Page Limit is GRANTED, to allow a fifty-seven (57) page limit;

**IT IS FURTHER ORDERED** that the attached Memorandum in Support of Joseph "Joe" Alleva's Motion to Dismiss be filed into the record.

**THUS DONE AND SIGNED** this _____ day of _____, 2021 in New Orleans, Louisiana.

_____
**HON. WENDY B. VITTER, JUDGE**
**UNITED STATES DISTRICT COURT**