# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

## EX PARTE MOTION FOR LEAVE TO FILE EXCESS PAGES ON BEHALF OF LOUISIANA STATE UNIVERSITY AND THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE

NOW INTO COURT, through undersigned counsel, come defendants Louisiana State University ("LSU") and the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (the "Board"), who respectfully move this Court for leave to exceed the page limits set forth in Local Rule 7(g) for their memorandum in support of their motion to dismiss.

Plaintiffs' 145-page Amended Complaint, without exhibits, includes 589 numbered paragraphs and asserts 19 counts, all of which are asserted against LSU and the Board, including Title IX claims (Counts I-V), Constitutional Claims (Count III), Conspiracy to Interfere with Civil Rights (Count IX), Federal Disability Claims (Counts X-XI), myriad state law claims (Counts XII-XVII, XX) and a claim under the Louisiana Racketeering Act (Count XIX).[1]  Due to plaintiffs' lengthy factual and legal allegations, LSU and the Board respectfully seek to file a memorandum in support of their motion to dismiss that is in excess of 25 pages so that they may adequately brief and address the pending claims.  The proposed pleading is attached hereto as Exhibit 1.

---

[1] Plaintiffs previously dismissed their claims for violations of the federal Racketeer Influenced and Corrupt Organization Act (Count XVIII). (R. Doc. 67)

1

WHEREFORE, LSU and the Board pray that their request for leave of Court to exceed the 25-page limit set forth in Local Rule 7(g) be granted and that their proposed pleading be filed into the record.

        Respectfully submitted,
        **JEFF LANDRY**
        **ATTORNEY GENERAL**

BY:  /s/ *Susan W. Furr*
      Susan W. Furr Bar Roll No. 19582
      Karleen J. Green Bar Roll No. 25119
      Shelton Dennis Blunt Bar Roll No. 21230
      Michael B. Victorian Bar Roll No. 36065
      Molly C. McDiarmid Bar Roll No. 36426
      *Special Assistant Attorneys General*
      II City Plaza | 400 Convention Street, Suite 1100
      Baton Rouge, Louisiana 70802
      Telephone: 225 346 0285
      Facsimile: 225 381 9197
      Email: susie.furr@phelps.com
      Email: karleen.green@phelps.com
      Email: michael.victorian@phelps.com
      Email: molly.mcdiarmid@phelps.com

ATTORNEYS FOR LOUISIANA STATE UNIVERSITY AND BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on November 8, 2021, with the Court's CM/ECF system, which will electronically send a copy of the same to all counsel of record.

        /s/ *Susan W. Furr*
        Susan W. Furr