UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

## MOTION TO DISMISS BY LOUISIANA STATE UNIVERSITY AND THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE

NOW INTO COURT, through undersigned counsel, come defendants Louisiana State University ("LSU") and the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (the "Board"), who pursuant to Federal Rules of Civil Procedure 12(b)(6) and 17(b)(3), move this Court for dismissal of the majority of plaintiffs' claims. In support of this motion, LSU and the Board state as follows:

1.

LSU lacks the capacity to sue or be sued under Federal Rule of Civil Procedure 17(b)(3). Therefore LSU is not a proper party defendant.

2.

Plaintiffs allege events occurring before April 26, 2020 (one year prior to their Complaint). Thus, plaintiffs' state law tort claims and their claims under Title IX (except perhaps plaintiff Hovis) and claims under 42 U.S.C 1983, 1985, and 1986 are prescribed.

3.

In addition to being untimely, plaintiffs' Complaint also fails to state a claim under 42 U.S.C. 1983, 1985, 1986, Title IX (heightened risk and erroneous outcome), Section 504 of the

Rehabilitation Act of 1973, the Americans with Disabilities Act, Louisiana tort law, and the Louisiana Racketeering Act ("LRA").

4.

In addition, plaintiffs' LRA and unjust enrichment claims are barred by sovereign immunity.

WHEREFORE, LSU and the Board pray that this Court grant the foregoing motion, dismissing LSU, dismissing plaintiffs' Title IX, 42 U.S.C. 1983, 1985, 1986, and tort claims as untimely and for failure to state a cause of action, and dismissing plaintiffs' LRA and unjust enrichment claims on the basis of sovereign immunity and other grounds.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:   /s/ *Susan W. Furr*
Susan W. Furr Bar Roll No.  19582
Karleen J. Green Bar Roll No.  25119
Shelton Dennis Blunt Bar Roll No. 21230
Michael B. Victorian Bar Roll No. 36065
Molly C. McDiarmid Bar Roll No. 36426
*Special Assistant Attorneys General*
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: 225 346 0285
Facsimile: 225 381 9197
Email: susie.furr@phelps.com
Email: karleen.green@phelps.com
Email: michael.victorian@phelps.com
Email: molly.mcdiarmid@phelps.com

ATTORNEYS FOR LOUISIANA STATE UNIVERSITY AND THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND

MECHANICAL COLLEGE

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on November 8, 2021, with the Court's CM/ECF system, which will electronically send a copy of the same to all counsel of record.

                        /s/ *Susan W. Furr*_____
                        Susan W. Furr

PD.35934427.1