UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

## ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Excess Pages on behalf of Louisiana State University and the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College,

IT IS ORDERED that the Motion is GRANTED. The proposed motion and memorandum in support shall be filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE