UNITED STATES DISCTRIC COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. | CIVIL ACTION NO. 3:21-CV-00242 |
| VERSUS | JUDGE VITTER |
| LOUISIANA STATE UNIVSERITY, ET AL. | MAGISTRATE JUDGE JOHNSON |

*EX PARTE* **MOTION FOR LEAVE TO
FILE DOCUMENT EXCEEDING PAGE LIMIT**

NOW INTO COURT, through undersigned counsel, comes Defendant, Keava Soil-Cormier, who moves this Honorable Court for leave to exceed the twenty-five-page limit specified in Local Rule 7(g) of the U.S. District Court for the Middle District of Louisiana for her Memorandum in Support of Rule 12(b)(6) Motion to Dismiss. Defendant's motion seeks dismissal of all claims asserted in Plaintiffs' Amended Complaint, which consists of twenty separate causes of action and names nearly twenty defendants. Because of the length of Plaintiffs' Complaint, the number of different causes of action that must be addressed, and the complexity of the legal issues to be briefed, Defendant submits that twenty-five pages will not be enough to adequately present all necessary arguments which Defendant must raise in her Motion to Dismiss under Rule 12(b)(6). Defendant thus moves for leave to file a supporting memorandum that exceeds twenty-five pages. Defendant's proposed pleadings are attached.

WHEREFORE, defendant Keava Soil-Cormier prays that her Motion for Leave to Exceed Page Limit for Memorandum in Support of Rule 12(b)(6) Motion to Dismiss be granted.

-2-

                             **JEFF LANDRY**
                             ATTORNEY GENERAL

By:    */s/ Beau A. LeBlanc*
           John Nickerson Chappuis (#4039)
           Lamont P. Domingue (#20787)
           Beau Anthony LeBlanc (#32549)
           *Special Assistant Attorneys General*
           700 St. John Street / P. O. Box 3527
           Lafayette, LA 70502-3527
           Phone: (337) 232-9700
           Fax: (337) 235-4943
           Email: jnc@volalaw.com
                    lpd@volalaw.com
                    bal@volalaw.com
           ATTORNEYS FOR KEAVA SOIL-CORMIER

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of November, 2021, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                            *s/ Beau A. LeBlanc*
                                            BEAU A. LEBLANC