UNITED STATES DISCTRIC COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. | CIVIL ACTION NO. 3:21-CV-00242 |
| VERSUS | JUDGE VITTER |
| LOUISIANA STATE UNIVSERITY, ET AL. | MAGISTRATE JUDGE JOHNSON |

**ORDER**

Considering the foregoing *Ex Parte* Motion for Leave to Exceed Page Limit for Memorandum in Support of Motion to Dismiss filed by Defendant Keava Soil-Cormier;

IT IS ORDERED that the Motion is GRANTED. The Motion to Dismiss and the Memorandum in Support shall be filed into the record by the Clerk of Court.

Signed this _____ day of November, 2021, in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE
WENDY B. VITTER

00066710-1