UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ABBY OWENS, ET AL | : | **CIVIL ACTION NO. 3:21-cv-00242** |
| Plaintiff, | : | |
| | : | |
| VERSUS | : | JUDGE WENDY B. VITTER |
| | : | |
| LOUISIANA STATE UNIVERSITY, ET AL | : | MAGISTRATE JUDGE SCOTT D. JOHNSON |
| | : | |
| Defendants. | : | |

## MOTION TO SUBSTITUTE PLEADING

**NOW INTO COURT,** through undersigned counsel, defendant, "O" The Rosy Finch Boyz, LLC ("**Finch Boyz**"), hereby requests that its previously filed *Motion and Incorporated Memorandum for Leave to File Memorandum in Excess of Page Limitation in Support of Motion to Dismiss Pursuant to Rule 12(b)(6) by Defendant, "O" The Rosy Finch Boyz* (Doc. 111) be substituted with the attached pleading for the following reason:

Undersigned counsel filed their Motion for Leave to File Memorandum in Excess of Page Limitation in Support of Motion to Dismiss Pursuant to Rule 12(b)(6) with an incorporated memorandum which was not in compliance with Local Civil Rule 7(d). The title of the original pleading (Doc. 111) has been amended to comply with the Court's local rules.

**WHEREFORE**, defendant, "O" The Rosy Finch Boyz, LLC, respectfully requests this Court to allow the attached Motion for Leave to File Memorandum in Excess of Page Limitation in Support of Motion to Dismiss Pursuant to Rule 12(b)(6) to be substituted for Doc. 111.

1

2201792.v1

Respectfully submitted:

**BREAZEALE, SACHSE & WILSON, L.L.P.**
23rd Floor, One American Place
Post Office Box 3197
Baton Rouge, LA   70821-3197
Telephone (225) 387-4000
Telecopier (225) 381-8029


*/s/ Carroll Devillier, Jr.*
Carroll Devillier, Jr. (La. Bar Roll #30477)
carroll.devillier@bswllp.com
David M. Charlton (La. Bar Roll #1759)
david.charlton@bswllp.com

*Attorneys for "O" The Rosy Finch Boyz*

2201792.v1