UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ABBY OWENS, ET AL | : | **CIVIL ACTION NO. 3:21-cv-00242** |
| Plaintiff, | : | |
| VERSUS | : | JUDGE WENDY B. VITTER |
| LOUISIANA STATE UNIVERSITY, ET AL | : | MAGISTRATE JUDGE SCOTT D. JOHNSON |
| Defendants. | : | |

## ORDER

Considering the *MOTION to Substitute Motion and Incorporated Memorandum for Leave to File Memorandum in Excess of Page Limitation (Doc 111)* filed by Defendant, "O" The Rosy Finch Boyz, LLC;

**IT IS HEREBY ORDERED** that the Motion to Substitute Pleading is **GRANTED**.

New Orleans, Louisiana, this 10th day of November, 2021.

_____
JUDGE WENDY B. VITTER
UNITED STATES DISTRICT COURT

2201792.v1