UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL | CIVIL ACTION NO. 3:21-CV-00242 |
| VERSUS | JUDGE WENDY B. VITTER |
| LOUISIANA STATE UNIVERSITY, ET AL | MAGISTRATE JUDGE JOHNSON |

### DEFENDANT VERGE AUSBERRY'S MOTION TO STRIKE INCORRECTLY FILED DOCUMENT

**NOW INTO COURT**, through undersigned counsel, comes named defendant, **Verge Ausberry**, who respectfully requests that this Honorable Court issue an *Order* striking Doc. No. 112 from the docket of the above referenced matter, and on the grounds that same was incorrectly filed.

In support of same, defendant Ausberry submits that on or about **November 8, 2021**, he sought to file a *Motion to Dismiss*, along with a memorandum in support of said motion. However, the pleadings that were filed and docketed as Doc. No. 112 included only the *Memorandum in Support of Motion to Dismiss*.

Upon recognizing said error, defendant Ausberry thereafter re-filed the *Motion to Dismiss* and accompanying *Memorandum in Support*, which pleadings were docketed as Doc. No. 113.

As such, defendant Ausberry submits that while he has properly and timely filed the *Motion to Dismiss* and incorporated *Memorandum in Support* by way of Doc. No. 113, he respectfully requests and moves this Honorable Court to issue an *Order* permanently deleting Doc. No. 112– the incorrectly–filed pleading – from the docket of this matter.

**[Signature Block on Next Page]**

Respectfully Submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:   */s/Darren A. Patin*_____
        **DARREN A. PATIN, #23244**
Special Assistant Attorney General
One Galleria Boulevard, Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Facsimile:  (504) 836-6565
*Counsel for Defendant, Verge Ausberry*

## CERTIFICATE OF SERVICE

I, Darren Patin, attorney for Defendant, do hereby certify that I have date electronically filed the above and foregoing with the Clerk of the Court by using the CM/ECF system, and/or by email provided a true and correct copy of the foregoing to all counsel of record.

**SO CERTIFIED** this the 10th day of November, 2021.

*s/ Darren A. Patin*
_____
**DARREN A. PATIN**