UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL** | **MAGISTRATE JUDGE JOHNSON** |

**ORDER**

Considering the foregoing *Motion to Strike Incorrectly Filed Documents:*

**IT IS HEREBY ORDERED** that the *Motion to Strike Incorrectly Filed Document* is **GRANTED**, and the Clerk of this Court is hereby directed to strike Doc. No. 112 from the docket of this matter, which pleading is styled as "Motion to Dismiss" by Verge Ausberry. The Court note Doc. No. 113 as the *Motion to Dismiss* filed on behalf of Verge Ausberry, along with the accompanying *Memorandum in Support*.

Baton Rouge, Louisiana this _____ day of November, 2021.

_____
**UNITED STATES DISTRICT COURT JUDGE**