UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL                                       CIVIL ACTION

VERSUS                                                 NO. 21-242

LOUISIANA STATE UNIVERSITY, ET AL          SECTION: WBV-SDJ

### SCHEDULING ORDER

A Scheduling Conference was held November 10, 2021.

Participating were:

Elizabeth Abdnour, Endya Hash and Karen Truszkowski for plaintiffs

Molly McDiarmid and Shelton Blunt for defendants, Louisiana State University and Board of Supervisors for Louisiana State University and Agricultural and Mechanical College

July Barrasso and Laurence LeSueur, Jr. for defendant, Tiger Athletic Foundation

Evan Alvarez for defendants, F. King Alexander

Dennis Phayer and Sylvia Zarzeka for defendants, Angelo-Gene Monaco, Jim Marchand and Jennie Stewart

S. Brooke Barnett-Bernal, Michael Patterson and Seth Lawrence for defendant, Joseph Alleva

Darren Patin for defendant, Verge Ausberry

John Walsh Mary White and Jeffrey Cody for defendant Miriam Segar

Renee Culotta for defendant, Sharon Lewis

Beau LeBlanc for defendant, Keava Soil-Cormier

Keith Kornman for defendants, Julie Sell and Michael Sell

William Large for defendants, Jonathan Sanders, Tracy Blanchard and Mari Fuentes-Martin

Stephanie Laborde for defendant, Edward James Orgeron, Jr., and

Carroll Devillier, Jr. for defendant, "O" The Rosy Finch Boyz, LLC.

Unless specified otherwise, or directed by the Court, the Local Rules of the Eastern District of Louisiana shall apply in this matter.

Issue is joined as to all parties. Jurisdiction and venue are established.

**Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) have not been completed. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) must be exchanged no later than November 29, 2021.**

Amendments to pleadings, third-party actions, crossclaims, and counterclaims shall be filed no later than **December 6, 2021,** in accordance with EDLA Local Rule 7.6.

Counsel adding new parties subsequent to mailing of this Notice shall serve on each new party a copy of this Minute Entry. Pleadings responsive thereto, when required, shall be filed within the applicable delays therefor.

A Status Conference will be held in the chambers of District Judge Wendy B. Vitter on **December 10, 2021 at 2:00 p.m.** for the purpose of discussing preliminary matters. Because of space restrictions, a maximum of two attorneys per party will be allowed to participate in person during the initial status conference. Counsel are to familiarize themselves with the local rules addressing health and

COVID safety including EDLA General Order 21-15. Additional Counsel and out-of-state counsel may participate by telephone. If additional counsel or out-of-state counsel chooses to participate by telephone, they must contact the chambers five (5) working days before the status conference to receive call-in information and notify opposing counsel by indicating participation by telephone in the status conference report. <u>At least five (5) working days before the Status Conference, counsel for each party must submit a letter by efile prepared in accordance with the Notice of Preliminary Status Conference attached</u>.

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, shall be obtained and delivered to counsel for Defendants as soon as possible, but in no event later than **May 11, 2022.** This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants, shall be obtained and delivered to counsel for Plaintiffs as soon as possible, but in no event later than **June 10, 2022.** This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

Written <u>rebuttal</u> reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, shall be obtained and delivered to counsel for Defendants no later than **June 27, 2022.** Plaintiffs are cautioned that rebuttal reports should be strictly limited to opinions in response to

the Defendants' expert reports.

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial no later than **June 10, 2022.**

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

Depositions for trial use shall be taken and all discovery shall be completed no later than **July 11, 2022**.  This case does not involve extensive documentary evidence, depositions or other discovery.  No special discovery limitations beyond those established in the Federal Rules and/or Local Rules (EDLA) of this Court are established.

All non-evidentiary pretrial motions, including Motions for Summary Judgment and Motions *in limine* regarding the admissibility of expert testimony, shall be filed in sufficient time to permit a submission date of **August 9, 2022.**  This Section adheres to EDLA Local Rule 78.1 regarding oral argument on motions. **The parties should ONLY submit pertinent pages of deposition transcripts. Submission of an entire transcript will not be accepted without prior leave of Court.**

All other motions *in limine* shall be filed by **September 1, 2022** and responses thereto shall be filed by **September 6, 2022**.  Motions in Limine shall

follow the deadlines as indicated above regardless of submission dates which may be issued by the Clerk of Court upon filing.

Motions filed in violation of this order will not be considered unless good cause is shown.

