# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                                    **CIVIL ACTION**

**VERSUS**                                                        **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

## ORDER

Considering Defendant Verge Ausberry's Motion to Strike Incorrectly Filed Document (R. Doc. 123);

**IT IS HEREBY ORDERED** that the unopposed Motion is **GRANTED.** The Clerk's Office is directed to strike R. Doc. 112 from the record in this matter.

New Orleans, Louisiana, November 18, 2021.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**