UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-242-WBV-SDJ** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | |

## ORDER

Before the Court are the following Motions for Leave to file Excess Pages:

R.Doc.106   Ex Parte Motion for Leave to File Document Exceeding 25-Page Limit by Jim Marchand, Angelo-Gene Monaco, Jennie Stewart;

R.Doc.108:  Ex Parte Motion for Leave to Exceed Page Limit for Memorandum in Support of Motion to Dismiss by Julia Sell, Michael Sell;

R.Doc.111   Motion for Leave to File Memorandum in Excess of Page Limitation in Support of Motion to Dismiss Pursuant to Rule 12(b)(6) by "O" The Rosy Finch Boyz, LLC;

R.Doc.116   Ex Parte Motion for Leave to File Excess Pages for Memorandum in Support of Motion to Dismiss by Miriam Segar;

R.Doc.117   Ex Parte Motion for Leave to File Memorandum in Support of Motion to Dismiss in Excess of Page Limit by Sharon Lewis;

R.Doc.118   Motion for Leave to File Excess Pages for Memorandum in Support of Motion to Dismiss by Joseph Alleva;

R.Doc.119   Motion for Leave to File Excess Pages *for Memorandum in Support of Motion to Dismiss* by Board of Supervisors for Louisiana State University and Agricultural and Mechanical College, Louisiana State University; and

R.Doc.120   Ex Parte Motion for Leave to File Excess Pages *for Memorandum in Support of Motion to Dismiss* by Keava Soil-Cormier.

No oppositions have been filed to the motions.

**IT IS ORDERED** that R. Docs. 106, 108, 116, 117, 118, and 119 are **GRANTED AS AMENDED**. Defendants Jim Marchand, Angelo-Gene Monaco, Jennie Stewart, (R. Doc. 106); Julia Sell, Michael Sell (R. Doc. 108); Miriam Segar (R. Doc. 116); Sharon Lewis (R. Doc.117); Joseph Alleva (R. Doc. 118), and Board of Supervisors for Louisiana State University and Agricultural and Mechanical College, Louisiana State University (R. Doc. 119) shall have until **Wednesday**, **December 8, 2021** to re-file their motions with supporting memoranda that do not exceed **thirty (30) pages.** Defendants are reminded that any Table of Contents or signatory pages are not counted towards the 30-page limit. The parties are further reminded that only facts which are relevant to any pleading need be included; a full recitation of the factual and procedural history of the case is likely not necessary.

**IT IS FURTHER ORDERED** that R. Docs. 111 and 120 are **GRANTED**. The Clerk of Court is directed to file the proposed pleadings (R. Docs. 111-2, 111-3 & 111-4; R. Docs. 120-2 & 120-3) into the record in this matter.

New Orleans, Louisiana, November 30, 2021.

_____
**WENDY B. VITTER**
**United States District Judge**