UNITED STATES DISCTRIC COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. | CIVIL ACTION NO. 3:21-CV-00242 |
| VERSUS | JUDGE VITTER |
| LOUISIANA STATE UNIVSERITY, ET AL. | MAGISTRATE JUDGE JOHNSON |

**MOTION TO DISMISS DEFENDANT, KEAVA SOIL-CORMIER, UNDER RULE 12(b)(6)**

NOW INTO COURT, through undersigned counsel, comes Defendant, Keava Soil-Cormier, who moves this Honorable Court under Rule 12(b)(6) to dismiss all claims against her in the instant suit for failure to state a claim upon which relief may be granted, as is more fully set forth in the memorandum attached hereto.

        **JEFF LANDRY**
        ATTORNEY GENERAL

By:    */s/ Beau A. LeBlanc*
        John Nickerson Chappuis (#4039)
        Lamont P. Domingue (#20787)
        Beau Anthony LeBlanc (#32549)
        *Special Assistants Attorney General*
        700 St. John Street / P. O. Box 3527
        Lafayette, LA 70502-3527
        Phone: (337) 232-9700
        Fax: (337) 235-4943
        Email: jnc@volalaw.com
               lpd@volalaw.com
               bal@volalaw.com
        ATTORNEYS FOR KEAVA SOIL-CORMIER

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of November, 2021, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                                       *s/Beau A. LeBlanc*
                                                       BEAU A. LEBLANC