UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-242-WBV-SDJ** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | |

### ORDER

Before the Court is Defendant Tiger Athletic Foundation's Consent Motion for Leave to File Two Rule 12(b)(6) Motions, or Alternatively, Motion for Leave to File Excess Pages.[1]

**IT IS ORDERED** that the Defendant's Motion, R. Doc. 114, is **GRANTED IN PART AND DENIED IN PART**. Defendant's Motion is DENIED as it seeks leave to file two Rule 12(b)(6) motions. Defendant's Motion is GRANTED as it seeks leave to file excess pages.

**IT IS FURTHER ORDERED** that Defendant The Tiger Athletic Foundation is granted leave to file five excess pages, for a brief totaling 30 pages. Defendant shall have until **Wednesday, December 8, 2021** to re-file its Motion to Dismiss with supporting memoranda that does not exceed thirty (30) pages. Defendant is reminded that any Table of Contents or signatory pages are not counted towards the 30-page limit. Defendant is further reminded that only facts which are relevant to any

---

[1] R. Doc. 114.

pleading need be included; a full recitation of the factual and procedural history of the case is likely not necessary.

New Orleans, Louisiana, November 30, 2021.

*Wendy B Vitter*
**WENDY B. VITTER**
**United States District Judge**