UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. | CIVIL ACTION NO. 3:21-CV-00242 |
| VERSUS | JUDGE VITTER |
| LOUISIANA STATE UNIVERSITY, ET AL. | MAGISTRATE JUDGE JOHNSON |

**MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD
ON BEHALF OF KEAVA SOIL-CORMIER**

Defendant Keava Soil-Cormier asks that Robert L. Ellender (Bar No. 1860) of the law firm Voorhies & Labbé, APLC, 700 Saint John St., Suite 500, Lafayette, Louisiana 70501, as Special Assistant Attorneys General, be enrolled as additional counsel of record for Defendant Keava Soil-Cormier in this matter. In so enrolling, Defendant Keava Soil-Cormier reserves all of her rights and defenses, including objections to service, jurisdiction, and venue, as well as all rights and defenses related to the merits of this litigation.

Respectfully submitted,

**JEFF LANDRY**
ATTORNEY GENERAL

By: /s/ John Nickerson Chappuis
John Nickerson Chappuis (#4039)
Lamont P. Domingue (#20787)
Beau Anthony LeBlanc (#32549)
*Special Assistants Attorney General*
700 St. John Street / P. O. Box 3527
Lafayette, LA 70502-3527
Phone: (337) 232-9700
Fax: (337) 235-4943
Email: jnc@volalaw.com
       lpd@volalaw.com
       bal@volalaw.com
ATTORNEYS FOR KEAVA SOIL-CORMIER

00068070-1

By:     */s/ Robert L. Ellender*
          Robert L. Ellender (#1860)
          *Special Assistants Attorney General*
          700 St. John Street / P. O. Box 3527
          Lafayette, LA 70502-3527
          Phone: (337) 232-9700
          Fax: (337) 235-4943
          Email: rle@volalaw.com

00068070-1