UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. | CIVIL ACTION NO. 3:21-CV-00242 |
| VERSUS | JUDGE VITTER |
| LOUISIANA STATE UNIVERSITY, ET AL. | MAGISTRATE JUDGE JOHNSON |

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record filed by Defendant, Keava Soil-Cormier;

IT IS HEREBY ORDERED that the motion is granted, and Robert L. Ellender (Bar No. 1860) of the law firm Voorhies & Labbé, APLC, 700 Saint John St., Suite 500, Lafayette, Louisiana 70501, as Special Assistant Attorneys General, is enrolled as additional counsel of record for Defendant, Keava Soil-Cormier.

_____, Louisiana, this _____ day of _____, 2021.

_____
Honorable Wendy Vitter
United States District Judge

00068071-1