UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.**<br>*Plaintiff*<br><br>v.<br><br>**LOUISIANA STATE UNIVERSITY, ET AL.**<br>*Defendant* | Case No.: 21-242<br><br>Division WBV-SDJ<br><br>**JUDGE WENDY B. VITTER**<br><br>**MAGISTRATE JUDGE JOHNSON**<br><br>**JURY DEMANDED** |

## *EX PARTE* OMNIBUS MOTION FOR LEAVE TO FILE OPPOSITIONS EXCEEDING PAGE LIMIT

Plaintiffs Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, Sarah Beth Kitch, and other unidentified does, through undersigned counsel, respectfully move this Court for permission to file an opposition exceeding the twenty-five page limit specified in Local Rule 7.7 to the following motions:

Doc. 107: Motion to Dimiss Amended Class Action Complaint and Jury Demand Under Rule 12(b)(6) by Defendnat Edward J. Orgeron, Jr.;

Doc. 110: Fieldon "F" King Alexander's Motion to Dismiss First Amended Complaint Pursuant to Rule 12(b)(6);

Doc. 112: Motion to Dismiss on Behalf of Defendant, Verge Ausberry.

Plaintiffs' oppositions address each issue raised in the corresponding motion. Because of the number of Plaintiffs, the number of different issues that must be addressed, and the complexity of the legal issues briefed, Plaintiffs submit that twenty-five pages will not be enough to adequately present all necessary arguments raised in the above-referenced motions. Plaintiffs thus move for

leave to file oppositions that exceed twenty-five pages, but do not exceed thirty pages. Plaintiffs' proposed oppositions are attached to this Motion.

WHEREFORE, Plaintiffs request that the Court grant them leave to file the attached oppositions.

Respectfully Submitted

*/s/Elizabeth K. Abdnour*
Catherine E. Lasky (La. Bar 28652)
Matthew B. Peters (La. Bar 37514)
Endya L. Hash (La. Bar 38260)
Katie Lasky Law
900 Camp St. Suite 439
New Orleans, LA 70130
P: (504) 584-7336
F: (504) 375-2221
katie@katielaskylaw.com
matt@katielaskylaw.com
endya@katielaskylaw.com

**Elizabeth K. Abdnour**
Pro Hac Vice
ELIZABETH ABDNOUR LAW, PLLC
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915
Telephone: (517) 292-0067
Fax: (517) 709-7700
elizabeth@abdnour.com

**Karen Truszkowski**
*Pro Hac Vice*
TEMPERANCE LEGAL GROUP, PLLC
503 Mall Court #131
Lansing, MI 48912
Telephone: (844) 534-2560
Fax: (800) 531-6527
karen@temperancelegalgroup.com

*Attorneys for Plaintiffs*