UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.**<br>*Plaintiff*<br><br>v.<br><br>**LOUISIANA STATE UNIVERSITY, ET AL.**<br>*Defendant* | Case No.: 21-242<br><br>Division WBV-SDJ<br><br>**JUDGE WENDY B. VITTER**<br><br>**MAGISTRATE JUDGE JOHNSON**<br><br>**JURY DEMANDED** |

## ORDER

**CONSIDERING** the *Ex Parte* Omnibus Motion for Leave to File Oppositions Exceeding Page Limit filed by Plaintiffs;

**IT IS HEREBY ORDERED**, that the *Ex Parte* Omnibus Motion for Leave to File Oppositions Exceeding Page Limit is **GRANTED** and the Clerk of Court is directed to file the proposed pleadings into the record in this matter.

**SIGNED** this _____ day of December 2021, in New Orleans, Louisiana.

```
_____
      WENDY B. VITTER
UNITED STATES DISTRICT COURT
```