UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**  **CIVIL ACTION NO.:**

**VERSUS**  **21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

## ORDER

**IT IS HEREBY ORDERED** that the *Joint Motion to Strike Plaintiffs' Oppositions to Defendants' Motions to Dismiss* filed by Defendants, Edward J. Orgeron, Jr., Verge Ausberry, and Fieldon "F" King Alexander, be and hereby is **GRANTED**.

Accordingly, the Motions to Dismiss filed by Edward J. Orgeron, Jr., Verge Ausberry, and Fieldon "F" King Alexander are to be submitted to the Court as unopposed.

**THUS DONE AND SIGNED** on the _____ day of December, 2021, at New Orleans, Louisiana.

_____
**HONORABLE WENDY VITTER**
**JUDGE**