## Motions

[3:21-cv-00242-WBV-SDJ Owens, et al v. Louisiana State University, et al](#)

> NOTE: At this point, please click on the EMAIL ORDER HYPERLINK located on the CIVIL EVENTS MENU SCREEN to email a word processing version of your order to the appropriate judge or magistrate. (See Admin. Proc. I.G.3 for how to style email.)

# U.S. District Court

# Middle District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Abdnour, Elizabeth on 12/7/2021 at 0:00 AM CST and filed on 12/6/2021

| | |
|---|---|
| **Case Name:** | Owens, et al v. Louisiana State University, et al |
| **Case Number:** | [3:21-cv-00242-WBV-SDJ](#) |
| **Filer:** | Elisabeth Andries |
| | Samantha Brennan |
| | Jane Doe |
| | Corinn Hovis |
| | Kennan Johnson |
| | Sarah Beth Kitch |
| | Jade Lewis |
| | Other Unidentified Does |
| | Abby Owens |
| | Calise Richardson |
| | Ashlyn Robertson |

**Document Number:** [135](#)

**Docket Text:**
**MOTION for Leave to File Oppositions in excess of 25 pages by All Plaintiffs. (Attachments: # (1) Proposed order, # (2) Proposed Pleading;, # (3) Proposed Pleading;, # (4) Proposed Pleading;)(Abdnour, Elizabeth)**


**3:21-cv-00242-WBV-SDJ Notice has been electronically mailed to:**

Alejandro R. Perkins     aperkins@hamsil.com, cmoffett@hamsil.com, tmatthews@hamsil.com

Beau Anthony LeBlanc     BAl@volalaw.com, kylie@volalaw.com

Benjamin M. Castoriano     bcastoriano@frilot.com, vgraham@frilot.com

Benjamin M. Chapman     bchapman@millinglaw.com, mdecker@millinglaw.com

Brian W. Harrell     bharrell@degan.com, dhenson@degan.com

Carroll Devillier , Jr     cd@bswllp.com, cynthia.ray@bswllp.com, michele.mayeux@bswllp.com, sandra.carlton@bswllp.com

Catherine E. Lasky     katie@katielaskylaw.com, endya@katielaskylaw.com

Chloe Marie Chetta     cchetta@barrassousdin.com, cburch@barrassousdin.com

Darren A. Patin     dpatin@hmhlp.com, bclement@hmhlp.com, screager@hmhlp.com

David Marshall Charlton     dmc@bswllp.com

Dennis J. Phayer     dphayer@burglass.com, msoleto@burglass.com

Elizabeth Kamm Abdnour     elizabeth@abdnour.com, jillian.snyman@abdnour.com

Endya Hash     endya@katielaskylaw.com

Evan M. Alvarez     ealvarez@hamsil.com, rlopez@hamsil.com

Gregory Charles Fahrenholt     gfahrenholt@burglass.com, mbordelon@burglass.com

Jeffrey K. Cody     jeffreyc@scwllp.com, kimberly@scwllp.com

Jena W. Smith     jsmith@degan.com, jansardi@degan.com, mledet@degan.com

John Carroll Walsh     john@scwllp.com, kimk@scwllp.com

John Nickerson Chappuis     jnc@volalaw.com, bal@volalaw.com, kimann@volalaw.com, linda@volalaw.com, lpd@volalaw.com

Judy Y. Barrasso     jbarrasso@barrassousdin.com, cburch@barrassousdin.com, cphillips@barrassousdin.com, slanglois@barrassousdin.com

Karleen Joseph Green     karleen.green@phelps.com, guidrys@phelps.com, nina.kincaid@phelps.com, waitesc@phelps.com

Keith Alex Kornman     kkornman@degan.com, mkanellos@degan.com, mledet@degan.com

Lamont P. Domingue     lpd@volalaw.com, naanie@volalaw.com

Lance William Waters     lwaters@barrassousdin.com

Laurence D. LeSueur , Jr     llesueur@barrassousdin.com, shooker@barrassousdin.com

Lindsay Meador Young    lmeador@gallowaylawfirm.com, lheidbrink@gallowaylawfirm.com, rthibodeaux@gallowayjohnson.com

Mark R. Pharr , III    tiger@gjtbs.com, abreaux@gallowaylawfirm.com, ckidder@gallowaylawfirm.com, REisenstat@gallowaylawfirm.com, rthibodeaux@gjtbs.com, wlarge@gallowaylawfirm.com

Mary Ann White    maryannw@scwllp.com, kimk@scwllp.com

Michael A. Patterson    map@longlaw.com

Michael B. Victorian    michael.victorian@phelps.com, guidrys@phelps.com, nina.kincaid@phelps.com

Molly C McDiarmid    molly.mcdiarmid@phelps.com, nina.kincaid@phelps.com, shelby.guidry@phelps.com

Renee Culotta    rculotta@frilot.com, awhittington@frilot.com, bcastoriano@frilot.com, jroberts@frilot.com, vgraham@frilot.com

S. Brooke Barnett-Bernal    bbb@longlaw.com, arlyn@longlaw.com

Seth Franklin Lawrence    sfl@longlaw.com

Shelton Dennis Blunt    bluntd@phelps.com, mary.house@phelps.com, olivia.lenoir@phelps.com

Sidney W. Degan , III    sdegan@degan.com

Stephanie Bienvenu Laborde    slaborde@millinglaw.com, cajunsbl@yahoo.com, kdupont@millinglaw.com

Susan W. Furr    furrs@phelps.com, molly.mcdiarmid@phelps.com, nina.kincaid@phelps.com, shelby.guidry@phelps.com

Sylvia Zarzeka    szarzeka@burglass.com

Wayne Thomas Stewart    wstewart@hamsil.com

William Frederick Large    wlarge@gallowaylawfirm.com

**3:21-cv-00242-WBV-SDJ Notice has been delivered by other means to:**

Karen Truszkowski
Temperance Legal Group, PLLC
503 Mall Court
#131
Lansing, MI 48912

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077641870 [Date=12/7/2021] [FileNumber=2530733-0
] [525b9528323030db77b44292bff9da00654d6728c29085a078ebfcb8a22263b2304
8d24d850bb6c3e2ca0bc25158a696e8dd92758565d62a70d1f8055ccb5468]]

**Document description:** Proposed order
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077641870 [Date=12/7/2021] [FileNumber=2530733-1
] [7f1fbe7811298f740fc0561c7676108615b139587b03b54b42d8699849fd3e5e0b5
ac4c98b04d2e19094aee65a17b72d5fbbf4577a5d5908cec23cc1dc20b92c]]

**Document description:** Proposed Pleading;
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077641870 [Date=12/7/2021] [FileNumber=2530733-2
] [16547f67f98cb39b8e351b8292d45b6cde83743c93122b06d54601accf9f21141c0
3145b3d3954c45a8302fad8ab31f09e409d099e6411727f42e015da20930b]]

**Document description:** Proposed Pleading;
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077641870 [Date=12/7/2021] [FileNumber=2530733-3
] [712289ea5304c4814bc338dd45c06d2c9b3554aec9cfb54677f7bde51e2dda2d2d3
85522e1c8c492e6910f3caadfcb3f5b19edb3732111acc7c7079ffa02c653]]

**Document description:** Proposed Pleading;
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077641870 [Date=12/7/2021] [FileNumber=2530733-4
] [b316cd97f0b697dbad1aa961597605635caef0c4582cce8c1557ef6bccbb9398616
f20939ba60579f19fe05224895efec15b902e6c024277e06ce2fdbbdb7938]]