## THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**  **CIVIL ACTION NO. 3:21-CV-00242**

**VERSUS**  **JUDGE WENDY B. VITTER**

**LOUISIANA STATE UNIVERSITY, ET AL.**  **MAGISTRATE JUDGE JOHNSON**

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE THAT the Defendants, Jonathan Sanders, Tracy Blanchard, and Maria Fuentes-Martin, submit their Motion for Judgment on the Pleadings pursuant to Rule 12(c) pursuant to Federal Rule of Civil Procedure Rule 56 for submission before the Honorable Jay C. Zainey on **January 25, 2022** at **9:30 a.m.**

Respectfully submitted,

**JEFF LANDRY**
**ASSISTANT ATTORNEY GENERAL**

BY:   */s/ Mark R. Pharr, III*
Mark R. Pharr, III, Bar Role No. 21019
Lindsay Meador Young, Bar Roll No. 31261
William F. Large Bar Roll No. 34837
Rick Eisenstat, Bar Roll No. 35472
*Special Assistant Attorneys General*
328 Settlers Trace Blvd.
Lafayette, Louisiana 70508
Phone: 337-735-1760
Fax: 337-993-0933
Email: tiger@gallowaylawfirm.com
Email: LMeador@gallowaylawfirm.com
Email: WLarge@gallowalawfirm.com
Email: REisenstat@gallowaylawfirm.com
ATTORNEYS FOR JONATHAN SANDERS, TRACY BLANCHARD AND MARI FUENTES-MARTIN