## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT COURT OF LOUISIANA

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | CIVIL ACTION NO: |
| | * | 3:21-CV-00242-WBV-SDJ |
| | * | |
| **VERSUS** | * | JUDGE: THE HONORABLE WENDY |
| | * | VITTER |
| **LOUISIANA STATE** | * | |
| **UNIVERSITY, ET AL** | * | MAGISTRATE: THE HONORABLE |
| | * | SCOTT D. JOHNSON |
| | * | |

-----

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Julia Sell and Michael Sell through undersigned counsel, will bring for submission before Judge Scott D. Johnson the attached Motion to Dismiss All Claims Against Defendants, Julia Sell and Michel Sell on this Court's next available Motion Day of December 28, 2021 at 9:30 A.M.

JEFF LANDRY
ATTORNEY GENERAL
By: */s/ Sidney W. Degan, III*
SIDNEY W. DEGAN, III (#04804)
KEITH A. KORNMAN (#23169)
JENA W. SMITH (#25255)
Special Assistant Attorneys General
**DEGAN, BLANCHARD & NASH**
400 Poydras Street, Suite 2600
New Orleans, LA 70130
Telephone: (504) 529-3333
Facsimile: (505) 529-3337
sdegan@degan.com
kkornman@degan.com
jsmith@degan.com
***Attorneys for Defendants,***
***Julia Sell and Michael Sell***