UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. | CIVIL ACTION NO. 3:21-cv-00242 |
| *Plaintiffs* | |
| | JUDGE WENDY B. VITTER |
| VERSUS | |
| | MAG. JUDGE SCOTT D. JOHNSON |
| LOUISIANA STATE UNIVERSITY, ET AL. | |
| *Defendants* | |

### RULE 12(b)(1) AND 12(b)(6) MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, come defendants Jennie Stewart, A.G. Monaco, and James Marchand, who move to dismiss all claims asserted against them in the Amended Petition in this matter pursuant to F.R.C.P. 12(b)(6) (for failure to state a claim) or 12(b)(1) (for lack of subject matter jurisdiction based on Eleventh Amendment immunity) for the reasons stated in the accompanying memorandum.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

By: */s/ Gregory C. Fahrenholt*
**DENNIS J. PHAYER (La. Bar No. 10408)**
**GREGORY C. FAHRENHOLT (La. Bar No. 28572)**
**SYLVIA M. ZARZEKA (La Bar No. 38451)**
Special Assistant Attorneys General
**BURGLASS & TANKERSLEY, LLC**
5213 Airline Drive
Metairie, LA 70001
Tel: (504) 836-0412
Fax: (504) 287-0452
dphayer@burglass.com
gfahrenholt@burglass.com
szarzeka@burglass.com

*Attorneys for Defendants, Jennie Stewart, A.G. Monaco, and James Marchand*

{01258325 - v1}