UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL.<br>   *Plaintiffs* | CIVIL ACTION NO. 3:21-cv-00242 |
| VERSUS | JUDGE WENDY B. VITTER |
| LOUISIANA STATE UNIVERSITY, ET AL.<br>   *Defendants* | MAG. JUDGE SCOTT D. JOHNSON |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that defendants Jennie Stewart, A.G. Monaco, and James Marchand, hereby submit their Motion to Dismiss for consideration by U.S. District Court Judge Wendy B. Vitter on **January 11, 2022, at 9:30 a.m.**

          Respectfully submitted,

          **JEFF LANDRY**
          **ATTORNEY GENERAL**

          By:  */s/ Gregory C. Fahrenholt*
          **DENNIS J. PHAYER (La. Bar No. 10408)**
          **GREGORY C. FAHRENHOLT  (La. Bar No. 28572)**
          **SYLVIA M. ZARZEKA (La Bar No. 38451)**
          **Special Assistant Attorneys General**
          **BURGLASS & TANKERSLEY, LLC**
          5213 Airline Drive
          Metairie, LA 70001
          Tel: (504) 836-0412
          Fax: (504) 287-0452
          dphayer@burglass.com
          gfahrenholt@burglass.com
          szarzeka@burglass.com

          ***Attorneys for Defendants, Jennie Stewart,***
          ***A.G. Monaco, and James Marchand***

{01258325 - v1}