UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | **NO.: 3:21-cv-00242** |
| | * | |
| **VERSUS** | * | **JUDGE: WBV** |
| | * | |
| **LOUISIANA STATE UNIVERSITY, ET AL** | * | **MAGISTRATE JUDGE: SDJ** |
| | * | |

**************************************************************************

## NOTICE OF SUBMISSION

Please take notice that the Motion to Dismiss Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b) filed by Miriam Segar is hereby set for submission before District Judge Wendy B. Vitter on January 25, 2021 at 9:30 a.m..

Respectfully Submitted,

JEFF LANDRY
ATTORNEY GENERAL

**SHOWS, CALI & WALSH, L.L.P.**
*/s/ Mary Ann White*
John C. Walsh (LA 24903)
Jeffrey K. Cody (LA 28536)
Mary Ann White (LA 29020) (*Lead Counsel*)
628 St. Louis Street (70802)
P.O. Box 4425
Baton Rouge, LA  70821-4425
Telephone: (225) 346-1461
Facsimile: (225) 346-1467
john@scwllp.com
jeffreyc@scwllp.com
maryannw@scwllp.com
*Special Assistant Attorneys General*

***Counsel for Defendant, Miriam Segar***

1

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on **December 8, 2021**, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and notice will be sent to all counsel by operation of the court's electronic filing system.

                                                                             *//s/ Mary Ann White*
                                                                             Mary Ann White