UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | **NO.: 3:21-cv-00242** |
| | * | |
| **VERSUS** | * | **JUDGE: WBV** |
| | * | |
| **LOUISIANA STATE UNIVERSITY, ET AL** | * | **MAGISTRATE JUDGE: SDJ** |

*****************************************************************************

## NOTICE OF SUBMISSION

Please take notice that Defendant, Joseph "Joe" Alleva, has submitted its Motion to Dismiss to be decided by the Honorable Wendy B. Vitter, District Judge of the United States District Court, for the Eastern District of Louisiana, on January 25, 2022.

Respectfully submitted,

**JEFF LANDRY
ATTORNEY GENERAL**

*/s/ Seth F. Lawrence*
**MICHAEL A. PATTERSON** (#10373)
**S. BROOKE BARNETT-BERNAL** (#31031)-T.A.
**SETH F. LAWRENCE** (#38316)
*Special Assistant Attorneys General*
LONG LAW FIRM, L.L.P.
1800 City Farm Drive, Building 6
Baton Rouge, Louisiana 70806
Telephone:   (225) 922-5110
Facsimile:    (225) 922-5105
map@longlaw.com
bbb@longlaw.com
sfl@longlaw.com
*Attorneys for Joseph "Joe" Alleva*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Notice of Submission* was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, on this 8th day of December, 2021.

*/s/ Seth F. Lawrence*
Seth F. Lawrence
