UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | **NO.: 3:21-cv-00242** |
| | * | |
| **VERSUS** | * | **JUDGE: WBV** |
| | * | |
| **LOUISIANA STATE UNIVERSITY,** | * | **MAGISTRATE JUDGE: SDJ** |
| **ET AL** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO SUBSTITUTE PLEADING

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Joseph "Joe" Alleva ("Alleva"), who respectfully requests that his previously filed *Memorandum in Support of the Motion to Dismiss* (Rec. Doc. 145-1) be substituted with the attached pleading for the following reason:

During the process of preparing and filing Rec. Doc. 145-1, the formatting of footnote 110 (Rec. Doc 145-1, pp. 33 and 34)[1] changed resulting in Rec. Doc. 145-1 not being in compliance with the Court's December 1, 2021 Order (Rec. Doc. 126).

**WHEREFORE**, Defendant, Joseph "Joe" Alleva, respectfully requests the Court to allow the attached Memorandum in Support of the Motion to Dismiss be substituted for Rec. Doc. 145-1.

---

[1] Pages 30 and 31 of the Memorandum.

1

Respectfully submitted:

**LONG LAW FIRM, L.L.P.**

/s/ *Seth F. Lawrence*
**MICHAEL A. PATTERSON** (#10373)
**S. BROOKE BARNETT-BERNAL** (#30385)-T.A.
**SETH F. LAWRENCE** (#38316)
1800 City Farm Drive, Building 6
Baton Rouge, Louisiana 70806
Telephone:    (225) 922-5110
Facsimile:    (225) 922-5105
map@longlaw.com
bbb@longlaw.com
sfl@longlaw.com
*Attorneys for Joseph "Joe" Alleva*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on this 8th day of December, 2021 filed electronically a true copy of the foregoing. All parties received notice of this filing by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

.

/s/Seth F. Lawrence
Seth F. Lawrence

2