UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | **NO.: 3:21-cv-00242** |
| | * | |
| **VERSUS** | * | **JUDGE: WBV** |
| | * | |
| **LOUISIANA STATE UNIVERSITY, ET AL** | * | **MAGISTRATE JUDGE: SDJ** |
| | * | |
| | * | |

**************************************************************************

## ORDER

Considering the *Motion to Substitute* by Defendant, Joseph "Joe" Alleva:

**IT IS HEREBY ORDERED** that the Motion to Substitute is **GRANTED.**

New Orleans, Louisiana, this _____ day of _____, 2021.

                                                                                       _____
                                                                                              JUDGE WENDY B. VITTER
                                                                                         UNITED STATES DISTRICT JUDGE