## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT COURT OF LOUISIANA

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | **CIVIL ACTION NO:** |
| | * | **3:21-CV-00242-WBV-SDJ** |
| | * | |
| **VERSUS** | * | **JUDGE: THE HONORABLE WENDY** |
| | * | **VITTER** |
| **LOUISIANA STATE** | * | |
| **UNIVERSITY, ET AL** | * | **MAGISTRATE: THE HONORABLE** |
| | * | **SCOTT D. JOHNSON** |
| | * | |

### *EX PARTE* MOTION FOR LEAVE OF COURT TO FILE REVISED MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANTS, JULIA SELL AND MICHAEL SELL

**NOW INTO COURT,** through undersigned counsel, come Defendants, Julia Sell and Michael Sell, (collectively, the "Sells"), who respectfully move to substitute the attached Revised Motion to Dismiss and Revised Supplemental Memorandum in Support of Motion to Dismiss in place of the Motion to Dismiss and Memorandum in Support filed earlier on this date [Doc. 141]. The Revised Motion to Dismiss confirms that the Sells are seeking 11th Amendment Immunity in addition to all other defenses contained in their Motion to Dismiss and Memorandum in Support. The Revised Motion and Memorandum are being timely filed and meet all existing Court orders.

{00976926.DOCX;1}

Respectfully Submitted:

**JEFF LANDRY**
**ATTORNEY GENERAL**
**By:** */s/ Sidney W. Degan, III*
**SIDNEY W. DEGAN, III (#04804)**
**KEITH A. KORNMAN (#23169)**
**JENA W. SMITH (#25255)**
Special Assistant Attorneys General
**DEGAN, BLANCHARD & NASH**
400 Poydras Street, Suite 2600
New Orleans, LA 70130
Telephone: (504) 529-3333
Facsimile: (505) 529-3337
sdegan@degan.com
kkornman@degan.com
jsmith@degan.com
*Attorneys for Defendants,*
*Julia Sell and Michael Sell*