## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT COURT OF LOUISIANA

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | **CIVIL ACTION NO:** |
| | * | **3:21-CV-00242-WBV-SDJ** |
| | * | |
| **VERSUS** | * | **JUDGE: THE HONORABLE WENDY** |
| | * | **VITTER** |
| **LOUISIANA STATE** | * | |
| **UNIVERSITY, ET AL** | * | **MAGISTRATE: THE HONORABLE** |
| | * | **SCOTT D. JOHNSON** |
| | * | |

## ORDER

Considering the *Ex Parte* Motion for Leave of Court to File Revised Motion to Dismiss All Claims Against Defendants, Julia and Michael Sell;

**IT IS HEREBY ORDERED** that the *Ex Parte* Motion for Leave of Court to File Revised Motion to Dismiss All Claims Against Defendants, Julia and Michael Sell is **GRANTED**, and that Defendants, Julia Sell and Michael, are given leave to file their Revised Motion to Dismiss and Memorandum in Support.

**NEW ORLEANS, LOUISIANA**, this _____ day of December, 2021.

_____
HON. WENDY B. VITTER, JUDGE
UNITED STATES DISTRICT COURT

{00976927.DOCX;1}