**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

**NOTICE OF SUBMISSION OF DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that Louisiana State University and the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College notice their Motion to Dismiss for submission before the Honorable Wendy B. Vitter on January 11, 2022, at 9:30 a.m.

        Respectfully submitted,

        **JEFF LANDRY
ATTORNEY GENERAL**

BY:  /s/ *Susan W. Furr*
       Susan W. Furr Bar Roll No. 19582
       Karleen J. Green Bar Roll No. 25119
       Shelton Dennis Blunt Bar Roll No. 21230
       Michael B. Victorian Bar Roll No. 36065
       Molly C. McDiarmid Bar Roll No. 36426
       *Special Assistant Attorneys General*
       II City Plaza | 400 Convention Street, Suite 1100
       Baton Rouge, Louisiana 70802
       Telephone: 225 346 0285
       Facsimile: 225 381 9197
       Email: susie.furr@phelps.com
       Email: karleen.green@phelps.com
       Email: dennis.blunt@phelps.com
       Email: michael.victorian@phelps.com
       Email: molly.mcdiarmid@phelps.com

- 2 -

**CERTIFICATE OF SERVICE**

    I do hereby certify that on December 8, 2021, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CMECF system.  Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

                                                                                                                       */s/ Susan W. Furr*