UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Abby Owens, et al.<br>*Plaintiff* | Case No.: 3:21-cv-00242-WBV-SDJ |
| v. | JUDGE WENDY B. VITTER |
| Louisiana State University, et al.<br>*Defendants* | MAGISTRATE JUDGE SCOTT D. JOHNSON |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** Defendant, Sharon Lewis, shall bring for submission her motion to dismiss Plaintiffs' claims against her before the Honorable Judge Wendy B. Vitter, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130, at 9:30 a.m., on the 25th day of January, 2022, or as soon thereafter as counsel may be heard.

Respectfully submitted,
JEFF LANDRY
ATTORNEY GENERAL

*/s/ Renee G. Culotta*
Renee G. Culotta (LA Bar No. 24436)
**Special Assist Attorney General**
**FRILOT L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, LA  70163
Telephone:    (504) 599-8000
Facsimile     (504) 599-8100
Email:        rculotta@frilot.com

**Counsel for Defendant, Sharon Lewis**

1

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing pleading was served upon all counsel electronically via the CM/ECF filing system this  8th  day of December, 2021.

*/s/ Renee G. Culotta*