UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.                                CIVIL ACTION NO.:

VERSUS                                            21-242-WBV-SDJ

LOUISIANA STATE UNIVERSITY, ET AL.

### JOINT MOTION TO STRIKE PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS AND TO CONTINUE SUBMISSION DATE OF MOTIONS TO DISMISS

NOW INTO COURT, through undersigned counsel, come Edward J. Orgeron, Jr., Verge Ausberry, and Fieldon "F" King Alexander, who respectfully move this Honorable Court to strike the Oppositions sought to be filed by Plaintiffs (Documents 135-2, 135-3 and 135-4) to their respective Motions to Dismiss as untimely filed, for the reasons provided in the Memorandum in Support filed herewith.

In the interests of judicial efficiency and economy, Movants further request that the submission date of their Motions to Dismiss be continued until the next submission date after the Court rules on this Motion, in order to provide them an opportunity to file Reply Memoranda, if necessary or appropriate.

WHEREFORE, after due consideration is had, Edward J. Orgeron, Jr., Verge Ausberry, and Fieldon "F" King Alexander respectfully request that their Motion to Strike Plaintiffs' Oppositions to Defendants' Motions to Dismiss and to Continue Submission Date of Motions to Dismiss be granted.

Respectfully submitted,

JEFF LANDRY
ATTORNEY GENERAL
*/s/ Stephanie B. Laborde*
Stephanie B. Laborde (#20908)
Benjamin M. Chapman (#28325)
Special Assistant Attorneys General
**Milling Benson Woodward, LLP**
6421 Perkins Road, Building B, Suite B
Baton Rouge, Louisiana 70802
Telephone: (225) 291-7300
Facsimile: (225) 291-4524
slaborde@millinglaw.com
bchapman@millinglaw.com
***Attorneys for Edward J. Orgeron, Jr.***

JEFF LANDRY
ATTORNEY GENERAL
*/s/ Darren A. Patin*
Darren A. Patin (#23244)
Special Assistant Attorney General
**Hailey, McNamara, Hall, Larmann & Papale**
One Galleria Boulevard, Suite 1400
New Orleans, Louisiana 70001
Telephone: (504) 836-6500
Facsimile: (504) 836-6565
dpatin@hmhlp.com
***Attorney for Verge Ausberry***

JEFF LANDRY
ATTORNEY GENERAL
*/s/ Alejandro R. Perkins*
Alejandro R. Perkins (#30288)
Evan M. Alvarez (#30964)
Wayne Thomas Stewart (#31596)
Special Assistant Attorneys General
**Hammonds, Sills, Adkins, Fuice, Noah & Perkins, LLP**
2431 S. Acadian Thruway, Suite 600
Baton Rouge, Louisiana 70808
Telephone: (225) 923-3462
Facsimile: (225) 923-0315
Aperkins@hamsil.com
ealvarez@hamsil.com
wstewart@hamsil.com
***Attorneys for Fieldon "F" King Alexander***

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing has been electronically filed with the United States District Court via the Court's CM/ECF system on December 9, 2021, and Notice of Electronic Filing sent to all interested parties by operation of same.

*/s/ Stephanie B. Laborde*