UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.                                         CIVIL ACTION NO.:

VERSUS                                                          21-242-WBV-SDJ

LOUISIANA STATE UNIVERSITY, ET AL.
_____

<u>MEMORANDUM IN SUPPPORT OF JOINT MOTION TO STRIKE
PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS
AND TO CONTINUE SUBMISSION DATE OF MOTIONS TO DISMISS</u>

NOW INTO COURT, through undersigned counsel, come Edward J. Orgeron, Jr., Verge Ausberry, and Fieldon "F" King Alexander who, in support of their Joint Motion to Strike Plaintiffs' Oppositions to Defendants' Motions to Dismiss and to Continue Submission Date of Motions to Dismiss, hereby advise the Court as follows:

Plaintiffs filed an Opposition to Defendant Verge Ausberry's Motion to Dismiss at 11:49 p.m. (Document 132) on December 6, 2021, the due date set by the Court for Oppositions to Movants' pending Motions to Dismiss. The Opposition consisted of twenty-nine (29) pages, in excess of the Court's page limit, but was filed without leave of Court to exceed the page limit.

Plaintiffs filed an Opposition to Defendant Edward R. Orgeron, Jr.'s Motion to Dismiss at 11:50 p.m. (Document 133) on December 6, 2021, consisting of twenty-seven (27) pages, again in excess of the Court's page limit and without leave of Court to exceed the page limit.

Plaintiffs filed an Opposition to Defendant Fieldon "F" King Alexander's Motion to Dismiss at 11:51 p.m. (Document 134) on December 6, 2021, consisting of twenty-nine (29) pages, also in excess of the Court's page limit and without leave of Court to exceed the page limit.

Finally, Plaintiffs filed an *Ex Parte* Motion for Leave to File Oppositions Exceeding Page Limit at 0:00 a.m. on 12/7/21 (Document 135), with a Proposed Order granting leave (Document

135-1), and the three Oppositions previously filed attached thereto as proposed pleadings (Documents 135-2, 135-3, and 135-4).

At 9:50 a.m. on December 7, 2021, the Clerk corrected the Docket Entry, noting that the first-filed Memoranda in Opposition, Documents 132, 133 and 134, were "incorrectly filed as a separate entry" and that they were now "correctly attached" to Document 135 as proposed pleadings. Accordingly, only the Oppositions attached to the Motion for Leave to File Oppositions filed on December 7, 2021 are considered to be properly filed. The three documents that were "incorrectly filed" on December 6, 2021 should be treated by this Honorable Court as if they had never been filed, as only the properly filed Motion on December 7, 2021 is before the Court.

Therefore, there were no timely opposition memoranda filed in response to the Motions to Dismiss filed by Movants, and the Oppositions attached to Plaintiffs' Motion for Leave should be struck as untimely filed, and their Motions to Dismiss should be submitted to the Court as unopposed.

In the interests of judicial efficiency and economy, Movants further request that the current submission date of December 14, 2021 for their pending Motions to Dismiss be continued until the next submission date after the Court rules on this Motion. If the Court grants this Motion, Movants will not be preparing and filing Reply Memoranda to Plaintiffs' Oppositions. If, however, this Motion is denied, Movants will require additional time to prepare and submit Reply Memoranda prior to the submission of their Motions to Dismiss to the Court.

Accordingly, Movants respectfully request that their Joint Motion to Strike Plaintiffs' Opposition to Defendants' Motions to Dismiss and to Continue Submission Date of Motions to Dismiss be granted by this Honorable Court.

Respectfully submitted,

JEFF LANDRY
ATTORNEY GENERAL
 */s/ Stephanie B. Laborde*
Stephanie B. Laborde (#20908)
Benjamin M. Chapman (#28325)
Special Assistant Attorneys General
**Milling Benson Woodward, LLP**
6421 Perkins Road, Building B, Suite B
Baton Rouge, Louisiana 70802
Telephone: (225) 291-7300
Facsimile: (225) 291-4524
slaborde@millinglaw.com
bchapman@millinglaw.com
***Attorneys for Edward J. Orgeron, Jr.***

JEFF LANDRY
ATTORNEY GENERAL
 */s/ Darren A. Patin*
Darren A. Patin (#23244)
Special Assistant Attorney General
**Hailey, McNamara, Hall, Larmann & Papale**
One Galleria Boulevard, Suite 1400
New Orleans, Louisiana 70001
Telephone: (504) 836-6500
Facsimile: (504) 836-6565
dpatin@hmhlp.com
***Attorney for Verge Ausberry***

JEFF LANDRY
ATTORNEY GENERAL
 */s/ Alejandro R. Perkins*
Alejandro R. Perkins (#30288)
Evan M. Alvarez (#30964)
Wayne Thomas Stewart (#31596)
Special Assistant Attorneys General
**Hammonds, Sills, Adkins, Fuice, Noah & Perkins, LLP**
2431 S. Acadian Thruway, Suite 600
Baton Rouge, Louisiana 70808
Telephone: (225) 923-3462
Facsimile: (225) 923-0315
Aperkins@hamsil.com
ealvarez@hamsil.com
wstewart@hamsil.com
***Attorneys for Fieldon "F" King Alexander***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been electronically filed with the United States District Court via the Court's CM/ECF system on December 9, 2021, and Notice of Electronic Filing sent to all interested parties by operation of same.

　　　　　*/s/ Stephanie B. Laborde*