**THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**ABBY OWENS, ET AL.**                          **CIVIL ACTION NO. 3:21-CV-00242**

**VERSUS**                                      **JUDGE WENDY B. VITTER**

**LOUISIANA STATE UNIVERSITY,**                 **MAGISTRATE JUDGE JOHNSON**
**ET AL.**

---

**NOTICE OF SUBMISSION**

---

PLEASE TAKE NOTICE THAT the Defendants, Jonathan Sanders, Tracy Blanchard,

and Maria Fuentes-Martin, submit their Motion for Judgment on the Pleadings pursuant to Rule

12(c) pursuant to Federal Rule of Civil Procedure Rule 56 for submission before the Honorable

Jay C. Zainey on **January 25, 2022** at **9:30 a.m.**

Respectfully submitted,

**JEFF LANDRY**
**ASSISTANT ATTORNEY GENERAL**


BY:     */s/ Mark R. Pharr, III*
        Mark R. Pharr, III, Bar Role No. 21019
        Lindsay Meador Young, Bar Roll No. 31261
        William F. Large Bar Roll No. 34837
        Rick Eisenstat, Bar Roll No. 35472
        *Special Assistant Attorneys General*
        328 Settlers Trace Blvd.
        Lafayette, Louisiana 70508
        Phone: 337-735-1760
        Fax: 337-993-0933
        Email: tiger@gallowaylawfirm.com
        Email: LMeador@gallowaylawfirm.com
        Email: WLarge@gallowalawfirm.com
        Email: REisenstat@gallowaylawfirm.com
        ATTORNEYS FOR JONATHAN
        SANDERS, TRACY BLANCHARD AND
        MARI FUENTES-MARTIN