UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.                                      CIVIL ACTION NO.:

VERSUS                                                          21-242-WBV-SDJ

LOUISIANA STATE UNIVERSITY, ET AL.

## ORDER

**IT IS HEREBY ORDERED** that the *Joint Motion to Strike Plaintiffs' Oppositions to Defendants' Motions to Dismiss and to Continue Submission Date of Motions to Dismiss* filed by Defendants, Edward J. Orgeron, Jr., Verge Ausberry, and Fieldon "F" King Alexander, be and hereby is **GRANTED IN PART**, granting a continuance of the submission date of their Motions to Dismiss to January 25, 2022.

The Joint Motion to Strike Plaintiffs' Opposition to Defendants' Motions to Dismiss is submitted to the Court for decision on January 11, 2022.

**THUS DONE AND SIGNED** on the _____ day of December, 2021, at New Orleans, Louisiana.

_____
**HONORABLE WENDY VITTER**
**JUDGE**