UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.                                CIVIL ACTION NO.:

VERSUS                                            21-242-WBV-SDJ

LOUISIANA STATE UNIVERSITY, ET AL.

## ORDER

**IT IS HEREBY ORDERED** that the *Joint Motion to Strike Plaintiffs' Oppositions to Defendants' Motions to Dismiss and to Continue Submission Date of Motions to Dismiss* filed by Defendants, Edward J. Orgeron, Jr., Verge Ausberry, and Fieldon "F" King Alexander, be and hereby is **GRANTED**.

Accordingly, the Motions to Dismiss filed by Edward J. Orgeron, Jr., Verge Ausberry, and Fieldon "F" King Alexander are submitted to the Court as unopposed.

**THUS DONE AND SIGNED** on the 11th day of January, 2022, at New Orleans, Louisiana.

_____
**HONORABLE WENDY VITTER**
**JUDGE**