UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-242-WBV-SDJ** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | |

## ORDER

Considering the Motion to Enroll Additional Counsel of Record on Behalf of Keava Soil-Cormier (R. Doc. 131);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Robert L. Ellender (La. Bar No. 1860), of the law firm Voorhies & Labbe, APLC, shall be enrolled as counsel of record for defendant, Keava Soil-Cormier.

New Orleans, Louisiana, December 9, 2021.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**