**THE UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

---

## MOTION TO SUBSTITUTE PLEADINGS

---

NOW INTO COURT, through undersigned counsel, come Defendants Johnathan Sanders, Tracy Blanchard, and Maria Fuentes-Martin (collectively "Defendants"), who respectfully requests that their previously filed Motion for Judgment on the Pleadings Pursuant to Federal Rule of Civil Procedure 12(c) [rec. doc. 140], Memorandum in Support of Defendants' Motion for Judgment on the Pleadings [rec. doc. 140-1], and Notice of Submission [rec. doc. 140-2], be substituted with the attached pleadings, in order to clarify Defendants' position of their Eleventh Amendment immunity defenses and to correct a scrivener's error in their Notice of Submission which may cause confusion for all parties and the Court.

WHEREFORE, Defendants Sanders, Andries and Fuentes-Martin pray this Court grant the foregoing motion and substitute the attached pleadings for the present pleadings, Rec. doc. 140, 140-1 and 140-2.

/

/

/

/

/

Respectfully submitted,

**JEFF LANDRY**
**ASSISTANT ATTORNEY GENERAL**


BY:    */s/ Mark R. Pharr, III*
        Mark R. Pharr, III, Bar Role No. 21019
        Lindsay Meador Young, Bar Roll No. 31261
        William F. Large Bar Roll No. 34837
        Rick Eisenstat, Bar Roll No. 35472
        *Special Assistant Attorneys General*
        328 Settlers Trace Blvd.
        Lafayette, Louisiana 70508
        Phone: 337-735-1760
        Fax: 337-993-0933
        Email: tiger@gallowaylawfirm.com
        Email: LMeador@gallowaylawfirm.com
        Email: WLarge@gallowalawfirm.com
        Email: REisenstat@gallowaylawfirm.com
        ATTORNEYS FOR JONATHAN
        SANDERS, TRACY BLANCHARD AND
        MARI FUENTES-MARTIN