## THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

### JONATHAN SANDERS, TRACY BLANCHARD, AND MARIA FUENTES-MARTIN'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 12(c)

NOW INTO COURT, through undersigned counsel come, Johnathan Sanders, Tracy Blanchard, and Maria Fuentes-Martin (collectively "Defendants"), who move this Court to enter Judgment on the Pleadings on all causes of action advanced by Plaintiffs pursuant to Federal Rule of Civil Procedure 12(c) and submit as follows:

1.

Plaintiffs have failed to plead facts sufficient to satisfy either Rule 8(a), or Rule 9(b) where applicable, in support of their claims. Plaintiffs' allegations that they were retaliated against by Defendants in violation of their statutory and constitutional rights are without merit.

2.

Defendants are entitled to qualified immunity from Plaintiffs' claims, where applicable. There is no established law establishing any rights for which Plaintiffs' are seeking redress.

3.

Plaintiffs' state law allegations against Defendants fail to state claims for which relief can be granted.

4.

Plaintiffs have failed to plead facts with the required particularity to establish violations of the Louisiana Racketeering Act and other conspiracy charges.

5.

Lastly, all of Plaintiffs' state law claims for which Eleventh Amendment immunity bars claims against Defendants in federal court, must be dismissed.

WHEREFORE, Defendants Sanders, Andries and Fuentes-Martin pray this Court grant the foregoing motion and render judgment on the pleadings in their favor, dismissing all claims against them.

Respectfully submitted,

**JEFF LANDRY**
**ASSISTANT ATTORNEY GENERAL**

BY:   */s/ Mark R. Pharr, III*
Mark R. Pharr, III, Bar Role No. 21019
Lindsay Meador Young, Bar Roll No. 31261
William F. Large Bar Roll No. 34837
Rick Eisenstat, Bar Roll No. 35472
*Special Assistant Attorneys General*
328 Settlers Trace Blvd.
Lafayette, Louisiana 70508
Phone: 337-735-1760
Fax: 337-993-0933
Email: tiger@gallowaylawfirm.com
Email: LMeador@gallowaylawfirm.com
Email: WLarge@gallowalawfirm.com
Email: REisenstat@gallowaylawfirm.com
ATTORNEYS FOR JONATHAN SANDERS, TRACY BLANCHARD AND MARI FUENTES-MARTIN