THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

**ORDER**

Having Considered the Motion to Substitute submitted by Defendants Jonathan Sanders, Tracy Blanchard and Mari Fuentes Martin:

IT IS HEREBY ORDERED that the Motion to Substitute is GRANTED at New Orleans, Louisiana, this _____ day of _____ 2021.

_____
District Judge Wendy Bladwin Vitter