UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.                              CIVIL ACTION NO.:

VERSUS                                          21-242-WBV-SDJ

LOUISIANA STATE UNIVERSITY, ET AL.

**JOINT MOTION TO SUBSTITUTE PLEADINGS**

NOW INTO COURT, through undersigned counsel, come Edward J. Orgeron, Jr., Verge Ausberry, and Fieldon "F" King Alexander, who respectfully request that their previously filed Joint Motion to Strike Plaintiffs' Oppositions to Defendants' Motions to Dismiss and to Continue Submission Date of Motions to Dismiss (Rec. Doc. 152) be substituted with the attached pleadings for the following reason:

The original Order filed with the Joint Motion did not contain a new submission date for the Court's consideration of Movant's Motions to Dismiss. In addition, the Motion will require execution of the Order to continue the submission date of Movants' Motions to Dismiss promptly, as the current date therefor is December 14, 2021, and a second Order once the Court rules on the Joint Motion to Strike. Accordingly, Movants have attached two proposed Orders for the Court's consideration.

WHEREFORE, Defendants, Edward J. Orgeron, Jr., Verge Ausberry, and Fieldon "F" King Alexander respectfully request the Court to allow the attached proposed Joint Motion to Strike Plaintiffs' Oppositions to Defendants' Motions to Dismiss and to Continue Submission Date of Motions to Dismiss to be substituted for Rec. Doc. 152.

Respectfully submitted,

JEFF LANDRY
ATTORNEY GENERAL
/s/ Stephanie B. Laborde
Stephanie B. Laborde (#20908)
Benjamin M. Chapman (#28325)
Special Assistant Attorneys General
**Milling Benson Woodward, LLP**
6421 Perkins Road, Building B, Suite B
Baton Rouge, Louisiana 70802
Telephone: (225) 291-7300
Facsimile: (225) 291-4524
slaborde@millinglaw.com
bchapman@millinglaw.com
***Attorneys for Edward J. Orgeron, Jr.***

JEFF LANDRY
ATTORNEY GENERAL
/s/ Darren A. Patin
Darren A. Patin (#23244)
Special Assistant Attorney General
**Hailey, McNamara, Hall, Larmann & Papale**
One Galleria Boulevard, Suite 1400
New Orleans, Louisiana 70001
Telephone: (504) 836-6500
Facsimile: (504) 836-6565
dpatin@hmhlp.com
***Attorney for Verge Ausberry***

JEFF LANDRY
ATTORNEY GENERAL
/s/ Alejandro R. Perkins
Alejandro R. Perkins (#30288)
Evan M. Alvarez (#30964)
Wayne Thomas Stewart (#31596)
Special Assistant Attorneys General
**Hammonds, Sills, Adkins, Fuice, Noah & Perkins, LLP**
2431 S. Acadian Thruway, Suite 600
Baton Rouge, Louisiana 70808
Telephone: (225) 923-3462
Facsimile: (225) 923-0315
Aperkins@hamsil.com
ealvarez@hamsil.com
wstewart@hamsil.com
***Attorneys for Fieldon "F" King Alexander***

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing has been electronically filed with the United States District Court via the Court's CM/ECF system on December 9, 2021, and Notice of Electronic Filing sent to all interested parties by operation of same.

                */s/ Stephanie B. Laborde*