## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                                    **CIVIL ACTION NO.:**

**VERSUS**                                                       **21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

---

### ORDER

**IT IS HEREBY ORDERED** that the *Joint Motion to Substitute Pleadings* filed by Defendants, Edward J. Orgeron, Jr., Verge Ausberry, and Fieldon "F" King Alexander, be and hereby is **GRANTED**.

**THUS DONE AND SIGNED** on the _____ day of December, 2021, at New Orleans, Louisiana.

_____
**HONORABLE WENDY VITTER**
**JUDGE**