UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.                                CIVIL ACTION NO.:

VERSUS                                            21-242-WBV-SDJ

LOUISIANA STATE UNIVERSITY, ET AL.

## NOTICE OF SUBMISSION

PLEASE TAKE NOTE that the Joint Motion to Strike Plaintiffs' Oppositions to Defendants' Motions to Dismiss and to Continue Submission Date of Motions to Dismiss filed by Edward J. Orgeron, Jr., Verge Ausberry, and Fieldon "F" King Alexander, will be submitted for decision in front of Judge Wendy B. Vitter, for the United States District Court of the Eastern District of Louisiana on January 11, 2022 at 9:30 a.m.

Respectfully submitted,

JEFF LANDRY
ATTORNEY GENERAL

*/s/ Stephanie B. Laborde*
Stephanie B. Laborde (#20908)
Benjamin M. Chapman (#28325)
Special Assistant Attorneys General
**Milling Benson Woodward, LLP**
6421 Perkins Road, Building B, Suite B
Baton Rouge, Louisiana 70802
Telephone: (225) 291-7300
Facsimile: (225) 291-4524
slaborde@millinglaw.com
bchapman@millinglaw.com

***Attorneys for Edward J. Orgeron, Jr.***

JEFF LANDRY
ATTORNEY GENERAL

*/s/ Darren A. Patin*
Darren A. Patin (#23244)
Special Assistant Attorney General
**Hailey, McNamara, Hall, Larmann & Papale**
One Galleria Boulevard, Suite 1400
New Orleans, Louisiana 70001
Telephone: (504) 836-6500
Facsimile: (504) 836-6565
dpatin@hmhlp.com

*Attorney for Verge Ausberry*

JEFF LANDRY
ATTORNEY GENERAL

*/s/ Alejandro R. Perkins*
Alejandro R. Perkins (#30288)
Evan M. Alvarez (#30964)
Wayne Thomas Stewart (#31596)
Special Assistant Attorneys General
**Hammonds, Sills, Adkins, Fuice, Noah & Perkins, LLP**
2431 S. Acadian Thruway, Suite 600
Baton Rouge, Louisiana 70808
Telephone: (225) 923-3462
Facsimile: (225) 923-0315
Aperkins@hamsil.com
ealvarez@hamsil.com
wstewart@hamsil.com

*Attorneys for Fieldon "F" King Alexander*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been electronically filed with the United States District Court via the Court's CM/ECF system on December 9, 2021, and Notice of Electronic Filing sent to all interested parties by operation of same.

*/s/ Stephanie B. Laborde*