MINUTE ENTRY
VITTER, J.
DECEMBER 10, 2021
JS10, 1:20

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-242-WBV-SDJ** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | |

**STATUS CONFERENCE REPORT and ORDER**

On December 10, 2021, the Court held a Status Conference in this matter.

**PRESENT:**

**Catherine E. Lasky, Karen Truszkowski, Endya Hash, Elizabeth K. Abdnour**[1]
Counsel for Plaintiffs, Abby Owens, Kennan Johnson, Samantha Brennan, Elisabeth Andries, Jade Lewis, Calise Richardson, Ashlyn Robertson, Corinn Hovis, Sarah Beth Kitch, Jane Doe, and Other Unidentified Does

**Susan W. Furr, Molly C. McDiarmid**
Counsel for Defendants, Louisiana State University and Board Of Supervisors for Louisiana State University and Agricultural and Mechanical College

**Judy Y. Barrasso, Laurence D. LeSueur, Jr.**
Counsel for Defendant, Tiger Athletic Foundation

**Wayne T. Stewart**
Counsel for Defendant, F. King Alexander

**Dennis J. Phayer**

---

[1] Counsel for the remaining parties voiced no objection to the participation of Hash and Abdnour, despite the Court's instruction to counsel, sent via email, limiting the number of attorneys at the conference to two per party.

Counsel for Defendants, Angelo-Gene Monaco, Jim Marchand, and Jennie Stewart

**S. Brooke Barnett-Bernal**
Counsel for Defendant, Joseph Alleva

**Darren A. Patin**
Counsel for Defendant, Verge Ausberry

**Mary A. White, Jeffrey K. Cody**[2]
Counsel for Defendant, Miriam Segar

**Renee Culotta**
Counsel for Defendant, Sharon Lewis

**Lamont P. Domingue**
Counsel for Defendant, Keava Soil-Cormier

**Sidney W. Degan, III, Keith A. Kornman**
Counsel for Defendants, Julia Sell and Michael Sell

**William F. Large**
Counsel for Defendants, Jonathan Sanders, Tracy Blanchard, and Mari Fuentes-Martin

**Stephanie B. Laborde**
Counsel for Defendant, Edward James Orgeron, Jr.

**Carroll Devillier, Jr.**
Counsel for "O" The Rosy Finch Boyz, LLC

During the conference, the Court discussed with counsel the status of the case. The Court reminded counsel that the Local Rules of the Eastern District of Louisiana will apply in this case, as previously discussed during the September 23, 2021 Telephone Status Conference. Counsel then advised the Court that they had reached an informal agreement to raise the number of interrogatories and requests for

---

[2] John C. Walsh participated in the conference by telephone. Remaining counsel voiced no objection to his participation.

production that can be propounded in written discovery from 25 to 40. The Court noted that agreement, as well as the fact that no one voiced an objection to it during the conference. Plaintiff's counsel further advised the Court that Plaintiffs will make their initial disclosures to all opposing parties by December 15, 2021. Counsel also discussed with the Court their concerns regarding the preservation of electronically stored information, and suggested that the Court issue a protective order regarding same. The Court advised counsel that it will discuss the issue with Magistrate Judge Johnson, but instructed all counsel to inform their clients to preserve electronically stored information.

Plaintiffs' counsel then orally moved the Court for an extension of the January 11, 2022 submission dates on several pending motions, including R. Docs. 141, 142, 143, and 148. Hearing no objection from defense counsel, the Court issued an **oral Order GRANTING** the motion, and reset the submission dates on those motions for January 25, 2022. Regarding the pending motions to dismiss, the Court advised counsel that if they intend to adopt arguments made by other parties in the case, they must specify in their pleadings the paragraphs of the other briefs that they seek to adopt. The Court then turned to the pending Joint Motion to Strike Plaintiffs' Oppositions to Defendants' Motions to Dismiss and to Continue Submission Date of Motions to Dismiss, filed by defendants, Edward J. Orgeron, Jr., Verge Ausberry, and Fieldon "F" King Alexander. (R. Doc. 152). After reminding all counsel of their professional obligations to the Court and to each other, the Court issued an **oral Order DENYING** the Motion.

Accordingly,

**IT IS HEREBY ORDERED** that the submission dates on R. Docs. 141, 142, 143, and 148 are **RESET** for **January 25, 2022.**

**IT IS HEREBY ORDERED** that the Joint Motion to Strike Plaintiffs' Oppositions to Defendants' Motions to Dismiss and to Continue Submission Date of Motions to Dismiss (R. Doc. 152) is **DENIED.**

New Orleans, Louisiana, December 10, 2021.

*Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**