# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.                          *        CIVIL ACTION NO. 3:21-cv-00242
     *Plaintiffs*                           *
                                          *
VERSUS                                      *        JUDGE WENDY B. VITTER
                                          *
LOUISIANA STATE UNIVERSITY, ET AL.,         *        MAGISTRATE JUDGE
     *Defendants*                          *        SCOTT D. JOHNSON
                                          *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## FIELDON "F" KING ALEXANDER'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6)

       Defendant, Fieldon "F" King Alexander ("Mr. Alexander") seeks leave to file the attached Reply Memorandum in response to Plaintiffs' Opposition Memorandum (Record Doc. 135-3). This reply memorandum complies with all deadlines and page limits identified in the Eastern District of Louisiana's local rules and is submitted to directly respond to the issues Plaintiffs raise in their Opposition.  Mr. Alexander believes this reply memorandum will help this Court resolve the pending motion.

       Therefore, Mr. Alexander respectfully requests that this Court should grant him leave to file the attached reply memorandum and consider the reply memorandum in resolving his Motion to Dismiss Plaintiffs' Amended Complaint.

              Respectfully submitted:

              **JEFF LANDRY**
              **ATTORNEY GENERAL**

              **BY:**    */s/ Evan M. Alvarez*

**ALEJANDRO "AL" PERKINS (#30288)**
**Email: aperkins@hamsil.com**
**WAYNE T. STEWART (#30964)**
**Email: wstewart@hamsil.com**
**EVAN M. ALVAREZ (#31596)**
**Email: ealvarez@hamsil.com**
**Special Assistant Attorneys General**

**HAMMONDS, SILLS, ADKINS, GUICE**
**    NOAH & PERKINS, LLP**
2431 S. Acadian Thruway, Suite 600
Baton Rouge, Louisiana 70808
Telephone: (225) 923-3462
Facsimile: (225) 923-0315

Counsel for Defendant, Fieldon "F" King Alexander

## CERTIFICATE OF SERVICE

I do hereby certify that I have, on this 13th day of December, 2021, filed this pleading with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

    _____/s/ Evan M. Alvarez_____
        **EVAN M. ALVAREZ**