UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ABBY OWENS, ET AL.<br>*Plaintiffs* | * <br> * <br> * | CIVIL ACTION NO. 3:21-cv-00242 |
| VERSUS | * <br> * | JUDGE WENDY B. VITTER |
| LOUISIANA STATE UNIVERSITY, ET AL.,<br>*Defendants* | * <br> * <br> * | MAGISTRATE JUDGE<br>SCOTT D. JOHNSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum in Support of Motion to Dismiss Amended Complaint Pursuant to Rule 12(b)(6), filed by Fieldon "F" King Alexander;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that Defendant, Fieldon "F" King Alexander, be and is hereby permitted to file his Reply Memorandum in Support of Motion to Dismiss Amended Complaint Pursuant to Rule 12(b)(6).

New Orleans, Louisiana, this _____ day of December, 2021.

_____
JUDGE WENDY B. VITTER
UNITED STATES DISTRICT COURT