UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.                                              CIVIL ACTION NO.:

VERSUS                                                          21-242-WBV-SDJ

LOUISIANA STATE UNIVERSITY, ET AL.

### MOTION FOR LEAVE TO FILE MEMORANDUM IN REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT EDWARD R. ORGERON, JR.'S MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT AND JURY DEMAND

NOW INTO COURT, through undersigned counsel, comes Edward J. Orgeron, Jr., who respectfully requests that he be allowed to file a Memorandum in Reply to Plaintiffs' Opposition to his Motion Dismiss Amended Class Action Complaint and Jury Demand for the following reasons:

The proposed Reply Memorandum responds directly to the issues raised by Plaintiffs in their Opposition, section by section. In order to file his Motion to Dismiss and Memorandum in Support thereof without seeking leave of Court to exceed the page limit therefor, and given the length and complexity of the Amended Complaint, the number of claims and issues raised, the number of parties and the interrelationships between the many claims and defenses, Orgeron necessarily had to prioritize which claims would be given more attention than others in his original Memorandum. While he attempted to provide some argument in response to each claim raised, it was impossible to adequately address each within the applicable limits, and therefore some claims were addressed within groupings. Plaintiffs' Opposition made some different choices, arguing to the Court several different claims at much greater length in their Opposition than they were addressed in Orgeron's original Memorandum. In the instance of several claims that Orgeron addressed as a group, Plaintiff argued those claims individually, raising issues not fully addressed in Orgeron's original Motion. Accordingly, Orgeron seeks leave of Court to file

a very brief Memorandum in Reply, addressing those issues raised by Plaintiffs in their Opposition that were not briefed in as much detail as other issues in Orgeron's original Memorandum in Support.

WHEREFORE, Defendant, Edward J. Orgeron, Jr., respectfully requests the Court to grant leave to allow the filing of the *Memorandum in Reply to Plaintiffs' Opposition to Defendant Edward R. Orgeron, Jr.'s Motion to Dismiss Amended Class Action Complaint and Jury Demand* filed contemporaneously herewith.

Respectfully submitted,

JEFF LANDRY
ATTORNEY GENERAL

*/s/ Stephanie B. Laborde*
Stephanie B. Laborde (#20908)
Benjamin M. Chapman (#28325)
Special Assistant Attorneys General
**Milling Benson Woodward, LLP**
6421 Perkins Road, Building B, Suite B
Baton Rouge, Louisiana 70802
Telephone: (225) 291-7300
Facsimile: (225) 291-4524
slaborde@millinglaw.com
bchapman@millinglaw.com

***Attorneys for Edward J. Orgeron, Jr.***

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing has been electronically filed with the United States District Court via the Court's CM/ECF system on December 13, 2021, and Notice of Electronic Filing sent to all interested parties by operation of same.

*/s/ Stephanie B. Laborde*