UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.                              CIVIL ACTION NO.:

VERSUS                                          21-242-WBV-SDJ

LOUISIANA STATE UNIVERSITY, ET AL.

## ORDER

**IT IS HEREBY ORDERED** that the *Motion for Leave to File Memorandum in Reply to Plaintiffs' Opposition to Defendant Edward R. Orgeron, Jr.'s Motion to Dismiss Amended Class Action Complaint and Jury Demand* filed by Defendant, Edward J. Orgeron, Jr., be and hereby is **GRANTED,** and that Defendant, Edward R. Orgeron, Jr., be and is hereby permitted to file his Memorandum in Reply to Plaintiffs' Opposition to Defendant Edward R. Orgeron, Jr.'s Motion to Dismiss Amended Class Action Complaint and Jury Demand.

**THUS DONE AND SIGNED** on the _____ day of December, 2021, at New Orleans, Louisiana.

_____
**HONORABLE WENDY VITTER**
**JUDGE**