UNITED STATES DISTRICT COURT

MIDDLE DISTRICT COURT OF LOUISIANA

| | | |
|---|---|---|
| ABBY OWENS, ET AL | * | CIVIL ACTION NO: |
| | * | 3:21-CV-00242-WBV-SDJ |
| | * | |
| VERSUS | * | JUDGE: THE HONORABLE WENDY |
| | * | VITTER |
| LOUISIANA STATE | * | |
| UNIVERSITY, ET AL | * | MAGISTRATE: THE HONORABLE |
| | * | SCOTT D. JOHNSON |
| | * | |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come Defendants, Michael Sell and Julia Sell, who respectfully move this Honorable Court to substitute as co-counsel of record, Daniel E. Schwank of the law firm of Degan, Blanchard & Nash for Brian W. Harrell, as additional co-counsel of record for the Sells in this matter.

**WHEREFORE**, after due consideration is had, Defendants, Michael Sell and Julia Sell, respectfully request that this Motion to Substitute Counsel of Record be granted.

Respectfully submitted,

JEFF LANDRY, ATTORNEY GENERAL
By: /s/ Jena W. Smith
SIDNEY W. DEGAN, III (NO. 4804)
KEITH A. KORNMAN (NO. 23169)
JENA W. SMITH (NO. 25255)
DANIEL E. SCHWANK (NO. 39333)
DEGAN, BLANCHARD & NASH
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: (504) 529-3333
Email: sdegan@degan.com
kkornman@degan.com
jsmith@degan.com
dschwank@degan.com
*Special Assistant Attorney General, on behalf of Michael Sell and Julia Sell*

{00979140.DOCX;1}