UNITED STATES DISTRICT COURT

MIDDLE DISTRICT COURT OF LOUISIANA

| | | |
|---|---|---|
| ABBY OWENS, ET AL | * | CIVIL ACTION NO: |
| | * | 3:21-CV-00242-WBV-SDJ |
| | * | |
| VERSUS | * | JUDGE: THE HONORABLE WENDY |
| | * | VITTER |
| LOUISIANA STATE | * | |
| UNIVERSITY, ET AL | * | MAGISTRATE: THE HONORABLE |
| | * | SCOTT D. JOHNSON |
| | * | |

## ORDER

**IT IS HEREBY ORDERED** that the Motion to Substitute Counsel of Record filed by Defendants, Michael Sell and Julia Sell, be and hereby is **GRANTED**.

**IT IS FURTHER ORDERED** that Daniel E. Schwank (LA Bar No. 39333) of the law firm Degan, Blanchard & Nash, shall be substituted in place of Brian W. Harrell (LA Bar No. 28439), as co-counsel of record for Defendants, Michael Sell and Julia Sell, in the above captioned and numbered matter.

**THUS DONE AND SIGNED** on the _____ day of _____ 2021, at Baton Rouge, Louisiana.

_____
**HONORABLE WENDY B. VITTER, JUDGE**
**UNITED STATES DISTRICT COURT**

{00979196.DOCX;1}