UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**  **CIVIL ACTION**

**VERSUS**  **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

## ORDER

Before the Court are twelve motions to dismiss filed pursuant to Fed. R .Civ. P. 12(b)(6), in which various defendants seek the dismissal of some, or all, of Plaintiffs' claims asserted in the Amended Class Action Complaint and Jury Demand. (R. Docs. 107, 110, 113, 127, 128, 141, 142, 143, 144, 145, 148, 149). Also before the Court is a Motion for Judgment on the Pleadings, filed pursuant to Fed. R. Civ. P. 12(c). (R. Doc. 140). In each motion, the defendants assert that Plaintiffs have failed to assert plausible claims in their First Amended Complaint and Jury Demand. (R. Doc. 22). Defendants have also consistently raised prescription arguments regarding the timeliness of state law and Louisiana racketeering claims, arguments that claims against parties in their official capacities are redundant, 11th Amendment arguments, and arguments that Title IX retaliation claims against individuals should be dismissed.

Federal Rule of Civil Procedure 15(a) "requires the trial court to grant leave to amend freely, and the language of this rule evinces a bias in favor of granting leave to amend."[1] While plaintiffs have previously filed an Amended Complaint (R. Doc.

---

[1] *Lyn-Lea Travel Corp. v. Am. Airlines, Inc.*, 283 F.3d 282, 286 (5th Cir. 2002) (internal quotation marks omitted).

22),the Court finds that Plaintiffs should be provided a further opportunity to amend their complaint to address the arguments raised by the defendants in their motions to dismiss and following discussions during the status conference held in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs shall have until **Thursday, January 6, 2022,** to file a comprehensive, amended complaint, without further leave of Court, addressing the deficiencies raised in the defendants' foregoing motions. The comprehensive amended pleading shall include all of Plaintiffs' numbered allegations, as revised, supplemented, and/or amended, which will become the operative complaint in this matter without reference to any other document in the record.

**IT IS FURTHER ORDERED** that if Plaintiffs file an amended complaint pursuant to this Order, the thirteen pending motions seeking dismissal will be dismissed without prejudice to Defendants re-filing the motions, if necessary, to address any deficiencies in the new amended pleading.

New Orleans, Louisiana, December 15, 2021.

_Wendy B Vitter_
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**