UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-242-WBV-SDJ** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | |

## ORDER

Considering Defendants, Michael Sell and Julia Sell's Motion to Substitute Counsel of Record for Defendants (R. Doc. 170);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Daniel E. Schwank (LA Bar Roll #39333) of the law firm Degan, Blanchard & Nash, shall be substituted in place of Brian W. Harrell (LA Bar Roll #28439), as co-counsel of record for Defendants, Michael Sell and Julia Sell, in the above captioned and numbered matter.

New Orleans, Louisiana, December 16, 2021.

*[signature: Wendy B. Vitter]*
**WENDY B. VITTER**
**United States District Judge**