UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **Abby Owens, et al.**  *Plaintiff* | Case No.: 3:21-cv-00242-WBV-SDJ |
| v. | Class Action |
| **Louisiana State University, et al.**  *Defendant* | Jury Demanded |

### PLAINTIFFS' NOTICE OF DISMISSAL OF CLAIMS AGAINST KEAVA SOIL-CORMIER, SHARON LEWIS, ANGELO-GENE "A.G." MONACO, JIM MARCHAND, AND LOUISIANA STATE UNIVERSITY PURSUANT TO RULE 41(a)(1)(A)(i)

Plaintiffs Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, Sarah Beth Kitch, and other unidentified Does, individually and on behalf of other similarly situated students, through undersigned counsel, respectfully submit this Notice of Dismissal of Claims Against Defendants Keava Soil-Cormier, Sharon Lewis, Angelo-Gene "A.G." Monaco, Jim Marchand, and Louisiana State University ("Dismissed Defendants") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dismissed Defendants have not yet served an answer or a motion for summary judgment in this case and, accordingly, no defendant will be prejudiced by the dismissal. This Notice dismisses all of Plaintiffs' claims against Dismissed Defendants.

SIGNATURE PAGE TO FOLLOW

Respectfully submitted,

| | |
|---|---|
| **Catherine E. Lasky**<br>Catherine E. Lasky (La. Bar 28652)<br>Endya L. Hash (La. Bar 38260)<br>KATIE LASKY LAW LLC<br>619 Homedale Street<br>New Orleans, LA 70124<br>P: (504) 584-7336<br>F: (504) 375-2221<br>katie@katielaskylaw.com<br>endya@katielaskylaw.com<br><br>**Karen Truszkowski**<br>*Pro Hac Vice*<br>TEMPERANCE LEGAL GROUP, PLLC<br>503 Mall Court #131<br>Lansing, MI 48912<br>Telephone: (844) 534-2560<br>Fax: (800) 531-6527<br>karen@temperancelegalgroup.com | *s/ Elizabeth K. Abdnour*<br>*Pro Hac Vice*<br>ELIZABETH ABDNOUR LAW, PLLC<br>1100 W. Saginaw St., Ste. 4A-2<br>Lansing, MI 48915<br>Telephone: (517) 292-0067<br>Fax: (517) 709-7700<br>elizabeth@abdnour.com |

*Attorneys for Plaintiffs*