**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**Abby Owens, et al.**                              **Case No.: 3:21-cv-00242-WBV-SDJ**
*Plaintiff*
                                                    **Class Action**
**v.**
                                                    **Jury Demanded**
**Louisiana State University, et al.**
*Defendant*


**PLAINTIFFS' EX PARTE MOTION FOR EXTENSION OF TIME**

Plaintiffs Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, Sarah Beth Kitch, and other unidentified Does, individually and on behalf of other similarly situated students, through undersigned counsel, respectfully move this Court to extend the deadline to file a comprehensive amended complaint from January 6, 2022 to January 17, 2022.

On December 16, 2021, this Court issued an order granting Plaintiffs "until Thursday, January 6, 2022, to file a comprehensive, amended complaint, without further leave of Court, addressing the deficiencies raised in the defendants' foregoing motions." Doc. 177, at 2. The Court indicated that the spirit of this Order was to accomplish goals discussed during the recent status conference held in this matter. *Id*. At the recent status conference, Plaintiffs' counsel expressed concerns about their workload over the following three weeks both in this case as in other cases not before this Court as well as some already scheduled commitments. During that discussion, Defendants' counsel kindly agreed postpone the submission dates noticed along with their motions, granting Plaintiffs' counsel until January 17, 2022 to file memoranda in opposition.

In the light of the Court's recent Order, Plaintiffs' counsel is now concerned about their ability to file a comprehensive amended complaint by January 6, 2021. Amending the complaint

will also require consultation with Plaintiffs, several of whom will be difficult to reach over the next few weeks. Since the status conference, Plaintiffs' counsel has been in touch with several parties regarding potential dismissals of claims, and a notice of dismissal was filed today regarding five defendants.

Plaintiffs submit that an extension of the deadline to file a comprehensive amended complaint to coincide with the deadlines previously discussed during the status conference would allow Plaintiffs to finalize dismissals and adequately address all issues outlined by this Court. Plaintiffs submit that this eleven-day delay would also not prejudice any party.

**WHEREFORE**, Plaintiffs pray that this Honorable Court finds this motion good and sufficient and extends the deadline for filing of the comprehensive amended complaint by eleven days, from January 6, 2022 to January 17, 2022.

SIGNATURE PAGE TO FOLLOW

2

Respectfully Submitted,

/s/ Catherine E. Lasky
_____
Catherine E. Lasky (La. Bar 28652)
Endya L. Hash (La. Bar 38260)
Katie Lasky Law
619 Homedale Street
New Orleans, Louisiana 70124
P: (504) 584-7336
F: (504) 375-2221
katie@katielaskylaw.com
endya@katielaskylaw.com

/s/ Elizabeth K. Abdnour
_____
Elizabeth K. Abdnour
*Pro Hac Vice*
ELIZABETH ABDNOUR LAW, PLLC
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915
P: (517) 292-0067 / F: (517) 709-7700
elizabeth@abdnour.com

Karen Truszkowski
*Pro Hac Vice*
TEMPERANCE LEGAL GROUP, PLLC
503 Mall Court #131
Lansing, MI 48912
P: (844) 534-2560 / F: (800) 531-6527
karen@temperancelegalgroup.com

*Attorneys for Plaintiffs*