# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **Abby Owens, et al.** <br> *Plaintiff* <br><br> **v.** <br><br> **Louisiana State University, et al.** <br> *Defendant* | **Case No.: 3:21-cv-00242-WBV-SDJ** <br><br> **Judge Wendy Vitter** <br><br> **Class Action** <br><br> **Jury Demanded** |

## ORDER

**CONSIDERING** the Plaintiffs' *Ex Parte* Motion for Extension of Time;

**IT IS HEREBY ORDERED** that Plaintiffs' *Ex Parte* Motion for Extension of Time is **GRANTED** and that the deadline for filing of the comprehensive amended complaint is moved by eleven days from January 6, 2022 to January 17, 2022.

**SIGNED** this _____ day of December, 2021, in New Orleans, Louisiana.

 

**JUDGE WENDY VITTER**
**UNITED STATES DISTRICT COURT**