UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. | CIVIL ACTION NO. 3:21-CV-00242 |
| VERSUS | JUDGE WENDY B. VITTER |
| LOUISIANA STATE UNIVERSITY, ET AL. | MAGISTRATE JUDGE SCOTT D. JOHNSON |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS ON BEHALF OF THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE**

NOW INTO COURT, through undersigned counsel, comes defendant the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (the "Board"), who without waiving any defenses or objections, respectfully moves this Court for a two-week extension of time to file responsive pleadings to plaintiffs' Second Amended Complaint (R. Doc. 182).

The responsive pleading deadline for the Board is currently January 31, 2022. Fed. R. Civ. P. 15(a)(3). Given the length of the Second Amended Complaint, the Board respectfully requests a two-week extension to file responsive pleadings, through and including February 14, 2022. Undersigned counsel has conferred with plaintiffs' counsel, and this motion is unopposed.

WHEREFORE, defendant Board of Supervisors of Louisiana State University and Agricultural and Mechanical College pray that this Court grant the foregoing motion and permit the Board an extension within which to file responsive pleadings, through and including February 14, 2022.

Respectfully submitted,

**JEFF LANDRY**
**ASSISTANT ATTORNEY GENERAL**

1

PD.36498734.1

BY:   */s/ Susan W. Furr*
Susan W. Furr Bar Roll No. 19582
Karleen J. Green Bar Roll No. 25119
Shelton Dennis Blunt Bar Roll No. 21230
Michael B. Victorian Bar Roll No. 36065
Molly C. McDiarmid Bar Roll No. 36426
*Special Assistant Attorneys General*
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: 225 346 0285
Facsimile: 225 381 9197
Email: susie.furr@phelps.com
Email: karleen.green@phelps.com
Email: dennis.blunt@phelps.com
Email: michael.victorian@phelps.com
Email: molly.mcdiarmid@phelps.com

ATTORNEYS FOR LOUISIANA STATE UNIVERSITY AND THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on January 18, 2022, with the Court's CM/ECF system, which will electronically send a copy of the same to all counsel of record.

*/s/ Susan W. Furr*
Susan W. Furr

2

PD.36498734.1