UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ABBY OWENS, ET AL | * | NO.: 3:21-cv-00242 |
| | * | |
| VERSUS | * | JUDGE WENDY B. VITTER |
| | * | |
| LOUISIANA STATE UNIVERSITY, ET AL | * | MAGISTRATE JUDGE SCOTT D. JOHNSON |
| | * | |
| | * | |

*************************************************************************

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS ON BEHALF OF JENNIE STEWART

NOW INTO COURT, through undersigned counsel, comes defendant Jennie Stewart, who respectfully moves this Court for a two-week extension of time to file responsive pleadings to plaintiffs' Second Amended Complaint (R. Doc. 182).

Defendant's deadline to file responsive pleadings is currently January 31, 2022. Fed. R. Civ. P. 15(a)(3). Given the length of the Second Amended Complaint, Jennie Stewart respectfully requests a two-week extension to file responsive pleadings, through and including February 14, 2022. Undersigned counsel has conferred with plaintiffs' counsel and plaintiffs' counsel has made no objection to this request for extension.

WHEREFORE, defendant Jennie Stewart prays that an extension of time be granted through and including February 14, 2022, to file responsive pleadings to address plaintiffs' Second Amended Complaint.

{01268316 - v1}

Respectfully submitted,

**JEFF LANDRY
ATTORNEY GENERAL**

*/s/ Sylvia M. Zarzeka*
_____
**DENNIS J. PHAYER (#10408)
GREGORY C. FAHRENHOLT (#28572)
SYLVIA M. ZARZEKA (#38451)
Special Assistant Attorneys General
BURGLASS & TANKERSLEY, LLC**
5213 Airline Drive
Metairie, Louisiana 70001-5602
Tel.: (504) 836-0412
Fax: (504) 287-0452
dphayer@burglass.com
gfahrenholt@burglass.com
szarzeka@burglass.com

ATTORNEYS FOR JENNIE STEWART

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of January, 2022, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system to all counsel of record.

*/s/ Sylvia M. Zarzeka*
_____
Sylvia M. Zarzeka

{01268316 - v1}