UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ABBY OWENS, ET AL | * | NO.: 3:21-cv-00242 |
| | * | |
| VERSUS | * | JUDGE WENDY B. VITTER |
| | * | |
| LOUISIANA STATE UNIVERSITY, ET AL | * | MAGISTRATE JUDGE SCOTT D. JOHNSON |
| | * | |
| | * | |

**************************************************************************

# **ORDER**

CONSIDERING THE FOREGOING Unopposed Motion for Extension of Time to File Responsive Pleadings,

IT IS ORDERED that the Motion is GRANTED. The deadline to file responsive pleadings for Jennie Stewart is extended through and including February 14, 2022.

Signed this _____ day of January, 2022.

_____
**U.S. DISTRICT COURT JUDGE WENDY B. VITTER**

{01268334 - v1}