**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**ABBY OWENS, ET AL.**                                    **CIVIL ACTION**

**VERSUS**                                                        **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

<u>**ORDER**</u>

Before the Court are twelve motions to dismiss filed pursuant to Fed. R .Civ. P. 12(b)(6), in which various defendants seek the dismissal of some, or all, of Plaintiffs' claims asserted in the Amended Class Action Complaint and Jury Demand. (R. Docs. 107, 110, 113, 127, 128, 141, 142, 143, 144, 145, 148, 149).  Also before the Court is a Motion for Judgment on the Pleadings, filed pursuant to Fed. R. Civ. P. 12(c), in which some defendants seek judgment on all cases of action asserted in the Amended Class Action Complaint and Jury Demand (R. Doc. 140).

In light of the Second Amended Complaint and Jury Demand, filed on January 17, 2022 (R. Doc. 182), **IT IS HEREBY ORDERED** that the twelve motions to dismiss (R. Docs. 107, 110, 113, 127, 128, 141, 142, 143, 144, 145, 148, 149) and the Motion for Judgment on the Pleadings (R. Doc. 140) are **DENIED WITHOUT PREJUDICE**.

New Orleans, Louisiana, January 19, 2022.


_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**