UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                                                      **CIVIL ACTION**

**VERSUS**                                                                          **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

### ORDER

On December 16, 2021, this Court issued an Order giving Plaintiffs until January 6, 2022, to file a comprehensive, amended complaint addressing the deficiencies raised in twelve motions to dismiss and a motion for judgment on the pleadings, which were pending at that time.[1] After granting Plaintiffs an extension of time,[2] Plaintiffs timely filed a Second Amended Complaint on January 17, 2022.[3] In the Second Amended Complaint, Plaintiffs assert claims against five defendants – the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, Verge Ausberry, Miriam Segar, Jennie Stewart, and Jonathan Sanders.[4] In the Amended Class Action Complaint, filed on June 25, 2021, Plaintiffs had previously asserted claims against 19 defendants.[5]

Accordingly,

**IT IS HEREBY ORDERED** that the following defendants are **DISMISSED WITHOUT PREJUDICE** from this litigation: Louisiana State University, Tiger

---

[1] R. Doc. 177. *See*, R. Docs. 107, 110, 113, 127, 128, 140, 141, 142, 143, 144, 145, 148, 149.
[2] R. Docs. 180 & 181.
[3] R. Doc. 182.
[4] *Id.*
[5] R. Doc. 22.

Athletic Foundation, F. King Alexander, Angelo-Gene Monaco, Jim Marchand, Joseph Alleva, Sharon Lewis, Keava Soil-Cormier, Julia Sell, Michael Sell, Tracy Blanchard, Mari Fuentes-Martin, Edward James Orgeron, Jr., and "O" The Rosy Finch Boyz, LLC.

New Orleans, Louisiana, January 19, 2022.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**