**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | **NO.: 3:21-cv-00242** |
| | * | |
| **VERSUS** | * | **JUDGE: WBV** |
| | * | |
| **LOUISIANA STATE UNIVERSITY,** | * | **MAGISTRATE JUDGE: SDJ** |
| **ET AL** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE RESPONSIVE PLEADINGS**

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Miriam Segar

(hereinafter "Segar"), who respectfully moves this Honorable Court for an extension of time of an

additional fourteen (14) days within which to file responsive pleadings to the Second Amended

Complaint (Doc. 182) and shows:

1.

Plaintiffs filed their Second Amended Complaint (Doc. 182) on Monday, January 17, 2022.

Therefore, responsive pleadings to this amendment are presently due on or before January 31,

2022.

2.

In light of the length of their amended complaint (consisting of 1120 paragraphs stretched

over the space of 152 pages), Segar requires additional time to formulate a response and to ensure

that all appropriate defenses and/or objections are not waived.

3.

Segar therefore requests an additional fourteen (14) days within which to file responsive

pleadings in this matter, thereby extending the current deadline until February 14, 2022. This

extension of time should not prejudice Plaintiffs. Moreover, undersigned counsel has conferred

with Plaintiffs' counsel who expressed they do not oppose this request for extension of time.

WHEREFORE, Defendant, Miriam Segar, respectfully moves for an extension of time for

an additional fourteen (14) days within which to file responsive pleadings to the Second Amended

Complaint (Doc. 182).

Respectfully Submitted,

JEFF LANDRY
ATTORNEY GENERAL

**SHOWS, CALI & WALSH, L.L.P.**
*/s/ Mary Ann White*
John C. Walsh (LA 24903)
Jeffrey K. Cody (LA 28536)
Mary Ann White (LA 29020) (*Lead Counsel*)
628 St. Louis Street (70802)
P.O. Box 4425
Baton Rouge, LA 70821-4425
Telephone: (225) 346-1461
Facsimile: (225) 346-1467
john@scwllp.com
jeffreyc@scwllp.com
maryannw@scwllp.com
*Special Assistant Attorneys General*

***Counsel for Defendant, Miriam Segar***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **January 20, 2022**, a copy of the foregoing was filed
electronically with the Clerk of Court using the CM/ECF system, and notice will be sent to all
counsel for Plaintiffs by operation of the court's electronic filing system.

_//s/ Mary Ann White___
Mary Ann White