## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | **NO.: 3:21-cv-00242** |
| | * | |
| **VERSUS** | * | **JUDGE: WBV** |
| | * | |
| **LOUISIANA STATE UNIVERSITY, ET AL** | * | **MAGISTRATE JUDGE: SDJ** |
| | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### ORDER

Considering the foregoing *Unopposed Motion for Extension of Time to File Responsive Pleadings*,

**IT IS ORDERED** that the Motion is GRANTED, and that Defendant, Miriam Segar, is permitted an additional fourteen (14) days or until February 14, 2022, to file responsive pleadings to the Second Amended Complaint (Doc. 182).

So ordered on this _____ day of _____, 2022.

_____
WENDY B. VITTER, JUDGE

1