THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADINGS**

COMES NOW Defendant Jonathan Sanders ("Sanders"), through undersigned counsel, who respectfully moves this Court for an extension until February 14, 2022 to file responsive pleadings to Plaintiffs' Second Amended Complaint [Rec. Doc. 182].

The responsive pleading deadline for Sanders is presently January 31, 2022. Given the length of the Second Amended Complaint, Sanders respectfully requests a two-week extension to file responsive pleadings, through and including February 14, 2022. Undersigned counsel has conferred with Plaintiffs' counsel, and this motion is unopposed.

WHEREFORE, Defendant, Jonathan Sanders, respectfully requests this Court grant the foregoing motion and permit Defendant Jonathan Sanders an extension within which to file responsive pleadings, through and including February 14, 2022.

/

/

/

/

/

/

/

Respectfully submitted,
**JEFF LANDRY**
**ASSISTANT ATTORNEY GENERAL**

BY: */s/ Mark R. Pharr, III*
Mark R. Pharr, III, Bar Role No. 21019
Lindsay Meador Young, Bar Roll No. 31261
William F. Large, Bar Roll No. 34837
*Special Assistant Attorneys General*
3861 Ambassador Caffery Pkwy., Ste. 300
Lafayette, LA 70503
Phone: 337-735-1760
Fax: 337-993-0933
Email: tiger@gallowaylawfirm.com
Email: LMeador@gallowaylawfirm.com
Email: wlarge@gallowaylawfirm.com
ATTORNEYS FOR JONATHAN SANDERS

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on January 20, 2022, with the Court's CM/ECF system, which will electronically send a copy of the same to all counsel of record.

*/s/ Mark R. Pharr, III*
Mark R. Pharr, III