THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                    **CIVIL ACTION NO. 3:21-CV-00242**

**VERSUS**                                **JUDGE WENDY B. VITTER**

**LOUISIANA STATE UNIVERSITY,**           **MAGISTRATE JUDGE JOHNSON**
**ET AL.**

## ORDER

CONSIDERING THE Unopposed Motion for Extension of Time to File Responsive Pleadings,

IT IS ORDERED that the Motion is GRANTED. The deadline to file responsive pleadings for Defendant Jonathan Sanders is extended through and including February 14, 2022.

_____
DISTRICT JUDGE