# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL** | **MAGISTRATE JUDGE JOHNSON** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS ON BEHALF OF VERGE AUSBERRY

**NOW INTO COURT**, through undersigned counsel, comes defendant, Verge Ausberry, who respectfully moves this Honorable Court for a two-week extension of time to file responsive pleadings to Plaintiffs' Second Amended Complaint (R.Doc. 182).

Defendant's deadline to file responsive pleadings is currently **January 31, 2022,** as per Federal Rule of Civil Procedure 15.

Given the length of the Second Amended Complaint, Verge Ausberry respectfully requests a two-week extension to file responsive pleadings, through and including February 14, 2022. Undersigned counsel has conferred with plaintiffs' counsel and plaintiffs' counsel has made no objection to this request for an extension.

**WHEREFORE**, defendant, Verge Ausberry, prays that an extension of time be granted through and including **February 14, 2022** to file responsive pleadings to address Plaintiffs' Second Amended Complaint.

**[Signature Block on Next Page]**

Respectfully Submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**


BY:  __/s/Darren A. Patin_____
       **DARREN A. PATIN, #23244**
Special Assistant Attorney General
One Galleria Boulevard, Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Facsimile:  (504) 836-6565
*Counsel for Defendant, Verge Ausberry*

## CERTIFICATE OF SERVICE

I, Darren Patin, attorney for Defendant, do hereby certify that I have date electronically filed the above and foregoing with the Clerk of the Court by using the CM/ECF system, and/or by email provided a true and correct copy of the foregoing to all counsel of record.

**SO CERTIFIED** this the 21st day of January, 2022.


*s/ Darren A. Patin*
_____
**DARREN A. PATIN**