## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL** | **MAGISTRATE JUDGE JOHNSON** |

## ORDER

Considering the foregoing Unopposed Motion for Extension of Time to File Responsive Pleadings on behalf of Verge Ausberry:

**IT IS ORDERED** that the Motion is granted, and that the deadline for Defendant, Verge Ausberry, to file responsive pleadings is extended through and including **February 14, 2022.**

SIGNED this ____ day of January 2022.

_____
**HONORABLE WENDY B. VITTER**