UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL.<br>VERSUS<br>LOUISIANA STATE UNIVERSITY,<br>ET. AL. | CIVIL ACTION NO. 3:21--cv-0242-WBV-SDJ<br>JUDGE WENDY B. VITTER<br>MAGISTRATE JUDGE SCOTT D. JOHNSON |

## MOTION FOR ENTRY OF PROPOSED PROTECTIVE ORDER AND AGREED ESI ORDER

NOW INTO COURT, through undersigned counsel, comes defendant, Board of Supervisors for the Louisiana State University and Agricultural and Mechanical College (the "Board of Supervisors") who aver that they have consulted with counsel for defendants, Verge Ausberry, Miriam Segar, Jennie Stewart, and Jonathan Sanders and all have agreed to submit the attached proposed protective order and agreed ESI order. The parties have also reasonably conferred with counsel for plaintiffs. As grounds for this motion, the Board of Supervisors states as follows:

1.

It is the understanding of the parties that this Court and Judge Morgan have conferred and instructed the parties to meet and confer on the terms of a protective order and ESI order in both this case and the case styled as *Lewis v. Louisiana State University, et al.,* case no.: 21-198-SM-RLB, in the United States District Court for the Middle District of Louisiana. In accordance with the Order issued by Judge Morgan, the plaintiffs and defendants in this litigation have met and conferred on the protective order and ESI order which are both attached herewith.

2.

Moreover, Plaintiffs and defendants recognize that discovery is likely to seek private, sensitive, personal, and/or confidential medical, financial, and employment information of parties and nonparties. As such, the protection provided in the protective order is necessary and proper.

1

The parties also recognize the need for a uniform set of protocols for the collection and production of ESI data.

3.

The parties believe they have a general agreement as to the protective order and agreed ESI order. However, Plaintiffs may file objections to the attached orders separately.

WHEREFORE, defendant, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College respectfully requests that the Court enter this proposed protective order and agreed ESI order.

        Respectfully submitted,

        **JEFF LANDRY**
        **ATTORNEY GENERAL**

        BY:   */s/ Michael B. Victorian*
                Shelton Dennis Blunt Bar Roll No. 21230
                Karleen J. Green Bar Roll No.  25119
                Susan W. Furr Bar Roll No.  19582
                Molly McDiarmid Bar Roll No.  36426
                Michael B. Victorian Bar Roll No.: 36065
                *Special Assistant Attorneys General*
                II City Plaza | 400 Convention St., Ste. 1100
                Baton Rouge, Louisiana 70802
                Telephone: 225 346 0285
                Facsimile: 225 381 9197
                Email: dennis.blunt@phelps.com
                Email: karleen.green@phelps.com
                Email: susie.furr@phelps.com
                Email: molly.mcdiarmid@phelps.com
                Email: michael.victorian@phelps.com

        ATTORNEYS FOR DEFENDANT BOARD OF
        SUPERVISORS OF LOUISIANA STATE
        UNIVERSITY