UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.
   *Plaintiffs*

VERSUS

LOUISIANA STATE UNIVERSITY, ET AL.
   *Defendants*

CIVIL ACTION NO. 3:21-cv-00242

JUDGE WENDY B. VITTER

MAG. JUDGE SCOTT D. JOHNSON

## RULE 12(b)(6) MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes defendant Jennie Stewart, who moves pursuant to Federal Rule of Civil Procedure 12(b)96) for dismissal of all claims asserted against her in the plaintiffs' Second Amended Complaint [R.Doc. 182], with prejudice, for plaintiffs' failure to state a claim against Stewart upon which relief can be granted.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

By:   /s/ *Gregory C. Fahrenholt*
**DENNIS J. PHAYER (La. Bar No. 10408)**
**GREGORY C. FAHRENHOLT  (La. Bar No. 28572)**
**SYLVIA M. ZARZEKA (La Bar No. 38451)**
**Special Assistant Attorneys General**
**BURGLASS & TANKERSLEY, LLC**
5213 Airline Drive
Metairie, LA 70001
Tel: (504) 836-0412
Fax: (504) 287-0452
dphayer@burglass.com
gfahrenholt@burglass.com
szarzeka@burglass.com

***Attorneys for Defendant Jennie Stewart***

{01276312 - v1}