UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL.<br>  *Plaintiffs* | CIVIL ACTION NO. 3:21-cv-00242 |
| | JUDGE WENDY B. VITTER |
| VERSUS | |
| | MAG. JUDGE SCOTT D. JOHNSON |
| LOUISIANA STATE UNIVERSITY, ET AL.<br>  *Defendants* | |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that defendant Jennie Stewart hereby submit her Motion to Dismiss for consideration by U.S. District Court Judge Wendy B. Vitter on **March 8, 2022, at 9:30 a.m.**

                Respectfully submitted,

                **JEFF LANDRY**
                **ATTORNEY GENERAL**

                By:  */s/ Gregory C. Fahrenholt*
                **DENNIS J. PHAYER (La. Bar No. 10408)**
                **GREGORY C. FAHRENHOLT (La. Bar No. 28572)**
                **SYLVIA M. ZARZEKA (La Bar No. 38451)**
                **Special Assistant Attorneys General**
                **BURGLASS & TANKERSLEY, LLC**
                5213 Airline Drive
                Metairie, LA 70001
                Tel: (504) 836-0412
                Fax: (504) 287-0452
                dphayer@burglass.com
                gfahrenholt@burglass.com
                szarzeka@burglass.com

                ***Attorneys for Defendant Jennie Stewart***

{01258325 - v1}