## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL** | **MAGISTRATE JUDGE JOHNSON** |

### VERGE AUSBERRY'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT AND JURY DEMAND

**NOW INTO COURT**, through undersigned counsel, comes **Verge Ausberry**, named defendant herein, who moves this Honorable Court to dismiss the Second Amended Complaint and Jury Demand (Doc. 182) filed herein by plaintiffs, Abby Owens, et al, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for their failure to state a claim upon which relief can be granted as against this defendant and pursuant to 42 USC §1983.

Specifically, the seven-count Complaint asserted against the various defendants herein asserts three (3) counts of what is alleged to be violations of 42 USC §1983 on the part of Mr. Ausberry and as to the collective plaintiffs. However, for the reasons outlined in the attached memorandum in support, the aforesaid claims thereunder require respective factual allegations of intentional acts on the part of Mr. Ausberry to violate an individual's civil rights, and there are no allegations contained within the Second Amended Complaint which state such a cause of action as to the actions of Mr. Ausberry relative to the claims of each respective plaintiff; they are also time-barred.

**WHEREFORE**, Verge Ausberry respectfully prays that this Honorable Court grant his Motion to Dismiss, dismissing Plaintiffs' Second Amended Complaint as against him.

Respectfully Submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY: ___/s/Darren A. Patin_____
    **DARREN A. PATIN, #23244**
Special Assistant Attorney General
One Galleria Boulevard, Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Facsimile: (504) 836-6565
*Counsel for Defendant, Verge Ausberry*

## CERTIFICATE OF SERVICE

I, Darren Patin, attorney for Defendant, do hereby certify that I have date electronically filed the above and foregoing with the Clerk of the Court by using the CM/ECF system, and/or by email, have provided a true and correct copy of the foregoing to all counsel of record.

**SO CERTIFIED** this the 14th day of February, 2022.

*s/ Darren A. Patin*
_____
**DARREN A. PATIN**