## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL** | **MAGISTRATE JUDGE JOHNSON** |

### NOTICE OF SUBMISSION

To: Plaintiffs, Abby Owens, et al
     Through Counsel of Record:
     Katherine Lasky

**PLEASE TAKE NOTICE** that defendant, Verge Ausberry, will bring his *Motion to Dismiss* for hearing before this District Judge Wendy B. Vitter on **March 8, 2022 at 10:00 a.m.**, or as soon as thereafter counsel can be heard.

Respectfully Submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:   */s/Darren A. Patin*
     **DARREN A. PATIN, #23244**
Special Assistant Attorney General
One Galleria Boulevard, Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Facsimile: (504) 836-6565
*Counsel for Defendant, Verge Ausberry*

**CERTIFICATE OF SERVICE**

  I, Darren Patin, attorney for Defendant, do hereby certify that I have date electronically filed the above and foregoing with the Clerk of the Court by using the CM/ECF system, and/or by email provided a true and correct copy of the foregoing to all counsel of record.

  **SO CERTIFIED** this the 14th day of February, 2022.

*s/ Darren A. Patin*
_____
**DARREN A. PATIN**