UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

### MOTION TO DISMISS SECOND AMENDED COMPLAINT BY THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE

NOW INTO COURT, through undersigned counsel, comes the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (the "Board"), who pursuant to Federal Rule of Civil Procedure 12(b)(6), moves this Court for dismissal of plaintiffs' claims. In support of its motion, the Board states as follows:

1.

Plaintiffs base their Title IX claims on alleged events occurring before April 26, 2020 (one year prior to their original Complaint). Thus, plaintiffs' Title IX claims are prescribed, with the possible exception of one allegation by plaintiff Hovis.

2.

To the extent Hovis' claims are not time-barred, they fail for other reasons. Hovis' factual allegations do not demonstrate that the Board's actions were deliberately indifferent, nor has Hovis pled a deprivation of educational opportunities. Finally, Hovis' heightened risk claim is unavailable.

3.

Plaintiffs also cannot recover punitive damages under Title IX, so their claim for punitive damages must be dismissed.

4.

For these reasons, and the reasons set forth more fully in the Board's supporting memorandum, Plaintiffs' claims should be dismissed as untimely and for failure to state a claim.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:  /s/ *Susan W. Furr*
Susan W. Furr Bar Roll No. 19582
Karleen J. Green Bar Roll No. 25119
Shelton Dennis Blunt Bar Roll No. 21230
Michael B. Victorian Bar Roll No. 36065
Molly C. McDiarmid Bar Roll No. 36426
*Special Assistant Attorneys General*
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: 225 346 0285
Facsimile: 225 381 9197
Email: susie.furr@phelps.com
Email: karleen.green@phelps.com
Email: michael.victorian@phelps.com
Email: molly.mcdiarmid@phelps.com


ATTORNEYS FOR THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on February 14, 2022, with the Court's CM/ECF system, which will electronically send a copy of the same to all counsel of record.

/s/ *Susan W. Furr*_____
Susan W. Furr