## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | **NO.: 3:21-cv-00242** |
| | * | |
| **VERSUS** | * | **JUDGE: WBV** |
| | * | |
| **LOUISIANA STATE UNIVERSITY, ET AL** | * | **MAGISTRATE JUDGE: SDJ** |
| | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Miriam Segar (hereinafter "Segar"), who respectfully moves for dismissal pursuant to Federal Rules of Civil Procedure 12(b)(6).

1.

Plaintiffs filed their Second Amended Complaint and Jury Demand (Doc. 182) in this proceeding on January 18, 2022. Within their latest complaint (which has reduced the amount of claims and the named defendants), they seek relief pursuant to 42 U.S.C. § 1983, alleging that Segar and others (1) retaliated against them in response to their speech protected under the First Amendment; (2) denied them equal protection guaranteed by the Fourteenth Amendment; and (3) denied them substantive and procedural due process in violation of the Fourteenth Amendment.

2.

For the reasons more fully started in the attached memorandum in support, all claims brought against Segar should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) as Plaintiffs have failed to state a claim upon which relief may be granted.

**WHEREFORE**, Defendant, Miriam Segar, respectfully requests that this Honorable Court grant this Motion to Dismiss.

> Respectfully Submitted,
>
> JEFF LANDRY
> ATTORNEY GENERAL
>
> **SHOWS, CALI & WALSH, L.L.P.**
> */s/ Mary Ann White*
> John C. Walsh (LA 24903)
> Jeffrey K. Cody (LA 28536)
> Mary Ann White (LA 29020) (*Lead Counsel*)
> 628 St. Louis Street (70802)
> P.O. Box 4425
> Baton Rouge, LA  70821-4425
> Telephone: (225) 346-1461
> Facsimile: (225) 346-1467
> john@scwllp.com
> jeffreyc@scwllp.com
> maryannw@scwllp.com
> *Special Assistant Attorneys General*
>
> ***Counsel for Defendant, Miriam Segar***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **February 14, 2022**, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and notice will be sent to all counsel by operation of the court's electronic filing system.

> *//s/ Mary Ann White*
> Mary Ann White

2