## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | **NO.: 3:21-cv-00242** |
| | * | |
| **VERSUS** | * | **JUDGE: WBV** |
| | * | |
| **LOUISIANA STATE UNIVERSITY, ET AL** | * | **MAGISTRATE JUDGE: SDJ** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF SUBMISSION

Please take notice that the Motion to Dismiss Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b) filed by Miriam Segar is hereby set for submission before District Judge Wendy B. Vitter on March 22, 2022, at 9:30 a.m.

        Respectfully Submitted,

        JEFF LANDRY
        ATTORNEY GENERAL

        **SHOWS, CALI & WALSH, L.L.P.**
        */s/ Mary Ann White*
        John C. Walsh (LA 24903)
        Jeffrey K. Cody (LA 28536)
        Mary Ann White (LA 29020) (*Lead Counsel*)
        628 St. Louis Street (70802)
        P.O. Box 4425
        Baton Rouge, LA  70821-4425
        Telephone: (225) 346-1461
        Facsimile: (225) 346-1467
        john@scwllp.com
        jeffreyc@scwllp.com
        maryannw@scwllp.com
        *Special Assistant Attorneys General*

        ***Counsel for Defendant, Miriam Segar***

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on **February 14, 2022**, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and notice will be sent to all counsel by operation of the court's electronic filing system.

                                         *//s/ Mary Ann White*
                                          Mary Ann White