**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | NO.: 3:21-cv-00242 |
| **VERSUS** | * | JUDGE: WBV |
| **LOUISIANA STATE UNIVERSITY, ET AL** | * | MAGISTRATE JUDGE: SDJ |

*************************************************************************

**ORDER**

Considering the foregoing Motion to Dismiss,

**IT IS ORDERED** that the Motion to Dismiss is GRANTED, dismissing, with prejudice, all claims asserted against Defendant, Miriam Segar, pursuant to FRCP 12(b)(6).

So ordered on this _____ day of _____, 2022.

_____
WENDY B. VITTER, JUDGE