THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**               CIVIL ACTION NO. 3:21-CV-00242

**VERSUS**                                        JUDGE WENDY B. VITTER

**LOUISIANA STATE UNIVERSITY, ET AL.**      MAGISTRATE JUDGE JOHNSON

**DEFENDANT JONATHAN SANDERS' MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

NOW INTO COURT, through undersigned counsel, comes Johnathan Sanders ("Defendant"), who moves this Court to dismiss with prejudice pursuant to Rule 12(b)(6) all causes of action advanced by Plaintiffs:

1.

Plaintiffs have failed to plead facts sufficient to satisfy either Rule 8(a), or Rule 9(b) where applicable, in support of their claims.

2.

Plaintiffs Owens, Brennan, Johnson, Doe, Robertson and Kitch have made no allegations against Defendant individually, so therefore their claims should be dismissed.

3.

The causes of action alleged against Defendant by Plaintiffs Richardson, Andries, Lewis and Hovis should be dismissed because they prescribed prior to the filing of their Original Complaint.

4.

Plaintiffs have not satisfied the requirements of a cause of action pursuant to 42 U.S.C. § 1983.

5.

Defendants are entitled to qualified immunity from Plaintiffs' § 1983 claims. There is no established law establishing any rights for which Plaintiffs are seeking redress.

WHEREFORE, Defendant Sanders prays this Court grant the foregoing motion and dismiss Plaintiffs' Second Amended Complaint in its entirety with prejudice.

Respectfully submitted,

**JEFF LANDRY
ATTORNEY GENERAL**

BY:   */s/ Mark R. Pharr, III*
Mark R. Pharr, III, Bar Role No. 21019
Lindsay Meador Young, Bar Roll No. 31261
William F. Large, Bar Roll No. 34837
*Special Assistant Attorneys General*
3861 Ambassador Caffery Pkwy., Ste. 300
Lafayette, LA 70503
Phone: 337-735-1760
Fax: 337-993-0933
Email: tiger@gallowaylawfirm.com
Email: LMeador@gallowaylawfirm.com
Email: wlarge@gallowaylawfirm.com
ATTORNEYS FOR JONATHAN SANDERS