THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE THAT the Defendant Jonathan Sanders submits his Motion to Dismiss for Failure to State a Claim Pursuant to Federal Rule of Civil Procedure 12(b) for submission before the Honorable Wendy Baldwin Vitter on **March 22, 2022 at 9:30 A.M.**

    Respectfully submitted,

    **JEFF LANDRY**
    **ATTORNEY GENERAL**

BY:    */s/ Mark R. Pharr, III*
        Mark R. Pharr, III, Bar Role No. 21019
        Lindsay Meador Young, Bar Roll No. 31261
        William F. Large, Bar Roll No. 34837
        *Special Assistant Attorneys General*
        3861 Ambassador Caffery Pkwy., Ste. 300
        Lafayette, LA 70503
        Phone: 337-735-1760
        Fax: 337-993-0933
        Email: tiger@gallowaylawfirm.com
        Email: LMeador@gallowaylawfirm.com
        Email: wlarge@gallowaylawfirm.com
        ATTORNEYS FOR JONATHAN SANDERS