IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL., | CIVIL ACTION NO.: 3:21-cv-00242 |
| Plaintiffs, | JUDGE WENDY B. VITTER |
| VERSUS | MAGISTRATE JUDGE SCOTT D. JOHNSON |
| LOUISIANA STATE UNIVERSITY, ET AL., | |
| Defendants. | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO MOTIONS TO DISMISS ON BEHALF OF PLAINTIFFS

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who respectfully move this Court for a two-week extension of time to file responses to Defendant Ausberry's Motion to Dismiss Plaintiffs' Second Amended Complaint (R. Doc. 200) and Defendant Stewart's Motion to Dismiss for Failure to State a Claim (R. Doc. 199).

Plaintiffs' deadline to file responses is currently February 28, 2022. Due to family illness and preparing three additional responses to Motions to Dismiss filed by Defendants Segar, Sanders, and LSU, which are due March 14, 2022, Plaintiffs respectfully request a two-week extension to file responses, through and including March 14, 2022. Undersigned counsel has conferred with Defendants Ausberry and Stewart's counsel and counsel has made no objection to this request for extension.

WHEREFORE, Plaintiffs pray that an extension of time be granted through and including March 14, 2022, to file responses to address Defendants Ausberry and Stewart's Motions to Dismiss Plaintiffs' Second Amended Complaint.

Respectfully submitted,

| | |
|---|---|
| **Catherine E. Lasky (La. Bar 28652)** | ***s/ Elizabeth K. Abdnour*** |
| **Endya L. Hash (La. Bar 38260)** | *Pro Hac Vice* |
| Katie Lasky Law LLC | Elizabeth Abdnour Law, PLLC |
| 900 Camp St. Suite 439 | 1100 W. Saginaw St., Ste. 4A-2 |
| New Orleans, LA 70130 | Lansing, MI 48915 |
| P: (504) 584-7336 | Telephone: (517) 292-0067 |
| F: (504) 375-2221 | Fax: (517) 709-7700 |
| katie@katielaskylaw.com | Email: elizabeth@abdnour.com |
| endya@katielaskylaw.com | |

**Karen Truszkowski**
*Pro Hac Vice*
Temperance Legal Group, PLLC
503 Mall Court #131
Lansing, MI 48912
Telephone: (844) 534-2560
Fax: (800) 531-6527
Email: karen@temperancelegalgroup.com

*Attorneys for Plaintiffs*

2