IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL., | CIVIL ACTION NO.: 3:21-cv-00242 |
| Plaintiffs, | JUDGE WENDY B. VITTER |
| VERSUS | MAGISTRATE JUDGE SCOTT D. JOHNSON |
| LOUISIANA STATE UNIVERSITY, ET AL., | |
| Defendants. | |

## ORDER

CONSIDERING THE FOREGOING Unopposed Motion for Extension of Time to File Responses to Motions to Dismiss Plaintiffs' Second Amended Complaint filed by Defendants Ausberry and Stewart,

IT IS ORDERED that the Motion is GRANTED. The deadline to file responses to Defendants Ausberry and Stewart's Motions to Dismiss for Plaintiffs is extended through and including March 14, 2022.

Signed this _____ day of February, 2022.

_____
**U.S. DISTRICT COURT JUDGE WENDY B. VITTER**

1