UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, et al.**                          **CIVIL ACTION**

**VERSUS**                                     **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, et al.**

## ORDER

Before the Court is a Motion for Entry of Proposed Protective Order and Agreed ESI Order (R. Doc. 197), filed by Defendant, Board of Supervisors for the Louisiana State University and Agricultural and Mechanical College ("Defendant"). The proposed Protective Order and Agreed ESI Order are attached to the Motion.[1] No oppositions have been filed, and the deadline for doing so has passed. For good cause shown,

**IT IS ORDERED** that the Motion for Entry of Proposed Protective Order and Agreed ESI Order (R. Doc. 197) is **GRANTED.** The Court will, by separate orders, enter the Protective Order and Agreed ESI Order into the record of this case. In addition, with regard to the Agreed ESI Order, the Court notes for counsel the deletion made in paragraph 2 on page 2 and the addition to paragraph 4 on page 3, in bold.

Signed in Baton Rouge, Louisiana, on March 4, 2022.

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] R. Docs. 197-1 and 197-2, respectively.