UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.                                    CIVIL ACTION NO. 3:21-cv-00242
    *Plaintiffs*

                                   JUDGE WENDY B. VITTER

VERSUS

                                   MAG. JUDGE SCOTT D. JOHNSON

LOUISIANA STATE UNIVERSITY, ET AL.
    *Defendants*

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
## IN SUPPORT OF RULE 12(b)(6) MOTION TO DISMISS

    **NOW INTO COURT**, through undersigned counsel, comes Defendant Jennie Stewart, who requests leave of court to file the attached reply memorandum in support of her motion to dismiss all claims in the record to briefly address certain arguments presented by plaintiffs in their opposition.[1]

                      Respectfully submitted,

                      **JEFF LANDRY**
                      **ATTORNEY GENERAL**

                      By:  */s/ Gregory C. Fahrenholt*
                      **DENNIS J. PHAYER (La. Bar No. 10408)**
                      **GREGORY C. FAHRENHOLT (La. Bar No. 28572)**
                      **SYLVIA M. ZARZEKA (La Bar No. 38451)**
                      **Special Assistant Attorneys General**
                      **BURGLASS & TANKERSLEY, LLC**
                      5213 Airline Drive
                      Metairie, LA 70001
                      Tel: (504) 836-0412
                      Fax: (504) 287-0452
                      dphayer@burglass.com
                      gfahrenholt@burglass.com
                      szarzeka@burglass.com
                      ***Attorneys for Defendant, Jennie Stewart***

---

[1] R.Doc. 213.