UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.
   *Plaintiffs*

VERSUS

LOUISIANA STATE UNIVERSITY, ET AL.
   *Defendants*

CIVIL ACTION NO. 3:21-cv-00242

JUDGE WENDY B. VITTER

MAG. JUDGE SCOTT D. JOHNSON

**ORDER**

Considering the foregoing motion for leave to file a reply memorandum in support of motion to dismiss filed by Defendant Jennie Stewart;

IT IS ORDERED that the motion is GRANTED. The proposed reply memorandum filed by Jennie Stewart shall be filed into the record by the clerk.

New Orleans, Louisiana, this _____ day of March, 2022.

_____
U.S. DISTRICT COURT JUDGE WENDY B. VITTER

{01286045 - v1}       1