IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO.:  3:21-cv-00242** |
| **Plaintiffs,** | **JUDGE WENDY B. VITTER** |
| **VERSUS** | **MAGISTRATE JUDGE JOHNSON** |
| **LOUISIANA STATE UNIVERSITY, et al.** | |
| **Defendants.** | |

## MOTION FOR EXTENSION TO FILE REPLY BRIEF

NOW INTO COURT, through undersigned counsel, comes defendant the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (the "Board"), who respectfully requests leave of Court to file its reply brief in support of its Motion to Dismiss (R. Doc. 201) on March 24, 2022.  This motion is based on the following good grounds:

1.

On February 14, 2022, the Board filed a motion to dismiss.  (R. Doc. 201).  On March 14, 2022, plaintiffs filed their opposition to the Board's motion.  (R. Doc. 209)

2.

The Board would like to file a short reply brief to address the statements and arguments raised by plaintiffs in their opposition memorandum.  Therefore, the Board respectfully requests that this Court permit it to file a reply brief on or before March 24, 2022.

3.

The Board understands that its requested reply deadline is after the March 22, 2022 submission date.  However, undersigned counsel (who has been solely preparing the reply brief) is experiencing a sudden and temporary sickness in her family that has significantly impacted her

ability to complete the reply brief. Undersigned counsel consulted plaintiff's counsel about the extension, and plaintiffs consent to the extension.

WHEREFORE, the Board prays that this motion be granted, allowing the Board an until March 24, 2022, to file their reply brief in support of their Motion to Dismiss.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Molly C. McDiarmid*
Susan W. Furr Bar Roll No. 19582
Molly McDiarmid Bar Roll No. 36426
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802-5618
Telephone: 225-346-0285
Facsimile: 225-381-9197
Email: susie.furr@phelps.com
Email: molly.mcdiarmid@phelps.com

ATTORNEYS FOR DEFENDANT THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing *Motion for Extension to File Reply Brief* was filed on this 21st day of March, 2022, with by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

*Molly C. McDiarmid*
Molly McDiarmid