UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

## ORDER

CONSIDERING defendant the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College's Motion for Extension to File Reply Brief;

IT IS ORDERED that the Motion is GRANTED. The Board shall have until March 24, 2022, to file its reply brief to plaintiffs' opposition to its motion to dismiss.

New Orleans, Louisiana, this _____ day of _____, 2022.

 

_____
WENDY B. VITTER
UNITED STATES DISTRICT JUDGE