## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL** | **MAGISTRATE JUDGE JOHNSON** |

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF VERGE AUSBERRY'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes defendant, Verge Ausberry, who requests leave of court to file the attached *Reply Memorandum in Support of Verge Ausberry's Motion to Dismiss Plaintiffs' Second Amended Complaint* (Doc. 200), and in order to address certain arguments contained in the Opposition Memoranda filed herein by the plaintiffs, Abby Owens, et al. (Doc. 210)

Respectfully Submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:  __/s/Darren A. Patin_____
    **DARREN A. PATIN, #23244**
Special Assistant Attorney General
One Galleria Boulevard, Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Facsimile:  (504) 836-6565
*Counsel for Defendant, Verge Ausberry*

## **CERTIFICATE OF SERVICE**

I, Darren Patin, attorney for Defendant, do hereby certify that I have date electronically filed the above and foregoing with the Clerk of the Court by using the CM/ECF system, and/or by email provided a true and correct copy of the foregoing to all counsel of record.

**SO CERTIFIED** this the 21st day of March, 2022.

*s/ Darren A. Patin*
_____
**DARREN A. PATIN**