# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL** | **MAGISTRATE JUDGE JOHNSON** |

# ORDER

Considering the foregoing *Motion for Leave to file Reply Memorandum in Support of Verge Ausberry's Motion to Dismiss Plaintiffs' Second Amended Complaint*:

IT IS ORDERED that the Motion is **GRANTED,** and that Clerk of Court is directed to the proposed reply memorandum of Verge Ausberry into the record of the above referenced matter.

New Orleans, Louisiana, this ___ day of March 2022.

_____
U.S. DISTRICT COURT JUDGE WENDY B. VITTER