**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | **NO.: 3:21-cv-00242** |
| | * | |
| **VERSUS** | * | **JUDGE: WBV** |
| | * | |
| **LOUISIANA STATE UNIVERSITY, ET AL** | * | **MAGISTRATE JUDGE: SDJ** |
| | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION FOR LEAVE TO FILE**
**REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Miriam Segar (hereinafter "Segar"), who respectfully requests leave to file the attached Reply Memorandum in Support of her Motion to Dismiss Second Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b) [Doc. 202]. Segar would like to address the argument and certain matters raised within Plaintiff's Opposition [Doc.212] and believes that the attached Reply Memorandum will materially assist the Court in reaching its decision. Accordingly, Segar hereby seeks leave to file her Reply Memorandum.

Respectfully submitted on March 22, 2022.

**JEFF LANDRY,**
**ATTORNEY GENERAL**

**SHOWS, CALI & WALSH, L.L.P.**

/s/ Mary Ann White
John C. Walsh (LA 24903)
Jeffrey K. Cody (LA 28536)
Mary Ann White (LA 29020) (*Lead Counsel*)
628 St. Louis Street (70802)
P.O. Box 4425
Baton Rouge, LA 70821-4425
Tel: 225-346-1461
Fax: (225) 346-1467
john@scwllp.com
jeffreyc@scwllp.com
maryannw@scwllp.com
*Special Assistant Attorneys General*
**Counsel for Defendant, Miriam Segar**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of March, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ Mary Ann White
Mary Ann White

2