**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | **NO.: 3:21-cv-00242** |
| | * | |
| **VERSUS** | * | **JUDGE: WBV** |
| | * | |
| **LOUISIANA STATE UNIVERSITY,** | * | **MAGISTRATE JUDGE: SDJ** |
| **ET AL** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**ORDER**</u>

CONSIDERING THE FOREGOING MOTION FOR LEAVE TO FILE REPLY

MEMORANDUM IN SUPPORT OF MOTION TO DISMISS;

**IT IS ORDERED,** that the motion is GRANTED. The proposed Reply Memorandum in

Support of Motion to Dismiss Second Amended Complaint Pursuant to Federal Rule of Civil

Procedure 12(b) by Defendant, Miriam Segar, shall be filed into the record.

New Orleans, Louisiana, this _____ day of March, 2022.


_____
**U.S. DISTRICT COURT JUDGE**
**WENDY B. VITTER**