THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**               **CIVIL ACTION NO. 3:21-CV-00242**

**VERSUS**                           **JUDGE WENDY B. VITTER**

**LOUISIANA STATE UNIVERSITY,**      **MAGISTRATE JUDGE JOHNSON**
**ET AL.**

---

### *EX PARTE* MOTION FOR LEAVE OF COURT TO FILE REPLY MEMORANDUM

---

NOW INTO COURT, through undersigned counsel, comes Defendant Jonathan Sanders, who requests leave of court to file his reply memorandum to Plaintiffs' Opposition to Defendant Sanders Rule 12(b)(6) Motion to Dismiss.

Defendant believes the attached memorandum will aid the court in the disposition of this case. This motion is not brought for purpose of delay or any other improper reason.

Respectfully submitted,

JEFF LANDRY
ATTORNEY GENERAL

BY:   */s/ Mark R. Pharr, III*
      Mark R. Pharr, III, Bar Role No. 21019
      Lindsay Meador Young, Bar Roll No. 31261
      William F. Large, Bar Roll No. 34837
      *Special Assistant Attorneys General*
      3861 Ambassador Caffery Pkwy., Ste. 300
      Lafayette, LA 70503
      Phone: 337-735-1760
      Fax: 337-993-0933
      Email: tiger@gallowaylawfirm.com
      Email: LMeador@gallowaylawfirm.com
      Email: wlarge@gallowaylawfirm.com
      ATTORNEYS FOR JONATHAN SANDERS