**THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

ABBY OWENS, ET AL.                          CIVIL ACTION NO. 3:21-CV-00242

VERSUS                                      JUDGE WENDY B. VITTER

LOUISIANA STATE UNIVERSITY,                 MAGISTRATE JUDGE JOHNSON
ET AL.

---

## ORDER

---

Considering the foregoing motion for leave to file a reply memorandum in support of motion to dismiss filed by Defendant Jonathan Sanders; IT IS ORDERED that the motion is GRANTED. The proposed reply memorandum filed by Jonathan Sanders shall be filed into the record by the clerk.

New Orleans, Louisiana, this _____ day of March 2022.


_____
DISTRICT JUDGE