IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO.: 3:21-cv-00242** |
| Plaintiffs, | **JUDGE WENDY B. VITTER** |
| **VERSUS** | **MAGISTRATE JUDGE JOHNSON** |
| **LOUISIANA STATE UNIVERSITY, et al.** | |
| Defendants. | |

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

NOW INTO COURT, through undersigned counsel, comes defendant the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (the "Board"), who respectfully requests leave of Court to file the attached reply memorandum in support of its Motion to Dismiss (R. Doc. 201) to briefly address certain statements and arguments raised by plaintiffs in their opposition memorandum. (R. Doc. 209)

WHEREFORE, the Board prays that this motion be granted, allowing the Board to file their reply memorandum in support of their Motion to Dismiss.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:  */s/ Molly C. McDiarmid*
Susan W. Furr Bar Roll No. 19582
Molly McDiarmid Bar Roll No. 36426
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802-5618
Telephone: 225-346-0285
Facsimile: 225-381-9197

PD.37097860.1

Email: susie.furr@phelps.com
Email: molly.mcdiarmid@phelps.com

ATTORNEYS FOR DEFENDANT THE
BOARD OF SUPERVISORS OF LOUISIANA
STATE UNIVERSITY AND AGRICULTURAL
AND MECHANICAL COLLEGE

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing *Motion for Leave to File Reply Memorandum* was filed on this 24th day of March, 2022, by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

*Molly C. McDiarmid*
Molly McDiarmid