UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

**JOINT MOTION TO CONTINUE UNEXPIRED DEADLINES AND TRIAL DATE**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andres, Jane Doe, Ashlyn Robertson, Corinn Hovis and Sarah Beth Kitch, and Defendants, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, Verge Ausberry, Miriam Segar, Jennie Stewart and Jonathan Sanders (collectively, "the parties"), and respectfully move this Court to continue the unexpired deadlines in this matter. In support of this motion, the parties state as follows:

1.

Pursuant to this Court's current Scheduling Order (Doc. 124), the current deadlines are:

- Defendants' expert report deadline: June 10, 2022;
- Witness lists due: June 10, 2022;
- Plaintiffs' rebuttal expert report deadline: June 27, 2022;
- Discovery deadline: July 11, 2022;
- Submission date for summary judgment motions and motions in limine regarding the admissibility of expert testimony: August 9, 2022;
- Other motions in limine due: September 1, 2022;
- Pretrial conference: September 8, 2022; and

- Trial: September 26, 2022.

2.

The parties have been cooperating in discovery and continue to diligently develop the facts in this case. Plaintiffs and the Board have each exchanged written discovery and are in the process of agreeing on ESI search terms pursuant to this Court's ESI Order. Both the Board and Plaintiffs are in the process of responding to document requests and intend to engage in significant, rolling document productions.

3.

Given the number of parties in the case, the parties anticipate that there will be at least fifteen depositions with the potential for more depending on the testimony elicited. All Plaintiff depositions require out-of-town travel, and the parties are endeavoring to find a consecutive time period to accommodate Plaintiffs' depositions. At least two Plaintiffs live abroad, and the parties are conferring to determine whether those depositions will take place in-person or remotely. Remote or in-person depositions of the remaining plaintiffs will be considered on a case-by-case basis. The parties may seek the court's guidance regarding plaintiffs' depositions.

4.

The parties have evaluated the remaining deadlines in the case and desire an extension of the unexpired deadlines, including the trial date, to facilitate full and complete discovery and motion practice. All parties have discussed a possible deposition schedule and some depositions are set. However, the parties desire to advance further in written discovery so that the necessary third-party records may be obtained and witnesses have the benefit of reviewing the documents prior to engaging in depositions. Therefore, the parties respectfully seek a 90-120 day extension of the discovery deadline to facilitate document production and a deposition schedule.

- 3 -

5.

All parties consent to the requested continuance of the unexpired deadlines, including the trial date. The parties respectfully request a scheduling conference at the Court's convenience to select new deadlines.

WHEREFORE, the parties pray that the Motion be granted, continuing the unexpired deadlines, including the trial date. The parties further pray for a scheduling conference with the Court to select new deadlines.

Respectfully submitted,
**/s/_Endya L. Hash**
Catherine E. Lasky (La. Bar 28652)
Endya L. Hash (La. Bar 38260)
KATIE LASKY LAW, LLC
619 Homedale St.
New Orleans, LA 70124
Phone: (504) 584-7336
Fax: (504) 375-2221
katie@katielaskylaw.com
endya@katielaskylaw.com

**Elizabeth K. Abdnour**
Pro Hac Vice
ELIZABETH ABDNOUR LAW, PLLC
1100 W. Saginaw St., Ste 4A-2
Lansing, MI 48915
Phone: (517) 292-0067
Fax: (517) 709-7700
elizabeth@abdnour.com

**Karen Truszkowski**
Pro Hac Vice
TEMPERANCE LEGAL GROUP, PLLC
503 Mall Court #131
Lansing, MI 48912
Phone: (844) 534-2560
Fax: (800) 531-6527
karen@temperancelegalgroup.com

**ATTORNEYS FOR PLAINTIFFS**

[*SIGNATURE BLOCKS CONTINUED ON NEXT PAGE*]

Respectfully submitted,

| | |
|---|---|
| **JEFF LANDRY**<br>**ATTORNEY GENERAL** | **JEFF LANDRY**<br>**ATTORNEY GENERAL** |

BY:   /s/ *Molly C. McDiarmid*
Susan W. Furr Bar Roll No.  19582
Karleen J. Green Bar Roll No.  25119
Shelton Dennis Blunt Bar Roll No. 21230
Michael B. Victorian Bar Roll No. 36065
Molly C. McDiarmid Bar Roll No. 36426
*Special Assistant Attorneys General*
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: 225 346 0285
Facsimile: 225 381 9197
Email: susie.furr@phelps.com
Email: karleen.green@phelps.com
Email: michael.victorian@phelps.com
Email: molly.mcdiarmid@phelps.com
*Counsel for the Board of Supervisors of Louisiana State University & Agricultural and Mechanical College*

BY: */s/ Mary Ann White*
John C. Walsh (LA 24903)
Jeffrey K. Cody (LA 28536)
Mary Ann White (LA 29020)
Shows Cali & Walsh, LLP
628 St. Louis Street (70802)
P.O. Box 4425
Baton Rouge LA  70821-4425
Ph:   225-346-1461
Fax: (225) 346-1467
john@scwllp.com
jeffreyc@scwllp.com
maryannw@scwllp.com

*Special Assistant Attorneys General*
*Counsel for Defendant, Miriam Segar*

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY: */s/ Darren A. Patin*
Darren A. Patin
Hailey McNamara
*Special Assistant Attorney General*
One Galleria Boulevard, Suite 140
Metairie LA 70001
Ph.:     504-836-5986
Fax:    504-836-6565
dpatin@haileymcnamara.com
*Counsel for Defendant, Verge Ausberry*

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY: */s/ William Large*
Mark R. Pharr, Bar Roll No. 21019
Lindsay Meador Young Bar Roll No. 31261
William F. Large Bar Roll No. 34837
Galloway Law Firm
*Special Assistant Attorneys General*
3861 Ambassador Caffery Pkwy., Ste. 300
Lafayette LA 70503
Ph.: (337) 735-1760
Fax: (337) 993-0933
tiger@gallowaylawfirm.com
LMeador@gallowaylawfirm.com
wlarge@gallowaylawfirm.com
*Counsel for Jonathan Sanders*

- 5 -

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY: /s/ *Dennis Phayer*
Dennis J. Phayer (La. Bar. No. 10408)
Gregory C. Fahrenholt (La. Bar No. 28572)
Sylvia M. Zarzeka (La. Bar No. 38451)
*Special Assistant Attorney General*
Burglass & Tankersley, LLC
5213 Airline Drive
Metairie, LA 70001
Ph.: (504) 836-0412
Fax: (504) 287-0452
Dphayer@burglass.com
gfahrenholt@burglass.com
szarzeka@burglass.com
**Counsel for Jennie Stewart**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on June 6, 2022, with the Court's CM/ECF system, which will electronically send a copy of the same to all counsel of record.

/s/ *Molly C. McDiarmid*
Molly C. McDiarmid

- 5 -