# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                    **CIVIL ACTION NO.  3:21-CV-00242**

**VERSUS**                                **JUDGE WENDY B. VITTER**

**LOUISIANA STATE UNIVERSITY,**           **MAGISTRATE JUDGE JOHNSON**
**ET AL.**

## <u>ORDER</u>

CONSIDERING the foregoing Joint Motion to Continue Unexpired Deadlines and Trial Date,

IT IS ORDERED, that the Motion is GRANTED.  The unexpired deadlines as set forth in the parties' joint motion will be reset and a scheduling conference will be scheduled by separate order.

Signed this _____ day of June, 2022 in New Orleans, Louisiana

_____
THE HONORABLE JUDGE WENDY B. VITTER