**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

**NOTICE OF SUBMISSION OF JOINT MOTION TO CONTINUE UNEXPIRED DEADLINES AND TRIAL DATE**

PLEASE TAKE NOTICE that the Joint Motion to Continue Unexpired Deadlines and Trial Date is noticed for submission before the Honorable Wendy B. Vitter on June 28, 2022, at 9:30 a.m.

Respectfully submitted,
**/s/ Endya L. Hash**
Catherine E. Lasky (La. Bar 28652)
Endya L. Hash (La. Bar 38260)
KATIE LASKY LAW, LLC
619 Homedale St.
New Orleans, LA 70124
Phone: (504) 584-7336
Fax: (504) 375-2221
katie@katielaskylaw.com
endya@katielaskylaw.com

**Elizabeth K. Abdnour**
Pro Hac Vice
ELIZABETH ABDNOUR LAW, PLLC
1100 W. Saginaw St., Ste 4A-2
Lansing, MI 48915
Phone: (517) 292-0067
Fax: (517) 709-7700
elizabeth@abdnour.com

**Karen Truszkowski**
Pro Hac Vice
TEMPERANCE LEGAL GROUP, PLLC
503 Mall Court #131
Lansing, MI 48912
Phone: (844) 534-2560
Fax: (800) 531-6527
karen@temperancelegalgroup.com

**ATTORNEYS FOR PLAINTIFFS**

[*SIGNATURE BLOCKS CONTINUED ON NEXT PAGE*]

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:   /s/ *Molly C. McDiarmid*
       Susan W. Furr Bar Roll No.  19582
       Karleen J. Green Bar Roll No.  25119
       Shelton Dennis Blunt Bar Roll No. 21230
       Michael B. Victorian Bar Roll No. 36065
       Molly C. McDiarmid Bar Roll No. 36426
       *Special Assistant Attorneys General*
       II City Plaza | 400 Convention Street, Suite 1100
       Baton Rouge, Louisiana 70802
       Telephone: 225 346 0285
       Facsimile: 225 381 9197
       Email: susie.furr@phelps.com
       Email: karleen.green@phelps.com
       Email: michael.victorian@phelps.com
       Email: molly.mcdiarmid@phelps.com
       ***Counsel for the Board of Supervisors of Louisiana State University & Agricultural and Mechanical College***

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY: */s/ Mary Ann White*
John C. Walsh (LA 24903)
Jeffrey K. Cody (LA 28536)
Mary Ann White (LA 29020)
Shows Cali & Walsh, LLP
628 St. Louis Street (70802)
P.O. Box 4425
Baton Rouge LA  70821-4425
Ph:     225-346-1461
Fax: (225) 346-1467
john@scwllp.com
jeffreyc@scwllp.com
maryannw@scwllp.com

*Special Assistant Attorneys General*
***Counsel for Defendant, Miriam Segar***

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY: */s/ Darren A. Patin*
Darren A. Patin
Hailey McNamara
*Special Assistant Attorney General*
One Galleria Boulevard, Suite 140
Metairie LA 70001
Ph.:     504-836-5986
Fax:     504-836-6565
dpatin@haileymcnamara.com
***Counsel for Defendant, Verge Ausberry***

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY: */s/ William Large*
Mark R. Pharr, Bar Roll No. 21019
Lindsay Meador Young Bar Roll No. 31261
William F. Large Bar Roll No. 34837
Galloway Law Firm
*Special Assistant Attorneys General*
3861 Ambassador Caffery Pkwy., Ste. 300
Lafayette LA 70503
Ph.: (337) 735-1760
Fax: (337) 993-0933
tiger@gallowaylawfirm.com
LMeador@gallowaylawfirm.com
wlarge@gallowaylawfirm.com
***Counsel for Jonathan Sanders***

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY: /s/ *Dennis Phayer*
Dennis J. Phayer (La. Bar. No. 10408)
Gregory C. Fahrenholt (La. Bar No. 28572)
Sylvia M. Zarzeka (La. Bar No. 38451)
*Special Assistant Attorney General*
Burglass & Tankersley, LLC
5213 Airline Drive
Metairie, LA 70001
Ph.: (504) 836-0412
Fax: (504) 287-0452
Dphayer@burglass.com
gfahrenholt@burglass.com
szarzeka@burglass.com
***Counsel for Jennie Stewart***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on June 6, 2022, with the Court's CM/ECF system, which will electronically send a copy of the same to all counsel of record.

/s/ *Molly C. McDiarmid*
Molly C. McDiarmid

PD.37739910.1