UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-242-WBV-SDJ** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | |

### ORDER

Considering the Joint Motion to Continue Unexpired Deadlines and Trial Date (R. Doc. 232), and finding that good cause exists under Fed. R. Civ. P. 16 to amend the Court's Scheduling Order (R. Doc. 124);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED in part** and **DENIED in part.** The Motion is **GRANTED** to the extent that the parties seek a continuance of the unexpired pretrial deadlines, including the trial date. The jury trial scheduled for September 26, 2022 is **CONTINUED** until **March 13, 2023 at 9:00 a.m.,** and the Final Pretrial Conference scheduled for September 8, 2022 is **CONTINUED** until **February 14, 2023 at 10:00 a.m.** The Court will issue an amended scheduling order with the new pretrial deadlines. The Motion is **DENIED** to the extent that the parties request a status conference.

New Orleans, Louisiana, June 7, 2022.

*(signature)*
**WENDY B. VITTER**
**United States District Judge**