UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL                               CIVIL ACTION

VERSUS                                               NO. 21-242

LOUISIANA STATE UNIVERSITY, ET AL       SECTION: WBV-SDJ

## AMENDED SCHEDULING ORDER

All other deadlines set forth in the court's previous Scheduling Order, R. Doc. 124, remain in effect with the exception of the deadlines contained herein.

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants, shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than **November 16, 2022.** This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

Written rebuttal reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, shall be obtained and delivered to counsel for Defendant no later than **December 1, 2022.** Plaintiff is cautioned that rebuttal reports should be strictly limited to opinions in response to the Defendant's expert reports.

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial no later than **November 16, 2022.**

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

Depositions for trial use shall be taken and all discovery shall be completed no later than **December 16, 2022**. This case does not involve extensive documentary evidence, depositions or other discovery. No special discovery limitations beyond those established in the Federal Rules and/or Local Rules of this Court are established.

All non-evidentiary pretrial motions, including Motions for Summary Judgment and Motions *in limine* regarding the admissibility of expert testimony, shall be filed in sufficient time to permit a submission date of **January 10, 2023.** This Section adheres to Local Rule 78.1 regarding oral argument on motions. **The parties should ONLY submit pertinent pages of deposition transcripts. Submission of an entire transcript will not be accepted without prior leave of Court.**

All other motions *in limine* shall be filed by in sufficient time to permit a submission date of **January 24, 2023**. Motions in Limine shall follow the deadlines as indicated above regardless of submission dates which may be issued by the Clerk of Court upon filing.

Motions filed in violation of this order will not be considered unless good cause is shown.

Counsel shall deliver a hard copy of any pleadings along with any exhibits and attachments that together exceed 50 pages in total length to chambers at 500 Poydras Street, Room C-368 for the Court's use. This copy must be forwarded at the time of CM/ECF filing. This copy must be in a three-ring binder, tabbed and reflect pagination and document numbers consistent with the electronic document stamping of CM/ECF. During any closure of the Courthouse, counsel should contact chambers *prior to making any binders of exhibits* to determine how best to deliver copies of pleadings or exhibits to the Court. Counsel shall be prepared to provide all exhibits in an electronic format to the Court as well as to be prepared to provide exhibits electronically to witnesses during trial.

**THE PARTIES MUST ATTEND A SETTLEMENT CONFERENCE WITH THE ASSIGNED MAGISTRATE JUDGE. THE PARTIES MUST CONTACT THE ASSIGNED MAGISTRATE JUDGE AT LEAST SIX WEEKS PRIOR TO THE PRETRIAL CONFERENCE DATE FOR THE PURPOSE OF SCHEDULING THE MANDATORY SETTLEMENT CONFERENCE. THAT CONFERENCE MUST BE HELD AT LEAST TWO WEEKS PRIOR TO THE PRETRIAL CONFERENCE. COUNSEL ARE ENCOURAGED TO REQUEST ANY OTHER SETTLEMENT CONFERENCE WITH THE MAGISTRATE JUDGE OR ANY OUTSIDE MEDIATOR DURING THE PENDENCY OF THE CASE AS THEY BELIEVE MAY BE PRODUCTIVE.**

A Final Pretrial Conference will be held on **February 14, 2023 at**

**10:00 a.m.** Counsel will be prepared in accordance with the final Pretrial Notice attached. The joint pretrial order must be electronically filed with the Court by 12:00 p.m. five (5) work days prior to the conference. **THE PRETRIAL ORDER SUBMITTED TO THE COURT MUST BE DOUBLE SPACED AND BEAR THE ELECTRONIC SIGNATURE OF ALL COUNSEL.**

Trial will commence **MONDAY, March 13, 2023 at 9:00 a.m.** before the District Judge with a jury. Attorneys are instructed to report for trial no later than 30 minutes prior to this time. Trial is estimated to last fifteen (15) days.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with Local Rules and upon a showing of good cause. Continuances will not normally be granted. If, however, a continuance is granted, deadlines and cut off dates will not be automatically extended, unless otherwise ordered by the Court.

**PLEASE BE ADVISED THAT GRANTING A CONTINUANCE DOES NOT AUTOMATICALLY EXTEND OTHER DEADLINES.**

New Orleans, Louisiana, this __7th__ day of _____June_____, 2022.

_____
WENDY B. VITTER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL                           CIVIL ACTION

VERSUS                                      NO. 21-242

LOUISIANA STATE UNIVERSITY, ET AL           SECTION: WBV-SDJ

## ADDENDUM TO SCHEDULING ORDER

Motions for summary judgment and oppositions to motions for summary judgment shall be filed in compliance with Local Rules 56.1 and 56.2, requiring parties to file a short and concise statement of material facts as to which there does or does not exist a genuine issue to be tried. Additionally, each party shall make specific reference to record evidence supporting its statement of material facts. Citations to record evidence shall indicate, whenever applicable, an exhibit reference, page reference, and record document number reference. Record evidence not specifically referred to by the parties may not be considered by the Court.