UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** <br> *Plaintiff* <br><br> v. <br><br> **BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL.** <br> *Defendant* | Case No.: 21-242 <br><br> Division WBV-SDJ <br><br> JUDGE WENDY B. VITTER <br><br> MAGISTRATE JUDGE JOHNSON <br><br> JURY DEMANDED |

**PLAINTIFFS' MOTION TO AMEND SCHEDULING ORDER**

Plaintiffs Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, and Sarah Beth Kitch, through undersigned counsel, respectfully move this Court to amend the Scheduling Order (R. Doc. 234) recently entered in this matter.

**WHEREFORE**, Plaintiffs pray that this Honorable Court finds this Motion good and sufficient and after due proceedings amends the Scheduling Order to reflect a trial start date of May 8, 2023, and to provide an updated deadline for Plaintiffs' expert reports.

Respectfully Submitted,

*/s/Catherine E. Lasky*
Catherine E. Lasky (La. Bar 28652)
Endya L. Hash (La. Bar 38260)
Katie Lasky Law
619 Homedale Street
New Orleans, Louisiana 70124
P: (504) 584-7336
F: (504) 375-2221
katie@katielaskylaw.com
endya@katielaskylaw.com

1

Elizabeth K. Abdnour
*Pro Hac Vice*
Elizabeth Abdnour Law, PLLC
1100 W. Saginaw Street, Suite 4A-2
Lansing, Michigan 48915
P: (517) 292-0067
F: (517) 709-7700
elizabeth@abdnour.com

Karen Truszkowski
*Pro Hac Vice*
Temperance Legal Group, PLLC
503 Mall Court #131
Lansing, Michigan 48912
P: (844) 534-2560
F: (800) 531-6527
karen@temperancelegalgroup.com

*Attorneys for Plaintiffs*