UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.**<br>*Plaintiff* | Case No.: 21-242 |
| | Division WBV-SDJ |
| v. | |
| | JUDGE WENDY B. VITTER |
| **BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL.**<br>*Defendant* | MAGISTRATE JUDGE JOHNSON |
| | JURY DEMANDED |

### PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO AMEND SCHEDULING ORDER

Plaintiffs Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson Corinn Hovis, and Sarah Beth Kitch, through undersigned counsel, respectfully submit this memorandum in support of their Motion to Amend the Scheduling Order.

### INTRODUCTION

All parties have been moving diligently through the discovery in this case, but certain document collection has presented some challenges. The parties previously requested that this Court issue an Amended Scheduling Order to allow additional time for discovery, and the Court granted that request. There are a few additional issues that Plaintiffs now request that this Court consider.

First, local counsel for the Plaintiffs has a pre-scheduled international trip set for the week of the new trial date, and all parties have agreed that a new trial date of May 8, 2023 would allow

1

all counsel to participate in trial. Plaintiffs' out of state counsel has been designated as 'Trial Attorney' under the Local Rules.

Second, although the deadline has passed for delivering Plaintiffs' expert reports under the prior Scheduling Order (R. Doc. 124), the first documents were produced by Defendants on Friday, June 10, 2022, and no fact depositions have been taken. Because the parties are all working together to streamline the best processes for document production, no discovery had been completed on the original deadline for delivering Plaintiffs' expert reports. This Court's recent Scheduling Order (R. Doc. 234) establishes the deadline for Defendants to deliver their expert reports on November 16, 2022.

## **LAW AND ARGUMENT**

Federal Rule of Civil Procedure 16(b)(4) provides that a Scheduling Order "may be modified only for good cause and with the judge's consent." The Fifth Circuit has established that "The good cause standard requires the 'party seeking relief to show that the deadlines cannot reasonably be met despite the diligence of the party needing the extension.'" *S&W Enterprises, L.L.C. v. SouthTrust Bank of Alabama, NA*, 315 F.3d 533, 535 (5th Cir. 2003) (quoting 6A Charles Alan Wright et al., Federal Practice and Procedure § 1522.1 (2d ed. 1990)). In determining good cause, "this Court must consider four factors: (1) the movant's explanation for failing to meet the deadline; (2) the importance of the requested relief; (3) the potential prejudice in granting the relief sought; and (4) the availability of a continuance to cure such prejudice." *Carollo v. ACE Am. Ins. Co.*, No. CV 18-13330-WBV-KWR, 2019 WL 4038602, at *3 (E.D. La. Aug. 27, 2019) (internal citations omitted).

Plaintiffs have stated good cause for this Court to amend its Scheduling Order to reinstate a deadline for Plaintiffs to deliver expert reports. Plaintiffs were unable to meet the initial deadline

2

because Defendants had not provided any responses to written discovery. Second, the relief requested by Plaintiffs is extremely important as their experts must rely on the facts obtained durin discovery to prepare helpful reports. Third, there is no prejudice to Defendants with the relief sought by Plaintiffs because their own expert reports are not due until November; discovery has just begun; and no depositions have been taken. Finally, continuing the initial deadline for Plaintiffs' expert reports would not require adjusting any other deadlines found in the Scheduling Order.

Plaintiffs have also stated good cause for this Court to amend its Scheduling Order to move the trial date to begin on May 8, 2023. Local Rule 83.2.5 provides that "[i]n addition to visiting counsel, local counsel is responsible to the court at all stages of the proceedings. Designation of the visiting attorney as 'Trial Attorney' pursuant to LR11.2 does not relieve local counsel of the responsibilities imposed by this rule." This rule requires local counsel to participate at trial, and local counsel has a pre-scheduled international trip set for the week of the current trial date. Thus, to comply with the local rules of this Court, the trial date should be moved to a date when all counsel is available. Upon consultation with counsel for all Defendants, all parties are available for a trial beginning on May 8, 2023. There is no prejudice to the Defendants with the relief sought, as all Defendants have consented to setting the trial with a May 8, 2023 start date. Finally, moving the trial date either two weeks earlier or three weeks later than its currently scheduled time would easily cure any prejudice and would not cause any unreasonable delay.

## **CONCLUSION**

For the foregoing reasons, Plaintiffs submit that there is good cause for these minor modifications to the Scheduling Order. Plaintiffs respectfully request that the Court grant their Motion and amend the Scheduling Order to extend the deadline for Plaintiffs to submit written

reports of experts as defined by Federal Rules of Civil Procedure 26(a)(2)(B) and (a)(2)(C) and to move the start of the trial to May 8, 2023.

        Respectfully Submitted

        */s/Catherine E. Lasky*
        Catherine E. Lasky (La. Bar 28652)
        Endya L. Hash (La. Bar 38260)
        Katie Lasky Law
        619 Homedale Street
        New Orleans, Louisiana 70124
        P: (504) 584-7336
        F: (504) 375-2221
        katie@katielaskylaw.com
        endya@katielaskylaw.com

        Elizabeth K. Abdnour
        Pro Hac Vice
        Elizabeth Abdnour Law, PLLC
        1100 W. Saginaw Street, Suite 4A-2
        Lansing, Michigan 48915
        P: (517) 292-0067
        F: (517) 709-7700
        elizabeth@abdnour.com

        Karen Truszkowski
        Pro Hac Vice
        Temperance Legal Group, PLLC
        503 Mall Court #131
        Lansing, Michigan 48912
        P: (844) 534-2560
        F: (800) 531-6527
        karen@temperancelegalgroup.com

        *Attorneys for Plaintiffs*