## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL**<br>*Plaintiffs* | **Case No.: 3:21-cv-00242** |
| | **Division WBV-SDJ** |
| **v.** | |
| | **JUDGE WENDY B. VITTER** |
| **BOARD OF SUPERVISORS OF**<br>**LOUISIANA STATE UNIVERSITY**<br>**AND AGRICULTURAL AND**<br>**MECHANICAL COLLEGE, ET AL**<br>*Defendants* | **MAGISTRATE JUDGE JOHNSON**<br><br>**JURY DEMANDED** |

### NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Plaintiffs Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, and Sarah Beth Kitch, through undersigned counsel, will submit for consideration their Motion to Amend the Scheduling Order on July 26, 2022.

Respectfully Submitted

/s/Catherine E. Lasky

| | |
|---|---|
| Karen Truszkowski | Catherine E. Lasky (La. Bar 28652) |
| *Pro Hac Vice* | Endya L. Hash (La. Bar 38260) |
| Temperance Legal Group | Katie Lasky Law |
| 503 Mall Court #131 | 619 Homedale Street |
| Lansing, Michigan 48912 | New Orleans, Louisiana 70124 |
| P: (844) 534-2560 | P: (504) 584-7336 |
| F: (800) 531-6527 | F: (504) 375-2221 |
| karen@temperancelegalgroup.com | katie@katielaskylaw.com |
| | endya@katielaskylaw.com |
| Elizabeth K. Adnour | |
| *Pro Hac Vice* | |
| Elizabeth Abdnour Law | |
| 1100 W. Saginaw Street, Suite 4A-2 | |
| Lansing, Michigan 48915 | |
| P: (517) 292-0067 | |
| F: (517) 709-7700 | |
| elizabeth@abdnour.com | |

*Attorneys for Plaintiffs*