UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                                  **CIVIL ACTION**

**VERSUS**                                              **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

### ORDER

Considering Plaintiffs' Motion to Amend Scheduling Order (R. Doc. 235);

**IT IS HEREBY ORDERED** that the submission date on the Motion is **RESET** for **12:00 p.m. (CST) on Wednesday, July 6, 2022.** Any opposition to the Motion must be filed by **July 6, 2022 at 12:00 p.m. (CST).**

**IT IS FURTHER ORDERED** that a telephone status conference is scheduled for **Wednesday, July 6, 2022** at **1:30 p.m. (CST).** Dial-in information will be emailed to counsel of record.

New Orleans, Louisiana, June 30, 2022.

*[signature: Wendy B. Vitter]*
**WENDY B. VITTER**
**United States District Judge**