**MINUTE ENTRY**
**VITTER, J.**
**JULY 6, 2022**
**JS10, 1:00**

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**            **CIVIL ACTION**

**VERSUS**            **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

### TELEPHONE STATUS CONFERENCE REPORT and ORDER

On July 6, 2022, at the Court's request, the Court held a Telephone Status Conference in this matter.

**PRESENT:**

**Catherine E. Lasky, Elizabeth K. Abdnour, Endya Hash, Karen Truszkowski**
Counsel for Plaintiffs, Abby Owens, Kennan Johnson, Samantha Brennan, Elisabeth Andries, Jade Lewis, Calise Richardson, Ashlyn Robertson, Corinn Hovis, Sarah Beth Kitch, Jane Doe, Other Unidentified Does

**Susan W. Furr, Molly C. McDiarmid**
Counsel for Defendant, Board Of Supervisors for Louisiana State University and Agricultural and Mechanical College

**Dennis J. Phayer**
Counsel for Defendant, Jennie Stewart

**Darren A. Patin**
Counsel for Defendant, Verge Ausberry

**John C. Walsh, Mary A. White, Jeffrey K. Cody**
Counsel for Defendant, Miriam Segar

**William F. Large**
Counsel for Defendant, Jonathan Sanders

During the conference, the Court discussed with counsel the status of the case and Plaintiffs' Motion to Amend Scheduling Order, wherein Plaintiffs seek a new expert report deadline and to continue the trial date until May 8, 2023 (R. Doc. 235). Defendants oppose the Motion. (R. Doc. 237). The Court allowed counsel for both sides to address the four factors that this Court must consider in determining whether good cause exists under Fed. R. Civ. P. 16 to amend the Amended Scheduling Order (R. Doc. 234) with respect to Plaintiffs' expert report deadline and the March 13, 2023 trial date. *See*, *Meaux Surface Protection, Inc. v. Fogleman*, 607 F.3d 161, 167 (5th Cir. 2010). After hearing from counsel, the Court weighed the four factors, found that good cause exists under Rule 16 to amend the Amended Scheduling Order with respect to those two deadlines, and issued an **oral Order GRANTING** Plaintiffs' Motion. In consultation with counsel, the Court reset the jury trial for **June 26, 2023**, and reset the Plaintiffs' expert report deadline for **September 1, 2022.** The Court also issued an **oral Order** requiring Plaintiffs to disclose to the Defendants the names of all of their experts by **July 20, 2022.** The remaining deadlines set forth in the Court's Amended Scheduling Order remain in effect.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Amend Scheduling Order (R. Doc. 235) is **GRANTED.** The Amended Scheduling Order (R. Doc. 234) is **AMENDED** with respect to the Plaintiffs' expert report deadline, which is **RESET** for **September 1, 2022,** and with respect to the jury trial, which is **RESET** for **Monday, June 26, 2023 at 8:30 a.m.** The Amended Scheduling Order is also

**AMENDED** with respect to the Final Pretrial Conference date, which is **RESET** for **Thursday, June 1, 2023 at 10:00 a.m.** in Courtroom C352 in the United States District Court for the Eastern District of Louisiana.

**IT IS FURTHER ORDERED** that Plaintiffs shall disclose to the Defendants the names of all of their experts by **Wednesday, July 20, 2022**, as discussed during the conference.

New Orleans, Louisiana, July 6, 2022.

*/s/ Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**