UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL ) CIVIL ACTION
)
) NO. 3:21-cv-00242
v. )
) JUDGE VITTER
LOUISIANA STATE UNIVERSITY, ET AL )
) MAGISTRATE JOHNSON

ORDER

Considering the foregoing Ex Parte Motion to substitute Counsel of Record,

**IT IS HEREBY ORDERED** that Sylvia M. Zarzeka (38451) of the law firm of Burglass & Tankersley, L.L.C., be and she is hereby withdrawn as counsel of record for defendant Jennie Stewart and Craig J. Canizaro (31086) is enrolled as counsel for said defendant.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE

{01317973 - v1}