UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL | ) CIVIL ACTION<br>)<br>) NO. 3:21-cv-00242 |
| v. | )<br>) JUDGE VITTER |
| LOUISIANA STATE UNIVERSITY, ET AL | )<br>) MAGISTRATE JOHNSON |

### EX PARTE MOTION TO SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes defendant, Jennie Stewart, who moves to withdraw Sylvia M. Zarzeka as her counsel of record and to substitute Craig J. Canizaro (#31086) as additional counsel on her behalf.

**WHEREFORE,** defendant Jennie Stewart prays that this Motion to Substitute Counsel of Record be granted.

Respectfully submitted,

BURGLASS & TANKERSLEY, LLC

/s/ Dennis J. Phayer
**DENNIS J. PHAYER (#10408)**
**GREGORY C. FAHRENHOLT (#28572)**
5213 Airline Drive
Metairie, Louisiana 70001-5602
Tel.: (504) 836-0412
Fax: (504) 287-0452
dphayer@burglass.com
gfahrenholt@burglass.com

*Signature on next page*

{01318512 - v1}

/s/ *Sylvia M. Zarzeka*
**SYLVIA M. ZARZEKA (#38451)**
**BURGLASS & TANKERSLEY, LLC**
5213 Airline Drive
Metairie, LA 70001
Tel: (504) 836-0412
Fax: (504) 287-0452
szarzeka@burglass.com

*Attorneys for Defendant Jennie Stewart*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2022, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system to all counsel of record.

/s Dennis J. Phayer
Dennis J. Phayer

{01318512 - v1}