UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL | ) CIVIL ACTION )  |
| v. | ) NO. 3:21-cv-00242 ) ) JUDGE VITTER |
| LOUISIANA STATE UNIVERSITY, ET AL | ) ) MAGISTRATE JOHNSON |

ORDER

Considering the foregoing Ex Parte Motion to substitute Counsel of Record,

**IT IS HEREBY ORDERED** that Sylvia M. Zarzeka (38451) of the law firm of Burglass & Tankersley, L.L.C., be and she is hereby withdrawn as counsel of record for defendant Jennie Stewart and Craig J. Canizaro (31086) is enrolled as counsel for said defendant.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE

{01317973 - v1}