# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                   **CIVIL ACTION**

**VERSUS**                                        **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

## ORDER

**IT IS HEREBY ORDERED** that a Telephone Status Conference is scheduled for **Wednesday, July 20, 2022 at 1:30 p.m. (CST).** Dial-in information will be emailed to counsel of record.

New Orleans, Louisiana, July 18, 2022.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**