UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                    **CIVIL ACTION**

**VERSUS**                    **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

### ORDER

Considering the Ex Parte Motion to Substitute Counsel of Record (R. Doc. 241);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Sylvia M. Zarzeka shall be withdrawn as counsel of record for defendant, Jennie Stewart, and Craig J. Canizaro (La. Bar No. 31086) shall be enrolled as additional counsel of record for Jennie Stewart.

New Orleans, Louisiana, July 19, 2022.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**