MINUTE ENTRY
VITTER, J.
JULY 20, 2022
JS10, 1:00

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                                      **CIVIL ACTION**

**VERSUS**                                                  **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

### TELEPHONE STATUS CONFERENCE REPORT and ORDER

On July 20, 2022, at the Court's request, the Court held a Telephone Status Conference in this matter.

**PRESENT:**

**Elizabeth K. Abdnour, Endya Hash, Karen Truszkowski**
Counsel for Plaintiffs, Abby Owens, Kennan Johnson, Samantha Brennan, Elisabeth Andries, Jade Lewis, Calise Richardson, Ashlyn Robertson, Corinn Hovis, Sarah Beth Kitch, Jane Doe, Other Unidentified Does

**Susan W. Furr, Molly C. McDiarmid**
Counsel for Defendant, Board Of Supervisors for Louisiana State University and Agricultural and Mechanical College

**Dennis J. Phayer**
Counsel for Defendant, Jennie Stewart

**Darren A. Patin**
Counsel for Defendant, Verge Ausberry

**John C. Walsh, Jeffrey K. Cody**
Counsel for Defendant, Miriam Segar

**William F. Large**
Counsel for Defendant, Jonathan Sanders

During the conference, the Court discussed with counsel the status of the case and concerns raised by defense counsel regarding the Court's oral order during the July 6, 2022 telephone status conference, resetting Plaintiffs' expert report deadline for September 1, 2022. (*See*, R. Doc. 238). The Court notes that these concerns were raised by defense counsel in a recent telephone status conference held in the companion case, *Sharon Lewis v. Louisiana State University, et al.*, Civ. A. No. 21-198-SM-RLB (M.D. La.) (the "*Lewis* matter"). After a discussion with counsel, it became apparent to the Court that there was some confusion regarding the following language contained in a minute entry issued in the *Lewis* matter on December 20, 2021:

> The parties discussed case management procedures to be used in this case in light of the *Owens, et al. v. Louisiana State University, et al.* (Case No. 21-242) action, also pending in the Middle District of Louisiana and involving many of the same issues and parties as this case. The Court informed the parties it has discussed case management issues with the judge presiding in *Owens*. The judges presiding in both cases agree the parties should use identical BATES stamp numbers for all documents produced in this action and in *Owens*. The judges in both cases also agree that depositions taken in either action may be used in both actions, unless the judge in either action orders otherwise after a motion filed and a showing of good cause.

(R. Doc. 169 at p. 2 in the *Lewis* matter). The Court reviewed the minute entry with counsel, who voiced no objections to the case management protocol cited above. As a result of that discussion, the Court issued an **oral Order** requiring counsel to meet and confer with counsel in the *Lewis* matter and to send a joint, proposed amended scheduling order to the Court's email address, efile-Vitter@laed.uscourts.gov, by **Tuesday, August 2, 2022**, providing new pre-trial

deadlines beginning with Plaintiffs' expert report deadline, but maintaining the Court's June 26, 2023 trial date and June 1, 2023 Final Pretrial Conference date. (*See,* R. Doc. 238). The Court also issued an **oral Order** setting a telephone status conference for Wednesday, August 3, 2022 at 1:30 p.m. (CST) to discuss the joint, proposed amended scheduling order submitted by counsel.

The Court further clarified that the July 20, 2022 deadline for Plaintiffs to disclose to the Defendants the names of all of their experts, set forth in the Court's July 6, 2022 Telephone Status Conference Report an Order (R. Doc. 238), remains in effect, and that Plaintiffs shall file that list into the record in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that counsel shall meet and confer with counsel in the *Lewis* matter and send a joint, proposed amended scheduling order to the Court's email address, efile-Vitter@laed.uscourts.gov, by **Tuesday, August 2, 2022**, which should begin with Plaintiffs' expert report deadline.

**IT IS FURTHER ORDERED** that a telephone status conference is scheduled for **Wednesday, August 3, 2022 at 1:30 p.m. (CST)** to discuss the joint, proposed amended scheduling order submitted by counsel.

New Orleans, Louisiana, July 20, 2022.

_____
**WENDY B. VITTER**
**United States District Judge**