MINUTE ENTRY
VITTER, J.
August 3, 2022
JS10, 0:45

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                                    **CIVIL ACTION**

**VERSUS**                                                **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

### TELEPHONE STATUS CONFERENCE REPORT

On August 3, 2022, at the Court's request, the Court held a Telephone Status Conference in this matter.

**PRESENT:**

**Catherine E. Lasky, Elizabeth K. Abdnour, Endya Hash, Karen Truszkowski**
Counsel for Plaintiffs, Abby Owens, Kennan Johnson, Samantha Brennan, Elisabeth Andries, Jade Lewis, Calise Richardson, Ashlyn Robertson, Corinn Hovis, Sarah Beth Kitch, Jane Doe, Other Unidentified Does

**Susan W. Furr, Molly C. McDiarmid**
Counsel for Defendant, Board Of Supervisors for Louisiana State University and Agricultural and Mechanical College

**Dennis J. Phayer**
Counsel for Defendant, Jennie Stewart

**Darren A. Patin**
Counsel for Defendant, Verge Ausberry

**John C. Walsh, Mary A. White, Jeffrey K. Cody**
Counsel for Defendant, Miriam Segar

**William F. Large**
Counsel for Defendants, Jonathan Sanders, and Mari Fuentes-Martin

During the conference, the Court discussed with counsel the status of the case and counsel's failure to comply with the Court's July 20, 2022 Order to submit to the Court *one* joint, proposed amended scheduling order by August 2, 2022 (R. Doc. 245). After a discussion with counsel, the Court issued an **oral Order** resetting the pre-trial deadlines set forth in the Court's Amended Scheduling Order (R. Doc. 234), as amended (R. Doc. 238), beginning with the Plaintiffs' expert report deadline. The June 26, 2023 trial date and June 1, 2023 Final Pretrial Conference dates, however, shall remain in effect. An amended scheduling order will issue containing the new pre-trial deadlines.

The Court also clarified that, as set forth in the August 2, 2022 Minute Entry issued in *Lewis v. Louisiana State University, et al.*, Civ. A. No. 21-198-SM-RLB (M.D. La.), there shall be only one deposition of each deponent whose testimony may be relevant in both actions, unless the judge in either action orders otherwise after a motion is filed and good cause is shown. (*See*, R. Doc. 279 in the *Lewis* matter). Additionally, the parties agreed to confer prior to taking any depositions in order to determine: (1) the number of hours reasonably necessary for each deposition; and (2) the manner in which depositions shall proceed. Only if the parties are unable to agree on these issues, after conferring in good faith, shall the parties notify the Court prior to the deposition by letter emailed to efile-Vitter@laed.uscourts.gov.

New Orleans, Louisiana, August 4, 2022.

*[signature: Wendy B Vitter]*
**WENDY B. VITTER**
**United States District Judge**