# LAMD Using ZoomGov as a Participant

<u>On Laptop</u>: Join a meeting (use Chrome or IE)
Navigate to room URL: **https://zoomgov.com/my/**____

**sdd20** – Hon. Shelly D. Dick
**baj20** – Hon. Brian A. Jackson
**jwd20** – Hon. John W. deGravelles
**rlb20** – Hon. Richard L. Bourgeois, Jr.
**ewd20** – Hon. Erin Wilder-Doomes
**sdj20** – Hon. Scott D. Johnson





OPTION 1: **Join with Computer Audio** (for best audio quality use a headset)
OPTION 2: **Join by Phone Call**

Page **1** of **3**



| Meeting ID | Judge |
|---|---|
| 160-0389-3634 | SDD – Chief Judge Shelly D. Dick |
| 160-0389-3692 | BAJ – Judge Brian A. Jackson |
| 160-0389-3568 | JWD – Judge John W. deGravelles |
| 160-0389-3602 | RLB – Magistrate Richard L. Bourgeois |
| 160-0389-3584 | EWD – Magistrate Erin Wilder-Doomes |
| 160-0389-3592 | SDJ – Magistrate Scott D. Johnson |
| 160-0389-3500 | LAMD Court (for testing) |

## Mute your Microphone when not speaking



## On iPhone, iPad or Android:

In advance, Download the *ZOOM Cloud Meetings* app from *Apple App Store* or *Google Play Store*.

- You will be sent a meeting URL to connect to the Zoom Call, when clicking the URL on iPhone or Android device it should automatically open in the Zoom App.

Judge Meeting Room Links:

Navigate to the URL provided: https://zoomgov.com/my/sdj20 *(Magistrate Scott D. Johnson)* -

Click "**Join with Video**" or "**Join without Video**"

- Click "**Call using Internet Audio**"

*You should now be connected to the Zoom call.*
*If the meeting URL didn't work, use the following instructions:*

Open *ZOOM Cloud Meetings* app on iPhone or Android

- Click **Join a Meeting**
- Enter the **Meeting ID: 160-0389-3592 (SDJ)**
- Click "**Join with Video**" or "**Join without Video**"
- Click "**Call using Internet Audio**"



## Breakout Room
When being invited to a Breakout Room, click the **Join** button on the pop-up.



To return back to the Main Session, click "Leave Breakout Room."

