UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, et al.**  **CIVIL ACTION**

**VERSUS**  **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, et al.**

# ORDER

A video status conference was held on September 6, 2022, before United States Magistrate Judge Scott D. Johnson and included the following **participants**:

| | |
|---|---|
| **Catherine E. Lasky** | **Susan Furr** |
| **Karen Truszkowski** | **Mary Ann White** |
| **Elizabeth Kamm Abdnour** | **Dennis Phayer** |
| Counsel for Plaintiffs | **Darren Patin** |
| | **William Frederick Large** |
| | **Molly McDiarmid** |
| | Counsel for Defendants |

In their recent correspondence, the parties notified the Court of several issues related to the scheduling of Plaintiffs' depositions. Those issues were discussed during today's conference.

In addition to the requirements imposed by the Federal Rules of Civil Procedure, Judge Vitter previously issued an Order (R. Doc. 246) directing the parties to confer in good faith on any issues regarding depositions. Based on the correspondence submitted to the Court, which does not contain sufficient detail regarding any meaningful conference between the parties, it is clear the parties have failed to confer in good faith to resolve their issues without the Court's intervention.

Because the parties have failed to confer in good faith, making every effort to resolve these issues on their own, they are **ORDERED** to **re-confer as soon as possible**.

C:cv36a; T: 00:23

The parties must work together in **good faith**. They should make **every possible effort** to resolve these issues on their own. This Court is extremely busy and lacks the time to police unnecessary discovery disputes.

Should the parties be unable to resolve any issues related to Plaintiffs' depositions after conferring in good faith, they must **file** a detailed, **joint Conference Report** outlining all participants and issues discussed, as well as how the parties communicated (e.g., video conference, phone conference, in-person) and the length of the conference.

Any **Plaintiffs** seeking relief from the Court after the parties have re-conferred and filed their joint Conference Report are **ORDERED** to file a motion by **September 7, 2022**. **Defendant** will then have until **September 9, 2022,** to respond.

Signed in Baton Rouge, Louisiana, on September 6, 2022.

*[signature: Scott Johnson]*

---
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**