# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL** | **CIVIL ACTION** |
| | **NO: 3:21-cv-00242** |
| **VERSUS** | |
| | **JUDGE VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL** | **MAG. JUDGE JOHNSON** |

### MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, comes Defendant, MIRIAM SEGAR, who respectfully moves to enroll CAROLINE M. TOMENY (La. Bar Roll No. 34120) of the law firm Shows, Cali & Walsh, L.L.P., 628 St. Louis St. (70802), P.O. Drawer 4425, Baton Rouge, Louisiana, 70821; telephone (225) 346-1461; facsimile (225) 346-1467, as additional counsel of record for Defendant, MIRIAM SEGAR, in the above captioned matter.

WHEREFORE, Defendant, MIRIAM SEGAR, prays that this Motion to Enroll Additional Counsel of Record be granted.

                        **JEFF LANDRY,**
                        **ATTORNEY GENERAL**

                        **SHOWS, CALI & WALSH, L.L.P.**

                        /s/ Mary Ann White
                        John C. Walsh (LA 24903)
                        Jeffrey K. Cody (LA 28536)
                        Mary Ann White ( LA 29020) (*Lead Counsel*)
                        628 St. Louis Street (70802)
                        P.O. Drawer 4425
                        Baton Rouge, Louisiana 70821
                        Telephone: (225) 346-1461
                        Facsimile: (225) 346-1467
                        Email: john@scwllp.com
                                    jeffreyc@scwllp.com
                                    maryannw@scwllp.com
                        *Special Assistant Attorneys General*
                        *Counsel for Defendant, Miriam Segar*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of September, 2022, a copy of the foregoing has on this date been served upon all counsel of record via CM/ECF system and has been filed electronically with the Clerk of Court using the CM/ECF system.

        /s/Mary Ann White
        MARY ANN WHITE