# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL** | **CIVIL ACTION** |
| | **NO: 3:21-cv-00242** |
| **VERSUS** | |
| | **JUDGE VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL** | **MAG. JUDGE JOHNSON** |

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record,

**IT IS HEREBY ORDERED** that CAROLINE M. TOMENY (La. Bar Roll No. 34120) of the law firm Shows, Cali & Walsh, L.L.P., 628 St. Louis St. (70802), P.O. Drawer 4425, Baton Rouge, Louisiana, 70821; telephone (225) 346-1461; facsimile (225) 346-1467, be and she is hereby enrolled as additional counsel of record for Defendant, MIRIAM SEGAR, in the above captioned matter.

Baton Rouge, Louisiana, this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE