UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                                   **CIVIL ACTION**

**VERSUS**                                               **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

## ORDER

Considering the Motion to Enroll Additional Counsel of Record (R. Doc. 250);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Caroline M. Tomeny (La. Bar No. 34120), of the law firm of Shows, Cali & Walsh, LLP, shall be enrolled as additional counsel of record for defendant, Miriam Segar.

New Orleans, Louisiana, September 26, 2022.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**