UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.                              CIVIL ACTION NO. 3:21-cv-00242
    *Plaintiffs*

                                                JUDGE WENDY B. VITTER

VERSUS

                                                MAG. JUDGE SCOTT D. JOHNSON

LOUISIANA STATE UNIVERSITY, ET AL.
    *Defendants*

## **EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANT JENNIE STEWART'S RULE 12(b)(6) MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

    **NOW INTO COURT**, through undersigned counsel, comes defendant Jennie Stewart, who moves for leave of court to file the attached supplemental memorandum into the record in support of the motion to dismiss she filed on February 14, 2022.[1]  Stewart wishes to bring to the Court's attention three new case citations issued since briefing was completed by the parties in March 2022 that Stewart believes may assist the Court in its consideration of the pending motion.

---

[1] R.Doc. 199.

{01347280 - v1}                              1

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

By: */s/ Gregory C. Fahrenholt*
**DENNIS J. PHAYER (La. Bar No. 10408)**
**GREGORY C. FAHRENHOLT (La. Bar No. 28572)**
**CRAIG J. CANIZARO (La. Bar No. 31086)**
**Special Assistant Attorneys General**
**BURGLASS TANKERSLEY GAUDIN PHAYER**
5213 Airline Drive
Metairie, LA 70001
Tel: (504) 836-0408
Fax: (504) 287-0452
dphayer@burglass.com
gfahrenholt@burglass.com
ccanizaro@burglass.com

***Attorneys for Defendant, Jennie Stewart***