UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL.<br>   *Plaintiffs*<br><br>VERSUS<br><br>LOUISIANA STATE UNIVERSITY, ET AL.<br>   *Defendants* | CIVIL ACTION NO. 3:21-cv-00242<br><br>JUDGE WENDY B. VITTER<br><br>MAG. JUDGE SCOTT D. JOHNSON |

**ORDER**

Considering the motion filed by Jennie Stewart requesting leave to file a supplemental memorandum in support of her pending motion to dismiss;

IT IS ORDERED that the motion is GRANTED. The clerk shall file the supplemental memorandum into the record.

New Orleans, Louisiana, this \_\_\_\_\_ day of November, 2022.

_____
U.S. DISTRICT COURT JUDGE WENDY B. VITTER