UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.**<br>*Plaintiff*<br><br>v.<br><br>**BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL.**<br>*Defendant* | Case No.: 21-242-WBV-SDJ<br><br>JUDGE WENDY B. VITTER<br><br>MAGISTRATE JUDGE JOHNSON<br><br>JURY DEMANDED |

### PLAINTIFFS' MOTION TO AMEND SCHEDULING ORDER AS TO CERTAIN EXPERT REPORTS

Plaintiffs Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, and Sarah Beth Kitch ("Plaintiffs"), through undersigned counsel and for the reasons more fully set forth in the attached Memorandum in Support, respectfully move this Court to amend the Scheduling Order (R. Doc. 247) in this matter to permit additional time for certain of Plaintiffs' experts to complete their reports considering the delays in receiving records subpoenaed by and in the custody of the Board of Supervisors (the "Board") and the volume of the records received.

Plaintiffs specifically request that the Scheduling Order be amended to permit them to submit the reports of their vocational expert, Josephine Doherty and economist Andrew Verzilli on a rolling basis on or before January 15, 2023 to permit them sufficient time to prepare their reports. The other reports by Plaintiffs' experts will be submitted on or before the existing date of December 1, 2022.

1

Counsel for Plaintiffs have been in discussions with counsel for the Defendants about extending this deadline, but due to the Thanksgiving holiday, the parties have not reached an agreement on this extension.

**WHEREFORE**, Plaintiffs pray that this Honorable Court finds this Motion good and sufficient and amends the Scheduling Order to permit Plaintiffs to submit the reports of their experts Josephine Doherty and Andrew Verzilli on a rolling basis on or before January 1, 2023.

Respectfully Submitted,

*/s/Catherine E. Lasky*
Catherine E. Lasky (La. Bar 28652)
Endya L. Hash (La. Bar 38260)
Katie Lasky Law
619 Homedale Street
New Orleans, Louisiana 70124
P: (504) 584-7336
F: (504) 375-2221
katie@katielaskylaw.com
endya@katielaskylaw.com

Elizabeth K. Abdnour
*Pro Hac Vice*
Elizabeth Abdnour Law, PLLC
1100 W. Saginaw Street, Suite 4A-2
Lansing, Michigan 48915
P: (517) 292-0067
F: (517) 709-7700
elizabeth@abdnour.com

Karen Truszkowski
*Pro Hac Vice*
Temperance Legal Group, PLLC
503 Mall Court #131
Lansing, Michigan 48912
P: (844) 534-2560
F: (800) 531-6527
karen@temperancelegalgroup.com

*Attorneys for Plaintiffs*