UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL** <br> *Plaintiffs* <br><br> **v.** <br><br> **BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL** <br> *Defendants* | Case No.: 3:21-cv-00242-WBV-SDJ <br><br> **JUDGE WENDY B. VITTER** <br><br> **MAGISTRATE JUDGE JOHNSON** <br><br> **JURY DEMANDED** |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Plaintiffs Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, and Sarah Beth Kitch, through undersigned counsel, will submit for consideration their Motion to Amend the Scheduling Order as to Certain Expert Reports on December 13, 2022.

Respectfully Submitted,

*/s/Catherine E. Lasky*

| | |
|---|---|
| Karen Truszkowski <br> *Pro Hac Vice* <br> Temperance Legal Group <br> 503 Mall Court #131 <br> Lansing, Michigan 48912 <br> P: (844) 534-2560 <br> F: (800) 531-6527 <br> karen@temperancelegalgroup.com <br><br> Elizabeth K. Abdnour <br> *Pro Hac Vice* <br> Elizabeth Abdnour Law <br> 1100 W. Saginaw Street, Suite 4A-2 <br> Lansing, Michigan 48915 <br> P: (517) 292-0067 <br> F: (517) 709-7700 <br> elizabeth@abdnour.com | Catherine E. Lasky (La. Bar 28652) <br> Endya L. Hash (La. Bar 38260) <br> Katie Lasky Law <br> 619 Homedale Street <br> New Orleans, Louisiana 70124 <br> P: (504) 584-7336 <br> F: (504) 375-2221 <br> katie@katielaskylaw.com <br> endya@katielaskylaw.com <br><br><br><br><br><br><br><br> *Attorneys for Plaintiffs* |