UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL**<br>*Plaintiffs*<br><br>v.<br><br>**BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL**<br> *Defendants* | Case No.: 3:21-cv-00242-WBV-SDJ<br><br>**JUDGE WENDY B. VITTER**<br><br>**MAGISTRATE JUDGE JOHNSON**<br><br>**JURY DEMANDED** |

**PLAINTIFFS'** *EX PARTE* **MOTION EXPEDITED CONSIDERATION ON MOTION TO AMEND SCHEDULING ORDER AS TO CERTAIN EXPERT REPORTS**

**PLEASE TAKE NOTICE** that Plaintiffs Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, and Sarah Beth Kitch, through undersigned counsel, seeks expedited consideration of their contemporaneously filed Motion to Amend Scheduling Order as to Certain Expert Reports.

As stated in Plaintiffs' Motion and Memorandum in Support, counsel for Plaintiffs and Defendants were in discussions about an agreement as to an extension of this deadline for several days, but were unable to reach agreement due to the Thanksgiving holiday. As a result, Plaintiffs are requesting expedited consideration due to the existing deadline of December 1, 2022 for Plaintiffs to submit the expert reports at issue in their motion.

                                          Respectfully Submitted,

                                          */s/Catherine E. Lasky*

| | |
|---|---|
| Karen Truszkowski | Catherine E. Lasky (La. Bar 28652) |
| *Pro Hac Vice* | Endya L. Hash (La. Bar 38260) |
| Temperance Legal Group | Katie Lasky Law |
| 503 Mall Court #131 | 619 Homedale Street |
| Lansing, Michigan 48912 | New Orleans, Louisiana 70124 |
| P: (844) 534-2560 | P: (504) 584-7336 |
| F: (800) 531-6527 | F: (504) 375-2221 |
| karen@temperancelegalgroup.com | katie@katielaskylaw.com |
| | endya@katielaskylaw.com |
| | |
| Elizabeth K. Abdnour | |
| *Pro Hac Vice* | |
| Elizabeth Abdnour Law | |
| 1100 W. Saginaw Street, Suite 4A-2 | |
| Lansing, Michigan 48915 | |
| P: (517) 292-0067 | |
| F: (517) 709-7700 | |
| elizabeth@abdnour.com | |
| | *Attorneys for Plaintiffs* |