**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ABBY OWENS, ET AL**<br>*Plaintiffs*<br><br>**v.**<br><br>**BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL**<br>*Defendants* | Case No.: 3:21-cv-00242-WBV-SDJ<br><br>**JUDGE WENDY B. VITTER**<br><br>**MAGISTRATE JUDGE JOHNSON**<br><br>**JURY DEMANDED** |

## ORDER

Considering Plaintiffs' *Ex Parte* Motion for Expedited Consideration of its Motion to Amend Scheduling Order as to Certain Expert Reports,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and Plaintiffs' Motion to Amend Scheduling Order as to Certain Expert Reports will be heard on an expedited basis and Defendants have until _____, 202\_\_\_, to submit any oppositions to Plaintiffs' Motion.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2022.

JUDGE WENDY BALDWIN VITTER
UNITED STATES DISTRICT JUDGE