UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-242-WBV-SDJ** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | |

<u>**ORDER**</u>

Considering Plaintiffs' Motion to Amend Scheduling Order as to Certain Expert Reports (R. Doc. 253), which is unopposed, and finding that good cause exists under Fed. R. Civ. P. 16 to amend the Court's Second Amended Scheduling Order (R. Doc. 247);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED as modified.** The Court's Second Amended Scheduling Order (R. Doc. 247) is hereby **AMENDED** with respect to the following deadline:

1. Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, shall be obtained and delivered to counsel for Defendants <u>as soon as they become available</u>, but in no event later than **January 7, 2023.** This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

New Orleans, Louisiana, November 30, 2022.

All other deadlines in the Second Amended Scheduling Order remain in effect.

*Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**