UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL**                                          **CIVIL ACTION**

**VERSUS**                                                     **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE
UNIVERSITY, ET AL**

# ORDER

A Telephone Conference was held on December 1, 2022, at 2:30 p.m. before United States Magistrate Judge Scott D. Johnson. The Conference was held by phone and included the following **participants**:

| | |
|---|---|
| **Elizbeth Kamm Abdnour** | |
| **Catherine E. Lasky** | **Susan W. Furr** |
| **Endya Hash** | Counsel for Defendant |
| Counsel for Plaintiffs | |
| | **William Large** |
| **John Carroll Walsh** | Counsel for Defendant |
| **Jeffrey K. Cody** | |
| **Caroline M Tomeny** | **Craig Joseph Canizaro** |
| Counsel for Defendant | Counsel for Defendant |
| | |
| **Darren A. Patin** | **Keith Alex Kornman**[1] |
| Counsel for Defendant | Counsel for Dismissed Defendant |

The Conference was set to discuss an issue arising prior to a deposition scheduled for December 2, 2022. Mr. Kornman sought to attend this deposition pursuant to an order issued in another case in the Middle District.[2] Plaintiffs objected to his attendance. Mr. Kornman and

---

[1] Mr. Kornman was present despite his clients having been dismissed from this case because the matter at issue in this conference specifically pertained to dismissed parties.

[2] *Lewis v. Louisiana State University, et al*, No. 21-198, ECF No. 285 (M.D. La. filed Apr. 26, 2021).

C:cv38a; T: 00:18

Plaintiffs mutually agreed that Mr. Kornman will not attend the deposition but instead will file appropriate requests with the Court to obtain deposition transcripts.

Signed in Baton Rouge, Louisiana, on December 2, 2022.

*[signature: Scott Johnson]*

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

C:cv38a; T: 00:18