# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO.  3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

## DEFENDANTS UNOPPOSED MOTION TO AMEND SCHEDULING ORDER AS TO DEFENDANTS' EXPERT REPORTS

NOW INTO COURT, through undersigned counsel, comes defendants, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, Verge Ausberry, Miriam Segar, Jennie Stewart and Jonathan Sanders (collectively, "Defendants"), who respectfully move this Court to amend the Scheduling Order (R. Doc. 247) in this matter to permit Defendants the same 37-day extension of the time as given to Plaintiffs for Defendants' expert reports and disclosures.  Plaintiffs consent to this motion.  In support of this motion, Defendants state as follows:

1.

Pursuant to this Court's Order (R. Doc. 261), Plaintiffs have been granted an extension until January 7, 2023, to submit their expert reports and disclosures.

2.

The current deadline for Defendants to identify expert witnesses and complete expert disclosures for all experts expected to testify at trial (both retained experts and non-retained experts) is February 1, 2023.

3.

Plaintiffs have been given multiple extensions of time to submit their expert reports in this matter.  To correspond with the recent extension granted to Plaintiffs, and so as not to compress Defendants' time for responding to Plaintiff's expert reports, Defendants seek the same 37-day extension of Defendants' deadline to identify and complete expert disclosures for experts expected to testify at trial (both retained experts and non-retained experts) through and including March 8, 2023.

4.

All parties consent to the requested extension of Defendants' expert deadlines.  Defendants are working diligently to comply with the deadlines.   Defendants simply ask for the same extension given to Plaintiffs.

WHEREFORE, Defendants pray that the Motion be granted, extending their expert deadline as requested herein.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:   /s/ *Susan W. Furr*
Susan W. Furr Bar Roll No.  19582
Karleen J. Green Bar Roll No.  25119
Shelton Dennis Blunt Bar Roll No. 21230
Michael B. Victorian Bar Roll No. 36065
Molly C. McDiarmid Bar Roll No. 36426
*Special Assistant Attorneys General*
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: 225 346 0285
Facsimile: 225 381 9197
Email: susie.furr@phelps.com

PD.40545515.1

Email: karleen.green@phelps.com
Email: michael.victorian@phelps.com
Email: molly.mcdiarmid@phelps.com
**Counsel for the Board of Supervisors of**
**Louisiana State University & Agricultural**
**and Mechanical College**


**JEFF LANDRY**
**ATTORNEY GENERAL**

BY: _/s/ Mary Ann White_
John C. Walsh (LA 24903)
Jeffrey K. Cody (LA 28536)
Mary Ann White (LA 29020)
Shows Cali & Walsh, LLP
628 St. Louis Street (70802)
P.O. Box 4425
Baton Rouge LA  70821-4425
Ph:      225-346-1461
Fax: (225) 346-1467
john@scwllp.com
jeffreyc@scwllp.com
maryannw@scwllp.com
**Special Assistant Attorneys General**
**Counsel for Defendant, Miriam Segar**


**JEFF LANDRY**
**ATTORNEY GENERAL**

BY: _/s/ Darren A. Patin_
Darren A. Patin
Hailey McNamara
_Special Assistant Attorney General_
One Galleria Boulevard, Suite 140
Metairie LA 70001
Ph.:      504-836-5986
Fax:      504-836-6565
dpatin@haileymcnamara.com
**Counsel for Defendant, Verge Ausberry**

PD.40545515.1

*Special Assistant Attorneys General*
3861 Ambassador Caffery Pkwy., Ste. 300
Lafayette LA 70503
Ph.: (337) 735-1760
Fax: (337) 993-0933
tiger@gallowaylawfirm.com
LMeador@gallowaylawfirm.com
wlarge@gallowaylawfirm.com
**Counsel for Jonathan Sanders**

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY: /s/ *Dennis Phayer*
Dennis J. Phayer (La. Bar. No. 10408)
Gregory C. Fahrenholt (La. Bar No. 28572)
Sylvia M. Zarzeka (La. Bar No. 38451)
*Special Assistant Attorney General*
Burglass & Tankersley, LLC
5213 Airline Drive
Metairie, LA 70001
Ph.: (504) 836-0412
Fax: (504) 287-0452
Dphayer@burglass.com
gfahrenholt@burglass.com
szarzeka@burglass.com
**Counsel for Jennie Stewart**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on

December 1, 2022, with the Court's CM/ECF system, which will electronically send a copy of the

same to all counsel of record.

/s/ *Susan W. Furr*_____
Susan W. Furr

PD.40545515.1