**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT COURT OF LOUISIANA**

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | **CIVIL ACTION NO:** |
| | * | **3:21-CV-00242-WBV-SDJ** |
| | * | |
| **VERSUS** | * | **JUDGE: THE HONORABLE WENDY** |
| | * | **VITTER** |
| **LOUISIANA STATE** | * | |
| **UNIVERSITY, ET AL** | * | **MAGISTRATE: THE HONORABLE** |
| | * | **SCOTT D. JOHNSON** |
| | * | |

------------------------------------------------------------------

### MOTION FOR ENTRY OF PROPOSED PROTECTIVE ORDER FOR DEPOSITIONS OF JULIA SELL AND MICHAEL SELL AND FOR PRODUCTION OF SPECIFIC DEPOSITION TRANSCRIPTS AND DISCOVERY MATERIALS

**NOW INTO COURT,** through undersigned counsel, come former defendants and current non-parties, Julia Sell and Michael Sell (the "Sells"), who respectfully request a Protective Order to govern their depositions sought by Plaintiffs in this litigation and the obligations of all parties upon the conclusion of the depositions and this litigation. The Sells aver that they have consulted with counsel for Plaintiffs and all Defendants regarding the requests contained within the instant Motion. <u>Defendants have not objected to any of the request made by the Sells.</u> Counsel for Plaintiffs have agreed to some, but not all of the Sells' requests contained in the proposed Protective Order.

The Sells further request the production of specific deposition transcripts, exhibits and other materials produced in discovery to enable them to prepare for their depositions as part of the Protective Order and respectfully assert that Plaintiffs' cannot meet their burden to show good cause to withhold production of those materials.

{01242983.DOCX;1}

Respectfully Submitted:

**JEFF LANDRY**
**ATTORNEY GENERAL**
<u>**By:** */s/ Sidney W. Degan, III*</u>
**SIDNEY W. DEGAN, III (#04804)**
**KEITH A. KORNMAN (#23169)**
**JENA W. SMITH (#25255)**
Special Assistant Attorneys General
**DEGAN, BLANCHARD & NASH**
400 Poydras Street, Suite 2600
New Orleans, LA 70130
Telephone: (504) 529-3333
Facsimile: (505) 529-3337
sdegan@degan.com
kkornman@degan.com
jsmith@degan.com
*Attorneys for Defendants,*
*Julia Sell and Michael Sell*