## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT COURT OF LOUISIANA

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | **CIVIL ACTION NO:** |
| | * | **3:21-CV-00242-WBV-SDJ** |
| | * | |
| **VERSUS** | * | **JUDGE: THE HONORABLE WENDY** |
| | * | **VITTER** |
| **LOUISIANA STATE** | * | |
| **UNIVERSITY, ET AL** | * | **MAGISTRATE: THE HONORABLE** |
| | * | **SCOTT D. JOHNSON** |
| | * | |

## ORDER

CONSIDERING the *Ex Parte* Motion for Expedited Consideration on Motion for Entry of Protective Order in Relation to the Depositions of Julia Sell and Michael Sell:

IT IS HEREBY ORDERED that the Motion is **GRANTED** and the Motion for Entry of Protective Order will be heard on an expedited basis and all parties have until _____, 2022 to submit any Opposition to the Motion for Protective Order.

Baton Rouge, Louisiana, this _____ day of _____, 2022.

_____
UNITED STATES MAGISTRATE JUDGE
SCOTT D. JOHNSON

{01242978.DOCX;1}