UNITED STATES DISTRICT COURT

MIDDLE DISTRICT COURT OF LOUISIANA

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | **CIVIL ACTION NO:** |
| | * | **3:21-CV-00242-WBV-SDJ** |
| | * | |
| **VERSUS** | * | **JUDGE: THE HONORABLE WENDY** |
| | * | **VITTER** |
| **LOUISIANA STATE** | * | |
| **UNIVERSITY, ET AL** | * | **MAGISTRATE: THE HONORABLE** |
| | * | **SCOTT D. JOHNSON** |
| | * | |

**EXHIBIT LIST FOR *EX PARTE* MOTION FOR EXPEDITED CONSIDERATION ON MOTION FOR ENTRY OF PROTECTIVE ORDER IN RELATION TO THE DEPOSITIONS OF JULIA SELL AND MICHAEL SELL**

**NOW INTO COURT,** through undersigned counsel, come former defendants and current non-parties, Julia Sell and Michael Sell (the "Sells"), who respectfully submits this Exhibit List to its previously Ex Parte Motion for Expedited Consideration on Motion for Entry of Protective Order [Doc. 266], as follows:

    Exhibit A -    Minute Entry of 10/17/2022 signed by Judge Susie Morgan, United States District Court, Eastern District of Louisiana in *Lewis v. Louisiana State University, et al.*¸ Civ. A, No. 21-198-SM-RLB (M.D. La.) [Doc. 285]

{01245990.DOCX;1}

Respectfully Submitted:

**JEFF LANDRY**
**ATTORNEY GENERAL**
**By:** */s/ Sidney W. Degan, III*
**SIDNEY W. DEGAN, III (#04804)**
**KEITH A. KORNMAN (#23169)**
**JENA W. SMITH (#25255)**
Special Assistant Attorneys General

**DEGAN, BLANCHARD & NASH**
400 Poydras Street, Suite 2600
New Orleans, LA 70130
Telephone: (504) 529-3333
Facsimile: (505) 529-3337
sdegan@degan.com
kkornman@degan.com
jsmith@degan.com
*Attorneys for Defendants,*
*Julia Sell and Michael Sell*