**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT COURT OF LOUISIANA**

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | **CIVIL ACTION NO:** |
| | * | **3:21-CV-00242-WBV-SDJ** |
| | * | |
| **VERSUS** | * | **JUDGE: THE HONORABLE WENDY** |
| | * | **VITTER** |
| **LOUISIANA STATE** | * | |
| **UNIVERSITY, ET AL** | * | **MAGISTRATE: THE HONORABLE** |
| | * | **SCOTT D. JOHNSON** |
| | * | |

**EXHIBIT LIST FOR MOTION FOR ENTRY OF PROPOSED PROTECTIVE ORDER FOR DEPOSITIONS OF JULIA SELL AND MICHAEL SELL AND FOR PRODUCTION OF SPECIFIC DEPOSITION TRANSCRIPTS AND DISCOVERY MATERIALS**

**NOW INTO COURT,** through undersigned counsel, come former defendants and current non-parties, Julia Sell and Michael Sell (the "Sells"), who respectfully submit this Exhibit List to its Motion for Entry of Proposed Protective Order [Doc. 265], as follows:

Exhibit A - Proposed Protective Order for depositions of Julia Sell and Michael Sell

Exhibit B - Acknowledgements and Agreements to be Bound signed by Keith Kornman, Michelle Ledet, Julia Sell, and Michael Sell

Exhibit C - Minute Entry of 10/17/2022 signed by Judge Susie Morgan, United States District Court, Eastern District of Louisiana in *Lewis v. Louisiana State University, et al.*, Civ. A, No. 21-198-SM-RLB (M.D. La.) [Doc. 285]

{01245983.DOCX;1}

Respectfully Submitted:

**JEFF LANDRY**
**ATTORNEY GENERAL**
<u>**By:** */s/ Sidney W. Degan, III*</u>
**SIDNEY W. DEGAN, III (#04804)**
**KEITH A. KORNMAN (#23169)**
**JENA W. SMITH (#25255)**
Special Assistant Attorneys General

**DEGAN, BLANCHARD & NASH**
400 Poydras Street, Suite 2600
New Orleans, LA 70130
Telephone: (504) 529-3333
Facsimile: (505) 529-3337
sdegan@degan.com
kkornman@degan.com
jsmith@degan.com
*Attorneys for Defendants,*
*Julia Sell and Michael Sell*