ATTACHMENT A

ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

The undersigned hereby acknowledges that he/she has read the Protective Order dated March 4, 2022 in the above-captioned action and attached hereto, understands the terms thereof and agrees to be bound by those terms. The undersigned submits to the jurisdictions of the United States District Court for the Eastern and Middle Districts of Louisiana in matters relating to the aforementioned and attached Protective Order and understands that the terms of the Order obligate him/her to use materials designated as Confidential Information in accordance with the Order solely for the purposes of the above-captioned action, and not to disclose any such Confidential Information to any other person, firm or concern. The undersigned acknowledges that violation of the Protective Order may result in penalties for contempt of court.

Name (printed): Keith Alex Kornman
Job Title: Attorney
Employer: Degan, Blanchard + Nash
Business Address: 400 Poydras St. Suite 2600
New Orleans, LA 70130
Date: 11/4/22
Signature: _____

13



EXHIBIT B

ATTACHMENT A

ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

The undersigned hereby acknowledges that he/she has read the Protective Order dated _3-4-22_ in the above-captioned action and attached hereto, understands the terms thereof and agrees to be bound by those terms. The undersigned submits to the jurisdictions of the United States District Court for the Eastern and Middle Districts of Louisiana in matters relating to the aforementioned and attached Protective Order and understands that the terms of the Order obligate him/her to use materials designated as Confidential Information in accordance with the Order solely for the purposes of the above-captioned action, and not to disclose any such Confidential Information to any other person, firm or concern. The undersigned acknowledges that violation of the Protective Order may result in penalties for contempt of court.

Name (printed): Melissa Phillips
Job Title: Legal Secretary
Employer: Degan Blanchard & Nash
Business Address: 400 Poydras Street # 2600 New Orleans, La 70130
Date: 11-4-22
Signature: Melissa Phillips

13

ATTACHMENT A

ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

The undersigned hereby acknowledges that he/she has read the Protective Order dated 3-4-22 in the above-captioned action and attached hereto, understands the terms thereof and agrees to be bound by those terms. The undersigned submits to the jurisdictions of the United States District Court for the Eastern and Middle Districts of Louisiana in matters relating to the aforementioned and attached Protective Order and understands that the terms of the Order obligate him/her to use materials designated as Confidential Information in accordance with the Order solely for the purposes of the above-captioned action, and not to disclose any such Confidential Information to any other person, firm or concern. The undersigned acknowledges that violation of the Protective Order may result in penalties for contempt of court.

Name (printed): Michelle M. Ledet

Job Title: Paralegal

Employer: Degan Blanchard + Nash

Business Address: 400 Poydras St., Ste 2600, New Orleans LA 70130

Date: 11/4/22

Signature: [signature]

13

## ATTACHMENT A

## ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

The undersigned hereby acknowledges that he/she has read the Protective Order dated March 4, 2022 in the above-captioned action and attached hereto, understands the terms thereof and agrees to be bound by those terms. The undersigned submits to the jurisdictions of the United States District Court for the Eastern and Middle Districts of Louisiana in matters relating to the aforementioned and attached Protective Order and understands that the terms of the Order obligate him/her to use materials designated as Confidential Information in accordance with the Order solely for the purposes of the above-captioned action, and not to disclose any such Confidential Information to any other person, firm or concern. The undersigned acknowledges that violation of the Protective Order may result in penalties for contempt of court.

Name (printed): Julia Sell

Job Title: _____

Employer: _____

Business Address: _____

_____

Date: Nov 3, 2022

Signature: *Julia Sell*

13

ATTACHMENT A

ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

The undersigned hereby acknowledges that he/she has read the Protective Order dated __MARCH 4, 2022__ in the above-captioned action and attached hereto, understands the terms thereof and agrees to be bound by those terms. The undersigned submits to the jurisdictions of the United States District Court for the Eastern and Middle Districts of Louisiana in matters relating to the aforementioned and attached Protective Order and understands that the terms of the Order obligate him/her to use materials designated as Confidential Information in accordance with the Order solely for the purposes of the above-captioned action, and not to disclose any such Confidential Information to any other person, firm or concern. The undersigned acknowledges that violation of the Protective Order may result in penalties for contempt of court.

Name (printed): MICHAEL SELL
Job Title: Co-Director LTP Academy
Employer: Beemok Capital
Business Address: 200 Meeting Street #200 Charleston, SC 29401
Date: 11/03/22
Signature: [signed]

13