## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT COURT OF LOUISIANA

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | **CIVIL ACTION NO:** |
| | * | **3:21-CV-00242-WBV-SDJ** |
| | * | |
| **VERSUS** | * | **JUDGE: THE HONORABLE WENDY** |
| | * | **VITTER** |
| **LOUISIANA STATE** | * | |
| **UNIVERSITY, ET AL** | * | **MAGISTRATE: THE HONORABLE** |
| | * | **SCOTT D. JOHNSON** |
| | * | |

### *EX PARTE* MOTION FOR LEAVE TO SUBSTITUTE EXHIBIT

**NOW INTO COURT,** through undersigned counsel, come former defendants and current non-parties, Julia Sell and Michael Sell (the "Sells"), who respectfully move this Honorable Court for leave to substitute Exhibit 1 attached hereto to the Exhibit List for the *Ex Parte* Motion For Expedited Consideration On Motion For Entry Of Protective Order In Relation To The Depositions Of Julia Sell And Michael Sell (R. Doc. 269-1) and to the Exhibit List for the Motion for Entry of Proposed Protective Order (R. Doc. 270-3) and provides the following, to wit:

When filing the exhibits, undersigned counsel inadvertently attached the incorrect Minute Entry. The Sells seek leave of this Honorable Court to substitute the Minute Entry attached hereto as Exhibit 1 in place of the Minute Entry currently in the record under R. Docs. 269-1 and 270-3. The Exhibit Lists provided to the Court correctly identify Exhibit 1.

{01246154.DOCX;1}

**WHEREFORE**, the Sells pray that this Honorable Court grant them leave to substitute R. Docs. 269-1 and 270-3 with the attached Minute Entry dated 10/17/2022.

Respectfully Submitted:

**JEFF LANDRY**
**ATTORNEY GENERAL**
**By:** */s/ Sidney W. Degan, III*
**SIDNEY W. DEGAN, III (#04804)**
**KEITH A. KORNMAN (#23169)**
**JENA W. SMITH (#25255)**
Special Assistant Attorneys General

**DEGAN, BLANCHARD & NASH**
400 Poydras Street, Suite 2600
New Orleans, LA 70130
Telephone: (504) 529-3333
Facsimile: (505) 529-3337
sdegan@degan.com
kkornman@degan.com
jsmith@degan.com
*Attorneys for Defendants,*
*Julia Sell and Michael Sell*