UNITED STATES DISTRICT COURT

MIDDLE DISTRICT COURT OF LOUISIANA

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | **CIVIL ACTION NO:** |
| | * | **3:21-CV-00242-WBV-SDJ** |
| | * | |
| **VERSUS** | * | **JUDGE: THE HONORABLE WENDY** |
| | * | **VITTER** |
| **LOUISIANA STATE** | * | |
| **UNIVERSITY, ET AL** | * | **MAGISTRATE: THE HONORABLE** |
| | * | **SCOTT D. JOHNSON** |
| | * | |

**ORDER**

Considering former defendants and current non-parties, Julia Sell and Michael Sell's *Ex Parte* Motion for Leave to Substitute Exhibit:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the Minute Entry dated 10/17/2022 attached as Exhibit 1 to the *Ex Parte* Motion for Leave, shall be substituted in the place of R. Doc. 269-1 and R. Doc. 270-3.

**THUS DONE and SIGNED** in Baton Rouge, Louisiana, this_____ day of _____, 2022.

_____
**MAGISTRATE JUDGE SCOTT D. JOHNSON**

{01246165.DOCX;1}