MINUTE ENTRY
MORGAN, J.
October 17, 2022

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHARON LEWIS,** Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-198-SM-RLB** |
| **LOUISIANA STATE UNIVERSITY, ET AL.,** Defendants | |

## MINUTE ENTRY

A video status conference was held on October 17, 2022, at 12:30 p.m., in the chambers of Judge Susie Morgan.

Present: Larry English, counsel for Plaintiff, Sharon Lewis;

Susan Furr and Molly McDiarmid, counsel for Defendant, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College ("the Board");

Barbara Melton, for Defendants, Garrett "Hank" Danos, Robert "Bobby" Yarborough, and Stanley Jacobs;

Brandon Black, counsel for Defendants, William Shelby McKenzie, Vicki Crochet, and Robert "Bob" Barton;

Christopher Zainey, counsel for Defendant, Leslie Edwin "Les" Miles;

Michael Patterson, counsel for Defendant, Joseph "Joe" Alleva;

Rudy Aguilar, Camille Bryant, and Magdalen Bickford, counsel for Defendant, Scott Woodward;

Darren Patin, counsel for Defendant, Verge Ausberry; and

John Walsh and Jeffrey Cody, counsel for Defendant, Miriam Segar.

1

The parties discussed the status of the case and ongoing discovery. Plaintiff's counsel agreed to contact counsel for deponents and agree on dates and times prior to noticing depositions. All parties must cooperate in scheduling and conducting discovery.

All counsel will send deposition notices to counsel for all current and terminated parties.

Peter Ginsberg, counsel for Leslie Miles, will be allowed to represent Leslie Miles at Miles's deposition.

Counsel for parties who have been terminated in both cases in which the client was named as a defendant may represent their client in the client's deposition and may attend non-client depositions, but may not make objections or ask questions.[1]

**New Orleans, Louisiana, this 18th day of October, 2022.**

*Susie Morgan*
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

JS10 (0:21)

---

[1] This order will not prohibit counsel from re-deposing witnesses in the event the Court's orders dismissing certain claims are reversed on appeal.

2