UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, et al.<br>*Plaintiffs*<br><br>v.<br><br>LOUISIANA STATE UNIVERSITY, et al.<br>*Defendants*. | CIVIL ACTION NO. 3:21-cv-00242<br><br>JUDGE WENDY B. VITTER<br>MAG. JUDGE SCOTT D. JOHNSON |

**EX PARTE MOTION FOR LEAVE TO FILE RESPONSE
TO DEFENDANT JENNIE STEWART'S SUPPLEMENTAL MEMORANDUM IN
SUPPORT OF DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who move for leave of court to file the attached supplemental memorandum into the record, in response to Defendant Jennie Stewart's supplemental memorandum filed on November 28, 2022 (ECF No. 260) in support of her Rule 12(b)(6) motion to dismiss (ECF No. 199). Plaintiffs wish to address the arguments made by Defendant Stewart in the memorandum for the Court's full consideration of the matter.

Respectfully submitted,

| | |
|---|---|
| **Catherine E. Lasky (La. Bar 28652)**<br>**Endya L. Hash (La. Bar 38260)**<br>KATIE LASKY LAW LLC<br>900 Camp St. Suite 439<br>New Orleans, LA 70130<br>P: (504) 584-7336<br>F: (504) 375-2221<br>katie@katielaskylaw.com<br>endya@katielaskylaw.com | **s/ Elizabeth K. Abdnour**<br>Elizabeth K. Abdnour<br>*Pro Hac Vice*<br>ELIZABETH ABDNOUR LAW, PLLC<br>1100 W. Saginaw St., Ste. 4A-2<br>Lansing, MI 48915<br>Telephone: (517) 292-0067<br>Fax: (517) 709-7700<br>Email: elizabeth@abdnour.com |

1

**Karen Truszkowski**
*Pro Hac Vice*
TEMPERANCE LEGAL GROUP, PLLC
503 Mall Court #131
Lansing, MI 48912
Telephone: (844) 534-2560
Fax: (800) 531-6527
Email: karen@temperancelegalgroup.com

*Attorneys for Plaintiffs*