UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, et al.
    *Plaintiffs*

CIVIL ACTION NO. 3:21-cv-00242

v.

JUDGE WENDY B. VITTER
MAG. JUDGE SCOTT D. JOHNSON

LOUISIANA STATE UNIVERSITY, et al.
    *Defendants*.

## **ORDER**

Considering the motion filed by Plaintiffs requesting leave to file a supplemental memorandum in response to Defendant Jennie Stewart's supplemental memorandum entered with this Court on November 28, 2022;

IT IS ORDERED that the motion is GRANTED. The clerk shall file the supplemental memorandum into the record.

New Orleans, Louisiana, this _____ day of December, 2022.

_____
U.S. DISTRICT COURT JUDGE WENDY B. VITTER