UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                                **CIVIL ACTION**

**VERSUS**                                             **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

## ORDER

Before the Court is Defendants [sic] Unopposed Motion to Amend Scheduling Order as to Defendants' Expert Reports, filed by the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, Verge Ausberry, Miriam Segar, Jennie Stewart, and Jonathan Sanders (collectively, "Defendants"). (R. Doc. 264). Although the Motion is unopposed, the Court finds that the Defendants have failed to show good cause exists under Fed. R. Civ. P. 16 to amend the Court's Second Amended Scheduling Order (R. Doc. 247), as the sole reason given for seeking the extension is "To correspond with the recent extension granted to Plaintiffs." (R. Doc. 264 at ¶ 3). Nonetheless, the Court will extend the Defendants' expert report deadline by one week.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion (R. Doc. 264) is **GRANTED as modified.** The Court's Second Amended Scheduling Order (R. Doc. 247) is hereby **AMENDED** with respect to the following deadline:

1. Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants, shall be obtained and delivered to counsel for Plaintiffs as soon as possible, but in no event later than

**February 8, 2023.** This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

All other deadlines in the Second Amended Scheduling Order remain in effect.

New Orleans, Louisiana, December 7, 2022.

*Wendy B Vitter*
**WENDY B. VITTER**
**United States District Judge**