# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL
Plaintiff

v.

LOUISIANA STATE UNIVERSITY, ET AL
Defendant

21-CV-00242-WBV-SDJ
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,
Defendant, Miriam Segar, through the undersigned counsel,

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

Miriam Segar, CCMSI (Cannon Cochran Management Services, Inc.), Louisiana State University Office of Risk Management, and Louisiana Department of Justice

Jeffrey K. Cody, La. Bar No. 28536
Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.