UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

_____
Plaintiff

v.                                                                          _____
                                                                            Civil Action No.

_____
Defendant

**<u>CERTIFICATE OF INTERESTED PERSONS</u>**

Pursuant to Local Civil Rule 7.1,

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma and do not add address information. Only text visible within box will print.*

Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.