## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL
Plaintiff

v.

3:21-CV-00242
Civil Action No.

LOUISIANA STATE UNIVERSITY
Defendant

### CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,
Defendant, Jennie Stewart, through undersigned counsel

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

Defendant, Jennie Stewart, represents that the only individuals and/or entities to her knowledge who may have a financial interest in the outcome of the litigation are the named plaintiffs and defendants.

Dennis J. Phayer Bar Roll No. 10408
Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.