# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

Abby Owens, et al.
                                    Plaintiff

v.                                                      3:21-cv-242
                                                        Civil Action No.
Louisiana State University, et al.
                                    Defendant

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,

Defendant, the Board of Supervisors for Louisiana State University and Agricultural and Mechanical College,

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print*

Plaintiffs: Abigail Owens, Jade Lewis, Samantha Brennan, Elisabeth Andries, Kennan Johnson, Jane Doe, Ashlyn Robertson Mize, Sarah Beth Kitch, Calise Richardson, and Corinn Hovis

Law firms for Plaintiffs: Elizabeth Abdnour Law, PLLC; Katie Lasky Law, LLC; and Temperance Legal Group, PLLC

Defendant, the Board of Supervisors of Louisiana State University and Agricultural Mechanical College

Law firm for the Board of Supervisors: Phelps Dunbar, LLP

United Educators

Louisiana Department of Justice

Other Defendants: Verge Ausberry, Miriam Segar, Jennie Stewart, and Jonathan Sanders and the law firms representing each defendant

                                                Karleen J. Green, #25119

PD.40623393.1