UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

**EX PARTE MOTION TO SUBSTITUTE CORRECTED MOTION FOR EXTENSION**

NOW INTO COURT, through undersigned counsel, come Defendants, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, Verge Ausberry, Miriam Segar, Jennie Stewart and Jonathan Sanders (collectively, "Defendants"), who respectfully request that this Court file the attached substituted Ex Parte Motion for Extension of Certain Unexpired Deadlines.

Defendants earlier filed a Motion for Extension of Certain Unexpired Deadlines which mistakenly titled the motion as "joint." Defendants therefore desire to substitute the attached Ex Parte Motion for Extension in place of the earlier-filed Motion for Extension.

WHEREFORE, defendants respectfully request that this motion be granted, and the attached corrected Ex Parte Motion for Extension of Certain Unexpired Deadlines be substituted for the "Joint" Motion for Extension of Certain Unexpired Deadlines.

Respectfully submitted,

JEFF LANDRY
ATTORNEY GENERAL

BY:  /s/ *Susan W. Furr*
Susan W. Furr Bar Roll No. 19582
Karleen J. Green Bar Roll No. 25119
Shelton Dennis Blunt Bar Roll No. 21230

                         Michael B. Victorian Bar Roll No. 36065
                         Molly C. McDiarmid Bar Roll No. 36426
                         *Special Assistant Attorneys General*
                         II City Plaza | 400 Convention Street,
                         Suite 1100
                         Baton Rouge, Louisiana 70802
                         Telephone: 225 346 0285
                         Facsimile: 225 381 9197
                         Email: susie.furr@phelps.com
                         Email: karleen.green@phelps.com
                         Email: michael.victorian@phelps.com
                         Email: molly.mcdiarmid@phelps.com
                         ***Counsel for the Board of Supervisors of***
                         ***Louisiana State University &***
                         ***Agricultural and Mechanical College***

                         **JEFF LANDRY**
                         **ATTORNEY GENERAL**

                         BY: <u>*/s/ Mary Ann White*</u>
                         John C. Walsh (LA 24903)
                         Jeffrey K. Cody (LA 28536)
                         Mary Ann White (LA 29020)
                         Shows Cali & Walsh, LLP
                         628 St. Louis Street (70802)
                         P.O. Box 4425
                         Baton Rouge LA  70821-4425
                         Ph:   225-346-1461
                         Fax: (225) 346-1467
                         john@scwllp.com
                         jeffreyc@scwllp.com
                         maryannw@scwllp.com
                         ***Special Assistant Attorneys General***
                         ***Counsel for Defendant, Miriam Segar***

| **JEFF LANDRY** | **JEFF LANDRY** |
| **ATTORNEY GENERAL** | **ATTORNEY GENERAL** |
| | |
| BY: <u>*/s/ Darren A. Patin*</u> | BY: <u>*/s/ William Large*</u> |
| Darren A. Patin | Mark R. Pharr, Bar Roll No. 21019 |
| Hailey McNamara | Lindsay Meador Young Bar Roll No. 31261 |
| *Special Assistant Attorney General* | William F. Large Bar Roll No. 34837 |
| 3445 N. Causeway Boulevard, Suite 800 | Galloway Law Firm |
| Metairie LA 70002 | *Special Assistant Attorneys General* |
| Ph.:    504-836-5986 | 3861 Ambassador Caffery Pkwy., Ste. 300 |
| Fax:    504-836-6565 | |
| dpatin@haileymcnamara.com | |
| ***Counsel for Defendant, Verge Ausberry*** | |

Lafayette LA 70503
Ph.: (337) 735-1760
Fax: (337) 993-0933
tiger@gallowaylawfirm.com
LMeador@gallowaylawfirm.com
wlarge@gallowaylawfirm.com
**Counsel for Jonathan Sanders**

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY: /s/ *Dennis Phayer*
Dennis J. Phayer (La. Bar. No. 10408)
Gregory C. Fahrenholt (La. Bar No. 28572)
Craig J. Canizaro (La. Bar. No. 31086)
*Special Assistant Attorney General*
Burglass & Tankersley, LLC
5213 Airline Drive
Metairie, LA 70001
Ph.: (504) 836-0412
Fax: (504) 287-0452
Dphayer@burglass.com
gfahrenholt@burglass.com
szarzeka@burglass.com
**Counsel for Jennie Stewart**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on January 20, 2023, with the Court's CM/ECF system, which will electronically send a copy of the same to all counsel of record.

/s/  *Susan W. Furr*
Susan W. Furr

PD.40954641.1