UNITED STATES DISTRICT COURT

MIDDLE DISTRICT COURT OF LOUISIANA

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | **CIVIL ACTION NO:** |
| | * | **3:21-CV-00242-WBV-SDJ** |
| | * | |
| **VERSUS** | * | **JUDGE: THE HONORABLE WENDY** |
| | * | **VITTER** |
| **LOUISIANA STATE** | * | |
| **UNIVERSITY, ET AL** | * | **MAGISTRATE: THE HONORABLE** |
| | * | **SCOTT D. JOHNSON** |
| | * | |

## MOTION FOR EMERGENCY STATUS CONFERENCE
## BY JULIA SELL AND MICHAEL SELL

**NOW INTO COURT,** through undersigned counsel, come former defendants and current non-parties, Julia Sell and Michael Sell (the "Sells"), who respectfully request an Emergency Status Conference. The Sells have requested a short continuance of their scheduled depositions currently set for January 30 – 31, 2023, to ensure that a Protective Order is in place and to enable them sufficient time to review any documents and transcripts that this Court may require to be produced prior to their depositions. The Sells have offered multiple dates in the month of February and March in order to ensure these depositions go forward as soon as feasible and pursuant to all proper protections and procedures. Plaintiffs, however, have objected to continuing the depositions. For these reasons, and as fully stated in the Memorandum in Support, the Sells respectfully request an Emergency Status Conference be set by the Court to address and resolve this issue.

{01402124.DOCX;1}

Respectfully Submitted:

**JEFF LANDRY**
**ATTORNEY GENERAL**
**By:** *<u>/s/ Keith A. Kornman</u>*
**SIDNEY W. DEGAN, III (#04804)**
**KEITH A. KORNMAN (#23169)**
**JENA W. SMITH (#25255)**
Special Assistant Attorneys General
**DEGAN, BLANCHARD & NASH**
400 Poydras Street, Suite 2600
New Orleans, LA 70130
Telephone: (504) 529-3333
Facsimile: (505) 529-3337
sdegan@degan.com
kkornman@degan.com
jsmith@degan.com
*Attorneys for Julia Sell and Michael Sell*