# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT COURT OF LOUISIANA

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | **CIVIL ACTION NO:** |
| | * | **3:21-CV-00242-WBV-SDJ** |
| | * | |
| **VERSUS** | * | **JUDGE: THE HONORABLE WENDY** |
| | * | **VITTER** |
| **LOUISIANA STATE** | * | |
| **UNIVERSITY, ET AL** | * | **MAGISTRATE: THE HONORABLE** |
| | * | **SCOTT D. JOHNSON** |
| | * | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## MEMORANDUM IN SUPPORT OF MOTION FOR EMERGENCY STATUS CONFERENCE BY JULIA SELL AND MICHAEL SELL

**MAY IT PLEASE THE COURT:**

Former defendants and current non-parties, Julia Sell and Michael Sell (the "Sells"), respectfully request an Emergency Status Conference in the instant matter regarding their request for a short continuance of their depositions, currently set for January 30-31, 2023. Plaintiffs do not object to the request for a status conference.

The Sells have requested a short continuance of their depositions to ensure that a Protective Order is in place and to enable them to have sufficient time to review any transcripts and documents that this Court may order be produced prior to their depositions. The Sells have offered multiple dates in the month of February and March in order to ensure these depositions go forward as soon as feasible and pursuant to all proper protections and procedures. Plaintiffs, however, have objected to any continuance of these depositions.

## I.    THE SELLS CONFERRED ON THIS ISSUE IN GOOD FAITH.

On Friday, January 20, 2023, the Sells requested a continuance of their depositions set to begin ten days later on January 30, 2023, because no Protective Order has been executed and there

is insufficient time to review any documents and transcripts that may be ordered produced by this Court in advance of their depositions.  The request for a continuance was also made in part because undersigned counsel is traveling to South Carolina to represent the Sells, and the Sells have their own schedules that must be managed. Plaintiffs objected to a continuance of these depositions.[1]

On Sunday, January 22, 2023, the Sells offered any of the following two consecutive dates to voluntarily appear for their reset depositions to ensure that there would be no prejudice to any parties caused by this short continuance.  The dates offered are as follows:

February 12, 13, 14, 15, 18, 19, 20, 21, 24, 25, 26, 27, 28,

March 1, 2, 3, 4, and 5.

Plaintiffs still objected to a continuance of these depositions and stated that they would "proceed with filing the appropriate motion" if the Sells failed to appear for their depositions.[2] Undersigned counsel, therefore, scheduled a discovery conference with Plaintiffs' counsel for 2:00 p.m. on Monday January 23, 2023, in an effort to reach an amicable resolution and reschedule the depositions to a mutually convenient date. That conference, while amicable, did not result in a resolution.

The Sells are well aware that this Court requires parties to confer in good faith and to make every effort to resolve discovery disputes on their own in order to avoid burdening the Court with these issues.[3]  However, faced with the Plaintiffs' objections to any continuance, the Sells respectfully request that this Court set an Emergency Status Conference to resolve the current impasse.

---

[1] See email chain between Keith Kornman and Elizabeth Abdnour, attached hereto as Exhibit 1.
[2] See *id.*
[3] See Doc. 249.

## II.    THE SELLS HAVE GOOD CAUSE FOR A CONTINUANCE OF THEIR DEPOSITIONS.

As this Court is aware, the Sells have requested a Protective Order in advance of their depositions.  The Defendants have agreed to all requests contained in the Protective Order.  The Plaintiffs agreed to some of the requests in the Protective Order but have refused to permit the Sells or counsel obtain documents and transcripts or attend the depositions of the three plaintiffs who had previously asserted claims against the Sells.

After a status conference with this Court on December 1, 2022, the Sells filed their Motion for Entry of Protective Order for Depositions of Julia Sell and Michael Sell and for Production of Specific Deposition Transcripts and Discovery Materials along with a Motion to Expedited Consideration on December 2, 2022.  The Motion for Expedited Consideration was granted, and the Motion for Protective Order is still pending before this Court.[4]

As shown in the email chain attached hereto as Exhibit 1, counsel for the Sells explained why a new date was necessary for their depositions to ensure that the dispute over the Protective Order was resolved and in place and to permit the Sells and counsel sufficient time to review any transcripts and documents that may be ordered to be produced in advance of the depositions. The Sells respectfully assert that they demonstrated the need for a Protective Order to govern their depositions in the pending Motion for Protective Order, before those depositions are taken.

Plaintiffs' counsel have stated that they cannot withdraw their objection to a continuance of the depositions.  It is therefore, clear that the requested Motion for Emergency Status

---

[4] See Docs. 265-273, 286, and 287.

Conference is necessary to resolve this issue prior to the current deposition dates of January 30-31, 2023.

## III.    CONCLUSION

The Sells want to ensure they are fully protected for their depositions pursuant to the requested Protective Order currently before the Court.  Eighteen separate dates over the course of five weeks, including dates on weekends and holidays, if necessary, were offered for the continuance of the depositions to ensure that the requested continuance was as short as possible and that the depositions could be taken as soon as possible after receipt of this Court's ruling. Plaintiffs have objected to any continuance of the depositions. The Sells, therefore, respectfully request an Emergency Status Conference to resolve the current impasse over the continuance of their depositions.

Respectfully Submitted:

**JEFF LANDRY**
**ATTORNEY GENERAL**
**By:** _/s/ Keith A. Kornman_
**SIDNEY W. DEGAN, III (#04804)**
**KEITH A. KORNMAN (#23169)**
**JENA W. SMITH (#25255)**
Special Assistant Attorneys General
**DEGAN, BLANCHARD & NASH**
400 Poydras Street, Suite 2600
New Orleans, LA 70130
Telephone: (504) 529-3333
Facsimile: (505) 529-3337
sdegan@degan.com
kkornman@degan.com
jsmith@degan.com
_Attorneys for Julia Sell and Michael Sell_