UNITED STATES DISTRICT COURT

MIDDLE DISTRICT COURT OF LOUISIANA

| | | |
|---|---|---|
| **ABBY OWENS, ET AL** | * | **CIVIL ACTION NO:** |
| | * | **3:21-CV-00242-WBV-SDJ** |
| | * | |
| **VERSUS** | * | **JUDGE: THE HONORABLE WENDY** |
| | * | **VITTER** |
| **LOUISIANA STATE** | * | |
| **UNIVERSITY, ET AL** | * | **MAGISTRATE: THE HONORABLE** |
| | * | **SCOTT D. JOHNSON** |
| | * | |

## ORDER

CONSIDERING former defendants and current non-parties, Julia Sell and Michael Sell's Motion for Emergency Status Conference:

IT IS HEREBY ORDERED that the Motion is **GRANTED** and a Status Conference is set for January _____, at _____ m., 2023.

**THUS DONE and SIGNED** in Baton Rouge, Louisiana, this\_\_\_\_\_ day of _____, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**
**SCOTT D. JOHNSON**

{01402170.DOCX;1}