**Keith Kornman**

| | |
|---|---|
| **From:** | Keith Kornman |
| **Sent:** | Monday, January 23, 2023 10:48 AM |
| **To:** | 'Elizabeth Abdnour' |
| **Cc:** | 'ALBERT VAN-LARE, ESQ.'; 'BAI@volalaw.com'; 'David.Charlton@bswllp.com'; 'Endya Hash'; 'Karen Truszkowski'; Melissa Kanellos; 'PGinsberg@mb-llp.com'; Sidney W. Degan, III; 'apardee@joneswalker.com'; 'aperkins@hamsil.com'; 'arlyn@longlaw.com'; 'bbb@longlaw.com'; 'bblack@joneswalker.com'; 'bcastoriano@frilot.com'; 'bchapman@millinglaw.com'; 'bluntd@phelps.com'; 'bmelton@fairclothlaw.com'; 'carroll.devillier@bswllp.com'; 'cbryant@mcglinchey.com'; 'cchetta@barrassousdin.com'; 'crasto@lawbr.net'; 'cullens@lawbr.net'; 'czainey@lambertzainey.com'; 'dpatin@hmhlp.com'; 'dphayer@burglass.com'; 'ealvarez@hamsil.com'; 'englishlaw2008@gmail.com'; 'furrs@phelps.com'; 'jbarrasso@barrassousdin.com'; 'jeffreyc@scwllp.com'; 'jfaircloth@fairclothlaw.com'; 'jguenard@joneswalker.com'; 'jnc@volalaw.com'; 'john@scwllp.com'; 'karleen.green@phelps.com'; 'katie@katielaskylaw.com'; 'kprice@fairclothlaw.com'; 'llesueur@barrassousdin.com'; 'lmeador@gallowayjohnson.com'; 'lpd@volalaw.com'; 'lwaters@barrassousdin.com'; 'map@longlaw.com'; 'maryannw@scwllp.com'; 'matt@katielaskylaw.com'; 'mbickford@mcglinchey.com'; 'michael.victorian@phelps.com'; 'molly.mcdiarmid@phelps.com'; 'mpharr@gjtbs.com'; 'papillion@lawbr.net'; 'phardin@joneswalker.com'; 'rcullota@frilot.com'; 'robin@sylvesterfirm.com'; 'rudyaguilar@mcglinchey.com'; 'sfl@longlaw.com'; 'slaborde@lalalawfirm.com'; 'tbrown@campbellbrownlaw.com'; 'wstewart@hamsil.com' |
| **Subject:** | RE: Owens v. LSU - Depositions of Julia and Michael Sell |

We will call you at 2:00 central time.



Keith A. Kornman
Partner

*Degan, Blanchard & Nash*
400 Poydras Street, Suite 2600
New Orleans, LA 70130
(504) 529-3333 Telephone
(504) 529-3337 Facsimile
kkornman@degan.com



CONFIDENTIALITY NOTICE
This transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by attorney-client privilege. The information is intended only for the use o

EXHIBIT
1

1

entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited.

