UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

## MOTION TO EXTEND CERTAIN UNEXPIRED DEADLINES

NOW INTO COURT, through undersigned counsel, come Defendants, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, Verge Ausberry, Miriam Segar, Jennie Stewart and Jonathan Sanders (collectively, "Defendants"), who respectfully move this Court to extend certain unexpired deadlines in this matter. In support of this motion, the parties state as follows:

1.

Pursuant to this Court's current Scheduling Order (Docs. 247, 275), the current deadlines are:

- Defendants' expert report deadline: February 8, 2023;
- Witness and exhibit lists due: February 1, 2023;
- Plaintiffs' rebuttal expert report deadline: February 22, 2023;
- Discovery and deposition deadline: March 7, 2023;
- Submission date for summary judgment motions and motions in limine regarding the admissibility of expert testimony: April 4, 2023;
- Pretrial conference: June 1, 2023; and
- Trial: June 26, 2023.

2.

For reasons more fully detailed in the accompanying memorandum in support, good cause exists to adjust certain unexpired deadlines. For example, Plaintiffs' expert reports include information and conclusions that were not anticipated based on the disclosures contained in Plaintiffs' Expert Witness List. As a result, Defendants' experts' analyses must include these additional areas. Moreover, after reviewing Plaintiff's expert reports, Defendants have determined that Independent Medical Exams ("IMEs"), as well as other evaluations, are necessary and have provided dates for those IMEs between February 7 and February 21st.

3.

Because Defendants are unable to meet certain deadlines, even with an exercise of due diligence, Defendants desire a short extension of the following deadlines to the requested dates:

- Defendants' expert report deadline for Title IX expert: March 8, 2023;
- Defendants' expert report deadline for remaining experts: April 8, 2023;
- Witness and exhibit lists due: March 8, 2023;
- Discovery and deposition deadline: March 28, 2023;
- Submission date for summary judgment motions and motions in limine regarding the admissibility of expert testimony: May 9, 2023;

These deadlines would not interfere with completion of all deadlines and submissions before the June 1, 2023 pretrial conference date.

4.

Under Fed. R. Civ. P. 16, good cause exists to extend the specific deadlines at issue. The parties respectfully request an Amended Scheduling Order to include the new deadlines.

WHEREFORE, Defendants pray that the Motion be granted, extending the aforementioned deadlines.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY: */s/ Darren A. Patin*
Darren A. Patin
Hailey McNamara
*Special Assistant Attorney General*
3445 N. Causeway Boulevard, Suite 800
Metairie LA 70002
Ph.:   504-836-5986
Fax:   504-836-6565
dpatin@haileymcnamara.com
***Counsel for Defendant, Verge Ausberry***

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY: */s/ Dennis Phayer*
Dennis J. Phayer (La. Bar. No. 10408)
Gregory C. Fahrenholt (La. Bar No. 28572)
Craig J. Canizaro (La. Bar. No. 31086)
*Special Assistant Attorney General*
Burglass & Tankersley, LLC
5213 Airline Drive
Metairie, LA 70001
Ph.: (504) 836-0412
Fax: (504) 287-0452
Dphayer@burglass.com
gfahrenholt@burglass.com
***Counsel for Jennie Stewart***

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:   */s/ Susan W. Furr*
Susan W. Furr Bar Roll No.  19582
Karleen J. Green Bar Roll No.  25119
Shelton Dennis Blunt Bar Roll No. 21230
Michael B. Victorian Bar Roll No. 36065
Molly C. McDiarmid Bar Roll No. 36426
*Special Assistant Attorneys General*
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: 225 346 0285
Facsimile: 225 381 9197
Email: susie.furr@phelps.com
Email: karleen.green@phelps.com
Email: michael.victorian@phelps.com
Email: molly.mcdiarmid@phelps.com
***Counsel for the Board of Supervisors of Louisiana State University & Agricultural and Mechanical College***

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY: */s/ Mary Ann White*
John C. Walsh (LA 24903)
Jeffrey K. Cody (LA 28536)
Mary Ann White (LA 29020)
Shows Cali & Walsh, LLP
628 St. Louis Street (70802)
P.O. Box 4425
Baton Rouge LA  70821-4425
Ph:   225-346-1461
Fax: (225) 346-1467
john@scwllp.com
jeffreyc@scwllp.com
maryannw@scwllp.com
***Special Assistant Attorneys General***

- 3 -

*Counsel for Defendant, Miriam Segar*

**JEFF LANDRY
ATTORNEY GENERAL**

BY: */s/ William Large*
Mark R. Pharr, Bar Roll No. 21019
Lindsay Meador Young Bar Roll No. 31261
William F. Large Bar Roll No. 34837
Galloway Law Firm
*Special Assistant Attorneys General*
3861 Ambassador Caffery Pkwy., Ste. 300
Lafayette LA 70503
Ph.: (337) 735-1760
Fax: (337) 993-0933
tiger@gallowaylawfirm.com
LMeador@gallowaylawfirm.com
wlarge@gallowaylawfirm.com
**Counsel for Jonathan Sanders**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on January 23, 2023, with the Court's CM/ECF system, which will electronically send a copy of the same to all counsel of record.

/s/   *Susan W. Furr*_____
Susan W. Furr