## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion to Extend Certain Unexpired Deadlines is hereby set for submission before the Honorable Wendy B. Vitter on February 7, 2023, at 9:00 a.m.

    Respectfully submitted,

    **JEFF LANDRY**
    **ATTORNEY GENERAL**

BY:  /s/ *Susan W. Furr*
    Susan W. Furr Bar Roll No. 19582
    Karleen J. Green Bar Roll No. 25119
    Shelton Dennis Blunt Bar Roll No. 21230
    Michael B. Victorian Bar Roll No. 36065
    Molly C. McDiarmid Bar Roll No. 36426
    *Special Assistant Attorneys General*
    II City Plaza | 400 Convention Street, Suite 1100
    Baton Rouge, Louisiana 70802
    Telephone: 225 346 0285
    Facsimile: 225 381 9197
    Email: susie.furr@phelps.com
    Email: karleen.green@phelps.com
    Email: michael.victorian@phelps.com
    Email: molly.mcdiarmid@phelps.com
    ***Counsel for the Board of Supervisors of Louisiana State University & Agricultural and Mechanical College***

- 2 -

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY: <u>*/s/ Darren A. Patin*</u>
Darren A. Patin
Hailey McNamara
*Special Assistant Attorney General*
3445 N. Causeway Boulevard, Suite 800
Metairie LA 70002
Ph.:   504-836-5986
Fax:   504-836-6565
dpatin@haileymcnamara.com
***Counsel for Defendant, Verge Ausberry***

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY: <u>*/s/ Mary Ann White*</u>
John C. Walsh (LA 24903)
Jeffrey K. Cody (LA 28536)
Mary Ann White (LA 29020)
Shows Cali & Walsh, LLP
628 St. Louis Street (70802)
P.O. Box 4425
Baton Rouge LA  70821-4425
Ph:   225-346-1461
Fax: (225) 346-1467
john@scwllp.com
jeffreyc@scwllp.com
maryannw@scwllp.com
*Special Assistant Attorneys General*
***Counsel for Defendant, Miriam Segar***

**JEFF LANDRY**
 **ATTORNEY GENERAL**

BY: <u>*/s/ William Large*</u>
Mark R. Pharr, Bar Roll No. 21019
Lindsay Meador Young Bar Roll No. 31261
William F. Large Bar Roll No. 34837
Galloway Law Firm
*Special Assistant Attorneys General*
3861 Ambassador Caffery Pkwy., Ste. 300
Lafayette LA 70503
Ph.: (337) 735-1760
Fax: (337) 993-0933
tiger@gallowaylawfirm.com
LMeador@gallowaylawfirm.com
wlarge@gallowaylawfirm.com
***Counsel for Jonathan Sanders***

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY: <u>/s/ *Dennis Phayer*</u>
Dennis J. Phayer (La. Bar. No. 10408)
Gregory C. Fahrenholt (La. Bar No. 28572)

        Craig J. Canizaro (La. Bar. No. 31086)
*Special Assistant Attorney General*
Burglass & Tankersley, LLC
5213 Airline Drive
Metairie, LA 70001
Ph.: (504) 836-0412
Fax: (504) 287-0452
Dphayer@burglass.com
gfahrenholt@burglass.com
szarzeka@burglass.com
**Counsel for Jennie Stewart**

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2023, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CMECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

      */s/ Susan W. Furr*_____
      Susan W. Furr