## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

### MOTION FOR EXPEDITED CONSIDERATION

NOW INTO COURT, through undersigned counsel, come Defendants, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, Verge Ausberry, Miriam Segar, Jennie Stewart and Jonathan Sanders (collectively, "Defendants"), who respectfully request expedited consideration of their Motion to Extend Certain Unexpired Deadlines. In support of this motion, Defendants state as follows:

1.

Defendants filed a Motion to Extend Certain Unexpired Deadlines ("the Motion") and supporting memorandum in the above captioned matter contemporaneously with the instant motion. In the Motion, Defendants seek extensions of certain scheduling order deadlines, including the upcoming expert report deadline.

2.

Expedited consideration is warranted due to the existing deadline of February 8, 2023, for Defendants to submit their expert reports, which is one of the deadlines at issue in the Motion.

3.

The parties need expedited hearing to provide certainty on the status of the expert deadlines prior to expiration of the deadline. For example, Defendants have provided Plaintiffs with available dates to schedule IMEs of Plaintiffs, all to be completed in the month of February.

Plaintiffs have refused to schedule the IME sessions because the dates offered fall outside of the February 8th deadline. Defendants understand that Plaintiffs' sole objection to the IMEs is the timing of the expert deadline. Defendants want to avoid the loss of these available dates with the expert, if possible. Likewise, the reports that Defendants' experts provide will be greatly affected by whether this Court grants the Motion. Defendants need notice well in advance of the February 8th deadline in order to shape the scope of Defendants' expert reports.

4.

Accordingly, Defendants respectfully request expedited consideration of their Motion to Extend Certain Unexpired Deadlines and an expedited briefing schedule with respect to this matter.

WHEREFORE, Defendants respectfully request that this motion be granted, and further that this Court consider their Motion to Extend Certain Unexpired Deadlines on an expedited basis.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:   /s/ *Susan W. Furr*
Susan W. Furr Bar Roll No.  19582
Karleen J. Green Bar Roll No.  25119
Shelton Dennis Blunt Bar Roll No. 21230
Michael B. Victorian Bar Roll No. 36065
Molly C. McDiarmid Bar Roll No. 36426
*Special Assistant Attorneys General*
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: 225 346 0285
Facsimile: 225 381 9197
Email: susie.furr@phelps.com
Email: karleen.green@phelps.com
Email: michael.victorian@phelps.com
Email: molly.mcdiarmid@phelps.com

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY: */s/ Darren A. Patin*
Darren A. Patin
Hailey McNamara
*Special Assistant Attorney General*
3445 N. Causeway Boulevard, Suite 800
Metairie LA 70002
Ph.:    504-836-5986
Fax:    504-836-6565
dpatin@haileymcnamara.com
***Counsel for Defendant, Verge Ausberry***


**JEFF LANDRY**
**ATTORNEY GENERAL**

BY: /s/ *Dennis Phayer*
Dennis J. Phayer (La. Bar. No. 10408)
Gregory C. Fahrenholt (La. Bar No. 28572)
Craig J. Canizaro (La. Bar. No. 31086)
*Special Assistant Attorney General*
Burglass & Tankersley, LLC
5213 Airline Drive
Metairie, LA 70001
Ph.: (504) 836-0412
Fax: (504) 287-0452
Dphayer@burglass.com
gfahrenholt@burglass.com
***Counsel for Jennie Stewart***

*Counsel for the Board of Supervisors of Louisiana State University & Agricultural and Mechanical College*

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:  */s/ Mary Ann White*
John C. Walsh (LA 24903)
Jeffrey K. Cody (LA 28536)
Mary Ann White (LA 29020)
Shows Cali & Walsh, LLP
628 St. Louis Street (70802)
P.O. Box 4425
Baton Rouge LA  70821-4425
Ph:     225-346-1461
Fax: (225) 346-1467
john@scwllp.com
jeffreyc@scwllp.com
maryannw@scwllp.com
*Special Assistant Attorneys General*
***Counsel for Defendant, Miriam Segar***


**JEFF LANDRY**
**ATTORNEY GENERAL**

BY: */s/ William Large*
Mark R. Pharr, Bar Roll No. 21019
Lindsay Meador Young Bar Roll No. 31261
William F. Large Bar Roll No. 34837
Galloway Law Firm
*Special Assistant Attorneys General*
3861 Ambassador Caffery Pkwy., Ste. 300
Lafayette LA 70503
Ph.: (337) 735-1760
Fax: (337) 993-0933
tiger@gallowaylawfirm.com
LMeador@gallowaylawfirm.com
wlarge@gallowaylawfirm.com
***Counsel for Jonathan Sanders***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on January 23, 2023, with the Court's CM/ECF system, which will electronically send a copy of the same to all counsel of record.

/s/ _Susan W. Furr_____
Susan W. Furr