# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

## ORDER

CONSIDERING the Motion for Expedited Consideration filed by Defendants Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, Verge Ausberry, Miriam Segar, Jennie Stewart and Jonathan Sanders;

IT IS ORDERED that the Motion is GRANTED. The Court will issue an expedited briefing schedule with respect to the Motion for Extension of Certain Unexpired Deadlines.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
WENDY B. VITTER
UNITED STATES DISTRICT JUDGE