

Elizabeth Abdnour <elizabeth@abdnour.com>

# Owens- Experts

**Elizabeth Abdnour** <elizabeth@abdnour.com>  Sat, Dec 10, 2022 at 11:05 AM
To: "Susan Furr (2230)" <Susan.Furr@phelps.com>
Cc: "Camille Schwaner (2964)" <Camille.Schwaner@phelps.com>, Endya Hash <endya@katielaskylaw.com>, "Karleen J. Green (2244)" <Karleen.Green@phelps.com>, Katie Lasky <katie@katielaskylaw.com>, Paralegal KL Law <paralegal@katielaskylaw.com>

Hi Susie- that's fine- thank you

On Fri, Dec 9, 2022 at 5:26 PM Susan Furr (2230) <Susan.Furr@phelps.com> wrote:

> Hi Liz,
>
> I will check with the other defendants. I assume you are referring to a joint motion that would include the deadlines you mention below? Please advise so that I can include that in my email to the defendants.
>
> Thanks,
>
> Susie
>
> **From:** Elizabeth Abdnour <elizabeth@abdnour.com>
> **Sent:** Friday, December 9, 2022 3:23 PM
> **To:** Susan Furr (2230) <Susan.Furr@phelps.com>
> **Cc:** Endya Hash <endya@katielaskylaw.com>; Karleen J. Green (2244) <Karleen.Green@phelps.com>; Katie Lasky <katie@katielaskylaw.com>; Paralegal KL Law <paralegal@katielaskylaw.com>; Camille Schwaner (2964) <Camille.Schwaner@phelps.com>
> **Subject:** Re: Owens- Experts
>
> Hi Susie,
>
> I realized after the recent order from Judge Vitter that moving the defendants' expert deadlines that far out would put them after the deposition and witness/exhibit list deadlines. We can consent to the extension of defendants' expert reports to March 8, 2023 (35 days after prior February 1, 2023 deadline) if defendants are in agreement with extending the following deadlines:
>
> - Witness and exhibit lists: from February 1, 2023 to March 8, 2023
> - Rebuttal expert report deadline: from February 22, 2023 to March 29, 2023
> - Deposition deadline: from March 7, 2023 to April 11, 2023
> - Motion submission deadline: from April 4, 2023 to May 9, 2023
>
> This will still get everything completed before the June 1, 2023 pretrial date.
>
> Thanks,
>
> Liz
>
> On Fri, Dec 9, 2022 at 4:04 PM Susan Furr (2230) <Susan.Furr@phelps.com> wrote:
>
>> Hi Liz,
>>
>> We are filing a renewed motion for an extension of the same expert deadlines that you consented to before. We are providing additional grounds per the court's request. I assume you still consent to the extension. Would you please confirm?
>>
>> Thanks,
>>
>> Susie

**From:** Elizabeth Abdnour <elizabeth@abdnour.com>
**Sent:** Wednesday, November 30, 2022 6:55 PM
**To:** Susan Furr (2230) <Susan.Furr@phelps.com>
**Cc:** Endya Hash <endya@katielaskylaw.com>; Karleen J. Green (2244) <Karleen.Green@phelps.com>; Katie Lasky <katie@katielaskylaw.com>; Paralegal KL Law <paralegal@katielaskylaw.com>
**Subject:** Re: Owens- Experts

Yes- we consent. Thanks Susie.

On Wed, Nov 30, 2022 at 7:03 PM Susan Furr (2230) <Susan.Furr@phelps.com> wrote:

> Okay well we can now seek an extension of our corresponding expert deadlines to match your extension. I assume you still consent to that. Would you please let me know?
>
> Thanks,
> Susie
>
>> On Nov 30, 2022, at 5:24 PM, Elizabeth Abdnour <elizabeth@abdnour.com> wrote:
>>
>> Hi Susie,
>>
>> We were not planning to do that but we are open to discussion if you would like.
>>
>> Thanks,
>> Liz
>>
>> On Wed, Nov 30, 2022 at 6:13 PM Susan Furr (2230) <Susan.Furr@phelps.com> wrote:
>>
>>> Hi Liz,
>>>
>>> As you have probably seen, the court ruled already on the motion, addressing only your deadline. Are you planning on revising the draft motion we have to reflect her ruling and raise the other deadlines? Please let me know.
>>>
>>> Thanks,
>>> Susie
>>>
>>> **From:** Susan Furr (2230)
>>> **Sent:** Tuesday, November 29, 2022 5:01 PM
>>> **To:** 'Elizabeth Abdnour' <elizabeth@abdnour.com>
>>> **Cc:** Endya Hash <endya@katielaskylaw.com>; Karleen J. Green (2244) <Karleen.Green@phelps.com>; Katie Lasky <katie@katielaskylaw.com>; Paralegal KL Law <paralegal@katielaskylaw.com>; Karleen J. Green (2244) <Karleen.Green@phelps.com>
>>> **Subject:** RE: Owens- Experts
>>>
>>> Hi Liz,
>>>
>>> Here are proposed revisions. Would you please send the final version when you are ready, and I will make sure I have everyone's consent. I believe I do, but I just want to confirm with the final version.
>>>
>>> Thanks,

Susie

**From:** Elizabeth Abdnour <elizabeth@abdnour.com>
**Sent:** Monday, November 28, 2022 3:55 PM
**To:** Susan Furr (2230) <Susan.Furr@phelps.com>
**Cc:** Endya Hash <endya@katielaskylaw.com>; Karleen J. Green (2244) <Karleen.Green@phelps.com>; Katie Lasky <katie@katielaskylaw.com>; Paralegal KL Law <paralegal@katielaskylaw.com>
**Subject:** Re: Owens- Experts

Hi all - please see updated version attached.  Thanks.

