**LSU**

New search for... 🔍

❓ Help ☰

PRODUCTION WIZARD    REQUESTED PRODUCTIONS    CONTROL PARAMETERS    **LOG: DOHERTY EXPERT REPORT - RIC...**  ✕

Production: Doherty Expert Report - Richardson | Produced: Dec 13, 2022 3:56 pm | RICHARDSON_00024237–RICHARDSON_ | 2 items

Type here to filter items

☐ Deleted  ☐ Native  ☐ With redactions    ⬇ Download Log

| Name | Bates Range | Path |
|---|---|---|
| Vocational Eval Richardson final report.pdf | RICHARDSON_00024237–R... | 🏠/00 Expert Reports |
| Richardson Letter of Support_112322.pdf | RICHARDSON_00024265–R... | 🏠/00 Treating Providers Letters |

Support