

Elizabeth Abdnour <elizabeth@abdnour.com>

## Owens vs. LSU, et al

**Elizabeth Abdnour** <elizabeth@abdnour.com>   Fri, Jan 20, 2023 at 9:47 AM
To: "Susan Furr (2230)" <Susan.Furr@phelps.com>
Cc: Maryann White <maryannw@scwllp.com>, Katie Lasky <katie@katielaskylaw.com>, Caroline Tomeny <caroline@scwllp.com>, "dphayer@burglass.com" <dphayer@burglass.com>, Endya Hash <endya@katielaskylaw.com>, Jeffrey Cody <jeffreyc@scwllp.com>, John Walsh <john@scwllp.com>, Karen Truszkowski <karen@temperancelegalgroup.com>, "Karleen J. Green (2244)" <Karleen.Green@phelps.com>, "Michael B. Victorian (2249)" <Michael.Victorian@phelps.com>, "Molly McDiarmid (2245)" <Molly.McDiarmid@phelps.com>, William Large <WLarge@gallowaylawfirm.com>, "dpatin@hmhlp.com" <dpatin@hmhlp.com>, "Camille Schwaner (2964)" <Camille.Schwaner@phelps.com>

Hi Susie,

Thanks for your response. Our consent would hinge on the reason for the request. If, for example, someone had had an unexpected personal emergency that required additional time, of course we would be happy to consider that request. If the request is due to procrastination and a lack of planning, that's not a request we would likely consent to. At this point, we do not consent to any extensions as you have not provided us with any rationale for them and our understanding, based on the lack of communication after December 10, was that you no longer needed them.

Thanks,
Liz

On Fri, Jan 20, 2023 at 9:45 AM Susan Furr (2230) <Susan.Furr@phelps.com> wrote:

> Liz,
>
> I was simply asking whether or not you consent to the proposed deadlines. We do not imagine you will agree with our reasons, so we simply want to know whether you agree to the deadlines. In the event you are actually considering granting consent, our current draft of the motion is attached. If you consent/do not oppose any of the deadlines, please let us know if there is any qualifying language you would like for us to include (such as that you do not agree to the statements in the motion but you agree to the deadlines). Would you or Katie please provide us with the prompt response you promised below.
>
> Susie
>
>> On Jan 19, 2023, at 5:10 PM, Elizabeth Abdnour elizabeth@abdnour.com wrote:
>>
>> Hi Susie,
>>
>> Before we can assess this request and advise our clients on this, we need to know how you are explaining your rationale for these requests to the judge, and would like to see a draft of the motion you will file.
>>
>> The last time we consented to an extension for defendants' expert reports, the judge did not agree to the extension we consented to as she felt defendants did not provide sufficient rationale for the request, and she provided defendants with a one week extension. After that, we agreed to this schedule on December 10, and believed defendants were going to file a motion to that effect. No motion was filed, and we heard nothing more on the request, leading us to believe that defendants had changed their minds and

decided to stick with the schedule as ordered by Judge Vitter, setting defendants' expert report date at 2/8/23.

We then learned for the first time that defendants still sought an extension one week ago, on January 12. We do not understand what changed between December 10 and January 12. Your explanation that defendants were waiting to receive plaintiffs' expert reports to decide how much time they needed for theirs simply does not make logical sense to us. The time defendants' experts would have needed would be the same either way, and regardless, would be more than the two months that defendants would have had on December 10. And who is to say we would have agreed to an extension beyond those initial dates? We might have said no and then you would have spent a month doing nothing, hoping we would agree to more time, and be out of luck.

Therefore, please provide us with a draft of the motion you plan to file so we can assess what your rationale is for this request. Once we receive that, we will provide you with a prompt response as to whether we can consent to any of these requested extensions.

