LSU

apryl pooley

🔍  ❓ Help  ☰

PRODUCTION WIZARD    REQUESTED PRODUCTIONS    CONTROL PARAMETERS    **LOG: POOLEY EXPERT REPORT**    ✕

| Production: Pooley Expert Report | Produced: Jan 4, 2023 5:30 pm | PLAINTIFFS_00001517-PLAINTIFFS_0000 | 1 item |

Type here to filter items    ☐ Deleted  ☐ Native  ☐ With redactions    ☁ Download Log

| Name | Bates Range | Path |
| --- | --- | --- |
| LSU expert report (Pooley).pdf | PLAINTIFFS_00001517-P... | 🏠/00 Expert Reports |

Support