UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

**MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO EXTEND CERTAIN UNEXPIRED DEADLINES**

NOW INTO COURT, through undersigned counsel, comes Defendant Board of Supervisors of Louisiana State University and Agricultural and Mechanical College and respectfully moves this Court for leave to file a brief reply in response to Plaintiffs' Opposition to Defendants' Motion to Extend Certain Unexpired Deadlines. In support of this motion, Defendant states as follows:

1.

Defendants filed a Motion to Extend Certain Unexpired Deadlines (the "Motion") on January 23, 2023. R. Doc. 293. Defendants also filed a Motion for Expedited Consideration, which this Court granted. R. Docs. 294, 295. Accordingly, the Motion was to be deemed submitted on January 30, 2023.

2.

New information occurred subsequent to the Motion being filed on January 23, 2023, the substance of which should be presented to this Court. Specifically, since Defendants filed the Motion, Plaintiffs submitted a **supplemental expert report** to Defendants on January 23, 2023. Plaintiffs also filed their Opposition to the Motion on January 30, 2023, which opposition suggests that "Since December 12, 2022, several of the plaintiffs have suffered health consequences. . . ."

Plaintiffs describe job impacts and health issues that have recently occurred and for which Defendants are entitled to Plaintiffs' records and evaluation by Defendants' experts.

3.

Plaintiffs' opposition also contained arguments and several allegations necessitating a response from Defendants.

WHEREFORE, Defendant prays that the Motion be granted and that Defendant be permitted to submit a reply brief in response to Plaintiffs' opposition.

Respectfully submitted,

**JEFF LANDRY
ATTORNEY GENERAL**

BY:  /s/ *Susan W. Furr*
Susan W. Furr Bar Roll No. 19582
Karleen J. Green Bar Roll No. 25119
Shelton Dennis Blunt Bar Roll No. 21230
Michael B. Victorian Bar Roll No. 36065
Molly C. McDiarmid Bar Roll No. 36426
*Special Assistant Attorneys General*
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: 225 346 0285
Facsimile: 225 381 9197
Email: susie.furr@phelps.com
Email: karleen.green@phelps.com
Email: michael.victorian@phelps.com
Email: molly.mcdiarmid@phelps.com
***Counsel for the Board of Supervisors of Louisiana State University & Agricultural and Mechanical College***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on January 30, 2023, with the Court's CM/ECF system, which will electronically send a copy of the same to all counsel of record.

/s/ *Susan W. Furr*
Susan W. Furr