## Molly McDiarmid (2245)

| | |
|---|---|
| **From:** | Elizabeth Abdnour <elizabeth@abdnour.com> |
| **Sent:** | Thursday, January 26, 2023 12:14 PM |
| **To:** | Susan Furr (2230); Maryann White; Caroline Tomeny; dphayer@burglass.com; Jeffrey Cody; John Walsh; Karleen J. Green (2244); Michael B. Victorian (2249); Molly McDiarmid (2245); William Large; Mark R. Pharr, III; Darin Patin |
| **Cc:** | Katie Lasky; Endya Hash; Karen Truszkowski; Stacey Marquez |
| **Subject:** | Supplement to Elisabeth Andries vocational report |

Hello all,

We will be sending along a supplement to Elisabeth Andries' vocational report which was prepared by our vocational expert after learning additional information from Elisabeth after the report was finalized. It will be coming to you via GoldFynch.

Thanks,
Liz


--

**Elizabeth Abdnour**

Attorney at Law
Pronouns: she/her/hers

elizabeth@abdnour.com

P: (517) 292-0067 | F: (517) 709-7700

Elizabeth Abdnour Law, PLLC | www.abdnour.com
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915

NOTICE: This email and any attachments are confidential and may be protected by one or more legal privileges. It is intended solely for the use of the intended addressee. If you are not the intended recipient, any use, disclosure, copying or distribution of this email is unauthorized. Nothing in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message. If you have received this email in error, please immediately notify the sender by calling (517) 292-0067 and delete this email from your computer.