UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

## ORDER

CONSIDERING the foregoing Motion for Leave to File Reply in Support of Motion to Extend Certain Unexpired Deadlines,

IT IS ORDERED that the Motion is GRANTED. Defendant's Reply Memorandum is filed into the record.

Signed this _____ day of _____, 2023.

_____
THE HONORABLE JUDGE WENDY B. VITTER