# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**  
*Plaintiffs*

**v.**

**BOARD OF SUPERVISORS OF**
**LOUISIANA STATE UNIVERSITY**
**AND AGRICULTURAL AND**
**MECHANICAL COLLEGE, ET AL.**
  *Defendants*

**Case No.: 3:21-cv-00242**

**Division WBV-SDJ**

**JUDGE WENDY B. VITTER**

**MAGISTRATE JUDGE JOHNSON**

**JURY DEMANDED**

## *EX PARTE* MOTION TO SUBSTITUTE

Plaintiffs, Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, and Sarah Beth Kitch ("Plaintiffs"), through undersigned counsel, respectfully move this Court to substitute the attached corrected Memorandum in Opposition in place of the previously filed Memorandum in Opposition to Defendants' Motion for Extension of Time for Certain Unexpired Deadlines (Doc 299). Plaintiffs previously filed an incorrect version of their Memorandum in Opposition, and Plaintiffs wish to create an accurate record for this Court by substituting the attached corrected version of this Memorandum in Opposition.

**WHEREFORE**, Plaintiffs pray that this *Ex Parte* Motion to Substitute be granted and the Corrected Memorandum in Opposition to Defendants' Motion for Extension of Time for Certain Unexpired Deadlines be substituted in place of the previously filed Memorandum in Opposition (Doc. 299).

Respectfully Submitted,

/s/Catherine E. Lasky

Karen Truszkowski                    Catherine E. Lasky (La. Bar 28652)
*Pro Hac Vice*                       Endya L. Hash (La. Bar 38260)
Temperance Legal Group               Katie Lasky Law
503 Mall Court #131                  619 Homedale Street
Lansing, Michigan 48912              New Orleans, Louisiana 70124
P: (844) 534-2560                    P: (504) 584-7336
F: (800) 531-6527                    F: (504) 375-2221
karen@temperancelegalgroup.com       katie@katielaskylaw.com
                                     endya@katielaskylaw.com

                                     Elizabeth K. Abdnour
                                     *Pro Hac Vice*
                                     Elizabeth Abdnour Law
                                     1100 W. Saginaw Street, Suite 4A-2
                                     Lansing, Michigan 48915
                                     P: (517) 292-0067
                                     F: (517) 709-7700
                                     elizabeth@abdnour.com

                                     *Attorneys for Plaintiffs*