UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.**<br>*Plaintiffs*<br><br>**v.**<br><br>**BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL.**<br> *Defendants* | Case No.: 3:21-cv-00242<br><br>Division WBV-SDJ<br><br>JUDGE WENDY B. VITTER<br><br>MAGISTRATE JUDGE JOHNSON<br><br>JURY DEMANDED |

## ORDER

**CONSIDERING** the *Ex Parte* Motion to Substitute filed by Plaintiffs;

**IT IS ORDERED** that the *Ex Parte* Motion to Substitute is **GRANTED**; Plaintiffs' substituted Corrected Memorandum in Opposition to Defendants' Motion for Extension of Time for Certain Unexpired Deadlines is hereby deemed filed in place of the original Memorandum in Opposition (Doc. 299).

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
WENDY B. VITTER
UNITED STATES DISTRICT JUDGE