UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL | CIVIL ACTION NO. 3:21-CV-00242 |
| VERSUS | JUDGE WENDY B. VITTER |
| LOUISIANA STATE UNIVERSITY, ET AL | MAGISTRATE JUDGE JOHNSON |

### EXHIBIT LIST ON BEHALF OF DEFENDANT, VERGE AUSBERRY

**NOW INTO COURT**, through undersigned counsel, comes **Verge Ausberry**, named defendant in this matter, who pursuant to this Court's *Second Amended Scheduling Order* (R. Doc. 247), and without waiving any rights, claims, motions, defenses, privileges, and expressly subject to supplementation and amendment, submits the following as the list of exhibits which he intends to utilize at the trial of this matter:

### DOCUMENTS OR EXHIBITS DEFENDANT WILL USE AT TRIAL

1) Husch Blackwell Report

2) (PLAINTIFFS_000264-000267) Student Employee Policies & Procedures (PL 000264-000267)

3) October 13, 2016 LSU Email Re: Annual Security and Fire Safety Report – 2016 (BOS 002475-002476)

4) Text messages between Calise Richardson and Verge Ausberry (Richardson 000816)

5) Email from Maria Richardson to Verge Ausberry dated September 17, 2018

6) (BOS-002574) LSU Student Health Center Email Re: Presentation Request (Apr 3, 2018)

7) (BOS-002575-002576) LSU Email Re: Hazing and Sexual Misconduct Not Tolerated at LSU (Aug 31, 2018)

8) (BOS-003357) LSU Email Re: Title IX Campus Climate Survey (Mar 21, 2019)

9) (BOS 003261) – LSU Flyer re: Reporting

10) (BOS 003262-3263) – LSU Student athlete reporting Flyer

11) BOS 003257 – November 19, 2020 email from LSU to students

12) BOS 003266 – Lighthouse Flyer

13) Any other document listed by any other party hereto;

14) Any and all documents previously disclosed under FRCP 26;

15) Any and all documents reviewed and/or relied upon by Defendants' Experts who are called to testify, including their CV's;

16) LSU Transcripts for all Plaintiffs

17) LSU Communications regarding the Annual Security & Fire Safety Report

18) LSU Communications regarding Safety Information

19) LSU Communications regarding Title IX Campus Climate Survey

20) LSU MyStudentBody Essentials Course

21) "Tigers Are Committed" Materials

22) LSU sexual misconduct training materials provided to employees, students, or staff

23) Title IX Booklet to Senate Select Committee – BOS 000067-000205

24) Relevant policies and procedures of the Board applicable to Plaintiffs, including the PM-73 policy and any acknowledgements of such policies signed by Plaintiffs

**DOCUMENTS OR EXHIBITS THAT MAY BE USED AT TRIAL**

1. Email dated January 26, 2016 from Miriam Segar to Ashlyn Mize.

2. February 1, 2016 letter from Mari Fuentes-Martin to Ashlyn Mize

3. February 8, 2016 emails between Mari Fuentes-Martin to Ashlyn Mize

4. BOS 002475-2476 – Public Affairs email dated October 13, 2016

5. (BRENNAN_00000111-00000112) Text Messages btw Samantha Brennan and John Doe

6. (BRENNAN_000051-000055) Text Messages involving Samantha Brennan

7. (BRENNAN_0000105-0000110) Text Messages btw Samantha Brennan and Luke Dudley

8. (BRENNAN_0000105-0000110) Messages btw Samantha Brennan and Patrick Bergeron

9. (PLAINTIFFS_000001-000010) LSUPD Police Report Re: Samantha Brennan

10. (PLAINTIFFS_00001205) Text Message btw Samantha Brennan and Miriam Segar

11. (BOS-002577-002579) Email between Calise Richardson and Allyson Kelly Re: Parking Ticket (Aug 2018)

12. (BOS-002607-002609) Email between Calise Richardson and Tracy K. Blanchard Re: Follow Up (Oct 2018)

13. (BOS-001238-001239) Jeff Scott Interview with Calise Richardson (Oct 3, 2018)

14. (BOS-001289) Jeff Scott Interview with Sharon Lewis (Nov 5, 2018)

15. (BOS-001275-001277) Email between Jeff Scott and Sharon Lewis (Nov 5, 2018)

