THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

### DEFENDANT JONATHAN SANDERS'S WITNESS AND EXHIBIT LIST

Defendant Jonathan Sanders ("Defendant"), by and through undersigned counsel, files this Witness and Exhibit List in accordance with this Court's Second Amended Scheduling Order. [Rec. Doc. 247.]

Defendant hereby adopts and incorporates as its own the Witness and Exhibit List filed by Defendant the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College. [Rec. Doc. 305.]

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:   */s/ William F. Large*
Mark R. Pharr, III, Bar Role No. 21019
Lindsay Meador Young, Bar Roll No. 31261
William F. Large, Bar Roll No. 34837
*Special Assistant Attorneys General*
3861 Ambassador Caffery Pkwy., Ste. 300
Lafayette, LA 70503
Phone: 337-735-1760
Fax: 337-993-0933

ATTORNEYS FOR JONATHAN SANDERS