MINUTE ENTRY
VITTER, J.
FEBRUARY 2, 2023
JS10, 1:00

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.                              CIVIL ACTION

VERSUS                                          NO. 21-242-WBV-SDJ

LOUISIANA STATE UNIVERSITY, ET AL.

## TELEPHONE STATUS CONFERENCE REPORT and ORDER

On February 2, 2023, at the Court's request, the Court held a Telephone Status

Conference in this matter.

**PRESENT:**

> **Elizabeth K. Abdnour, Karen Truszkowski, Lindsay Marum[1]**
> Counsel for Plaintiffs, Abby Owens, Kennan Johnson, Samantha Brennan, Elisabeth Andries, Jade Lewis, Calise Richardson, Ashlyn Robertson, Corinn Hovis, Sarah Beth Kitch, Jane Doe, Other Unidentified Does

> **Susan W. Furr, Molly C. McDiarmid**
> Counsel for Defendant, Board Of Supervisors for Louisiana State University and Agricultural and Mechanical College

> **Dennis J. Phayer, Craig Canizaro**
> Counsel for Defendant, Jennie Stewart

> **Darren A. Patin**
> Counsel for Defendant, Verge Ausberry

> **John C. Walsh, Mary A. White, Jeffrey K. Cody, Caroline M. Tomeny**
> Counsel for Defendant, Miriam Segar

---

[1] Although Lindsay Marum is not enrolled as counsel in this case, opposing counsel voiced no objection to her participating in the conference.

**William F. Large**
Counsel for Defendants, Jonathan Sanders

During the conference, the Court discussed with counsel the status of the case and several pending motions.  The Court first addressed the two Ex Parte Motions for Leave to File Under Seal, filed by defendants, the Board of Supervisors for Louisiana State University and Agricultural and Mechanical College and Jennie Stewart.[2]  After hearing from counsel, and relying upon clear precent from the Fifth Circuit regarding the sealing of information filed into the judicial record,[3] the Court issued an **oral Order DENYING** both motions.  In doing so, the Court specified that if the real name of plaintiff, Jane Doe, appears in any proposed trial exhibits, counsel shall replace it with "Jane Doe."  Counsel for the Plaintiffs voiced no objection to this course of action.

The Court then addressed the pending *Ex Parte* Motion to Substitute,[4] filed by Plaintiffs, who seek to substitute a revised Opposition brief [5] for Plaintiffs' Memorandum in Opposition to Defendants' Motion for Extension of Time for Certain Unexpired Deadlines. [6]  After hearing counsel's explanation for the request to substitute, and hearing no objection from opposing counsel, the Court issued an **oral Order GRANTING** the Motion to Substitute.  The Court then turned to the Defendants' Motion to Extend Certain Unexpired Deadlines. [7]  As previously

---

[2] R. Docs. 305 & 310.
[3] *See, Binh Hoa Le v. Exeter Finance Corp.,* 990 F.3d 410, 417-419 (5th Cir. 2021); *June Medical Services, LLC v. Phillips*, 22 F.4th 512, 519-521 (5th Cir. 2022).
[4] R. Doc. 301.
[5] R. Doc. 301-1.
[6] R. Doc. 299.
[7] R. Doc. 293.

mentioned, Plaintiffs oppose the Motion[8] and the Board of Supervisors for Louisiana State University and Agricultural and Mechanical College filed a Reply brief in further support of the Motion.[9]  After giving counsel an opportunity to provide further arguments in support of their respective positions, the Court found that Defendants had shown good cause exists under Fed. R. Civ. P. 16 to amend the Second Amended Scheduling Order,[10] as amended,[11] with respect to the remaining pretrial deadlines, except for the Final Pretrial Conference and trial dates.  As such, the Court issued an **oral Order GRANTING as modified** the Motion.

Accordingly,

**IT IS HEREBY ORDERED** that the Ex Parte Motion for Leave to File Under Seal filed by the Board of Supervisors for Louisiana State University and Agricultural and Mechanical College,[12] and the Ex Parte Motion for Leave to File Under Seal filed by Jennie Stewart[13] are **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiffs' *Ex Parte* Motion to Substitute[14] is **GRANTED.**  The Clerk's Office is directed to replace the original Opposition brief[15] with Plaintiffs' revised Opposition brief.[16]

---

[8] R. Doc. 299.
[9] R. Doc. 304.
[10] R. Doc. 247.
[11] R. Docs. 261, 275.
[12] R. Doc. 305.
[13] R. Doc. 310.
[14] R. Doc. 301.
[15] R. Doc. 299.
[16] R. Doc. 301-1.

**IT IS FURTHER ORDERED** that the Motion to Extend Certain Unexpired Deadlines[17] is **GRANTED as modified.** The Court's Second Amended Scheduling Order,[18] as amended,[19] is further **AMENDED** with respect to the following deadlines:

1. Written reports of Title IX experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants shall be obtained and delivered to counsel for Plaintiffs as soon as possible, but in no event later than **March 1, 2023.**

2. Written reports of all other experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants, shall be obtained and delivered to counsel for Plaintiffs as soon as possible, but in no event later than **March 22, 2023.** This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

3. Written rebuttal reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, shall be obtained and delivered to counsel for Defendants no later than **April 5, 2023.** Plaintiffs are cautioned that rebuttal reports should be strictly limited to opinions in response to the Defendants' expert reports.

4. Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial no later than **March 1, 2023.**

---

[17] R. Doc. 293.
[18] R. Doc. 247.
[19] R. Docs. 261, 275.

5.  Depositions for trial use shall be taken and all discovery shall be completed no later than **April 17, 2023**.

6.  All non-evidentiary pretrial motions, including motions for summary judgment and motions *in limine*, shall be filed in sufficient time to permit a submission date of **May 9, 2023.**

The June 1, 2023 Final Pretrial Conference date and the June 26, 2023 trial date[20] remain in effect.

New Orleans, Louisiana, February 2, 2023.

**WENDY B. VITTER**
**United States District Judge**

---

[20] R. Doc. 247.