UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

### *EX PARTE* MOTION TO STRIKE DOC. 305

**NOW INTO COURT**, through undersigned counsel, comes defendant the Board of Supervisors for Louisiana State University and Agricultural and Mechanical College (the "Board"), which respectfully represents:

1.

On February 1, 2023, the Board filed a Motion to Seal (the "Motion") its Witness and Exhibit List (the "List"), which it attached to the Motion. R. Doc. 305.

2.

On February 2, 2023, this Court held a status conference and denied the Motion and ordered that any references to the real name of plaintiff, Jane Doe, be replaced with the pseudonym. R. Doc. 313. The Court also granted an extension of the Exhibit and Witness List deadline, until March 1, 2023. *Id*.

3.

Pursuant to Local Rule 5.6, the Board respectfully moves to strike its Motion to Seal and remove the proposed sealed List from the record. Considering the extension granted to file the exhibit and witness list, and the Court's order regarding the Jane Doe plaintiff, the Board will resubmit its witness and exhibit list in compliance with the new deadline set by the Court.

PD.41086932.1

**WHEREFORE**, the Board asks the Court to strike its Motion to Seal and attachments [R. Doc. 305].

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:  /s/ *Molly C. McDiarmid*
Susan W. Furr Bar Roll No. 19582
Karleen J. Green Bar Roll No. 25119
Shelton Dennis Blunt Bar Roll No. 21230
Michael B. Victorian Bar Roll No. 36065
Molly C. McDiarmid Bar Roll No. 36426
*Special Assistant Attorneys General*
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: 225 346 0285
Facsimile: 225 381 9197
Email: susie.furr@phelps.com
Email: karleen.green@phelps.com
Email: michael.victorian@phelps.com
Email: molly.mcdiarmid@phelps.com

ATTORNEYS FOR THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE

### CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Molly C. McDiarmid*
Molly C. McDiarmid

PD.41086932.1