UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

## ORDER

Considering the Board of Supervisors for Louisiana State University and Agricultural and Mechanical College's Motion to Strike its Motion to Seal and attachments [R. Doc. 305];

**IT IS ORDERED** that Record Document 305 is hereby **STRICKEN FROM THE RECORD** in its entirety.

**THIS DONE AND SIGNED** on this _____ day of _____ 2023, in _____, Louisiana.

_____