# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

### EX PARTE MOTION TO STRIKE R.DOC. 310

NOW INTO COURT, through undersigned counsel, comes Defendant, JENNIE STEWART, who respectfully represents the following:

1.

On February 1, 2023, Ms. Stewart filed a Motion to Seal (the "Motion") its Witness and Exhibit List (the "List"), which it attached to the Motion. R. Doc. 305. The proposed Witness List is R. Doc. 305-2.

2.

On February 2, 2023, this Court held a status conference and denied the Motion and ordered that any references to the real name of plaintiff, Jane Doe, be replaced with the pseudonym. R. Doc. 313. The Court also granted an extension of the Exhibit and Witness List deadline, until March 1, 2023. Id.

3.

Pursuant to Local Rule 5.6, Ms. Stewart respectfully moves to strike its Motion to Seal and remove the proposed sealed List from the record. Ms. Stewart will resubmit her witness and exhibit list in compliance with the new deadline and directions from the Court.

{01377206 - v1}   PD.41062233.1

**WHEREFORE**, Defendant, JENNIE STEWART, respectfully prays that this Court strike her Motion to Seal and the proposed Witness and Exhibit List from the record.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

By: */s/ Craig J. Canizaro*
**DENNIS J. PHAYER (La. Bar No. 10408)**
**GREGORY C. FAHRENHOLT (La. Bar No. 28572)**
**CRAIG J. CANIZARO (La. Bar No. 31086)**
**Special Assistant Attorneys General**
**BURGLASS TANKERSLEY GAUDIN PHAYER**
5213 Airline Drive
Metairie, LA 70001
  Tel: (504) 836-0408
  Fax: (504) 287-0452
dphayer@burglass.com
gfahrenholt@burglass.com
ccanizaro@burglass.com

*Attorneys for Defendant, Jennie Stewart*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those participants in the CM/ECF filing system.

*/s/ Craig J. Canizaro*