UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

### ORDER

Considering JENNIE STEWART's Motion to Strike its Motion to Seal and attachments [R. Doc. 310]:

**IT IS ORDERED** that Record Document 310 and its attachments are hereby STRICKEN FROM THE RECORD in their entirety.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE

{01377208 - v1}