UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**  **CIVIL ACTION**

**VERSUS**  **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

### ORDER

Considering the *Ex Parte* Motion to Strike Doc. 305, filed by the Board of Supervisors for Louisiana State University and Agricultural and Mechanical College (R. Doc. 314), and an Ex Parte Motion to Strike R. Doc. 310, filed by Jennie Stewart (R. Doc. 315);

**IT IS HEREBY ORDERED** that the Motions are **GRANTED.** Record Document 305 and its attachments and Record Document 310 and its attachments are hereby **STRICKEN FROM THE RECORD** in their entirety.

New Orleans, Louisiana, February 9, 2023.

*[signature]*
**WENDY B. VITTER**
**United States District Judge**