UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                                    **CIVIL ACTION**

**VERSUS**                                                **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

### JUDGMENT

In accordance with the Court's February 17, 2023 Order and Reasons granting Jennie Stewart's Rule 12(b)(6) Motion to Dismiss (R. Doc. 317);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendant, Jennie Stewart, and against plaintiffs, Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, and Sarah Beth Kitch, **DISMISSING WITH PREJUDICE** Plaintiffs' claims asserted against Stewart in their Second Amended Complaint and Jury Demand (R. Doc. 182).

New Orleans, Louisiana, February 17, 2023.

*[signature: Wendy B. Vitter]*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**