**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-242-WBV-SDJ** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | |

## JUDGMENT

In accordance with the Court's February 17, 2023 Order and Reasons granting Verge Ausberry's Motion to Dismiss Plaintiffs' Second Amended Complaint and Jury Demand (R. Doc. 319);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendant, Verge Ausberry, and against plaintiffs, Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, and Sarah Beth Kitch, **DISMISSING WITH PREJUDICE** Plaintiffs' claims asserted against Ausberry in their Second Amended Complaint and Jury Demand (R. Doc. 182).

New Orleans, Louisiana, February 17, 2023.

*[signature: Wendy B. Vitter]*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**