**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**ABBY OWENS, ET AL.**                                   **CIVIL ACTION**

**VERSUS**                                                **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

### JUDGMENT

In accordance with the Court's February 17, 2023 Order and Reasons granting Defendant Jonathan Sanders' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (R. Doc. 323);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendant, Jonathan Sanders, and against plaintiffs, Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, and Sarah Beth Kitch, **DISMISSING WITH PREJUDICE** Plaintiffs' claims asserted against Sanders in their Second Amended Complaint and Jury Demand (R. Doc. 182).

New Orleans, Louisiana, February 17, 2023.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**