UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.**<br>*Plaintiffs*<br><br>**v.**<br><br>**BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE,**<br>*Defendant.* | Case No.: 21-242-WBV-SDJ<br><br>**JUDGE WENDY B. VITTER**<br><br>**MAGISTRATE JUDGE JOHNSON**<br><br>**JURY DEMANDED** |

## PLAINTIFFS' MOTION FOR SANCTIONS

Now come Plaintiffs Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, and Sarah Beth Kitch ("Plaintiffs"), ("Plaintiffs"), through undersigned counsel and for the reasons more fully set forth in the attached Memorandum in Support, respectfully move this Court to issue an Order finding that Defendant Board of Supervisors of Louisiana State University and Agricultural and Mechanical College ("Board" or "Defendant") Fed. R. Civ. Pro. 37 and the December 10, 2021 Status Conference Report and Order (ECF No. 167) and the March 4, 2022 Agreed Order issued by this Court (ECF No. 207) due to its failure to preserve relevant evidence and issuing appropriate sanctions. Counsel for Plaintiffs have been discussing this issue at length with counsel for Defendant since September 2022 and have been unable to resolve the matter.

Respectfully Submitted,

**s/Elizabeth Abdnour**
Elizabeth Abdnour
Pro Hac Vice
Elizabeth Abdnour Law, PLLC

1

1100 W. Saginaw Street, Suite 4A-2
Lansing, Michigan 48915
P: (517) 292-0067
F: (517) 709-7700
elizabeth@abdnour.com

Catherine E. Lasky (La. Bar 28652)
Endya L. Hash (La. Bar 38260)
Katie Lasky Law
619 Homedale Street
New Orleans, Louisiana 70124
P: (504) 584-7336
F: (504) 375-2221
katie@katielaskylaw.com
endya@katielaskylaw.com

Karen Truszkowski
Pro Hac Vice
Temperance Legal Group, PLLC
503 Mall Court #131
Lansing, Michigan 48912
P: (844) 534-2560
F: (800) 531-6527
karen@temperancelegalgroup.com

*Attorneys for Plaintiffs*