**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ABBY OWENS, ET AL.**<br>*Plaintiffs*<br><br>v.<br><br>**BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE,**<br>*Defendant.* | Case No.: 21-242-WBV-SDJ<br><br>**JUDGE WENDY B. VITTER**<br><br>**MAGISTRATE JUDGE JOHNSON**<br><br>**JURY DEMANDED** |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion for Sanctions is hereby set for submission before the Honorable Wendy B. Vitter on March 7, 2023, at 9:30 a.m.

    Respectfully Submitted,

    **s/Elizabeth Abdnour**
    Elizabeth Abdnour
    Pro Hac Vice
    Elizabeth Abdnour Law, PLLC
    1100 W. Saginaw Street, Suite 4A-2
    Lansing, Michigan 48915
    P: (517) 292-0067
    F: (517) 709-7700
    elizabeth@abdnour.com

    Catherine E. Lasky (La. Bar 28652)
    Endya L. Hash (La. Bar 38260)
    Katie Lasky Law
    619 Homedale Street
    New Orleans, Louisiana 70124
    P: (504) 584-7336
    F: (504) 375-2221
    katie@katielaskylaw.com
    endya@katielaskylaw.com

        Karen Truszkowski
Pro Hac Vice
Temperance Legal Group, PLLC
503 Mall Court #131
Lansing, Michigan 48912
P: (844) 534-2560
F: (800) 531-6527
karen@temperancelegalgroup.com

*Attorneys for Plaintiffs*