**From:** Elizabeth Abdnour elizabeth@abdnour.com 
**Subject:** Re: Owens et al v LSU et al - motion to be filed on Monday
**Date:** December 8, 2022 at 11:54 AM
**To:** Karleen J. Green (2244) Karleen.Green@phelps.com
**Cc:** Susan Furr (2230) Susan.Furr@phelps.com, Michael B. Victorian (2249) Michael.Victorian@phelps.com, Katie Lasky katie@katielaskylaw.com, Karen Truszkowski karen@temperancelegalgroup.com, Endya Hash endya@katielaskylaw.com

Great, thank you.
On Thu, Dec 8, 2022 at 11:48 AM Karleen J. Green (2244) <Karleen.Green@phelps.com> wrote:

> Thank you, Liz.  We'll call your conference number at 2:15 Central/3:15 Eastern tomorrow.
>
> Karleen
>
> ---
>
> **From:** Elizabeth Abdnour <elizabeth@abdnour.com>
> **Sent:** Thursday, December 8, 2022 10:12 AM
> **To:** Karleen J. Green (2244) <Karleen.Green@phelps.com>
> **Cc:** Susan Furr (2230) <Susan.Furr@phelps.com>; Michael B. Victorian (2249) <Michael.Victorian@phelps.com>; Katie Lasky <katie@katielaskylaw.com>; Karen Truszkowski <karen@temperancelegalgroup.com>; Endya Hash <endya@katielaskylaw.com>
> **Subject:** Re: Owens et al v LSU et al - motion to be filed on Monday
>
> Thank you Karleen.  Let's use my conference number: 470-480-9247.
>
> On Wed, Dec 7, 2022 at 3:17 PM Karleen J. Green (2244) <Karleen.Green@phelps.com> wrote:
>
>> Hi Liz,
>>
>> We are available Friday afternoon at 2:15 Central/3:15 Eastern.  Would you like us to call you, or do we need a conference number?
>>
>> Thanks,
>>
>> Karleen
>>
>> ---
>>
>> **Karleen J. Green**
>>
>> Phelps Dunbar LLP
>> II City Plaza
>> 400 Convention Street, Suite 1100
>> Baton Rouge, LA 70802
>> Direct: 225-376-0244
>> Fax: 225-381-9197
>> Email: karleen.green@phelps.com
>>
>> 
>>
>> CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

**From:** Elizabeth Abdnour <elizabeth@abdnour.com>
**Sent:** Wednesday, December 7, 2022 1:23 PM
**To:** Susan Furr (2230) <Susan.Furr@phelps.com>; Karleen J. Green (2244) <Karleen.Green@phelps.com>; Michael B. Victorian (2249) <Michael.Victorian@phelps.com>
**Cc:** Katie Lasky <katie@katielaskylaw.com>; Karen Truszkowski <karen@temperancelegalgroup.com>; Endya Hash <endya@katielaskylaw.com>
**Subject:** Owens et al v LSU et al - motion to be filed on Monday

Hello all,

I am writing to notify you that plaintiffs are planning to file a motion for sanctions regarding the Board's spoliation of the Sells' cell phone evidence on Monday, 12/12/22.

We would like to set a time to confer with you prior to filing to see if we are able to resolve this matter without additional litigation.  Please let me know if you are available any of the following times:

- Tomorrow, 12/8, at 8:30 am CT/9:30 am ET or any time after 1:30 pm CT/2:30 pm ET
- Friday, 12/9, any time after 9 am CT/10 am ET

Thanks,

Liz Abdnour

--



**Elizabeth Abdnour**

Attorney at Law
Pronouns: she/her/hers

elizabeth@abdnour.com

P: (517) 292-0067 | F: (517) 709-7700

Elizabeth Abdnour Law, PLLC | www.abdnour.com
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915

NOTICE: This email and any attachments are confidential and may be protected by one or more legal privileges. It is intended solely for the use of the intended addressee. If you are not the intended recipient, any use, disclosure, copying or distribution of this email is unauthorized. Nothing in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message. If you have received this email in error, please immediately notify the sender by calling (517) 292-0067 and delete this email from your computer.

--