**From:** **Elizabeth Abdnour** e zabeth@abdnour.com  
**Subject:** Re: Outstand ng D scovery Issues
**Date:** January 25, 2023 at 5:02 PM
**To:** Kar een J. Green (2244) Kar een.Green@phe ps.com
**Cc:** Kat e Lasky kat e@kat e asky aw.com, Endya Hash endya@kat e asky aw.com, Karen Truszkowsk
karen@temperance ega group.com, Owens C o Ma drop 3f4076785+matter1291408549@ma drop.c o.com,
Mo y McD arm d (2245) Mo y.McD arm d@phe ps.com, Para ega KL Law para ega @kat e asky aw.com, Susan Furr (2230)
Susan.Furr@phe ps.com, Kasha We r (2323) Kasha.We r@phe ps.com, M chae B. V ctor an (2249)
M chae .V ctor an@phe ps.com

H a ,

W th regard to the 30(b)(6), we have an add t ona top c to add to the st:

- Cha n of custody and act ons taken w th regard to the Se s ce phones. When Endya p cked up the phones today, Cam e
  et her know that th s had been done. As you know, th s s a v o at on of the ESI order so we w need a nformat on about
  who d rected th s to occur, what steps ( f any) the board took to ensure that th s wou d not occur, when th s occurred, etc.

Per the ESI order: "Absent a show ng of good cause by the request ng party, the part es sha not be requ red to mod fy the procedures
used by them n the ord nary course of bus ness to backup and arch ve data. Th s does not app y to the duty to mp ement a " t gat on
ho d" and ensure the preservat on of re evant documents once the party reasonab y ant c pates t gat on."

Our understand ng s that the Se s departed from the r ro e at LSU n or around Apr 2022, wh ch was a most a year after the fi ng of
the comp a nt n th s case, and was a so after the first request for product on of documents sent to BOS on March 18, 2022 (attached),
wh ch nc udes requests for nformat on that wou d have been on the Se s ce phones.

I have prev ous y tr ed to nqu re about th s top c w th your team and to date have rece ved no response, so t w be necessary to
address th s at the 30(b)(6). I am copy ng be ow my ema s wh ch have never rece ved a response:

From: **Elizabeth Abdnour** <e_zabeth@abdnour.com>
Date: Mon, Oct 24, 2022 at 8:54 AM
Subject: Re: Owens v. LSU - fo ow up re: d scovery matters
To: M chae B. V ctor an (2249) <M chae .V ctor an@phe ps.com>
Cc: Endya Hash <endya@kat e asky aw.com>, Karen Truszkowsk <karen@temperance ega group.com>, Kar een J. Green (2244)
<Kar een.Green@phe ps.com>, Kat e Lasky <kat e@kat e asky aw.com>, Mo y McD arm d (2245) <Mo y.McD arm d@phe ps.com>,
Susan Furr (2230) <Susan.Furr@phe ps.com>

My concern s that, g ven that the Se s eft LSU after th s t gat on began, f LSU d d not ma nta n the ce phones and the messages
conta ned on them, the board s ke y n v o at on of Sec. I.1 of the ESI order: "Th s does not app y to the duty to mp ement a t gat on
ho d and ensure the preservat on of re evant documents once the party reasonab y ant c pates t gat on."

On Mon, Oct 24, 2022 at 8:51 AM E zabeth Abdnour <e_zabeth@abdnour.com> wrote:
Thank you. Can you p ease adv se as to what happened to the ce phones after the Se s turned them n?

On Mon, Oct 24, 2022 at 8:48 AM M chae B. V ctor an (2249) <M chae .V ctor an@phe ps.com> wrote:

H L z,

We rev ewed the subpoena duces tecum you sent to the Se s and we understand you are seek ng commun cat ons, nc ud ng
text messages and soc a med a messages, between the Se s and certa n nd v dua s on certa n top cs. LSU does not have
access to the Se s soc a med a/WhatsApp og ns, so the Se s wou d be the appropr ate part es from whom to request th s
nformat on (and t appears they have comp ed w th your request). We performed an ema search of the Se s' ema s us ng the
agreed search terms, and the Board's pos t on s that product on of that nformat on w sat sfy your requests for commun cat ons
that are ema s. W th respect to text messages, we have nvest gated whether the ce phones cou d be searched by LSU. The
on y nformat on retr evab e by LSU on the ce phones s a ca /text og wh ch nd cates ncom ng/outgo ng te ephone numbers and
the ca /text t me. The records from Ver zon are a so m ted to August 2021-May 2022. We are w ng to produce the ca /text og
to you wh ch conta ns that nformat on, but otherw se the Board does not possess the data you are seek ng. We are hopefu that
a comb nat on of (1) the Se s' subpoena product on; (2) the respons ve ema s from the keyword search, and (3) the ca /text og
data we can prov de w sat sfy your request.

