$KIZK248N72J
JSell
WiRed

Julia Sell