**Camille Schwaner (2964)**

| | |
|---|---|
| **From:** | Molly McDiarmid (2245) <Molly.McDiarmid@phelps.com> |
| **Sent:** | Wednesday, September 7, 2022 3:35 PM |
| **To:** | Elizabeth Abdnour |
| **Cc:** | Susan Furr (2230); Karleen J. Green (2244); Katie Lasky; Endya Hash; Karen Truszkowski |
| **Subject:** | RE: Owens v. LSU - follow up re: discovery matters |

Hi Liz – I have received your email and apologize for not responding sooner.  I am working on a pre-trial order that is due tomorrow mid-day and I'll shoot you a response around then, if that is okay.  I'm happy we were able to work out the depo issues.

**From:** Elizabeth Abdnour <elizabeth@abdnour.com>
**Sent:** Tuesday, September 6, 2022 10:24 PM
**To:** Molly McDiarmid (2245) <Molly.McDiarmid@phelps.com>
**Cc:** Susan Furr (2230) <Susan.Furr@phelps.com>; Karleen J. Green (2244) <Karleen.Green@phelps.com>; Katie Lasky <katie@katielaskylaw.com>; Endya Hash <endya@katielaskylaw.com>; Karen Truszkowski <karen@temperancelegalgroup.com>
**Subject:** Owens v. LSU - follow up re: discovery matters

Hi Molly,

I have some follow up questions re: discovery for you in this case.

**Additional depositions**

First, there are several individuals who plaintiffs plan to depose who are not currently listed on the schedule.  Those individuals and their proposed dates of deposition are as follows:

- Donavan White, 11/15/22 afternoon
- Jeffrey Scott, 11/18/22 morning
- Daniel DeLuca, 11/18/22 afternoon
- Tom Galligan, date TBD

We will notice and serve Scott, DeLuca, and White as I understand they are no longer LSU employees (please advise if that is not correct).  Can you confirm with the rest of the defendants that they do not need to be consulted with respect to scheduling their depositions?

With respect to Galligan, if you can please provide some available dates for his deposition we would appreciate it.  This can occur in December - we do not need him prior to 12/1.  We can also provide proposed dates if that would be easier - just let me know.

**Julia and Mike Sell cell phones and laptops**

Counsel for the Sells has advised us that they returned the Sells' LSU-issued cell phones and laptops to LSU and the Sells can no longer access them.  Can you please consult with your client on this and let us know what needs to be done to obtain the information on them that is responsive to the subpoenas (attached)?

**LSU document production**

1

On 8/12/22, you wrote: "Internally, we hope to make a substantial portion (if not the remainder) of our production to you by the end of the month."

To date, that production has not occurred.  Can you provide us with an update on the status?

Thanks,
Liz

--

**Elizabeth Abdnour**

Attorney at Law
Pronouns: she/her/hers

elizabeth@abdnour.com

P: (517) 292-0067 | F: (517) 709-7700

Elizabeth Abdnour Law, PLLC | www.abdnour.com
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915

NOTICE: This email and any attachments are confidential and may be protected by one or more legal privileges. It is intended solely for the use of the intended addressee. If you are not the intended recipient, any use, disclosure, copying or distribution of this email is unauthorized. Nothing in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message. If you have received this email in error, please immediately notify the sender by calling (517) 292-0067 and delete this email from your computer.