UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.

                    CASE NO.: 3:21-cv-00242
                    DIVISION WBV-SDJ
VERSUS            JUDGE WENDY B. VITTER
                    MAG. JUDGE JOHNSON

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL

  * * * * * * * * * * * * * * * * * * * * * *

VIDEO CONFERNECE DEPOSITION OF

MICHAEL SELL

TAKEN VIA ZOOM, BATON ROUGE, LOUISIANA, ON

JANUARY 31, 2023, BEGINNING AT 9:05 A.M.

REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER
    CERTIFICATE NUMBER 29011

```
 1  Q   What happened to that phone?
 2  A   I handed that phone over to our IT
 3      department.
 4  Q   When did you do that, to the best of your
 5      memory?
 6  A   When I left Baton Rouge.  I think it was
 7      late April or beginning of May of 2022.
 8  Q   Before you turned in the phone, did you
 9      remove or delete any of the information
10      that was on the phone -- pictures, texts,
11      anything on the phone?
12  A   The only thing I removed was any pictures
13      of my family, any personal photos.
14  Q   You removed items that were personal to
15      you?
16  A   Yes, that's correct.
17  Q   And you did not remove anything else; is
18      that --
19  A   Absolutely not.  No.
20  Q   Were you given any instructions on what
21      to do with the phone or were you just
22      asked to turn it in?
23  A   I knew I wasn't supposed to delete
24      anything work-related or from the case
25      scenario, so I handed it in from that
```

```
 1      standpoint.
 2   Q  So, when you turned it in, you had the
 3      knowledge that you were not supposed to
 4      delete anything or remove anything from
 5      the phone?
 6   A  Correct, yes.
 7   Q  Was that based upon your involvement in
 8      the litigation that we're talking about?
 9   A  Yes.
10   Q  Do you recall who instructed you not to
11      remove anything from the phone?
12   A  My lawyer would.
13   Q  When you turned the phone in, who did you
14      give it to and if you don't remember a
15      name, that's okay.
16   A  I don't remember the name but the IT
17      department is up on our sixth floor in
18      the LSU administration building.
19   Q  Did you have any other equipment that you
20      had to turn in, in addition to the cell
21      phone?
22   A  I did.  I had a laptop that I handed in
23      at the same time.  I did my personal
24      phone and there was a desktop that I had
25      in my office that remained in my office
```