UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL**<br>*Plaintiffs*<br><br>**v.**<br><br>**BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL**<br> *Defendants* | Case No.: 3:21-cv-00242<br><br>Division WBV-SDJ<br><br>JUDGE WENDY B. VITTER<br><br>MAGISTRATE JUDGE JOHNSON<br><br>JURY DEMANDED |

## PLAINTIFFS' AMENDED EXHIBIT LIST

Plaintiffs, by and through their undersigned attorneys, hereby submit their amended exhibit list pursuant to Fed. R. Civ. P. 26(a)(3)(A).

Exhibits Plaintiffs Expect to Offer

1. Affidavit and expert report of Dr. Apryl Pooley.

2. Report of Lin-Chi Wang, Title IX Expert and Attorney.

3. Vocational Evaluation & Earning Capacity Assessment of Abigail Owens prepared by Josephine Doherty, M.S., M.A., NCC, LPC, CRC, IPEC.

4. Vocational Evaluation & Earning Capacity Assessment of Elisabeth Owens prepared by Josephine Doherty, M.S., M.A., NCC, LPC, CRC, IPEC.

5. Vocational Evaluation & Earning Capacity Assessment of Samantha Brennan prepared by Josephine Doherty, M.S., M.A., NCC, LPC, CRC, IPEC.

6. Vocational Evaluation & Earning Capacity Assessment of Jane Doe[1] prepared by Josephine Doherty, M.S., M.A., NCC, LPC, CRC, IPEC.

---
[1] Jane Doe is a pseudonym.

7. Vocational Evaluation & Earning Capacity Assessment of Corinn Hovis prepared by Josephine Doherty, M.S., M.A., NCC, LPC, CRC, IPEC.

8. Vocational Evaluation & Earning Capacity Assessment of Kennan Johnson prepared by Josephine Doherty, M.S., M.A., NCC, LPC, CRC, IPEC.

9. Vocational Evaluation & Earning Capacity Assessment of Dr. Sarah Beth Kitch prepared by Josephine Doherty, M.S., M.A., NCC, LPC, CRC, IPEC.

10. Vocational Evaluation & Earning Capacity Assessment of Jade Lewis prepared by Josephine Doherty, M.S., M.A., NCC, LPC, CRC, IPEC.

11. Vocational Evaluation & Earning Capacity Assessment of Calise Richardson prepared by Josephine Doherty, M.S., M.A., NCC, LPC, CRC, IPEC.

12. Vocational Evaluation & Earning Capacity Assessment of Ashlyn (Mize) Robertson prepared by Josephine Doherty, M.S., M.A., NCC, LPC, CRC, IPEC.

13. Analysis of loss of earning capacity of Abigail Owens prepared by Andrew Verzilli, MBA.

14. Analysis of loss of earning capacity of Ashlyn (Robertson) Mize prepared by Andrew Verzilli, MBA.

15. Analysis of loss of earning capacity of Calise Richardson prepared by Andrew Verzilli, MBA.

16. Analysis of loss of earning capacity of Corinn Hovis prepared by Andrew Verzilli, MBA.

17. Analysis of loss of earning capacity of Elisabeth Andries prepared by Andrew Verzilli, MBA.

18. Analysis of loss of earning capacity of Jade Lewis prepared by Andrew Verzilli, MBA.

19. Analysis of loss of earning capacity of Jane Doe prepared by Andrew Verzilli, MBA.

20. Analysis of loss of earning capacity of Kennan Johnson prepared by Andrew Verzilli, MBA.

21. Analysis of loss of earning capacity of Samantha Brennan prepared by Andrew Verzilli, MBA.

22. Analysis of loss of earning capacity of Dr. Sarah Beth Kitch prepared by Andrew Verzilli, MBA.

23. Text messages exchanged between Jennie Stewart and Jeff Scott, Stewart237-unknown (Bates stamp is redacted on numerous documents).

Exhibits Plaintiffs May Offer

24. The Husch Blackwell report.

25. Video recording of the Louisiana State Senate Select Committee on Women and Children, March 10, 2021.

26. Text messages exchanged among Jennie Stewart, Brandon Common, Jeff Scott, and Susan Bareis, Stewart118.

27. Text messages exchanged among Jennie Stewart, Jonathon Sanders, and Jeff Scott, Stewart124-126.

28. Text messages exchanged between Jennie Stewart and Jonathon Sanders, Stewart127-137.

29. Text messages exchanged between Jennie Stewart and Matt Gregory, Stewart189-209.

30. Text messages exchanged between Jennie Stewart and Miriam Segar, Stewart210-215.

31. Text messages exchanged among Jennie Stewart, Susan Bareis, Bill Mattera, and Jonathan Sanders, Stewart217-218.

32. Text messages exchanged between Jennie Stewart and Bill Mattera, Stewart225-236.

33. All documents listed in Exhibit 1.

34. Any exhibits necessary for rebuttal or impeachment.

35. Any exhibits deemed necessary to establish foundation.

36. Any exhibit on Defendants' exhibit lists.

Plaintiffs reserve the right to amend this Exhibit List as the discovery period has not yet closed in this matter.

Respectfully Submitted,

**Catherine E. Lasky (La. Bar 28652)**
**Endya L. Hash (La. Bar 38260)**
Katie Lasky Law LLC
619 Homedale St.
New Orleans, LA 70124
P: (504) 584-7336
F: (504) 375-2221
katie@katielaskylaw.com
endya@katielaskylaw.com

**Karen Truszkowski**
*Pro Hac Vice*
Temperance Legal Group, PLLC
503 Mall Court #131
Lansing, MI 48912
Telephone: (844) 534-2560
Fax: (800) 531-6527
Email: karen@temperancelegalgroup.com

**s/ Elizabeth K. Abdnour**
Elizabeth K. Abdnour
*Pro Hac Vice*
Elizabeth Abdnour Law, PLLC
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915
Telephone: (517) 292-0067
Fax: (517) 709-7700
Email: elizabeth@abdnour.com

*Attorneys for Plaintiffs*