# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO.  3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

## DEFENDANT'S EXHIBIT LIST

Defendant, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, submits the following exhibit list pursuant to the Court's Amended Scheduling Order (R. Doc. 313).

I.    **DEFENDANT MAY OFFER THE FOLLOWING EXHIBITS AT TRIAL[1]**

1. Communications between Elisabeth Andries and the LSU Title IX Office regarding complaint

2. Communications between Elisabeth Andries and Student Advocacy and Accountability ("SAA") regarding complaint

3. LSU Title IX records regarding complaint of Elisabeth Andries

4. LSU SAA records regarding complaint of Elisabeth Andries

5. LSU Disability Services records regarding Elisabeth Andries

6. LSU Lighthouse Program records regarding Elisabeth Andries

7. Communications between Elisabeth Andries and Ashley Gray, Counselor for LSU College of Engineering, regarding course assignments

---

[1] References below to Bates numbers are for ease of reference but are not necessarily reflective of the full Bates labeling on an exhibit.

8.  Communications between Elisabeth Andries and College of Engineering professors regarding requests for accommodations related to complaint

9.  LSU Students of Concern report

10. Communications among Elisabeth Andries, SAA, and professors regarding grade appeals during the relevant time period

11. Communications between Elisabeth Andries and LSU professors regarding complaint

12. Communications between SAA and Rene Petit regarding class scheduling changes

13. LSU Communications regarding New Title IX Regulations, Title IX Update, and Response to USA Today Article

14. ANDRIES_000129, Psychological Disability Documentation Request Form

15. BOS-001496, Request an Accountability Advisor

16. BOS-003071, 3/8/19 Scott letter

17. BOS-003147, Email chain re: Title IX Investigation

18. BOS-003164, Email chain, Re: Title IX Investigation Status

19. BOS-003160, Email chain, re: Title IX Investigation

20. BOS-002665 email and attachment, 6/3/19, Subject: Report Review/Results

21. BOS-001501, 6/4/19 Scott letter

22. BOS-002666, Email chain, re: Report Review/Results

23. BOS-002669, Ms. Stewart email w/attachment, 7/26/19, Subject: Appeal Outcome

24. BOS-001510, Mr. Sanders letter w/attachment, 8/8/19

25. ANDRIES_000055, Ms. Andries email, 2/11/21, Subject: Fw: Additional Information

26. BOS-002733, Mr. Sanders email w/attachment, 9/5/19, Subject: Correspondence for Case

27. Sept. 17, 2018 Email from Maria Richardson and to Verge Ausberry

28. BOS-002723, Email w/attachment from Student Advocacy & Accountability, 9/9/19, Subject: Correspondence for Case

29. BOS-002688, Email w/attachment from Student Advocacy & Accountability, 9/12/19, Subject: Correspondence for Case

30. BOS-002713, Email w/attachment from Student Advocacy & Accountability, 9/13/19, Subject: Correspondence for Case

31. BOS-002698, Mr. DeLuca email w/attachment, 9/13/19, Subject: AUHP Scheduled

32. BOS-001748, Mr. DeLuca letter, 9/29/19, Memorandum for Complainant

33. BOS-002708, Email w/attachment from LSU Office of, 9/26/19, Subject: Correspondence for Case

34. BOS-002752, Email w/attachment from LSU Office of, 10/16/19, Subject: Correspondence for Case

35. BOS-002674, Email chain, Top email from Ms. Blanchard, 8/26/19, Subject: re: Classes

36. BOS-002678, Email chain, re: Class Conflict

37. BOS-002686, Email chain, re: Class Conflict

38. BOS-003990, Official Transcript

39. BOS-002954, BOS-002625, re: Retroactive Drop Review

40. BOS-003020, Email re: Dropping a Course

41. BOS-002640, Email Subject: Update for you

42. BOS-002756, Email, Subject: RE: Scheduling

43. BOS-002644, Email chain, Subject: RE: Update for you

44. BOS-002647, Email chain, Subject: RE: IE Courses

45. BOS-002475, Email from Division of Strategic Communications, 10/13/16, Subject: Annual Security And Fire Safety Report 2016

46. BOS-002477, Email from Division of Strategic Communications, 3/24/17, Subject: Safety Information

47. BOS-002479, Email from Division of Strategic Communications, 3/27/17, Subject: LSU Climate Survey

48. BOS-002659, Email from Division of Strategic Communications, 4/9/18, Subject: Reminder: Campus Climate Survey

49. BOS-002661, Email from LSU Division of Strategic Communications, 9/30/18, Subject: Annual Security and Fire Safety Report 2018

