UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.**<br>*Plaintiffs*<br><br>v.<br><br>**BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE,**<br>*Defendant.* | Case No.: 21-242-WBV-SDJ<br><br>**JUDGE WENDY B. VITTER**<br><br>**MAGISTRATE JUDGE JOHNSON**<br><br>**JURY DEMANDED** |

### PLAINTIFFS' EXHIBIT LIST FOR MOTION FOR SANCTIONS

1. Exhibit 1 – University Archives General Retention Schedule

2. Exhibit 2 – Emails Among Counsel September 6 to October 24, 2022

3. Exhibit 3 – Plaintiffs' Requests for Production and Interrogatories to Defendant sent October 4, 2022

4. Exhibit 4 – Defendants' Responses to Plaintiffs' Requests for Production and Interrogatories sent November 23, 2022

5. Exhibit 5 – Emails Among Counsel December 7-8, 2022

6. Exhibit 6 – Emails Among Counsel December 13, 2022, to January 25, 2023

7. Exhibit 7 – Photograph of Julia Sell's cell phone taken by Attorney Endya Hash on January 25, 2023, after retrieving the cell phone from Defendants' counsel's office

8. Exhibit 8 – Excerpt from transcript of Julia Sell's deposition on January 30, 2023

Respectfully Submitted,

**s/Elizabeth Abdnour**
Elizabeth Abdnour

1

Pro Hac Vice
Elizabeth Abdnour Law, PLLC
1100 W. Saginaw Street, Suite 4A-2
Lansing, Michigan 48915
P: (517) 292-0067
F: (517) 709-7700
elizabeth@abdnour.com

Catherine E. Lasky (La. Bar 28652)
Endya L. Hash (La. Bar 38260)
Katie Lasky Law
619 Homedale Street
New Orleans, Louisiana 70124
P: (504) 584-7336
F: (504) 375-2221
katie@katielaskylaw.com
endya@katielaskylaw.com

Karen Truszkowski
Pro Hac Vice
Temperance Legal Group, PLLC
503 Mall Court #131
Lansing, Michigan 48912
P: (844) 534-2560
F: (800) 531-6527
karen@temperancelegalgroup.com

*Attorneys for Plaintiffs*