LSU Libraries



lsu.edu    myLSU        Give to LSU Libraries

**LSU Libraries** | **About Us** ▼ | **Collections and Centers** ▼ | **Research** ▼ | **Services** ▼ | **A to Z**

Hill Memorial Library

# University Archives General Retention Schedule

The permanent copy of all university records belongs to the office of origin. All other copies should be retained/destroyed according to the following guidelines.

## Accounting and Fiscal

MASTER COPY: Accounting Services

Copies of: invoices, receipts, checks, vouchers, contribution letters, projections, estimates, membership dues records.

Retention: 7 years

Copies of: audit work papers, bank deposits and statements, budgets, earnings registers, gratuities, expense reports, labor cost records, ledgers, logs, petty cash records, travel expense vouchers and requests for authorization to travel.

Retention: 3 years unless combined with any of the above. When combined with any of the above the longer retention applies.

## Administrative

Correspondence: ALL correspondence at the Dean/Director levels and ABOVE is a permanent record. If you direct a program, etc. that is unique, your correspondence may also be permanent. Please check with University Archives. All other correspondence has a retention of 5 years.

All of the following are permanent records of the offices of origin: master forms, policies, procedures, directives, meeting minutes. Copies of these may be destroyed after 3 years of after they are superseded.

Architectural plan are permanent records.

## Contract Administration

MASTER COPY: Usually in Grants and Contracts

Contracts and agreements not pertaining to employment or purchasing.



LSU Libraries

Retention: 20 years after termination of contract.

## Supplies and Services

Inventories: 1 year

Inspection records: 2 years

Work orders: 3 years

## Personnel

MASTER COPY: Human Resource Management

Faculty/Staff personnel records: Retention: 2 years after termination or until final disposition of charge or civil action.

Student worker personnel records and graduate assistant personnel records: Retention: 3 years after termination or until final disposition of charge or civil action.

Accident reports, injury claims, settlements: Retention: 30 years after settlement.

Attendance records: Retention: 7 years.

Equal Opportunity reports, timesheets, W-2s: Retention: 3 years.

Job descriptions, leave slips, W-4s: Retention: 2 years

## Purchasing

MASTER COPY: Purchasing

Bids, contracts, purchase orders, requests for services, requisitions, internal transactions: Retention: 3 years,

Acknowledgments, quotations: Retention: 1 year.

## Student

MASTER COPY: Student Records and Registration

Grade books, course examinations, recommendations, rejected student applications midterm and final grade reports, permissions, grade cards, Dean cards, drop/add slips, advisor cards, schedules: Retention: 1 year after term submitted. If any of these are kept in the student files, the longer retention period applies.

Class lists, doctorate award files, graduate student admission files: 3 years.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Case 3:21-cv-00242-WBV-SDJ   Document 334-1   03/15/23   Page 3 of 4

LSU Libraries

Student files, GRE reports, correspondence: 5 years after graduation or term of last attendance.

Student loans and grants: 5 years after award year has ended.



### Records Selection and Transfer Information

General Records Schedule and instructions for university records transfer.

### Records and Information Management (RIM) Resources

Policy Statements, State Regulations, Records Management Handbook, and general RIM guidance.

## Contact

For reference questions concerning University Archives, use our Ask Special Collections service.

### For Researchers

Special Collections Request System (SCRS)

# Sign in / Register

Search Finding Aids

Search Catalog

Ask Special Collections

University Archives

Finding Aids

Digital Collections

University Records

University History

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Case 3:21-cv-00242-WBV-SDJ   Document 334-1   03/15/23   Page 4 of 4

LSU Libraries



**KEY LINKS**

LSU Libraries

Ask Special Collections

Civil War Book Review

**CONTACT**

Public Services Desk: (225) 578-6544

**CONNECT**

Connect with us:

© 1996 - 2022 LSU Libraries

**Provide Website Feedback**
**Accessibility Statement**