**From:** Elizabeth Abdnour e zabeth@abdnour.com
**Subject:** Re: Owens v. LSU - fo ow up re: d scovery matters
**Date:** October 24, 2022 at 8:51 AM
**To:** M chae B. V ctor an (2249) M chae .V ctor an@phe ps.com
**Cc:** Endya Hash endya@kat e asky aw.com, Karen Truszkowsk karen@temperance ega group.com, Kar een J. Green (2244) Kar een.Green@phe ps.com, Kat e Lasky kat e@kat e asky aw.com, Mo y McD arm d (2245) Mo y.McD arm d@phe ps.com, Susan Furr (2230) Susan.Furr@phe ps.com

Thank you. Can you p ease adv se as to what happened to the ce phones after the Se s turned them n?

On Mon, Oct 24, 2022 at 8:48 AM M chae B. V ctor an (2249) <M chae .V ctor an@phe ps.com> wrote:

> H L z,
>
> We rev ewed the subpoena duces tecum you sent to the Se s and we understand you are seek ng commun cat ons, nc ud ng text messages and soc a med a messages, between the Se s and certa n nd v dua s on certa n top cs. LSU does not have access to the Se s soc a med a/WhatsApp og ns, so the Se s wou d be the appropr ate part es from whom to request th s nformat on (and t appears they have comp ed w th your request). We performed an ema search of the Se s' ema s us ng the agreed search terms, and the Board's pos t on s that product on of that nformat on w sat sfy your requests for commun cat ons that are ema s. W th respect to text messages, we have nvest gated whether the ce phones cou d be searched by LSU. The on y nformat on retr evab e by LSU on the ce phones s a ca /text og wh ch nd cates ncom ng/outgo ng te ephone numbers and the ca /text t me. The records from Ver zon are a so m ted to August 2021-May 2022. We are w ng to produce the ca /text og to you wh ch conta ns that nformat on, but otherw se the Board does not possess the data you are seek ng. We are hopefu that a comb nat on of (1) the Se s' subpoena product on; (2) the respons ve ema s from the keyword search, and (3) the ca /text og data we can prov de w sat sfy your request.
>
> Thanks,
>
> M chae
>
> **From:** E zabeth Abdnour <e zabeth@abdnour.com>
> **Sent:** Wednesday, October 19, 2022 10:15 PM
> **To:** M chae B. V ctor an (2249) <M chae .V ctor an@phe ps.com>
> **Cc:** Endya Hash <endya@kat e asky aw.com>; Karen Truszkowsk <karen@temperance ega group.com>; Kar een J. Green (2244) <Kar een.Green@phe ps.com>; Kat e Lasky <kat e@kat e asky aw.com>; Mo y McD arm d (2245) <Mo y.McD arm d@phe ps.com>; Susan Furr (2230) <Susan.Furr@phe ps.com>
> **Subject:** Re: Owens v. LSU - fo ow up re: d scovery matters
>
> H M chae ,
>
> Just check ng n on th s aga n. The Se s depos t ons are com ng up and we wou d ke to get th s documentat on before then f poss b e.
>
> Thanks,
>
> L z
>
> On Wed, Oct 12, 2022 at 2:27 PM E zabeth Abdnour <e zabeth@abdnour.com> wrote:
>
>> H M chae ,
>>
>> Can you p ease prov de an update on the searches of the Se s' dev ces? ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

g

Thanks,

Liz

On Fri, Sep 16, 2022 at 5:10 PM Michael B. Victorian (2249) <[Michael.Victorian@phelps.com](mailto:Michael.Victorian@phelps.com)> wrote:

