# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL**                          **CIVIL ACTION NO. 3:21-CV-00242**

**VERSUS**                                      **JUDGE WENDY B. VITTER**

**BOARD OF SUPERVISORS OF**                     **MAGISTRATE JUDGE JOHNSON**
**LOUISIANA STATE UNIVERSITY**
**AND AGRICULTURAL AND**
**MECHANICAL COLLEGE, ET AL**

## DEFENDANT BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE'S RESPONSES TO PLAINTIFFS' REQUESTS FOR PRODUCTION AND INTERROGATORIES

Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, Defendant Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (the "Board"), through undersigned counsel, hereby responds to Plaintiffs Requests for Production and Interrogatories as follows:

## GENERAL OBJECTION:

The Board objects to the "Instructions" and "Definitions" sections to the extent they seek to impose burdens or obligations inconsistent with, or in excess of, those imposed by the Federal Rules of Civil Procedure, the Civil Local Rules of the United States District Court for the Middle District of Louisiana ("Local Rules"), or any other applicable rules and statutes. The Board will provide responses in accordance with the Federal Rules of Civil Procedure, the Local Rules, and any other applicable rules and statutes.

Subject to this general objection, the Board responds as follows:

## REQUESTS FOR PRODUCTION:

## REQUEST FOR PRODUCTION NO. 29:

1

████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████

**RESPONSE**:

████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████

**REQUEST FOR PRODUCTION NO. 30**:

████████████████████████████████████

████████████████

▋ ██████████████████████████████

▋ ███████████████████████████████

▋ ███████████████████████████████

▋ ██████████████████████

▋ ████████████████████████████████████

██████████████

▋ ████████████████████████████████████

████████████████████████

▋ ████████████████████████████████████

████████████████

▋ ████████████████████████████████

PD.40414106.1

- ██████████████████████████████████████████████
- ███████████████████████████████████████████████████

**RESPONSE**:

███████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████

**REQUEST FOR PRODUCTION NO. 31:**

███████████████████████████████████████████

████████████████████████████████████████████

████████████████████

- ██████████
- ████████████████████████
- ███████████████████████
- █████████████
- ████████████████████████████████
- ███████████████████████
- ████████████
- ██████████████████

- ███████████████████

███████████████

███████████████

█████████████

████████████████████████████████████

███████████████

███████████████████████

██████████████████

**RESPONSE:**

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

██████████████████████

**REQUEST FOR PRODUCTION NO. 32:**

████████████████████████████████████

████████████

█████████████████████████████████

███████████████████████████████

████████████████████████

4



PD.40414106.1



PD.40414106.1



PD.40414106.1



PD.40414106.1

- ████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████████

**RESPONSE:**

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████

**REQUEST FOR PRODUCTION NO. 33:**

Please produced[sic] copies of all records regarding to the cell phones issued to Michael Sell and Julia Sell as previously discussed between counsel.

**RESPONSE:**

The Board objects to Request No. 33 on the grounds that it is overly broad; unduly burdensome; seeks information which is irrelevant, immaterial and not proportional to the needs

of this case; and is vague and ambiguous.  In particular, the request seeks "all records regarding to [sic] the cell phones issued to Michael and Julia Sell" regardless of the significance or relevance of such documents to this action; as worded, the request is not limited to cell phones issued by LSU to Mr. and Mrs. Sell; and the phrase "all records regarding to [sic] the cell phones issued to Michael and Julia Sell as previously discussed between counsel" is undefined and unclear.  The Board also objects to the extent Request No. 33 seeks documents not in the possession, custody or control of the Board.  The Board further objects to the extent Request No. 33 seeks confidential information about individuals who are not parties to the lawsuit.  Subject to these objections, see the documents produced.

## INTERROGATORIES:

**INTERROGATORY NO. 6**:

Please identify all custodians of the cell phones issued to Michael Sell and Julia Sell from April 26, 2021 to the present, including the transferor, transferee, and date of transfer.

**ANSWER TO INTERROGATORY NO. 6**:

The Board objects to Interrogatory No. 6 on the grounds that it is overly broad; unduly burdensome; seeks information which is irrelevant, immaterial and not proportional to the needs of this case; and is vague and ambiguous.  In particular, as worded, the request is not limited to "custodians" of cell phones issued by LSU to Michael Sell and Julia Sell; and the term "custodian" is undefined and unclear.  Subject to these objections, according to the best recollection of LSU's IT staff, Michael Sell returned his LSU-issued cell phone by leaving it on a ledge in the IT office with a post-it note indicating that the cell phone was issued to Michael Sell.  LSU IT staff further indicated that it believes that Julia Sell came to the IT office and hand-delivered her LSU-issued cell phone.  However, LSU is uncertain to whom Mrs. Sell physically handed her LSU-issued cell

10

phone.   The cell phones issued to Mr. and Mrs. Sell remained in the LSU IT office until

approximately September 21, 2022, at which time the cell phones were placed in a safe in the LSU

IT office. The cell phones have remained in the safe since September 21, 2022.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**


BY:    */s/ Susan W. Furr*
Shelton Dennis Blunt Bar Roll No. 21230
Susan W. Furr Bar Roll No. 19582
Karleen J. Green Bar Roll No. 25119
Molly McDiarmid Bar Roll No. 36426
Michael B. Victorian Bar Roll No. 36065
*Special Assistant Attorneys General*
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: 225 346 0285
Facsimile: 225 381 9197
Email: dennis.blunt@phelps.com
Email: susie.furr@phelps.com
Email: karleen.green@phelps.com
Email: molly.mcdiarmid@phelps.com
Email: michael.victorian@phelps.com

ATTORNEYS FOR DEFENDANT BOARD OF
SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND
MECHANICAL COLLEGE

PD.40414106.1

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Defendant Board of Supervisors of Louisiana State University and Agricultural and Mechanical College's Responses to Plaintiffs' Requests for Production and Interrogatories* has been served upon all counsel of record by electronic mail this 23rd day of November, 2022.

*/s/ Susan W. Furr*

PD.40414106.1