**From:** Elizabeth Abdnour ezabeth@abdnour.com
**Subject:** Re: Outstanding Discovery Issues
**Date:** January 25, 2023 at 5:02 PM
**To:** Karleen J. Green (2244) Karleen.Green@phelps.com
**Cc:** Katie Lasky katie@katielaskylaw.com, Endya Hash endya@katielaskylaw.com, Karen Truszkowski karen@temperancelegalgroup.com, Owens Co Madrop 3f4076785+matter1291408549@madrop.co.com, Moy McDarmd (2245) Moy.McDarmd@phelps.com, Paralegal KL Law paralegal@katielaskylaw.com, Susan Furr (2230) Susan.Furr@phelps.com, Kasha Weir (2323) Kasha.Weir@phelps.com, Michael B. Victorian (2249) Michael.Victorian@phelps.com

Hi all,

With regard to the 30(b)(6), we have an additional topic to add to the list:

- Chain of custody and actions taken with regard to the Sels' cell phones. When Endya picked up the phones today, Camille let her know that this had been done. As you know, this is a violation of the ESI order so we will need information about who directed this to occur, what steps (if any) the board took to ensure that this would not occur, when this occurred, etc.

Per the ESI order: "Absent a showing of good cause by the requesting party, the parties shall not be required to modify the procedures used by them in the ordinary course of business to backup and archive data. This does not apply to the duty to implement a "litigation hold" and ensure the preservation of relevant documents once the party reasonably anticipates litigation."

Our understanding is that the Sels departed from their roles at LSU in or around April 2022, which was almost a year after the filing of the complaint in this case, and was also after the first request for production of documents sent to BOS on March 18, 2022 (attached), which includes requests for information that would have been on the Sels' cell phones.

I have previously tried to inquire about this topic with your team and to date have received no response, so it will be necessary to address this at the 30(b)(6). I am copying below my emails which have never received a response:

From: **Elizabeth Abdnour** <e​zabeth@abdnour.com>
Date: Mon, Oct 24, 2022 at 8:54 AM
Subject: Re: Owens v. LSU - follow up re: discovery matters
To: Michael B. Victorian (2249) <Michael.Victorian@phelps.com>
Cc: Endya Hash <endya@katielaskylaw.com>, Karen Truszkowski <karen@temperancelegalgroup.com>, Karleen J. Green (2244) <Karleen.Green@phelps.com>, Katie Lasky <katie@katielaskylaw.com>, Moy McDarmd (2245) <Mo​y.McDarm​d@phelps.com>, Susan Furr (2230) <Susan.Furr@phelps.com>

My concern is that, given that the Sels left LSU after this litigation began, if LSU did not maintain the cell phones and the messages contained on them, the board is likely in violation of Sec. I.1 of the ESI order: "This does not apply to the duty to implement a litigation hold and ensure the preservation of relevant documents once the party reasonably anticipates litigation."

On Mon, Oct 24, 2022 at 8:51 AM Ezabeth Abdnour <e​zabeth@abdnour.com> wrote:
> Thank you. Can you please advise as to what happened to the cell phones after the Sels turned them in?

> On Mon, Oct 24, 2022 at 8:48 AM Michael B. Victorian (2249) <Michael.Victorian@phelps.com> wrote:
>> Hi Liz,
>>
>> We reviewed the subpoena duces tecum you sent to the Sels and we understand you are seeking communications, including text messages and social media messages, between the Sels and certain individuals on certain topics. LSU does not have access to the Sels' social media/WhatsApp logins, so the Sels would be the appropriate parties from whom to request this information (and it appears they have complied with your request). We performed an email search of the Sels' emails using the agreed search terms, and the Board's position is that production of that information will satisfy your requests for communications that are emails. With respect to text messages, we have investigated whether the cell phones could be searched by LSU. The only information retrievable by LSU on the cell phones is a call/text log which indicates incoming/outgoing telephone numbers and the call/text time. The records from Verizon are also limited to August 2021-May 2022. We are willing to produce the call/text log to you which contains that information, but otherwise the Board does not possess the data you are seeking. We are hopeful that a combination of (1) the Sels' subpoena production; (2) the responsive emails from the keyword search, and (3) the call/text log data we can provide will satisfy your request.
>>
>>
>>
>> Thanks,
>>
>> Michael

If your team is willing to stipulate to the fact that these cell phones were restored to factory settings by LSU after receipt by the Sels

