FRIZK248N72J
JSell
Wired

Julia Sell