Page 206

Page 208

Q I want to ask you a little bit about your LSU-issued cell phones and I know you're going to feel like that's beating a bit of a dead horse but we have not gotten straight answers from LSU so I'm hoping that maybe we can get as much as we can from you. First question, did you have an LSU-issued cell phone?
A Yes.
Q Was the number 225-335-6732?
A Yes.
Q Did Mike also have an LSU-issued cell phone?
A Yes.
Q Was that number 225-615-4996?
A I don't remember numbers. In the address book so maybe --
Q You recall yours, you don't recall Mike's; is that right?
A Right.
Q No problem. Who issued you your cell

phone when you first got it; where did you get it from? If you recall, you may not recall.
A IT, whoever -- the IT guy brought it down, set it up, whoever it was at the time.
Q Did you always have the same phone or did they give you an upgraded phone at any point?
A I was known to leave them on the top of my car and drive off and break them. I broke many. I couldn't even tell you how many phones I had through the years, at least five or six in ten year, different phones that I had.
Q The most recent phone that you had, what type of a phone was it?
A An iPhone.
Q Do you what model it was or you don't recall?
A No clue.
Q Did you also have a personal cell phone during the time you were at LSU?
A Towards the end.
Q When did you get that personal phone?

A I got it when all the -- Husch Blackwell was set to go on and I wanted to be able to speak to my lawyers privately.
Q Did you ever use your personal phone for LSU-related business?
A No.
Q Who paid the bill for your LSU phone?
A I don't know if it's the athletic department. I think it's maybe TAF. I don't know.
Q At some point you returned that phone to LSU; correct?
A Yes.
Q When did you return it?
A Right before we left.
Q So, that would have been when -- even if you just remember a month, that would be great.
A May of 2022.
Q Who did you specifically return it to?
A Whoever was standing there in the IT office when I walked up. I don't remember what person it was but I just handed it in along with laptop, iPad.
Q Where's the IT office on-campus? I'm

just not familiar with campus. You can just tell me the building.
A In the athletic admin building.
Q Did you ever prior to returning it ever delete anything off of the phone?
A I had some pictures of family, children. I deleted the photos.
Q Did you ever delete any text messages from the phone?
A Could you be more specific?
Q Was there ever a text message that you deleted from the phone at any point?
A Yes.
Q When did you delete text messages from the phone; when was the first time you did it?
A As soon as the litigation started and Husch Blackwell started, I saved everything. I didn't delete it but prior to that I would delete things I'd already answered or taken care of, whether it was a recruit's text or something that did not need my attention anymore.
Q I see. What about any emails that may have been received on that phone; did you

ever delete any of those?
A No.
Q What about any voicemails?
A No, unless they were like from something personal, from my mom.
Q At any point did you ever return the phone to factory settings?
A No.
[redacted]