UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO PROVIDE CERTAIN EXPERT REPORTS**

NOW INTO COURT, through undersigned counsel, comes Defendant, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (the "Board"), who respectfully moves this Court to extend the deadline by which the Board must provide certain expert reports in this matter. In support of its motion, the Board states as follows:

1.

Pursuant to this Court's current Scheduling Order (Doc. 313), the current deadline for the Board to provide written reports of its non-Title IX experts is March 22, 2023.

2.

The parties have been diligent in their efforts to schedule the plaintiffs' independent medical examinations ("IME") and vocational rehabilitation evaluations. Specifically, the Board has been communicating with plaintiffs on an almost daily basis since mid-January in an attempt to schedule these examinations and accommodate the plaintiffs' schedules. Due to scheduling issues with two plaintiffs, Jane Doe and Jade Lewis, the Board's experts will be unable to complete their reports with respect to these plaintiffs by the current deadline.

3.

Jade Lewis has not yet participated in her examinations with either expert. The parties are currently in discussions regarding the scheduling of Jade Lewis' outstanding examinations and the Board has requested that Ms. Lewis provide her availability for the next two weeks. Because of Ms. Lewis' current location in New Zealand, the time zone difference has created significant difficulties in securing Ms. Lewis' availability and participation. To date, Ms. Lewis has requested to reschedule her confirmed appointments on numerous occasions, even though she had previously requested those initial dates and times. She also failed to attend scheduled appointments on two occasions.

4.

Additionally, a two-week extension with respect to Jane Doe will allow the experts to finalize their reports adequately and completely. Although the parties attempted to schedule Jane Doe's IME and vocational rehabilitation examinations several times throughout the months of January and February, the examinations did not take place until very recently, on March 14 and 16, 2023, respectively. Because of the proximity of her examinations to the deadline, the Board's experts require additional time to complete their reports.

5.

For these reasons, the Board respectfully requests a two-week extension to provide the expert reports for Jade Lewis and Jane Doe, through and including April 5, 2023. This extension would not interfere with completion of all deadlines and submissions before the June 1, 2023, pretrial conference date.

6.

Under Fed. R. Civ. P. 16, good cause exists to extend the specific deadlines at issue.

- 3 -

7.

Plaintiffs' counsel consented to the requested extension by email on March 20, 2023.

WHEREFORE, the parties pray that the Motion be granted, extending the aforementioned deadlines.

        Respectfully submitted,

        **JEFF LANDRY**
        **ATTORNEY GENERAL**

    BY:   /s/ *Susan W. Furr*
        Susan W. Furr Bar Roll No.  19582
        Karleen J. Green Bar Roll No.  25119
        Shelton Dennis Blunt Bar Roll No. 21230
        Michael B. Victorian Bar Roll No. 36065
        Molly C. McDiarmid Bar Roll No. 36426
        *Special Assistant Attorneys General*
        II City Plaza | 400 Convention Street, Suite 1100
        Baton Rouge, Louisiana 70802
        Telephone: 225 346 0285
        Facsimile: 225 381 9197
        Email: susie.furr@phelps.com
        Email: karleen.green@phelps.com
        Email: michael.victorian@phelps.com
        Email: molly.mcdiarmid@phelps.com
        ***Counsel for the Board of Supervisors of Louisiana State University & Agricultural and Mechanical College***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on March 20, 2023, with the Court's CM/ECF system, which will electronically send a copy of the same to all counsel of record.

/s/ _Susan W. Furr_____
Susan W. Furr