# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

## ORDER

CONSIDERING the Unopposed Motion for Extension of Time to Provide Certain Expert Reports filed by Defendant Board of Supervisors of Louisiana State University and Agricultural and Mechanical College;

IT IS ORDERED that the Motion is GRANTED. The expert reports with respect to Jade Lewis and Jane Doe are due on April 5, 2023.

New Orleans, Louisiana, this _____ day of _____, 2023.

                                                      _____
                                                      WENDY B. VITTER
                                                      UNITED STATES DISTRICT JUDGE