UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**             **CIVIL ACTION**

**VERSUS**             **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

## ORDER

Considering the Unopposed Motion for Extension of Time to Provide Certain Expert Reports, filed by the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (R. Doc. 335), and finding that good cause exists under Fed. R. Civ. P. 16 to amend the Court's Second Amended Scheduling Order (R. Doc. 247), as amended (R. Docs. 261, 275, & 313);

**IT IS HEREBY ORDERED** that the Motion (R. Doc. 335) is **GRANTED.** The Court's Second Amended Scheduling Order (R. Doc. 247), as amended (R. Docs. 261, 275, & 313), is further **AMENDED** such that the Board of Supervisors shall have until **April 5, 2023** to provide Plaintiffs with its expert reports regarding Jade Lewis and Jane Doe.

All other deadlines in the Second Amended Scheduling Order (R. Doc. 247), as amended (R. Docs. 261, 275, & 313), remain in effect.

New Orleans, Louisiana, March 21, 2023.

*[signature]*
**WENDY B. VITTER**
**United States District Judge**