UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO PROVIDE REBUTTAL REPORTS TO CERTAIN EXPERT REPORTS

Now comes Plaintiffs Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, and Sarah Beth Kitch ("Plaintiffs"), through undersigned counsel, and respectfully moves this Court to extend the deadline by which the Plaintiffs must provide rebuttal reports to Defendants' certain expert reports in this matter. In support of its motion, the Plaintiffs state as follows:

1.

Pursuant to this Court's current Scheduling Order (ECF No. 313), the current deadline for Plaintiffs to provide written rebuttal reports of Defendants' non-Title IX expert reports is April 5, 2023.

2.

The parties have been working diligently to comply with all Court deadlines. Plaintiffs have been communicating with Defendants on an almost daily basis since mid-January in an attempt to schedule examinations and accommodate the parties' schedules. First, Defendant is currently engaged in obtaining expert reports with respect to Plaintiffs Jade Lewis and Jane Doe and filed a motion for extension to April 5, 2023. Plaintiffs consented to such extension to provide

certain expert reports, which was granted by this Court. Second, Plaintiffs are developing rebuttal reports commensurate to the extension for Defendant's expert reports.

3.

For these reasons, Plaintiffs respectfully request a two-week extension to provide the rebuttal reports to Defendant's expert reports for Jade Lewis and Jane Doe commensurate to the extension ordered for the completion of those expert reports, through and including April 19, 2023. This extension would not interfere with completion of all deadlines and submissions before the June 1, 2023, pretrial conference date.

4.

Under Fed. R. Civ. P. 16, good cause exists to extend the specific deadlines at issue.

5.

Defendants' counsel consented to the requested extension by email on March 22, 2023.

WHEREFORE, the parties pray that the Motion be granted, extending the aforementioned deadline from April 5, 2023, to April 19, 2023.

Respectfully Submitted,

**s/Elizabeth Abdnour**
Elizabeth Abdnour
Pro Hac Vice
Elizabeth Abdnour Law, PLLC
1100 W. Saginaw Street, Suite 4A-2
Lansing, Michigan 48915
P: (517) 292-0067
F: (517) 709-7700
elizabeth@abdnour.com

Catherine E. Lasky (La. Bar 28652)
Endya L. Hash (La. Bar 38260)

2

Katie Lasky Law
619 Homedale Street
New Orleans, Louisiana 70124
P: (504) 584-7336
F: (504) 375-2221
katie@katielaskylaw.com
endya@katielaskylaw.com

Karen Truszkowski
Pro Hac Vice
Temperance Legal Group, PLLC
503 Mall Court #131
Lansing, Michigan 48912
P: (844) 534-2560
F: (800) 531-6527
karen@temperancelegalgroup.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 27, 2023, I filed a true and correct copy electronically with the Clerk of the Court using the the CM/ECF system, which will send a notification of such filing to all parties who have entered an appearance in this case as well as electronically transmitted.

    /s/Elizabeth Abdnour_____
    Elizabeth Abdnour