## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-242-WBV-SDJ** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | |

### ORDER

Considering the Unopposed Motion for Extension of Time to Provide Rebuttal Reports to Certain Expert Reports, filed by Plaintiffs (R. Doc. 337), and finding that good cause exists under Fed. R. Civ. P. 16 to amend the Court's Second Amended Scheduling Order (R. Doc. 247), as amended (R. Docs. 261, 275, 313 & 336);

**IT IS HEREBY ORDERED** that the Motion (R. Doc. 337) is **GRANTED.** The Court's Second Amended Scheduling Order, as amended, is further **AMENDED** such that Plaintiffs shall have until **April 19, 2023** to provide Defendants with their rebuttal expert reports regarding Jade Lewis and Jane Doe.

All other deadlines in the Second Amended Scheduling Order (R. Doc. 247), as amended (R. Docs. 261, 275, 313, & 336), remain in effect.

New Orleans, Louisiana, March 28, 2023.

**WENDY B. VITTER**
**United States District Judge**