## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

### EX-PARTE MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Defendant, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (the "Board"), and respectfully moves to enroll Gregory T. Stevens (La. Bar No. 29436) and Jessica C. Huffman (La. Bar No. 30445), both of Phelps Dunbar LLP, 400 Convention Street, Suite 1100, Baton Rouge, Louisiana, 70802; P.O. Box 4412, Baton Rouge, Louisiana, 70821-4412; telephone (225) 346-0285; facsimile (225) 381-9197, as additional counsel in the above captioned matter.

WHEREFORE, the Board prays that this Ex-Parte Motion to Enroll Additional Counsel be granted.

                                                  Respectfully submitted,

                                                  **JEFF LANDRY**
                                                  **ATTORNEY GENERAL**

BY:   <u>s/ Shelton Dennis Blunt</u>
        Susan W. Furr Bar Roll No. 19582
        Karleen J. Green Bar Roll No. 25119
        Shelton Dennis Blunt Bar Roll No. 21230
        Michael B. Victorian Bar Roll No. 36065
        Molly C. McDiarmid Bar Roll No. 36426
        *Special Assistant Attorneys General*
        II City Plaza | 400 Convention Street,
        Suite 1100
        Baton Rouge, Louisiana 70802

Telephone: 225 346 0285  
Facsimile: 225 381 9197  
Email: susie.furr@phelps.com  
Email: karleen.green@phelps.com  
Email: dennis.blunt@phelps.com  
Email: michael.victorian@phelps.com  
Email: molly.mcdiarmid@phelps.com  
***Counsel for the Board of Supervisors of Louisiana State University & Agricultural and Mechanical College***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on March 29, 2023, with the Court's CM/ECF system and an electronic copy was provided to counsel by email.

s/ Shelton Dennis Blunt

PD.41550170.2