UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

## ORDER

Considering the foregoing Ex-Parte Motion to Enroll Additional Counsel filed by the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (the "Board"),

IT IS HEREBY ORDERED that the motion is GRANTED, and that Gregory T. Stevens (La. Bar No. 29436) and Jessica C. Huffman (La. Bar No. 30445), both of Phelps Dunbar LLP, 400 Convention Street, Suite 1100, Baton Rouge, Louisiana, 70802; P.O. Box 4412, Baton Rouge, Louisiana, 70821-4412; telephone (225) 346-0285; facsimile (225) 381-9197, be and hereby are enrolled as additional counsel of record for the Board.

So Ordered, in Baton Rouge, Louisiana, this ____ day of _____, 2023.

_____
Judge, United States District Court
Middle District of Louisiana

PD.41550170.2