UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY** | **MAGISTRATE JUDGE JOHNSON** |

## JOINT MOTION FOR EXTENSION OF TIME

Now come Plaintiffs Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, and Sarah Beth Kitch and Defendant Board of of Louisiana State University and Agricultural and Mechanical College (the "Board") through undersigned counsel, and respectfully move this Court to extend certain deadlines in this matter. In support of their motion, the parties state as follows:

1.

Pursuant to this Court's current Scheduling Order (ECF No. 313), the current deadline for Plaintiffs to provide written rebuttal reports of Defendants' non-Title IX expert reports is April 5, 2023.

2.

The parties have been working diligently to comply with all Court deadlines. Plaintiffs have been communicating with Defendants on an almost daily basis since mid-January in an attempt to schedule examinations and accommodate the parties' schedules. First, Defendant is currently engaged in obtaining expert reports with respect to Plaintiffs Jade Lewis and Jane Doe and filed a motion for extension to April 5, 2023. Plaintiffs consented to such extension to provide certain expert reports, which was granted by this Court. Because of difficulties with securing

1

Plaintiff Jade Lewis's participation, the parties have agreed to extend the Defendant's expert report deadline with respect to Jade Lewis. Second, Plaintiffs are developing rebuttal reports commensurate to the extension for Defendant's expert reports. Third, both of Plaintiffs' rebuttal experts have had health issues come up which have delayed their ability to complete their reports. In light of these health issues, the Board consented to an extension for Plaintiffs' rebuttal expert reports. The parties have been working diligently to complete all necessary discovery but will need additional time to sufficiently complete the 30(b)(6) deposition and expert evaluations and reports of Plaintiffs. Finally, the parties discussed the need for a lengthier briefing schedule given the number of anticipated motions, including the need for greater time to file opposition and reply memoranda.

3.

For these reasons, Plaintiffs and Defendant respectfully request that the Court modify the current Scheduling Order to accommodate the following deadlines:

| | |
|---|---|
| Defendant's expert reports re: Jane Doe due | April 5, 2023 |
| Plaintiffs' rebuttal reports (except Jade Lewis) | April 19, 2023 |
| Deadline for Plaintiff Jade Lewis to submit to testing | April 19, 2023 |
| Defendant's expert reports re: Jade Lewis due | May 3, 2023 |
| 30(b)(6) deposition deadline | May 5, 2023 |
| Plaintiffs' expert rebuttal reports re: Jade Lewis | May 17, 2023 |
| Expert discovery deadline | May 31, 2023 |
| Daubert and motion in limine deadline | TBD (see below) |
| Dispositive motion filing deadline | June 19, 2023 |
| Dispositive motion opposition deadline | July 18, 2023 |

| | |
|---|---|
| Dispositive motion reply deadline and motion submission date | August 8, 2023 |
| Pretrial conference | TBD (see below) |
| Trial | TBD (see below) |

The Parties respectfully request that the Court reset the deadlines for filing motions in limine and *Daubert* motions and the pretrial conference based on the new trial date.

4.

Under Fed. R. Civ. P. 16, good cause exists to extend the specific deadlines at issue.

WHEREFORE, the parties pray that the Motion be granted, extending the aforementioned deadlines as outlined.

Respectfully Submitted,

**s/Elizabeth Abdnour**
Elizabeth Abdnour
Pro Hac Vice
Elizabeth Abdnour Law, PLLC
1100 W. Saginaw Street, Suite 4A-2
Lansing, Michigan 48915
P: (517) 292-0067
F: (517) 709-7700
elizabeth@abdnour.com

Catherine E. Lasky (La. Bar 28652)
Endya L. Hash (La. Bar 38260)
Katie Lasky Law
619 Homedale Street
New Orleans, Louisiana 70124
P: (504) 584-7336
F: (504) 375-2221
katie@katielaskylaw.com
endya@katielaskylaw.com

3

>Karen Truszkowski
>Pro Hac Vice
>Temperance Legal Group, PLLC
>503 Mall Court #131
>Lansing, Michigan 48912
>P: (844) 534-2560
>F: (800) 531-6527
>karen@temperancelegalgroup.com
>
>*Attorneys for Plaintiffs*

Respectfully submitted,

**PHELPS DUNBAR LLP**

By:   */s/ Molly C. McDiarmid*
>Susan W. Furr, Bar Roll No. 19582
>Karleen J. Green, Bar Roll No. 25119
>Shelton Dennis Blunt, Bar Roll No. 21230
>Gregory T. Stevens, Bar Roll No. 29436
>Jessica C. Huffman, Bar Roll No. 30445
>Michael B. Victorian, Bar Roll No. 36065
>Molly McDiarmid, Bar Roll No. 36426
>II City Plaza | 400 Convention Street, Suite 1100
>Baton Rouge, Louisiana 70802
>P.O. Box 4412
>Baton Rouge, Louisiana 70821-4412
>Telephone: 225 346 0285
>Facsimile: 225 381 9197
>Email: susie.furr@phelps.com
>>karleen.green@phelps.com
>>dennis.blunt@phelps.com
>>greg.stevens@phelps.com
>>jess.huffman@phelps.com
>>michael.victorian@phelps.com
>>molly.mcdiarmid@phelps.com

**ATTORNEYS FOR DEFENDANT, THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE**

4

## CERTIFICATE OF SERVICE

      I hereby certify that on April 5, 2023, I filed a true and correct copy electronically with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties who have entered an appearance in this case as well as electronically transmitted.

                                           /s/Elizabeth Abdnour_____
                                           Elizabeth Abdnour