UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSTY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

## ORDER

CONSIDERING the Unopposed Motion for Extension of Time filed by Plaintiffs and Defendant;

IT IS ORDERED that the Motion is GRANTED. The Scheduling Order is modified as follows:

| | |
|---|---|
| Defendant's expert reports re: Jane Doe due | April 5, 2023 |
| Plaintiffs' rebuttal reports (except Jade Lewis) | April 19, 2023 |
| Deadline for Plaintiff Jade Lewis to submit to testing | April 19, 2023 |
| Defendant's expert reports re: Jade Lewis due | May 3, 2023 |
| 30(b)(6) deposition deadline | May 5, 2023 |
| Plaintiffs' expert rebuttal reports re: Jade Lewis | May 17, 2023 |
| Expert discovery deadline | May 31, 2023 |
| Daubert and motion in limine deadline | TBD |
| Dispositive motion filing deadline | June 19, 2023 |
| Dispositive motion opposition deadline | July 18, 2023 |
| Dispositive motion reply deadline and motion submission date | August 8, 2023 |
| Pretrial conference | TBD |

| | |
|---|---|
| Trial | TBD |

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
WENDY B. VITTER
UNITED STATES DISTRICT JUDGE