MINUTE ENTRY
VITTER, J.
APRIL 13, 2023
JS10, 0:40

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                               **CIVIL ACTION**

**VERSUS**                                          **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

### TELEPHONE STATUS CONFERENCE REPORT and ORDER

On April 13, 2023, at the Court's request, the Court held a Telephone Status Conference in this matter.

**PRESENT:**

**Catherine E. Lasky, Elizabeth K. Abdnour, Karen Truszkowski**
Counsel for Plaintiffs, Abby Owens, Kennan Johnson, Samantha Brennan, Elisabeth Andries, Jade Lewis, Calise Richardson, Ashlyn Robertson, Corinn Hovis, Sarah Beth Kitch, Jane Doe, and Other Unidentified Does

**Susan W. Furr, Molly C. McDiarmid, Shelton D. Blunt**
Counsel for Defendant, Board Of Supervisors for Louisiana State University and Agricultural and Mechanical College

During the conference, the Court discussed with counsel the status of the case and the pending Joint Motion for Extension of Time (R. Doc. 342). After reviewing the deadlines proposed by counsel in their Motion, the Court found that good cause exists under Fed. R. Civ. P. 16 to amend the Second Amended Scheduling Order (R. Doc. 247), as amended (R. Docs. 261, 275, 313, 336, & 338), with respect to the remaining pretrial deadlines. As such, the Court issued an **oral Order GRANTING**

the Motion. In consultation with counsel, the Court reset the trial in this matter for **Tuesday, January 16, 2024.**

Accordingly,

**IT IS HEREBY ORDERED** that the Joint Motion for Extension of Time (R. Doc. 342) is **GRANTED.** The Second Amended Scheduling Order (R. Doc. 247), as amended (R. Docs. 261, 275, 313, 336, & 338), is further **AMENDED** with respect to the following deadlines:

1. Written rebuttal reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, except for rebuttal expert reports regarding Jade Lewis, shall be obtained and delivered to counsel for Defendants no later than **April 19, 2023.** Plaintiffs are cautioned that rebuttal reports should be strictly limited to opinions in response to the Defendant's expert reports.

2. Jade Lewis shall have until **April 19, 2023** to submit to testing.

3. Defendant shall have until **May 3, 2023** to provide Plaintiffs with its expert reports regarding Jade Lewis.

4. The parties shall have until **May 5, 2023** to take Fed. R. Civ. P. 30(b)(6) depositions.

5. Plaintiffs shall have until **May 17, 2023** to produce their expert rebuttal reports regarding Jade Lewis.

6. The expert discovery deadline is **May 31, 2023.**

7. Any *Daubert* motions and motions in limine must be filed in sufficient time to permit a submission date of **August 22, 2023.**

8. The parties shall have until **June 19, 2023** to file any dispositive motions.

9. The parties shall have until **July 18, 2023** to file any opposition to dispositive motions.

10. The parties shall have until **August 8, 2023** to seek leave to file any reply briefs in further support of any dispositive motions. Any such dispositive motions shall be deemed submitted on **August 8, 2023.**

11. The Final Pretrial Conference in this matter is scheduled for **Tuesday, December 19, 2023 at 10:00 a.m. (CST)** in Courtroom C352 at the United States District Court for the Eastern District of Louisiana.

12. The jury trial in this matter is scheduled to commence on **Tuesday, January 16, 2024 at 9:00 a.m. (CST)** at the United States District Court for the Middle District of Louisiana.

New Orleans, Louisiana, April 14, 2023.

**WENDY B. VITTER**
**United States District Judge**