## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL** *Plaintiffs* | Case No.: 3:21-cv-00242 |
| | Division WBV-SDJ |
| v. | |
| | JUDGE WENDY B. VITTER |
| **BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL** *Defendants* | MAGISTRATE JUDGE JOHNSON |
| | JURY DEMANDED |

### *EX PARTE* JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, and Sarah Beth Kitch, and Defendant, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, who respectfully move this Court to reset the settlement conference currently scheduled for May 3, 2023 because the trial in this matter has been continued until January 16, 2024. The parties jointly request that this Court reset the settlement conference to a mutually agreeable date in September or October, 2023.

WHEREFORE, for the reasons stated herein, Plaintiffs and Defendant request that this Court enter an order resetting the settlement conference in this matter from May 3, 2023 until a date in September or October 2023.

Respectfully Submitted,

| | |
|---|---|
| Karen Truszkowski<br>*Pro Hac Vice*<br>Temperance Legal Group<br>503 Mall Court #131<br>Lansing, Michigan 48912<br>P: (844) 534-2560<br>F: (800) 531-6527<br>karen@temperancelegalgroup.com | */s/ Catherine E. Lasky*<br>Catherine E. Lasky (La. Bar 28652)<br>Endya L. Hash (La. Bar 38260)<br>Katie Lasky Law<br>619 Homedale Street<br>New Orleans, Louisiana 70124<br>P: (504) 584-7336<br>F: (504) 375-2221<br>katie@katielaskylaw.com<br>endya@katielaskylaw.com |

Elizabeth K. Adnour
*Pro Hac Vice*
Elizabeth Abdnour Law
1100 W. Saginaw Street, Suite 4A-2
Lansing, Michigan 48915
P: (517) 292-0067
F: (517) 709-7700
elizabeth@abdnour.com

*Attorneys for Plaintiffs*

AND

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:  /s/ *Molly C. McDiarmid*
Susan W. Furr, Bar Roll No. 19582
Karleen J. Green, Bar Roll No. 25119
Shelton Dennis Blunt, Bar Roll No. 21230
Gregory T. Stevens, Bar Roll No. 29436
Jessica C. Huffman, Bar Roll No. 30445
Michael B. Victorian, Bar Roll No. 36065
Molly McDiarmid, Bar Roll No. 36426

       II City Plaza | 400 Convention Street, Suite 1100
       Baton Rouge, Louisiana 70802
       Telephone: 225 346 0285
       Facsimile: 225 381 9197
       Email: susie.furr@phelps.com
             karleen.green@phelps.com
             dennis.blunt@phelps.com
             greg.stevens@phelps.com
             jess.huffman@phelps.com
             michael.victorian@phelps.com
             molly.mcdiarmid@phelps.com

ATTORNEYS FOR THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served by CM/ECF this 21st day of April 2023.

       */s/ Catherine E. Lasky*
       Catherine E. Lasky

3