UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY** | **MAGISTRATE JUDGE JOHNSON** |

**UNOPPOSED MOTION TO CONTINUE EXPERT DISCOVERY DEADLINE**

NOW INTO COURT, through undersigned counsel comes Defendant, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (the "Board"), who respectfully seeks a two-day extension of the expert discovery deadline to depose Plaintiffs' vocational rehabilitation expert, Josephine Doherty.

1.

The deadline to conduct expect discovery is currently May 31, 2023. (R. Doc. 344).

2.

The parties worked together cooperatively to schedule depositions for six experts. Josephine Doherty's deposition was originally scheduled for May 19, 2023. However, the parties agreed to reschedule the deposition until June 2, 2023, a mutually agreeable date, to accommodate a family issue that arose for one the Board's counsel.

3.

The parties worked together to make sure neither party received a prejudice nor advantage.

4.

Therefore, the Board respectfully requests a two-day extension of the expert discovery deadline to permit the deposition of Ms. Doherty. The parties do not oppose the requested two-

day continuance, nor does it impact the other deadlines in the case, including the dispositive motion deadline or the trial date.

5.

WHEREFORE, the Board prays that this motion be GRANTED, extending the expert discovery deadline through and including June 2, 2023 to permit the deposition of Josephine Doherty.

Respectfully submitted,

**PHELPS DUNBAR LLP**

By:  */s/ Molly C. McDiarmid*
Susan W. Furr, Bar Roll No. 19582
Karleen J. Green, Bar Roll No. 25119
Shelton Dennis Blunt, Bar Roll No. 21230
Gregory T. Stevens, Bar Roll No. 29436
Jessica C. Huffman, Bar Roll No. 30445
Michael B. Victorian, Bar Roll No. 36065
Molly McDiarmid, Bar Roll No. 36426
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
P.O. Box 4412
Baton Rouge, Louisiana 70821-4412
Telephone: 225 346 0285
Facsimile: 225 381 9197
Email: susie.furr@phelps.com
karleen.green@phelps.com
dennis.blunt@phelps.com
greg.stevens@phelps.com
jess.huffman@phelps.com
michael.victorian@phelps.com
molly.mcdiarmid@phelps.com

**ATTORNEYS FOR DEFENDANT, THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE**

3

**CERTIFICATE OF SERVICE**

      I certify that on May 26, 2023, I filed a copy of the foregoing pleading using the CM/ECF system which will send electronic notice to all counsel of record.

/s/ Molly C. McDiarmid
Molly C. McDiarmid
