UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, et al.           Case No. 3:21-cv-242

    Plaintiffs,          HON. WENDY B. VITTER

v.

BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY,

    Defendant.

_____/

## NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Civil Rule 11(a)(5), I, Elizabeth Abdnour, notify the Court that my address has changed as listed below:

Old address:   1100 W. Saginaw St., Suite 4A-2, Lansing, MI 48915

New address:  500 E. Michigan Ave., Suite 130, Lansing, MI 48912

My telephone number remains the same.

Date:  June 6, 2023          Respectfully submitted,

         **s/Elizabeth K. Abdnour**
         Elizabeth K. Abdnour
         ELIZABETH ABDNOUR LAW, PLLC
         Attorney for Plaintiff
         500 E. Michigan Ave., Ste. 130
         Lansing, MI 48912
         517-292-0067
         elizabeth@abdnour.com