UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY** | **MAGISTRATE JUDGE JOHNSON** |

## JOINT MOTION TO EXTEND EXPERT DISCOVERY AND DISPOSITIVE MOTION DEADLINES

NOW INTO COURT, through undersigned counsel come Plaintiffs, Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, and Sarah Beth Kitch, and Defendant, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (the "Board"), who respectfully request a brief extension of the expert discovery and dispositive motion deadlines in this matter.

1.

The deadline to conduct expert discovery is currently June 2, 2023. (R. Doc. 348) The deadline to file dispositive motions is June 19, 2023. The deadline to file any opposition is July 18, 2023, and the deadline to request leave to file any reply briefs is August 8, 2023. (R. Doc. 344).

2.

The parties worked together cooperatively to schedule depositions for six experts. Josephine Doherty's deposition was originally scheduled for May 19, 2023. However, the parties agreed to reschedule the deposition until June 2, 2023, a mutually agreeable date, to accommodate a family issue that arose for one the Board's counsel.

3.

Due to health issues of Ms. Doherty, the deposition once again required rescheduling. Due to the parties' schedules, Ms. Doherty's has been rescheduled to June 19, 2023, the current dispositive motion deadline. Therefore, the parties respectfully request a brief extension of the expert discovery deadline to permit the deposition of Ms. Doherty.

4.

Additionally, in light of the rescheduled deposition, the parties revisited the dispositive motion schedule and respectfully request a brief extension of the dispositive motion deadline to permit the deposition of Ms. Doherty to occur. The parties also respectfully request corresponding extensions for the deadlines to file oppositions and to request leave to file a reply as outlined below. The extension does not impact the other deadlines in the case, including the trial date.

5.

WHEREFORE, the parties pray that this motion be GRANTED, extending the relevant deadlines through and including the following deadlines:

| | |
|---|---|
| Expert discovery: | June 19, 2023 |
| Filing of dispositive motions: | June 30, 2023 |
| Filing any opposition to dispositive motions: | July 31, 2023 |
| Deadline to seek leave to file reply and motion submission date: | August 22, 2023 |

Respectfully submitted,

[SIGNATURE BLOCKS ON NEXT PAGE]

**/s/ Catherine E. Lasky**
Catherine E. Lasky (La. Bar 28652)
Endya L. Hash (La. Bar 38260)
KATIE LASKY LAW, LLC
619 Homedale St.
New Orleans, LA 70124
Phone: (504) 584-7336
Fax: (504) 375-2221
katie@katielaskylaw.com
endya@katielaskylaw.com

**Elizabeth K. Abdnour**
Pro Hac Vice
ELIZABETH ABDNOUR LAW, PLLC
1100 W. Saginaw St., Ste 4A-2
Lansing, MI 48915
Phone: (517) 292-0067
Fax: (517) 709-7700
elizabeth@abdnour.com

**Karen Truszkowski**
Pro Hac Vice
TEMPERANCE LEGAL GROUP, PLLC
503 Mall Court #131
Lansing, MI 48912
Phone: (844) 534-2560
Fax: (800) 531-6527
karen@temperancelegalgroup.com

**ATTORNEYS FOR PLAINTIFFS**

**PHELPS DUNBAR LLP**


By:   */s/ Molly C. McDiarmid*
Susan W. Furr, Bar Roll No. 19582
Karleen J. Green, Bar Roll No. 25119
Shelton Dennis Blunt, Bar Roll No. 21230
Gregory T. Stevens, Bar Roll No. 29436
Jessica C. Huffman, Bar Roll No. 30445
Michael B. Victorian, Bar Roll No. 36065
Molly McDiarmid, Bar Roll No. 36426
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
P.O. Box 4412
Baton Rouge, Louisiana 70821-4412
Telephone: 225 346 0285
Facsimile: 225 381 9197
Email: susie.furr@phelps.com
    karleen.green@phelps.com
    dennis.blunt@phelps.com
    greg.stevens@phelps.com
    jess.huffman@phelps.com
    michael.victorian@phelps.com
    molly.mcdiarmid@phelps.com

**ATTORNEYS FOR DEFENDANT, THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE**

**CERTIFICATE OF SERVICE**

I certify that on June 13, 2023, I filed a copy of the foregoing pleading using the CM/ECF system which will send electronic notice to all counsel of record.

*/s/ Molly C. McDiarmid*
Molly C. McDiarmid