UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

## ORDER

CONSIDERING the Joint Motion to Extend Expert Discovery and Dispositive Motion Deadlines filed by Plaintiffs, Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, and Sarah Beth Kitch, and Defendant Board of Supervisors of Louisiana State University and Agricultural and Mechanical College;

IT IS ORDERED that the Motion is GRANTED. The expert discovery deadline is June 19, 2023. The deadline to file any dispositive motions is June 30, 2023. The deadline to file any opposition to dispositive motions is July 31, 2023. The parties shall have until August 22, 2023 to seek leave to file any reply briefs in support of any dispositive motions. Any dispositive motions shall be deemed submitted on August 22, 2023.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
WENDY B. VITTER
UNITED STATES DISTRICT JUDGE