# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                              **CIVIL ACTION**

**VERSUS**                                          **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

## ORDER

Considering the Joint Motion to Extend Expert Discovery and Dispositive Motion Deadlines (R. Doc. 350), and finding that good cause exists under Fed. R. Civ. P. 16 to amend the Court's Second Amended Scheduling Order (R. Doc. 247), as amended (R. Docs. 261, 275, 313, 336, 338, 344, & 348);

**IT IS HEREBY ORDERED** that the Motion (R. Doc. 350) is **GRANTED.** The Court's Second Amended Scheduling Order, as amended, is further **AMENDED** with respect to the following deadlines:

1. The expert discovery deadline is **June 19, 2023.**

2. The parties shall have until **June 30, 2023** to file any dispositive motions.

3. The parties shall have until **July 31, 2023** to file any opposition to dispositive motions.

4. The parties shall have until **August 22 2023** to seek leave to file any reply briefs in further support of any dispositive motions. Any such dispositive motions shall be deemed submitted on **August 22, 2023.**

All other deadlines in the Second Amended Scheduling Order (R. Doc. 247), as

amended (R. Docs. 261, 275, 313, 336, 338, 344, & 348), remain in effect.

New Orleans, Louisiana, June 14, 2023.

*[signature: Wendy B Vitter]*
**WENDY B. VITTER**
**United States District Judge**