UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

## THE BOARD OF SUPERVISORS FOR LOUISIANA STATE UNIVERSITY'S MOTION TO DISMISS PLAINTIFFS' CLAIMS FOR EMOTIONAL DISTRESS DAMAGES

NOW INTO COURT, through undersigned counsel, comes Defendant, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College ("the Board" or "LSU"), and submits this memorandum in support of its motion pursuant to Federal Rule of Civil Procedure 12(b)(6) for dismissal of Plaintiffs' claims for emotional distress damages under Title IX. For the reasons set forth more fully in the Board's memorandum in support, Plaintiffs' claims for emotional distress damages should be dismissed for the following grounds:

1.

Plaintiffs filed suit against the Board seeking damages under Title IX of the Education Amendments of 1972. (R. Doc. 182) All Plaintiffs allege they experienced severe emotional distress and related damages as a result of LSU's alleged acts and omissions. (R. Doc. 182, ¶¶ 241, 288, 326, 361, 451, 555, 595, 650, 698, 741, 1120)

2.

In 2022, while this case was pending, the U.S. Supreme Court held in *Cummings v. Premier Rehab Keller, P.L.L.C.*, 142 S.Ct. 1562 (2022), that damages for emotional distress are not recoverable for violations of anti-discrimination statutes such as Title IX. *Id.* at 1576.

PD.42454999.1

*Cummings* precludes Plaintiffs' recovery for emotional distress damages as a matter of law, and thus, all claims for damages relating to emotional distress should be dismissed.

WHEREFORE, the Board prays that its motion to dismiss be granted, dismissing Plaintiffs' claims for damages relating to emotional distress, including claims set forth in paragraphs 241, 288, 326, 361, 451, 555, 595, 650, 698, 741, and 1120 of the Second Amended Complaint and Jury Demand. (R. Doc. 182)

    Respectfully submitted,

    **PHELPS DUNBAR LLP**

    BY:   */s/ Susan W. Furr*
         Shelton Dennis Blunt Bar Roll No. 21230
         Susan W. Furr Bar Roll No. 19582
         Karleen J. Green Bar Roll No. 25119
         Jessica Coco Huffman LA Bar No.: 30445
         Molly McDiarmid Bar Roll No. 36426
         Gregory T. Stevens Bar Roll No. 29436
         Michael B. Victorian Bar Roll No.: 36065
         II City Plaza | 400 Convention Street, Suite 1100
         Baton Rouge, Louisiana 70802
         Telephone: 225 346 0285
         Facsimile: 225 381 9197
         Email: dennis.blunt@phelps.com
         Email: susie.furr@phelps.com
         Email: karleen.green@phelps.com
         Email: jessica.huffman@phelps.com
         Email: molly.mcdiarmid@phelps.com
         Email: greg.stevens@phelps.com
         Email: michael.victorian@phelps.com

    ATTORNEYS FOR THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on June 30, 2023, with the Court's CM/ECF system, which will electronically send a copy of the same to all counsel of record.

/s/ *Susan W. Furr*
Susan W. Furr

- 3 -

PD.42454999.1