UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

### JOINT MOTION TO CONTINUE MOTION SUBMISSION DATE FOR *DAUBERT* MOTIONS AND MOTIONS IN LIMINE

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andres, Jane Doe, Ashlyn Robertson, Corinn Hovis and Sarah Beth Kitch, and Defendant, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, (collectively, "the Parties"), and respectfully move this Court to continue the motion submission date for the Parties' *Daubert* motions and motions in limine. In support of this motion, the parties state as follows:

1.

Pursuant to the Court's Scheduling Order (R. Doc. 344), any *Daubert* motions and motions in limine must be filed in sufficient time to permit a submission date of August 22, 2023. Therefore, the Parties must file *Daubert* motions and motions in limine on or before August 8, 2023.

2.

Pursuant to Middle District Local Rule 7(h), the Parties are required to meet and confer in advance of filing any motions in limine.

3.

The Parties are in the process of briefing Defendant's motions for summary judgment and motion to dismiss (R. Docs. 352, 364-384). Full briefing on these motions would aid the Parties in their preparation of and discussions regarding the *Daubert* motions and motions in limine.

4.

Thus, the Parties respectfully seek to continue the motion submission date for the Parties' *Daubert* motions and motions in limine to the September 19, 2023, motion submission date.

5.

The Parties consent to the requested continuance. The Parties do not believe that the requested continuance should disturb the trial date and ask that the trial date remain unchanged.

WHEREFORE, the parties pray that this Motion be granted, continuing the motion submission date for the Parties *Daubert* motions and motions in limine to the September 19, 2023, motion submission date.

[*SIGNATURE BLOCKS ON FOLLOWING PAGE*]

By: **/s/ Catherine E. Lasky**
Catherine E. Lasky (La. Bar 28652)
Endya L. Hash (La. Bar 38260)
KATIE LASKY LAW, LLC
619 Homedale St.
New Orleans, LA 70124
Phone: (504) 584-7336
Fax: (504) 375-2221
katie@katielaskylaw.com
endya@katielaskylaw.com

**Elizabeth K. Abdnour**
*Pro Hac Vice*
Abdnour Weiker LLP
500 E. Michigan Ave.
Suite 130
Lansing, MI 48912
Phone: (517) 994-1776
Fax: (614) 417-5081
liz@education-rights.com

**Karen Truszkowski**
*Pro Hac Vice*
Temperance Legal Group, PLLC
503 Mall Court #131
Lansing, MI 48912
Phone: (844) 534-2560
Fax: (800) 531-6527
karen@temperancelegalgroup.com
**ATTORNEYS FOR PLAINTIFFS**

JEFF LANDRY
ATTORNEY GENERAL

By:   */s/ Molly C. McDiarmid*
Susan W. Furr, Bar Roll No. 19582
Karleen J. Green, Bar Roll No. 25119
Shelton Dennis Blunt, Bar Roll No. 21230
Gregory T. Stevens, Bar Roll No. 29436
Jessica C. Huffman, Bar Roll No. 30445
Michael B. Victorian, Bar Roll No. 36065
Molly McDiarmid, Bar Roll No. 36426
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
P.O. Box 4412
Baton Rouge, Louisiana 70821-4412
Telephone: 225 346 0285
Facsimile: 225 381 9197
Email: susie.furr@phelps.com
karleen.green@phelps.com
dennis.blunt@phelps.com
greg.stevens@phelps.com
jess.huffman@phelps.com
michael.victorian@phelps.com
molly.mcdiarmid@phelps.com

**ATTORNEYS FOR DEFENDANT, THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of August, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those participants in the CM/ECF filing system.

                                                  */s/ Molly C. McDiarmid*
                                                  Molly C. McDiarmid