UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

### JOINT MOTION TO CONTINUE MOTION SUBMISSION DATE FOR *DAUBERT* MOTIONS AND MOTIONS IN LIMINE

CONSIDERING the foregoing Joint Motion to Continue Motion Submission Date for *Daubert* Motions and Motions in Limine,

IT IS ORDERED, that the Motion is GRANTED. The motion submission date for the Parties' *Daubert* motions and motions in limine is continued to September 19, 2023.

Signed this _____ day of _____, 2023 in New Orleans, Louisiana.

_____
THE HONORABLE WENDY B. VITTER