**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| ABBY OWENS, ET AL. | ) | |
| | ) | Case No. 3:21-cv-00242-WBV-SDJ |
| Plaintiffs, | ) | |
| v. | ) | Judge Wendy B. Vitter |
| | ) | Magistrate Judge Scott D. Johnson |
| LOUISIANA STATE UNIVERSITY, | ) | |
| ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO FILE AMICUS BRIEF

NOW INTO COURT comes proposed Amicus Curiae, Public Justice, who for the reasons explained in the accompanying memorandum, respectfully requests leave of this Court to file an amicus brief in the above-captioned matter.

Plaintiffs, through their counsel, have consented to the *amicus* filing, while Defendants have declined to consent.

WHEREFORE Public Justice respectfully requests leave of Court to file the attached amicus curiae brief.

This 3rd day of August, 2023.

Respectfully submitted,

*/s/ Stephen J. Herman*
Stephen J. Herman, La. Bar No. 23129
HERMAN, HERMAN, & KATZ
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: (504) 581-4892
E-Mail: sherman@hhklawfirm.com

Alexandra Z. Brodsky*
Mollie Berkowitz*
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone: (202) 797-8600
E-Mail: abrodsky@publicjustice.net
E-Mail: mberkowitz@publicjustice.net

**_Attorneys for Proposed Amicus Curiae,
Public Justice._**

\*_Pro hac vice_ applications forthcoming

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion, together with the Memorandum in Support, and the proposed Amicus Brief, will be filed electronically using the Court's ECF system, thereby effecting service on all counsel of record, and will further be served upon counsel of record _via_ E-Mail, this 3rd day of August, 2023.

_____/s/ Stephen J. Herman_____