# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. ) | |
| ) | Case No. 3:21-cv-00242-WBV-SDJ |
| Plaintiffs, ) | |
| v. ) | Judge Wendy B. Vitter |
| ) | Magistrate Judge Scott D. Johnson |
| LOUISIANA STATE UNIVERSITY, ) | |
| ET AL. ) | |
| ) | |
| Defendants. ) | |

## ORDER

**CONSIDERING** the Motion for Leave to File an Amicus Brief submitted by Public Justice:

**IT IS ORDERED** that leave be and is hereby granted, and the proposed Amicus Brief Submitted by Public Justice be and is made part of the record in the above-captioned case.

**SIGNED** in New Orleans, Louisiana, this ___ day of August, 2023.

_____
**THE HONORABLE WENDY B. VITTER**
**U.S. District Court Judge**