UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ABBY OWENS, ET AL. | ) | |
| | ) | Case No. 3:21-cv-00242-WBV-SDJ |
| Plaintiffs, | ) | |
| v. | ) | Judge Wendy B. Vitter |
| | ) | Magistrate Judge Scott D. Johnson |
| LOUISIANA STATE UNIVERSITY, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

Pursuant to Local Rule 83(b)(8), Attorney Stephen J. Herman, a member of the bar of this Court, hereby moves for the admission of Alexandra Brodsky to appear *pro hac vice* in the above-captioned matter, as counsel for proposed amicus, Public Justice. In consideration of this Motion, the following facts support her application:

Ms. Brodsky is an attorney admitted to practice in the state of New York and in the District of Columbia. She is a member in good standing of the New York and the District of Columbia bars, and has also been admitted to practice before the following courts:

- The U.S. Supreme Court (admitted November 1, 2021)
- The U.S. Court of Appeals for the Second Circuit (admitted January 16, 2023)
- The U.S. Court of Appeals for the Third Circuit (admitted February 24, 2020)
- The U.S. Court of Appeals for the Fourth Circuit (admitted December 16, 2019)
- The U.S. Court of Appeals for the Fifth Circuit (admitted March 16, 2023)
- The U.S. Court of Appeals for the Sixth Circuit (admitted October 5, 2021)
- The U.S. Court of Appeals for the Seventh Circuit (admitted August 19, 2022)
- The U.S. Court of Appeals for the Eighth Circuit (admitted June 1, 2022)

- The U.S. Court of Appeals for the Ninth Circuit (admitted February 1, 2022)

- The U.S. Court of Appeals for the Tenth Circuit (admitted June 21, 2023)

- The U.S. Court of Appeals for the Eleventh Circuit (admitted August 6, 2021)

- The U.S. Court of Appeals for the District of Columbia Circuit (admitted July 2, 2022)

- The U.S. District Court for the District of Columbia (admitted September 14, 2020)

Pursuant to Local Civil Rule 83(b)(8), a declaration under oath by Ms. Brodsky is attached to this Motion swearing that no disciplinary proceedings or criminal charges have been instituted against her. That declaration also contains the oath required by Local Civil Rule 83(b)(8)(D).

Also pursuant to Local Civil Rule 83(b)(8), a Certificate of Good Standing from the District of Columbia Court of Appeals is attached to Ms. Brodsky's declaration.

Ms. Brodsky's contact information is as follows:

Alexandra Brodsky
Public Justice
1620 L Street NW, Suite 630
Washington, D.C., 20036
abrodsky@publicjustice.net

The undersigned local counsel understands that he will be responsible to the Court at all stages of the proceedings and that he must co-sign all documents filed in this matter.

This 3rd day of August, 2023.

                                          Respectfully submitted,

                                          */s/ Stephen J. Herman*
                                          Stephen J. Herman, La. Bar No. 23129
                                          HERMAN, HERMAN, & KATZ
                                          820 O'Keefe Avenue
                                          New Orleans, LA 70113
                                          Telephone: (504) 581-4892
                                          E-Mail: sherman@hhklawfirm.com

                                          ***Attorney for Proposed Amicus Curiae,***
                                          ***Public Justice.***

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion will be filed electronically using the Court's ECF system, thereby effecting service on all counsel of record, and will further be served upon counsel of record *via* E-Mail, this 3rd day of August, 2023.

/s/ Stephen J. Herman