**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**
**EASTERN DIVISION**

| | |
|---|---|
| ABBY OWENS, ET AL. ) | |
| ) | Case No. 3:21-cv-00242 |
| Plaintiffs, ) | |
| v. ) | Judge Wendy B. Vitter |
| ) | Magistrate Judge Scott D. Johnson |
| LOUISIANA STATE UNIVERSITY, ) | |
| ET AL. ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF ALEXANDRA BRODSKY IN SUPPORT OF MOTION
FOR ADMISSION PRO HAC VICE**

I, Alexandra Brodsky, of Brooklyn, New York declare the following:

1. I have personal knowledge of the matters state in this declaration and could competently testify to the same if called upon to do so.

2. No disciplinary proceedings or criminal charges have been instituted against me.

3. I am a member in good standing of the bars of New York State and the District of Columbia.

4. I have also been admitted to practice in the following courts:

- The U.S. Supreme Court (admitted November 1, 2021)

- The U.S. Court of Appeals for the Second Circuit (admitted January 16, 2023)

- The U.S. Court of Appeals for the Third Circuit (admitted February 24, 2020)

- The U.S. Court of Appeals for the Fourth Circuit (admitted December 16, 2019)

- The U.S. Court of Appeals for the Fifth Circuit (admitted March 16, 2023)

- The U.S. Court of Appeals for the Sixth Circuit (admitted October 5, 2021)

- The U.S. Court of Appeals for the Seventh Circuit (admitted August 19, 2022)

- The U.S. Court of Appeals for the Eighth Circuit (admitted June 1, 2022)

- The U.S. Court of Appeals for the Ninth Circuit (admitted February 1, 2022)

- The U.S. Court of Appeals for the Tenth Circuit (admitted June 21, 2023)

- The U.S. Court of Appeals for the Eleventh Circuit (admitted August 6, 2021)

- The U.S. Court of Appeals for the District of Columbia Circuit (admitted July 2, 2022)

- The U.S. District Court for the District of Columbia (admitted September 14, 2020)

5. A certificate of good standing from the District of Columbia Court of Appeals is attached to this declaration.

6. I declare under penalty of perjury that the foregoing is true and correct. Furthermore, I do solemnly swear that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

Dated: August 1, 2023

ALEXANDRA BRODSKY



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Alexandra Zoe Brodsky

was duly qualified and admitted on September 8, 2017 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on March 15, 2023.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.**