## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL.  ) | |
| ) | Case No. 3:21-cv-00242-WBV-SDJ |
| Plaintiffs,  ) | |
| v.                          ) | Judge Wendy B. Vitter |
| ) | Magistrate Judge Scott D. Johnson |
| LOUISIANA STATE UNIVERSITY,  ) | |
| ET AL.        ) | |
| ) | |
| Defendants.  ) | |

### MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

Pursuant to Local Rule 83(b)(8), Stephen Herman, a member of the bar of this Court, hereby moves for the admission of Mollie Berkowitz to appear pro hac vice in the above-captioned matter, as counsel for proposed amicus, Public Justice. In consideration of this Motion, the following facts support her application:

Ms. Berkowitz is an attorney admitted to practice in the state of New York and in the District of Columbia. She is a member in good standing of the New York and the District of Columbia bars, and has been admitted to practice before the Ninth Circuit Court of Appeals (admitted February 1, 2022) and the Seventh Circuit Court of Appeals (admitted September 2, 2022).

Pursuant to Local Civil Rule 83(b)(8), a declaration under oath by Ms. Berkowitz is attached to this Motion swearing that no disciplinary proceedings or criminal charges have been instituted against her. That declaration also contains the oath required by Local Civil Rule 83(b)(8)(D).

Also pursuant to Local Civil Rule 83(b)(8), a Certificate of Good Standing from New

York's Appellate Division, Second Department is attached to Ms. Berkowitz's declaration.

Ms. Berkowitz's contact information is as follows:

Mollie Berkowitz
Public Justice
1620 L Street NW, Suite 630
Washington, D.C., 20036
mberkowitz@publicjustice.net

The undersigned local counsel understands that he will be responsible to the Court at all stages of the proceedings and that he must co-sign all documents filed in this matter.

This 3rd day of August, 2023.

        Respectfully submitted,

        */s/ Stephen J. Herman*
        Stephen J. Herman, La. Bar No. 23129
        HERMAN, HERMAN, & KATZ
        820 O'Keefe Avenue
        New Orleans, LA 70113
        Telephone: (504) 581-4892
        E-Mail: sherman@hhklawfirm.com

        ***Attorney for Proposed Amicus Curiae,***
        ***Public Justice.***

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion will be filed electronically using the Court's ECF system, thereby effecting service on all counsel of record, and will further be served upon counsel of record *via* E-Mail, this 3rd day of August, 2023.

        /s/ Stephen J. Herman