UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA
EASTERN DIVISION

| | |
|---|---|
| ABBY OWENS, ET AL. ) | |
| ) | Case No. 3:21-cv-00242 |
| Plaintiffs, ) | |
| v. ) | Judge Wendy B. Vitter |
| ) | Magistrate Judge Scott D. Johnson |
| LOUISIANA STATE UNIVERSITY, ) | |
| ET AL. ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF MOLLIE BERKOWITZ IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Mollie Berkowitz, of Brooklyn, New York declare the following:

1. I have personal knowledge of the matters state in this declaration and could competently testify to the same if called upon to do so.

2. No disciplinary proceedings or criminal charges have been instituted against me.

3. I am a member in good standing of the bars of New York State and the District of Columbia.

4. I have also been admitted to practice before the Ninth Circuit Court of Appeals (admitted February 1, 2022) and the Seventh Circuit Court of Appeals (admitted September 2, 2022).

5. A certificate of good standing from New York's Appellate Division is attached to this declaration.

6. I declare under penalty of perjury that the foregoing is true and correct. Furthermore, I do solemnly swear that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

_____
MOLLIE BERKOWITZ



# Appellate Division of the Supreme Court
# of the State of New York
# Second Judicial Department

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Mollie Lynn Berkowitz

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 26, 2022**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on July 28, 2023.

*Maria T. Fasulo*

Clerk of the Court

CertID-00130407



Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

MARIA T. FASULO
CLERK OF THE COURT

DARRELL M. JOSEPH
DEPUTY CLERKS

KENNETH BAND
MELISSA KRAKOWSKI
WENDY STYNES
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

*Maria T. Fasulo*

Maria T. Fasulo
Clerk of the Court

Revised January 2022