## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. ) | |
| ) | Case No. 3:21-cv-00242-WBV-SDJ |
| Plaintiffs, ) | |
| v. ) | Judge Wendy B. Vitter |
| ) | Magistrate Judge Scott D. Johnson |
| LOUISIANA STATE UNIVERSITY, ) | |
| ET AL. ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

IT IS ORDERED that Motion for Admission of Mollie Berkowitz Pro Hac Vice is hereby GRANTED and Mollie Berkowitz (New York Bar No. 5912431) is admitted to practice in this Court in the above-captioned case.

SO ORDERED on this ___ day of August, 2023.

_____
**THE HONORABLE WENDY B. VITTER**
**U.S. District Court Judge**