# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                             **CIVIL ACTION**

**VERSUS**                                         **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

## ORDER

Considering the Motion to Continue Motion Submission Date for *Daubert* Motions and Motions In Limine (R. Doc. 397), and finding that good cause exists under Fed. R. Civ. P. 16 to amend the Court's Second Amended Scheduling Order (R. Doc. 247), as amended (R. Docs. 261, 275, 313, 336, 338, 344, 348, & 351);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** The Second Amended Scheduling Order (R. Doc. 247), as amended, is further **AMENDED** with respect to the following deadline:

1. Any *Daubert* motions and motions in limine must be filed in sufficient time to permit a submission date of **September 19, 2023.**

All other deadlines in the Second Amended Scheduled Order, as amended, remain in effect.

The following chart is provided solely for convenience. Counsel are to consult the Pretrial Notice, Federal Rules, and Local Rules for additional details.

| | |
|---|---|
| Amendments to Pleadings | December 6, 2021 |
| Plaintiffs' Expert Reports | January 7, 2023 |
| Witness Lists | March 1, 2023 |
| Exhibit Lists | March 1, 2023 |
| Defendant's Title IX experts | March 1, 2023 |
| Defendant's Expert Reports | March 22, 2023 |

| | |
|---|---|
| Defendant's Expert Report regarding Jane Doe | April 5, 2023 |
| Depositions and Non-Expert Discovery | April 17, 2023 |
| Plaintiffs' Rebuttal Reports | April 19, 2023 |
| Plaintiffs' Rebuttal Report regarding Jane Doe | April 19, 2023 |
| Defendant's Expert Report regarding Jade Lewis | May 3, 2023 |
| Fed. R. Civ. P. 30(b)(6) Depositions | May 5, 2023 |
| Plaintiffs' Rebuttal Report regarding Jade Lewis | May 17, 2023 |
| Expert Discovery | June 19, 2023 |
| *Daubert* Motions and Motions in Limine | Filed in sufficient time to permit a submission date of September 19, 2023 |
| Dispositive Motions | June 30, 2023 |
| Opposition to Dispositive Motions | July 31, 2023 |
| Seek Leave to File A Reply Brief In Support of Dispositive Motion | August 22, 2023 |
| Settlement Conference | The parties must contact the assigned Magistrate Judge for the purpose of scheduling a settlement conference which must be held not later than two weeks prior to the pretrial conference. |
| Pre-Trial Order | By 12:00 p.m. five (5) business days before the Pre-Trial Conference |
| Pre-Trial Conference | December 19, 2023 at 10:00 a.m. |
| Jury Trial | January 16, 2024 at 9:00 a.m. |

New Orleans, Louisiana, August 3, 2022.

*[signature: Wendy B Vitter]*

**WENDY B. VITTER**
**United States District Judge**