## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. ) | |
| ) | Case No. 3:21-cv-00242-WBV-SDJ |
| Plaintiffs, ) | |
| v. ) | Judge Wendy B. Vitter |
| ) | |
| LOUISIANA STATE UNIVERSITY, ) | Magistrate Judge Scott D. Johnson |
| ET AL. ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO FILE
## REPLY BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE AMICUS BRIEF

**NOW INTO COURT** come proposed amicus curiae, Public Justice, who respectfully moves for leave to file a Reply Brief in response to the Opposition frilled by the Board of Supervisors [Doc 415] and in further support of its original Motion for Leave to File an Amicus Brief in the above-captioned case [Doc 398]. The proposed Reply Brief is concise, and narrowly-tailored to the arguments made in the Board of Supervisors' Opposition; and the undersigned believe and hope that it may be of assistance to the Court.

**WHEREFORE** Public Justice respectfully prays for leave to file its proposed Reply Brief.

This 17th day of August, 2023.

                                                                          Respectfully submitted,

                                                                          */s/ Stephen J. Herman*
                                                                          Stephen J. Herman, La. Bar No. 23129
                                                                          HERMAN, HERMAN, & KATZ
                                                                          820 O'Keefe Avenue
                                                                          New Orleans, LA 70113
                                                                          Telephone: (504) 581-4892
                                                                          E-Mail: sherman@hhklawfirm.com

Alexandra Z. Brodsky*
Mollie Berkowitz*
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone: (202) 797-8600
E-Mail: abrodsky@publicjustice.net
E-Mail: mberkowitz@publicjustice.net

***Attorneys for Proposed Amicus Curiae,
Public Justice.***

*Pro hac vice* applications pending

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion for Leave, together with the proposed Reply Brief, will be filed electronically using the Court's ECF system, thereby effecting service on all counsel of record, and will further be served upon counsel for the Board of Supervisors *via* E-Mail, this 17th day of August, 2023.

/s/ Stephen J. Herman