**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| ABBY OWENS, ET AL. ) | |
| ) | Case No. 3:21-cv-00242-WBV-SDJ |
| Plaintiffs, ) | |
| v. ) | Judge Wendy B. Vitter |
| ) | |
| LOUISIANA STATE UNIVERSITY, ) | Magistrate Judge Scott D. Johnson |
| ET AL. ) | |
| ) | |
| Defendants. ) | |

## ORDER

**CONSIDERING** the Motion for Leave to File Reply Brief submitted by Public Justice:

**IT IS ORDERED** that leave be and is hereby granted, and the proposed Reply Brief submitted by Public Justice in further support of its Motion for Leave to File an Amicus Brief be and is made part of the record in the above-captioned case.

**SIGNED** in New Orleans, Louisiana, this ___ day of <u>August</u>, <u>2023</u>.

_____
**THE HONORABLE WENDY B. VITTER**
**U.S. District Court Judge**