IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.                            CIVIL ACTION NO.:  3:21-cv-00242

VERSUS                                        JUDGE WENDY B. VITTER

LOUISIANA STATE UNIVERSITY,                   MAGISTRATE JUDGE JOHNSON
ET AL.

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

NOW INTO COURT, through undersigned counsel, comes defendant, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (the "Board"), and respectfully requests leave of Court to file the attached reply memorandum in support of its Motion to Dismiss Plaintiffs' Claims for Emotional Distress Damages (R. Doc. 352) to briefly address certain statements and arguments raised by Plaintiffs in their opposition memorandum. (R. Doc. 386)

WHEREFORE, the Board prays that this motion be granted, allowing the Board to file its reply memorandum in support of its Motion to Dismiss Plaintiffs' Claims for Emotional Distress Damages.

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:    */s/ Susan W. Furr*
       Shelton Dennis Blunt Bar Roll No. 21230
       Susan W. Furr Bar Roll No. 19582
       Karleen J. Green Bar Roll No. 25119
       Jessica Coco Huffman LA Bar No.: 30445
       Molly McDiarmid Bar Roll No. 36426
       Gregory T. Stevens Bar Roll No. 29436

- 2 -

Michael B. Victorian Bar Roll No.: 36065
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: 225 346 0285
Facsimile: 225 381 9197
Email: dennis.blunt@phelps.com
Email: susie.furr@phelps.com
Email: karleen.green@phelps.com
Email: jessica.huffman@phelps.com
Email: molly.mcdiarmid@phelps.com
Email: greg.stevens@phelps.com
Email: michael.victorian@phelps.com

ATTORNEYS FOR DEFENDANT THE
BOARD OF SUPERVISORS OF LOUISIANA
STATE UNIVERSITY AND AGRICULTURAL
AND MECHANICAL COLLEGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on

August 22, 2023, with the Court's CM/ECF system, which will electronically send a copy of the

same to all counsel of record.

/s/ *Susan W. Furr*
Susan W. Furr

- 2 -