**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO.  3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

<u>**ORDER**</u>

CONSIDERING defendant's, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, Motion for Leave to File Reply Memorandum;

IT IS ORDERED that the Motion is GRANTED.  The Board's Reply Memorandum in Support of Motion to Dismiss Plaintiffs' Claims for Emotional Distress Damages is filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
WENDY B. VITTER
UNITED STATES DISTRICT JUDGE