IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO.: 3:21-cv-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

### JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, and Sarah Beth Kitch, and Defendant, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, (collectively, "the Parties"), and respectfully move this Court to continue the settlement conference currently set in this matter. In support of this motion, the Parties state as follows:

1.

A settlement conference is currently set in this matter for September 18, 2023. (R. Doc. 346)

2.

On August 22, 2023, the parties completed briefing on the Board's Motion to Dismiss and Motions for Summary Judgment. (R. Docs. 364, 366, 368, 370, 372, 374, 376, 378, 380, 382) The briefing in connection with these motions has occupied a significant amount of the Parties' time in the last two months.

3.

In addition, the submission deadline for Motions in Limine and *Daubert* Motions is currently September 19, 2023. (R. Doc. 401)   The Parties anticipate that a significant amount of time and attention will need to be devoted to briefing the various Motions in Limine and *Daubert* Motions.

4.

Accordingly, the Parties respectfully request that this Court continue the settlement conference currently set for September 18, 2023, by one (1) month, to October 18, 2023, or the next available date thereafter on the Court's calendar. The brief continuance will allow the Parties to get beyond the significant briefing deadlines so as to enable them to adequately focus on and prepare for the settlement conference.  The Parties are also hopeful that the continuance will give the Court sufficient time to rule on the Board's pending motion to dismiss and motions for summary judgment prior to the settlement conference such that settlement discussions may be more meaningful.

5.

The Parties do not believe that the requested continuance will disturb the trial date of January 16, 2024.

WHEREFORE, the Parties pray that this Motion be granted, continuing the settlement conference until October 18, 2023, or to the next available date thereafter on the Court's calendar.

[*SIGNATURE BLOCKS ON FOLLOWING PAGE*]

<table>
</table>

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By:  /s/ Catherine E. Lasky<br>Catherine E. Lasky (La. Bar 28652)<br>Endya L. Hash (La. Bar 38260)<br>KATIE LASKY LAW, LLC<br>619 Homedale St.<br>New Orleans, LA 70124<br>Phone: (504) 584-7336<br>Fax: (504) 375-2221<br>katie@katielaskylaw.com<br>endya@katielaskylaw.com<br><br>**Elizabeth K. Abdnour**<br>*Pro Hac Vice*<br>Abdnour Weiker LLP<br>500 E. Michigan Ave.<br>Suite 130<br>Lansing, MI 48912<br>Phone: (517) 994-1776<br>Fax: (614) 417-5081<br>liz@education-rights.com<br><br>**Karen Truszkowski**<br>*Pro Hac Vice*<br>Temperance Legal Group, PLLC<br>503 Mall Court #131<br>Lansing, MI 48912<br>Phone: (844) 534-2560<br>Fax: (800) 531-6527<br>karen@temperancelegalgroup.com<br><br>**ATTORNEYS FOR PLAINTIFFS** | **JEFF LANDRY**<br>**ATTORNEY GENERAL**<br><br>BY:   /s/ Molly C. McDiarmid<br>Shelton Dennis Blunt Bar Roll No. 21230<br>Susan W. Furr Bar Roll No. 19582<br>Karleen J. Green Bar Roll No. 25119<br>Jessica Coco Huffman LA Bar No.: 30445<br>Molly McDiarmid Bar Roll No. 36426<br>Gregory T. Stevens Bar Roll No. 29436<br>Michael B. Victorian Bar Roll No.: 36065<br>II City Plaza \| 400 Convention Street, Suite 1100<br>Baton Rouge, Louisiana 70802<br>Telephone: 225 346 0285<br>Facsimile: 225 381 9197<br>Email: dennis.blunt@phelps.com<br>Email: susie.furr@phelps.com<br>Email: karleen.green@phelps.com<br>Email: jessica.huffman@phelps.com<br>Email: molly.mcdiarmid@phelps.com<br>Email: greg.stevens@phelps.com<br>Email: michael.victorian@phelps.com<br><br>**ATTORNEYS FOR DEFENDANT THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE** |

## CERTIFICATE OF SERVICE

I do hereby certify that on August 23, 2023, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for plaintiff by operation of the Court's electronic filing system.

                                                                /s/ Molly C. McDiarmid

PD.42872149.1