UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

## ORDER

CONSIDERING Plaintiffs', Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andres, Jane Doe, Ashlyn Robertson, Corinn Hovis and Sarah Beth Kitch, and Defendant's, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, Joint Motion to Continue Settlement Conference;

IT IS ORDERED that the Motion is GRANTED. The Court will issue a separate order setting a new settlement conference date.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
WENDY B. VITTER
UNITED STATES DISTRICT JUDGE