UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**  CIVIL ACTION NO.: 3:21-cv-00242

**VERSUS**  JUDGE WENDY B. VITTER

**LOUISIANA STATE UNIVERSITY, ET AL.**  MAGISTRATE JUDGE JOHNSON

### JOINT MOTION TO EXTEND DAUBERT MOTION AND MOTION IN LIMINE DEADLINES

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, and Sarah Beth Kitch, and Defendant, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, (collectively, "the Parties"), and respectfully move this Court to briefly extend the *Daubert* motion and motion in limine deadlines. In support of this motion, the Parties state as follows:

1.

Pursuant to the Court's Order (R. Doc. 401), any *Daubert* motions and motions in limine must be filed in sufficient time to permit a submission date of September 19, 2023.

2.

Pursuant to Middle District Local Rule 7(h), the Parties are required to meet and confer in advance of filings any motions in limine.

3.

The Parties have conferred on some potential motions by email but desire additional time to confer in hopes of reducing the number of motions presented to the Court.

4.

The Parties also discussed the need for a lengthier briefing schedule given the number of anticipated motions, including the need for greater time to file opposition and reply memoranda. Therefore, the Parties request a brief extension of the Parties' *Daubert* motions and motions in limine deadlines as follows:

| | |
|---|---|
| Deadline to file *Daubert* motions and motions in limine | September 18, 2023 |
| *Daubert* motion and motion in limine opposition deadline | October 2, 2023 |
| *Daubert* motion and motion in limine reply deadline | October 9, 2023 |

5.

Additionally, a number of the anticipated motions in limine turn on legal issues that would be addressed by the Court's rulings on the Board's pending Motions for Summary Judgment or the Motion to Dismiss (R. Docs. 352, 364, 366, 368, 370, 372, 374, 376, 378, 380, 382). In an effort to reduce the number of motions and eliminate the need for repetitive briefing, the Parties respectfully request leave to file such motions in limine within 10 days of the Court's ruling on the Board's Motion to Dismiss and/or Motion for Summary Judgment, as applicable, and if necessary.

6.

The Parties do not believe the requested continuance will not disturb the trial date of January 16, 2024.

WHEREFORE, the Parties pray that this motion be GRANTED, extending the relevant deadlines for the Parties' *Daubert* motions and motions in limine through and including the following deadlines:

| | |
|---|---|
| Deadline to file *Daubert* motions and motions in limine | September 18, 2023 |

*Daubert* motion and motion in limine opposition deadline      October 2, 2023

*Daubert* motion and motion in limine reply deadline      October 9, 2023

The Parties further pray that this Court grant the parties leave to file their motions in limine that relate to legal issues implicated by the Board's pending motions within 10 days of the Court's ruling on the Board's Motion to Dismiss and/or Motion for Summary Judgment, as applicable.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By: **/s/ Catherine E. Lasky** <br> Catherine E. Lasky (La. Bar 28652) <br> Endya L. Hash (La. Bar 38260) <br> KATIE LASKY LAW, LLC <br> 619 Homedale St. <br> New Orleans, LA 70124 <br> Phone: (504) 584-7336 <br> Fax: (504) 375-2221 <br> katie@katielaskylaw.com <br> endya@katielaskylaw.com <br><br> **Elizabeth K. Abdnour** <br> *Pro Hac Vice* <br> Abdnour Weiker LLP <br> 500 E. Michigan Ave. <br> Suite 130 <br> Lansing, MI 48912 <br> Phone: (517) 994-1776 <br> Fax: (614) 417-5081 <br> liz@education-rights.com <br><br> **Karen Truszkowski** <br> *Pro Hac Vice* <br> Temperance Legal Group, PLLC <br> 503 Mall Court #131 <br> Lansing, MI 48912 <br> Phone: (844) 534-2560 <br> Fax: (800) 531-6527 <br> karen@temperancelegalgroup.com <br><br> **ATTORNEYS FOR PLAINTIFFS** | **JEFF LANDRY** <br> **ATTORNEY GENERAL** <br><br> BY: **/s/ Molly C. McDiarmid** <br> Shelton Dennis Blunt Bar Roll No. 21230 <br> Susan W. Furr Bar Roll No. 19582 <br> Karleen J. Green Bar Roll No. 25119 <br> Jessica Coco Huffman LA Bar No.: 30445 <br> Molly McDiarmid Bar Roll No. 36426 <br> Gregory T. Stevens Bar Roll No. 29436 <br> Michael B. Victorian Bar Roll No.: 36065 <br> II City Plaza \| 400 Convention Street, Suite 1100 <br> Baton Rouge, Louisiana 70802 <br> Telephone: 225 346 0285 <br> Facsimile: 225 381 9197 <br> Email: dennis.blunt@phelps.com <br> Email: susie.furr@phelps.com <br> Email: karleen.green@phelps.com <br> Email: jessica.huffman@phelps.com <br> Email: molly.mcdiarmid@phelps.com <br> Email: greg.stevens@phelps.com <br> Email: michael.victorian@phelps.com <br><br> **ATTORNEYS FOR DEFENDANT THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE** |

**CERTIFICATE OF SERVICE**

I do hereby certify that on September 1, 2023, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for plaintiff by operation of the Court's electronic filing system.

*/s/ Molly C. McDiarmid*