# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

## ORDER

CONSIDERING Plaintiffs, Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, and Sarah Beth Kitch, and Defendant, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College's Joint Motion to Extend *Daubert* Motions and Motions in Limine Deadlines;

IT IS ORDERED that the Motion is GRANTED. The deadline to file any *Daubert* motions or motions in limine is September 18, 2023. The deadline to file any opposition to these motions is October 2, 2023. The parties shall have until October 9, 2023 to seek leave to file any reply briefs in support of any *Daubert* motion or motion in limine. The Parties are further granted leave to file motions in limine that relate to legal issues implicated by the Board's pending motions within 10 days of the Court's ruling on the Board's Motion to Dismiss and/or Motion for Summary Judgment, as applicable.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
WENDY B. VITTER
UNITED STATES DISTRICT JUDGE

PD.42988070.1