## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.                                    CIVIL ACTION

VERSUS                                                NO. 21-242-WBV-SDJ

LOUISIANA STATE UNIVERSITY, ET AL.

## ORDER

Considering the Joint Motion to Extend Daubert Motion and Motion in Limine Deadlines (R. Doc. 426), and finding that good cause exists under Fed. R. Civ. P. 16 to amend the Court's Second Amended Scheduling Order (R. Doc. 247), as amended (R. Docs. 261, 275, 313, 336, 338, 344, 348, 351, & 401);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED in part** and **DENIED in part.** The Motion is **GRANTED** to the extent that the parties seek a lengthier briefing schedule for *Daubert* motions and motions in limine. The Second Amended Scheduling Order (R. Doc. 247), as amended, is further **AMENDED** with respect to the following deadline:

1. The deadline to file *Daubert* motions and motions in limine is **September 18, 2023.**

2. The deadline to file any opposition to a *Daubert* motion or a motion in limine is **October 2, 2023.**

3. The deadline to seek leave to file a reply in further support of a *Daubert* motion or a motion in limine is **October 9, 2023.**

All other deadlines in the Second Amended Scheduled Order, as amended, remain in effect. The Motion is otherwise **DENIED.**

The following chart is provided solely for convenience. Counsel are to consult

the Pretrial Notice, Federal Rules, and Local Rules for additional details.

| | |
|---|---|
| Amendments to Pleadings | December 6, 2021 |
| Plaintiffs' Expert Reports | January 7, 2023 |
| Witness Lists | March 1, 2023 |
| Exhibit Lists | March 1, 2023 |
| Defendant's Title IX experts | March 1, 2023 |
| Defendant's Expert Reports | March 22, 2023 |
| Defendant's Expert Report regarding Jane Doe | April 5, 2023 |
| Depositions and Non-Expert Discovery | April 17, 2023 |
| Plaintiffs' Rebuttal Reports | April 19, 2023 |
| Plaintiffs' Rebuttal Report regarding Jane Doe | April 19, 2023 |
| Defendant's Expert Report regarding Jade Lewis | May 3, 2023 |
| Fed. R. Civ. P. 30(b)(6) Depositions | May 5, 2023 |
| Plaintiffs' Rebuttal Report regarding Jade Lewis | May 17, 2023 |
| Expert Discovery | June 19, 2023 |
| *Daubert* Motions and Motions in Limine | September 18, 2023. |
| Opposition to *Daubert* motions and Motions in Limine | October 2, 2023 |
| Seek Leave to File a Reply Brief In Support of *Daubert* motions and motions in limine | October 9, 2023 |
| Dispositive Motions | June 30, 2023 |
| Opposition to Dispositive Motions | July 31, 2023 |
| Seek Leave to File A Reply Brief In Support of Dispositive Motion | August 22, 2023 |
| Settlement Conference | The parties must contact the assigned Magistrate Judge for the purpose of scheduling a settlement conference which must be held not |

|  | later than two weeks prior to the pretrial conference. |
|---|---|
| Pre-Trial Order | By 12:00 p.m. five (5) business days before the Pre-Trial Conference |
| Pre-Trial Conference | December 19, 2023 at 10:00 a.m. |
| Jury Trial | January 16, 2024 – February 5, 2024 at 9:00 a.m. |

New Orleans, Louisiana, September 8, 2023.

**WENDY B. VITTER**
**United States District Judge**