UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, et al.**<br>*Plaintiffs*<br><br>v.<br><br>**BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE**<br>*Defendant* | Case No.: 3:21-cv-00242<br><br>Division WBV-SDJ<br><br>JUDGE WENDY B. VITTER<br><br>MAGISTRATE JUDGE JOHNSON<br><br>JURY DEMANDED |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the Plaintiffs, Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, and Sarah Beth Kitch ("Plaintiffs"), will submit for consideration their motion to strike and limit expert report and testimony of Brett Sokolow before the Honorable Wendy B. Vitter on October 3, 2023.

Respectfully Submitted,

*/s/ Endya L. Hash*

| | |
|---|---|
| Karen Truszkowski<br>*Pro Hac Vice*<br>Temperance Legal Group<br>503 Mall Court #131<br>Lansing, Michigan 48912<br>P: (844) 534-2560<br>F: (800) 531-6527<br>karen@temperancelegalgroup.com | Catherine E. Lasky (La. Bar 28652)<br>Endya L. Hash (La. Bar 38260)<br>Katie Lasky Law<br>619 Homedale Street<br>New Orleans, Louisiana 70124<br>P: (504) 584-7336<br>F: (504) 375-2221<br>katie@katielaskylaw.com<br>endya@katielaskylaw.com |

Elizabeth K. Adnour
*Pro Hac Vice*
Abdnour Weiker, LLP
500 East Michigan Avenue, Suite 130
Lansing, Michigan 48912
P: (517) 994-1776
F: (614) 417-5081
liz@education-rights.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all parties via counsel of record by the Court's CM/ECF system this 18th day of September 2023.

/s/Endya L. Hash
ENDYA L. HASH