UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion in Limine No. 1: To Exclude Evidence and Argument Regarding Dismissed Claims on behalf of Defendant, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, is hereby set for submission before the Honorable Wendy B. Vitter on October 9, 2023.

    Respectfully submitted,

    **JEFF LANDRY**
    **ATTORNEY GENERAL**

BY:   /s/ *Susan W. Furr*
    Shelton Dennis Blunt Bar Roll No. 21230
    Susan W. Furr Bar Roll No. 19582
    Karleen J. Green Bar Roll No. 25119
    Jessica Coco Huffman LA Bar No.: 30445
    Molly McDiarmid Bar Roll No. 36426
    Gregory T. Stevens Bar Roll No. 29436
    Michael B. Victorian Bar Roll No.: 36065
    II City Plaza | 400 Convention Street, Suite 1100
    Baton Rouge, Louisiana 70802
    Telephone: 225 346 0285
    Facsimile: 225 381 9197
    Email: dennis.blunt@phelps.com

Email: susie.furr@phelps.com
Email: karleen.green@phelps.com
Email: jessica.huffman@phelps.com
Email: molly.mcdiarmid@phelps.com
Email: greg.stevens@phelps.com
Email: michael.victorian@phelps.com

ATTORNEYS FOR THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was filed electronically on September 18, 2023. Notice of filing will be served on all counsel of record herein via the Court's electronic filing system.

/s/ *Susan W. Furr*

- 2 -

PD.43126551.1