UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

**DEFENDANT'S MOTION IN LIMINE NO. 2: TO EXCLUDE EVIDENCE AND ARGUMENT OF AN ALLEGED SEXUAL CULTURE IN LSU'S FOOTBALL RECRUITING PROGRAM**

NOW INTO COURT, through undersigned counsel, comes Defendant, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College ("the Board"), and respectfully moves this Court to preclude the introduction of any evidence or argument of an alleged sexual culture in LSU's football recruiting program.[1] As grounds for this motion, the Board states as follows:

1.

Plaintiffs filed suit against the Board seeking damages under Title IX of the Education Amendments of 1972. (R. Doc. 182) In the Second Amended Complaint ("Complaint"), and in her deposition, Plaintiff Richardson made a number of inflammatory and overly prejudicial allegations regarding an alleged sexual culture in the LSU football recruiting program. Neither Richardson nor any other Plaintiff has any claims arising out of such culture.

---

[1] Relevant excerpts of the deposition transcripts of Calise Richardson and Samantha Brennan are attached hereto as Exhibits A and B, respectively. Relevant excerpts from the report of Plaintiffs' expert, Lin Chi Wang, are attached the Board's Motion in Limine No. 7 as Exhibit A.

2.

The Board anticipates that Plaintiffs will attempt to introduce testimony and purported evidence at trial regarding or otherwise referencing an alleged "sexual culture" in the LSU football recruiting program.

3.

As set forth more fully in the Board's supporting memorandum, any testimony and purported evidence concerning or otherwise referencing an alleged "sexual culture" in the LSU football recruiting program are subject to exclusion for several independent reasons. First, many of these allegations are hearsay and are not based on personal knowledge. Second, none of Plaintiffs' alleged assaults arose out of this purported culture. Third, any such evidence and testimony are being used to improperly suggest to the jury that, because a sexual culture might have existed somewhere, it must have existed everywhere, which is akin to inadmissible character evidence excludable under Federal Rule of Evidence 404. Finally, because none of the alleged assaults arose out of the alleged sexual culture described by Plaintiffs, such statements are irrelevant to Plaintiffs' heightened risk claim, and, even if such evidence may have some probative value (which the Board disputes), it should still be excluded because "the probative value of the testimony is 'substantially outweighed' by the danger of unfair prejudice to Defendant and the likelihood of confusing the jury with a separate 'mini-trial or trials.'" *See Bowman v. R.L. Young, Inc.*, No. CV 21-1071, 2022 WL 4000598, at *3 (E.D. La. Sept. 1, 2022) (citing *Marine Power Holding, L.L.C. v. Malibu Boats, LLC*, No. CV 14-912, 2016 WL 4039167, at *2 (E.D. La. July 27, 2016)).

WHEREFORE, the Board respectfully requests that this motion be granted and that this Court issue an order precluding Plaintiffs from offering any evidence or arguments of an alleged sexual culture in LSU's football recruiting program.

        Respectfully submitted,

        **JEFF LANDRY**
        **ATTORNEY GENERAL**

    BY:   /s/ *Susan W. Furr*
        Shelton Dennis Blunt Bar Roll No. 21230
        Susan W. Furr Bar Roll No. 19582
        Karleen J. Green Bar Roll No. 25119
        Jessica Coco Huffman LA Bar No.: 30445
        Molly McDiarmid Bar Roll No. 36426
        Gregory T. Stevens Bar Roll No. 29436
        Michael B. Victorian Bar Roll No.: 36065
        II City Plaza | 400 Convention Street, Suite 1100
        Baton Rouge, Louisiana 70802
        Telephone: 225 346 0285
        Facsimile: 225 381 9197
        Email: dennis.blunt@phelps.com
        Email: susie.furr@phelps.com
        Email: karleen.green@phelps.com
        Email: jessica.huffman@phelps.com
        Email: molly.mcdiarmid@phelps.com
        Email: greg.stevens@phelps.com
        Email: michael.victorian@phelps.com

        ATTORNEYS FOR THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on September 18, 2023, with the Court's CM/ECF system, which will electronically send a copy of the same to all counsel of record.

/s/ *Susan W. Furr*
Susan W. Furr

- 4 -