**Exhibit A**

LEGAL | MEDIA | EXPERTS

Page 87

```
 1   Q. Was it just to meet him and speak to him
 2      friendly, or was there anything more to
 3      that interaction?
 4   A. No.  I don't even know if I said
 5      anything other than hello and welcome.
 6   Q. Did you become friends with him at some
 7      point in time?
 8   A. Yes.  The -- Yeah.  Yes.
 9   Q. How did that come about?  Was that when
10      he came to LSU?
11   A. No.  It was the fall of my junior year.
12   Q. Okay.  What was it that brought the two
13      of you into a friendship?
14   A. We had a mutual friend.
15   Q. Who was that?
16   A. ███████████
17   Q. And you said this was fall of your
18      junior year?
19   A. Yes.
20   Q. Okay.  Was ███████████ a football
21      player?
22   A. No.
23   Q. Okay.  So you had a mutual friend.  What
```

```
 1              THE COURT REPORTER:  We are
 2      back on record, and the time is 2:20.
 3              And, counsel, you may begin.
 4      BY MS. FURR:
 5   Q. Okay.  Let's turn to your relationship
 6      with ▮▮▮▮▮▮▮.  When did you first
 7      start entering this?  Tell me what --
 8      how the relationship developed and how
 9      you would categorize it.
10   A. He -- We had a mutual friend, and he
11      asked that friend to set us up.
12   Q. Who is that mutual friend?
13   A. ▮▮▮▮▮▮▮.
14   Q. Was ▮▮▮▮▮▮▮ a football player, too?
15   A. No.
16   Q. And so what happened next?
17   A. ▮▮▮ and I went on a date and then
18      everything was pretty normal and we --
19      we just -- from my perspective and the
20      conversations I had with him were in an
21      exclusive committed relationship.
22   Q. For how long?  Again, from your
23      perspective.
```

```
 1      think there's a culture that when you
 2      are associated with football operations
 3      as a girl, that you are easily
 4      accessible.
 5   Q. Were you accessible to people merely
 6      because you were a -- a recruit?  Did
 7      you do anything with recruits simply
 8      because you worked in the recruiting
 9      office?
10   A. What do you mean?
11   Q. Did you do anything sexual with anybody
12      because of your role in the recruiting
13      office?
14   A. Not --
15   Q. Or did you --
16   A. -- consensually.
17   Q. -- make those decisions yourself?
18   A. Well, with rape, I didn't make that
19      decision, so no.
20   Q. Okay.  I'm not asking whether you're
21      raped.  I'm asking:  Did you ever make a
22      decision to have any sexual interactions
23      with any recruits because of your role
```

```
 1              UNITED STATES DISTRICT COURT
 2              MIDDLE DISTRICT OF LOUISIANA
 3    -------------------------------
 4    ABBY OWENS, et al.,         CIVIL ACTION NO. 21-242
 5         Plaintiffs,
 6    v.
 7    LOUISIANA STATE UNIVERSITY,
      et al.,
 8
           Defendants.
 9    ---------------------------------
10
11                      VOLUME 2
12    **CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**
13                DEPOSITION VIA ZOOM OF
14                   CALISE RICHARDSON
15          located at the Holiday Inn Express
16                  October 21, 2022
17                      10:20 a.m.
18              Greensboro, North Carolina
19
20
21
22
23
24
25    Reported by:  Audra M. Smith, RPR, FCRR

                                              Page 1
```

```
 1   being a coach and, like, I'm not -- I think that's
 2   inappropriate.
 3        Q    Was this just a one-time incident or was
 4   this kind of an ongoing banter with him?
 5        A    I would say ongoing.  I wouldn't say it
 6   was like a weekly thing, but yeah, it did happen
 7   more than once.
 8        Q    Okay.  Did you ever talk to any other of
 9   your coworkers in the athletic department about
10   Frank Wilson or about how they had a similar -- did
11   they have a similar interaction with him?
12        A    I don't remember, like, a specific time,
13   but I do know there was, you know, definitely groups
14   of us girls where we would talk about these things,
15   and a lot of the reactions or the conversations were
16   kind of like laughing because it was so normalized,
17   like it was just something we're like, yeah, oh, my
18   gosh, they do that.  Like we -- being in that
19   system, we also were a part of that culture where it
20   was very normalized to us, so a lot of us in the
21   moment didn't process it as, Oh, this is
22   inappropriate or this isn't a good work environment.
23             I think at least the ones I've talked to
24   after, you know, we graduated and left, now looking
25   back, were able to recognize, yeah, that's very
```

Page 68

```
 1    inappropriate.
 2        Q    Okay.  I want to talk to you about Verge
 3    Ausberry.  When did you first meet Mr. Ausberry?
 4        A    Somewhere in my freshman year.
 5        Q    Okay.  Now you have described Mr. Ausberry
 6    as a mentor during that particular period, correct?
 7        A    Yes.
 8        Q    Could you describe the mentoring
 9    relationship?  What do you mean by that?
10        A    Yeah, it was definitely informal and,
11    like, infrequent.  You know, it wasn't -- I've had
12    other mentors where it's been a more formal, we meet
13    every other week to talk.  This was more kind of
14    like when we would talk, he -- I think, like, the
15    first time I met him, he had asked, you know, what
16    are my goals in life; what do I want to do.  And so
17    I had kind of shared with him.  And, you know, he
18    gave me his insight from, you know, his career and
19    his knowledge about, okay, these are some of the
20    better things to kind of do or things to keep aware
21    of.
22             I remember specifically I had said, like,
23    I wanted to work in, like, professional athletics,
24    and my plan was going to go to, like, college to
25    professional.  And he had given me the advice that
```

Page 69