```
 1            UNITED STATES DISTRICT COURT
 2            MIDDLE DISTRICT OF LOUISIANA
 3
   ABBY OWENS, SAMANTHA BRENNAN,
 4 CALISE RICHARDSON, JADE LEWIS,
   KENNAN JOHNSON, ELISABETH          CASE NO.
 5 ANDRIES, JANE DOE, ASHLYN          3:21-CV-00242
   ROBERTSON, CORINN HOVIS, AND
 6 SARAH BETH KITCH
 7 VS.
 8 BOARD OF SUPERVISORS OF
   LOUISIANA STATE UNIVERSITY AND
 9 AGRICULTURAL AND MECHANICAL
   COLLEGE, AND VERGE AUSBERRY,
10 MIRIAM SEGAR, JENNIE STEWART,
   AND JONATHAN SANDERS, IN THEIR
11 INDIVIDUAL CAPACITIES
12   * * * * * * * * * * * * * * * * * * * * * * *
13            *** CONFIDENTIAL TRANSCRIPT ***
14         *** SUBJECT TO PROTECTIVE ORDER ***
15        The deposition of SAMANTHA BRENNAN, taken in
16  connection with the captioned cause, pursuant to
17  the following stipulations before RITA A. DEROUEN,
18  Certified Court Reporter, at Phelps Dunbar, 400
19  Convention Street, Suite 1100, Baton Rouge,
20  Louisiana 70802 on September 26, 2022, beginning
21  at 9:06 am.
22
23         COURT REPORTERS OF LOUISIANA, L.L.C.
              9522 Brookline Avenue, Suite 217
24            Baton Rouge, Louisiana  70809
          PHONE (225) 201-9650 * FAX (225) 201-9651
25          E-mail:  depos@courtreportersla.com

                                              Page 1
```

```
 1        Q.   And so how well would you know him?  Were
 2   you very close?
 3        A.   No.
 4        Q.   Okay.  How did you meet him?
 5        A.   Through football recruiting.  He worked
 6   for the media department.
 7        Q.   Okay.  Do you recall if you had his phone
 8   number at that time?
 9        A.   I don't know.
10        Q.   Do you know if he had your phone number?
11        A.   I don't know.
12        Q.   Okay.  All right.  And so we then go to
13   paragraph 292, wherein it says that this friend,
14   who we now know to be ▮▮▮▮▮▮▮▮, introduced you
15   to John Doe.
16             For the record, the person that we're
17   referring as to John Doe is ▮▮▮▮▮▮▮▮,
18   correct?
19        A.   Yeah.
20        Q.   Had you ever met ▮▮▮▮▮▮▮▮ prior to
21   that evening?
22        A.   No.
23        Q.   Had you heard about him before meeting him
24   that night?
25        A.   Yes.
```

```
1    at the recruiting office, but I don't really
2    recall having worked there after I returned.
3         Q.   And at this point, you had been there for
4    about a month; is that right?  You started in the
5    summer of 2016 in the recruiting office?
6         A.   Yes.
7         Q.   Okay.  Or is that right?
8         A.   It would have been July, if that's when...
9         Q.   Okay.  So you had started in July in the
10   recruiting office?
11        A.   At least, if not before that.
12        Q.   Okay.
13        A.   I did not start in August, because I
14   stopped working there in August.
15        Q.   Okay.  I thought you may have said earlier
16   that you had been there for about a month when
17   this whole episode occurred; is that roughly --
18        A.   Yes.
19        Q.   Okay.  So then let's say that your last
20   day was either the 22nd of July or shortly
21   thereafter.  So the entire time that you were in
22   the recruiting office was only the summer, but
23   maybe a month, less than two months?
24        A.   Correct.
25        Q.   Were you enrolled in classes that summer?
```

Page 109