UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

### DEFENDANT'S MOTION IN LIMINE NO. 4: TO EXCLUDE EVIDENCE OR ARGUMENTS CONCERNING EVENTS UNKNOWN TO THE BOARD

NOW INTO COURT, through undersigned counsel, comes Defendant, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College ("the Board"), and respectfully moves this Court to preclude the introduction of any evidence or arguments concerning events that were unknown to the Board.[1] As grounds for this motion, the Board states as follows:

1.

Plaintiffs filed suit against the Board seeking damages under Title IX of the Education Amendments of 1972. (R. Doc. 182) In the Second Amended Complaint ("Complaint") and in their deposition testimony, Plaintiffs make numerous allegations about events that they admit were never reported to the Board.

2.

As set forth more fully in the Board's supporting memorandum, for purposes of establishing a heightened risk claim, Plaintiffs must show a school had "actual knowledge" of events at issue. Unknown events do not satisfy Title IX's requirement of actual knowledge. To the extent Plaintiffs intend to introduce testimony and evidence regarding unreported events as

---

[1] Relevant portions of the deposition transcripts of Calise Richardson and Ashlyn Mize are attached hereto as Exhibits A and B, respectively.

an effort to show a "policy" of the Board, such testimony and evidence cannot form a "policy" that is attributable to the Board.  Thus, any testimony and evidence regarding unknown events are irrelevant.  Not only are testimony and evidence regarding unreported events irrelevant, but the prejudice to the Board from introduction of these unreported events, as well as the risk of jury confusion, substantially outweighs any probative value, if any exists.

WHEREFORE, the Board respectfully requests that this motion be granted and that this Court issue an order precluding Plaintiffs from offering any evidence or arguments concerning events that were unknown to the Board.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:   */s/ Susan W. Furr*
Shelton Dennis Blunt Bar Roll No. 21230
Susan W. Furr Bar Roll No. 19582
Karleen J. Green Bar Roll No. 25119
Jessica Coco Huffman LA Bar No.: 30445
Molly McDiarmid Bar Roll No. 36426
Gregory T. Stevens Bar Roll No. 29436
Michael B. Victorian Bar Roll No.: 36065
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: 225 346 0285
Facsimile: 225 381 9197
Email: dennis.blunt@phelps.com
Email: susie.furr@phelps.com
Email: karleen.green@phelps.com
Email: jessica.huffman@phelps.com
Email: molly.mcdiarmid@phelps.com
Email: greg.stevens@phelps.com
Email: michael.victorian@phelps.com

- 3 -

>ATTORNEYS FOR THE BOARD OF
>SUPERVISORS OF LOUISIANA STATE
>UNIVERSITY AND AGRICULTURAL AND
>MECHANICAL COLLEGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on September 18, 2023, with the Court's CM/ECF system, which will electronically send a copy of the same to all counsel of record.

>/s/ *Susan W. Furr*
>Susan W. Furr