EXHIBIT A

LEGAL | MEDIA | EXPERTS

1    A. Because I didn't want to.  I was

2       confused about the whole thing and

3       didn't know what to think and what to

4       do.

5    Q. Did you remain in the friend group with

6       him, or did it end at that point?

7    A. I just kind of slowly removed myself and

8       distanced myself from the friend group.

9    Q. Did you tell -- tell any of your friends

10      about it?

11   A. No.

12   Q. Who is the person who raped you your

13      second year?

14   A. ███████████████.

15   Q. And is he the football recruit that --

16      as you mentioned?

17   A. Yes.

18   Q. Did he go to LSU ultimately?

19   A. No.

20   Q. Where did he go to school?

21   A. I don't know.

22   Q. And did you report that to anyone?

23   A. No.

1   A. I don't recall.

2   Q. And then your junior year, is that the

3      one with ██████████████ --

4   A. Yes.

5   Q. -- situation with ██████████████?

6               Did you ever report the

7      situation your freshman year to anybody

8      between, I guess, this lawsuit and prior

9      to that?

10  A. I don't recall.

11  Q. What about the -- the rape your second

12     year, did you ever report that to

13     anybody between the time of the lawsuit

14     and what had happened?

15  A. I mean, I told certain friends about

16     those things, but, no, I've never like

17     reported it to anyone.

18  Q. When did you first meet ██████████████?

19  A. I -- I don't recall.

20  Q. Do you recall where you were?

21  A. I think my first interaction was

22     something with a football event while he

23     was a recruit.