```
                    UNITED STATES DISTRICT COURT

                    MIDDLE DISTRICT OF LOUISIANA


ABBY OWENS, ET AL                CIVIL ACTION NO. 21-242

VERSUS
                                 JUDGE WENDY B. VITTER
LOUISIANA STATE
UNIVERSITY, ET AL                MAGISTRATE JUDGE JOHNSON


                       *** CONFIDENTIAL ***

       *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

                    TRANSCRIPT OF THE DEPOSITION OF:

                       ASHLYN BROOKE MIZE,

   TAKEN ON BEHALF OF BOARD OF SUPERVISORS OF LOUISIANA

   STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL

   COLLEGE, REPORTED IN THE ABOVE ENTITLED AND NUMBERED

   CAUSE BY YOLANDA J. PENA, CERTIFIED COURT REPORTER FOR

   THE STATE OF LOUISIANA.

       *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *


              REPORTED AT THE LAW OFFICES OF:

              PHELPS DUNBAR LLP

              400 CONVENTION STREET, SUITE 1100

              BATON ROUGE, LOUISIANA  70802


           COMMENCING AT 9:06 A.M., ON OCTOBER 10, 2022.
```

| | | |
|---|---|---|
| 1 | Q. | Do you remember receiving this one, though -- |
| 2 | A. | Yes -- |
| 3 | Q. | -- Exhibit 2? |
| 4 | A. | -- I do. |
| 5 | Q. | And what was your reaction when you received |
| 6 | this letter? | |
| 7 | A. | I believe I told her that I didn't want to |
| 8 | pursue an investigation and that I may have told her | |
| 9 | that I was going to go to the health department or that | |
| 10 | I had already been to the health department.  I can't | |
| 11 | remember at that time. | |
| 12 | Q. | And do you know whether on this date you had |
| 13 | been to the health department? | |
| 14 | A. | I don't remember. |
| 15 | Q. | Okay.  So it says here that she wants to |
| 16 | discuss all of the services provided on and off campus | |
| 17 | to address your medical concerns.  Did you have any -- | |
| 18 | did you accept that offer, to have that discussion with | |
| 19 | her? | |
| 20 | A. | I did not have a discussion with her about |
| 21 | that. | |
| 22 | Q. | Was that by your choice? |
| 23 | A. | When I emailed her back, I believe I said I |
| 24 | didn't want to pursue an investigation and that I was | |
| 25 | using the health department.  And I believe she may | |

1       Q.   She told you, I don't believe things will get
2  done correctly?
3       A.   She -- what she specifically told me was I
4  understand.  I believe you.  He's like a god around
5  here.
6       Q.   Is there anything else she said, or just that?
7       A.   No.  She may have, but I don't recall anything
8  right now.
9       Q.   Okay.  In looking back at Exhibit 3, was this
10 a reply that you received from Ms. Fuentes-Martin in
11 response to your email?
12      A.   Yes, it was.
13      Q.   And you can see here that she says in the
14 second line, "I would like you to leave the door open
15 to future discussions with you should the need arise."
16      A.   Sure.  Yes.
17      Q.   Did you ever go back to her?
18      A.   I did not.
19      Q.   Why not?
20      A.   I really didn't feel the need to go back to
21 her at the time.
22      Q.   How come?
23      A.   I had the -- the event was kind of shoved to
24 the back of my brain, and I shortly after started using
25 drugs and alcohol, and whenever an addict is in

```
 1    conduct that's abusive.  I'm trying to make sure I have
 2    it all.  Other than what you believe occurred that
 3    night, him calling you a bitch one time when you
 4    were -- or referring to you as a bitch when you were at
 5    a club, in the doorway, you think he even may have put
 6    a smoothie on your car, and in ▮▮▮▮▮▮▮'s apartment,
 7    telling you to get you friends to quit harassing him,
 8    is there anything else that he did that you consider to
 9    be abusive to you?
10         A.   Also the gun with my name on it.  I know
11    that's all part of the mental abuse that he endured
12    [sic].
13         Q.   Part of.  I'm trying to find out, is there
14    anything else?
15         A.   No, that's it.
16         Q.   At the time that you -- at the time that LSU
17    was interacting with you to offer resources and ask you
18    to participate in investigations, is there anything you
19    think they did wrong at that point in time?
20         A.   At that point in time, no.
21         Q.   And there isn't any description of events that
22    happened that night that you ever gave to LSU, whether
23    in an email, verbally, a written statement, or anything
24    like that, to assist them in an investigation, correct?
25         A.   No.  I did not want an investigation.  I did
```

```
 1    not give them any information.
 2         Q.   And the instances that we just talked about,
 3    the situation in ████████'s apartment where you had
 4    the conversation with ████████, do you know how
 5    soon after January 2016 that occurred?
 6         A.   I think I said earlier maybe a month -- close
 7    to around a month after.  It wasn't -- it wasn't a
 8    week.  Lit wasn't that soon.  It was probably closer to
 9    a month.
10         Q.   And is that the same for the smoothie
11    incident?
12         A.   The smoothie, I remember specifically it was
13    during finals week, so it was probably the end of the
14    semester.
15         Q.   Spring 2016?
16         A.   Yes, ma'am.
17         Q.   And then seeing him in the nightclub and him
18    telling -- referring to you as a bitch to those two
19    women, when was that?
20         A.   That same year, but I don't recall the exact
21    time.
22         Q.   That same school year, somewhere spring term
23    2016?
24         A.   It may have been the summer of 2016.
25         Q.   Do you know one way or another?
```

```
 1    computer.  There's nothing from that phone.
 2         Q.   Do you take the position that LSU owes you for
 3    the cost of your incarceration?
 4         A.   Do I take that position?
 5         Q.   Yes.
 6         A.   Yes.  In a way, yes.
 7         Q.   How?  In what way?
 8         A.   In what way?  I believe that -- that is a
 9    loaded question.  My incarceration stemmed from my time
10    at LSU and from my trauma.  And like I said earlier,
11    when I mentioned that I -- even during my addiction, if
12    I would have known that those other girls had
13    experienced what I experienced, I would have went
14    forward with an investigation, and which I did not
15    know.  So there was never any closure for me on that.
16              I think a part of my -- my addiction was
17    running from that problem that I had at LSU.  I mean, I
18    was hardly ever there.  I stopped going to class.  I
19    hardly was at my apartment complex.  I ran and ran and
20    ran and ran, so.
21         Q.   Do you feel like you bear any responsibility
22    for the decisions you made while you were at LSU?
23         A.   Do I bear any responsibility?  Sure.  I think
24    there's responsibility on my part, █████ part, the
25    university's part.  I believe there's responsibility --
```