# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

### DEFENDANT'S MOTION IN LIMINE NO. 5: TO EXCLUDE EVIDENCE AND ARGUMENT RELATED TO IMPERMISSIBLE OPINION TESTIMONY BY LAY WITNESSES

NOW INTO COURT, through undersigned counsel, comes Defendant, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College ("the Board"), and respectfully moves this Court to preclude the introduction of any evidence or arguments related to impermissible opinion testimony by lay witnesses.[1] As grounds for this motion, the Board states as follows:

1.

Plaintiffs filed suit against the Board seeking damages under Title IX of the Education Amendments of 1972. (R. Doc. 182)

2.

In some of the Plaintiffs' depositions, they offered evidence, argument, and opinion testimony on their responses to the alleged events and the causal role alleged events played in their current health conditions. The Board anticipates Plaintiffs will attempt to present similar evidence, argument, and opinion testimony at trial.

---

[1] Relevant portions of the deposition transcripts of Calise Richardson, Ashlyn Mize, and Elisabeth Andries are attached hereto as Exhibits A, B, and C, respectively.

3.

As set forth more fully in the Board's supporting memorandum, Plaintiffs are not designated as expert witnesses in this case, and thus, any testimony by Plaintiffs and other lay witnesses regarding what causal role the alleged incidents played in Plaintiffs' medical conditions and whether Plaintiffs' life experiences were causally linked to their experiences at LSU amounts to inadmissible opinion testimony subject to exclusion under Rule 701.

WHEREFORE, the Board respectfully requests that this motion be granted and that this Court issue an order precluding Plaintiffs from offering evidence, argument, and opinion testimony by Plaintiffs and other lay witnesses regarding the causal role alleged events played in Plaintiffs' current health conditions and Plaintiffs' life experiences.

        Respectfully submitted,

        **JEFF LANDRY**
        **ATTORNEY GENERAL**


BY:   /s/ *Susan W. Furr*
        Shelton Dennis Blunt Bar Roll No. 21230
        Susan W. Furr Bar Roll No. 19582
        Karleen J. Green Bar Roll No. 25119
        Jessica Coco Huffman LA Bar No.: 30445
        Molly McDiarmid Bar Roll No. 36426
        Gregory T. Stevens Bar Roll No. 29436
        Michael B. Victorian Bar Roll No.: 36065
        II City Plaza | 400 Convention Street, Suite 1100
        Baton Rouge, Louisiana 70802
        Telephone: 225 346 0285
        Facsimile: 225 381 9197
        Email: dennis.blunt@phelps.com
        Email: susie.furr@phelps.com
        Email: karleen.green@phelps.com
        Email: jessica.huffman@phelps.com

Email: molly.mcdiarmid@phelps.com  
Email: greg.stevens@phelps.com  
Email: michael.victorian@phelps.com  

ATTORNEYS FOR THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on September 18, 2023, with the Court's CM/ECF system, which will electronically send a copy of the same to all counsel of record.

/s/ *Susan W. Furr*  
Susan W. Furr

- 3 -