```
 1                UNITED STATES DISTRICT COURT
 2                 MIDDLE DISTRICT OF LOUISIANA
 3      -------------------------------
 4      ABBY OWENS, et al.,           CIVIL ACTION NO. 21-242
 5           Plaintiffs,
 6      v.
 7      LOUISIANA STATE UNIVERSITY,
        et al.,
 8
             Defendants.
 9      ---------------------------------
10
11                          VOLUME 2
12      **CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**
13                  DEPOSITION VIA ZOOM OF
14                     CALISE RICHARDSON
15             located at the Holiday Inn Express
16                     October 21, 2022
17                        10:20 a.m.
18                 Greensboro, North Carolina
19
20
21
22
23
24
25      Reported by:  Audra M. Smith, RPR, FCRR

                                                   Page 1
```

1  a thing.
2    Q   Do you know that for sure?
3    A   No.  But I know during my last semester
4  ███ was absolutely enrolled as a student, so I
5  graduated that semester, so I wouldn't have had to
6  even think about scheduling for the next semester.
7    Q   And so are you saying that you scheduled
8  so that you didn't have classes with ███ even
9  though you were hooking up with ███
10       (Court reporter requested clarification.)
11    Q   Are you saying that you were not
12  scheduling classes with ███ even though you were
13  hooking up with ███
14       MS. TRUSZKOWSKI:  Objection.  It's not
15    relevant.
16       But, Calise, you can go ahead and answer.
17    A   Yeah, I also wouldn't classify it as
18  hooking up with ███  But, yes, I still was
19  actively trying to avoid him.
20  BY MS. FURR:
21    Q   How would you classify it as not hooking
22  up?
23    A   As a very traumatic, entangled
24  relationship where that's something that was a
25  trauma response.

Page 18

```
 1        Q    She said that you did not report being
 2   afraid of him.  Is that true, that you didn't report
 3   being afraid of him?
 4        A    That is incorrect.  I absolutely said I
 5   was afraid or scared of him.
 6        Q    She said that you laughed about it as
 7   though the drink-throwing incident was a funny
 8   thing.  Is that true?
 9        A    If it is, that is a very typical trauma
10   response.
11        Q    So it is possible that you laughed about
12   it in your meeting with Sharon Lewis?
13        A    It is possible that my trauma response was
14   laughing, yes.
15        Q    Was there an incident that happened with
16   you and Sharon Lewis at the football game in
17   September 2018 where she told you you couldn't sit
18   in some seats?
19        A    Oh, yeah.  She told me I can't sit with
20   them, yes.  I was standing with my friends at the
21   football game, and it was in the section that is
22   where, like, with that job, us employees would sit.
23   And so she asked me to move.  I did move.  I was
24   obviously irritated at it just because she was
25   involved in it, but I did move.
```

```
 1   today, if there was a conversation, one way or the
 2   other, between Miriam and Verge?
 3        A    To my knowledge I can't confirm or deny.
 4        Q    And if there was a conversation, you would
 5   not be able to confirm or deny what that
 6   conversation entailed; is that correct?
 7        A    Correct.
 8        Q    Do you have any evidence to suggest that
 9   Miriam was aware of any incidents involving you and
10   ▆▆▆▆ ▆▆▆▆ prior to your report to Title IX?
11        A    No.  And ▆▆▆▆ wasn't in my Title IX
12   report.
13        Q    Right.  I understand.  I was trying to put
14   a time frame around that.
15        A    Okay.
16        Q    But let me ask you a question about that.
17   Why is it that you -- and I apologize if you
18   discussed this last time.  I also was not able to
19   get through the entire transcript before this.
20             But why is it that you did not report on
21   the ▆▆▆▆ ▆▆▆▆ incident when you went to Title IX
22   about ▆▆▆▆ ▆▆▆▆
23        A    I didn't mention that incident.  I think
24   at that time I was still in kind of like a
25   victimhood mindset.  And so I definitely had a lot
```

Page 102

1  of like internalized gaslighting that stems from
2  kind of like how society treats women and survivors
3  and victims.  And so I honestly felt extremely
4  embarrassed to, like, say that these things have
5  continued to happen to me, like more than once.
6        That's been something that -- so I
7  didn't -- it was hard for me to mention like, "Oh,
8  and ▇▇▇ did this; oh, and ▇▇▇▇ oh, and this
9  recruit; oh, and this other football player."  That
10 just felt really unsafe and, like, scary and
11 potentially harmful for me.
12      Q   Do you remember, were you ever asked if
13 there were other incidents that required reporting
14 that you were involved with during that interview?
15      A   I don't recall ever being asked that.
16      Q   Okay.  Let's see.  Did you experience --
17 let me just check real quick.
18          MS. WHITE:  Sorry.  I have a couple more
19      questions about the Title IX report.  Could we
20      pull that up.  I think it's Exhibit 24.
21 BY MS. WHITE:
22      Q   While she's pulling that up, let me ask
23 this question.  Do you remember telling Mr. Scott,
24 who was the interviewer, that you continued to see
25 ▇▇▇▇▇▇▇ after the incident at JL's Bar?

Page 103