EXHIBIT B

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL                CIVIL ACTION NO. 21-242

VERSUS
                                  JUDGE WENDY B. VITTER
LOUISIANA STATE
UNIVERSITY, ET AL                 MAGISTRATE JUDGE JOHNSON


*** CONFIDENTIAL ***

* * * * * * * * * * * * * * * * * * * * * * * * * * *

TRANSCRIPT OF THE DEPOSITION OF:

ASHLYN BROOKE MIZE,

TAKEN ON BEHALF OF BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, REPORTED IN THE ABOVE ENTITLED AND NUMBERED CAUSE BY YOLANDA J. PENA, CERTIFIED COURT REPORTER FOR THE STATE OF LOUISIANA.

* * * * * * * * * * * * * * * * * * * * * * * * * * *


REPORTED AT THE LAW OFFICES OF:

PHELPS DUNBAR LLP

400 CONVENTION STREET, SUITE 1100

BATON ROUGE, LOUISIANA  70802


COMMENCING AT 9:06 A.M., ON OCTOBER 10, 2022.

```
 1    computer.  There's nothing from that phone.
 2         Q.   Do you take the position that LSU owes you for
 3    the cost of your incarceration?
 4         A.   Do I take that position?
 5         Q.   Yes.
 6         A.   Yes.  In a way, yes.
 7         Q.   How?  In what way?
 8         A.   In what way?  I believe that -- that is a
 9    loaded question.  My incarceration stemmed from my time
10    at LSU and from my trauma.  And like I said earlier,
11    when I mentioned that I -- even during my addiction, if
12    I would have known that those other girls had
13    experienced what I experienced, I would have went
14    forward with an investigation, and which I did not
15    know.  So there was never any closure for me on that.
16              I think a part of my -- my addiction was
17    running from that problem that I had at LSU.  I mean, I
18    was hardly ever there.  I stopped going to class.  I
19    hardly was at my apartment complex.  I ran and ran and
20    ran and ran, so.
21         Q.   Do you feel like you bear any responsibility
22    for the decisions you made while you were at LSU?
23         A.   Do I bear any responsibility?  Sure.  I think
24    there's responsibility on my part, [REDACTED] part, the
25    university's part.  I believe there's responsibility --
```