UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL                  CIVIL ACTION NO. 21-242

VERSUS

                                      JUDGE WENDY B. VITTER

LOUISIANA STATE
UNIVERSITY, ET AL                 MAGISTRATE JUDGE JOHNSON

*** CONFIDENTIAL ***

* * * * * * * * * * * * * * * * * * * * * * * * * * *

TRANSCRIPT OF THE DEPOSITION OF:

ELISABETH ANDRIES,

TAKEN ON BEHALF OF BOARD OF SUPERVISORS OF LOUISIANA

STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL

COLLEGE, REPORTED IN THE ABOVE ENTITLED AND NUMBERED

CAUSE BY YOLANDA J. PENA, CERTIFIED COURT REPORTER FOR

THE STATE OF LOUISIANA.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

REPORTED AT THE LAW OFFICES OF:

PHELPS DUNBAR LLP

400 CONVENTION STREET, SUITE 1100

BATON ROUGE, LOUISIANA  70802

COMMENCING AT 9:07 A.M., ON SEPTEMBER 23, 2022.

EXHIBIT C                                ELISABETH ANDRIES                                09/23/2022
Page 60

1   because I was dealing with a fibroadenoma lump that was
2   growing in my chest at a rapid rate that I --
3   eventually, I had surgery for later that year.
4       Q.  So you when did you discover that you had the
5   lump?
6       A.  I believe it was around the same time I went
7   to Lighthouse, around February or March of 2018.
8       Q.  And who was the doctor who was treating you
9   for that?
10      A.  I saw multiple doctors.  I first went to LSU.
11  I don't remember the name of the -- the gynecologist
12  who saw it first.  I then got recommended to go to the
13  Woman's Hospital in Baton Rouge.  And my mom then
14  proceeded to take me to a specialist in New Orleans,
15  and the one who still saw me after that was Dr. Colfry.
16      Q.  So did you ultimately resign from the
17  university that semester?
18      A.  No.  I did a post-withdrawal, I believe,
19  almost a full year later, but I fully finished all the
20  courses.
21      Q.  So when did you return to LSU?
22      A.  I returned that fall on academic probation.
23      Q.  So you returned the fall.  And was that
24  because of the grades that you received in the spring
25  of 2018?