## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.                        CIVIL ACTION NO.  3:21-CV-00242

VERSUS                                    JUDGE WENDY B. VITTER

LOUISIANA STATE UNIVERSITY,               MAGISTRATE JUDGE JOHNSON
ET AL.

### DEFENDANT'S *DAUBERT* MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERT WITNESS DARREN CAHILL

NOW INTO COURT, through undersigned counsel, comes Defendant, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College ("the Board" or "LSU"), and respectfully moves this Court to exclude the testimony of Plaintiffs' expert, Darren Cahill.[1]  As grounds for this motion, the Board states as follows:

1.

Plaintiffs have identified Darren Cahill, who they describe as an "internationally recognized tennis player, coach, and commentator," as an expert witness in this matter regarding Plaintiff Jade Lewis' tennis career and allegedly related damages.

2.

As set forth more fully in the Board's supporting memorandum, Cahill failed to comply with the requirements of Federal Rule of Civil Procedure 26. Therefore, Plaintiffs are precluded from using his opinions and testimony at trial under Federal Rule of Civil Procedure 37.

---

[1] Relevant excerpts of the purported expert disclosure and deposition transcript of Darren Cahill are attached hereto as Exhibits A and B, respectively. Relevant excerpts from the deposition transcript of Plaintiffs' expert, Josephine Doherty, is attached hereto as Exhibit C.

3.

Additionally, Cahill fails to satisfy the Rule 702 standard for expert testimony under the Federal Rules of Evidence. He is not qualified to render the opinions at issue, employs insufficient methodology in reaching his conclusions, and does not rely on sufficient facts or data. Further, to the extent he may be qualified to opine on certain limited issues, those opinions are inadmissible under Rule 702 because they do not concern a fact actually in issue and should be excluded.

WHEREFORE, the Board respectfully requests that this motion be granted and that this Court issue an order excluding the testimony of Plaintiffs' expert, Darren Cahill.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
Susan W. Furr, Bar Roll No. 19582
Shelton Dennis Blunt, Bar Roll No. 21230
Karleen J. Green, Bar Roll No. 25119
Gregory T. Stevens, Bar Roll No. 29436
Jessica Coco Huffman, LA Bar No. 30445
Michael B. Victorian, Bar Roll No. 36065
Molly McDiarmid, Bar Roll No. 36426
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: 225 346 0285
Facsimile: 225 381 9197
Email: susie.furr@phelps.com
Email: dennis.blunt@phelps.com
Email: karleen.green@phelps.com
Email: greg.stevens@phelps.com
Email: jessica.huffman@phelps.com
Email: michael.victorian@phelps.com
Email: molly.mcdiarmid@phelps.com

ATTORNEYS FOR THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on September 18, 2023, with the Court's CM/ECF system, which will electronically send a copy of the same to all counsel of record.

Gregory T. Stevens

PD.43129054.1