```
 1                UNITED STATES DISTRICT COURT
 2                MIDDLE DISTRICT OF LOUISIANA
 3
         ABBY OWENS, ET AL.
 4
                                   CASE NO.: 3:21-CV-00242
 5       VERSUS                    JUDGE WENDY B. VITTER
                                   MAGISTRATE JUDGE JOHNSON
 6
         BOARD OF SUPERVISORS OF LOUISIANA STATE
 7       UNIVERSITY AND AGRICULTURAL AND MECHANICAL
         COLLEGE
 8
              *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
 9
                       ZOOM DEPOSITION OF
10                        DARREN CAHILL
11       TAKEN VIA ZOOM, BATON ROUGE, LOUISIANA, ON
         MAY 22, 2023, BEGINNING AT 9:01 A.M.
12
13       REPORTED BY:
             JENNIFER W. PICKETT
14           CERTIFIED COURT REPORTER
15           CERTIFICATE NUMBER 29011
16
17
18
19
20
21
22
23
24
25
                                                        Page 1
```

```
 1   A      I have never coached Jade Lewis, no.
 2   Q      Have you ever served as an expert witness
 3   before?
 4   A      I have not.
 5   Q      Did you say I have not?
 6   A      I have not.
 7   Q      Can you tell me about your relationship
 8   with the Lewis family?
 9   A      So, I know David from basically when we
10   were juniors, pretty much the same age,
11   played a lot of the junior tournaments
12   together, played against David in Davis
13   Cup and that progressed through to our
14   pro careers as we all start off at the
15   same level and that is to play satellite
16   events, which are now being replaced with
17   future events and once you come out of
18   juniors, the way to get a ranking is to
19   start at the very bottom and these days
20   it's called futures, which moved to
21   challengers that moves to tour events.
22   So, myself and a bunch of Australian
23   players and the New Zealand players were
24   doing pretty much the same so we were
25   traveling together, practicing together.
```

Page 16

```
 1   Q      I want to talk about Ms. Jade Lewis'
 2   tennis career and your opinions related
 3   to that but I guess kind of staying
 4   specifically on the topic of your
 5   relationship with David Lewis, can you
 6   tell me what communications the two of
 7   you had related to this case?
 8   A      Nothing, really.  He asked me if I'd be
 9   an expert witness.  I said I would gladly
10   be an expert witness.  I know Jade's game
11   very well.  I know what it takes to
12   transition from a junior to a successful
13   senior player.  I know the attributes you
14   need and Jade, she had a lot of those
15   successful attributes.  So no, we haven't
16   spoken I think in the last three months
17   on the telephone, maybe we swapped a
18   couple of text messages over those three
19   months but no, there's been no
20   communication as such.
21   Q      What about -- back up earlier than that -
22   - you mentioned the decision for Jade to
23   go to college.  I guess can you tell me
24   what discussions you guys had surrounding
25   that?
```

Page 19

```
 1   shared with you?
 2   A      No.  They are my assumptions.  So, the
 3   statements I'm making regarding what he
 4   saw in Jade's game and the reasons why he
 5   went to college yes, they are his
 6   comments.
 7   Q      My question I guess is did you have
 8   conversations with Jade Lewis directly
 9   about her tennis acumen and how that
10   would be affected by going to college?
11   A      No, I did not.
12   Q      While Jade was at LSU did you have any
13   communications with Jade?
14   A      I did not.
15   Q      While Jade was at LSU did you have
16   communications with David Lewis?
17   A      I did.
18   Q      You did?
19   A      Yes.
20   Q      About Jade's tennis performance?
21   A      Initially the tennis performance because
22   it was so spectacular when she first
23   started there as a freshman.  She was one
24   of the best freshmen that has ever played
25   college tennis, had some incredible wins.
```

Page 22

```
 1  I know that from an emotional point of
 2  view, it affected the family an
 3  incredible amount.  It affected Jade a
 4  lot as well and then all the focus
 5  between David and I, all conversations
 6  basically was about looking after his
 7  daughter, trying to find a way out for
 8  his daughter.
 9  Q     I guess were you personally observing
10  Jade's tennis career at any point beyond
11  when she was a freshman at LSU?
12  A     No, I wasn't.
13  Q     Do you, I guess -- beyond when she was a
14  freshman at LSU -- we talked about her
15  extraordinary start and her amazing
16  record.  Do you have any personal
17  information or information that you've
18  somehow learned about her tennis
19  performance, what she's been doing
20  tennis-wise, whether or not she's been
21  playing at all?
22  A     No, I haven't.
23  Q     When was the last time that you spoke
24  with Jade Lewis?
25  A     Maybe six or seven years ago as a
```

