Page 276

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.

                      CASE NO.: 3:21-CV-00242
VERSUS                JUDGE WENDY B. VITTER
                      MAG. JUDGE JOHNSON

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE

   * * * * * * * * * * * * * * * * * * * * *

DAY 2 OF THE DEPOSITION OF

JOSEPHINE DOHERTY

TAKEN VIA ZOOM, BATON ROUGE, LOUISIANA, ON

JULY 18, 2023, BEGINNING AT 1:45 P.M.

REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER
    CERTIFICATE NUMBER 29011

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 277

A P P E A R A N C E S

Representing: LSU Board of Supervisors
GREGORY STEVENS, ESQ.
MOLLY MCDIARMID, ESQ.
Phelps Dunbar, LLP
400 Convention Street, Suite 1100
II City Plaza
Baton Rouge, Louisiana 70802
greg.stevens@phelps.com


Representing: Plaintiffs
KAREN TRUSZKOWSKI, ESQ.
Temperance Legal Group
503 Mall Court #131
Lansing, Michigan 48912
karen@temperancelegalgroup.com

Page 300

1  A  No.
2  Q  Karen mentioned the tennis issue.
3     There's some mention in your report about
4     a desire to become a tennis pro.  I think
5     that at some point you discussed or even
6     on page thirty-one, you set out some
7     large numbers about life prize awards for
8     WTA professionals.  Tell me about that
9     analysis and how it informed your work in
10    this case.
11 A  Basically I used information contained
12    within the public domain in terms of data
13    put forth by the Women's Tennis
14    Association and what those ranges are.
15    But the heart -- and I mentioned those
16    because that was important to her and she
17    really felt as though she had the
18    potential to become a professional tennis
19    player had this not happened to her.  My
20    analysis, however, was much more
21    conservative, as I specifically looked at
22    her earnings based upon having a
23    disability and not having a disability
24    and not in the area of professional
25    tennis so that $850,000 that I cited was

Page 301

| | | |
|---|---|---|
| 1 | | based upon having a disability.  It |
| 2 | | wasn't based upon being professionally |
| 3 | | employed in the private sector versus |
| 4 | | being a tennis pro. |
| 5 | Q | **And so, other than accessing that** |
| 6 | | **database online and looking at the** |
| 7 | | **ranges, you don't intend to offer any** |
| 8 | | **opinion as to whether or not Ms. Lewis** |
| 9 | | **actually had the potential to have a** |
| 10 | | **viable professional tennis career; right?** |
| 11 | A | That would be impossible to -- I would be |
| 12 | | uncomfortable making such an assertion. |
| 13 | | It was possible but I can't say it |
| 14 | | definitely would've happened, which is |
| 15 | | why I'm not including it in my analysis |
| 16 | | based upon the WTA earnings.  And it |
| 17 | | would be difficult to -- even if one were |
| 18 | | to say yes, I believe there was a ninety- |
| 19 | | nine percent chance she could've had a |
| 20 | | professional tennis career.  Who's to say |
| 21 | | how long it would be?  There's a huge gap |
| 22 | | in terms of the number one tennis player |
| 23 | | and the number five tennis player and |
| 24 | | then number ten tennis player, |
| 25 | | endorsements.  There's just so much that |

```
 1      would be impossible to enumerate that I
 2      was uncomfortable going there.
 3  Q   Because all of those things render it
 4      pretty speculative; right?
 5  A   And they vary drastically from person to
 6      person.
 7  Q   So, that's a yes?
 8  A   Yes.
 9  Q   All right.  Is it your opinion that Ms.
10      Lewis is still suffering from PTSD?
11  A   Yes.
12  Q   What's her rehabilitation plan?
13  A   At the time we met, she was attending --
14      again, in terms of work, she was starting
15      a new career, she was participating in
16      psychotherapy, I know she was
17      hospitalized after we met and there were
18      some recommendations there from her
19      therapist.  But she was to continue her
20      therapy.  She was to continue her
21      vocational training, on-the-job training.
22  Q   As far as therapy, what types of therapy
23      is she currently having?
24  A   Individual psychotherapy.
25  Q   Is she finding it helpful?
```

C E R T I F I C A T I O N

I, Jennifer Pickett, Certified Court Reporter in and for the State of Louisiana, Certificate No. 29011, which is current and in good standing, as the officer before whom this testimony was taken, do hereby certify that the above and foregoing was taken under the authority of R.S. 37:2554; that the foregoing was taken by the undersigned as hereinbefore set forth in the foregoing pages; that it was reported by me in the stenomask method, was prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript to the best of my ability and understanding; and that I informed about the complete arrangement, financial or otherwise, with the person or entity making arrangements for deposition services; and that I have acted in compliance with La. Code of Civil Procedure Article 1434; that I am no actual knowledge of any prohibited employment or contractual relationship, direct or indirect, between a court reporting firm and any party litigant in this matter nor is there any such relationship between myself and a party litigant in this matter. I am not related to counsel or to the parties herein, and I am in no way concerned with the outcome thereof.

_____
Jennifer Pickett, C.C.R.

# 29011

Page 357