# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. | CIVIL ACTION NO.  3:21-CV-00242 |
| VERSUS | JUDGE WENDY B. VITTER |
| LOUISIANA STATE UNIVERSITY, ET AL. | MAGISTRATE JUDGE JOHNSON |

## DEFENDANT'S MOTION *IN LIMINE* AND *DAUBERT* MOTION TO EXCLUDE OR LIMIT TESTIMONY OF PLAINTIFFS' EXPERT WITNESS DR. APRYL POOLEY

NOW INTO COURT, through undersigned counsel, comes Defendant, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College ("the Board" or "LSU"), and respectfully moves this Court to exclude or limit the testimony of Plaintiffs' expert, Dr. Apryl Pooley.[1]  As grounds for this motion, the Board states as follows:

1.

Plaintiffs intend to offer Dr. Apryl Pooley as an expert to present causation and damages testimony in an effort to connect Plaintiffs' emotional injuries to the alleged actions or inactions of LSU. Dr. Pooley purports to be an expert on "institutional betrayal," a novel academic research theory.

2.

As set forth more fully in the Board's supporting memorandum, Dr. Pooley's opinions fail to meet the relevance standard of Rule 702 of the Federal Rules of Evidence because they relate only to precluded damages for emotional distress and rely on improper legal standards.

---

[1] Relevant portions of the expert report and deposition transcript of Dr. Apryl Pooley are attached hereto as Exhibits A and B, respectively. Studies relied upon by Dr. Pooley are also attached as Exhibits C and D, respectively. Citations to the deposition will be by the last name of the deponent and the page or exhibit number.

3.

Additionally, Dr. Pooley's opinions are inadmissible because she fails to utilize reliable principles and methods and her opinions are not based on sufficient facts or data. Further, Dr. Pooley's knowledge and experience do not qualify her to offer certain opinions that form the basis of her conclusions. Therefore, her opinions are inadmissible under Rule 702 and should be excluded.

WHEREFORE, the Board respectfully requests that this motion be granted and that this Court issue an order excluding or limiting the testimony of Plaintiffs' expert, Dr. Apryl Pooley.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____

Susan W. Furr Bar Roll No. 19582
Shelton Dennis Blunt Bar Roll No. 21230
Karleen J. Green Bar Roll No. 25119
Gregory T. Stevens Bar Roll No. 29436
Jessica Coco Huffman LA Bar No.: 30445
Michael B. Victorian Bar Roll No.: 36065
Molly McDiarmid Bar Roll No. 36426
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: 225 346 0285
Facsimile: 225 381 9197
Email: susie.furr@phelps.com
Email: dennis.blunt@phelps.com
Email: karleen.green@phelps.com
Email: greg.stevens@phelps.com
Email: jessica.huffman@phelps.com
Email: michael.victorian@phelps.com
Email: molly.mcdiarmid@phelps.com

ATTORNEYS FOR THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE

PD.43129302.1

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on September 18, 2023, with the Court's CM/ECF system, which will electronically send a copy of the same to all counsel of record.

Gregory T. Stevens

- 3 -