UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

### MOTION *IN LIMINE* AND *DAUBERT* MOTION TO EXCLUDE OR LIMIT TESTIMONY OF PLAINTIFFS' EXPERT WITNESSES JOSEPHINE DOHERTY AND ANDREW VERZILLI

Defendant, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (the "Board"), moves the Court to exclude or limit the testimony of Plaintiffs' expert witnesses Josephine Doherty and Andrew Verzilli.[1] The proposed evidence does not meet the standards of Federal Rule of Evidence 702 as applied by *Daubert* and should be excluded.

1.

Plaintiffs have identified Josephine Doherty, who they disclosed as a vocational rehabilitation and future medical care expert, and Andrew Verzilli, an economist, as testifying experts in this matter regarding the extent and quantification of damages.

2.

As set forth more fully in the Board's supporting memorandum, these witnesses' conclusions are not properly supported by sufficient methodology or relevant evidence such that they are not admissible under a Rule 702 and *Daubert* analysis.

---

[1] Relevant excerpts of the deposition transcripts from Day 1 and Day 2 of Doherty's deposition, and from Verzilli's deposition, are attached hereto as Exhibits A, B, and C respectively.

PD.43133130.1

3.

Additionally, Doherty's opinions and testimony relate solely to post-incident actions or inactions by LSU and are thereby irrelevant to the remaining claims in this case and would only serve to confuse the jury.

WHEREFORE, the Board respectfully requests that this motion be granted and that this Court issue an order excluding or limiting the testimony of Plaintiffs' experts Josephine Doherty and Andrew Verzilli.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
Susan W. Furr, Bar Roll No. 19582
Shelton Dennis Blunt, Bar Roll No. 21230
Karleen J. Green, Bar Roll No. 25119
Gregory T. Stevens, Bar Roll No. 29436
Jessica Coco Huffman, LA Bar No. 30445
Michael B. Victorian, Bar Roll No. 36065
Molly McDiarmid, Bar Roll No. 36426
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: 225 346 0285
Facsimile: 225 381 9197
Email: susie.furr@phelps.com
Email: dennis.blunt@phelps.com
Email: karleen.green@phelps.com
Email: greg.stevens@phelps.com
Email: jessica.huffman@phelps.com
Email: michael.victorian@phelps.com
Email: molly.mcdiarmid@phelps.com

ATTORNEYS FOR THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on September 18, 2023 with the Court's CM/ECF system. Undersigned counsel will send an electronic copy of the same to Plaintiffs' counsel.

Gregory T. Stevens