CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.

                          CASE NO.: 3:21-CV-00242
VERSUS                JUDGE WENDY B. VITTER
                          MAG. JUDGE JOHNSON

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE

   * * * * * * * * * * * * * * * * * * * * *

DAY 1 OF THE DEPOSITION OF

JOSEPHINE DOHERTY

TAKEN VIA ZOOM, BATON ROUGE, LOUISIANA, ON

JULY 17, 2023, BEGINNING AT 9:37 A.M.

REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER
    CERTIFICATE NUMBER 29011

EXHIBIT A

Page 44

1  A  So, in other words to have a CRC without
2     having an LPC?
3  Q  Whatever. Do you need a CRC
4     certification to provide vocational
5     rehabilitation services where you're
6     from?
7  A  No.
8  Q  So, I don't want to talk artificially
9     about different certifications. I'm
10    asking in the field of vocational
11    rehabilitation, which is what you've been
12    offered as in this case, in the field of
13    vocational rehabilitation does everyone
14    who is qualified to provide vocational
15    rehabilitation services also provide
16    psychological or psychotherapeutic
17    services?
18 A  Not everyone, no.
19 Q  Do all of them also provide diagnoses?
20 A  Not all of them.
21 Q  So, by saying someone is going to be
22    engaged as a vocational rehabilitation
23    expert, that doesn't necessarily indicate
24    that they're going to be providing
25    diagnoses or comparing things to the DSM-

Page 45

1      5; right?  You would have to give
2      additional information for that to be
3      apparent; right?
4   A  Sure.  Yes.
5   Q  Have you worked with -- and I truly
6      apologize but I know Karen, I know Katie
7      Lasky, I know -- I'm going to mess up her
8      last name but I think it's Abdnour is the
9      correct pronunciations -- they're all
10     sort of on the team on the plaintiffs'
11     side but if I'm being honest, I lose
12     track of who exactly is with whose firm.
13     So, it's a broad question but I was just
14     going to ask you if you've worked with
15     any of those attorneys before this case?
16  A  I have not.
17  Q  So, this is the first time that you've
18     worked with any of those three people I
19     mentioned?
20  A  Correct, or their firms.
21  Q  Or their firms, okay.  With regard to
22     your practice how much of your practice
23     involves patients or clients that are in
24     litigation?
25  A  Less than ten percent.

Page 132

```
 1        persons answering that question to make a
 2        determination that they are not working
 3        because of a disability that is
 4        objectively affecting their ability to
 5        work, not subjectively; right?
 6   A    Correct.  But you also need to
 7        understand, which you probably know, to
 8        qualify for Social Security benefits due
 9        to a disability, there needs to be a
10        medical opinion about your workability or
11        inability.  So, the actual determination
12        is based upon medical records.
13   Q    Yeah, but I had moved on from that
14        particular question.  Set Social Security
15        aside for a second.  I do understand how
16        that part works.  But if they're asking
17        the question have you worked in the past
18        year, right, as a separate question --
19        have you worked in the past -- not having
20        to do with Social Security Disability or
21        whatever.  If they just asked the
22        question have you been unemployed for at
23        least a year due to a disability --
24   A    That is based upon the respondent's
25        impression.
```

