# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.                           CIVIL ACTION NO. 3:21-CV-00242

VERSUS                                       JUDGE WENDY B. VITTER

LOUISIANA STATE UNIVERSITY,                  MAGISTRATE JUDGE JOHNSON
ET AL.

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion *In Limine* and *Daubert* Motion to Exclude or

Limit Testimony of Plaintiffs' Expert Witnesses Josephine Doherty and Andrew Verzilli on behalf

of Defendant, the Board of Supervisors of Louisiana State University and Agricultural and

Mechanical College, is hereby set for submission before the Honorable Wendy B. Vitter on

October 9, 2023.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____

Susan W. Furr, Bar Roll No. 19582
Shelton Dennis Blunt, Bar Roll No. 21230
Karleen J. Green, Bar Roll No. 25119
Gregory T. Stevens, Bar Roll No. 29436
Jessica Coco Huffman, LA Bar No. 30445
Michael B. Victorian, Bar Roll No. 36065
Molly McDiarmid, Bar Roll No. 36426
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: 225 346 0285
Facsimile: 225 381 9197
Email: susie.furr@phelps.com
Email: dennis.blunt@phelps.com
Email: karleen.green@phelps.com
Email: greg.stevens@phelps.com
Email: jessica.huffman@phelps.com
Email: michael.victorian@phelps.com
Email: molly.mcdiarmid@phelps.com

PD.43133136.1

- 2 -

ATTORNEYS FOR THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on September 18, 2023 with the Court's CM/ECF system. Undersigned counsel will send an electronic copy of the same to Plaintiffs' counsel.

_____
Gregory T. Stevens

- 2 -

PD.43133136.1