

Endya Hash <endya@katielaskylaw.com>

## RE: Call tomorrow
1 message

---

**Molly McDiarmid (2245)** <Molly.McDiarmid@phelps.com>                                       Thu, Aug 31, 2023 at 12:06 PM
To: Katie Lasky <katie@katielaskylaw.com>, Liz Abdnour <liz@education-rights.com>, Endya Hash <endya@katielaskylaw.com>, Alex Aughtry <alex@katielaskylaw.com>
Cc: "Susan Furr (2230)" <Susan.Furr@phelps.com>

As a follow up to my message, we do not want to move the trial date. But I peeked at the motion submission dates, and October 3 is the next available date (with motions due on 9/18).

---

**From:** Molly McDiarmid (2245)
**Sent:** Thursday, August 31, 2023 11:46 AM
**To:** Katie Lasky <katie@katielaskylaw.com>; Liz Abdnour <liz@education-rights.com>; Endya Hash <endya@katielaskylaw.com>; Alex Aughtry <alex@katielaskylaw.com>
**Cc:** Susan Furr (2230) <Susan.Furr@phelps.com>
**Subject:** RE: Call tomorrow

Hi Katie, thanks for your responses. I still think a conferral would benefit us. Are you still available tomorrow afternoon? If so, given that we aren't conferring until tomorrow, do you think it makes sense to briefly bump this deadline? It also may make sense to maybe propose to the court that some of the parties' motions in limine are legal issues (emotional distress, the scope of heightened risk, etc.) that can be decided by or tabled until rulings on the summary judgments/motion to dismiss. Let me know your thoughts.

Thanks, Molly

---

**From:** Katie Lasky <katie@katielaskylaw.com>
**Sent:** Thursday, August 31, 2023 8:57 AM
**To:** Liz Abdnour <liz@education-rights.com>; Endya Hash <endya@katielaskylaw.com>; Alex Aughtry <alex@katielaskylaw.com>
**Cc:** Molly McDiarmid (2245) <Molly.McDiarmid@phelps.com>; Susan Furr (2230) <Susan.Furr@phelps.com>
**Subject:** Re: Call tomorrow

Hello Molly and Susie,

Please see our responses to your motions listed below. Given the number of motions that you will be filing and the quick opposition deadline because of the holiday, will you consent to a one week extension to file oppositions? Please let us know.

Thank you,

Katie

1. To exclude certain damages (consistent with our motion to dismiss)

**Plaintiffs' Response- We can't agree to this consistent with our opposition, but if you are just re-urging based on your motion to dismiss, not sure why that is necessary, but we will file a similar opposition**

**2.** To exclude evidence and argument related to anything that occurred with ▇▇▇▇▇▇▇ after the plaintiffs' incidents (i.e., superdome incident, rumored conduct, conduct that came out while with the Washington Nationals)

**Plaintiffs' Response- We will agree to this as consistent with the following edits-** To exclude evidence and argument related to any alleged Title IX violations that Derrius Guice allegedly engaged in after the plaintiffs' incidents (i.e., superdome incident, rumored conduct, conduct that came out while with the Washington Nationals)

3. To exclude evidence and argument related to events about which LSU did not know (i.e., the Mize milkshake incident, Calise Richardson weight room comments and other alleged assaults etc.)

**Plaintiffs' Response-  We disagree and think these are relevant to establishing heightened risk**.

**4.** To exclude evidence and argument related to an alleged sexual culture in the LSU Athletics recruiting program, considering that no plaintiffs' assaults happened under those circumstances.

**Plaintiffs' Response- We disagree and think these are relevant to establishing heightened risk**.

**5.** To exclude argument and evidence referencing/relating to dismissed claims, including arguments and statements regarding alleged retaliation and hostile environment(s).

**Plaintiffs' Response- Without more explanation, it is impossible for us to know what evidence you are referring to and whether that evidence is relevant to a heightened risk claim because facts that may be relevant to establishing a claim of a hostile environment could also be relevant to establishing a heightened risk claim. However, to be clear, we will not be arguing that the jury should find as a matter of law that LSU retaliated or created a hostile environment as a matter of law.**

**6.** To exclude evidence and argument related to causation by Plaintiffs and experts

**Plaintiffs' Response- Please define causation and explain why you believe evidence and argument related to causation by Plaintiffs and experts can be properly excluded.**

7. On Lin Chi Wang, to the extent her opinions don't relate to heightened risk

**Plaintiffs' Response- Please identify the specific portions of her report that you seek to exclude.  We agree that any expert opinions related <u>only</u> to deliberate indifference are not relevant except for with respect to Corinn Hovis' deliberate indifference claim, but we do not think Wang offered specific opinions on deliberate indifference.  If you are willing to identify this evidence, we believe we can agree to it, if LSU is also willing to agree to exclude all opinions offered by Brett Sokolow related to deliberate indifference and all legal conclusions proffered by Sokolow.**

**8.** To exclude argument and evidence relating to post-reporting conduct, generally, with exceptions for ▇▇▇▇▇ ▇▇▇▇▇ conduct that preceded plaintiff's alleged injuries.

