```
 1                UNITED STATES DISTRICT COURT

 2                MIDDLE DISTRICT OF LOUISIANA

 3

 4   ABBY OWENS, ET AL           CIVIL ACTION NO. 21-242

 5   VERSUS

                                 JUDGE WENDY B. VITTER

 6   LOUISIANA STATE

     UNIVERSITY, ET AL          MAGISTRATE JUDGE JOHNSON

 7

 8

                     *** CONFIDENTIAL ***

 9

10   * * * * * * * * * * * * * * * * * * * * * * * * *

11      TRANSCRIPT OF THE VIDEOCONFERENCE DEPOSITION OF:

12               JADE LEWIS, VOLUME II,

13   TAKEN ON BEHALF OF BOARD OF SUPERVISORS OF LOUISIANA

14   STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL

15   COLLEGE, REPORTED IN THE ABOVE ENTITLED AND NUMBERED

16   CAUSE BY YOLANDA J. PENA, CERTIFIED COURT REPORTER FOR

17   THE STATE OF LOUISIANA.

18   * * * * * * * * * * * * * * * * * * * * * * * * *

19

20

21      COMMENCING AT 12:01 P.M., ON December 2, 2022.

22

23

24

25
```

Page 328

**Plaintiffs' Exh 4 page 1 of 6**



25        Q.    Okay.   The next category says, "Professional

Page 385

Court Reporters of Louisiana
A Veritext Company

225-201-9650
www.veritext.com

Plaintiffs' Exh 4 page 2 of 6

1    tennis career in top 100"?

2         A.    Yep.

3         Q.    What evidence do you have to support a

4    contention that you would have ever reached the top

5    100?

6         A.    I'd set points against Venus Williams.  I was

7    50 in the world in the juniors; competed with quite a

8    few top players; beaten, I think, quite a few top --

9    Amanda Anisimova, I've never lost to her.  Astra

10   Sharma, beat her.  I've beaten quite a handful of top

11   100 players.

12        Q.    Okay.  What -- when --

13        A.    (Inaudible.)

14        Q.    When did those matches occur?

15        A.    Leading up to college and one in college.

16        Q.    "Leading up to college," what does that mean?

17        A.    Like, 17 years old.

18        Q.    How old were those players at the time?

19        A.    Maybe a year or two younger, a year or two

20   older, variation.

21        Q.    Okay.  Are they now in the top 100?

22        A.    Yep.  One of them is top 10, I think.

23        Q.    Any other players that you beat that are now

24   in the top 100 other than those that you just named?

25        A.    Possibly.  I would have to look.  If not beat,

Page 386

Court Reporters of Louisiana                    225-201-9650
A Veritext Company                        www.veritext.com
Plaintiffs' Exh 4 page 3 of 6

1      A.    Yes.   I've been coaching privately since

2    August of 2021.

3      Q.    And you still do that?

4      A.    Yeah.

5      Q.    You said that you played professionally in

6    2020.   Are you still playing professionally?

7      A.    No, I don't have time to play, like -- and

8    train like that.   I might play a match here and there

9    for like exhibition, but that's about it.

10     Q.    So in 2020, were you attempting to reenter the

11   professional tennis world?

12     A.    Yeah.

13     Q.    Okay.   How did that go?

14     A.    It was going fine.   It was obviously tough

15   with COVID, so everything was kind of on pause.

16     Q.    Do you know how many matches you played?

17     A.    I don't know.   Maybe 25, 20.

18     Q.    Okay.   And how many did you win?

19     A.    Most of them.   I maybe lost three, two

20   times -- three time, maybe.

21     Q.    Okay.   Did you have any sponsors?

22     A.    Just my racket and, like, tennis equipment.

23     Q.    Who was that?

24     A.    Yonex.

25              THE REPORTER:   I'm sorry?   Can you

Page 428

**Plaintiffs' Exh 4 page 4 of 6**

```
1          Q.    Were you working at the same time that you
2    were doing this?
3          A.    No.
4          Q.    And how long did you -- did you work to get
5    back into professional tennis world?
6          A.    Like eight, nine -- eight, nine months -- nine
7    months.
8          Q.    What was your ranking?
9          A.    There was no pro tournaments because of COVID.
10   I couldn't leave the country either, so.
11         Q.    Was that because of COVID?
12         A.    Yeah.
13         Q.    All right.  So why did you stop trying to play
14   professionally?
15         A.    I mean, like, in December of 2020, there was,
16   like, an incident with ██████ where I had to go to the
17   police, which was one of the exhibits that you showed.
18   And it was just, like, too much ongoing stuff from the
19   past, so I just, you know, wasn't able to anymore.
20         Q.    Okay.  So you quit in December?
21         A.    I quit in, like, May of 2021.
22         Q.    Okay.  So you were able to play -- when did
23   you start playing professionally again the second time?
24         A.    I started training back up in, like --
25   whenever COVID kind of hit.  Like, I don't know.  Maybe
```

Page 431

Court Reporters of Louisiana                    225-201-9650
A Veritext Company                    www.veritext.com
Plaintiffs' Exh 4 page 5 of 6

1    like June of 2020.   June 2020.

2         Q.    All right.   So let me go back.   You said that

3    you quit playing tennis because of filing the police

4    report with ████ and -- and what else?   Can you be

5    clear about what the other things were?

6         A.    Nothing -- like, specific incident.   Just

7    everything in the past.

8         Q.    So why, in May of 2021, were you not able to

9    play tennis because of things in the past but you were

10   the year before?

11        A.    What year before?

12        Q.    Well, the May -- I mean, the June of 2020 all

13   the way through until May of 2021.   That's a full year.

14              So I guess my question is how were able to do

15   it for that year but then you couldn't past May?

16        A.    I mean, I kind of just had enough.   Like, it

17   was just constantly things about the case and things

18   like that.   Like, you know, it was just kind of tough

19   to be training and dealing with things and getting

20   constantly reminded of it.   And even -- you know, even

21   without the case, like, you know, it's such a big part

22   of your life.

23        Q.    Lastly, I want to talk to you about another

24   sensitive topic that -- you know, I apologize, but this

25   is my job.   I have to ask you about these things.

Page 432

Court Reporters of Louisiana                225-201-9650
A Veritext Company                    www.veritext.com
**Plaintiffs' Exh 4 page 6 of 6**