ATTORNEYS EYES ONLY

1              UNITED STATES DISTRICT COURT
2              MIDDLE DISTRICT OF LOUISIANA
3

       ABBY OWENS, ET AL.
4

                             CASE NO.: 3:21-CV-00242
5      VERSUS                JUDGE WENDY B. VITTER
                             MAGISTRATE JUDGE JOHNSON
6

       BOARD OF SUPERVISORS OF LOUISIANA STATE
7      UNIVERSITY AND AGRICULTURAL AND MECHANICAL
       COLLEGE
8

          *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
9

                   ZOOM DEPOSITION OF
10                    DARREN CAHILL
11     TAKEN VIA ZOOM, BATON ROUGE, LOUISIANA, ON
       MAY 22, 2023, BEGINNING AT 9:01 A.M.
12

13     REPORTED BY:
            JENNIFER W. PICKETT
14          CERTIFIED COURT REPORTER
15          CERTIFICATE NUMBER 29011
16
17
18
19
20
21
22
23
24
25

                                              Page 1

**Plaintiffs' Exh 5 page 1 of 17**

ATTORNEYS EYES ONLY

1    A       4 P.M., it's a perfect time.

2    Q       Wonderful.  Can you give me a little bit

3    of information about your background in

4    tennis?  I know that that's probably

5    easier said than done but go ahead.

6    A       I'll start from the very start.  I was

7    born into a bit of a sporting family.  My

8    father's a Hall of Fame Australian rules

9    football player and coach in Australia,

10   which is the same type of Hall of Fame as

11   what you guys have in the States in the

12   NFL.  So, born into a sporting family,

13   played football, Aussie rules, and tennis

14   as a youngster at sixteen years of age.

15   Left school and turned professional as a

16   professional tennis player and worked my

17   way through the ranks and got a career-

18   high ranking of twenty-two in the world

19   in singles and a career-high ranking of

20   number ten in the world in doubles.  My

21   career finished a little bit early.  I

22   finished when I was about twenty-five

23   years of age because of about a dozen

24   knee surgeries up until twenty-five years

25   of age.  So, as one door closes another

Page 7

Plaintiffs' Exh 5 page 2 of 17

ATTORNEYS EYES ONLY

```
 1   one opens and I had an opportunity to
 2   branch into coaching, which my father was
 3   doing in a different sport quite
 4   successfully at the same time and I
 5   started coaching back in Adelaide,
 6   Australia, where I was living at the time
 7   and worked with a whole bunch of players
 8   from south Australia until I started with
 9   one particular young player as a twelve-
10   year-old and that was Lleyton Hewitt, who
11   lived in the same state as me.  So, I
12   worked Lleyton for about nine years.  We
13   went on the road full-time when he turned
14   as a sixteen/seventeen year old as a
15   full-time professional so I was hired as
16   his full-time traveling coach and he went
17   from just outside the top hundred to
18   number one in the world in the next three
19   years.  That relationship finished, that
20   coaching arrangement finished in 2001, at
21   the end of 2001 and then I had an offer
22   to coach Andre Agassi in February 2002.
23   Andre was thirty-two years of age at that
24   point and I think he was ranked about
25   nine or ten in the world.  He'd already
```

Page  8

Court Reporters of Louisiana                    225-201-9650
A Veritext Company              www.veritext.com
Plaintiffs' Exh 5 page 3 of 17

ATTORNEYS EYES ONLY

```
 1   won I think seven majors before I started

 2   with him and I took on that role.  It

 3   lasted about five years.  He ended up

 4   finishing in 2006 at the U.S. Open.  He

 5   went back to number one in the world and

 6   he won another major at the Australian

 7   Open and he retired at the U.S. Open in

 8   2006.  That's why I'm based in Las Vegas,

 9   because of that relationship with Andre.

10   So, my family up and moved across to Las

11   Vegas when we got that particular job and

12   then since then I've had a variety of

13   different roles.  I've worked for Adidas

14   in the Adidas player development team and

15   that role was both helping Adidas tennis

16   players from junior tennis players to

17   want-to-be professionals to highly-ranked

18   professionals and I was basically a

19   consultant for the players and also the

20   players' teams.  I was also helping a lot

21   of the coaches that Adidas players had.

22   And I had that role for about six or

23   seven years and during that role I worked

24   with a whole bunch of tennis players but

25   during that role I actually spent some
```

Page 9

Plaintiffs' Exh 5 page 4 of 17

ATTORNEYS EYES ONLY

1   with another player called Simona Halep,

2   a Romanian female tennis player and they

3   disbanded the Adidas player development

4   team, I believe, in about 2016 and then I

5   went full-time with Simona Halep for the

6   next six years and Simona ended up

7   becoming the first Romanian to be ranked

8   number one in the world and she won two

9   major titles, the French Open and

10  Wimbledon under my watch.  So, that kind

11  of summarizes where I am at the moment.

