

Plaintiffs' Exh 2 page 1 of 6

```
 1            UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF LOUISIANA
 2
    ABBY OWENS, ET AL.,     ) CIVIL ACTION NO. 21-242
 3                          )
    V.                      ) JUDGE WENDY B. VITTER
 4                          )
    LOUISIANA STATE         )
 5  UNIVERSITY, ET AL.,     ) MAGISTRATE JUDGE JOHNSON

 6
              Greensboro, North Carolina
 7            September 22, 2022

 8

 9       Deposition of CALISE RICHARDSON,

10

11           a witness herein, called for

12   examination by counsel for the

13   Defendants, in the above-entitled

14   action, pursuant to agreement, the

15   witness being duly sworn by Kylie

16   Fleming, Court Reporter and Notary

17   Public in and for the State of North

18   Carolina, taken at 4305 Big Tree Way,

19   Greensboro, North Carolina, beginning at

20   10:05 a.m.

21

22

23
```

```
                                                    Page 96
 1       depending on what stuff came up.
 2   Q.  Was he ever nice to you again?
 3   A.  No.
 4   Q.  You said he found out you told ████.
 5       When -- When did you -- I guess how did
 6       he find out you told Keava, first of
 7       all?
 8   A.  I don't know.
 9   Q.  Did you tell him you told ████?
10   A.  I had confirmed that I told ████, yes.
11   Q.  Are you saying you weren't the first
12       person to tell him you had told ████,
13       or is it possible you were the first
14       person to tell him you told ████?
15   A.  I don't recall.
16   Q.  What did you tell ████?
17   A.  That -- I think it was just he tried to
18       have sex.  I didn't want to have sex.
19       He got really angry and said he was
20       going to try to get me fired and he's
21       going to tell everybody about the real
22       me.
23              And so I told ████ I was
```

Page 97

```
 1      telling her because I was scared to get
 2      in trouble and didn't want him to get me
 3      fired.
 4   Q. What did ▓▓▓▓ say to you?
 5   A. If you didn't want to have sex, why
 6      would you let him in your bed?
 7   Q. Is there anything else ▓▓▓▓ said?
 8   A. That's the only thing that stuck in my
 9      head, so I don't recall.
10   Q. Did she assure you you weren't going to
11      get fired?
12   A. I don't recall.  I don't recall if she
13      said that specifically.
14   Q. Was there anything you were asking her
15      to do when you were telling this to her?
16   A. No.
17   Q. Is there anything you wanted her to do?
18   A. Yes.
19   Q. What?
20   A. I think subconsciously when anyone tells
21      anyone about their trauma, there's a
22      part of them that wants them to step in
23      and do something, so, yeah, I definitely
```

**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

```
 1       with mine and then.  What number are we
 2       starting with?
 3              MR. PATIN:  I think discovery responses 39
 4       and your text string will be 40 and then the
 5       text string I showed will be 41.
 6              MS. WHITE:  Thank you.
 7              MR. PATIN:  And I will email it to you,
 8       Ms. Court reporter.  Thank you so much.
 9              (Exhibit Number 39, 40 and 41 were
10       identified.)
11              MS. TRUSZKOWSKI:  I do want to reiterate
12       on the record that this deposition is subject
13       to the protective order that is in place, and
14       everyone is subjected to that protective order.
15       Thank you.
16              (The deposition concluded at 2:27 p.m.)
17              (Reserved signature.)
18  STATE OF NORTH CAROLINA )
19  COUNTY OF FORSYTH       )
20                REPORTER'S CERTIFICATE
21          I, Audra Smith in and for the above county and
22  state, do hereby certify that the deposition of the person
23  hereinbefore named was taken before me at the time and place
24  hereinbefore set forth; that the witness was by me first duly
25  sworn to testify to the truth, the whole truth and nothing but
```

Page 152

Court Reporters of Louisiana                225-201-9650
A Veritext Company                      www.veritext.com
Plaintiffs' Exh 2 page 5 of 6

1  the truth; that thereupon the foregoing questions were asked
2  and the foregoing answers made by the witness which were duly
3  recorded by me by means of stenotype; which is reduced to
4  written form under my direction and supervision, and that this
5  is, to the best of my knowledge and belief, a true and correct
6  transcript.
7            I further certify that I am neither of counsel to
8  either party nor interested in the events of this case.
9            IN WITNESS WHEREOF, I have hereto set my hand
10 this 16th day of November, 2022.
11
12 *[signature]*
13 Audra Smith
14 Notary Number:  201329000033
15 Commission Expires:  June 26, 2025
16
17
18
19
20
21
22
23
24
25

Page 153

Court Reporters of Louisiana     225-201-9650
A Veritext Company     www.veritext.com
Plaintiffs' Exh 2 page 6 of 6