UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL                    CIVIL ACTION NO. 21-242

VERSUS
                                     JUDGE WENDY B. VITTER
LOUISIANA STATE
UNIVERSITY, ET AL                    MAGISTRATE JUDGE JOHNSON


*** CONFIDENTIAL ***

* * * * * * * * * * * * * * * * * * * * * * * * *

TRANSCRIPT OF THE VIDEOCONFERENCE DEPOSITION OF:

JADE LEWIS, VOLUME I,

TAKEN ON BEHALF OF BOARD OF SUPERVISORS OF LOUISIANA

STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL

COLLEGE, REPORTED IN THE ABOVE ENTITLED AND NUMBERED

CAUSE BY YOLANDA J. PENA, CERTIFIED COURT REPORTER FOR

THE STATE OF LOUISIANA.

* * * * * * * * * * * * * * * * * * * * * * * * *


REPORTED AT THE LAW OFFICES OF:

SHOWS, CALI & WALSH, L.L.P.

628 ST. LOUIS STREET

BATON ROUGE, LOUISIANA  70802


COMMENCING AT 8:10 A.M., ON OCTOBER 7, 2022.

| | |
|---|---|
| 1 | A P P E A R A N C E S (Continued) |
| 2 | |
| 3 | FOR SHARON LEWIS [APPEARANCE WAIVED]: |
| 4 | ENGLISH & ASSOCIATES<br>(BY:  LARRY ENGLISH, ESQ.) |
| 5 | 423 WEST 127TH STREET, 7TH FLOOR<br>NEW YORK, NEW YORK   10027 |
| 6 | (917) 531-3909<br>englishlaw2008@gmail.com |
| 7 | |
| 8 | ALSO PRESENT [VIA VIDEOCONFERENCE]: |
| 9 | CARLTON TREY JONES III, ESQ. |
| 10 | JOHANNA POSADA, ESQ. |
| 11 | LINDSAY MARUM |
| 12 | JENNIE STEWART |
| 13 | MIRIAM SEGAR |
| 14 | VERGE AUSBERRY |
| 15 | ABBY OWENS |
| 16 | |
| 17 | REPORTED BY: |
| 18 | YOLANDA J. PENA<br>CCR NO. 2017002, RPR |
| 19 | STATE OF LOUISIANA |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

BY MS. WHITE:

Q. Did ▓▓▓▓▓▓ ever physically assault you?

A. Yes.

Q. How many times?

A. Ten to 15, maybe.

Q. Tell me about the first time he physically assaulted you.

A. The first time, he punched me in the stomach in his apartment at The Standard opposite of WCA, 2017, April or May.

Q. All right. So his apartment was The Standard. And you said across from WCA?

A. Yeah, which is where I lived, West Campus Apartments.

Q. All right. And you think that that was April or May of 2017?

A. Yep.

Q. Okay. Tell me -- tell me about that day. Tell me what y'all were doing before he punched you in the stomach.

A. I hadn't really heard from him in, like, two or -- two days, maybe. I was fully leaving LSU, so I needed all my things. So I was all packed up. I had a flight the next day or two days later after the

|   |   |
|---|---|
| 1 | REPORTER'S CERTIFICATE |
| 2 | I, YOLANDA J. PENA, Certified Court Reporter in and for the State of Louisiana, Registered |
| 3 | Professional Reporter, and as the officer before whom this testimony was taken, do hereby certify that JADE |
| 4 | LEWIS, VOLUME I, after having been duly sworn by me upon authority of R.S. 37:2554, did testify as set |
| 5 | forth in the foregoing 326 pages. |
|   | I further certify that said testimony was reported |
| 6 | by me in the Stenotype reporting method, was prepared and transcribed by me or under my direction and |
| 7 | supervision, and is a true and correct transcript to the best of my ability and understanding. |
| 8 | I further certify that the transcript has been prepared in compliance with transcript format |
| 9 | guidelines required by statute or by rules of the board and that I have been informed about the complete |
| 10 | arrangement, financial or otherwise, with the person or entity making arrangements for deposition services. |
| 11 | I further certify that I have acted in compliance with the prohibition on contractual relationships, as |
| 12 | defined by Louisiana Code of Civil Procedure Article 1434, and in rules and advisory opinions of the board. |
| 13 | I further certify that I am not an attorney or counsel for any of the parties, that I am neither |
| 14 | related to nor employed by any attorney or counsel connected with this action, and that I have no |
| 15 | financial interest in the outcome of this matter. |
|   | This certificate is valid only for this |
| 16 | transcript, accompanied by my original signature and original raised seal on this page. |
| 17 |   |
|   | Prairieville, Louisiana, this 24th day of October, |
| 18 | 2022. |
| 19 |   |
| 20 |   |
| 21 |   |
| 22 | _____ |
|   | YOLANDA J. PENA, CCR, RPR |
| 23 | CCR NO. 2017002, RPR NO. 907346 |
| 24 |   |
| 25 |   |