```
 1
                UNITED STATES DISTRICT COURT
 2                MIDDLE DISTRICT OF LOUISIANA
     * * * * * * * * * * * * * * * * * * * * * * * * *
 3                    ABBY OWENS, ET AL.
                          VERSUS
 4   BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERISTY AND
            AGRICULTURAL AND MECHANICAL COLLEGE, ET AL.
 5
     CASE NO.:3:21-cv-00242        DIVISION: WBV-SDJ
 6   JUDGE WENDY B. VITTER    MAGISTRATE JUDGE JOHNSON
                        JURY DEMANDED
 7   * * * * * * * * * * * * * * * * * * * * * * * * *
 8                DEPOSITION OF MIRIAM SEGAR
 9       TAKEN AT THE OFFICE OF SHOWS, CALI & WALSH
                    628 ST. LOUIS STREET,
10                BATON ROUGE, LOUISIANA 70802
                    ON NOVEMBER 1, 2022
11                 BEGINNING AT 9:26 A.M.
12   REPORTED BY:
     KRISTINA MARIE CARTER, CCR
13   CERTIFIED COURT REPORTER
14
15
16
17
18
19
20
21
22
23
24
25
                                                    Page 1
```

```
 1   NCAA -- the year after we hired them, the NCAA
 2   passed legislation that required all institutions to
 3   educate all staff, all students.  And we continued
 4   to work with them to meet that requirement.
 5   Q.    Okay.  And when you say the NCAA required all staff
 6   and students, you mean involved in athletics?
 7   A.    Yes.
 8   Q.    Okay.  Anything else that you think is incorrect in
 9   the Husch Blackwell report?
10   A.    I might get back to you tomorrow.
11   Q.    That's fine.
12   A.    There are probably other things.  But I don't -- off
13   the top of my head.
14   Q.    Did you watch the Senate hearings where some of our
15   clients testified and acting president Galligan
16   testified?
17   A.    A little bit of it.  Not the whole thing.
18   Q.    Okay.  Were you aware of his statements where -- at
19   the Senate hearing?
20   A.    Which --
21   Q.    Of President Galligan.
22   A.    Which statement, I guess, are you referring to?
23   Q.    Well, it -- and I'm going to paraphrase it.  I can
24   get it.  But you know, that LSU failed some of the
25   women on its campus.
```

Page 297

Court Reporters of Louisiana    225-201-9650
A Veritext Company    www.veritext.com
**Plaintiffs' Exh 5 page 2 of 10**

```
                    UNITED STATES DISTRICT COURT

                    MIDDLE DISTRICT OF LOUISIANA


  ABBY OWENS, ET AL
                                  CASE NO.: 3:21-cv-00242
                                  DIVISION WBV-SDJ
  VERSUS                          JUDGE WENDY B. VITTER
                                  MAG. JUDGE JOHNSON
                                  JURY DEMANDED
  BOARD OF SUPERVISORS OF LOUISIANA STATE
  UNIVERSITY AND AGRICULTURAL AND MECHANICAL
  COLLEGE, ET AL
     * * * * * * * * * * * * * * * * * * * *
             DAY 2 OF THE DEPOSITION OF
                     MIRIAM SEGAR

  TAKEN AT SHOWS CALI & WALSH, 628 ST. LOUIS
  STREET, BATON ROUGE, LOUISIANA 70802, ON
  NOVEMBER 2, 2022, BEGINNING AT 9:04 A.M.

  REPORTED BY:
       JENNIFER W. PICKETT
       CERTIFIED COURT REPORTER
       CERTIFICATE NUMBER 29011
```

Page 1

```
                                                          90
 1   Stewart or how did you know that Abby,
 2   that Ms. Stewart might have spoken to
 3   Abby Owens?
 4   A     I think we got a public records request
 5   from Abby or somebody representing -- I
 6   don't really know but that's what I'm
 7   referring to here.
 8   Q     And Ms. Stewart's response -- "I meeting
 9   with GC about ▮▮▮▮ now."
10   A     I think that's General Counsel.
11   Q     And you said okay, "I have info.  I want
12   to make sure you know what I do.  Just
13   call when done."  Did you have a
14   conversation with Ms. Stewart in response
15   to this text?
16   A     Can I just flip through?
17   Q     Sure you can flip through this whole
18   string if it helps.  I think it goes
19   through -- well, it goes quite a bit.
20   A     I think if you keep reading, she
21   mentioned being in a meeting with
22   different people and I said -- and she's
23   saying you can just come on the Zoom and
24   I think the conversation happened in the
25   Zoom.
```

Page 90

Court Reporters of Louisiana         225-201-9650
A Veritext Company                www.veritext.com
**Plaintiffs' Exh 5 page 4 of 10**

```
                                                91
  1    Q     So, the conversation happened with you
  2    and counsel?
  3    A     Yes.
  4    Q     Was this a reporting incident or this was
  5    --
  6    A     I recall this being in relation to the
  7    public records request we received.
  8    Q     And then at Stewart 96 it looks like Ms.
  9    Stewart is asking you "when did Owens'
 10    father disclose to ████  Believe late
 11    April 2017 at SEC tournament at hotel
 12    lobby."  We'll get into a little bit more
 13    about Abby Owens but you're responding
 14    April 2017 at SEC.  What is she referring
 15    to, Owen's father disclosing to ████
 16    What did you understand she was referring
 17    to?
 18    A     When Abigail Owens' father talked with
 19    Coach Julia Sell at the SEC women's
 20    tennis tournament in 2017.
 21    Q     What was your understanding of what he
 22    told Julia Sell?
 23    A     What was shared with me by Julia was that
 24    the father told her that, well, had
 25    thanked her for her help with Abby and
```

