UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, SAMANTHA BRENNAN,
CALISE RICHARDSON, JADE LEWIS,
KENNAN JOHNSON, ELISABETH                CASE NO.
ANDRIES, JANE DOE, ASHLYN                3:21-CV-00242
ROBERTSON, CORINN HOVIS, AND
SARAH BETH KITCH

VS.

BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY AND
AGRICULTURAL AND MECHANICAL
COLLEGE, AND VERGE AUSBERRY,
MIRIAM SEGAR, JENNIE STEWART,
AND JONATHAN SANDERS, IN THEIR
INDIVIDUAL CAPACITIES

* * * * * * * * * * * * * * * * * * * * * * * *

*** CONFIDENTIAL TRANSCRIPT ***

*** SUBJECT TO PROTECTIVE ORDER ***

The deposition of ABIGAIL OWENS, taken in connection with the captioned cause, pursuant to the following stipulations before RITA A. DEROUEN, Certified Court Reporter, at Phelps Dunbar, 400 Convention Street, Suite 1100, Baton Rouge, Louisiana 70802 on September 27, 2022, beginning at 9:01 am.

E X H I B I T   6

COURT REPORTERS OF LOUISIANA, L.L.C.
9522 Brookline Avenue, Suite 217
Baton Rouge, Louisiana  70809
PHONE (225) 201-9650 * FAX (225) 201-9651
E-mail:  depos@courtreportersla.com

COURT REPORTERS OF LOUISIANA, LLC
depos@courtreportersla.com
Plaintiffs' Exh 6 page 1 of 5

```
 1  you ever gone to Title IX either before or after
 2  your rehab to make any complaints?
 3       A.   I didn't know that Title IX was a thing.
 4       Q.   Had you ever gone to student affairs?
 5       A.   I don't think so.
 6       Q.   I assume you never contacted Lighthouse
 7  during your time at LSU?
 8       A.   Again, I did not know what that was.
 9       Q.   At what point in time did you make the
10  decision to -- not to return to LSU?
11       A.   I believe in extended care, after -- after
12  finding out like that ▇▇▇ had said that, I think
13  that was kind of like the final straw.  Like I
14  didn't want to come back because I didn't want to
15  potentially be around ▇▇▇ ▇▇▇
16            They offered to like keep my scholarship
17  and let me finish out school, but I didn't think
18  it was worth it.  Like I didn't want to be
19  under -- I didn't want ▇▇▇ to still have any
20  control over my life.  And I -- yeah, I didn't
21  want to like be in the place where all of my
22  traumas happened.
23       Q.   So that was sometime before the beginning
24  of August --
25       A.   Yes.
```

COURT REPORTERS OF LOUISIANA, LLC
depos@courtreportersla.com
**Plaintiffs' Exh 6 page 2 of 5**

1  her, and she said like that she had like seen a
2  mention of it somewhere.  I'm not quite sure.
3         It was very -- it was strange.  And then
4  so I was like, Okay, well, can like I see it,
5  blah, blah, blah.
6         And she said, No, like there is no report,
7  and if I want to find out who the treatment center
8  spoke to in the athletic department, I would have
9  to call the treatment center.
10        So that's what I -- the bulk of what I
11 remember from that conversation.
12     Q.  Did you call the treatment center?
13     A.  Yes.
14     Q.  And what did they say?
15     A.  They -- I haven't really gotten
16 information from them.  I don't think they have it
17 documented anywhere.
18     Q.  Did Jennie Stewart tell you the reason
19 you'd have to check with the treatment center is
20 because she did not have the information about who
21 reportedly reached out to LSU athletics?
22     A.  I don't recall.
23     Q.  Was that a cordial conversation, or did
24 she do anything that was offensive to you in that
25 conversation?

COURT REPORTERS OF LOUISIANA, LLC
depos@courtreportersla.com
**Plaintiffs' Exh 6 page 3 of 5**

1              REPORTER'S CERTIFICATE
2
3      This certification is valid only for a
4   transcript accompanied by my original signature
5   and original required seal on this page.
6      I, RITA A. DEROUEN, Certified Court Reporter in
7   and for the State of Louisiana, (CCR #2014018),
8   Registered Professional Reporter (RPR #006908), as
9   the officer before whom this testimony was taken,
10  do hereby certify that ABIGAIL OWENS, having been
11  duly sworn by me upon authority of R.S. 37:2554,
12  did testify on September 27, 2022, as hereinbefore
13  set forth in the foregoing 241 pages; that this
14  testimony was reported by me in stenographic
15  shorthand, was prepared and transcribed by me or
16  under my personal direction and supervision, and
17  is a true and correct transcript to the best of my
18  ability and understanding; that the transcript has
19  been prepared in compliance with the transcript
20  format guidelines required by statute and rules of
21  the Board; that I am informed about the complete
22  arrangement, financial or otherwise, with the
23  person or entity making arrangements for
24  deposition services; that I have acted in
25  compliance with the prohibition on contractual

COURT REPORTERS OF LOUISIANA, LLC
depos@courtreportersla.com
**Plaintiffs' Exh 6 page 4 of 5**

1  relationships, as defined by Louisiana Code of
2  Civil Procedure Article 1434 and the Rules and
3  Advisory Opinions of the Board; that I have no
4  actual knowledge of any prohibited employment or
5  contractual relationship, direct or indirect,
6  between a court reporting firm and any party
7  litigant in this matter, nor is there any such
8  relationship between myself and a party litigant
9  in this matter; that I am not related to counsel
10 or to any of the parties hereto, I am in no manner
11 associated with counsel for any of the interested
12 parties to this litigation, and I am in no way
13 concerned with the outcome thereof.
14     Signed and stamped this 11th day of October,
15 2022, Baton Rouge, Louisiana.
16
17
18
19
20
21 _____
22      Rita DeRouen, RPR, CCR
23
24
25

COURT REPORTERS OF LOUISIANA, LLC
depos@courtreportersla.com
**Plaintiffs' Exh 6 page 5 of 5**