UNITED STAES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


ABBY OWENS, ET AL.

                    CASE NO.: 3:21-cv-00242

                    DIVISION WBV-SDJ

VERSUS               JUDGE WENDY B. VITTER

                    MAG. JUDGE JOHNSON

                    JURY DEMANDED

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL

* * * * * * * * * * * * * * * * * * * * * *


DAY 1 OF THE DEPOSITION OF

JENNIE STEWART


TAKEN AT PHELPS DUNBAR, 400 CONVENTION

STREET, BATON ROUGE, LOUISIANA 70801, ON

NOVEMBER 9, 2022, BEGINNING AT 9:03 A.M.


REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER
    CERTIFICATE NUMBER 29011

```
 1                        to take just a five-minute
 2                        restroom break?
 3                   MS. ABDNOUR:
 4                        That'd be great.  Let's do
 5                   that then I can figure out what I
 6                   still need here.
 7                   THE OFFICIAL:
 8                        Okay.  Thank you.
 9  (Off the record.)
10  BY MS. ABDNOUR:
11  Q   We're on page eighty-nine now of the
12      Husch Blackwell report and this is
13      describing that  ████    ████  was
14      eventually expelled and that the
15      expulsion was supposed to be recorded on
16      his academic transcript but that there
17      was an internal record-keeping error and
18      the transcript notation did not take
19      effect.  Is that something that you would
20      have had any involvement in or would that
21      have been a different office?
22  A   No, all transcript notations were done
23      through the UDOS system in the mainframe
24      and UDOS means University Dean of
25      Students, again putting a process that
```

C E R T I F I C A T I O N

I, Jennifer Pickett, Certified Court
Reporter in and for the State of Louisiana,
Certificate No. 29011, which is current and in
good standing, as the officer before whom this
testimony was taken, do hereby certify that the
above and foregoing was taken under the
authority of R.S. 37:2554; that the foregoing
was taken by the undersigned as hereinbefore
set forth in the foregoing pages; that it was
reported by me in the stenomask method, was
prepared and transcribed by me or under my
personal direction and supervision, and is a
true and correct transcript to the best of my
ability and understanding; and that I informed
about the complete arrangement, financial or
otherwise, with the person or entity making
arrangements for deposition services; and that
I have acted in compliance with La. Code of
Civil Procedure Article 1434; that I am no
actual knowledge of any prohibited employment
or contractual relationship, direct or
indirect, between a court reporting firm and
any party litigant in this matter nor is there
any such relationship between myself and a
party litigant in this matter.  I am not
related to counsel or to the parties herein,
and I am in no way concerned with the outcome
thereof.

_____
                 Jennifer Pickett, C.C.R.

                        # 29011