```
 1                UNITED STATES DISTRICT COURT
 2                MIDDLE DISTRICT OF LOUISIANA
 3
 4
     ABBY OWENS, SAMANTHA BRENNAN,
 5   CALISE RICHARDSON, JADE LEWIS,
     KENNAN JOHNSON, ELISABETH         CASE NO.
 6   ANDRIES, JANE DOE, ASHLYN         3:21-CV-00242
     ROBERTSON, CORINN HOVIS, AND
 7   SARAH BETH KITCH
 8   VS.
 9   BOARD OF SUPERVISORS OF
     LOUISIANA STATE UNIVERSITY AND
10   AGRICULTURAL AND MECHANICAL
     COLLEGE, AND VERGE AUSBERRY,
11   MIRIAM SEGAR, JENNIE STEWART,
     AND JONATHAN SANDERS, IN THEIR
12   INDIVIDUAL CAPACITIES
13    * * * * * * * * * * * * * * * * * * * * * * *
14              *** CONFIDENTIAL TRANSCRIPT ***
15            *** SUBJECT TO PROTECTIVE ORDER ***
16         The deposition of CORINN HOVIS, taken in
17   connection with the captioned cause, pursuant to
18   the following stipulations before RITA A. DEROUEN,
19   Certified Court Reporter, at Phelps Dunbar, 400
20   Convention Street, Suite 1100, Baton Rouge,
21   Louisiana 70802 on September 28, 2022, beginning
22   at 9:39 am.
23           COURT REPORTERS OF LOUISIANA, L.L.C.
              9522 Brookline Avenue, Suite 217
24              Baton Rouge, Louisiana  70809
         PHONE (225) 201-9650 * FAX (225) 201-9651
25           E-mail:  depos@courtreportersla.com
```

Page 1

```
 1        A.   Yeah, that was what was going on, that
 2   sometimes I would drink more and be stone-cold
 3   sober, and sometimes I would drink way less and be
 4   like, I've got to go home.
 5        Q.   On occasions when you would -- again, I'm
 6   talking about fall of 2019.
 7             On occasions when you knew you were going
 8   out to like Tigerland, would you make a point of
 9   having something to eat before you went out?
10        A.   Always, always, yes, yes.  I'm still
11   religious about that.
12        Q.   In the fall of 2019, on any occasions when
13   you went to Tigerland, or any bar, for that
14   matter, other than Tigerland, were there any
15   occasions where you got so drunk that you had to
16   be helped home?
17        A.   I don't remember.  That's not to say that
18   there weren't, but I don't remember, I mean, yes,
19   no.
20        Q.   Now, I want to talk about the night that
21   we're here about.
22        A.   Of course, yeah.
23        Q.   So this was -- it all started on the
24   evening of January 23rd, correct?
25        A.   Yes.
```

Page 26

Court Reporters of Louisiana          225-201-9650
A Veritext Company              www.veritext.com
Plaintiffs' Exh 8 page 2 of 5

1    Q.  There was a prior form that was submitted,
2  another disability request form that apparently
3  was prepared by Ms. Susan.  This one is actually
4  dated January 20th of 2020 -- I take that back.
5  I'm misspeaking.  I'm reading the wrong date.
6         It was the subsequent request form that's
7  dated January 20th of 2021.
8    A.  Yeah, that makes sense.
9    Q.  So as a result of the initial request
10 form, the request for accommodations, you
11 were -- were you given accommodations?
12   A.  Yeah.  And I didn't receive accommodations
13 for a while.  And I -- I can't remember why I
14 didn't receive accommodations.  I didn't get my
15 accommodations instated until May or June, it
16 feels like.  Because it was six months from
17 the -- my accommodations -- the whole problem was
18 it was six months, and they ran out in November or
19 December or something like that.
20   Q.  Do you recall what the accommodations
21 were?
22   A.  I got time and a half on exams, reduced
23 test taking environment, I think consideration for
24 absences.  I feel like I'm missing one.
25   Q.  Class notes --

Page 88

Court Reporters of Louisiana        225-201-9650
A Veritext Company                www.veritext.com
**Plaintiffs' Exh 8 page 3 of 5**

```
 1               REPORTER'S CERTIFICATE
 2
 3        This certification is valid only for a
 4   transcript accompanied by my original signature
 5   and original required seal on this page.
 6        I, RITA A. DEROUEN, Certified Court Reporter in
 7   and for the State of Louisiana, (CCR #2014018),
 8   Registered Professional Reporter (RPR #006908), as
 9   the officer before whom this testimony was taken,
10   do hereby certify that CORINN HOVIS, having been
11   duly sworn by me upon authority of R.S. 37:2554,
12   did testify on September 28, 2022, as hereinbefore
13   set forth in the foregoing 202 pages; that this
14   testimony was reported by me in stenographic
15   shorthand, was prepared and transcribed by me or
16   under my personal direction and supervision, and
17   is a true and correct transcript to the best of my
18   ability and understanding; that the transcript has
19   been prepared in compliance with the transcript
20   format guidelines required by statute and rules of
21   the Board; that I am informed about the complete
22   arrangement, financial or otherwise, with the
23   person or entity making arrangements for
24   deposition services; that I have acted in
25   compliance with the prohibition on contractual
```

Page 203

Court Reporters of Louisiana                225-201-9650
A Veritext Company                      www.veritext.com
**Plaintiffs' Exh 8 page 4 of 5**

```
 1    relationships, as defined by Louisiana Code of
 2    Civil Procedure Article 1434 and the Rules and
 3    Advisory Opinions of the Board; that I have no
 4    actual knowledge of any prohibited employment or
 5    contractual relationship, direct or indirect,
 6    between a court reporting firm and any party
 7    litigant in this matter, nor is there any such
 8    relationship between myself and a party litigant
 9    in this matter; that I am not related to counsel
10    or to any of the parties hereto, I am in no manner
11    associated with counsel for any of the interested
12    parties to this litigation, and I am in no way
13    concerned with the outcome thereof.
14         Signed and stamped this 11th day of October,
15    2022, Baton Rouge, Louisiana.
16
17
18
19
20
21                    <%29367,Signature%>
22                    Rita DeRouen, RPR, CCR
23
24
25
```

Page 204