```
 1              UNITED STATES DISTRICT COURT
 2              MIDDLE DISTRICT OF LOUISIANA
 3
    ABBY OWENS, SAMANTHA BRENNAN,
 4  CALISE RICHARDSON, JADE LEWIS,
    KENNAN JOHNSON, ELISABETH           CASE NO.
 5  ANDRIES, JANE DOE, ASHLYN           3:21-CV-00242
    ROBERTSON, CORINN HOVIS, AND
 6  SARAH BETH KITCH
 7  VS.
 8  BOARD OF SUPERVISORS OF
    LOUISIANA STATE UNIVERSITY AND
 9  AGRICULTURAL AND MECHANICAL
    COLLEGE, AND VERGE AUSBERRY,
10  MIRIAM SEGAR, JENNIE STEWART,
    AND JONATHAN SANDERS, IN THEIR
11  INDIVIDUAL CAPACITIES
12   * * * * * * * * * * * * * * * * * * * * * * *
13              *** CONFIDENTIAL TRANSCRIPT ***
14           *** SUBJECT TO PROTECTIVE ORDER ***
15       The deposition of ███████████████ taken in
16  connection with the captioned cause, pursuant to
17  the following stipulations before RITA A. DEROUEN,
18  Certified Court Reporter, at Phelps Dunbar, 400
19  Convention Street, Suite 1100, Baton Rouge,
20  Louisiana 70802 on October 5, 2022, beginning at
21  9:08 am.
22
23         COURT REPORTERS OF LOUISIANA, L.L.C.
              9522 Brookline Avenue, Suite 217
24             Baton Rouge, Louisiana  70809
         PHONE (225) 201-9650 * FAX (225) 201-9651
25          E-mail:  depos@courtreportersla.com
```

Page 1

```
1       Q.   Did you get the picture back?
2       A.   No.
3       Q.   Did you ask him for the picture?
4       A.   No.  He had like -- it was a Polaroid
5    picture and he had written on it.  So I was just
6    like it's trash now, I guess.
7       Q.   Do you recall when Mr. ███████ took the
8    picture or when this incident occurred?
9       A.   It was right before I made my report to my
10   RA, my former RA.
11      Q.   And when was your --
12      A.   I think.
13      Q.   -- report?
14      A.   I believe it was in March.
15      Q.   March of 2019?
16      A.   Yes.
17      Q.   So the incident with the picture would
18   have happened before then?
19      A.   Yes.
20      Q.   You think it was in March of 2019?
21      A.   Uh-huh.
22      Q.   Yes?
23      A.   Yes.  Sorry.
24      Q.   All right.  Is there anything else that
25   Mr. ███████ did to you during -- let's talk about
```

Page 25

Court Reporters of Louisiana   225-201-9650
A Veritext Company   www.veritext.com
Plaintiffs' Exh 9 page 2 of 9

1  talk to me, and I said like after I got off work.
2  And they came over and we talked.  It was kind of
3  like an interview, I guess.  And they asked me if
4  I wanted to move, and I wasn't sure.
5         So they put me in a -- I think they called
6  it like a safe house or something like that.  It
7  was just an empty dorm room in Evangeline Hall.  I
8  had three days, I think, to decide if I wanted to
9  move or not.
10     Q.  So where did the meeting occur?  Was it in
11  your room?
12     A.  Correct, yes.
13     Q.  Was anyone else present?
14     A.  I believe ████████ was, yes.
15     Q.  Was ██████ there?
16     A.  No.
17     Q.  Did you -- did you want to move?
18     A.  I ended up moving, yes.
19     Q.  Let me ask a better question, because I
20  know you said you had to decide.
21         At that time, did you want to move that
22  particular night?  Did you feel like you needed to
23  move that night?
24     A.  I mean, yes, I did.  I left.
25         MS. TRUSZKOWSKI:

Page 54

Court Reporters of Louisiana   225-201-9650
A Veritext Company   www.veritext.com
Plaintiffs' Exh 9 page 3 of 9

```
 1        Q.   So it might not have been that day, but at
 2   some point you did have that discussion?
 3        A.   Yes.
 4        Q.   Did you ultimately get a restraining
 5   order?
 6        A.   I believe I asked for one, but I haven't
 7   gotten a copy of it.  And I've contacted Title IX,
 8   and they haven't told me one way or the other if I
 9   ever did.
10        Q.   Did you -- have you ever gotten a
11   restraining order against anyone?
12        A.   Like ever before?
13        Q.   Yes.
14        A.   No.
15             MS. TRUSZKOWSKI:
16                  Karleen, can we clarify, when you
17             refer to restraining order, are you
18             talking about a no-contact order through
19             the Title IX office?
20             MS. GREEN:
21                  I'm using the term that Ms. ▉▉▉▉
22             used.  Ms. ▉▉▉▉  said "restraining
23             order."
24        A.   They said it -- they called it a
25   no-contact order.  And they said it's basically
```

