UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, SAMANTHA BRENNAN,
CALISE RICHARDSON, JADE LEWIS,
KENNAN JOHNSON, ELISABETH            CASE NO.
ANDRIES, JANE DOE, ASHLYN            3:21-CV-00242
ROBERTSON, CORINN HOVIS, AND
SARAH BETH KITCH

VS.

BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY AND
AGRICULTURAL AND MECHANICAL
COLLEGE, AND VERGE AUSBERRY,
MIRIAM SEGAR, JENNIE STEWART,
AND JONATHAN SANDERS, IN THEIR
INDIVIDUAL CAPACITIES

* * * * * * * * * * * * * * * * * * * * * * * *

*** CONFIDENTIAL TRANSCRIPT ***

*** SUBJECT TO PROTECTIVE ORDER ***

The deposition of KENNAN JOHNSON, taken in connection with the captioned cause, pursuant to the following stipulations before RITA A. DEROUEN, Certified Court Reporter, at Phelps Dunbar, 400 Convention Street, Suite 1100, Baton Rouge, Louisiana 70802 on October 6, 2022, beginning at 9:06 am.

COURT REPORTERS OF LOUISIANA, L.L.C.
9522 Brookline Avenue, Suite 217
Baton Rouge, Louisiana  70809
PHONE (225) 201-9650 * FAX (225) 201-9651
E-mail:  depos@courtreportersla.com

COURT REPORTERS OF LOUISIANA, LLC
depos@courtreportersla.com
Plaintiffs' Exh 11 page 1 of 11

1 or whatever.
2    Q.  Okay.  So you said something about holding
3 the scholarship over your head.  You're saying
4 Julia said what in terms of holding the
5 scholarship over your head?
6    A.  Well, she said -- she never personally
7 said anything that I can like recall off the top
8 of my head.  But it was -- it was said at one
9 time -- I guess so she did say something.
10      It was said at one point towards the end
11 of my second-to-last year, so I guess that's 2017
12 to 2018, that she didn't know if she was going to
13 re -- resubmit my scholarship, and it was because
14 I didn't meet the weight requirement she had set
15 for me over Christmas.
16    Q.  And did she ultimately submit your
17 scholarship, though?
18    A.  Last minute, yes, she did, for the last
19 year.
20    Q.  Regarding your weight, is there anything
21 else you think she said to you that was
22 inappropriate?
23    A.  Not -- she never really said anything
24 inappropriate.  It was just more of like, You have
25 to lose weight, you need to get to this weight, if

COURT REPORTERS OF LOUISIANA, LLC
depos@courtreportersla.com
**Plaintiffs' Exh 11 page 2 of 11**

1  you don't, these are the consequences.
2          And it mainly just put pressure on me to
3  like not -- like I didn't know what to eat, what
4  to not eat.  Like I just wanted to play tennis,
5  and so I did whatever possible I could for that.
6  But that sometimes required me not to eat at all,
7  so then I couldn't even practice.
8          And then she would get upset at me for not
9  being able to finish practice, and then it looked
10 like I couldn't finish practice because I was
11 overweight or the weight wasn't on me -- or was on
12 me.  So it was almost like a catch 22.
13    **Q.  You said if you don't -- you said she said**
14 **something about if you don't, these are the**
15 **consequences.  Other than the scholarship**
16 **discussion, was there any other time she told you**
17 **of consequences you would have if you didn't lose**
18 **weight?**
19    A.  Yeah.  I'd have extra fitness.  There were
20 times I had to get up early, before we had a
21 workout.  So we'd have workouts early in the
22 morning at like 6:00.  And I'd have to do a
23 workout before that, then do the workout with the
24 team, then we'd have practice in the afternoon,
25 and then she'd run us.

