

## Brett A. Sokolow, Esq.
## Chair, TNG

475 Allendale Rd., Suite 200
King of Prussia, PA 19406

### Curriculum Vitae

Brett Sokolow is the Chair of TNG's Board of Directors and TNG's Management Committee. TNG, LLC is a national multidisciplinary risk management consulting and law firm with more than 3,000 education-sector clients, 25 executive and support employees, a roster of 30 attorneys and consultants, and 40 investigators who are at the forefront of the field in their areas of expertise. Sokolow founded TNG, which was previously called The NCHERM Group, LLC, and originally known as The National Center for Higher Education Risk Management (www.tgnconsulting.com), in 2000.

Sokolow is recognized for his national leadership on systems-level solutions for safer schools and campuses and is widely considered to be one of the foremost Title IX experts in the nation. He has served as an expert witness in more than 75 significant lawsuits affecting college, university, and school liability.

In addition to his role with TNG, Sokolow has served as Executive Director of ATIXA, President of ATIXA, and now Chair of its Advisory Board. ATIXA, the Association of Title IX Administrators (www.atixa.org), is the leading industry association for Title IX compliance, with over 10,000 active school and college members.

In his role as an attorney with TNG, Sokolow serves with his partners as outside counsel/advisor to 70 colleges and universities and has served as counsel to more than 500 campuses since the firm was founded in 2000. In addition to its legal representation work, TNG provides consulting services to an additional 500+ campuses and schools each year.

Since June of 2017, Sokolow has led TNG's west coast practice group, in Los Angeles, CA. TNG's headquarters is based in King of Prussia, Pennsylvania, outside of Philadelphia, and the firm maintains additional satellite offices in Denver, CO, and Columbus, OH.

In 2009, Sokolow founded NABITA, The National Association of Behavioral Intervention and Threat Assessment (www.nabita.org), an organization of 5,000 members dedicated to school and campus violence prevention, intervention, and mental health resources. He served as Executive Director until 2015 and Board Chair of the NABITA Advisory Board through 2022.

Sokolow has been interviewed on CNN, MSNBC, and has been featured in *Newsweek*, *TIME Magazine*, *The Wall Street Journal*, ABC News, *New York Times, The Chronicle of Higher Education*, *The Washington Post*, *Inside Higher Education*, *USA Today*, *The Boston Globe*, *Higher Ed Dive, the Los Angeles Times,* and many other media outlets.

Sokolow is a risk management consultant, author, editor, and education attorney admitted to the Pennsylvania and New Jersey bars. He holds a Bachelor of Arts degree in East Asian Studies from the College of William and Mary (1993), and a Juris Doctorate from the Villanova University School of Law (1997).

TNG specializes in training, compliance, publications, and consultation related to:

- Sexual Violence, Harassment, and Discrimination
- Intimate Partner Violence and Stalking
- Title IX and VAWA Section 304 Compliance
- Clery Act and FERPA Compliance
- Student Conduct and Training
- Culture Change and Prevention Strategies
- Confidential Investigations
- College/University Defense Litigation
- Campus Safety and Security
- Behavioral Intervention and Threat Assessment
- Suicide & Psychological Distress
- Disruptive Students and Classroom Management
- Expert Witness Services
- 1st Amendment and Academic Freedom
- Hazing and Student Organization Risk Management
- Problem Drinking and Drugs

Plaintiffs' Exh B page 2 of 31

Professional Accomplishments:

- TNG has provided services to over 3,000 school, college and university clients, including training programs for campus and school district administrators, faculty and staff training, sexual assault and Title IX case management, risk management for fraternities and sororities, workshops and seminars.
- In addition to his consulting activities, Sokolow has also provided awareness and education programs for students at over 2,000 colleges, high schools, and military institutions.
- Sokolow has published fifteen books and more than 300 articles on student affairs, preventive law, and risk management topics. He provides expert witness services, and lobbying efforts for campus crime and sexual assault-related legislation.
- Sokolow formerly was Legal Issues Editor of the *CLHE Student Affairs Law & Policy Weekly*.
- He is Editor Emeritus of the *Report on Campus Safety and Student Development* published by the Civic Research Institute.
- He served on the Editorial Advisory Board of the *College and University Legal Advisor*, also published by the Civic Research Institute.
- He is the Founder and Editor-in-Chief of *The NCHERM Chronicle of Campus Conduct*, which is now out-of-print.
- Sokolow served on the advisory board of the National Hazing Prevention Collaborative.
- Sokolow served on the Board of Directors of the NASPA Enough is Enough Violence Prevention Campaign.
- Sokolow is recognized for his expertise in campus conduct training and authoring codes of conduct.  He has trained conduct administrators from over 2,000 college campuses and has created an Academy for advanced conduct training.
- Sokolow has also authored or revised the conduct codes of over 1,000 colleges.
- TNG's organizations provide an active schedule of more 100 annual seminars and trainings hosted throughout the United States.
- Sokolow and NCHERM Group Partner W. Scott Lewis pioneered the NaBITA model for campus Behavioral Intervention Teams, and co-authored the validated NaBITA Threat Assessment Tool, the most widely used campus risk assessment rubric.
- An extended listing of professional accomplishments can be accessed at: https://cdn.ncherm.org/website-media/ncherm.org/wp-content/uploads/2017/05/12134321/Summary-of-accomplishments-since-1997-updated-for-2018.pdf

Mr. Sokolow has presented at regional and national conferences throughout the country, including:

- North Carolina A&T Campus Safety Conference, 1998
- Mississippi Coalition Against Sexual Assault Annual Conference, 1998
- Keynote, Response to Sexual Assault:  Everyone's Responsibility, Bowling Green State University, 1998
- 8th Student Conference on Campus Sexual Violence, 1999
- Fraternity Executive Association Annual Meeting, 1999
- Council on Law in Higher Education (CLHE) Forum, "Clery Act Compliance," 1999
- NASPA Clery Act Audioseminar with Cheryl Lovell & Douglas Tuttle, 1999
- NASPA Clery Act Audioseminar with Donald Gehring, Ed.D., 1999
- North Carolina Coalition Against Sexual Assault Annual Conference, 1999
- Lambda Chi Alpha Fraternity Annual Meeting, 1999
- Sigma Phi Epsilon Fraternity Conclave, 1999
- North Carolina A&T Campus Safety Conference, 1999
- NCHERM Seminar "Rules of Evidence for the Campus Judicial Process"-- at the College of the Holy Cross, with Robb Flowers & Beverly Ledbetter, Esq., 1999
- New York State Judicial Affairs Conference, "Sexual Misconduct Liability," 1999
- Institute for Higher Ed. Management (IHEM ) Clery Act Seminar, 2000
- Association for Student Judicial Affairs (ASJA) Annual Conference, 2000
- NCHERM Videoseminar "Sexual Misconduct Judicial Training" at Haverford College, 2000
- California Coalition Against Sexual Assault Institute, "Creating Proactive Campus Sexual Misconduct Policies," and "Comprehensive Sexual Misconduct Judicial Procedures," 2000
- Zeta Tau Alpha Annual Conference, 2000
- NCHERM Seminar, "Sexual Assault, Sexual Harassment and Title IX:  Managing the Risk on Campus" at Grinnell College, 2000
- National Association of Student Personnel Administrators (NASPA) Annual Conference, "Sexual Assault, Sexual Harassment and Title IX:  Managing the Risk on Campus" with Dennis Gregory, 2001
- California Coalition Against Sexual Assault Institute, 2001
- NCHERM Videoseminar "Campus Judicial Training" with W. Scott Lewis, JD, Mary Louise Antieau, JD and Linda P. Rowe, Ph.D., 2001
- NCHERM/URMIA Webseminar, "Instilling Principles of Risk Management into the Daily Practice of Student Affairs", with Edward F.D. Spencer, Ed.D., Dennis Gregory, Ed.D., John Wesley Lowery, Ph.D., and Beverly Costello, ARM, 2001.

