UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, et al.**<br>*Plaintiffs*<br><br>v.<br><br>**BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE**<br>*Defendant* | Case No.: 3:21-cv-00242<br><br>Division WBV-SDJ<br><br>JUDGE WENDY B. VITTER<br><br>MAGISTRATE JUDGE JOHNSON<br><br>JURY DEMANDED |

**PLAINTIFFS' OPPOSITION TO BOARD'S MOTION IN LIMINE AND DAUBERT MOTION TO EXCLUDE OR LIMIT TESTIMONY OF PLAINTIFFS' EXPERT WITNESS DR. APRYL POOLEY**

Plaintiffs Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, and Sarah Beth Kitch ("Plaintiffs"), through undersigned counsel, respectfully submit this Memorandum in Opposition to the Motion in Limine and Daubert Motion to Exclude or Limit Testimony of Plaintiffs' Expert Witness Dr. Apryl Pooley ("Motion") filed by Defendant Board of Supervisors of Louisiana State University and Agricultural and Mechanical College ("Board").[1] Plaintiffs do not intend to call this witness at trial, so the Board's Motion should be denied as moot.

Plaintiffs engaged Dr. Apryl Pooley to provide expert testimony in this matter. Dr. Pooley produced an expert report on January 2, 2023. On March 31, 2023, this Court dismissed several of the Plaintiffs' claims. Plaintiffs have decided not to call Dr. Pooley as a witness at the trial of this matter.

---

[1] Rec. Doc. 438.

On August 29, 2023, counsel for the Board reached out to counsel for Plaintiffs with a list of topics for which the Board was considering filing a Motion in Limine.[2] Plaintiffs provided written responses to this list, and then a telephone conference between all counsel discussed various disputes in more depth.[3] During this written correspondence and during the telephone conference, the Board never expressed an intention to file a motion in limine to limit the testimony of Dr. Apryl Pooley.[4] Thus, the testimony of Dr. Pooley was not discussed among the parties. On September 18, 2023, the Board filed the present Motion regarding Dr. Pooley.

When parties agree to voluntarily withhold the information the movant seeks to be excluded in a motion in limine, such motion should be denied as moot.[5] In *Washington v. E. Baton Rouge Par. Sch. Bd.*, this Court recently denied motions in limine on six separate issues when the non-movant represented that they did not intend to use the purported evidence at trial, except for impeachment purposes allowed under the Federal Rules of Evidence.[6] As in *Washington*, the testimony and expert report of Dr. Pooley will not be used at trial; thus, the Board's Motion should be denied as moot.

## CONCLUSION

For the foregoing reasons, Plaintiffs Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, and Sarah Beth Kitch respectfully request that the Court deny the Board's Motion in Limine and Daubert Motion to Exclude or Limit Testimony of Plaintiffs' Expert Witness Dr. Apryl Pooley.

---

[2] Exhibit 1 at 5.
[3] *See Id.* at 1-2.
[4] *See Id.*
[5] *See e.g., Washington v. E. Baton Rouge Par. Sch. Bd.*, No. CV 21-00192-BAJ-RLB, 2023 WL 2072083, at *1 (M.D. La. Feb. 17, 2023).
[6] *Id.*

Respectfully Submitted,

/s/ Endya L. Hash

| | |
|---|---|
| Karen Truszkowski | Catherine E. Lasky (La. Bar 28652) |
| *Pro Hac Vice* | Endya L. Hash (La. Bar 38260) |
| Temperance Legal Group | Katie Lasky Law |
| 503 Mall Court #131 | 619 Homedale Street |
| Lansing, Michigan 48912 | New Orleans, Louisiana 70124 |
| P: (844) 534-2560 | P: (504) 584-7336 |
| F: (800) 531-6527 | F: (504) 375-2221 |
| karen@temperancelegalgroup.com | katie@katielaskylaw.com |
| | endya@katielaskylaw.com |

Elizabeth K. Adnour
*Pro Hac Vice*
Abdnour Weiker, LLP
500 East Michigan Ave Suite 130
Lansing, Michigan 48912
P: (517) 994-1776
F: (614) 417-5081
liz@education-rights.com

*Attorneys for Plaintiffs*