CONFIDENTIAL - ATTORNEYS' EYES ONLY

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.

                           CASE NO.: 3:21-CV-00242
VERSUS                   JUDGE WENDY B. VITTER
                        MAGISTRATE JUDGE JOHNSON

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE

* * * * * * * * * * * * * * * * * * * * * *

ZOOM DEPOSITION OF

DARREN CAHILL

TAKEN VIA ZOOM, BATON ROUGE, LOUISIANA, ON

MAY 22, 2023, BEGINNING AT 9:01 A.M.

REPORTED BY:
     JENNIFER W. PICKETT
     CERTIFIED COURT REPORTER
     CERTIFICATE NUMBER 29011

EXHIBIT B

DARREN CAHILL

CONFIDENTIAL - ATTORNEYS' EYES ONLY

A P P E A R A N C E S

Representing: LSU Board
MOLLY C. MCDIARMID, ESQ.
Phelps Dunbar
II City Plaza, Suite 1100
400 Convention Street
Baton Rouge, Louisiana 70802
molly.mcdiarmid@phelps.com


Representing: Plaintiffs
KAREN TRUSZKOWSKI, ESQ.
Temperance Legal Group
503 Mall Court #131
Lansing, Michigan 48912
karen@temperancelegalgroup.com

```
 1   A    4 P.M., it's a perfect time.

 2   Q    Wonderful.  Can you give me a little bit

 3        of information about your background in

 4        tennis?  I know that that's probably

 5        easier said than done but go ahead.

 6   A    I'll start from the very start.  I was

 7        born into a bit of a sporting family.  My

 8        father's a Hall of Fame Australian rules

 9        football player and coach in Australia,

10        which is the same type of Hall of Fame as

11        what you guys have in the States in the

12        NFL.  So, born into a sporting family,

13        played football, Aussie rules, and tennis

14        as a youngster at sixteen years of age.

15        Left school and turned professional as a

16        professional tennis player and worked my

17        way through the ranks and got a career-

18        high ranking of twenty-two in the world

19        in singles and a career-high ranking of

20        number ten in the world in doubles.  My

21        career finished a little bit early.  I

22        finished when I was about twenty-five

23        years of age because of about a dozen

24        knee surgeries up until twenty-five years

25        of age.  So, as one door closes another
```

```
 1    one opens and I had an opportunity to
 2    branch into coaching, which my father was
 3    doing in a different sport quite
 4    successfully at the same time and I
 5    started coaching back in Adelaide,
 6    Australia, where I was living at the time
 7    and worked with a whole bunch of players
 8    from south Australia until I started with
 9    one particular young player as a twelve-
10    year-old and that was Lleyton Hewitt, who
11    lived in the same state as me.  So, I
12    worked Lleyton for about nine years.  We
13    went on the road full-time when he turned
14    as a sixteen/seventeen year old as a
15    full-time professional so I was hired as
16    his full-time traveling coach and he went
17    from just outside the top hundred to
18    number one in the world in the next three
19    years.  That relationship finished, that
20    coaching arrangement finished in 2001, at
21    the end of 2001 and then I had an offer
22    to coach Andre Agassi in February 2002.
23    Andre was thirty-two years of age at that
24    point and I think he was ranked about
25    nine or ten in the world.  He'd already
```

1    won I think seven majors before I started

2    with him and I took on that role.  It

3    lasted about five years.  He ended up

4    finishing in 2006 at the U.S. Open.  He

5    went back to number one in the world and

6    he won another major at the Australian

7    Open and he retired at the U.S. Open in

8    2006.  That's why I'm based in Las Vegas,

9    because of that relationship with Andre.

10   So, my family up and moved across to Las

11   Vegas when we got that particular job and

12   then since then I've had a variety of

13   different roles.  I've worked for Adidas

14   in the Adidas player development team and

15   that role was both helping Adidas tennis

16   players from junior tennis players to

17   want-to-be professionals to highly-ranked

18   professionals and I was basically a

19   consultant for the players and also the

20   players' teams.  I was also helping a lot

21   of the coaches that Adidas players had.

