# Josephine Doherty
414 East Drinker Street, Suite 201
Dunmore, PA
Phone: (570) 341-2154
Fax: (570) 800-1182
http://www.comprehensiveassessmentrehab.com

## EDUCATION:

**Fielding Graduate University**
M.A. Psychology, April 2021
PhD. Clinical Psychology (in progress)

**University of Scranton,** Scranton, PA
M.S. Community Counseling, August 1997

**University of Scranton**, Scranton, PA
B.S. Human Services, May 1993

## EMPLOYMENT EXPERIENCE:

**Comprehensive Assessment & Rehabilitation Services, Inc.,** Dunmore, PA
*Director/Rehabilitation Therapist/Psychological Examiner*
July 2012 to Present

- Provide vocational and earning capacity assessments to individuals with physical and mental disabilities.
- Complete reduced earning capacity assessments for persons with acquired physical and/or mental impairments that impact worklife expectancy.
- Interviews adolescent, adult and geriatric patients during the course of neuropsychological assessments and learning disability evaluations.
- Under the supervision of a licensed psychologist, assess adolescents and adults with learning disabilities, neurologic impairments and mental health conditions for the purpose of outlining appropriate treatment.
- Administers standardized tests such as, but not limited to: WAIS-IV, WRAML-3, WMS-IV, PAI, MMPI-II, RCFT, BCT, CCPT:3, CATA, WCST, Halstead Reitan, WJ-IV Tests of Cognitive Ability, Academic Achievement and Oral Language.
- Establishes rehabilitation plans for neurologically impaired individuals.
- Outline reasonable accommodations in an assessment report to help clients achieve educational and/or vocational goals.
- Cognitive remediation therapy for a neurologically impaired population.
- Individual psychotherapy for an adolescent, adult and geriatric population.

EXHIBIT 1

**Social Security Administration,** Scranton, PA; Wilkes Barre, PA; North Charleston, SC; Harrisburg, PA; Philadelphia, PA; New York, NY; Roanoke, VA; Richmond, VA.
*Self-Employed Independent Contractor*
September 2008 to Present
- Serves as a Vocational Expert for the Social Security Administration

**Woodcock Munoz Foundation**
*Consultant-Restructure Normative Data*
2002-2012
- Collected testing data on Woodcock-Johnson Tests of Cognitive Ability and Academic Achievement
- Contributes resources as a Research Consultant to Riverside Publishing

**Allied Services, Psychology Department,** Scranton, PA
*Psychological Evaluator/Cognitive Rehabilitation Therapist (Outpatient)*
January 1999 to July 2013
- Complete vocational assessments and reports for patients with physical and mental disabilities.
- Completed structured clinical interviews for adolescent, adult and geriatric patients prior to neuropsychological assessments and learning disability evaluations.
- Administered standardized measures of intellectual functioning, academic achievement, memory, attention, executive functioning, sensory motor skills, language fluency, effort, mood and personality.
- Reviewed results with licensed psychologist prior to offering patient feedback session.
- Wrote reports outlining patient presenting issues, medical, mental health, educational, vocational, social history, test interpretation, diagnoses and recommendations. Review final report with licensed psychologist and accept corrective feedback.
- Provided Cognitive Remediation services for neurologically impaired clients to improve cognitive functioning. Instruction is provided pertaining to memory strategies, executive skills, problem solving, communication skills and realistic goal setting.

*Rehabilitation Counselor (Inpatient)*
- Assessed neurologically impaired patients following stroke, head injury or other neurological impairment to determine level of impairment and prognosis.
- Determined appropriate discharge disposition based upon level of function including: ability to self-care, return to work, etc.

**Keystone Rehabilitation, Inc.,** Kingston, PA
*Rehabilitation Case Manager*
May 1996 to December 2001
- Provided Vocational Evaluations and testimony as an accepted Vocational Expert.
- Utilized employability assessment and physical ability to determine appropriate employment.
- Completed Labor Market Surveys, Earning Power Reports and Job Descriptions

## INTERNSHIP
**Clearbrook Treatment Center,** Wilkes Barre, PA
*Intern*
- Provided individual and group counseling in an inpatient drug and alcohol setting.

## LICENSE & CERTIFICATIONS:
- Licensed Professional Counselor (LPC)
- National Board for Certified Counselors (NCC)
- International Psychometric Evaluation Certification (IPEC)
- Certified Rehabilitation Counselor (CRC)

## AFFLIATIONS
- American Board of Vocational Experts (ABVE)