# ANDREW C. VERZILLI, M.B.A
## CURRICULUM VITAE

411 North Broad Street
Lansdale, PA 19446

Office: (215) 368-7797
Email: andrew.verzilli@gmail.com

## Education

December 1991   **Master's Degree in Business Administration**
La Salle University, Philadelphia, PA
Major: Finance

June 1988   **Bachelor of Science Degree in Business Administration**
Drexel University, Philadelphia, PA
Majors:  Economics & Management of Information Systems

## Experience

**Verzilli Consulting Group, Inc./ Verzilli & Verzilli and Consultants, Inc.** (Andrew G. Verzilli, Ph.D. & Associates : June 1988 to Present)
**Principal & Economist (June 1994 to Present)**

- Provide economic and financial analysis in the preparation of reports for litigation in various jurisdictions involving:
  - Earning Capacity Estimates
  - Business Valuations
  - Statistical Analysis
  - Pension Valuations
  - Structured Settlement Valuations
  - Medical Care Costs
- Provide economic and financial analysis for small businesses and municipalities
- Provide Analysis of Collective Bargaining Agreements for Townships and Police Organizations
- Expert testimony has been provided in State and Federal courts, including the following jurisdictions:
  - Federal District Courts:
    - Eastern/Middle District of PA, District of NJ, Eastern/Southern District of NY, West Palm Beach FL, Orlando FL, Southern District of OH, Southern District of IN,

E X H I B I T    2

District of Maryland, District of Arizona, and Western
District of NC.

- o Various Commonwealth Courts in Pennsylvania:
  - Adams County, Allegheny County, Beaver County, Berks
    County, Bucks County, Cambria County, Carbon County,
    Centre County, Chester County, Dauphin County, Delaware
    County, Erie County, Fayette County, Franklin County, Kent
    County, Lackawanna County, Lancaster County, Lehigh
    County, Luzerne County, Lycoming County, Monroe County,
    Montgomery County, Northampton County, Northumberland
    County, Philadelphia County, Potter County, Susquehanna
    County, Washington County, Wyoming County, York
    County.
- o Various Commonwealth Courts in New Jersey:
  - Atlantic County, Burlington County, Camden County,
    Gloucester County, Jersey City, Mercer County, Middlesex
    County, Monmouth County, Morris County.
- o Other Commonwealth Courts:
  - City of Norfolk, VA; Fairfield County, CT; Kings County,
    NY; Linn County, IA; Monroe County, IA; Maricopa County,
    AZ; Montgomery County, MD; New Castle County, DE;
    New York County, NY; Norfolk, VA; Sussex County, DE.

## Teaching

**Drexel University, Department of Economics**
      **Adjunct Instructor (January 1992 to April 1999)**

- Instructor in Principles of Macroeconomics and Principles of
  Microeconomics (Undergraduate Day & Evening College)
- Student course evaluations were consistently above the average for the
  Department of Economics
- Highest student course evaluations in Department of Economics for
  Fall Term, 1993

## Other Experience

**Andrew G. Verzilli, Ph.D. & Associates    (Philadelphia, PA)**
      *Apprentice Economic Analyst Work Manager*
      *(co-op employment through Drexel University)*

- Provided assistance and support in the preparation of economic reports
  involving personal earning capacity estimates for litigation in various
  jurisdictions. Assisted in the valuation of structured settlements and
  pension plans
- Coordinated business operations

**General Services Administration    (Philadelphia, PA)**
*Assistant System Manager*
*(co-op employment through Drexel University)*
- Maintained databases for the Federal Protection and Safety Division, and assisted in the development of computer training programs for division employees
- Assisted in the development of a networked computer system for GSA. Responsible for the maintenance of mini-computer system and applications

## Research & Presentations

"Jimmynomics, Reaganomics, Georgienomics: What's Next?" (with Verzilli, A.G.; Swift, T.; Donato, C; et al.) - Paper presented at the Pennsylvania Economic Association Annual Conference, May, 1991. Published in <u>PEA Annual Proceedings</u>, 1991.

"Real Interest Rates and Economic Growth: An Historical Perspective" - Paper presented at the Pennsylvania Economic Association Annual Conference, June, 1992. Published in <u>PEA Annual Proceedings</u>, 1992.

