CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Comprehensive Assessment & Rehabilitation Services, Inc.

Attorney Katie Lasky

Katie Lasky Law LLC

619 Homedale Street

New Orleans, LA 70124

NAME: Elisabeth Andries

DATE OF BIRTH: ███

DATE OF REPORT: 01/06/2023

### VOCATIONAL EVALUATION & EARNING CAPACITY ASSESSMENT

Ms. Elisabeth Andries was referred for a vocational evaluation for the purpose of determining her earning capacity due to prolonged anxiety-related trauma as associated with a sexual assault, an additional attempted sexual assault, and Louisiana State University's failure to appropriately respond to the sexual harassment Ms. Andries endured during her college career with LSU. A vocational interview was completed on October 10, 2022, wherein Ms. Andries discussed her work history, educational history, and current level of functioning in light of the injuries sustained.

Vocational research material utilized in support of my vocational opinions outlined within this report include but are not limited to the PA Labor Force, The PA Department of Labor-Bureau of Wage Statistics, The Occupational Outlook Handbook 2013-2014 Edition, The Enhanced Occupational Outlook Handbook, The Dictionary of Occupational Titles (DOT), The Classification of Jobs (COJ), O*Net, Job Browser Pro/SkillTRAN, the Vocational Diagnosis and Assessment of Residual Employability (VDARE), Social Security Administration research (www.ssa.gov), the PA Center for Workforce Information & Analysis, the Gamboa-Gibson New Work Life Expectancy Tables - Revised 2015, the New Guide to Occupational Exploration, Determining Economic Damages - Martin & Weinstein 8/2012, and the Economic Research Institute (ERI), and *Assessing the Worth of a Child in Personal Injury Litigation Cases* as authored by Roger O. Weed, PhD (January/February 2000, Rehabilitation Professional).

414 E Drinker St. Suite 201
Dunmore PA 18512
Phone: (570) 341-2154
Fax: (570) 800-1182

PLAINTIFFS_00001604

EXHIBIT 3

**Vocational Methodology:**

In developing my opinions within this assessment, I have utilized accepted vocational ~~methodology, which includ~~es a vocational assessment of Ms. Andries via telehealth, utilization of vocational research material, and my extensive review and evaluation of all available medical, vocational, and financial documentation.

Documentation reviewed and utilized in developing this assessment is considered reliable and relevant information.

In evaluating Ms. Andries, I have considered the vocational and occupational impact of Ms. Andries' anxiety-related trauma. Specifically, I have evaluated Ms. Andries' current abilities and vocational limitations.

The term "disability" can generally be defined as referring to a loss or reduction of ability. An occupational disability can specifically be defined as:

- An occupational disability represents a loss or decrease in the ability to respond to vocational expectations as a result of impairments and functional limitations.

The effect of a vocational disability is realized when a disabled individual loses his or her ability to participate in the competitive labor market, or when a disabled individual working year-round full time experiences a reduction in their earning abilities as compared to other individuals without a disability.

Vocational factors that are included in the assessment of an individual's disability are age, education, work history, earnings history, general learning ability, transferable skills, permanent employment status, and labor market access.

The vocational analysis is based upon: 1-rehabilitation plan, 2-access to the labor market, 3-placeability, 4-earning capacity, and 5-labor force participation.

**DESCRIPTION:**



Vocational Evaluation Report and Earning Capacity 2



Based upon Ms. Andries' work disability as associated with her ongoing trauma due to lack of support offered to her by LSU, her work disability translates to a reduced earning capacity. In completing a reduced earning capacity assessment, the Gamboa Gibson Worklife Expectancy Model is utilized because this model relies upon a life-participation-employment (LPE) model. The LPE model is the most reliable means of assessing reduced earning capacity specifically as associated with a work disability. In completing the reduced earning capacity, Ms. Andries is compared to females of her same chronological age (24) and educational attainment (college graduate), who are

