**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION IN LIMINE NO. 3: TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING PUNITIVE, EMOTIONAL DISTRESS, AND SPECULATIVE DAMAGES**

NOW INTO COURT, through undersigned counsel, comes defendant, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (the "Board"), and respectfully requests leave of Court to file the attached reply memorandum in further support of its Motion in Limine No. 3 to Exclude Evidence and Argument Regarding Punitive, Emotional Distress, and Speculative Damages (R. Doc. 432) to briefly address certain statements and arguments raised by plaintiffs in their opposition memorandum. (R. Doc. 443)

WHEREFORE, the Board prays that this motion be granted, allowing the Board to file its reply memorandum in support of its Motion in Limine No. 3 to Exclude Evidence and Argument Regarding Punitive, Emotional Distress, and Speculative Damages.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY: /s/ *Susan W. Furr*
Shelton Dennis Blunt Bar Roll No. 21230
Susan W. Furr Bar Roll No. 19582
Karleen J. Green Bar Roll No. 25119

Jessica Coco Huffman LA Bar No.: 30445
Molly McDiarmid Bar Roll No. 36426
Gregory T. Stevens Bar Roll No. 29436
Michael B. Victorian Bar Roll No.: 36065
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: 225 346 0285
Facsimile: 225 381 9197
Email: dennis.blunt@phelps.com
Email: susie.furr@phelps.com
Email: karleen.green@phelps.com
Email: jessica.huffman@phelps.com
Email: molly.mcdiarmid@phelps.com
Email: greg.stevens@phelps.com
Email: michael.victorian@phelps.com

ATTORNEYS FOR THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on October 9, 2023, with the Court's CM/ECF system, which will electronically send a copy of the same to all counsel of record.

/s/ *Susan W. Furr*
Susan W. Furr