Page 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.

                  CASE NO.: 3:21-CV-00242
VERSUS            JUDGE WENDY B. VITTER
                  MAGISTRATE JUDGE JOHNSON

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE

  * * * * * * * * * * * * * * * * * * * * * *

ZOOM DEPOSITION OF

DARREN CAHILL

TAKEN VIA ZOOM, BATON ROUGE, LOUISIANA, ON

MAY 22, 2023, BEGINNING AT 9:01 A.M.

REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER
    CERTIFICATE NUMBER 29011

EXHIBIT A

```
 1       similarly situated players that are at
 2       Jade's level, had Jade gone pro as-
 3       planned."  Can you tell me about what
 4       similarly situated players are you
 5       talking about here and I understand you
 6       did not draft or see this document?
 7   A   Yeah, sure.  So, players that get around
 8       the top fifty in the world mark and we're
 9       talking about singles as well.  We
10       haven't even really spoke about doubles
11       because at the moment, the opportunity to
12       make money in doubles is certainly
13       attractive and there are major
14       opportunities for that.  We have a player
15       in Australia, Storm Sanders, who just won
16       the Italian Open last week and I think
17       her ceiling as a singles player was
18       around about fifty or sixty in the world
19       and she's doing incredibly well in the
20       game of doubles at the moment as well.
21       So, it's not just about being a singles
22       player.  It's also about being a doubles
23       player but if you look at -- I could go
24       through a bunch of players.  The problem
25       with making a comparison between someone
```

```
 1      who is sitting at fifty in the world at
 2      the moment is that that player hasn't
 3      been through, to my knowledge anyway,
 4      what Jade has been through at college.
 5      So, they've had a clear run to a large
 6      extent about getting the best out of
 7      themselves and having the opportunities
 8      to become professional tennis players.
 9      My thing is that that was taken away from
10      Jade and the chances of her ever
11      realizing that now are not there or are
12      at least very minimal.
13  Q   Is it fair to say that you don't know
14      what backgrounds or what experiences
15      players in the top fifty have gone
16      through?
17  A   Certainly, the ones that I haven't worked
18      with, I would not know their backgrounds
19      and what they've been through and the
20      different cultures and what they've had
21      to deal with.  That would be a fair
22      assumption to say, yes.
23  Q   Says "Mr. Cahill will perform a
24      comparison to Jade's skill level with
25      other female tennis players of the same
```