Page 276

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.

                      CASE NO.: 3:21-CV-00242
VERSUS              JUDGE WENDY B. VITTER
                      MAG. JUDGE JOHNSON

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE

   * * * * * * * * * * * * * * * * * * * * *

DAY 2 OF THE DEPOSITION OF

JOSEPHINE DOHERTY

TAKEN VIA ZOOM, BATON ROUGE, LOUISIANA, ON

JULY 18, 2023, BEGINNING AT 1:45 P.M.

REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER
    CERTIFICATE NUMBER 29011

EXHIBIT B

1  A   No.
2  Q   Karen mentioned the tennis issue.
3      There's some mention in your report about
4      a desire to become a tennis pro.  I think
5      that at some point you discussed or even
6      on page thirty-one, you set out some
7      large numbers about life prize awards for
8      WTA professionals.  Tell me about that
9      analysis and how it informed your work in
10     this case.
11 A   Basically I used information contained
12     within the public domain in terms of data
13     put forth by the Women's Tennis
14     Association and what those ranges are.
15     But the heart -- and I mentioned those
16     because that was important to her and she
17     really felt as though she had the
18     potential to become a professional tennis
19     player had this not happened to her.  My
20     analysis, however, was much more
21     conservative, as I specifically looked at
22     her earnings based upon having a
23     disability and not having a disability
24     and not in the area of professional
25     tennis so that $850,000 that I cited was

| | | |
|---|---|---|
| 1 | | based upon having a disability.  It |
| 2 | | wasn't based upon being professionally |
| 3 | | employed in the private sector versus |
| 4 | | being a tennis pro. |
| 5 | Q | **And so, other than accessing that** |
| 6 | | **database online and looking at the** |
| 7 | | **ranges, you don't intend to offer any** |
| 8 | | **opinion as to whether or not Ms. Lewis** |
| 9 | | **actually had the potential to have a** |
| 10 | | **viable professional tennis career; right?** |
| 11 | A | That would be impossible to -- I would be |
| 12 | | uncomfortable making such an assertion. |
| 13 | | It was possible but I can't say it |
| 14 | | definitely would've happened, which is |
| 15 | | why I'm not including it in my analysis |
| 16 | | based upon the WTA earnings.  And it |
| 17 | | would be difficult to -- even if one were |
| 18 | | to say yes, I believe there was a ninety- |
| 19 | | nine percent chance she could've had a |
| 20 | | professional tennis career.  Who's to say |
| 21 | | how long it would be?  There's a huge gap |
| 22 | | in terms of the number one tennis player |
| 23 | | and the number five tennis player and |
| 24 | | then number ten tennis player, |
| 25 | | endorsements.  There's just so much that |

Page 302

1      would be impossible to enumerate that I
2      was uncomfortable going there.
3  Q   Because all of those things render it
4      pretty speculative; right?
5  A   And they vary drastically from person to
6      person.
7  Q   So, that's a yes?
8  A   Yes.
9  Q   All right.  Is it your opinion that Ms.
10     Lewis is still suffering from PTSD?
11 A   Yes.
12 Q   What's her rehabilitation plan?
13 A   At the time we met, she was attending --
14     again, in terms of work, she was starting
15     a new career, she was participating in
16     psychotherapy, I know she was
17     hospitalized after we met and there were
18     some recommendations there from her
19     therapist.  But she was to continue her
20     therapy.  She was to continue her
21     vocational training, on-the-job training.
22 Q   As far as therapy, what types of therapy
23     is she currently having?
24 A   Individual psychotherapy.
25 Q   Is she finding it helpful?