UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

## ORDER

Considering defendant's, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College's, Motion for Leave to File Reply Memorandum in Support of Motion in Limine No. 2 to Exclude Evidence and Argument of an Alleged Sexual Culture in LSU's Football Recruiting Program;

IT IS ORDERED that the motion is GRANTED. The Board is granted leave to file its Reply Memorandum in Support of Motion in Limine No. 2 to Exclude Evidence and Argument of an Alleged Sexual Culture in LSU's Football Recruiting Program.

Signed this ____ day of October, 2023, in New Orleans, Louisiana.

_____
WENDY B. VITTER
UNITED STATES DISTRICT JUDGE