```
              UNITED STATES DISTRICT COURT

              MIDDLE DISTRICT OF LOUISIANA


ABBY OWENS, ET AL              CIVIL ACTION NO. 21-242

VERSUS
                               JUDGE WENDY B. VITTER
LOUISIANA STATE
UNIVERSITY, ET AL              MAGISTRATE JUDGE JOHNSON


                   *** CONFIDENTIAL ***

  * * * * * * * * * * * * * * * * * * * * * * * * * *

     TRANSCRIPT OF THE VIDEOCONFERENCE DEPOSITION OF:

                   JADE LEWIS, VOLUME I,

TAKEN ON BEHALF OF BOARD OF SUPERVISORS OF LOUISIANA

STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL

COLLEGE, REPORTED IN THE ABOVE ENTITLED AND NUMBERED

CAUSE BY YOLANDA J. PENA, CERTIFIED COURT REPORTER FOR

THE STATE OF LOUISIANA.

  * * * * * * * * * * * * * * * * * * * * * * * * * *



          REPORTED AT THE LAW OFFICES OF:

          SHOWS, CALI & WALSH, L.L.P.

          628 ST. LOUIS STREET

          BATON ROUGE, LOUISIANA  70802



     COMMENCING AT 8:10 A.M., ON OCTOBER 7, 2022.
```

```
 1    about?
 2         A.   I was with ███████████.
 3         Q.   This incident where you say he punched you in
 4    the stomach, was this -- do you remember when this was?
 5         A.   April 2018.
 6         Q.   Okay.  Was he straight friends with
 7    ███████████?
 8         A.   On the same team as him.
 9         Q.   Did they get along?
10         A.   Maybe fakely.  I don't -- I don't know if it
11    was genuine, just on the same team.
12         Q.   Did ████ have nice things to say about
13    ████████ when you and he were alone?
14         A.   Not all the time.
15         Q.   Okay.  He talked bad about him?
16         A.   Made a couple comments, I believe, yes.
17         Q.   Did he ever tell you that he didn't want
18    you to go to the bar with ████ -- I mean, with
19    ███████████?
20         A.   Maybe after it happened, he said don't go to
21    the bar with him or anyone.  So I don't think I have to
22    be specifically with him.  I think it was just -- yeah.
23         Q.   It was just any male or any football player?
24         A.   Both.
25         Q.   Had you gone anywhere with ███████████
```

```
 1        before that?
 2            A.    Yes.
 3            Q.    How many times?
 4            A.    I met him one time before.
 5            Q.    Where did you meet him?
 6            A.    Houston.
 7            Q.    Tell me about that.
 8            A.    ▓▓▓▓▓ flew me out to Houston, 2017, I think,
 9        after one of his football games or a weekend.  I can't
10        really recall if it was a football game and then he
11        came -- I think he had a football game and then he came
12        to Houston.  I met him there.
13            Q.    This is an LSU football game?
14            A.    Yeah.  ▓▓▓▓▓ LSU football game.
15            Q.    And which part of 2017 was this?
16            A.    In the fall, football season.
17            Q.    So that was before you came to LSU?
18            A.    After.  I came to LSU in the start of 2017.
19            Q.    Right.
20                  THE REPORTER:  I'm sorry.  Can you
21            repeat that answer?
22            A.    I came to LSU in the start of 2017 and met
23        ▓▓▓▓▓ in the fall of 2017.
24        BY MS. WHITE:
25            Q.    At this time, though, you were not living in
```

```
 1        Baton Rouge, correct?
 2             A.    Correct.
 3             Q.    Okay.  Where were you living?
 4             A.    Hilton Head Island, South Carolina.
 5             Q.    So he flew you from Hilton Head to Houston?
 6             A.    Correct.
 7             Q.    Did he buy the ticket?
 8             A.    Correct.
 9             Q.    And how did you meet ███████████?
10             A.    That was the first time I had, in person,
11        spoken to him, was when I got there.  I had
12        communicated with him prior.
13             Q.    Okay.  So you didn't meet him when you were at
14        LSU in the spring of 2017?
15             A.    In person, maybe, like, walking by or
16        something.  But I think I said -- I think we exchanged
17        all of five words prior to Houston.  I think I was,
18        like, in a boot.  I had sprained my ankle, and he had
19        made a comment.  I think that was it.
20             Q.    All right.  So you didn't -- except in
21        passing, you didn't see him in the spring of 2017; is
22        that correct?
23             A.    Correct.
24             Q.    Did you talk to ███████████ in the spring of
25        2017?
```

