EXHIBIT B

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


ABBY OWENS, ET AL                   CIVIL ACTION NO. 21-242

VERSUS
                                    JUDGE WENDY B. VITTER

LOUISIANA STATE
UNIVERSITY, ET AL                   MAGISTRATE JUDGE JOHNSON



*** CONFIDENTIAL ***


* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

TRANSCRIPT OF THE DEPOSITION OF:

ELISABETH ANDRIES,

TAKEN ON BEHALF OF BOARD OF SUPERVISORS OF LOUISIANA

STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL

COLLEGE, REPORTED IN THE ABOVE ENTITLED AND NUMBERED

CAUSE BY YOLANDA J. PENA, CERTIFIED COURT REPORTER FOR

THE STATE OF LOUISIANA.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *



REPORTED AT THE LAW OFFICES OF:

PHELPS DUNBAR LLP

400 CONVENTION STREET, SUITE 1100

BATON ROUGE, LOUISIANA  70802



COMMENCING AT 9:07 A.M., ON SEPTEMBER 23, 2022.

1    studying a lot, I would pick up friends from bars if I

2    was still studying.  And he asked me to pick him up.

3    He crashed at my place, tried to touch me again.  I

4    kicked him out, and I just never answered his texts or

5    spoke to him again after that.

6        Q.    Okay.  So you said that was in July?  Is that

7    what you said?

8        A.    June or July of 2017.

9        Q.    Was ████ in summer school as well?

10       A.    I'm not sure.

11       Q.    When you went to pick ██████████ up, did

12    you have anyone in the car with you?

13       A.    No.

14       Q.    You felt comfortable with going pick him up

15    alone?

16       A.    Yes.

17       Q.    And I believe you said he crashed at your

18    apartment.  Is that correct?

19       A.    Yes.

20       Q.    Did ██████████ ask to come to your

21    apartment?

22       A.    Yes.  He said -- I believe he was staying in

23    the fraternity house at that summer, and he asked if he

24    could crash at mine since none of my roommates were

25    home.  And I was living off of Burbank, and I think it

1    was it called The Cottages at the time.

2         Q.    Could ███████    not have gone to the

3    fraternity house that night?

4         A.    I'm not entire sure what the reason was that

5    he didn't want to go or couldn't go.

6         Q.    And is it correct that you didn't have any

7    roommates or your roommates weren't at home that night?

8         A.    They weren't at home at that moment in time.

9         Q.    All right.  So tell me -- I know you said you

10   had to kick him out.  Tell me what ████ did once you

11   returned to your apartment?

12        A.    I remember I threw a pillow and blanket on

13   the couch, and I went upstairs to my room, which was up

14   the stairs to the right.  He came up and just laid on

15   the bed to talk.  And since I hadn't had anything to

16   drink, we were just talking and chatting, and then he

17   reached over and tried to go under my shirt again.  I

18   immediately pushed him off the bed, told him to get

19   out.  I'm not sure if he spent the night that night on

20   the couch or if he had left at that exact moment, but

21   when I woke up the next day, he was gone.

22        Q.    So when ████ came upstairs and laid on your

23   bed, did that make you uncomfortable?

24        A.    Slightly, but it wasn't uncomfortable until he

25   tried to reach over and grab me.

1                          REPORTER'S CERTIFICATE

2            I, YOLANDA J. PENA, Certified Court Reporter in
     and for the State of Louisiana, Registered
3    Professional Reporter, and as the officer before whom
     this testimony was taken, do hereby certify that
4    ELISABETH ANDRIES, after having been duly sworn by me
     upon authority of R.S. 37:2554, did testify as set
5    forth in the foregoing 247 pages.
            I further certify that said testimony was reported
6    by me in the Stenotype reporting method, was prepared
     and transcribed by me or under my direction and
7    supervision, and is a true and correct transcript to
     the best of my ability and understanding.
8            I further certify that the transcript has been
     prepared in compliance with transcript format
9    guidelines required by statute or by rules of the
     board and that I have been informed about the complete
10   arrangement, financial or otherwise, with the person
     or entity making arrangements for deposition services.
11           I further certify that I have acted in compliance
     with the prohibition on contractual relationships, as
12   defined by Louisiana Code of Civil Procedure Article
     1434, and in rules and advisory opinions of the board.
13           I further certify that I am not an attorney or
     counsel for any of the parties, that I am neither
14   related to nor employed by any attorney or counsel
     connected with this action, and that I have no
15   financial interest in the outcome of this matter.
             This certificate is valid only for this
16   transcript, accompanied by my original signature and
     original raised seal on this page.

17
             Prairieville, Louisiana, this 12th day of October,
18   2022.

19

20

21

22                                        _____
                                          YOLANDA J. PENA, CCR, RPR
23                                        CCR NO. 2017002, RPR NO. 907346

24

25