## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO.  3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

### MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION IN LIMINE NO. 7: TO EXCLUDE CERTAIN TESTIMONY FROM LIN CHI WANG

NOW INTO COURT, through undersigned counsel, comes defendant, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (the "Board"), and respectfully requests leave of Court to file the attached reply memorandum in further support of its Motion in Limine No. 7 to Exclude Certain Testimony From Lin Chi Wang (R. Doc. 436) to briefly address certain statements and arguments raised by plaintiffs in their opposition memorandum.  (R. Doc. 447)

WHEREFORE, the Board prays that this motion be granted, allowing the Board to file its reply memorandum in support of its Motion in Limine No. 7 to Exclude Certain Testimony From Lin Chi Wang.

    Respectfully submitted,

    **JEFF LANDRY**
    **ATTORNEY GENERAL**

    BY:   /s/ *Susan W. Furr*
          Shelton Dennis Blunt Bar Roll No. 21230
          Susan W. Furr Bar Roll No. 19582
          Karleen J. Green Bar Roll No. 25119
          Jessica Coco Huffman LA Bar No.: 30445

        Molly McDiarmid Bar Roll No. 36426
        Gregory T. Stevens Bar Roll No. 29436
        Michael B. Victorian Bar Roll No.: 36065
        II City Plaza | 400 Convention Street, Suite 1100
        Baton Rouge, Louisiana 70802
        Telephone: 225 346 0285
        Facsimile: 225 381 9197
        Email: dennis.blunt@phelps.com
        Email: susie.furr@phelps.com
        Email: karleen.green@phelps.com
        Email: jessica.huffman@phelps.com
        Email: molly.mcdiarmid@phelps.com
        Email: greg.stevens@phelps.com
        Email: michael.victorian@phelps.com

        ATTORNEYS FOR THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on October 9, 2023, with the Court's CM/ECF system, which will electronically send a copy of the same to all counsel of record.

        /s/ *Susan W. Furr*
        Susan W. Furr

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

**ORDER**

Considering defendant's, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College's, Motion for Leave to File Reply Memorandum in Support of Motion in Limine No. 7 to Exclude Certain Testimony From Lin Chi Wang;

IT IS ORDERED that the motion is GRANTED. The Board is granted leave to file its Reply Memorandum in Support of Motion in Limine No. 7 to Exclude Certain Testimony From Lin Chi Wang.

Signed this ____ day of October, 2023, in New Orleans, Louisiana.

_____
WENDY B. VITTER
UNITED STATES DISTRICT JUDGE

PD.43303633.1