UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

**MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION *IN LIMINE* AND *DAUBERT* MOTION TO EXCLUDE OR LIMIT TESTIMONY OF PLAINTIFFS' EXPERT WITNESSES JOSEPHINE DOHERTY AND ANDREW VERZILLI**

NOW INTO COURT, through undersigned counsel, comes defendant, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (the "Board"), and respectfully moves the Court for leave to file the attached Reply Memorandum in further support of its Motion *in Limine* and *Daubert* Motion to Exclude or Limit Testimony of Plaintiffs' Expert Witnesses Josephine Doherty and Andrew Verzilli (R. Doc. 439) to briefly address certain statements and arguments raised by Plaintiffs in their opposition memorandum. (R. Doc. 450)

WHEREFORE, the Board prays that this Motion be granted, allowing the Board to file its reply memorandum in support of its Motion *in Limine* and *Daubert* Motion to Exclude or Limit Testimony of Plaintiffs' Expert Witnesses Josephine Doherty and Andrew Verzilli.

PD.43303691.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
Susan W. Furr, Bar Roll No. 19582
Shelton Dennis Blunt, Bar Roll No. 21230
Karleen J. Green, Bar Roll No. 25119
Gregory T. Stevens, Bar Roll No. 29436
Jessica Coco Huffman, LA Bar No. 30445
Michael B. Victorian, Bar Roll No. 36065
Molly McDiarmid, Bar Roll No. 36426
II City Plaza
400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: 225 346 0285
Facsimile: 225 381 9197
Email: susie.furr@phelps.com
Email: dennis.blunt@phelps.com
Email: karleen.green@phelps.com
Email: greg.stevens@phelps.com
Email: jessica.huffman@phelps.com
Email: michael.victorian@phelps.com
Email: molly.mcdiarmid@phelps.com

ATTORNEYS FOR THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on October 9, 2023, with the Court's CM/ECF system, which will provide an electronic copy to all counsel.

_____
Gregory T. Stevens