

**VOCATIONAL ANALYSIS:**

Ms. Andries' prolonged symptoms of post-traumatic stress disorder (PTSD) extend well beyond the assault, attempted assault, and sexual harassment on the part of her perpetrator. Specifically, while attempting to manage PTSD symptomatology, not only did LSU fail to fully assist her, but they also placed several barriers upon her in terms of Ms. Andries being forced to work around the schedule of her perpetrator despite the fact that she was the victim, not the perpetrator. Of significance, LSU failed to ensure that her perpetrator was rightfully punished within a reasonable timeframe/removed from campus, inhibited her ability to receive reasonable accommodations on a consistent basis, and her Title IX rights were not fully offered and explained to her for a significant amount of time.



Vocational Evaluation Report and Earning Capacity 26

**EXHIBIT 1**