UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

### ORDER

Considering defendant's, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College's, Motion for Leave to File Reply Memorandum in Support of its Motion *in Limine* and *Daubert* Motion to Exclude or Limit Testimony of Plaintiffs' Expert Witnesses Josephine Doherty and Andrew Verzilli;

IT IS ORDERED that the motion is GRANTED, and that the Board be and hereby is granted leave to file its Reply Memorandum in Support its Motion *in Limine* and *Daubert* Motion to Exclude or Limit Testimony of Plaintiffs' Expert Witnesses Josephine Doherty and Andrew Verzilli.

Signed this ____ day of October, 2023, in New Orleans, Louisiana.

_____
HONORABLE WENDY B. VITTER
UNITED STATES DISTRICT JUDGE