**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**ABBY OWENS, ET AL.**                                    **CIVIL ACTION**

**VERSUS**                                               **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

<u>**ORDER**</u>

Considering the seven Motions for Leave to File Reply Memoranda in support of certain motions in limine, filed by the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (R. Docs. 452, 453, 454, 455, 456, 457, and 458);

**IT IS HEREBY ORDERED** that the Motions are **GRANTED.** The Clerk's Office is directed to file the following Reply briefs and exhibits thereto into the record in this matter:

- R. Doc. 452-1;
- R. Docs. 453-1, 453-3, & 453-4;
- R. Doc. 454-1;
- R. Doc. 455-1;
- R. Docs. 456-1, 456-2, & 456-3;
- R. Docs. 457-1 & 457-2;
- R. Docs. 458-1 & 458-2

New Orleans, Louisiana, October 11, 2023.

**WENDY B. VITTER**
**United States District Judge**