Page 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.

                    CASE NO.: 3:21-CV-00242
VERSUS            JUDGE WENDY B. VITTER
                    MAGISTRATE JUDGE JOHNSON

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE

  * * * * * * * * * * * * * * * * * * * * * *

ZOOM DEPOSITION OF

DARREN CAHILL

TAKEN VIA ZOOM, BATON ROUGE, LOUISIANA, ON

MAY 22, 2023, BEGINNING AT 9:01 A.M.

REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER
    CERTIFICATE NUMBER 29011

EXHIBIT A

```
                                                         Page 41
 1          similarly situated players that are at
 2          Jade's level, had Jade gone pro as-
 3          planned."  Can you tell me about what
 4          similarly situated players are you
 5          talking about here and I understand you
 6          did not draft or see this document?
 7   A      Yeah, sure.  So, players that get around
 8          the top fifty in the world mark and we're
 9          talking about singles as well.  We
10          haven't even really spoke about doubles
11          because at the moment, the opportunity to
12          make money in doubles is certainly
13          attractive and there are major
14          opportunities for that.  We have a player
15          in Australia, Storm Sanders, who just won
16          the Italian Open last week and I think
17          her ceiling as a singles player was
18          around about fifty or sixty in the world
19          and she's doing incredibly well in the
20          game of doubles at the moment as well.
21          So, it's not just about being a singles
22          player.  It's also about being a doubles
23          player but if you look at -- I could go
24          through a bunch of players.  The problem
25          with making a comparison between someone
```

                                                              Page 42
 1        who is sitting at fifty in the world at
 2        the moment is that that player hasn't
 3        been through, to my knowledge anyway,
 4        what Jade has been through at college.
 5        So, they've had a clear run to a large
 6        extent about getting the best out of
 7        themselves and having the opportunities
 8        to become professional tennis players.
 9        My thing is that that was taken away from
10        Jade and the chances of her ever
11        realizing that now are not there or are
12        at least very minimal.
13   Q   **Is it fair to say that you don't know**
14        **what backgrounds or what experiences**
15        **players in the top fifty have gone**
16        **through?**
17   A   Certainly, the ones that I haven't worked
18        with, I would not know their backgrounds
19        and what they've been through and the
20        different cultures and what they've had
21        to deal with.  That would be a fair
22        assumption to say, yes.
23   Q   **Says "Mr. Cahill will perform a**
24        **comparison to Jade's skill level with**
25        **other female tennis players of the same**

Veritext Legal Solutions                    EXHIBIT A