CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER


UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


ABBY OWENS, ET AL.

                          CASE NO.: 3:21-CV-00242
VERSUS                    JUDGE WENDY B. VITTER
                          MAG. JUDGE JOHNSON

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE

      * * * * * * * * * * * * * * * * * * * * *


          DAY 2 OF THE DEPOSITION OF

             JOSEPHINE DOHERTY


TAKEN VIA ZOOM, BATON ROUGE, LOUISIANA, ON

JULY 18, 2023, BEGINNING AT 1:45 P.M.



REPORTED BY:
     JENNIFER W. PICKETT
     CERTIFIED COURT REPORTER
     CERTIFICATE NUMBER 29011

EXHIBIT
B

Page 300

1   A   No.

2   Q   Karen mentioned the tennis issue.

3       There's some mention in your report about

4       a desire to become a tennis pro.  I think

5       that at some point you discussed or even

6       on page thirty-one, you set out some

7       large numbers about life prize awards for

8       WTA professionals.  Tell me about that

9       analysis and how it informed your work in

10      this case.

11  A   Basically I used information contained

12      within the public domain in terms of data

13      put forth by the Women's Tennis

14      Association and what those ranges are.

15      But the heart -- and I mentioned those

16      because that was important to her and she

17      really felt as though she had the

18      potential to become a professional tennis

19      player had this not happened to her.  My

20      analysis, however, was much more

21      conservative, as I specifically looked at

22      her earnings based upon having a

23      disability and not having a disability

24      and not in the area of professional

25      tennis so that $850,000 that I cited was

EXHIBIT
B

Page 301

1      based upon having a disability.  It

2      wasn't based upon being professionally

3      employed in the private sector versus

4      being a tennis pro.

5   Q  **And so, other than accessing that**

6      **database online and looking at the**

7      **ranges, you don't intend to offer any**

8      **opinion as to whether or not Ms. Lewis**

9      **actually had the potential to have a**

10     **viable professional tennis career; right?**

11  A   That would be impossible to -- I would be

12      uncomfortable making such an assertion.

13      It was possible but I can't say it

14      definitely would've happened, which is

15      why I'm not including it in my analysis

16      based upon the WTA earnings.  And it

17      would be difficult to -- even if one were

18      to say yes, I believe there was a ninety-

19      nine percent chance she could've had a

20      professional tennis career.  Who's to say

21      how long it would be?  There's a huge gap

22      in terms of the number one tennis player

23      and the number five tennis player and

24      then number ten tennis player,

25      endorsements. There's just so much that

EXHIBIT

**B**

Page 302

```
 1        would be impossible to enumerate that I

 2        was uncomfortable going there.

 3   Q    Because all of those things render it

 4        pretty speculative; right?

 5   A    And they vary drastically from person to

 6        person.

 7   Q    So, that's a yes?

 8   A    Yes.

 9   Q    All right.  Is it your opinion that Ms.

10        Lewis is still suffering from PTSD?

11   A    Yes.

12   Q    What's her rehabilitation plan?

13   A    At the time we met, she was attending --

14        again, in terms of work, she was starting

15        a new career, she was participating in

16        psychotherapy, I know she was

17        hospitalized after we met and there were

18        some recommendations there from her

19        therapist.  But she was to continue her

20        therapy.  She was to continue her

21        vocational training, on-the-job training.

22   Q    As far as therapy, what types of therapy

23        is she currently having?

24   A    Individual psychotherapy.

25   Q    Is she finding it helpful?
```

EXHIBIT

**B**