Exhibit A

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL                CIVIL ACTION NO. 21-242

VERSUS
                                 JUDGE WENDY B. VITTER
LOUISIANA STATE
UNIVERSITY, ET AL                MAGISTRATE JUDGE JOHNSON

*** CONFIDENTIAL ***

* * * * * * * * * * * * * * * * * * * * * * * * * *

TRANSCRIPT OF THE VIDEOCONFERENCE DEPOSITION OF:

JADE LEWIS, VOLUME I,

TAKEN ON BEHALF OF BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, REPORTED IN THE ABOVE ENTITLED AND NUMBERED CAUSE BY YOLANDA J. PENA, CERTIFIED COURT REPORTER FOR THE STATE OF LOUISIANA.

* * * * * * * * * * * * * * * * * * * * * * * * * *

REPORTED AT THE LAW OFFICES OF:

SHOWS, CALI & WALSH, L.L.P.

628 ST. LOUIS STREET

BATON ROUGE, LOUISIANA  70802

COMMENCING AT 8:10 A.M., ON OCTOBER 7, 2022.

```
 1         about?
 2              A.   I was with [REDACTED]
 3              Q.   This incident where you say he punched you in
 4         the stomach, was this -- do you remember when this was?
 5              A.   April 2018.
 6              Q.   Okay.  Was he straight friends with
 7         [REDACTED]?
 8              A.   On the same team as him.
 9              Q.   Did they get along?
10              A.   Maybe fakely.  I don't -- I don't know if it
11         was genuine, just on the same team.
12              Q.   Did [REDACTED] have nice things to say about
13         [REDACTED] when you and he were alone?
14              A.   Not all the time.
15              Q.   Okay.  He talked bad about him?
16              A.   Made a couple comments, I believe, yes.
17              Q.   Did he ever tell you that he didn't want
18         you to go to the bar with [REDACTED] -- I mean, with
19         [REDACTED]?
20              A.   Maybe after it happened, he said don't go to
21         the bar with him or anyone.  So I don't think I have to
22         be specifically with him.  I think it was just -- yeah.
23              Q.   It was just any male or any football player?
24              A.   Both.
25              Q.   Had you gone anywhere with [REDACTED]
```

```
 1          before that?
 2              A.    Yes.
 3              Q.    How many times?
 4              A.    I met him one time before.
 5              Q.    Where did you meet him?
 6              A.    Houston.
 7              Q.    Tell me about that.
 8              A.    ████████ flew me out to Houston, 2017, I think,
 9       after one of his football games or a weekend.  I can't
10       really recall if it was a football game and then he
11       came -- I think he had a football game and then he came
12       to Houston.  I met him there.
13              Q.    This is an LSU football game?
14              A.    Yeah.  ████████ LSU football game.
15              Q.    And which part of 2017 was this?
16              A.    In the fall, football season.
17              Q.    So that was before you came to LSU?
18              A.    After.  I came to LSU in the start of 2017.
19              Q.    Right.
20                    THE REPORTER:  I'm sorry.  Can you
21              repeat that answer?
22              A.    I came to LSU in the start of 2017 and met
23       ██████ in the fall of 2017.
24       BY MS. WHITE:
25              Q.    At this time, though, you were not living in
```

```
 1        Baton Rouge, correct?
 2             A.   Correct.
 3             Q.   Okay.  Where were you living?
 4             A.   Hilton Head Island, South Carolina.
 5             Q.   So he flew you from Hilton Head to Houston?
 6             A.   Correct.
 7             Q.   Did he buy the ticket?
 8             A.   Correct.
 9             Q.   And how did you meet ████████?
10             A.   That was the first time I had, in person,
11        spoken to him, was when I got there.  I had
12        communicated with him prior.
13             Q.   Okay.  So you didn't meet him when you were at
14        LSU in the spring of 2017?
15             A.   In person, maybe, like, walking by or
16        something.  But I think I said -- I think we exchanged
17        all of five words prior to Houston.  I think I was,
18        like, in a boot.  I had sprained my ankle, and he had
19        made a comment.  I think that was it.
20             Q.   All right.  So you didn't -- except in
21        passing, you didn't see him in the spring of 2017; is
22        that correct?
23             A.   Correct.
24             Q.   Did you talk to ████████ in the spring of
25        2017?
```

