EXHIBIT B

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL                    CIVIL ACTION NO. 21-242

VERSUS
                                     JUDGE WENDY B. VITTER
LOUISIANA STATE
UNIVERSITY, ET AL                    MAGISTRATE JUDGE JOHNSON


*** CONFIDENTIAL ***

* * * * * * * * * * * * * * * * * * * * * * * * * *

TRANSCRIPT OF THE DEPOSITION OF:

ELISABETH ANDRIES,

TAKEN ON BEHALF OF BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, REPORTED IN THE ABOVE ENTITLED AND NUMBERED CAUSE BY YOLANDA J. PENA, CERTIFIED COURT REPORTER FOR THE STATE OF LOUISIANA.

* * * * * * * * * * * * * * * * * * * * * * * * * *


REPORTED AT THE LAW OFFICES OF:

PHELPS DUNBAR LLP

400 CONVENTION STREET, SUITE 1100

BATON ROUGE, LOUISIANA  70802


COMMENCING AT 9:07 A.M., ON SEPTEMBER 23, 2022.

1   studying a lot, I would pick up friends from bars if I
2   was still studying.  And he asked me to pick him up.
3   He crashed at my place, tried to touch me again.  I
4   kicked him out, and I just never answered his texts or
5   spoke to him again after that.
6          Q.   Okay.  So you said that was in July?  Is that
7   what you said?
8          A.   June or July of 2017.
9          Q.   Was ▓▓▓ in summer school as well?
10         A.   I'm not sure.
11         Q.   When you went to pick ▓▓▓▓▓▓▓▓ up, did
12  you have anyone in the car with you?
13         A.   No.
14         Q.   You felt comfortable with going pick him up
15  alone?
16         A.   Yes.
17         Q.   And I believe you said he crashed at your
18  apartment.  Is that correct?
19         A.   Yes.
20         Q.   Did ▓▓▓▓▓▓▓▓ ask to come to your
21  apartment?
22         A.   Yes.  He said -- I believe he was staying in
23  the fraternity house at that summer, and he asked if he
24  could crash at mine since none of my roommates were
25  home.  And I was living off of Burbank, and I think it

```
 1    was it called The Cottages at the time.
 2         Q.   Could ████████ not have gone to the
 3    fraternity house that night?
 4         A.   I'm not entire sure what the reason was that
 5    he didn't want to go or couldn't go.
 6         Q.   And is it correct that you didn't have any
 7    roommates or your roommates weren't at home that night?
 8         A.   They weren't at home at that moment in time.
 9         Q.   All right.  So tell me -- I know you said you
10    had to kick him out.  Tell me what ████ did once you
11    returned to your apartment?
12         A.   I remember I threw a pillow and blanket on
13    the couch, and I went upstairs to my room, which was up
14    the stairs to the right.  He came up and just laid on
15    the bed to talk.  And since I hadn't had anything to
16    drink, we were just talking and chatting, and then he
17    reached over and tried to go under my shirt again.  I
18    immediately pushed him off the bed, told him to get
19    out.  I'm not sure if he spent the night that night on
20    the couch or if he had left at that exact moment, but
21    when I woke up the next day, he was gone.
22         Q.   So when ████ came upstairs and laid on your
23    bed, did that make you uncomfortable?
24         A.   Slightly, but it wasn't uncomfortable until he
25    tried to reach over and grab me.
```

REPORTER'S CERTIFICATE

I, YOLANDA J. PENA, Certified Court Reporter in and for the State of Louisiana, Registered Professional Reporter, and as the officer before whom this testimony was taken, do hereby certify that ELISABETH ANDRIES, after having been duly sworn by me upon authority of R.S. 37:2554, did testify as set forth in the foregoing 247 pages.

I further certify that said testimony was reported by me in the Stenotype reporting method, was prepared and transcribed by me or under my direction and supervision, and is a true and correct transcript to the best of my ability and understanding.

I further certify that the transcript has been prepared in compliance with transcript format guidelines required by statute or by rules of the board and that I have been informed about the complete arrangement, financial or otherwise, with the person or entity making arrangements for deposition services.

I further certify that I have acted in compliance with the prohibition on contractual relationships, as defined by Louisiana Code of Civil Procedure Article 1434, and in rules and advisory opinions of the board.

I further certify that I am not an attorney or counsel for any of the parties, that I am neither related to nor employed by any attorney or counsel connected with this action, and that I have no financial interest in the outcome of this matter.

This certificate is valid only for this transcript, accompanied by my original signature and original raised seal on this page.

Prairieville, Louisiana, this 12th day of October, 2022.

_____
YOLANDA J. PENA, CCR, RPR
CCR NO. 2017002, RPR NO. 907346