UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 21-CV-242** |
| **VERSUS** | **JUDGE WENDY VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE SCOTT JOHNSON** |

### DEFENDANT BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE'S RULE 72 OBJECTIONS TO MAGISTRATE JUDGE'S ORDER ON PLAINTIFFS' MOTION FOR SANCTIONS

NOW INTO COURT, though undersigned counsel, comes Defendant, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (the "Board"), and pursuant to Federal Rule of Civil Procedure 72(a) and LR 72(a), and respectfully submits its objections to the Magistrate Judge's Order dated September 29, 2023 (R. Doc. 440), granting Plaintiffs' Motion for Sanctions (R. Doc. 325). For the reasons set forth more fully in the Board's supporting memorandum, the Board objects to the Magistrate Judge's Order because Plaintiffs' Motion was filed before this Court dismissed various claims asserted by Plaintiffs, and the dismissal of those claims impacts the Magistrate Judge's findings.

WHEREFORE, the Board prays that this Court consider its Objections to the Magistrate Judge's Order dated September 29, 2023 (R. Doc. 440) and find that Plaintiffs' Motion is moot or alternatively, that Plaintiffs are not prejudiced by the alleged loss of information.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:   */s/ Karleen J. Green*

        Susan W. Furr Bar Roll No. 19582
Shelton Dennis Blunt Bar Roll No. 21230
Karleen J. Green Bar Roll No. 25119
Gregory T. Stevens Bar Roll No. No. 29436
Jessica C. Huffman Bar Roll No. No. 30445
Michael B. Victorian Bar Roll No. 36065
Molly C. McDiarmid Bar Roll No. 36426
*Special Assistant Attorneys General*
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: 225 346 0285
Facsimile: 225 381 9197
Email: susie.furr@phelps.com
Email: dennis.blunt@phelps.com
Email: karleen.green@phelps.com
Email: greg.stevens@phelps.com
Email: jessica.huffman@phelps.com
Email: michael.victorian@phelps.com
Email: molly.mcdiarmid@phelps.com

ATTORNEYS FOR THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        */s/ Karleen J. Green*

PD.43359862.1