```
 1      recycling company after a year or so but
 2      there was not a well-defined age but that
 3      has not been the case for a couple of
 4      years.
 5   Q  So, I'm trying to picture this in my
 6      head.  Do these two guys just have like
 7      piles of phones on their desks?
 8   A  Yes.
 9   Q  Okay.  Do you have any idea about how
10      many phones they have sitting there?
11   A  I don't know about their desks.  I've
12      personally got fifteen to twenty on my
13      desk.  They do more of the cell phone
14      work so they may have more of them.  I
15      mean they're -- some of them are off-
16      boarded employees.  Some of them are
17      broken.
18   Q  So, there's no process at all that you
19      are aware of other than just hanging on
20      to them for now when you get an off-
21      boarded employee's phone; is that
22      correct?
23   A  Yes.
24   Q  I'm going to just take about two minutes
25      and make sure any I don't have any more
```