UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


ABBY OWENS, ET AL                CIVIL ACTION NO. 21-242

VERSUS
                                 JUDGE WENDY B. VITTER
LOUISIANA STATE
UNIVERSITY, ET AL                MAGISTRATE JUDGE JOHNSON


*** CONFIDENTIAL ***


* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

TRANSCRIPT OF THE DEPOSITION OF:

ASHLYN BROOKE MIZE,

TAKEN ON BEHALF OF BOARD OF SUPERVISORS OF LOUISIANA

STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL

COLLEGE, REPORTED IN THE ABOVE ENTITLED AND NUMBERED

CAUSE BY YOLANDA J. PENA, CERTIFIED COURT REPORTER FOR

THE STATE OF LOUISIANA.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *



REPORTED AT THE LAW OFFICES OF:

PHELPS DUNBAR LLP

400 CONVENTION STREET, SUITE 1100

BATON ROUGE, LOUISIANA  70802


COMMENCING AT 9:06 A.M., ON OCTOBER 10, 2022.

**EXHIBIT A**

1    Louisiana?

2        A.  I did.

3        Q.  **From where?**

4        A.  Tensas Academy.

5        Q.  **And what day did you leave -- did you withdraw**

6    **from LSU?**

7        A.  September.  I believe it was probably -- it

8    was around September 5th of 2017.

9        Q.  **And you were not an athlete while at LSU,**

10   **right?**

11       A.  I was not.

12       Q.  **And you did not work in the athletics**

13   **department?**

14       A.  I did not.

15       Q.  **Did you have a TOPS scholarship?**

16       A.  I did.

17       Q.  **What was your major?**

18       A.  My major began in animal science pre-vet, and

19   then right before my junior semester, I changed my

20   major to communications studies prelaw.

21       Q.  **Do you plan to go to law school?**

22       A.  I do.

23       Q.  **Where did you live while you were at LSU?**

24       A.  I lived in an apartment complex right off

25   campus, called The Standard.  I believe that's what it

1    was called.

2        Q.    Did you live there your freshman year?

3        A.    I did.

4        Q.    Did you live there the whole time?

5        A.    I moved from The Standard -- it switched names

6    a couple times, so I'm not sure what the last name was

7    of the apartment complex.  Right before the summer

8    before my junior year, I moved to a different apartment

9    complex.

10       Q.    Which complex, then?

11       A.    I don't remember the name, honestly.

12       Q.    Where was it located?

13       A.    I don't remember the street either.

14       Q.    Was it your apartment or someone else's that

15   you were moving into?

16       A.    It was mine.

17       Q.    Do you have any idea how to get there?  Like,

18   is there somewhere -- any landmarks that you can think

19   of around campus?

20       A.    There used to be a Mellow Mushroom.  If you go

21   up the street, it's on the corner.  I'm trying to think

22   of the name.

23       Q.    Boyd?  On Boyd?

24       A.    It was.  It was on the corner.

25       Q.    Who did you live with freshman year?

3          **EXHIBIT A**

```
 1          A.   Myself.  I never lived with anyone in college.
 2    Just myself.
 3          Q.   Is there a particular reason?
 4          A.   Just wanted to live by myself.
 5          Q.   Were you dating anybody when you arrived at
 6    LSU?
 7          A.   When I arrived, no.
 8          Q.   Did you start dating someone soon after
 9    arriving at LSU?
10          A.   Yes.
11          Q.   Who?
12          A.   ████████ ████████
13          Q.   Was he at LSU at the time?
14          A.   He was not.
15          Q.   How did you meet him?
16          A.   I met him through mutual friends.  He was on
17    campus visiting.  He was a recruit for the football
18    team.
19          Q.   Who are the mutual friends?
20          A.   It was my friend ██████ ████████ boyfriend.
21    ████ was his name.  ████████ I think.  He told me who he
22    was, and I just went up to him and talked to him.
23          Q.   Is Wes somehow affiliated with the football
24    team?
25          A.   No.
```

4                              **EXHIBIT A**

```
 1            A.   No, not the first semester.  It was about a
 2      year after.
 3            Q.   And what about Xanax?  What did you take it
 4      for?
 5            A.   To get high.
 6            Q.   When did you start with it?
 7            A.   I believe I got introduced to it in the
 8      beginning of '17.
 9            Q.   Who introduced you to it?
10            A.   Oh, gosh, I don't remember.
11            Q.   What about who introduced you to cocaine?
12            A.   Some fraternity boys.  I could not tell you
13      their names or the fraternity.
14            Q.   Where did you meet them?
15            A.   At my -- I believe at my apartment complex,
16      but I do not remember.
17            Q.   And who introduced you to meth?
18            A.   My ex-husband.
19            Q.   When did you meet him?
20            A.   I met him in April of 2017.
21            Q.   How did you meet him?
22            A.   You want the long story?  I met -- I met one
23      of his friends first, and then he introduced us.  He
24      didn't really introduce us.  He just -- I was with him,
25      and when he went to meet him and -- I -- that's how I
```

1    got introduced to him.

2        Q.   Was this in connection with obtaining drugs

3    from him?

4        A.   Yes.

5        Q.   So a friend of yours took you to your

6    husband -- who would become your husband -- to buy

7    drugs?

8        A.   No, it wasn't obtaining drugs for myself.  It

9    was he was meeting him to obtain drugs for him.

10        Q.   Okay.  Could you use names for me?

11        A.   Sorry.

12        Q.   That's all right.

13        A.   John -- we have John which is my ex-husband.

14    The man that I met who introduced us is named Todd.

15        Q.   Okay.  And were you just a friend of Todd's?

16        A.   No.  I was -- Todd is John's friend.

17        Q.   Okay.

18        A.   I met Todd randomly one night.  And we -- a

19    few days after we met, we decided to hang out, and he

20    was going to meet John to obtain some drugs from John,

21    and I rode with him.  And that's how I met John.

22        Q.   ████████████████████████████████████

     ████████████    ██████████████████████████████████

     ████████████████

25        A.   █████████████████████████████

**EXHIBIT A**

1    Q.   Did you do drugs with Todd before you went to

2    meet John?

3    A.   I did.

4    Q.   What drugs did you do with Todd?

5    A.   I believe we did roxies and codeine, probably

6    marijuana as well.

7    Q.   And so did he tell you that y'all could get

8    meth from the guy he's taking you to, or you just were

9    riding with him?

