1    you think LSU did wrong in handling your situation?

2         A.    No.   Those are my two main concerns.

3         Q.    And how would it -- how would it have affected

4    what happened between you and ██████████ if, after

5    the fact, LSU put that name -- put his name in a

6    report?

7         A.    It would have kept a paper trail of all the

8    women he abused.

9         Q.    Did he only abuse you one time?

10        A.    Me?

11        Q.    Yes.

12        A.    Yes.   Sexually.

13        Q.    Other than sexually, are you referring to what

14   you've already told me about?

15        A.    Yes.

16        Q.    The smoothie and the calling you a bitch and

17   telling you to keep your friends --

18        A.    Yes, but mental abuse is a whole umbrella of a

19   whole lot of things.  Being in the same building with

20   him, passing him in a hallway, seeing him on the

21   elevator, that's just -- that's retraumatizing all over

22   again.

23        Q.    But you're accusing him of abuse, and my

24   question to you was the episodes.  I'm not saying you

25   weren't traumatized by passing him.  I'm asking about

1

**EXHIBIT A**

1    conduct that's abusive.  I'm trying to make sure I have

2    it all.  Other than what you believe occurred that

3    night, him calling you a bitch one time when you

4    were -- or referring to you as a bitch when you were at

5    a club, in the doorway, you think he even may have put

6    a smoothie on your car, and in ███████████ apartment,

7    telling you to get you friends to quit harassing him,

8    is there anything else that he did that you consider to

9    be abusive to you?

10        A.   Also the gun with my name on it.  I know

11   that's all part of the mental abuse that he endured

12   [sic].

13        Q.   Part of.  I'm trying to find out, is there

14   anything else?

15        A.   No, that's it.

16        Q.   At the time that you -- at the time that LSU

17   was interacting with you to offer resources and ask you

18   to participate in investigations, is there anything you

19   think they did wrong at that point in time?

20        A.   At that point in time, no.

21        Q.   And there isn't any description of events that

22   happened that night that you ever gave to LSU, whether

23   in an email, verbally, a written statement, or anything

24   like that, to assist them in an investigation, correct?

25        A.   No.  I did not want an investigation.  I did

**EXHIBIT A**

1    not give them any information.

2        Q.    And the instances that we just talked about,

3    the situation in ████████ apartment where you had

4    the conversation with ████████ do you know how

5    soon after January 2016 that occurred?

6        A.    I think I said earlier maybe a month -- close

7    to around a month after.  It wasn't -- it wasn't a

8    week.  Lit wasn't that soon.  It was probably closer to

9    a month.

10       Q.    And is that the same for the smoothie

11   incident?

12       A.    The smoothie, I remember specifically it was

13   during finals week, so it was probably the end of the

14   semester.

15       Q.    Spring 2016?

16       A.    Yes, ma'am.

17       Q.    And then seeing him in the nightclub and him

18   telling -- referring to you as a bitch to those two

19   women, when was that?

20       A.    That same year, but I don't recall the exact

21   time.

22       Q.    That same school year, somewhere spring term

23   2016?

24       A.    It may have been the summer of 2016.

25       Q.    Do you know one way or another?

3              **EXHIBIT A**

1      Q.   And are you still undergoing a period of

2   hypersexual behavior, or did it stop at some point?

3      A.   No, I am not.

4      Q.   When did it stop?

5      A.   After -- probably when I got pregnant.

6   Actually, the hypersexual activity stopped whenever I

7   went to jail and withdrew off drugs.

8      Q.   I'm sorry, when you?

9      A.   The hypersexual activity stopped when I went

10  to jail and withdrew off drugs.  When I got out, I

11  didn't have a partner until John was released from

12  jail, so for two years.

13     Q.   Okay.

14          MS. FURR:  I'll show you what I'm

15          marking as Exhibit 4.

16     (Exhibit No. 4 was marked for identification.)

17  BY MS. FURR:

18     Q.   Is that your transcript at LSU?

19     A.   Yes.

20          MS. TRUSZKOWSKI:  Are you okay?

21          THE WITNESS:  Yeah.

22          MS. FURR:  I'll show you what I'm

23          marking as Exhibit 5.  It's a picture that you

24          produced in discovery.

25     (Exhibit No. 5 was marked for identification.)

**4**                    **EXHIBIT A**

1      Q.   Do you remember having to attend any mandatory

2   training as a student about your body and sexual

3   assault or anything along those lines before you could

4   register for classes?

5      A.   I think that there may have been.  I don't

6   remember if this was about alcohol or assault, but I

7   think there may have been, like, a web thing we had to

8   do online.  But I don't remember being in person

9   anywhere doing anything like that.

10      Q.   Right.  Web-based is what I was referring to.

11      A.   Yeah, I believe so.

12      Q.   Can you tell me about how many times you've

13   been -- or describe to me the times you've been

14   interviewed by the media regarding your allegations?

15      A.   Interviewed by the media?

16      Q.   Uh-huh.

17      A.   I've been interviewed twice.  Well, I don't

18   know if you want to call them the media.

