UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
* * * * * * * * * * * * * * * * * * * * * * * * * *
ABBY OWENS, ET AL.
VERSUS
BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERISTY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL.

CASE NO.:3:21-cv-00242      DIVISION: WBV-SDJ
JUDGE WENDY B. VITTER    MAGISTRATE JUDGE JOHNSON
JURY DEMANDED
* * * * * * * * * * * * * * * * * * * * * * * * * *

DEPOSITION OF MIRIAM SEGAR

TAKEN AT THE OFFICE OF SHOWS, CALI & WALSH
628 ST. LOUIS STREET,
BATON ROUGE, LOUISIANA 70802
ON NOVEMBER 1, 2022
BEGINNING AT 9:26 A.M.

REPORTED BY:
KRISTINA MARIE CARTER, CCR
CERTIFIED COURT REPORTER

**EXHIBIT B**

01  put their names in.  You know, redo this for us or
02  send us the names in an email or whatever.
03          Like, that wasn't -- so, I felt like I did
04  everything that I could have done at the time.  And
05  so, I -- I don't -- you know, I -- I thought that
06  was an unfair conclusion that they came to.  And
07  they assumed that I had access to the system to put
08  this name in and I didn't, but they never asked.
09  **Q.    Okay.  I think I'm following.  And so, let me just**
10  **make sure I understand for -- like, the precise**
11  **reporting.  So, at the time of that report, you did**
12  **not have -- there was not the online reporting**
13  **system like with the Jade Lewis reports we've seen**
14  **where you are typing in -- it's clear you're typing**
15  **in things to make these complaints; is that correct?**
16  A.    That's correct.
17  **Q.    Okay. All right. Thanks. So, that's helpful.  And**
18  **so, you -- so, then, now, with that background in**
19  **mind, can you walk me through what you did with**
20  **regard to Ashlyn -- to the complaint related to**
21  **Ashlyn.**
22  A.    Do you want me to start from the very beginning, or
23  just --
24  **Q.    Yes.**
25  A.    Okay.

01  Q.    Yes.
02  A.    I don't remember the exact date.  I think it's in
03  part of the production documents because I have a
04  summary of everything and I think you guys should
05  have it.
06        But I received a phone call from one of our
07  coaches that I believe a parent of one of our
08  student athletes had called him about something her
09  daughter had shared with her -- so, it's, you know,
10  four people removed -- about a concern with a friend
11  that had had an interaction/encounter with football
12  student athletes.
13        I asked the coach and I think it was a phone
14  call, like, this mom just called me.  She said that
15  she -- he didn't -- I don't think he had any
16  details.  And he -- he brought -- I got the student
17  to come in and meet with me.  The student -- not the
18  student, not Ashlyn.  Her friend.
19        The student athlete came in.  Met with her.
20  Asked her to let me know -- you know, basically
21  said, look, your mom called the coach.  Can you tell
22  me what your mom -- like what -- what happened, what
23  -- what your knowledge is.
24        She shared the information that I, you know,
25  ended up reporting forward.  She first -- she told

```
01  as an attachment to Jim Marchand and, I believe,
02  Mari Fuentes.  I think Bob Barton was copied on it.
03  And I don't -- I don't remember if there was
04  somebody else on the email.  But, yes, this was an
05  attachment.
06  Q.     Okay.  And then, to orient us in time, that means as
07  of January 2016, or at least through January 29,
08  that online reporting system had not been set up;
09  correct?
10  A.     If it was, I wasn't told, notified, didn't use it at
11  this time because I didn't know about it.
12  Q.     Okay.  At the time that you filled out these notes,
13  did you know who the -- there's a reference in here
14  to the student athlete; right, and then, there's a
15  reference to the student.  You knew who the student
16  athlete was because you met with her; correct?
17  A.     Yes.
18  Q.     And then, it says (quoted as read), "Shared that her
19  friend."  Did you know who the friend was?
20  A.     Yes.
21  Q.     And then, did you know who the two male student
22  athletes were?
23  A.     Yes.
24  Q.     Okay.  So, why was that not put into these notes
25  that were sent to the people that you just said you
```

**EXHIBIT B**

01  emailed them to?
02  A.    Because I had previously given all the names and
03  gone over the entire -- the scenarios of what
04  happened.  I sent the notes to commemorate the
05  conversations, the time frame, and what occurred.
06          And at the time, we really didn't put -- we
07  tried not to put student athlete names whether we
08  were filing -- and students -- whether we were
09  filing a report with -- for an NCAA violation or
10  whatever, a summary, we didn't often -- we didn't
11  always include it because of public records requests
12  and different things.
13          So, it was that was just how we did it back
14  then and -- and this is what I referenced.  I did
15  give the names.  It was confirmed in the Husch
16  Blackwell report that I shared the names.  And my
17  accountability in the Husch Blackwell report was
18  that I didn't put it in the online system.
19          And my, I guess, complaint about that is I
20  didn't have access, at the time, to go on the back
21  side and add these names.  I was never asked to put
22  -- go back to your document, put the names in.  And
23  I felt like I reported and that I did everything
24  that I could in this circumstance.
25  Q.    Okay.  Thank you.  Were you ever instructed or

