UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL
                          CASE NO.: 3:21-CV-00242
                          DIVISION WBV-SDJ
VERSUS                    JUDGE WENDY B. VITTER
                          MAG. JUDGE JOHNSON

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL

    *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

C O N F I D E N T I A L

30 (b)(6) DEPOSITION OF

BOARD OF SUPERVISORS OF LOUISIANA STATE

UNIVERSITY AND AGRECULTURAL AND MECHANICAL

COLLEGE ("BOARD") through

JOSH JONES, WENDY NALL, DR. JANE CASSIDY,

JENNIFER NORMAND, JEFF DEVEER


TAKEN AT PHELPS DUNBAR, 400 CONVENTION

STREET, BATON ROUGE, LOUISIANA, ON APRIL 11,

2023, BEGINNING AT 9:22 A.M.


REPORTED BY:
     JENNIFER W. PICKETT
     CERTIFIED COURT REPORTER

Certified Copy

1

# EXHIBIT D

```
 1    BY MS. ABDNOUR:
 2    Q    Why is it concerning if it's true?
 3    A    Because sexual harassment is always
 4         concerning.
 5    Q    Do you think that there's anything that
 6         the institution should do if the
 7         allegations are true?
 8                   MS. GREEN:
 9                        Object to the form of the
10                   question.
11    A    I don't have enough information yet to
12         make a decision on that.
13    BY MS. ABDNOUR:
14    Q    Okay, we're going to jump into the topics
15         now and again, if there's anything that
16         you aren't sure about or you don't know,
17         please just let me know.  You probably
18         know we've been on a really tight
19         timeline with this so I'm going to try to
20         stick to the things that I think I'm
21         supposed to ask you but if I don't,
22         anyone please let me know.  So, you
23         mentioned that you had reviewed the
24         relevant policies and procedures that
25         were in place at LSU during the time
```

2                    **EXHIBIT D**

```
 1        period that was referenced after I
 2        discussed with Phelps Dunbar attorneys,
 3        which was 2013 to 2021.  Can you tell me,
 4        from your perspective, did you feel that
 5        those policies were sufficient under your
 6        understanding of what the Title IX
 7        regulations and obligations were?
 8                 MS. GREEN:
 9                      Object to the form of the
10                 question.
11   A    Yes, I mean you had kind of a series of
12        policies.  So, prior to 2014, the
13        policies in place, well there's two
14        separate policies.  You have a student
15        code of conduct and then you had employee
16        policies including PS 1.  Starting in
17        2014, that was I believe the first year
18        that you had PM 73, which was a permanent
19        memorandum over all institutions and so
20        looking at the obligations as set forth
21        by -- at that time it would have been
22        both the Dear Colleague letter of -- and
23        there was previous guidance.  I know
24        there was previous guidance in 2001 but
25        yes, I think it met the obligations as
```

**EXHIBIT D**

```
 1        set forth in both the 2011 Dear Colleague
 2        letter and the 2014 question and answer.
 3        I mean the three main obligations under
 4        those policies was that you have a notice
 5        of non-discrimination to disseminate,
 6        right, that you have a grievance
 7        procedure and process and all of that
 8        happened.  A Title IX coordinator was
 9        designated during that period so yes, it
10        met those obligations and I also think
11        while those letters, especially the 2011
12        Dear Colleague letter, didn't go into
13        great detail about the exact nature of
14        what your grievance policy or procedure
15        had to be.  There was a lot of kind of
16        leeway.  There was a grievance procedure
17        that afforded what the Dear Colleague
18        letter required.
19  BY MS. ABDNOUR:
20  Q    And based on your review of the
21        documents, do you think there was a
22        sufficient process in place for training
23        of staff and faculty to understand their
24        obligations?
25             MS. GREEN:
```

