Case 3:21-cv-00242-WBV-SDJ   Document 367-2 *SEALED* 07/10/23   Page 1 of 33
Case 3:21-cv-00242-WBV-SDJ   Document 470-2   10/13/23   Page 1 of 33

09/26/2022
Page 118

1    ████████ was there any LSU employee or official or

2    anybody that was trying to coerce you to leave the

3    recruiting office?

4         A.  No.

5         Q.  Okay.  And just to be clear, too, I mean,

6    at this point in time, you had not had any more

7    communications or contact with Miriam Segar?

8         A.  Correct.

9         Q.  And -- okay.  And nobody else with LSU

10   regarding the events other than LSU P.D.?

11        A.  Correct.

12        Q.  Okay.  Okay.  So did anyone ever tease you

13   about the photograph?

14        A.  No.

15        Q.  Okay.  Did any football players ever tell

16   you they had seen the photograph?

17        A.  No.

18        Q.  Okay.  Do you know how many girls in the

19   recruiting office saw the photograph?

20        A.  No.

21        Q.  Okay.  You mentioned ████████

22        A.  Yes.

23        Q.  And ████████ I believe you said, was the

24   way in which you were able to see the photograph?

25        A.  I believe so.

**EXHIBIT A**

1    A.  My brother was stationed there, and his

2    wife offered me to live with them and be their

3    nanny.

4    **Q.  Plus it's a real nice place to live,**

5    **right?**

6    A.  It was pretty great.

7    **Q.  Okay.  So how long did you live in Hawaii?**

8    A.  Until 2019, I believe.

9    **Q.  And so you finish your semester, which**

10   **would have been -- your finals would have been in**

11   **December of 2016?**

12   A.  Yes.

13   **Q.  I would think.**

14   **How long after you finished the semester**

15   **did you move to Hawaii?**

16   A.  I left Louisiana after my finals were

17   done.  My dad drove down, helped me pack up, with

18   my brother, and we -- my younger brother -- and we

19   drove back to Minnesota, where I was there for

20   maybe a month.

21   **Q.  Okay.**

22   A.  It would be about a month.  Because I

23   moved to Hawaii Super Bowl Sunday, which I think

24   was like February 6th.

25   **Q.  Okay.  So I want to show you my next**

# EXHIBIT A

```
 1   exhibit.  And I think it was actually

 2   inadvertently attached to the prior exhibit,

 3   maybe.  But it's going to be -- is that --

 4   Exhibit 7 is the next.

 5           (Exhibit 7 was marked.)

 6   BY MR. CODY:

 7       Q.  So this is a -- I guess it's a -- it's not

 8   a text exchange.  It may be an Instagram exchange

 9   or some other social media or e-mail.  But it's

10   with a ███████   ██████████

11           Do you have that in front of you?

12       A.  Yes.

13       Q.  So this will be Exhibit 7.

14           And so you have it in front of you, I

15   think, at this point?

16       A.  I do.

17       Q.  Do you recall -- and I guess it's an

18   e-mail exchange.  I don't really know what to call

19   it.

20           But do you recall sending this e-mail,

21   let's say, to ████████  ████████  in August of 2016?

22       A.  I do not.

23       Q.  Okay.  Do you think you could have sent

24   this?

25       A.  Yes.
```

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ   Document 367-2 *SEALED* 07/10/23   Page 4 of 33
Case 3:21-cv-00242-WBV-SDJ   Document 470-2   10/13/23   Page 4 of 33   09/26/2022

Page 122

1    Q.  Okay.  All right.  So it says here, "I'm

2   currently in Minnesota."  And this is dated

3   August 22nd.  And I guess that would have been

4   accurate because you were taking a break for about

5   a month before going back to resume the fall

6   semester at LSU, 2016?

7    A.  Yes.

8    Q.  Okay.  So at this point, you send this.

9   You're currently in Minnesota.  And it says you're

10   wondering if he knows of anyone looking for an

11   employee.  It says you're taking a year off from

12   school to get your residency, so you cannot work

13   at LSU Football Operations anymore and are very

14   desperate for work.

15        It says you're willing to do pretty much

16   anything, although you're really trying to avoid

17   having to go back to the bar or restaurant

18   industry.  You said you know that this person

19   knows tons of people in the community, so I

20   figured it would be a good person to ask, and the

21   worst thing is you could say no.

22        Okay.  So reading this now, does this

23   refresh your recollection at all that this is

24   something you would have sent in August of 2016?

25    A.  No, I don't recall this conversation.

## EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ   Document 367-2 *SEALED* 07/10/23   Page 5 of 33
Case 3:21-cv-00242-WBV-SDJ   Document 470-2   10/13/23   Page 5 of 33
09/26/2022
Page 123

1    Q.   Just so you know, I mean, it's Bates

2    stamped Brennan 662 at the bottom.   This was

3    produced in discovery in this lawsuit.

4         So do you dispute the authenticity of this

5    document?

