CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Case 3:21-cv-00242-WBV-SDJ  Document 470-3  10/13/23  Page 1 of 18
Case 3:21-cv-00242-WBV-SDJ  Document 367-3 *SEALED* 07/10/23  Page 1 of 18



February 15th, 2017 at 9:07pm from ▉▉▉ ▉▉▉▉▉ (▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉), and the person that brought ▉▉▉▉▉ and I back to our apartment complex the night of the incident.)



PLAINTIFFS_00001205

# EXHIBIT A

# LSU Police Department
# Initial Report Form

**Case Number:**
20160722-007

| | | | |
|---|---|---|---|
| **Begin Incident Date / Time:** | **End Incident Date / Time:** | **Date Reported:** | **Officer:** |
| 7/9/2016 10:30:00PM | 7/10/2016 2:00:00AM | 7/22/2016 5:23:44PM | Bodine, Andrew J  U1727 |

**Address:**
Public Safety Building

**COMPLAINANT**        SAMANTHA L BRENNAN

**Offense:**
LRS 14:283            VIDEO VOYEURISM

**Narrative:**
20160722-007
Video Voyeurism
On July 22, 2016 at approximately 1830 hours, LSU PD Officers were dispatched to the Public Safety Building in reference to Video Voyeurism complaint. Officers arrived and met with the victim (LSU Student 19 year old female) who stated someone had taken a nude picture of her without consent. The incident took place between July 9 and July 10 of 2016. The case is pending further investigation.


EXHIBIT 6 9-26-22 Brennan

(Initial Version)
Date Printed:
08/20/2020

Case Number: 20160722-007
Page 1 of 1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    PLAINTIFFS_000001

**EXHIBIT A**

# LSU POLICE DEPARTMENT
## INCIDENT REPORT

**INCIDENT NUMBER:** 20160722-007
**ORI:** LA0170400

### ADMINISTRATIVE INFORMATION

| REPORT DATE | INCIDENT START DATE | DOW | INCIDENT END DATE | INCIDENT DESCRIPTION |
|---|---|---|---|---|
| 07/22/2016 5:23:44 PM | 07/09/2016 10:30:00 PM | 7 | 07/10/2016 2:00:00 AM | 57 - INVESTIGATION |

| LOCATION OF INCIDENT | OFFENSE TRACT | CASE STATUS |
|---|---|---|
| Public Safety Building BATON ROUGE LA | OFF CAMPUS | INACTIVE |

| EVIDENCE COLLECTED | WEATHER | TEMP | LIGHTING | EXCEPTIONAL CLEARANCE | EXC CL DATE |
|---|---|---|---|---|---|
| ☐ | | | | D VICTIM REFUSED TO | |

### OFFENSE INFORMATION

| STATUTE CODE | STATUTE DESCRIPTION | TYPE OF WEAPON USED |
|---|---|---|
| 14:283 | VIDEO VOYEURISM | |

| UNITS ENTERED | FORCED ENTRY | COMPUTER USE | ALCOHOL USE | DRUG USE | SECURITY TYPE | COUNTS | COMPLETED | F/M |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | | 1 | ☑ | F |

| LOCATION TYPE | BIAS MOTIVATION | CRIMINAL ACTIVITY |
|---|---|---|
| RESIDENCE/HOME | NONE | |

| STATUTE CODE | STATUTE DESCRIPTION | TYPE OF WEAPON USED |
|---|---|---|
| | | |

| UNITS ENTERED | FORCED ENTRY | COMPUTER USE | ALCOHOL USE | DRUG USE | SECURITY TYPE | COUNTS | COMPLETED | F/M |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | | | ☐ | |

| LOCATION TYPE | BIAS MOTIVATION | CRIMINAL ACTIVITY |
|---|---|---|
| | | |

### VICTIM INFORMATION

| VIC# | SAME AS COMPLAINANT | NAME (LAST, FIRST MIDDLE) | HOME # | CELL # | WORK # |
|---|---|---|---|---|---|
| 1 | ☑ | BRENNAN SAMANTHA L | | ███████ | |

