UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL                CIVIL ACTION NO. 21-242

VERSUS
                                 JUDGE WENDY B. VITTER
LOUISIANA STATE
UNIVERSITY, ET AL                MAGISTRATE JUDGE JOHNSON

*** CONFIDENTIAL ***

* * * * * * * * * * * * * * * * * * * * * * * * * *

TRANSCRIPT OF THE DEPOSITION OF:

ASHLYN BROOKE MIZE,

TAKEN ON BEHALF OF BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, REPORTED IN THE ABOVE ENTITLED AND NUMBERED CAUSE BY YOLANDA J. PENA, CERTIFIED COURT REPORTER FOR THE STATE OF LOUISIANA.

* * * * * * * * * * * * * * * * * * * * * * * * * *

REPORTED AT THE LAW OFFICES OF:

PHELPS DUNBAR LLP

400 CONVENTION STREET, SUITE 1100

BATON ROUGE, LOUISIANA 70802

COMMENCING AT 9:06 A.M., ON OCTOBER 10, 2022.

**EXHIBIT B**

```
 1    medicine.  It was some pills that I took.  I think it
 2    was like two days.
 3         Q.   And did you do any rape kit or anything like
 4    that?
 5         A.   No.
 6         Q.   Why not?
 7         A.   I didn't go to the health center until days
 8    after.
 9         Q.   And do you have any witnesses at all who
10    saw -- who told you they saw ▮▮▮▮ ▮▮▮▮ enter your
11    bedroom that night?
12         A.   Not that I know of.  I don't have any
13    personally.
14         Q.   Okay.  So you mentioned earlier that yo▮
      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ht?
16         A.   Uh-huh.
17         Q.   What is ▮▮▮▮▮ last name?
18         A.   She's Canadian, so it's ▮▮▮▮▮ I'll have
19    to get the spelling for you after.
20         Q.   I have the spelling; I just don't know the
21    pronunciation.
22         A.   I called her ▮▮▮ and that's about it.
23         Q.   Okay.  We'll just refer to her as ▮▮▮▮ or
24    Maddy.
25              Do you recall what specifically you told her?
```

**EXHIBIT B**

```
 1   were raped the next day?  Or was it later that you
 2   decided -- not "decided" -- but that you felt it was
 3   rape?
 4        A.   From what I remember, I told her about the
 5   incident the next day and told her that I didn't -- I
 6   thought I was, but I couldn't recall any of the
 7   details.  And then as they flash-backed to me, I told
 8   her what I remembered.
 9        Q.   And so at first, you felt like it was rape?
10   Or did you feel like you had maybe made a mistake
11   with --
12        A.   No, I didn't make a mistake, because I was
13   completely passed out drunk.  There was no way I could
14   give consent.
15        Q.   And I understand that's what you're saying
16   now.  I'm asking at the time --
17        A.   At the time --
18        Q.   -- how you felt.
19        A.   At the time, I felt -- I think I felt as any
20   victim would feel, of kind of shame that -- and regret
21   that I drank so much to the point that I couldn't
22   remember what happened to me.
23        Q.   And so at the time, were you very insistent to
24   ▇▇▇▇ that you did not want her to tell anybody about
25   it?
```

# EXHIBIT B

```
 1   like that.  She supported me and wanted the best for
 2   me.  And she is the one who encouraged me to go to the
 3   health center.  I don't think, without her
 4   encouragement, I would have went at that time.
 5        Q.   Do you know whether she was worried you were
 6   going to be upset with her?
 7        A.   I don't know.  I don't know if she was worried
 8   or not.
 9        Q.   Do you know what advice her mom gave her?
10        A.   I don't know.
11        Q.   So it's your understanding at some point in
12   time that ▮▮▮▮ spoke with somebody at LSU about what
13   you had said had happened to you?
14        A.   Yes, that is my understanding.
15        Q.   Okay.  Did ▮▮▮▮ tell you about those
16   conversations with anybody at LSU?
17        A.   She did not.
18        Q.   Do you have any concerns about how ▮▮▮▮
19   handled your situation?
20        A.   I do not have any concerns.
21        Q.   Were you appreciative that she -- did you feel
22   like she acted like a good friend to you?
23        A.   I do feel like that.
24        Q.   Do you remember hearing from ▮▮▮▮ that LSU
25   was trying to get in touch with you or wanting to make
```

