```
 1            UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF LOUISIANA
 2
    ABBY OWENS, ET AL.,      )  CIVIL ACTION NO. 21-242
 3                           )
    V.                       )  JUDGE WENDY B. VITTER
 4                           )
    LOUISIANA STATE          )
 5  UNIVERSITY, ET AL.,      )  MAGISTRATE JUDGE JOHNSON

 6
              Greensboro, North Carolina
 7            September 22, 2022

 8

 9       Deposition of CALISE RICHARDSON,

10

11            a witness herein, called for

12  examination by counsel for the

13  Defendants, in the above-entitled

14  action, pursuant to agreement, the

15  witness being duly sworn by Kylie

16  Fleming, Court Reporter and Notary

17  Public in and for the State of North

18  Carolina, taken at 4305 Big Tree Way,

19  Greensboro, North Carolina, beginning at

20  10:05 a.m.

21

22

23
```

 1                    **EXHIBIT C**

```
                                                      Page 90
 1    Q.  Was  ▮▮▮▮  ▮▮▮▮  dating anybody or in a
 2        relationship with anybody at the time of
 3        the attempted rape?
 4    A.  I -- I don't know.
 5    Q.  I'm sure if I refer to it as the
 6        incident that you know what I'm talking
 7        about, that's what I'm referring to, is
 8        when the alleged attempted rape came
 9        about.
10                 So you don't know whether he
11        was in a relationship with anybody you
12        were working with?
13                 MS. TRUSZKOWSKI:  Asked and
14        answered.
15    Q.  You can answer it.
16    A.  Again, I don't -- I don't -- I don't
17        know.
18    Q.  Okay.  Can you tell me about the
19        incident.  What the -- What hap -- What
20        happened that night?
21    A.  We had all gone out as a group.  ▮▮▮▮
22        had recently, either earlier that day,
23        gotten kicked out of his apartment for
```

2                                          **EXHIBIT C**

Page 91

```
 1   paint balling or doing something that
 2   was like vandalism in the apartment
 3   complex.
 4            And so he had asked if he
 5   could crash at my place.  And so after
 6   we had all gone out, we went to Cane's
 7   to eat, and then he crashed at my place.
 8   We went to sleep that night.  Nothing
 9   happened.
10            The next day, we were just
11   hanging out in my room and we started to
12   kind of play fight, which was normal
13   behavior for us.  And then he like very
14   quickly kissed me, and I don't recall
15   necessarily kissing him back.  I -- I
16   know we kissed, but it all just happened
17   so quickly because then he like very
18   quickly pulled my pants down and tried
19   to insert himself, and that's when I
20   said stop or something like that, and he
21   didn't listen.
22            Then I had like yelled it
23   again, and that's when he got extremely
```

3  **EXHIBIT C**

**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

```
 1                 UNITED STATES DISTRICT COURT
 2                 MIDDLE DISTRICT OF LOUISIANA
 3    -------------------------------
 4    ABBY OWENS, et al.,           CIVIL ACTION NO. 21-242
 5         Plaintiffs,
 6    v.
 7    LOUISIANA STATE UNIVERSITY,
      et al.,
 8
           Defendants.
 9    ---------------------------------
10
11                        VOLUME 2
12    **CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**
13                 DEPOSITION VIA ZOOM OF
14                    CALISE RICHARDSON
15          located at the Holiday Inn Express
16                   October 21, 2022
17                      10:20 a.m.
18             Greensboro, North Carolina
19
20
21
22
23
24
25    Reported by:  Audra M. Smith, RPR, FCRR
```

Page 1

**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

1  happened with ▇ and I where I was taken off of
2  different assignments because of what happened with
3  him and I.
4          ▇ had already had different rumor
5  mill accusations about things he's done.  This is
6  after what had happened with Samantha Brennan and
7  nothing happened to him.  So, yeah, I had every
8  reason to believe that he had that power to get me
9  in trouble or get me fired or make my life hell.
10      Q   At this time, this event, what did you
11  know about Samantha Brennan?
12      A   I knew what happened.
13      Q   Pardon me?
14      A   I knew what happened, what she had told
15  me.
16      Q   You had a conversation where you followed
17  Samantha Brennan to the bathroom when she was
18  crying, that was before the night that you had with
19  ▇ ▇ is that accurate?
20      A   Yes.
21      Q   "Yes"?
22      A   Yes.
23      Q   And did she report anything to you other
24  than he took a picture of her?
25      A   That she had sex with him and didn't

Page 23

Court Reporters of Louisiana         225-201-9650
A Veritext Company                   www.veritext.com

5                    **EXHIBIT C**