Case 3:21-cv-00242-WBV-SDJ    Document 470-8    10/13/23   Page 1 of 5
Case 3:21-cv-00242-WBV-SDJ    Document 367-8 *SEALED* 07/10/23    Page 1 of 5
JENNIE STEWART                      11/09/2022
Page 1

UNITED STAES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


ABBY OWENS, ET AL.
                        CASE NO.: 3:21-cv-00242
                        DIVISION WBV-SDJ
VERSUS                  JUDGE WENDY B. VITTER
                        MAG. JUDGE JOHNSON
                        JURY DEMANDED

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL

    * * * * * * * * * * * * * * * * * * * * * *


DAY 1 OF THE DEPOSITION OF

JENNIE STEWART


TAKEN AT PHELPS DUNBAR, 400 CONVENTION

STREET, BATON ROUGE, LOUISIANA 70801, ON

NOVEMBER 9, 2022, BEGINNING AT 9:03 A.M.



REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER
    CERTIFICATE NUMBER 29011

EXHIBIT E

Case 3:21-cv-00242-WBV-SDJ    Document 470-8    10/13/23    Page 2 of 5
Case 3:21-cv-00242-WBV-SDJ    Document 367-8    SEALED    10/13/23    Page 2 of 5

JENNIE STEWART

11/09/2022

Page 38

```
 1        that was not equity in athletics.  That
 2        specific piece was carved out in the
 3        policy for the senior woman's
 4        administrator in athletics.  So, anything
 5        else that arose -- pregnancy and
 6        recovery, anything about sexual
 7        misconduct, responsible employees, the
 8        office of wellness and health promotion -
 9        - specifically the Lighthouse Program --
10        they also did a great deal of training,
11        too but that was only specific to
12        students at the A&M campus so anything
13        outside of relationships that was fully
14        on a training, education, outreach -- any
15        requests by deans, department chairs,
16        student  organizations, classrooms, that
17        was me and Jeff.
18   Q    And by Jeff you mean Jeff Scott?
19   A    I'm sorry, yes.  Jeff Scott when he
20        became our investigator in 2018.  Yes.
21   Q    When you began in the role in February
22        2016, what did the Title IX training
23        calendar look like, if there was one at
24        that point?
25   A    There was not a specific training
```

**EXHIBIT E**

```
 1         calendar.
 2   Q    So, at that point -- and again, correct
 3         me if I'm wrong -- there was no schedule
 4         for training folks on-campus either
 5         annually or on a regular basis; is that
 6         correct?
 7   A    There was the annual Moodle training that
 8         was for employees and that had to be
 9         conducted in the calendar year but as far
10         as additional training beyond that --
11         requests, targeted needs -- there was not
12         a specific calendar.
13   Q    Anything for students?
14   A    Students who were twenty-three and under
15         and undergraduate students were required
16         to complete the My Student Body module
17         from the enrollment time to the end of --
18         before they went to enroll in the second
19         semester, students had to complete that
20         Moodle module.  It was not exclusively
21         related to sex-based discrimination but
22         it did include elements of interpersonal
23         violence, sexual harassment, et cetera
24         that were included in that module.
25   Q    In the My Student Body module was there
```

Case 3:21-cv-00242-WBV-SDJ    Document 470-8    10/13/23    Page 4 of 5
Case 3:21-cv-00242-WBV-SDJ    Document 367-3    JESSE STEWART    Page 4 of 5    11/09/2022
Page 40

```
 1         any information for students about what

 2         the PM 73 definitions were of what was

 3         prohibited?

 4    A    No.  The Moodle module was a stock module

 5         created, I believe it was by Hazelton,

 6         because the primary focus was on recovery

 7         so it was not an alterable product.

 8    Q    Correct me if I'm wrong here, my

 9         understanding was Moodle was for

10         employees and My Student Body was for

11         students; is that correct?

12    A    Moodle is the learning management system

13         for the academic side.  So, it's like the

14         same as Zoom.  It is a product.  But My

15         Student Body was used in Moodle as one of

16         the modules.  It was accessed through the

17         Moodle system.

18    Q    I see.  Who created that module then?

19    A    It was produced by Hazelton.  It was

20         procured throughout student health

21         center, Wellness and Health Promotion,

22         and it was monitored for completion also

23         by Wellness and Health Promotion.

24    Q    If I'm a student in let's say June of

25         2016 at LSU, how do I learn about Title
```

**EXHIBIT E**

Case 3:21-cv-00242-WBV-SDJ   Document 470-8   10/13/23   Page 5 of 5
Case 3:21-cv-00242-WBV-SDJ   Document 367-9   08/04/23   Page 5 of 5

JENAE STEWART   11/09/2022
Page 41

```
 1        IX?
 2   A    In 2016, in the First Year Experience
 3        classes that undergrads were able to
 4        take, a discussion in those classrooms --
 5        policies, procedures, et cetera -- that
 6        was included.  It was included in the
 7        Residential Life handbook for individual
 8        students living on campus.  It was
 9        included also in orientation
10        presentations of which the office of the
11        dean of students, in looking at conduct
12        on campus, they also included that in the
13        presentation presented at international
14        student orientation, graduate student
15        orientation, resident advisors and res
16        life staff presented at their floor
17        meetings.
18   Q    So, which if any of these presentations
19        were you personally responsible for?
20   A    Personally responsible, I did graduate
21        student orientation, international
22        student orientation, the SAA office
23        covered orientation for undergraduate
24        students, residential life covered the
25        piece for res life students.  Have I
```