Case 3:21-cv-00242-WBV-SDJ   Document 470-9   10/13/23   Page 1 of 20
Case 3:21-cv-00242-WBV-SDJ   Document 367-9 *SEALED* 07/10/23   Page 1 of 20
Confidential                BOARD SUPERVISORS                  04/11/2023
                                                                  Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL
                        CASE NO.: 3:21-CV-00242
                        DIVISION WBV-SDJ
VERSUS                 JUDGE WENDY B. VITTER
                        MAG. JUDGE JOHNSON

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL

   * * * * * * * * * * * * * * * * * * * * * *

C O N F I D E N T I A L

30(b)(6) DEPOSITION OF

BOARD OF SUPERVISORS OF LOUISIANA STATE

UNIVERSITY AND AGRECULTURAL AND MECHANICAL

COLLEGE ("BOARD") through

JOSH JONES, WENDY NALL, DR. JANE CASSIDY,

JENNIFER NORMAND, JEFF DEVEER

TAKEN AT PHELPS DUNBAR, 400 CONVENTION

STREET, BATON ROUGE, LOUISIANA, ON APRIL 11,

2023, BEGINNING AT 9:22 A.M.

REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER

*Certified Copy*

**EXHIBIT F**

Case 3:21-cv-00242-WBV-SDJ   Document 470-9   10/13/23   Page 2 of 20
Case 3:21-cv-00242-WBV-SDJ   Document 367-9 *SEALED* 07/10/23   Page 2 of 20

Confidential                BOARD SUPERVISORS                 04/11/2023
                                                                Page 29

```
 1  BY MS. ABDNOUR:
 2  Q   Why is it concerning if it's true?
 3  A   Because sexual harassment is always
 4      concerning.
 5  Q   Do you think that there's anything that
 6      the institution should do if the
 7      allegations are true?
 8              MS. GREEN:
 9                  Object to the form of the
10              question.
11  A   I don't have enough information yet to
12      make a decision on that.
13  BY MS. ABDNOUR:
14  Q   Okay, we're going to jump into the topics
15      now and again, if there's anything that
16      you aren't sure about or you don't know,
17      please just let me know.  You probably
18      know we've been on a really tight
19      timeline with this so I'm going to try to
20      stick to the things that I think I'm
21      supposed to ask you but if I don't,
22      anyone please let me know.  So, you
23      mentioned that you had reviewed the
24      relevant policies and procedures that
25      were in place at LSU during the time
```

**EXHIBIT F**

Case 3:21-cv-00242-WBV-SDJ   Document 470-9   10/13/23   Page 3 of 20
Case 3:21-cv-00242-WBV-SDJ   Document 367-9 *SEALED* 07/10/23   Page 3 of 20

Confidential                  BOARD SUPERVISORS                04/11/2023

Page 30

```
 1      period that was referenced after I
 2      discussed with Phelps Dunbar attorneys,
 3      which was 2013 to 2021.  Can you tell me,
 4      from your perspective, did you feel that
 5      those policies were sufficient under your
 6      understanding of what the Title IX
 7      regulations and obligations were?
 8                MS. GREEN:
 9                     Object to the form of the
10                question.
11  A   Yes, I mean you had kind of a series of
12      policies.  So, prior to 2014, the
13      policies in place, well there's two
14      separate policies.  You have a student
15      code of conduct and then you had employee
16      policies including PS 1.  Starting in
17      2014, that was I believe the first year
18      that you had PM 73, which was a permanent
19      memorandum over all institutions and so
20      looking at the obligations as set forth
21      by -- at that time it would have been
22      both the Dear Colleague letter of -- and
23      there was previous guidance.  I know
24      there was previous guidance in 2001 but
25      yes, I think it met the obligations as
```

