```
1              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF LOUISIANA
2
    ABBY OWENS, ET AL.,      )  CIVIL ACTION NO. 21-242
3                            )
    V.                       )  JUDGE WENDY B. VITTER
4                            )
    LOUISIANA STATE          )
5   UNIVERSITY, ET AL.,      )  MAGISTRATE JUDGE JOHNSON

6
               Greensboro, North Carolina
7              September 22, 2022

8

9        Deposition of CALISE RICHARDSON,

10

11            a witness herein, called for

12   examination by counsel for the

13   Defendants, in the above-entitled

14   action, pursuant to agreement, the

15   witness being duly sworn by Kylie

16   Fleming, Court Reporter and Notary

17   Public in and for the State of North

18   Carolina, taken at 4305 Big Tree Way,

19   Greensboro, North Carolina, beginning at

20   10:05 a.m.

21

22

23
```

# EXHIBIT A

Page 20

1      after a certain period of time, so I

2      haven't had access in years.

3  Q. Did you retrieve emails that you had

4      before your access got lost -- or turned

5      off?

6  A. No, because that was back in 2018, 2019.

7  Q. Do you have saved emails from when you

8      were at LSU?

9  A. No.  I know I have a screen shot of an

10      email that I have given to my lawyers.

11  Q. What -- What is that email about?

12  A. It's between Jason and I, and it was

13      about a work opportunity that randomly

14      fell through without kind of reason.

15  Q. Jason who?

16  A. I can't remember his last name.  He

17      works -- or worked -- I don't know where

18      he is now -- but in the academic side of

19      football.

20  Q. Any other emails that you saved from

21      when you are at LSU?

22  A. I do not recall any more.

23  Q. What about, do you have -- did you have

**EXHIBIT A**

Page 21

```
 1        a private email account while you were

 2        at LSU, also?

 3   A. I had like my spam kind of emails, but

 4        nothing I used to communicate with

 5        others about this.

 6   Q. Did you use it to communicate with

 7        anybody about other topics, any --

 8        anybody at LSU, any of the people that

 9        we've named, either in LSU

10        administration or the persons who are

11        accused?

12   A. No.

13   Q. Who do you still communicate with who

14        went to LSU with you?

15   A. Are you asking me to -- in regards to

16        this case or like all the friends I have

17        from LSU?

18   Q. Okay.  Let's narrow it down, if you

19        communicate with a lot.  Are you saying

20        you communicate with a lot of people

21        still from LSU, friends?

22   A. Yes.  Yes.

23   Q. Is there anybody you worked with at LSU
```

# EXHIBIT A

Page 24

1       question her about those.

2                MS. TRUSZKOWSKI:  Yes.  We

3       discussed that.  You can leave it open,

4       and we -- if we need to reconvene

5       through video, we can -- or through

6       Zoom, we can certainly do that.  Yes.

7       BY MS. FURR:

8   Q. Do you have any audio recordings of any

9       conversations with anyone at LSU?

10  A. No.

11  Q. Okay.  Can you just give us your -- I

12      mean, I know -- I'm going to ask you

13      about your educational background.

14      Obviously you went to LSU, I know that,

15      but I'm just seeking really dates of

16      your education and degrees obtained, if

17      you could give me that?

18  A. You -- Do you want to know like high

19      school, or just colleges?

20  Q. No.  Yeah, when'd you graduate from high

21      school?

22  A. High school, graduated 2014.  Started

23      college the fall of 2014 at LSU.

**EXHIBIT A**

Page 25

1      Graduated December 2018 from LSU.

2      Started my master's -- oh, my degree at

3      LSU was psychology and sports studies.

4      And then started my master's fall 2019

5      in counseling psychology with a

6      concentration on diversity and equity

7      and multicultural counseling.  Graduated

8      with that June 2021.

9               Started my PhD program at UNCG

10     fall of 2021.  I'm currently in it with

11     the graduation day of May -- hold on --

12     May 2024, and that's a PhD in counselor

13     education with, I guess, concentration

14     in applied sports psychology.

15  Q. Okay.  So let's back that up a little

16     bit in case I missed some of that.  That

17     went quick for me.

18               Graduated from LSU December

19     2018.  Then what did you do between your

20     graduation in December '18 and the fall

21     when you went to -- did you say UNC --

22     I'm sorry, not UNC -- University of

23     Colorado?

# EXHIBIT A

Page 86

1  A. I don't recall.

2  Q. And then your junior year, is that the

3     one with ███████ ██████ --

4  A. Yes.

5  Q. -- situation with ███████ ███████

6              Did you ever report the

7     situation your freshman year to anybody

8     between, I guess, this lawsuit and prior

9     to that?

10 A. I don't recall.

11 Q. What about the -- the rape your second

12    year, did you ever report that to

13    anybody between the time of the lawsuit

14    and what had happened?

15 A. I mean, I told certain friends about

16    those things, but, no, I've never like

17    reported it to anyone.

18 Q. When did you first meet ███████ ██████

19 A. I -- I don't recall.

20 Q. Do you recall where you were?

21 A. I think my first interaction was

22    something with a football event while he

23    was a recruit.

