Page 186

1   Q. -- or was he gone when you -- okay.

2               Was he still living there when

3       you left for Austria?

4   A. I don't know.

5   Q. So after you left the bar, you didn't

6       have any more contact with him?

7   A. Not that night, no.

8   Q. When was the next time you had contact

9       with him?

10  A. I don't recall specifically.

11  Q. How long was it between that incident

12      and when y'all were on again?

13  A. A few months.

14  Q. And then when y'all were on again after

15      that, it was -- it was not exclusively,

16      it was just hookups, not -- not any kind

17      of committed relationship; right?

18  A. Yeah, no committed -- no commitment.

19  Q. What's the -- I think I saw somewhere,

20      the next that you heard of it, that he

21      had reported it to his coach -- reported

22      the incident to his coach?

23  A. Yeah.  So the incident happened on a

# EXHIBIT A

Page 187

1      Saturday night, and I had gotten a call

2      from Sharon Sunday about it.

3   Q. Tell me about that conversation.  What

4      happened?

5   A. She had said that ██████ told one of his

6      coaches -- I think it was the wide

7      receiver coach -- that I was acting

8      crazy at the bar and he was just minding

9      his business and I just randomly came up

10     and threw a drink at him.

11            And Sharon had said the coach,

12     I guess, came to her and said something

13     along the lines of like, you know, why

14     is one of your girls causing problems

15     for one of my guys -- or something, kind

16     of inquiring like what's going on?

17     Sharon had said that that coach wanted

18     me fired because of that.

19            And then Sharon had told me

20     that she had like called around and

21     asked some people who were there, and

22     that was confirmed, because I know she

23     called ██████ and asked ██████ about it.

# EXHIBIT A

Page 188

```
 1              And then Sharon had originally

 2      asked -- I think the original meeting

 3      that I agreed to was between me, Sharon,

 4      I think Keava, whatever coach ████

 5      told, and then ████

 6              I can't remember specifics on

 7      how it happened, but then -- like I

 8      don't remember if I said I'm

 9      uncomfortable with that or if they were

10      like, yeah, that's probably not

11      appropriate.  I can't remember.

12              But then the meeting that next

13      week was between me, Sharon, and Keava.

14  Q. Okay.  You said Sharon asked ████

15      about it.  What is it that Sharon said

16      -- what did ████ say to you about

17      that?

18  A. That Sharon called, you know, trying to

19      gather details of what had happened,

20      kind of doing her own investigation.

21              And ████ told me that she

22      told Sharon that ████ was acting crazy.

23  Q. Do you know if she gave Sha -- Did you
```

# EXHIBIT A

Page 189

1      say she gave Sharon any other specifics?

2                  MS. TRUSZKOWSKI:  Can you

3      repeat that, Susie?

4                  MS. FURR:  Sure.

5  Q. Did ███████ say that she gave Sharon any

6      other specifics?

7  A. ██████ told me that she told Sharon what

8      had happened.

9  Q. Did she tell you what she told Sharon

10     specifically?

11 A. No, just that it was what had happened.

12 Q. And did ████████ tell you anything else

13     that Sharon said in that call?

14 A. Just that Sharon was also -- kind of

15     asked ██████ what had happened, and that

16     she had either reached out or talked to

17     some other people that she had heard was

18     there -- or found out was there, or

19     whatever.

20 Q. And then she didn't -- she didn't fire

21     you, as -- as you say the coach

22     requested; correct?

23 A. Yes.

**EXHIBIT A**

Page 192

1    Q. Do you recall what she said to you?

2              Anything else she said to you

3       in that discussion?

4    A. I don't recall except that we were going

5       to have a meeting.

6    Q. Did he throw a drink at you also or not?

7    A. I don't recall.

8    Q. How soon after did you have the

9       discussion?

10   A. That next week.

11   Q. What do you recall about that?

12   A. That they again asked me what had

13      happened.  I again shared it.  They had

14      asked if I wanted to go to the police

15      and offered that they would help me but

16      said it in a way of like -- I'm pretty

17      sure this was actually like specifically

18      said, like if you feel like this is

19      enough -- big enough to ruin his life,

20      we will help you file a police report.

21              And then said that they were

22      there to support me and gave me the

23      option to decide his punishment and

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 369-3 *SEALED* 07/10/23    Page 6 of 50

Page 193

```
 1      said, whatever I see fit.  You know,
 2      they want to make sure I'm happy with
 3      his punishment.
 4              Again, at the time, I felt
 5      like I was still in love with him and
 6      was protecting him, so all I said was
 7      that I wanted him to get help, I wanted
 8      him to go to therapy.
 9              They -- I do remember that
10      they never asked if this was the only
11      time.  They never mentioned Title IX or
12      compliance.  They never asked for --
13      kind of like if I needed any other
14      resources.
15              And then my like closing line
16      or something I said towards the end of
17      it was that I was scared of him, and
18      they kind of like scoffed and laughed it
19      off and was just kind of like, really?
20   Q. Are you saying they both laughed?
21   A. From what I remember, they both laughed.
22   Q. Okay.  Did you ask them what they were
23      laughing about?
```

**EXHIBIT A**

1  A. No.

2  Q. Did you say they were going to file a

3     report with the police or that they

4     offered that they would take you to the

5     police to file your own report?

6  A. They would offer me to go to the -- or

7     like offer to come with me or help me

8     file it.

9  Q. Did you ever report it to the police?

10 A. No.

11 Q. Even after -- Even after he was

12    arrested, did you ever go to the police

13    and tell them what had happened with

14    you?

15 A. No, because the police had already let

16    him out.

17 Q. Are you talking about let him out on

18    bail?

19 A. I don't know if it was on bail, but I

20    knew he was out, and I knew who had gone

21    to pick him up.

22 Q. What's the name of this wide receiver

23    coach?

