CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Case 3:21-cv-00242-WBV-SDJ    Document 471-3    10/13/23   Page 1 of 45
Case 3:21-cv-00242-WBV-SDJ    Document 369-1 *SEALED* 07/10/23    Page 1 of 45

# Exhibit 4

**From:** "Calise M Richardson" </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DAC5E2815D3A4184A97C7D31DB5292EA-CRIC116>

**To:** "Seirra Fowler" <seirrafowler@lsu.edu>

**Subject:** The Light House Program

**Date:** Tue, 11 Oct 2016 21:41:32 -0500

**Importance:** Normal

---

Dear Ms. Fowler,

My name is Calise Richardson and I am a junior studying Psychology at LSU. I have been reading about your program and as a victim of sexual assault and relationship violence I would like to help. From what I have read it seems to only be staff members of LSU that form your team, but that doesn't mean there isn't anything I can help with. If there are any opportunities where I could help, I would be extremely willing. Even if it is just filing papers or answering phones. Look forward to hearing back from you and hopefully being a part of the program soon!

Thank you,
Calise Richardson

**EXHIBIT A**

BOS-002599

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Case 3:21-cv-00242-WBV-SDJ    Document 471-3    10/13/23    Page 2 of 45
Case 3:21-cv-00242-WBV-SDJ    Document 369-1 *SEALED* 07/10/23    Page 2 of 45

**EXHIBIT 10**

**From:** Susan Bareis <sbareis@lsu.edu>
**To:** Calise M Richardson <cric116@lsu.edu>
**Subject:** Presentation Request: April 16th at 6:00 PM
**Date:** Tue, 03 Apr 2018 13:16:47 -0500
**Importance:** Normal
**Inline-Images:** image001.png

---

Good Afternoon Calise,

Thank you for your presentation request.  I am confirming that I will be at Alpha Phi, Monday, April 16th at 6 PM to discuss sexual assault, prevention and resources.  I look forward to meeting the group.

Best,
Susan

*Please note, my temporary office location is 158W in the Olinde Career Center at the LSU Student Union*

**LSU**
**Susan Bareis, MPH, CPH, TTS**
Assistant Director, Wellness & Health Promotion
LSU Student Health Center
Infirmary Road, Room 03B
Baton Rouge, LA 70803
Sbareis@lsu.edu
225-578-6521 (Direct) 225-578-5718 (Main)
225-578-1278 (Fax) www.lsu.edu/shc

*CONFIDENTIALITY MESSAGE: This e-mail contains CONFIDENTIAL and/or PRIVILEGED information intended only for the use of the specific individual or entity named above. If you are not the intended recipient of this e-mail or an authorized agent responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized dissemination or copying of this e-mail is strictly prohibited. If you have received this transmission in error, immediately notify the sender by e-mail or telephone and delete the message. Thank you.*

**EXHIBIT A**

BOS-002574

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Case 3:21-cv-00242-WBV-SDJ    Document 471-3    10/13/23    Page 3 of 45
Case 3:21-cv-00242-WBV-SDJ    Document 369-1 *SEALED* 07/10/23    Page 3 of 45

# EXHIBIT 19

Calise Richardson interview

10/3/2018 – 10:30 am

UAB

- Calise was an intern assigned to the football staff
- In the summer of 2016 she began dating ▮▮▮▮ ▮▮▮▮ – it was known by everyone including football players and her boss (Sharon Lewis).  They dated for 3-4 months.
- She reported to Sharon Lewis as a recruiting intern
- Sometime in the fall of 2016 after an LSU football game she went to Tigerland with ▮▮▮.  It was after the game were recruits ▮▮▮ and ▮▮▮ (Texas A&M )were here for their recruiting visits.  They were at the JR Ball bar when she and ▮▮▮ got into an argument.  She said ▮▮▮ pushed her and she fell back onto the floor.  He was about to hit her when a few football players stopped him.  She asked ▮▮▮, "You gonna hit me in public".  She thought two of the players were ▮▮▮▮Redacted▮▮▮▮.  She said the manager told ▮▮▮ to leave and he went outside.  As she was leaving the bar, ▮▮▮ came running toward her swinging wildly and was again restrained by football players.
- Following Sunday morning Sharon Lewis called her and said ▮▮▮ had called his coaches and told them what happened.  Sharon told her that she had spoken to some of the football players and the story didn't match up.  Sharon asked Calise if she wanted to have a meeting with ▮▮▮ and his position coach to iron things out.  Calise said no.
- Following Tuesday Calise was called into a meeting with Sharon Lewis and Keava Soil-Cormier.  Calise stated she was spoken to about filing a police report but felt they were coaxing her not to do that.  Calise explained that ▮▮▮ had issues and had been violent with her on several occasions.  She told Lewis that she just wanted him to get some help because he had issues with women that stemmed from his childhood.  She told Sharon and Keava that she was very scared around ▮▮▮ when he had been drinking and that ▮▮▮ was battling some demons.  Calise said she was not presented with any support mechanisms and the meeting was over with Lewis saying she would take care of things.
- Later on Calise said she was removed from working certain events that involved football and was not given a reason.
- She said about 6 months later she ran into ▮▮▮ and told him it was not ok what he did to her.  She said ▮▮▮ responded "You know how I get when you make me mad".
- Calise stated she did the spring 2017 semester abroad in Europe.  She said before she left Sharon told her that her job would be safe for when she returned in the fall.  While in Europe, she received a group email stating her position in football recruiting was being dissolved.  Calise said when she returned back to LSU in August 2017, she met with Sharon, Keava and Ya'el Lofton to see if there was anything else she could do in athletics.  Sharon told Calise she was let go because she couldn't pull the recruiting cards.  Calise explained that she never did this portion of the job.  Calise said Sharon appeared to be very cold and refused to help her.  Calise surmised it must have dealt with her reporting ▮▮▮ and asked Sharon to which she said no.
- Calise disclosed that while she was dating ▮▮▮ that about a month into their relationship he became angry and pinned her up against the wall – he would grab her by the neck and hold her down on the bed.  She said he had a very bad attitude especially if he had been drinking.  She

**EXHIBIT A**

BOS-001238

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Case 3:21-cv-00242-WBV-SDJ     Document 471-3     10/13/23     Page 4 of 45
Case 3:21-cv-00242-WBV-SDJ     Document 369-1 *SEALED* 07/10/23     Page 4 of 45

stated she was embarrassed and never told anyone because she really liked him and wanted to help him.

