```
 1    1
                    UNITED STATES DISTRICT COURT
 2    2
                    MIDDLE DISTRICT OF LOUISIANA
 3    3
 4    4
      SHARON LEWIS
 5    5             CIVIL ACTION NO. 3:21-cv-00198
                    JUDGE SUSIE MORGAN
 6    6  VERSUS     MAGISTRATE JUDGE
                    RICHARD L. BOURGEOIS
 7    7
      LOUISIANA STATE UNIVERSITY, ET. AL.
 8    8
             * * * * * * * * * * * * * * * * * * * *
 9    9
                    DAY 1 OF THE DEPOSITION OF
10   10                    SHARON LEWIS
11   11  TAKEN AT PHELPS DUNBAR, 400 CONVENTION
         STREET, SUITE 1100, BATON ROUGE, LOUISIANA
12   12  70802, ON OCTOBER 27, 2022, BEGINNING AT
             A.M.                              9:09
13   13
14   14  REPORTED BY:
             JENNIFER W. PICKETT
15   15      CERTIFIED COURT REPORTER
             CERTIFICATE NUMBER 29011
16   16
17   18
18   19
19   20
20   21
21   22
22   23
23   24
24
25   25
```

Page 1

Court Reporters of Louisiana                    225-201-9650
    A Veritext Company                         www.veritext.com

**EXHIBIT B**

```
46
 1   Ausberry in college?
 2   A     Uh-huh.
 3   Q     Yes?
 4   A     Yes.
 5   Q     How did you know him?
 6   A     He used to date my roommate.
 7   Q     Who was that?
 8   A     Kim -- I can't think of her last name --
 9   Fenton, Kim Fenton (phonetic spelling).
10   Q     Are you and Verge about the same age?
11   A     He's a little older.
12   Q     Do you know how much older?
13   A     By a couple of months.
14   Q     Were y'all friends at LSU?
15   A     As students, I knew him because he dated
16   my -- I wouldn't call us friends.  I just
17   -- and he was on the football team and
18   all the athletes would hang out together
19   so I knew him that way but it wasn't like
20   we called each other and hung out or
21   anything like that.
22   Q     Were y'all friendly with each other?
23   A     Yeah.
24   Q     What about Frank Wilson, was he at LSU
25   when you were at LSU?
```

Page 46

**EXHIBIT B**

| | | |
|---|---|---|
| 1 | 1 | in the stands.  And other things would be |
| 2 | 2 | because sometimes you have to stand to |
| 3 | 3 | man a door or man and she had a boot and |
| 4 | 4 | crutches.  We also had duties that you |
| 5 | 5 | could be seated, like take tickets and |
| 6 | 6 | stuff like that or take money to purchase |
| 7 | 7 | -- when the recruits would purchase |
| 8 | 8 | meals.  That would be that she could sit |
| 9 | 9 | down and not stand up with the crutches. |
| 10 | 10 | She says she was let go because she |
| 11 | 11 | couldn't do recruiting cards -- pull |
| 12 | 12 | recruiting cards, I'm not understanding |
| 13 | 13 | what she's talking about there.  She said |
| 14 | 14 | I appeared to be very cold to her.  I'm |
| 15 | 15 | compassionate with my students.  I show |
| 16 | 16 | passion towards them.  She didn't |
| 17 | 17 | describe any abuse to me.  Our |
| 18 | 18 | conversation was about the drink throwing |
| 19 | 19 | incident.  My understanding was that |
| 20 | 20 | Verge met with her but went down to TAF |
| 21 | 21 | and called her out of the meeting to |
| 22 | 22 | discuss the incident because I had |
| 23 | 23 | already informed Verge about the incident |
| 24 | 24 | when it happened. |
| 25 | 25 | Q     When you're saying that about calling TAF |

Page 161

## EXHIBIT B

```
 1   school or do you know?
 2   A     I'm not sure what she's talking about.
 3   Q     In the fifth bullet, she says that the
 4   following Sunday morning you called her;
 5   do you know whether it was on a Sunday
 6   that you called her or whether it was a
 7   weekday?
 8   A     I didn't call her.  I had Keava call her.
 9   Q     Okay.  Let's just go through, I guess,
10   what you recall about it then.  How did
11   you first learn about the incident that
12   happened at JL's?
13   A     Dameyune Craig, the wide receiver coach
14   for ████ ████ called me and was upset
15   saying that a student that worked for me
16   threw a drink at ████ ████ and his
17   girlfriend and he was upset about it and
18   he had wanted me to terminate her.  I
19   said no.  I mean, I was let me find out
20   who it was.  He told me the name.  I said
21   let me call her in for a meeting.  We
22   kind of went back and forth on it.  He
23   was upset that -- he wanted her
24   immediately fired.  I said I would have
25   to meet with Calise.  Later on Verge
```

