Case 3:21-cv-00242-WBV-SDJ   Document 471-5   10/13/23   Page 1 of 8
Case 3:21-cv-00242-WBV-SDJ   Document 369-5 *SEALED* 07/10/23   Page 1 of 8   01/25/2023

Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.
                      CASE NO.: 3:21-cv-00242
                      DIVISION WBV-SDJ
VERSUS              JUDGE WENDY B. VITTER
                      MAG. JUDGE JOHNSON

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL.

   * * * * * * * * * * * * * * * * * * * * *

VIDEO CONFERENCE DEPOSITION OF

KEAVA SOIL-CORMIER

TAKEN VIA ZOOM, BATON ROUGE, LOUISIANA, ON

JANUARY 25, 2023, BEGINNING AT 9:11 A.M.


REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER
    CERTIFICATE NUMBER 29011

# EXHIBIT C

Case 3:21-cv-00242-WBV-SDJ   Document 471-5   10/13/23   Page 2 of 8
Case 3:21-cv-00242-WBV-SDJ   Document 369-5 *SEALED* 07/10/23   Page 2 of 8
01/25/2023
Page 40

```
 1  A   I don't know how I learned about it, no.
 2  Q   Do you remember what you learned?  Let me
 3      rephrase that.  Just tell me what your
 4      recollection is of what happened between
 5      Mr. ████ and Ms. Richardson and anything
 6      that you recall --
 7  A   We had a meeting with her at some point
 8      in time about her throwing the drink on
 9      him.
10  Q   Do you recall who was at that meeting?
11  A   I think it was me and Sharon.
12  Q   How did that meeting come about?
13  A   As far as?
14  Q   Did you ask for the meeting or did Ms.
15      Richardson ask for the meeting?  Do you
16      recall how that transpired?
17  A   We called the meeting.
18  Q   We -- did you mean to you and Sharon?
19  A   Yes.
20  Q   When you called the meeting, what were
21      your concerns?  Why did you want to have
22      that meeting with Ms. Richardson?
23  A   About her throwing the drink.
24  Q   How did you find out about that, if you
25      remember?
```

**EXHIBIT C**

Case 3:21-cv-00242-WBV-SDJ    Document 471-5   10/13/23   Page 3 of 8
Case 3:21-cv-00242-WBV-SDJ    Document 369-5 *SEALED* 07/10/23   Page 3 of 8
01/25/2023
Page 41

```
 1  A   Sharon told me but I'm not sure where the
 2      story originally came from.
 3  Q   So, somehow Sharon found out and talked
 4      to you about it and the two of you
 5      decided that we need to speak to Calise
 6      and find out what happened?
 7  A   Yes.
 8  Q   So, you had this meeting.  Where was the
 9      meeting; do you recall?
10  A   Sharon's office.
11  Q   Tell me -- do you need some water or
12      anything?
13  A   Yes.  Can I grab water?
14  Q   Of course.  We can take a few minutes and
15      go get some water or something to drink.
16      We'll take five minutes.
17  (Off the record.)
18  BY MS. TRUSZKOWSKI:
19  Q   We were talking about Ms. Richardson and
20      you mentioned that you had a meeting with
21      Calise and Sharon and you in Sharon's
22      office about the throwing of the drink.
23      So tell me, to the best of your
24      recollection, what was discussed in that
25      meeting.  What did you tell Calise, just
```

**EXHIBIT C**

Case 3:21-cv-00242-WBV-SDJ   Document 471-5   10/13/23   Page 4 of 8
Case 3:21-cv-00242-WBV-SDJ   Document 369-5 *SEALED* 07/10/23   Page 4 of 8
01/25/2023
Page 115

```
 1                questions here.
 2  BY MS. FURR:
 3  Q   Do you know what my question was?
 4  A   Yeah, I was never touched by Frank
 5      Wilson.
 6  Q   Did he ever make any advances to try and
 7      encourage you to get into a sexual
 8      relationship?
 9  A   No.
10  Q   Did Sharon Lewis ever tell you that she
11      had reported Frank Wilson to anyone?
12  A   I think I remember for work stuff but.
13  Q   Not for sexual stuff?
14  A   Not that I remember.
15  Q   Did she tell you that she had reported
16      Frank Wilson for allegedly trying to kiss
17      Nicole?
18  A   I don't remember.
19  Q   Did Calise Richardson ever tell you that
20      ▇▇▇▇▇  ▇▇▇▇▇ attempted to rape her?
21  A   No.
22  Q   Did she ever tell you anything along
23      those lines or that he tried to do
24      anything non-consensual sexually to her?
25  A   She said they were messing around
```

