Case 3:21-cv-00242-WBV-SDJ   Document 471-7   10/13/23   Page 1 of 4
Case 3:21-cv-00242-WBV-SDJ   Document 369-7 *SEALED* 07/10/23   Page 1 of 4

09/27/2022
Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, SAMANTHA BRENNAN,
CALISE RICHARDSON, JADE LEWIS,
KENNAN JOHNSON, ELISABETH          CASE NO.
ANDRIES, JANE DOE, ASHLYN          3:21-CV-00242
ROBERTSON, CORINN HOVIS, AND
SARAH BETH KITCH

VS.

BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY AND
AGRICULTURAL AND MECHANICAL
COLLEGE, AND VERGE AUSBERRY,
MIRIAM SEGAR, JENNIE STEWART,
AND JONATHAN SANDERS, IN THEIR
INDIVIDUAL CAPACITIES

* * * * * * * * * * * * * * * * * * * * * * * *

*** CONFIDENTIAL TRANSCRIPT ***

*** SUBJECT TO PROTECTIVE ORDER ***

The deposition of ABIGAIL OWENS, taken in

connection with the captioned cause, pursuant to

the following stipulations before RITA A. DEROUEN,

Certified Court Reporter, at Phelps Dunbar, 400

Convention Street, Suite 1100, Baton Rouge,

Louisiana 70802 on September 27, 2022, beginning

at 9:01 am.

COURT REPORTERS OF LOUISIANA, L.L.C.
9522 Brookline Avenue, Suite 217
Baton Rouge, Louisiana  70809
PHONE (225) 201-9650 * FAX (225) 201-9651
E-mail:  depos@courtreportersla.com

**EXHIBIT E**

Case 3:21-cv-00242-WBV-SDJ   Document 471-7   10/13/23   Page 2 of 4
Case 3:21-cv-00242-WBV-SDJ   Document 369-7 *SEALED* 07/10/23   Page 2 of 4   09/27/2022

Page 14

1   Q.   Where did you live at LSU?

2   A.   I started my freshman year at WCA, the

3   West Campus Apartments.  And then sophomore year I

4   like still had an apartment at WCA, but I lived

5   with my boyfriend at the time at the Cottages

6   pretty much.  I wasn't on the lease, but that's

7   where I was staying.  And then junior year, I

8   moved to The Standard, the same place that Sam

9   lived.

10   Q.   And then what about senior year?

11   A.   Same apartment complex, different unit.

12   Q.   Who was your roommate in WCA?

13   A.   I had three, ████████████, ████████████, and

14   then the third one's name was ███████████ but she

15   was only there for half of the year, so I don't

16   remember her last name.

17   Q.   And was that freshman year?

18   A.   Uh-huh.

19   Q.   Yes?

20   A.   Yes.  Sorry.

21   Q.   And then second year, you still -- were

22   they still your roommates?

23   A.   No.  I got assigned like random roommates,

24   ████████████ and ███████████████ -- I don't

25   know how to spell her last name -- I think were

**EXHIBIT E**

Case 3:21-cv-00242-WBV-SDJ   Document 471-7   10/13/23   Page 3 of 4
Case 3:21-cv-00242-WBV-SDJ   Document 369-7 *SEALED* 07/10/23   Page 3 of 4

09/27/2022
Page 15

1  the only two roommates.  I think we had like a

2  three-bedroom.

3  **Q.  Did you ever live with them, or was that**

4  **whole time spent at your boyfriend's?**

5  A.  Pretty much the whole time.  I think I

6  might have spent one night there the whole year.

7  **Q.  Was it furnished for you?**

8  A.  No.  We called it like the goodwill

9  because it was all my stuff that I didn't really

10  use.

11  **Q.  Did your parents know you were living with**

12  **your boyfriend?**

13  A.  Uh-huh, yes.

14  **Q.  What was that boyfriend's name?**

15  A.  ███████████.

16  **Q.  Last name?**

17  A.  ███████

18  **Q.  Was he an athlete?**

19  A.  Yes, he was.

20  **Q.  What kind?**

21  A.  Tennis player.

22  **Q.  Okay.  And then when you moved to The**

23  **Standard junior year, were you still dating him or**

24  **not?**

25  A.  Yes.  We lived together.

# EXHIBIT E

Case 3:21-cv-00242-WBV-SDJ    Document 471-7    10/13/23    Page 4 of 4    09/27/2022
Case 3:21-cv-00242-WBV-SDJ    Document 369-7 *SEALED* 07/10/23    Page 4 of 4
Page 77

1    A.  All the time, probably.

2    **Q.  Did you lie to her about other things?**

3    A.  Probably about if I went to class or not,

4  I probably lied about that.  Actually, I

5  definitely lied about that.

6    **Q.  Anything else you can think of you lied to**

7  **her about?**

8    A.  No, nothing in particular.

9    **Q.  Did you lie to her about test results or**

10  **anything, or did she pay attention?**

11    A.  I don't think I could lie about test

12  results.

13    **Q.  So other than that one phone call in**

14  **rehab, you didn't speak to her, I guess, at any**

15  **point in time yourself about the incident with**

16  **█████████?**

17    A.  No.

18    **Q.  Is it your understanding that your dad is**

19  **the only one that spoke to her about the incident**

20  **with █████    ██████ or did your dad speak to her?**

21    A.  My dad was the only one there.

22    **Q.  And where was that?**

23    A.  I believe it was in Nashville at the SEC

24  tournament.

25    **Q.  SEC women's tennis, or is it women's and**

**EXHIBIT E**