Case 3:21-cv-00242-WBV-SDJ   Document 471-8   10/13/23   Page 1 of 13
Case 3:21-cv-00242-WBV-SDJ   Document 369-8 *SEALED* 07/10/23   Page 1 of 13

10/10/2022
Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL                CIVIL ACTION NO. 21-242

VERSUS
                                 JUDGE WENDY B. VITTER
LOUISIANA STATE
UNIVERSITY, ET AL                MAGISTRATE JUDGE JOHNSON


*** CONFIDENTIAL ***

* * * * * * * * * * * * * * * * * * * * * * * * * * *

TRANSCRIPT OF THE DEPOSITION OF:

ASHLYN BROOKE MIZE,

TAKEN ON BEHALF OF BOARD OF SUPERVISORS OF LOUISIANA

STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL

COLLEGE, REPORTED IN THE ABOVE ENTITLED AND NUMBERED

CAUSE BY YOLANDA J. PENA, CERTIFIED COURT REPORTER FOR

THE STATE OF LOUISIANA.

* * * * * * * * * * * * * * * * * * * * * * * * * * *


REPORTED AT THE LAW OFFICES OF:

PHELPS DUNBAR LLP

400 CONVENTION STREET, SUITE 1100

BATON ROUGE, LOUISIANA  70802


COMMENCING AT 9:06 A.M., ON OCTOBER 10, 2022.

**EXHIBIT F**

Case 3:21-cv-00242-WBV-SDJ   Document 471-8   10/13/23   Page 2 of 13
Case 3:21-cv-00242-WBV-SDJ   Document 369-8 *SEALED* 07/10/23   Page 2 of 13

10/10/2022
Page 15

```
 1   Louisiana?
 2        A.   I did.
 3        Q.   From where?
 4        A.   Tensas Academy.
 5        Q.   And what day did you leave -- did you withdraw
 6   from LSU?
 7        A.   September.  I believe it was probably -- it
 8   was around September 5th of 2017.
 9        Q.   And you were not an athlete while at LSU,
10   right?
11        A.   I was not.
12        Q.   And you did not work in the athletics
13   department?
14        A.   I did not.
15        Q.   Did you have a TOPS scholarship?
16        A.   I did.
17        Q.   What was your major?
18        A.   My major began in animal science pre-vet, and
19   then right before my junior semester, I changed my
20   major to communications studies prelaw.
21        Q.   Do you plan to go to law school?
22        A.   I do.
23        Q.   Where did you live while you were at LSU?
24        A.   I lived in an apartment complex right off
25   campus, called The Standard.  I believe that's what it
```

**EXHIBIT F**

Case 3:21-cv-00242-WBV-SDJ   Document 471-8   10/13/23   Page 3 of 13
Case 3:21-cv-00242-WBV-SDJ   Document 369-8 *SEALED* 07/10/23   Page 3 of 13

10/10/2022
Page 16

```
 1   was called.
 2        Q.   Did you live there your freshman year?
 3        A.   I did.
 4        Q.   Did you live there the whole time?
 5        A.   I moved from The Standard -- it switched names
 6   a couple times, so I'm not sure what the last name was
 7   of the apartment complex.  Right before the summer
 8   before my junior year, I moved to a different apartment
 9   complex.
10        Q.   Which complex, then?
11        A.   I don't remember the name, honestly.
12        Q.   Where was it located?
13        A.   I don't remember the street either.
14        Q.   Was it your apartment or someone else's that
15   you were moving into?
16        A.   It was mine.
17        Q.   Do you have any idea how to get there?  Like,
18   is there somewhere -- any landmarks that you can think
19   of around campus?
20        A.   There used to be a Mellow Mushroom.  If you go
21   up the street, it's on the corner.  I'm trying to think
22   of the name.
23        Q.   Boyd?  On Boyd?
24        A.   It was.  It was on the corner.
25        Q.   Who did you live with freshman year?
```

