Case 3:21-cv-00242-WBV-SDJ   Document 471-11   10/13/23   Page 1 of 8
Case 3:21-cv-00242-WBV-SDJ   Document 369-11 *SEALED* 07/10/23   Page 1 of 8

Confidential                    BOARD SUPERVISORS                    04/11/2023
                                                                       Page 1

```
                UNITED STATES DISTRICT COURT

                MIDDLE DISTRICT OF LOUISIANA


ABBY OWENS, ET AL
                            CASE NO.: 3:21-CV-00242
                            DIVISION WBV-SDJ
VERSUS                      JUDGE WENDY B. VITTER
                            MAG. JUDGE JOHNSON

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL

     * * * * * * * * * * * * * * * * * * * * *
                 C O N F I D E N T I A L

              30 (b)(6) DEPOSITION OF

   BOARD OF SUPERVISORS OF LOUISIANA STATE

 UNIVERSITY AND AGRECULTURAL AND MECHANICAL

           COLLEGE ("BOARD") through

   JOSH JONES, WENDY NALL, DR. JANE CASSIDY,

         JENNIFER NORMAND, JEFF DEVEER



TAKEN AT PHELPS DUNBAR, 400 CONVENTION

STREET, BATON ROUGE, LOUISIANA, ON APRIL 11,

2023, BEGINNING AT 9:22 A.M.



REPORTED BY:
     JENNIFER W. PICKETT
     CERTIFIED COURT REPORTER
```

*Certified Copy*

# EXHIBIT H

Case 3:21-cv-00242-WBV-SDJ   Document 471-11   10/13/23   Page 2 of 8
Case 3:21-cv-00242-WBV-SDJ   Document 369-11 *SEALED* 07/10/23   Page 2 of 8

Confidential                BOARD SUPERVISORS                04/11/2023

Page 40

```
 1  A    I can't speak to that.  I don't know.
 2  Q    Were any of those trainings ever updated
 3       to address any systemic concerns about
 4       employee reporting?
 5                MS. GREEN:
 6                     Object to the form of the
 7                question.
 8  A    In regards to the annual training?
 9  BY MS. ABDNOUR:
10  Q    Correct.
11  A    No.
12  Q    Are you aware of it occurring related to
13       any of the unit or departmental trainings
14       that you described?
15  A    No.  If somebody was found to not be
16       engaging in their mandatory reporting,
17       that was a separate disciplinary process.
18  Q    My question is related to any sort of
19       more systemic issues of not reporting
20       within a department or unit?
21  A    Not that I'm aware of.  I mean I know
22       that there were some units that had
23       additional -- they went above and beyond
24       that annual training -- so, for example,
25       LSU Athletics -- I believe his name is
```

**EXHIBIT H**

Confidential

BOARD SUPERVISORS

04/11/2023

Page 41

|    |   |                                                                 |
|----|---|-----------------------------------------------------------------|
| 1  |   | Dan Beebe, it's something close to that.                        |
| 2  |   | They had additional trainings and they                          |
| 3  |   | actually, I believe, had to sign forms.                         |
| 4  |   | Those forms were collected by LSU so I                          |
| 5  |   | can't speak to the exact specifics of                           |
| 6  |   | those trainings but again, there were                           |
| 7  |   | some units that did additional trainings                        |
| 8  |   | beyond that mandatory annual training and                       |
| 9  |   | then there's also -- the state has a                            |
| 10 |   | mandatory civil service training.  So,                          |
| 11 |   | civil service employees have to do a                            |
| 12 |   | sexual harassment training through the                          |
| 13 |   | state as well.                                                  |
| 14 | Q | **With respect to that civil service**                          |
| 15 |   | **training, who at LSU would have to do**                       |
| 16 |   | **that training?**                                              |
| 17 | A | Anyone who's been designated as a civil                         |
| 18 |   | service employee.                                               |
| 19 | Q | **Can you give me some examples of who that**                   |
| 20 |   | **would be?**                                                   |
| 21 | A | I believe it would be folks --                                  |
| 22 |   | custodians, certain facilities workers --                       |
| 23 |   | I imagine like landscapers, those types                         |
| 24 |   | of positions.                                                   |
| 25 | Q | **You mentioned that there were some other**                    |

# EXHIBIT H

Case 3:21-cv-00242-WBV-SDJ   Document 471-11   10/13/23   Page 4 of 8
Case 3:21-cv-00242-WBV-SDJ   Document 369-11 *SEALED* 07/10/23   Page 4 of 8

Confidential                BOARD SUPERVISORS                04/11/2023
                                                               Page 47

```
 1        reported within the time period that's
 2        relevant related to potential sex
 3        discrimination issues that you're aware
 4        of?
 5   A    That's not a topic I would have
 6        information on.
 7   Q    Okay.  Have you reviewed what has been
 8        provided to the plaintiffs in this case
 9        in terms of documentation related to the
10        complaints that may have been filed with
11        the Title IX office related to any of the
12        plaintiffs?
13   A    Yes.  I don't know that I've reviewed
14        every single piece of information, but
15        I've reviewed a large portion of it at
16        least, yes.
17   Q    Are you aware of any other reports or
18        information within the Title IX office
19        other than what's been provided already
20        related to any complaints related to the
21        plaintiffs?
22                MS. GREEN:
23                     Object to the form of the
24                question.
25   A    Because I don't know everything that was
```

