Case 3:21-cv-00242-WBV-SDJ   Document 471-12   10/13/23   Page 1 of 3
Case 3:21-cv-00242-WBV-SDJ   Document 369-12 *SEALED* 07/10/23   Page 1 of 3
11/01/2022
Page 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

ABBY OWENS, ET AL.
VERSUS
BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERISTY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL.

CASE NO.:3:21-cv-00242          DIVISION: WBV-SDJ
JUDGE WENDY B. VITTER    MAGISTRATE JUDGE JOHNSON
JURY DEMANDED

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEPOSITION OF MIRIAM SEGAR

TAKEN AT THE OFFICE OF SHOWS, CALI & WALSH
628 ST. LOUIS STREET,
BATON ROUGE, LOUISIANA 70802
ON NOVEMBER 1, 2022
BEGINNING AT 9:26 A.M.

REPORTED BY:
KRISTINA MARIE CARTER, CCR
CERTIFIED COURT REPORTER

# EXHIBIT I

Case 3:21-cv-00242-WBV-SDJ    Document 471-12    10/13/23   Page 2 of 3
Case 3:21-cv-00242-WBV-SDJ    Document 369-12 *SEALED* 07/10/23   Page 2 of 3

11/01/2022

Page 242

```
01  A.    I reported to Jennie, in that instance, directly to
02  ask her how to put something in when I didn't have
03  any information about it, any details and I could
04  not talk to the student at the time.
05  Q.    Okay.  Do you recall ever taking any complainants to
06  the police?
07  A.    I did, yes.
08  Q.    Okay.  What do you recall about that?
09  A.    I remember taking Samantha Brennan to the police
10  station.
11  Q.    How did that come about?
12  A.    Sharon called me.  I went over to the football
13  operations building.  And when I got there, met with
14  Samantha.  And she expressed her concern that there
15  was a picture that she believed may be her that, at
16  the time, she thought it was a nude top, a picture
17  of her top, but she hadn't seen it.
18        And she asked -- what she really wanted was for
19  me -- she -- she told me she believed ████████
20  took the picture.  I asked her why she thought it
21  was ████ and she said because he left his wallet
22  in my apartment.
23        I asked her if there was any unwanted sexual
24  contact, aggression, and she said, no, that's not
25  what happened, but I don't -- I don't want him to
```

# EXHIBIT I

Case 3:21-cv-00242-WBV-SDJ     Document 471-12     10/13/23    Page 3 of 3
Case 3:21-cv-00242-WBV-SDJ     Document 369-12 *SEALED* 07/10/23    Page 3 of 3
11/01/2022
Page 243

```
01   circulate the picture.  I'm understanding -- people
02   are telling me he has a picture.  And she asked me
03   to talk to [REDACTED] and she really just wanted him to
04   delete the picture.
05           And I expressed to her that I felt like talking
06   to [REDACTED] may actually exacerbate the problem if
07   he, in fact, had the picture because I wouldn't --
08   he could delete it, he could tell us he didn't have
09   it.  I had no access to his phone, I couldn't make
10   him give me his phone, and that I felt like the best
11   course of action is for her to go to the police,
12   where they could actually do forensics on the phone,
13   give her her rights under the state law and talk to
14   her about Title 9 resources and all the things from
15   campus perspective.
16           She eventually agreed to do that.  And I did
17   tell her, as well, that even if she -- you know, the
18   police -- even if she just wanted the conversation
19   to occur, a police officer having the conversation
20   with [REDACTED] was very different than me having the
21   conversation with [REDACTED]  And then, you know, she
22   -- she agreed to go.  And so, in that instance, I
23   brought her to the police station.
24   Q.    When you say police, are you talking -- are you
25   referring to campus police?
```

# EXHIBIT I