Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23   Page 1 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23      Page 1 of 50

09/27/2022
Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, SAMANTHA BRENNAN,
CALISE RICHARDSON, JADE LEWIS,
KENNAN JOHNSON, ELISABETH          CASE NO.
ANDRIES, JANE DOE, ASHLYN          3:21-CV-00242
ROBERTSON, CORINN HOVIS, AND
SARAH BETH KITCH

VS.

BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY AND
AGRICULTURAL AND MECHANICAL
COLLEGE, AND VERGE AUSBERRY,
MIRIAM SEGAR, JENNIE STEWART,
AND JONATHAN SANDERS, IN THEIR
INDIVIDUAL CAPACITIES

* * * * * * * * * * * * * * * * * * * * * * * *

*** CONFIDENTIAL TRANSCRIPT ***

*** SUBJECT TO PROTECTIVE ORDER ***

The deposition of ABIGAIL OWENS, taken in

connection with the captioned cause, pursuant to

the following stipulations before RITA A. DEROUEN,

Certified Court Reporter, at Phelps Dunbar, 400

Convention Street, Suite 1100, Baton Rouge,

Louisiana 70802 on September 27, 2022, beginning

at 9:01 am.

COURT REPORTERS OF LOUISIANA, L.L.C.
9522 Brookline Avenue, Suite 217
Baton Rouge, Louisiana  70809
PHONE (225) 201-9650 * FAX (225) 201-9651
E-mail:  depos@courtreportersla.com

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23    Page 2 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 2 of 50    09/27/2022
Page 13

1    A.  No.

2    Q.  What's the highest level of education that
3    you've achieved?

4    A.  Bachelor's degree.

5    Q.  In what?

6    A.  Marketing.

7    Q.  And that was from Georgia?

8    A.  Uh-huh, yes.

9    Q.  Do you hold any certifications or licenses
10   or anything like that?

11   A.  No.

12   Q.  And when did you begin at LSU?

13   A.  August of 2013.

14   Q.  And what brought you to LSU?

15   A.  I got a full ride to play tennis at LSU.

16   Q.  Who recruited you?

17   A.  Julia Sell.

18   Q.  She was the head coach?

19   A.  Yes.

20   Q.  Where did you grow up?

21   A.  Right outside of Atlanta in Lawrenceville,
22   Georgia.

23   Q.  And were you on a full ride the whole time
24   you were at LSU?

25   A.  Yes, I was.

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23    Page 3 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 3 of 50    09/27/2022

Page 14

1    Q.   Where did you live at LSU?

2    A.   I started my freshman year at WCA, the

3 West Campus Apartments.  And then sophomore year I

4 like still had an apartment at WCA, but I lived

5 with my boyfriend at the time at the Cottages

6 pretty much.  I wasn't on the lease, but that's

7 where I was staying.  And then junior year, I

8 moved to The Standard, the same place that Sam

9 lived.

10    Q.   And then what about senior year?

11    A.   Same apartment complex, different unit.

12    Q.   Who was your roommate in WCA?

13    A.   I had three, ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ and

14 then the third one's name was ▮▮▮▮▮ but she

15 was only there for half of the year, so I don't

16 remember her last name.

17    Q.   And was that freshman year?

18    A.   Uh-huh.

19    Q.   Yes?

20    A.   Yes.  Sorry.

21    Q.   And then second year, you still -- were

22 they still your roommates?

23    A.   No.  I got assigned like random roommates,

24 ▮▮▮▮▮ and ▮▮▮▮▮▮▮ -- I don't

25 know how to spell her last name -- I think were

**EXHIBIT A**

1    the only two roommates.  I think we had like a

2    three-bedroom.

3        **Q.  Did you ever live with them, or was that**

4    **whole time spent at your boyfriend's?**

5        A.  Pretty much the whole time.  I think I

6    might have spent one night there the whole year.

7        **Q.  Was it furnished for you?**

8        A.  No.  We called it like the goodwill

9    because it was all my stuff that I didn't really

10   use.

11       **Q.  Did your parents know you were living with**

12   **your boyfriend?**

13       A.  Uh-huh, yes.

14       **Q.  What was that boyfriend's name?**

15       A.  ████████  ███████

16       **Q.  Last name?**

17       A.  ██████████

18       **Q.  Was he an athlete?**

19       A.  Yes, he was.

20       **Q.  What kind?**

21       A.  Tennis player.

22       **Q.  Okay.  And then when you moved to The**

23   **Standard junior year, were you still dating him or**

24   **not?**

25       A.  Yes.  We lived together.

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23    Page 5 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 5 of 50    09/27/2022

Page 16

1    Q.  So this time y'all had -- y'all were only
2  paying for one place?
3    A.  Uh-huh, yes.
4    Q.  And did you stay there all of junior year?
5    A.  Yes.
6    Q.  Did y'all split sometime during junior
7  year?
8    A.  Yes, we did.  I think November of junior
9  year.
10   Q.  So what did y'all do about living
11  arrangements?
12   A.  I made sure beforehand that the lease was
13  in my name so if anything happened, it was my
14  apartment.
15   Q.  So he moved out?
16   A.  Yes, he did.
17   Q.  And so did you have any roommates for the
18  rest of that year?
19   A.  No, it was just me.
20   Q.  Had he been paying rent?
21   A.  Yes.  Yeah, he had.
22   Q.  And then your last year, you were in the
23  same place?
24   A.  Same complex, but I lived with four other
25  girls.

**EXHIBIT A**

1  education?

2      A.  No.

3      Q.  Are you interested in doing so?

4      A.  No.

5      Q.  While you were an athlete, do you remember

6  receiving student policies and so forth for

7  athletes and student athletes?

8      A.  I don't recall.  It's been a long time.

9      Q.  Is it possible you did, you just don't

10  remember?

11      A.  It's possible, yeah.

12      Q.  What about training, do you remember going

13  through training as an athlete?

14      A.  In terms of what?

15      Q.  In terms of the University policies or

16  athletic department policies?

17      A.  I recall being in meetings for stuff like

18  that, but I can't recall what it was.

19      Q.  Do you recall any training that addressed

20  Title IX?

21      A.  No.

22      Q.  Do you know for sure you did not receive

23  that, or do you just not recall whether you

24  received it or not?

25      A.  I don't recall.

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ   Document 472-1   10/13/23   Page 7 of 50
Case 3:21-cv-00242-WBV-SDJ   Document 371-1 *SEALED* 07/10/23   Page 7 of 50   09/27/2022
Page 19

1   Q.  Did you take any breaks from the tennis

2   team or were you on the team the whole time you

3   were there?

4   A.  The whole time I was there I was on the

5   team.

