1  beginning of extended care, but definitely never

2  again after that.  I blocked her number.

3      **Q.  And do you remember what the call was**

4  **about when you were on the phone?**

5      A.  No.  It was probably just like checking

6  in.

7      **Q.  It was cordial and --**

8      A.  Yeah.

9      **Q.  -- sympathetic, as far as you could tell?**

10     A.  Yeah.

11     **Q.  You said you blocked her phone.  Why?**

12     A.  After I was told about the interaction

13  that her and -- or that my dad and her had, like

14  I -- her and I already had like a strained

15  relationship.  So that was --

16     **Q.  Why was your relationship strained?**

17     A.  From when I was a freshman, she just

18  didn't like me.  And we -- I don't know.  We just

19  never like had a good relationship.  It was

20  all -- it always felt like we were kind of against

21  each other.

22     **Q.  Did you lie to her about your drinking, I**

23  **assume?**

24     A.  Yeah.

25     **Q.  All the time?**

# EXHIBIT A

1     A.  All the time, probably.

2     **Q.  Did you lie to her about other things?**

3     A.  Probably about if I went to class or not,

4  I probably lied about that.  Actually, I

5  definitely lied about that.

6     **Q.  Anything else you can think of you lied to**

7  **her about?**

8     A.  No, nothing in particular.

9     **Q.  Did you lie to her about test results or**

10  **anything, or did she pay attention?**

11     A.  I don't think I could lie about test

12  results.

13     **Q.  So other than that one phone call in**

14  **rehab, you didn't speak to her, I guess, at any**

15  **point in time yourself about the incident with**

16  ███████  ██████

17     A.  No.

18     **Q.  Is it your understanding that your dad is**

19  **the only one that spoke to her about the incident**

20  **with ████████  ████████  or did your dad speak to her?**

21     A.  My dad was the only one there.

22     **Q.  And where was that?**

23     A.  I believe it was in Nashville at the SEC

24  tournament.

25     **Q.  SEC women's tennis, or is it women's and**

# EXHIBIT A

1    A.   I'm sure they had a conversation -- like

2   conversations prior to that.  But that was a

3   conversation that I believe they sat down to talk

4   about what was going on with me.

5    **Q.   Do you know when this was, what time of**

6   **year it would have been?**

7    A.   Yeah, it would have been in April, I

8   believe, or early May.

9    **Q.   Would you have been there if you had not**

10   **been in rehab?**

11    A.   At the SEC tournament?

12    **Q.   Yes.**

13    A.   I mean, it depends on if I would have

14   worked my way back onto the team or not.

15    **Q.   Had you not had the breathalyzer and been**

16   **kicked off team, would you normally have been at**

17   **the SEC tournament?**

18    A.   Yes.

19    **Q.   What is your understanding of what**

20   **happened in that conversation with Julia Sell?**

21    A.   From what I understand, my dad basically

22   told her that I was raped by an LSU football

23   player.  I don't think he said his name at that

24   point.  And she said, I don't believe her.

25    **Q.   Is there anything else that you know of**

**EXHIBIT A**

1    Q.   And she wasn't the coach of the men -- did
2  you say it was a tennis player?
3    A.   Yes.
4    Q.   And she wasn't the coach of their team?
5    A.   No.
6    Q.   Did you identify which teammate?
7    A.   I don't recall if I did or not.
8    Q.   But your point to her was that you needed
9  to pull yourself together?
10   A.   Yeah.  I was kind of like asking for help
11 or some sort of resources or whatever.
12   Q.   And did she get you resources?
13   A.   She sent me to Q, the LSU -- what was he,
14 like a psychiatrist, psychologist, I don't know.
15 The counselor.
16   Q.   Did you want something more than that?
17   A.   I don't know.  I don't know.  Yeah.  But
18 they also -- I think I went back on Prozac after
19 that for depression.
20   Q.   Had you been on Prozac before?
21   A.   Yes.  But I've been prescribed Prozac a
22 couple times, but I never really -- I think I took
23 it for like a month or a couple weeks and then I
24 would stop taking it.
25   Q.   You said this is January of 2016?

# EXHIBIT A



1    A.  Yes.

2    **Q.  And so, generally, your theme to her was,**

3  **I'm acting recklessly and I need help?**

4    A.  Yeah.  It was kind of like -- yeah.

5

**EXHIBIT A**



```
 1        MS. TRUSZKOWSKI:
 2            I'm going to object to that question
 3        regarding consent, considering that she
 4        was intoxicated.
 5  BY MS. FURR:
 6        Q.  ████████████████████████████████
```

**EXHIBIT A**

1 ██████████████████████████████████████████

██████████████

██████████████████

4    Q.  And did you ever tell anyone at LSU that

5 you had been sexually assaulted or raped by

6 ████████████  ████████████

7    A.  I did not, no.

8    Q.  Do you think someone did?

9    A.  Yes.

10    Q.  Who do you think did?

11    A.  The treatment center did, and my dad told

12 Julia Sell, who's a mandatory reporter.

13    Q.  Who at the treatment center do you think

14 spoke to LSU?

15    A.  I am not positive.

16    Q.  Why do you think that happened?

17    A.  Because they told me it happened and my

18 parents.

19    Q.  Okay.  And your parents.  I'm sorry, okay,

20 you're saying your parents --

21    A.  They told me and my parents that they told

22 someone, yeah.

23    Q.  And you don't know who it is that told you

24 that the counseling center told LSU?

25    A.  I think -- I think some woman named

**EXHIBIT A**

1    Michelle was the one who told me that they did.

2    But I don't know who actually made the phone call

3    or who they spoke to.  I remember for some reason

4    being under the impression that they spoke to

5    Miriam Segar.

6         But like that's been, what, five, six

7    years ago.  So at this point, like I don't

8    remember why I thought that.