Counsel shall deliver a hard copy of any pleadings along with any exhibits and attachments that together exceed 50 pages in total length to chambers at 500 Poydras Street, Room C-368 for the Court's use. This copy must be forwarded at the time of CM/ECF filing. This copy must be in a three-ring binder, tabbed and reflect pagination and document numbers consistent with the electronic document stamping of CM/ECF. <u>During any closure of the Courthouse, counsel should contact chambers *prior to making any binders of exhibits* to determine how best to deliver copies of pleadings or exhibits to the Court. Counsel shall be prepared to provide all exhibits in an electronic format to the Court as well as to be prepared to provide exhibits electronically to witnesses during trial.</u>

**THE PARTIES MUST ATTEND A SETTLEMENT CONFERENCE WITH THE ASSIGNED MAGISTRATE JUDGE. THE PARTIES MUST CONTACT THE ASSIGNED MAGISTRATE JUDGE AT LEAST SIX WEEKS PRIOR TO THE PRETRIAL CONFERENCE DATE FOR THE PURPOSE OF SCHEDULING THE MANDATORY SETTLEMENT CONFERENCE. THAT CONFERENCE MUST BE HELD AT LEAST TWO WEEKS PRIOR TO THE PRETRIAL CONFERENCE. COUNSEL ARE ENCOURAGED TO REQUEST ANY OTHER SETTLEMENT CONFERENCE**

**WITH THE MAGISTRATE JUDGE DURING THE PENDENCY OF THE CASE AS THEY BELIEVE MAY BE PRODUCTIVE.**

A Final Pretrial Conference will be held on **September 8, 2022 at 2:00 p.m.** Counsel will be prepared in accordance with the final Pretrial Notice attached. The joint pretrial order must be electronically filed with the Court by 12:00 p.m. five (5) work days prior to the conference. **THE PRETRIAL ORDER SUBMITTED TO THE COURT MUST BE DOUBLE SPACED AND BEAR THE ELECTRONIC SIGNATURE OF ALL COUNSEL.**

Trial will commence **MONDAY, September 26, 2022 at 9:00 a.m.** before the District Judge with a jury. Attorneys are instructed to report for trial no later than 30 minutes prior to this time. Trial is estimated to last fifteen (15) days.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with Easter District Local Rules and upon a showing of good cause. Continuances will not normally be granted. If, however, a continuance is granted, deadlines and cut off dates will not be automatically extended, unless otherwise ordered by the Court.

**PLEASE BE ADVISED THAT GRANTING A CONTINUANCE DOES NOT AUTOMATICALLY EXTEND OTHER DEADLINES.**

New Orleans, Louisiana, this __10th__ day of __November__, 2021.

_____
WENDY B. VITTER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL                           CIVIL ACTION

VERSUS                                      NO. 21-242

LOUISIANA STATE UNIVERSITY, ET AL           SECTION: WBV-SDJ

### ADDENDUM TO SCHEDULING ORDER

Motions for summary judgment and oppositions to motions for summary judgment shall be filed in compliance with EDLA Local Rules 56.1 and 56.2, requiring parties to file a short and concise statement of material facts as to which there does or does not exist a genuine issue to be tried.  Additionally, each party shall make specific reference to record evidence supporting its statement of material facts.  Citations to record evidence shall indicate, whenever applicable, an exhibit reference, page reference, and record document number reference.  Record evidence not specifically referred to by the parties may not be considered by the Court.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL | CIVIL ACTION |
| VERSUS | NO. 21-242 |
| LOUISIANA STATE UNIVERSITY, ET AL | SECTION: WBV-SDJ |

**NOTICE REGARDING PRELIMINARY STATUS CONFERENCE**

**IT IS ORDERED** that a status conference will be held **December 10, 2021 at 2:00 p.m.** in the Chambers of United States District Judge Wendy B. Vitter, 500 Poydras Street, Room C368, New Orleans, Louisiana.

**AT LEAST FIVE WORKING DAYS PRIOR** to the conference, each party shall submit a written status report, limited to two (2) pages, to the Court. The parties may submit a joint status report or individually. If an individual report is submitted, all counsel are to be copied. **The status report should not be filed, but instead, submitted by email to efile-vitter@laed.uscourts.gov or faxed directly to chambers at 504-589-2393.** The status report shall contain:

(1) A brief description of the basis for jurisdiction;
(2) A listing of any discovery done;
(3) A listing of any specialized discovery that may be involved in this matter; and
(4) A realistic timetable for trial of this matter Counsel are advised that each party will be limited to a set amount of time for presentation of its case. That determination will be made by the Court.

**TRIAL COUNSEL (LIMITED TO A MAXIMUM OF TWO PER PARTY) ARE TO PARTICIPATE IN THIS CONFERENCE. IF, HOWEVER, YOU ARE UNABLE FOR GOOD CAUSE TO DO SO, ANOTHER ATTORNEY IN YOUR OFFICE MAY PARTICIPATE IF ACQUAINTED WITH ALL DETAILS OF THE CASE AND AUTHORIZED TO ENTER INTO ANY NECESSARY AGREEMENTS.**