**From:** Elizabeth Abdnour <elizabeth@abdnour.com>
**Sent:** Monday, January 23, 2023 10:31 AM
**To:** Keith Kornman <kkornman@degan.com>
**Cc:** ALBERT VAN-LARE, ESQ. <vanlareesq@aol.com>; BAl@volalaw.com; David.Charlton@bswllp.com; Endya Hash <endya@katielaskylaw.com>; Karen Truszkowski <karen@temperancelegalgroup.com>; Melissa Kanellos <mkanellos@degan.com>; PGinsberg@mb-llp.com; Sidney W. Degan, III <sdegan@degan.com>; apardee@joneswalker.com; aperkins@hamsil.com; arlyn@longlaw.com; bbb@longlaw.com; bblack@joneswalker.com; bcastoriano@frilot.com; bchapman@millinglaw.com; bluntd@phelps.com; bmelton@fairclothlaw.com; carroll.devillier@bswllp.com; cbryant@mcglinchey.com; cchetta@barrassousdin.com; crasto@lawbr.net; cullens@lawbr.net; czainey@lambertzainey.com; dpatin@hmhlp.com; dphayer@burglass.com; ealvarez@hamsil.com; englishlaw2008@gmail.com; furrs@phelps.com; jbarrasso@barrassousdin.com; jeffreyc@scwllp.com; jfaircloth@fairclothlaw.com; jguenard@joneswalker.com; jnc@volalaw.com; john@scwllp.com; karleen.green@phelps.com; katie@katielaskylaw.com; kprice@fairclothlaw.com; llesueur@barrassousdin.com; lmeador@gallowayjohnson.com; lpd@volalaw.com; lwaters@barrassousdin.com; map@longlaw.com; maryannw@scwllp.com; matt@katielaskylaw.com; mbickford@mcglinchey.com; michael.victorian@phelps.com; molly.mcdiarmid@phelps.com; mpharr@gjtbs.com; papillon@lawbr.net; phardin@joneswalker.com; rcullota@frilot.com; robin@sylvesterfirm.com; rudyaguilar@mcglinchey.com; sfl@longlaw.com; slaborde@lalalawfirm.com; tbrown@campbellbrownlaw.com; wstewart@hamsil.com
**Subject:** Re: Owens v. LSU - Depositions of Julia and Michael Sell

Hi Keith,

Unfortunately I have another call scheduled at that time and am not available.  I am open at 3 pm EST/2 pm CST.

Thanks,
Liz

On Mon, Jan 23, 2023 at 11:21 AM Keith Kornman <kkornman@degan.com> wrote:

Liz –

We will call you at 11:30 am central time today in advance of filing a Motion with the Court for an Emergency Status Conference. The number we have for you is 517-292-0067.  Please let us know if we should call a different telephone number.

Thank you,

Keith

Keith A. Kornman
Partner





*Degan, Blanchard & Nash*
400 Poydras Street, Suite 2600
New Orleans, LA 70130
(504) 529-3333 Telephone
(504) 529-3337 Facsimile
kkornman@degan.com

CONFIDENTIALITY NOTICE

This transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited.

**From:** Elizabeth Abdnour <elizabeth@abdnour.com>
**Sent:** Monday, January 23, 2023 9:17 AM
**To:** Keith Kornman <kkornman@degan.com>
**Cc:** ALBERT VAN-LARE, ESQ. <vanlareesq@aol.com>; BAI@volalaw.com; David.Charlton@bswllp.com; Endya Hash <endya@katielaskylaw.com>; Karen Truszkowski <karen@temperancelegalgroup.com>; Melissa Kanellos <mkanellos@degan.com>; PGinsberg@mb-llp.com; Sidney W. Degan, III <sdegan@degan.com>; apardee@joneswalker.com; aperkins@hamsil.com; arlyn@longlaw.com; bbb@longlaw.com; bblack@joneswalker.com; bcastoriano@frilot.com; bchapman@millinglaw.com; bluntd@phelps.com; bmelton@fairclothlaw.com; carroll.devillier@bswllp.com; cbryant@mcglinchey.com; cchetta@barrassousdin.com; crasto@lawbr.net; cullens@lawbr.net; czainey@lambertzainey.com; dpatin@hmhlp.com; dphayer@burglass.com; ealvarez@hamsil.com; englishlaw2008@gmail.com; furrs@phelps.com; jbarrasso@barrassousdin.com; jeffreyc@scwllp.com; jfaircloth@fairclothlaw.com; jguenard@joneswalker.com; jnc@volalaw.com; john@scwllp.com; karleen.green@phelps.com; katie@katielaskylaw.com; kprice@fairclothlaw.com; llesueur@barrassousdin.com; lmeador@gallowayjohnson.com; lpd@volalaw.com; lwaters@barrassousdin.com; map@longlaw.com; maryannw@scwllp.com; matt@katielaskylaw.com; mbickford@mcglinchey.com; michael.victorian@phelps.com; molly.mcdiarmid@phelps.com; mpharr@gjtbs.com; papillion@lawbr.net; phardin@joneswalker.com; rcullota@frilot.com; robin@sylvesterfirm.com; rudyaguilar@mcglinchey.com; sfl@longlaw.com;