> On Mon, Nov 28, 2022 at 4:49 PM Elizabeth Abdnour <elizabeth@abdnour.com> wrote:
>
>> Hi Susie - my mistake - I did not see some of the additional emails between you and Katie from Wednesday.  I am going to edit and resend to reflect that discussion.  Thanks.
>>
>> On Mon, Nov 28, 2022 at 4:12 PM Elizabeth Abdnour <elizabeth@abdnour.com> wrote:
>>
>>> Hi Susie - please see attached and let me know if the defendants have any edits - I could not remember what exactly we had discussed (if anything) re: extending the other deadlines so I just moved everything back 15 days so please let me know if that is not agreeable.
>>>
>>> Thanks,
>>>
>>> Liz
>>>
>>> On Mon, Nov 28, 2022 at 3:11 PM Elizabeth Abdnour <elizabeth@abdnour.com> wrote:
>>>
>>>> Great, thank you.
>>>>
>>>> On Mon, Nov 28, 2022 at 3:10 PM Susan Furr (2230) <Susan.Furr@phelps.com> wrote:
>>>>
>>>>> Yes that works.
>>>>>
>>>>> Susie
>>>>>
>>>>>> On Nov 28, 2022, at 1:01 PM, Elizabeth Abdnour <elizabeth@abdnour.com> wrote:
>>>>>>
>>>>>> Thank you so much Susie. We can prepare a stipulated motion and order and circulate, will that work?
>>>>>>
>>>>>>> On Mon, Nov 28, 2022 at 1:57 PM Susan Furr (2230) <Susan.Furr@phelps.com> wrote:
>>>>>>>
>>>>>>> Hi  - I have agreement from the defendants now. How would you like to proceed based on that information?
>>>>>>>
>>>>>>> Susie
>>>>>>>
>>>>>>>> On Nov 23, 2022, at 5:00 PM, Katie Lasky <katie@katielaskylaw.com> wrote:
>>>>>>>>
>>>>>>>> Thanks, Susie. I had not seen this when I called.
>>>>>>>>
>>>>>>>>> On Wed, Nov 23, 2022 at 3:30 PM Susan Furr (2230) <Susan.Furr@phelps.com> wrote:
>>>>>>>>>
>>>>>>>>> Hi – I have not received responses from the other defendants yet.  I emailed them yesterday, but I am assuming they are focusing on Thanksgiving.  Are you planning on filing today?  I will send another email prompting them, but I don't know whether I will receive a response.  I'll let you know if I hear from all.

Thanks,

Susie

---

**From:** Katie Lasky <katie@katielaskylaw.com>
**Sent:** Wednesday, November 23, 2022 11:00 AM
**To:** Susan Furr (2230) <Susan.Furr@phelps.com>
**Cc:** Elizabeth Abdnour <elizabeth@abdnour.com>; Karleen J. Green (2244) <Karleen.Green@phelps.com>; Endya Hash <endya@katielaskylaw.com>; Paralegal KL Law <paralegal@katielaskylaw.com>
**Subject:** Re: Owens- Experts

Good morning Susie,

Just circling back. We would like to get our motion on file today.

Thanks for working with your side on this.

Katie

> On Nov 22, 2022, at 1:46 PM, Katie Lasky <katie@katielaskylaw.com> wrote:
>
> One small clarification- we would ask that to the extent that defendants have experts other than vocational or economic, that they submit those reports by 2/1/2023 in accordance with the original deadlines, but the rest of what you wrote is correct. Thanks.
>
>> On Nov 22, 2022, at 1:32 PM, Susan Furr (2230) <Susan.Furr@phelps.com> wrote:
>>
>> As I am writing an email to them, I realized I should clarify the proposal on the table before communicating. You are proposing to submit your other experts reports on the deadline, with the exception of your vocational rehab and economist reports. You want to submit those two on 1/2/23 and then will not submit rebuttal reports for those. In exchange, defendants' deadline for submitting expert reports will now be 3/1/23. Is that correct? I just want to make sure I don't' misrepresent anything to the others.
>>
>> Thanks,
>>
>> Susie
>>
>> ---
>>
>> **From:** Susan Furr (2230)
>> **Sent:** Tuesday, November 22, 2022 1:21 PM
>> **To:** 'Katie Lasky' <katie@katielaskylaw.com>
>> **Cc:** Elizabeth Abdnour <elizabeth@abdnour.com>; Karleen J. Green (2244) <Karleen.Green@phelps.com>; Endya Hash <endya@katielaskylaw.com>; Paralegal KL Law <paralegal@katielaskylaw.com>
>> **Subject:** RE: Owens- Experts
>>
>> I will ask and get back with you.