Thanks,

Liz

On Thu, Jan 19, 2023 at 5:42 PM Susan Furr (2230) <Susan.Furr@phelps.com> wrote:

> Hi Liz and Katie,
>
> As I believe either Mary Ann or I may have mentioned to you briefly over the last week, defendants desire a short extension of some of the deadlines. We are going to file a motion and need to confirm your position. Do you give your consent to any of the following as extended deadlines:
>
> · Defendants' expert report deadline for Title IX expert: March 8, 2023;
>
> · Defendants' expert report deadline for remaining experts: April 8, 2023;
>
> · Witness and exhibit lists due: March 8, 2023;
>
> · Discovery and deposition deadline: March 28, 2023;
>
> · Submission date for summary judgment motions and motions in limine regarding the admissibility of expert testimony: May 9, 2023;
>
> Please advise at your earliest convenience.
>
> Susie
>
> **From:** Elizabeth Abdnour <elizabeth@abdnour.com>
> **Sent:** Wednesday, January 18, 2023 3:00 PM
> **To:** Maryann White <maryannw@SCWLLP.COM>
> **Cc:** Caroline Tomeny <caroline@SCWLLP.COM>; DPhayer@burglass.com; Endya Hash

1/30/23, 5:45 PM  Elizabeth Abdnour Law Mail - Owens vs. LSU, et al

Case 3:21-cv-00242-WBV-SDJ   Document 299-3   01/30/23   Page 3 of 10

<endya@katielaskylaw.com>; Jeffrey Cody <jeffreyc@scwllp.com>; John Walsh <john@SCWLLP.COM>; Karen Truszkowski <karen@temperancelegalgroup.com>; Karleen J. Green (2244) <Karleen.Green@phelps.com>; Katie Lasky <katie@katielaskylaw.com>; Michael B. Victorian (2249) <Michael.Victorian@phelps.com>; Molly McDiarmid (2245) <Molly.McDiarmid@phelps.com>; Susan Furr (2230) <Susan.Furr@phelps.com>; William Large <WLarge@gallowaylawfirm.com>; dpatin@hmhlp.com
**Subject:** Re: Owens vs. LSU, et al

Hi Mary Ann,

All of these dates fall on or after the defendants' expert report deadline, which is February 8. We do not consent to dates after that deadline absent a court order modifying the deadline. Please provide dates before that deadline.

Thanks,

Liz

Get Outlook for iOS

---

**From:** Maryann White <maryannw@SCWLLP.COM>
**Sent:** Wednesday, January 18, 2023 3:55:58 PM
**To:** Elizabeth Abdnour <elizabeth@abdnour.com>
**Cc:** Caroline Tomeny <caroline@SCWLLP.COM>; DPhayer@burglass.com <dphayer@burglass.com>; Endya Hash <endya@katielaskylaw.com>; Jeffrey Cody <jeffreyc@scwllp.com>; John Walsh <john@SCWLLP.COM>; Karen Truszkowski <karen@temperancelegalgroup.com>; Karleen J. Green (2244) <Karleen.Green@phelps.com>; Katie Lasky <katie@katielaskylaw.com>; Michael B. Victorian (2249) <Michael.Victorian@phelps.com>; Molly McDiarmid (2245) <Molly.McDiarmid@phelps.com>; Susan Furr (2230) <Susan.Furr@phelps.com>; William Large <WLarge@gallowaylawfirm.com>; dpatin@hmhlp.com <dpatin@hmhlp.com>
**Subject:** RE: Owens vs. LSU, et al

Liz,

Thank you for your responses. We have received dates of availability from our psychology expert and request that the plaintiffs review the below dates and select one of the spots for their evaluation and testing. In order to accommodate the requests not to travel, the expert is working on administering remote testing and evaluations for all. These are his dates of availability to get this done for all plaintiffs.

Please note that the times are all eastern standard.

Tues 2/7, 10-1, 2-5

Wed 2/8, 2-5

Thurs 2/9, 4-7

Tues 2/14, 10-1, 2-5

Thurs 2/16, 4-7

Mon 2/20, 10-1, 2-5

Tues 2/21, 10-1

Thanks,

**Mary Ann McIntyre White**

Of Counsel

Shows, Cali & Walsh, L.L.P.