16. (BOS-001291) Jeff Scott Interview with Verge Ausberry (Nov 9, 2018)

17. (BOS-001267-001272) PM73 Report of Jeffrey Scott (Nov 16, 2018)

18. (RICHARDSON_00000155-00000168) Written Statement by Calise Richardson

19. Human Relations Risk Training Acknowledgement Form of Kennon Johnson

20. PM73 Complaint Form by Miriam Segar dated Jan 29, 2019

21. BOS 001836-1837 – LSU PM73 Complaint Form submitted April 26, 2018

22. BOS 001838 – Interview notes dated June 5, 2018

23. BOS 001839-1840 – Case File Notes from PM73 Complaint Form submitted April 26, 2018

24. BOS 001849 – LSU Police Department Initial Report Form dated June 18, 2018

25. BOS 001851 – Student Statement Form dated July 11 (John Coe)

26. BOS 001852-1855 – Pictures of Jade Lewis alleged injuries

27. BOS 001856 – Picture of Jade Lewis alleged injury

28. BOS 001857 – 1862 – LSU PM73 Complaint Form submitted June 18, 2018

29. BOS 001863 – 1864 – text messages between John Coe and Jade Lewis

30. BOS 001865 – 1872 – text messages between John Coe and Jade Lewis and pictures of alleged injuries

31. BOS 001873 – LSU Police Incident Notification Form – dated August 17, 2018

32. BOS 001874-1888 – Letter to John Coe re: interim suspension dated August 23, 2018

33. BOS 001889 – Letter to John Coe re: full interim suspension dated August 30, 2018

34. BOS 001891 - 1907- Letter to John Coe dated September 10, 2018 re: interview

35. BOS 001919-1922 – Affidavit for Arrest (John Coe) dated September 15, 2018

36. BOS 001924-1926 – Bill of Information dated January 1, 2019

37. BOS 001927 – Attorney communication re: waiver of appeal

38. BOS 001928-1939 – Report of Investigator dated July 3, 2019

39. BOS 001940-1958 – Letter dated July 10, 2019 re: charges and interview

40. BOS 001959 – Letter dated July 15, 2019 re: rescheduled meeting

41. BOS 001960 – John Coe written statement dated July 17, 2019

42. BOS 001961-1962 – Case Resolution Form dated July 17, 2019

43. BOS 001963-1978 – Letter to John Coe dated July 18, 2019 re: expulsion

44. BOS 001979-1993 – Memorandum to Victim dated July 18, 2019

45. BOS 001996-1997 – LSU PM73 Complaint Form dated November 25, 2019

46. BOS 001998-1999 – Case File Notes from November 23, 2019 incident

47. BOS 002000-2002 – Case File for November 23, 2019 incident

48. BOS 002003 – 2005 – LSU Police Department Voluntary Statements re: June 18, 2018 incident

49. BOS 002006 – 2022 – LSU Police Department Incident File – June 18, 2018 incident

50. BOS 002023 – 2096 – LSU files re: Jade Lewis

51. BOS 002214 - 2229 – Letter to Jade Lewis re: interview dated May 14, 2018

52. BOS 003238 – Campus email dated March 21, 2019

53. BOS 003239-3241 – Email communication with Jade Lewis and Jonathan Sanders dated June 11, 2019

54. BOS 003248 – Email to Jade Lewis from LSU dated October 1, 2019

55. BOS 003250 – 3251 – October 5, 2020 communication to Jade Lewis from LSU

56. BOS 003253-3254 – November 16, 2020 email communication from Scott Woodward to Jade Lewis

57. BOS 003255-3256 – November 19, 2020 email from Tom Galligan to LSU students

58. BOS 003258 003259– March 5, 2021 email from Scott Woodward to Jade Lewis

59. BOS 003260 – Email from LSU to Jade Lewis re: Real Response

60. BOS 003264-3265 – Email from LSU to Jade Lewis dated March 9, 2021 re: meeting and resources

61. BOS 03267 – Email from Miriam Segar to Jade Lewis re: annual Title IX training dated September 5, 2019

62. BOS 003268 - Email from Miriam Segar to Jade Lewis re: reminder of annual Title IX training dated September 9, 2019

63. BOS 0016599 – 16570 – LSU Police Supplemental Report re: June 18, 2018 incident

64. BOS 0016601-16603 – September 29, 2019 LSU PM73 Complaint Form and acknowledgment email

65. BOS 0016607-16609 – June 18, 2018 LSU PM73 Complaint Form and acknowledgment email

66. BOS 0016681-16683 – August 13, 2018 LSU PM73 Complaint Form and acknowledgment email

67. BOS 0016684-16686 – April 26, 2018 LSU PM73 Complaint Form and acknowledgment email