Thanks,

M chae

If your eam s w ng o s pu a e o he fac ha hese ce phones were res ored o fac ory se ngs by SU af er rece p by he Se s

[REDACTED LINE] ng to st pd ate to th     act that those ce   phones we e   sete bd to   auto y sett ngs by LSU a te   cep t by the SO s,
then I th nk we can   ke y remove that  tem from the   st for the 30(b)(6).

P ease   et us know as soon as poss b e what dates your c ent has ava ab e so we can get th s schedu ed.

Thanks,
L z

On Tue, Jan 24, 2023 at 12:15 PM E zabeth Abdnour <e zabeth@abdnour.com> wrote:

████████████████████████████████

████████████████████████████████

Thanks,
L z

On Mon, Jan 23, 2023 at 7:37 PM E zabeth Abdnour <e zabeth@abdnour.com> wrote:

> Thank you Kar een - we wou d   ke to have Endya p ck up the ce   phones and take them to our expert to retr eve.  A  of the
> retr eved  nformat on  s covered by the protect ve order, but we can send you whatever  s retr eved  f that works on your end.
> Once the  nformat on  s retr eved we can br ng the ce   phones back.  Can you  et us know where Endya can meet whoever has
> the ce   phones and  f there are any t me restr ct ons on them?
>
> ████████████████████████████████
>
> Thanks,
> L z
>
> On Mon, Jan 23, 2023 at 7:32 PM Kar een J. Green (2244) <Kar een.Green@phe ps.com> wrote:
>
>> Hi Liz,
>>
>> We agree to allow plaintiffs' experts to inspect the cell phones, subject to the following condition.  To the extent the experts can retrieve
>> messages directly from the phones, we must have the opportunity to review the information first to prevent the disclosure of information
>> that is protected by attorney-client privilege or FERPA.  Please provide instructions on how you want to receive the cell phones.
>>
>> ████████████████████████████████
>>
>> Thanks,
>>
>> Karleen
>>
>> _____
>>
>> ### Karleen J. Green
>>
>> Phelps Dunbar LLP
>> II City Plaza
>> 400 Convention Street, Suite 1100
>> Baton Rouge, LA 70802
>> Direct: 225-376-0244
>> Fax: 225-381-9197
>> Email: karleen.green@phelps.com
>>
>> 
>>
>> CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private
>> communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally
>> privileged information meant solely for the intended recipient. If you are not the intended recipient,
>> any use, distribution, or copying of this communication is strictly prohibited. Please notify the
>> sender immediately by replying to this message, then delete the e-mail and any attachments from

your system. Thank you.

---

**From:** E zabeth Abdnour <e_zabeth@abdnour.com>
**Sent:** Monday, January 23, 2023 11:23 AM
**To:** Kar een J. Green (2244) <Kar een.Green@phe ps.com>
**Cc:** Kat e Lasky <kat e@kat e asky aw.com>; Endya Hash <endya@kat e asky aw.com>; Karen Truszkowsk <karen@temperance ega group.com>; Owens C o Ma drop <3f4076785+matter1291408549@ma_drop.c o.com>; Mo y McD arm d (2245) <Mo_y.McD arm d@phe ps.com>; Para ega KL Law <para ega @kat e asky aw.com>; Susan Furr (2230) <Susan.Furr@phe ps.com>; Kasha We r (2323) <Kasha.We r@phe ps.com>; M chae B. V ctor an (2249) <M chae .V ctor an@phe ps.com>
**Subject:** Re: Outstand ng D scovery Issues

Thank you Kar een!