50. BOS-002662, Email from LSU Division of Strategic Communications, 3/21/19, Subject: Title IX Campus Climate Survey

51. BOS-002616, Email, 12/17/18, Subject: Additional Information

52. JANE_DOE_000083 – 86, Text Messages,

53. JANE_DOE_000081 – 82, Louisiana State University Sexual Misconduct and Sexual Harassment (PM73) Complaint Form, Incident Date 3-21-19

54. JANE_DOE_00000152 -159, Social Media Messages

55. JANE_DOE_00000304, ending 109; Physical and Medical Disability Documentation Request Form, 3-29-19, with documentation

56. JANE_DOE_000087 – 101; Letter from Davis to Jane Doe, 3-21-19, with Title IX and Sexual Misconduct Policy

57. BOS-003511 – 513; Text Messages

58. BOS-003358, 3421, E-mail chain, re:  Lighthouse Program, last date 4-26-19

59. JANE_DOE_000102, Letter from DeLuca to Jane Doe, 5-21-19

60. BOS-003393; E-mail chain, re: Letter, last date 5-24-19

61. JANE_DOE_000045 – 46, E-mail chain, re:  Follow Up, last date 6-7-19

62. JANE_DOE_000103 – 105; Summary of Potentially Relevant Information with Jane Doe

63. JANE_DOE_000070, 000080, BOS 003405-3406 - Letters, re:  Academic Appeal

64. JANE_DOE_00000284, E-mail, re:  Retroactive Resignation Decision Rendered on Your Appeal, 6-26-19

65. BOS-003938 – 3943; Official Transcript

66. JANE_DOE_000079; Letter from Loup, re: Jane Doe - Financial Aid/Scholarship Appeal, 6-28-19

67. JANE_DOE_00000202 – 204; Letter from Jane Doe, re: TOPS Status

68. JANE_DOE_00000235; E-mail chain, re:  Case File, last date 3-23-21

69. JANE_DOE_00000208 – 209; Letter from Lively to Jane Doe, re:  Taylor Opportunity Program for Students (TOPS), 12-28-21

70. JANE_DOE_00000225 – 233; E-mail, re:  Jane Doe Fall 2019 Appeal, 11-22-21

71. Communications between Jane Doe and the LSU Title IX Office regarding complaint

72. Communications between Jane Doe and SAA regarding complaint

73. LSU Residential Life records regarding complaint of Jane Doe

74. LSU Title IX records regarding complaint of Jane Doe

75. LSU SAA records regarding complaint of Jane Doe

76. LSU Disability Services records regarding Jane Doe

77. LSU Lighthouse Program records regarding Jane Doe

78. Communications between Jane Doe and LSU regarding appeal and readmission

PD.41335916.1

79. Communications with Jane Doe and professors regarding absences from class during the relevant time period

80. BOS-003391, 3384; E-mail, re:     ***Requirement:     Deadline Approaching for MyStudentBody Essentials Course - Nov. 2nd, 10-9-18

81. BOS-003392, 3378; E-mail, re:  Title IX Campus Climate Survey, 3-21-19

82. BOS-004126 – 4128, Text Messages

83. S Lewis 0000676-677

84. BRENNAN_000051 – 55, Text Messages

85. BRENNAN_00000111 – 112 Text Messages

86. PLAINTIFFS_00001203, Text Messages

87. PLAINTIFFS_00001204, Text Messages

88. PLAINTIFFS_00001205, Text Messages

89. PLAINTIFFS_000001- 10, LSU Police Department Initial Report Form

90. BRENNAN_00000662, Messages

91. BRENNAN_00000107, 110, 108, 105, 106, 109, Text Messages

92. PLAINTIFFS_00001307 – 1310, E-mail, re: LSU Story, 11-17-20, with attachment

93. PLAINTIFFS_00001209 -1212, E-mail, re: Derrius Guice #METOO, 8-19-20, with attachments

94. PLAINTIFFS_00001232, Draft E-mail, 8-20-20

95. PLAINTIFFS_00001199 - 1200

96. PLAINTIFFS_00001213 e-mail, re: Letter from USA Today Lawyers, 9-10-20

97. PLAINTIFFS_00001197 E-mail, re: Two Quick Questions, 10-14-20

98. BOS 1245, Email

99. PLAINTIFFS_00001214, E-mail, re: Update to LSU Story, 10-30-20

100.    BRENNAN_00000438, 437, 436, Messages with Instagram User,

101.    BRENNAN_000028- 44, Samantha Brennan's Responses to Defendant Miriam Segar's First Set of Interrogatories, Requests for Admissions, and Requests for Production,