> Hi Liz,
>
> Good afternoon. In reference to the status of the information from the Seis devices, we are working to gather the available information and will get it to you as soon as possible. We hope to be in a position to share the available data by early next week.
>
> ███████████████████████████████████
> ███████████████████████████████████
> ███████████████████████████████████
> ███████
>
> Thank you,
>
> Michael
>
> ---
>
> **From:** Elizabeth Abdnour <[elizabeth@abdnour.com](mailto:elizabeth@abdnour.com)>
> **Sent:** Thursday, September 15, 2022 5:02 PM
> **To:** Molly McDiarmid (2245) <[Molly.McDiarmid@phelps.com](mailto:Molly.McDiarmid@phelps.com)>
> **Cc:** Susan Furr (2230) <[Susan.Furr@phelps.com](mailto:Susan.Furr@phelps.com)>; Karleen J. Green (2244) <[Karleen.Green@phelps.com](mailto:Karleen.Green@phelps.com)>; Katie Lasky <[katie@katielaskylaw.com](mailto:katie@katielaskylaw.com)>; Endya Hash <[endya@katielaskylaw.com](mailto:endya@katielaskylaw.com)>; Karen Truszkowski <[karen@temperancelegalgroup.com](mailto:karen@temperancelegalgroup.com)>; Michael B. Victorian (2249) <[Michael.Victorian@phelps.com](mailto:Michael.Victorian@phelps.com)>
> **Subject:** Re: Owens v. LSU - follow up re: discovery matters
>
> Hi Molly,
>
> Thanks for this update. The week of the 26th I'm available any time on Thursday 9/29 but otherwise don't have availability. If that day would work though I could do any time.
>
> Thanks,
>
> Liz
>
> On Thu, Sep 15, 2022 at 5:51 PM Molly McDiarmid (2245) <[Molly.McDiarmid@phelps.com](mailto:Molly.McDiarmid@phelps.com)> wrote:
>
>> Hi Liz, I was planning to send you an email this afternoon. I had hoped it would be today but it will be coming to you tomorrow. I'm sorry about that.
>>
>> ███████████████████████████████████
>> ███████████████████████████████████
>>
>> **From:** Elizabeth Abdnour <[elizabeth@abdnour.com](mailto:elizabeth@abdnour.com)>

**Sent:** Thursday, September 15, 2022 2:42 PM
**To:** Molly McDiarmid (2245) <Molly.McDiarmid@phelps.com>
**Cc:** Susan Furr (2230) <Susan.Furr@phelps.com>; Karleen J. Green (2244) <Karleen.Green@phelps.com>; Katie Lasky <katie@katielaskylaw.com>; Endya Hash <endya@katielaskylaw.com>; Karen Truszkowski <karen@temperancelegalgroup.com>; Michael B. Victorian (2249) <Michael.Victorian@phelps.com>
**Subject:** Re: Owens v. LSU - follow up re: discovery matters

Hi Molly,

[redacted]

Additionally, Michael, if you can provide an update on the status of obtaining the information on the Sells technological devices that would be helpful.

[redacted]

Thanks,

Liz

On Thu, Sep 8, 2022 at 3:59 PM Elizabeth Abdnour <elizabeth@abdnour.com> wrote:

> Hi Molly,
>
> Thank you for this update. [redacted]
>
> [redacted]
>
> Thanks,
>
> Liz
>
> On Thu, Sep 8, 2022 at 3:55 PM Molly McDiarmid (2245) <Molly.McDiarmid@phelps.com> wrote:
>
>> Hi Liz,
>>
>> [redacted]
>>
>> I'm copying Michael Victorian on this email, too. He is spearheading the efforts to determine the status of the Sells' phone and laptop and we hope to have an update for you on that soon.
>>
>> [redacted]

███████

**From:** Elizabeth Abdnour <elizabeth@abdnour.com>
**Sent:** Tuesday, September 6, 2022 10:24 PM
**To:** Molly McDiarmid (2245) <Molly.McDiarmid@phelps.com>
**Cc:** Susan Furr (2230) <Susan.Furr@phelps.com>; Karleen J. Green (2244) <Karleen.Green@phelps.com>; Katie Lasky <katie@katielaskylaw.com>; Endya Hash <endya@katielaskylaw.com>; Karen Truszkowski <karen@temperancelegalgroup.com>
**Subject:** Owens v. LSU - follow up re: discovery matters

Hi Molly,

I have some follow up questions re: discovery for you in this case.

███████████

████████████████████████████████████████
████████████████████████

- ██████████████████
- ████████████████
- ██████████████████
- ██████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████

**Julia and Mike Sell cell phones and laptops**

Counsel for the Sells has advised us that they returned the Sells LSU-issued cell phones and laptops to LSU and the Sells can no longer access them. Can you please consult with your client on this and let us know what needs to be done to obtain the information on them that is responsive to the subpoenas (attached)?

██████████████

████████████████████████████████████████
██████████████

████████████████████████████████████████████████

Thanks,
Liz

\--



**Elizabeth Abdnour**

Attorney at Law
Pronouns: she/her/hers

elizabeth@abdnour.com

P: (517) 292-0067 | F: (517) 709-7700

Elizabeth Abdnour Law, PLLC | www.abdnour.com
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915

NOTICE: Th s ema  and any attachments are confident a  and may be protected by one or more  ega  pr v  eges. It  s  ntended so e y for the use of the  ntended addressee. If you are not the  ntended rec p ent, any use, d sc osure, copy ng or d str but on of th s ema   s unauthor zed. Noth ng  n th s message  s  ntended to const tute an e ectron c  s gnature un ess a spec fic statement to the contrary  s  nc uded  n th s message. If you have rece ved th s ema   n error, p ease  mmed ate y not fy the sender by ca  ng (517) 292-0067 and de ete th s ema  from your computer.