> [redacted] you team is willing to stipulate to the fact that those cell phones were noted as to default settings by LSU and/or accept by the SO's, then I think we can likely remove that item from the list for the 30(b)(6).
>
> Please let us know as soon as possible what dates your client has available so we can get this scheduled.
>
> Thanks,
> Liz
>
> On Tue, Jan 24, 2023 at 12:15 PM Elizabeth Abdnour <e_zabeth@abdnour.com> wrote:
>> 
>> 
>> Thanks,
>> Liz
>>
>> On Mon, Jan 23, 2023 at 7:37 PM Elizabeth Abdnour <e_zabeth@abdnour.com> wrote:
>>> Thank you Karleen - we would like to have Endya pick up the cell phones and take them to our expert to retrieve. All of the retrieved information is covered by the protective order, but we can send you whatever is retrieved if that works on your end. Once the information is retrieved we can bring the cell phones back. Can you let us know where Endya can meet whoever has the cell phones and if there are any time restrictions on them?
>>>
>>> 
>>>
>>> Thanks,
>>> Liz
>>>
>>> On Mon, Jan 23, 2023 at 7:32 PM Karleen J. Green (2244) <Karleen.Green@phelps.com> wrote:
>>>> Hi Liz,
>>>>
>>>> We agree to allow plaintiffs' experts to inspect the cell phones, subject to the following condition. To the extent the experts can retrieve messages directly from the phones, we must have the opportunity to review the information first to prevent the disclosure of information that is protected by attorney-client privilege or FERPA. Please provide instructions on how you want to receive the cell phones.
>>>>
>>>> 
>>>>
>>>> Thanks,
>>>>
>>>> Karleen
>>>>
>>>> ---
>>>>
>>>> **Karleen J. Green**
>>>>
>>>> Phelps Dunbar LLP
>>>> II City Plaza
>>>> 400 Convention Street, Suite 1100
>>>> Baton Rouge, LA 70802
>>>> Direct: 225-376-0244
>>>> Fax: 225-381-9197
>>>> Email: karleen.green@phelps.com
>>>>
>>>> 
>>>>
>>>> CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from

your system. Thank you.

---

**From:** Elizabeth Abdnour <elizabeth@abdnour.com>
**Sent:** Monday, January 23, 2023 11:23 AM
**To:** Karleen J. Green (2244) <Karleen.Green@phelps.com>
**Cc:** Katie Lasky <katie@katielaskylaw.com>; Endya Hash <endya@katielaskylaw.com>; Karen Truszkowski <karen@temperancelegalgroup.com>; Owens Clio Maildrop <3f4076785+matter1291408549@maildrop.clio.com>; Molly McDarmid (2245) <Molly.McDarmid@phelps.com>; Paralegal KL Law <paralegal@katielaskylaw.com>; Susan Furr (2230) <Susan.Furr@phelps.com>; Kasha Weir (2323) <Kasha.Weir@phelps.com>; Michael B. Victorian (2249) <Michael.Victorian@phelps.com>
**Subject:** Re: Outstanding Discovery Issues

Thank you Karleen!

On Mon, Jan 23, 2023 at 12:22 PM Karleen J. Green (2244) <Karleen.Green@phelps.com> wrote:

> Hi Liz,
>
> I am leaving momentarily for a meeting out of the office, and I wanted to communicate with you before noon as you requested. We received your request regarding the cell phones and are waiting to hear from our client. We will provide a substantive response as soon as possible.
>
> Thank you,
>
> Karleen
>
> ---
>
> ### Karleen J. Green
>
> Phelps Dunbar LLP
> II City Plaza
> 400 Convention Street, Suite 1100
> Baton Rouge, LA 70802
> Direct: 225-376-0244
> Fax: 225-381-9197
> Email: karleen.green@phelps.com
>
> 
>
> CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

**From:** Elizabeth Abdnour <eli zabeth@abdnour.com>
**Sent:** Friday, January 20, 2023 3:13 PM
**To:** Karleen J. Green (2244) <Karleen.Green@phelps.com>
**Cc:** Katie Lasky <katie@katielaskylaw.com>; Endya Hash <endya@katielaskylaw.com>; Karen Truszkowski <karen@temperancelegalgroup.com>; Owens Clio Maildrop <3f4076785+matter1291408549@maildrop.clio.com>; Molly McDiarmid (2245) <Molly.McDiarmid@phelps.com>; Paralegal KL Law <paralegal@katielaskylaw.com>; Susan Furr (2230) <Susan.Furr@phelps.com>; Kasha Weir (2323) <Kasha.Weir@phelps.com>; Michael B. Victorian (2249) <Michael.Victorian@phelps.com>
**Subject:** Re: Outstanding Discovery Issues

Hi Karleen,

Thank you for your message.

Regarding the cell phones, we request the opportunity to personally inspect the cell phones with our own experts so that we can retrieve the messages directly from them or identify when the text messages were deleted - either while in the Segars possession or after being returned to LSU. We would like to do this before the Segars depositions on January 30 and 31. Please let us know your availability for us to do this by **Monday, January 23, 2023 at 12 pm CST**.