Page 27

```
 1    "attest that Jade was a sure bet to be a
 2    success on tour;" what does that mean?
 3    A       Does it say that?  I can't -- the writing
 4    is so small -- does it say sure bet?
 5    Q       It does say that but let me make it --
 6    A       Yeah, thanks.
 7    Q       Do you see the last sentence?
 8    A       Okay, yeah.  I see it there.  So, nothing
 9    is sure.  There is no sure bet because
10    the amount of things that take into
11    account to be a successful athlete,
12    successful tennis player, there are many.
13    You can talk about financial backing, you
14    can talk about mental application, you
15    can talk about hitting forehands and
16    backhands, you can talk about how you
17    deal with adversity, you can talk about
18    injuries.  There are a ton of things that
19    go into reasons why a player might make
20    it or might not make it but she ticked a
21    ton of boxes and when you're looking at
22    work ethic, resilience, tennis IQ, her
23    shot selection, so certainly from the
24    matches that I saw, there was so much to
25    look forward to and part of my role with
```

Page 35

```
 1   paper and I'm trying to compare it to --
 2   I wanted to ask about the statement here.
 3   It says "Mr. Cahill will attest that her
 4   tenure at LSU diminished her
 5   capabilities, her mindset and her
 6   athletic prowess to the extent that her
 7   chances of a professional career were
 8   radically diminished."  My question is if
 9   you never -- you stated earlier that you
10   did not see Ms. Lewis play beyond her
11   freshman year at LSU, do you feel like
12   you could speak on her diminished
13   athletic prowess if that existed?
14   A     Well, I'm speaking on that through the
15   information that was provided to me from
16   David and what she was going through away
17   from the tennis court and it's impossible
18   to be able to go through that experience
19   and come out the other side and be a
20   successful tennis player.  So, that's
21   where I'm coming from when I'm speaking
22   about that.
23   Q     Did you say that it's impossible?
24   A     I don't know how somebody could go
25   through what she went through and still
```

Page 38

```
 1   be able to perform to the best of her
 2   capabilities.
 3   Q     The next sentence says "Mr. Cahill will
 4   testify that Jade had the makings of a
 5   potential top-twenty singles player and
 6   that Jade started her collegiate career
 7   with a clear and defined path to
 8   professional tennis."  That's kind of the
 9   same thing we were talking about before,
10   right -- that she had indicators of
11   success but that you can't, nor could
12   anyone, predict with certainty whether or
13   not someone would be successful on the
14   tour?
15   A     Yeah.  As I mentioned, I haven't seen
16   this particular document so a top twenty
17   singles player I think would be something
18   that I would never put to anybody because
19   I feel like that's a pretty high standard
20   to predict for anybody but I would easily
21   put fifty -- top fifty next to her name,
22   which makes her a pretty successful
23   tennis player.  And once you get to top
24   fifty in the world, then anything is
25   possible.  There's no ceiling on that but
```

Page 39

```
 1   similarly situated players that are at
 2   Jade's level, had Jade gone pro as-
 3   planned."  Can you tell me about what
 4   similarly situated players are you
 5   talking about here and I understand you
 6   did not draft or see this document?
 7   A      Yeah, sure.  So, players that get around
 8   the top fifty in the world mark and we're
 9   talking about singles as well.  We
10   haven't even really spoke about doubles
11   because at the moment, the opportunity to
12   make money in doubles is certainly
13   attractive and there are major
14   opportunities for that.  We have a player
15   in Australia, Storm Sanders, who just won
16   the Italian Open last week and I think
17   her ceiling as a singles player was
18   around about fifty or sixty in the world
19   and she's doing incredibly well in the
20   game of doubles at the moment as well.
21   So, it's not just about being a singles
22   player.  It's also about being a doubles
23   player but if you look at -- I could go
24   through a bunch of players.  The problem
25   with making a comparison between someone
```