Page 133

1  Q  On their impression.  Okay.  Same thing
2     with the -- is it mild or non-severe --
3     what's the technical word for that middle
4     category?
5  A  It technically is non-severe.  Sometimes
6     I say mild just because semantically they
7     seem so similar.
8  Q  That's fair.  Okay.  So for the non-
9     severe, what types of questions are those
10    again?  Are you having accommodations at
11    work?
12 A  Correct.  So, that would be phrased in
13    terms of do you have a disability or some
14    type of limitations -- and I'm
15    paraphrasing, I'm not talking verbatim --
16    that limits the type or amount of work
17    you are able to perform.  So, like in the
18    physical sense, if a truck driver could
19    no longer do a medium duty job, which is
20    what truck driving is.  You may only
21    could to light duty work, then that's a
22    work disability there.  For a case with
23    PTSD, it's do you -- instead of working a
24    forty-hour work week without the typical
25    schedule of an hour lunch and two ten to

```
                                                      Page 134
 1         fifteen-minute breaks, you require more
 2         breaks.  So, that would be a limitation
 3         there in terms of the PTSD, is the extra
 4         breaks.
 5   Q     But they don't ask that, do they, in the
 6         census data?  They don't ask do you have
 7         PTSD?  They just ask the broader
 8         question; right?
 9   A     Correct.  Do you have a disability that
10         limits the type or amount of work you are
11         able to perform?
12   Q     And again, they're not tying that to a
13         physician confirmed in that sense.
14         Again, setting the Social Security piece
15         aside.  In that sense it's more of a
16         subjective response on the individual
17         who's answering if they believe they have
18         a disability that limits them in some
19         way; right?
20   A     Correct.
21   Q     And there's not data that's gathered as
22         to what that specific perceived
23         disability would be; correct?  Just
24         whether they believe they have it?
25   A     Correct.
```

Page 135

1  Q   And so, in each of these categories, you
2      are going to get a full spectrum,
3      theoretically, a full spectrum of all
4      sorts of different actual or perceived or
5      both disabilities across a very broad
6      range of people; right?
7  A   Correct.
8  Q   And so, there's no way we can take a look
9      at Ms. Owens, for example, and look at
10     her particular situation and the nature
11     of her limitations as she's described
12     them to you and compare it against a
13     statistical base that is similar to her;
14     right?
15 A   And that would go true for any case.  I
16     just have found this is the most reliable
17     method because it actually looks at
18     people with disabilities as opposed to
19     the other means, which would be not to
20     take their disability into consideration.
21 Q   But you agree that there's a difficulty
22     there in that not all disabilities are
23     the same.  We established that early on;
24     right?
25 A   Correct.  So, this is based upon very

Page 139

```
 1        didn't really catch how that works?
 2   A    Right, so I mean basically, the review is
 3        an ongoing process in terms of was it
 4        reliable.  In other words, is the method
 5        measuring what it's supposed to be
 6        measuring and that was the reason why
 7        they came out with the 2015, was to offer
 8        more updated data based upon validity
 9        checking the 2008 version.
10   Q    But it's still based on the same type of
11        broad subjective questioning; right?
12   A    It is.  And it's the most accurate method
13        there is in terms of taking disability
14        into consideration.
15   Q    So, particularly with regard to a mental
16        or emotional or psychological type of
17        disability,  right, the effect of that
18        can change, probably does change over
19        time; right?
20   A    It can.
21   Q    And it can change with proper counseling,
22        proper treatment; right?
23   A    Correct.  Are we talking about Ms. Owens'
24        case in particular?
25   Q    I'm still talking about the statistics
```

Page 140

```
 1         portion of it and we can talk about Ms.
 2         Owens in a moment.  But just as opposed
 3         to someone who loses a limb or suffers
 4         from a traumatic brain injury to the
 5         extent that it's determined that there's
 6         not really a whole lot they can do to
 7         move that forward, things like that.  As
 8         opposed to that, it's been shown, has it
 9         not, that cognitive behavioral therapy
10         and things of that nature can
11         significantly help people who have
12         undergone emotional stressors and PTSD-
13         like events; correct?
14   A     It can.  But I think it's also important
15         to take into consideration in a case such
16         as Ms. Owens hypothetically that the
17         first assault occurred in 2016 and now
18         here we are in 2023 and she's still
19         meeting diagnostic criteria for PTSD, so
20         the longevity is also a factor as well as
21         compared to whether information or
22         appropriate interventions remain early-on
23         and they were successful.  So, in a case
24         where the PTSD symptomatology, when it
25         tends to be more chronic in nature,
```