**Plaintiffs' Exh 1  page 2 of 6**

**Plaintiffs' Response- We cannot agree with this because LSU's post-reporting conduct is relevant to whether LSU had a policy of deliberate indifference, which is an element of the heightened risk claim.**

On Tue, Aug 29, 2023 at 1:46 PM Katie Lasky <katie@katielaskylaw.com> wrote:

> Hi Molly and Susie,
>
> We'll be sending an email with our thoughts/questions to help with the discussion- likely tomorrow morning.
>
> Thanks,
>
> Katie
>
> On Tue, Aug 29, 2023 at 10:58 AM Liz Abdnour <liz@education-rights.com> wrote:
>
>> Unfortunately I am not available at all before Friday afternoon-I'm sorry.
>>
>> **Liz Abdnour (she/her)**
>>
>> Abdnour Weiker, LLP
>>
>> www.Lawyers4Students.com
>>
>> IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.
>>
>> ---- On Tue, 29 Aug 2023 10:58:54 -0400 Molly McDiarmid (2245)<Molly.McDiarmid@phelps.com> wrote ----
>>
>>> Okay, what about tomorrow mid-day or afternoon? Seems like it would be best for both of us to resolve what we can before Friday.
>>>
>>> **From:** Liz Abdnour <liz@education-rights.com>
>>> **Sent:** Tuesday, August 29, 2023 9:55 AM
>>> **To:** Molly McDiarmid (2245) <Molly.McDiarmid@phelps.com>
>>> **Cc:** Katie Lasky <katie@katielaskylaw.com>; Susan Furr (2230) <Susan.Furr@phelps.com>
>>> **Subject:** RE: Call tomorrow

**Plaintiffs' Exh 1  page 3 of 6**

I don't unfortunately

**Liz Abdnour (she/her)**

Abdnour Weiker, LLP

www.Lawyers4Students.com

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

---- On Tue, 29 Aug 2023 10:51:06 -0400 Molly McDiarmid (2245)<Molly.McDiarmid@phelps.com> wrote ----

I understand. Do you have any availability this afternoon or tomorrow morning?

---

**From:** Liz Abdnour <liz@education-rights.com>
**Sent:** Tuesday, August 29, 2023 9:50 AM
**To:** Molly McDiarmid (2245) <Molly.McDiarmid@phelps.com>
**Cc:** Katie Lasky <katie@katielaskylaw.com>; Susan Furr (2230) <Susan.Furr@phelps.com>
**Subject:** RE: Call tomorrow

I am going to need more than a half hour. What does Friday afternoon look like for folks?

**Liz Abdnour (she/her)**

Abdnour Weiker, LLP

www.Lawyers4Students.com

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

**Plaintiffs' Exh 1  page 4 of 6**

---- On Tue, 29 Aug 2023 10:36:34 -0400 Molly McDiarmid (2245)<Molly.McDiarmid@phelps.com> wrote ----

Do you want to move this call to 10:30 to give you more time to review these?

_____

**From:** Molly McDiarmid (2245)
**Sent:** Tuesday, August 29, 2023 9:26 AM
**To:** Katie Lasky <katie@katielaskylaw.com>; Liz Abdnour <liz@education-rights.com>
**Cc:** Susan Furr (2230) <Susan.Furr@phelps.com>
**Subject:** RE: Call tomorrow

Hi Katie and Liz, here is a preliminary list of motions we are considering for our discussion.

- To exclude certain damages (consistent with our motion to dismiss)
- To exclude evidence and argument related to anything that occurred with ▮▮▮▮ after the plaintiffs' incidents (i.e., superdome incident, rumored conduct, conduct that came out while with the Washington Nationals)
- To exclude evidence and argument related to events about which LSU did not know (i.e., the Mize milkshake incident, Calise Richardson weight room comments and other alleged assaults etc.)
- To exclude evidence and argument related to an alleged sexual culture in the LSU Athletics recruiting program, considering that no plaintiffs' assaults happened under those circumstances.
- To exclude argument and evidence referencing/relating to dismissed claims, including arguments and statements regarding alleged retaliation and hostile environment(s).
- To exclude evidence and argument related to causation by Plaintiffs and experts
- On Lin Chi Wang, to the extent her opinions don't relate to heightened risk
- To exclude argument and evidence relating to post-reporting conduct, generally, with exceptions for ▮▮▮ and ▮▮▮ conduct that preceded plaintiff's alleged injuries.

-----Original Message-----
From: Katie Lasky <katie@katielaskylaw.com>
Sent: Monday, August 28, 2023 9:20 PM
To: Molly McDiarmid (2245) <Molly.McDiarmid@phelps.com>; Liz Abdnour <liz@education-rights.com>
Subject: Call tomorrow

Hi Molly,

I'm not sure how productive tomorrow's call will be without knowing which motions that LSU intends to file. If you want to reconvene after you have had the opportunity to provide us with a list, please let us know.

Thank you,

**Plaintiffs' Exh 1  page 5 of 6**

Katie

Plaintiffs' Exh 1 page 6 of 6