12  I've just added a new role with Jannik

13  Sinner, a young Italian player. We've

14  been working together for about nine

15  months and Jannik's gone from about

16  fifteen in the world to a current high-

17  ranking at the moment of eighth in the

18  world.  That's why I'm Monte Carlo

19  getting ready for the French Open with

20  him.

21  Q     Why did your relationship with Lleyton

22  end?

23  A     So, we'd been together about nine years

24  in tennis.  It's a one-on-one coaching

25  sport, which means there's probably a

Page 10

Plaintiffs' Exh 5 page 5 of 17

ATTORNEYS EYES ONLY

1    A        It's always a really big decision for a

2    player as to whether or not a seventeen

3    or eighteen year old player that's sort

4    of breaking through in the WTA or the ATP

5    and starting to get a ranking and post

6    some good results, whether to go

7    professional, whether to possibly to go

8    to college and continue to build your

9    game and build your body and build your

10   mental strength and so that's always a

11   conversation for any player.  I have a

12   son who's at South Carolina in college at

13   the moment.  I have a daughter who's

14   going to Chapman in August, so it just

15   kind of depends how good they are.  I

16   must admit I was a little bit surprised

17   that Jade decided to go the college route

18   only because she was so good as a young

19   player.  There was one particular match

20   that she played at the New Zealand Open

21   where she pushed -- I think Venus

22   Williams was ranked twenty at that

23   particular time and she had set points to

24   win that first set.  So, she was clearly

25   showing that she could easily go

Court Reporters of Louisiana          225-201-9650
A Veritext Company          www.veritext.com
**Plaintiffs' Exh 5 page 6 of 17**

```
 1  professional if she wanted to but she
 2  decided to go college because it was a
 3  great school, she could work on -- and
 4  these are the things that David spoke
 5  about -- continue to work on her game,
 6  continue to build a game that would be
 7  more successful when eventually she left
 8  college, whether or not that'd be after
 9  the first year or second year or third
10  year.  Not every tennis player that goes
11  to college goes all four years and he
12  just wanted to make sure that when she
13  went professional she was ready from a
14  physical point of view, from a mental
15  point of view and that her tennis IQ was
16  better than it was at that particular
17  moment.  So, he just felt like tennis at
18  the college level was going to be a great
19  platform for her to jump off into the pro
20  ranks.
21  Q       When you say he, you're talking about
22  David Lewis felt that?
23  A       That's right.
24  Q       Are the statements that you're making
25  based off of information that Mr. Lewis
```

Page 21

Plaintiffs' Exh 5 page 7 of 17

ATTORNEYS EYES ONLY

```
 1    I think she took out the number four
 2    ranked college player, Astra Sharma, who
 3    just happens to be an Australian as well,
 4    in her freshman year.  So, we spoke a bit
 5    about how successful she was in that
 6    first year.  But that quickly segued into
 7    more of the problems that she encountered
 8    as well and we had less conversations
 9    about her tennis and a lot more
10    conversations about the problems she was
11    encountering.
12    Q      Can you tell me a little bit more about
13    Jade's tennis success in the first year
14    and what you knew about that?
15    A      I knew she made an outstanding start.
16    She went undefeated for a good part of
17    that first year.  I think she was 17 and
18    0, which is outrageous as a freshman
19    going and playing number one at LSU, such
20    a division one, such an incredible
21    college. So, I know she was incredibly
22    successful with beating a half a dozen or
23    so ranked players in the U.S. in the
24    college system.  But I think it's more
25    about the big picture.  Okay, the wins
```

Page 23

Court Reporters of Louisiana          225-201-9650
A Veritext Company          www.veritext.com
Plaintiffs' Exh 5 page 8 of 17

ATTORNEYS EYES ONLY

```
 1   are great and that's all good but it's

 2   more about the big picture and what

 3   you're trying to accomplish as a tennis

 4   player and from David's perspective as a

 5   parent.  And she went there with the

 6   particular purpose to improve parts of

 7   her game, improve her physicality,

 8   improve her tennis IQ, improve her

 9   mentality and I'm a big fan of college

10   tennis because it makes you do all of

11   those things and you've got to play under

12   enormous amounts of pressure, maybe more

13   pressure than what you play when you're

14   playing for yourself on the WTA tour.

15   So, this was really hardening her up and

16   getting her ready for what she would

17   encounter as a professional athlete.  So,

18   I understood the reasons for it, but

19   yeah, it's always a tough decision when

20   you have somebody who's good enough to go

21   pro but they go to college and they keep

22   working on their game because the

23   attraction to going pro is always there

24   for you.

25   Q     And in that first year, did you feel like
```