Page 91

```
                                                   92
 1       then at some point in the conversation
 2       said that he had learned that Abby had
 3       been assaulted by a football player.
 4   Q   Did Julia give you the name of that
 5       football player?
 6   A   The father did not disclose the name to
 7       Julia and Julia didn't have a name to
 8       give to me.
 9   Q   When did Julia make this report to you?
10   A   She called me.  I don't know if it was
11       the same night or the day after but in
12       the timeframe that it was reported to
13       her.
14   Q   What did you do in response to that being
15       reported to you by Julia?
16   A   I talked to Jennie about it because I
17       didn't really know how to report.  At
18       this point, Abby had withdrawn from
19       school and wasn't enrolled and I didn't
20       have any information other than a
21       possible assault and I didn't have a
22       football player name or any details and
23       Jennie and I talked about it and
24       understood it was serious but without any
25       more information, there wasn't much that
```

Page 92

```
93
 1   it felt like could be done at the time
 2   and she asked me if the student intended
 3   to re-enroll at LSU, which to my
 4   knowledge at the time she did intend to
 5   re-enroll and Jennie told me that when
 6   she re-enrolled that we would need to
 7   meet with the student and gather
 8   information from her so that we could do
 9   a Title IX report and so she never re-
10   enrolled.  I did pay attention to the
11   fact that she hadn't re-enrolled I
12   believe in August before school started.
13   She didn't come back in the summer
14   because she went into -- I think she was
15   still in treatment at one point and then
16   in August, prior to school starting, Abby
17   was pre-registered for classes for the
18   fall because when the students in spring,
19   early-on they register for summer and
20   fall and so she had classes I believe and
21   we just didn't know if she was coming
22   back or not and I don't think she was
23   responding to the academic advisor.  So,
24   I reached out to Abby's mom and asked if
25   she was going to come back to LSU.  Told
```

Page 93

Court Reporters of Louisiana    225-201-9650
A Veritext Company    www.veritext.com
Plaintiffs' Exh 5 page 7 of 10

```
                                                        94
 1    her her scholarship was here and she said
 2    no, Abby is not interested in returning
 3    to LSU and I said okay, thank you.  It
 4    was a short conversation.
 5    Q     To establish the time period in April --
 6    and this is according to your notes, too
 7    or your response to this text -- at the
 8    time that Julia Sell called you with what
 9    Abby Owens' father had reported to her,
10    Abby Owens was in a treatment facility?
11    A     Yes.
12    Q     And that was facilitated by you and LSU
13    in her role as a student athlete;
14    correct?
15    A     Yes.
16    Q     Did you have any communications with Abby
17    Owens after April 5th, 2017?
18    A     Not to my knowledge.
19    Q     You definitely produced some emails of
20    you corresponding with people at the
21    treatment facility.  Did you ever speak
22    to a counselor about Abby Owens'
23    treatment after April 5th, 2017?
24    A     When Julia told me what the father had
25    told her, I called.  I think I reached
```

Page 94

R E P O R T E R ' S   P A G E

I, Jennifer Pickett, Certified Court Reporter, in and for the State of Louisiana, the officer, as defined in Rule 28 of the Federal Rules of Civil Procedure and/or Article 1434(b) of the Louisiana Code of Civil Procedure, before whom this sworn testimony was taken, do hereby state on the record:

That due to the interaction in the spontaneous discourse of this proceeding, dashes (--) have been used to indicate pauses, changes in thought, and/or talk overs; that same is the proper method for a Court Reporter's transcription of proceeding; that the dashes (--) do not indicate that words or phrases have been left out of this transcript; and that any words and/or names which could not be verified through reference material have been denoted with the phrase "(phonetic)."

Page 283

C E R T I F I C A T I O N

I, Jennifer Pickett, Certified Court Reporter in and for the State of Louisiana, Certificate No. 29011, which is current and in good standing, as the officer before whom this testimony was taken, do hereby certify that the above and foregoing was taken under the authority of R.S. 37:2554; that the foregoing was taken by the undersigned as hereinbefore set forth in the foregoing pages; that it was reported by me in the stenomask method, was prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript to the best of my ability and understanding; and that I informed about the complete arrangement, financial or otherwise, with the person or entity making arrangements for deposition services; and that I have acted in compliance with La. Code of Civil Procedure Article 1434; that I am no actual knowledge of any prohibited employment or contractual relationship, direct or indirect, between a court reporting firm and any party litigant in this matter nor is there any such relationship between myself and a party litigant in this matter.  I am not related to counsel or to the parties herein, and I am in no way concerned with the outcome thereof.

_____

Jennifer Pickett, C.C.R.
# 29011

Page 284

Court Reporters of Louisiana
A Veritext Company
225-201-9650
www.veritext.com
Plaintiffs' Exh 5 page 10 of 10