Page 58

Court Reporters of Louisiana   225-201-9650
A Veritext Company   www.veritext.com
Plaintiffs' Exh 9 page 4 of 9

```
 1        A.   No.
 2        Q.   So you reported to Title IX that you
 3   kissed him twice --
 4        A.   Yeah.
 5        Q.   -- in the fall of 2018?
 6        A.   Yes.
 7        Q.   What about the interview made you feel
 8   like they were blaming you?
 9        A.   Like I just said, like I would say
10   something bad happened to me and they would like
11   confirm, But you did kiss him, right?
12        Q.   Was the only thing they referred to was
13   the fact that you had kissed him twice?
14        A.   Yeah.
15        Q.   Okay.  And I think you said that you felt
16   like you were inconvenient?
17        A.   Uh-huh.
18        Q.   What do you mean by that?
19        A.   Like I don't know, it just felt like they
20   didn't really want to be there, you know.
21        Q.   Was it more than one person who
22   interviewed you?
23        A.   Yes.
24        Q.   At the first meeting --
25        A.   It was one person.  And then one of the
```

Page 75

Court Reporters of Louisiana   225-201-9650
A Veritext Company   www.veritext.com
Plaintiffs' Exh 9 page 5 of 9

```
1        A.   Nothing.  I met with ███████ ████████ but
2   he -- because he told me that my case didn't fall
3   under Title IX, so I was meeting with student
4   advocacy and accountability to see if he had done
5   anything to violate their rules.
6        Q.   "He" being Mr. ████████
7        A.   Correct.
8        Q.   Okay.  Let's back up.
9             When did you hear from Mr. ████████
10       A.   I want to say it was like May or June of
11  2019, but I'm not 100 percent sure.
12       Q.   Did you hear from Ms. █████ after your
13  meeting with her in March?
14       A.   I don't believe so, no.
15       Q.   Let me show you two documents that we're
16  going to mark as Exhibit 7, numbered BOS-3358 and
17  BOS-3421.  It's two single pages.
18            (Exhibit 7 was marked.)
19  BY MS. GREEN:
20       Q.   Ms. ████████ do you recall
21  seeing -- let's do the first one, the e-mail on
22  the first page, 3358.
23       A.   Yes.
24       Q.   I'm sorry, I wanted to make sure that
25  you're looking at what I'm looking at.  If you
```

Page 81

Court Reporters of Louisiana   225-201-9650
A Veritext Company   www.veritext.com
Plaintiffs' Exh 9 page 6 of 9

```
 1         A.   Yeah.
 2         Q.   So these -- this is an accurate reflection
 3   of what you reported to Mr. ████ during your
 4   meeting?
 5         A.   Yes.
 6         Q.   All right.  So tell me what happened after
 7   June of 2019.
 8              Did you attend LSU in the fall of 2019?
 9         A.   No.  I was expelled -- or, no, I got back
10   in, actually.
11         Q.   Okay.  So in the fall of 2019, you
12   attended.  And did you have any interactions with
13   Mr. ████ in the fall of 2019?
14         A.   No.
15         Q.   Did you have -- did you complain about
16   anybody's conduct towards you after the initial
17   complaint that you made in March?
18         A.   Like did I make another report?
19         Q.   Yes.
20         A.   No.
21         Q.   Did you complete the fall semester at LSU?
22         A.   Yes, but that was -- I flunked out and I
23   was expelled.
24         Q.   During the fall of 2019, were you still
25   receiving services through Lighthouse?
```

Page 97

```
 1                REPORTER'S CERTIFICATE
 2
 3        This certification is valid only for a
 4     transcript accompanied by my original signature
 5     and original required seal on this page.
 6        I, RITA A. DEROUEN, Certified Court Reporter in
 7     and for the State of Louisiana, (CCR #2014018),
 8     Registered Professional Reporter (RPR #006908), as
 9     the officer before whom this testimony was taken,
10     do hereby certify that RAYNE BRADFORD, having been
11     duly sworn by me upon authority of R.S. 37:2554,
12     did testify on October 5, 2022, as hereinbefore
13     set forth in the foregoing 164 pages; that this
14     testimony was reported by me in stenographic
15     shorthand, was prepared and transcribed by me or
16     under my personal direction and supervision, and
17     is a true and correct transcript to the best of my
18     ability and understanding; that the transcript has
19     been prepared in compliance with the transcript
20     format guidelines required by statute and rules of
21     the Board; that I am informed about the complete
22     arrangement, financial or otherwise, with the
23     person or entity making arrangements for
24     deposition services; that I have acted in
25     compliance with the prohibition on contractual
```

Page 165

```
 1    relationships, as defined by Louisiana Code of
 2    Civil Procedure Article 1434 and the Rules and
 3    Advisory Opinions of the Board; that I have no
 4    actual knowledge of any prohibited employment or
 5    contractual relationship, direct or indirect,
 6    between a court reporting firm and any party
 7    litigant in this matter, nor is there any such
 8    relationship between myself and a party litigant
 9    in this matter; that I am not related to counsel
10    or to any of the parties hereto, I am in no manner
11    associated with counsel for any of the interested
12    parties to this litigation, and I am in no way
13    concerned with the outcome thereof.
14        Signed and stamped this 19th day of October,
15    2022, Baton Rouge, Louisiana.
16
17
18
19
20
21                    _____
22                    Rita DeRouen, RPR, CCR
23
24
25
```

Page 166

Court Reporters of Louisiana   225-201-9650
A Veritext Company   www.veritext.com
Plaintiffs' Exh 9 page 9 of 9