COURT REPORTERS OF LOUISIANA, LLC
depos@courtreportersla.com
**Plaintiffs' Exh 11 page 3 of 11**

1      So I was doing -- everybody else was
2  doing -- I had an extra workout compared to
3  everybody else.  I was working out four times
4  while most people were doing three, maybe two.
5      **Q.  Anything else that she said about**
6  **consequences other than extra fitness and the**
7  **scholarship?**
8      A.  Not that I recall right now.
9      **Q.  You mentioned being in a catch 22.  Is it**
10 **possible that you weren't dropping your weight and**
11 **then, because you weren't dropping your weight,**
12 **you had to -- you chose to not eat so you could**
13 **weigh in lighter than you would normally?**
14     A.  I mean, occasionally, probably.  I mean, I
15 was -- I had cut out drinking.  I had started meal
16 prepping.  I was meeting with the nutritionist.  I
17 was working out extra.  So to not sometimes be
18 losing weight was confusing.
19         So again, with, one, my scholarship being
20 held over my head and obviously being on a
21 scholarship to play tennis, I wanted to play
22 tennis.  So if that wasn't going to happen, I
23 mean -- I needed to lose the weight, so I just
24 didn't eat sometimes.  But in terms of the catch
25 22, it's like you want me to lose weight, but some

COURT REPORTERS OF LOUISIANA, LLC
depos@courtreportersla.com
**Plaintiffs' Exh 11 page 4 of 11**

1  people's bodies are different than others and some
2  people lose weight one way and some people lose
3  weight a different way.
4         And I just felt like a lot of pressure.
5  Because it was like losing like 3 pounds a week.
6  That's just not realistic.
7     **Q.  Are there times that you wanted to lose**
8  **weight yourself to play better?**
9     A.  Yes, I mean, of course.  To be fair, the
10 whole year, 2016, 2017, I did not play, like I
11 didn't compete.  So all I did was work out,
12 practice, go to school.  I lost probably about 20
13 to 25 pounds.  And then I was told like the next
14 two years that I was not in shape to play tennis.
15        So all I did for a year and a half was
16 work out and train because I couldn't play and I
17 couldn't travel or compete.  So that's, again,
18 where the confusion was in terms of having to meet
19 with the nutritionist, having to lose weight and
20 being texted during Christmas or holidays like,
21 How are you doing, like what's your weight at, are
22 we doing good, things like that.
23    **Q.  How often did you meet with the**
24 **nutritionist?**
25    A.  Probably once a week.

COURT REPORTERS OF LOUISIANA, LLC
depos@courtreportersla.com
**Plaintiffs' Exh 11 page 5 of 11**

```
1        Q.  What's the nutritionist's name?
2        A.  At the time, her name was ███████ ███████
3   She got married, so I don't remember her -- I
4   don't know her new name.
5        Q.  And did you talk to -- did Julia speak
6   weight numbers with you or did she just
7   speak -- like ask you how you were doing against
8   the goals that you might have been setting with
9   the nutritionist?
10       A.  Numbers in terms of like, Hey, this many
11  pounds during the week; not like, Hey, you're 170,
12  you need to be 168.  But in terms of like weekly,
13  like how much I should be losing, yeah.
14       Q.  And do you know whether the nutritionist
15  was recommending -- was telling Julia what she had
16  recommended for you in terms of weight goals
17  or --
18       A.  I'm sure she did, because I many times was
19  in there crying saying like there's absolutely no
20  way I'll make this or things like that.  And she,
21  you know, consoled me and was very like positive
22  and very nice.  So...
23       Q.  Did you have any problems with the
24  nutritionist or how she approached you from a
25  weight standpoint or health standpoint?
```

COURT REPORTERS OF LOUISIANA, LLC
depos@courtreportersla.com
**Plaintiffs' Exh 11 page 6 of 11**

1  you wanted to file suit against the Sells, and you
2  said that you knew of other instances of people
3  who didn't speak up.
4          And are you referring to people who didn't
5  speak up about the Sells?
6      A.  Yeah, again, I think you could talk to 90
7  to 95 percent of the players that played under her
8  and they're going to not give you a positive
9  response.
10         And I think that it's -- I mean, I
11 definitely didn't speak up when I was there
12 because I knew I didn't want to lose my
13 scholarship, which, I mean, was already being hung
14 over my head.  But like you want to play, and you
15 never know how that's going to affect you playing
16 or not playing or things like that.
17          So definitely I think there's a lot of
18 people that have had issues as well that just are
19 like, What's the point, like it's over with, I'm
20 out of it.  But it definitely, for me, affected
21 me.
22     Q.  Did you participate in the Husch Blackwell
23 investigation?
24     A.  I think so.
25     Q.  Do you remember meeting with an attorney