- International Association of Campus Law Enforcement Agencies (IACLEA) Annual Conference.  Plenary address, 2001.
- NCHERM/Arthur J. Gallagher & Co. Invitational Seminar, "Sexual Harassment and Title IX: Managing the Risk on Campus," Ripon College, 2001
- NCHERM/Arthur J. Gallagher & Co. Invitational Seminar, "Campus Liability Summit," Denver CO, 2001
- NCHERM/Arthur J. Gallagher & Co. Invitational Seminar, "Sexual Harassment and Title IX: Managing the Risk on Campus," College of St. Benedict/St. Johns University, 2002
- NCHERM/Arthur J. Gallagher & Co. Invitational Seminar, "Sexual Harassment and Title IX: Managing the Risk on Campus," Babson College, 2002
- Fraternity Risk Management Trust, Risk Management College.  "He Said—She Said," 2002.
- California Coalition Against Sexual Assault Institute, "Campus Judicial Affairs Legal Update" with Edward N. Stoner, II, 2002
- NCHERM/Arthur J. Gallagher & Co. Invitational Seminar, "Sexual Harassment and Title IX: Managing the Risk on Campus," Baldwin-Wallace College, 2002
- National Conference on Student Services.  Concurrent session on He Said—She Said.  Miami, FL, 2002.
- Wisconsin Association of Independent Colleges and Universities Student Affairs Meeting, "Risk Management in Student Affairs," 2002
- Association for Student Judicial Affairs (ASJA) Annual Conference, "Best Practices for Campus Sexual Misconduct Adjudication," "Re-Examining the Campus Disciplinary Appeals Process" and "Student Rights in the Balance," with Mary Louise Antieau, JD, 2002
- NCHERM Judicial Decision-Maker Training Academy, St. Johns University (MN), 2002
- Fraternity Risk Management Trust Risk Management College, 2002
- NCHERM Judicial Decision-Maker Training Academy, Marist College, 2002
- Safe Schools, The Twelfth International Conference on Sexual Assault and Harassment on Campus, 2002
- NCHERM Judicial Decision-Maker Training Academy, Pitzer College, 2002
- Rocky Mountain College Health Association Annual Meeting, "Best Practices for Title IX Compliance and Sexual Assault Victimization Assistance," 2002
- NCHERM Judicial Decision-Maker Training Academy, Drexel University, 2002
- Association for Student Judicial Affairs (ASJA) Annual Conference, "Best Practices for Campus Sexual Misconduct Adjudication," and "Drunk Sex—Hook-up, Bad Sex, or Date Rape?" 2003
- NCHERM/Arthur J. Gallagher & Co. Invitational Seminar, "Campus Liability Summit," Kenyon College, OH, 2003
- NCHERM Judicial Decision-Maker Training Academy, Southern Methodist University, 2003
- NCHERM Judicial Decision-Maker Training Academy, Lewis & Clark College, 2003

- NCHERM Judicial Decision-Maker Training Academy, University of Maine, 2003
- NCHERM Judicial Decision-Maker Training Academy, Colorado College, 2003
- NCHERM Judicial Decision-Maker Training Academy, Grinnell College, 2003
- NCHERM Judicial Decision-Maker Training Academy, St. Johns Univ. (MN), 2003
- NCHERM Judicial Decision-Maker Training Academy, St. Norbert College, 2003
- NCHERM Judicial Decision-Maker Training Academy, University of San Diego, 2003
- TKKI Conference for a World Without Rape, Haverford, PA, 2003.
- URMIA Annual Conference—The University Risk Management and Insurance Association. Concurrent session on Risk Management in Student Affairs.  New Orleans, LA, 2003.
- ASJA Circuit 1 Drive-in Judicial Training Conference at Bentley College in Waltham, MA. Legal Liability Issues in Campus Judicial Affairs, 2002-2003.
- Safe Schools Conference.  Concurrent session, "Drunk Sex or Date Rape:  Can You Tell the Difference?" Concurrent session "Legislation and Litigation Update for Colleges and Universities on Sexual Assault and Sexual Harassment."  Panelist at the closing Plenary session.  Orlando, Florida.  October,  2003
- Higher Education Law & Policy Institute, San Diego, CA.    Concurrent session on The Standard of Proof in Date Rape and Sexual Assault Cases; Concurrent session on Strategies for Successful Adjudication of Campus Conduct Violations.  Concurrent session on Deploying Risk Management Strategies Effectively Within Student Affairs.  November, 2003.
- Maryland Coalition Against Sexual Assault Regional Conference.  Plenary session Drunk Sex or Date Rape:  Can You Tell the Difference?  Concurrent session on Sexual Assault, Sexual Harassment and Title IX:  Managing the Risk on Campus.   Concurrent session on LifeLessons Online:  Sexual Assault 101.  November, 2003.
- NCHERM Judicial Decision-Maker Training Academy, Woodbury University, CA, 2003.
- NCHERM Judicial Decision-Maker Training Academy, Goucher College, MD, 2003.
- NCHERM Judicial Decision-Maker Training Academy, Tulane University, LA, 2003.
- NCHERM Judicial Decision-Maker Training Academy, Fairleigh Dickinson University, NJ, 2003.
- NCHERM Judicial Decision-Maker Training Academy, Transylvania University, KY, 2003.
- NCHERM Judicial Decision-Maker Training Academy, Georgia State University, GA, 2003.
- NCHERM Judicial Decision-Maker Training Academy, Kenyon College, OH, 2003.
- NCHERM Seminar--Campus Sexual Assault and Alcohol Issues:  Strategies for Culture Change.  University of California, Irvine, 2003.
- Association for Student Judicial Affairs (ASJA) Annual Conference.  Half-day Pre-conference session on Best Practices for Adjudication of Campus Sexual Misconduct.  Concurrent session on Understanding the Consent Construct.  February, 2004.
- NCHERM Seminar--Campus Sexual Assault and Alcohol Issues:  Strategies for Culture Change, presented with Alan Berkowitz, Ph.D.  Union College, NY.  January, 2004.

- NCHERM Seminar--Campus Sexual Assault and Alcohol Issues:  Strategies for Culture Change, presented with Alan Berkowitz, Ph.D.  Thomas Jefferson University.  March, 2004.
- NCHERM Seminar—Risk Management for Student and Judicial Affairs—An Advanced Seminar.  Adelphi University, NY.  March, 2004.
- NCHERM Seminar—Sexual Assault, Sexual Harassment and Title IX:  Managing the Risk on Campus.  University of Denver.  March, 2004.
- Association for Student Personnel Administrators (ACPA) Annual Conference.  Concurrent Session on LifeLessons Online:  Sexual Assault 101.  Concurrent session on Elaborating a Risk Management Framework for Hearing Conduct Appeals.  April, 2004.
- NCHERM Judicial Decision-Maker Training Academy, St. Leo College, FL.  2004.
- NCHERM Judicial Decision-Maker Training Academy, Central College, IA.  2004.
- "Campus Judicial Training and Legal Issues."  NJ Deans of Students Association Annual Meeting, NJ., June 2004.
- "Sexual Assault Prevention Best Practices: Creating a Safer Community."  Conference at University of Oklahoma, August 2004.
- "Drunk Sex or Date Rape:  Can You Tell the Difference?", Plenary Address, WCASA Conference on Sexual Violence and the College Campus, Stevens Point, WI., September 2004.
- "Drunk Sex or Date Rape:  Can You Tell the Difference?" Conference Sponsor, Opening Keynote Address and two concurrent sessions at Safe Society Zone—The National Conference on Sexual Assault in Our Schools, Orlando, FL., October 2004.
- ASJA Circuit 3 Sexual Misconduct Conference, Keynote Address and panelist, York College of PA, December 2004.
- NCHERM Intensive Institute—Crafting a Code of Conduct for the 21st Century College at Lewis & Clark College, Portland, OR.  December, 2004.
- NCHERM Videoseminar--Best Practices for Campus Sexual Misconduct Judicial Training, at the University of Dayton.  Co-presented with Saundra Schuster, Esq.  September 2004.
- NCHERM Seminar--Campus Sexual Assault and Alcohol Issues:  Strategies for Culture Change, presented with Alan Berkowitz, Ph.D.  Catawba College, February 2005.
- NCHERM Audioseminar—A Civil Rights Approach to Campus Sexual Violence, co-presented with Saundra Schuster, Esq.  April 2005.
- NCHERM Audioseminar—Crafting a Code of Conduct for the 21st Century College, April 2005.
- NCHERM Audioseminar—The Challenge of Educating Students on High-Risk Health and Safety Issues.  Co-presented with Alan Berkowitz, Ph.D., June 2005.
- NCHERM Audioseminar—Best Practices for Balancing Rights in Campus Conduct Processes, June 2005.