22   And I had that role for about six or

23   seven years and during that role I worked

24   with a whole bunch of tennis players but

25   during that role I actually spent some

DARREN CAHILL

1    with another player called Simona Halep,

2    a Romanian female tennis player and they

3    disbanded the Adidas player development

4    team, I believe, in about 2016 and then I

5    went full-time with Simona Halep for the

6    next six years and Simona ended up

7    becoming the first Romanian to be ranked

8    number one in the world and she won two

9    major titles, the French Open and

10    Wimbledon under my watch.  So, that kind

11    of summarizes where I am at the moment.

12    I've just added a new role with Jannik

13    Sinner, a young Italian player. We've

14    been working together for about nine

15    months and Jannik's gone from about

16    fifteen in the world to a current high-

17    ranking at the moment of eighth in the

18    world.  That's why I'm Monte Carlo

19    getting ready for the French Open with

20    him.

21   Q   **Why did your relationship with Lleyton**

22       **end?**

23   A   So, we'd been together about nine years

24       in tennis.  It's a one-on-one coaching

25       sport, which means there's probably a

```
 1         time limit on how long you can spend with
 2         a particular player.  It's not like a
 3         football team where have rosters and
 4         players coming in and out, so they can
 5         last much longer.  But about three or
 6         four years is normally about right before
 7         a player needs to get a different set of
 8         eyes and a different voice into their
 9         team and because we'd been together since
10         he was twelve years of age through to
11         twenty-one years of age, it was a long
12         time and through that time you run into a
13         few little problems.  Nothing significant
14         but it was time for him to get a
15         different set of eyes. So, that's one
16         particular relationship end.  The one
17         with Agassi I was hoping was going to go
18         on forever because it was a dream job and
19         that one ended because simply he retired.
20         And the with Simona lasted six years,
21         which was in tennis terms a very long
22         working relationship.
23    Q    You just started working with Jannik last
24         year?
25    A    That's right.  We started through the
```

Page 14

```
 1   A    The short answer is yes because I've done
 2         a bunch of courses.  Actually, the last
 3         one that I did wasn't so much tennis-
 4         related but certainly it was broad and
 5         that was when I joined the board of the
 6         Port Adelaide Football Club, the AFL
 7         football team, and to do that I did a
 8         director's course back in South
 9         Australia, a five-day course basically
10         learning about the do's and the don'ts
11         and the rules and regulations around
12         being a director of a company and quickly
13         realized that there wasn't too much
14         difference between being a director of a
15         company and relating most of that towards
16         sports.  So, I find that a lot of the
17         high-performance stuff, business stuff
18         relates heavily to being a leader as a
19         coach and certainly in sports so over the
20         course of thirty years yeah, I've done
21         several things.
22   Q    I guess generally what other courses or
23         certifications have you received that
24         relate to being a coach?
25   A    I'm a Tennis Australia High Performance
```

```
 1          Coach and went through their particular
 2          system.  I now act as a consultant for
 3          Tennis Australia with all the young
 4          players and coaches that wish to get into
 5          coaching.  So, I basically come along and
 6          I'm used to take classes and I lecture
 7          the kids or young adults about high
 8          performance and how to get into coaching
 9          and how to fast-track their coaching
10          credentials and possibly get onto the
11          tour or whether or not they wish to get
12          into commentary or whether or not they
13          wish to stay in Australia and become
14          Tennis Australia coaches that are based
15          at home or if they want to get on the
16          road and coach highly-ranked
17          professionals.  So, I've been working for
18          them probably for about ten years.
19          There's not contract with Tennis
20          Australia as such but I'm just used
21          whenever they need me.
22     Q    Any other certifications that come to
23          mind?
24     A    No.  That's all.
25     Q    Have you ever coached Jade Lewis?
```