"Agenda for Economic Growth" (with Verzilli, A.G.; Swift, T.; Donato, C.; Collons, K; et al.) Paper presented at the Pennsylvania Economic Association Annual Conference, June, 1992. Published in <u>PEA Annual Proceedings</u>, 1992.

"The Effect of Tax Policy and Productivity" (with Verzilli, A.G.; Swift, T.; Donato, C; Collons, K; et al.) Paper presented at the Pennsylvania Economic Association Annual Conference, June. 1992. Published in <u>PEA Annual Proceedings</u>, 1992.

"Estimating Earning Capacity and Other Valuation issues – Why Use an Economist" Presentation with Verzilli, A.G.; Post & Schell Seminar, April 16, 1993 (Philadelphia, PA).

"Social Security: Who Will Pay (2000 and beyond)?" - Paper presented at the Pennsylvania Economic Association Annual Conference, May, 1993. Published in <u>PEA Annual Proceedings</u>, 1993.

"Our Past Presidents Wonder: Is Clintonomics the Light at The End of the Tunnel?" (with Verzilli, A.G.; Beachel, J.; Swift, T; Collons, K; et al.) Paper presented at the Pennsylvania Economic Association Annual Conference, May, 1993. Published in <u>PEA Annual Proceedings</u>, 1993.

"The Economist Can Not Estimate the Value of Hedonic Damages" - Paper presented at the Pennsylvania Economic Association Annual Conference, May, 1994.  Published in <u>PEA Annual Proceedings</u>, 1994.

"Clintonomics – Good Morning? – Good Night? – or Good Bye" (with Verzilli, A.G.; Collons, K; Donato, C; Swift, T; et al.) Paper presented at the Pennsylvania Economic Association Annual Conference, May, 1994.  Published in <u>PEA Annual Proceedings</u>, 1994.

"Executive Compensation & Productivity – Are Executives Worth Their Salaries?" (with C. Won-Martinez) Paper presented at the Pennsylvania Economic Association Annual Conference, May, 1994.  Published in <u>PEA Annual Proceedings</u>, 1994.

"The Impact of Corporate Downsizing in The Northeast" (with C. Wong-Martinez) Presented at the PEA Conference, June, 1995.

"The Economics of Railroad Retirement Pensions" (with C. Donato) Presented at the PEA Conference, June, 1995.

"The Impact of Slander on the Profitability of a Firm" - Presented at the PEA Conference, June, 1996.

"Examining Medical & Non-Medical Experts in Civil Litigation" - Presented at the Lancaster County Bar Association, June 2001. Published in <u>The Pennsylvania Bar Institute</u>, 2001.

"Economic Issues in Pennsylvania Courts" - Presentation at the Lancaster County Bar Association, May, 2005.

"Economics in Civil Litigation" - Presented at the Bucks County Bar Association Monthly Civil Litigation Meeting, March, 2009.

"Presenting and Defending Catastrophic Injury Claims" (Presentation at the Pennsylvania Bar Institute: CLE, October, 2011. Published in <u>The Pennsylvania Bar Institute</u>, PBI No. 2011-6943.

"How Juries View Tractor Trailer Accidents" - Presented at the Pennsylvania Bar Institute: CLE, August, 2012. Published in <u>The Pennsylvania Bar Institute</u>, PBI No. 2012-7353.

Presenting as an Economic Expert at the Committee for Justice for All: CLE Seminar (April, 2017).

"Litigating the Traumatic Brain Injury Case" - Presented at the Pennsylvania Bar Institute: CLE, March, 2019. Published in <u>The Pennsylvania Bar Institute</u>, PBI No. 2019-10689.