Vocational Evaluation Report and Earning Capacity 27

nondisabled as compared to persons of the same demographic with a work disability. The analysis is as follows:

| Mo/Yr | Age | Years | Prob. Life | Pre-Injury | | | | Post-Injury | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Prob. Empl. | Prob. Work | Base Earning | Adjusted Earnings | Prob. Empl. | Prob. Work | Base Earning | Adjusted Earnings |
| 1/23 | 24 | 1 | 0.999 | 0.781 | 0.780 | ■ | ■ | 0.376 | 0.376 | ■ | ■ |
| 1/24 | 25 | 1 | 0.999 | 0.800 | 0.800 | ■ | ■ | 0.432 | 0.432 | ■ | ■ |
| 1/25 | 26 | 1 | 0.999 | 0.800 | 0.799 | ■ | ■ | 0.432 | 0.432 | ■ | ■ |
| 1/26 | 27 | 1 | 0.998 | 0.800 | 0.799 | ■ | ■ | 0.432 | 0.431 | ■ | ■ |
| 1/27 | 28 | 1 | 0.998 | 0.800 | 0.798 | ■ | ■ | 0.432 | 0.431 | ■ | ■ |
| 1/28 | 29 | 1 | 0.997 | 0.800 | 0.798 | ■ | ■ | 0.432 | 0.431 | ■ | ■ |
| 1/29 | 30 | 1 | 0.997 | 0.800 | 0.797 | ■ | ■ | 0.432 | 0.431 | ■ | ■ |
| 1/30 | 31 | 1 | 0.996 | 0.800 | 0.797 | ■ | ■ | 0.432 | 0.430 | ■ | ■ |
| 1/31 | 32 | 1 | 0.995 | 0.800 | 0.796 | ■ | ■ | 0.432 | 0.430 | ■ | ■ |
| 1/32 | 33 | 1 | 0.995 | 0.800 | 0.796 | ■ | ■ | 0.432 | 0.430 | ■ | ■ |
| 1/33 | 34 | 1 | 0.994 | 0.800 | 0.795 | ■ | ■ | 0.432 | 0.429 | ■ | ■ |
| 1/34 | 35 | 1 | 0.993 | 0.778 | 0.773 | ■ | ■ | 0.387 | 0.384 | ■ | ■ |
| 1/35 | 36 | 1 | 0.992 | 0.778 | 0.772 | ■ | ■ | 0.387 | 0.384 | ■ | ■ |
| 1/36 | 37 | 1 | 0.991 | 0.778 | 0.771 | ■ | ■ | 0.387 | 0.384 | ■ | ■ |
| 1/37 | 38 | 1 | 0.990 | 0.778 | 0.770 | ■ | ■ | 0.387 | 0.383 | ■ | ■ |
| 1/38 | 39 | 1 | 0.989 | 0.778 | 0.769 | ■ | ■ | 0.387 | 0.383 | ■ | ■ |
| 1/39 | 40 | 1 | 0.988 | 0.778 | 0.768 | ■ | ■ | 0.387 | 0.382 | ■ | ■ |
| 1/40 | 41 | 1 | 0.986 | 0.778 | 0.767 | ■ | ■ | 0.387 | 0.382 | ■ | ■ |
| 1/41 | 42 | 1 | 0.985 | 0.778 | 0.766 | ■ | ■ | 0.387 | 0.381 | ■ | ■ |
| 1/42 | 43 | 1 | 0.983 | 0.778 | 0.765 | ■ | ■ | 0.387 | 0.381 | ■ | ■ |
| 1/43 | 44 | 1 | 0.982 | 0.778 | 0.764 | ■ | ■ | 0.387 | 0.380 | ■ | ■ |