1    A.   No.
2    Q.   Any sort of talking that, you know --
3    A.   No texting.
4    Q.   Yeah.
5    A.   No "My name is Jade," none -- none of that.
6    Q.   Okay. So how did it come to be that he flew
7    you to Houston, then, in the fall of 2017?
8    A.   Snapchat and then Instagram.
9    Q.   Did he reach out to you, or did you reach out
10   to him first?
11   A.   I think he had texted me something on
12   Snapchat.
13   Q.   Do you remember what he texted you?
14   A.   Something about a picture, like -- like,
15   emojis or something.
16   Q.   It wasn't a picture of him; it was an emoji?
17   A.   I think -- no. I think, like, I had posted
18   something, and he had, like, swiped up on it.
19   Q.   Okay. When you say "swiped up on it" -- I
20   don't do Snapchat. So can you explain?
21   A.   Sorry. Like, commented back on it. Like,
22   sent a message about it.
23   Q.   Okay. Did you save any of these Snapchats you
24   had with ███████████
25   A.   No.

```
1        Q.   Did you attempt to locate them for purposes of
2   this trial, this case?
3        A.   No.
4        Q.   Do you still have that same Snapchat account?
5        A.   Correct.
6        Q.   Is it something you can go back in your
7   history and locate?
8        A.   (Witness shakes head.)
9        Q.   No?
10       A.   (Witness shakes head.)
11       Q.   Okay.  So when did he first Snapchat you?
12       A.   A week before I met him in Houston, two weeks.
13       Q.   And did he say why -- did he invite you to
14  Houston, or did you tell him you wanted --
15       A.   He invited me.
16       Q.   Okay.  Did he say why he wanted you to come to
17  Houston?
18       A.   To meet him.
19       Q.   Okay.  And you couldn't -- I guess I'm trying
20  to figure out why Houston and not Baton Rouge.
21       A.   He wanted to go to Houston.
22       Q.   Okay.  Did you attend the game that day?
23       A.   No.  The game was in Baton Rouge.  After, he
24  drove out to Houston.
25       Q.   Oh, I see.  I thought the game was in Houston.
```

```
 1        Okay.
 2             A.   Oh, no, no, no, no.
 3             Q.   I don't remember if we talked about this.  Do
 4        you remember when this was, that you went to Houston?
 5             A.   October of 2017.
 6             Q.   Okay.  And you don't believe that there was a
 7        football game -- an LSU football there in Houston
 8        around the time you were there?
 9             A.   No, not in Houston.
10             Q.   Okay.  Is it possible --
11             A.   I think maybe they -- they had a day game.  I
12        think it was, like, a day game in Baton Rouge, and then
13        he flew out later that -- right after the game.
14             Q.   How long were you in Houston with him?
15             A.   One night.
16             Q.   What did y'all do?
17             A.   We had gone out to a club and then want back
18        to his hotel and then flew out a couple hours later.
19             Q.   Did y'all fly together?
20             A.   No, because I flew from Hilton Head.
21             Q.   And he flew back to Baton Rouge?
22             A.   Correct.
23             Q.   Okay.  Did he say why he wasn't flying back
24        with the team -- oh, I'm sorry.  Never mind.  Scratch
25        that.
```

```
 1              Did he say why he was allowed to travel to
 2    Houston immediately after a football game, why he
 3    didn't have to report back immediately to prepare for
 4    the next --
 5         A.   They're free to do -- no.  They're free to do
 6    whatever once the game is done.  And it's
 7    ██████████████    He could do whatever he wanted to at
 8    school, so...
 9         Q.   And why do you say that?
10         A.   Because he was the star player, so if he
11    wanted to go somewhere, like, not have -- whatever it
12    is, he gets what he wants.
13         Q.   And I'm sorry.  You kind of broke up.  You
14    said it's because he's a football player?
15         A.   Star football player for the team.
16         Q.   Star football player.  Okay.
17              He was a star football player in the fall of
18    2017?
19         A.   2017 until he got -- until he got -- what is
20    it? -- drafted.
21         Q.   Did you stay in his hotel that night in
22    Houston with him?
23         A.   Correct.
24         Q.   Did you and he have sex?
25         A.   Correct.
```

```
 1          Q.   And was it consensual?
 2          A.   Yes.
 3          Q.   Did he physically assault you that night or
 4     that day?
 5          A.   No.
 6          Q.   Has he ever --
 7          A.   No.
 8          Q.   -- physically assaulted you?
 9          A.   No.
10          Q.   Do you know if he was seeing anyone at the
11     time?
12          A.   Probably a lot of other girls.
13          Q.   Okay.  You --
14          A.   No -- no specific name that I know.
15          Q.   Okay.  What was your relationship with
16     ▇▇▇▇▇▇▇ like at that point when you went to Houston
17     with ▇▇▇▇▇▇▇▇▇?
18          A.   I think fine.  He found out, like, the next
19     day.
20          Q.   ▇▇▇▇ found out that you had been with
21     ▇▇▇▇▇▇▇▇ the next day?
22          A.   Correct.
23          Q.   How did he find out?
24          A.   I think ▇▇▇▇▇▇
25          Q.   Did ▇▇▇▇▇ tell you he was going to tell
```

1                       REPORTER'S CERTIFICATE

2          I, YOLANDA J. PENA, Certified Court Reporter in
     and for the State of Louisiana, Registered
3    Professional Reporter, and as the officer before whom
     this testimony was taken, do hereby certify that JADE
4    LEWIS, VOLUME I, after having been duly sworn by me
     upon authority of R.S. 37:2554, did testify as set
5    forth in the foregoing 326 pages.
          I further certify that said testimony was reported
6    by me in the Stenotype reporting method, was prepared
     and transcribed by me or under my direction and
7    supervision, and is a true and correct transcript to
     the best of my ability and understanding.
8         I further certify that the transcript has been
     prepared in compliance with transcript format
9    guidelines required by statute or by rules of the
     board and that I have been informed about the complete
10   arrangement, financial or otherwise, with the person
     or entity making arrangements for deposition services.
11        I further certify that I have acted in compliance
     with the prohibition on contractual relationships, as
12   defined by Louisiana Code of Civil Procedure Article
     1434, and in rules and advisory opinions of the board.
13        I further certify that I am not an attorney or
     counsel for any of the parties, that I am neither
14   related to nor employed by any attorney or counsel
     connected with this action, and that I have no
15   financial interest in the outcome of this matter.
          This certificate is valid only for this
16   transcript, accompanied by my original signature and
     original raised seal on this page.
17
          Prairieville, Louisiana, this 24th day of October,
18   2022.

19

20

21

22   _____
         YOLANDA J. PENA, CCR, RPR
23       CCR NO. 2017002, RPR NO. 907346

24

25