1    A.   No.
2    Q.   Any sort of talking that, you know --
3    A.   No texting.
4    Q.   Yeah.
5    A.   No "My name is Jade," none -- none of that.
6    Q.   Okay. So how did it come to be that he flew
7  you to Houston, then, in the fall of 2017?
8    A.   Snapchat and then Instagram.
9    Q.   Did he reach out to you, or did you reach out
10 to him first?
11   A.   I think he had texted me something on
12 Snapchat.
13   Q.   Do you remember what he texted you?
14   A.   Something about a picture, like -- like,
15 emojis or something.
16   Q.   It wasn't a picture of him; it was an emoji?
17   A.   I think -- no. I think, like, I had posted
18 something, and he had, like, swiped up on it.
19   Q.   Okay. When you say "swiped up on it" -- I
20 don't do Snapchat. So can you explain?
21   A.   Sorry. Like, commented back on it. Like,
22 sent a message about it.
23   Q.   Okay. Did you save any of these Snapchats you
24 had with ▓▓▓▓▓▓▓▓
25   A.   No.

```
 1          Q.   Did you attempt to locate them for purposes of
 2    this trial, this case?
 3          A.   No.
 4          Q.   Do you still have that same Snapchat account?
 5          A.   Correct.
 6          Q.   Is it something you can go back in your
 7    history and locate?
 8          A.   (Witness shakes head.)
 9          Q.   No?
10          A.   (Witness shakes head.)
11          Q.   Okay.  So when did he first Snapchat you?
12          A.   A week before I met him in Houston, two weeks.
13          Q.   And did he say why -- did he invite you to
14    Houston, or did you tell him you wanted --
15          A.   He invited me.
16          Q.   Okay.  Did he say why he wanted you to come to
17    Houston?
18          A.   To meet him.
19          Q.   Okay.  And you couldn't -- I guess I'm trying
20    to figure out why Houston and not Baton Rouge.
21          A.   He wanted to go to Houston.
22          Q.   Okay.  Did you attend the game that day?
23          A.   No.  The game was in Baton Rouge.  After, he
24    drove out to Houston.
25          Q.   Oh, I see.  I thought the game was in Houston.
```

1       Okay.
2               A.   Oh, no, no, no, no.
3               Q.   I don't remember if we talked about this.  Do
4       you remember when this was, that you went to Houston?
5               A.   October of 2017.
6               Q.   Okay.  And you don't believe that there was a
7       football game -- an LSU football there in Houston
8       around the time you were there?
9               A.   No, not in Houston.
10              Q.   Okay.  Is it possible --
11              A.   I think maybe they -- they had a day game.  I
12      think it was, like, a day game in Baton Rouge, and then
13      he flew out later that -- right after the game.
14              Q.   How long were you in Houston with him?
15              A.   One night.
16              Q.   What did y'all do?
17              A.   We had gone out to a club and then want back
18      to his hotel and then flew out a couple hours later.
19              Q.   Did y'all fly together?
20              A.   No, because I flew from Hilton Head.
21              Q.   And he flew back to Baton Rouge?
22              A.   Correct.
23              Q.   Okay.  Did he say why he wasn't flying back
24      with the team -- oh, I'm sorry.  Never mind.  Scratch
25      that.

```
 1             Did he say why he was allowed to travel to
 2   Houston immediately after a football game, why he
 3   didn't have to report back immediately to prepare for
 4   the next --
 5        A.   They're free to do -- no.  They're free to do
 6   whatever once the game is done.  And it's
 7   ███████████████   He could do whatever he wanted to at
 8   school, so...
 9        Q.   And why do you say that?
10        A.   Because he was the star player, so if he
11   wanted to go somewhere, like, not have -- whatever it
12   is, he gets what he wants.
13        Q.   And I'm sorry.  You kind of broke up.  You
14   said it's because he's a football player?
15        A.   Star football player for the team.
16        Q.   Star football player.  Okay.
17             He was a star football player in the fall of
18   2017?
19        A.   2017 until he got -- until he got -- what is
20   it? -- drafted.
21        Q.   Did you stay in his hotel that night in
22   Houston with him?
23        A.   Correct.
24        Q.   Did you and he have sex?
25        A.   Correct.
```

```
 1          Q.   And was it consensual?
 2          A.   Yes.
 3          Q.   Did he physically assault you that night or
 4     that day?
 5          A.   No.
 6          Q.   Has he ever --
 7          A.   No.
 8          Q.   -- physically assaulted you?
 9          A.   No.
10          Q.   Do you know if he was seeing anyone at the
11     time?
12          A.   Probably a lot of other girls.
13          Q.   Okay.  You --
14          A.   No -- no specific name that I know.
15          Q.   Okay.  What was your relationship with
16     ██████████ like at that point when you went to Houston
17     with ██████████?
18          A.   I think fine.  He found out, like, the next
19     day.
20          Q.   ██████ found out that you had been with
21     ██████████ the next day?
22          A.   Correct.
23          Q.   How did he find out?
24          A.   I think ████████
25          Q.   Did ██████ tell you he was going to tell
```

REPORTER'S CERTIFICATE

I, YOLANDA J. PENA, Certified Court Reporter in and for the State of Louisiana, Registered Professional Reporter, and as the officer before whom this testimony was taken, do hereby certify that JADE LEWIS, VOLUME I, after having been duly sworn by me upon authority of R.S. 37:2554, did testify as set forth in the foregoing 326 pages.

I further certify that said testimony was reported by me in the Stenotype reporting method, was prepared and transcribed by me or under my direction and supervision, and is a true and correct transcript to the best of my ability and understanding.

I further certify that the transcript has been prepared in compliance with transcript format guidelines required by statute or by rules of the board and that I have been informed about the complete arrangement, financial or otherwise, with the person or entity making arrangements for deposition services.

I further certify that I have acted in compliance with the prohibition on contractual relationships, as defined by Louisiana Code of Civil Procedure Article 1434, and in rules and advisory opinions of the board.

I further certify that I am not an attorney or counsel for any of the parties, that I am neither related to nor employed by any attorney or counsel connected with this action, and that I have no financial interest in the outcome of this matter.

This certificate is valid only for this transcript, accompanied by my original signature and original raised seal on this page.

Prairieville, Louisiana, this 24th day of October, 2022.

_____
YOLANDA J. PENA, CCR, RPR
CCR NO. 2017002, RPR NO. 907346