10   A.   We weren't getting meth.  I'd never meth

11   before I met John.

12   Q.   He wasn't selling the meth to y'all.  He's

13   just who introduced you to it later?

14   A.   Todd was going to buy some roxies from John,

15   not for me.  I just rode with him.

16   Q.   And how is it that you came to date him as a

17   result of this purchase?

18   A.   He rode -- John lived in Gonzales at the time,

19   so we had rode to Gonzales.  He had ended up riding

20   back to Baton Rouge with us, and we all went to my

21   apartment complex.  And then, I don't know, a few days

22   later -- when we went to my apartment complex, he had

23   got my number, and a few days later he had messaged me

24   to come over.

25   Q.   To Gonzales?

7

**EXHIBIT A**

1        A.   To come over to Baton Rouge, to my --

2        **Q.   He wanted to come over to your --**

3        A.   Yes.

4        **Q.** ██████████████████████████████████████

██████████

6        A.   ███

7        **Q.** ██████████████████████████████████████████

███████████

9        A.   ████████████████████

10       **Q.   You said you think y'all went to your**

11       **apartment complex.  Did you go somewhere in the**

12       **apartment complex or just to your apartment?**

13       A.   My room.

14       **Q.   So what did you and Todd and John do?  Just**

15       **drugs?**

16       A.   Yep.  Yes, ma'am.

17       **Q.   Okay.  So then he messaged you to come over,**

18       **and then what happened?**

19       A.   On his way over, he had texted me if I had

20       ever done ice.  I had no clue what ice was.  And I

21       said, "I don't even know what ice is."  And he said,

22       "It's meth."  I was like, "No, I've never done meth."

23       But he said he was bringing some over.  And he came

24       over to my apartment complex.  We got high, ████████

25       and then that was that.

**EXHIBIT A**

1     Q.   And then y'all dated after that?

2     A.   Sure.  I wouldn't call it -- I mean, whatever

3 you want to call it.

4     Q.   Well, you tell me what you would call it.

5     A.   ███████████████████████████████

███████████████

7     Q.   Tell me what you mean about money.

8     A.   We sold drugs together.

9     Q.   How soon did that start?

10    A.   He was already selling drugs when I met him,

11 and then he slowly taught me how -- well, not slowly --

12 quickly taught me how.

13    Q.   Did he use you to help him sell drugs?

14    A.   Yes.

15    Q.   Is there something that you brought to the

16 table --

17    A.   I was white and a female.

18    Q.   He's black?

19    A.   He is.

20    Q.   So did that increase what y'all could sell,

21 because you were white and female, did y'all think?

22    A.   I believe so, yeah.

23    Q.   And so how soon after did you start selling?

24    A.   Right after -- ████████████████████

████████████████ I went with him everywhere and watched what

9

**EXHIBIT A**

1    he did and learned how to do it.

2        Q.    Why did you want to do it?  Was the money

3    good?

4        A.    I believe I just -- I wanted to be high all

5    the time, and I knew if I was with him, I would be high

6    all the time.  And also it was just -- it was like a

7    second life to me, like an adventure, like a -- I got a

8    high off of that experience as well.

9        Q.    Did you sell to people in your apartment

10   complex?

11       A.    Probably.

12       Q.    You don't know?

13       A.    People who lived there or people who'd come

14   there?

15       Q.    Either.

16       A.    Yeah.

17       Q.    People who lived there would buy from you?

18       A.    Yes.

19       Q.    How much money did you make off of it?

20       A.    I don't recall.

21       Q.    Do you have an estimate?

22       A.    No.

23       Q.    I don't know how much it yields, so I have no

24   idea.  Is there a range you can give me:  It's probably

25   somewhere between A and B?

EXHIBIT A

1    happened once you started dating him forward, or is it

2    blurry?

3        A.   It is -- it is -- it gets -- there are certain

4    events that -- more traumatizing than others, like the

5    arrest.  I can remember the arrest very clearly.  Now,

6    if you ask me what we did a week before that, I

7    couldn't tell you.

8        Q.   **What do you consider the traumatizing events?**

9        A.   Traumatizing events?  Getting chased by that

10   lady.

11       Q.   **By what?**

12       A.   By that lady that tried to kill me.  Getting

13   arrested both times.  Going to jail, my experience in

14   jail.

15           If we're talking about the times that me and

16   John were together, there's -- I mean, running from the

17   police when there was probably no one chasing us.  I

18   mean, I was -- I was out of my mind.

19           So there are certain things that stand out to

20   me that I remember and then some things that are kind

21   of blurry.

22       Q.   **And so were you -- did y'all have a lot of**

23   **drugs in your car for sale or for you use or what?**

24       A.   Both.

25       Q.   **So I think the police report says y'all had --**

1    I can't say some of these, sorry.  But crystal meth,

2    heroin, marijuana, crack cocaine, methylamphetamines,

3    Vyvanse, hydrocodone, methylbenadrol [phonetic],

4    tramadol, and then buprenorphine.

5            Were you in possession of all that at the

6    time?

7        A.   I was.

8        Q.   Was it your car?

9        A.   It was.

10       Q.   And then there's something in the police

11   report about monetary instrument abuse.  Do you know

12   what that relates to?

13       A.   Counterfeit money.

14       Q.   What kind of counterfeit money?

15       A.   I think I had a couple -- two or three

16   hundred-dollar bills that were counterfeit.

17       Q.   Where did you get that from?

18       A.   I couldn't tell you.

19       Q.   What were you using it for?

20       A.   I hadn't used them yet.

21       Q.   So you were booked into the Baton Rouge jail?

22       A.   I was.  East Baton Rouge Parish prison.

23       Q.   How long were you in jail?

24       A.   The first time, a week.

25       Q.   And how were you released?



1              line of questioning.  But you can go ahead and

2              answer.

3    BY MS. FURR:

4         Q.   Who?

5         A.   ██████████████████████████████████████

6    ████████████████████████

7         Q.   ███████████████████████████████████████

8    █████████████████

9         A.   ████████████████████████████████████████

10   █████████████████

11        Q.   ████████  ████████

12        A.   █████

13        Q.   ████████████████████████████████████████

14   ██████████████  █████████  ██████████

15        A.   ████████  ████████  ████████████████████

16        Q.   ████████████

17        A.   ████████████

18        Q.   Going back quick to your husband, did you

19   ever -- you mentioned traumatizing events with him.