19      Q.   Why don't you tell me what you're talking

20   about.

21      A.   I've been -- I've talked to USA Today, Nancy

22   Armour, and I've talked to Husch Blackwell.  And those

23   are the only two I've talked to.

24      Q.   Have you been in communications with anybody

25   about any -- participating in a documentary or anything

5

**EXHIBIT A**

1    there was a -- now, during my active addiction, I

2    believe you can -- you can look at it and say she had a

3    responsibility to get help, but how -- how can you get

4    help in active addiction?

5              Could I have used the resources that they

6    given me?  Was that my responsibility to -- to set that

7    up for myself?  Sure.  But was I responsible for what

8    happened to me?  No.  I was not.

9    **Q.    You're talking about are you responsible for**

10   **what** ███████████ **did?**

11            A.    I was not responsible for what ████████████

12   did, and I was not responsible for any of the actions

13   that the Title IX office did.  I was responsible for my

14   decisions to use or not to use the resources, and

15   that's what I believe I was responsible for.

16             Maybe if I would have used the tutoring

17   resource, I could have kept my grades up a little bit

18   more.  Because they -- as you can see on my transcript,

19   I had pretty good grades at the beginning, and then

20   towards the end, you can see some Ds and some Cs.  And

21   I've never had a B in my life until I got to college.

22             So I don't know if that answers your question.

23   **Q.    Do you think LSU bears any responsibility for**

24   **what you say** ████████████ **did to you in January of**

25   **2016?**

6                        **EXHIBIT A**

1    A.   I believe they bear responsibility for what

2    could have happened after the fact, not the fact that

3    he raped me, because that is his responsibility.  He

4    should bear that.  After the fact, I think LSU bears

5    the responsibility, yes.

6    **Q.   And do you think LSU bears responsibility for**

7    **the fact that you chose to sell drugs and were**

8    **arrested?**

9    A.   I don't -- I don't put that responsibility on

10    LSU.  I put that responsibility -- that stemmed from

11    trauma that happened to me at LSU.

12    **Q.   And the trauma is what ████████ did to**

13    **you?**

14    A.   The trauma is what ████████ did to me and

15    what wasn't done afterwards.

16    MS. TRUSZKOWSKI:  Wait, can we go back

17    to the question you asked about selling drugs?

18    Can you -- did you say she chose to sell

19    drugs?

20    MS. FURR:  I don't know what I said.  I

21    don't remember the question now.  I've moved

22    on to another question.  I can't pull back the

23    other one.

24    MS. TRUSZKOWSKI:  I'm -- if the question

25    was did you choose to sell drugs, I'm going to

**7**

**EXHIBIT A**

February 1, 2016

Ashlyn Mize
VIA E-MAIL

Ms. Ashlyn Mize:

Ms. Miriam Segar recently sent you an e-mail offering my name and contact information for an incident which you may need help with. My role as Deputy Title IX Coordinator for student cases is to ensure that we address immediate remedies for your safety and well-being. First and foremost, I want to discuss all of the services provided on and off campus to address your medical concerns as well as the availability of counseling. Secondly, we want to provide you with academic support and ensure that you are able to successfully continue with your studies at LSU. Lastly, I would like to discuss your options to investigate this incident which can be done administratively within LSU as a policy violation under Permanent Memorandum 73 (PM-73-Sexual Misconduct) which I have attached. I would like to encourage you to schedule an appointment with me so we can discuss this matter further. Please know that LSU is concerned for all of its student's and wishes to provide support and services through difficult challenges.

I urge you to contact my office at (225) 578-7799 to schedule a date and time that you can meet and discuss further. If you have any questions or just need to get further support and resources, please contact me either by phone or email at mari@lsu.edu.

Sincerely,


Mari Fuentes-Martin
LSU Deputy Title IX Coordinator

8                          **EXHIBIT A**



**From:** "Maria Fuentes-Martin" <mari@lsu.edu>
**To:** "Ashlyn B Mize" <amize4@lsu.edu>
**Subject:** Re: Investigation
**Date:** Mon, 08 Feb 2016 08:26:36 -0600
**Importance:** Normal

---

Dear Ashlyn,
I'm glad that you responded to me and I'm thankful that you took the time to meet with Seirra. We are all here to help you and will respect your decision not to proceed. I would like to leave the door open to future discussions with you should the need arise. I wish you the best in your endeavors.
Respectfully,
Mari

Sent from my iPhone

On Feb 5, 2016, at 11:44 AM, Ashlyn B Mize <amize4@lsu.edu> wrote:

Hello Ms. Maria,

I apologize for responding this late but I wanted to think about everything and look at all of my options. I have decided I would not like an investigation to be performed. I have met with Ms. Seirra Fowler and I know all of the resources that are available to me. I plan to use them if needed. I appreciate yours and LSU's support through this situation.

Thank you for your time,

Ashlyn Mize

amize4@lsu.edu

9

**EXHIBIT A**