**EXHIBIT B**

```
01  comes to you through -- and what is that portal
02  called; is it called --
03  A.      I think it's called Maxient.  But Jennie would have
04  to confirm that.
05  Q.      And Maxient is operated by SAA; is that correct?
06  A.      I know it's the system that SAA uses.  I think Title
07  9 uses it.  I think like discipline issues regarding
08  -- whether it's anything from a housing violation --
09  so I think the housing staff uses it, to my
10  knowledge.  Like, basically, campus staff uses
11  Maxient to coordinate assigning reports,
12  documentation in, you know, within the system, et
13  cetera.
14  Q.      Okay.  Do you have any access to Maxient other than
15  to make these reports through the portal?
16  A.      No.
17  Q.      Okay.  So, when we look at this, your log or your
18  notes end on Friday, January 29, 2016; do you see
19  that?
20  A.      (Viewing document.)  Yes.
21  Q.      Did anything else happen -- or what happened with
22  your involvement with this after January 29, 2016?
23  A.      I don't recall anything else from me.  Once Mari
24  Fuentes got involved, I think she was corresponding
25  directly with the student, potentially Lighthouse
```

```
              UNITED STATES DISTRICT COURT

              MIDDLE DISTRICT OF LOUISIANA


ABBY OWENS, ET AL
                         CASE NO.: 3:21-cv-00242
                         DIVISION WBV-SDJ
VERSUS                   JUDGE WENDY B. VITTER
                         MAG. JUDGE JOHNSON
                         JURY DEMANDED

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL

   * * * * * * * * * * * * * * * * * * * * * *


              DAY 2 OF THE DEPOSITION OF

                      MIRIAM SEGAR



TAKEN AT SHOWS CALI & WALSH, 628 ST. LOUIS

STREET, BATON ROUGE, LOUISIANA 70802, ON

NOVEMBER 2, 2022, BEGINNING AT 9:04 A.M.



REPORTED BY:
     JENNIFER W. PICKETT
     CERTIFIED COURT REPORTER
     CERTIFICATE NUMBER 29011
```

```
 1  Q   And you write to him on June 25th "the
 2      football team has a mandatory meeting at
 3      7 P.M. tonight with an outside consultant
 4      on sexual harassment and Title IX.  Would
 5      you be able to start the drug testing
 6      meeting tonight at 8?"  So, who was the
 7      outside counsel you were referring to
 8      here?
 9  A   The outside counsel?
10  Q   Consultant, I'm sorry, outside
11      consultant.
12  A   So, we've had different speakers come in
13      and I don't know if this was Elaine
14      Pasqua, who at one point came in and did
15      conversations with the athletic
16      department.  We had Rachel Baribeau that
17      came in and talked about topics like
18      this.  I don't recall, looking at this,
19      which one specifically it was.
20  Q   So, the Beebe Group was just for staff;
21      is that correct?
22  A   No, it was for student athletes as well.
23      This was really just additional
24      information and training that college,
25      like knowing they're college students.  I
```

1     think Elaine Pasqua's was, I can't
2     remember the exact title but it was
3     something along the -- I remember her
4     pulling out a banana and talking about
5     putting on a condom and talking about
6     getting consent and what consent was.
7     Rachel Baribeau's presentation, she came
8     a few different times but the first time
9     she talked about, I think she challenged
10    them.  I think her words were be a king,
11    be somebody's king, like treat women with
12    respect.  She talked about a personal
13    story and experience she had where she
14    felt like the person she was with that
15    she cared about wasn't a king for her
16    and she challenged them to be the right
17    person, do the right things and shared
18    some personal experiences of different
19    domestic situations she had faced.  We
20    had speakers like that that would come in
21    over the timeframe.  And they would
22    present to football but they would also
23    present to the general student population
24    so it wasn't just football.
25  Q  **And do you recall who specifically was**

**EXHIBIT B**

```
 1   A    No.  I remember talking to Mr. Sanders
 2        about the hazing law change when it did
 3        and about the different aspects that we
 4        needed to educate on and I knew that we
 5        needed to add some information to the
 6        Beebe training.
 7   Q    All right.  I'm going to show you what
 8        we're going to mark as 17, which I'm not
 9        sure any -- well let me just ask you
10        this.  Do you recognize this?  (Slide
11        show attached as Exhibit 17.)
12   A    It looks like the slide show.
13   Q    When you say the slideshow, what do you
14        mean by that?
15   A    The slides that are used in the
16        presentation.
17   Q    To students?
18   A    This one says students and student
19        athletes and then there would have been
20        probably a different one for staff.
21   Q    And is PFA Consulting the Beebe Group?
22   A    They changed their name, yes.
23   Q    Do you recall when this was from?
24   A    The year, you mean?  I don't.
25   Q    When you said they would come for a week-
```

**EXHIBIT B**

```
 1        long training, you said that earlier, do
 2        you mean they would offer trainings on
 3        five different days so you could get
 4        everybody or was it actually a week-long
 5        training for all student athletes?
 6   A    It was every athlete or team was assigned
 7        a time and then as the days would go on,
 8        I would check and like oh, these three
 9        kids missed and I would call the coach,
10        they need to come to this one or that one
11        and we would try to whittle down so we
12        made sure we got everybody to attend and
13        if there was a group or people that
14        missed because of maybe they were sick or
15        they -- they would be kept on a list to
16        come in the next trainings.  So, we had
17        them come in usually three times a year
18        but two times a year for the longer
19        amount of days so that we could get the
20        most staff trained.
21   Q    Staff trained or students trained?
22   A    Both.
23   Q    And again, they were giving the same
24        presentation multiple times over multiple
25        days to try to get as many people as they
```