4                    **EXHIBIT D**

```
 1                        Object to the form of the
 2                        question.
 3   A    From what I understand, yes there was.
 4        That was overseen by HR so they know the
 5        ins and outs of it but yes, there was a
 6        training for responsible employees.
 7   BY MS. ABDNOUR:
 8   Q    Can you describe how the communications
 9        occurred between the Title IX office and
10        HR to ensure that those obligations were
11        met?
12   A    So generally, the Title IX office is kind
13        of the subject matter expert.  So, the
14        Title IX office needs to make sure that
15        the content of the training is what needs
16        to be in there, whereas HR is the kind
17        of, I guess, operationalization of that
18        training.  So, they're the ones that load
19        it into whether it be Moodle or another
20        platform.  They push it out to employees,
21        they send reminders to employees, they
22        put reminders in different news and notes
23        and different kinds of newsletters,
24        things that go out to all staff. So, they
25        operationalize it.  Title IX needs to
```

# EXHIBIT D

Confidential BOARD SUPERVISORS

```
 1       make sure that the training has what
 2       needs to be in it.
 3   Q   What procedures did Title IX go through
 4       during that period to ensure that the
 5       trainings had what they needed?
 6   A   I know that each training was reviewed by
 7       the Title IX coordinator at the time.
 8   Q   Who prepared the training?
 9   A   I don't know exactly who prepared the
10       training.  My understanding is it was
11       probably a group of people, including the
12       Title IX coordinator but I can't give you
13       specific names.
14   Q   Do you know what offices or what
15       departments those folks came from?
16   A   At a very minimum, HRM -- human resource
17       management -- and Title IX.
18   Q   How did that preparation occur?  Were
19       those in person meetings, phone calls,
20       emails; what did that process look like?
21   A   That I don't know.
22   Q   How often did that process occur, that
23       they reviewed or updated the training?
24   A   That I don't know.
25   Q   How often were Title IX and HR in
```

6

**EXHIBIT D**

```
 1   A    The Board of Regents training?

 2   Q    Yeah.  Is that what I just asked you or

 3        no?

 4   A    No.  So, that was prepared by -- I don't

 5        know the group.  There's a group of folks

 6        that oversee health, safety and wellness

 7        with the Board of Regents so I believe

 8        that's led by Doctor Allison Smith.  She

 9        would have had consultation with it but

10        it was prepared by -- I think they

11        changed names -- I think it's Parker Poe

12        now, so an attorney -- Nina Gupta -- and

13        some of her staff with Parker Poe

14        prepared the forty-five minute Board of

15        Regents section.

16   Q    Let me get back to a couple of more

17        questions I wanted to ask before we get

18        off the topic of the past trainings.  How

19        often were those trainings being given,

20        the ones that you were mentioning that

21        were prepared by the committee that

22        included the Title IX coordinator and HR?

23   A    You're specifically speaking to the

24        training for employees?

25   Q    Right, training for employees, yes.
```

**EXHIBIT D**

Confidential                          BOARD SUPERVISORS                          04/11/2023
                                                                                   Page 37

```
 1   A   Sure.  So, that was done annually.  So,
 2       it was on a calendar year cycle.  The
 3       training would generally open January 1st
 4       and then it would close December 31st.
 5   Q   How was that training provided; what was
 6       the format?
 7   A   It's called Moodle.
 8   Q   Is that electronically, then?
 9   A   Correct.
10   Q   Was it a video, was it slides, was it a
11       combination?
12   A   I believe it was a voice-over slide deck
13       situation.
14   Q   How did the Title IX office ensure that
15       all of the staff and employees completed
16       that training every year?
17   A   That was the responsibility of HRM, so
18       they would have to answer that.
19   Q   If I'm understanding right, there was no
20       oversight of the Title IX office to
21       ensure that that occurred?
22           MS. GREEN:
23               Object to the form of the
24           question.
25   A   I can't say whether or not conversations
```

**EXHIBIT D**

Confidential                    BOARD SUPERVISORS                    04/11/2023
                                                                        Page 38

```
 1          occurred between the Title IX coordinator

 2          because the Title IX coordinator, I

 3          believe and especially starting in 2018,

 4          had to report training percentages to the

 5          state.  So, I'm assuming that there

 6          must've been conversations based on that

 7          but ultimately that oversight for making

 8          sure employees finished their training

 9          lies within human resource management.

10   BY MS. ABDNOUR:

11   Q    What happens if someone didn't complete

12        their training during that time?

13   A    I don't know.

14   Q    One of the obligations that was outlined

15        in the Dear Colleague letter in the Q&A

16        that were issued in 2011 and 2014, was

17        the Title IX coordinator's obligation to

18        ensure that any ongoing hostile remedies

19        are addressed at an institution; are you

20        familiar with that requirement?

21   A    Yes.

22   Q    What steps did the Title IX coordinator

23        take, if any, to ensure that those

24        trainings -- specifically with regard to

25        staff obligations -- addressed any
```