6    A.   No.

7    Q.   Okay.

8    A.   I do have a question.   Is this a text

9    message or an e-mail?

10    Q.   Well, I don't know.   I was hoping you

11    could tell me, because I'm not really sure what

12    the media is here.   It doesn't appear to be an

13    e-mail.   I thought maybe it was some sort of

14    social media thing.   But all I have is the page

15    here.   I don't know exactly how it was originated.

16    A.   I didn't specifically turn this -- I mean,

17    I backed up my phone.   So I was just wondering if

18    anyone knew where that came from.

19    Q.   Well, it says at the bottom, "Generated by

20    Samantha Brennan on Thursday, June 9, 2022 at 9:04

21    p.m."

22         Okay.   So do you dispute that?   I mean,

23    you must have been involved, I'm assuming, or your

24    phone was, in the generation of the document.

25    A.   Yeah, I sent a backup of my phone records

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 367-2 *SEALED* 07/10/23    Page 6 of 33
Case 3:21-cv-00242-WBV-SDJ    Document 470-2    10/13/23    Page 6 of 33    09/26/2022
Page 124

 1  to my counsel.

 2      Q.  So if we look at this statement and try to

 3  put it in a proper context, it looks like you're

 4  saying here in August 2016 that you're taking a

 5  year off from school.

 6          But is that accurate based on what you

 7  just said?

 8      A.  No, since I had finished that fall

 9  semester, from what I recall.

10      Q.  So at this point, were you considering

11  taking off a year from school in August of 2016?

12      A.  It appears so.

13      Q.  Okay.  But ultimately, based on the fact

14  that you've said you did stay and complete your

15  2016 fall semester, you know, whatever you said

16  here, you did pursue and complete your fall

17  semester of 2016?

18      A.  I think so.

19      Q.  Okay.  It says you're trying --

20      A.  I know I was there until December.

21      Q.  Okay, okay.  And it says you're trying to

22  get your residency.  Okay.

23          So at this point, you're an out-of-state

24  student?

25      A.  Yes.

# EXHIBIT A

1    Q.   You're paying out-of-state tuition?

2    A.   Yes.

3    Q.   It's a lot, right?

4    A.   Yes.

5    Q.   Okay.  So were you looking to -- you may

6    not have done this, but at this point, were you

7    considering at least removing yourself from LSU in

8    order to sit out a year, get your residency by

9    living in Louisiana for a period of time, and then

10   reapplying to LSU?

11   A.   It's possible.

12   Q.   Okay.  And that would be --

13   A.   Or that's what I told him.  Because I

14   didn't tell other people about what happened to me

15   really.

16   Q.   Okay.  And I don't know the monetary

17   figures of that but, I mean, I'm assuming that

18   would have been a huge savings to you, right?

19   A.   Yes.

20   Q.   Okay.  And ultimately you did not do this?

21   A.   Right.

22   Q.   But could this have been something that

23   you were considering in August of 2016?

24   A.   Possibly.

25   Q.   Now, the response you get to that is,

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ   Document 367-2 *SEALED* 07/10/23   Page 8 of 33
Case 3:21-cv-00242-WBV-SDJ   Document 470-2   10/13/23   Page 8 of 33

09/26/2022
Page 132

```
 1   BY MR. CODY:
 2       Q.  So, again, I appreciate you clarifying
 3   that.  So you -- so let's see.  You went to
 4   Minnesota for a period of time, for about a month,
 5   and then you came back to Baton Rouge.
 6           You stayed in your current -- your
 7   apartment, the same one that ███████ ███████ lived
 8   in?
 9       A.  No, I had moved at that point.
10       Q.  Oh, okay.  I'm sorry.
11           So at what point did you move?
12       A.  I was in the apartment until I left for
13   Minnesota.  I put all of my stuff in storage, and
14   then I moved to a different apartment that August.
15       Q.  And you said you were between leases.  I
16   should have followed.
17           Okay.  So where did you move to after
18   leaving that apartment where ███████ ███████ was at?
19       A.  It's called Wildwood.  It was a brand-new
20   complex.  And because of the flood, it got like
21   pushed back on when we could move in because
22   construction was not finished.
23       Q.  Okay.  And was that the reason, then, for
24   going to Minnesota for a month, is for housing
25   purposes?
```

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 367-2 *SEALED* 07/10/23    Page 9 of 33
Case 3:21-cv-00242-WBV-SDJ    Document 470-2    10/13/23    Page 9 of 33

09/26/2022
Page 134

1    after being in Minnesota for about a month.  You

2    don't enroll for the fall semester.

3          At that point, I guess it wasn't too late

4    to withdraw for the fall semester?

5       A.  Right.

6       Q.  Okay.  So you had initially registered at

7    some point.  You decide, I'm going to take a

8    break.

9          And do you know if what you had

10   represented or what it appears you represented to

11   ██████    ████████ is the reason why you were

12   sitting out, was, in fact, the reason for sitting

13   out?