| ADDRESS | EMAIL |
|---|---|
| 7█████████ | |

| DOB | AGE | TO AGE | SEX | RACE | ETHNICITY | RESIDENT STATUS | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|---|---|
| █/1995 | 20 | | F | W | | NON-RESIDENT | | 0 |

| EYE COLOR | HAIR COLOR | SSN | OLN # | OLN STATE |
|---|---|---|---|---|
| | | ███ | ███ | LA |

**SCARS/MARKS/TATTOOS**

| EMPLOYER/SCHOOL | OCCUPATION | ADDRESS |
|---|---|---|
| LSU STUDENT | STUDENT | |

| TYPE OF VICTIM | AGGRAVATED ASSAULT CIRCUM | JUST HOM CIRCUM | STATEMENT | DOMESTIC |
|---|---|---|---|---|
| PERSON/INDIVIDUAL (NOT A | | | ☐ | ☐ |

| INJURY TYPE | | RELATIONSHIP TO OFFENDER 1-10 | | Offenses Involved 1-10 | |
|---|---|---|---|---|---|
| ☐ None | ☐ Unconscious | 1: AQ | 6: | 1: 90Z | 6: |
| ☐ Minor | ☐ Lacerations | 2: | 7: | 2: | 7: |
| | | 3: | 8: | 3: | 8: |
| ☐ Internal | ☐ Bones | 4: | 9: | 4: | 9: |
| ☐ Teeth | ☐ Other | 5: | 10: | 5: | 10: |

### COMPLAINANT INFORMATION

| NAME (LAST, FIRST MIDDLE) | HOME # | CELL # | WORK # | STATEMENT |
|---|---|---|---|---|
| BRENNAN, SAMANTHA L | | ███████ | | ☐ |

| ADDRESS | EMAIL |
|---|---|
| 7███████ | |

| DOB | AGE | SEX | RACE | ETHNICITY | RESIDENT STATUS | OLN # | OLN STATE |
|---|---|---|---|---|---|---|---|
| █/1995 | 20 | F | W | | NON-RESIDENT | ███ | LA |

### OFFICER INFORMATION

| REPORTING OFFICER | REVIEWING OFFICER | APPROVING OFFICER |
|---|---|---|
| Bodine, Andrew J J1727 | METZGER, JEFFREY U0079 | |

08/20/2020 9:37:53 AM    Page 1 of 8

# EXHIBIT A

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLAINTIFFS_000002

# LSU POLICE DEPARTMENT
## INCIDENT REPORT
### SUSPECTS INFORMATION

INCIDENT NUMBER: 20160722-007
LA0170400

| SUSPECT # | NAME (LAST, FIRST MIDDLE) | DOB | AGE | TO AGE |
|---|---|---|---|---|
| 1 | [redacted] | [redacted] | [redacted] | |

| ADDRESS | OLN # | OLN STATE |
|---|---|---|
| [redacted] | [redacted] | LA |

| HOME # | CELL # | WORK # | SSN | ETHNICITY | SEX | RACE | HEIGHT |
|---|---|---|---|---|---|---|---|
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

| WEIGHT | HAIR COLOR | HAIR STYLE | HAIR LENGTH | EYE COLOR | GLASSES | BUILD | COMPLEXION |
|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | | | [redacted] | ☐ | [redacted] | [redacted] |

| SCARS, MARKS, TATTOOS | FACIAL HAIR | TEETH | SPEECH/VOICE |
|---|---|---|---|

CLOTHING

| DOMINANT HAND | RESIDENTIAL STATUS | WEAPON TYPE |
|---|---|---|
| | RESIDENT | |

### OFFENSES INVOLVED 1-10

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| 90Z | | | | |
| 6 | 7 | 8 | 9 | 10 |