**EXHIBIT B**

```
1          A.   I mean, I knew about HIPAA, so.
2          Q.   So you thought it was confidential when you
3    went to the health center?
4          A.   Yes.
5          Q.   Do you have any reason -- if ▮▮▮▮ told LSU
6    that you had told her that you were sexually assaulted
7    by two male student athletes at -- off-campus -- at
8    your off-campus apartment, do you have any -- do you
9    dispute that if that's what ▮▮▮▮ told them at the
10   time?  Or is it possible you just don't remember
11   telling ▮▮▮▮ that at the time, that two people had
12   sexually assaulted you that night?
13         A.   I don't -- I don't remember that conversation
14   of two people.
15         Q.   She reported to LSU that you called her on the
16   Saturday morning saying that you would hooked up with
17   two male student athletes.  Do you remember having that
18   conversation with her?
19         A.   The conversation I remember her having -- or
20   us having is actually we were standing in my kitchen.
21   I don't remember calling her.  I'm not saying that that
22   did not happen; I'm just saying that I don't recall
23   that event.
24         Q.   So the allegation is that you originally
25   called her on Saturday morning and indicated that you
```

**EXHIBIT B**

1  **had hooked up with the two male student athletes, but**
2  **then on Sunday, you confided that you had actually been**
3  **sexually assaulted by the two men.  Does that -- was**
4  **your apartment possibly on Sunday or --**
5     A.   Yeah, it was like I said, I told -- I told
6  her, after the event, maybe a day after is what I said
7  a few minutes ago, that I knew that it was rape.
8     Q.   Okay. ███████████████████████

███████████████████████████████████
███████████████████████████
███████████████
███████████████████████████████
██████████████ ████ ██████████
████████████████████████████████
████████████████████
███████████████████████████████
████████████████████████████████████
██████████████████████
████████████████████████ ████ █████████████
███████████████████████
████████████████
████████████████████████████████████████ █████
█████████████████████

24     A.   ████  I didn't directly talk to any of the
25  football players about the event.

# EXHIBIT B

1    Q.    ███████████████████████████████████
████████████████████████████████████ ████ ████
████████████████████

4    A.    Sitting here now, no.

5    Q.    **No, you don't know?**

6    A.    I don't know that about that night.

7          MS. FURR: I'll show you what I'll mark

8    as Exhibit 1.

9    (Exhibit No. 1 was marked for identification.)

10   BY MS. FURR:

11   Q.    **Have you seen this before?**

12   A.    Maybe. I think I received -- I don't know if

13   this was -- I don't remember speaking with Miriam

14   Segar.

15   Q.    **This is -- just to make it clear, this is not**

16   **about a discussion that Miriam had with you. This is**

17   **about a discussion that Miriam had with** ████████

18   A.    Oh. No, I have never seen that.

19   Q.    **That's what I'm asking. Have you ever seen**

20   **this email before?**

21   A.    I have not.

22   Q.    **And the** ██████ **it's addressed to is the**

23   ██████ **that we've talking about right?**

24   A.    Yes -- well, it's blocked out, so I don't

25   know. But, yes, I assume.

**EXHIBIT B**

```
 1        Q.   Did you have any problem with anything that
 2   was said in this letter?
 3        A.   Did I have a problem with anything that was
 4   said in this letter?
 5        Q.   Yes.
 6        A.   I don't see a problem with anything in the
 7   letter.
 8        Q.   Okay.
 9              MS. FURR:  I'm going to show you what
10              I'm marking as Exhibit 3.
11       (Exhibit No. 3 was marked for identification.)
12   BY MS. FURR:
13        Q.   Is this an email exchange between you and
14   Ms. Fuentes-Martin?
15        A.   It is.
16        Q.   Did you send the email at the bottom that's
17   dated February 5th, 2016?
18        A.   I did.
19        Q.   And was that your response to Exhibit 2?
20        A.   It was.
21        Q.   You say in the first line, "I apologize for
22   responding this late, but I wanted to think about
23   everything and look at all my options."
24             What options did you look at?
25        A.   I don't recall.  If you want me to be honest,
```

# EXHIBIT B

```
 1   completely transparent, I probably did not look at any
 2   options.  I wanted to make the email sound good.
 3        Q.   Do you know at what point in time -- strike
 4   that.
 5             Do you know whether ▮▮▮▮▮ at first did not
 6   disclose your name and then at some point in time
 7   ultimately did disclose your name?
 8        A.   I'm not sure.
 9        Q.   Okay.  It says in the next sentence, "I have
10   decided I would not like an investigation to be
11   performed."  That's what you wrote?
12        A.   Correct.
13        Q.   And it says, "I have met with Ms. Sierra
14   Fowler, and I know all the resources that are available
15   to me."
16        A.   Correct.
17        Q.   You said you met with Sierra Fowler once?
18        A.   I did.
19        Q.   What did she discuss with you about resources?
20   Do you remember?
21        A.   I remember her discussing about maybe tutoring
22   if I needed it.  That's the only thing that really I
23   remember about the conversation.  If I needed help
24   academically, I believe they offered tutoring.
25        Q.   Did she talk to you about counseling
```