# EXHIBIT F

Case 3:21-cv-00242-WBV-SDJ   Document 470-9   10/13/23  Page 4 of 20
Case 3:21-cv-00242-WBV-SDJ   Document 367-9 *SEALED* 07/10/23  Page 4 of 20
Confidential                 BOARD SUPERVISORS                    04/11/2023
Page 31

```
 1    set forth in both the 2011 Dear Colleague
 2    letter and the 2014 question and answer.
 3    I mean the three main obligations under
 4    those policies was that you have a notice
 5    of non-discrimination to disseminate,
 6    right, that you have a grievance
 7    procedure and process and all of that
 8    happened.  A Title IX coordinator was
 9    designated during that period so yes, it
10    met those obligations and I also think
11    while those letters, especially the 2011
12    Dear Colleague letter, didn't go into
13    great detail about the exact nature of
14    what your grievance policy or procedure
15    had to be.  There was a lot of kind of
16    leeway.  There was a grievance procedure
17    that afforded what the Dear Colleague
18    letter required.
19 BY MS. ABDNOUR:
20 Q  And based on your review of the
21    documents, do you think there was a
22    sufficient process in place for training
23    of staff and faculty to understand their
24    obligations?
25              MS. GREEN:
```

Case 3:21-cv-00242-WBV-SDJ  Document 470-9  10/13/23  Page 5 of 20
Case 3:21-cv-00242-WBV-SDJ  Document 367-9 *SEALED* 07/10/23  Page 5 of 20
Confidential          BOARD SUPERVISORS                04/11/2023
Page 32

1           Object to the form of the
2           question.
3  A   From what I understand, yes there was.
4      That was overseen by HR so they know the
5      ins and outs of it but yes, there was a
6      training for responsible employees.
7  BY MS. ABDNOUR:
8  **Q   Can you describe how the communications**
9  **    occurred between the Title IX office and**
10 **    HR to ensure that those obligations were**
11 **    met?**
12 A   So generally, the Title IX office is kind
13     of the subject matter expert.  So, the
14     Title IX office needs to make sure that
15     the content of the training is what needs
16     to be in there, whereas HR is the kind
17     of, I guess, operationalization of that
18     training.  So, they're the ones that load
19     it into whether it be Moodle or another
20     platform.  They push it out to employees,
21     they send reminders to employees, they
22     put reminders in different news and notes
23     and different kinds of newsletters,
24     things that go out to all staff. So, they
25     operationalize it.  Title IX needs to

# EXHIBIT F

Case 3:21-cv-00242-WBV-SDJ   Document 470-9   10/13/23  Page 6 of 20
Case 3:21-cv-00242-WBV-SDJ   Document 367-9 *SEALED* 07/10/23  Page 6 of 20

Confidential                BOARD SUPERVISORS                04/11/2023

Page 33

```
 1      make sure that the training has what
 2      needs to be in it.
 3   Q  What procedures did Title IX go through
 4      during that period to ensure that the
 5      trainings had what they needed?
 6   A  I know that each training was reviewed by
 7      the Title IX coordinator at the time.
 8   Q  Who prepared the training?
 9   A  I don't know exactly who prepared the
10      training.  My understanding is it was
11      probably a group of people, including the
12      Title IX coordinator but I can't give you
13      specific names.
14   Q  Do you know what offices or what
15      departments those folks came from?
16   A  At a very minimum, HRM -- human resource
17      management -- and Title IX.
18   Q  How did that preparation occur?  Were
19      those in person meetings, phone calls,
20      emails; what did that process look like?
21   A  That I don't know.
22   Q  How often did that process occur, that
23      they reviewed or updated the training?
24   A  That I don't know.
25   Q  How often were Title IX and HR in
```

# EXHIBIT F

Case 3:21-cv-00242-WBV-SDJ    Document 470-9    10/13/23   Page 7 of 20
Case 3:21-cv-00242-WBV-SDJ    Document 367-9 *SEALED* 07/10/23   Page 7 of 20

Confidential                BOARD SUPERVISORS                     04/11/2023
Page 36

```
 1  A    The Board of Regents training?
 2  Q    Yeah.  Is that what I just asked you or
 3        no?
 4  A    No.  So, that was prepared by -- I don't
 5        know the group.  There's a group of folks
 6        that oversee health, safety and wellness
 7        with the Board of Regents so I believe
 8        that's led by Doctor Allison Smith.  She
 9        would have had consultation with it but
10        it was prepared by -- I think they
11        changed names -- I think it's Parker Poe
12        now, so an attorney -- Nina Gupta -- and
13        some of her staff with Parker Poe
14        prepared the forty-five minute Board of
15        Regents section.
16  Q    Let me get back to a couple of more
17        questions I wanted to ask before we get
18        off the topic of the past trainings.  How
19        often were those trainings being given,
20        the ones that you were mentioning that
21        were prepared by the committee that
22        included the Title IX coordinator and HR?
23  A    You're specifically speaking to the
24        training for employees?
25  Q    Right, training for employees, yes.
```