**EXHIBIT A**

Page 87

```
 1   Q. Was it just to meet him and speak to him

 2      friendly, or was there anything more to

 3      that interaction?

 4   A. No.  I don't even know if I said

 5      anything other than hello and welcome.

 6   Q. Did you become friends with him at some

 7      point in time?

 8   A. Yes.  The -- Yeah.  Yes.

 9   Q. How did that come about?  Was that when

10      he came to LSU?

11   A. No.  It was the fall of my junior year.

12   Q. Okay.  What was it that brought the two

13      of you into a friendship?

14   A. We had a mutual friend.

15   Q. Who was that?

16   A. ██████  ██████

17   Q. And you said this was fall of your

18      junior year?

19   A. Yes.

20   Q. Okay.  Was ██████  ██████  a football

21      player?

22   A. No.

23   Q. Okay.  So you had a mutual friend.  What
```

**EXHIBIT A**

Page 89

1  Q. Had he ever indicated before that that

2     he wanted more of a relationship with

3     you than just a -- a nonsexual

4     friendship?

5  A. Indicated in what way, are you asking?

6  Q. Any way.

7  A. I don't recall specifics, no.

8  Q. Where did -- Where was █████████

9     apartment?

10 A. During when?

11 Q. At the time you said you would hang out

12    at his apartment, where was that

13    apartment?

14 A. It was in the same apartment complex

15    that I lived in, The Standard or U House

16    or whatever it was called.

17 Q. Did ██████ ██████ also live in that

18    apartment complex?

19 A. Yes.

20 Q. Were they roommates, or no?

21 A. No.

22 Q. Did ███████ ██████ have a roommate there?

23 A. Yes, but I don't recall who.

**EXHIBIT A**

Page 90

1   Q. Was ███████  ██████ dating anybody or in a

2      relationship with anybody at the time of

3      the attempted rape?

4   A. I -- I don't know.

5   Q. I'm sure if I refer to it as the

6      incident that you know what I'm talking

7      about, that's what I'm referring to, is

8      when the alleged attempted rape came

9      about.

10            So you don't know whether he

11      was in a relationship with anybody you

12      were working with?

13            MS. TRUSZKOWSKI:  Asked and

14      answered.

15   Q. You can answer it.

16   A. Again, I don't -- I don't -- I don't

17      know.

18   Q. Okay.  Can you tell me about the

19      incident.  What the -- What hap -- What

20      happened that night?

21   A. We had all gone out as a group.  ███████

22      had recently, either earlier that day,

23      gotten kicked out of his apartment for

**EXHIBIT A**

Page 91

1    paint balling or doing something that

2    was like vandalism in the apartment

3    complex.

4              And so he had asked if he

5    could crash at my place.  And so after

6    we had all gone out, we went to Cane's

7    to eat, and then he crashed at my place.

8    We went to sleep that night.  Nothing

9    happened.

10             The next day, we were just

11   hanging out in my room and we started to

12   kind of play fight, which was normal

13   behavior for us.  And then he like very

14   quickly kissed me, and I don't recall

15   necessarily kissing him back.  I -- I

16   know we kissed, but it all just happened

17   so quickly because then he like very

18   quickly pulled my pants down and tried

19   to insert himself, and that's when I

20   said stop or something like that, and he

21   didn't listen.

22             Then I had like yelled it

23   again, and that's when he got extremely

**EXHIBIT A**

Page 92

1      angry and was yelling at me.  And so we

2      were yelling, and I had asked him to

3      leave, and so he left.

4    Q. Did he pull your pants all the way down

5      and his pants all the way down?

6    A. Down enough for our genitals to be open

7      and out.

8    Q. And what -- what time of day was this?

9    A. Late morning, early afternoon.

10   Q. Were either of you intoxicated at the

11     time --

12   A. No.

13   Q. -- to your knowledge?

14   A. Not to my knowledge.

15   Q. Was anybody in the apartment at the

16     time?

17   A. No, not that I recall.

18   Q. You said -- You said you told him to

19     stop, he didn't listen, and then you

20     told him to stop again and he yelled at

21     you.  Is that the sequence of events, or

22     did he yell before you told him to stop

23     again?  I'm not sure.

**EXHIBIT A**

Page 93

1   A. I told him to stop again, and then he

2      yelled.

3   Q. And what did he yell?

4   A. I don't recall specifics, but it was

5      something along the line like, you dumb

6      bitch, I'm going to ruin your life.

7   Q. What'd you say to him?

8   A. I was trying to explain why I didn't

9      want to have sex with him.

10  Q. What did you tell him?

11  A. I don't remember specifics, but I was

12     trying to tell him that I care about him

13     as a person and a friend and I didn't

14     want to cross that line in our

15     friendship.

16  Q. Did you -- So he left your apartment.

17     Do you have any idea what time of day

18     that was when he left?

19  A. I don't recall.

20  Q. Did he leave right after the incident,

21     or did he stay for a while?

22  A. It was -- We were yelling, and he left

23     while we were yelling, right after.

**EXHIBIT A**

Page 94

1  Q. Overnight, when he was sleeping at your
2     place, did y'all sleep in the same bed?
3  A. Yes.
4  Q. Had you ever done that before?
5  A. Yes.
6  Q. How many times?
7  A. A couple.
8  Q. Did he have -- Did he take all of his
9     stuff when he left the apartment, his
10    clothes and anything else he had with
11    him?
12 A. I assume, because I never had anything
13    of his and he never asked for anything
14    back.
15 Q. Did y'all communicate after that?
16 A. Yes.
17 Q. How many times?
18 A. I don't recall.
19 Q. Did y'all continue to text with each
20    other?
21 A. Not amicably.
22 Q. What do you recall texting about that
23    wasn't amicable?