**EXHIBIT A**

Page 196

```
 1        anybody in -- in administration?

 2   A. I had disclosed it to Dr. Poole, but

 3        that's under confidentiality.  And then

 4        I think the others was kind of after his

 5        original police report with Jade.

 6   Q. When did you disclose it to Dr. Poole?

 7   A. I don't recall.  It was after I studied

 8        abroad, so that -- my fourth year.

 9   Q. And did you tell Dr. Poole you wanted

10        that to remain confidential?

11   A. Yes.

12   Q. Did he offer to report it?

13   A. She.

14   Q. She, I'm sorry.

15   A. I don't recall if she had offered to

16        report it, no.

17   Q. Did you feel sorry for ████  ████   when

18        he was arrested?

19   A. That's a complicated yes/no question.

20        Yeah, I would say yes.

21   Q. Why is that?

22   A. Yes and no, honestly.  I feel like I

23        especially at that time was -- one of
```

**EXHIBIT A**

Page 203

1   Q. What about Keava, were you angry with

2       Keava after the meeting?

3   A. Not at the time, no.

4   Q. At some point in time, did you become

5       angry with them?

6   A. Yes.

7   Q. When was that?

8   A. When I kind of had space and time away

9       from everything and was in my own

10      therapy and was processing it all and I

11      had recognized what they were doing in

12      that meeting and how they handled it, I

13      was very angry.

14  Q. And was that while you were still at

15      LSU?

16  A. Yes.

17  Q. Do you know how soon after the event

18      that recognition came to you?

19  A. It was at least a year or -- it was a

20      while.

21  Q. And what therapy was that and with whom?

22  A. I got into crisis counseling at the LSU

23      Health Center.

# EXHIBIT A

Page 204

1    Q. And who was it that you were seeing that

2       helped you reach this recognition?

3    A. I don't remember her name.

4    Q. Okay.  And when you said that at that

5       point in time you -- you recognized what

6       they were trying to do, what are you

7       referring to?

8    A. From my perspective, it felt very

9       manipulative, and saying these things

10      that in the moment, it made it seem like

11      they were helping, but they weren't.

12      They did nothing to help me in that

13      moment.

14   Q. What did you want them to do?

15   A. Hold ████ accountable.  I think, in my

16      time in therapy, that meeting was a

17      really big moment for me, because I felt

18      extremely invalidated and gas lit as a

19      victim.  And I think I just wanted

20      someone to give a damn and say that how

21      I was treated was wrong and bad and to

22      hold them accountable.

23   Q. Did you want to hold Sharon Lewis

**EXHIBIT A**

Page 205

```
 1      accountable for how that meeting went

 2      once you reached this acknowledgement?

 3   A. Yes.

 4   Q. Is that part of why you went to Title IX

 5      ultimately?

 6   A. Yes.

 7   Q. When I say went to Title IX, I mean to

 8      the Title IX office, just to make sure

 9      you understood my question.  Did you?

10   A. Yes.

11   Q. In what way did you feel like they were

12      -- you were gas lit?

13   A. The laughing when I said I was scared of

14      him, just the way they reacted, the --

15      if you feel like this is big enough to

16      ruin his life, we'll help you file a

17      police report, that's very manipulative.

18      Saying -- You know, giving the victim --

19      especially that recent of a victim --

20      the opportunity to decide another

21      student's punishment is extremely

22      inappropriate and manipulative.

23   Q. Have you reviewed the information that
```

**EXHIBIT A**

Page 207

1           the report and reading Sharon's section

2           in the report, yes.

3      Q. Do you recall why?

4      A. I don't recall specifics of what she had

5           said, but I do remember being angry that

6           she lied.  I can't remember exactly what

7           about.

8                     Actually, I know all three of

9           them.  I take that back.  The only thing

10          I do know, I do specifically remember,

11          is that Keava, Sharon, and Ya'el all

12          lied that Ya'el was in that meeting.

13     Q. Is that the only thing you thought they

14          lied about?

15     A. Again, that's the only thing I can

16          recall specifics on now.

17     Q. How did you learn that ███████  ███████  was

18          arrested?

19     A. A police report, and -- because I was

20          actually supposed to be with him that

21          night he got arrested.

22     Q. What were you supposed to do with him

23          that night?

**EXHIBIT A**

Page 208

```
 1    A. Have sex.
 2    Q. So how did you find out he was arrested
 3       instead?
 4    A. I saw the article -- the police report
 5       article where it dropped and became
 6       public, and he texted me when he got out
 7       the next day.
 8    Q. What did he say to you?
 9    A. Something along the lines of like, hey,
10       LOL.  And I was like, aren't you
11       supposed to be in jail?  And then he's
12       like, just got out.  Want to hang out?
13    Q. What'd you say to him?
14    A. No.
15    Q. What did you understand he was charged
16       with?
17    A. Very similar things that he did to me,
18       but he did it to Jade this time.
19    Q. And did you have any more contact with
20       him after that text message where you
21       said no?
22    A. Yeah.  He continued to contact me.
23    Q. For how long?
```

**EXHIBIT A**

Page 209

```
 1   A. I think the last time he had tried
 2      contacting me was beginning of 2020,
 3      maybe end of 2019.  It was while I was
 4      in my master's program.
 5   Q. Did y'all keep up any friendship or any
 6      type of relationship after you turned
 7      him down the day after he -- the day he
 8      was let out of jail?
 9   A. No.  Our relationship ended up just
10      looking like him reaching out.
11   Q. Did you ever have sex with him again
12      after he was arrested?
13   A. No.
14   Q. Did he ever meet your mom?
15   A. No.
16   Q. Did your mom know about him from you?
17   A. Yes.
18   Q. Did you tell your mom before he was
19      arrested that he had been abusive to
20      you?
21   A. I didn't give her the full story, no.
22   Q. Did you know she reached out to Verge
23      Ausberry?
```

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ   Document 369-3 *SEALED* 07/10/23   Page 15 of 50

Page 212

1       any charges?