- Calise said she was doing well until the recent reports came out about ████. She said it brought up old feelings and that she had to seek counseling. She felt she was responsible because she knew he was violent towards women because of what he did to her.

- Calise said after ████ first arrest he texted her when he got out of jail and wanted her to come over and she told him no and that she was over him.

- Calise said after ████ last arrest she knew it was serious and she was very anxious and having problems. She stated she decide to meet with Verge Ausberry to tell him everything that happened. Verge told Calise that he had to report it to Miriam Segar. Calise said on last Tuesday, 9/25/18, Miriam called and left her a message. Calise called Miriam back and got her voicemail and left a message. Calise said after two days of not hearing back from Miriam, she went to her boss Brent Sumler at the Cox Center and told him what happened. Brent immediately walked her over to Tracey Blanchard at LSU Cares where they filed the report and Tracey was able to provide and refer her to further support mechanisms.

- Calise stated if she could locate the emails regarding her job or anything else she would forward them to me.

# EXHIBIT A

BOS-001239

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Case 3:21-cv-00242-WBV-SDJ    Document 471-3    10/13/23    Page 5 of 45
Case 3:21-cv-00242-WBV-SDJ    Document 369-1 *SEALED* 07/10/23    Page 5 of 45



# EXHIBIT 24



**PM-73 Case Sharon Lewis**

**Investigator:**   Jeffrey Scott, Title IX Lead Investigator

**Date of Report**:                     11/16/2018

This report addresses allegations of a failure to report violations of University Policies on Sexual Misconduct under the definition within LSU's Title IX and Sexual Misconduct Policy (known hereafter as PM-73) concerning LSU employee Sharon Lewis toward LSU student Calise Richardson.  Title IX Lead Investigator Jeffrey Scott conducted an investigation into these allegations.

**Involved Parties:**

Respondent is Sharon Lewis, Assistant Athletic Director for Football Recruiting
Complainant is Calise Richardson, LSU Undergraduate student
Material Observer 1 is Miriam Segar, Senior Associate Athletic Director/Senior Woman Administrator
Material Observer 2 is Verge Ausberry, Deputy Director of Athletics

**Date of Reported Incident:**          Fall of 2016

**Date LSU was notified of Incident:**    10/1/2018

**History of the Case:**

| | |
|---|---|
| 10/1/2018 | Complainant Richardson met with Tracy Blanchard, Assistant Dean of Students & Associate Director, Advocacy and filed a complaint. |
| 10/1/2018 | PM-73 case opened and assigned to Title IX Lead Investigator Jeffrey Scott. |
| 10/3/2018 | Complainant Richardson was interviewed in person at the University Administration Building (UAB) by Investigator Scott. |
| 11/5/2018 | Respondent Lewis was interviewed in person at the UAB by Investigator Scott. |
| 11/8/2018 | Material Observer Segar was interviewed via the telephone by investigator Scott. |
| 11/9/2018 | Material Observer Ausberry was interviewed in person at the UAB by Investigator Scott. |

**Alleged Violations:**

The alleged violations in this incident are consistent with conditions and concerns noted under the PM-73 for Dating Violence that includes, but is not limited to:

**"Dating Violence"** includes but is not limited to:

**"Dating Violence"** as defined by the Clery Act: Violence, including but not limited to sexual or physical abuse or the threat of such abuse, committed by a person who is or has been in a social relationship of a romantic or intimate nature with the alleged victim. The existence of such a relationship will be determined based on a consideration of the length and type of relationship and the frequency of interaction.

# EXHIBIT A

BOS-001267

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Case 3:21-cv-00242-WBV-SDJ    Document 471-3    10/13/23    Page 6 of 45
Case 3:21-cv-00242-WBV-SDJ    Document 369-1 *SEALED* 07/10/23    Page 6 of 45



**PM-73 Case Sharon Lewis**

**"Dating Violence"** as defined by Louisiana Law: Includes but is not limited to physical or sexual abuse and any offense against the person as defined in the Criminal Code of Louisiana, except negligent injury and defamation, committed by one dating partner against the other (La. RS§ 46.2151(C)) For purposes of this Section, "dating partner" means any person who is or has been in a social relationship of a romantic or intimate nature with the victim and where the existence of such a relationship shall be determined based on a consideration of the following factors:

(1) The length of the relationship,

(2) The type of relationship, and

(3) The frequency of interaction between the persons involved in the relationship

(PM-73, Section II, Definitions)

**Jurisdiction:**
Jurisdiction is defined within LSU's PM-73 Policy to say:

A. *This policy shall apply to conduct that occurs on an LSU campus, at LSU sponsored activities, and/or when the Student or Employee is representing LSU. LSU shall have discretion to extend jurisdiction over conduct that occurs off campus when the conduct adversely and significantly affects the learning environment or LSU community and would be a violation of this policy and/or any applicable campus policy or code of conduct, if the conduct had occurred on campus. In determining whether or not to extend jurisdiction, LSU may consider, among other factors, its ability to gather information and effect a resolution. LSU may extend jurisdiction (over off-campus conduct) if the alleged conduct by the student or employee:*
   1. *Involved violence or produced a reasonable fear of physical harm, and/or*
   2. *Involved any other members of the LSU community or any academic work, records, documents, or property of LSU.*
B. *Each Student shall be responsible for his/her conduct from the time of acceptance for admission through the actual awarding of a degree.*              (PM-73, Section I, numbers A and B)

**Standard of Proof:**
In order to determine that an LSU Student and/or Employee has violated PM-73, the standard of proof required is a preponderance of evidence (PM-73, Section V, Number B). The preponderance of evidence standard indicates that it is *more likely than not* that a violation has occurred.

**Interview with Complainant Calise Richardson:**
Interview was conducted with the Complainant on 10/3/2018, in the UAB.  In the fall of 2016, Richardson was an intern assigned to the football staff and reported to Sharon Lewis.  She stated in the summer of 2016 she began dating ▮▮▮▮ ▮▮▮▮ and it was known by everyone including football players and Lewis.  Richardson said they dated for approximately 3-4 months.