Page 163

**EXHIBIT B**

```
 1   called me because Dameyune Craig had
 2   called Verge and was upset that I didn't
 3   fire the girl right away.  Verge and I
 4   had a conversation about it.  I said I
 5   was meeting with Calise soon, the next
 6   day or we scheduled a meeting with Calise
 7   to come in and meet with us.
 8   Q     Was that the only time that you talked to
 9   Verge about it?
10   A     No, I talked to him after -- I talked to
11   Verge a couple of times about it but at
12   that moment, when the incident --
13   Dameyune Craig called me.  He had,
14   Dameyune discussed it with Verge, Verge
15   called me about the incident and I talked
16   to Verge about the incident.
17   Q     Do you have any notes showing you had any
18   of those conversations that your alleging
19   with Verge about this incident?
20   A     No, but in one of the conversations that
21   I had with Verge Ausberry, Tamara Davis
22   was in the room and we were on speaker.
23   Q     And what was that conversation about?
24   A     About the incident at JL's.
25   Q     So, you said Keava reached out to her.
```

Page 164

**EXHIBIT B**

```
 1   1   the players and ███████ (phonetic
 2   2   spelling) -- I can't pronounce ███████
 3   3   last name -- I met with -- came and told
 4   4   me about the incident as well.
 5   5   Q      Is ██████ the only person that told you
 6   6   about the incident?
 7   7   A      That I recall right now.
 8   8   Q      Do you recall what ██████ told you about
 9   9   it?
10  10   A      That Calise threw the drink at -- Calise
11  11   saw ██████ ██████ in a club with another
12  12   young lady, got really upset and she went
13  13   and threw a drink on the both of them.
14  14   And ██████ ██████ got really upset about it
15  15   and they had to hold him back.  They put
16  16   Calise in a car and ██████ was in the --
17  17   and I think other players gathered
18  18   around.  She said ██████ said she had to
19  19   keep Calise in the car because Calise
20  20   kept trying to get out the car.
21  21   Q      Are there any players that you -- was
22  22   ██████ a student worker?
23  23   A      Yeah.  She worked for me.
24  24   Q      Were there any players that you talked to
25  25   about the incident?
```

Page 166

**EXHIBIT B**

```
 1    1   So, are you saying that's the only
 2    2   conversation you had with Calise?  There
 3    3   wasn't a call on the Sunday morning?
 4    4   A    Yeah, Keava called Calise to set up the
 5    5   meeting. I did not talk to Calise until
 6    6   she walked into my office for the
 7    7   meeting.
 8    8   Q    So, that whole previous bullet is just
 9    9   not accurate?
10   10   A    No, she's saying Sharon -- no, it's not
11   11   accurate.
12   12   Q    Here it says that -- so in the earlier
13   13   bullet where it says "Sharon asked Calise
14   14   if she wanted to have a meeting with" --
15   15   I think that's supposed to be ████ ████
16   16   -- "and his position coach to iron things
17   17   out."  Did you ever at any point in time
18   18   suggest a meeting with Dameyune Craig or
19   19   ████ ████
20   20   A    No.  Dameyune Craig wanted her
21   21   terminated.
22   22   Q    Okay.  Next it says in the following
23   23   bullet, it says "Calise stated she was
24   24   spoken to about filing a police report
25   25   but felt they were coaxing her not to do
```

Page 169

Court Reporters of Louisiana   225-201-9650
A Veritext Company   www.veritext.com

**EXHIBIT B**

```
 1   that."  Did you speak to her about filing
 2   the police report?
 3   A       She threw -- I'm trying to remember the
 4   conversation.  She said she threw the
 5   drink on ████ █████ and his girlfriend
 6   and the girlfriend got irate.  I said
 7   that's dangerous.  Why would you do that?
 8   That girl can come after you.  And I said
 9   do you feel that that can happen?  And I
10   said do you want to go to the police and
11   file a report in case she comes after
12   you?  And she said no.
13   Q       Did you mention to her anything about
14   filing a police report about ████ █████
15   A       ████ was included.  I said did you feel
16   as if they're going to come after you?
17   That would be ████ included with the
18   girlfriend.  Did you want to file a
19   police report because she threw the drink
20   on the girl and the girl -- threw it on
21   his girlfriend I want to say or a girl.
22   I'm not sure it was a girlfriend or not.
23   Q       Do you know who the girl was?
24   A       No.
25   Q       Do you know whether she was an LSU
```

Page 170

```
 1   student?
 2   A    No.
 3   Q    Did you ask?
 4   A    No.
 5   Q    She next says that "she told you that
 6        ▆▆▆ had issues and had been violent
 7   with her on several occasions;" did that
 8   ever happen?
 9   A    No.
10   Q    She said "she told you that she just
11   wanted to get him some help because he
12   had issues with women that stemmed from
13   his childhood;" did she tell you that?
14   A    No.
15   Q    She says that "she told you and Keava
16   that she was very scared around ▆▆▆
17   when he had been drinking and that ▆▆▆
18   was battling some demons;" did she tell
19   you that?
20   A    No, I don't remember that.
21   Q    Did she tell you anything along any of
22   those lines -- anything to suggest that
23   she was fearful?
24   A    No, she actually laughed because she
25   thought it was funny that she threw the
```