**EXHIBIT C**

Case 3:21-cv-00242-WBV-SDJ   Document 471-5   10/13/23   Page 5 of 8
Case 3:21-cv-00242-WBV-SDJ   Document 369-5 *SEALED* 07/10/23   Page 5 of 8   01/25/2023
Page 116

```
 1      consensually.  She said she had --
 2      somewhere in-between she wanted him to
 3      stop and then it stopped.
 4   Q  Did she say anything else to you about
 5      that?
 6   A  No.
 7   Q  Did she tell you she was angry with ▇▇▇
 8      for anything?
 9   A  Yeah, I think they weren't getting along
10      after that.  I don't remember the exact
11      details.
12   Q  Did she give you any reason to think
13      ▇▇▇ had done anything inappropriate to
14      her sexually?
15   A  Other than her saying no and him getting
16      upset, no.
17   Q  Okay, so she said he got upset but did
18      she say he stopped or did she say he
19      continued on?
20   A  He stopped.
21   Q  Then what did she say about him getting
22      upset?
23   A  He got mad and maybe cursed her out or
24      something and left.
25   Q  Did she tell you why she was telling you
```

**EXHIBIT C**

Case 3:21-cv-00242-WBV-SDJ    Document 471-5    10/13/23    Page 6 of 8
Case 3:21-cv-00242-WBV-SDJ    Document 369-5 *SEALED* 07/10/23    Page 6 of 8
01/25/2023
Page 117

```
 1        this?
 2   A    No.
 3   Q    Did she tell you that ▆▆▆ was
 4        threatening to have her fired?
 5   A    I don't remember that.
 6   Q    Did you tell her that if she didn't want
 7        to have sex why did she let him into her
 8        bed?
 9   A    I never said that.
10   Q    Did you tell ▆▆▆▆▆▆ what Calise
11        had told you about what happened with
12        ▆▆▆
13   A    I don't think so.  I'm not remembering.
14        I don't recall doing that.
15   Q    Did you tell Calise that she needed to
16        apologize to someone named ▆▆▆ for
17        what happened between Calise and ▆▆▆
18        ▆▆▆
19   A    I think if anything, I said you need to
20        have a conversation about it but it
21        wasn't to apologize.
22   Q    Was ▆▆▆ dating ▆▆▆ at the
23        time?
24   A    Yes.
25   Q    To your knowledge did ▆▆▆ know that
```

**EXHIBIT C**

Case 3:21-cv-00242-WBV-SDJ   Document 471-5   10/13/23   Page 7 of 8
Case 3:21-cv-00242-WBV-SDJ   Document 369-5 *SEALED* 07/10/23   Page 7 of 8

01/25/2023
Page 118

| | | |
|---|---|---|
| 1 | | Calise and ▮▮▮ had some kind of |
| 2 | | consensual interaction? |
| 3 | A | I don't specifically remember but I think |
| 4 | | it may have come up.  I think so. |
| 5 | Q | If Calise Richardson had told you that |
| 6 | | ▮▮▮ had done something non- |
| 7 | | consensual to her sexually would you have |
| 8 | | reported that to Sharon or to Miriam? |
| 9 | A | Yes. |
| 10 | Q | Turning to ▮▮▮ in that meeting - |
| 11 | | - I'm not going to rehash the stuff that |
| 12 | | y'all already talked about -- but in the |
| 13 | | meeting with Calise about the drink- |
| 14 | | throwing incident, do you remember saying |
| 15 | | anything during that meeting or were you |
| 16 | | just a witness to the meeting? |
| 17 | A | I do not remember saying anything or a |
| 18 | | whole lot. |
| 19 | Q | Did you laugh at Calise when she told you |
| 20 | | the story? |
| 21 | A | No. |
| 22 | Q | Did Sharon laugh? |
| 23 | A | No. |
| 24 | Q | Did Calise say anything to y'all to |
| 25 | | communicate that she was fearful for her |

**EXHIBIT C**

Case 3:21-cv-00242-WBV-SDJ   Document 471-5   10/13/23   Page 8 of 8
Case 3:21-cv-00242-WBV-SDJ   Document 369-5 *SEALED* 07/10/23   Page 8 of 8
01/25/2023
Page 119

```
 1        safety?
 2   A    I don't think so.
 3   Q    Did you or Sharon Lewis tell her that she
 4        could report it further if she wanted to
 5        ruin ████ ██████ career?
 6   A    Not the last part.  I think we did offer
 7        her to report it further but it wasn't
 8        about his career.
 9   Q    Okay.  Is there any reason that you or
10        Sharon Lewis would have been motivated to
11        protect ████ ████ from anybody finding
12        out about this if he had done something
13        inappropriate?
14   A    No.
15   Q    Did you say no?
16   A    No.  Yes.
17   Q    Did you get any sense from that meeting
18        that ████ ████ had done anything to
19        abuse Calise Richardson?
20   A    No.
21   Q    You said you think that Sharon Lewis
22        after the meeting reported this incident
23        to Miriam Segar.  Were you present when
24        she reported it to Miriam Segar or did
25        she just tell you she was going to report
```

**EXHIBIT C**