**EXHIBIT F**

Case 3:21-cv-00242-WBV-SDJ   Document 471-8   10/13/23 Page 4 of 13
Case 3:21-cv-00242-WBV-SDJ   Document 369-8 *SEALED* 07/10/23   Page 4 of 13
10/10/2022
Page 109

```
 1   sure you would -- or trying to get you to come in and
 2   talk to them?
 3         A.    I believe I received an email first.
 4         Q.    Without [redacted] telling you ahead of time?
 5         A.    I believe so.
 6         Q.    Do you remember that she -- so I guess
 7   there's -- some would say that they were reaching out
 8   to [redacted] to get to see if they could -- if [redacted] could
 9   persuade you to come and make a report to LSU.
10               Do you remember [redacted] having any discussions
11   with you to say, like, I've talked to somebody about
12   you anonymously, and this is what's available to you to
13   go do, or to make a report?
14         A.    I don't remember any specific conversations
15   like that.  I do remember, after receiving the emails,
16   talking to [redacted] and her telling me that I could make a
17   report.  And then I told her I was -- told her that I
18   did not want to make a report.  And I can remember her
19   saying, "Well, please, please, please just go to the
20   health department.  It's free.  And just go to the
21   health department and get checked out."  I just
22   remember her being adamant about that part.
23         Q.    And did she tell you or did you know that
24   going to the health department is confidential, that
25   your information wouldn't be disclosed?
```

**EXHIBIT F**

Case 3:21-cv-00242-WBV-SDJ    Document 471-8    10/13/23   Page 5 of 13
Case 3:21-cv-00242-WBV-SDJ    Document 369-8 *SEALED* 07/10/23   Page 5 of 13

10/10/2022
Page 116

1  Q. Do you remember receiving this one, though --
2  A. Yes --
3  Q. -- Exhibit 2?
4  A. -- I do.
5  Q. And what was your reaction when you received
6  this letter?
7  A. I believe I told her that I didn't want to
8  pursue an investigation and that I may have told her
9  that I was going to go to the health department or that
10 I had already been to the health department. I can't
11 remember at that time.
12 Q. And do you know whether on this date you had
13 been to the health department?
14 A. I don't remember.
15 Q. Okay. So it says here that she wants to
16 discuss all of the services provided on and off campus
17 to address your medical concerns. Did you have any --
18 did you accept that offer, to have that discussion with
19 her?
20 A. I did not have a discussion with her about
21 that.
22 Q. Was that by your choice?
23 A. When I emailed her back, I believe I said I
24 didn't want to pursue an investigation and that I was
25 using the health department. And I believe she may

**EXHIBIT F**

Case 3:21-cv-00242-WBV-SDJ   Document 471-8   10/13/23   Page 6 of 13
Case 3:21-cv-00242-WBV-SDJ   Document 369-8 *SEALED* 07/10/23   Page 6 of 13

10/10/2022
Page 117

```
 1    have emailed me back, and I don't remember what she
 2    said exactly.
 3         Q.   Okay.  It says, "Secondly, we want to provide
 4    you with academic support and ensure that you are able
 5    to successfully continue with your studies at LSU."
 6              Did you respond to her and accept any academic
 7    support or ask to hear more about academic support?
 8         A.   No.  At the time, I -- I didn't really need
 9    academic support.
10         Q.   It says here she's attaching Permanent
11    Memorandum 73.  Did you read Permanent Memorandum 73?
12         A.   I don't recall if I did or I did not.
13         Q.   Next she says, "I would like to encourage you
14    to schedule an appointment with me."
15              Did you ever do anything to schedule an
16    appointment with her?
17         A.   I did not.
18         Q.   And why not?
19         A.   Because I did not want to pursue an
20    investigation.
21         Q.   Did you also not want to pursue any resources
22    that were available at the time, just wanted to not
23    bring this to LSU's attention?
24         A.   I think it was brought to their attention, but
25    I did not want to keep reliving it.
```