# EXHIBIT H

Case 3:21-cv-00242-WBV-SDJ   Document 471-11   10/13/23   Page 5 of 8
Case 3:21-cv-00242-WBV-SDJ   Document 369-11 *SEALED* 07/10/23   Page 5 of 8
Confidential             BOARD SUPERVISORS                    04/11/2023
Page 49

```
 1        were there any reports made with the
 2        Title IX office other than what's been
 3        identified in this lawsuit?
 4   A    Not to my knowledge, no.
 5   Q    Same question for ▮▮▮▮▮▮▮▮?
 6   A    No.
 7   Q    Same question for ▮▮▮▮▮▮▮▮?
 8   A    No.
 9   Q    Same question for ▮▮▮▮▮▮▮▮?
10   A    No.
11   Q    Same question for ▮▮▮▮▮▮▮▮?
12   A    No.
13   Q    Describe for me all of the different
14        options -- and there may just be one but
15        I think there's more than one -- the
16        different options that mandatory
17        reporters had for reporting to the Title
18        IX office just on the Baton Rouge campus
19        during that period?
20   A    They could get the information to the
21        Title IX office any way.  They could call
22        the Title IX coordinator directly, they
23        could email the Title IX coordinator,
24        they could email the Title IX office,
25        they could stop by the office, I mean
```

# EXHIBIT H

Case 3:21-cv-00242-WBV-SDJ   Document 471-11   10/13/23   Page 6 of 8
Case 3:21-cv-00242-WBV-SDJ   Document 369-11 *SEALED* 07/10/23   Page 6 of 8
Confidential                    BOARD SUPERVISORS                    04/11/2023
Page 50

|    |   |                                                      |
|----|---|------------------------------------------------------|
| 1  |   | really anyway as long as the information            |
| 2  |   | got conveyed.  There was no one-way that             |
| 3  |   | was mandated and then once the Maxient               |
| 4  |   | and EthicsPoint systems were put in                  |
| 5  |   | place, that provided an additional way to            |
| 6  |   | report through online reporting forms but            |
| 7  |   | it could come in anyway as long as it got            |
| 8  |   | to the Title IX coordinator.                         |
| 9  | Q | **When did Maxient and EthicsPoint come**            |
| 10 |   | **into play?**                                       |
| 11 | A | I believe Maxient -- I don't remember                |
| 12 |   | exactly.  I want to say it was 2016 and              |
| 13 |   | I'm less sure about EthicsPoint.  I think            |
| 14 |   | Title IX started going into EthicsPoint -            |
| 15 |   | - it may have existed before then, I                 |
| 16 |   | can't speak to whether or not other                  |
| 17 |   | offices like compliance used it before               |
| 18 |   | then.  But I believe Title IX cases,                 |
| 19 |   | again, started to go into EthicsPoint                |
| 20 |   | around 2016, maybe 2017.                             |
| 21 | Q | **What training, if any, was provided to**           |
| 22 |   | **folks on campus in terms of how to use**           |
| 23 |   | **those two systems?**                               |
| 24 | A | I can't speak to any -- because the                  |
| 25 |   | training may have been different for                 |

# EXHIBIT H

Case 3:21-cv-00242-WBV-SDJ   Document 471-11   10/13/23   Page 7 of 8
Case 3:21-cv-00242-WBV-SDJ   Document 369-11 *SEALED* 07/10/23   Page 7 of 8

Confidential                BOARD SUPERVISORS                04/11/2023
Page 51

|    |   |                                                              |
|---:|---|--------------------------------------------------------------|
|  1 |   | different folks -- so, Maxient provides                      |
|  2 |   | certain training videos through the                          |
|  3 |   | Maxient site.  So, for example, ResLife                      |
|  4 |   | may do different trainings than the Title                    |
|  5 |   | IX office did, versus student                                |
|  6 |   | accountability and advocacy but Maxient                      |
|  7 |   | provides both in-person trainings, online                    |
|  8 |   | trainings, Maxient has a whole help                          |
|  9 |   | system where you can watch series of                         |
| 10 |   | videos.  So, that's all the training that                    |
| 11 |   | would have been available to folks but it                    |
| 12 |   | probably changed from person to person or                    |
| 13 |   | differed.                                                    |
| 14 | Q | **Were Maxient and EthicsPoint available to**                |
| 15 |   | **any employee to use for reporting or only**                |
| 16 |   | **certain categories of employees?**                         |
| 17 | A | Anybody can -- in fact, you could be a                       |
| 18 |   | non-employee and report through those.                       |
| 19 |   | It doesn't even require you to be an                         |
| 20 |   | employee so any individual can report                        |
| 21 |   | through those forms.                                         |
| 22 | Q | **How would someone be aware of the fact**                   |
| 23 |   | **that they could report using those**                       |
| 24 |   | **systems?**                                                 |
| 25 | A | If they'd gone to either -- again,                           |

# EXHIBIT H

Case 3:21-cv-00242-WBV-SDJ   Document 471-11   10/13/23   Page 8 of 8
Case 3:21-cv-00242-WBV-SDJ   Document 369-11 *SEALED* 07/10/23   Page 8 of 8
04/11/2023
Confidential                    BOARD SUPERVISORS
Page 52

```
 1   there's going to be kind of a series of
 2   changes throughout this time period but
 3   initially there would've been information
 4   on both the HRM site and the student
 5   accountability and advocacy site, so
 6   specifically like on the HRM site -- once
 7   you got to the Title IX page, it would
 8   say report an incident and then I believe
 9   it said if you're a student, report here.
10   If you're an employee, report here.  And
11   so, that would just bring you.  You
12   didn't have to know a link to get into.
13   You would just hit those buttons and
14   bring it right in.  On the SAA website, I
15   believe it just had one report-an-
16   incident button.  Again, it had a series
17   because you could report about academic
18   misconduct or just fighting, drugs,
19   hazing -- all of that -- but it only had
20   the link, I believe, for the student
21   reporting forms since they only oversee
22   students and then once you had a
23   dedicated Title IX website, you now had
24   those buttons in three different websites
25   where you could get into those reporting
```

# EXHIBIT H