6   Q.  Did you know Miriam Segar?

7   A.  Yes.

8   Q.  How did you know her?

9   A.  Like I'd heard of her.  But I believe we

10  had a meeting close to when I left LSU, and that's

11  the only time I remember actually meeting her.

12  Q.  What meeting do you recall close to when

13  you left LSU?

14  A.  A meeting with my coach after the incident

15  at the tennis match where I had been drinking.

16  Q.  Had you had a breathalyzer at that match?

17  A.  Yes.

18  Q.  And you failed the breathalyzer, correct?

19  A.  Yes.

20  Q.  And what happened in that meeting?

21  A.  I think we just discussed like my options

22  moving forward.  And at that point, I believe I

23  was still going to be on the team, but there was

24  going to be like some stipulations, and I had like

25  a couple weeks or so where I had to be randomly

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23    Page 8 of 50    09/27/2022
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 8 of 50
Page 21

1    Q.  Prior to the incident with Mr. ██████ what

2    was -- were you already abusing alcohol and

3    amphetamines?

4    A.  Yeah, to a degree.

5    Q.  And the amphetamines were Adderall?

6    A.  Yeah.  Or Vyvanse, really, yeah.

7    Q.  So the references to Adderall in your

8    medical records, is it really Vyvanse?

9    A.  It could be either one at any time.  So I

10   just called it Adderall for ease.

11   Q.  In your mind, they're essentially the

12   same?

13   A.  Yeah, pretty much.

14   Q.  What is the distinction between them?

15   A.  I could not tell you.

16   MS. TRUSZKOWSKI:

17        Could we go off the record for a

18        second?

19   MS. FURR:

20        Sure.

21   (Discussion off the record.)

22   BY MS. FURR:

23   Q.  Did you also have an eating disorder?

24   A.  Yes.

25   Q.  Do you recall when that started?

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23    Page 9 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 9 of 50    09/27/2022
Page 22

1        A.   I do not.

2        Q.   And before the event, had you already been

3   diagnosed with anxiety and depression?

4        A.   Yes.

5        Q.   Had your alcohol or substance abuse caused

6   you to have some memory blackouts before the

7   event?

8        A.   Yes.

9        Q.   How often?

10       A.   I'm not sure.

11       Q.   Do you know what the side effects are of

12   mixing Adderall and alcohol?

13       A.   Kind of.  Like I know you can drink a lot

14   more on Adderall.

15       Q.   And did you do so?

16       A.   Probably.

17       Q.   Do you know whether taking those together

18   aggravates depression and anxiety?

19       A.   I'm sure it does.

20       Q.   Do you know whether it affects judgment?

21       A.   Yes.

22       Q.   Do you know whether it affects rational

23   thinking?

24       A.   Yes.

25       Q.   Do you know whether it can cause a lack of

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23  Page 10 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 10 of 50    09/27/2022

Page 23

1    motivation?

2        A.  Yes.

3        Q.  Do you know whether that combination can

4    cause low grades?

5        A.  Yes.

6        Q.  And what about just generally low

7    achievement; do those, taken together, cause low

8    achievement?

9        A.  Probably.

10       Q.  Did you ever have a prescription for

11   Vyvanse or Adderall?

12       A.  I did not.

13       Q.  Where did you get it from?

14       A.  Various people that were prescribed.

15       Q.  Sorry, various people what?

16       A.  That were prescribed.

17       Q.  Who sold it?

18       A.  Yeah.  I mean, it wasn't like drug

19   dealers; it was like my friends who had Adderall.

20       Q.  And did you buy it from them or did they

21   just give it to you?

22       A.  Some of both of those things.

23       Q.  Did you have someone who you consistently

24   got it from?

25       A.  Yeah.

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23  Page 11 of 50  09/27/2022
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 11 of 50
Page 27

1    A.   Maybe February or March of 2014.

2    **Q.   And it ended November 2015?**

3    A.   Yes, that sounds right.   Was it

4    20 -- yeah, it was 2015.

5    **Q.   I think I saw -- I think I'm not doing**

6    **these numbers right, because I think I saw**

7    **somewhere that it was maybe a year-and-a-half to**

8    **two-year relationship; is that right?**

9    A.   Yeah.

10   **Q.   Oh, that's right, sorry.**

11   A.   No, you're good.

12   **Q.   So at some point, do you know the dates**

13   **that you were in rehab?**

14   A.   Uh-huh, yes.

15   **Q.   When were you admitted into rehab?**

16   A.   I think the first time was April maybe

17   like 4th of 2017 until like around August 4th of

18   2017.

19   **Q.   And was that at the same place the whole**

20   **time?**

21   A.   I did like an inpatient for 28 days and

22   then I was transferred to like -- I guess it's

23   called like extended care, which was like a cabin

24   somewhere in Lafayette.

25   **Q.   So the whole stay was in Lafayette?**

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23    Page 12 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 12 of 50    09/27/2022

Page 28

```
 1        A.   Yes.

 2        Q.   And who brought you there?

 3        A.   Julia Sell.

 4        Q.   Did she drive you herself?

 5        A.   Yes, she did.

 6        Q.   Were you appreciative of that?

 7        A.   At the time, yes.

 8        Q.   Have you since become unappreciative of

 9   her taking you?

10        A.   Of her taking me, no.

11        Q.   What was her demeanor during that drive?

12        A.   I don't recall.

13        Q.   Did you have any problem with how she

14   treated you in connection with getting you

15   admitted into rehab?

16        A.   No.

17        Q.   I understand, since you have a lot of

18   medical records, they kind of chronicle a lot.  So

19   I'm going to ask you background information as we

20   go through your medicals.

21        A.   Okay.

22        Q.   I'll show you what I'm marking as

23   Exhibit 1.

24             (Exhibit 1 was marked.)

25   BY MS. FURR:
```

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23   Page 13 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 13 of 50    09/27/2022
Page 30

1    A.   Pretty true, yeah.

2    Q.   Is there something that's not true about

3  it?

4    A.   No.  I mean, that sounds about right.

5    Q.   Then it says, "Typically drinks tequila

6  straight, three-fourths to whole fifth per use."

7         Is that right?

8    A.   If I said that then, then probably, yes.

9    Q.   Okay.  You're saying probably, yes, that's

10  the correct quantities?

11    A.   Yeah, I guess.

12    Q.   Then the next line says, "She began using

13  Adderall at age 18."

14    A.   Either 18 or 19.  I don't know what age

15  you turn when you get to college.

16    Q.   Okay.  But in your mind, it was -- the

17  second semester was the first time you had it?

18    A.   It definitely was that, yeah.

19    Q.   And then it says, "With a gradual

20  progression of use of Adderall."

21         Is that right?

22    A.   Yes.

23    Q.   Did you begin using it more and more as

24  you went along?