9         **Q.  If that happened, I assume they didn't**

10   **tell you what the content of the discussion was?**

11        A.  No, not at all.  But I do remember they

12   told me that -- because LSU originally wasn't

13   going to pay for my extended care, but they told

14   me that they told them and now they're paying for

15   my extended care.  That's like all that I really

16   knew.

17        **Q.  So our impression was that LSU only paid**

18   **for your extended care because you had**

19   **been -- because they received a disclosure that**

20   **you had been assaulted.**

21        A.  Yeah, that was what kind of like I was

22   told, yeah.

23        **Q.  Okay.  So I understand why they gave that**

24   **impression.  But there's not any knowledge that**

25   **you have yourself of what LSU was told?**

# EXHIBIT A

1    A.  No.  Like everything -- all the

2 communication between AAC and LSU, like I can only

3 speculate on that, yeah.

4    **Q.  And then your dad disclosing to Julia**

5 **Sell, that's what we talked about before?**

6    A.  Yes.

7    **Q.  And you don't know what -- other than he**

8 **said that you were raped by a football player, is**

9 **there anything else that you know that he said to**

10 **her?**

11    A.  I don't know.

12    **Q.  Do you have any knowledge of what Julia**

13 **Sell did with that information?**

14    A.  I -- the only knowledge that I have is

15 that there's -- that Jennie Stewart knew, like

16 when I called her, that she knew that something

17 had happened.  So I'm guessing Julia told -- or

18 maybe it wasn't Julia.  Maybe Julia did nothing.

19 Maybe it was AAC calling.  Like I just don't know.

20    **Q.  And do you know whether your dad spoke**

21 **with anyone at LSU, or your mom, at LSU about the**

22 **incident with** ███████ ███████

23    A.  I don't.  I don't know.

24    **Q.  And so at any point in time to date, or**

25 **prior to your discussions with Jennie Stewart, had**

**EXHIBIT A**

1   you ever gone to Title IX either before or after

2   your rehab to make any complaints?

3       A.   I didn't know that Title IX was a thing.

4       Q.   Had you ever gone to student affairs?

5       A.   I don't think so.

6       Q.   I assume you never contacted Lighthouse

7   during your time at LSU?

8       A.   Again, I did not know what that was.

9       Q.   At what point in time did you make the

10  decision to -- not to return to LSU?

11      A.   I believe in extended care, after -- after

12  finding out like that Julia had said that, I think

13  that was kind of like the final straw.  Like I

14  didn't want to come back because I didn't want to

15  potentially be around ████████  ██████

16      They offered to like keep my scholarship

17  and let me finish out school, but I didn't think

18  it was worth it.  Like I didn't want to be

19  under -- I didn't want Julia to still have any

20  control over my life.  And I -- yeah, I didn't

21  want to like be in the place where all of my

22  traumas happened.

23      Q.   So that was sometime before the beginning

24  of August --

25      A.   Yes.

**EXHIBIT A**

1    Q.  -- of 2017, when you were in rehab,

2    correct?

3    A.  Yes.

4    Q.  Do you know how far into the rehab process

5    you made the decision not to return?

6    A.  Probably -- I can't quite remember, but I

7    do know that I was in extended care.  So I would

8    say like two months from when I got to rehab.  So

9    like July maybe.

10    Q.  Did your mom also not want you to return

11    to LSU?

12    A.  They were very supportive of me not going

13    back, yeah.  I think we all thought that was what

14    was best.

15    Q.  Was there any thought that it was also not

16    a good place for you to return coming out of rehab

17    from all of the prior influences that --

18    A.  Yeah, that was part of it.

19    Q.  -- caused you to drink and so forth?

20    A.  Yeah.

21    Q.  You said they offered to continue your

22    scholarship thereafter into the next year.

23        Who offered that to you?

24    A.  I don't remember.  I think Julia told

25    someone.  I can't recall.  I just know that they

# EXHIBIT A

1      Q.   Do you agree there were too many

2   temptations to have been healthy for you to return

3   to LSU?

4      A.   Too many what?

5      Q.   Too many temptations to relapse if you had

6   returned to LSU.

7      A.   Yeah.

8      Q.   Do you know who communicated that you were

9   not going to return to LSU?

10      A.   I do not.

11      Q.   Do you know whether your mom spoke to

12   Miriam Segar and confirmed you weren't coming

13   back?

14      A.   I don't know.

15      Q.   How did you -- where did all of your stuff

16   go?

17      A.   We -- my family came into town and they

18   like got my car.  And we just packed all my stuff

19   up and they took it back to Georgia for me.

20      Q.   Was that during rehab?

21      A.   Yes.

22      Q.   So did you ever return to LSU?

23      A.   Did I ever return at all?  I think I came

24   back one time for my best friend's birthday.  I

25   think that was in -- I think that was that same

**EXHIBIT A**

```
 1   year.  I think that was 2017.  And then -- but
 2   other than that, the only times I've been back
 3   have been for stuff relating to this.
 4       Q.  Did you go back on campus when you went
 5   for your friend's birthday?
 6       A.  Not on campus, but I think we went
 7   to -- let me try -- I think we went to Bogey's one
 8   night.
 9       Q.  And were you drinking then?
10       A.  Yes.
11       Q.  So did you relapse pretty quickly?
12       A.  Like immediately, yeah.
13       Q.  Did you move from rehab to Georgia?
14       A.  Yes, I did.
15       Q.  So did your family know that -- were you
16   living with your family when you moved back?
17       A.  I was, yes.
18       Q.  Did they know you had relapsed quickly?
19       A.  I don't think at the time that they knew.
20   Yeah, I don't think so.
21       Q.  How long was it before they found out?
22       A.  I think it was -- God, I can't remember.
23   I was in like outpatient back home, and like I
24   would get drug tested every once in a while.  And
25   I think a couple times I failed a drug test for
```

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 371-2 *SEALED* 07/10/23    Page 14 of 50

1    eating disorder when you left rehab?