slaborde@lalalawfirm.com; tbrown@campbellbrownlaw.com; wstewart@hamsil.com
**Subject:** Re: Owens v. LSU - Depositions of Julia and Michael Sell

Hi Keith,

Thank you for this additional explanation.  As I let you know on Friday, at this time, we plan to move forward with the depositions as scheduled.  If your clients do not appear, we will proceed with filing the appropriate motion.

Thanks,

Liz

On Mon, Jan 23, 2023 at 10:08 AM Keith Kornman <kkornman@degan.com> wrote:

We are stating that we cannot proceed with the depositions because there is no Protective Order in place.  Further, at this point we do not have sufficient time to review any transcripts or documents that the court may order to be produced pursuant to the pending motion.

We have, therefore, provided 18 possible days, including weekends and holidays, when we can reschedule the depositions over a three week period.  Please select any two consecutive days that meets your schedule and the Sells will appear on those dates assuming we have a signed Protective Order and at least ten days to review any documents that may be ordered to be produced.

If none of these dates work for you, please provide us with alternative dates in March.

Thank you,

Keith

 | Keith A. Kornman
Partner



*Degan, Blanchard & Nash*
400 Poydras Street, Suite 2600
New Orleans, LA 70130
(504) 529-3333 Telephone
(504) 529-3337 Facsimile
kkornman@degan.com

CONFIDENTIALITY NOTICE

This transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited.

**From:** Elizabeth Abdnour <elizabeth@abdnour.com>
**Sent:** Sunday, January 22, 2023 9:24 PM
**To:** Keith Kornman <kkornman@degan.com>
**Cc:** ALBERT VAN-LARE, ESQ. <vanlareesq@aol.com>; BAl@volalaw.com; David.Charlton@bswllp.com; Endya Hash <endya@katielaskylaw.com>; Karen Truszkowski <karen@temperancelegalgroup.com>; Melissa Kanellos <mkanellos@degan.com>; PGinsberg@mb-llp.com; Sidney W. Degan, III <sdegan@degan.com>; apardee@joneswalker.com; aperkins@hamsil.com; arlyn@longlaw.com; bbb@longlaw.com; bblack@joneswalker.com; bcastoriano@frilot.com; bchapman@millinglaw.com; bluntd@phelps.com; bmelton@fairclothlaw.com; carroll.devillier@bswllp.com; cbryant@mcglinchey.com; cchetta@barrassousdin.com; crasto@lawbr.net; cullens@lawbr.net; czainey@lambertzainey.com; dpatin@hmhlp.com; dphayer@burglass.com; ealvarez@hamsil.com; englishlaw2008@gmail.com; furrs@phelps.com; jbarrasso@barrassousdin.com; jeffreyc@scwllp.com; jfaircloth@fairclothlaw.com; jguenard@joneswalker.com; jnc@volalaw.com; john@scwllp.com; karleen.green@phelps.com; katie@katielaskylaw.com; kprice@fairclothlaw.com; llesueur@barrassousdin.com; lmeador@gallowayjohnson.com; lpd@volalaw.com; lwaters@barrassousdin.com; map@longlaw.com; maryannw@scwllp.com; matt@katielaskylaw.com; mbickford@mcglinchey.com; michael.victorian@phelps.com; molly.mcdiarmid@phelps.com; mpharr@gjtbs.com; papillion@lawbr.net; phardin@joneswalker.com; rcullota@frilot.com; robin@sylvesterfirm.com; rudyaguilar@mcglinchey.com; sfl@longlaw.com; slaborde@lalalawfirm.com; tbrown@campbellbrownlaw.com; wstewart@hamsil.com
**Subject:** Re: Owens v. LSU - Depositions of Julia and Michael Sell

Hi Keith,

To clarify, you are notifying us that the Sells will refuse to appear if a decision is not issued?