Susie

**From:** Katie Lasky <katie@katielaskylaw.com>
**Sent:** Tuesday, November 22, 2022 1:15 PM
**To:** Susan Furr (2230) <Susan.Furr@phelps.com>
**Cc:** Elizabeth Abdnour <elizabeth@abdnour.com>; Karleen J. Green (2244) <Karleen.Green@phelps.com>; Endya Hash <endya@katielaskylaw.com>; Paralegal KL Law <paralegal@katielaskylaw.com>
**Subject:** Re: Owens- Experts

Hi Susie,

Sorry for the confusion with my email this morning. If we agree to waive rebuttal reports as to the economist and vocational expert, will the defendants be willing to extend the deadline by 4 weeks so that our reports will be due 1/2/2022 (since it's a Monday) and yours can be due 3/1/2023?

Thank you.

Katie

> On Nov 21, 2022, at 2:27 PM, Susan Furr (2230) <Susan.Furr@phelps.com> wrote:
>
> Hi Katie and Liz,
>
> I have spoken to the defendant group, and we can agree to a two-week extension (so long as it is matched with an equal extension of defendants' deadline). Our particular concern is the effect of a longer extension on the existing deadlines in the case, many of which will require substantial effort by defendants in a compressed time period (pushing expert deadlines close to other deadlines). We do not see how the 11162 pages that you mention would result in a substantial delay. While you are correct that we are awaiting medical records from the providers, they are plaintiffs' providers, so it seems that plaintiffs could have obtained these records much earlier, without waiting for our subpoenas. Are you planning on submitting rebuttal expert reports? If that is something you might be willing to forgo (perhaps based on the experts' turnaround time), that may give us a little wiggle room and allow us to consent to a bit more time, but I would need to check with all defendants about that.
>
> Please let me know.
>
> Thanks,
>
> Susie

**From:** Katie Lasky <katie@katielaskylaw.com>
**Sent:** Friday, November 18, 2022 5:28 PM
**To:** Susan Furr (2230) <Susan.Furr@phelps.com>; Elizabeth Abdnour <elizabeth@abdnour.com>
**Subject:** Owens- Experts

Hi Susie,

Thanks for your time this afternoon. To add some specifics to our request, here is some information on the medical records produced to date as well as those that we are still waiting for.

The LSU medical records were produced on November 8th and those total 1162 pages which is quite voluminous.

Also, according to our notes, we are also waiting for at least the following subpoena responses:

Ashlyn Robertson- waiting on responses to all 8 subpoenas issued by LSU

Calise Richardson- waiting on responses to at least 2 subpoenas issued by LSU

Corinn Hovis- waiting on responses to 2 subpoenas issued by LSU

Elisabeth Andries- waiting on response to 1 subpoena issued by LSU

Rayne Bradford- waiting on response to 2 subpoenas issued by LSU

Sarah Beth Kitch- waiting on response to 1 subpoena issued by LSU

Thank you,

Katie

--

**Elizabeth Abdnour**

Attorney at Law
Pronouns: she/her/hers

elizabeth@abdnour.com

P: (517) 292-0067 | F: (517) 709-7700

Elizabeth Abdnour Law, PLLC | www.abdnour.com
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915

NOTICE: This email and any attachments are confidential and may be protected by one or more legal privileges. It is intended solely for the use of the intended addressee. If you are not the intended recipient, any use, disclosure, copying or distribution of this email is unauthorized. Nothing in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message. If you have received this email in error, please immediately notify the sender by calling (517) 292-0067 and delete this email from your computer.

--

**Elizabeth Abdnour**

Attorney at Law
Pronouns: she/her/hers

elizabeth@abdnour.com

P: (517) 292-0067 | F: (517) 709-7700

Elizabeth Abdnour Law, PLLC | www.abdnour.com
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915

NOTICE: This email and any attachments are confidential and may be protected by one or more legal privileges. It is intended solely for the use of the intended addressee. If you are not the intended recipient, any use, disclosure, copying or distribution of this email is unauthorized. Nothing in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message. If you have received this email in error, please immediately notify the sender by calling (517) 292-0067 and delete this email from your computer.

--



**Elizabeth Abdnour**
Attorney at Law
Pronouns: she/her/hers

elizabeth@abdnour.com

P: (517) 292-0067 | F: (517) 709-7700

Elizabeth Abdnour Law, PLLC | www.abdnour.com
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915

NOTICE: This email and any attachments are confidential and may be protected by one or more legal privileges. It is intended solely for the use of the intended addressee. If you are not the intended recipient, any use, disclosure, copying or distribution of this email is unauthorized. Nothing in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message. If you have received this email in error, please immediately notify the sender by calling (517) 292-0067 and delete this email from your computer.