P.O. Drawer 4425

Baton Rouge, LA 70821

(225) 346-1461 | telephone

(225) 346-1467 | facsimile

maryannw@scwllp.com

www.scwllp.com

This e-mail (including attachments) is covered by the Electronic Communications Privacy Act, U.S.C. Sections 2510-2521, is confidential, and is legally privileged. This message and its attachments may also be privileged and attorney work product. They are intended for the individual or entity named above. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others. You are hereby noticed that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by responsive e-mail.

---

**From:** Elizabeth Abdnour <elizabeth@abdnour.com>
**Sent:** Saturday, January 14, 2023 8:29 AM
**To:** Maryann White <maryannw@SCWLLP.COM>
**Cc:** Caroline Tomeny <caroline@SCWLLP.COM>; DPhayer@burglass.com; Endya Hash <endya@katielaskylaw.com>; Jeffrey Cody <jeffreyc@scwllp.com>; John Walsh <john@SCWLLP.COM>; Karen Truszkowski <karen@temperancelegalgroup.com>; Karleen J. Green (2244) <Karleen.Green@phelps.com>; Katie Lasky <katie@katielaskylaw.com>; Michael B. Victorian (2249) <Michael.Victorian@phelps.com>; Molly McDiarmid (2245) <Molly.McDiarmid@phelps.com>; Susan Furr (2230) <Susan.Furr@phelps.com>; William Large <WLarge@gallowaylawfirm.com>; dpatin@hmhlp.com
**Subject:** Re: Owens vs. LSU, et al

Ashlyn Mize is available Mondays and Wednesdays. She is in Blue Ridge, GA and can travel as far as Atlanta, GA, or Chattanooga, TN.

On Sat, Jan 14, 2023 at 5:56 AM Elizabeth Abdnour <elizabeth@abdnour.com> wrote:

> Sarah Beth Kitch is available Baton Rouge, LA: Jan 23
>
> Houston, TX: Jan 24-26, Feb 2-3, 6-7.

On Fri, Jan 13, 2023 at 10:29 PM Elizabeth Abdnour <elizabeth@abdnour.com> wrote:

> Corinn Hovis is available January 19th, 25th, 26th, 27th, Feb 1st, 2nd, 3rd in Baton Rouge.
>
> Jade Lewis is available on Saturdays in Auckland, New Zealand.

On Fri, Jan 13, 2023 at 10:27 PM Elizabeth Abdnour <elizabeth@abdnour.com> wrote:

> Hi Mary Ann,
>
> I agree, which is why I am floored that this request is coming for the first time so late in the litigation process.
>
> Thanks,
>
> Liz

On Fri, Jan 13, 2023 at 9:18 PM Maryann White <maryannw@scwllp.com> wrote:

> Liz,
>
> Thank you for the information you have provided thus far. One of the factors in determining "what reasonable amount of time is needed for vocational rehab and psych expert report deadlines" is the availability of the plaintiffs and how that coincides with the availability of our experts.
>
> Sincerely,
>
> **Mary Ann McIntyre White**
>
> Of Counsel
>
> Shows, Cali & Walsh, L.L.P.
>
> P.O. Drawer 4425
>
> Baton Rouge, LA 70821
>
> (225) 346-1461 | telephone
>
> (225) 346-1467 | facsimile
>
> maryannw@scwllp.com
>
> www.scwllp.com

This e-mail (including attachments) is covered by the Electronic Communications Privacy Act, U.S.C. Sections 2510-2521, is confidential, and is legally privileged. This message and its attachments may also be privileged and attorney work product. They are intended for the individual or entity named above. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others. You are hereby noticed that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by responsive e-mail.