68. BOS 0016693-16695 – August 14, 2018 LSU PM73 Complaint Form and acknowledgment email.

69. BOS 0016696-16698 – June 4, 2019 LSU PM73 Complaint Form and acknowledgement email.

70. BOS 0016699-16701–November 14, 2018 LSU PM73 Complaint Form and acknowledgment email.

71. BOS 0016840 – Email dated August 31, 2018 re: expulsion of John Coe

72. BOS 0019973-19974 – Interview notes from meeting with Jade Lewis

73. BOS 0019975 – Interview notes from meeting with John Coe's roommate

74. BOS 0019976 – Interview notes from meeting with Jade Lewis teammate

75. BOS 0019977 – Interview notes from meeting with Jade Lewis
76. BOS 0019978 – Interview notes from student meeting
77. BOS 002003 – 2014 – LSU Police written witness statements and other documentation
78. BOS 002097-2191 – LSU Police Department reports
79. BOS 016602-016603 – September 29, 2019 PM73 Complaint Form
80. BOS 016700-16701 – November 14, 2018 PM73 Complaint Form
81. BOS 000359-360 – Jade Lewis statement
82. Deposition of Sharon Lewis
83. Deposition of Calise Richardson
84. Deposition of Samantha Brennan
85. Deposition of Corrine Hovis
86. Deposition of Jane Doe
87. Deposition of Abby Owens
88. Deposition of Jade Lewis
89. Deposition of Sarah Beth Kitch
90. Deposition of Ashlyn Brooke Mize
91. Deposition of Elizabeth Andries
92. Deposition of Kennan Johnson
93. Plaintiffs' relevant academic records
94. Relevant documents, reports, statements (electronic, recorded and/or written) by any third party health care provider, billing agency, insurer, legal representative and/or case manager, concerning or relating to any allegations in this matter
95. Plaintiffs' relevant income tax returns
96. Relevant training records (including but not limited to athletics department trainings and mystudentbody.edu trainings) and campus communications related to sexual misconduct, dating violence, Title IX, campus climate and safety surveys

97. Relevant records and electronic data of the university, including e-mail and/or electronically stored information ("ESI") made available as digital image files, concerning or related to Plaintiffs' claims

98. Any other relevant documents regarding Plaintiffs' claims for liability or damages, including but not limited to, audio recordings, documents, information, emails and/or ESI

99. Any relevant documents or statements by or regarding Plaintiffs or any potential witness (fact or expert) in the public record or media

100. Relevant documents relating to other lawsuits, litigation, court or administrative proceedings to which Plaintiffs were either a plaintiff, defendant, witness and/or third party

101. Any and all documents offered and admitted into evidence by any other party to this matter, and at trial;

102. Any and all documents attached to any depositions taken in this matter;

103. Any and all documents attached to any pleadings filed in this matter;

104. Any and all documents necessary for impeachment purposes; and

105. Any other documents previously produced in discovery by any party.

Defendant, Verge Ausberry, reserves the right to supplement this list of exhibits to identify additional documents and/or exhibits, to be named at a later date, as discovery continues in this matter, and/or to supplement this list of exhibits should the Court extend the current deadline.

Respectfully Submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY: __/s/Darren A. Patin__
   **DARREN A. PATIN, #23244**

DAP Library:2596-70719\S_C-016713_1 _1

Special Assistant Attorney General
3445 North Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone: (504) 836-6500
dpatin@hmhlp.com
*Counsel for Defendant, Verge Ausberry*

## CERTIFICATE OF SERVICE

I, Darren Patin, attorney for Defendant, do hereby certify that I have date electronically filed the above and foregoing with the Clerk of the Court by using the CM/ECF system, and/or by email provided a true and correct copy of the foregoing to all counsel of record.

**SO CERTIFIED** this the 1st day of February, 2023.

*s/ Darren A. Patin*
_____
**DARREN A. PATIN**