On Mon, Jan 23, 2023 at 12:22 PM Kar een J. Green (2244) <Kar een.Green@phe ps.com> wrote:

> Hi Liz,
>
> I am leaving momentarily for a meeting out of the office, and I wanted to communicate with you before noon as you requested.  We received your request regarding the cell phones and are waiting to hear from our client.  We will provide a substantive response as soon as possible.
>
> Thank you,
>
> Karleen
>
> ---
>
> ## Karleen J. Green
>
> Phelps Dunbar LLP
> II City Plaza
> 400 Convention Street, Suite 1100
>
> Baton Rouge, LA 70802
> Direct: 225-376-0244
>
> Fax: 225-381-9197
>
> Email: karleen.green@phelps.com
>
> **phelps**
>
> CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

**From:** E zabeth Abdnour <e_zabeth@abdnour.com>
**Sent:** Fr day, January 20, 2023 3:13 PM
**To:** Kar een J. Green (2244) <Kar een.Green@phe ps.com>
**Cc:** Kat e Lasky <kat e@kat e asky aw.com>; Endya Hash <endya@kat e asky aw.com>; Karen Truszkowsk <karen@temperance ega group.com>; Owens C o Ma drop <3f4076785+matter1291408549@ma drop.c o.com>; Mo y McD arm d (2245) <Mo y.McD arm d@phe ps.com>; Para ega KL Law <para ega @kat e asky aw.com>; Susan Furr (2230) <Susan.Furr@phe ps.com>; Kasha We r (2323) <Kasha.We r@phe ps.com>; M chae B. V ctor an (2249) <M chae .V ctor an@phe ps.com>
**Subject:** Re: Outstand ng D scovery Issues

H Kar een,

Thank you for your message.

Regard ng the ce phones, we request the opportun ty to persona y nspect the ce phones w th our own experts so that we can retr eve the messages d rect y from them or dent fy when the text messages were de eted - e ther wh e n the Se s possess on or after be ng returned to LSU. We wou d ke to do th s before the Se s depos t ons on January 30 and 31. P ease et us know your ava ab ty for us to do th s by **Monday, January 23, 2023 at 12 pm CST**.

████████████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████
████████████████████████████████████████████████████████
████████  ██████████████████████

Thanks,

L z

On Fr , Jan 20, 2023 at 3:53 PM Kar een J. Green (2244) <Kar een.Green@phe ps.com> wrote:

> Hi Liz,
>
> Our responses are in green below.
>
> - ████████████████████████████████████████████████████
>   ███████████████████████████
>
>   ◦ ███████████████████████████████████████████████
>     ████████████
>
> - Finally, our contacts at LSU are working on the cell phone issue and have contacted the wireless provider for assistance. We will provide more information upon receipt.

○ We followed up with our client regarding the availability of data related to the Sells' cell phone records. LSU's IT department was unable to retrieve any of the data on its own, so the department took the additional step of reaching out directly to the service provider – Verizon. Verizon is not able to access additional data either. The wireless provider only retains text message data for one year. So, while LSU was able to recover call logs dating back to 2012 for Julia Sell and 2015 for Michael Sell, the accompanying text message data is not available. Moreover, because Verizon only retains text message data for one year, any data relevant to Kennan Johnson, Abby Owens, and Jade Lewis would have been unavailable well before the lawsuit was filed.  We can confirm that we have provided you with all the cell phone information available to us.

● ████████████████████████████████████████████████████████████████████

     ○ ██████████████████████████████████████████████████████████████

● With regard to the cell phones, as we indicated earlier this week, we are working with LSU on this issue.  We spoke to our client contacts Monday and yesterday morning (before we received your e-mail) about this issue.  Please note that due to the severe weather in the area, the university is closed today.  We will provide an update as soon as possible.

     ○ See response to bullet 2 (above).