102.    Samantha Brennan's Initial Disclosures (Rule 26)

103.    Samantha Brennan's Initial Disclosures (Rule 26) -Supplemental Disclosures

104.    BRENNAN_00000656, Samantha L. Brennan's Resume

105.    LSU Police records regarding complaint of Samantha Brennan

106.    Communications between Hovis and the LSU Title IX Office

107.    LSU Title IX records regarding complaint of Corinn Hovis

108.    LSU Police records regarding complaint of Corinn Hovis

109.    Color Photograph of Corinn Hovis, used as Exhibit 1 to Hovis Deposition;

110.    HOVIS_00002946 – 2948, Part I, Disability Services – Louisiana State University Psychological Disability Documentation Request Form, 1-31-20

111.    HOVIS_00002669; Semester Accommodation Letter, 6-22-20

112.    Part I, Disability Services - Louisiana State University Psychological Disability Documentation Request Form, 1-20-21

113.    HOVIS_00002626, Semester Accommodation Letter, 6-14-21

114.    HOVIS_00002686, E-mail, 4-29-21

115.    Text Messages between Karrie Hovis and Jennie Stewart, 11-19-20

116.    BOS-003972 – 3977, Official Transcript

PD.41335916.1

117.    HOVIS_000168 – 180, Plaintiff Corinn Hovis's Initial Responses to Defendant Miriam Segar's First Set of Interrogatories, Requests for Admissions, and Requests for Production

118.    Communications between SAA and Corinn Hovis regarding complaint

119.    SAA records regarding complaint of Corinn Hovis

120.    ROBERTSON_1670

121.    KJ-000078 – 83, Injury History by Student, University of Central Florida

122.    Medical Record, University of Central Florida Health Services, 3-19-15

123.    Medical Record, University of Central Florida Health Services, 3-20-15

124.    Medical Record, University of Central Florida Health Services, 4-9-15

125.    E-mail chain, re: Here is the requested information, last date 7-20-16, with attachment

126.    E-mail, re: Oregon Appeal, 6-27-16, with attachment

127.    Letter from Kennan Johnson, signed 8-11-16

128.    E-mail, re: SEC From #2, 8-3-16, with attachment

129.    E-mails re: Title IX Campus Climate Survey, 3-21-19, BOS-003357, BOS 003332, BOS 003330, BOS 003328, Annual Security and Fire Safety Report – 2018, 9/30/2018, BOS 004623-004624, BOS 003391