\--



**Elizabeth Abdnour**

Attorney at Law
Pronouns: she/her/hers

elizabeth@abdnour.com

P: (517) 292-0067 | F: (517) 709-7700

Elizabeth Abdnour Law, PLLC | www.abdnour.com
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915

NOTICE: Th s ema  and any attachments are confident a  and may be protected by one or more  ega  pr v  eges. It  s  ntended so e y for the use of the  ntended addressee. If you are not the  ntended rec p ent, any use, d sc osure, copy ng or d str but on of th s ema   s unauthor zed. Noth ng  n th s message  s  ntended to const tute an e ectron c  s gnature un ess a spec fic statement to the contrary  s  nc uded  n th s message. If you have rece ved th s ema   n error, p ease  mmed ate y not fy the sender by ca  ng (517) 292-0067 and de ete th s ema  from your computer.

\--



**Elizabeth Abdnour**

Attorney at Law
Pronouns: she/her/hers

elizabeth@abdnour.com

P: (517) 292-0067 | F: (517) 709-7700

Elizabeth Abdnour Law, PLLC | www.abdnour.com
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915

Lansing, MI 48915

NOTICE: This email and any attachments are confidential and may be protected by one or more legal privileges. It is intended solely for the use of the intended addressee. If you are not the intended recipient, any use, disclosure, copying or distribution of this email is unauthorized. Nothing in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message. If you have received this email in error, please immediately notify the sender by calling (517) 292-0067 and delete this email from your computer.

--



**Elizabeth Abdnour**

Attorney at Law
Pronouns: she/her/hers

elizabeth@abdnour.com

P: (517) 292-0067 | F: (517) 709-7700

Elizabeth Abdnour Law, PLLC | www.abdnour.com
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915

NOTICE: This email and any attachments are confidential and may be protected by one or more legal privileges. It is intended solely for the use of the intended addressee. If you are not the intended recipient, any use, disclosure, copying or distribution of this email is unauthorized. Nothing in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message. If you have received this email in error, please immediately notify the sender by calling (517) 292-0067 and delete this email from your computer.

--



**Elizabeth Abdnour**

Attorney at Law
Pronouns: she/her/hers

elizabeth@abdnour.com

P: (517) 292-0067 | F: (517) 709-7700

Elizabeth Abdnour Law, PLLC | www.abdnour.com
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915

NOTICE: This email and any attachments are confidential and may be protected by one or more legal privileges. It is intended solely for the use of the intended addressee. If you are not the intended recipient, any use, disclosure, copying or distribution of this email is unauthorized. Nothing in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message. If you have received this email in error, please immediately notify the sender by calling (517) 292-0067 and delete this email from your computer.

--



**Elizabeth Abdnour**

Attorney at Law
Pronouns: she/her/hers


elizabeth@abdnour.com

P: (517) 292-0067 | F: (517) 709-7700

Elizabeth Abdnour Law, PLLC | www.abdnour.com
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915

NOTICE: Th s ema  and any attachments are confident a  and may be protected by one or more  ega  pr v  eges. It  s  ntended so e y for the use of the  ntended addressee. If you are not the  ntended rec p ent, any use, d sc osure, copy ng or d str but on of th s ema   s unauthor zed. Noth ng  n th s message  s  ntended to const tute an e ectron c s gnature un ess a spec fic statement to the contrary  s  nc uded  n th s message. If you have rece ved th s ema   n error, p ease  mmed ate y not fy the sender by ca  ng (517) 292-0067 and de ete th s ema  from your computer.

--

**Elizabeth Abdnour**
Attorney at Law
Pronouns: she/her/hers

elizabeth@abdnour.com

P: (517) 292-0067 | F: (517) 709-7700

Elizabeth Abdnour Law, PLLC | www.abdnour.com
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915

NOT CE: This email and any attachments are confidential and may be protected by one or more legal privileges  t is intended solely for the use of the intended addressee  f you are not the intended recipient  any use  disclosure  copying or distribution of this email is unauthorized  Nothing in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message  f you have received this email in error  please immediately notify the sender by calling (517) 292 0067 and delete this email from your computer