[redacted]

[redacted]

Thanks,

Liz

On Fri, Jan 20, 2023 at 3:53 PM Karleen J. Green (2244) <Karleen.Green@phelps.com> wrote:

> Hi Liz,
>
> Our responses are in green below.
>
> - [redacted]
>   - [redacted]
>
> - Finally, our contacts at LSU are working on the cell phone issue and have contacted the wireless provider for assistance. We will provide more information upon receipt.

- We followed up with our client regarding the availability of data related to the Sells' cell phone records. LSU's IT department was unable to retrieve any of the data on its own, so the department took the additional step of reaching out directly to the service provider – Verizon. Verizon is not able to access additional data either. The wireless provider only retains text message data for one year. So, while LSU was able to recover call logs dating back to 2012 for Julia Sell and 2015 for Michael Sell, the accompanying text message data is not available. Moreover, because Verizon only retains text message data for one year, any data relevant to Kennan Johnson, Abby Owens, and Jade Lewis would have been unavailable well before the lawsuit was filed. We can confirm that we have provided you with all the cell phone information available to us.

- [REDACTED]
    - [REDACTED]

- With regard to the cell phones, as we indicated earlier this week, we are working with LSU on this issue. We spoke to our client contacts Monday and yesterday morning (before we received your e-mail) about this issue. Please note that due to the severe weather in the area, the university is closed today. We will provide an update as soon as possible.
    - See response to bullet 2 (above).

Thank you,

Karleen

---

**Karleen J. Green**

Phelps Dunbar LLP
II City Plaza
400 Convention Street, Suite 1100

Baton Rouge, LA 70802
Direct: 225-376-0244

Fax: 225-381-9197

Email: karleen.green@phelps.com



CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

---

**From:** Elizabeth Abdnour <elizabeth@abdnour.com>
**Sent:** Tuesday, January 17, 2023 4:02 PM
**To:** Karleen J. Green (2244) <Karleen.Green@phelps.com>
**Cc:** Katie Lasky <katie@katielaskylaw.com>; Endya Hash <endya@katielaskylaw.com>; Karen Truszkowski <karen@temperancelegalgroup.com>; Owens Co Ma drop <3f4076785+matter1291408549@ma_drop.c o.com>; Molly McDonald (2245) <Molly.McDonald@phelps.com>; Paralegal KL Law <paralegal@katielaskylaw.com>; Susan Furr (2230) <Susan.Furr@phelps.com>; Kasha Weir (2323) <Kasha.Weir@phelps.com>; Michael B. Victorian (2249) <Michael.Victorian@phelps.com>
**Subject:** Re: Outstanding Discovery Issues

Hi Karleen,

Please provide an update on the following outstanding items from this email chain:

- ███████████████████████████████████
- Finally, our contacts at LSU are working on the cell phone issue and have contacted the wireless provider for assistance. We will provide more information upon receipt.
- ███████████████████████████████████
- ████████ to the cell phones, as we indicated earlier this week, we are working with LSU on this issue. We spoke to our client contacts Monday and yesterday morning (before we received your e-mail) about this issue. Please note that due to the severe weather in the area, the university is closed today. We will provide an update as soon as possible.

Thanks,

Liz

On Tue, Dec 20, 2022 at 1:14 PM Karleen J. Green (2244) <Karleen.Green@phelps.com> wrote:

> Hi Katie,
>
> ███████████████████████████████████
>
> Karleen
>
> ---
>
> **Karleen J. Green**
> Phelps Dunbar LLP
> II City Plaza
> 400 Convention Street, Suite 1100
> Baton Rouge, LA 70802
> Direct: 225-376-0244
> Fax: 225-381-9197
> Email: karleen.green@phelps.com
>
> 
>
> CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.
>
> **From:** Katie Lasky <katie@katielaskylaw.com>
> **Sent:** Tuesday, December 20, 2022 12:02 PM

**To:** Karleen J. Green (2244) <Karleen.Green@phelps.com>
**Cc:** Endya Hash <endya@katesaykaylaw.com>; Elizabeth Abdnour <elizabeth@abdnour.com>; Karen Truszkowski <karen@temperancelegalgroup.com>; Owens Clio Maildrop <3f4076785+matter1291408549@maildrop.clio.com>; Molly McDiarmid (2245) <Molly.McDiarmid@phelps.com>; Paralegal KL Law <paralegal@katesaykaylaw.com>; Susan Furr (2230) <Susan.Furr@phelps.com>; Kasha Weir (2323) <Kasha.Weir@phelps.com>; Michael B. Victorian (2249) <Michael.Victorian@phelps.com>
**Subject:** Re: Outstanding Discovery Issues

Hello Karleen,

████████████████████████████████████████
████████████████████████

Thank you.