Page 41

1  who is sitting at fifty in the world at
2  the moment is that that player hasn't
3  been through, to my knowledge anyway,
4  what Jade has been through at college.
5  So, they've had a clear run to a large
6  extent about getting the best out of
7  themselves and having the opportunities
8  to become professional tennis players.
9  My thing is that that was taken away from
10 Jade and the chances of her ever
11 realizing that now are not there or are
12 at least very minimal.
13 Q     Is it fair to say that you don't know
14 what backgrounds or what experiences
15 players in the top fifty have gone
16 through?
17 A     Certainly, the ones that I haven't worked
18 with, I would not know their backgrounds
19 and what they've been through and the
20 different cultures and what they've had
21 to deal with.  That would be a fair
22 assumption to say, yes.
23 Q     Says "Mr. Cahill will perform a
24 comparison to Jade's skill level with
25 other female tennis players of the same

Page 42

```
 1   age and skill level;" which female tennis
 2   players are you talking about?
 3   A     Same age as Jade or the players that I
 4   feel like she played similar to.
 5   Q     Sitting here today, could you identify
 6   who that is or do you not feel like you
 7   could?
 8   A     I think she plays a very similar type of
 9   game to someone that I actually worked
10   with, a girl by the name Sorana Cirstea,
11   who's still playing now.  She's thirty-
12   two years of age, a good athlete, big
13   ball-striker, gets a little emotional at
14   times on the court and I think that was
15   one of the things that Jade needed to
16   improve in her game.  So, Sorana's had a
17   very successful career.  She got to
18   twenty-one in the world as a career high
19   ranking, she floated outside the top
20   hundred and even now at thirty-two years
21   of age she's back inside the top thirty,
22   thirty-five in the world and she's
23   pushing to try to have her best year on
24   tour.  So, making similarity to any
25   particular player that she grew up with
```

Page 43

1  is a little bit difficult but the way she
2  plays is quite easy because she has a
3  type of game that a lot of people do
4  relate to.
5  Q     In terms of predicting somebody's earning
6  potential range, do you have any training
7  or certifications that would allow you to
8  do that?
9  A     I do not but that's -- the earning
10 potential is alongside what WTA ranking
11 that they achieve.  So, the levels of
12 prize money are there for everybody to
13 see.
14 Q     I guess how would you factor in -- I'll
15 just start listing some things -- but how
16 would you factor in injuries into
17 potential earning?
18 A     You can't, can you.
19 Q     How would you factor in external factors
20 such as familial issues, including some
21 of the very tragic experiences that have
22 befallen the Lewis family?
23 A     The only thing I can say with that is
24 that it depends on how quickly success
25 comes and how early it comes to the

Page 44

```
 1   athlete as well.  So, if we take somebody
 2   like Naomi Osaka and I'm not trying to
 3   compare Jade to Naomi because Naomi's a
 4   freak of a tennis player.  But Naomi has
 5   now been out of the game for a couple of
 6   years and she's making maybe forty or
 7   fifty million dollars a year even though
 8   she's not playing because she was able to
 9   establish success and so her income
10   doesn't necessarily come from the prize
11   money that she makes on the court.  It
12   comes from the contracts she's making off
13   the court.  So, depending on the success
14   that Jade had early in her career, that's
15   impossible to tell.
16   Q     Would you agree that it's fairly hard to
17   predict what somebody's earning range
18   could be for -- your example of Naomi
19   Osaka -- it just could depend on a number
20   of factors that would just be hard for
21   you to sit here and say with any degree
22   of certainty what somebody would earn or
23   could earn?
24   A     No, I mean because if I believe someone's
25   capable of making the top fifty in the
```

Page 45

```
 1   world and they achieve top fifty in the
 2   world, then you can go straight to the
 3   number fifty ranking of that person on
 4   that page that you showed me before and
 5   you can see what they'll make on the
 6   tennis court.  And then you can factor in
 7   the marketability of Jade.  She would be
 8   the number one ranked New Zealand player
 9   for a certain amount of years, what that
10   would bring in in endorsements.  So, you
11   cannot be certain of it but you can have
12   a rough estimate as to how much earning
13   potential was out there for her.
14   Q     Do you mean that there are metrics and
15   measures that you could look to to help
16   inform you of what somebody's range could
17   be; is that right?
18   A     I would agree with that, yes.
19   Q     But I guess still, back to our earlier
20   discussion, although you could make an
21   estimate or a guess, you couldn't say
22   with certainty because of external
23   factors like injuries or like familial
24   issues or things of that nature?
25   A     I couldn't say with certainty on those
```