Page 141

```
 1        that's when we tend to see more ill-
 2        effects in the long-term.
 3   Q    But we don't know, again, as far as this
 4        database for non-severe disabled persons,
 5        not only do we not know the validity, we
 6        don't know the nature of the impairment
 7        and we also don't know what, if at all,
 8        has been done or at what point in the
 9        process they're in in mitigating that
10        disability; right?
11   A    Correct.
12   Q    And so, you have this large pool of data
13        from a volume perspective but you don't
14        really have any material way to tie that
15        data to a specific individual's case or
16        really even their type of disability;
17        right?
18   A    Again, there's no table out there that
19        would say we have a missing limb, let's
20        go to the missing limb table or whatnot.
21        So there's no disability-specific, PTSD-
22        specific, (inaudible)-specific, nothing.
23        We just, generally speaking, in terms of
24        generating earning capacity assessments
25        we tend to classify the severity of the
```

```
                                                        Page 142
 1       disability as opposed to the specific
 2       diagnostic label.
 3   Q   Or oftentimes in cases -- you've been
 4       involved in litigation before where you
 5       have a physician issuing particular
 6       restrictions that in their medical or
 7       professional opinion, these are the
 8       restrictions that I believe are
 9       reasonable or more likely than not,
10       right; you've seen that?
11   A   Yeah.
12   Q   We don't have that here; right?
13   A   Correct.  This is based upon basically
14       Ms. Owens requesting accommodations and
15       her employer granting them without
16       requiring a formal script.
17   Q   Do you appreciate it that this litigation
18       itself is a significant stressor for Ms.
19       Owens?
20   A   I would state in terms of if you look at
21       PTSD symptoms and one of the coping
22       mechanisms we talked about earlier
23       although not totally adaptive is
24       avoidance.  So, when people sometimes --
25       I mean therapy, there's one person in
```

Page 143

```
 1         this particular case where she hates
 2         therapy because she doesn't want to talk
 3         about this.  So, it's a mixed bag.  You
 4         talk about your negative experiences,
 5         that causes you to think about it, causes
 6         you to feel emotions, that's what therapy
 7         does so it's a trigger.  So, litigation
 8         and having to discuss things that are
 9         sensitive and read reports that pertain
10         to you can be a trigger but it's also,
11         you have to break a few eggs in order to
12         make an omelet so talking about the
13         trauma hurts but it's people who avoid it
14         that have ill effects in the long run in
15         terms of not processing it.  But I would
16         agree that going through litigation can
17         be a trigger and probably they didn't
18         know that.  Who does?
19  Q    **So, that would be a yeah, I mean as to**
20         **Ms. Owens, you would agree with me that**
21         **this litigation itself can be a**
22         **significant stressor to her?**
23  A    I think any person undergoing it, it does
24         and I think the shame, it heightens the
25         shame as well.
```

```
                                               Page 144
 1   Q   You would agree with me that when that
 2       stressor is eliminated, you would expect
 3       there to be maybe a positive gain of some
 4       sort, some progress.  But when you
 5       eliminate a major stressor, you should
 6       see a benefit of some kind or an
 7       improvement?
 8   A   I don't know about that.  I know that the
 9       litigation, I agree, can be a trigger but
10       I -- with no disrespect to anyone here --
11       I've seen people scarred by it just
12       because people were doing their jobs.
13       And so sometimes, we talked earlier,
14       there can be growth but sometimes people
15       are scarred and the scars remain even
16       though there's growth.  So, I don't know
17       about removing the litigation.  Sometimes
18       there's the expression the damage is
19       done.
20   Q   With regard to Ms. Owens, were you asked
21       to evaluate any actions of LSU prior to
22       when she had her first alleged event?
23   A   I'm sorry, can --
24   Q   Well, let's go back.  So, I think was it
25       2016 is the first time she relates
```

Page 145

```
 1            something to you in the factual pattern.
 2            I think that was the social drinking?
 3   A    Yes.
 4   Q    So, were you asked to evaluate any type
 5            of information pre-2016 as to Ms. Owens
 6            and comment or evaluate LSU's actions
 7            before that time?
 8   A    No.
 9   Q    And so similarly, you don't intend to
10            offer any opinion about any actions
11            before then that would have caused or
12            contributed to Ms. Owens' symptoms or
13            stress or exposure or anything like that;
14            right?
15   A    Specifically on the part of LSU you mean;
16            correct?
17   Q    Correct.
18   A    Correct.  I have not.
19   Q    Take me through the chart you have here
20            and just help me understand exactly what
21            it is that you did to reach your number?
22            I think it's on page thirty.
23   A    So, basically you'll see generally
24            speaking -- so you want me to take you
25            through the actual table?
```