Page 24

Court Reporters of Louisiana                    225-201-9650
A Veritext Company                      www.veritext.com
**Plaintiffs' Exh 5 page 9 of 17**

ATTORNEYS EYES ONLY

```
 1   Jade did work on and improve those things
 2   that you're mentioning?
 3   A      Yes, I did.
 4   Q      So, I guess you mentioned that the
 5   communications between you and David
 6   Lewis started to shift off of tennis and
 7   onto something else; can you briefly
 8   describe what you're talking about?
 9   A      Yeah, the allegations that have been
10   levied against the footballer at LSU and
11   the problems they were having with
12   getting to the bottom of Jade's issues
13   and the fact that she was a different
14   person than she was when she started at
15   LSU and I didn't know if the allegations
16   were true or not, but certainly David
17   outlined that they were having enormous
18   problems with a particular footballer
19   from LSU.
20   Q      Did you have any communications with Jade
21   about that?
22   A      I did not.
23   Q      Do you know about when Mr. Lewis started
24   talking to you about these issues?
25   A      I can't give you an exact date.
```

Page 25

Court Reporters of Louisiana          225-201-9650
A Veritext Company          www.veritext.com
**Plaintiffs' Exh 5 page 10 of 17**

ATTORNEYS EYES ONLY

1    offer testimony on.  The first one is

2    athletic ability.  I guess based on what

3    we discussed, would you agree that your

4    observations of Ms. Lewis' athletic

5    ability would be through her freshman

6    year at LSU, would be based on her

7    performance through her freshman year at

8    LSU?

9    A      And also a couple of matches leading into

10   her start of the college tennis and

11   primarily the match that she played

12   against Venus Williams, which was

13   televised everywhere.

14   Q      I'm sorry.  That was a bad question.  I

15   meant to say would your opinions of Ms.

16   Lewis' athletic ability be based on her

17   performance through her freshman year at

18   LSU, as in before that and through it?

19   A      Yes.

20   Q      How many times have you seen Ms. Lewis

21   play?

22   A      Ten times.

23   Q      When was the match with Venus Williams;

24   did you say it was 2017?

25   A      Yeah, January 2017.  I believe it was in

Page 31

Court Reporters of Louisiana                225-201-9650
A Veritext Company            www.veritext.com
**Plaintiffs' Exh 5 page 11 of 17**

ATTORNEYS EYES ONLY

```
 1    A       Sounds great.

 2    Q       Okay, we'll take five minutes.

 3                      MS. TRUSZKOWSKI:

 4                           Thank you, Molly.

 5    (Off the record.)

 6    BY MS. MCDIARMID:

 7    Q       Back on the record.  I'll be very brief.

 8    I'm going to share my screen to bring up

 9    that same document one more time.  Did

10    you see the disclosure that we were

11    referencing before?

12    A       Yes.

13    Q       The second sentence in this final

14    paragraph, it says "he will testify as to

15    his impressions about how specifically

16    her time at LSU negatively affected her

17    and what her professional tennis career

18    would have looked like had she not been

19    victim to the tragedies that befell her

20    at LSU."  It goes on -- "including but

21    limited to failures of LSU Title IX

22    response system and the failures of the

23    LSU athletic staff, including your

24    coaches and athletic administrators."  I

25    guess based on your testimony here today,
```

Page 48

**Plaintiffs' Exh 5 page 12 of 17**

ATTORNEYS EYES ONLY

1    do you agree that you can't say with

2    certainty what her tennis career would

3    have looked like?

4    A      I think I can say with confidence what

5    her tennis career would have looked like.

6    Q      Okay.  And what do you think it would've

7    looked like?