COURT REPORTERS OF LOUISIANA, LLC
depos@courtreportersla.com
Plaintiffs' Exh 11 page 7 of 11

1 REPORTER'S CERTIFICATE

3   This certification is valid only for a
4 transcript accompanied by my original signature
5 and original required seal on this page.
6   I, RITA A. DEROUEN, Certified Court Reporter in
7 and for the State of Louisiana, (CCR #2014018),
8 Registered Professional Reporter (RPR #006908), as
9 the officer before whom this testimony was taken,
10 do hereby certify that KENNAN JOHNSON, having been
11 duly sworn by me upon authority of R.S. 37:2554,
12 did testify on October 6, 2022, as hereinbefore
13 set forth in the foregoing 314 pages; that this
14 testimony was reported by me in stenographic
15 shorthand, was prepared and transcribed by me or
16 under my personal direction and supervision, and
17 is a true and correct transcript to the best of my
18 ability and understanding; that the transcript has
19 been prepared in compliance with the transcript
20 format guidelines required by statute and rules of
21 the Board; that I am informed about the complete
22 arrangement, financial or otherwise, with the
23 person or entity making arrangements for
24 deposition services; that I have acted in
25 compliance with the prohibition on contractual

COURT REPORTERS OF LOUISIANA, LLC
depos@courtreportersla.com
**Plaintiffs' Exh 11 page 8 of 11**

1  relationships, as defined by Louisiana Code of
2  Civil Procedure Article 1434 and the Rules and
3  Advisory Opinions of the Board; that I have no
4  actual knowledge of any prohibited employment or
5  contractual relationship, direct or indirect,
6  between a court reporting firm and any party
7  litigant in this matter, nor is there any such
8  relationship between myself and a party litigant
9  in this matter; that I am not related to counsel
10 or to any of the parties hereto, I am in no manner
11 associated with counsel for any of the interested
12 parties to this litigation, and I am in no way
13 concerned with the outcome thereof.
14      Signed and stamped this 20th day of October,
15 2022, Baton Rouge, Louisiana.
16
17
18
19
20
21 _____
22      Rita DeRouen, RPR, CCR
23
24
25

COURT REPORTERS OF LOUISIANA, LLC
depos@courtreportersla.com
Plaintiffs' Exh 11 page 9 of 11

```
 1                  WITNESS CERTIFICATION
 2      I, KENNAN JOHNSON, the undersigned, do hereby
 3   certify that I have read the foregoing deposition
 4   taken on October 6, 2022, and it contains a true
 5   and accurate transcript of the testimony given by
 6   me:
 7      (   )  Witness corrections
 8      (   )  With corrections as reflected on the
 9   Errata Sheet(s) prepared by me and attached hereto
10   consisting of _____ pages.
11
12                     _____
13                            KENNAN JOHNSON
14                     _____
15                            DATE
16
17
18
19
20
21
22
23
24
25
```

COURT REPORTERS OF LOUISIANA, LLC
depos@courtreportersla.com
Plaintiffs' Exh 11 page 10 of 11

```
 1  Errata Sheet
 2
 3  NAME OF CASE: ABBY OWENS vs BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTUR
 4  DATE OF DEPOSITION: 10/06/2022
 5  NAME OF WITNESS: Kennan Johnson
 6  Reason Codes:
 7       1. To clarify the record.
 8       2. To conform to the facts.
 9       3. To correct transcription errors.
10  Page _____ Line _____ Reason _____
11  From _____ to _____
12  Page _____ Line _____ Reason _____
13  From _____ to _____
14  Page _____ Line _____ Reason _____
15  From _____ to _____
16  Page _____ Line _____ Reason _____
17  From _____ to _____
18  Page _____ Line _____ Reason _____
19  From _____ to _____
20  Page _____ Line _____ Reason _____
21  From _____ to _____
22  Page _____ Line _____ Reason _____
23  From _____ to _____
24
25                         _____
```

COURT REPORTERS OF LOUISIANA, LLC
depos@courtreportersla.com
Plaintiffs' Exh 11 page 11 of 11