- Association for Student Judicial Affairs (ASJA) Annual Conference, Conference Sponsor, All-Day Pre-conference and half-day post-conference presentations with Dr. Linda P. Rowe, February 2005.
- Guardian Conference, Keynote Address "Drunk Sex or Date Rape:  Can You Tell the Difference?" University of Central Oklahoma, June 2005.
- ASJA Donald Gehring Judicial Training Institute, Faculty.  The University of Utah, June 2005.
- CUPA-HR Annual Conference, Concurrent Session, "Sexual Assault, Sexual Harassment and Title IX:  Managing the Risk on Campus."  Orlando, Florida, September 2005.
- Safe Society Zone—The National Conference on Sexual Assault in Our Schools, Orlando, FL., October 2005.  Four concurrent sessions.
- "Risk Management Strategies for Student and Judicial Affairs" and "Risk Management Strategies for Student Organizations," The National Conference on Student Leadership, Orlando, FL.  November, 2005.
- The Higher Education Law & Policy Institute, Institute Sponsoring Partner, Opening Plenary Panelist and co-presenter of two concurrent sessions.  San Diego, CA.  December, 2005.
- CLHE Webinar "Due Process for Campus Conduct Proceedings."  December, 2005.
- Missouri (and Kansas) College and University Personnel Association Annual Meeting. Keynote and concurrent presenter.  Kansas City, January 2006.
- NCHERM Seminar "Legal Issues 2005", co-presented with Saundra Schuster, Esq. at Catawba College, NC.  February, 2006.
- NCHERM Seminar, "Best Practices for Response to Student Suicidality", co-presented with Saundra Schuster, Esq. at Catawba College, NC.  February, 2006.
- Association for Student Judicial Affairs (ASJA) Annual Conference, Conference Sponsor; Pre-conference presentation "Mission Impossible?  Protecting and Promoting Freedom of Expression while Protecting and Promoting Civility and Freedom from Harassment" and two concurrent sessions, "Addressing the Intersection of Campus Complaints with Criminal Trials" and "The Main Event:  A Debate on the Role of Evidence in Campus Hearings." February, 2006.
- Association for Student Personnel Administrators (ACPA) Annual Conference.   Pre-conference "Advanced Judicial Training Academy."  March, 2006.
- West Virginia Foundation for Rape Information and Services Annual Conference.  Keynote "Drunk Sex or Date Rape" and concurrent sessions "A Conversation on Consent" and "Strategies for Campus Culture Change on Sexual Misconduct."  April, 2006.
- NCHERM Seminar "Legal Issues 2005", co-presented with W. Scott Lewis, J.D. at Concordia University, WI.  April, 2006.
- NCHERM Seminar, "Best Practices for Addressing Student Suicidality", co-presented with W. Scott Lewis, J.D. at Concordia University, WI.  April, 2006.

- NCHERM Webinar, "Student Suicide: What College and University Administrators Need to Know About the Law and Best Practices."  Brett Sokolow, JD, Saundra Schuster, Esq. and W. Scott Lewis, JD.  June, 2006.
- ASJA Circuit Three & Pennsylvania College Personnel Association (PCPA) Joint Drive-In, Panelist "Risk Management in Campus Conduct Administration."  Lehigh University, PA. July, 2006.
- NCHERM Webinar, "Student Suicide: Best Practices for Student Affairs Administrators, Counselors and Campus Health Service Providers."  Brett Sokolow, JD, Saundra Schuster, Esq. Richard Kadison, M.D., and W. Scott Lewis, JD.  August 2006.
- CUPA-HR Annual Conference, Concurrent Session co-presented with Saundra Schuster, Esq., "Best Practices for Campus Civil Rights Investigations."  San Diego, CA, September 2006.
- Pennsylvania College Personnel Association (PCPA) Fall Keystone West, Featured Speaker, "Mental Health on our Campus:  Current Trends & Campus Responses."  St. Vincent College, PA.  November 2006.
- Pennsylvania College Personnel Association (PCPA) Fall Keystone East, Featured Speaker, "Mental Health on our Campus:  Current Trends & Campus Responses."  York College, PA. December, 2006.
- NCHERM Seminar, "Student Suicide: What College and University Administrators Need to Know About the Law and Best Practices."  Notre Dame de Namur University, CA. September, 2006.
- NCHERM Webinar, "Evaluating Sexual Misconduct Complaints:  Force, Consent and Incapacity.  October, 2006.
- NCHERM Webinar, "Campus Sexual Misconduct and the Law."  Co-presented with Saundra Schuster, Esq.  October, 2006.
- NCHERM Webinar, "Special Considerations in Hearing Sexual Misconduct Complaints."  Co-presented with W. Scott Lewis, JD.  October, 2006.
- National Meeting on Alcohol and Other Drug Abuse and Violence Prevention in Higher Education.  Concurrent session co-presented with Marlene Regan and Ann Malain on "Best Practices for Campus Sexual Assault Response Protocols."  Arlington, VA.  October, 2006.
- Safe Society Zone—The National Conference on Sexual Assault in Our Schools.  Keynote "Best Practices for Campus Sexual Misconduct Culture Change" and concurrent sessions. Tampa, FL., October 2006.
- CALCASA Institute, "Best Practices for Sexual Misconduct Judicial Training."  Columbus, OH. October, 2006.

**Publications**

_Books_

➢ The 1999 Clery Act (Campus Security Act) Compliance Manual.  Brett A. Sokolow, JD. (© 2000, The National Center for Higher Education Risk Management).

➢ The Campus Sexual Misconduct Judicial Training Manual.  Brett A. Sokolow, JD. (© 2000, The National Center for Higher Education Risk Management).

➢ A Model Campus Sexual Misconduct Response Protocol.  Brett A. Sokolow, JD and Katherine H. Koestner.  (© 2001, The National Center for Higher Education Risk Management).

➢ _The Right to Counsel in Campus Disciplinary Hearings:  How Much Process Is Due_?  Brett A. Sokolow, JD. (© 2000, The National Center for Higher Education Risk Management).

➢ Rules of Evidence for the Campus Judicial Process.  Brett A. Sokolow, JD. (© 2000, The National Center for Higher Education Risk Management).

➢ Creating a Proactive Campus Sexual Misconduct Policy. (© 2001, The National Center for Higher Education Risk Management).

➢ Comprehensive Campus Sexual Misconduct Judicial Procedures.  (© 2001, The National Center for Higher Education Risk Management).

➢ The Elements of College Judicial Jurisdiction.  (© 2000, The National Center for Higher Education Risk Management).

➢ Sexual Misconduct on Campus with Katherine H. Koestner (© 1999, Campus Outreach Services, Inc.).

➢ Total Sexual Assault Risk Management Strategies for Colleges with Katherine H. Koestner (© 1998, Campus Outreach Services, Inc.)

➢ Instilling Principles of Risk Management into the Daily Practice of Student Affairs.  Edited by Brett A. Sokolow, JD, with chapter contributions by Brett A. Sokolow, JD, John Wesley Lowery, Ph.D, Troy Harris, Beverly Costello, Dennis Gregory, Ed.D, and Edward Spencer, Ed.D.  (© 2001, The National Center for Higher Education Risk Management).

**Plaintiffs' Exh B page 10 of 31**

➢ The NCHERM Judicial Training Manual.  Edited by Brett A. Sokolow, JD, with chapter contributions by Brett A. Sokolow, JD, Mary Louise Antieau, JD, W. Scott Lewis, JD, and Linda P. Rowe, Ed.D. (© 2002, The National Center for Higher Education Risk Management).

➢ The Book on BIT (© 2010, The NCHERM Group, LLC and NaBITA).

➢ The Investigation in a Box (© 2015, The NCHERM Group, LLC and ATIXA).

➢  The ATIXA Playbook (© 2017, The NCHERM Group, LLC and ATIXA).

➢ The ATIXA TIXKit (© 2020, The NCHERM Group, LLC and ATIXA).

➢ The ATIXA Comprehensive Guide to the 2020 Title IX Regulations (© 2020, The NCHERM Group, LLC and ATIXA).

➢ The ATIXA Hearing Advisor's Guide (© 2020, The NCHERM Group, LLC and ATIXA).

*Chapters*

➢ "Sexual Violence:  The Legal Front," a chapter in the anthology, Just Sex (Rowman and Littlefield, 2000);

➢ "Sexual Assault Risk Management Strategies for Colleges: A User`s Guide To Fleshing Out the Campus Security Act" published as a chapter in Volume 3 of <u>The Complete Workplace Violence Prevention Manual</u> (James Publishing, 1998).

➢ "Proactive Violence Prevention for Colleges and Universities" published as a chapter in Volume 6 of <u>The Workplace Violence Prevention Guide</u> (Specialty Technical Publishers, 2003).

➢ "Risk Management for Community Colleges" in Legal Issues in the Community College (New Directions for Community Colleges, Jossey-Bass, 2004).

*Articles*

➢ "The Right to Counsel in College Disciplinary Hearings and Due Process Considerations" in Crime Victims' Litigation Quarterly, Vol. 3, No. 2.  National Victim Center, May 1996.

➢ "College Risk Management:  Creating a Sexual Assault Response Network Protocol."  Vol 3 <u>Workplace Violence Prevention</u> <u>Reporter</u> 12.  James Publishing, Inc. Dec. 1997.

➢ "The Elements of College Judicial Jurisdiction" in <u>The Report on Campus Community Safety</u>, Vol. 1 #1.  The Civic Research Institute.

➢ "Someone You Should Know:  Daren Bakst, Esq." in <u>The Report on Campus Community Safety</u>, Vol. 1 #2.  NY:  The Civic Research Institute.