DARREN CAHILL

```
 1   A   I have never coached Jade Lewis, no.
 2   Q   Have you ever served as an expert witness
 3        before?
 4   A   I have not.
 5   Q   Did you say I have not?
 6   A   I have not.
 7   Q   Can you tell me about your relationship
 8        with the Lewis family?
 9   A   So, I know David from basically when we
10        were juniors, pretty much the same age,
11        played a lot of the junior tournaments
12        together, played against David in Davis
13        Cup and that progressed through to our
14        pro careers as we all start off at the
15        same level and that is to play satellite
16        events, which are now being replaced with
17        future events and once you come out of
18        juniors, the way to get a ranking is to
19        start at the very bottom and these days
20        it's called futures, which moved to
21        challengers that moves to tour events.
22        So, myself and a bunch of Australian
23        players and the New Zealand players were
24        doing pretty much the same so we were
25        traveling together, practicing together.
```

```
 1          David was a part of that.  He and all the
 2          Australian players became great friends
 3          and I played for more years than what
 4          David did as a professional player but
 5          the main thing that we had in common was
 6          one of my best friends, who in fact was
 7          best man at my wedding, a gentleman named
 8          Peter Carter, worked for the Swiss Tennis
 9          Federation and he was heavily involved
10          with coaching a young Roger Federer and
11          David ended up working for the Swiss
12          Federation as well so the three of us
13          reconnected a lot through the association
14          with the Swiss Federation.  Tragically,
15          Peter passed away and Roger Federer
16          talked --
17  Q   I'm sorry.
18  A   -- Which Roger Federer talks about quite
19          often as being a watershed moment in his
20          life and his career and turning it around
21          and that reconnected David and I quite
22          closely from that as well.  So, I've
23          always paid special attention to David
24          and his family and certainly the young
25          tennis players coming through and that's
```

1          why we're quite close.

2    Q    **At what point did -- I guess at some**

3          **point -- did David Lewis talk to you**

4          **about getting involved in this lawsuit?**

5    A    Well, he's spoken to me about the

6          problems for maybe the last four or five

7          years, not just with Jade but also as I'm

8          sure you're aware with his other daughter

9          who tragically passed away.  So, there's

10         been a bit going on in the Lewis

11         household over the last five years.  And

12         we stayed in touch also regarding her

13         career because clearly making a

14         transition from being a successful junior

15         and to transitioning to becoming a very

16         good professional tennis player, there

17         are obstacles there as well that every

18         player has to navigate and so we stayed

19         in contact through that and then clearly

20         with her decision to go to college, which

21         college she was choosing and then beyond

22         that as well with all the problems they

23         were having at college.  So, I would say

24         the last five or six years that we've

25         been in more contact than usual.

Page 19

```
 1   Q    I want to talk about Ms. Jade Lewis'
 2        tennis career and your opinions related
 3        to that but I guess kind of staying
 4        specifically on the topic of your
 5        relationship with David Lewis, can you
 6        tell me what communications the two of
 7        you had related to this case?
 8   A    Nothing, really.  He asked me if I'd be
 9        an expert witness.  I said I would gladly
10        be an expert witness.  I know Jade's game
11        very well.  I know what it takes to
12        transition from a junior to a successful
13        senior player.  I know the attributes you
14        need and Jade, she had a lot of those
15        successful attributes.  So no, we haven't
16        spoken I think in the last three months
17        on the telephone, maybe we swapped a
18        couple of text messages over those three
19        months but no, there's been no
20        communication as such.
21   Q    What about -- back up earlier than that -
22        - you mentioned the decision for Jade to
23        go to college.  I guess can you tell me
24        what discussions you guys had surrounding
25        that?
```

Page 22

1       shared with you?

2   A   No.  They are my assumptions.  So, the

3       statements I'm making regarding what he

4       saw in Jade's game and the reasons why he

5       went to college yes, they are his

6       comments.

7   Q   **My question I guess is did you have**

8       **conversations with Jade Lewis directly**

9       **about her tennis acumen and how that**

10      **would be affected by going to college?**

11  A   No, I did not.

12  Q   **While Jade was at LSU did you have any**

13      **communications with Jade?**

14  A   I did not.

15  Q   **While Jade was at LSU did you have**

16      **communications with David Lewis?**

17  A   I did.

18  Q   **You did?**

19  A   Yes.

20  Q   **About Jade's tennis performance?**

21  A   Initially the tennis performance because

22      it was so spectacular when she first

23      started there as a freshman.  She was one

24      of the best freshmen that has ever played

25      college tennis, had some incredible wins.