Guest Lecturer at Temple University, Beasley School of Law. (Advanced Trial Advocacy, September 2015-present)

## Association Membership & Non-Profit Organizations

National Association of Forensic Economics
American Economic Association

| | |
|---|---|
| Lansdale Little League | President (August, 2004 to August, 2007) |
| Cannoneers Baseball: | Trustee (2007-2011) |
| Lansdale Catholic High School | Asst. Varsity Baseball Coach (2009-2010) |

## Awards

General Services Administration Outstanding Performance (college)
General Services Administration Certificate of Achievement (college)

## Testimony List for Andrew C. Verzilli, M.B.A.: 2018                    1

| Month | Docket | Plaintiff | Court |
|-------|--------|-----------|-------|
| July | 2:16-CV-02868 | *Thompson* | (deposition) |
| July | FST-CV-16-6029461-S | *Amparo* | (deposition) |
| July | 4502 CIVIL 2009 | *Warters* | Monroe County, PA |
| July | SOM-L-1269-15 | *Jalan* | (deposition) |
| July | CIV. No. ELH-17-804 | *HV Baptist Church* | (deposition) |
| July | 15 CV 850 | *Trudnak* | Lackawanna County, PA |
| August | 2015-25238 | *Alizadehtazi* | Montgomery County, PA |
| August | 2016-CV-7032MM | *Webb* | Cambria County, PA |
| September | 12-001458 | *Cork* | Delaware County, PA |
| September | 1:16-CV-03937-JKB | *Logue* | (deposition) |
| September | 2017-03157 | *Rothenbecker* | Luzerne County, PA |
| September | 15-07651 | *White* | Chester County, PA |
| October | 2013-15159; 2013-16676 | *Griffin* | Montgomery County, PA |
| October | 2013-6858 | *Nilles* | Luzerne County, PA |
| October | C.A. No. 17-133 (JFB/SRF) | *Bryson & Connelly* | (deposition) |
| October | 15-009603 | *Madara* | Delaware County, PA |
| November | 2014-06989 | *Patel* | Bucks County, PA |
| November | 3:17-CV-1096-BRM-LHG | *Ning* | Federal Court, NJ |
| November | 2016-00120 | *Johnson* | Montgomery County, PA |
| December | CAM-L-3973-16 | *Marino* | (deposition) |
| December | 2016-05187 | *Jackson* | Luzerne County, PA |

# Testimony List for Andrew C. Verzilli, M.B.A.: 2019

1

| Month | Docket | Plaintiff | Court |
|-------|--------|-----------|-------|
| January | LAC086879 | *Stevens* | (deposition) |
| January | 2016-005797 | *Smith* | Delaware County, PA |
| January | 2:18-cv-00702 | *Holly* | (deposition) |
| January | 217-2016-CV-00144 | *Martin/Markland* | (deposition) |
| February | 6515 of 2016 | *Nikisher* | Luzerne County, PA |
| February | CAM-L-1346-15 | *Olson* | (deposition) |
| February | 1703-003692 | *Johnson* | Philadelphia County, PA |
| February | 1607-00671 | *Savo* | Philadelphia County, PA |
| March | 14 CV 1488 | *Kochis* | Lackawanna County, PA |
| March | L-3957-14 | *Johnson* | (deposition) |
| March | 1:18-cv-01014 | *Warner* | (deposition) |
| March | 426387-V | *Bent* | (deposition) |
| March | 1609-00082 | *Deleso* | Philadelphia County, PA |
| April | 14-000179 | *Costello* | Luzerne County, PA |
| April | 1704-03305 | *Long* | Philadelphia County, PA |
| April | 3:16-CV-00412-RDM | *Mercurio* | Middle District, PA |
| April | CV2016-054532 | *Holderead* | (deposition) |
| April | FST-CV-16-6029461-S | *Amparo* | Fairfield County, CT |
| May | 1610-03086 | *Sullivan* | Philadelphia County, PA |
| May | 426387-V | *Bent* | Montgomery County, MD |
| May | MRS-L-2476-16 | *Nemec* | Morris County, NJ |
| May | 18-CV-00341 | *Robinson* | (deposition) |
| May | C0048-CV-2014-11272 | *Stallard* | Northampton County, PA |
| June | DC-002196-19 | *Czarnecki* | (deposition) |
| June | 2:17-CV-13664-CCC-JBC | *Mohammed* | (deposition) |
| July | LACV086879 | *Stevens* | Linn County, IA |
| July | 1507-02501 | *Lallo* | Philadelphia County, PA |
| August | 2015-08383 | *Yabut* | Bucks County, PA |
| August | 2015-07319 | *DiStefano* | Bucks County, PA |
| August | 18-CV-03520 | *Diawara* | (deposition) |
| August | CAM-L-3353-17 | *Streater* | Camden County, NJ |
| August | L-3008-17 | *Ruiz* | (deposition) |
| September | 1709-0787 | *Miller* | Philadelphia County, PA |
| September | CL-185309-00 | *Harlan* | City of Norfolk, VA |
| September | 2017-02258 | *Steinhauser* | Montgomery County, PA |
| September | 2017-C-3130 | *Wagstaff* | Lehigh County, PA |