Vocational Evaluation Report and Earning Capacity 28

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1/44 | 45 | 1 | 0.980 | 0.821 | 0.804 | | 0.321 | 0.314 |
| 1/45 | 46 | 1 | 0.977 | 0.821 | 0.803 | | 0.321 | 0.314 |
| 1/46 | 47 | 1 | 0.975 | 0.821 | 0.801 | | 0.321 | 0.313 |
| 1/47 | 48 | 1 | 0.973 | 0.821 | 0.799 | | 0.321 | 0.312 |
| 1/48 | 49 | 1 | 0.970 | 0.821 | 0.796 | | 0.321 | 0.311 |
| 1/49 | 50 | 1 | 0.967 | 0.821 | 0.794 | | 0.321 | 0.310 |
| 1/50 | 51 | 1 | 0.964 | 0.821 | 0.791 | | 0.321 | 0.309 |
| 1/51 | 52 | 1 | 0.960 | 0.821 | 0.788 | | 0.321 | 0.308 |
| 1/52 | 53 | 1 | 0.957 | 0.821 | 0.785 | | 0.321 | 0.307 |
| 1/53 | 54 | 1 | 0.953 | 0.821 | 0.782 | | 0.321 | 0.306 |
| 1/54 | 55 | 1 | 0.948 | 0.717 | 0.680 | | 0.211 | 0.200 |
| 1/55 | 56 | 1 | 0.944 | 0.717 | 0.677 | | 0.211 | 0.199 |
| 1/56 | 57 | 1 | 0.939 | 0.717 | 0.674 | | 0.211 | 0.198 |
| 1/57 | 58 | 1 | 0.934 | 0.717 | 0.670 | | 0.211 | 0.197 |
| 1/58 | 59 | 1 | 0.929 | 0.717 | 0.666 | | 0.211 | 0.196 |
| 1/59 | 60 | 1 | 0.923 | 0.717 | 0.662 | | 0.211 | 0.195 |
| 1/60 | 61 | 1 | 0.917 | 0.717 | 0.657 | | 0.211 | 0.193 |
| 1/61 | 62 | 1 | 0.910 | 0.717 | 0.653 | | 0.211 | 0.192 |
| 1/62 | 63 | 1 | 0.903 | 0.717 | 0.647 | | 0.211 | 0.190 |
| 1/63 | 64 | 1 | 0.895 | 0.717 | 0.642 | | 0.211 | 0.189 |
| 1/64 | 65 | 1 | 0.886 | 0.290 | 0.257 | | 0.103 | 0.091 |
| 1/65 | 66 | 1 | 0.877 | 0.290 | 0.254 | | 0.103 | 0.090 |
| 1/66 | 67 | 1 | 0.867 | 0.290 | 0.251 | | 0.103 | 0.089 |
| **Total** | | | | | 31.774 | | | 13.832 |

Based upon her work disability as compared to nondisabled workers, the analysis reveals a reduced earning capacity in the amount of $1,723,913.91. Please note, this figure is highly conservative in nature because Ms. Andries does not possess relevant work and has not

Vocational Evaluation Report and Earning Capacity 29

PLAINTIFFS_00001632

established a career from a vocational standpoint. Additionally, the Gamboa Gibson Worklife Expectancy Model takes into consideration the fact that there is no mandatory retirement age, and the typical analysis includes the slight likelihood that an individual may work at least on a part-time basis up to the age of 84. Because the current standard retirement age is 67, this age was utilized in the present analysis, and thus, these figures are again conservative.



### VOCATIONAL CONCLUSION:

Due to the impact of Ms. Andries' post-traumatic stress disorder condition, which results in a work disability, she has experienced a reduced earning capacity. The work disability translates to a reduced earning capacity in the amount of $1,723,913.91. Additionally, she has experienced a wage loss, and she also lost her scholarships with LSU.

All opinions are made within a reasonable degree of vocational certainty. Please note that I reserve the right to supplement this report if additional records are received in order to ensure the accuracies of these findings. Specifically, I am awaiting the following records: 1-the counseling records of Dr. McCaughney while she was a provider with LSU; 2-records indicating that Ms. Andries' capacity to work is affected by her trauma; and 3-any records indicating permanency. Further, additional records may cause me to amend the opinions as outlined in the current analysis.

*Josephine Doherty*

**Josephine Doherty, M.S., M.A., NCC, LPC, CRC, IPEC**

Vocational Evaluation Report and Earning Capacity 30

PLAINTIFFS_00001633