20        ████████████████████████████████████████████

21   █████████████████████

22        A.   █████

23        Q.   ████████████████████████████████████████

24        A.   █████

25        Q.   So as of -- January 16 is when the incident

**EXHIBIT A**



1    occurred, correct?

2        A.    Yes.

3        Q.    So as of that point in time, were you already

4    dating ███  ███  or were you not yet dating him?

5        A.    I was already dating him.

6        Q.    ████████████████████████████████████

7    ███████████████████

8        A.    ███████████████████

9        Q.    Do you know whether ███  ███ was exclusive

10   with you or whether he saw other people?

11       A.    He was exclusive.

12       Q.    But at that time, do you know whether y'all

13   were exclusive, in January 2016?

14       A.    Say again.

15       Q.    In January 2016, do you know whether you and

16   ███  were exclusive then?

17       A.    Yes, we were.

18       Q.    So when did you become on again, off again

19   with him?

20       A.    That summer.

21       Q.    ████  ████  ████████████

22   ████  ████

23       A.    █████████████████████

24       Q.    ██████████████████

25       A.    ████████████

14                    EXHIBIT A

1    event in January '16 -- I'm sorry, fall of 2015 and

2    January 2016?

3          A.   It was -- we didn't see each other that often

4    because he did live in New Orleans and he was still a

5    senior in high school.  But the -- I would go to

6    New Orleans to see him, and he would come to LSU for

7    recruiting events and games.

8          Q.   **So any idea of how many times you saw him?**

9          A.   Oh, no.  I have no idea.

10         Q.   **And do you know when the last time was you saw**

11   **him prior to this event in January 2016?**

12         A.   Before the rape?

13         Q.   **Yes.**

14         A.   I don't know the last time I saw him, but I

15   can tell you the time I saw him after.

16         Q.   **When was the time after?  How soon after?**

17         A.   It was three to four days afterwards.

18         Q.   **What recruiting events were you referring to?**

19         A.   I don't know exactly what they do.  They have

20   recruits come in all the time for football.

21         Q.   **And how many did he come in for?**

22         A.   I don't know.

23         Q.   **Did you attend those?**

24         A.   No, not the actual events, no.

25         Q.   **Did he stay with you when he came in?**

EXHIBIT A

1    A.    He stayed with me a couple of times, not every

2    time.  A lot of times he would go back to New Orleans.

3    **Q.    Did he drink when he came in?**

4    A.    I'm sure he did.

5    **Q.    Did he smoke marijuana with you?**

6    A.    No.

7    **Q.    Tell me what happened on the night of the**

8    **incident with** ████████  ████████

9    A.    There was a -- at my apartment complex, I had

10   some football players over, and we were drinking.  And

11   we were -- it was late into the night or early into the

12   morning, and we were all pretty drunk.

13       And I remember -- I don't know who let him

14   into my apartment, who opened the door for him or

15   anything like that, but I remember him coming in and me

16   seeing him.  And I asked someone, "Who -- who invited

17   him?"  Like, "Who told him he could come here?"

18       And whenever you're drunk, you don't really

19   have a filter or judgment -- clear judgment, and I

20   remember telling him that I didn't like him because of

21   how he carried himself.  And he told me he was going to

22   make him like me, I'll make you like me.

23       And I just remember him being so arrogant, I

24   just didn't want to be around him.  And I was already

25   so drunk, and so I went to my room and passed out on my

**16**                    **EXHIBIT A**

1    bed.

2              At this time, it was -- I don't know who was

3    there, who wasn't there in the -- in the -- my bedroom

4    was right outside of -- or right outside of my kitchen.

5              And I had woke up the next morning and had

6    trauma to my women parts, and my vaginal and anal

7    trauma.  It wasn't until the days following that I

8    could remember what happened.

9              As it came back to me, I remember waking up

10   and going through my phone to try to see if there was

11   anything on my phone that could tell me what happened

12   and finding his number in my phone.

13             And then days after, I started getting

14   flashbacks of what had happened.  And I had called my

15   friend over to try to talk to someone about it, my

16   friend █████████

17        **Q.   I didn't want to interrupt you if you were**

18   **still going.**

19        A.   You're good.

20             MS. TRUSZKOWSKI:  You're good?

21             THE WITNESS:  Yeah.

22   BY MS. FURR:

23        **Q.   All right.  Which football players had you had**

24   **over to your apartment to drink?**

25        A.   I can tell you the ones that I remember.  I

**17**

**EXHIBIT A**

1    don't recall everyone who was over there, but I know

2    ███████  ██████  was over there.

3        Q.    Anybody else?

4        A.    Maybe  ██████  ██████  and maybe  ██████  ██████

5    maybe.  I can't -- I don't fully remember.

6        Q.    Did you ever ask them afterwards if they had

7    been there?

8        A.    Did I ask them?  I knew who was there -- like,

9    are you asking me did I ask them if they were there

10   during the incident?

11       Q.    Let's start over.

12       A.    Yes.

13       Q.    Who was there that night drinking with you?

14       A.    That's who I recall, the people I told you.

15   But I know there was more people there, but I do not

16   remember.

17       Q.    Were there any other women there, or were

18   there just guys there?

19       A.    I believe  ██████  may have been there for a

20   little while, but that's the only other girl.

21       Q.    And so how many guys do you remember being

22   there at the time?

23       A.    I don't recall.  There was people in and out,

24   so I couldn't tell you.

25       Q.    And were you supplying the alcohol, or did

18                    **EXHIBIT A**

1    A.    No, that's what I observed, that he was sober.

2    Q.    Did he tell you where he had been or anything

3    like that?

4    A.    No.

5    Q.    Was this your first time to ever speak with

6    him?

7    A.    Yes.

8    Q.    Did he live in The Standard also?

9    A.    Yes.

10    Q.    And so it sounds like what you're saying is

11    you didn't -- you already told him when he came in the

12    door that you didn't like him?

13    A.    Yes.

14    Q.    What preceding that made you not like him?

15    A.    How he carried himself about campus, around

16    the apartment complex, how arrogant he acted, just

17    observing him.

18    Q.    Had you ever spoken to him before?

19    A.    Nope.

20    Q.    Had he ever spoken to you?

21    A.    No.

22    Q.    Did you know how ██████ ███████ or ████████

23    how they felt about him?