**EXHIBIT D**

Confidential BOARD SUPERVISORS

04/11/2023
Page 39

```
 1        hostile environment that the Title IX
 2        coordinator had become aware of during
 3        that year?
 4   A    If I understand the question, so hostile
 5        environments were not directly addressed
 6        through that type of training.  That
 7        would have been outside -- because that
 8        annual training was going to -- I don't
 9        know the exact number of employees during
10        this entire timeframe but I'm assuming it
11        would have fluctuated -- at least over
12        5,000 just on the LSU A&M campus.  So,
13        that training was meant to be kind of
14        very broad so if there was a hostile
15        environment in any particular department
16        or area, that would have been addressed
17        with either separately-created
18        individualized trainings, interventions
19        between the Title IX coordinator or HRM
20        but not through that annual training.
21   Q    Okay.  So, describe for me, if you can,
22        what specific departmental or unit
23        trainings were created during that period
24        to address any hostile environments that
25        may have come up?
```

10

**EXHIBIT D**

BOARD SUPERVISORS

```
 1   A    I can't speak to that.  I don't know.
 2   Q    Were any of those trainings ever updated
 3        to address any systemic concerns about
 4        employee reporting?
 5                    MS. GREEN:
 6                        Object to the form of the
 7                    question.
 8   A    In regards to the annual training?
 9   BY MS. ABDNOUR:
10   Q    Correct.
11   A    No.
12   Q    Are you aware of it occurring related to
13        any of the unit or departmental trainings
14        that you described?
15   A    No.  If somebody was found to not be
16        engaging in their mandatory reporting,
17        that was a separate disciplinary process.
18   Q    My question is related to any sort of
19        more systemic issues of not reporting
20        within a department or unit?
21   A    Not that I'm aware of.  I mean I know
22        that there were some units that had
23        additional -- they went above and beyond
24        that annual training -- so, for example,
25        LSU Athletics -- I believe his name is
```

**EXHIBIT D**

```
 1          Dan Beebe, it's something close to that.

 2          They had additional trainings and they

 3          actually, I believe, had to sign forms.

 4          Those forms were collected by LSU so I

 5          can't speak to the exact specifics of

 6          those trainings but again, there were

 7          some units that did additional trainings

 8          beyond that mandatory annual training and

 9          then there's also -- the state has a

10          mandatory civil service training.  So,

11          civil service employees have to do a

12          sexual harassment training through the

13          state as well.

14     Q    With respect to that civil service

15          training, who at LSU would have to do

16          that training?

17     A    Anyone who's been designated as a civil

18          service employee.

19     Q    Can you give me some examples of who that

20          would be?

21     A    I believe it would be folks --

22          custodians, certain facilities workers --

23          I imagine like landscapers, those types

24          of positions.

25     Q    You mentioned that there were some other
```

12                          **EXHIBIT D**

```
 1          units in addition to athletics that had
 2          done some sort of above and beyond
 3          trainings.  What other units during that
 4          period did those?
 5    A    I know that Greek Life had an annual
 6          training for new members.  So, it was
 7          done -- there was one big training that I
 8          believe every fraternity and sorority had
 9          to send at least seventy percent of their
10          chapter to that training to get credit
11          for.  And then both the Title IX office
12          and the Lighthouse would do
13          individualized trainings for fraternities
14          and sororities.  Those were less
15          employee-based.  Those were going to be
16          things around healthy relationships,
17          consent and those types of topics.
18    Q    What else besides Greek Life?
19    A    Greek Life and then student organizations
20          often do more training.  Those are
21          probably the bigger areas and then I know
22          housing, Residence Life, does specialized
23          trainings for their staff, including
24          their RAs.  So, they do -- I mean their
25          summer is spent -- I don't know the ins
```