14      A.  No, I -- that's what I told him, but I

15   don't believe that is the accurate reason on why I

16   was not being enrolled in classes.

17      Q.  Okay.  Okay.

18      A.  Because I had been paying out-of-state

19   tuition.  I have a college fund.  It wasn't an

20   issue.

21      Q.  Okay.  All right.  Okay.  So next let's

22   get into -- okay.  Let's go back to ████  ███████

23   All right.  ████  ██████ was there the night of

24   July 9th, which spilled over into July 10th.

25          Did you ever have any interaction

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 367-2 *SEALED* 07/10/23    Page 10 of 33    09/26/2022
Case 3:21-cv-00242-WBV-SDJ    Document 470-2    10/13/23    Page 10 of 33
Page 147

1  BY MR. CODY:

2      Q.  Well, so I'm focusing in.  It says, "Yeah,

3  it was my fault."  And, I mean, I'm just trying to

4  understand, I guess, the flow of the conversation.

5          I mean, what did you think -- what did

6  that mean to you when it says, "Yeah, it was my

7  fault"?

8      A.  Well, because he asked me who would have

9  gotten in trouble and I said, "██████ since he's

10 the one who took the picture."  I had only ever

11 put blame on ██████  But I realized that, in

12 this, that ██████ had sent ██████ the picture,

13 which meant ██████ was now kind of implicated in the

14 crime of it.

15     Q.  Right.

16     A.  And now that I'm thinking about it, I

17 realized ██████ had sent it to ██████  And from

18 what I recall, video voyeurism is only the act of

19 taking the picture, it's not distributing it, and

20 that's just a misdemeanor.  But distributing it is

21 a felony, and he could have been implicated in

22 that.

23     Q.  Okay.  So for him sharing it with ██████

24 he could have been implicated, is your

25 understanding?

**EXHIBIT A**

Case 3:21-cv-00242-WBY-SDJ    Document 367-2 *SEALED* 07/10/23  Page 11 of 33
Case 3:21-cv-00242-WBV-SDJ   Document 470-2   10/13/23   Page 11 of 33   09/26/2022
Page 149

1   exposure for him?

2       A.  Right.

3       Q.  Okay.  And then he says earlier -- or

4   later down on this same page, "I think one of the

5   recruiting girls saw it on my phone and told

6   everyone."

7           Okay.  Do you have any idea who that would

8   have been in the -- among the recruiting girls who

9   saw it on his phone and then told everyone?

10      A.  I do not.

11      Q.  Okay.  And then he says, "I don't share

12  that shit."

13          So he's indicating here, it appears, that

14  he did not share it with anybody?

15      A.  I believe other than ████████  possibly.

16  But I know ██████ had it because she showed it to

17  me.

18      Q.  And there's no indication -- at least in

19  this text communication as I've looked at it,

20  there's no reference of ██████ -- him having

21  shared it with ██████ or anything like that; is

22  that correct?

23      A.  Correct.

24      Q.  At least based on this.  Okay.

25          But at this point, here we are,

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ   Document 367-2 *SEALED* 07/10/23   Page 12 of 33
Case 3:21-cv-00242-WBV-SDJ   Document 470-2   10/13/23   Page 12 of 33   09/26/2022

Page 151

1          So there appears to be some concern that,

2    you know, he could have had some exposure based on

3    this?

4        A.   He's the brother of DeBosier.

5        Q.   And I was wondering that.

6        A.   Yeah.

7        Q.   So he is a brother of ████   ██████

8        A.   Yeah.  From what he told me, yes.

9        Q.   All right.  Very good.

10       A.   So I know that that's a large name in

11   town.

12       Q.   Yes.  Okay.  So here you have at least

13   some clarification, if you can trust it, that the

14   picture was not shared beyond himself and ████████

15   ████████  aside from ████████  who -- is how you saw

16   it?

17       A.   I believe that maybe those are the only

18   ones who it got sent to, but there's no way those

19   are the only ones who saw it since ████████ is the

20   one who told me that it was going around.  I

21   believe more people saw it than just those two,

22   but it might not have been sent outside of that

23   group.

24       Q.   And he did refer earlier in this text

25   communication that at least one of the recruiting

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ   Document 367-2 *SEALED* 07/10/23   Page 13 of 33
Case 3:21-cv-00242-WBV-SDJ   Document 470-2   10/13/23   Page 13 of 33   09/26/2022
Page 152

1   girls had seen it?

2       A.  Yes.

3       Q.  So I guess, in your mind, you're thinking

4   other recruiting girls may have seen it as well

5   even though they didn't receive it on their phone?

6       A.  He also said he -- yeah, one of the girls

7   saw it.  But I don't believe he just had his phone

8   open and they happened to see it.  I'm sure it was

9   purposefully shown.

10      Q.  Okay.  So you think he deliberately showed

11  it to one of the recruiting girls, not

12  accidentally?

13      A.  I don't think that that would be

14  accidental.

15      Q.  Okay.  Okay.  But do you think that he

16  shared it with any football players?