---

| SUSPECT # | NAME (LAST, FIRST MIDDLE) | DOB | AGE | TO AGE |
|---|---|---|---|---|
| | | | | |

| ADDRESS | OLN # | OLN STATE |
|---|---|---|

| HOME # | CELL # | WORK # | SSN | ETHNICITY | SEX | RACE | HEIGHT |
|---|---|---|---|---|---|---|---|

| WEIGHT | HAIR COLOR | HAIR STYLE | HAIR LENGTH | EYE COLOR | GLASSES | BUILD | COMPLEXION |
|---|---|---|---|---|---|---|---|
| | | | | | ☐ | | |

| SCARS, MARKS, TATTOOS | FACIAL HAIR | TEETH | SPEECH/VOICE |
|---|---|---|---|

CLOTHING

| DOMINANT HAND | RESIDENTIAL STATUS | WEAPON TYPE |
|---|---|---|

### OFFENSES INVOLVED 1-10

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| 6 | 7 | 8 | 9 | 10 |

08/20/2020 9:37:53 AM    Page 2 of 8

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    PLAINTIFFS_000003

**EXHIBIT A**

| INCIDENT NUMBER | LSU POLICE DEPARTMENT INCIDENT REPORT NARRATIVE | | ORI |
|---|---|---|---|
| 20160722-007 | | | LA0170400 |
| | NARRATIVE | ☐ JUVENILE | |

**NARRATIVE TITLE:** Narrative From CAD

**NARRATIVE:**
Complaint Type: 57 - INVESTIGATION
Caller Name:
Officer ID: U-1727, Officer Name: BODINE, ANDREW

[7/22/2016 5:24:01 PM . pos1 : babinc]
Cross streets: NICHOLSON DR//S CAMPUS DR
Landmark: PUBLIC SAFETY
Place Comment: UNIVERSITY PUBLIC SAFETY BLDG
Landmark Comment: 211 S STADIUM RD

08/20/2020 9:37:53 AM   Page 3 of 8

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   PLAINTIFFS_000004

**EXHIBIT A**

| INCIDENT NUMBER: 20160722-007 | LSU POLICE DEPARTMENT INCIDENT REPORT NARRATIVE | LA0170400 |
|---|---|---|

| NARRATIVE | ☐ JUVENILE |
|---|---|

NARRATIVE TITLE: SUMMARY

NARRATIVE:
20160722-007
Video Voyeurism
On July 22, 2016 at approximately 1830 hours, LSU PD Officers were dispatched to the Public Safety Building in reference to Video Voyeurism complaint.

| INCIDENT NUMBER: 20160722-007 | LSU POLICE DEPARTMENT INCIDENT REPORT NARRATIVE | ORI #: LA0170400 |
|---|---|---|
| | NARRATIVE | ☐ JUVENILE |

**NARRATIVE TITLE:** DETAILS

**NARRATIVE:**
20160722-007
Video Voyeurism
On July 22, 2016 at approximately 1830 hours, LSU PD Officers were dispatched to the Public Safety Building in reference to Video Voyeurism complaint. Officers arrived and met with the victim (LSU Student 19 year old female) who stated someone had taken a nude picture of her without consent. The incident took place between July 9 and July 10 of 2016  The case is pending further investigation.

08/20/2020 9:37:53 AM    Page 5 of 8

**EXHIBIT A**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    PLAINTIFFS_000006

| INCIDENT NUMBER: 20160722-007 | LSU POLICE DEPARTMENT INCIDENT REPORT NARRATIVE | | LA0170400 |
|---|---|---|---|
| | | NARRATIVE | ☐ JUVENILE |