# EXHIBIT B

```
 1    information to shortly afterwards, and I would just
 2    like her name for the purposes of having it on a piece
 3    of paper, because she -- she is one person that knew.
 4    And I just don't have her name, so I just call her the
 5    nurse from the health center, and I just would like to
 6    formally have her name.
 7         Q.   Was she kind to you?
 8         A.   She was kind.
 9         Q.   Did you ever have any problem with anything
10    she did or said?
11         A.   I didn't have a problem with anything she
12    said.
13         Q.   Did she tell you that you had the option to
14    report ████  ██████
15         A.   I told her that the university -- I kind of
16    confided in her.  I told her that the -- the university
17    had reached out to me about an investigation, but I did
18    not want an investigation against him because of who he
19    was and that I didn't want my name to be plastered
20    throughout LSU as the girl who cries rape against
21    ████  ██████   And maybe not in those words I said to
22    her.  And she responded with, "I totally understand.  I
23    don't blame you.  He is like a god around here."  And
24    she kind of -- she didn't believe that things would get
25    done correctly.
```

**EXHIBIT B**

1  Q. She told you, I don't believe things will get
2  done correctly?
3  A. She -- what she specifically told me was I
4  understand. I believe you. He's like a god around
5  here.
6  Q. Is there anything else she said, or just that?
7  A. No. She may have, but I don't recall anything
8  right now.
9  Q. Okay. In looking back at Exhibit 3, was this
10 a reply that you received from Ms. Fuentes-Martin in
11 response to your email?
12 A. Yes, it was.
13 Q. And you can see here that she says in the
14 second line, "I would like you to leave the door open
15 to future discussions with you should the need arise."
16 A. Sure. Yes.
17 Q. Did you ever go back to her?
18 A. I did not.
19 Q. Why not?
20 A. I really didn't feel the need to go back to
21 her at the time.
22 Q. How come?
23 A. I had the -- the event was kind of shoved to
24 the back of my brain, and I shortly after started using
25 drugs and alcohol, and whenever an addict is in

# EXHIBIT B

```
 1   conduct that's abusive.  I'm trying to make sure I have
 2   it all.  Other than what you believe occurred that
 3   night, him calling you a bitch one time when you
 4   were -- or referring to you as a bitch when you were at
 5   a club, in the doorway, you think he even may have put
 6   a smoothie on your car, and in ▓▓▓ ▓▓▓ apartment,
 7   telling you to get you friends to quit harassing him,
 8   is there anything else that he did that you consider to
 9   be abusive to you?
10        A.   Also the gun with my name on it.  I know
11   that's all part of the mental abuse that he endured
12   [sic].
13        Q.   Part of.  I'm trying to find out, is there
14   anything else?
15        A.   No, that's it.
16        Q.   At the time that you -- at the time that LSU
17   was interacting with you to offer resources and ask you
18   to participate in investigations, is there anything you
19   think they did wrong at that point in time?
20        A.   At that point in time, no.
21        Q.   And there isn't any description of events that
22   happened that night that you ever gave to LSU, whether
23   in an email, verbally, a written statement, or anything
24   like that, to assist them in an investigation, correct?
25        A.   No.  I did not want an investigation.  I did
```

**EXHIBIT B**

```
 1   not give them any information.
 2        Q.   And the instances that we just talked about,
 3   the situation in Devin White's apartment where you had
 4   the conversation with ███████ ███████ do you know how
 5   soon after January 2016 that occurred?
 6        A.   I think I said earlier maybe a month -- close
 7   to around a month after.  It wasn't -- it wasn't a
 8   week.  Lit wasn't that soon.  It was probably closer to
 9   a month.
10        Q.   And is that the same for the smoothie
11   incident?
12        A.   The smoothie, I remember specifically it was
13   during finals week, so it was probably the end of the
14   semester.
15        Q.   Spring 2016?
16        A.   Yes, ma'am.
17        Q.   And then seeing him in the nightclub and him
18   telling -- referring to you as a bitch to those two
19   women, when was that?
20        A.   That same year, but I don't recall the exact
21   time.
22        Q.   That same school year, somewhere spring term
23   2016?
24        A.   It may have been the summer of 2016.
25        Q.   Do you know one way or another?
```