# EXHIBIT F

Case 3:21-cv-00242-WBV-SDJ   Document 470-9   10/13/23   Page 8 of 20
Case 3:21-cv-00242-WBV-SDJ   Document 367-9 *SEALED* 07/10/23   Page 8 of 20
Confidential                BOARD SUPERVISORS                04/11/2023
Page 37

```
 1   A    Sure.  So, that was done annually.  So,
 2        it was on a calendar year cycle.  The
 3        training would generally open January 1st
 4        and then it would close December 31st.
 5   Q    How was that training provided; what was
 6        the format?
 7   A    It's called Moodle.
 8   Q    Is that electronically, then?
 9   A    Correct.
10   Q    Was it a video, was it slides, was it a
11        combination?
12   A    I believe it was a voice-over slide deck
13        situation.
14   Q    How did the Title IX office ensure that
15        all of the staff and employees completed
16        that training every year?
17   A    That was the responsibility of HRM, so
18        they would have to answer that.
19   Q    If I'm understanding right, there was no
20        oversight of the Title IX office to
21        ensure that that occurred?
22              MS. GREEN:
23                   Object to the form of the
24              question.
25   A    I can't say whether or not conversations
```

# EXHIBIT F

Case 3:21-cv-00242-WBV-SDJ   Document 470-9   10/13/23   Page 9 of 20
Case 3:21-cv-00242-WBV-SDJ   Document 367-9 *SEALED* 07/10/23   Page 9 of 20
Confidential                    BOARD SUPERVISORS                04/11/2023

Page 40

```
 1   A    I can't speak to that.  I don't know.
 2   Q    Were any of those trainings ever updated
 3        to address any systemic concerns about
 4        employee reporting?
 5             MS. GREEN:
 6                  Object to the form of the
 7             question.
 8   A    In regards to the annual training?
 9   BY MS. ABDNOUR:
10   Q    Correct.
11   A    No.
12   Q    Are you aware of it occurring related to
13        any of the unit or departmental trainings
14        that you described?
15   A    No.  If somebody was found to not be
16        engaging in their mandatory reporting,
17        that was a separate disciplinary process.
18   Q    My question is related to any sort of
19        more systemic issues of not reporting
20        within a department or unit?
21   A    Not that I'm aware of.  I mean I know
22        that there were some units that had
23        additional -- they went above and beyond
24        that annual training -- so, for example,
25        LSU Athletics -- I believe his name is
```

# EXHIBIT F

Case 3:21-cv-00242-WBV-SDJ   Document 470-9   10/13/23   Page 10 of 20
Case 3:21-cv-00242-WBV-SDJ   Document 367-9 *SEALED* 07/10/23   Page 10 of 20
Confidential                BOARD SUPERVISORS                   04/11/2023
Page 41

|    |   |                                                           |
|----|---|-----------------------------------------------------------|
| 1  |   | Dan Beebe, it's something close to that.                  |
| 2  |   | They had additional trainings and they                    |
| 3  |   | actually, I believe, had to sign forms.                   |
| 4  |   | Those forms were collected by LSU so I                    |
| 5  |   | can't speak to the exact specifics of                     |
| 6  |   | those trainings but again, there were                     |
| 7  |   | some units that did additional trainings                  |
| 8  |   | beyond that mandatory annual training and                 |
| 9  |   | then there's also -- the state has a                      |
| 10 |   | mandatory civil service training.  So,                    |
| 11 |   | civil service employees have to do a                      |
| 12 |   | sexual harassment training through the                    |
| 13 |   | state as well.                                            |
| 14 | Q | **With respect to that civil service**                    |
| 15 |   | **training, who at LSU would have to do**                 |
| 16 |   | **that training?**                                        |
| 17 | A | Anyone who's been designated as a civil                   |
| 18 |   | service employee.                                         |
| 19 | Q | **Can you give me some examples of who that**             |
| 20 |   | **would be?**                                             |
| 21 | A | I believe it would be folks --                            |
| 22 |   | custodians, certain facilities workers --                 |
| 23 |   | I imagine like landscapers, those types                   |
| 24 |   | of positions.                                             |
| 25 | Q | **You mentioned that there were some other**              |