**EXHIBIT A**

Page 96

1           depending on what stuff came up.

2    Q. Was he ever nice to you again?

3    A. No.

4    Q. You said he found out you told Keava.

5       When -- When did you -- I guess how did

6       he find out you told Keava, first of

7       all?

8    A. I don't know.

9    Q. Did you tell him you told Keava?

10   A. I had confirmed that I told Keava, yes.

11   Q. Are you saying you weren't the first

12      person to tell him you had told Keava,

13      or is it possible you were the first

14      person to tell him you told Keava?

15   A. I don't recall.

16   Q. What did you tell Keava?

17   A. That -- I think it was just he tried to

18      have sex.  I didn't want to have sex.

19      He got really angry and said he was

20      going to try to get me fired and he's

21      going to tell everybody about the real

22      me.

23               And so I told Keava I was

**EXHIBIT A**

Page 97

1    telling her because I was scared to get

2    in trouble and didn't want him to get me

3    fired.

4    Q. What did Keava say to you?

5    A. If you didn't want to have sex, why

6    would you let him in your bed?

7    Q. Is there anything else Keava said?

8    A. That's the only thing that stuck in my

9    head, so I don't recall.

10    Q. Did she assure you you weren't going to

11    get fired?

12    A. I don't recall.  I don't recall if she

13    said that specifically.

14    Q. Was there anything you were asking her

15    to do when you were telling this to her?

16    A. No.

17    Q. Is there anything you wanted her to do?

18    A. Yes.

19    Q. What?

20    A. I think subconsciously when anyone tells

21    anyone about their trauma, there's a

22    part of them that wants them to step in

23    and do something, so, yeah, I definitely

**EXHIBIT A**

Page 99

```
 1       in a bar and he would yell at me, you
 2       know, to get out of his space.  And more
 3       just yell, like get this bitch out of
 4       the bar.  There was times he would like
 5       try to get the owner or the bouncer to
 6       kick me out.
 7   Q. And did the bouncers ever follow his
 8       instructions?
 9   A. No.
10   Q. Did he ever get kicked out?
11   A. For situations with me or just in
12       general?
13   Q. Yes, for those -- in those situations?
14   A. I don't think so.  I don't recall.
15   Q. And so do you recall what month this was
16       that this happened?
17   A. I don't recall.
18   Q. I'm sorry, I meant the -- I meant the
19       attempted rape, but -- if that wasn't --
20       if that wasn't clear.
21   A. I think it was December.
22   Q. Of what year?
23   A. I guess that was fall 2016.
```

# EXHIBIT A

Page 100

1    Q. And how soon after did you talk to Keava

2       about it?

3    A. Same day.

4    Q. Was that a -- Did you call her on the

5       phone or text her or what?

6    A. I know I called her.  I don't recall if

7       I texted her before.

8    Q. Was this on a weekend day or a workday?

9    A. Weekend.

10   Q. Is there anything else other than that

11      you've told me that you -- you told

12      Keava in the conversation?

13   A. I don't recall anything else.

14   Q. Did you and Keava talk about it again

15      after this call?

16   A. I don't recall specifically.  We talked

17      about things that kind of happened as

18      fallout from this situation, and then I

19      actually -- I do remember on that phone

20      call referencing that I didn't want to

21      -- one of the reasons why I felt scared

22      to get in trouble was because of

23      everything that had already happened

# EXHIBIT A

Page 101

1      with ███████ and so I had referenced like

2      I wanted to tell you before he did, just

3      so like it didn't happen the way it

4      happened with ████████

5   Q. Can you tell me what you mean by didn't

6      happen the same way with ████████

7   A. Because I wasn't the initial person who

8      told Jen and Keava about ████████ They

9      had mentioned that I should have told

10     them before they found out.  And so I

11     wanted to do that when the situation

12     happened with ██████████

13  Q. And so did you report the situation with

14     ██████████ to anybody else?

15  A. No.

16  Q. Did you make a police report?

17  A. No.

18  Q. Why not?

19  A. Didn't want to.  Yeah.

20  Q. Why didn't you want to?

21  A. Because in Baton Rouge, Louisiana, at

22     LSU, ████████ was gold to everyone.  And

23     so I felt like I knew nothing was going

**EXHIBIT A**

Page 102

1      to happen, and I feared retaliation.  So

2      I didn't say anything.

3   Q. Did you go to the Title IX office or to

4      student affairs or -- or the Lighthouse

5      Program or any of those programs to

6      report what happened?

7   A. With who?

8   Q. With ███████

9   A. No.

10  Q. Why not?

11  A. Same reasons as before.

12  Q. Same reasons you didn't go to the

13     police?

14  A. Yes.

15  Q. Did you seek counseling for yourself

16     after the situation happened?