2    A. I have no idea.

3    Q. Do you whether he was banned from

4       campus?

5    A. I have no idea.

6    Q. Did you understand that he was arrested

7       a second time?

8    A. That does sound familiar, but I don't

9       know.

10   Q. Did you speak with Jade Lewis after he

11      was arrested and while you were still at

12      LSU about ████████ ████████

13   A. No.

14   Q. What preceded you going to the -- going

15      to student affairs or Title IX to report

16      his conduct?

17   A. Because I was not doing too hot.  I was

18      suicidal.  I was walking around with the

19      guilt that, because I didn't fight

20      harder when it was happening to me and

21      because I didn't report it then or I

22      just left it with Sharon and trusted

23      that maybe they would do what's right, I

**EXHIBIT A**

Page 213

```
 1        felt like part of it was my fault that

 2        Jade got abused.

 3                And so I was trying to do

 4        something I had in my control, so I

 5        filed a Title IX report.

 6   Q. Did Verge Ausberry come to speak with

 7        you before you filed that report?

 8   A. Yes.

 9   Q. Is that how it started?

10   A. That's not how it started.

11   Q. Okay.  How did it start?

12   A. It started because I had confided in my

13        boss, Brenton Sumler, and he was the

14        first person to ever kind of give me the

15        resources, and then him and I walked

16        over to the Title IX office together and

17        reported it.

18   Q. Okay.  And when was this?  Do you know?

19   A. The fall of 2018.

20   Q. Okay.  I have some documents I can show

21        you in a few minutes that might help --

22        help with dates, so I won't ask you any

23        more about -- about dates right now.
```

# EXHIBIT A

Page 214

```
 1   A. Okay.

 2   Q. Okay.  What is it that you went and told

 3      -- What did you tell Brenton when you

 4      went to talk to him?

 5   A. That -- I think it started -- I think I

 6      had like brought up █████ getting

 7      arrested and said I knew it was true and

 8      said, I know it's true because he did it

 9      to me, and I have no doubt that he did

10      this, too.

11               And then, you know, he had

12      asked what had happened.  And so I had

13      told him about the incident at JL's and

14      the meeting I had with Sharon and Keava

15      and how they reacted and how nothing

16      changed, or, to my knowledge, nothing

17      happened.

18               And so then that's when he was

19      like, do you want to file a police

20      report?  Do you want to do Title IX?

21      These are what these things are.  This

22      is what we can do.  What do you want to

23      do?  And then offered to walk with me.
```

# EXHIBIT A

Page 216

1    woman?

2    A. I don't think so.

3    Q. Okay.  What do you remember happening

4       after that?

5    A. LSU offered to set me up with

6       counseling, but I was already in

7       counseling.  They helped me get

8       accommodations because I was really

9       struggling.  And then they -- that like

10      started the investigation, so then I had

11      a meeting in like the Title IX building

12      for the investigation.

13   Q. And do you recall who you met with in

14      Title IX?

15   A. It was a man.  That's all I know.

16   Q. Was it Jeffrey Scott?

17   A. That sounds familiar, but I can't say a

18      hundred percent for sure or not.

19   Q. Was he cordial to you?

20   A. I remember him being kind of cold and

21      flat, but nothing I would say was super,

22      super negative or super positive,

23      either.  Just not the nicest, I guess.

# EXHIBIT A

Page 221

1         sometimes moved up to his number three

2         or four?

3    A. What?  No.  I don't even know what that

4         means.

5    Q. Did you tell Verge anything to the

6         extent of like you're not -- you weren't

7         -- you still sometimes saw ████ but

8         that you knew you were down the list of

9         -- of the women that he slept with?

10   A. First of all, I would never refer to

11        myself as a number like that on a list.

12        So no.

13   Q. Did you tell him that you were upset

14        with Sharon Lewis?

15   A. Yes.

16   Q. What did you tell him?

17   A. That Sharon knew and did nothing.

18   Q. Did you tell him anything more about

19        that?

20   A. That I had a meeting with Sharon where

21        she had known about the night at JL's,

22        and I guess it wasn't in the compliance

23        office, so she didn't do anything with

**EXHIBIT A**

Page 222

1    it.

2  Q. Do you recall whether you mentioned

3     Keava to him or just Sharon?

4  A. I don't recall, but I assume I would

5     have grouped them together.

6  Q. Did you tell him that you thought Sharon

7     had taken █████ side?

8  A. I don't recall if I specifically said

9     that.  I --

10  Q. Did you --

11  A. -- don't think --

12  Q. -- think that?

13  A. I don't -- I've never thought it has

14     been █████ versus me.  I thought it's

15     been me versus the institution.  So I

16     think Sharon took the institution and

17     LSU football side, yes.

18  Q. Do you think Sharon believed the story

19     you told Sharon when you went in there,

20     or do you think she believed █████

21     account to his coach, or do you know one

22     way or another?

23          MS. TRUSZKOWSKI:  Objection.

**EXHIBIT A**

Page 236

1    her.

2              MS. FURR:  If the court

3    reporter would show you Exhibit 10.

4              THE WITNESS:  Thank you.

5    Q. Is this an email that you received from

6       Susan -- I don't know how you pronounce

7       her last name?

8    A. Yeah.

9    Q. Barrios?

10   A. Yep.

11   Q. Had you asked her to make a presentation

12      at your sorority?

13   A. Yes.

14   Q. And Alpha Phi was your sorority while

15      you were at LSU?

16   A. Yes.

17   Q. Did you pledge when you were a freshman?

18   A. Yes.

19   Q. Were you an officer?

20   A. I was director of Watchcare.

21   Q. What does that mean?

22   A. It was a position me and the sorority

23      kind of created, because I didn't want

**EXHIBIT A**

Page 253

1   Q. Okay.  And is the next email one that

2      you sent her on October 8th, referring

3      to your grades?