Richardson stated sometime in the fall of 2016 after an LSU football game, she went to Tiger Land with ▮▮▮.  She recalled it was after the game were recruits ▮▮▮▮▮ ▮Redacted▮ (Texas A&M) were here for their recruiting visits.   Richardson stated she was at JL's bar when she and ▮▮▮ got into an argument.  She said ▮▮▮ pushed her and she fell back onto the floor.  He was about to hit her when a few

Page **2** of **6**

EXHIBIT A

BOS-001268

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Case 3:21-cv-00242-WBV-SDJ    Document 471-3    10/13/23    Page 7 of 45
Case 3:21-cv-00242-WBV-SDJ    Document 369-1 *SEALED* 07/10/23    Page 7 of 45



**PM-73 Case Sharon Lewis**

football players stopped him. She asked ████, "You gonna hit me in public" (sic). She said the manager of JL's bar told ████ to leave and he went outside. As she was leaving the bar, ████ came running towards her swinging wildly and was again restrained by football players.

Richardson said the following Sunday morning, Lewis called her and said ████ had called his coaches and told them what happened. Richardson stated Lewis told her that she had spoken to some of the football players and the story didn't match up to hers. Richardson said Lewis asked her if she wanted to have a meeting with ████ and his position coach to iron things out and Richardson said no.

Richardson stated the following Tuesday she was called into a meeting with Lewis and Keava Soil-Cormier. Richardson said she was spoken to about filing a police report but felt they were coaxing her not to do that. Richardson stated she explained to Lewis that ████ had issues and had been violent with her on several occasions. She told Lewis that she just wanted him to get some help because he had issues with women that stemmed from his childhood. Richardson said she told Lewis that she was very scared around ████ when he had been drinking and that she believed ████ was battling some other demons. Richardson said she was not presented with any support mechanisms and the meeting was over with Lewis saying she would take care of things.

Richardson stated later on after her meeting with Lewis, she was removed from working certain events that involved football and was not given a reason. She said about 6 months later she ran into ████ and told him it was not ok what he did to her. She said ████ responded "You know how I get when you make me mad".

Richardson stated she spent the spring 2017 semester abroad in Europe. She said before she left, Lewis told her that her job would be safe for when she returned in the fall. While in Europe, Richardson received a group email stating her position in football recruiting was being dissolved. Richardson said when she returned back to LSU in August 2017, she met with Lewis, Soil-Cormier, and Ya'el Lofton to see if there was anything else she could do in athletics. Richardson said Lewis responded she was let go because she couldn't pull the recruiting cards. Richardson explained that she never did this portion of the job. Richardson said Lewis appeared to be very cold and refused to help her. Richardson surmised it must have dealt with her reporting ████ and asked Lewis to which she said no.

Richardson disclosed that about a month into her dating relationship with ████, he became angry and pinned her up against the wall. He would grab her by the neck and hold her down on the bed. She said he had a very bad attitude especially if he had been drinking. Richardson stated she was embarrassed and never told anyone because she really liked ████ and wanted to help him.

Richardson said she was doing well until the recent reports came out about ████. She said it brought up old feelings and that she had to seek counseling. Richardson felt she was responsible because she knew ████ was violent towards women because of what he did to her. Richardson said after ████' first arrest he texted her when he got out of jail and wanted her to come over and she told him no and that she was over him. Richardson said after ████' latest arrest she knew it was serious and she was very anxious and having problems. She stated she decided to meet with Verge Ausberry to tell him everything that happened. Ausberry told Richardson that he had to report this information to Miriam Segar.

Richardson said on 9/25/2018, Segar called her and left her a message. Richardson called Segar back and got her voicemail and left her a message. Richardson said after two days of not hearing back from Segar, she went to her boss Brent Sumler at the Cox Center and told him what happened. Sumler immediately

**EXHIBIT A**

BOS-001269

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Case 3:21-cv-00242-WBV-SDJ    Document 471-3    10/13/23    Page 8 of 45
Case 3:21-cv-00242-WBV-SDJ    Document 369-1 *SEALED* 07/10/23    Page 8 of 45



**PM-73 Case Sharon Lewis**

walked her over to Tracey Blanchard at LSU Cares where they filed the report and Blanchard was able to provide and refer her to further support mechanisms.

**Interview with Respondent Sharon Lewis:**

Interview was conducted with the Respondent on 11/5/2018, in the UAB.  Lewis reported she is the Assistant Athletic Director for Football Recruiting.  Lewis stated in the fall of 2016, Richardson worked for her as a student intern.  She was aware that Richardson and ▆▆▆ were dating.  Lewis stated that sometime in the fall of 2016, Coach Dameyune Craig (former WR coach) came to her because some football players had informed him of Richardson's behavior at Tiger Land.  Lewis said she was told by Craig that Richardson reportedly threw a drink at ▆▆▆ and he threw a drink back at her.  Craig told her that reportedly ▆▆▆ had to be restrained by other football players and Richardson was restrained by her girlfriends.  Lewis said Craig told her he talked to ▆▆▆ and ▆▆▆ denied it and that he also talked with the other football player witnesses.  Lewis stated she also talked to the other football players and they all gave her the same story.  Lewis stated there did not seem to be any physical altercation between Richardson and ▆▆▆.

Lewis stated she called Richardson to her office to discuss the incident that took place at a bar where it was alleged that she threw a drink at ▆▆▆.  Lewis said Richardson never mentioned ▆▆▆ ever hit her.  Lewis said she asked Richardson if she felt threatened and she said no.  Lewis stated Richardson admitted to throwing a drink at ▆▆▆ because he was with another female.  Lewis said because there was no report of a physical altercation or sexual assault she let Craig handle the football players and felt she felt no need to report the incident.  Lewis stated this was the way athletics had always handled things.

Lewis was questioned if Richardson was offered any support and she responded that the athletics' staff and student athletes are given the athletics' student handbook before the fall season starts and all information is included in the handbook.  Lewis said in regards to Richardson, Richardson did not feel threatened and Lewis had offered her to report ▆▆▆ to LSUPD, which she rejected.