Page 171

```
 1   1   drink and -- she actually laughed when
 2   2   she threw the drink and at the fact that
 3   3   she threw the drink -- that it was a
 4   4   laughable thing for her.
 5   5   Q     Did you get the impression that she was
 6   6   annoyed that she was being called-in
 7   7   about the incident?
 8   8   A     I did.
 9   9   Q     How so?
10  10   A     Because she laughed and was like -- it
11  11   was like he was with a girl.  I got him
12  12   back.
13  13   Q     It was like that?  It was like she was
14  14   laughing that she got him back?
15  15   A     Yeah.  Like he was with a girl, she got
16  16   him back and that she threw the drink at
17  17   him.  That was her intention, was to
18  18   throw the drink at him.
19  19   Q     Did she act emotional at all in this
20  20   meeting in terms of sad, crying, anything
21  21   like that in this meeting?
22  22   A     She laughed.
23  23   Q     It says here "Calise said she was not
24  24   presented with any support mechanisms and
25  25   the meeting was over with you saying you
```

Page 172

```
 1   would take care of things."
 2   A    I told her I had to report it to Miriam
 3   Segar.
 4   Q    Did you tell her anything about any
 5   support mechanisms that were available to
 6   her?
 7   A    I did I phrase that, if she was afraid
 8   that they would come after her.  We could
 9   go to the police.
10              MR. VAN-LARE:
11                   Speak up, please.
12              THE WITNESS:
13                   Oh, I'm sorry.
14   A    Other than if she was afraid that the
15   young lady and ▇▇▇▇ they would come
16   after them, she can file a police report.
17   BY MS. FURR:
18   Q    Okay.  It says then, the next paragraph,
19   "later on Calise was removed from working
20   certain events that involved football and
21   was not given a reason" but you just --
22   you didn't remove her from performing any
23   events for anything relating to the
24   report about ▇▇▇▇ ▇▇▇▇ right?
25   A    No.
```

Page 173

# EXHIBIT B

```
 1   about that related to Calise?
 2   A     About the JL incident?
 3   Q     Yes.
 4   A     That she threw the drink at ▇ and I
 5   know ▇ was some type of mentor to him
 6   or something like that.  I'm not
 7   remembering if he told me he was going to
 8   go talk to ▇ or not.  I'm not
 9   remembering it.  I think so but that's
10   all I can remember.
11   Q     You remember that you talked to him about
12   a drink being thrown.  Did you tell him
13   that Calise threw the drink?
14   A     Uh-huh.  I did.
15   Q     Did you tell him anything else about what
16   happened?
17   A     That ▇ was upset and I told him the
18   story that was told to me, that they had
19   to put her in a car, they had to hold her
20   back, that ▇ was upset and the
21   players had to hold ▇ back.  That's
22   what I was told.
23   Q     Did you tell him anything about whether
24   you were going to talk to Miriam about it
25   or not?
```

Page 195

```
 1   Q    Did you hear or do you recall that Calise
 2        testified that you were belittling and
 3        yelled at student workers at times?
 4   A    Yes.  I heard her say that.
 5   Q    Did you ever yell at the student workers?
 6   A    No.
 7   Q    Never?
 8   A    No.
 9   Q    Did you ever raise your voice at any of
10        them?
11   A    No.
12   Q    With the Samantha Brennan situation, did
13        you report that immediately to Miriam
14        Segar?
15   A    I did.
16   Q    Is it your understanding that Miriam
17        immediately got in touch with Samantha
18        Brennan?
19   A    Yes.
20   Q    Do you play any role in who gets academic
21        tutor jobs at LSU?
22   A    No.
23   Q    So, would you have had anything to do
24        with whether Calise received an academic
25        tutoring job?
```

Page 249

```
 1   A    No, that's all -- the academic center is
 2   separate.  They make those
 3   determinations.
 4   Q    Did you do anything to communicate with
 5   anybody to try and keep Calise from
 6   getting the job as an academic tutor?
 7   A    No.  I helped her.  I called Brent Sumler
 8   on her behalf to help her get a job there
 9   because it was what she said she wanted
10   to do, to work hand-in-hand with the
11   students.
12   Q    And that's the life skills job that we
13   were talking about before?
14   A    Yes.
15   Q    Did you or Keava in your meeting with
16   Calise ever say anything about that you
17   would call the police if Calise felt this
18   was big enough to ruin ████ ████████
19   career at LSU?
20   A    No.
21   Q    Did you suggest to her in any way she was
22   going to ruin ████ ████████ career if she
23   made a complaint about the JL's incident?
24   A    No.
25   Q    Were you ever disciplined at LSU?
```

Page 250