# EXHIBIT F

Case 3:21-cv-00242-WBV-SDJ   Document 471-8   10/13/23   Page 7 of 13
Case 3:21-cv-00242-WBV-SDJ   Document 369-8 *SEALED* 07/10/23   Page 7 of 13   10/10/2022
Page 118

```
 1        Q.   Did you have any problem with anything that
 2   was said in this letter?
 3        A.   Did I have a problem with anything that was
 4   said in this letter?
 5        Q.   Yes.
 6        A.   I don't see a problem with anything in the
 7   letter.
 8        Q.   Okay.
 9             MS. FURR:  I'm going to show you what
10             I'm marking as Exhibit 3.
11       (Exhibit No. 3 was marked for identification.)
12   BY MS. FURR:
13        Q.   Is this an email exchange between you and
14   Ms. Fuentes-Martin?
15        A.   It is.
16        Q.   Did you send the email at the bottom that's
17   dated February 5th, 2016?
18        A.   I did.
19        Q.   And was that your response to Exhibit 2?
20        A.   It was.
21        Q.   You say in the first line, "I apologize for
22   responding this late, but I wanted to think about
23   everything and look at all my options."
24             What options did you look at?
25        A.   I don't recall.  If you want me to be honest,
```

**EXHIBIT F**

Case 3:21-cv-00242-WBV-SDJ   Document 471-8   10/13/23 Page 8 of 13
Case 3:21-cv-00242-WBV-SDJ   Document 369-8 *SEALED* 07/10/23   Page 8 of 13
10/10/2022
Page 119

```
 1   completely transparent, I probably did not look at any
 2   options.  I wanted to make the email sound good.
 3       Q.   Do you know at what point in time -- strike
 4   that.
 5            Do you know whether ███ at first did not
 6   disclose your name and then at some point in time
 7   ultimately did disclose your name?
 8       A.   I'm not sure.
 9       Q.   Okay.  It says in the next sentence, "I have
10   decided I would not like an investigation to be
11   performed."  That's what you wrote?
12       A.   Correct.
13       Q.   And it says, "I have met with Ms. Sierra
14   Fowler, and I know all the resources that are available
15   to me."
16       A.   Correct.
17       Q.   You said you met with Sierra Fowler once?
18       A.   I did.
19       Q.   What did she discuss with you about resources?
20   Do you remember?
21       A.   I remember her discussing about maybe tutoring
22   if I needed it.  That's the only thing that really I
23   remember about the conversation.  If I needed help
24   academically, I believe they offered tutoring.
25       Q.   Did she talk to you about counseling
```

**EXHIBIT F**

Case 3:21-cv-00242-WBV-SDJ   Document 471-8   10/13/23   Page 9 of 13
Case 3:21-cv-00242-WBV-SDJ   Document 369-8 *SEALED* 07/10/23   Page 9 of 13

10/10/2022
Page 120

```
 1   opportunities and any kind of --
 2        A.   She may have.  I don't recall.
 3        Q.   Was there anything that you were looking for
 4   from Ms. Fowler, or did you just want to move on?
 5        A.   I honestly just wanted to move on.
 6        Q.   Do you recall everything that Sierra told you
 7   or no?
 8        A.   I don't recall everything she told me, no.
 9        Q.   And you said Sierra Fowler was in
10   The Lighthouse Program?
11        A.   I believe so.
12        Q.   Which was in the same building as your
13   appointment for the STD?
14        A.   I believe so.  I believe they were on the same
15   floor, if I recall correctly.
16        Q.   Do you know on what date you met with Sierra
17   Fowler?
18        A.   I don't know the exact date, no.
19        Q.   Did you have any problem with anything Sierra
20   Fowler did in talking with you?
21        A.   No.  I just remember it was a very brief
22   conversation, and then I left.  That was it.
23        Q.   Was she kind to you?
24        A.   I don't remember her being not kind, so I
25   would remember that more.
```

# EXHIBIT F

Case 3:21-cv-00242-WBV-SDJ   Document 471-8   10/13/23   Page 10 of 13
Case 3:21-cv-00242-WBV-SDJ   Document 369-8 *SEALED* 07/10/23   Page 10 of 13

10/10/2022
Page 124

1  Q. She told you, I don't believe things will get
2  done correctly?
3  A. She -- what she specifically told me was I
4  understand. I believe you. He's like a god around
5  here.
6  Q. Is there anything else she said, or just that?
7  A. No. She may have, but I don't recall anything
8  right now.
9  Q. Okay. In looking back at Exhibit 3, was this
10 a reply that you received from Ms. Fuentes-Martin in
11 response to your email?
12 A. Yes, it was.
13 Q. And you can see here that she says in the
14 second line, "I would like you to leave the door open
15 to future discussions with you should the need arise."
16 A. Sure. Yes.
17 Q. Did you ever go back to her?
18 A. I did not.
19 Q. Why not?
20 A. I really didn't feel the need to go back to
21 her at the time.
22 Q. How come?
23 A. I had the -- the event was kind of shoved to
24 the back of my brain, and I shortly after started using
25 drugs and alcohol, and whenever an addict is in