25    A.   Yes.

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23  Page 14 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 14 of 50    09/27/2022

Page 31

1    Q.  Do you have any idea of how soon you

2  became addicted?

3    A.  Probably like a year or so later.

4    Q.  And what do you base that answer on?

5    A.  I'm just thinking of like the increase in

6  wanting to go get it.  But I think it really took

7  off once ████ and I broke up.  So I think it

8  might have been like a year and a half until I

9  really started abusing it.

10    Q.  How often were y'all using Adderall before

11  y'all broke up?

12    A.  I don't recall.  Maybe like a couple times

13  a month.  I'm not -- I'm not exactly sure.

14    Q.  And then once y'all broke up, how often

15  did you start using it?

16    A.  Very frequently.  It all gets like blurry.

17  I can't quite remember.  But a lot at that time.

18    Q.  Could you quantify that for me?

19    A.  Like how often?

20    Q.  Right, how much and how often.

21    A.  How much, hard to say.  I think, at that

22  point, I was still only taking like one a day.

23  Like, so I don't know.  Maybe like ten in a month

24  at the time.

25    Q.  Are you certain of that or are you just

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23  Page 15 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23   Page 15 of 50   09/27/2022
Page 35

1  drank a lot before then, so it was kind of easy

2  for me to take it too far.

3      **Q.  At what point in time did you become**

4  **concerned that you might have an alcohol problem?**

5      A.  I think -- that's a tough question,

6  because I think I knew long before I allowed

7  myself to like think that way.  Because my

8  drinking really amped up when I started dating

9  ██████  ██████  So that's when I was kind of like,

10  Okay, this isn't really normal.

11      **Q.  And so in your spring semester of freshman**

12  **year is when you amped up the drinking a lot?**

13      A.  Yes.

14      **Q.  Do you think that's when you became**

15  **addicted to it?**

16      A.  Probably.

17      **Q.  And so you would have a -- without the**

18  **Adderall coming into play, you would still have**

19  **blackouts and brownouts just from the alcohol?**

20      A.  Yeah.

21      **Q.  Did you have more blackouts or brownouts**

22  **when using Adderall and alcohol?**

23      A.  That I don't recall.  I feel like it might

24  have actually been less when I was taking

25  Adderall.

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ   Document 472-1   10/13/23   Page 16 of 50
Case 3:21-cv-00242-WBV-SDJ   Document 371-1 *SEALED* 07/10/23   Page 16 of 50   09/27/2022

Page 36

1    Q.   Several lines down from that, toward the

2    bottom third of the page, it says, "Has struggled

3    with depression some of the past few years."

4         Is that correct?

5    A.   Yes.

6    Q.   When did you start struggling with

7    depression?

8    A.   I think whenever I got into that

9    relationship.

10   Q.   So, again, that would have been freshman

11   year of -- spring of freshman year?

12   A.   Yes.

13   Q.   And then towards the bottom it says, "I've

14   been so messed up on alcohol and Adderall, I'm not

15   sure how my mood is anymore."

16        Is that how you felt at the time?

17   A.   Yeah.

18   Q.   On the top of the next page, page 3 of

19   this exhibit, which is 2753, it says, "Patient

20   reports that she has struggled with binge eating

21   since early high school."

22        Is that true?

23   A.   Yes.

24   Q.   Do you think that's when you developed

25   your eating disorder, was in early high school?

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23    Page 17 of 50    09/27/2022
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 17 of 50
Page 37

1      A.   Yeah, like that form of it.

2      Q.   **What form are you referring to?**

3      A.   Binge eating.

4      Q.   **Did it ever take any different form than**

5   **binge eating?**

6      A.   Yeah, it did.  Like anorexia, restricting.

7   And then also my use of Adderall was very tied

8   into that.

9      Q.   **Tied into the eating disorder?**

10     A.   Yes.

11     Q.   **Can you explain that?**

12     A.   Adderall suppresses your appetite.

13     Q.   **So you would use it to keep your weight**

14  **down?**

15     A.   Yes.  That was one of the other benefits.

16     Q.   **So is it correct to say that the binge**

17  **eating was your form of eating disorder until you**

18  **started using Adderall, and then that was your**

19  **next form?**

20     A.   Yeah, that's fair.

21     Q.   **Is there any other way that your eating**

22  **disorder exhibited itself?**

23     A.   Those are the main two ways.

24     Q.   **How long did the binge eating continue?**

25     A.   What do you mean?

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23   Page 18 of 50   09/27/2022
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 18 of 50
Page 40

1    A.  Is what what I told her?

2    **Q.  That quote that I just read.**

3    A.  Yes, if it's in quotes, yes.

4    **Q.  Does that sound like how you felt or you**

5    **believe you would have told her?**

6    A.  Yeah, probably.  This handwriting is

7    terrible, I can't read it.

8    **Q.  You can see why I had to give you a clear**

9    **copy.  For your information, I had to decipher**

10   **what it said and write it because I didn't want to**

11   **take forever to try to reread it.**

12          **It says in the next line, "Patient reports**

13   **that she was raped by an athlete at school."**

14          **Is that right, is that what you reported?**

15   A.  Yes.

16   **Q.  And that was the first time you had**

17   **reported it to anyone?**

18   A.  Yes.

19   **Q.  It says in the next line, "I always try to**

20   **take the blame for things that happen to me, bad**

21   **things, but I know I have to get honest about**

22   **everything.  I have to get through any shame about**

23   **things, and that's a big one."**

24          **Is that what you told him?**

25   A.  Yeah.

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23   Page 19 of 50   09/27/2022
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 19 of 50
Page 42

1    A.  Yes, a lot.

2    **Q.  Tell me more about that.  Why did you feel**

3    **ashamed?**

4    A.  Well, first of all, it's out of character

5    for me to have even had any of -- anything like

6    that happen.  And then I think the fact that I did

7    blame myself was what brought on the shame.

8    **Q.  And the incident you're referring to here**

9    **is the one with ███████  ██████  is that right?**

10   A.  Yes.

11   **Q.  And let's talk about that incident now**

12   **then.  Where -- do you remember the date of it?**

13   A.  Yeah.  It was on June 29, 2016.  And I met

14   him the night of June 28th.

15   **Q.  How do you know the date for sure?**

16   A.  I have a photo from that night.

17   **Q.  Is that the one of you in the parking lot?**

18   A.  Yes.

19   **Q.  Who took that photo?**

20   A.  ██████  ████████  She was on the soccer

21   team.

22   **Q.  Did she take any other pictures?**

23   A.  Not that I know of.  I don't think so.  I

24   think there's like a -- maybe a photo of us -- the

25   two of us at the bar that night saved in like my

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23  Page 20 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 20 of 50    09/27/2022

Page 43

1  Snapchat memories or something.  But other than

2  that...