2        A.  Having like an active eating disorder, no,

3    I don't think so.

4        **Q.  So back in the spring when you went to**

5    **rehab, did you withdraw from LSU for that**

6    **semester?**

7        A.  Yeah, I did.

8        **Q.  Did you process that or someone processed**

9    **it for you?**

10        A.  Someone processed it for me, I believe.

11    I -- maybe I -- maybe I did.  I don't recall.

12    That time is like very blurry to me.

13        **Q.  One way or another, you know you were**

14    **withdrawing?**

15        A.  Yes, yes.

16        **Q.  It's not like somebody did it without your**

17    **consent?**

18        A.  No, yeah, yeah, yeah.

19        **Q.  And after you went to rehab, did you ever**

20    **see** ███████  ██████  **again?**

21        A.  No.

22        **Q.  Did you agree that you needed to go to**

23    **rehab in April of 2017?**

24        A.  Yes.

25        **Q.  No question in your mind?**

# EXHIBIT A

1     A.  Yeah, like I -- I think I almost like

2  failed that Adderall drug test on purpose so that

3  someone would give me an option to like do

4  something -- go to rehab or something.

5     **Q.  Did you ever bring criminal charges**

6  **against** ███████ ██████

7     A.  No.

8     **Q.  Why not?**

9     A.  I -- I don't know.

10     **Q.  Did you want to see him pay for what he**

11  **did to you?**

12     A.  Yeah, to an extent.  Not -- not even

13  necessarily like see him pay.  I'd just

14  like -- he's still out there like doing this to

15  other people, that was my main concern.

16     **Q.  Do you think filing criminal charges would**

17  **have helped?**

18     A.  I don't know.  Like -- and I don't -- like

19  for -- because for me, obviously, I didn't tell

20  anyone for almost a year.  So I figured at that

21  point, like what could I even do.

22     **Q.  Did your parents mention bringing criminal**

23  **charges against him?**

24     A.  Not that I can remember, no.

25     **Q.  Did you ever speak with the district**

**EXHIBIT A**

1    A.  No.

2    Q.  **Is your knowledge of what happened with**

3    **her just based on what she's told you --**

4    A.  Yeah.

5    Q.  **-- in connection with this lawsuit and so**

6    **forth?**

7    A.  Yes.

8    Q.  **So the two of you, at the time you were at**

9    **LSU, y'all didn't discuss** ███████    ██████

10    A.  We didn't even know each other, yeah.

11    Q.  **When did you first meet her?**

12    A.  The day that my article came out and she

13    reached out to Kenny and Nancy.

14    Q.  **Which article are you referring to?**

15    A.  The USA Today article.

16    Q.  **What about Ashlyn Robertson, did you know**

17    **her?**

18    A.  No.

19    Q.  **You've since met her, I assume?**

20    A.  Yes.  Like not met her, met her, but,

21    yeah, virtually.

22    Q.  **Did you ever have any discussions about**

23    ███████    ██████  **while you were in school about him**

24    **assaulting anybody else or being inappropriate**

25    **with women or anything like that?**

## EXHIBIT A

1    Q.  So as you can tell from the cover memo

2  here, these appear to be documents that were sent

3  to your attorney, correct?

4    A.  Yes.

5    Q.  Have you ever looked through these

6  yourself?

7    A.  No, I don't think so.  No.

8    Q.  Okay.  I'll just refer you to a few pages.

9  If you'll turn to page 2, which is Owens 2807, it

10  gives an account of the times in rehab.  And I

11  just wanted to make sure that this is correct.

12       It looks like you were at RTC from

13  April 5, 2017 to April 27, 2017.  Is that an

14  accurate date?

15    A.  April 5th to --

16    Q.  I'm sorry, April 24th.

17    A.  To April 24th?

18    Q.  Sorry.

19    A.  Yeah.

20    Q.  What does RTC stand for?

21    A.  I could not tell you.

22    Q.  Does that sound like approximately the

23  time period that you were at the first place?

24    A.  Yeah.  This is weird.  What is IOP?

25  Because I believe I was in like the initial

**EXHIBIT A**

1    treatment facility for like a month.  So like I
2    don't know what the difference between RTC and IOP
3    is.
4         Q.  Would it make sense to think that you were
5    in the original facility from April 5, 2017 to
6    May 9, 2017?
7         A.  Yes, uh-huh.
8         Q.  And after that, the second facility was
9    from May 9, 2017 to August 7, 2017?
10        A.  Yes.
11        Q.  And so then sometime before August 7, 2017
12   was when you decided to withdraw from LSU -- to
13   not return to LSU?
14        A.  Yes.
15        Q.  You had already withdrawn in the spring,
16   correct?
17        A.  Do what?
18        Q.  You had already withdrawn in the spring?
19        A.  Yeah, yes.
20        Q.  On page 2809, there's a reference to you
21   having a minor in possession charge in 2016.
22        A.  Yeah.
23        Q.  Did that happen?
24        A.  Yes.
25        Q.  Tell me what happened there.