Thanks,

Liz

On Sun, Jan 22, 2023 at 10:08 PM Keith Kornman <kkornman@degan.com> wrote:

Liz –

Subject to the court issuing its decision on the pending motion, the Sells are willing to appear for their depositions and we have availability on any two consecutive days on February 12-15, February 18-21 (the 21st is Mardi Gras and we do not know if other attorneys in the case can attend that day) or February 24– March 5.

Please let us know what days work.

Keith



Keith A. Kornman
Partner

*Degan, Blanchard & Nash*
400 Poydras Street, Suite 2600
New Orleans, LA 70130
(504) 529-3333 Telephone
(504) 529-3337 Facsimile
kkornman@degan.com

CONFIDENTIALITY NOTICE

This transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited.


**From:** Elizabeth Abdnour <elizabeth@abdnour.com>
**Sent:** Friday, January 20, 2023 5:55 PM
**To:** Keith Kornman <kkornman@degan.com>
**Cc:** ALBERT VAN-LARE, ESQ. <vanlareesq@aol.com>; BAl@volalaw.com; David.Charlton@bswllp.com; Endya Hash <endya@katielaskylaw.com>; Karen Truszkowski <karen@temperancelegalgroup.com>; Melissa Kanellos <mkanellos@degan.com>; PGinsberg@mb-llp.com; Sidney W. Degan, III <sdegan@degan.com>; apardee@joneswalker.com; aperkins@hamsil.com; arlyn@longlaw.com; bbb@longlaw.com; bblack@joneswalker.com; bcastoriano@frilot.com; bchapman@millinglaw.com; bluntd@phelps.com; bmelton@fairclothlaw.com; carroll.devillier@bswllp.com; cbryant@mcglinchey.com; cchetta@barrassousdin.com; crasto@lawbr.net; cullens@lawbr.net; czainey@lambertzainey.com; dpatin@hmhlp.com; dphayer@burglass.com; ealvarez@hamsil.com; englishlaw2008@gmail.com; furrs@phelps.com; jbarrasso@barrassousdin.com; jeffreyc@scwllp.com; jfaircloth@fairclothlaw.com; jguenard@joneswalker.com; jnc@volalaw.com; john@scwllp.com; karleen.green@phelps.com; katie@katielaskylaw.com; kprice@fairclothlaw.com; llesueur@barrassousdin.com; lmeador@gallowayjohnson.com; lpd@volalaw.com; lwaters@barrassousdin.com; map@longlaw.com; maryannw@scwllp.com; matt@katielaskylaw.com; mbickford@mcglinchey.com; michael.victorian@phelps.com; molly.mcdiarmid@phelps.com; mpharr@gjtbs.com; papillion@lawbr.net; phardin@joneswalker.com; rcullota@frilot.com; robin@sylvesterfirm.com; rudyaguilar@mcglinchey.com; sfl@longlaw.com; slaborde@lalalawfirm.com; tbrown@campbellbrownlaw.com; wstewart@hamsil.com
**Subject:** Re: Owens v. LSU - Depositions of Julia and Michael Sell


Hi Keith,


These are virtual depositions which will be very easy to reschedule, which we do not consent to doing at this time. We would be happy to revisit this request if there is no order issued before Friday.


Alternately, we can agree to hold the depositions open for follow up if the decision comes after next Monday if your clients would prefer more certainty in terms of their schedules.