---

**From:** Elizabeth Abdnour <elizabeth@abdnour.com>
**Sent:** Friday, January 13, 2023 2:57 PM
**To:** Maryann White <maryannw@SCWLLP.COM>
**Cc:** Caroline Tomeny <caroline@SCWLLP.COM>; DPhayer@burglass.com; Endya Hash <endya@katielaskylaw.com>; Jeffrey Cody <jeffreyc@scwllp.com>; John Walsh <john@SCWLLP.COM>; Karen Truszkowski <karen@temperancelegalgroup.com>; Karleen J. Green (2244) <Karleen.Green@phelps.com>; Katie Lasky <katie@katielaskylaw.com>; Michael B. Victorian (2249) <Michael.Victorian@phelps.com>; Molly McDiarmid (2245) <Molly.McDiarmid@phelps.com>; Susan Furr (2230) <Susan.Furr@phelps.com>; William Large <WLarge@gallowaylawfirm.com>; dpatin@hmhlp.com
**Subject:** Re: Owens vs. LSU, et al

Hi Mary Ann,

I will reach out to them today and provide you with this information as soon as possible and by 4 pm Tuesday if possible, but given that it is now 4 pm EST on Friday before a holiday weekend, it is very possible we may not reach them before that date.

We are honestly shocked to learn that defendants have not even started determining "what reasonable amount of time is needed for vocational rehab and psych expert report deadlines" yet.

Thanks,

Liz

On Fri, Jan 13, 2023 at 3:52 PM Maryann White <maryannw@scwllp.com> wrote:

> Liz,
>
> Please give us availability of the plaintiffs in their hometowns while we consider whether to file a motion to have the plaintiffs come to Baton Rouge for the IMEs. We need this information for our motion for extension of expert deadlines so please provide your client's availability by 4:00pm on Tuesday, January 17. We are thinking we will request a 30 day extension of the Title IX expert report deadline and need to find out what reasonable amount of time is needed for vocational rehab and psych expert report deadlines.
>
> Thanks,

**Mary Ann McIntyre White**

Of Counsel

Shows, Cali & Walsh, L.L.P.

P.O. Drawer 4425

Baton Rouge, LA 70821

(225) 346-1461 | telephone

(225) 346-1467 | facsimile

maryannw@scwllp.com

www.scwllp.com

This e-mail (including attachments) is covered by the Electronic Communications Privacy Act, U.S.C. Sections 2510-2521, is confidential, and is legally privileged. This message and its attachments may also be privileged and attorney work product. They are intended for the individual or entity named above. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others. You are hereby noticed that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by responsive e-mail.

---

**From:** Elizabeth Abdnour <elizabeth@abdnour.com>
**Sent:** Thursday, January 12, 2023 6:17 PM
**To:** Maryann White <maryannw@SCWLLP.COM>
**Cc:** Caroline Tomeny <caroline@SCWLLP.COM>; DPhayer@burglass.com; Endya Hash <endya@katielaskylaw.com>; Jeffrey Cody <jeffreyc@scwllp.com>; John Walsh <john@SCWLLP.COM>; Karen Truszkowski <karen@temperancelegalgroup.com>; Karleen J. Green (2244) <Karleen.Green@phelps.com>; Katie Lasky <katie@katielaskylaw.com>; Michael B. Victorian (2249) <Michael.Victorian@phelps.com>; Molly McDiarmid (2245) <Molly.McDiarmid@phelps.com>; Susan Furr (2230) <Susan.Furr@phelps.com>; William Large <WLarge@gallowaylawfirm.com>; dpatin@hmhlp.com
**Subject:** Re: Owens vs. LSU, et al


Hi Mary Ann,


We will not be consenting to them traveling again. Please feel free to file a motion if you are not able to fly your evaluators to the locations of the non-BR plaintiffs.


Thanks,

Liz


On Thu, Jan 12, 2023 at 6:47 PM Maryann White <maryannw@scwllp.com> wrote:

> Hi Liz,

We believe the IMEs and conferences would need to be in-person in Baton Rouge. As I am sure you are aware, there are aspects of the examination that are required to be conducted in person. Please provide availability for your clients.

Thanks,

**Mary Ann McIntyre White**

Of Counsel

Shows, Cali & Walsh, L.L.P.