Thank you,

Karleen

---

**Karleen J. Green**

Phelps Dunbar LLP
II City Plaza
400 Convention Street, Suite 1100

Baton Rouge, LA 70802
Direct: 225-376-0244
Fax: 225-381-9197
Email: karleen.green@phelps.com



CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

---

**From:** E izabeth Abdnour <e_zabeth@abdnour.com>
**Sent:** Tuesday, January 17, 2023 4:02 PM
**To:** Kar een J. Green (2244) <Kar een.Green@phe ps.com>
**Cc:** Kat e Lasky <kat e@kat e asky aw.com>; Endya Hash <endya@kat e asky aw.com>; Karen Truszkowsk <karen@temperance ega group.com>; Owens C o Ma drop <3f4076785+matter1291408549@ma_drop.c o.com>; Mo y McD arm d (2245) <Mo y.McD arm d@phe ps.com>; Para ega KL Law <para ega @kat e asky aw.com>; Susan Furr (2230) <Susan.Furr@phe ps.com>; Kasha We r (2323) <Kasha.We r@phe ps.com>; M chae B. V ctor an (2249) <M chae .V ctor an@phe ps.com>
**Subject:** Re: Outstand ng D scovery Issues

H  Kar een,

P ease prov de an update on the fo ow ng outstand ng  tems from th s ema  cha n:

- ████████████████████████████
- Finally, our contacts at LSU are working on the cell phone issue and have contacted the wireless provider for assistance. We will provide more information upon receipt.
- ████████████████████████████
- ██████████ to the cell phones, as we indicated earlier this week, we are working with LSU on this issue.  We spoke to our client contacts Monday and yesterday morning (before we received your e-mail) about this issue.  Please note that due to the severe weather in the area, the university is closed today.  We will provide an update as soon as possible.

Thanks,

L z

On Tue, Dec 20, 2022 at 1:14 PM Kar een J. Green (2244) <Kar een.Green@phe ps.com> wrote:

Hi Katie,

████████████████████████████

Karleen

**Karleen J. Green**

Phelps Dunbar LLP
II City Plaza
400 Convention Street, Suite 1100
Baton Rouge, LA 70802
Direct: 225-376-0244
Fax: 225-381-9197
Email: karleen.green@phelps.com



CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

**From:** Kat e Lasky <kat e@kat e asky aw.com>
**Sent:** Tuesday. December 20. 2022 12:02 PM

**To:** Karleen J. Green (2244) <Karleen.Green@phelps.com>
**Cc:** Endya Hash <endya@katieskylaw.com>; Elizabeth Abdnour <elizabeth@abdnour.com>; Karen Truszkowski <karen@temperancelegalgroup.com>; Owens Clio Maildrop <3f4076785+matter1291408549@maildrop.clio.com>; Molly McDiarmid (2245) <Molly.McDiarmid@phelps.com>; Paralegal KL Law <paralegal@katieskylaw.com>; Susan Furr (2230) <Susan.Furr@phelps.com>; Kasha Weir (2323) <Kasha.Weir@phelps.com>; Michael B. Victorian (2249) <Michael.Victorian@phelps.com>
**Subject:** Re: Outstanding Discovery Issues

Hello Karleen,

███████████████████████████████
███████████████████

Thank you.

> On Dec 19, 2022, at 11:59 AM, Karleen J. Green (2244) <Karleen.Green@phelps.com> wrote:

Hi Endya,

████████████████████████
██████████

████████████████████████████
████████████████████████

Finally, our contacts at LSU are working on the cell phone issue and have contacted the wireless provider for assistance. We will provide more information upon receipt.

Thank you,

Karleen

**Karleen J. Green**

Phelps Dunbar LLP
II City Plaza
400 Convention Street, Suite 1100
Baton Rouge, LA 70802
Direct: 225-376-0244
Fax: 225-381-9197
Email: karleen.green@phelps.com





CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

---

**From:** Endya Hash <endya@katieaskylaw.com>
**Sent:** Friday, December 16, 2022 2:50 PM
**To:** Karleen J. Green (2244) <Karleen.Green@phelps.com>
**Cc:** Elizabeth Abdnour <elizabeth@abdnour.com>; Karen Truszkowski <karen@temperancelegalgroup.com>; Owens Clio Maildrop <3f4076785+matter1291408549@maildrop.clio.com>; Molly McDiarmid (2245) <Molly.McDiarmid@phelps.com>; Paralegal KL Law <paralegal@katieaskylaw.com>; Katie Lasky <katie@katieaskylaw.com>; Susan Furr (2230) <Susan.Furr@phelps.com>; Kasha Weir (2323) <Kasha.Weir@phelps.com>; Michael B. Victorian (2249) <Michael.Victorian@phelps.com>
**Subject:** Re: Outstanding Discovery Issues

Hello Karleen,

█████████████████████████████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
██████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████

██████████████████████████████████████████████████████████
████████████████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████████

Best,

Endya

PRIVILEGED AND CONFIDENTIAL: This message is being sent to you by an attorney and is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message.