130.    Human Relations Risk Training: Student-Athlete Acknowledgement Form, signed 9-14-16)

131.    E-mail, re: [Maxient] IR#00018569 Dating Violence - On-Campus, Non Building - 01/28/2019 2:00 P.M.; 1-28-19

PD.41335916.1

132.    E-mail, re: [Maxient] IR#00018585 Dating Violence - On-Campus, Non Building -01/28/2019 3:00 P.M.; 1-29-19

133.    Miscellaneous Note from Quinten Lynn, Ph.D., 9-26-16, with attachments

134.    BOS-003960 – 3965, Official Transcript

135.    JOHNSON_00004704 – 4705, Social Media Messages

136.    JOHNSON_00004663, Color Photograph

137.    JOHNSON_00004666, Color Photograph

1.    JOHNSON_00004664, Color Photograph

2.    JOHNSON_00000057, Text Messages with "Julia,"

3.    Text Message between "My" and "Kennan Johnson", Exhibit 20 to Johnson Deposition

4.    Text Messages between "Kennan Johnson" and "My Husband", Exhibit 21 to Johnson Deposition

5.    Instagram Post, April 3, Exhibit 22 to Johnson Deposition

6.    Instagram Post, April 3, Exhibit 23 to Johnson Deposition

7.    Text Messages with "Kennan", Exhibit 24 to Johnson Deposition

8.    Instagram Messages with "Kennan Johnson", Exhibit 25 to Johnson Deposition

9.    Instagram Post, September 1, Exhibit 26 to Johnson Deposition

10.    Instagram Post, October 23, Exhibit 27 to Johnson Deposition

11.    Text Messages with "Kennan", Exhibit 28 to Johnson Deposition

12.    JOHNSON_00000054, Text Messages with Julia

13.    BOS-003609 – 3631, Medical Records from FMOL Health System, Adm: 7-31-19 D/C: 8-4-19

14.    Social Media Post, 8-14-19, Exhibit 31 to Johnson Deposition

15.     Text Messages with "Kennan Johnson", Exhibit 32 to Johnson Deposition

16.     Messages with "Kennan Faith Johnson", Exhibit 33 to Johnson Deposition

17.     Text Message, 7 people, Exhibit 34 to Johnson Deposition

18.     Tweet, 11-20-20, Exhibit 35 to Johnson Deposition

19.     LinkedIn Invite, Dec 4 at 6:43 P.M., Exhibit 36 to Johnson Deposition

20.     Text Messages with "Julia", Exhibit 37 to Johnson Deposition

21.     Text Messages with "Julia", Exhibit 38 to Johnson Deposition

22.     Text Messages with "Julia", Exhibit 39 to Johnson Deposition

23.     Preparticipation Medical History, Exhibit 40 to Johnson Deposition

24.     Communications between Sarah Beth Kitch and Ellis Sandoz regarding the
        dissertation-to-book project

25.     Communications between Sarah Beth Kitch and Cecil Eubanks regarding the
        dissertation-to-book project

26.     Communications between Sarah Beth Kitch and Ellis Sandoz about teaching while
        writing her dissertation

27.     Communications between Sarah Beth Kitch and professors in the Political Science
        Department (other than Ellis Sandoz) about teaching while writing her dissertation

28.     Communications between Sarah Beth Kitch and Amanda Achtman regarding the
        allegations in this lawsuit

29.     Communications between Sarah Beth Kitch and American Political Thought regarding
        publication of submissions