> On Dec 19, 2022, at 11:59 AM, Karleen J. Green (2244) <Karleen.Green@phelps.com> wrote:
>
> Hi Endya,
>
> ████████████████████████████████
>
> ████████████████████████████████
>
> ████████████████████████████████
> ████████████████████████████████
> ████████████████████████████████
>
> Finally, our contacts at LSU are working on the cell phone issue and have contacted the wireless provider for assistance. We will provide more information upon receipt.
>
> Thank you,
>
> Karleen
>
> ---
>
> **Karleen J. Green**
>
> Phelps Dunbar LLP
> II City Plaza
> 400 Convention Street, Suite 1100
> Baton Rouge, LA 70802
> Direct: 225-376-0244
> Fax: 225-381-9197
> Email: karleen.green@phelps.com





CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

**From:** Endya Hash <endya@katielaskylaw.com>
**Sent:** Friday, December 16, 2022 2:50 PM
**To:** Karleen J. Green (2244) <Karleen.Green@phelps.com>
**Cc:** Elizabeth Abdnour <elizabeth@abdnour.com>; Karen Truszkowski <karen@temperancelegalgroup.com>; Owens Clio Mailadrop <3f4076785+matter1291408549@maildrop.clio.com>; Molly McDiarmid (2245) <Molly.McDiarmid@phelps.com>; Paralegal KL Law <paralegal@katielaskylaw.com>; Katie Lasky <katie@katielaskylaw.com>; Susan Furr (2230) <Susan.Furr@phelps.com>; Kasha Weir (2323) <Kasha.Weir@phelps.com>; Michael B. Victorian (2249) <Michael.Victorian@phelps.com>
**Subject:** Re: Outstanding Discovery Issues

Hello Karleen,

[redacted]

[redacted]

[redacted]

Best,

Endya

PRIVILEGED AND CONFIDENTIAL: This message is being sent to you by an attorney and is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message.

On Wed, Dec 14, 2022 at 4:27 PM Karleen J. Green (2244) <Karleen.Green@phelps.com> wrote:

Endya,

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

With regard to the cell phones, as we indicated earlier this week, we are working with LSU on this issue. We spoke to our client contacts Monday and yesterday morning (before we received your e-mail) about this issue. Please note that due to the severe weather in the area, the university is closed today. We will provide an update as soon as possible.

[redacted]

[redacted]

Thank you,

Karleen

**Karleen J. Green**

Phelps Dunbar LLP
II City Plaza
400 Convention Street, Suite 1100
Baton Rouge, LA 70802
Direct: 225-376-0244
Fax: 225-381-9197
Email: karleen.green@phelps.com

**phelps**

CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

**From:** Endya Hash <endya@katielasky aw.com>
**Sent:** Tuesday, December 13, 2022 10:23 AM
**To:** Susan Furr (2230) <Susan.Furr@phelps.com>; Karleen J. Green (2244) <Karleen.Green@phelps.com>; Michael B. Victorian (2249) <Michael.Victorian@phelps.com>
**Cc:** Elizabeth Abdnour <elizabeth@abdnour.com>; Karen Truszkowski <karen@temperancelegalgroup.com>; Owens Clio Maildrop <3f4076785+matter1291408549@mail_drop.clio.com>; Molly McDiarmid (2245) <Molly.McDiarmid@phelps.com>; Paralegal KL Law <paralegal@katielaskylaw.com>; Katie Lasky <katie@katielaskylaw.com>; Susan Furr (2230) <Susan.Furr@phelps.com>; Kasha Weir (2323) <Kasha.Weir@phelps.com>
**Subject:** Outstanding Discovery Issues

Hello all,

There are several outstanding discovery issues that need to be addressed. ███████████████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████████████████████████████████████████

██████████
███████████

█████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████
██

██████████████████
███████████████████
██████████
███████
██████
██████████
████████████
██████████████████████
██████████
███████
█████████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████

████████████████████████████████████████████
████████████████████

Finally, please see page 5 of the attached subpoena responses from the Seals in which they represent that their phones were returned to LSU and the only information they have access to are selected screen shots that they saved elsewhere. Thus, the Seals have not produced responsive records from their cell phones, as indicated in prior correspondence. They have only produced various screen shots that they decided to save in the past, which does not encompass the full scope of responsive information on their cell phones, as these devices were never properly searched. If Counsel for the Seals has indicated to you all that these subpoena responses are no longer accurate or contain some type of misrepresentation, please confirm exactly what was communicated so that we may take the matter up with the appropriate parties.

Best,

Endya



ENDYA HASH
ASSOCIATE

KATIE LASKY LAW LLC
619 HOMEDALE STREET
NEW ORLEANS, LA 70124
MAIN: 504-584-7336
DIRECT: 504-375-2205
FAX: 504-375-2221
KATIELASKYLAW.COM

PRIVILEGED AND CONFIDENTIAL: This message is being sent to you by an attorney and is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message.

--



**Elizabeth Abdnour**

Attorney at Law
Pronouns: she/her/hers