Page 46

```
 1  things but I couldn't say with certainty
 2  that she didn't win a major as well and
 3  she might have made ten times what I
 4  believe she would make.
 5  Q     That's right.  It could go either way is
 6  your point?
 7  A     Right.
 8  Q     I understand. I'm scrolling down to the
 9  next section, "how Jade's time at LSU
10  negatively impacted her professional
11  tennis career."  My question here is just
12  is this opinion based off of what Mr.
13  David Lewis told you?
14  A     Yes, it is.  And also, in the last twelve
15  months or so, from what I've read, what
16  has been reported on from the news
17  stories coming out of LSU.
18  Q     Jen, I'd like to attach that document as
19  Exhibit 1.  (Expert disclosure attached
20  as Exhibit 1.)  I can email it to you
21  after the deposition.  You mind if I take
22  a brief, maybe five-minute break and then
23  I think we're -- I'm pretty close to
24  being done.  I don't have -- I would say
25  at most, twenty more minutes.
```

Page 47

```
 1  also, is the environment that they
 2  surround themselves with to give them the
 3  best chance for success.  So, we're
 4  looking into their coaching, we're
 5  looking into the parents, we're looking
 6  into the people they surround themselves
 7  with and you guys know in life, you end
 8  up becoming the sum average of the five
 9  people that you surround yourself with.
10  That goes for tennis as well.  So, if you
11  put good people around you, the chances
12  of you being successful are much, much
13  better and I thought Jade had a good
14  environment around her.  I'm not saying
15  anything about the LSU coaches because I
16  don't know what was going on there.  I'm
17  just specifically talking to the trauma
18  that she suffered at LSU, which has
19  damaged her chances of being a
20  professional.
21  Q    Having coached Jade, do you feel like her
22  coaches at LSU would be in the best
23  position to evaluate what her future
24  success could have been?
25                MS. TRUSZKOWSKI:
```

Page 52

```
 1   that?
 2   A     No, that's exactly what I said  that
 3   yeah, I was a little surprised that she
 4   decided to go to college instead of going
 5   pro so absolutely yeah, just a sure bet
 6   to be a success on tour is not exactly
 7   what I would've said, correct.
 8   Q     Isn't it true that you can go pro at any
 9   age?  The statement here about "Mr.
10   Cahill will testify that Jade could have
11   gone pro after her junior year of high
12   school," that's not a statement about her
13   level of success.  That's just you could
14   join the tennis tour if you wanted to at
15   that age?
16   A     That's correct but the chances of being
17   successful depends on how good you are
18   and she certainly had the chances of
19   being successful.  There's a balance
20   there also, because quite often players
21   will spend three, four, five years even
22   in the lower ranked tournaments and it
23   actually becomes quite a financial
24   burden.  So, I don't know what David was
25   weighing out in those particular
```

Page 59

Page 70

C E R T I F I C A T I O N

I, Jennifer Pickett, Certified Court Reporter in and for the State of Louisiana, Certificate No. 29011, which is current and in good standing, as the officer before whom this testimony was taken, do hereby certify that the above and foregoing was taken under the authority of R.S. 37:2554; that the foregoing was taken by the undersigned as hereinbefore set forth in the foregoing pages; that it was reported by me in the stenomask method, was prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript to the best of my ability and understanding; and that I informed about the complete arrangement, financial or otherwise, with the person or entity making arrangements for deposition services; and that I have acted in compliance with La. Code of Civil Procedure Article 1434; that I am no actual knowledge of any prohibited employment or contractual relationship, direct or indirect, between a court reporting firm and any party litigant in this matter nor is there any such relationship between myself and a party litigant in this matter.  I am not related to counsel or to the parties herein, and I am in no way concerned with the outcome thereof.

_____
Jennifer Pickett, C.C.R.

# 29011