Page 171

```
 1   Q   Were you asked to evaluate any action or
 2           inaction of LSU leading up to that
 3           initial bus event as to Ms. Andries?
 4   A   I was not.
 5   Q   If you look at the last page of your
 6           report, page thirty in the very last
 7           section, vocational conclusion, there's
 8           that final paragraph and it talks about
 9           all opinions being made within a
10           reasonable degree of vocational certainty
11           and so as I appreciated it in this
12           particular report, you've issued an
13           opinion that a diagnosis of PTSD would be
14           appropriate; right?
15   A   Yes.
16   Q   You have indicated that that PTSD is the
17           result of certain action or inaction by
18           LSU; right?
19   A   Correct.
20   Q   You've indicated that that is a
21           disability that has an impact on her
22           earning potential throughout the rest of
23           her life; right?
24   A   Correct.
25   Q   And all of those opinions are set forth
```

```
 1          that she's dealing with; right?
 2    A     No, I mean it does speak to if someone's
 3          intoxicated they're not giving consent
 4          but if she -- it was her thought that she
 5          probably had sex but she wasn't claiming
 6          that that was the issue when she wasn't a
 7          hundred percent positive.
 8    Q     But there was a photograph and it's your
 9          understanding that a photograph was
10          disseminated and there was embarrassment
11          and issues that came along with that.  So
12          as you view it, is that the central issue
13          that Ms. Brennan is dealing with?
14    A     Correct.
15    Q     Some similar questions as to her.  So,
16          were you asked to evaluate any actions or
17          inactions by LSU leading up to the July
18          of 2016 incident and how they may have
19          impacted Ms. Brennan?
20    A     No.
21    Q     What, from a medical standpoint, is Ms.
22          Brennan dealing with?  And I didn't
23          notice that there was a mention of PTSD
24          in here.  What is the nature of her
25          psychological issues, if any, that would
```

```
                                                   Page 239
 1         declining grades.  But where, in fact,
 2         her current goal is to become a medical
 3         social worker so her disability is based
 4         upon the contrast in pay between that of
 5         a physician and that of a medical social
 6         worker, which I outlined in terms of the
 7         difference between 252,000 to 57,000,
 8         specifically.
 9   Q     A couple of things.  Similar question to
10         the claims we talked about before.  You
11         were not asked to evaluate any action or
12         inaction of LSU leading up to or prior to
13         that Tigerland incident that involved Mr.
14         Parrish; correct?
15   A     Correct.
16   Q     Okay.  And with regard to -- from your
17         perspective Ms. Hovis does have PTSD?
18   A     Yes.
19   Q     Are there medical records that you
20         reviewed that are in your file that also
21         indicate that Ms. Hovis has PTSD?
22   A     One moment.  I do have a reference in her
23         records.  I think when she was undergoing
24         medication management, which she said was
25         more comfortable for her than her talking
```

Page 275

C E R T I F I C A T I O N

    I, Jennifer Pickett, Certified Court Reporter in and for the State of Louisiana, Certificate No. 29011, which is current and in good standing, as the officer before whom this testimony was taken, do hereby certify that the above and foregoing was taken under the authority of R.S. 37:2554; that the foregoing was taken by the undersigned as hereinbefore set forth in the foregoing pages; that it was reported by me in the stenomask method, was prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript to the best of my ability and understanding; and that I informed about the complete arrangement, financial or otherwise, with the person or entity making arrangements for deposition services; and that I have acted in compliance with La. Code of Civil Procedure Article 1434; that I am no actual knowledge of any prohibited employment or contractual relationship, direct or indirect, between a court reporting firm and any party litigant in this matter nor is there any such relationship between myself and a party litigant in this matter. I am not related to counsel or to the parties herein, and I am in no way concerned with the outcome thereof.

                                _____
                                Jennifer Pickett, C.C.R.

                                         # 29011