8    A      I think she had the potential to be at

9    least a top fifty player and then I would

10    go into all the advising that I do with

11    both Adidas and Nike and this is part of

12    my role with those companies is to give

13    them advice as to signing young players

14    and advising them on potential talent and

15    chances of players becoming top players

16    and part of my work with Nike right now,

17    I've been with Nike for the last five of

18    six years, and part of my work right now

19    is to sit down and draw through players

20    and what Nike is really interested in is

21    players that can possibly win majors

22    because that's what it's all about for

23    them.  So, I've done some scouting and a

24    lot of feedback to Nike when it comes to

25    Iga Swiatek, who's the current number one

Page  49

**Plaintiffs' Exh 5 page 13 of 17**

ATTORNEYS EYES ONLY

```
 1   player in the world.  In 2019 she'd never
 2   won a major and I recommended that Nike
 3   retain her because at that particular
 4   moment, Nike had her and Nike ended up
 5   losing to her but it was my
 6   recommendation that we continue to sign
 7   her because I believed she'd be number
 8   one player in the world and she'd win
 9   majors and that turned out to be the
10   case.  I did the same with Aryna
11   Sabalenka, who's doing the same now.
12   Caroline Garcia, Linda Fruhvirtova, who's
13   the young player who's just come out and
14   I think she's the youngest player inside
15   the top fifty, Amanda Anisimova, and the
16   latest U.S. Open champion in the juniors
17   last year, who's a young American lefty,
18   Robin Montgomery.  So, this is what I do
19   for a job.  I try to advise these
20   companies who spend a lot of money on
21   signing these young players and try to
22   give them the best feedback and the best
23   amount of information they can work with
24   to make smart decisions.
25   Q     If I'm understanding you correctly, you
```

Page 50

Court Reporters of Louisiana          225-201-9650
A Veritext Company          www.veritext.com
Plaintiffs' Exh 5 page 14 of 17

ATTORNEYS EYES ONLY

1    believe that Jade possessed these

2    indicators of success; is that right?

3    A     Not to winning grand slam level but

4    certainly to become a top fifty touring

5    pro, yes.  She had the chance to do that

6    and she could've been worse but she

7    certainly could have been better than

8    them as well.

9    Q     I understand.  You just mentioned

10   numerous tennis players who did indeed

11   prove you to be right and ended up being

12   very successful.  Is it also true that

13   there have been tennis players who you

14   have thought had indicators of success

15   but turned out -- did not become top

16   fifty tennis players?

17   A     That's is correct.  But as I said before,

18   we're working with a lot of information.

19   So, we get a chance to see the players,

20   we get a chance to see how they handle

21   pressure, how they deal with shot

22   selection in the big moments, so we get a

23   glimpse or a snapshot into what their

24   potential might be when they get a little

25   bit older and the biggest thing for us,

Page 51

Court Reporters of Louisiana                   225-201-9650
A Veritext Company                        www.veritext.com
Plaintiffs' Exh 5 page 15 of 17

ATTORNEYS EYES ONLY

```
 1   also, is the environment that they
 2   surround themselves with to give them the
 3   best chance for success.  So, we're
 4   looking into their coaching, we're
 5   looking into the parents, we're looking
 6   into the people they surround themselves
 7   with and you guys know in life, you end
 8   up becoming the sum average of the five
 9   people that you surround yourself with.
10   That goes for tennis as well.  So, if you
11   put good people around you, the chances
12   of you being successful are much, much
13   better and I thought Jade had a good
14   environment around her.  I'm not saying
15   anything about the LSU coaches because I
16   don't know what was going on there.  I'm
17   just specifically talking to the trauma
18   that she suffered at LSU, which has
19   damaged her chances of being a
20   professional.
21   Q    Having coached Jade, do you feel like her
22   coaches at LSU would be in the best
23   position to evaluate what her future
24   success could have been?
25                 MS. TRUSZKOWSKI:
```

Page 52

Court Reporters of Louisiana                    225-201-9650
A Veritext Company                    www.veritext.com
**Plaintiffs' Exh 5 page 16 of 17**

```
 1                      I'm going to object to that.
 2    You're asking for speculation but
 3    Darren, you can go ahead and
 4    answer to the best of your
 5    ability.
 6    A     That's like asking me if my son should be
 7    playing number one in South Carolina or
 8    Furman University.  I believe he should
 9    be but he's not even in the top six
10    because there's bias there.  So, I can't
11    honestly answer that one way or the
12    other.
13    BY MS. MCDIARMID:
14    Q     If Julia and Mike Sell evaluated Jade
15    Lewis based off of their coaching her,
16    would you disagree with their evaluation
17    or do you feel like they are in a good
18    spot to evaluate her?
19    A     They recruited her as a top ten recruit
20    freshman year and she blitzed it in her
21    freshman year.  So, I don't know what
22    their evaluation is.  I'm just going to
23    stick by my evaluation.
24    Q     Understood.  How many times did you meet
25    with counsel for Ms. Lewis before this
```

Page 53

Court Reporters of Louisiana                    225-201-9650
A Veritext Company                    www.veritext.com
Plaintiffs' Exh 5 page 17 of 17