➢ "Confidentiality and Mandatory Reporting of Sexual Assault Under Title IX" in <u>The Report on Campus Community Safety</u>, Vol. 1 #4.  The Civic Research Institute

➢ "Eliminating Force From Campus Sexual Misconduct Policies:  The Rise of The Consent Construct" in <u>The Report on Campus Safety and Student Development</u>, Vol. 2 #2.  NY:  The Civic Research Institute (co-author).

➢ "Disciplinary Appeals:  Getting Stickier on Campus" in <u>The Report on Campus Safety and Student Development</u>, Vol. 2 #2.  NY:  The Civic Research Institute.

➢ "Sexual Misconduct Policy Interactive Quiz (with Katie Koestner)" in <u>The Report on Campus Safety and Student Development,</u> Vol. 2 #3.  NY:  The Civic Research Institute.

➢ "Title IX Mandates:  What Does Recent Case Law Mean for Institutions in Cases of Student-on-Student Sexual Assault" in <u>The Report on Campus Safety and Student Development,</u> Vol. 2 #4.  NY:  The Civic Research Institute.

➢ "Someone You Should Know:  Joel Epstein, Esq." in <u>The Report on Campus Safety and Student Development,</u> Vol. 2 #4.  NY:  The Civic Research Institute.

➢ "What Is a Burden of Proof Requirement Doing in Your Campus Judicial Procedures?" in <u>The Report on Campus Safety and Student Development,</u> Vol. 2 #5.  NY:  The Civic Research Institute.

➢ "Student Offender:  Educate or Eliminate?" in <u>The Report on Campus Safety and Student Development,</u> Vol. 2 #5.  NY:  The Civic Research Institute.

➢ "Complying With the Clery Act:  The Advanced Course (with John Wesley Lowery, Ph.D., and Douglas Tuttle, MPA)" in <u>The Report on Campus Safety and Student Development,</u> Vol.

3 #1.  NY:  The Civic Research Institute.

➤ "Someone You Should Know:  An Interview With Katie Koestner." in The Report on Campus Safety and Student Development, Vol. 3 #3.  NY:  The Civic Research Institute.

➤ "Balancing Legalism and Developmentalism in Campus Judicial Proceedings." in The Report on Campus Safety and Student Development, Vol. 3 #4.  NY:  The Civic Research Institute.

➤ "Someone You Should Know: Alan D. Berkowitz, Ph.D." in The Report on Campus Safety and Student Development, Vol. 3 #4.  NY:  The Civic Research Institute.

➤ "A Few Random Notes From the Editor for Our Annual Sexual Assault Issue." in The Report on Campus Safety and Student Development, Vol. 3 #5.  NY:  The Civic Research Institute.

➤ "Harvard Policy Change Politicizes Rape." in The Report on Campus Safety and Student Development, Vol. 3 #6.  NY:  The Civic Research Institute.

➤ "Washington Word." in The Report on Campus Safety and Student Development, Vol. 3 #6. NY:  The Civic Research Institute.

➤ "Someone You Should Know: Ann Poston." in The Report on Campus Safety and Student Development, Vol. 4 #2.  NY:  The Civic Research Institute.

➤ "Who's Helping Whom:  Are Our Sexual Assault Response Protocols Working?" in The Report on Campus Safety and Student Development, Vol. 4 #5.  NY:  The Civic Research Institute.

➤ "Training Campus Conduct Boards for Sexual Misconduct Hearings." in The Report on Campus Safety and Student Development, Vol. 4 #5.  NY:  The Civic Research Institute.

➤ "Crafting a Code of Conduct for the 21st Century College." In The Report on Campus Safety and Student Development, Vol. 5 #5.  NY:  The Civic Research Institute.

➤ Casenote Comment:  "Interesting Case with Campus Crime Reporting Implications."  In The Report on Campus Safety and Student Development, Vol. 6 #3.  NY:  The Civic Research Institute.

➤ "The Typology of Campus Sexual Misconduct Complaints."  In The Report on Campus Safety

13

and Student Development, Vol. 6 #4.  NY:  The Civic Research Institute.

➤ "Mission Impossible:  Can Colleges Protect and Promote Freedom of Expression While Protecting and Promoting Civility and Freedom from Harassment?" with Linda P. Rowe, Ed.D.  In The Report on Campus Safety and Student Development, Vol. 6 #5  NY:  The Civic Research Institute.

➤ "All FIRE'd UP."  In The NCHERM Chronicle of Campus Conduct.  Vol. 1, Issue 1.  February 18th, 2005.  NCHERM:  Malvern, PA.

➤ "All FERPE'd UP."  In The NCHERM Chronicle of Campus Conduct.  Vol. 1, Issue 1.  February 18th, 2005.  NCHERM:  Malvern, PA.

➤ "Words Have Weight."  In The NCHERM Chronicle of Campus Conduct.  Vol. 1, Issue 2. February 25th,2005.  NCHERM:  Malvern, PA.

➤ "Standards of Proof in Campus Conduct Hearings."  In The NCHERM Chronicle of Campus Conduct.  Vol. 1, Issue 3.  March 5th, 2005.  NCHERM:  Malvern, PA.

➤ "You Have the Right to Remain Silent.  Don't You?"  In The NCHERM Chronicle of Campus Conduct.  Vol. 1, Issue 4.  March 11th, 2005.  NCHERM:  Malvern, PA.

➤ "The Self-Defense Defense."  In The NCHERM Chronicle of Campus Conduct.  Vol. 1, Issue 5. March 18th, 2005.  NCHERM:  Malvern, PA.

➤ "Settling Complaints—Very Unsettling."  In The NCHERM Chronicle of Campus Conduct. Vol. 1, Issue 5.  March 18th, 2005.  NCHERM:  Malvern, PA.

➤ "Deliberate Indifference Under Title IX:  Contrasting Williams v. Paint Valley with Sauls v. Pierce County."  In The NCHERM Chronicle of Campus Conduct.  Vol. 1, Issue 6.  March 25th, 2005.  NCHERM:  Malvern, PA.

➤ "The Challenge of Abusive Affiliation."  In The NCHERM Chronicle of Campus Conduct.  Vol. 1, Issue 7.  April 1st, 2005.  NCHERM:  Malvern, PA.

➤ "OCR Findings in its 2004 Investigation of Georgetown University."  In The NCHERM Chronicle of Campus Conduct.  Vol. 1, Issue 8.  April 8th, 2005.  NCHERM:  Malvern, PA.

Plaintiffs' Exh B page 14 of 31

➢ "Mediation and Title IX." In The NCHERM Chronicle of Campus Conduct. Vol. 1, Issue 9. March 22nd, 2005. NCHERM: Malvern, PA.

➢ "The FERPA IQ Test." In The NCHERM Chronicle of Campus Conduct. Vol. 1, Issue 10. April 22nd, 2005. NCHERM: Malvern, PA.

➢ "Do We Have to…Address Sexual Misconduct on Our Campuses?" In The NCHERM Chronicle of Campus Conduct. Vol. 1, Issue 11. May 6th, 2005. NCHERM: Malvern, PA.

➢ "The Redemptive Reversal." In The NCHERM Chronicle of Campus Conduct. Vol. 1, Issue 11. May 6th, 2005. NCHERM: Malvern, PA.

➢ "Best Practices for Addressing the Confluence of Campus Complaints with Criminal Trials." In The NCHERM Chronicle of Campus Conduct. Vol. 1, Issue 13. May 20th, 2005. NCHERM: Malvern, PA.

➢ "Revoking an Offer of Admission: Legal Issues and Best Practices." In The NCHERM Chronicle of Campus Conduct. Vol. 1, Issue 14. May 27th, 2005. NCHERM: Malvern, PA.

➢ "Too Much Civility? The Right to Confront in Campus Conduct Hearings," *Editor's Note to main article.* In The NCHERM Chronicle of Campus Conduct. Vol. 1, Issue 15. June 3rd, 2005. NCHERM: Malvern, PA.

➢ "We Need to Teach Students How to Drink." In The NCHERM Chronicle of Campus Conduct. Vol. 1, Issue 17. June 17th, 2005. NCHERM: Malvern, PA.

➢ "The Challenge of Educating Students on High-Risk Health and Safety Issues." In The NCHERM Chronicle of Campus Conduct. Vol. 1, Issue 18/19. June 24th, 2005. NCHERM: Malvern, PA.

➢ "M.I.T. Is Guilty…of Being Nice." In The NCHERM Chronicle of Campus Conduct. Vol. 1, Issue 21. August 12th, 2005. NCHERM: Malvern, PA.

➢ "Better Late Than Never: The Handbook for Campus Crime Reporting." In The NCHERM Chronicle of Campus Conduct. Vol. 1, Issue 22. August 19th, 2005. NCHERM: Malvern, PA.