DARREN CAHILL

```
 1        I think she took out the number four
 2        ranked college player, Astra Sharma, who
 3        just happens to be an Australian as well,
 4        in her freshman year.  So, we spoke a bit
 5        about how successful she was in that
 6        first year.  But that quickly segued into
 7        more of the problems that she encountered
 8        as well and we had less conversations
 9        about her tennis and a lot more
10        conversations about the problems she was
11        encountering.
12   Q    Can you tell me a little bit more about
13        Jade's tennis success in the first year
14        and what you knew about that?
15   A    I knew she made an outstanding start.
16        She went undefeated for a good part of
17        that first year.  I think she was 17 and
18        0, which is outrageous as a freshman
19        going and playing number one at LSU, such
20        a division one, such an incredible
21        college. So, I know she was incredibly
22        successful with beating a half a dozen or
23        so ranked players in the U.S. in the
24        college system.  But I think it's more
25        about the big picture.  Okay, the wins
```

DARREN CAHILL

```
 1        are great and that's all good but it's
 2        more about the big picture and what
 3        you're trying to accomplish as a tennis
 4        player and from David's perspective as a
 5        parent.  And she went there with the
 6        particular purpose to improve parts of
 7        her game, improve her physicality,
 8        improve her tennis IQ, improve her
 9        mentality and I'm a big fan of college
10        tennis because it makes you do all of
11        those things and you've got to play under
12        enormous amounts of pressure, maybe more
13        pressure than what you play when you're
14        playing for yourself on the WTA tour.
15        So, this was really hardening her up and
16        getting her ready for what she would
17        encounter as a professional athlete.  So,
18        I understood the reasons for it, but
19        yeah, it's always a tough decision when
20        you have somebody who's good enough to go
21        pro but they go to college and they keep
22        working on their game because the
23        attraction to going pro is always there
24        for you.
25   Q    And in that first year, did you feel like
```

Page 25

1      Jade did work on and improve those things

2      that you're mentioning?

3  A   Yes, I did.

4  Q   So, I guess you mentioned that the

5      communications between you and David

6      Lewis started to shift off of tennis and

7      onto something else; can you briefly

8      describe what you're talking about?

9  A   Yeah, the allegations that have been

10     levied against the footballer at LSU and

11     the problems they were having with

12     getting to the bottom of Jade's issues

13     and the fact that she was a different

14     person than she was when she started at

15     LSU and I didn't know if the allegations

16     were true or not, but certainly David

17     outlined that they were having enormous

18     problems with a particular footballer

19     from LSU.

20  Q  Did you have any communications with Jade

21     about that?

22  A   I did not.

23  Q   Do you know about when Mr. Lewis started

24     talking to you about these issues?

25  A   I can't give you an exact date.

1  Q   Do you know what year?

2  A   No, it's only a guess but I would say

3        three or four years ago.

4  Q   What about Mrs. Lewis; do you have a

5        relationship with her?

6  A   No, not like I do with David.

7  Q   Have you had any communications with her

8        about Jade?

9  A   Not about Jade, just a couple of

10       communications just to say hello, how are

11       you, are you hanging in there.  But no,

12       everything has been through David.

13 Q   What is your understanding of Jade's -- I

14       guess when she started at LSU -- of

15       Jade's tennis trajectory from when she

16       started, on?

17 A   Where do I think she could've gotten to?

18 Q   No.  Do you know how long she played at

19       LSU, when she left LSU, that kind of

20       thing?

21 A   No, I can't say that I've -- once all

22       these problems started arising, then the

23       conversations shifted completely away

24       from the tennis.  So, I don't know

25       exactly the results after those moments.

Page 27

```
 1        I know that from an emotional point of
 2        view, it affected the family an
 3        incredible amount.  It affected Jade a
 4        lot as well and then all the focus
 5        between David and I, all conversations
 6        basically was about looking after his
 7        daughter, trying to find a way out for
 8        his daughter.
 9   Q    I guess were you personally observing
10        Jade's tennis career at any point beyond
11        when she was a freshman at LSU?
12   A    No, I wasn't.
13   Q    Do you, I guess -- beyond when she was a
14        freshman at LSU -- we talked about her
15        extraordinary start and her amazing
16        record.  Do you have any personal
17        information or information that you've
18        somehow learned about her tennis
19        performance, what she's been doing
20        tennis-wise, whether or not she's been
21        playing at all?
22   A    No, I haven't.
23   Q    When was the last time that you spoke
24        with Jade Lewis?
25   A    Maybe six or seven years ago as a
```

1        offer testimony on.  The first one is

2        athletic ability.  I guess based on what

3        we discussed, would you agree that your

4        observations of Ms. Lewis' athletic

5        ability would be through her freshman

6        year at LSU, would be based on her

7        performance through her freshman year at

8        LSU?

9   A    And also a couple of matches leading into

10       her start of the college tennis and

11       primarily the match that she played

12       against Venus Williams, which was

13       televised everywhere.