## Testimony List for Andrew C. Verzilli, M.B.A.: 2019

2

| | | | |
|---|---|---|---|
| September | 1367-CV-2011 | *Dogan* | Monroe County, PA |
| October | 2011-33055 | *Wilson* | Montgomery County, PA |
| October | CAM-L-2218-17 | *Mills* | (deposition) |
| October | 1711-2322 | *Marcantonio* | Philadelphia County, PA |
| October | 17-CV-00052 | *Hollander* | (deposition) |
| October | CAM-L-1222-17 | *O'Connell* | Camden County, NJ |
| November | 1806-00712 | *McGee* | Philadelphia County, PA |
| November | 3:18-cv-00171 (VLB) | *Trifiletti* | (deposition) |
| December | 83-cv-2018 | *Kanyuck* | Monroe County, PA |
| December | 1612-2392 | *Allen* | Philadelphia County, PA |
| December | 2:17-CV-04612-PHX-GMS | *Jones* | (deposition) |

## Testimony List for Andrew C. Verzilli, M.B.A.: 2020          1

| Month | Docket | Plaintiff | Court |
|-------|--------|-----------|-------|
| January | 180301039 | *Avent* | Philadelphia County, PA |
| January | 2:15-cv-02713-SDW-LDW | *Trzaska* | (deposition) |
| January | CV13-3545 | *Grosso* | USDC EDNY |
| February | 2016-7556 | *Rafferty* | Delaware County, PA |
| February | CL16000388-00 | *Ewing* | (deposition) |
| February | 18-CV-4996 | *Kowalski* | Lackawanna County, PA |
| February | 01-CV-2018-9018080.00 | *Powell* | (deposition) |
| March | 466413-V | *Moran* | (deposition) |
| March | 2011-SU-001971-82 | *Santana-Vazquez* | York County, PA |
| May | MID-L-002997-17 | *Malucelli* | (deposition) |
| June | CAM-L-4269-17 | *Clark* | (deposition) |
| June | L-1203-17 | *Montenegro* | (deposition) |
| September | 2016-09769-TT | *Pennock* | Chester County, PA |
| September | 3:18-cv-197-RJC | *Rhyne* | USDC WDNC |
| September | 53C01-1604-CT-000790 | *Gill* | (deposition) |
| October | 18 CV 930 | *Loomis* | Lackawanna County, PA |
| October | 2:19-cv-04266-GJP | *Dean* | (deposition) |
| October | 885 of 2016 | *Kletcho* | Fayette County, PA |
| October | 18 CV 3284 | *Cunney* | (deposition) |
| October | 12CV000283 | *Mudra* | Bradford County, PA |
| November | 1:17-cv-910-GLR | *ARIEL Synagogue* | USDC District of MD |
| November | 2017-07608-MJ | *McClintock* | Chester County, PA |
| November | L-372-17 | *Decker* | (deposition) |
| November | MID-L-001470-17 | *Kent* | (deposition) |