24    A.    No.  I'm sure everyone -- I speculate that

25    everyone liked him because he was a huge star on the

19          **EXHIBIT A**

1      A.   No one was there when I woke up.

2      Q.   **And who do you remember being there when you**

3  **went into your room to pass out?**

4      A.   No one was in there when I went in there.

5      Q.   **Sorry.  In your apartment.**

6      A.   In my apartment?

7      Q.   **Right.**

8      A.   Oh.  I believe ███ was still there.  There

9  was a lot of people in my kitchen.  And I know ███

10  was there, and ███ And I don't recall if ███

11  was there or not.

12      Q.   **Did you -- you liked the other people there?**

13  **███ was the only one you didn't like?**

14      A.   Correct.

15      Q.   **Do you know how ███ was invited?**

16      A.   I have no clue.

17      Q.   **How close did he live to your apartment?**

18      A.   I don't know where his room was.

19      Q.   **So you can remember telling him that you**

20  **didn't like him because of how he carried himself?**

21      A.   Correct.

22      Q.   **Did you tell him you thought he was arrogant**

23  **also?**

24      A.   I believe that I told him that he -- he had a

25  big head, I think is what I told him.  But I don't -- I

20    **EXHIBIT A**

1    moment?

2         A.    At the moment, I think I was kind of

3    panicking, trying to figure it out.

4         **Q.    Were you worried you had had sex with**

5    **somebody?**

6         A.    I was worried that something had happened to

7    me, not that I consensually, because there's no way I

8    could give consent.

9         **Q.    Are you saying because you were drunk?**

10        A.    Yes, because I was completely passed out.  I

11    was out of my mind.  I don't know if I've ever been

12    that drunk before.

13        **Q.    Do you know whether you talked to anybody in**

14    **your room after you went into your room?**

15        A.    I don't -- did I talk to anyone?

16        **Q.    Do you remember -- between going into your**

17    **room and waking up the next morning, do you remember**

18    **whether you had any conversations with anyone?**

19        A.    The only flashbacks I had were of ▮▮▮▮▮ on

20    top of my, spitting on me, penetrating my vagina and

21    penetrating me anally.  And I remember flashbacks of

22    me -- him saying something about me not getting wet and

23    him spitting on me.  But I don't remember if I had any

24    conversations with anyone.

25        **Q.    When did those flashbacks start coming back?**

21    **EXHIBIT A**

1          A.   A few days after.  Within the week.

2          Q.   And the spitting that you're referring to, is

3     that what you were just referring --

4          A.   Yes.

5          Q.   Let me finish my question.

6          A.   Sorry.

7          Q.   That's all right.

8               You said that you remember him spitting on

9     you.  Is that in the context of what you were saying

10    about you not being wet?

11         A.   Yes.

12         Q.   And where did he spit on you?

13         A.   He spit on my vagina.

14         Q.   How do you know that?

15         A.   Because I recalled it that week.  I guess it

16    was just one of those things that stood out.

17         Q.   So you couldn't see his head, but you could

18    hear him spitting or something?

19         A.   No, I could see him.

20         Q.   And so how many times do you recall him

21    spitting?

22         A.   I don't recall.  At least once.

23         Q.   And so you said you remember him on top of

24    you.  You had a flashback of him on top of you?

25         A.   Yes.

1    other clues did you find, if anything, near you?

2        A.    I don't think anything, like -- any more

3    clues.

4        Q.    Did you find a condom or a condom wrapper or

5    anything?

6        A.    Nope.

7        Q.    What about semen?  Did you find any evidence

8    that you had semen near you or inside you?

9        A.    I don't recall that.

10        Q.    Did you have anybody do an examination of you

11    to determine vaginal or anal trauma?

12        A.    No.

13        Q.    Why not?

14        A.    Because, first of all, I was traumatized and I

15    didn't want to even think about the event happening.

16    Second of all, I really didn't want to -- the only

17    person I told at first was ██████ and I asked her not

18    to tell anyone.

19            And shortly after you wake up and

20    you -- you've been raped or sexually assaulted, you

21    don't really want anyone looking at your body naked.

22        Q.    How long did you feel the trauma?

23        A.    The trauma of my vagina?

24        Q.    Yes.

25        A.    I don't recall.  A few days, probably.

23                        **EXHIBIT A**

```
 1              Q.   Is it a soreness that you felt?  Did you feel
 2        some kind of tearing or --
 3              A.   I felt tearing in my anal.
 4              Q.   Did you find any blood?
 5              A.   I don't recall.
 6              Q.   Was his name in your phone?  Was his name in
 7        your phone next to the phone number?
 8              A.   Yes.
 9              Q.   Did you delete it?
10              A.   I don't recall.
11              Q.   How did you determine that you had chlamydia?
12              A.   I went to the LSU health center.
13              Q.   When was that?  What date?
14              A.   I don't remember the date.  Shortly after.
15              Q.   Do you remember how many days after?
16              A.   I do not.  Maybe less than a week.
17              Q.   Do you know how long you had had chlamydia?
18              A.   No.  I mean, I never had it before.
19              Q.   Did you have any idea before you went in that
20        you had chlamydia?
21              A.   I did not.  I went in as a result of the rape,
22        to get checked.
23              Q.   And do you know how long you had had
24        chlamydia?
25              A.   I assume I hadn't had it.  I had used condoms
```

1    before, even with ███████
2        Q.    ███████████████████████████████████
3        A.    █████
4        Q.    Were you also on birth control?  Or was that
5    your only means of pregnancy prevention?
6        A.    I believe I was also on birth control.
7        Q.    █████████  ██████  ██████  ███████████
8        A.    █████
9        Q.    Did you have any symptoms from the chlamydia?
10       A.    I don't recall if I did have symptoms.  The
11   reason I went to the health center was because of the
12   rape, and I wanted -- ███████ had asked me to please --
13   if I don't do anything else, please go to the health
14   center and get checked, and that's what I did.
15       Q.    For an STD?
16       A.    Yes.
17       Q.    Was there anything else that occurred at the
18   health center, any other checks besides checks for an
19   STD?
20       A.    No.
21       Q.    What was the last thing you recall before
22   passing out?
23       A.    The last thing I recall before passing out?
24   Going into my room, there being no one in there, it
25   being super dark, and me laying on my bed.

25                          **EXHIBIT A**

1    Q.    **What is his name?**

2    A.    It's an emoji.

3    Q.    **What emoji is it?**

4    A.    Just a straight-face emoji.

5    Q.    **Why's that?**

6    A.    I changed it a long time ago at LSU, and I

7    just never changed it back.