13

**EXHIBIT D**

```
1        and outs of all their training but they

2        spend a lot of time over the summer

3        training and there's usually a component

4        of reporting so that their staff knows

5        what to do when students report to them

6        or share their experience.

7    Q   Let's go back to the trainings that were

8        done in athletics, the Dan Beebe

9        trainings.  We asked Jennie Stewart some

10       questions about this but I want to ask as

11       a more overall question for the board,

12       which is -- what processes or procedures,

13       if any, were in place to ensure that

14       those trainings were compliant with what

15       LSU's Title IX policy was?

16   A   I can't speak to that.

17   Q   With respect to the other trainings that

18       you described -- Greek Life, student

19       organizations, housing, ResLife, et

20       cetera -- what processes were in place to

21       ensure that those trainings provided

22       accurate information about LSU's Title IX

23       policies?

24   A   Sure.  Well, many of those were developed

25       by the Title IX office and so those were
```

**14**

**EXHIBIT D**

Confidential    BOARD SUPERVISORS    04/11/2023
Page 44

```
 1        going to include topics -- I think the
 2        big three topics are usually consent,
 3        healthy relationships and bystander
 4        intervention, which are some of the
 5        topics that are mentioned by previous
 6        Title IX guidance.
 7   Q    Was there a specific oversight or review
 8        role for the Title IX office with respect
 9        to those trainings?
10   A    I'm not sure.
11   Q    Hang on a second.  I'm just reviewing my
12        list because I don't want to go over
13        anything that we've either gone over or
14        that you aren't going to be able to
15        answer.  What role, if any, did the Title
16        IX office have during that time period
17        when a responsible employee obligation
18        was not met?  So, for example, if someone
19        had a reporting obligation and they did
20        follow it, what role did the Title IX
21        office have in that?
22   A    Based on our review of records, the Title
23        IX office would investigate whether or
24        not a mandatory report should have been
25        made.
```

VERITEXT LEGAL SOLUTIONS

15            **EXHIBIT D**

```
 1        provided, I can't speak to that.
 2   BY MS. ABDNOUR:
 3   Q    Other than the reports that were filed or
 4        the reports that were related to the
 5        plaintiffs, were there any other reports
 6        filed with the Title IX office related to
 7        ██████████
 8   A    I'd have to double check.  What we would
 9        have got is kind of after the Husch
10        Blackwell report was released, after
11        there was a lot of media attention we
12        would get reports, even end of 2021 into
13        2022, where people would see a news
14        article and make reports based on that
15        news article to say oh, I read this news
16        article.  I mean our employees wanted to
17        make sure they were mandatory reporting
18        everything so we got those types of
19        reports kind of after-the-fact.
20   Q    Were there any reports related to ████████
21        █████████ other than what's referenced in
22        this lawsuit prior to 2021?
23   A    No.
24   Q    Same question for ████████████████  Prior
25        to 2021, in that 2013 to 2021 window,
```

16                    **EXHIBIT D**

Confidential

BOARD SUPERVISORS

04/11/2023
Page 49

```
 1         were there any reports made with the
 2         Title IX office other than what's been
 3         identified in this lawsuit?
 4    A    Not to my knowledge, no.
 5    Q    Same question for ██████████
 6    A    No.
 7    Q    Same question for █████████
 8    A    No.
 9    Q    Same question for ███████
10    A    No.
11    Q    Same question for █████████
12    A    No.
13    Q    Describe for me all of the different
14         options -- and there may just be one but
15         I think there's more than one -- the
16         different options that mandatory
17         reporters had for reporting to the Title
18         IX office just on the Baton Rouge campus
19         during that period?
20    A    They could get the information to the
21         Title IX office any way.  They could call
22         the Title IX coordinator directly, they
23         could email the Title IX coordinator,
24         they could email the Title IX office,
25         they could stop by the office, I mean
```