17      A.  I don't know about that.

18      Q.  Okay.  I think you said earlier you

19  weren't aware of any comments or anything from

20  football players or anybody saying that they had

21  seen this photograph of you?

22      A.  Correct.

23      Q.  Okay.  All right.  And then you mentioned

24  that you had met with Sharon.  And I'm looking at

25  page 106, and he says something, "They wouldn't

# EXHIBIT A

Case 3:21-cv-00242-WBY-SDJ   Document 367-2 *SEALED* 07/10/23   Page 14 of 33
Case 3:21-cv-00242-WBY-SDJ   Document 470-2   10/13/23   Page 14 of 33   09/26/2022
Page 153

 1   see what you said," I guess is what he says.

 2          And then you say in response, "I was

 3   really surprised how supportive everyone was,

 4   especially Ms. Sharon.  I would have thought they

 5   would have tried to shut me down, but her and an

 6   advocate were the ones who encouraged me to go to

 7   the police and the advocate came with me."

 8      A.  Yes.

 9      Q.  Okay.  So again, at this point, I mean,

10   you're saying that you did -- you know,

11   that -- when you're saying "advocate," you're

12   meaning Miriam Segar, but you're saying that she

13   and Sharon were supportive, and that surprised

14   you?

15      A.  Correct.

16      Q.  So even in 2017, that was still your

17   recollection of the events?

18      A.  Yes.

19      Q.  Okay.

20      A.  I am still surprised that they were as

21   supportive as they were.

22      Q.  Okay.  And he seems to know who Miriam is.

23   If we continue on, you say, "Miriam was the

24   advocate."

25          "Oh, she loves me," he says.  "I've had

**EXHIBIT A**

Case 3:21-cv-00242-WBY-SDJ   Document 367-2 *SEALED* 07/10/23   Page 15 of 33
Case 3:21-cv-00242-WBY-SDJ   Document 470-2   10/13/23   Page 15 of 33

Page 166

```
 1      A.  Yes and no.
 2      Q.  Okay.  How yes?
 3      A.  In -- it was different at the time because
 4  I didn't know that I was the -- I thought I was
 5  the only person and that this was the only thing
 6  that had happened, you know, even close to this.
 7  So I wouldn't necessarily have thought that then.
 8          But I think that this is true now, now
 9  that I know that there were other allegations the
10  school was aware of.  I mean, if Sharon Lewis,
11  Miriam Segar, and everyone else would have done
12  their job at the beginning, Calise wouldn't have
13  been -- like this stuff wouldn't have happened.
14          So I wouldn't say that there was an
15  initial lack of response from LSU with me, but
16  their lack of -- what they should have done is an
17  issue.
18      Q.  And just to make sure I'm -- I mean, here
19  I'm not talking about allegations of Calise
20  regarding her claims or any of the other -- of
21  your coplaintiffs.  I'm really just talking about,
22  you know, how did this create a hostile
23  environment for you specifically?
24      A.  I mean, just having to be in an
25  environment that 100,000 people cheered on this
```

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ   Document 367-2 *SEALED* 07/10/23   Page 16 of 33
Case 3:21-cv-00242-WBV-SDJ   Document 470-2   10/13/23   Page 16 of 33   09/26/2022
Page 167

1  terrible person's name on a Saturday night.

2  That's why I ended up leaving.

3      Q.  And to be clear, you had already made a

4  decision to withdraw from LSU, you were not

5  subjected to that hostile environment, correct?

6      A.  I still lived there.

7      Q.  You lived in Baton Rouge?

8      A.  Yes.

9      Q.  Right.  So you lived in Baton Rouge, you

10  had a job in Baton Rouge, but you were not

11  enrolled at LSU for fall of 2016, you clarified

12  that earlier.

13      A.  I believe I was not.

14      Q.  Okay.  And if that's what your records

15  show, I mean, you wouldn't dispute it?

16      A.  Right.

17      Q.  Okay.  And you said -- I don't have it

18  right in front of me, but I know you said that,

19  you know, you would be in class -- somewhere in

20  your lawsuit you said you would be in class and

21  you would have to hear his name, ███████ ████████

22  name, I guess being cheered on.

23          Does that sound accurate?

24      A.  I don't know if it was class, but I did,

25  you know, live in this town.  I attended some

**EXHIBIT A**

Case 3:21-cv-00242-WBY-SDJ    Document 367-2 *SEALED* 07/10/23    Page 17 of 33
Case 3:21-cv-00242-WBY-SDJ    Document 470-2    10/13/23    Page 17 of 33    09/26/2022