**NARRATIVE TITLE:** SUPPLEMENT

**NARRATIVE:**
20160722-007
Video Voyeurism
On July 22, 2016 at approximately 1830 hours, I Sgt. Bodine responded to the Public Safety Building in reference to a complaint about video voyeurism. Upon arrival, I met and spoke with Samantha L Brennan (LSU Student W/F DOB ███ 1995 ███ L███████████████) who stated a coworker saw a nude picture of her that was being passed around. Brennan stated today (July 22, 2016), she arrived to work at Football Operations and was approached by several friends saying they heard a nude picture of her was floating around. Brennan further stated that none of the friends who approached her actually saw the image, they were only told about it. Brennan then advised that there was only one incident recently where the picture could have been taken.
Brennan stated on Saturday July 9, 2016, that she and a friend went out for the evening in Tigerland. She said she first went to Fred's in Tigerland before going to Bogies. While out, Brennan said she only had 2 drinks and 2 shots during the night. While at Bogies, Brennan said the friend she went with left. After her friend left, Brennan advised she saw her friend ███ who works at football operations with her. When asked, Brennan did not know ███'s last name, only that he works in the equipment section. Brennan next advised that ███ had bought her a shot from what she remembers. While hanging out with ███ Brennan advised that ███ ███ (L███████████████) approached them and started to hang out. Brennan said from what she remembers, she was to intoxicated to drive home so ███ and ███ decided they would driver her and her vehicle back to her apartment.
After leaving Bogies to go to the apartment, Brennan advised that ███ drover her vehicle with her back to University House while ███ followed. Once back at University House, ███ brought ███ back home however Brennan stated she was unsure if she was left in the vehicle or her apartment. At this point, Brennan stated it started to get blurry.
Brennan advised that she believes ███ and her "fooled" around in her apartment especially on the couch. I did not question Brennan to the extent of her encounter but she did advise she does not fully recall what happened.
Brennan said on Sunday July 10, 2016, she woke up in her apartment naked. Brennan did not recall fully what happened the night before but she did not feel as if she was assaulted. Brennan did state that she found ███ wallet in between her couch cushion. At some point during the day on July 10, Brennan stated ███ contacted her to retrieve his wallet from her apartment. Brennan stated that the picture that was being passed around was of her naked standing in a doorway inside of her apartment. Brennan further stated that she did not see the picture so is not fully sure if it is even her however this was the only incident that she could think of where the picture could have been taken.
Brennan advised she was not sure if she wanted to pursue criminal charges at this time and would like to think about it. Detective Melchior was notified of the case. Sexual Violence Confidentiality Waiver was signed and attached to this report. Video footage of the interview was also requested to be burned and dropped into evidence.
Nothing further at this time
Sgt. A Bodine
LSU PD Patrol Division

08/20/2020  9:37:53 AM    Page 6 of 8

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXHIBIT A**

PLAINTIFFS_000007

**DEPARTMENT**
**INCIDENT REPORT**
**NARRATIVE**

LA0170400

20160722-007

NARRATIVE | ☐ JUVENILE

**NARRATIVE TITLE:** Supplement #2 added by Det. J. Melchior

**NARRATIVE:**
Supplement #2 added by Det. J. Melchior

20160722-007
Video Voyeurism

I, Detective Jeffery C. Melchior of the LSU Police Department, made contact today with Ms. Brennan to follow up with her in reference to this case. During the contact, Ms. Brennan and I talked briefly about the case, as she was preparing to return home. While speaking with Ms. Brennan, I learned that she still wished to not pursue charges against the accused and also wished to remain anonymous as it relates to LSU CARE, Title IX, Lighthouse, etc..

Ms. Brennan advised that after returning home, she planned to reflect on everything and advised that if she decided to pursue charges or seek help that she would notify me directly. I ensured that she had all of my contact information and reiterated to her that LSUPD and the University was here for her.