**EXHIBIT B**

```
 1    there was a -- now, during my active addiction, I
 2    believe you can -- you can look at it and say she had a
 3    responsibility to get help, but how -- how can you get
 4    help in active addiction?
 5              Could I have used the resources that they
 6    given me?  Was that my responsibility to -- to set that
 7    up for myself?  Sure.  But was I responsible for what
 8    happened to me?  No.  I was not.
 9         Q.   You're talking about are you responsible for
10    what ▮▮▮▮ ▮▮▮▮ did?
11         A.   I was not responsible for what ▮▮▮▮ ▮▮▮▮
12    did, and I was not responsible for any of the actions
13    that the Title IX office did.  I was responsible for my
14    decisions to use or not to use the resources, and
15    that's what I believe I was responsible for.
16              Maybe if I would have used the tutoring
17    resource, I could have kept my grades up a little bit
18    more.  Because they -- as you can see on my transcript,
19    I had pretty good grades at the beginning, and then
20    towards the end, you can see some Ds and some Cs.  And
21    I've never had a B in my life until I got to college.
22              So I don't know if that answers your question.
23         Q.   Do you think LSU bears any responsibility for
24    what you say ▮▮▮▮ ▮▮▮▮ did to you in January of
25    2016?
```

# EXHIBIT B

```
 1                    EXAMINATION
 2   BY MR. CANIZARO:
 3        Q.   Good afternoon.  My name is Craig Canizaro.
 4   I represent Jennie Stewart in this lawsuit.  Just a
 5   couple of questions.
 6             You did not disclose to the Title IX office
 7   that ▉ was the identity of your assaulter.  Is that
 8   right?
 9        A.   I did not directly.  That was disclosed
10   through my friend ▉
11        Q.   Okay.  Do you know -- what evidence do you
12   have that ▉ identified Mr. ▉ as your
13   assaulter as opposed to simply reporting that you were
14   a victim of rape?
15        A.   Because she -- she told me.
16        Q.   She told you specifically that she not only
17   reported that you were raped but also reported that you
18   were raped by ▉ ▉
19        A.   Yes.
20        Q.   Okay.  Did I understand your testimony earlier
21   to be correct, you don't know who Jennie Stewart is?
22        A.   I don't believe so.  I don't recognize that
23   name.
24        Q.   You had no interaction with her?
25        A.   I don't believe so.
```

**EXHIBIT B**

February 1, 2016

Ashlyn Mize
VIA E-MAIL

Ms. Ashlyn Mize:

Ms. Miriam Segar recently sent you an e-mail offering my name and contact information for an incident which you may need help with. My role as Deputy Title IX Coordinator for student cases is to ensure that we address immediate remedies for your safety and well-being. First and foremost, I want to discuss all of the services provided on and off campus to address your medical concerns as well as the availability of counseling. Secondly, we want to provide you with academic support and ensure that you are able to successfully continue with your studies at LSU. Lastly, I would like to discuss your options to investigate this incident which can be done administratively within LSU as a policy violation under Permanent Memorandum 73 (PM-73-Sexual Misconduct) which I have attached. I would like to encourage you to schedule an appointment with me so we can discuss this matter further. Please know that LSU is concerned for all of its student's and wishes to provide support and services through difficult challenges.

I urge you to contact my office at (225) 578-7799 to schedule a date and time that you can meet and discuss further. If you have any questions or just need to get further support and resources, please contact me either by phone or email at mari@lsu.edu.

Sincerely,


Mari Fuentes-Martin
LSU Deputy Title IX Coordinator



**EXHIBIT B**

**From:** "Maria Fuentes-Martin" <mari@lsu.edu>
**To:** "Ashlyn B Mize" <amize4@lsu.edu>
**Subject:** Re: Investigation
**Date:** Mon, 08 Feb 2016 08:26:36 -0600
**Importance:** Normal

---

Dear Ashlyn,
I'm glad that you responded to me and I'm thankful that you took the time to meet with Seirra. We are all here to help you and will respect your decision not to proceed. I would like to leave the door open to future discussions with you should the need arise. I wish you the best in your endeavors.
Respectfully,
Mari

Sent from my iPhone

On Feb 5, 2016, at 11:44 AM, Ashlyn B Mize <amize4@lsu.edu> wrote:

Hello Ms. Maria,

I apologize for responding this late but I wanted to think about everything and look at all of my options. I have decided I would not like an investigation to be performed. I have met with Ms. Seirra Fowler and I know all of the resources that are available to me. I plan to use them if needed. I appreciate yours and LSU's support through this situation.

Thank you for your time,

Ashlyn Mize

amize4@lsu.edu



# EXHIBIT B