# EXHIBIT F

Case 3:21-cv-00242-WBV-SDJ    Document 470-9    10/13/23  Page 11 of 20
Case 3:21-cv-00242-WBV-SDJ    Document 367-9 *SEALED* 07/10/23  Page 11 of 20
Confidential                     BOARD SUPERVISORS                    04/11/2023
Page 42

|    |   |                                                              |
|----|---|--------------------------------------------------------------|
| 1  |   | units in addition to athletics that had                      |
| 2  |   | done some sort of above and beyond                           |
| 3  |   | trainings.  What other units during that                     |
| 4  |   | period did those?                                            |
| 5  | A | I know that Greek Life had an annual                         |
| 6  |   | training for new members.  So, it was                        |
| 7  |   | done -- there was one big training that I                    |
| 8  |   | believe every fraternity and sorority had                    |
| 9  |   | to send at least seventy percent of their                    |
| 10 |   | chapter to that training to get credit                       |
| 11 |   | for.  And then both the Title IX office                      |
| 12 |   | and the Lighthouse would do                                  |
| 13 |   | individualized trainings for fraternities                    |
| 14 |   | and sororities.  Those were less                             |
| 15 |   | employee-based.  Those were going to be                      |
| 16 |   | things around healthy relationships,                         |
| 17 |   | consent and those types of topics.                           |
| 18 | Q | **What else besides Greek Life?**                            |
| 19 | A | Greek Life and then student organizations                    |
| 20 |   | often do more training.  Those are                           |
| 21 |   | probably the bigger areas and then I know                    |
| 22 |   | housing, Residence Life, does specialized                    |
| 23 |   | trainings for their staff, including                         |
| 24 |   | their RAs.  So, they do -- I mean their                      |
| 25 |   | summer is spent -- I don't know the ins                      |

# EXHIBIT F

Case 3:21-cv-00242-WBV-SDJ   Document 470-9   10/13/23   Page 12 of 20
Case 3:21-cv-00242-WBV-SDJ   Document 367-9 *SEALED* 07/10/23   Page 12 of 20
Confidential                  BOARD SUPERVISORS                  04/11/2023
Page 43

```
 1        and outs of all their training but they
 2        spend a lot of time over the summer
 3        training and there's usually a component
 4        of reporting so that their staff knows
 5        what to do when students report to them
 6        or share their experience.
 7   Q    Let's go back to the trainings that were
 8        done in athletics, the Dan Beebe
 9        trainings.  We asked Jennie Stewart some
10        questions about this but I want to ask as
11        a more overall question for the board,
12        which is -- what processes or procedures,
13        if any, were in place to ensure that
14        those trainings were compliant with what
15        LSU's Title IX policy was?
16   A    I can't speak to that.
17   Q    With respect to the other trainings that
18        you described -- Greek Life, student
19        organizations, housing, ResLife, et
20        cetera -- what processes were in place to
21        ensure that those trainings provided
22        accurate information about LSU's Title IX
23        policies?
24   A    Sure.  Well, many of those were developed
25        by the Title IX office and so those were
```

**EXHIBIT F**

Confidential
BOARD SUPERVISORS
04/11/2023
Page 51

```
 1    different folks -- so, Maxient provides
 2    certain training videos through the
 3    Maxient site.  So, for example, ResLife
 4    may do different trainings than the Title
 5    IX office did, versus student
 6    accountability and advocacy but Maxient
 7    provides both in-person trainings, online
 8    trainings, Maxient has a whole help
 9    system where you can watch series of
10    videos.  So, that's all the training that
11    would have been available to folks but it
12    probably changed from person to person or
13    differed.
14 Q  Were Maxient and EthicsPoint available to
15    any employee to use for reporting or only
16    certain categories of employees?
17 A  Anybody can -- in fact, you could be a
18    non-employee and report through those.
19    It doesn't even require you to be an
20    employee so any individual can report
21    through those forms.
22 Q  How would someone be aware of the fact
23    that they could report using those
24    systems?
25 A  If they'd gone to either -- again,
```