17  A. Not after -- like, yes, part of the

18     reason why I did get into counseling

19     later was because of what happened with

20     ███████ but it wasn't right after what

21     happened with ███████

22  Q. Had you heard of ███████ sexually

23     assaulting anyone else prior to this

**EXHIBIT A**

Page 115

```
1        either different friends on the team,

2        different coworkers, and just word of

3        mouth.

4    Q. Did you yourself hear him say that to

5        anybody, that you were a whore?

6    A. I heard him tell me that he was going to

7        tell people.

8    Q. Okay.  Did you ever hear him say that to

9        anybody?  You need to answer verbally,

10        please.

11   A. No.  Sorry.

12   Q. Did you ever hear him tell people that

13        he hated you?

14   A. I don't know.  I don't recall the

15        specific words, but, yes, when we would

16        get into it at the bar, he would say

17        negative things about me.

18   Q. Is there anyone you know of that he

19        called you a whore to?

20   A. I don't recall specifics on who knew.

21   Q. Other than the incident with Samantha

22        Brennan, when you talked to her in the

23        bathroom, did you ever talk to her about
```

**EXHIBIT A**

Page 116

1    ████████ ██████ other than in that

2    bathroom discussion?

3    A. While we were at LSU or --

4    Q. Right.

5    A. No.

6    Q. Oh, I'm sorry.  Just to make sure that

7    the answer is clear.  No, that was --

8    the time in the bathroom was the only

9    discussion you had with Samantha about

10   ████████ ████████ while you were at LSU?

11   A. Yes.

12   Q. Do you know whether she reported what he

13   did to her?

14   A. I don't recall specifics.  I don't know.

15   Q. And did you ever report what she told

16   you he did to anyone at LSU?

17   A. No, because I already knew she had

18   reported it.

19   Q. Okay.  So who do you think she reported

20   it to?

21              MS. TRUSZKOWSKI:  Objection.

22   Calls for speculation.  You can go ahead

23   and answer, if you know.

**EXHIBIT A**

Page 118

1    A. When?

2    Q. When you talked to her that one time

3       about ████████ ████████

4    A. The conversation in the bathroom?

5    Q. Yes.

6    A. No.

7    Q. Were you aware at that time -- at the

8       time of either your incident or the time

9       that you had a conversation with

10      Samantha, were you aware of anybody else

11      who felt that they had been victimized

12      by ████████ ████████

13   A. I had heard rumors.  I knew his

14      reputation.

15   Q. And when you --

16             MR. LARGE:  Susie -- Susie --

17             MS. FURR:  Yeah?

18             MR. LARGE:  -- this is Bill

19      Large.  If you could just turn up your

20      volume a little bit.

21             MS. FURR:  Absolutely.

22             MR. LARGE:  Thank you.

23             MS. FURR:  Okay.  I -- I'm

**EXHIBIT A**

Page 119

1        sorry, I keep putting papers in front of

2        it, so I'm not sure where the speaker

3        is, but...

4        BY MS. FURR:

5   Q. You said you -- you knew of his

6        reputation.  Was part of that reputation

7        that he was, I think you said earlier,

8        not respectful to women?

9   A. Yeah, and that he was an abuser.

10  Q. Of women?

11  A. Yeah.

12  Q. Did you know Ashlyn Robinson [sic]?

13  A. I didn't know her personally, no.

14  Q. I'm sorry, Robertson, I should have

15       said.

16  A. Yeah.

17            MS. TRUSZKOWSKI:  I'm sorry,

18       Susie, did you say Robertson?

19            MS. FURR:  At first I said

20       Robinson.  Now I'm correcting myself to

21       say Robertson.

22            MS. TRUSZKOWSKI:  Robertson,

23       okay.  Thank you.

# EXHIBIT A

Page 120

```
 1                     THE WITNESS:  Yeah.

 2                     MS. FURR:  Sure.

 3       BY MS. FURR:

 4   Q. Did you know her when you were at LSU?

 5   A. No, not personally.

 6   Q. Did you ever hear while you were at LSU

 7       that she had had a relationship with

 8       ████████  or that she accused ████████ of -- of

 9       -- she felt ████████  had raped her or

10       sexually assaulted her in any way?

11   A. Yes, I had heard about that.

12   Q. Tell me what you heard.

13   A. That ████████  sexually assaulted another

14       woman.

15   Q. Do you know how you heard that?

16   A. Again, just through kind of the athletic

17       social world and rumors, I don't know.

18   Q. Rumors among the student workers?

19   A. Yes, but also a lot of our student

20       worker like gossip time wasn't

21       necessarily private.  So there were

22       bosses in and out, around.

23   Q. Well, do you recall when it was in
```

**EXHIBIT A**

Page 121

```
 1      relationship to Samantha's situation and

 2      your incident with ██████ ██████ when

 3      it was that you learned about Ashlyn's

 4      allegations or difficulties with ██████

 5      ██████

 6  A.  I don't remember -- yeah.

 7  Q.  Did you hear about it while ██████

 8      ██████ was still at LSU?

 9  A.  Yes.

10  Q.  And prior to the lawsuit, did you ever

11      speak with Ashlyn Robertson about it?

12  A.  No.

13  Q.  Did you hear Ashlyn's name when you

14      heard the -- is that how you heard

15      Ashlyn's name, was that she was one of

16      the people who had a complaint about

17      ██████

18  A.  I don't recall if I knew her -- if I was

19      ever told like her specific name, but I

20      did hear about the situation.

21  Q.  Okay.  And what -- did you hear any

22      details about that situation?

23  A.  It's hard to keep track, because she
```

**EXHIBIT A**

Page 122

1    wasn't the only incident that had kind

2    of gone through the rumor mill about

3    ███████

4  Q. What else was in the rumor mill that you

5    recall about ██████

6  A. A couple situations where he would hit

7    on girls, either out in public or

8    through texting or through DMs, and when

9    they would reject him, he would get

10    really angry and, you know, say like,

11    well, fuck you, bitch, or things like

12    that.