4   A. Yes.

5   Q. Okay.  And above that, do you recall

6      that Ms. Blanchard was sending you the

7      link for Lighthouse?

8   A. Yes.

9   Q. And then did you ultimately contact

10     Lighthouse?

11  A. I would assume so, just reading the

12     emails.  I hinted that I tried

13     contacting and it was the wrong person.

14  Q. Do you remember meeting with Lighthouse?

15  A. No.

16  Q. Do you know that you didn't meet with

17     them, or you just don't remember one way

18     or another?

19  A. I do not recall.

20  Q. Okay.  And you're asking her here -- you

21     said you'd like for her to contact your

22     teachers.  Do you know whether she did

23     contact your teachers?

**EXHIBIT A**

Page 256

```
 1          interviews taken by Jeffrey Scott?

 2     A. Can you say that, again?

 3     Q. Sure.  Have you seen any of the notes of

 4          interviews taken by Jeffrey Scott?

 5     A. I don't recall.

 6     Q. I'll ask you to look at Exhibit 19,

 7          which I'll represent are his notes of

 8          his interview with you.

 9     A. Okay.  Do you want me to read all of it?

10     Q. Yeah.  Not aloud, just to yourself, and

11          let me know when you're finished,

12          please.

13                What I'm asking -- Let me ask

14          at the beginning of it, I just want to

15          know if there's anything that you -- you

16          think is not what you told him or

17          anything that's wrong in these notes, if

18          you'll just let me know as you're going

19          through them.

20     A. Okay.

21     Q. You can just stop and tell me as you go

22          through it what's wrong.

23     A. Okay.  I think we all know this, but the
```

**EXHIBIT A**

Page 267

1    Q. Were you crying while y'all were

2       talking?

3    A. Yeah.  No, I definitely cried.

4               So the fourth bullet point

5       where it says Calise told Verge it

6       involved ███ throwing a drink at her.

7       That -- I didn't just stop there.  I had

8       said that he had put his hands on me.

9       I also don't remember the conversation

10      ending abruptly where he said he didn't

11      want to hear any more.  So I don't

12      recall that happening.

13              I also don't recall him giving

14      me Miriam's number.

15              And the sixth one, I -- again,

16      the wording where it says Verge said

17      that this is the first time he has heard

18      there was an issue between ███ and

19      Calise.  That's -- That's not a hundred

20      percent true, because when he came to

21      me, I don't know if he knew about all of

22      it or if it was just me and ███ were

23      somehow involved in the past.  So I'm

**EXHIBIT A**

Page 270

1  Q. Do you know whether -- Do you have any
2     reason to know whether Miriam received
3     that voicemail or not?
4  A. I would have no reason to doubt it, and
5     she also never followed up again.
6  Q. Did you ever follow up with her?
7  A. No, because I went to Title IX instead.
8  Q. And you went to Title IX like within two
9     days of talking to Verge; correct?
10 A. It was pretty close.  I'm not sure.  I
11    don't recall how many days.
12 Q. Okay.  I'll ask you to look at Exhibit
13    Number 23, a very brief document, you'll
14    be happy to know.
15 A. Thank you.
16 Q. Did you receive this from Jeffrey Scott?
17 A. Yes.
18 Q. And did y'all have a discussion in
19    person or by phone or what to discuss
20    results?
21 A. I believe in person.  Or I know I had an
22    in-person meeting with him.  I don't
23    recall if we also had something over the

**EXHIBIT A**

Page 271

1      phone.

2   Q. Did he give you a copy of his report?

3      Let me just --

4   A. I don't recall.

5   Q. -- show it to you.  I'll show you

6      Exhibit 24, and just ask you if you've

7      seen this before?

8   A. Okay.  Oh, yeah, I've seen the -- I've

9      seen the report.  I just don't know if

10     he ever gave me my own copy.  I don't

11     think so.

12  Q. Okay.  Did he go through the report with

13     you when you met with him?

14  A. Yes.

15  Q. And do you know whether ██████  ████  was

16     gone from LSU by te time of this,

17     11/16/18?

18  A. I do not recall.

19  Q. What did you want LSU to do in response

20     to your complaint?  At this point in

21     time, in November 2018, what did you

22     want LSU to do?

23  A. Hold Sharon accountable, hold Keava

**EXHIBIT A**

Page 272

1    accountable.  If they did report it to

2    compliance, then to hold compliance

3    accountable.

4  Q. And what did you mean -- what -- what

5    would you consider sufficient to hold

6    Sharon accountable?

7  A. Personally, I thought she should have

8    been fired.

9  Q. Did you think Keava should be fired?

10 A. Good question.  I don't know.

11 Q. Do you believe Sharon bears more

12    responsibility than Keava?

13 A. Yes.

14 Q. Why is that?

15 A. Sharon is Keava's superior -- or was.

16 Q. Would you look at Exhibit 25, please.

17    It's just -- I think I'd asked you a

18    question before.  Is this correspondence

19    between you and Mr. Scott?

20 A. Yes.

21 Q. And then does that confirm for you what

22    y'all did meet in person about it?

23 A. Yes.

**EXHIBIT A**

Page 275

```
1        job.  I had --

2   Q. Why not?

3   A. -- multiple witnesses that weren't

4        contacted.

5   Q. Did you tell him you thought he should

6        have contacted other witnesses?

7   A. Say that, again.

8   Q. Did you tell him you thought he should

9        have contacted other witnesses?

10  A. No.

11  Q. Why not?

12  A. This is a man holding all this power.

13       He already did the investigation.  He's

14       associated with LSU.  I didn't feel like

15       it was my place to question.  I also

16       didn't know to question that.

17  Q. At the time, did you consider it a

18       victory that Sharon had been found

19       responsible?

20  A. No.  I still felt like I lost.

21  Q. I'm going to show you -- or I'm going to

22       ask you to look at Exhibit Number 26.

23       And I'll just ask you if that appears to
```

**EXHIBIT A**

Page 276

1     be a transcript of your grades at LSU?