Lewis stated she did not report this incident to the Title IX Coordinator because she felt there was no report of a sexual assault.  Lewis further stated she was not completely aware of the Title IX Office until last year (2017).  She said usually Title IX issues in athletics went through Segar's office.  Lewis stated she could not recall if she reported this incident to Segar or Ausberry, but that she usually reports things of this nature to one or both.  Lewis said that Segar speaks to athletics every fall about reporting and that she completes the annual training offered by Dan Beebe.

Lewis stated in regards to Richardson being removed from her football intern position, she got a directive from Athletics that she had to reduce staff.  Lewis said Richardson was among those selected because her performance was not too good and that she had violated policy by giving out football player's personal information.  Lewis stated she had exchanged emails with Richardson advising her of this.  Lewis stated she was instrumental in helping Richardson get a job at the LSU Cox Communications Academic Center for Student Athletes.  Lewis met with Richardson to see what direction she wanted to go with her career and they both felt Cox was the best fit.  Lewis stated she told Richardson she would do whatever she could to make sure she landed the job.  Lewis said she made a call to Brent Sumler and others at Cox to put in a good word for Richardson.

Page **4** of **6**

**EXHIBIT A**

BOS-001270

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Case 3:21-cv-00242-WBV-SDJ   Document 471-3   10/13/23   Page 9 of 45
Case 3:21-cv-00242-WBV-SDJ   Document 369-1 *SEALED* 07/10/23   Page 9 of 45



**PM-73 Case Sharon Lewis**

**Additional Information Provided by Respondent:**
Lewis provided copies of emails between her office and Richardson regarding the athletic department's downsizing and Richardson's job performance.

**Interview with Material Observer Miriam Segar:**
Interview was conducted with Segar via the telephone on 11/8/2018. Segar stated that Lewis has never reported any Title IX/Sexual Misconduct issue to her. She recalled a few weeks ago receiving a voicemail message from Richardson and they played phone tag and never talked. Segar stated Ausberry had mentioned something to her about Richardson and a possible issue when she dated ███ and that was the reason she reached out. She said she did not know how much information Ausberry knew but knows Richardson spoke with him. Segar stated that all athletics' staff are required to take the annual Dan Beebe training.

**Additional Information Provided by Material Observer:**
Segar provided copies of Lewis' signed acknowledgement forms from the Dan Beebe training for the years of 2016, 2017 and 2018.

**Interview with Material Observer Verge Ausberry:**
Interview was conducted with Ausberry on 11/9/2018, in the UAB. Ausberry stated he has been a mentor to Richardson. He said she came to him a few weeks ago in tears asking if she could talk with him. Ausberry stated she told him about how Lewis had fired her while she was in Europe and felt it was unfair. Richardson told Ausberry that she felt Lewis had fired her over an incident between her and ███ that happened at Tiger Land in the fall of 2016. Richardson shared with Ausberry the incident involved ███ throwing a drink at her. Ausberry said Richardson told him that she felt responsible for ███' behavior. Ausberry stated he immediately told her that he didn't want to hear anymore and that she needed to speak with Segar since it sounded like a dating issue and that it dealt with ███ which he already knew there was an investigation. Ausberry said he provided Richardson with Segar's phone number and told her that she really needed to disclose this information to Segar.

Ausberry stated this was the first time he had heard there was any issue between ███ and Richardson. He stated Lewis nor anyone else informed him about this situation and it was only when Richardson came to him a few weeks ago that he first heard of all of this. Ausberry stated he knows to refer Title IX issues to Segar or directly to the Title IX Office and that is why he immediately referred Richardson to Segar.

Ausberry stated when Richardson was let go from her job with Lewis, he spoke with Richardson and helped direct her to an area of interest. Ausberry said he steered her in the direction of the Cox Academic Center because he thought this would be a better fit. Ausberry stated Lewis never shared with him why Richardson was let go and he never asked.

**EXHIBIT A**

BOS-001271

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Case 3:21-cv-00242-WBV-SDJ    Document 471-3    10/13/23  Page 10 of 45
Case 3:21-cv-00242-WBV-SDJ    Document 369-1 *SEALED* 07/10/23    Page 10 of 45



**PM-73 Case Sharon Lewis**

**Conclusion and Rationale:**

Given the testimony and evidence presented, this investigator finds that there is sufficient evidence to prove that Respondent Sharon Lewis violated LSU's PM-73 policy in that as a Responsible Person she failed to report a potential violation of LSU's Title IX and Sexual Misconduct Policy PM-73.

This determination is derived from the fact that both the Complainant and the Respondent admit to a meeting commencing whereby the conversation surrounded an allegation of dating violence between the Complainant and another LSU student athlete.  The Respondent, a Responsible Person, admitted to a cursory inquiry involving questioning of potential witnesses to this allegation.  The Respondent could not recall if she reported this information to the appropriate school designee.  The Title IX Office had no record of this allegation ever being reported.  Two Material Observers deny that the Respondent ever reported this information to them.  PM- 73 defines a **Responsible Person** as: "Any employee who has the authority to take action to redress sexual violence or who has been given the duty of reporting incidents of sexual violence or any other misconduct prohibited by this policy by students or employees to the Title IX coordinator or other appropriate school designee.  Responsible Persons do not include victims' advocates, mental health counselors, or clergy."

The Respondent completed the Human Relations Risk Training conducted by the Dan Beebe Group for the years 2016, 2017 and 2018 and signed her respective acknowledgement forms.  The acknowledgement form states: "Employees are not required to confront anyone who is the source of the complaint or anyone closely associated with the persons who are the source of the complaint.  However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences."

A review of Human Resource Management (HRM) training records revealed that The Respondent has never self-enrolled and taken the annual sexual misconduct training, *"Preventing Sexual Misconduct Training for Employees"*.

This case is being closed within the Title IX Office and referred to Human Resources Management (HRM) for any further review.

_____
**Jeffrey Scott, Title IX Lead Investigator**

**EXHIBIT A**

BOS-001272

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Case 3:21-cv-00242-WBV-SDJ     Document 471-3     10/13/23   Page 11 of 45
Case 3:21-cv-00242-WBV-SDJ     Document 369-1 *SEALED* 07/10/23     Page 11 of 45

**EXHIBIT 25**

**From:** Jeffrey Scott <jscott11@lsu.edu>
**To:** Calise M Richardson <cric116@lsu.edu>
**Subject:** RE: Report review/results
**Date:** Mon, 19 Nov 2018 10:18:52 -0600
**Importance:** Normal
**Inline-Images:** image001.png

---

Hey Calise,

I can do 12 tomorrow.