# EXHIBIT F

Case 3:21-cv-00242-WBV-SDJ   Document 471-8   10/13/23   Page 11 of 13
Case 3:21-cv-00242-WBV-SDJ   Document 369-8 *SEALED* 07/10/23   Page 11 of 13

10/10/2022
Page 133

1   conduct that's abusive.  I'm trying to make sure I have
2   it all.  Other than what you believe occurred that
3   night, him calling you a bitch one time when you
4   were -- or referring to you as a bitch when you were at
5   a club, in the doorway, you think he even may have put
6   a smoothie on your car, and in ▓▓▓ ▓▓▓▓▓▓ apartment,
7   telling you to get you friends to quit harassing him,
8   is there anything else that he did that you consider to
9   be abusive to you?
10       A.   Also the gun with my name on it.  I know
11  that's all part of the mental abuse that he endured
12  [sic].
13       Q.   Part of.  I'm trying to find out, is there
14  anything else?
15       A.   No, that's it.
16       Q.   At the time that you -- at the time that LSU
17  was interacting with you to offer resources and ask you
18  to participate in investigations, is there anything you
19  think they did wrong at that point in time?
20       A.   At that point in time, no.
21       Q.   And there isn't any description of events that
22  happened that night that you ever gave to LSU, whether
23  in an email, verbally, a written statement, or anything
24  like that, to assist them in an investigation, correct?
25       A.   No.  I did not want an investigation.  I did

**EXHIBIT F**

Case 3:21-cv-00242-WBV-SDJ   Document 471-8   10/13/23   Page 12 of 13
Case 3:21-cv-00242-WBV-SDJ   Document 369-8 *SEALED* 07/10/23   Page 12 of 13

10/10/2022

Page 134

```
 1   not give them any information.
 2        Q.   And the instances that we just talked about,
 3   the situation in ▮▮▮▮ ▮▮▮▮▮▮ apartment where you had
 4   the conversation with ▮▮▮▮▮ ▮▮▮▮▮ do you know how
 5   soon after January 2016 that occurred?
 6        A.   I think I said earlier maybe a month -- close
 7   to around a month after.  It wasn't -- it wasn't a
 8   week.  Lit wasn't that soon.  It was probably closer to
 9   a month.
10        Q.   And is that the same for the smoothie
11   incident?
12        A.   The smoothie, I remember specifically it was
13   during finals week, so it was probably the end of the
14   semester.
15        Q.   Spring 2016?
16        A.   Yes, ma'am.
17        Q.   And then seeing him in the nightclub and him
18   telling -- referring to you as a bitch to those two
19   women, when was that?
20        A.   That same year, but I don't recall the exact
21   time.
22        Q.   That same school year, somewhere spring term
23   2016?
24        A.   It may have been the summer of 2016.
25        Q.   Do you know one way or another?
```

**EXHIBIT F**

**From:** "Maria Fuentes-Martin" <mari@lsu.edu>
**To:** "Ashlyn B Mize" <amize4@lsu.edu>
**Subject:** Re: Investigation
**Date:** Mon, 08 Feb 2016 08:26:36 -0600
**Importance:** Normal

---

Dear Ashlyn,
I'm glad that you responded to me and I'm thankful that you took the time to meet with Seirra. We are all here to help you and will respect your decision not to proceed. I would like to leave the door open to future discussions with you should the need arise. I wish you the best in your endeavors.
Respectfully,
Mari

Sent from my iPhone

On Feb 5, 2016, at 11:44 AM, Ashlyn B Mize <amize4@lsu.edu> wrote:

Hello Ms. Maria,

I apologize for responding this late but I wanted to think about everything and look at all of my options. I have decided I would not like an investigation to be performed. I have met with Ms. Seirra Fowler and I know all of the resources that are available to me. I plan to use them if needed. I appreciate yours and LSU's support through this situation.

Thank you for your time,

Ashlyn Mize

amize4@lsu.edu



**EXHIBIT F**