3      **Q.  Is that you and** ▮▮▮ **or you and** ▮▮▮

4  ▮▮▮

5      A.  Yes, me and ▮▮▮

6      **Q.  Do you have any pictures with** ▮▮▮

7  ▮▮▮

8      A.  No.

9      **Q.  And how do you know that picture was the**

10  **same night?**

11      A.  Which one, the --

12      **Q.  The picture in the parking lot.**

13      A.  Like ▮▮▮ was with us, and she like was

14  there for all of that.  She had driven us to

15  Cane's.

16      **Q.  Okay.  So tell me, prior to that evening,**

17  **had you ever met** ▮▮▮ ▮▮▮ **before?**

18      A.  No.

19      **Q.  Who did you go out with that evening when**

20  **you met him?**

21      A.  I went out with ▮▮▮ ▮▮▮ ▮▮▮

22  I believe ▮▮▮ and I think ▮▮▮

23  ▮▮▮ was with us.

24      **Q.  And what did y'all do before you**

25  **got -- you saw** ▮▮▮ ▮▮▮ **at JL's for the first**

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23  Page 21 of 50  09/27/2022
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 21 of 50
Page 44

1  time; is that right?

2      A.  Yes.

3      Q.  **What did y'all do before JL's?**

4      A.  We pregamed at The Standard.

5      Q.  **And do you know how much you had had to**

6  **drink already before you got to JL's?**

7      A.  I couldn't tell you like a set amount, but

8  I was already intoxicated when we got there.

9      Q.  **Were you also taking Adderall that day?**

10     A.  I don't remember.

11     Q.  **Were your friends also drunk?**

12     A.  Yes.

13     Q.  **How did y'all get to JL's?**

14     A.  I don't know if we Ubered or if ███████

15 drove us.  I cannot -- I don't remember.

16     Q.  **Why would you assume that** ███████ **drove**

17 **y'all?**

18     A.  Because he brought his car to the bars a

19 lot, so maybe he would have.

20     Q.  **Did y'all just go to JL's first, from The**

21 **Standard to JL's, or did you go elsewhere?**

22     A.  I think so.  Because it was a Tuesday, so

23 it was wine night at JL's.

24     Q.  **And the picture of you in the parking lot**

25 **was taken before you went into JL's or after?**

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23    Page 22 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 22 of 50    09/27/2022
Page 45

1    A.   No.   That was taken outside of Cane's

2    after.   I looked at the photo yesterday.   It was

3    time stamped like 1:30 in the morning.   There are

4    photos of us beforehand, I think outside of the

5    bar though, like the group that I came with.

6    **Q.   Okay.   Do you know what the time stamp is**

7    **on those?**

8    A.   I do not.

9    **Q.   Okay.   So you think you went from The**

10   **Standard to JL's?**

11   A.   Yes.

12   **Q.   Okay.   And once you got to JL's, did you**

13   **start drinking immediately?**

14   A.   Most likely, yes.

15   **Q.   What -- do you remember what -- you said**

16   **wine night.   What's the special at wine night?**

17   A.   I can't even remember anymore.

18   **Q.   There's some kind of discounted wine, I**

19   **assume?**

20   A.   Yeah.

21   **Q.   Do you know what time in the afternoon you**

22   **had started drinking?**

23   A.   I don't remember.

24   **Q.   At that time, I saw in medical records**

25   **that you often drank -- sorry, let's start that**

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23   Page 23 of 50   09/27/2022
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 23 of 50
Page 46

1    over.

2           I saw in medical records that you often
3    drink in the afternoons.  Do you know whether at
4    this time you were drinking in the afternoons?

5    A.  I would say probably, especially because
6    it was summer, so it's not like I had practice or
7    anything.

8    Q.  Who were you living with that summer?

9    A.  By myself in my apartment, yeah.

10   Q.  And at what point in time, if you have any
11   idea, during that night did you meet ████████
12   ████████

13   A.  I don't remember what time.

14   Q.  Do you know how you met him?

15   A.  Also not really.  Like I don't remember if
16   I started the conversation or if he did.  There
17   wasn't like a lot of people out that night.  So I
18   don't remember how the conversation started.

19   Q.  Do you remember anything about the
20   conversation?

21   A.  Not like words, but I do remember that he
22   already knew like of me.  I obviously knew who he
23   was.  That's most of what I remember of the
24   conversation, was like, Oh, like ████████ ████████
25   knows who I am.  That's like the main thing that I

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ   Document 472-1   10/13/23  Page 24 of 50
Case 3:21-cv-00242-WBV-SDJ   Document 371-1 *SEALED* 07/10/23   Page 24 of 50   09/27/2022

Page 47

1   remember.

2      Q.   I think I saw somewhere you were

3   star-struck at the time, is that --

4      A.   Yeah, at the time, yeah.

5      Q.   Anything else you remember of your

6   conversation with him at the bar?

7      A.   No.

8      Q.   Do you know whether he was drinking?

9      A.   I don't know if he was drinking or not.

10  He drove us home, so I hope not.

11     Q.   Do you know who he had been there with?

12     A.   I don't.

13     Q.   Do you know whether he bought you any

14  drinks?

15     A.   Yes.

16     Q.   How do you know that?

17     A.   I remember he was buying Patron because,

18  like, I don't drink Patron.

19     Q.   Was he buying it for a group of y'all or

20  just you?

21     A.   I don't remember.

22     Q.   Did you buy drinks too?

23     A.   Correct.

24     Q.   Did you drink the Patron?

25     A.   Yes.

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ     Document 472-1     10/13/23     Page 25 of 50     09/27/2022
Case 3:21-cv-00242-WBV-SDJ     Document 371-1 *SEALED* 07/10/23     Page 25 of 50

Page 48

```
 1        Q.   Even though you don't drink Patron?
 2        A.   Yeah.  A drink's a drink.
 3        Q.   And so he said he drove y'all home.
 4             Who was in the car?
 5        A.   Me, him, and ▮▮▮▮▮
 6        Q.   Did anybody else leave at the same time as
 7   y'all did?
 8        A.   I'm not sure.
 9        Q.   You don't know?
10        A.   (The witness shook head.)
11        Q.   Do you remember how it came about that you
12   even got into ▮▮▮▮▮ ▮▮▮▮▮ car?
13        A.   No idea.
14        Q.   Did ▮▮▮▮▮ -- was ▮▮▮▮▮ drunk also?
15        A.   Yes.
16        Q.   Did you consider her to be very drunk as
17   well?
18        A.   I don't remember.
19        Q.   And so you said ▮▮▮▮▮ ▮▮▮▮▮ drove y'all
20   home.  Was that in his car?
21        A.   I think that was his car, yeah.
22        Q.   Is it possible it's one of your friend's
23   cars he drove home?
24        A.   Not one of my friends.  But, yeah, I think
25   it was his car.
```

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23  Page 26 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 26 of 50    09/27/2022

Page 49

1    Q.   Is there anything else that you can

2    remember that happened at the bar?