# EXHIBIT A

```
 1        A.   I think it was like the second time I ever
 2   drank, and police were looking -- there was like a
 3   rapist on the loose in our county, and we were
 4   like at a bonfire, like a bunch of kids, and I
 5   think they thought that we were that person, so
 6   they -- like we all got charges.
 7        Q.   Okay.  And that was in Georgia?
 8        A.   Uh-huh.
 9        Q.   Okay.  Turn to Owens 2832.
10        MS. TRUSZKOWSKI:
11             Did you say 32?
12        MS. FURR:
13             2832, yes.
14   BY MS. FURR:
15        Q.   It shows chemical use history.
16             Do you see where I am?
17        A.   Uh-huh.
18        Q.   It says, "Alcohol:  Age of onset, 16."
19             Is that correct?
20        A.   Yeah.
21        Q.   And then it has amounts and frequency and
22   so forth, which I assume were not at 16 but were
23   sometime during college that you changed to these
24   amounts?
25        A.   Yes, yeah.
```

# EXHIBIT A

1    Q.   This amount and frequency, do you know

2    when that started?  Was that pretty much --

3    A.   When -- I mean, it got worse over time.

4    But like the real like abuse started when I

5    started dating ████████  So probably second

6    semester of freshman year.

7    Q.   Okay.  And then several lines -- or

8    several columns down it says, "Amphetamines:  Age

9    of onset, 18."

10   A.   Yeah.  I was either 18 or 19, yeah.

11   Q.   Okay.  So it's -- but that question, it

12   was when you were in college, not in high school?

13   A.   Yes, yes, I was in college.

14   Q.   Okay.  If you'll turn to the next page,

15   2833, it says, "Longest period of complete

16   abstinence."  I can't tell if that's two years?

17   A.   Yeah.

18   Q.   And that's from age 16 to 18?

19   A.   Yeah.

20   Q.   And thereafter, were there any periods of

21   abstinence?

22   A.   Yeah, like a couple months.

23   Q.   Here and there?

24   A.   Yeah.

25   Q.   Okay.  Then, "When do you feel like your

**EXHIBIT A**

1    substance abuse problem became problematic?"  And

2    this says one year ago.

3         A.   I'd say it was problematic before then.

4         Q.   Okay.  So over a year ago?

5         A.   Yeah.

6         Q.   And then it says, "Behavioral:  Out of

7    character."  ███████████████████████████████

████████████████████████████████████████████████

███████████████

████████████████████████████

████████████████████████████████████

████████████████████████████████████████████

13        Q.   Do you know what that refers to if not?

14        A.   Where are we?

15        Q.   2833.

16        A.   But where does it say --

17        Q.   Right -- see where it says, "Two years, 16

18   to 18"?  Right below that, "Behavioral:  Out of

19   character."

20        A.   Yeah, I think stuff like that.  That

21   didn't happen very frequently though, so this is

22   probably mostly just like, I don't know, being

23   like mean, meaner to my friends, like stuff like

24   that, like drinking and driving, that type of

25   stuff.

**EXHIBIT A**

1    Q.  Did your drinking and Adderall use

2    alienate you from your friends, some of your

3    friends?

4    A.  I wouldn't say alienate but maybe like put

5    like a strain on the relationship probably because

6    they were worried and didn't know what to do.

7    Q.  Who in particular was worried about you?

8    A.  My roommates at the time, so █████████

█████████████  and ████████████████  Actually, more than

10   them.  Like other people were too.  I think a

11   men's tennis person like reported it to their

12   trainer that I wasn't doing well.

13   Q.  Which men's tennis player did that?

14   A.  I don't know.

15   Q.  How do you know that happened?

16   A.  Because I was told by -- I can't remember,

17   but I think Julia told me that someone had

18   expressed concern.

19   Q.  Okay.  And then several lines down you'll

20   see, "Risky behaviors related to substance abuse."

21   It says, "Unmindful sex, drinking and driving."

22       Do you see that?

23   A.  Yeah.

24   Q.  Do you know what that's referring to in

25   terms of unmindful sex?  █████████████████████

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 371-2 *SEALED* 07/10/23    Page 23 of 50



22   Q.  And do you know whether ▮▮▮▮▮▮▮ was
23  drunk?
24      A.  I do not know.
25      Q.  If you'll move to Owens 2840.

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 371-2 *SEALED* 07/10/23    Page 24 of 50

1          Are you there?

2     A.   Yes.

3     Q.   You'll see it says, "Presenting problems:

4   Alcohol abuse, two bottles of wine or

5   three-fourths to a fifth of tequila per day for

6   one and a half years."

7          Is that pretty accurate?

8     A.   Yeah.

9     Q.   You think it was potentially longer than

10  that?

11    A.   No, not to that extent.  Like it was

12  definitely a problem before, but not to that

13  extent.

14    Q.   So that would have been back to the fall

15  of 2015 with your breakup?

16    A.   Probably -- probably more like spring,

17  like when I came back to school, yeah.

18    Q.   Spring 2015?

19    A.   No.  2016, yeah.

20    Q.   Okay.  And is that because you were there

21  and y'all were not together anymore?

22    A.   Yeah, I think just like the whole thing,

23  the whole relationship was pretty awful.  So...

24    Q.   And what in particular was awful about the

25  relationship?

# EXHIBIT A

1    A.  It was just like abusive emotionally,

2    sexually.  He kind of like isolated me from

3    everyone.

4    **Q.  How was it abusive emotionally?**

5    A.  Just like -- like kind of like controlling

6    my life.  Like I had to respond to him all day

7    within like three minutes or he would get mad at

8    me.  Like controlled what I wore, like who I was

9    friends with, that type of stuff.