Thanks,

Liz

Get Outlook for iOS

---

**From:** Keith Kornman <kkornman@degan.com>
**Sent:** Friday, January 20, 2023 6:24 PM
**To:** Elizabeth Abdnour <elizabeth@abdnour.com>
**Cc:** ALBERT VAN-LARE, ESQ. <vanlareesq@aol.com>; BAI@volalaw.com <BAI@volalaw.com>; David.Charlton@bswllp.com <David.Charlton@bswllp.com>; Endya Hash <endya@katielaskylaw.com>; Karen Truszkowski <karen@temperancelegalgroup.com>; Melissa Kanellos <mkanellos@degan.com>; PGinsberg@mb-llp.com <PGinsberg@mb-llp.com>; Sidney W. Degan, III <sdegan@degan.com>; apardee@joneswalker.com <apardee@joneswalker.com>; aperkins@hamsil.com <aperkins@hamsil.com>; arlyn@longlaw.com <arlyn@longlaw.com>; bbb@longlaw.com <bbb@longlaw.com>; bblack@joneswalker.com <bblack@joneswalker.com>; bcastoriano@frilot.com <bcastoriano@frilot.com>; bchapman@millinglaw.com <bchapman@millinglaw.com>; bluntd@phelps.com <bluntd@phelps.com>; bmelton@fairclothlaw.com <bmelton@fairclothlaw.com>; carroll.devillier@bswllp.com <carroll.devillier@bswllp.com>; cbryant@mcglinchey.com <cbryant@mcglinchey.com>; cchetta@barrassousdin.com <cchetta@barrassousdin.com>; crasto@lawbr.net <crasto@lawbr.net>; cullens@lawbr.net <cullens@lawbr.net>; czainey@lambertzainey.com <czainey@lambertzainey.com>; dpatin@hmhlp.com <dpatin@hmhlp.com>; dphayer@burglass.com <dphayer@burglass.com>; ealvarez@hamsil.com <ealvarez@hamsil.com>; englishlaw2008@gmail.com <englishlaw2008@gmail.com>; furrs@phelps.com <furrs@phelps.com>; jbarrasso@barrassousdin.com <jbarrasso@barrassousdin.com>; jeffreyc@scwllp.com <jeffreyc@scwllp.com>; jfaircloth@fairclothlaw.com <jfaircloth@fairclothlaw.com>; jguenard@joneswalker.com <jguenard@joneswalker.com>; jnc@volalaw.com <jnc@volalaw.com>; john@scwllp.com <john@scwllp.com>; karleen.green@phelps.com <karleen.green@phelps.com>; katie@katielaskylaw.com <katie@katielaskylaw.com>; kprice@fairclothlaw.com <kprice@fairclothlaw.com>; llesueur@barrassousdin.com <llesueur@barrassousdin.com>; lmeador@gallowayjohnson.com <lmeador@gallowayjohnson.com>; lpd@volalaw.com <lpd@volalaw.com>; lwaters@barrassousdin.com <lwaters@barrassousdin.com>; map@longlaw.com <map@longlaw.com>; maryannw@scwllp.com <maryannw@scwllp.com>; matt@katielaskylaw.com <matt@katielaskylaw.com>; mbickford@mcglinchey.com <mbickford@mcglinchey.com>; michael.victorian@phelps.com <michael.victorian@phelps.com>; molly.mcdiarmid@phelps.com <molly.mcdiarmid@phelps.com>; mpharr@gjtbs.com <mpharr@gjtbs.com>; papillion@lawbr.net <papillion@lawbr.net>; phardin@joneswalker.com <phardin@joneswalker.com>; rcullota@frilot.com <rcullota@frilot.com>; robin@sylvesterfirm.com <robin@sylvesterfirm.com>; rudyaguilar@mcglinchey.com <rudyaguilar@mcglinchey.com>; sfl@longlaw.com <sfl@longlaw.com>; slaborde@lalalawfirm.com <slaborde@lalalawfirm.com>; tbrown@campbellbrownlaw.com <tbrown@campbellbrownlaw.com>; wstewart@hamsil.com <wstewart@hamsil.com>
**Subject:** RE: Owens v. LSU - Depositions of Julia and Michael Sell

Liz – We understand the desire to keep things on track, but we cannot proceed without a Protective Order or enough time to review any materials that the court may require to be produced. We do not believe that a continuance of a couple of weeks to permit the court to rule will prejudice anyone. It would be far preferable to work together to pick a new date than to go through another round of motion practice.