P.O. Drawer 4425

Baton Rouge, LA 70821

(225) 346-1461 | telephone

(225) 346-1467 | facsimile

[maryannw@scwllp.com](mailto:maryannw@scwllp.com)

[www.scwllp.com](http://www.scwllp.com)

This e-mail (including attachments) is covered by the Electronic Communications Privacy Act, U.S.C. Sections 2510-2521, is confidential, and is legally privileged. This message and its attachments may also be privileged and attorney work product. They are intended for the individual or entity named above. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others. You are hereby noticed that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by responsive e-mail.

---

**From:** Elizabeth Abdnour <elizabeth@abdnour.com>
**Sent:** Thursday, January 12, 2023 3:09 PM
**To:** Maryann White <maryannw@SCWLLP.COM>
**Cc:** Caroline Tomeny <caroline@SCWLLP.COM>; DPhayer@burglass.com; Endya Hash <endya@katielaskylaw.com>; Jeffrey Cody <jeffreyc@scwllp.com>; John Walsh <john@SCWLLP.COM>; Karen Truszkowski <karen@temperancelegalgroup.com>; Karleen J. Green (2244) <Karleen.Green@phelps.com>; Katie Lasky <katie@katielaskylaw.com>; Michael B. Victorian (2249) <Michael.Victorian@phelps.com>; Molly McDiarmid (2245) <Molly.McDiarmid@phelps.com>; Susan Furr (2230) <Susan.Furr@phelps.com>; William Large <WLarge@gallowaylawfirm.com>; dpatin@hmhlp.com
**Subject:** Re: Owens vs. LSU, et al

Hi Mary Ann,

I am the one who had spoken to Susie and what I had communicated was that we would not oppose the motion being filed by defendants; however, as we do not need an extension it would not be a joint motion. Given the strong objections defendants made when we needed extensions for our expert reports I am sure you understand that this is the most we can do for you.

1/30/23, 5:45 PM  Elizabeth Cutlow Law Mail - Owens vs. LSU, et al

Case 3:21-cv-00242-WBV-SDJ   Document 299-3   01/30/23   Page 9 of 10

> Please confirm that defendants are willing to conduct these examinations at the plaintiffs home locations and we can get their availability for you.
>
> Thanks,
>
> Liz
>
> On Thu, Jan 12, 2023 at 3:58 PM Maryann White <maryannw@scwllp.com> wrote:
>
>> Katie,
>>
>> We are requesting IMEs and vocational rehabilitation conferences for all plaintiffs in the above-captioned matter. I understand that you and Susie have discussed a potential joint motion to extend current expert deadlines. In order to determine the length of the extension needed for our expert report deadlines, I need to know how soon you can present the plaintiffs for an IME and a vocational rehab conference.
>>
>> Please advise at your earliest convenience.
>>
>> Thanks,
>>
>> **Mary Ann McIntyre White**
>>
>> Of Counsel
>>
>> Shows, Cali & Walsh, L.L.P.
>>
>> P.O. Drawer 4425
>>
>> Baton Rouge, LA 70821
>>
>> (225) 346-1461 | telephone
>>
>> (225) 346-1467 | facsimile
>>
>> maryannw@scwllp.com
>>
>> www.scwllp.com
>>
>> This e-mail (including attachments) is covered by the Electronic Communications Privacy Act, U.S.C. Sections 2510-2521, is confidential, and is legally privileged. This message and its attachments may also be privileged and attorney work product. They are intended for the individual or entity named above. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others. You are hereby noticed that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by responsive e-mail.
>
> --

1/30/23, 5:45 PM Elizabeth Abdnour Law Mail - Owens vs. BOS, et al

Case 3:21-cv-00242-WBV-SDJ   Document 299-3   01/30/23   Page 10 of 10

Elizabeth Abdnour Law, PLLC | www.abdnour.com
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915

NOTICE: This email and any attachments are confidential and may be protected by one or more legal privileges. It is intended solely for the use of the intended addressee. If you are not the intended recipient, any use, disclosure, copying or distribution of this email is unauthorized. Nothing in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message. If you have received this email in error, please immediately notify the sender by calling (517) 292-0067 and delete this email from your computer.