On Wed, Dec 14, 2022 at 4:27 PM Karleen J. Green (2244) <Karleen.Green@phelps.com> wrote:

Endya,

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

With regard to the cell phones, as we indicated earlier this week, we are working with LSU on this issue. We spoke to our client contacts Monday and yesterday morning (before we received your e-mail) about this issue. Please note that due to the severe weather in the area, the university is closed today. We will provide an update as soon as possible.

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

Thank you,

Karleen

## Karleen J. Green

Phelps Dunbar LLP
II City Plaza
400 Convention Street, Suite 1100
Baton Rouge, LA 70802
Direct: 225-376-0244
Fax: 225-381-9197
Email: karleen.green@phelps.com

**phelps**

CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

---

**From:** Endya Hash <endya@kat e asky aw.com>
**Sent:** Tuesday, December 13, 2022 10:23 AM
**To:** Susan Furr (2230) <Susan.Furr@phe ps.com>; Kar een J. Green (2244) <Kar een.Green@phe ps.com>; M chae B. V ctor an (2249) <M chae .V ctor an@phe ps.com>
**Cc:** E zabeth Abdnour <e_zabeth@abdnour.com>; Karen Truszkowsk <karen@temperance ega group.com>; Owens C o Ma drop <3f4076785+matter1291408549@ma_drop.c o.com>; Mo y McD arm d (2245) <Mo y.McD arm d@phe ps.com>; Para ega KL Law <para ega @kat e asky aw.com>; Kat e Lasky <kat e@kat e asky aw.com>; Susan Furr (2230) <Susan.Furr@phe ps.com>; Kasha We r (2323) <Kasha.We r@phe ps.com>
**Subject:** Outstand ng D scovery Issues


He o a ,


There are severa outstand ng d scovery ssues that need to be addressed. ███████
████████████████████████████████████████████████
████████████████████████████

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████
███████████████████████

████████
████████████

██████████████████████████████████████████████
███████████████████████

██████████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███

████████████████████████

████████████████████████

████████████

████████

████████

████████████████

████████████████

████████████████████████

████████

████████

████████████

████████████████████████████████████████
████████████████████████████████████
████████████████████████

████████████████████████████████
████████████████████████

F na y, p ease see page 5 of the attached subpoena responses from the Se s n wh ch they represent that the r phones were returned to LSU and the on y nformat on they have access to are se ected screen shots that they saved e sewhere. Thus, the Se s have not produced respons ve records from the r ce  phones, as nd cated n pr or correspondence. They have on y produced var ous screen shots that they dec ded to save n the past, wh ch does not encompass the fu  scope of respons ve nformat on on the r ce  phones, as these dev ces were never proper y searched. If Counse  for the Se s has nd cated to you a  that these subpoena responses are no  onger accurate or conta n some type of m srepresentat on, p ease confirm exact y what was commun cated so that we may take the matter up w th the appropr ate part es.

Best,

Endya



**ENDYA HASH**
ASSOCIATE

KATIE LASKY LAW LLC
619 HOMEDALE STREET
NEW ORLEANS, LA 70124
MAIN: 504-584-7336
DIRECT: 504-375-2205
FAX: 504-375-2221
KATIELASKYLAW COM

PRIVILEGED AND CONFIDENTIAL:  Th s message  s be ng sent to you by an attorney and  s  ntended exc us ve y for the  nd v dua  or ent ty to wh ch  t  s addressed. Th s commun cat on may conta n  nformat on that  s propr etary, pr v eged, confident a  or otherw se  ega y exempt from d sc osure. If you are not the named addressee, you are not author zed to read, pr nt, reta n, copy or d ssem nate th s message or any part of  t. If you have rece ved th s message  n error, p ease not fy the sender  mmed ate y by ema  and de ete a  cop es of the message.

--

 **Elizabeth Abdnour**

Attorney at Law
Pronouns: she/her/hers