30.     Sarah Beth Kitch's letters to her parents regarding her career path

31.     Communications between Sarah Beth Kitch and colleagues regarding her dissertation

32. Communications to Sarah Beth Kitch regarding Title IX and Sexual Misconduct Training for LSU Faculty and Staff

33. Relevant excerpts of the LSU Graduate Bulletin

34. Communications between Sarah Beth Kitch and Ellis Sandoz regarding post-graduation job search

35. Communications between Sarah Beth Kitch and John Kitch regarding history of abuse

36. Communications between Kurt and Janet Vosburg and Ellis Sandoz regarding Sarah Beth Kitch

37. Communications among Sarah Beth Kitch, Ellis Sandoz, and Cecil Eubanks about LSU Fall 2014 Commencement

38. Communications between Sarah Beth Kitch and Ellis Sandoz regarding scholarship applications and fellowships

39. E-mail chain, re:  Prospectus, last date 6-26-13, Exhibit 1 to Kitch Deposition

40. E-mail, re:  Semester, 8-17-13, Exhibit 2 to Kitch Deposition

41. Certificates of Achievement, Exhibit 3 to Kitch Deposition

42. KITCH_00000233 – 235, Letter from University of Missouri, unreadable date

43. KITCH_000079, Letter from Eubanks to Keiser and Dyer, 6-25-19

44. KITCH_000089 – 92, Letter from Kitch to Office of the Provost, 1-23-20

45. KITCH_000080, Letter from Keiser, Dyer, and Okker to Tenure and Probationary Extension Committee, 1-29-20

46. KITCH_000078, Letter from Riley-Tillman to Kitch, 2-4-20

47. KITCH_000081 – 88, Curriculum Vitae

48. KITCH_000108 – 120, Copy of Journal

49.    KITCH_00000231, Letter, 9-2-17

50.    Mr. Scott letter to Ms. Lewis, 5/14/18, Exhibit 1 to J. Lewis Deposition

51.    LSU Title IX records regarding complaint of Jade Lewis

52.    Communications regarding complaint of Jade Lewis

53.    LSU Police records regarding complaint of Jade Lewis

54.    BOS 16921, Email

55.    BOS-001836, Sexual Misconduct And Sexual Harassment Complaint Form, PM-73, 4/3/18

56.    BOS-002230, Mr. Scott notes from interview with Ms. Lewis, 5/21/18

57.    BOS-001838, Mr. Scott notes from interview with Mr. Davis, 6/5/18

58.    BOS-001865, Text messages

59.    BOS-001857, Sexual Misconduct And Sexual Harassment

60.    Complaint Form, PM-73, 6/18/18

61.    LEWIS_00000215, Mr. Sanders letter to Ms. Lewis, 7/3/18

62.    BOS-002003, Voluntary statements, Initial Report forms, Incident Report forms, 6/18/18

63.    BOS-001859, Sexual Misconduct And Sexual Harassment Complaint Form, PM-73, 8/13/18

64.    BOS-001852, Photographs

65.    BOS-001861, Sexual Misconduct And Sexual Harassment

66.    Complaint Form, PM-73, 8/14/18

67.    BOS-002097, Initial Report forms, Incident reports, 8/16/18

68.    Sharon Lewis' Resume; Exhibit 1 to Sharon Lewis' Deposition

69.    BOS 005578-05579, Assistant Athletics Director of Football Recruiting Operations and Alumni Relations

70.    Louisiana State University Football Operations Policies and Procedures, Exhibit 3 to Sharon Lewis' Deposition, football policies

71.    September 11, 2014 Email from Miriam Segar to Athletics Department Staff re: Athletic Department Policy and Procedure Guidelines, Exhibit 4 to Sharon Lewis' Deposition

72.    August 28, 2015 Email from Miriam Segar to Athletics Department Staff re: Athletic Department Policy and Procedure Guidelines, Exhibit 4 to Sharon Lewis' Deposition

73.    October 21, 2015 Email from Keava Soil Cormier to Calise Richardson re: Mandatory Sexual Harassment Training, Exhibit 5 to Sharon Lewis' Deposition

74.    June 8, 2016 Email from Joe Alleva re Important – LSU Policies & Procedures Reminder

75.    September 8, 2016 Email to Calise Richardson re: Mandatory Compliance Meeting 9-14-16, Exhibit 7 to Sharon Lewis Deposition

76.    LSU Title IX records regarding complaint of Calise Richardson and communications regarding same

77.    Communications between Calise Richardson and Allyson Kelly regarding complaint

78.    Communications between Calise Richardson and SAA regarding complaint

79.    Communications regarding Calise Richardson's termination from the football department

80.    BOS 004629, 004630, 004631, Acknowledgements

81.   10-20-16 email from Keava Cormier re Date Rape and Bullying, Exhibit 9 to Sharon Lewis's Deposition

82.   8-18-17 agenda, Exhibit 10 to Sharon Lewis's Deposition

83.   8-20-18 agenda, Exhibit 11 to Sharon Lewis's Deposition

84.   PLAINTIFFS_000265-267, LSU Employees, Student Interns and Volunteers; Reporting Avenues and Other Resources for Human Relations Risks 2019-20; Exhibit 12 to Sharon Lewis's Deposition

85.   S Lewis 00000908-909, 11-5-18 email

86.   BOS 001238-1239, 10-3-18 notes

87.   BOS 001289, 11-5-18 notes

88.   S Lewis 00000910, 11-6-18 email

89.   BOS 004623-4626, various emails

90.   BOS 1273, 11-8-18 notes

91.   S Lewis 00000907, 11-20-16 email

92.   S Lewis 00000669-674, PM-73 report

93.   S Lewis 00000628-632, Lewis appeal

94.   S Lewis 00000641-646, 648-650

95.   Emails from Keava Cormier to Sharon Lewis, 11-21-18 and 11-27-18 with attachments, Exhibit 31 to Sharon Lewis' Deposition

96.   S Lewis 00000624-00000625 – Evidence as to Whether Sharon Lewis Reported the Alleged Potential Title IX Violation to Miriam Segar with Notes

97.   Email from Miriam Segar to Sharon Lewis dated February 26, 2015; Employment Reminder

98.    PLAINTIFFS 00001241-1242

99.    OWENS_00002751 – 2759, Acadiana Addiction Center, LLC, Medical Records

100.   OWENS_00001814 – 1815, Printout of Statement Regarding Events

101.   OWENS_00002806 – 2874, Vermilion Behavioral Health Systems Medical Records

102.   OWENS_00002932, 2931, Vermilion Behavioral Health Medical Records

103.   OWENS_00002440 – 2499, e-mail, re:  Abigail Owens Records, with attachment

104.   Caron Medical Records, OWENS_00002730 - 2748

105.   Deeper Roots Therapy Medical Records, OWENS_00002980 - 3014

106.   Human Relations Risks Training: Student-Athlete Acknowledgement Form, Signed 9-14-16, Exhibit 8 to Owens' Deposition