➢ "Should Institutional Employees Have a Duty to Report Campus Crime?" In The NCHERM

15

<u>Chronicle of Campus Conduct</u>.  Vol. 1, Issue 23.  August 26th, 2005.  NCHERM:  Malvern, PA.

➢ "What Role Should Rules of Evidence Play in Campus Conduct Training?" In <u>The NCHERM Chronicle of Campus Conduct</u>.  Vol. 1, Issue 26.  September 16th, 2005.  NCHERM: Malvern, PA.

➢ "Best Practices:  What Do You Do When… A Student Reports a Sexual Assault but Then Asks That No Action Be Taken?" In <u>The NCHERM Chronicle of Campus Conduct</u>.  Vol. 1, Issue 27. September 23rd, 2005.  NCHERM:  Malvern, PA.

➢ "The Primacy of Policy." In <u>The NCHERM Chronicle of Campus Conduct</u>.  Vol. 1, Issue 29. October 7th, 2005.  NCHERM:  Malvern, PA.

➢ "The NCHERM 6-P Model for Campus Culture Change."  In <u>The NCHERM Chronicle of Campus Conduct</u>. Vol. 1, Issue 30.  October 14th, 2005. NCHERM:  Malvern, PA.

➢ "Sanctioning for Sexual Misconduct." In <u>The NCHERM Chronicle of Campus Conduct</u>.  Vol. 1, Issue 31.  October 21st, 2005.  NCHERM:  Malvern, PA.

➢ "The Role of Expert Witnesses in Campus Hearings." In <u>The NCHERM Chronicle of Campus Conduct</u>.  Vol. 1, Issue 32.  October 28th, 2005.  NCHERM:  Malvern, PA.

➢ "The Victim's Rights Paradigm for Campus Hearings." In <u>The NCHERM Chronicle of Campus Conduct</u>.  Vol. 1, Issue 33.  November 4th, 2005.  NCHERM:  Malvern, PA.

➢ "Is it Defamatory to Accuse a Student of a Conduct Violation?" In <u>The NCHERM Chronicle of Campus Conduct</u>. Vol. 1, Issue 37.  December 9th, 2005. NCHERM:  Malvern, PA.

➢ "Campus `Fire' Safety." In <u>The NCHERM Chronicle of Campus Conduct</u>.  Vol. 2, Issue 1. January 6th, 2006.  NCHERM:  Malvern, PA.

➢ "Web-based Approaches to Alcohol and Other Drug Intervention" Douglas Van Sickle, Ph.D. and Brett A. Sokolow, JD in the <u>Report on Campus Safety and Student Development</u> Vol. 7, #4.  January, 2006.  NY:  The Civic Research Institute.

➢ "Case Study." In <u>The NCHERM Chronicle of Campus Conduct</u>.  Vol. 2, Issue 8.  March 3rd, 2006.  NCHERM:  Malvern, PA.

➢ "The Alcohol Blackout:  A Book Review." In <u>The NCHERM Chronicle of Campus Conduct</u>. Vol. 2, Issue 9.  March 10th, 2006.  NCHERM:  Malvern, PA.

➢ "Risk Management in the College Setting." In <u>The NCHERM Chronicle of Campus Conduct</u>. Vol. 2, Issue10.  March 17th, 2006.  NCHERM:  Malvern, PA.

➢ "Web-Based Approaches to Alcohol and Other Drug Intervention." With Douglas L. VanSickle.  In <u>The NCHERM Chronicle of Campus Conduct</u>.   Vol. 2, Issue 13.  April 7th, 2006. NCHERM:  Malvern, PA.

➢ "Best Practices for Supporting Suicidal Students Within a Risk Management Framework." In <u>The NCHERM Chronicle of Campus Conduct</u>.  Vol. 2, Issue 17.  May 5th, 2006.  NCHERM: Malvern, PA.

➢ "Homosexuals Unwelcome Here…The Law of Discrimination by Recognized Student Organizations." In <u>The NCHERM Chronicle of Campus Conduct</u>.  Vol. 2, Issue 18.  May 12th, 2006.  NCHERM:  Malvern, PA.

➢ "Clery Act Quiz, Part One." In <u>The NCHERM Chronicle of Campus Conduct</u>.  Vol. 2, Issue 19. May 19th, 2006.  NCHERM:  Malvern, PA.

➢ "Clery Act Quiz, Part Two." In <u>The NCHERM Chronicle of Campus Conduct</u>.  Vol. 2, Issue 20. May 26th, 2006.  NCHERM:  Malvern, PA.

➢ "Clery Act Quiz, Part Three." In <u>The NCHERM Chronicle of Campus Conduct</u>.  Vol. 2, Issue 21.  June 2nd, 2006.  NCHERM:  Malvern, PA.

➢ "The Clery Act Quiz" in the <u>Report on Campus Safety and Student Development</u> Vol. 8, #1. May, 2006.  NY:  The Civic Research Institute.

➢ Editor:  <u>The Report on Campus Safety and Student Development (formerly titled the Report on Campus Community Safety)</u>, published bimonthly by the Civic Research Institute, New York.  2000-Present.

➢ Founder and Editor-in-Chief:  The NCHERM Chronicle of Campus Conduct, published weekly via email.  NCHERM, Malvern PA.  February 2005-July 2006.

➢ Legal Issues Editor, The Student Affairs Law and Policy Weekly, published by the Council on Law in Higher Education.  July 2006-present.

*White Papers*

➢ Co-author, <u>Guidance For Institutions in Cases of Student-on-Student Sexual Harassment and Sexual Assault</u>. (© 1999, Campus Outreach Services, Inc.).

➢ <u>Title IX Mandates:  What Does Recent Case Law Mean for Institutions in Cases of Student-on-Student Sexual Assault</u>? (© 2000, The National Center for Higher Education Risk Management).

➢ <u>Balancing Legalism and Developmentalism in Campus Judicial Proceedings</u> (© 2001, The National Center for Higher Education Risk Management).

➢ <u>Complying With the Clery Act:  The Advanced Course</u> (with John Wesley Lowery, Ph.D., and Douglas Tuttle, MPA).  (© 2002, The National Center for Higher Education Risk Management).

➢ <u>Instilling Risk Management Principles into the Daily Practice of Student Affairs</u>.  (© 2002. The National Center for Higher Education Risk Management).

➢ <u>It's Not That We Don't Know How to Think—It's That We Lack Dialectical Skills</u> (© 2003. The National Center for Higher Education Risk Management).

➢ <u>A Code of Conduct for the 21st Century College</u>.  (© 2004.  The National Center for Higher Education Risk Management).

➢ <u>The Typology of Campus Sexual Misconduct Complaints</u>. (© 2005.  The National Center for Higher Education Risk Management).

➢ <u>Our Duty OF Care is a Duty TO Care</u>.  (© 2006.  The National Center for Higher Education Risk Management).

➢ <u>Some Kind of Hearing</u>.  (© 2007.  The National Center for Higher Education Risk Management).

➢ <u>The NCHERM Behavioral Intervention and Threat Assessment Team CUBIT Model</u> (© 2008. The National Center for Higher Education Risk Management).

Plaintiffs' Exh B page 18 of 31

➢ Due Process and the Sex Police. *Authors: Nedda Black, J.D., LMSW, Michael Henry, J.D., W. Scott Lewis, J.D., Leslee Morris, J.D., Anna Oppenheim, J.D., Saundra K. Schuster, J.D., Brett A. Sokolow, J.D., Daniel C. Swinton, J.D., Ed.D.* (© 2017.  The NCHERM Group, LLC).