14  Q    I'm sorry.  That was a bad question.  I

15       meant to say would your opinions of Ms.

16       Lewis' athletic ability be based on her

17       performance through her freshman year at

18       LSU, as in before that and through it?

19  A    Yes.

20  Q    How many times have you seen Ms. Lewis

21       play?

22  A    Ten times.

23  Q    When was the match with Venus Williams;

24       did you say it was 2017?

25  A    Yeah, January 2017.  I believe it was in

Case 3:21-cv-00242-WBV-SDJ    Document 449-2    10/02/23   Page 21 of 29

1      compete and win.  Her technique was sound

2      and she was a great athlete, a massive

3      advantage on the WTA tour."  Do you agree

4      with this?

5   A   Yes, I do.  Again, can I elaborate a

6      little bit, if that's all right.

7   Q   Uh-huh.

8   A   The women's game is a little bit

9      different to the men's game in that if

10     you were born with some athletic

11     abilities, it's not all about ball-

12     striking, especially in the women's game

13     and she comes from a pretty incredible

14     family so her DNA with the type of

15     athlete that she is was certainly passed

16     down.  So her uncle, Chris Lewis, made

17     the final of Wimbledon way back in the

18     year, losing to John McEnroe in the

19     final.  David was an incredible athlete

20     and she also had an older uncle, Mark,

21     who was a very good tennis player.  Maybe

22     not such as good an athlete as David and

23     Chris, but certainly those attributes

24     were passed down to Jade and she was a

25     very, very good athlete and I think that

DARREN CAHILL

1        when you're looking -- part of my overall

2        with Adidas was to look at many areas of

3        many players' games.  So, it wasn't

4        always about talent, it wasn't so much

5        about the IQ of a tennis player or the

6        emotional IQ.  There are many boxes that

7        needed to be ticked and the physical part

8        is one of the big ones, especially when

9        it comes to the WTA tour and she's a

10       very, very good athlete.  So, that gave

11       her a great platform to jump from and

12       there was many positives coming from the

13       way she moved around the court, her fast

14       twitch, her endurance and certainly she

15       had a lot to look forward to from an

16       athletic point of view.

17   Q   **And that's based on your observations of**

18       **seeing her play about ten times through**

19       **her freshman year at LSU?**

20   A   Correct.

21   Q   **The next section is on her potential**

22       **progression to professional tennis.**

23       **Certainly, you can read this section if**

24       **you need to but my question is about the**

25       **last sentence, which says that you will**

Page 49

```
 1        do you agree that you can't say with
 2        certainty what her tennis career would
 3        have looked like?
 4   A    I think I can say with confidence what
 5        her tennis career would have looked like.
 6   Q    Okay.  And what do you think it would've
 7        looked like?
 8   A    I think she had the potential to be at
 9        least a top fifty player and then I would
10        go into all the advising that I do with
11        both Adidas and Nike and this is part of
12        my role with those companies is to give
13        them advice as to signing young players
14        and advising them on potential talent and
15        chances of players becoming top players
16        and part of my work with Nike right now,
17        I've been with Nike for the last five of
18        six years, and part of my work right now
19        is to sit down and draw through players
20        and what Nike is really interested in is
21        players that can possibly win majors
22        because that's what it's all about for
23        them.  So, I've done some scouting and a
24        lot of feedback to Nike when it comes to
25        Iga Swiatek, who's the current number one
```

Page 50

```
 1        player in the world.  In 2019 she'd never
 2        won a major and I recommended that Nike
 3        retain her because at that particular
 4        moment, Nike had her and Nike ended up
 5        losing to her but it was my
 6        recommendation that we continue to sign
 7        her because I believed she'd be number
 8        one player in the world and she'd win
 9        majors and that turned out to be the
10        case.  I did the same with Aryna
11        Sabalenka, who's doing the same now.
12        Caroline Garcia, Linda Fruhvirtova, who's
13        the young player who's just come out and
14        I think she's the youngest player inside
15        the top fifty, Amanda Anisimova, and the
16        latest U.S. Open champion in the juniors
17        last year, who's a young American lefty,
18        Robin Montgomery.  So, this is what I do
19        for a job.  I try to advise these
20        companies who spend a lot of money on
21        signing these young players and try to
22        give them the best feedback and the best
23        amount of information they can work with
24        to make smart decisions.
25   Q    If I'm understanding you correctly, you
```