## Testimony List for Andrew C. Verzilli, M.B.A.: 2021                1

| Month | Docket | Plaintiff | Court |
|---|---|---|---|
| February | CAM-L-001661-18 | *Dietl* | (deposition) |
| February | GLO-L-00493-19 | *Campbell* | (deposition) |
| | | | |
| March | 18-CV-03520 | *Diawara* | USDC EDPA |
| March | 2018-10279 | *Reed* | Chester County, PA |
| | | | |
| April | 5:19-CV-05292-JFL | *McMahon* | (deposition) |
| April | 16-01959 | *Grieco* | (deposition) |
| April | N17C-02-236 VLM | *Permint* | (deposition) |
| | | | |
| May | CV2018-051819 | *Devore* | (deposition) |
| May | 3:19-cv-20567 | *Hatchett* | (deposition) |
| May | 2018 CV 8679 | *Traynor* | Dauphin County, PA |
| May | MON-L-4531-17 | *Kwon* | (deposition) |
| May | 1705 04655 | *Woodall* | Philadelphia County, PA |
| May | 1710 02728 | *Estwick* | Philadelphia County, PA |
| | | | |
| June | 1705 00721 | *Yasovsky* | Philadelphia County, PA |
| June | 1:18-cv-1536 | *Plunkard* | USDC MDPA |
| June | 1805 00769 | *Yoder* | Philadelphia County, PA |
| June | 1601 01221 | *Dearden* | Philadelphia County, PA |
| June | ESX-L-2221-19 | *Rider* | (deposition) |
| | | | |
| July | 3:15-cv-02443 | *Davis Javitz* | USDC MDPA |
| July | ATL-L-000425-18 | *Playo* | (deposition) |
| July | N19C-05-080 VLM | *Papillo* | (deposition) |
| | | | |
| August | 2:20-cv-03000 | *Kissinger* | USDC EDPA |
| August | 2011-374 C.P. | *Supancik* | Susquehanna County, PA |
| August | 1708 03246 | *Meszaros* | Philadelphia County, PA |
| August | 480810-V | *Bortz* | (deposition) |
| August | ATL-L-0065-19 | *Buonanno* | (deposition) |
| | | | |
| September | 2020-01267-PL | *Weaver* | Chester County, PA |
| September | ESX-L-8656-17 | *McGaheran* | (deposition) |
| September | 2018-59866 | *Phan-Kramer* | First Judicial District of PA |
| September | MON-L-3240-17 | *Merritt* | (deposition) |
| | | | |
| October | 1710-3536 | *Garced* | Philadelphia County, PA |
| October | 3:20-cv-00087-RDM | *Jacob* | (deposition) |

## <u>Testimony List for Andrew C. Verzilli, M.B.A.: 2021</u>    2

| November | HNT-L-272-18 | *Middleton* | (deposition) |
|---|---|---|---|
| November | ATL-L-000481-19 | *Kancy* | (deposition) |
| November | 2:19-cv-01539 | *Ralston* | (deposition) |
| | | | |
| December | 3:19-CV-0843 | *Shelton* | Lackawanna County, PA |
| December | 2019-C-3735 | *Abreu* | Lehigh County, PA |
| December | ESX-L-7748-18 | *Osadebe* | (deposition) |

## Testimony List for Andrew C. Verzilli, M.B.A.: 2022                    1

| Month | Docket | Plaintiff | Court |
|---|---|---|---|
| January | 3:17-CV-00007 | *Hunter* | |
| January | K19C-07-035 NEP | *Parson* | Luzerne County, PA |
| January | 2:19-CV-1539 | *Ralston* | (deposition) |
| January | CAM-L-001855-19 | *Spadafora* | USDC EDPA |
| January | CV2019-052905 | *Pringle* | (deposition) |
| | | | (deposition) |
| February | 1804000614 | *Winterstein* | |
| February | BER-L-8574-19 | *Crevina* | Philadelphia County, PA |
| February | 5:20-CV-03741-JMG | *Frankhouser* | (deposition) |
| | | | (deposition) |
| March | ESX-L-005302-21 | *McDonnell* | |
| March | N17C-02-236 VLM | *Permint* | (deposition) |
| March | 190400759 | *Roman* | Superior Court, DE |
| March | 181101838 | *Stone* | Philadelphia County, PA |
| March | 210101874 | *Blume* | Philadelphia County, PA |
| March | 2017-005676 | *Tahopoulos* | Delaware County, PA |
| April | 15-CV-5512 | Cummings | Lackawanna County, PA |
| May | 190900661 | Sosa | Philadelphia County, PA |
| May | 5:20-CV-02409 | Otero | USDC EDPA |
| June | CI-18-01962 | Lopez-DiVictoria | Lebanon County, PA |
| June | MID-L-003004-18 | Shortlidge-Toth | Middlesex County, NJ |
| June | 2:17-CV-01587-DS | Bradley v. Amazon | Deposition |
| June | L-26 52-19 | Scarpa v. Morristown Medical Center, et al. | Deposition |
| June | No. 1000456 | Chapman v. Ross, et al. | Philadelphia County |