8    Q.    **Why did you change it?**

9    A.    Because we were on and off.

10          And many of those messages that I'm talking

11   about didn't happen back then.  They happened recently.

12   Q.    **Do you know when he -- you don't know when he**

13   **left LSU?**

14   A.    When he left?  No, I'm not sure of a certain

15   date.

16   Q.    **Do you know whether he was redshirted his**

17   **first year?**

18   A.    He was.

19   Q.    **Do you know whether he was upset about that?**

20   A.    I don't -- I don't recall.  I don't know if he

21   was upset or not.

22   Q.    **Did you ever go to the police about what**

23   **happened with** ███████  ██████

24   A.    No.

25   Q.    **Why not?**

26

**EXHIBIT A**

```
 1          A.   First of all, because I was underage drinking.
 2     Second of all, because of who he was.  And third of
 3     all, because I wanted to forget everything that had
 4     happened and not have to deal with the trauma of
 5     retelling it retelling it and telling it and becoming
 6     public knowledge and...
 7          Q.   Have you ever since, to this day, considered
 8     going back and filing charges against ████████ ████
 9          A.   Have I considered it?  No.
10          Q.   Why not?
11          A.   I guess I never thought about it.  I didn't
12     know I could still do that.
13          Q.   When you decided to file this lawsuit, did you
14     consider bringing any claims against ████████ ████ or
15     doing -- bringing any criminal charges against him
16     then?
17          A.   When I decided to do this lawsuit?
18          Q.   Right.
19          A.   I have not -- I don't have any plans of
20     anything.
21          Q.   Do you want ████████ ████ to pay for what
22     happened to you?
23          A.   I think he has.
24          Q.   How?
25          A.   Have you followed him in the news?
```

**EXHIBIT A**

1  was in had his name on it from, I assume, workout

2  practices.  Because I know that they used to -- they

3  used to give them protein shakes after their workouts

4  or their practices.  And it was busted all over my

5  front windshield of my car in the parking garage at our

6  apartment complex.

7       **Q.  And you say -- so it was busted, but you could**

8  **still see his name on it?**

9       A.  Yeah.  The Styrofoam cup was left everywhere.

10  It wasn't into a billion pieces, but it was broken.

11       **Q.  What name was on it?**

12       A.  ████████

13       **Q.  And do you know who put there?**

14       A.  No.  I don't -- I didn't see who did it.

15       **Q.  Anything else?  Any other communications or**

16  **interactions between you?**

17       A.  I don't believe so.

18                (Recess taken.)

19  BY MS. FURR:

20       **Q.  Okay.  We talked earlier about you said you**

21  **tested positive, I guess, for chlamydia.  Is that**

22  **right?**

23       A.  I did.

24       **Q.  What was your treatment for that?**

25       A.  It was -- I don't know the name of the

**EXHIBIT A**

1    medicine.  It was some pills that I took.  I think it

2    was like two days.

3         Q.    And did you do any rape kit or anything like

4    that?

5         A.    No.

6         Q.    Why not?

7         A.    I didn't go to the health center until days

8    after.

9         Q.    And do you have any witnesses at all who

10   saw -- who told you they saw ██████ ██████ enter your

11   bedroom that night?

12        A.    Not that I know of.  I don't have any

13   personally.

14        Q.    Okay.  So you mentioned earlier that you

15   disclosed it to your friend ████████  Is that right?

16        A.    Uh-huh.

17        Q.    What is ████████ last name?

18        A.    She's Canadian, so it's ████████ I'll have

19   to get the spelling for you after.

20        Q.    I have the spelling; I just don't know the

21   pronunciation.

22        A.    I called her ██████ and that's about it.

23        Q.    Okay.  We'll just refer to her as ██████ or

24   ██████

25               Do you recall what specifically you told her?

**EXHIBIT A**

1      A.   I was.

2      Q.   And is it your understanding at some point,

3  she did tell someone about it?

4      A.   It was.

5      Q.   Who do you think she told?

6      A.   I believe she first disclosed the information

7  to her mom.

8      Q.   Had you met her mom before?

9      A.   I had not.

10      Q.   How did you know ▮▮▮▮▮

11      A.   I met ▮▮▮▮▮ -- I don't remember the first

12  place I met ▮▮▮▮▮ She also lived at my apartment

13  complex.  I cannot tell you when I first met her.  I

14  just know that we became friends as soon as I met her.

15  And she was on the diving team, and I would go watch

16  her dive sometimes.  And we were -- we became really

17  close.

18      Q.   Did she live alone also?

19      A.   I don't -- I don't believe so.  I'm not for

20  sure.  I believe she did have roommates.  She did have

21  roommates.  I remember now.

22      Q.   Did you ever live in on-campus housing, or

23  always lived off campus?

24      A.   Always off camps.

25      Q.   And just to be clear, off-campus housing is

**EXHIBIT A**

1    sure you would -- or trying to get you to come in and

2    talk to them?

3        A.    I believe I received an email first.

4        Q.    Without ▉ telling you ahead of time?

5        A.    I believe so.

6        Q.    Do you remember that she -- so I guess

7    there's -- some would say that they were reaching out

8    to ▉ to get to see if they could -- if ▉ could

9    persuade you to come and make a report to LSU.

10       Do you remember ▉ having any discussions

11    with you to say, like, I've talked to somebody about

12    you anonymously, and this is what's available to you to

13    go do, or to make a report?

14       A.    I don't remember any specific conversations

15    like that.  I do remember, after receiving the emails,

16    talking to ▉ and her telling me that I could make a

17    report.  And then I told her I was -- told her that I

18    did not want to make a report.  And I can remember her

19    saying, "Well, please, please, please just go to the

20    health department.  It's free.  And just go to the

21    health department and get checked out."  I just

22    remember her being adamant about that part.

23       Q.    And did she tell you or did you know that

24    going to the health department is confidential, that

25    your information wouldn't be disclosed?

31        **EXHIBIT A**

1    A.    I mean, I knew about HIPAA, so.

2    Q.    **So you thought it was confidential when you**

3    **went to the health center?**

4    A.    Yes.

5    Q.    **Do you have any reason -- if** ███ **told LSU**

6    **that you had told her that you were sexually assaulted**

7    **by two male student athletes at -- off-campus -- at**

8    **your off-campus apartment, do you have any -- do you**

9    **dispute that if that's what** ███ **told them at the**

10   **time?  Or is it possible you just don't remember**

11   **telling** ███ **that at the time, that two people had**

12   **sexually assaulted you that night?**

13   A.    I don't -- I don't remember that conversation

14   of two people.