17

**EXHIBIT D**

Confidential BOARD SUPERVISORS                    04/11/2023
                                                                    Page 50

```
 1        really anyway as long as the information
 2        got conveyed.  There was no one-way that
 3        was mandated and then once the Maxient
 4        and EthicsPoint systems were put in
 5        place, that provided an additional way to
 6        report through online reporting forms but
 7        it could come in anyway as long as it got
 8        to the Title IX coordinator.
 9   Q    When did Maxient and EthicsPoint come
10        into play?
11   A    I believe Maxient -- I don't remember
12        exactly.  I want to say it was 2016 and
13        I'm less sure about EthicsPoint.  I think
14        Title IX started going into EthicsPoint -
15        - it may have existed before then, I
16        can't speak to whether or not other
17        offices like compliance used it before
18        then.  But I believe Title IX cases,
19        again, started to go into EthicsPoint
20        around 2016, maybe 2017.
21   Q    What training, if any, was provided to
22        folks on campus in terms of how to use
23        those two systems?
24   A    I can't speak to any -- because the
25        training may have been different for
```

**EXHIBIT D**

Confidential

BOARD SUPERVISORS

04/11/2023
Page 51

```
 1        different folks -- so, Maxient provides
 2        certain training videos through the
 3        Maxient site.  So, for example, ResLife
 4        may do different trainings than the Title
 5        IX office did, versus student
 6        accountability and advocacy but Maxient
 7        provides both in-person trainings, online
 8        trainings, Maxient has a whole help
 9        system where you can watch series of
10        videos.  So, that's all the training that
11        would have been available to folks but it
12        probably changed from person to person or
13        differed.
14   Q    Were Maxient and EthicsPoint available to
15        any employee to use for reporting or only
16        certain categories of employees?
17   A    Anybody can -- in fact, you could be a
18        non-employee and report through those.
19        It doesn't even require you to be an
20        employee so any individual can report
21        through those forms.
22   Q    How would someone be aware of the fact
23        that they could report using those
24        systems?
25   A    If they'd gone to either -- again,
```

**EXHIBIT D**

Confidential    BOARD SUPERVISORS    04/11/2023

Page 52

```
 1    there's going to be kind of a series of
 2    changes throughout this time period but
 3    initially there would've been information
 4    on both the HRM site and the student
 5    accountability and advocacy site, so
 6    specifically like on the HRM site -- once
 7    you got to the Title IX page, it would
 8    say report an incident and then I believe
 9    it said if you're a student, report here.
10    If you're an employee, report here.  And
11    so, that would just bring you.  You
12    didn't have to know a link to get into.
13    You would just hit those buttons and
14    bring it right in.  On the SAA website, I
15    believe it just had one report-an-
16    incident button.  Again, it had a series
17    because you could report about academic
18    misconduct or just fighting, drugs,
19    hazing -- all of that -- but it only had
20    the link, I believe, for the student
21    reporting forms since they only oversee
22    students and then once you had a
23    dedicated Title IX website, you now had
24    those buttons in three different websites
25    where you could get into those reporting
```

**20**            **EXHIBIT D**

Confidential     BOARD SUPERVISORS     04/11/2023
                                                              Page 53

```
 1        forms.
 2   Q    For the time period in question, tell me
 3        how the information -- just with respect
 4        to the Baton Rouge campus -- how the
 5        information about how to contact the
 6        Title IX coordinator for the campus was
 7        published and disseminated?
 8   A    Sure.  It was on several websites,
 9        including the student accountability,
10        dean of students website, HRM website,
11        once there was a dedicated Title IX
12        website, all that information was on that
13        website.  It was also posted in the PM 73
14        policy, I believe -- and PM 73 and PM 95
15        have since been rescinded because PM 73
16        kind of supersedes them but that
17        information would have been in those two
18        policies.  You also had -- so, the
19        student health center published what --
20        I'm trying to remember -- we call it the
21        wheel.  I think it has a different name
22        to it but what it is is it's a kind of
23        poster that has a wheel of resources for
24        reporting.  So, it has information about
25        Lighthouse, the Title IX coordinator,
```

**EXHIBIT D**

Confidential BOARD SUPERVISORS                    04/11/2023
                                                              Page 54

```
 1          HRM, it has information about local
 2          resources on that, so that's been
 3          published for, I think, just about a
 4          decade now and every year it's updated so
 5          we have a new version this year.  I can't
 6          speak to exactly where that would have
 7          been on-campus but they usually publish
 8          at least a hundred copies and then they
 9          disseminate it to folks to post around
10          campus.  Now, you're seeing more and more
11          posting of that resource online.  So,
12          those were some of the ways that that
13          information was disseminated.
14   Q   Are you aware of how that changed during
15       that time period?  I know you had
16       mentioned there were some changes, there
17       was more dissemination in different ways.
18       Do you know the timeline of progression
19       of those changes?
20   A   I don't.  I can talk to what some of the
21          changes were without -- I don't know the
22          specific timeline -- but right, as you
23          had more websites, so, specifically you
24          had a dedicated Title IX website come
25          into existence.  You then had in 2021, I
```

**EXHIBIT D**

# Certified Copy

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.