Page 168

1   football games.  I mean, you can't not see it and
2   his name be praised.
3       **Q.  But, I mean, you were not in class in fall**
4   **of 2016.**
5       A.  Like I said, I don't think so.  I can't
6   quite -- I can't say for certain.
7       **Q.  If your records reflect that you were not**
8   **enrolled at LSU in fall of 2016, fair to say that**
9   **you were not, at least in the classroom**
10  **environment, subjected to people cheering on**
11  **████████  ██████  things like that that created a**
12  **hostile environment for you?**
13      A.  If my records reflect that, yes.
14      **Q.  Okay.**
15      A.  And the bar I worked at was right on
16  campus, pretty much.  It was a college bar.
17      **Q.  But you chose to work at that bar?**
18      A.  I needed to pay rent.
19      **Q.  Right.  But nobody forced you to work**
20  **there as opposed to someplace farther from campus?**
21      A.  No.  But I had that job before this
22  happened.  So I didn't want to drop out of school,
23  change jobs, all of it in the same breath.
24      **Q.  All right.  Going back briefly to the text**
25  **exchange you had with ██████  ██████  earlier, kind of**

**EXHIBIT A**

Case 3:21-cv-00242-WBY-SDJ    Document 367-2 *SEALED* 07/10/23    Page 18 of 33
Case 3:21-cv-00242-WBY-SDJ    Document 470-2    10/13/23    Page 18 of 33    09/26/2022

Page 174

 1              a moment.

 2              (A break was taken from 12:07 p.m. to

 3              1:08 p.m.)

 4     BY MR. CODY:

 5         Q.  Okay.  All right.  So we're back on the

 6     record after our lunch break.  And before we took

 7     our break, Ms. Brennan, I think we were starting

 8     to get into the procurement of the police report.

 9              Before we get into that, I want to ask you

10     a few more things related to what we talked about

11     previously.  So I found the paragraph I was trying

12     to ask you about earlier, it's paragraph 316 of

13     the second amended complaint appearing on page 42.

14     You hopefully still have that in front of you.

15         A.  Which paragraph did you say?

16         Q.  316 on page 42.

17         A.  Okay.

18         Q.  And it says, "In August 2016, Brennan left

19     the LSU recruiting team because of intense

20     feelings of humiliation and shame resulting from

21     John Doe distributing a non-consensual nude

22     photograph of her.  Brennan could not attend

23     classes without hearing classmates cheer on John

24     Doe."

25              So specifically that last sentence, that

**EXHIBIT A**

Case 3:21-cv-00242-WBY-SDJ    Document 367-2 *SEALED* 07/10/23    Page 19 of 33
Case 3:21-cv-00242-WBV-SDJ    Document 470-2    10/13/23    Page 19 of 33    09/26/2022
Page 175

1  was what I was trying to ask you about earlier.

2  So you did not enroll, you said earlier, in the

3  fall semester of 2016?

4       A.  I believe I did not.

5       Q.  So you were never subjected to being in

6  class and hearing the students cheer on John Doe's

7  name after the events of July 2016?

8       A.  I would agree that I was not in class with

9  him, but I was still in the environment.

10      Q.  But at the very least, that last sentence

11 in 316 would not be accurate, correct?

12      A.  The word "class" is not accurate.

13      Q.  Okay.  All right.  Did you ever request

14 anybody to delete the picture?

15      A.  I don't know.

16      Q.  You don't recall a conversation, at least

17 with ███████ who you said showed you the picture?

18      A.  It's very possible that I did, but I can't

19 say for certain.

20      MR. CODY:

21           And just while we're on the record,

22      and this is really directed more to your

23      attorney, but we would like to make a

24      request for the text messages with ██████

25      Levine and also a request for any text

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 367-2 *SEALED* 07/10/23    Page 20 of 33
Case 3:21-cv-00242-WBV-SDJ    Document 470-2    10/13/23    Page 20 of 33

Page 190

```
 1              (Exhibit 13 was marked.)

 2   BY MR. CODY:

 3      Q.  So you should have in front of you what's

 4   been marked as Exhibit 13.  This is an e-mail

 5   exchange also with USA Today, but it appears here

 6   this is where Samantha is introducing you -- I'm

 7   sorry, you're Samantha -- Nancy is introducing you

 8   to somebody named Kenny with USA Today.

 9           Who is Kenny?

10      A.  He's an investigative reporter that helped

11   on most of the LSU coverage in their paper.

12      Q.  And so it appears that Kenny is working

13   with an outside law firm in order to try to obtain

14   the police report from LSU; is that your

15   understanding?

16      A.  Kenny was part of it.  I mean, it wasn't

17   just him.  But, yes, they were trying to -- well,

18   I mean, we tried to get my police report without

19   bringing in counsel, but LSU was not forthcoming

20   in it.  And I was told I would have to sue for my

21   police report from Johanna Posada.

22      Q.  And so, ultimately, you were able to get

23   your police report, correct?

24      A.  Yes.

25      Q.  And upon obtaining your -- what did
```

# EXHIBIT A

Case 3:21-cv-00242-WBY-SDJ    Document 367-2 *SEALED* 07/10/23    Page 21 of 33
Case 3:21-cv-00242-WBV-SDJ    Document 470-2    10/13/23    Page 21 of 33    09/26/2022
Page 191

1   you -- what did you hope to accomplish by getting

2   your police report from LSU?