Nothing further at this time
Det. Jeffery C. Melchior
LSUPD- Detective Division

08/20/2020 9:37:53 AM   Page 7 of 8

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   PLAINTIFFS_000008

**EXHIBIT A**

| 20160722-007 | DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | LA0170400 |
|---|---|---|
| | NARRATIVE | ☐ JUVENILE |

**NARRATIVE TITLE:** SUPPLEMENT

**NARRATIVE:**
Sgt. A. Bodine requested video of an interview at LSUPD on 7/22/16 in reference to case 20160722-007 I, Sgt R Buckland copied video to DVD and submitted into evidence on 7/27/2016.
No Further RB

08/20/2020 9:37:53 AM    Page 8 of 8

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    PLAINTIFFS_000009

**EXHIBIT A**

# LSU
## Sexual Violence Confidentiality Notice and Waiver

| Law Enforcement | Case Number 20160722-007 |

As per Louisiana Revised Statute 46:1844, basic rights for victim and witness, this law enforcement agency shall NOT publicly disclose the name, address, or identity of crime victims.

The confidentiality of the identity of the victim of a sex offense may be waived by the victim.

Louisiana State University is committed to providing nonjudgmental and appropriate support services for all sexual assault survivors.

To assist you with accessing services and support, you can waive the confidentiality clause outlined above

**Please indicate your authorization by checking the options below that apply**

☐ I authorize law enforcement to investigate this matter and pursue criminal charges

☐ I authorize law enforcement to share detailed case information with the Office of the Dean of Students. The Office will contact me to discuss interim remedies/measures for my safety and the University's Title IX/accountability process and to facilitate a referral to the LSU CARE Team who can offer support resources. While efforts will be made to keep information private, confidentiality is not guaranteed

**CONFIDENTIAL**

☐ I authorize law enforcement to share detailed case information with a Lighthouse Advocate, who can provide guidance and support. Some of the available resources include medical care and evidence collection, mental health counseling, academic accommodations, and housing relocation. Information about my case is **confidential** and will only be shared among select staff at the University on a need-to-know basis.

☐ I authorize a Lighthouse Advocate to contact me at the phone number or email address listed below to follow up with me about my case. The Advocate will respect my privacy by leaving only their name and phone number when attempting to contact me, unless given other instructions by me to provide more detailed messages. (See request below.)

Name: Samantha Brennan
Phone Number: 763-222-9562
Email Address: samantha.brennan14@gmail.com
Request: _____

Signature: [signed]   Date: 7-22-16

**EXHIBIT A**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PLAINTIFFS_000010

Case 3:21-cv-00242-WBV-SDJ   Document 470-3   10/13/23   Page 12 of 18
Case 3:21-cv-00242-WBV-SDJ   Document 387-3 *SEALED* 07/10/23   Page 12 of 18
CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Samantha  Home

**Patrick Bergeron**

Patrick Bergeron

Nov 18, 2020 10:36:48am

**Samantha Brennan**

Please have him email me, and I will pass the request to my lawyer. Samanthabrennan14@gmail.com

Nov 18, 2020 9:12:16am

**Patrick Bergeron**

This is Pat Bergeron in BR. Saw you on tv last night. A friend I had breakfast with today is Jim Engster, he has a statewide radio show and is interested in you being his guest 225-270-8187. I couldn't find your phone # to give him. So if you are interested just call him to set up. Miss u...
~Samantha Brennan

Nov 18, 2020 8:55:26am

*Ex. 8*

**Patrick Bergeron**

Call sat

Aug 23, 2016 12:16:42am

**Samantha Brennan**

Hey Pat! I'm currently in Minnesota but I'll be coming back to Baton Rouge sometime this weekend, and I was wondering if you know of anyone looking for an employee. I am taking a year off of school to get my residency, so I cannot work at LSU Football Operations anymore and I am very desperate for work. I am willing to do pretty much anything, although I am really trying to avoid having to go back into the bar/restaurant industry. I know you know a ton of people in the community, so I thought you would be a good person to ask and the worst you could say is no. Thank you!