# EXHIBIT F

Case 3:21-cv-00242-WBV-SDJ  Document 470-9  10/13/23  Page 14 of 20
Case 3:21-cv-00242-WBV-SDJ  Document 367-9 *SEALED* 07/10/23  Page 14 of 20

Confidential                    BOARD SUPERVISORS                    04/11/2023
                                                                      Page 52

```
 1   there's going to be kind of a series of
 2   changes throughout this time period but
 3   initially there would've been information
 4   on both the HRM site and the student
 5   accountability and advocacy site, so
 6   specifically like on the HRM site -- once
 7   you got to the Title IX page, it would
 8   say report an incident and then I believe
 9   it said if you're a student, report here.
10   If you're an employee, report here.  And
11   so, that would just bring you.  You
12   didn't have to know a link to get into.
13   You would just hit those buttons and
14   bring it right in.  On the SAA website, I
15   believe it just had one report-an-
16   incident button.  Again, it had a series
17   because you could report about academic
18   misconduct or just fighting, drugs,
19   hazing -- all of that -- but it only had
20   the link, I believe, for the student
21   reporting forms since they only oversee
22   students and then once you had a
23   dedicated Title IX website, you now had
24   those buttons in three different websites
25   where you could get into those reporting
```

# EXHIBIT F

Case 3:21-cv-00242-WBV-SDJ   Document 470-9   10/13/23   Page 15 of 20
Case 3:21-cv-00242-WBV-SDJ   Document 367-9 *SEALED* 07/10/23   Page 15 of 20
Confidential                    BOARD SUPERVISORS                   04/11/2023
Page 53

```
 1      forms.
 2  Q   For the time period in question, tell me
 3      how the information -- just with respect
 4      to the Baton Rouge campus -- how the
 5      information about how to contact the
 6      Title IX coordinator for the campus was
 7      published and disseminated?
 8  A   Sure.  It was on several websites,
 9      including the student accountability,
10      dean of students website, HRM website,
11      once there was a dedicated Title IX
12      website, all that information was on that
13      website.  It was also posted in the PM 73
14      policy, I believe -- and PM 73 and PM 95
15      have since been rescinded because PM 73
16      kind of supersedes them but that
17      information would have been in those two
18      policies.  You also had -- so, the
19      student health center published what --
20      I'm trying to remember -- we call it the
21      wheel.  I think it has a different name
22      to it but what it is is it's a kind of
23      poster that has a wheel of resources for
24      reporting.  So, it has information about
25      Lighthouse, the Title IX coordinator,
```

**EXHIBIT F**

Confidential                      BOARD SUPERVISORS                           04/11/2023

Page 54

```
 1        HRM, it has information about local
 2        resources on that, so that's been
 3        published for, I think, just about a
 4        decade now and every year it's updated so
 5        we have a new version this year.  I can't
 6        speak to exactly where that would have
 7        been on-campus but they usually publish
 8        at least a hundred copies and then they
 9        disseminate it to folks to post around
10        campus.  Now, you're seeing more and more
11        posting of that resource online.  So,
12        those were some of the ways that that
13        information was disseminated.
14   Q    Are you aware of how that changed during
15        that time period?  I know you had
16        mentioned there were some changes, there
17        was more dissemination in different ways.
18        Do you know the timeline of progression
19        of those changes?
20   A    I don't.  I can talk to what some of the
21        changes were without -- I don't know the
22        specific timeline -- but right, as you
23        had more websites, so, specifically you
24        had a dedicated Title IX website come
25        into existence.  You then had in 2021, I
```

# EXHIBIT F

Case 3:21-cv-00242-WBV-SDJ   Document 470-9   10/13/23   Page 17 of 20
Case 3:21-cv-00242-WBV-SDJ   Document 367-9 *SEALED* 07/10/23   Page 17 of 20
Confidential                BOARD SUPERVISORS                    04/12/2023
                                                                  Page 191

**Certified Copy**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.
                          CASE NO.: 3:21-CV-00242
                          DIVISION WBV-SDJ
VERSUS                JUDGE WENDY B. VITTER
                          MAG. JUDGE JOHNSON

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

C O N F I D E N T I A L

DAY 2 OF THE 30(b)(6) DEPOSITION OF

BOARD OF SUPERVISORS OF LOUISIANA STATE

UNIVERSITY AND AGRICULTURAL AND MECHANICAL

COLLEGE ("BOARD") through

MIRIAM SEGAR AND MATTHEW JAKOUBEK

TAKEN AT PHELPS DUNBAR, 400 CONVENTION

STREET, BATON ROUGE, LOUISIANA 70802, ON

APRIL 12, 2023, BEGINNING AT 9:00 A.M.

REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER
    CERTIFICATE NUMBER 29011

**EXHIBIT F**

Case 3:21-cv-00242-WBV-SDJ   Document 470-9   10/13/23   Page 18 of 20
Case 3:21-cv-00242-WBV-SDJ   Document 367-9 *SEALED* 07/10/23   Page 18 of 20

Confidential                BOARD SUPERVISORS                 04/12/2023
Page 259

```
 1  Q   In the prior years, were you also one of
 2      the avenues for reporting?
 3  A   Yes.
 4  Q   In these presentations, yes.  Okay.  And
 5      sitting here today do you recall that the
 6      presentations that you reviewed in
 7      preparation for your deposition today had
 8      language different than what we're
 9      looking at in this slide right now?
10  A   I don't recall the specific language in a
11      particular slide.
12  Q   Are you familiar with permanent
13      memorandum 73?
14  A   Yes.
15  Q   Was that provided to athletics staff
16      members?
17  A   I think there was a link provided, maybe
18      in an email and I think it was referenced
19      on the resource sheet but I don't think
20      it was ever handed out.
21  Q   Was there ever any requirement that
22      athletics staff members certify they had
23      read PM 73?
24  A   The training for athletics staff was the
25      same as the university training and I
```

# EXHIBIT F

Case 3:21-cv-00242-WBV-SDJ    Document 470-9    10/13/23    Page 19 of 20
Case 3:21-cv-00242-WBV-SDJ    Document 367-9 *SEALED* 07/10/23    Page 19 of 20

Confidential                    BOARD SUPERVISORS                    04/12/2023
Page 260

```
 1        believe in the university training they
 2        taught about PM 73 and they asked -- it's
 3        an interactive module and it asks you
 4        questions about it and it asks you
 5        scenarios and different things and it
 6        talks about reporting, so our staff would
 7        participate in that.  But I don't recall
 8        anything specific from athletics.
 9   Q    And what about for students certifying
10        that they had reviewed PM 73?
11   A    I don't recall specifically with students
12        other than those who had been -- if they
13        had had a Title IX report or an
14        investigation, something happened on
15        campus when the email was sent from
16        campus with resources of Lighthouse and
17        police and SANE and all the things that
18        come along with that, I believe PM 73 was
19        part of that -- the overarching policy
20        was discussed with students.  I know LSU
21        has what they call My Student Body, it's
22        run through the student health center,
23        and I believe that training has
24        information on reporting in PM 73 but I
25        don't take that as a student so I can't
```

Case 3:21-cv-00242-WBV-SDJ   Document 470-9   10/13/23   Page 20 of 20
Case 3:21-cv-00242-WBV-SDJ   Document 367-9 *SEALED* 07/10/23   Page 20 of 20

Confidential  BOARD SUPERVISORS  04/12/2023

Page 261

```
 1        testify to that but I believe there is
 2        training that students, all LSU students
 3        have to do.
 4   Q    But it's nothing you tracked in your role
 5        as tracking the training for students and
 6        student workers and student athletes in
 7        athletics; correct?
 8   A    It wasn't athletics-specific, so no.
 9   Q    Do you keep or does the athletic
10        department keep a library of the
11        presentations given by Beebe Group and
12        PFA?
13   A    I don't know what you mean by a library.
14   Q    Or a file, a folder on your computer.  Do
15        they keep a record of each of the
16        presentations?
17   A    The presentations were obtained, I think,
18        after the lawsuit because they were
19        requested but they weren't LSU's.  They
20        weren't presented by us so I didn't have
21        a file of them.  I think now we have them
22        because we were asked to provide them.
23   Q    I think it would be easier -- we're going
24        to skip to topic 70 and then we'll circle
25        back because it kind of goes with where
```

# EXHIBIT F