13            And I had heard at least one

14    more kind of sexual assault/rape

15    accusation against him.

16  Q. And was this all before -- while ███████

17    ██████ was still in school that you heard

18    this?

19  A. Yeah.

20  Q. Do you have any idea what year this was?

21  A. All throughout college.  I don't know.

22  Q. I didn't mean to make -- let me just

23    make sure my question was clear.

# EXHIBIT A

Page 123

```
 1              While ████  ████ was still
 2       at LSU, did you hear these rumors about
 3       him?
 4   A.  Yes.
 5   Q.  Okay.  At some point, did you receive
 6       discipline for sharing his personal cell
 7       phone?
 8   A.  Yes.
 9   Q.  Can you tell me what happened?  Did you
10       share his personal cell phone number
11       with anybody?
12   A.  Which an -- Which question do you want
13       me to answer?
14   Q.  Did you share his personal cell phone
15       with anybody?
16   A.  Yes.
17   Q.  Who'd you share it with?
18   A.  Someone who was -- I can't remember
19       names, but they were in a class with him
20       in a group project and they were on our
21       swim team.
22   Q.  And was it against the rules to share
23       players' or recruits' cell phone
```

**EXHIBIT A**

Page 137

1      group dynamics in the workplace, you

2      know, that it would be best for me to

3      apologize.

4   Q. Anything else that you recall in

5      conversations with Keava that you found

6      to be unfair, unkind, unpleasant?

7   A. When I had said I was scared of ███████

8      they both chuckled and asked why.

9   Q. Okay.  And I'll -- I'll -- we'll get to

10     ███████ soon, so I'll ask you about that

11     again.

12              Anything else besides relating

13     to ██████

14  A. Not that I can recall, specifics.

15  Q. Do you -- Did you know somebody named

16     Nayelle [sic] -- I say her name wrong

17     every time, so I apologize if I'm

18     distorting her name.

19  A. Ya'el, yeah, I did.

20  Q. Okay.  What was her relationship to you?

21  A. My freshman year, I worked with her on

22     football game days.

23  Q. Did you work with her after your

# EXHIBIT A

Page 149

1        to?

2   A. I'm -- I don't recall specifically

3        getting these.  I know universities send

4        out a lot of general emails like that,

5        and I also know that the research shows

6        they're not effective.  So I don't

7        recall.

8        BY MS. FURR:

9   Q. Okay.  Did you ever go visit the LSU

10       Cares website while you were at LSU?

11  A. I do not recall.

12  Q. Did you ever look on the LSU website for

13       resources for victims of sexual assault?

14  A. I don't know if it was through the LSU

15       website.  No, I don't recall.

16              MS. TRUSZKOWSKI:  Are you

17       asking during her time at LSU or at any

18       time?

19              MS. FURR:  Yes.

20  Q. At LSU -- While at LSU, did you ever go

21       look for resources the university

22       provided to victims of sexual assault?

23  A. I had looked at stuff, yes.  I don't

**EXHIBIT A**

Page 150

1       know what website it was.

2   Q. Do you know when you first looked at

3       that to find out what resources were

4       available for victims of sexual assault?

5   A. I don't know when.  Probably throughout

6       my time.  I don't know.

7   Q. Okay.  If the court reporter will hand

8       you Exhibit 4.

9                   Is this an email that you

10      sent?

11  A. Absolutely, it is.

12  Q. It says here that I've been reading

13      about your program, referring to the

14      Lighthouse Program.

15                  How were you reading about the

16      Lighthouse Program?

17  A. What is your question?

18  Q. How is it that you were reading about

19      the Lighthouse Program?

20  A. Again, like I said, I don't recall how I

21      got that information, but I was -- I did

22      know about the Lighthouse Program.

23  Q. You did not know about it, did you say,

**EXHIBIT A**

Page 151

1        or you did?

2    A. I did know about it.  I just don't know

3        where it came from, how I knew about it.

4    Q. Okay.  And so this email is dated

5        October 11th, 2016.  Does that date seem

6        to be right?

7    A. If that's what it says, yes.

8    Q. Did you read that the Lighthouse Program

9        was confidential, or do you know that

10        the Lighthouse Program was confidential?

11    A. Did not -- I don't recall if I

12        specifically knew that.