2   A. Yeah, without looking at too much, you

3     could -- yeah.

4   Q. On page 3, the last column, horizontal

5     column, it says ISEP one semester

6     reciprocal in physics.  Do you know what

7     that refers to?

8   A. What -- What are you pointing at?  Can

9     you put the mouse on it, if possible or

10     -- oh, I don't see --

11  Q. It is page 3 on the exhibit.  Yeah.

12     Okay.  Right there.

13           Do you know what that refers

14     to?

15  A. Oh, the ISEP, that was my study abroad

16     program.  It's called ISEP.

17  Q. Okay.  And so you didn't receive grades

18     for that, I assume?

19  A. For the study abroad program, they give

20     us options of pass/fail or letter

21     grades, and I had chosen just to do the

22     pass/fail.

23  Q. And you referenced earlier that you gave

**EXHIBIT A**

**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

```
1                UNITED STATES DISTRICT COURT

2                MIDDLE DISTRICT OF LOUISIANA

3        -----------------------------

4        ABBY OWENS, et al.,           CIVIL ACTION NO. 21-242

5             Plaintiffs,

6        v.

7        LOUISIANA STATE UNIVERSITY,

         et al.,

8

             Defendants.

9        -------------------------------

10

11                     VOLUME 2

12       **CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

13                 DEPOSITION VIA ZOOM OF

14                   CALISE RICHARDSON

15          located at the Holiday Inn Express

16                  October 21, 2022

17                     10:20 a.m.

18             Greensboro, North Carolina

19

20

21

22

23

24

25       Reported by:  Audra M. Smith, RPR, FCRR
```

Page 1

# EXHIBIT A

** CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER **

1    images properly because one of my cranial nerves is

2    paralyzed, and I have strabismus, so my eyes don't

3    line up.  And so that has caused severe, like

4    debilitating migraines where I often throw up and

5    can't do much without my glasses, I like can't

6    operate daily.  A lot of neck and back pain come

7    from it.  A lot of brain fog come from it, but a lot

8    of my -- also like my other medical symptoms also

9    crossover with a lot of my eye symptoms.

10         Q    What is the name of what you have?

11         A    So it's called "strabismus" and "CN4

12   palsy."

13         Q    Okay.  I'm going to ask you about a few

14   documents.  I think one the court reporter should

15   have in front of you is Exhibit 31.  Or I'll mark as

16   Exhibit 31.

17             (Exhibit Number 31 was identified.)

18   BY MS. FURR:

19         Q    Tell me if it crackles too much.  We can

20   work on some other audio device.  Is this too hard

21   to hear me?

22             MR. ENGLISH:  You're fine from my end.

23         A    It's fine for me.

24   BY MS. FURR:

25         Q    Would you take a look at Exhibit 31,

Page 9

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 369-3 *SEALED* 07/10/23    Page 32 of 50
*CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER *

```
 1      please, and tell me if that's an acknowledgment that
 2      you signed?
 3           A    That is my signature.
 4           Q    And do you have any reason to dispute that
 5      you attended the training that you're acknowledging
 6      attending here?
 7           A    No.
 8           Q    Okay.  I'm going to show you what I'm
 9      marking as Exhibit 32, and the court reporter
10      doesn't have this, and I'm not going to ask you
11      questions from all of it, so this is a stack of text
12      messages from -- it appears to be with ████  ████
13      So I just want to show you just the first page and
14      the last page, and we'll scroll through, and if you
15      could tell us if this appears to be the starting and
16      ending date of the text messages that you produced
17      to us or that you have in your -- that you have
18      access to.
19                So the first page is 8332 at the bottom.
20      You don't have to worry about that.  I'm just saying
21      that for -- sorry, hang on a second.  If you'll look
22      at the first page, at the top of the first page
23      shows a date of 9/27/17.  See that?
24                (Exhibit Number 32 was identified.)
25           A    Yeah.
```

Page 10

**EXHIBIT A**

**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

```
 1    correct?
 2         A     After that I refused to see him, so, no.
 3         Q     You're saying after the incident at JL's
 4    you refused to see him?
 5         A     No, after he got arrested.
 6         Q     Okay.  My question was about after the
 7    incident at JL's, after that -- I think you said
 8    before -- and I just didn't get through all of the
 9    transcript.  But I think you said before, after that
10    incident, you-all would hook up from time to time,
11    but I think you said he didn't physically harm you
12    in any way after that; is that correct?
13         A     That is correct.
14         Q     Was there ever any issues with you and
15    ██████   ██████  in the weight room, the athletic
16    department's weight room?
17         A     Yes.
18         Q     What happened there?
19         A     I was working out.  I would schedule my
20    times of working out when they were all in practice
21    so they wouldn't be in the weight room, and I don't
22    know if it was during like a break or they finished
23    up early or whatever it was, but I was in the weight
24    room pretty much alone, no one else was -- there was
25    no teams or anything in there, and ██████ had, like,
```

Page 14

**EXHIBIT A**

** CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER **

```
 1    come up to me and worked -- started to work out,
 2    like, obnoxiously directly at the station next to
 3    me, like, taking his shirt off, pulling up his
 4    shorts, like, just being really obnoxious.  And so
 5    I, like, ignored him and just moved stations, and he
 6    kind of, like, followed me to the next station.  And
 7    that's when one of the strength-and-conditioning
 8    coaches came and, like, got him and told he had to
 9    leave -- or told him something where ███ left.
10         Q    Do you know when this was?
11         A    I don't recall exactly.
12         Q    Do you know how recently before this
13    incident you and ███ had had sex?
14         A    This was -- it was after -- I'm pretty
15    sure it was fall of 20616.  This was after the JL's
16    incident where we were told -- like, we were in our
17    kind of like separation period.
18         Q    Okay.  Do you know how soon after it was
19    that the two of you started your relationship where
20    you weren't dating but just hooking up?
21         A    It wasn't until after I got back from
22    studying abroad.
23         Q    And so did he say anything to you during
24    this or he just took his shirt off and --
25              I couldn't hear what you said he did with
```