Jeff

---

**From:** Calise M Richardson <cric116@lsu.edu>
**Sent:** Monday, November 19, 2018 10:03 AM
**To:** Jeffrey Scott <jscott11@lsu.edu>
**Subject:** Re: Report review/results

Hello,

I am available tomorrow between 12-2.  If that does not work, then it would have to be next week.

Thanks,
Calise

---

**From:** Jeffrey Scott
**Sent:** Monday, November 19, 2018 9:56:40 AM
**To:** Calise M Richardson
**Subject:** Report review/results

Calise,

I have completed the Title IX investigation and would like to review the results with you.  Please let me know your availability.

Thanks,



**Jeff Scott**
Title IX Lead Investigator
Louisiana State University
3810 West Lakeshore Drive, Ste. 123
Baton Rouge, LA 70803
Office:  225-578-3328
jscott11@lsu.edu | lsu.edu

**EXHIBIT A**

BOS-002595

## HUMAN RELATIONS RISKS TRAINING:
## COACHES AND STAFF ACKNOWLEDGEMENT FORM

In September 2016, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any employee observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Employees are not required to confront anyone who is the source of the complaint or anyone closely associated with the persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

Calise Richardson                      9-13-16

PRINTED – Name of Coach/Employee                Date

SIGNATURE of Coach/Employee

SPORT or UNIT – Men's/Women's (if applicable)

## EXHIBIT A

Messages ███████

iMessage
9/27/17, 10:19 AM

Let's hook up

Dude😂😂😂

Hahaha what?

It's 9am

Oh ik

Go to class😂

I'm serious

Lol why

Cause I kind of feel like it.... it's more random they me just comin at night and doing the same thing

It's just so random

Ik

9/29/17, 7:28 PM

Come to the hotel tonight!

Bruh you're crazy

Ik

10/19/17, 11:19 PM

Wyd

Wyd

In bed! Wbu?

In Texas heheh

Oh

Sorry I'm playing 2k

Wyd in Texas

I'm playing beer pong

I'm at tcu

11/5/17, 12:14 AM

Wyd tonight ?

Page 1 of 26

# EXHIBIT A

RICHARDSON_00008332

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
Case 3:21-cv-00242-WBV-SDJ    Document 471-3    10/13/23    Page 20 of 45
Case 3:21-cv-00242-WBV-SDJ    Document 369-1 *SEALED* 07/10/23    Page 20 of 45

Messages - ▮▮▮▮▮

Ok

I'm in bama

Hmu tomorrow night and I'll come over

Okay

11/5/17, 9:36 PM

Wassup ?

Chillin wbu

Same what are you up to??

Just got back from bama

How was that ?

It was a lot of fun! Besides the game

Yeah ik ik! Are you busy tonight?

I'm finishing up hw rn then nothing

Okay!

Y?
Edited

I thought we were hanging

I'm done with my hw now. Should I come over?

If you want...

But honestly I'll really love head!

🙄

😐

I'm not coming over just to give you head

😐 😑 🙄

Emphasized "😐😑🙄"

**EXHIBIT A**

RICHARDSON_00008333

Messages - █████

I don't have the energy to fuck for an hour

Well then let me know when you do

Well if you come I might

It's okay, you said your tired. Rest up, you'll need all your energy when I come over

What's that supposed to mean??

It made sense

Just come

You said you are tired?

Girl come

😂😂 where do u live

Villas of riverbend

Is that the new uclub

Don't think so

Okay I'll be there soon

What apartment

6002

Wait wait

Don't come yet

Running to get my teammate

Needs a ride

Okay

Don't take too long

If I don't hear from you by 10:45 I'm not coming💁🏽‍♀️

11/14/17, 12:08 AM

Head ?!?!? 🙏🏿

I'll bring you ice cream

12/8/17, 3:30 AM

Wya

# EXHIBIT A

RICHARDSON_00008334

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER
Case 3:21-cv-00242-WBV-SDJ    Document 471-3    10/13/23    Page 22 of 45
Case 3:21-cv-00242-WBV-SDJ    Document 369-1 *SEALED* 07/10/23    Page 22 of 45

Messages - ████████

12/8/17, 1:34 PM

I was sleeping

Wow

Lol what

Send me one video please

The rule was we could take videos and pictures but only on my phone

You don't trust me ?? Wtf!

I just want one

I'm not gonna go brag about it.. everyone already knows

Knows what

That we fucked

How does everyone know

Because we were together every sec

I just don't want those going around

You can watch them on my phone 😂

You're never around wtf

And I'm not sending them shits

I'll think about it

Wtf

12/14/17, 8:43 PM

Let me get one vid

Duuuudee😂 you're still thinking about it?

Yes

Like I promise on my life I want those for me!!

It's my birthday please

Happy birthday

Can you send ?

12/15/17, 4:37 AM

Wya??

Page 4 of 26

# EXHIBIT A

RICHARDSON_00008335

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Case 3:21-cv-00242-WBV-SDJ    Document 471-3    10/13/23    Page 23 of 45
Case 3:21-cv-00242-WBV-SDJ    Document 369-1 *SEALED* 07/10/23    Page 23 of 45

Messages - ▮▮▮▮▮▮

12/15/17, 4:33 PM

You ok?

No

I'm not lol

Why?

I went hard af

Drinking?

Yes

Why'd you ask if I was alright ??

Because you called me 3 times

So I wanted to make sure

Ohh lol

12/18/17, 8:02 PM

Send me a video

!!!

Dude

You are in the award banquet

Focus

Focus for what?? Wtf

Why can't I have a video

?

That was the rule when we made them

Ok but we dont fuck anymore

And I would like to have one

Why

Because we don't fuck

12/29/17, 1:45 AM

You in town ??

Where

EXHIBIT A

RICHARDSON_00008336

Messages - ▅▅▅▅▅

Orlando

Lol no sir

1/14/18, 7:05 PM

Didn't text me

Didn't know I was supposed to

I thought we were gonna hook up

We were? Did we talk about that

Yes

At the bar

You didn't text me either

That's me!!

When are we??

I'm not in town right now

Damn

1/19/18, 4:43 PM

Wyd tonight

Idk wbu??