3        A.   At the bar, no.

4        Q.   Do you remember how it came about -- you

5    don't remember the conversation of how it came

6    about that ███████ ██████ drove y'all home?

7        A.   No.  And it might have been like

8    ██████ -- our friends had left, so it was I think

9    just ██████ and I there.  I think ██████ may

10   have known him and maybe she asked if he could

11   take us home.  I didn't have anything to do with

12   that conversation, or maybe I did and I don't

13   know.

14       Q.   Are you just guessing that that happened

15   or do you know that that happened?

16       A.   I don't know whether that happened.

17       Q.   So when you left the bar, did you go to

18   Cane's from there, is that what you were saying?

19       A.   Yes.

20       Q.   Did ███████ ██████ take y'all to Cane's?

21       A.   Yeah, he -- yeah.

22       Q.   He went as well?

23       A.   Yes.

24       Q.   Is Cane's near where you were living?

25       A.   Sort of, yeah.

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23  Page 27 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 27 of 50   09/27/2022
Page 50

1    Q.  Where is The Standard located?

2    A.  Like -- do you know where WCA is?  It's

3 like right next to WCA.  So like very close.

4    Q.  Okay.  And so did y'all go through the

5 drive-through at Cane's or get out?

6    A.  I think we got out because there's a photo

7 of me on the ground with a stray dog.

8    Q.  And do you know where ████████  ████  was

9 when you were in the photo with the dog?

10    A.  No.  I have no idea.

11    Q.  Do you know where he was living at the

12 time?

13    A.  He lived at The Standard too.

14    Q.  Had you seen him at The Standard before?

15    A.  Not to my recollection.

16    Q.  Did you ever see him afterwards?

17    A.  Yes.

18    Q.  After that night?

19    A.  Yes.  Well, I mean, around, yeah.

20    Q.  Do you know how much longer he lived at

21 The Standard while you were at The Standard?

22    A.  I do not.

23    Q.  Okay.  So do you remember whether you ate

24 chicken at Cane's?

25    A.  I don't remember.

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ   Document 472-1   10/13/23   Page 28 of 50
Case 3:21-cv-00242-WBV-SDJ   Document 371-1 *SEALED* 07/10/23   Page 28 of 50   09/27/2022

Page 51

1   Q.   Do you remember whether anybody ate?

2   A.   I mean, I'm guessing -- I don't remember.

3   Q.   Okay.   And then so what happened next?

4   A.   Then I guess -- I guess he dropped ████████

5   off.

6   Q.   Where did ████████ live?

7   A.   I don't know what the apartments were

8   called, but -- I don't know if the Newk's is still

9   there, but the ones that are right by that Newk's.

10   Q.   And were you in the car when he dropped

11   ████████ off or had he already dropped you off?

12   A.   I think I -- what I'm saying is all like

13   what ████████ told me, how ████████ told me it

14   happened.

15   Q.   You don't remember any of it?

16   A.   No.   I don't remember getting home.   I

17   remember the dog briefly, but I don't remember

18   getting home.   But I'm -- ████████ said that she

19   got dropped off first.

20   Q.   I appreciate you telling me.

21        As we're going through this, if you can

22   tell me what you remember versus what ████████ told

23   you, that would be helpful.

24   A.   Okay.

25   Q.   So ████████ said she -- did she say what

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23  Page 29 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 29 of 50    09/27/2022

Page 52

1  was happening when he dropped her off?

2      A.  No.

3      Q.  Did she know that he was dropping you off

4  next?

5      A.  I think so...

6      Q.  So what's the next thing that you remember

7  once -- so ██████ kind of supplied most of your

8  memory of the night up to this point, it sounds

9  like?

10     A.  Yeah, like that part of it, like going

11 home.  The only other thing I remember from going

12 home was we were on Nicholson and he was going

13 like 80 miles an hour, so I kind of like came to

14 for a second and I was like, What's happening?

15         But other than that, I don't remember

16 going to Cane's; I kind of remember the dog; I

17 don't remember getting home.  Like I don't

18 remember going separate ways at first and then him

19 coming over.

20     Q.  So how do you know you went separate ways

21 at first and then he came over?

22     A.  My phone the next day.

23     Q.  Tell me what happened, how you pieced

24 together what happened next.

25     A.  So I think -- I think there was text

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23    Page 30 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 30 of 50    09/27/2022
Page 53

1  messages of him asking if he could come over.  And

2  I remember specifically I said -- I remember -- I

3  don't remember saying it, but I told him like,

4  Yeah, you can come over, but I said, Nothing's

5  going to happen.

6      **Q.  Do you know what time that was?**

7      A.  I do not know what time that was.  But if

8  I had to guess, around like 2:00 or 2:30.

9      **Q.  Do you have any idea -- so you know that**

10  **he came back to your apartment?**

11     A.  Yes.

12     **Q.  How do you know that?**

13     A.  I have like memories, like flashbacks.

14     **Q.  When did you have flashbacks?**

15     A.  The next day.  Like I remember bits and

16  pieces.

17     **Q.  What bits and pieces did you remember the**

18  **next day?**

19     A.  I remember what happened, like I remember

20  him raping me.

21     **Q.  Okay.  And I'm sorry, I know this is**

22  **uncomfortable, but I need you to tell me**

23  **everything that you can remember.**

24         MS. TRUSZKOWSKI:

25             Do you want to take a minute?

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23    Page 31 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 31 of 50    09/27/2022
Page 54

```
 1          THE WITNESS:
 2              Yeah.
 3          MS. TRUSZKOWSKI:
 4              Can we take a minute, please?
 5          MS. FURR:
 6              Sure.
 7          MS. TRUSZKOWSKI:
 8              I know there's a question on the
 9          table.
10          MS. FURR:
11              That's fine.
12          (A break was taken from 9:50 a.m. to
13          9:59 a.m.)
14  BY MS. FURR:
15      Q.  Are you ready now?
16      A.  Yeah.
17      Q.  Okay.  All right.  So in -- before you
18  start telling me what you can remember, I guess if
19  you could clarify for me -- I know you've been
20  through a lot of therapy and so forth.
21          So if you could kind of clarify what you
22  could recall the next day versus if there was
23  something that you recall that you recalled later,
24  if you could tell me when you recalled that.
25      A.  The next day, I don't -- I feel like it
```

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23    Page 32 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 32 of 50    09/27/2022
Page 55

 1  was kind of similar, like I just knew -- I knew

 2  that like we had had sex, like that's all I can

 3  remember.  Like I don't think like I started

 4  having like real like flashbacks of it happening

 5  for a while after that.