10   **Q.  Did he ever -- did he encourage you to**

11   **drink and use Adderall?**

12   A.  I mean, he is the one who introduced me to

13   Adderall and he used to steal his teammate's

14   Adderall for me, so I guess, yes.

15   **Q.  Which teammate did he steal from?**

16   A.  █████████████

17   **Q.  And how was he abusive sexually?**

18   A.  Just like forcing me to do things that I

19   specifically said I didn't want to do.

20   **Q.  Did he force you to have sex with him?**

21   A.  Yes.

22   **Q.  The first time you had sex with him or --**

23   A.  Yes.

24   **Q.  -- or after?**

25   A.  Both, but yeah.

**EXHIBIT A**

1      Q.    ████████████████████████████████████

       ████████████████

       ████████████████████████████████

4      Q.    Did you ever report him for any sexual

5    abuse or assault?

6      A.    No.

7      Q.    And when you said forcing you to do

8    things, are you saying like literally physically

9    forcing you to have sex with him?

10     A.    Kind of.  And like coercion, for the most

11   part.

12     Q.    Did you tell -- disclose this to anybody?

13     A.    Not at the time, but like once -- similar,

14   once I got to rehab, yes.

15     Q.    Did you tell your parents anything was

16   going wrong at the time you were dating him?

17     A.    At the time, no.

18     Q.    Did your parents like him?

19     A.    At the time, yes.

20     Q.    Why did the relationship end?

21     A.    I think -- well, he ended it.  I didn't

22   know how to leave him, so I think I kind of just

23   like made him hate me so that he left.

24     Q.    What did you do to make him hate you?

25     A.    I was just cold.  I don't know.  I don't

# EXHIBIT A

1   quite remember.

2   **Q.  Was it difficult for you for the**

3   **relationship to end?**

4   A.  Yes.

5   **Q.  Why?**

6   A.  I think I had just -- since I had been

7   kind of like isolated from all of my friends, I

8   felt like he was all I had.  So I felt like very

9   alone.

10   **Q.  Did you-all continue to communicate after**

11   **the relationship ended?**

12   A.  Yeah, for like a year.  And then I've

13   never spoken to him again since December of 2016.

14   **Q.  Did you hint to him about anything that**

15   **happened with** ███████ ███████

16   A.  No.

17   **Q.  What types of things would y'all talk**

18   **about for the year?**

19   A.  I don't even remember.  I think it was

20   very like -- like on-again-off-again type thing.

21   But we never got back together, it was more

22   just -- I don't know.

23   **Q.** ███████████████████████████████████
████████████████████████████████████
███████████████████████

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 371-2 *SEALED* 07/10/23    Page 28 of 50

1    Q.  But you didn't get back -- you didn't date

2  him again?

3    A.  No.

4    Q.  ████████████████████████████████████

████████████

████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████

13         MS. TRUSZKOWSKI:

14             I'm going to object to this line of

15             questioning, relevance.  But you can

16             answer.

17  BY MS. FURR:

18    Q.  And how did it finally ultimately end?

19    A.  He got a girlfriend and basically was

20  like, I can't talk to you anymore.  And then we've

21  never spoken since.

22    Q.  And how did you respond to that?

23    A.  Not well.  Yeah, not well.  But yeah.

24    Q.  And that was in December of 2017?

25    A.  2016.

# EXHIBIT A

1      Q.   Okay.   I thought you said that y'all had

2   continued to communicate for a year after it

3   ended?

4      A.   Yeah.   It ended in 2015.

5      Q.   Okay, sorry.   Okay.

6           If you'll turn back on this Exhibit 3,

7   will you turn to Owens 2845.

8           Do you see here it says, "Current drug or

9   alcohol history."   It says, "Adderall,

10  20 milligrams, taking eight tabs a day for a

11  year."

12          Was that accurate?

13     A.   Yeah, I mean, like it's obviously not

14  entirely accurate, but that's like -- if you had

15  to sum it up, probably.   But like I definitely

16  didn't have Adderall every day, or that much

17  Adderall.   So it was on-and-off type thing.

18     Q.   If you had it, you were taking that much?

19     A.   Yes, yeah.

20     Q.   So it was merely an access issue?

21     A.   Exactly, yeah.

22     Q.   So that was since at least April of 2016,

23  then, I guess, if that was for a year that you had

24  been taking that much.

25          Do you think it was longer than that?

# EXHIBIT A

1  admission, it appears.  So again, on Owens 2946 --

2  so at the top it looks like this is maybe a

3  separate person that you're talking to.

4        Can you tell what the initials are at the

5  bottom?

6     A.  No.

7     Q.  And I didn't know -- didn't know if it

8  happened to look familiar to you.  I can't either.

9     A.  No, I have no idea.

10    Q.  Up at the top, it looks like again that

11 you were telling this person that you were

12 drinking two bottles of wine or a fifth daily for

13 the past one and a half years; is that right?

14    A.  Yeah.

15    Q.  Okay.  Turn to Owens 2965.

16        If you'll look toward the bottom, it looks

17 like you're talking about your relationship with

18 your boyfriend, correct, the tennis player?

19    A.  Hold on, I'm trying to find it.

20        Yes.

21    Q.  ████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

# EXHIBIT A



**EXHIBIT A**

1    Q.  Okay.  If you'll turn to Owens 2975, at

2  the very bottom, second line, it says, "The client

3  reflected on improving relationship with her

4  father stating, 'He was angry with me because of

5  my lies, but we are repairing it.'"

6        Is that something you said?

7    A.  Probably.

8    Q.  Do you know what lies you were referring

9  to there?

10   A.  Yeah, just lying about the amount that I

11  was drinking or using.

12   Q.  At this point in time, had your -- prior

13  to your failed drug test, had your parents known

14  about your Adderall usage?

15   A.  Yes.  Yeah.  In December of 2016, when I

16  was home for winter break, I told them.