Thanks,

Keith



Keith A. Kornman
Partner



*Degan, Blanchard & Nash*
400 Poydras Street, Suite 2600
New Orleans, LA 70130
(504) 529-3333 Telephone
(504) 529-3337 Facsimile
kkornman@degan.com

CONFIDENTIALITY NOTICE

This transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited.

**From:** Elizabeth Abdnour <elizabeth@abdnour.com>
**Sent:** Friday, January 20, 2023 4:44 PM
**To:** Keith Kornman <kkornman@degan.com>
**Cc:** ALBERT VAN-LARE, ESQ. <vanlareesq@aol.com>; BAl@volalaw.com; David.Charlton@bswllp.com; Endya Hash <endya@katielaskylaw.com>; Karen Truszkowski <karen@temperancelegalgroup.com>; Melissa Kanellos <mkanellos@degan.com>; PGinsberg@mb-llp.com; Sidney W. Degan, III <sdegan@degan.com>; apardee@joneswalker.com; aperkins@hamsil.com; arlyn@longlaw.com; bbb@longlaw.com; bblack@joneswalker.com; bcastoriano@frilot.com; bchapman@millinglaw.com; bluntd@phelps.com; bmelton@fairclothlaw.com; carroll.devillier@bswllp.com; cbryant@mcglinchey.com; cchetta@barrassousdin.com; crasto@lawbr.net; cullens@lawbr.net; czainey@lambertzainey.com; dpatin@hmhlp.com; dphayer@burglass.com; ealvarez@hamsil.com; englishlaw2008@gmail.com; furrs@phelps.com; jbarrasso@barrassousdin.com; jeffreyc@scwllp.com; jfaircloth@fairclothlaw.com; jguenard@joneswalker.com; jnc@volalaw.com; john@scwllp.com; karleen.green@phelps.com; katie@katielaskylaw.com; kprice@fairclothlaw.com; llesueur@barrassousdin.com; lmeador@gallowayjohnson.com; lpd@volalaw.com; lwaters@barrassousdin.com;

map@longlaw.com; maryannw@scwllp.com; matt@katielaskylaw.com; mbickford@mcglinchey.com; michael.victorian@phelps.com; molly.mcdiarmid@phelps.com; mpharr@gjtbs.com; papillion@lawbr.net; phardin@joneswalker.com; rcullota@frilot.com; robin@sylvesterfirm.com; rudyaguilar@mcglinchey.com; sfl@longlaw.com; slaborde@lalalawfirm.com; tbrown@campbellbrownlaw.com; wstewart@hamsil.com
**Subject:** Re: Owens v. LSU - Depositions of Julia and Michael Sell

Hi Keith,

We do not consent to moving these depositions.

Thanks,

Liz

On Fri, Jan 20, 2023 at 5:26 PM Keith Kornman <kkornman@degan.com> wrote:

Liz, Endya, and Karen —

We are ten days before the tentative deposition dates and the court has not ruled on the Sells' Motion or approved the Protective Order. For the schedules of everyone involved, including the Sells, and due to the limited amount of time the Sells would have to review any transcripts or documents should the court rule in our favor, we believe it is prudent to continue the depositions currently set for January 30 and 31 to a new date. Please let us know what dates are available in February and we will work to set a new date as soon as possible. Hopefully, we will have a ruling soon.

Cordially,

Keith Kornman