107.   LSU Student-Athletes:    Available Reporting Avenues and Other Resources for Misconduct 2016-17, Exhibit 9 to Owens' Deposition

108.   BOS-002475 – 2476, E-mail, re: Annual Security and Fire Safety Report - 2016, 10-13-16

109.   BOS-002477 – 2478, e-mail, re:  Safety Information, 3-24-17, Official Transcript, BOS-003978 – 3983

110.   OWENS_00000125, E-mail, re:  LSU TIX Records, 8-17-20

111.   OWENS_00000066, Rozin Internal Medicine, Patient Authorization for Practice to Release Protected Health Information to Third Parties

112.   Other Rozin Internal Medicine Medical Records

113.   Segar email, 1/26/16, Subject: Information, Exhibit 1 to Mize Deposition

114.   Fuentes-Martin letter, 2/1/16, Exhibit 2 to Mize Deposition

115.    Fuentes-Martin email, 2/18/16, Subject: Re: Investigation, Exhibit 3 to Mize Deposition

116.    BOS-003944, Official Transcript

117.    ROBERTSON_00000119, Photograph

118.    BOS-003555, Blue Ridge Medical Records

119.    ROBERTSON_00000098, Highland Rivers Letter

120.    ROBERTSON_00000120, Messages

121.    BOS-002475, Email from Division of Strategic Communications, 10/13/16, Subject: Annual Security and Fire Safety Report

122.    ROBERTSON_00001618, Ms. Mize email to Ms. Armour

123.    ROBERTSON_00000133, Messages between Ms. Brennan and Ms. Mize

124.    Exhibit No. 7 to Miriam Segar's Deposition, 2015 PM-73 Policy

125.    Exhibit No. 8 to Miriam Segar's Deposition, text messages

126.    Exhibit No. 9 to Miriam Segar's Deposition, Athletics Dept. Policies/Proc.

127.    Exhibit No. 10 to Miriam Segar's Deposition, Football Operations Policies/Proc.

128.    Exhibit No. 11 to Miriam Segar's Deposition

129.    PLAINTIFFS 268-271, 7-8-16 email

130.    BOS 2297, 2299, Email and Letter from Joe Alleva

131.    SEGAR000338, 11/11/14 text messages

132.    SEGAR000326, 6/25/18 text messages

133.    SEGAR000336, 8-26-18 text messages

134.    PLAINTIFFS_000551-000597, Slideshow

135.    Exhibit 19 to Miriam Segar's Deposition, 4-6-21 Pierson letter

136. Exhibit 20 to Miriam Segar's Deposition, NCAA Board of Governors Policy on Campus Sexual Violence

137. STEWART45-00117, text messages

138. BOS 002023-002024, 4-26-18 Lewis report

139. BOS 001857-001858, BOS 1842-001843, 6-18-18 Lewis report

140. SEGAR 000288, text messages

141. BOS 001859-001860, 8-13-18 Lewis report

142. BOS 001861--001862, 8-14-18 Davis report

143. SEGAR 000282-283, text messages

144. SEGAR 000289, 7-12-18 text messages

145. SEGAR 000296, 9-16-18 text messages

146. SEGAR 000300, 9-16-18 text messages

147. SEGAR 000291, text messages

148. SEGAR 000314, 2-6-20 text message

149. SEGAR 000265, 000253, 000254, 000255, 000256 text messages

150. SEGAR 000180, 000260, 000216, 000214, 000215, 000237, 000184, 000213, 000212, 000223, 000268, 000211, 000227, 000228, 000177, 000178, 000231, 000232, 000233, 000234, 000187, 000188, 000189, 0000190, 000191-194, 000220, 000186, , 000226, 000219, 000217, 000262, 000225, 000224,000218, 000267