**NaBITA Whitepapers**

➢ 2015: The Core-Q10 Checklist: Assessment of a Behavioral Intervention Team. *Authors: W. Scott Lewis, J.D., Saundra K. Schuster, J.D., Brett A. Sokolow, J.D., Daniel C. Swinton, J.D., Ed.D., Brian Van Brunt, Ed.D.*

➢ 2014: Threat Assessment in the Campus Setting. *Authors: W. Scott Lewis, J.D., Saundra K. Schuster, J.D., Brett A. Sokolow, J.D., Daniel C. Swinton, J.D., Ed.D., Brian Van Brunt, Ed.D.*

➢ 2012: Case Management in Higher Education. *Authors: Joshua Gunn, Ph.D., Mary-Jeanne Raleigh, Ph.D., Carolyn Reinach Wolf, J.D., Brett A. Sokolow, J.D., Erica Woodley, M.S.*

➢ 2012: Suicidal Students, BITs and the Direct Threat Standard. *Authors: W. Scott Lewis, J.D., Saundra K. Schuster, J.D., Brett A. Sokolow, J.D.*

➢ 2011: Preventing the Preventable. *Authors: W. Scott Lewis, J.D., Saundra K. Schuster, J.D., Brett A. Sokolow, J.D., John Wesley Lowery, Ph.D., Brian Van Brunt, Ed.D.*

➢ 2010: Murder at UVA: Preventing the Preventable. *Authors: W. Scott Lewis, J.D., Saundra K. Schuster, J.D., Brett A. Sokolow, J.D., John Wesley Lowery, Ph.D., Brian Van Brunt, Ed.D.*

➢ 2009: Threat Assessment in the Campus Setting. *Authors: W. Scott Lewis, J.D., Carolyn Reinach Wolf, J.D., Brett A. Sokolow, J.D., John Wesley Lowery, Ph.D., Brian Van Brunt, Ed.D., John Byrnes*

➢ 2009: 2nd Generation Behavioral Intervention Best Practices. *Authors: W. Scott Lewis, J.D., and Brett A. Sokolow, J.D.*

**ATIXA Whitepapers**

➢ 2018: The ATIXA Guide to Sanctioning Student Sexual Misconduct Violations. *Authors: Michael Henry, J.D., W. Scott Lewis, J.D., Leslee Morris, J.D., Saundra K. Schuster, J.D., Brett A. Sokolow, J.D., Daniel C. Swinton, J.D., Ed.D., with contributions from Richard Olshak, M.S.*

➢ 2017: The ATIXA Rubric for Addressing Campus Sexual Misconduct. *Authors: Nedda Black, J.D., LMSW, Michael Henry, J.D., W. Scott Lewis, J.D., Leslee Morris, J.D., Anna Oppenheim, J.D., Saundra K. Schuster, J.D., Brett A. Sokolow, J.D., Daniel C. Swinton, J.D., Ed.D.*

19

- 2016: <u>The 7 Deadly Sins of Title IX Investigations</u>. *Authors: Michael Henry, J.D., W. Scott Lewis, J.D., Leslee Morris, J.D., Anna Oppenheim, J.D., Saundra K. Schuster, J.D., Brett A. Sokolow, J.D., Daniel C. Swinton, J.D., Ed.D., Brian Van Brunt, Ed.D.*

- 2015: <u>The Challenge of Title IX Responses to Campus Relationship and Intimate Partner Violence</u>. *Authors: Juliette Grimmett, MPH, W. Scott Lewis, J.D., Saundra K. Schuster, J.D., Brett A. Sokolow, J.D., Daniel C. Swinton, J.D., Ed.D., Brian Van Brunt, Ed.D.*

- 2014: <u>Equity is Such a Lonely Word</u>. *Authors: W. Scott Lewis, J.D., Saundra K. Schuster, J.D., Brett A. Sokolow, J.D., Daniel C. Swinton, J.D., Ed.D.*

- 2013: <u>The Top Ten Things We Need to Know About Title IX (That the DCL Didn't Tell Us)</u> *Authors: W. Scott Lewis, J.D., Saundra K. Schuster, J.D., Brett A. Sokolow, J.D., Daniel C. Swinton, J.D., Ed.D.*

- 2011: <u>Deliberately Indifferent: Crafting Equitable and Effective Remedial Processes to Address Campus Sexual Violence.</u> *Authors: W. Scott Lewis, J.D., Saundra K. Schuster, J.D., Brett A. Sokolow, J.D.*

- 2010: <u>Gamechangers-Reshaping Campus Sexual Misconduct Through Litigation.</u> *Authors: W. Scott Lewis, J.D., Saundra K. Schuster, J.D., Brett A. Sokolow, J.D.*

*Videos*

- The 2000 NCHERM Sexual Misconduct Judicial Training Videoseminar.  Four hour tape of satellite seminar.(© 2000.  The National Center for Higher Education Risk Management).

- The 2001 NCHERM Judicial Training Videoseminar.  Six hour tape of satellite seminar. (© 2001.  The National Center for Higher Education Risk Management).

- Instilling Risk Management Principles into the Daily Practice of Student Affairs.  Four hour tape of web-seminar.  (© 2002.  The National Center for Higher Education Risk Management).

- The 2003 NCHERM Judicial Decision-Maker Training Academy.  Four-hour tape of dialetical skill-building training academy with mock cases on sexual assault and computer harassment.  (© 2003.  The National Center for Higher Education Risk Management).

- The 2004 Best Practices for Campus Sexual Misconduct Judicial Training Videoseminar, with Saundra Schuster, Esq.  Four-hour tape of satellite-broadcast judicial training from the University of Dayton, OH. (© 2004.  The National Center for Higher Education Risk

Management).

*Audioseminars on CD-ROM*

➢ NCHERM Audioseminar—A Civil Rights Approach to Campus Sexual Violence, co-presented with Saundra Schuster, Esq.  90 minutes.

➢ NCHERM Audioseminar—Crafting a Code of Conduct for the 21st Century College.  90 minutes.

➢ NCHERM Audioseminar—The Challenge of Educating Students on High-Risk Health and Safety Issues.  Two 90-minute sessions.  Co-presented with Alan Berkowitz, Ph.D.

➢ NCHERM Audioseminar—Best Practices for Balancing Rights in Campus Conduct Processes. 90 minutes.

➢ NCHERM Audioseminar--Basic Fairness and Proceedings--Don Gehring and Brett Sokolow offer a basic introduction to procedural fairness and decision-making, including the legal underpinnings of fundamental fairness and due process. 90 minutes.

➢ NCHERM Audioseminar--*The Skill of Analyzing and Applying Policy*--offers participants a chance to work with Brett Sokolow and Saundra Schuster on policy analysis, complex complaints, multiple violation complaints and group violations. 90 minutes.

➢ NCHERM Audioseminar--*Deliberation Skills and Sanctioning Principles*--Don Gehring and Brett Sokolow talk about the philosophy of using progressive, developmental sanctions. Deliberation skills and three models of deliberation (Adversarial, Consensus and Hierarchical) are presented. 90 minutes.

➢ NCHERM Audioseminar--*Sexual Misconduct Judicial Training*-- Brett Sokolow and Saundra Schuster focus on special considerations for sexual misconduct complaints. 90 minutes.

➢ NCHERM Audioseminar--*Questioning Skills and Gestics*--Brett Sokolow and Scott Lewis discuss the science of interpreting body language and affect and the skill of questioning witnesses. 90 minutes.

➢ NCHERM Audioseminar--*Evaluating and Weighing Evidence*--Mary Lou Antieau and Brett Sokolow talk about simple, informal evidence rules to guide decision-making in campus

Plaintiffs' Exh B page 21 of 31

hearings. 90 minutes.

➢ NCHERM Suicide Webinar Part I: Student Suicide: What College and University Administrators Need to Know About the Law and Best Practices.  Brett Sokolow, JD, Saundra Schuster, Esq. and W. Scott Lewis, JD.  90 minutes.

➢ NCHERM Suicide Webinar Part II:  Student Suicide: Best Practices for Student Affairs Administrators, Counselors and Campus Health Service Providers.  Brett Sokolow, JD, Saundra Schuster, Esq. Richard Kadison, M.D., and W. Scott Lewis, JD. 120 minutes.

*Expert Cases*

Current rate: $850/hr. off-site

- <u>Hamid, Pennington, Kalbacher v. James Heaps and UCLA (2022)</u>
  - o Plaintiff's expert for three victims of sexual abuse by Dr. James Heaps. State court negligence claims.
  - o *Complaint filed. Report February 2022.*
- <u>Cosby v. Zeta Beta Phi Sorority (2021)</u>
  - o Plaintiff's expert in state court wrongful death hazing action
  - o *Complaint filed. Report November 2021.*
- <u>Mary Zulauf v. Marshall University Board of Governors (2021)</u>
  - o Defense expert for university in Title IX claim in federal court.
  - o *Complaint filed. Report completed December 2021.*
- <u>Jane Does 1-5 v. Concordia Preparatory School (2021)</u>
  - o Plaintiff's expert for five victims of sexual assault and sexual harassment
  - o *Complaint filed. Reports completed January, 2022.*
- <u>John Doe v. Kenyon College (2021)</u>
  - o Plaintiff's expert for a respondent student alleging erroneous outcome under Title IX.
  - o *Complaint filed. Settled.*
- <u>Jane Doe 2 v. Montana State University (2020)</u>
  - o Defense expert in federal court on a Title IX claim by an alleged victim of sexual misconduct.
  - o *Complainant filed. Expert report 2021. Settled.*
- <u>Jane Doe 3 v. Montana State University (2020)</u>
  - o Defense expert in federal court on a Title IX claim by an alleged victim of sexual misconduct.
  - o *Complainant filed. Expert report 2021. Settled.*
- <u>Doe v. Roaring Fork School District (2020)</u>
  - o Defense expert in federal court on a Title IX claim by an alleged victim of sexual misconduct.
  - o *Complainant filed. Expert report 2020. Deposed January 2021.*
- <u>Doe v. Manhattan Beach Unified School District (2020)</u>
  - o Defense expert in federal court on a Title IX claim by an alleged victim of sexual misconduct.
  - o *Complainant filed. Expert report 2020. Deposed January 2021. Summary judgment for defendants, August 2021.*