DARREN CAHILL

```
 1          to the causation between -- I guess let
 2          me ask you this.  Do you plan to testify
 3          about how Ms. Lewis' tennis skills were
 4          impacted by her time at LSU; is that
 5          right?
 6   A    Yes.
 7   Q    And you've already testified that you
 8          don't have any personal knowledge of what
 9          Ms. Lewis experienced at LSU; is that
10          right?
11   A    I don't have any personal knowledge of
12          her experience but again, when I'm
13          talking about -- when I'm working with a
14          player and they are talking about stuff
15          that is happening off the court affecting
16          them negatively on the court, yes.  That
17          is stuff that has to be dealt with from a
18          coaching perspective.  So, it's all tied
19          together, whether it be hitting forehands
20          or backhands or having parent issues or
21          having boyfriend issues or having
22          coaching issues.  Everything affects a
23          player's chances of success.  So, you
24          can't just talk about what is happening
25          on the tennis court and whether it's a
```

DARREN CAHILL

```
 1            win over a loss.  There's a lot more that

 2            goes into coaching than dealing with

 3            that, as any coach in any sport will tell

 4            you, it's twenty-four/seven making sure

 5            that they are surrounded by good people

 6            and that they are dealing with the

 7            emotional IQ just as much as the tennis

 8            IQ in our instance.

 9    Q     That's what makes it so hard to predict

10            success; right?  Because there is so much

11            floating on the periphery that could

12            impact player performance; is that right?

13    A     I guess to some point but it's also the

14            chances of her having success when she's

15            been through what she's been through.

16            It's pretty easy to predict how she's

17            going to react after that because the

18            trauma that she suffered makes it

19            incredibly difficult.  But I'm not here

20            to predict everything about the negative

21            of it because I don't know all the

22            negative of everything.  I'm only going

23            by what David told me and I'm only going

24            by what I've read in the papers and the

25            allegations that have been levied against
```

1        the particular person.  What I can talk

2        with great confidence about was the type

3        of player she was when she entered LSU

4        and the type of player she was after her

5        first year at LSU and the chances that

6        she would have had had she decided to go

7        professional without having that trauma

8        involved in her life.

9   Q    **Okay.  I don't have any other questions.**

10                  MS. TRUSZKOWSKI:

11                      Nor do I.  Thank you

12              everybody.

13                  MS. MCDIARMID:

14                      Thank you.

15              THE WITNESS:

16                      Thanks, Molly.

17       (Whereupon, the taking of the witness's

18  testimony was concluded at or about 10:18

19  A.M.)

20

21

22

23

24

25

DARREN CAHILL

Page 69

R E P O R T E R ' S    P A G E

I, Jennifer Pickett, Certified Court

Reporter, in and for the State of Louisiana,

the officer, as defined in Rule 28 of the

Federal Rules of Civil Procedure and/or

Article 1434(b) of the Louisiana Code of

Civil Procedure, before whom this sworn

testimony was taken, do hereby state on the

record:

That due to the interaction in the

spontaneous discourse of this proceeding,

dashes (--) have been used to indicate

pauses, changes in thought, and/or talk

overs; that same is the proper method for a

Court Reporter's transcription of

proceeding; that the dashes (--) do not

indicate that words or phrases have been

left out of this transcript; and that any

words and/or names which could not be

verified through reference material have

been denoted with the phrase "(phonetic)."

## C E R T I F I C A T I O N

I, Jennifer Pickett, Certified Court Reporter in and for the State of Louisiana, Certificate No. 29011, which is current and in good standing, as the officer before whom this testimony was taken, do hereby certify that the above and foregoing was taken under the authority of R.S. 37:2554; that the foregoing was taken by the undersigned as hereinbefore set forth in the foregoing pages; that it was reported by me in the stenomask method, was prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript to the best of my ability and understanding; and that I informed about the complete arrangement, financial or otherwise, with the person or entity making arrangements for deposition services; and that I have acted in compliance with La. Code of Civil Procedure Article 1434; that I am no actual knowledge of any prohibited employment or contractual relationship, direct or indirect, between a court reporting firm and any party litigant in this matter nor is there any such relationship between myself and a party litigant in this matter. I am not related to counsel or to the parties herein, and I am in no way concerned with the outcome thereof.

_____
Jennifer Pickett, C.C.R.

# 29011