15   Q.    **She reported to LSU that you called her on the**

16   **Saturday morning saying that you would hooked up with**

17   **two male student athletes.  Do you remember having that**

18   **conversation with her?**

19   A.    The conversation I remember her having -- or

20   us having is actually we were standing in my kitchen.

21   I don't remember calling her.  I'm not saying that that

22   did not happen; I'm just saying that I don't recall

23   that event.

24   Q.    **So the allegation is that you originally**

25   **called her on Saturday morning and indicated that you**

**EXHIBIT A**



1          Q.   █████████████████████

████████████████████████████████

████████████

4          A.   ███████████

5          Q.   ██████████

6          A.   ████████████████

7                  MS. FURR:  I'll show you what I'll mark

8                as Exhibit 1.

9        (Exhibit No. 1 was marked for identification.)

10       BY MS. FURR:

11          Q.   Have you seen this before?

12          A.   Maybe.  I think I received -- I don't know if

13       this was -- I don't remember speaking with Miriam

14       Segar.

15          Q.   This is -- just to make it clear, this is not

16      about a discussion that Miriam had with you.  This is

17      about a discussion that Miriam had with ███████

18          A.   Oh.  No, I have never seen that.

19          Q.   That's what I'm asking.  Have you ever seen

20      this email before?

21          A.   I have not.

22          Q.   And the ██████ it's addressed to is the

23      ██████ that we've talking about right?

24          A.   Yes -- well, it's blocked out, so I don't

25       know.  But, yes, I assume.

33                   **EXHIBIT A**

1   Q.   Okay.  And it's saying here, "Thanks for

2   speaking with me today."  So this email is dated

3   January 26, 2016, which is a Tuesday.  Would that have

4   been shortly after the incident between you and

5   ████  ████

6   A.   It would have been.

7   Q.   Do you remember which day of the week it was

8   that that happened?

9   A.   Friday night, maybe.

10   Q.   Okay.  It says here Miriam is sending this

11   information.  She's saying, "...I'm sending this

12   information so that you can share it with the

13   individual you are concerned about.  As a victim of

14   sexual assault, she does have the right to report a

15   crime to the police and the University or

16   investigation."

17        Did  ████   tell you that?

18   A.   I don't recall a conversation with ████ of

19   her telling me that.

20   Q.   Do you recall if se didn't tell you that?

21   A.   I don't recall that she didn't.

22   Q.   One way or the other?

23   A.   One way or the other.

24   Q.   The next sentence says, "No matter what her

25   decision on formal reporting, she should definitely

34   **EXHIBIT A**

1    seek some personal assistance through the LSU

2    Lighthouse program.  The Lighthouse program is a

3    confidential resource for students with trained

4    advocates for victims of sexual assault."

5        Do you recall ▋▋▋▋ talking to you about

6    The Lighthouse Program?

7        A.    I don't recall.  Like I said, I recall her

8    being adamant about me going to the health center, and

9    that's pretty much what I recall from our conversation.

10        Q.    Okay.  So can you say one way or another

11    whether she gave you these links or talked to you about

12    these links to get more information?

13        A.    I can say that she did not give me these

14    links, no.

15        Q.    How can you say that for sure?

16        A.    Because I don't ever remember receiving these

17    links from her.

18        Q.    Did you ever go on the LSU website to look up

19    and see what options you had for reporting or for

20    getting treatment or resources?

21        A.    I think when I received an email, first of

22    all, it scared me to death.  And so I kind of -- I

23    think I knew about The Lighthouse Program.  I briefly

24    went there when I went to the health center.  I believe

25    it was inside the health center, the same floor that I

35

**EXHIBIT A**

1    got my test done, and I spoke with a lady there.  Maybe

2    her name was Sierra Fowler.  I spoke with her.  It was

3    very brief, maybe five minutes, and that was it.  But

4    any other resources I don't remember ever looking

5    through or seeing.

6                    MS. FURR:  I'll show you what I'm

7                    marking as Exhibit 2.

8         (Exhibit No. 2 was marked for identification.)

9    BY MS. FURR:

10        Q.   Is this the letter that you're referring to?

11        A.   I did receive this email, yes.

12        Q.   You said something -- you received something

13   that scared you to death.  Is this what you're talking

14   about?

15        A.   I don't think this is the email I'm talking

16   about that scared me.

17        Q.   What do you remember about the email that

18   scared you?

19        A.   It being very official.  And I remember

20   thinking that I didn't have a choice in the matter,

21   that I was going to have to go through the

22   investigation.

23        Q.   And that scared you because you didn't want to

24   go through the investigation?

25        A.   I did not.

EXHIBIT A

1    Q.   Do you remember receiving this one, though --

2    A.   Yes --

3    Q.   -- Exhibit 2?

4    A.   -- I do.

5    Q.   And what was your reaction when you received

6    this letter?

7    A.   I believe I told her that I didn't want to

8    pursue an investigation and that I may have told her

9    that I was going to go to the health department or that

10   I had already been to the health department.  I can't

11   remember at that time.

12   Q.   And do you know whether on this date you had

13   been to the health department?

14   A.   I don't remember.

15   Q.   Okay.  So it says here that she wants to

16   discuss all of the services provided on and off campus

17   to address your medical concerns.  Did you have any --

18   did you accept that offer, to have that discussion with

19   her?

20   A.   I did not have a discussion with her about

21   that.

22   Q.   Was that by your choice?

23   A.   When I emailed her back, I believe I said I

24   didn't want to pursue an investigation and that I was

25   using the health department.  And I believe she may

1    have emailed me back, and I don't remember what she

2    said exactly.

3        Q.    Okay.  It says, "Secondly, we want to provide

4    you with academic support and ensure that you are able

5    to successfully continue with your studies at LSU."

6            Did you respond to her and accept any academic

7    support or ask to hear more about academic support?

8        A.    No.  At the time, I -- I didn't really need

9    academic support.

10        Q.    It says here she's attaching Permanent

11    Memorandum 73.  Did you read Permanent Memorandum 73?

12        A.    I don't recall if I did or I did not.

13        Q.    Next she says, "I would like to encourage you

14    to schedule an appointment with me."

15            Did you ever do anything to schedule an

16    appointment with her?

17        A.    I did not.

18        Q.    And why not?

19        A.    Because I did not want to pursue an

20    investigation.