CASE NO.: 3:21-CV-00242
DIVISION WBV-SDJ

VERSUS

JUDGE WENDY B. VITTER
MAG. JUDGE JOHNSON

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

C O N F I D E N T I A L

DAY 2 OF THE 30(b)(6) DEPOSITION OF

BOARD OF SUPERVISORS OF LOUISIANA STATE

UNIVERSITY AND AGRICULTURAL AND MECHANICAL

COLLEGE ("BOARD") through

MIRIAM SEGAR AND MATTHEW JAKOUBEK

TAKEN AT PHELPS DUNBAR, 400 CONVENTION

STREET, BATON ROUGE, LOUISIANA 70802,  ON

APRIL 12, 2023, BEGINNING AT 9:00 A.M.

REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER
    CERTIFICATE NUMBER 29011

VERITEXT LEGAL SOLUTIONS

23

**EXHIBIT D**

BOARD SUPERVISORS

```
 1   Q    In the prior years, were you also one of
 2        the avenues for reporting?
 3   A    Yes.
 4   Q    In these presentations, yes.  Okay.  And
 5        sitting here today do you recall that the
 6        presentations that you reviewed in
 7        preparation for your deposition today had
 8        language different than what we're
 9        looking at in this slide right now?
10   A    I don't recall the specific language in a
11        particular slide.
12   Q    Are you familiar with permanent
13        memorandum 73?
14   A    Yes.
15   Q    Was that provided to athletics staff
16        members?
17   A    I think there was a link provided, maybe
18        in an email and I think it was referenced
19        on the resource sheet but I don't think
20        it was ever handed out.
21   Q    Was there ever any requirement that
22        athletics staff members certify they had
23        read PM 73?
24   A    The training for athletics staff was the
25        same as the university training and I
```

**EXHIBIT D**

```
 1        believe in the university training they

 2        taught about PM 73 and they asked -- it's

 3        an interactive module and it asks you

 4        questions about it and it asks you

 5        scenarios and different things and it

 6        talks about reporting, so our staff would

 7        participate in that.  But I don't recall

 8        anything specific from athletics.

 9   Q    And what about for students certifying

10        that they had reviewed PM 73?

11   A    I don't recall specifically with students

12        other than those who had been -- if they

13        had had a Title IX report or an

14        investigation, something happened on

15        campus when the email was sent from

16        campus with resources of Lighthouse and

17        police and SANE and all the things that

18        come along with that, I believe PM 73 was

19        part of that -- the overarching policy

20        was discussed with students.  I know LSU

21        has what they call My Student Body, it's

22        run through the student health center,

23        and I believe that training has

24        information on reporting in PM 73 but I

25        don't take that as a student so I can't
```

# EXHIBIT D

```
 1              testify to that but I believe there is
 2              training that students, all LSU students
 3              have to do.
 4    Q    But it's nothing you tracked in your role
 5         as tracking the training for students and
 6         student workers and student athletes in
 7         athletics; correct?
 8    A    It wasn't athletics-specific, so no.
 9    Q    Do you keep or does the athletic
10         department keep a library of the
11         presentations given by Beebe Group and
12         PFA?
13    A    I don't know what you mean by a library.
14    Q    Or a file, a folder on your computer.  Do
15         they keep a record of each of the
16         presentations?
17    A    The presentations were obtained, I think,
18         after the lawsuit because they were
19         requested but they weren't LSU's.  They
20         weren't presented by us so I didn't have
21         a file of them.  I think now we have them
22         because we were asked to provide them.
23    Q    I think it would be easier -- we're going
24         to skip to topic 70 and then we'll circle
25         back because it kind of goes with where
```

**EXHIBIT D**