3       A.   I wanted to see the word "███████  ████████

4   in it.

5       Q.   And was that -- I mean, you knew ████████

6   was involved.

7       A.   I did, but I needed to be able to prove

8   it.

9       Q.   And did you think there was an inability

10  to prove it or to be believed unless you had

11  access to the report?

12      A.   Yeah.  It's all he said/she said, and I

13  guess I could have been totally lying about it.

14  If Nancy would have printed a huge paper that

15  wasn't factual, I mean, it could have came back on

16  her.  So it helped make their story credible by

17  having that name there.

18      Q.   Well, even before you obtained this report

19  in 2020, you had corroborating witnesses, such as

20  ████████  █████  ███████████  right?

21      A.   I did.  But he wouldn't respond to their

22  questions.

23      Q.   And you also had ████████  ████████

24      A.   She was there, but I don't know if they

25  reached out to her or not.

# EXHIBIT A

```
 1          Okay.  I'm going to show you what is going
 2  to be marked as Exhibit 14.
 3          (Exhibit 14 was marked.)
 4  BY MR. CODY:
 5      Q.  Did you already have a lawyer at the time
 6  that you were trying to procure the police report
 7  from LSU?
 8      A.  I was working with -- I can't remember the
 9  name of the law firm, but one of the associates
10  had responded and they were trying -- like they
11  gave me a bit of time and they were looking into
12  taking my case.
13          But they told me, because of the statute
14  of limitations, there wouldn't be anything that
15  they could do to help me.  But they weren't really
16  looking at this case -- they were looking at my
17  case singularly against ████████ not as this kind
18  of conspiracy with multiple people.
19      Q.  Right.
20      A.  So they didn't end up taking on my case.
21  But I did work with them for a brief time until
22  they told me they couldn't take it on.  And then
23  through USA Today's help is how I got represented
24  by Scott Sternberg.
25      Q.  Okay.  Now, in front of you at this point
```

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 367-2 *SEALED* 07/10/23    Page 23 of 33
Case 3:21-cv-00242-WBV-SDJ    Document 470-2    10/13/23    Page 23 of 33    09/26/2022

Page 194

```
 1   should be what's marked as Exhibit 14.  Is that
 2   what's in front of you?
 3       A.  Yes.
 4       Q.  Perfect.  So this is an e-mail -- another
 5   e-mail exchange between yourself and Nancy Armour.
 6   And if you will look at the e-mail about midway,
 7   Wednesday, October 14, 2020 at 12:05 p.m., this is
 8   from you -- yeah, from you to her.
 9           It says, "I went to work for the LSU
10   football recruiting staff, and when I arrived, I
11   was pulled aside by a coworker, ██████████ and she
12   told me there was a nude photo of me going around
13   the football team.
14           "I am not 100 percent sure on the rest,
15   but I think my friend ██████ who was dating ██████
16   ██████ at the time, showed me the photo a few days
17   later."
18           And we do know -- you did say earlier that
19   ██████ is the one that shared it with you, but
20   this gives us at least some sort of context, I
21   guess, as to when you believe it was shared, a few
22   days later; so a few days from July 22nd of 2016?
23       A.  Yes.
24       Q.  Okay.
25       A.  That's what I had guessed earlier.
```

**EXHIBIT A**

```
 1      Q.  Okay.  And you may have.  I just want to
 2   make sure since we have this document that also
 3   establishes that.
 4          And it says, you know, Aljessa said that
 5   she told you the nude photo was going around the
 6   football team.  But except -- I mean, you said
 7   earlier you weren't aware of any football players
 8   that actually saw the photo, correct?
 9      A.  Correct.
10      Q.  Okay.
11      A.  But that is what she told me when I
12   arrived to work that day.
13      Q.  Okay.  All right.  I think that's it for
14   Exhibit 14.
15          All right.  And then the next one I want
16   to show you we're going to mark as Exhibit 15.
17   This is Bates Number 1214.
18          (Exhibit 15 was marked.)
19   BY MR. CODY:
20      Q.  Again, if there's a point where we covered
21   something and you need to clarify, please, you
22   know, feel free to, you know, stop me from asking
23   my next question if there's something you want to
24   clarify or anything like that.
25      A.  Okay.
```

# EXHIBIT A

1    And I should tell you where I am.  I'm at

2    that second paragraph from the bottom of this same

3    Exhibit 15.  So "no recollection of ▇▇▇▇ coming

4    to her apartment or giving him permission to be

5    there."  Is that accurate?

6        A.  I don't remember -- remember the actual

7    moment of him coming into my apartment.  I know he

8    was there, but I don't remember him coming in.

9    And I don't remember exactly giving him

10    permission, but I must have in some way or he

11    wouldn't have known my apartment number.

12        Q.  And I believe it's stated in the police

13    report, and we can look at it again if we need to,

14    but that there was a recollection you had, at

15    least at that time, of kissing on the couch in

16    your apartment?