Aug 22, 2016 8:55:04pm

Generated by Samantha Brennan on Thursday, June 9, 2022 at 9:04 PM UTC-04:00
Contains data from May 21, 2009 at 9:45 PM to June 9, 2022 at 8:54 PM

EXHIBIT 7  9-26-22 Brennan

**EXHIBIT A**

BRENNAN_00000662

Case 3:21-cv-00242-WBV-SDJ   Document 470-3   10/13/23   Page 13 of 18
Case 3:21-cv-00242-WBV-SDJ   Document 470-3   10/13/23   Page 13 of 18
CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

7:08

> lol to say the least. You almost got me arrested

> How?

> Long story

> I got time

> Idk we'll miss Sharon told all the higher ups at LSU and I had to meet with them

> And they told the police

> I told the police. You wouldn't have been arrested, you didn't do anything

> Who would've

> What did you tell the police

> ▮ was pissed at me

> ▮ since he's the one who took the picture. I told them

BRENNAN_00000107

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ   Document 470-3   10/13/23   Page 14 of 18
Case 3:21-cv-00242-WBV-SDJ   Document 367-3 *SEALED* 07/10/23   Page 14 of 18
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

7:08

> [redacted] Since he's the one who took the picture, I told them what happened, so there's a police report out on it but I never pressed charges.

Yeah it was my fault

And good. I would've got fucked over

It never got out though lol

> How was him taking a picture of me without my knowledge or consent and sending it out your fault?

Idk it was just me and him that saw it. Idk how people found out.

I think one of the recruiting girls saw it on my phone and told everyone.

I don't share that shit



**EXHIBIT A**  BRENNAN_00000110

Case 3:21-cv-00242-WBV-SDJ   Document 470-3   10/13/23   Page 15 of 18
Case 3:21-cv-00242-WBV-SDJ   Document 367-3 *SEALED* 07/10/23   Page 15 of 18
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



> Oh well then yeah you could have gotten in trouble. I didn't know you had it

He sent it to me and that's it

Like it was just between us and that's it

We had no intention of sharing it etc

We know better than that lol

> I think he's an idiot for even taking it. Like I could have potentially ended his career if I wanted to

Yeah it could've been bad for both of us

Like jail time my brothers law firm getting involved etc

We could've been on espn 😅



**EXHIBIT A**

BRENNAN_00000108

Case 3:21-cv-00242-WBV-SDJ   Document 470-3   10/13/23   Page 16 of 18
Case 3:21-cv-00242-WBV-SDJ   Document 367-3 *SEALED* 07/10/23   Page 16 of 18
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

7:09

I'm finally glad I know the truth of it though. ██ denied even entering my apartment that night, and I thought a bunch of people saw it. What did the higher ups say when they met with you?

A lot

And it wasn't that bad and we wanted to tell you but we couldn't talk to you

Like what? Lol

Just that's it was just us that saw us

No I mean what all did the higher ups say?

They wanted the full story

Did you tell them

**EXHIBIT A**   BRENNAN_00000105

Case 3:21-cv-00242-WBV-SDJ   Document 470-3   10/13/23   Page 17 of 18
Case 3:21-cv-00242-WBV-SDJ   Document 367-3 *SEALED* 07/10/23   Page 17 of 18
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



7:09

Yes

What did they say

They woukdnsee what you said

I was really surprised how supportive everyone was, especially Ms. Sharon. I would have thought they would have tried to shut me down but her and an advocate were the ones who encouraged me to go to the police and the advocate came with me.

An advocate

?

And we got a training course for that so thsydbehey

That's why

She told me everything with Miriam too



**EXHIBIT A**   BRENNAN_00000106

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



> And we got a training course for that so thsydbehey
>
> That's why
>
> She told me everything with Miriam too

>> Miriam was the advocate

> Oh she loves me.
>
> I've had too many meetings with her
>
> But you hurt me

>> I hurt you?

> Yah

>> How?

> All that shit you put me trough

>> Don't blame me, blame ▮

**EXHIBIT A**

BRENNAN_00000109