13    Q. Did you ever make a report to the

14        Lighthouse Program during your time at

15        LSU?

16    A. I don't recall.

17    Q. Why would you not have made a report to

18        the Lighthouse Program after the

19        incident with ██████ ██████ -- I'm sorry,

20        ██████ ██████

21            MS. TRUSZKOWSKI:  Objection.

22        It's argumentative.  You can answer.

23    A. Same thing as all the other reasons,

**EXHIBIT A**

Page 152

```
 1        didn't want to, was scared of

 2        retaliation, was scared that literally

 3        everyone in Louisiana loves ██████ and

 4        how they treat him, so I didn't feel

 5        safe and comfortable to ask for support,

 6        especially from anything associated to

 7        LSU.

 8                  MS. FURR:  If the court

 9        reporter would show you Exhibit 5,

10        please.

11   Q.   This is an email from Keava to you dated

12        February 10th, 2017, copying Sharon

13        Lewis.

14                  Did you receive this email?

15                  MS. ABDNOUR:  I -- oh, I'm

16        sorry to interrupt.  This is Liz

17        Abdnour.  We don't have a copy of these

18        documents.

19                  MR. ENGLISH:  Yeah.  Can y'all

20        -- can y'all email the exhibits?  Can

21        you have your team email the exhibits

22        out to everybody so that we know what

23        we're all looking at?  And maybe the
```

**EXHIBIT A**

Page 154

```
 1      abroad program.  Where was that to?
 2   A. Can I add something quickly about this
 3      email?
 4   Q. Sure.  Absolutely.
 5   A. The wording of it, of information -- it
 6      says the rule I broke was, I understand
 7      that all information to which I have
 8      access to is confidential.  I will not
 9      discuss any information housed in this
10      office.  I did not get ██████ number
11      through anything work related.  I didn't
12      get it from any of our systems or his
13      paperwork.  I got it because he
14      personally gave it to me -- actually two
15      of his phone numbers.  And that is what
16      I shared.
17   Q. Okay.  Back to my question about the
18      abroad program.  Where did you go
19      abroad?
20   A. I went to Austria.
21   Q. And when did you make a decision that
22      you were going to go abroad?
23   A. Last minute that fall.
```

# EXHIBIT A

Page 155

1    Q. When did you apply for it?

2    A. The fall of 2016.

3    Q. Do you know when in the fall you

4       applied?

5    A. I do not know.  I don't remember.

6    Q. Do you know when you committed to go?

7    A. I don't recall exactly when.

8    Q. That was for the spring 2017 semester?

9    A. Yes.

10   Q. And how long were you gone to Austria?

11   A. Until like July.

12   Q. And then did you come -- come back to

13      LSU first, or did you go straight from

14      Austria to California?

15   A. I went to California and then Louisiana.

16   Q. When did you leave for Austria?

17   A. February 14th.

18   Q. How do you remember that date?

19   A. Because it's Valentine's Day.

20   Q. What did you do that Valentine's Day?

21   A. Went to the airport.

22   Q. Were you seeing anybody on February

23      14th?

**EXHIBIT A**

Page 163

```
 1                    THE COURT REPORTER:  We are

 2          back on record, and the time is 2:20.

 3                    And, counsel, you may begin.

 4          BY MS. FURR:

 5      Q.  Okay.  Let's turn to your relationship

 6          with  ███████  ████████  When did you first

 7          start entering this?  Tell me what --

 8          how the relationship developed and how

 9          you would categorize it.

10      A.  He -- We had a mutual friend, and he

11          asked that friend to set us up.

12      Q.  Who is that mutual friend?

13      A.  ████████  ████████

14      Q.  Was  █████████  ██████  a football player, too?

15      A.  No.

16      Q.  And so what happened next?

17      A.  ████████  and I went on a date and then

18          everything was pretty normal and we --

19          we just -- from my perspective and the

20          conversations I had with him were in an

21          exclusive committed relationship.

22      Q.  For how long?  Again, from your

23          perspective.
```

# EXHIBIT A

Page 164

1    A. Maybe a few months of us being together,

2       and then it was off and on.

3    Q. When did it start?  When was the date?

4    A. The summer of, I guess, 2016.

5    Q. Okay.  And then can you tell me -- like

6       describe to me off and on.  Do you

7       recall what -- what periods were off and

8       what periods were on?

9    A. Yeah.  So up until the public incident

10      we had, we were on.  Then we had been

11      off -- I don't know like specifics,

12      except it would be like every few

13      months, like I would ignore him,

14      wouldn't talk to him, and then I would

15      break down and we would sleep together,

16      and then I wouldn't talk to him, and

17      then we would sleep together, and then I

18      wouldn't talk to him, and it was like

19      that for up until 2018 when he got

20      arrested.

21   Q. Was there ever any period of time where

22      y'all were exclusive again after the

23      first time?

# EXHIBIT A

Page 165

```
 1  A. No.

 2  Q. And when you would break down and sleep

 3     with him again, were you seeing other

 4     people, as well, or was it exclusive,

 5     from your perspective?

 6  A. I was doing my own thing, so I was

 7     seeing other people, too.

 8  Q. Okay.  And so you said something about

 9     the public incident.  Is that -- Is that

10     the drink-throwing incident?  I --

11     There's a lot of things in there, but

12     just is that part of that incident that

13     you're talking about?

14  A. Yes.

15  Q. Sorry, that's just an easy way for me

16     just differentiate it from something

17     else.  It's -- Was --

18  A. Yeah.

19  Q. -- that at JL's Bar?  I could talk about

20     the JL's incident, if that's --

21  A. Yeah.  I --

22  Q. Okay.

23  A. -- I refer to it as JL's incident.
```

# EXHIBIT A

Page 166

1    Q. Okay.  All right.  And that was when?

2    A. That was fall of 2016.

3    Q. Were you all having any difficulties

4       before that incident, or was the

5       relationship --

6    A. Not to my knowledge.

7    Q. And was y'all's relationship healthy

8       before that incident, from your

9       perspective?