Page 15

# EXHIBIT A

** CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER **

```
 1     his shorts.
 2          A    I don't recall if he said anything.  All I
 3     remember is that it was like very clear that it was
 4     antagonizing me, or trying to bother me.  Like it
 5     was directed towards me.
 6          Q    Do you know whether he was trying to flirt
 7     with you or trying to be aggressive towards you or
 8     what his purpose was?
 9          A    I don't know.
10          Q    Is that the only time anything happened
11     between you and ████ or you when you were in the
12     weight room?
13          A    I don't recall, I guess.
14          Q    And did you continue working out in the
15     weight room after that?
16          A    Yeah.  I would assume.
17          Q    Did you have any classes with ████████
18     or ████ ████ after either of the two incidents,
19     either after the JL incident with ████ ████ or the
20     incident that you referred to as attempted rape with
21     ████ ████
22          A    No.
23          Q    So were you able to schedule your classes
24     without concern for what they were doing?
25          A    No.
```

Page 16

# EXHIBIT A

** CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER **

1    BY MS. FURR:

2        Q    And those would be your texts in green or

3    on the right, correct?

4        A    Yes.

5        Q    And you make a reference in here to the

6    fact that you told ████ -- or you texted ████ --

7    or he makes it first -- where he says "You went

8    around telling people."

9             And you say "No I told ████ and I told my

10   boss because you threatened my job."

11            What did ████ ████ do to threaten your

12   job?

13       A    Said he was going to get me fired and that

14   he was going to expose me and tell everyone the

15   whore, liar that I am.

16       Q    Expose you for what?

17       A    You would have to ask him.  I don't know.

18       Q    He didn't tell you what he was talking

19   about?

20       A    No.

21       Q    Did you think he would get you fired?

22       A    Yeah.

23       Q    Why?

24       A    Because that's the culture of LSU

25   football.  I was already punished between what

**EXHIBIT A**

**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

```
 1    happened with  ███████  and I where I was taken off of

 2    different assignments because of what happened with

 3    him and I.

 4                    ████████  had already had different rumor

 5    mill accusations about things he's done.  This is

 6    after what had happened with Samantha Brennan and

 7    nothing happened to him.  So, yeah, I had every

 8    reason to believe that he had that power to get me

 9    in trouble or get me fired or make my life hell.

10         Q    At this time, this event, what did you

11    know about Samantha Brennan?

12         A    I knew what happened.

13         Q    Pardon me?

14         A    I knew what happened, what she had told

15    me.

16         Q    You had a conversation where you followed

17    Samantha Brennan to the bathroom when she was

18    crying, that was before the night that you had with

19    ███████  ██████  is that accurate?

20         A    Yes.

21         Q    "Yes"?

22         A    Yes.

23         Q    And did she report anything to you other

24    than he took a picture of her?

25         A    That she had sex with him and didn't
```

Page 23

**EXHIBIT A**

**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

1    remember it.  She just knew because she had to ask
2    him the next day or afterwards if they had sex.  So
3    I knew they had unconsensual sex, yes.
4         Q    And you're saying at this time, your view
5    of that knowledge that it was unconsensual is if she
6    was drinking at this time?
7         A    Yes, if she didn't remember having sex,
8    that is not consensual.
9         Q    Do you recall what your text message to
10   ▆▆▆▆  said?
11        A    I don't think it was a text.  I'm pretty
12   sure it was a phone call, and I had told him ▆▆▆▆
13   tried to have sex.  I said no.  He didn't listen.
14   And I told him again, and then he got really angry
15   about it and started yelling at me.
16        Q    Do you have your text messages with ▆▆▆▆
17   still?
18        A    Like I said, I think it was a phone call,
19   but, yes, I do.
20        Q    Did you tell ▆▆▆▆  that ▆▆▆▆ ▆▆▆▆  got
21   his feelings hurt because you told him no?
22        A    Yes.
23        Q    I'll show you what I'm marking as Exhibit
24   34.  It's Richardson 486 is the Bates number.
25             (Exhibit Number 34 was identified.)

                                        Page 24

**EXHIBIT A**

** CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER **

```
 1              Q     While she's pulling that up, who is ████
 2              A     ████ was the guy we talked about last
 3    time, which he's the one who introduced me to ████
 4    He's how I became good friends with ████ at that
 5    time.  He knew both of them.  And he used to work
 6    for LSU's, like, football recruitment -- or tape --
 7    I don't know.
 8              Q     Take a look at Exhibit 34.  Is this the
 9    text message exchange between you, Abby Owens, Jade
10    Lewis, and Samantha Brennan?
11              A     Yes.
12              Q     And at the bottom the text message begins
13    with "Okay same."
14              Is that what you wrote?
15              A     Yes.
16              Q     And do you recall what it is that you-all
17    did to fool around, or do you not recall?
18              A     I don't recall.
19              Q     Okay.  If you look back -- I'm going to
20    show you Exhibit 33, the third page.  Sorry, the
21    fourth page.  This is Richardson 11624.  Does this
22    refresh your mind as to what occurred between you
23    and ████ ████ to fool around?
24              A     That's from his perspective, so again, I
25    don't recall.
```

Page 25

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 369-3 *SEALED* 07/18/23    Page 40 of 50
**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

1    Q    Do you have any reason to dispute what he

2    said the two of you did?

3    A    Yes.  In the way that ███████ version is

4    always skewed because he doesn't realize he's

5    literally an abuser.  So, no, I don't fully trust

6    his perspective.

7    Q    Okay.  But do you have any knowledge one

8    way or another whether his account is correct or not

9    correct?