You?

When ?

Later tonight. I think I'm going out

I'll be drunk af! Why not sober !?

Drunk sex is fun tho

Both!

Drunk sex tonight after bogies

So not both ?!?

Sober sex tomorrow

🙄🙄 damn

Ya

Ok

Page 6 of 26

# EXHIBIT A

RICHARDSON_00008337

Messages - ███████

1/20/18, 1:11 PM

?

1/20/18, 2:15 PM

Huh

Last night

I didn't see you

Come over

I'm in Nola

Smh

Sorrrrryy

1/21/18, 4:37 PM

Come over!

1/21/18, 8:24 PM

I just left Nola

You going ?!?

Coming*

Yo where

Me

Aren't you watching the game

No

Wtf when have you ever seen me watch football???

Why not

lol I know... but since you play maybe

No

Never

Idc

1/26/18, 2:14 AM

Wyd?

███

# EXHIBIT A

RICHARDSON_00008338

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER
Case 3:21-cv-00242-WBV-SDJ    Document 471-3    10/13/23    Page 26 of 45
Case 3:21-cv-00242-WBV-SDJ    Document 369-1 *SEALED* 07/10/23    Page 26 of 45

Messages - ███████

1/26/18, 9:13 AM

1:15??

Passed out

1/26/18, 11:30 AM

Lame

You're the lame one

How

Because you hit me up at random times and it's inconvenient

lol when is convenient then

Not when I have work outs the next today and at 2am

Lol am I going to have to get a schedule?

Yeah

Ok hit me w it

Monday

8:30am class,
10:30am class,
12pm workouts,
3:30 walk thru,
4 free time.

Tuesday

9am class
10:30am class
12 or 2pm work outs (depends on if I get let out of class early)
4pm free normally
7:30pm tutor

Wednesday

Same as Monday
But no work outs

Thursday

Same as Tuesday

Friday

Same as Monday
Work outs are harder

But you're free night time ?

Monday Wednesday Friday are best for me. Or any night time

**EXHIBIT A**

RICHARDSON_00008339

Messages - ███████

Yes basically

What r u doing tonight then

Nothing! From like 4:30 to like 10 or something

You have plans at 10? Lol

I think I'm gonna go home for a sec

Ok so 7ish your place?

6ish

Ok

1/26/18, 2:37 PM

Maybe earlier because I'll be free

Okay let me know

1/26/18, 6:19 PM

I'm done I'm about to be home

So what does that mean

I'm like 20 mins to being ready

Ok what's ur address

███████

Is there a code

Yes

But one sec

Ok let me know when yo leave

Okay

Come

Gate code 5236

Right left left 6002 when you get in the gate

Okay

You on the way ?

Yes

Ight

# EXHIBIT A

RICHARDSON_00008340

CONFIDENTIAL ~ SUBJECT TO PROTECTIVE ORDER
Case 3:21-cv-00242-WBV-SDJ    Document 471-3    10/13/23    Page 28 of 45
Case 3:21-cv-00242-WBV-SDJ    Document 369-1 *SEALED* 07/10/23    Page 28 of 45

Messages - ███████

Here

1/27/18, 2:29 AM

👻

Lol !

Wut

Nothing nothing

Oooooo

You drunk ?!

A little

1/28/18, 3:37 AM

Hi

1/28/18, 11:45 AM

Tonight?

1/28/18, 4:38 PM

?

What time ?

10?

2/2/18, 11:58 PM

Wassup?

2/3/18, 12:00 AM

Chillin wbu

Playing 2k chillen

How's life

Pretty good nothing to complain about. Wbu

Same work outs are trash

Hard? Or just pointless

Little of both

Are you doing well in them tho?

# EXHIBIT A

RICHARDSON_00008341

Messages - ▮▮▮▮▮▮▮

Yeah I am

> That's good! It'll alll pay off next season

Yeah I bet !

> Ur not going out tonight?

No I'm not

> Me either. Not in the mood

Right

I'm big chillen

> R u winning in 2k? Lolll

Always

> I'd beat you

I have never los g

Lost*

> Until you play me

Yeah right right not even

> You underestimate me

> Did you want to hangout or no?

Idk maybe

> I just got home😂 it's ok if you just wanted to talk

Do you ?

> Do i what?

Idk

> Yes I do

Wya ??

2/3/18, 11:46 AM

> Sleeping like a normal person. Since I didn't go out

Smh

> I saw you went out😂 on people's snap

Page 11 of 26

# EXHIBIT A

RICHARDSON_00008342

Messages - ███████

Yeah lol

Wyd now

I'm just chillen playing 2k

Wbu ?

Just laying in bed

Wanna hang

Like hook up or hang ?

I mean I guess both? Idk😂 but I wanna hookup

Lol I could use head

You get head during sex

I don't have condoms

Why

Used them on yiu

🙄 that was like a week ago lol u didn't get more

I didn't lol

You're lame. I want sex

:(

Go get more condoms

No car

Why

Failed a class

Damnit ███ How

Idk idk

It's fucked tho

Why

I just failed a clas

Your parents took it away?

Yes

Page 12 of 26

# EXHIBIT A

RICHARDSON_00008343

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER
Case 3:21-cv-00242-WBV-SDJ    Document 471-3    10/13/23    Page 31 of 45
Case 3:21-cv-00242-WBV-SDJ    Document 369-1 *SEALED* 07/10/23    Page 31 of 45

Messages - ████

> When do you get it back

Idk idk

> I'll take you to get condoms lol or we can use mine

Use your I guess

> Okay when

I'm not doing anything but 2k now

But i have to go do something active soon

> So what does that mean lol

Idk you tell m

How bad do you want to fuck ?

> I want to

> Or we can wait til tonight after I go out

We can do it now real fast come thru

> Okay

Okay

> Code again?

5236

> Open the door

2/18/18, 2:53 AM

Head ?!

> Brooooo😂

Or not

> I'm in bed

Smh

3/7/18, 10:34 PM

Head ??

3/11/18, 9:51 PM

Wyd?!

Edited

# EXHIBIT A

RICHARDSON_00008344

Messages - ██████

Let hook up!

3/23/18, 3:12 PM

Still gonna be fake ?

3/23/18, 4:28 PM

I'm not fake

3/23/18, 5:34 PM

What are you then ?