 6      **Q.  When do you recall the flashbacks**

 7  **occurring?**

 8      A.  I'm not entirely sure.  I think for like

 9  that -- I think it was less than a year until I

10  was in rehab.  But I think for that time -- I

11  think I pushed it all so far out of my memory that

12  I don't know that I was having flashbacks at that

13  time.

14          I was also like drinking all the time, so

15  I didn't really allow myself to like think about

16  it.  And then I think, once I got to rehab and

17  kind of like came to terms with what happened,

18  that's when I started getting them.  Yeah.

19      **Q.  So prior to getting to rehab, what -- I**

20  **guess, if there wasn't any flashbacks, I guess,**

21  **let's go back to what you knew the day after.**

22          **You said you knew y'all had had sex?**

23      A.  Yeah.

24      **Q.  How did you know that y'all had sex?**

25      A.  I probably had some -- like the same kind

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23   Page 33 of 50   09/27/2022
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 33 of 50
Page 56

1    of flashbacks that I started getting later on, I
2    think I could remember the next morning.
3         Q.   What could you remember the next morning?
4         A.   I remember -- I don't know how any of it
5    started, but I do remember like, I think, my like
6    head being pushed down to give him oral.  There's
7    like a flash memory of that.
8              And then there's another one of I think we
9    were like sideway -- like not like lengthwise of
10   the bed but like sideways, almost up against the
11   wall, and I remember like he was having sex with
12   me.  Those are my two.
13        Q.   Do you just remember him over you or do
14   you remember him actually penetrating you?
15        A.   Actually penetrating.
16        Q.   And you remembered that the next day?
17        A.   Yes.
18        Q.   And then you said you remember you have a
19   flash of him pushing your head down for oral sex.
20             Do you have a sense of it like being
21   forceful, like you were being forced into it, or
22   whether you were participating -- I'm not saying
23   voluntarily because I realize you were drinking --
24   but whether you were participating in that versus
25   resisting it?

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23  Page 34 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 34 of 50  09/27/2022
Page 57

1    A.  I don't recall.  But I don't think -- I
2  don't remember like resisting it.
3    **Q.  Do you know whether you actually did**
4  **perform oral sex?**
5    A.  Yes.
6    **Q.  How do you know that?**
7    A.  Because I remember.  That's like one of
8  the memories I have.
9    **Q.  And so that -- the next day you had that**
10  **memory as well?**
11    A.  Yes.
12    **Q.  Did you look for evidence the next day of**
13  **what happened around your apartment?**
14    A.  I'm sure I -- I didn't like particularly
15  look, but I don't remember there being anything.
16    **Q.  Did you see a condom anywhere?**
17    A.  No.
18    **Q.  Were you able to tell on yourself -- did**
19  **you observe anything that confirmed for you**
20  **whether you had had sex?**
21    A.  No, I don't think so.
22    **Q.  Nothing on your body seemed to indicate**
23  **that you had had sex?**
24    A.  No, I guess not.
25    **Q.  No bruises or anything?**

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ   Document 472-1   10/13/23   Page 35 of 50
Case 3:21-cv-00242-WBV-SDJ   Document 371-1 *SEALED* 07/10/23   Page 35 of 50   09/27/2022
Page 58

```
 1      A.  No, not to my knowledge.

 2      Q.  What about did you find any evidence of

 3  semen?

 4      A.  I don't think so.  I didn't really look

 5  though.

 6      Q.  Is there anything else you can remember

 7  about the night?

 8      A.  No.

 9      Q.  Do you remember anything that preceded it?

10  Do you remember him getting to your apartment at

11  any point in time or what you did inside the

12  apartment or anything?

13      A.  Not at all.

14      Q.  Do you know how you got into the

15  apartment?

16      A.  I don't remember getting back to my

17  apartment.  But, I mean, I'm guessing my keys

18  and -- yeah, I don't know.

19      Q.  Okay.  So as far as you know, you were

20  able to walk into your apartment?

21      A.  Yes.

22      Q.  And unlock the door?

23      A.  Yes.

24      Q.  Do you know whether you put up any

25  opposition to having sex with him?
```

**EXHIBIT A**

1    A.  I don't remember.

2    **Q.  And so you really don't remember what you**
3  **would have said to him or what he said to you?**

4    A.  I don't remember any conversation that we
5  had.

6    **Q.  Did you have any -- when you woke up the**
7  **next morning, was he there?**

8    A.  No.

9    **Q.  Do you know what time that was that you**
10  **woke up?**

11    A.  I do not remember.

12    **Q.  And you didn't talk to anybody about it**
13  **the next day?**

14    A.  I don't know if I did or not.  I might
15  have like told probably -- it would probably have
16  been ████████  ██████████  I might have told her that
17  we had had sex.  I might have told her that, but I
18  don't remember.

19    **Q.  Other than telling her that you might have**
20  **had sex, is there anything else that you might**
21  **have told her?**

22    A.  No.

23    **Q.  Do you know for a fact you did tell her?**

24    A.  I know sometime in those next few days I
25  told her, but I'm not sure if it was the next day

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ     Document 472-1     10/13/23   Page 37 of 50
Case 3:21-cv-00242-WBV-SDJ     Document 371-1 *SEALED* 07/10/23     Page 37 of 50     09/27/2022
Page 60

1   or not.

2       Q.   Has she confirmed that you told her that?

3       A.   Yeah, she -- I think she spoke to like a

4   reporter or something.  But yes.

5       Q.   Is that how you found out that you had

6   told her?

7       A.   No.  I remembered that I had told her.

8       Q.   So when we were just looking at this

9   exhibit and it said that it was the first time

10  that you had told anybody about this --

11      A.   So it was the first time that I had told

12  anybody about it in a way where like I said that I

13  was raped.  To people before, I had said like that

14  we had sex because I, like I said before, thought

15  it was my fault.

16      Q.   Do you remember anything that you told

17  ████  in the time after it happened other than

18  that you had sex with him?

19      A.   Yeah, I think that's all that I told -- I

20  don't remember saying anything else.

21      Q.   Do you remember whether she asked you

22  anything about it and you answered any questions

23  or anything?

24      A.   I don't.  I don't recall.

25      Q.   Did y'all laugh about it at the time?

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23  Page 38 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 38 of 50    09/27/2022
Page 61

1    A.  I don't recall.

2    **Q.  And you don't remember whether she said**
3    **anything at all about it?**

4    A.  No, I don't remember.

5    **Q.  Did you ever speak with him again?**

6    A.  Yes.

7    **Q.  When?**

8    A.  I don't remember when.  But I do remember
9    that when I -- I guess his brother murdered
10   someone and he like reached out to me for, I don't
11   know, pity.  I have no idea.  But we spoke then.