17   Q.  What did you tell them then?

18   A.  I like basically told them that it was out

19  of control and that I need help.  So -- but they

20  didn't know what to do, so they took me to our

21  family practice doctor.

22   Q.  And what did the family practice doctor

23  do?

24   A.  He prescribed me like an antidepressant.

25  I think he also prescribed me -- not at the time,

**EXHIBIT A**

1    but I got Antabuse from him when I went back to

2    school in January of 2017.  What else?  I feel

3    like he might have mentioned going to meetings,

4    like AA meetings.  But yeah.

5        **Q.  What is Antabuse?**

6        A.  It's like -- it's a medication where I

7    think if you -- if you drink after you take it,

8    you get like really sick or something.  It's

9    supposed to deter you from drinking.

10       **Q.  Did you tell your parents that you thought**

11   **you had an addiction to either alcohol or Adderall**

12   **at that time?**

13       A.  Yeah, both.

14       **Q.  And did they seek any -- that you get into**

15   **any treatment program?**

16       A.  Not at the time.  I still had -- like I

17   had like one semester left in school, so I think

18   they were hoping that I could figure it out on my

19   own.

20       **Q.  What's the tennis season?**

21       A.  Do what?

22       **Q.  What is the tennis season?  When does it**

23   **run, from when to when?**

24       A.  Spring, yeah.

25       **Q.  Did they ask you if you wanted to get into**

# EXHIBIT A

1    A.   Partially like my scholarship money, but

2    my parents sent me here with like a credit card

3    for emergencies and stuff.

4    **Q.   Did they talk to you about the shopping**

5    **issue?**

6    A.   Eventually, yeah, they did.

7    **Q.   When?**

8    A.   I cannot recall.

9    **Q.   Before or after you went to rehab?**

10   A.   I think before.

11   **Q.   Did you then stop it or not?**

12   A.   Yeah, pretty much.

13   **Q.   Okay.  If you'll turn to Owens 2918.**

14   **Under "Chemical use history," it says, "The**

15   **client's alcohol and Adderall increased in May of**

16   **2016."**

17        **What happened in May of 2016?**

18   A.   I don't know.  Maybe the fact that tennis

19   was over for the year possibly.

20   **Q.   Okay.  And it says, "The client was using**

21   **up to five to six Adderall a day and up to a fifth**

22   **of tequila daily."**

23        **Is that correct?**

24   A.   Sure, yeah.

25   **Q.   Okay.  If you'll turn to Owens 2920,**

# EXHIBIT A

1   Number 18 says, "How long was the longest time you

2   were ever sober and clean?"  And the answer is,

3   "Never."

4        Is that your answer that you gave?

5        A.  I don't -- this is not my handwriting.

6   So...

7        Q.  You don't know whether you said that or

8   not?

9        A.  Yeah, yeah.

10       Q.  Before you turned 21, how did you get the

11   alcohol?

12       A.  I had a fake ID.

13       Q.  Where did you get that?

14       A.  I don't know.  Some like sketchy man.  I

15   don't quite remember.

16       Q.  Who connected you with the sketchy man?

17       A.  One of my friends from high school.

18       Q.  So you'd had it since then?

19       A.  Huh?

20       Q.  You'd had it since high school?

21       A.  No.  I got it when I was here, but we were

22   home or something, I don't know.  So I got it in

23   Atlanta.

24       Q.  Did you just have one?

25       A.  Uh-huh.

# EXHIBIT A

1    Q.  Yes?

2    A.  Yes, yes.

3    Q.  And then 24, at the bottom of page 2920,

4    says, "What are your experiences with Alcoholics

5    Anonymous and Narcotics Anonymous?"  And the

6    answer was, "I attended AA on Adderall."

7         Is that true?

8    A.  Yeah, I did do that.

9    Q.  So then if you'll turn to Owens 2925,

10   Number 69, it's asking here about whether or not

11   you had any bad sexual experiences.  And at that

12   point in time, I guess this was still on April 5,

13   2017, you were still saying no, correct?

14   A.  Yeah.

15   Q.  Did you attend counseling through LSU

16   while you were in school?

17   A.  Yes.

18   Q.  Who did you see there?

19   A.  I saw Quintin for a while, and then I saw

20   LaKeitha Poole.

21   Q.  And did you like working with both of

22   them?

23   A.  Quintin was fine.  I really did like

24   LaKeitha though.

25   Q.  You did?

# EXHIBIT A

```
 1        A.  Yes, I did.
 2        Q.  Did you lie to her about what was
 3   happening with you?
 4        A.  Yeah.  I -- yeah.
 5        Q.  About your alcohol intake and Adderall
 6   intake?
 7        A.  Yeah, and also like what was going on in
 8   my life, yeah.
 9        Q.  When you say, What was going on in your
10   life, you'd tell her things were fine when things
11   weren't going fine?
12        A.  Yes.  And like with ███████ and that stuff.
13        Q.  Was ████████ a boyfriend?  I'm sorry, I'm
14   getting some of these █ names confused.
15        A.  Yes.
16        Q.  Okay.  Let me show you what I'm going to
17   mark as Exhibit 5.
18            (Exhibit 5 was marked.)
19   BY MS. FURR:
20        Q.  Did you send an e-mail to request your
21   records from Dr. Poole?
22        A.  Yeah, I did.
23        Q.  Okay.  And did you review them after you
24   got them?
25        A.  Yes.
```

**EXHIBIT A**

1  had a couple meetings after that, but I think

2  that's it.

3      Q.  Did you take any medications in high

4  school?

5      A.  No, I didn't.

6      Q.  Did your parents want you to get more

7  treatment in high school than that?