151. BOS 002230, Scott notes

152. BOS 001996-001999, November report

153. BOS 001928-1939, Scott report

154. SEGAR 00174, text messages

PD.41335916.1

155.    BOS 001450-001451

156.    SEGAR 000166-167, 000154, 000149, 000168, 000169, 000179 text messages

157.    SEGAR 000303-304, text messages

158.    SEGAR 000244-000246, 248, 247, 241, 250, 240, 249, text messages

159.    SEGAR 000305, text messages

160.    SEGAR 00330, text message

161.    SEGAR 000324-325, 333-334, text messages

162.    SEGAR 000310-311, text messages

163.    SEGAR 000309, text messages

164.    SEGAR 000307, text messages

165.    SEGAR 000319, text messages

166.    SEGAR 000320, text messages

167.    SEGAR 000321, text messages

168.    ANDRIES 86-87

169.    HOVIS 2752

170.    Stewart 119-123

171.    Stewart 220-221

172.    Stewart 223

173.    Stewart 224

174.    BOS 17117-17120

175.    LSU police report, Exhibit 2 to Donovan White

176.    Records of Bethany Medical

177.    Email from K. Soil-Cormier to Wendy Nall regarding Football Student Workers being terminated (BOS 1245)

178.    Records of LSU Sport Psychology and Counseling re Abigail Owens

179.    Records of Acadiana Addiction Center re Abby Owens

180.    Records of Deeper Roots Therapy re Abby Owens

181.    Records of Jennifer Kogut re Abby Owens

182.    Records of Vermillion Behavioral Health re Abby Owens

183.    Ashlyn Mize Robertson criminal records

184.    Summary of events January 26, 2016-January 29, 2016

185.    Records of Serenity Rehab re Ashlyn Robertson

186.    Records of Highland Rivers Health re Ashlyn Mize Robertson

187.    Robertson email to Nancy Armour (Robertson 1670)

188.    Email exchange involving Ashlyn Mize, Maria Fuentes-Martin and Jacob Brumfield – February 5-8, 2016

189.    Robertson 130-132

190.    Email correspondence between Mari Fuentes-Martin and Miriam Segar re Incident - 1/29/16

191.    FMOL Health System records relating to Kennan Johnson

192.    LSU Athletics Substance Abuse Policy Alcohol Testing Form for Abby Owens – 3/3/17

193.    First Positive Contract: Drug Test for Abby Owens

194.    LSU transcripts for all Plaintiffs

195.    Social media posts by all Plaintiffs during relevant time period and up to trial

196.   LSU Communications regarding the Annual Security & Fire Safety Report

197.   LSU Communications regarding Safety Information

198.   LSU Communications regarding Title IX Campus Climate Survey

199.   LSU MyStudentBody Essentials Course

200.   "Tigers Are Committed" Materials

201.   LSU sexual misconduct training materials provided to employees, students, or staff

202.   Title IX Booklet to Senate Select Committee – BOS 000067-000205

203.   Relevant policies and procedures of the Board applicable to Plaintiffs, including the PM-73 policy and any acknowledgements of such policies signed by Plaintiffs

204.   Plaintiffs' relevant academic records

205.   Relevant documents, reports, statements (electronic, recorded and/or written) by any third-party health care provider, billing agency, insurer, legal representative and/or case manager, concerning or relating to any allegations in this matter

206.   Medical records regarding Plaintiffs, including but not limited to:

   a.   Ochsner Baptist: HOVIS-MED-OHC-BAPTIST 00001-00008
   b.   Woman's Hospital: HOVIS-MED-WOMAN'S HOSP 0001-0062
   c.   Ochsner Destrehan Records
   d.   Student Health Center: BOS 18043-18167
   e.   OLOL: JOHNSON-MED-OLOL 0001-0233
   f.   Collaborative Minds: JOHNSON-MED - CM 0001-0096
   g.   Living Well: BOS 24408
   h.   Baton Rouge Clinic Records related to Kennan Johnson
   i.   UCF Student Health Records related to Kennan Johnson
   j.   St. Clare Inpatient Psychiatric Unit related to Kennan Johnson
   k.   LaKeitha Poole: BOS 24409-24429
   l.   Always Hope: BOS 24430-24451
   m.   Michele Hornsby: DOE-MED-HORNSBY 0001-0036
   n.   Our Lady of the Lake Physician Group: DOE-MED- OLOLPG-00010403
   o.   SHC: BOS18766-18876
   p.   The Well Clinic: BOS 025121-25174
   q.   SHC: BOS 018918-18926