23

- Dailey v. University of Vermont (2020)
  - Plaintiff's expert in state court on a negligence claim by a student who experienced a traumatic brain injury after falling out of a residence hall window.
  - *Complainant filed. Deposed March 2021.*
- John Doe v. University of Nebraska (2020)
  - Defense expert in federal court on a Title IX erroneous outcome claim by a student expelled for sexual assault.
  - *Complaint filed. Expert report 2020. Defense won on summary judgment.*
- Klug v. Marshall University Board of Governors (2020)
  - Defense expert in federal court on a Title IX deliberate indifference claim by an alleged victim of sexual harassment and sex discrimination.
  - *Complaint filed. Expert report 2020. Settled.*
- Gonzales v. Marshall University Board of Governors (2019)
  - Defense expert in federal court on a Title IX deliberate indifference claim by an alleged victim of sexual assault by a fellow student.
  - *Complaint filed. Expert report 2020. Deposed 2020. Summary judgment for university.*
- John Doe v. Loyola University (Chicago) (2020)
  - Plaintiff's expert in federal court in a negligence and Title IX suit by a student accused of sexual assault.
  - *Complaint filed. Expert report completed 2021. Deposed February 2021.*
- Andrea Goldblum v. the University of Cincinnati (2020)
  - Defense expert in a federal Title IX retaliation and wrong termination suit.
  - *Complaint filed. Expert report completed 2020.*
- Robert Wainburg v. Piedmont College (2020)
  - Plaintiff's expert in state court wrongful dismissal action.
  - *Complaint filed. Expert report completed 2020. Deposed July 2021.*
- Tina Jaeckle v. Flagler College (2020)
  - Plaintiff's expert in federal court on a Title IX retaliation action.
  - *Complaint filed. Expert report completed 2021.*
- Doe v. Gwinnett County Schools (2020)
  - Defense expert in federal court in a negligence and Title IX suit by a student who was sexually assaulted by a fellow student.
  - *Complaint filed. Expert report completed 2021. Deposed August 2021.*
- Jane Doe v. William Jewell College (2020)
  - Plaintiff's expert in federal court in a negligence and Title IX suit by a student who was sexually assaulted by a fellow student.
  - *Complaint filed. Expert Report 2020. Deposed 2020. Refiled in state court.*

- <u>Andrews v. Baylor University</u> (2020)
  - Plaintiff's expert in state court on a negligence action by a student who was sexually assaulted by a fellow student.
  - *Complaint filed. Expert report March 2021. Deposed April 2021. Testimony at trial May 2021. Jury verdict for defense.*
- <u>Luthra v. Tredyffrin-Easttown School District (2019)</u>
  - Defense expert in federal court in a negligence and Title IX suit by a student who had a sexual relationship with an instructional aide.
  - *Complaint filed. Expert report 2019.*
- <u>Doe v. Simon's Rock of Bard College (2019)</u>
  - Plaintiff's expert in federal court in a negligence and Title IX suit by a student accused of sexual assault.
  - *Complaint filed. Expert report 2019. Deposed 2019. Excluded April 2021.*
- <u>L.E. v. Lakeland School District (2019)</u>
  - Plaintiff's expert in a Title sexual abuse case in federal court.
  - *Defense motion for summary judgment denied. Complaint filed. Expert report 2019. Sokolow affidavit excluded.*
- <u>T.S. v. Fairmont State University (2019)</u>
  - Defense expert in federal court in a negligence and Title IX suit by a student who was sexually assaulted by a fellow student.
  - *Complaint filed. Expert report 2019. Deposed 2019. Summary judgment for university, 2019.*
- <u>Jane Doe v. Miami-Dade County Schools (2019)</u>
  - Defense expert in federal court in a negligence and Title IX suit by a student who was sexually assaulted by a fellow student.
  - *Settled. Complaint filed.*
- <u>Doe v. Quinnipiac University (CT).</u> 2018
  - Plaintiff's expert in federal court in a negligence and Title IX suit by a student accused of sexual assault.
  - *Settled. Summary judgment 2019. Complaint filed. Expert report 2018.*
- <u>Does v. Clark County School District (2018)</u>
  - Defense expert in federal court in a Title IX suit brought by the family of an alleged abuse victim.
  - *Settled. Complaint filed. Expert report 2018.*
- <u>Mikolas v. Idaho State University (ID).</u> 2018
  - Plaintiff's expert in federal court in a Title IX suit by an alleged victim of sexual violence.
  - *Complaint filed.*

**Plaintiffs' Exh B page 25 of 31**

- <u>John Doe v. Confidential University (DC)</u>. 2017
  - o Plaintiff's expert in federal court in a negligence and Title IX suit by a student accused of sexual assault.
  - o *Settled. Complaint filed.*
- <u>John Doe v. Confidential University (CA)</u>. 2017
  - o Defense expert for university in federal court in action related to student free speech and civil rights.
  - o *Settled. Complaint filed.*
- <u>Kong v. the University of Pennsylvania</u> (PA). 2017.
  - o Wrongful death action on behalf of a plaintiff. Assessment of the school's behavioral intervention team and suicide response program.
  - o *Complaint filed. Report completed 2020. Trial February 2022.*
- <u>Jane Does v. La Vernia School District (TX)</u>. 2017
  - o Plaintiff's expert in state court negligence action on behalf of minor students alleging sexual assault.
  - o *Complaint filed.*
- <u>Swangler v. Alachua School District (FL)</u>. 2017
  - o Plaintiff's expert in state court negligence action on behalf of a former minor student sexually assaulted in school by another student.
  - o *Complaint filed. Expert report completed. Case settled.*
- <u>Dougherty v. LaSalle University (PA)</u>. 2017
  - o Plaintiff's expert in state court for the family of a student who died from a drug overdose.
  - o *Settled. Complaint filed. Expert report completed.*
- <u>Ketchens v. Cornell College (IA)</u>. 2017
  - o Defense expert in state negligence action by former student impacted by frostbite at off-campus fraternity activity
  - o *Dismissed.*
- <u>Jane Doe v. Dardanelle School District (AR)</u>. 2017
  - o Plaintiff's expert for minor student suing school in state court for negligence related to sexual assault.
  - o *Complaint filed. Expert report completed.*
- <u>Jane Doe v. The Wellington School (OH)</u>. 2017
  - o Defense expert for school in federal court in a negligence and negligent supervision action by former student related to sexual harassment by former teacher.
  - o *Complaint filed. Expert report completed. Summary judgment awarded to defendant.*

26

- <u>Jane Doe v. Aspire Public Schools TN, LLC, d/b/a Aspire Hanley 1 and 2</u> (TN). 2017
  - o Plaintiff's expert for minor student suing school in state court for negligence related to sexual assault.
  - o *Complaint filed.*
- <u>John Doe v. St. Mary's College of Moraga (CA)</u>. 2016
  - o Plaintiff's expert on a Title IX and negligence claim filed in federal court by a student suspended for sexual misconduct.
  - o *Complaint filed pending state court action. Complaint withdrawn.*
- <u>John Doe v. Brown University (RI)</u>. 2016
  - o Plaintiff's expert on a Title IX erroneous outcome claim filed in federal court by a student suspended for sexual misconduct.
  - o *Injunction granted. Title IX claim survived motion to dismiss. Complaint filed. Expert report completed. Deposed 2018. Trial scheduled September 2018. Settled.*
- <u>John Doe v. University of Pennsylvania (PA) 2016.</u>
  - o Plaintiff's expert on a Title IX erroneous outcome claim filed in federal court by a student found to have violated the sexual misconduct policy.
  - o *TRO granted. Settled.*
- <u>Jane Doe v. Miami University of Ohio (OH). 2016</u>
  - o Plaintiff's expert for a victim of sexual misconduct suing university in federal court for negligence.
  - o *Case dismissed.*
- <u>Elizabeth Shank v. Carleton College (MN). 2016</u>
  - o Plaintiff's expert in federal court on claims for negligence and violations of Title IX for female student sexually assaulted twice at college.
  - o *Motion to dismiss partially granted in 2017, but Title IX claims and negligence claims survived. Complaint filed. Expert report completed 2018. Summary judgment granted to Carleton College.*
- <u>Sylvia Angelini, et al. v. Spa Dogs, LLC, Massage Envy Franchising, LLC, et al. (PA) 2016</u>
  - o Plaintiff's expert in a state court negligence suit by women suing a Massage Envy franchise and Massage Envy, LLC for sexual assault by a masseuse.
  - o *Complaint filed. Expert report completed. Settled.*
- <u>John Doe v. the University of St. Thomas (MN). 2016</u>
  - o Plaintiff's expert in federal court in a due process and Title IX suit by a student accused of sexual assault.
  - o *Ongoing. No report. No deposition to date. Negligence claim survived motion to dismiss.*
- <u>McCloud v. Duke University (NC). 2016</u>