21        Q.    Did you also not want to pursue any resources

22    that were available at the time, just wanted to not

23    bring this to LSU's attention?

24        A.    I think it was brought to their attention, but

25    I did not want to keep reliving it.

1      Q.   Did you have any problem with anything that
2    was said in this letter?
3      A.   Did I have a problem with anything that was
4    said in this letter?
5      Q.   Yes.
6      A.   I don't see a problem with anything in the
7    letter.
8      Q.   Okay.
9            MS. FURR:  I'm going to show you what
10           I'm marking as Exhibit 3.
11      (Exhibit No. 3 was marked for identification.)
12    BY MS. FURR:
13      Q.   Is this an email exchange between you and
14    Ms. Fuentes-Martin?
15      A.   It is.
16      Q.   Did you send the email at the bottom that's
17    dated February 5th, 2016?
18      A.   I did.
19      Q.   And was that your response to Exhibit 2?
20      A.   It was.
21      Q.   You say in the first line, "I apologize for
22    responding this late, but I wanted to think about
23    everything and look at all my options."
24           What options did you look at?
25      A.   I don't recall.  If you want me to be honest,

EXHIBIT A

1    completely transparent, I probably did not look at any

2    options.  I wanted to make the email sound good.

3         Q.   Do you know at what point in time -- strike

4    that.

5              Do you know whether ██████ at first did not

6    disclose your name and then at some point in time

7    ultimately did disclose your name?

8         A.   I'm not sure.

9         Q.   Okay.  It says in the next sentence, "I have

10   decided I would not like an investigation to be

11   performed."  That's what you wrote?

12        A.   Correct.

13        Q.   And it says, "I have met with Ms. Sierra

14   Fowler, and I know all the resources that are available

15   to me."

16        A.   Correct.

17        Q.   You said you met with Sierra Fowler once?

18        A.   I did.

19        Q.   What did she discuss with you about resources?

20   Do you remember?

21        A.   I remember her discussing about maybe tutoring

22   if I needed it.  That's the only thing that really I

23   remember about the conversation.  If I needed help

24   academically, I believe they offered tutoring.

25        Q.   Did she talk to you about counseling

**EXHIBIT A**

1    opportunities and any kind of --

2        A.    She may have.  I don't recall.

3        Q.    **Was there anything that you were looking for**

4    **from Ms. Fowler, or did you just want to move on?**

5        A.    I honestly just wanted to move on.

6        Q.    **Do you recall everything that Sierra told you**

7    **or no?**

8        A.    I don't recall everything she told me, no.

9        Q.    **And you said Sierra Fowler was in**

10   **The Lighthouse Program?**

11       A.    I believe so.

12       Q.    **Which was in the same building as your**

13   **appointment for the STD?**

14       A.    I believe so.  I believe they were on the same

15   floor, if I recall correctly.

16       Q.    **Do you know on what date you met with Sierra**

17   **Fowler?**

18       A.    I don't know the exact date, no.

19       Q.    **Did you have any problem with anything Sierra**

20   **Fowler did in talking with you?**

21       A.    No.  I just remember it was a very brief

22   conversation, and then I left.  That was it.

23       Q.    **Was she kind to you?**

24       A.    I don't remember her being not kind, so I

25   would remember that more.

1    information to shortly afterwards, and I would just

2    like her name for the purposes of having it on a piece

3    of paper, because she -- she is one person that knew.

4    And I just don't have her name, so I just call her the

5    nurse from the health center, and I just would like to

6    formally have her name.

7         **Q.   Was she kind to you?**

8         A.   She was kind.

9         **Q.   Did you ever have any problem with anything**

10   **she did or said?**

11        A.   I didn't have a problem with anything she

12   said.

13        **Q.   Did she tell you that you had the option to**

14   **report** ██████   ██████

15        A.   I told her that the university -- I kind of

16   confided in her.  I told her that the -- the university

17   had reached out to me about an investigation, but I did

18   not want an investigation against him because of who he

19   was and that I didn't want my name to be plastered

20   throughout LSU as the girl who cries rape against

21   ██████   ██████  And maybe not in those words I said to

22   her.  And she responded with, "I totally understand.  I

23   don't blame you.  He is like a god around here."  And

24   she kind of -- she didn't believe that things would get

25   done correctly.

**EXHIBIT A**

1    Q.    She told you, I don't believe things will get

2    done correctly?

3    A.    She -- what she specifically told me was I

4    understand.  I believe you.  He's like a god around

5    here.

6    Q.    Is there anything else she said, or just that?

7    A.    No.  She may have, but I don't recall anything

8    right now.

9    Q.    Okay.  In looking back at Exhibit 3, was this

10   a reply that you received from Ms. Fuentes-Martin in

11   response to your email?

12   A.    Yes, it was.

13   Q.    And you can see here that she says in the

14   second line, "I would like you to leave the door open

15   to future discussions with you should the need arise."

16   A.    Sure.  Yes.

17   Q.    Did you ever go back to her?

18   A.    I did not.

19   Q.    Why not?

20   A.    I really didn't feel the need to go back to

21   her at the time.

22   Q.    How come?

23   A.    I had the -- the event was kind of shoved to

24   the back of my brain, and I shortly after started using

25   drugs and alcohol, and whenever an addict is in

```
 1    full-blown addiction, they don't want help from anyone,
 2    so.
 3         Q.    You mentioned something earlier about pictures
 4    of bruising?
 5         A.    Yes.  No, not pictures.
 6         Q.    What is it?
 7         A.    I said that ██████ commented that she saw
 8    bruising on my forearms.
 9         Q.    Did you see the bruising?
10         A.    I don't recall.
11         Q.    When you were feeling as though you had been
12    affected vaginally and anally, did you look around to
13    see if you had any bruises on you?
14         A.    I don't remember if I looked around or not.  I
15    know.
16         Q.    And so to your knowledge, there aren't any
17    pick of that.
18         A.    To my knowledge, there are no pictures.
19         Q.    So if you were bruised, you would only base it
20    on something that ██████ told you?
21         A.    Yes.
22         Q.    Did you make any disclosures to anyone at LSU
23    about what happened with ██████ ██████
24         A.    "Anyone at LSU" meaning?
25         Q.    Other than the nurse that you just talked
```

44                    **EXHIBIT A**

1     about.