17        A.  Fooling around was my -- the words used.

18        Q.  And you're right, it was fooling around,

19    not kissing.  I apologize for the ad lib.

20        But fooling around implies some touching,

21    possibly some kissing, some intimacy of a sort?

22        A.  I would agree.

23        Q.  Okay.  All right.  So that would be the

24    more accurate reflection of events on July 9th or

25    10th of 2016 than what you stated -- or what is

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 367-2 *SEALED* 07/10/23    Page 26 of 33
Case 3:21-cv-00242-WBV-SDJ    Document 470-2    10/13/23    Page 26 of 33    09/26/2022
Page 199

1  stated here in this e-mail?

2      A.  I don't remember at this point.  I know

3  what my police report says and I know what I said

4  back then.  I currently don't remember fooling

5  around, but I am sure it probably happened.

6      Q.  Okay.  Fair enough.  Okay.  I think we're

7  done with Exhibit 15.

8          Okay.  So you had provided us a bunch of

9  Instagram exchanges, posts.  I don't know what the

10  lingo is, but posts, Instagram posts.

11          Does that sound right?

12      A.  I gave a backup of my phone to my lawyer,

13  so I'm sure they provided you with some things.

14          MS. TRUSZKOWSKI:

15              I think DMs.

16  BY MR. CODY:

17      Q.  So I want to ask you about one.  And this

18  is Brennan Bates Number 436 to 438.  It's

19  backwards because I think this is the natural flow

20  of it, and you can tell me if I'm wrong.  But this

21  is an Instagram, Instachat (sic), from November 3,

22  2020.  And we're marking this as Number 16.

23          (Exhibit 16 was marked.)

24  BY MR. CODY:

25      Q.  So this is something that we were provided

# EXHIBIT A

1    were fairly close with, you think?

2        A.   I don't know.

3        Q.   Okay.  And you do say, though, in

4    that -- the part I just read, that it was the

5    assistant athletic director that sat you down and

6    discussed options with you?

7        A.   Yes.

8        Q.   And to your knowledge, that would have

9    been Miriam Segar?

10       A.   No, that would have been Sharon Lewis.

11       Q.   I'm sorry, okay.  So I'm sorry, assistant

12   athletic director.

13       A.   I thought that was what her title was.

14       Q.   Yeah, it was.  I'm sorry.

15       A.   I think maybe football athletic director

16   specifically, but yes.

17       Q.   Right.  So this only mentions then the

18   conversation you had with Ms. Lewis.  But as we go

19   up from here, the person asks, "Like a pic of you

20   passed out and stuff naked?"

21            And you say, "No, I was standing up in my

22   bathroom doorway."

23            And then it goes on to the next page and

24   it says, "You got drugged.  I'm so sorry, Sam."

25            And then -- that's what the Instagram User

**EXHIBIT A**

Case 3:21-cv-00242-WBY-SDJ    Document 367-2 *SEALED* 07/10/23    Page 28 of 33
Case 3:21-cv-00242-WBY-SDJ    Document 470-2    10/13/23    Page 28 of 33    09/26/2022

Page 203

1    says, not you.  You didn't say that, but you

2    didn't correct them.  And I just want to make

3    sure, you're not contending that you were drugged?

4        A.  There's no way to know at this point.

5        Q.  All right.  And then you say, "LSU is

6    covering up" -- in the next posting -- "LSU is

7    covering up hard and giving me a complete

8    runaround.  But USA Today is about to put them on

9    major blast."

10           Okay.  So, of course, this is when you got

11   the suit going on to get access to the police

12   report.

13           Is there anything else that you're saying

14   is a huge cover-up, giving you a complete

15   runaround?  Is there anything else that you're

16   referring to by this posting?

17       A.  Yeah.  When I first called and talked to

18   that desk sergeant that confirmed that there was a

19   police report August of 2022, what was obviously a

20   misspoken date on her behalf, I'd given her, like

21   I said, my name -- actually, I think it was just

22   my name and birthday and she was able to find

23   that.

24           And she told me to call back the next day

25   and I could speak to somebody because I had

**EXHIBIT A**

Case 3:21-cv-00242-WBY-SDJ    Document 367-2 *SEALED* 07/10/23    Page 29 of 33
Case 3:21-cv-00242-WBV-SDJ    Document 470-2    10/13/23    Page 29 of 33    09/26/2022
Page 230

1  was really all I remember.

2      **Q.  And had you done that the entire summer up**

3  **until you quit in August, I think it was, of 2016?**

4      A.  I think I was only there for like a month

5  or two.  It was not long.

6      **Q.  So you started at some point in June**

7  **maybe?**

8      A.  Probably.

9      **Q.  Okay.**

10     A.  It would probably just depend on when they

11  did -- they do like open interviews.  I didn't

12  have -- I wasn't interviewed solely.  Like it was

13  the interview process.  So I'm sure somebody can

14  tell you when that interview process starts to

15  give you a better general idea.  Because I went

16  through like group interviews.  It was a hiring

17  process.