10   A. My perspective then, yes.  My

11      perspective now, no.

12   Q. Okay.  From your perspective now, what

13      was unhealthy about it?

14   A. ████ was extremely controlling and

15      jealous.  He was physically abusive and

16      rough.  He was mentally and verbally

17      abusive.  And I very much fell into

18      that.

19   Q. And -- And that all occurred before the

20      JL's incident?

21   A. Uh-huh.  Yes.

22   Q. What do you mean you fell into that?

23   A. I very quickly went into the cycle of

**EXHIBIT A**

Page 169

1      me like that.

2  Q. Did you change what you wore after he

3      commented?

4  A. I would.  He also wouldn't allow me to

5      go out to the bars unless he was there.

6  Q. Did you do that, or did you sometimes go

7      without him anyway?

8  A. I would follow it for the most part, but

9      there have been a couple of times, and

10     they always led to arguments.

11  Q. Were you -- Did you cheat on him in any

12     way while -- up until the JL's incident?

13  A. No.

14  Q. Do you whether he cheated on you during

15     that time period?

16  A. Yes.

17  Q. With whom?

18  A. Someone I thought was a friend.

19  Q. Who's that?

20  A. She was another swimmer.

21  Q. Do you know her name?

22  A. I can't remember her name.

23  Q. How did you find out about it?

# EXHIBIT A

Page 170

1    A. It was -- Well, there was two

2       situations.  One, I had found a condom

3       wrapper in his bedroom after a night

4       that I said like I had to do homework so

5       I couldn't hang out.  And I knew that

6       condom wasn't from him and I.

7                  And then another night, I had

8       slept over and his alarm kept going off

9       and he wasn't waking up, so I turned

10      over to look at his -- to turn his alarm

11      off on his phone, and there had been

12      texts from the girl that made it obvious

13      that they -- he was cheating.

14   Q. How soon before the JL's incident did

15      you find out about that?

16   A. The condom was a good bit before it.  I

17      don't remember when I read the text

18      messages, if it was after or before.  I

19      don't know.

20   Q. Did you confront him about the condom

21      when it happened, when you learned of

22      it?

23   A. No.  I froze.

# EXHIBIT A

Page 171

1   Q. Were you worried if you did you might

2      end the relationship?

3   A. Yeah, or get mad and hit me.

4   Q. What did he do that was physically

5      abusive to you?

6   A. He would like pin me up against the wall

7      or choke me against the wall.  If I had

8      like tried to leave the room, he would

9      like grab me and not let me.  There were

10     a couple of times where it was -- like

11     with shaming me and pinning me down.  He

12     would also like dead weight his body on

13     top of me until I would cry and

14     literally think I was about to be

15     crushed to death.  He pushed me.  He's

16     tried to hit me but was prevented by the

17     other people around.  He tried to punch

18     me but was prevented by other people

19     around.

20  Q. So trying to hit you and trying to punch

21     you but prevented, was that the night of

22     JL's?  Did -- Did that happen that

23     people stopped him?

**EXHIBIT A**

Page 173

1    Q. So if -- you think even if y'all weren't

2       exclusive and you were seeing other

3       people and he was seeing other people,

4       he would still physically harm you, or

5       do you think it was during -- it was

6       earlier in the relationship that the

7       physical harm was most?

8    A. It had lingered after we had broken up.

9    Q. And you just don't know for how long?

10   A. Yeah.  I -- I don't know, just because

11      -- yeah, I don't know.

12   Q. Did you ever file a police report?

13   A. No.

14   Q. Why not?

15   A. Same reasons as before, scared of

16      retaliation.  At the beginning, it also

17      was because I still felt like I was in

18      love with him and wanted to protect him,

19      and then just wanted to move on.

20   Q. You're saying later -- later, the reason

21      was that you just wanted to move on?

22   A. Yeah, until I found out about Jade, and

23      then it changed.

**EXHIBIT A**

Page 174

1   Q. Did you ever hear rumors that he was

2      doing anything physically to harm other

3      people before Jade?

4   A. I had had inklings that he was doing

5      similar things to Jade, but I never -- I

6      didn't know for a fact.

7   Q. How'd you get those inklings?

8   A. Certain behaviors I had observed that

9      seemed very similar.  I guess just the

10     rumor mill, again.

11  Q. Did you hear any rumors of him with

12     anybody else besides Jade?

13             MS. TRUSZKOWSKI:  I'm going to

14     object to that.  That's -- That's asking

15     for hearsay.  Go ahead and answer.

16  A. I mean, yeah, like -- yeah.  I had heard

17     about him with a bunch of other people.

18  Q. Did you hear about him sexually

19     assaulting other people or -- or harming

20     other people, or did you just hear that

21     he was just hooking up with other

22     people?

23  A. I had head -- heard rumors of him

**EXHIBIT A**

Page 177

1      that made you think that maybe he was

2      doing similar things to Jade?

3  A. Seeing them kind of verbally argue at a

4      bar or outside a bar.  I think I also

5      just kind of wondered, if he's doing

6      this to me, like was it specifically me,

7      or is he doing it to other people.  And

8      so I was very hyperaware of like their

9      relationship from a distance.

10  Q. Did you ever talk to him about it, to

11      ask him if -- if he was doing anything

12      to her?