10    A    No, I can't confirm or deny.

11    Q    In the text string, you told him that he

12    hurt your feelings.  You say -- sorry -- on page 3,

13    toward the bottom of your text message, you say

14    "This isn't even a big deal.  I'm not going around

15    town saying how big of a dick you were.  I just told

16    my best friend because you hurt my feelings."

17         Were your feelings hurt because he got

18    angry with you about it?

19    A    My feelings were hurt because someone I

20    thought was a friend tried to rape me and then got

21    mad about it.

22    Q    And how do you say -- how do you consider

23    that he tried to rape you as opposed to trying to

24    have consensual sex with you?  Obviously, you told

25    him no, but how do you say that he tried to rape you

Page 26

# EXHIBIT A

**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

```
1    report it, whether it was her, whether it was

2    Miriam, whether it was Verge, I don't know, but

3    wherever it stopped, yes, I think that person should

4    be fired.

5         Q    Why did your belief change in any respect

6    since when you went to Title IX and now?

7         A    Because of how many kind of like reports

8    had come out, and Sharon said -- in one of her

9    reports, she said originally, like, she couldn't

10   recall if she told Miriam, and then it turned into

11   she did report it to Miriam.  And then all of a

12   sudden, I think it was Keava who was a witness to

13   her calling Miriam.  So there's a lot of, like,

14   fishy details which leads me to kind of just put a

15   question mark on it.

16        Q    She reported to the Title IX office, or in

17   her appeal she said that you did not tell her -- you

18   did not report to her that you suffered any physical

19   abuse by ███████  ███████   Is that true?

20        A    That's is incorrect because the incident

21   at the bar, he pushed me and tried to continue

22   hitting me.  So if she only heard the "trying to

23   continue hitting me," that's still I would label as

24   abuse.  But he absolutely did put his hands on me in

25   that situation, and she did know that.
```

Page 29

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 471-2    10/13/23    Page 42 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 369-3 *SEALED* 07/10/23    Page 43 of 50
**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

```
 1            Q    She said that you did not report being
 2     afraid of him.  Is that true, that you didn't report
 3     being afraid of him?
 4            A    That is incorrect.  I absolutely said I
 5     was afraid or scared of him.
 6            Q    She said that you laughed about it as
 7     though the drink-throwing incident was a funny
 8     thing.  Is that true?
 9            A    If it is, that is a very typical trauma
10     response.
11            Q    So it is possible that you laughed about
12     it in your meeting with Sharon Lewis?
13            A    It is possible that my trauma response was
14     laughing, yes.
15            Q    Was there an incident that happened with
16     you and Sharon Lewis at the football game in
17     September 2018 where she told you you couldn't sit
18     in some seats?
19            A    Oh, yeah.  She told me I can't sit with
20     them, yes.  I was standing with my friends at the
21     football game, and it was in the section that is
22     where, like, with that job, us employees would sit.
23     And so she asked me to move.  I did move.  I was
24     obviously irritated at it just because she was
25     involved in it, but I did move.
```

Page 30

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 369-3 *SEALED* 07/10/23    Page 43 of 50
**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

```
 1    before our breakup so you can see where it went

 2    downhill really fast."

 3         A    Uh-huh.

 4         Q    Is that correct?

 5         A    Uh-huh, yes.

 6         Q    Was that part of the reason for your

 7    breakup?

 8         A    It was probably a buildup.  But our, like,

 9    official, I guess, kind of breakup came after the

10    night at JL's.

11         Q    And so the outgoing messages on this would

12    be your messages, correct?

13         A    Yes.

14         Q    And just quick question with the one we

15    were talking about, the exchange with ████████

16    the boss you're referring to there was Sharon Lewis,

17    right?

18         A    Yes.

19         Q    I'll show you what I'm marking as Exhibit

20    37.  It's Richardson 9129.  Is this a text message

21    exchange with Samantha Brennan?

22              (Exhibit Number 37 was identified.)

23         A    I don't recall who specifically that was,

24    but, yeah, those are my texts.

25         Q    It says up at the top, Messages - Samantha
```

Page 41

# EXHIBIT A

** CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER **

```
 1        Who is La Mamma?

 2                  (Exhibit Number 38 was identified.)

 3        A    That's my friend ██████

 4        Q    Did she go to LSU?

 5        A    Yes, and she worked with me.

 6        Q    In the football office?

 7        A    Yes.

 8        Q    Are you still friends with her?

 9        A    Yes.

10        Q    Do you know -- scroll down, if you would.

11   Do you know when this exchange would have been?

12        A    I can't recall the dates.

13        Q    And this is -- again, your text messages

14   are the ones in blue and hers are on the other side,

15   on the left?

16        A    Yes.

17        Q    Sorry.  Yours are on the right, hers are

18   on the left, sorry.

19                  Is that correct?

20        A    Uh-huh, yes.

21        Q    Further down the page, it says "I got with

22   ██████  ████████  last night and have a dick

23   appointment with ██████  tonight."

24                  Did you write that?

25        A    Yes.
```

Page 43

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 369-3 *SEALED* 07/19/23    Page 45 of 50
** CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER **

```
 1          Q    Why did she say "Please stay away from
 2   ████████████
 3          A    As you can see below it, it's because he
 4   had a rape case.
 5          Q    What does that mean, "he had a rape case"?
 6          A    ███████  at the time, also had an accusation
 7   of rape.
 8          Q    Do you know by whom?
 9          A    Some girl -- I'm not too sure.
10          Q    Did you know that before you got with
11   ███████  ████████  the night before?
12          A    No.
13          Q    So you think -- so you said "I got with
14   ███████  ██████████  last night," and then she said
15   "Please stay away from ██████ and then you said,
16   "Yeah, I know."  But you said "But why you say
17   that?"  And she said "He had a whole rape case."
18   And you say "Ya, ya, ya, I know."
19              So when did you learn that he had a rape
20   case?
21          A    It was something that I had, like, heard
22   in the rumor mill, and so I had, yeah, heard about
23   it.  But █████ and I had talked about it after that
24   where I got his side of the story.
25          Q    So you knew before you hooked up with him
```

Page 44

# EXHIBIT A

*CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER*

1    Q    Why did she say "Please stay away from

2    ▆▆▆▆▆▆▆

3    A    As you can see below it, it's because he

4    had a rape case.