Chillin

Well I was trying to hook up

I know you made that very clear😂

So what?

I'm at the airport

Okay

4/7/18, 1:02 AM

Wyd

Come over

I'm st Nola

4/8/18, 4:29 PM

😑

What

Wyd??

Chillin wbu

Want to hang out ?

Hang out or hannnnnggg ouuuutttt

Hannnnnnnggggg oooouuurrr

Tttt*

😂😂I love that you knew what I meant

I know I know

**EXHIBIT A**

RICHARDSON_00008345

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER
Case 3:21-cv-00242-WBV-SDJ    Document 471-3    10/13/23    Page 33 of 45
Case 3:21-cv-00242-WBV-SDJ    Document 369-1 *SEALED* 07/10/23    Page 33 of 45

Messages - ▮▮▮▮▮

Let's do it

I can't, I have sorority stuff soon

Wtf

4/23/18, 7:57 PM

Let's hook up after !!?

4/23/18, 11:17 PM

Fake

I'm not fake!!

Are

Just say yes or no

How

I can't tonight

Ok

4/24/18, 2:10 PM

Today??

I have a bday dinner to go to

Wow

What

Never have time

I'm just busy

I bet

4/24/18, 10:35 PM

Still busy?

Edited

Yes birthday festivities

4/28/18, 3:49 PM

Today ?

4/28/18, 4:59 PM

I'm studying for finals. I'll let you know if I need a break

Page 15 of 26

# EXHIBIT A

RICHARDSON_00008346

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

Case 3:21-cv-00242-WBV-SDJ     Document 471-3     10/13/23     Page 34 of 45
Case 3:21-cv-00242-WBV-SDJ     Document 369-1 *SEALED* 07/10/23     Page 34 of 45

Messages - ██████████

4/28/18, 7:28 PM

Okay

4/29/18, 3:08 AM

Wya??

Let's hook up

4/29/18, 9:40 PM

I'll just stop texting you if you just say you don't want to lol

Dude I was asleep when you texted me last night😂

Not talking about that

I really have just been crazy busy with school, don't read into it

Uhh I'm just saying it don't take all day to hook up

I know I know

So what's the deal?

Just wait to school is out😂 I need to focus

Stalling

Why

You literally could come for 30 mins and leave

That's you stalling

No that's me telling you after finals

K

Do not k me.

We haven't had sex it months. You can wait

5/4/18, 12:24 AM

Let's hook up

Brooooo I feel like you'll tell everyone

Smh

Lol

That's a yes

Yeah let me tell everyone...

Page 16 of 26

# EXHIBIT A

RICHARDSON_00008347

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

Case 3:21-cv-00242-WBV-SDJ    Document 471-3    10/13/23    Page 35 of 45
Case 3:21-cv-00242-WBV-SDJ    Document 369-1 *SEALED* 07/10/23    Page 35 of 45

Messages - ██████

Wtf

You sound stupid

How do I sound stupid

Why would I tell everyone ??!

It's not the first time wtf

Cause I don't want anyone to know

Not even your treammayes

Okay cool

Teammates

I bet no one that here even knows you like that. Everyone that did left...

Really know one to tell and why would I ??

There's people who would care

Who??

Can't say lol

But that's why no one can know

Okay I will not tell anyone lol

I find it hard to believe

Wtf

Just hill

Chill*

I won't

I'm on my period anyways lol unless ucoool

🧐

Idk what the emoji is lol

Use your words

K bye

Smh

**EXHIBIT A**

RICHARDSON_00008348

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Case 3:21-cv-00242-WBV-SDJ     Document 471-3     10/13/23   Page 36 of 45
Case 3:21-cv-00242-WBV-SDJ     Document 369-1 *SEALED* 07/10/23     Page 36 of 45

Messages - ▮▮▮▮▮▮

What

You're being a bit dramatic

How? lol I'm on my period

5/4/18, 2:26 AM

Idk Wya?

5/4/18, 5:39 PM

Want to come now?

I'm not drunk lol

You were drunk last night? Lol

Yes ma'am !

But are you busy ?

I should've known lol ya I'm about to go to dinner then movie

Come before chill 'n

!!!**

No like we are about to go soon

Smh

Come after

5/6/18, 2:24 AM

Wya?

Lmfaooooooo

Smh

I just saw u out😂

Well let's fuck

5/6/18, 2:03 PM

Tonight

Okay

5/6/18, 8:13 PM

What time are you thinking ?

Later cause I have plans at 8



**EXHIBIT A**

RICHARDSON_00008349

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Case 3:21-cv-00242-WBV-SDJ    Document 369-1 *SEALED* 07/10/23      Page 37 of 45

Messages - ▮▮▮▮▮



I can't see that emoji

Why is your phone so old wtf

I just don't update lol

Get with the times

Never

You're not killing it

How

Your old ass phone

I'm not into technology.

That's what old ppl do now and days ?!

R u calling me old

Yeah

I'll call u when I'm ready

You coming over here?

Yes

Ok

5/6/18, 11:56 PM

5/7/18, 12:33 AM

Emphasized " 🧐 "

Lol I'm waiting

Gate code

No code

Got to call me from the gate

And I'll let you in

# EXHIBIT A

RICHARDSON_00008350

Messages - ▮▮▮▮▮

Same place?

Yeah

\#

6002

5/27/18, 5:49 AM

Yo

5/27/18, 10:26 AM

Wyd today ?

Going to a wedding with caleb lol

Damn so no sex?

Not today

Wyd tomorrow

High key wanted it last night

Now I have to wait

Smh

Edited

You that's not my best trait

Ya but you hit me up st 5 😂

You have time today fool

No I have the wedding

Smh

5/28/18, 3:16 PM

Wyd?

About to go to the pool wbu

Today?

5/28/18, 5:54 PM

Later?

I would rather sooner than later

I'm at the pool rn

Geez

Page 20 of 26

## EXHIBIT A

RICHARDSON_00008351

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Case 3:21-cv-00242-WBV-SDJ    Document 471-3    10/13/23   Page 39 of 45
Case 3:21-cv-00242-WBV-SDJ    Document 369-1 *SEALED* 07/10/23    Page 39 of 45

Messages - ▓▓▓▓▓

> What

> I can come after but I'll be wet lol

I mean I know you will

> lol so decide

What time

> Soon

5 mins soon or 2 hours some?