12         I saw him like around a couple times.  And
13   like we might have spoken a couple other times.
14   But I think it's -- like you could probably count
15   on one hand the amount of conversations we had
16   after that.

17   **Q.  Did he ever say anything to you to confirm**
18   **that y'all had had sex?**

19   A.  I don't remember.

20   **Q.  Did he ever say anything to you to confirm**
21   **that he had gone into your apartment that night?**

22   A.  Not that I remember.

23   **Q.  How soon after did the two of you speak?**

24   A.  I don't recall.

25   **Q.  Did you text him at all afterwards?**

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23    Page 39 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 39 of 50    09/27/2022
Page 62

1    A.   The conversation that I was talking about

2    about his brother, that was over text.  But that's

3    the only time I remember us texting afterwards.

4    **Q.   And you don't have any idea how close in**

5    **time that text was?**

6    A.   I really -- I don't.

7    **Q.   Do you remember being surprised about,**

8    **Gosh, I haven't heard from him since that night,**

9    **it's been a while, or anything like that?**

10   A.   I don't remember.

11   **Q.   And so you said he reached out to you for**

12   **pity.  Was he reaching out to try to hook up with**

13   **you or just talk to you?**

14   A.   I don't recall.  I think he was just

15   trying to talk to me, but I have no idea.  I don't

16   remember.

17   **Q.   And do you still have those text messages?**

18   A.   I -- not on my phone.  I don't know if

19   they were uploaded in the iCloud, but definitely

20   not on my phone.

21   **Q.   And what about the text messages from that**

22   **night where he was coming back to your apartment?**

23   A.   They're not on my phone.

24   **Q.   So have you seen those again since that**

25   **night?**

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23  Page 40 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 40 of 50   09/27/2022

Page 63

1    A.  Never.

2    **Q.  How do you know they're out there?**

3    A.  I mean, I didn't delete them right away,

4  but I know just because I saw them the next

5  morning.

6    **Q.  And other than seeing them the next**

7  **morning, have you seen them since then?**

8    A.  Maybe after that, but like no time in the

9  recent -- no time recently.

10   **Q.  Do you know how he had your number?**

11   A.  I'm guessing that I gave it to him that

12  night.

13   **Q.  Did you have him in your phone as** ███████

14  ███████  **or was it just a miscellaneous number?**

15   A.  I think it was ████████  ████████

16   **Q.  Did you have him in your phone before that**

17  **night?**

18   A.  No.

19   **Q.  So sometime after, I guess the next day,**

20  **did you put his contact information in?**

21   A.  I feel like I probably saved it the next

22  day.

23   **Q.  Do you know why you did that?**

24   A.  Why I saved his number?

25   **Q.  Right.**

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23    Page 41 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 41 of 50    09/27/2022
Page 64

 1     A.   Because I save everyone's number.

 2     **Q.   And then you said you spoke a couple of**

 3   **other times.  Was that by text or by phone?**

 4     A.   Text definitely.  I don't remember any

 5   other text conversations we had except that, the

 6   one about his brother, and I remember that being

 7   over text.

 8     **Q.   And were you friendly to him in response**

 9   **to the situation he reached out to you about?**

10     A.   Yes.

11     **Q.   Do you remember what you said?**

12     A.   I don't.  But I think I was like very

13   sympathetic, I guess.

14     **Q.   So the other times that you spoke to him**

15   **you said by text, did you ever see him in person**

16   **at the apartment after that?**

17     A.   I remember one time I was -- I think I was

18   downstairs in the lobby studying and he like slid

19   into the booth next to me.  But like other than

20   that, I don't remember.  And then I think I saw

21   him out at the bars one night.  But other than

22   those two times, I don't remember ever seeing him.

23     **Q.   So when he slid into the booth next to**

24   **you, did y'all speak?**

25     A.   I mean, yeah, I think so.  He said hi.

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23  Page 42 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 42 of 50   09/27/2022

Page 65

1  But I remember I kind of like recoiled and scooted

2  over.  And then whoever I was with -- I think the

3  conversation was very quick and then he was gone.

4      **Q.  So he slid into the booth -- y'all were in**

5  **the same booth, he slid into the seat next to you?**

6      A.  Yes, yeah, yeah.

7      **Q.  And who were you with?**

8      A.  I don't remember.

9      **Q.  Did he say anything that suggested to you**

10  **that you had had any prior relationship at all?**

11      A.  Prior relationship that we knew each

12  other?

13      **Q.  Yes.  Or that y'all had had some kind of**

14  **sexual situation.**

15      A.  Sexual, no; but that we obviously knew

16  each other, yes.

17      **Q.  Okay.  And so other than just greeting**

18  **type of talk, that's all you remember of that?**

19      A.  Yeah.

20      **Q.  And do you remember when that was?**

21      A.  I don't.  I can't remember if it was that

22  summer.  Because I know I was studying for some

23  sort of exam, so I don't know if it was like

24  summer finals or if it was like that next

25  semester.

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23    Page 43 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 43 of 50    09/27/2022

Page 66

1    Q.   And then you said you saw him at bars.

2   How many times did you see him at bars?

3    A.   Once I think I saw him.

4    Q.   Which bar?

5    A.   Bogey's.

6    Q.   And did you speak to him?

7    A.   I think we spoke, but I don't remember the

8   conversation.  I was drunk.

9    Q.   And did he do anything inappropriate then?

10    A.   Not that I remember.

11    Q.   Did you continue to go to JL's?

12    A.   After that?

13    Q.   Yes.

14    A.   I'm sure I went back at some point.

15    Q.   I'm going to show you what I'll mark as

16   Exhibit 2.

17         (Exhibit 2 was marked.)

18   BY MS. FURR:

19    Q.   Have you seen this before?

20    A.   I think so...

21    Q.   It seems to start abruptly.  Are there

22   more pages to this?  It starts with, "As a

23   result," which tends to suggest that something

24   preceded it?

25    A.   Hold on, I'm -- what is this?  Oh, this

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23    Page 44 of 50  09/27/2022
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 44 of 50
Page 67

1  was an Instagram post.

2      Q.  And do you know, is there something that

3  precedes this?

4      A.  I'm sure there is.

5      Q.  Do you have any idea what precedes it?

6      A.  I mean, yeah.  It's an Instagram, so yeah.

7      Q.  All right.  Can you pull that up?

8      A.  Yeah.

9      Q.  Is it possible to pull up?  It starts

10  abruptly.  Or maybe you can see how long it is.

11  Maybe you could screenshot it and send it to your

12  attorney.

13      A.  I don't have great service in here.  I

14  think it's just missing the first like --

15      Q.  Paragraph?

16      A.  Yeah, the first like page.  There it is.

17  It's just missing the first one.

18      Q.  Could you just read what precedes it,

19  then?