8      A.  No, I don't think so.

9      Q.  Okay.  A few lines down it says, "Abby

10  confided that during her freshman year she drank

11  prodigiously; i.e., drinking to the point of

12  intoxication up to six times a week."

13          Is that what you told them?

14      A.  Yeah.  This was like second semester, like

15  I said, once I started dating █████████

16      Q.  At the bottom of that paragraph, it says

17  that you denied any physical or sexual abuse.

18      A.  Yeah.

19      Q.  Is that because you think you didn't

20  recognize what was happening with your boyfriend

21  as sexual abuse?

22      A.  Yeah, yes.

23      Q.  Was he ever physically abusive to you?

24      A.  No.

25      Q.  Okay.  In the second paragraph it says

**EXHIBIT A**

1  that "The negative aspects of their relationship,

2  paired with her anxiety, had a big impact on her."

3        That sounds consistent with what you've

4  told us, correct?

5      A.  Yes.  Yeah.

6      Q.  Okay.  And it says that you reported

7  starting to feel depressed this past summer and

8  that last semester, fall 2015, it was significant.

9      A.  Yeah.

10     Q.  And you described your symptoms of

11  depression; is that right?

12     A.  Yes.

13     Q.  That's what you told her?

14     A.  Uh-huh.

15     Q.  You said that you used Vyvanse and alcohol

16  to cope with your depressed mood?

17     A.  Uh-huh.

18     Q.  Yes?

19     A.  Yes.  Sorry.

20     Q.  Okay.  And then a few lines down you

21  stated that on days that you did not take Vyvanse,

22  you drank during the day to numb your feelings.

23  "Abby stated that she continued to take Vyvanse

24  until she returned to campus around January 6,

25  2016."

# EXHIBIT A

1        Is that correct?

2    A.   Yes.

3    Q.   It says, "She has not taken any since."

4        Is that incorrect?

5    A.   That was correct.

6    Q.   That was correct that you hadn't taken any

7    since then?

8    A.   Yeah.

9    Q.   But you started back up again?

10   A.   Yeah.

11   Q.   Do you know how soon after?

12   A.   I don't.  I don't recall.

13   Q.   And then at the bottom of that paragraph

14   you disclosed that you have a history of binge

15   eating as well; is that right?

16   A.   Yes, yes.

17   Q.   Okay.  At the bottom paragraph it says

18   that you stated that you and your ex-boyfriend

19   lived alone this year until he moved out and that

20   you said you often drank alone.

21       Is that correct?

22   A.   Yes.

23   Q.   At the time, you were drinking alone?

24   A.   At that time, yeah.

25   Q.   And then it looks like here you're

**EXHIBIT A**



```
15        Q.  Okay.  If you'll look at Owens 2464, at

16   the bottom paragraph, second sentence says,

17   "Unfortunately, she stated several times that she

18   did not remember important information."

19        Were you experiencing memory issues while

20   you were taking alcohol and Adderall?

21        A.  Where does it say that?

22        Q.  The bottom paragraph.

23        A.  Oh, I think that's mostly about like my

24   relationship with ███████  like I have a hard time

25   recalling that.
```

**EXHIBIT A**

1      Q.  Did you ever experience memory issues

2   while you were drinking during college?

3      A.  Yeah, I did.

4      Q.  Okay.  If you'll look to Owens 2469, so

5   this was an appointment that you had with Quintin

6   on the day of the incident with ██████ ██████

7   right?

8      A.  Yeah.  Before, not after.  I met ██████

9   on the 28th.

10      Q.  That's what I'm saying.

11      A.  Yes.  Right before, right, right.

12      Q.  And so you're saying here that you're

13   doing well altogether.

14          But that wasn't true, correct?

15      A.  Yeah.  I mean, yeah.

16      Q.  You were drinking heavily at this time and

17   taking Adderall as well possibly?

18      A.  It's possible.  I don't remember.  But

19   also, like I said, I did go through like phases.

20   So it is entirely possible that I was doing well

21   that day.

22      Q.  But then you got -- do you consider

23   yourself to have gotten blackout drunk that night?

24      A.  Nearly blackout, yeah.

25      Q.  What's the difference between "nearly

**EXHIBIT A**

1    blackout" and "blackout" in your mind?

2      A.  I feel like "blackout" is no memory

3    whatsoever; "nearly blackout" is I can piece

4    together a little bit.

5      Q.  And then it looks as though you didn't

6    come back for any therapy between this date and

7    November 7, 2016.

8          Does that seem right?

9      A.  Yeah.

10      Q.  Okay.  And it looks like on November 7,

11   2016 was maybe when you came back again, and this

12   time it was with Dr. Poole as opposed to Quintin;

13   is that right?

14      A.  Yes.

15      Q.  And the first line says, "Abby was

16   referred or mandated by her coach to seek support

17   for lack of motivation."

18          Was that why you went to Dr. Poole?

19      A.  Yes.

20      Q.  Is that Coach Sell that sent you there?

21      A.  Yeah, I think so...

22      Q.  Were you glad that she sent you back to

23   therapy?