r.  SHC: BOS 18204-18648
s.  LaKeitha Poole: BOS 24390-24407
t.  BROC Records related to Jade Lewis
u.  Brandon Romano, Psy. D. & Associates records related to Jade Lewis
v.  Jennifer Kogut Records: PLAINTIFFS_00001836
w.  SHC: BOS 18877-18917
x.  Bethany Medical: RICHARDSON-MED-BETHANY MED 0001-0048
y.  UNC Student Health Records related to Calise Richardson
z.  SHC: BOS 17837-18042
aa. Dr. Joy Kelly Phifer: BOS 025175-25426
bb. Family Solutions: BOS 025175-25426
cc. Key Neuropsychology, LLC:  KEY NEUROPSYCH 00011-0039
dd. SHC: BOS 18168-18203
ee. The Foundry: BOS 24452-24517
ff. Blue Ridge Psychological Services - ROBERTSON-MED-BLUE RIDGE PSYCH SERV 0001-0041
gg. SHC: BOS 017764-17836, BOS 18649-18765
hh. Highland Rivers Records: MIZE-MED-HIGHLAND-000001-000046

207.  Relevant pharmaceutical records of Plaintiffs

208.  Relevant documents related to Plaintiffs' alleged damages and attempts, if any to mitigate damages

209.  Relevant documents obtained from Plaintiffs' prior or subsequent employers, if any

210.  Plaintiffs' relevant income tax returns

211.  Relevant training records (including but not limited to athletics department trainings and mystudentbody.edu trainings) and campus communications related to sexual misconduct, dating violence, Title IX, campus climate and safety surveys

212.  Relevant records and electronic data of the university, including e-mail and/or electronically stored information ("ESI") made available as digital image files, concerning or related to Plaintiffs' claims

PD.41335916.1

213. Any other relevant documents regarding Plaintiffs' claims for liability or damages, including but not limited to, audio recordings, documents, information, emails and/or ESI

214. Any relevant documents or statements by or regarding Plaintiffs or any potential witness (fact or expert) in the public record or media

215. Relevant documents relating to other lawsuits, litigation, court or administrative proceedings to which Plaintiffs were either a plaintiff, defendant, witness and/or third party

216. Any documents identified or produced by any party to this matter through discovery, including depositions

217. Any relevant documents procured by any party to this matter, including but not limited to, those produced through subpoena and/or authorizations executed by Plaintiffs

218. Relevant expert reports and CVs of any trial experts retained by any party and all documents reviewed by such experts

219. Any documents obtained through discovery

220. All documents, reports or statements by any Plaintiff, party, former party, employee or former employee of the Board concerning or relating to any allegation in the complaint

221. Relevant deposition excerpts and relevant deposition exhibits to all depositions taken in this matter as well as any document identified during the course of any such deposition

222. All pleadings, discovery requests and responses, motions, memoranda, and briefs filed or submitted in this matter, up to and including trial

223.   Any relevant exhibit listed by Plaintiffs on their Exhibit List or used by Plaintiff at trial of this matter

224.   Any drawings, diagrams, models, blackboards, posters or charts for use by undersigned counsel for illustrative or demonstrative purposes

225.   Any relevant documents to be used for impeachment or rebuttal

226.   Any relevant exhibit listed by any party to this matter on their exhibit list or used by any party at the trial of this matter.

The foregoing exhibits include not only those specifically described, but also documents attached thereto.   The Board does not waive its right to object to the admission of documents and tangible things produced in this lawsuit.  As discovery is ongoing, the Board further reserves the right to supplement or amend this exhibit list upon completion of discovery and/or a upon receipt of a ruling on its Motion to Dismiss and pursuant to the Federal Rules of Civil Procedure, the Scheduling Order, and any other order issued by this Court.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:   /s/ *Susan W. Furr*
Susan W. Furr Bar Roll No.  19582
Karleen J. Green Bar Roll No.  25119
Shelton Dennis Blunt Bar Roll No. 21230
Michael B. Victorian Bar Roll No. 36065
Molly C. McDiarmid Bar Roll No. 36426
*Special Assistant Attorneys General*
II City Plaza | 400 Convention Street,
Suite 1100
Baton Rouge, Louisiana 70802
Telephone: 225 346 0285
Facsimile: 225 381 9197
Email: susie.furr@phelps.com
Email: karleen.green@phelps.com
Email: michael.victorian@phelps.com

Email: molly.mcdiarmid@phelps.com
***Counsel for the Board of Supervisors of
Louisiana State University &
Agricultural and Mechanical College***

PD.41335916.1

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on

March 1, 2023, with the Court's CM/ECF system and an electronic copy was provided to counsel

by email.

/s/ _Susan W. Furr_____
 Susan W. Furr