27

- o Plaintiff's expert in state court in a due process and Title IX suit by a student accused of sexual assault.
  - o *Expert report 2017. Deposed 2017. Settled.*
- Jane Does 1-8 v. the University of Tennessee, Knoxville (TN). 2016
  - o Plaintiffs' expert in federal court in negligence and Title IX claims arising from sexual assaults and a hostile environment created by the athletics program.
  - o *Settled 2016, $2.48m. No report. No deposition.*
- Bergman v. Rockhurst University (MO). 2015
  - o Plaintiff's expert in state court in negligence action related to paralysis resulting from an orientation slip-n-slide activity.
  - o *Settled 2016. Expert report and deposition 2015.*
- Jane Doe v. Southeastern University (FL). 2015
  - o Defense expert for university in state court negligence action by student injured during a Tug-of-War orientation activity.
  - o *Settled. No report. No deposition.*
- Jane Doe v. Susquehanna Twp. School Dist (PA). 2015
  - o Defense expert to a PA school district in a Title IX claim involving an inappropriate relationship between a school official and a student.
  - o *Report, October 2015. Summary judgment successfully appealed to Third Circuit, 2020.*
- Jane Doe. v. University of Arizona (AZ). 2015
  - o Plaintiff's expert for victim in state court Title IX sexual harassment/assault/negligence lawsuit (employee coach perpetrator).
  - o *Ongoing. Complaint filed. Affidavit submitted. Settled.*
- Jane Doe v. Baylor University (TX). 2015
  - o Plaintiff's expert for victim in federal court in Title IX sexual harassment/assault/negligence lawsuit.
  - o *Settled. No complaint filed.*
- Browning and Baity v. University of Findlay (OH). 2015
  - o Plaintiff's expert in federal court for two students expelled from university in a Title IX sexual assault/negligence/defamation lawsuit.
  - o *Settled. Complaint filed. Expert report completed.*
- Jane Doe(s) v. Rust College (MS). 2015
  - o Plaintiff's expert for victim in state court in Title IX sexual harassment/assault lawsuit (faculty perpetrator).
  - o *Settled.  Report August 2015.  Deposed September 2015.*
- John Doe. v. Reed College (OR). 2015

- o Plaintiff's expert in federal court for accused student in sexual misconduct/Title IX lawsuit.
- o *Settled.  No report, no deposition.*
- John Doe v. Boston College (MA). 2015
  - o Plaintiff's expert for accused student in sexual misconduct/Title IX lawsuit
  - o *Report completed 1/16, deposed 2016. Motion to dismiss granted to BC. Motion to dismiss appealed to 1st Circuit. Oral arguments heard on appeal. 1st Circuit reversed on contract and essential fairness grounds, 2018. Contract claim successful at trial, 2019. Excluded as expert on only remaining cause of action (contract).*
- Chelsea Godfrey v. Ferrum College (VA). 2014
  - o Defense expert to the college in a Title IX lawsuit by student victim of sexual misconduct.
  - o *Settled. No report.  No deposition. Affidavit.*
- Jane Doe v. Virginia Wesleyan College (VA). 2014
  - o Defense expert in Title IX lawsuit by sexual misconduct victim against university.
  - o *Report November 2015 and deposition, December 2015. Trial May, 2016. Defense verdict at trial.*
- Pi Kappa Alpha v. Florida State University (FL). 2014
  - o Expert for Pi Kappa Alpha in hazing/sexual assault allegation.
  - o *Resolved.  No report, no deposition.*
- Amanda Linna v. Delta Upsilon Fraternity (OH). 2014
  - o Plaintiff's expert in domestic violence/alcohol/fraternity duty negligence case.
  - o *Resolved.  Report.  Deposed.*
- Andrew Caero v. Lambda Chi Alpha (CA). 2014
  - o Plaintiff's expert to hate crime attack victim in negligence case against fraternity; national.
  - o *Settled.  Report. Deposed.*
- Erica Kinsman v. Florida State University (FL). 2014
  - o Plaintiff's expert in Title IX lawsuit against Florida State University and OCR complaint by campus sexual misconduct victim;
  - o *Settled for $950,000.  No report. No deposition.*
- Keifer Johnson v. Western Colorado State University (CO). 2013
  - o Plaintiff's expert to student accused of sexual misconduct in Title IX/negligence/defamation suit against university.
  - o *Dismissed. Report.*
- Dezmine Wells v. Xavier University (OH). 2013

- o Defense consultant to university in lawsuit by student expelled for sexual misconduct. Title IX/negligence/defamation.
  - o *Settled. No report. No deposition.*
- John Doe v. Drexel University (PA). 2014
  - o Plaintiff's expert to a student accused of sexual misconduct in preparation for a campus conduct process in Pennsylvania.
  - o *Resolved.*
- Eichorn v. Sigma Nu (SC). 2014.
  - o Plaintiff's expert in a lawsuit regarding a non-fatal fall in a fraternity house.
  - o *Settled.  Report. Deposition.*
- Plaintiffs v. University of Colorado, Denver (CO). 2013
  - o Subject matter expert to Perkins Coie, LLP in its investigation of the James Holmes shooting for the University of Colorado, Denver.
  - o *Resolved. Report. No deposition.*
- Crozier v. Phi Sigma Kappa (PA).  2013
  - o Plaintiff's expert in a lawsuit involving a fatal fall in a fraternity house.
  - o *Settled.  Report. Deposition.*
- Crabtree v. Tres Settle, et al., McLean (KY) Circuit Court. 2013
  - o Plaintiff's expert in school negligent injury case.
  - o *Settled. No report.  No deposition.*
- Hobbs v. Gonzaga University (WA). 2012.
  - o Defense expert on behalf of Gonzaga University in the Title IX matter.
  - o *Settled.  Report.  No deposition.*
- Caption Omitted by Confidential Settlement (PA). 2012
  - o Defense expert on behalf of a private college in Pennsylvania in a negligence case involving the injury of a student.
  - o *Settled.  Report.  No deposition.*
- Caption Omitted by Court Seal. 2012
  - o Defense expert on behalf of a private college in Pennsylvania in a wrongful death case.
  - o *Settled. Report.  No deposition.*
- Chaaya v. Anne Arundel County Bd. of Educ. (MD). 2011
  - o Plaintiff's expert in fall from equipment; negligent supervision lawsuit.
  - o *Settled.  Deposition.  No report.*
- Buccinio v. Rutherford Bd. of Educ. (NJ). 2011
  - o Defense expert witness in a K-12 school security and negligence action involving the sexual assault of a student;
  - o *Settled. Report. No deposition.*

- <u>E.N. v. Susquehanna Twp. Sch. Dist</u>. (PA) 2010
  - ○ Plaintiff's expert in lawsuit suing a Pennsylvania school district under Title IX for sexual assault/harassment and retaliation action.
  - ○ *Settled. Report. No deposition.*
- <u>John Doe et. al. v. Sewanee, the University of the South (TN).</u> 2010
  - ○ Plaintiff's expert witness in a student discipline and negligence action in federal court.
  - ○ *Jury verdict for plaintiff. Report, deposition and jury testimony.*
- <u>Dylan Campbell v. Coe College</u> (IA). 2010.
  - ○ Defense expert witness on behalf of Coe College in a premises liability negligence action against the college and the president is his personal capacity;
  - ○ *Settled. Report, no deposition.*
- <u>Lanahan v. Chi Psi Inc</u>. (CO). 2010.
  - ○ Defense expert to Chi Psi Fraternity national and alumni chapter in a wrongful death, hazing and alcohol action.
  - ○ *Settled*.  *Report. Deposition.*
- <u>Jane Doe v. West Virginia Wesleyan University (WV)</u>. 2007.
  - ○ Defense expert in a campus security and premises liability negligence action for a student sexual assault.
  - ○ *Settled. No report. No deposition.*
- <u>Padiyar v. AECOM, Inc.</u> (NY). 2005
  - ○ Plaintiff's expert in appeal of a student discipline expulsion and allegation of sexual orientation discrimination.
  - ○ *Dismissed on procedural grounds.  No report. No deposition.*
- <u>Candace Minear v. Sigma Kappa Sorority, Inc., Sigma Kappa Sorority Delta Upsilon Chapter, Sigma Kappa National Housing Corporation, Inc</u>., (MO) 2004.
  - ○ Plaintiff's expert in a negligence action for injuries resulting from a sorority initiation.
  - ○ *Settled. Deposition. No report.*

Plaintiffs' Exh B page 31 of 31