2         A.   Meaning, like, friends or officials?

3         **Q.   Officials.**

4         A.   Not me directly, no.

5         **Q.   Okay.  When you say that, is there somebody --**

6     **are you referring to ██████ making -- talking to**

7     **somebody?**

8         A.   ██████ and I believe ██████ spoke to Coach

9     Orgeron about it.  But that is a conversation that I

10    was not in, that I do not know exactly what was said

11    between both of them, so I cannot make a statement on

12    that.

13        **Q.   What was your phone number at the time?**

14        A.   My phone number?  ██████████

15        **Q.   Is that your phone number now?**

16        A.   It is not.

17        **Q.   Have you changed your number?**

18        A.   Yes.

19        **Q.   Why?**

20        A.   Well, I don't have that phone anymore.  And I

21    just changed my number.  There wasn't, like, a specific

22    reason.  I just don't have that phone.  And that had

23    been my number since literally, like, second grade.

24        **Q.   Did you withdraw from LSU yourself, or did**

25    **someone withdrew on your behalf?**

**EXHIBIT A**

1          A.    My mother withdrew on my behalf.

2          Q.    **Was that the day after you were arrested?**

3          A.    I'm not sure if it was the day after or a few

4    days after.  I was in jail, and I don't -- I don't know

5    exactly which date she withdrew me.

6          Q.    **And how did she know to withdraw you as**

7    **opposed to --**

8          A.    Because I was in jail.

9          Q.    **And what is the effect -- what is your**

10   **understanding of the effect of withdrawing?  Could you**

11   **have come back and been readmitted?**

12         A.    I think my overall health and addiction was

13   more important than trying to get back into school at

14   LSU.

15         Q.    **Yes, I understand.  I'm asking, having**

16   **withdrawn as opposed to having been expelled or**

17   **something else for the crime, did that allow you the**

18   **opportunity to possibly come back in the future?**

19         A.    I have no clue.  I don't really -- I don't

20   know.  I know that I had a TOPS scholarship, which

21   is -- was paying most of my -- a majority of my

22   tuition, so I don't know how that was affected from

23   withdrawing, or if I still had the TOPS scholarship in

24   place or if I didn't.  I'm not sure.

25         Q.    **You never look into whether you could return**

46          EXHIBIT A

1    to school after the arrest and finish using the TOPS

2    scholarship?

3         A.    I did not want to be in Baton Rouge any

4    longer.  I did not want to go back to LSU.  So it

5    wasn't, like, an interest in me to look into that.

6         Q.    Did you want to leave Baton Rouge for the same

7    reasons as your husband said, to start a new lifestyle?

8         A.    I wanted to leave Baton Rouge because nothing

9    changes and nothing changes, and it was an environment

10   that I did not need to be in for my health and safety.

11   And there were just a lot of bad memories here and

12   just -- I -- I just could not live here any longer for

13   myself.

14        Q.    Did you hear -- while you were at LSU, did you

15   hear of anything happening to Samantha Brennan or

16   Abby Owens with respect to ███████  ██████

17        A.    I did not.

18        Q.    Was it only after news -- after media articles

19   that you learned of their allegations?

20        A.    Yes, ma'am.

21        Q.    What about Calise Richardson?  Did you ever

22   hear about anything between Calise Richardson and

23   ██████  ██████

24        A.    I did not.

25        Q.    Do you or did you want someone at LSU to be

**47**                    **EXHIBIT A**

1    fired?

2         A.    Do I or did I?

3         Q.    **Yes.**

4         A.    I don't think I really have a grudge against

5    anyone being fired.  I just want awareness to be

6    brought and things to be done right.  I don't really

7    have one person or two people or three people who I

8    look at and say I want them fired.  I just want -- I

9    just want -- I have a daughter now, and when I look at

10   her and know that one day she'll be in college, I

11   just -- I want her -- the culture of that to be fixed

12   and for no one to be protected.

13        Q.    **In your case --**

14        A.    Uh-huh.

15        Q.    **-- is there something you think LSU did to**

16   **protect** ██████ ██████

17        A.    Yes, I do.

18        Q.    **What?**

19        A.    I believe that if I would have known that

20   other women had allegations against him that I wouldn't

21   have felt so alone and that I would have proceeded with

22   the investigation.  At the time, I was scared.  I was

23   lonely because I felt like this has only happened to

24   me, hasn't happened to anyone else.  No one reached

25   back out to me to let me know that his name had came up

48        **EXHIBIT A**

1    in any more investigations, any more allegations.  But

2    if I knew that there were other women, then I

3    definitely would have proceeded with the investigation.

4        **Q.    Even during the time period that you were**

5    **dealing drugs and so forth, you would have been focused**

6    **on that?**

7        A.    Yes, even though I was dealing drugs and --

8    and -- however you want to look at me, I still had

9    morals.  And when -- when it comes to -- that there's a

10    predator out there doing the same stuff that he did to

11    me to other women, I believe I still would have

12    proceeded with the investigation, absolutely.  I think

13    that would have helped me gain a lot of closure at the

14    time.

15        **Q.    Did you tell your husband about what had**

16    **happened with** ██████  █████

17        A.    Yes, I told him.  I don't remember when.  It

18    was after -- it may have been before we were married.

19    I'm not sure.  I don't remember when I disclosed the

20    information to him.

21        **Q.    So in your case, you wanted LSU to reach back**

22    **out to you once it learned of any other allegations**

23    **about** █████  █████ **and tell you about those**

24    **allegations?**

25        A.    Absolutely.  Not that I wanted details of the

**EXHIBIT A**

1    allegations but just that there were other allegations

2    against the same person.  Absolutely.

3         Q.    Other than that, is there anything else you

4    think that in your case LSU did to handle your

5    situation --

6         A.    That they --

7         Q.    -- wrongly?

8         A.    -- publicly kept his name off the record.

9         Q.    And by publicly keeping his name off the

10   record, what are you talking about?

11        A.    As Title IX knew who the allegations were

12   against, ███████  ██████  they did not put his name in

13   those allegations that they filed.

14        Q.    Those weren't public allegations, though,

15   right?  Those were internal allegations?

16        A.    Well, even internal.  They still kept his name

17   out of internal allegations, internal records.

18        Q.    Do you know why that happened?

19        A.    I don't know why that happened, no.

20        Q.    And do you know who made that decision?

21        A.    I do not know who made that decision.

22        Q.    And do you know whether that was intentional

23   or not?

24        A.    For a fact, no, I do not know.

25        Q.    Okay.  Other than that, is there anything that

50    **EXHIBIT A**