18     **Q.  Okay.  And you reported directly to Sharon**

19  **Lewis, or was there somebody else in the chain of**

20  **command?**

21     A.  I think Sharon Lewis was my direct boss,

22  but Keava Soil was kind of her right hand that we

23  could go to as well.  And then there were some

24  leads within the recruiting office, I think

25  Aljessa was one.  But I believe my direct

# EXHIBIT A

1    Q.   But you think your relationship with your
2  dad has gotten better over the years, as the years
3  have gone on?
4    A.   Yes.  Since middle school, yes.  I think
5  I've also just grown up.
6    Q.   What made you think -- when you heard
7  about the picture, what made you think that
8  ████████  was the one who took it?
9    A.   He's the only one that could have possibly
10  taken a photo of me.
11    Q.   And by that, do you mean that you hadn't
12  been intimate with anyone else in the time period?
13  Or what causes you to say that statement?
14    A.   Correct, yes, correct.
15    Q.   So you had not had any other
16  relationships, sexual relationships, that summer
17  during the July time frame?
18    A.   I can't say for certain, but definitely
19  not with anybody in the football office.
20    Q.   Do you have the exhibits in front of you
21  that were shown to you today?
22    A.   Yes.
23    Q.   Okay.  I would just ask for you to look at
24  Exhibit 6.
25    A.   Okay.

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 367-2 *SEALED* 07/10/23    Page 31 of 33
Case 3:21-cv-00242-WBV-SDJ    Document 470-2   10/13/23    Page 31 of 33

09/26/2022
Page 289

1      Q.  And if you could turn to Plaintiffs 8,

2   which is the page that you were shown earlier.

3      A.  Okay.

4      Q.  I just want to make sure there's not

5   anything that you dispute about the detective's

6   account on Plaintiffs 8.  And take a second to

7   read it, if you need to.

8           MR. ENGLISH:

9               Excuse me, this is Larry English.  We

10          are looking at the police report?  Is that

11          what we're looking at?  It's not up on the

12          screen.

13          MS. McDIARMID:

14              That's right.

15          MR. ENGLISH:

16              That's fine, thank you.  I have it up.

17          Thank you.

18          MS. McDIARMID:

19              Okay, great.

20      A.  I recall everything in that with the

21   exception of the very last sentence.  I'm not

22   saying it didn't happen, but I don't know if it

23   was exactly in those words.

24   BY MS. McDIARMID:

25      Q.  And when you say "the very last sentence,"

# EXHIBIT A

Case 3:21-cv-00242-WBY-SDJ   Document 367-2 *SEALED* 07/10/23   Page 32 of 33
Case 3:21-cv-00242-WBV-SDJ   Document 470-2   10/13/23   Page 32 of 33   09/26/2022
Page 290

1  are you referring to, "I ensured her that she had

2  all of my contact information and" --

3      A.   -- "reiterated to her that LSU P.D. and

4  the University was here for her."

5      Q.   Okay.  So you're not sure if he used those

6  words when you spoke to Detective Melchior?

7      A.   Yes.

8      Q.   Okay.  That's great.  That's the only

9  question I wanted to ask you about this particular

10  exhibit.

11          When did you decide not to return to your

12  recruiting job?

13      A.   After I went home and thought about

14  everything and then came back.  I shared with

15  Sharon that I no longer wished to be in the

16  office.

17      Q.   Is that all -- go ahead.

18      A.   And that I was going to be -- I probably

19  told her I wasn't going to be enrolling in school,

20  so I couldn't even if I wanted to.

21      Q.   So are the only things that you believe

22  you told Ms. Lewis in the resignation conversation

23  are that you no longer wanted to be in the office

24  and that you weren't going to be re-enrolling in

25  school?

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 367-2 *SEALED* 07/10/23    Page 33 of 33
Case 3:21-cv-00242-WBV-SDJ    Document 470-2    10/13/23    Page 33 of 33    09/26/2022

Page 305

1  alimony agreement with his ex-wife, and she was

2  trying to basically like ruin our relationship.

3       Q.  Have you kept in touch with him?

4       A.  Not really.  I mean, we have each other on

5  Facebook, but...

6       Q.  Okay.  Have you attended any LSU football

7  games since leaving athletics?

8       A.  Yes.

9       Q.  About how many?

10      A.  Two or three.

11      Q.  Did you attend those games with your

12  family?

13      A.  I don't have family in Louisiana.  No.

14      Q.  So you did not attend with any family?

15      A.  I guess my mom came to one.  She came to a

16  Bama game.

17      Q.  So you think you attended one to two by

18  yourself and one with your mom?

19      A.  I didn't say by myself, just not with my

20  family.

21      Q.  Okay.  Who did you attend those other

22  games with?

23      A.  My boyfriend, ████  And I think I maybe

24  went to one with ████ but ████ might have also

25  been there.  I can't remember who all was there.

**EXHIBIT A**