13  A. No.

14  Q. And you never approached her about it?

15  A. No.  I didn't want to get her in

16      trouble.

17  Q. With him, you mean?

18  A. Yes.

19  Q. So do you have a sense of -- I guess in

20      the times that y'all were on, were you

21      on and -- and sleeping with him at the

22      same time as he was with her?

23  A. Yes.

**EXHIBIT A**

Page 178

1   Q. Did he talk to you about the fact that

2      he -- Did you talk to him about the fact

3      that he was in a relationship with her

4      or that -- that bothered you, or did it

5      not matter?

6   A. We never talked about specifics, and I

7      never asked and he never said anything

8      about it.

9   Q. So after the JL's incident, did y'all

10     ever talk about who either one of y'all

11     were sleeping with after that?

12  A. No.  No.

13  Q. Y'all would just sleep together and then

14     separate and move on?  Can you answer

15     verbally?

16  A. Yes.  Yes.  Sorry.

17  Q. So tell me what happened at the incident

18     at JL's.

19  A. It was after a football game, so I had

20     gone out with a friend of mine and her

21     boyfriend, who is also a friend of mine,

22     who played on the team.

23                  And I had knew ███████ was like

**EXHIBIT A**

Page 179

1    out at the bar.  We were all going to

2    the bar, were -- like a group of the

3    football players were going, which is

4    JL's.

5         And when I walked in, I

6    immediately saw him like kissing on a

7    girl, whispering in her ear, kissing her

8    neck, and then at one point they were

9    like making out.  And while they were

10   making out, he made like really direct

11   eye contact with me.

12        And then at one point he

13   walked over to me and like groped me and

14   tried to kiss me.  And I just, you know,

15   kind of swiped him off and said leave me

16   alone.

17        And that's when he like two

18   hand pushed me, and I fell backwards on

19   the ground at the bar.  And that's when

20   I threw a drink at him.

21        And then he squared up and

22   charged and was swinging, and it took

23   like five football players to contain

**EXHIBIT A**

Page 180

1    him.  And he just kept trying to push

2    through them and swing.

3            And him and I were cussing at

4    each other, calling each other names,

5    yelling.  And then the bouncers came and

6    kicked him out.

7            And then we decided, since he

8    was still out there, we stayed in the

9    bar.  And some other people who had like

10   come into the bar had told me that ███

11   was like outside waiting for me, saying

12   things like I'm going to kill her, I'm

13   going to kill her, I'm going to get her.

14           And so when we left, two of

15   the guy friends on the football team

16   kind of -- I was riding home with one of

17   them, and they like escorted me to the

18   car.

19           And ███ came kind of running

20   out of nowhere and charged me again, and

21   that's when one of the football players

22   kind of picked me up or like ushered me

23   quickly into the car and others kind of

**EXHIBIT A**

Page 182

1              MS. TRUSZKOWSKI:  Objection.

2      Calls for speculation.

3  Q. And you said he groped you.  What did he

4      do to grope you?

5  A. He had like grabbed my ass, grabbed my

6      hips, tried to kiss my neck, tried to

7      kiss me, and I did not give him consent

8      to do that.

9  Q. And so what did you do?  Did you tell

10      him no or pull away from him, or what

11      happened?

12  A. Yeah.  I like grabbed his hands off me

13      and told him to stop.

14  Q. Okay.  And you said he two hand pushed

15      you at that point in time?

16              Did you fall all the way down

17      to the ground?

18  A. To my recollection.

19  Q. You have to answer.

20  A. Yeah.  Yeah.  Yes.

21  Q. And then you said you threw a drink at

22      him?

23  A. Yes.

# EXHIBIT A

Page 183

```
 1   Q. Where was the drink?

 2   A. I don't -- I don't recall if it was mine

 3      or if it was a -- I grabbed someone's

 4      who was next to me.  I just threw a

 5      drink.

 6   Q. Was this after you stood up?

 7   A. Yes.

 8   Q. And which five football players

 9      contained him?

10   A. I don't recall all of them.

11   Q. Had you been drinking a lot this night?

12   A. No.

13   Q. Do you know whether he had?

14   A. I don't know.

15   Q. You said y'all were cussing at each

16      other.  What were you saying to him, and

17      what was he saying to you?

18   A. I was saying something along the lines

19      of, you little bitch, you're going to

20      hit me in public?  You're really going

21      to do this right now?  You're about to

22      hit me?  Probably called him a pussy a

23      hundred times, I don't know.
```

# EXHIBIT A

Page 185

```
 1        was trying to find me, was walking

 2        around like our apartment complex angry,

 3        shouting, without his shirt on, just

 4        being aggressive.

 5    Q. And this was at which apartment complex?

 6        The Standard?

 7    A. Uh-huh.  Yes.

 8    Q. How close did he live to you in The

 9        Standard?

10    A. Down the hall, maybe on like the floor

11        above or below, but it was close.

12    Q. Did you ever tell him about what

13        happened with ███████  ██████

14    A. No.

15    Q. Why not?

16    A. I -- I guess I didn't want to tell one

17        abuser about the other abuser.  I -- I

18        didn't feel safe with ██████ to tell him

19        anything like that.

20    Q. How long did -- did ██████ live at The

21        Standard?  Did y'all -- Was he there the

22        whole time you lived there --

23    A. Around the time.
```

# EXHIBIT A