5    Q    What does that mean, "he had a rape case"?

6    A    ▆▆▆▆▆▆ at the time, also had an accusation

7    of rape.

8    Q    Do you know by whom?

9    A    Some girl -- I'm not too sure.

10   Q    Did you know that before you got with

11   ▆▆▆▆▆▆ ▆▆▆▆▆▆ the night before?

12   A    No.

13   Q    So you think -- so you said "I got with

14   ▆▆▆▆▆ ▆▆▆▆▆▆ last night," and then she said

15   "Please stay away from ▆▆▆▆▆ and then you said,

16   "Yeah, I know."  But you said "But why you say

17   that?"  And she said "He had a whole rape case."

18   And you say "Ya, ya, ya, I know."

19        So when did you learn that he had a rape

20   case?

21   A    It was something that I had, like, heard

22   in the rumor mill, and so I had, yeah, heard about

23   it.  But ▆▆▆▆ and I had talked about it after that

24   where I got his side of the story.

25   Q    So you knew before you hooked up with him

Page 44

**EXHIBIT A**

** CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER **

```
 1    the night before there was a rumor about him and a
 2    rape case, you just hadn't talked to him about it
 3    yet?
 4         A    Yes.
 5         Q    And did you believe that he was rightly
 6    accused or wrongly accused of rape or did you know?
 7         A    I don't remember ever developing, like, an
 8    opinion on it.  I do remember appreciating how he
 9    talked about it when him and I talked about it.
10         Q    What did you appreciate, what was his
11    explanation?
12         A    He took accountability and acknowledged
13    that the girl absolutely, like, could have felt that
14    way.  He had a different experience, and he was
15    really upset that that was her experience.
16         Q    What did he tell you she was saying was
17    her experience?
18         A    That he raped her.
19         Q    And did he tell you anything about the
20    circumstances?
21         A    That it was one night after going out to a
22    bar, she was drunk.  Next day, woke up and, you
23    know, felt that she was raped because she didn't
24    remember it or was too drunk to consent, and that
25    wasn't his perspective.  He knew she was drunk, but
```

Page 45

**EXHIBIT A**

*CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER*

```
 1    he thought she was consenting, and her perspective
 2    was she was too drunk to consent.
 3         Q    And did you believe him, that his
 4    perspective was his perspective?
 5         A    Yes.
 6         Q    Did you continue hooking up after he
 7    explained it to you?
 8         A    Yes.
 9              MS. FURR:  Okay.  I'm going to leave the
10         deposition open because of, again, we still
11         don't have all the text messages, Karen --
12              MS. TRUSZKOWSKI:  Yes.
13              MS. FURR:  But I've taken plenty of time
14         and I'll yield at this point to some of the
15         other attorneys.  I may have to ask you some
16         followup questions, but thank you for your
17         patience.
18              THE WITNESS:  Thank you.
19              Before we transition, can I take a quick
20         bathroom break?
21              MS. TRUSZKOWSKI:  Yes.  We're going to
22         take a five-minute break, okay?
23              MS. FURR:  Yep, that's fine.
24              (A recess was taken from 11:23 a.m. to
25         11:36 a.m.)
```

Page 46

# EXHIBIT A

** CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER **

```
 1          A    Yes.
 2          Q    And Sharon suggested that if you wanted
 3     to, we could call the police; is that correct?
 4          A    Yes.
 5          Q    Sharon Lewis said to you "Whatever
 6     punishment you see fit, that's what we will do."
 7               Does that sound familiar?
 8          A    Yes.
 9          Q    Do you know whether or not Sharon Lewis
10     contacted Miriam Segar about what you had told --
11     about the ████   ████  incident?
12          A    I've heard she did and I've heard that she
13     hasn't, or didn't.  But I don't know for a fact
14     either way.
15          Q    Okay.  Excellent.
16               Keava Soil-Cormier, did she know?
17          A    Yes.
18          Q    Do you know whether or not she reported
19     this to the Title IX coordinator?
20          A    I don't know for a fact, but I haven't
21     heard anything and was never contacted about it, so
22     I don't know.
23          Q    All right.  Did Verge Ausberry know before
24     you filed?
25          A    He knew something happened.  I'm not sure
```

Page 74

# EXHIBIT A

** CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER **

1    conversation with you, he reported your conversation

2    to the Title IX office?

3          A     To my knowledge, no.

4          Q     Did he tell you to go to the Title IX

5    office and file a complaint?

6          A     I don't recall if he mentioned Title IX.

7          Q     Okay.  Thank you.  That's fine.

8                You can take that exhibit down.  Thank

9    you.

10               All right.  I was asking you what the

11   coach -- I'm going to mess his name up -- Dameyune

12   Craig.  I'm going to probably mess that name up.  Do

13   you recognize that name?  Did I mess it up that bad?

14         A     Dameyune Craig.

15         Q     All right.  I was close.  Did he know

16   about the incident between you and ██████ ███████

17         A     I was told that ██████ told him his skewed

18   version of it.  I never directly told Coach Craig.

19         Q     Gotcha.  Do you know if there was any

20   other employees at LSU -- in the LSU athletic

21   department before you filed your complaint, knew

22   about the incident between you and ██████ ███████

23         A     I knew they knew something.  Whether -- I

24   don't know the details, but like that example in the

25   locker, or the weight room where a coach -- a

                                              Page 80

# EXHIBIT A