> 5 mins

> Like now?

> ??

30 mins

> No now or I'm busy

K come

> Ya

Ok

6/20/18, 5:36 PM

Wyd?

> Chillin wbu

Same ! Are you in the mood??

> For what? Ice cream?

Hahaha

You're funny B

You know what I mean!

> I am but I can't right now lol

Ohh you busy??

> Yaaaaa

Wow

> What

I am down !

**EXHIBIT A**

RICHARDSON_00008352

Messages - ███████

> I am literally not in the state😂🤦‍♀️

Damn

6/24/18, 10:52 AM

Wya?

6/24/18, 12:28 PM

> Dude it's 10am😂🤦‍♀️

Geez! Take a shower get it together!

> Hahahha how r u in the mood when u wake up

Idk !

6/24/18, 2:18 PM

In the mood

6/24/18, 3:23 PM

> Ur crazy😂

Geez! Since when aren't you down ?

> Since I'm not in the state!

7/5/18, 9:45 PM

Wya

> I'm still in California 😂

7/17/18, 5:09 PM

?!?

Yo alive ?!

You*

> Lol yes

You in town ?!?

> No lol

7/30/18, 8:44 PM



> ?

# EXHIBIT A

RICHARDSON_00008353

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

Case 3:21-cv-00242-WBV-SDJ    Document 471-3    10/13/23   Page 41 of 45
Case 3:21-cv-00242-WBV-SDJ    Document 369-1 *SEALED* 07/10/23       Page 41 of 45

Messages - ██████████

You in town ??

Lol no why

Damn dude

Why else

😂😂😂you want it that bad?

Yes

Why

I never didn't want it

But you've been hitting me up a lot this summer

Smh. I've been chillen. You've have not bee around

Been

I like to lay low

I can see that!

Nothing wrong with it!

7/30/18, 11:04 PM

Well I want to do it

7/31/18, 12:30 PM

Ok ok ok

7/31/18, 5:02 PM

When are you gonna come?

When I am back

8/8/18, 12:25 AM

Where you at?!

In your bed

You coming ??

Hahaha

Ya wya I'm waiting?

I'm serious

Are you even in town ?

# EXHIBIT A

RICHARDSON_00008354

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Case 3:21-cv-00242-WBV-SDJ Document 471-3 10/13/23 Page 42 of 45
Case 3:21-cv-00242-WBV-SDJ Document 369-1 *SEALED* 07/10/23 Page 42 of 45

Messages - █████████

You play too much

No lol

With your heart?

Edited

No lol with my Dick

😂😂😂😂bye

Hahaha you like it!!

Shouldn't you be focusing on camp?

Shh

I'm going to bed

Good boy

Which it

8/10/18, 12:31 AM

Come over !

You're crazy😂

Ik Ik

Focusssss

Wya

Not br that's for sure

Smh

8/11/18, 2:37 PM

*Attachment stored in iCloud: IMG_3175.PNG (Image)*

You look like a princess ballerina

Thank you that's our next position

And how is that supposed to work

Idk you're gonna do it and I'll just find away

That'll be interesting

We got this

A lot of maneuvering will be needed

Page 24 of 26

# EXHIBIT A

RICHARDSON_00008355

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

Messages - ▇▇▇▇▇

Yes!!

But when are you coming ??

When I get back!

When tho

When you make me come

I thought I did that already

Oh did you

For real??

Be honest

What was I on your list ???

Of sex with dudes. Be honest

Top two but I'm not two

I like it!

Def top two or three for sure

Geez! Honored

You act like I've been with so many guys😂

Hahaha never said you did foo

So then what am I on your ranking

Top 4

Hmmmm ThTs not very good

I've slept with a lot of girls

Don't mean you're 4th tho

Oh I'm aware lol

I better not be 4

You're up there... hints why I hit you up everyday almost

As to why you don't trust him

Wrong person😂

Ya and since you've been hitting me up for two years now

# EXHIBIT A

RICHARDSON_00008356

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

Case 3:21-cv-00242-WBV-SDJ    Document 471-3    10/13/23   Page 44 of 45
Case 3:21-cv-00242-WBV-SDJ    Document 369-1 *SEALED* 07/10/23      Page 44 of 45

Messages - ███████

Fax

8/15/18, 9:06 PM

You back ?

8/15/18, 11:18 PM

Not yet lol

8/19/18, 8:18 PM

You back?

8/21/18, 6:20 PM

😑 😑 😑

Or not

Sorry just have a lot going on

You do?? Me too lol

I was trying to at least have good sex lol

Just not in the mood right now

Delivered

K

8/27/18, 2:38 PM

Still not in the mood?

**EXHIBIT A**

RICHARDSON_00008357

Messages - Abby & Jade Lewis & Samantha Brennan

Abby
I'm really happy I did that

Samantha Brennan
Loved "I'm really happy I did that"

Lmaoooo I accidentally spelled ███ name wrong in the insta I posted 😂😂 I love it

Abby
Laughed at "Lmaoooo I accidentally spelled ███' name wrong in the insta I posted 😂😂 I love it "

Abby
Amazing

Samantha Brennan
Laughed at "Lmaoooo I accidentally spelled ███' name wrong in the insta I posted 😂😂 I love it "

Jade Lewis
not like he can write or read his own name hes so dumb😅😅

Samantha Brennan
Lmaooooo

3/17/21, 8:36 PM

Have y'all heard about the press conference on Friday? Wish the Louisiana women's senate again

Samantha Brennan
I saw that on Twitter

Ya same I wonder what they're gunna say

3/28/21, 10:27 AM

Hi ladies, I'm having a terrible trigger morning and I'm just gaslighting myself over and over again... have y'all been experiencing this??

3/28/21, 1:18 PM

Samantha Brennan
Yes, I just had that happen to me the other day when I got my police report and realized I remembered a big detail wrong.

Okay same. I finally found the texts between ███ and I right after it happened and I'm so ashamed like I apologized to him wtf. And we apparently fooled around a lil bit before he tried to have sex with me but I don't remember the fooling around. Just the moment I said no and he didn't listen and kept trying then yelled at me

Page 25 of 28

**EXHIBIT A**

RICHARDSON_00000486