20      A.  Yeah.  It says, "Yesterday I had the

21  unique and powerful opportunity to provide my

22  testimony surrounding LSU to a group of strong,

23  intelligent, supportive women who comprised the

24  Louisiana Senate Select Committee On Women and

25  Children.

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23    Page 45 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 45 of 50    09/27/2022
Page 68

1          "I was so grateful to them for not only
2    hearing me but for making my voice stronger.  I
3    didn't discuss the details surrounding my rape in
4    my testimony.  It was difficult enough to simply
5    provide my name.  After the hearing, I am now
6    stronger, and I want people to know and feel what
7    happened to me.
8          "On June 28, 2016, I had been drinking at
9    a bar, where I met ██████  ██████ for the first
10   time.  He fed me shots of Patron until I nearly
11   blacked out.  He then drove me home and asked me
12   if he could come over.  He was aware of my heavily
13   intoxicated state.
14         "The only reason I know I gave him
15   permission to enter the apartment is because of
16   the text messages I had on my phone the next day.
17   I told him via text message that he could come but
18   that nothing was going to happen, even in my
19   near-blackout state.
20         "I did not and could not give him
21   permission to have sex with me.  He took my nearly
22   unconscious body and violated it as he pleased.
23   The brief and few memories I have of being raped
24   by him still haunt me, and I will live with those
25   flashbacks for the rest of my life.

**EXHIBIT A**

```
 1          "A piece of me walked out of my apartment
 2  with him that night.  To this day, my body does
 3  not feel like my own."
 4      Q.  And then it starts with what's on this
 5  page?
 6      A.  Yes.
 7      Q.  Which is, "As a result"?
 8      A.  Yeah.
 9      Q.  And so is this -- these two pages, "Please
10  don't hesitate to reach out," is that where the
11  post ends?
12      A.  Yeah.
13      Q.  So these are the words that you wrote?
14      A.  Yeah.
15      Q.  In the first paragraph, you'll notice it
16  says, "At first I referred to him as 'an LSU
17  football player' and not '██████  ██████  because
18  at LSU I was taught that our football players are
19  to be protected at all costs."
20          Is that true?
21      A.  Yes.
22      Q.  At what point did you ultimately disclose
23  that it was ██████   ██████   as opposed to an LSU
24  football player?
25      A.  Still like when I was in rehab, like
```

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23    Page 47 of 50    09/27/2022
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 47 of 50
Page 70

1    eventually I said his name.

2        Q.   Eventually in rehab or after rehab?

3        A.   In rehab, I told my counselor.

4        Q.   Do you know at what point in your rehab

5    you told the counselor?

6        A.   Probably a couple of weeks after I got

7    there.

8        Q.   Do you know that or are you just guessing?

9        A.   No, I -- I'm not positive of the timeline,

10   but I do know that I told them.

11       Q.   Have you looked through your records from

12   rehab?

13       A.   I've skimmed.

14       Q.   Okay.  I didn't see a reference to ████████

15   ████████  Are you certain that you did disclose his

16   name for sure?

17       A.   I am 95 percent sure.  Because I remember

18   specifically someone, whether it was my counselor

19   or not, someone like asked me like who was it.

20   Because like that rehab facility worked with LSU

21   athletics, that's how I ended up there.  So like

22   they knew of -- so I think they wanted to know who

23   it was.

24       Q.   Do you know whether anyone at the facility

25   ever disclosed ████████    ████████   name to anyone at

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23  Page 48 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 48 of 50   09/27/2022
Page 71

1    LSU?

2        A.   I don't.  I had nothing to do with any of

3    that.

4        Q.   So when you're saying here, "At first I

5    referred to him as 'an LSU football player,'"

6    referred to him when talking to whom?

7        A.   Like counselors, people I was in there

8    with, that type thing.

9        Q.   What about your family?

10       A.   I definitely told my family who it was.

11       Q.   Do you know when you told your family who

12   it was?

13       A.   I don't remember.

14       Q.   Were you ashamed to tell them who it was

15   at first?

16       A.   I think partially yes, but also I think I

17   wanted to like protect them from being able to put

18   like a face to it.

19       Q.   Do you know at what point you ultimately

20   told them?

21       A.   It was when I was still in rehab.

22       Q.   And you wouldn't know whether it was

23   toward the end, middle, or end?

24       A.   I don't remember.

25       Q.   And do you know, like was it an event when

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 472-1    10/13/23    Page 49 of 50    09/27/2022
Case 3:21-cv-00242-WBV-SDJ    Document 371-1 *SEALED* 07/10/23    Page 49 of 50
Page 72

1    you -- I mean, was it significant to you when you
2    did finally tell them his name?
3         A.   Yeah -- oh, when I told them his name?
4         Q.   Yes.
5         A.   I don't recall.  I don't recall.  Because
6    I don't believe that I initially told my family
7    his name.
8         Q.   So at some point -- do you remember the
9    occasion when you told your parents who it was
10   specifically?
11        A.   No, I don't recall.
12        Q.   Do you recall their reaction when you told
13   them?
14        A.   Yeah, a little bit.
15        Q.   What was their reaction?
16        A.   My dad cried.  I think my mom -- I mean,
17   they were like visibly upset, of course.  But I
18   don't -- I just remember my dad crying.
19        Q.   Did your dad cry when you disclosed the
20   rape to him or when you disclosed the name to him?
21        A.   The rape.
22        Q.   And do you know how long into your
23   treatment you disclosed the rape?
24        A.   It would have been probably like halfway
25   through, so like mid-April.

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ   Document 472-1   10/13/23   Page 50 of 50   09/27/2022
Case 3:21-cv-00242-WBV-SDJ   Document 371-1 *SEALED* 07/10/23   Page 50 of 50
Page 73

1    Q.   Do you know what your parents' reaction

2  was when you ultimately eventually told them the

3  name of the person?

4    A.   I don't recall.

5    Q.   Did you know at what point -- I guess, was

6  it not until counseling that you considered it to

7  have been a rape?

8    A.   Correct.

9    Q.   And what in the counseling caused you to

10  realize that it was a rape?

11    A.   My -- I mean, I like recounted the events,

12  and my counselor straight up told me.  She was

13  like, "You realize you were raped, right?"  And I

14  was like -- that's when I kind of came to terms

15  with it.

16    Q.   Did you tell your mom about -- once you

17  were in counseling, did you disclose it to your

18  mom first before your dad?

19    A.   I want to say yes, because my mom would

20  come visit, either -- I think she like flew here

21  every weekend to come see me, and so I think I

22  would have told her first.

23    Q.   Do you remember her reaction?

24    A.   I don't remember.

25    Q.   And do you remember -- you remember not

**EXHIBIT A**