24      A.  Probably not.

25      Q.  Why?  You just didn't want to go?

# EXHIBIT A

```
 1  coach has noticed some inconsistencies in what
 2  Abby has been saying versus what she's been doing;
 3  academics, on the court, not taking medications,
 4  et cetera."
 5        That's true, that you were giving
 6  inconsistent stories or inaccurate stories?
 7     A.  I don't know what the story is, so I don't
 8  know.
 9     Q.  At this point in time, were you still
10  lying to Julia about what was going on with you?
11     A.  I don't recall what conversations I had
12  with Julia.
13     Q.  Okay.  And then Owens 2483 is dated
14  March 3, 2017.  Is that the date -- it says here
15  that "Abby reported to the tennis facility ahead
16  of today's match and blew a .337 for alcohol."
17        Is that true?
18     A.  Uh-huh, yeah.
19     Q.  Were you nervous going into that
20  breathalyzer?
21     A.  No, I don't think so.  Maybe.  I don't
22  know.  Probably.
23     Q.  Okay.  Owens 2485, this looks to be a
24  communication between Dr. Poole and your mom.
25        Do you know whether Dr. Poole ever spoke
```

**EXHIBIT A**

1    looks like on March 2, 3201, you were talking to

2    Dr. Poole about painful experiences from the past,

3    citing the break up with a boyfriend, strained

4    relationship with your dad, et cetera.

5        Does that sound like what you would have

6    told her then?

7        A.   Yeah.

8        Q.   Okay.  If you'll turn to Owens 2494, dated

9    March 28, 2017, this says, "After being questioned

10   by her coach, she came clean about a positive

11   Adderall drug test and that she still drank on

12   three occasions since the incident on 3-3."

13        Is that correct?

14        A.   I don't remember, but probably.

15        Q.   It says here, "She shared that she had not

16   been fully honest about no drinking, many things

17   with her family, and avoiding using Adderall."

18        Do you think you told her that?

19        A.   Probably, yeah.

20        Q.   And then lastly, Owens 2498, it suggests

21   that this was a contact between Jessica Fontenot

22   and Dr. Poole, and April 13, 2017 is the date.

23        You were in rehab at that point in time,

24   correct?

25        A.   Yes.

# EXHIBIT A

```
 1   prove the idea of not mattering."

 2        Can you tell me, what was the discussion

 3   there?

 4        A.  I don't recall.

 5        Q.  Do you recall having thoughts since that

 6   night about ██████ ██████ not remembering it or

 7   having any thoughts about what happened?

 8        A.  No.

 9        Q.  Do you think that the person who wrote

10   this made this up, or you just don't remember what

11   it's about?

12        A.  No, maybe something came up.  I had like a

13   ton of these sessions, so I don't remember like

14   what I said.  But that's not something that I

15   remember like ever been prominent for me.  I think

16   this is more of just like a

17   I-feel-like-I-don't-matter thing.

18        Q.  Okay.  If you'd turn to Owens 2738,

19   please, you'll notice in the first paragraph it

20   says, "I questioned Abby about other factors that

21   she may not have mentioned that led her to

22   self-blame thoughts.  She disclosed a missing

23   piece of the story that she hadn't shared with

24   anyone before, and that left her questioning her

25   willingness."
```

# EXHIBIT A

1            Do you remember what that was?

2       A.   Yes.   I completely forgot about this.

3   Yeah.  So I remembered in the trauma therapy that

4   when he -- I like have a brief flash of when he

5   left the apartment.  I said something along the

6   lines of like, Don't forget me, or something like

7   that, some kind of like dumb drunken whatever.

8   And I literally blocked it out and remembered it

9   here and blocked it out again.

10      Q.   And is the comment that you're making to

11  the therapist, that that makes you wonder if it

12  was somewhat willing on your part?

13      A.   Yeah.  That's how I always felt, I think,

14  because I was stuck in like this self-blame and I

15  realized that that was why.

16      Q.   Do you have doubts from time to time about

17  whether the pieces that you've indicated you do

18  remember, the flashes, are accurate?

19      A.   No.

20      Q.   You're certain that they're accurate, even

21  given the state that you were in that night?

22      A.   Yeah, I'm certain, yeah.

23      Q.   What makes you so certain?

24      A.   I mean, I remember it, yeah.

25      Q.   You were here yesterday when Samantha


# EXHIBIT A

1    Brennan was testifying, right?

2        A.  Yes.

3        Q.  And you heard that she doesn't believe she

4    was raped -- I'm paraphrasing, I realize --

5    something to the effect of because she can't say

6    for sure what happened or that she was -- that she

7    actually engaged in intercourse.

8            Does that resonate with you?  Is there a

9    possibility that the same is true, that you didn't

10   actually have intercourse with him?

11       A.  No.  Like I know that it happened.

12       Q.  Have you ever questioned that?

13       A.  No, never.

14       Q.  So what you're questioning here is just

15   whether you were a willing participant in it?

16       A.  Yes, that was the piece.  Well, not

17   necessarily whether I was a willing participant

18   but, yeah, I think it kind of kept me stuck in the

19   self-blame cycle.  Like I know it wasn't

20   consensual.

21       Q.  Putting aside the fact that you were

22   drunk, is there anything else about it that you've

23   remembered that causes you to wonder if you gave

24   the impression that you were participating in it

25   willingly?

# EXHIBIT A



1    A.    No.

2    Q.    The only thing is the comment to him,

3 Don't forget me?

4    A.    Yeah.

5    Q.    Okay.  Would you turn to Owens 2739,

6 please.

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 371-2 *SEALED* 07/10/23    Page 50 of 50

1    A. █████

████████████

████████████████████████████

█████████████████████████████████

██████████████████████████████████

████████████████████████████████

█████████████████████████████████

████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████

13    Q. And you don't know whether ██████ █████

14   was drinking when the incident happened?

15    A. I don't, no.

16    Q. What race is ████████

17    A. I think he's Swedish.  So he's white.

18    Q. ███████████████████████████████

█████████████████████████████████████

████████████████████████████

21    A. No.

22    Q. Further down in this paragraph it says,

23   "She acknowledges that she started drinking early

24   in that relationship in order to escape."

25        And that's in the relationship with the

**EXHIBIT A**