Case 3:21-cv-00242-WBV-SDJ  Document 472-4  10/13/23  Page 1 of 13
Case 3:21-cv-00242-WBV-SDJ  Document 371-5 *SEALED* 07/10/23  Page 1 of 13

09/26/2022

Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, SAMANTHA BRENNAN,
CALISE RICHARDSON, JADE LEWIS,
KENNAN JOHNSON, ELISABETH          CASE NO.
ANDRIES, JANE DOE, ASHLYN          3:21-CV-00242
ROBERTSON, CORINN HOVIS, AND
SARAH BETH KITCH

VS.

BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY AND
AGRICULTURAL AND MECHANICAL
COLLEGE, AND VERGE AUSBERRY,
MIRIAM SEGAR, JENNIE STEWART,
AND JONATHAN SANDERS, IN THEIR
INDIVIDUAL CAPACITIES

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

\*\*\* CONFIDENTIAL TRANSCRIPT \*\*\*

\*\*\* SUBJECT TO PROTECTIVE ORDER \*\*\*

The deposition of SAMANTHA BRENNAN, taken in connection with the captioned cause, pursuant to the following stipulations before RITA A. DEROUEN, Certified Court Reporter, at Phelps Dunbar, 400 Convention Street, Suite 1100, Baton Rouge, Louisiana 70802 on September 26, 2022, beginning at 9:06 am.

COURT REPORTERS OF LOUISIANA, L.L.C.
9522 Brookline Avenue, Suite 217
Baton Rouge, Louisiana 70809
PHONE (225) 201-9650 \* FAX (225) 201-9651
E-mail: depos@courtreportersla.com

**EXHIBIT C**

Case 3:21-cv-00242-WBV-SDJ   Document 472-4   10/13/23   Page 2 of 13
Case 3:21-cv-00242-WBV-SDJ   Document 371-5 *SEALED* 07/10/23   Page 2 of 13
09/26/2022
Page 190

```
 1            (Exhibit 13 was marked.)
 2   BY MR. CODY:
 3      Q.   So you should have in front of you what's
 4   been marked as Exhibit 13.  This is an e-mail
 5   exchange also with USA Today, but it appears here
 6   this is where Samantha is introducing you -- I'm
 7   sorry, you're Samantha -- Nancy is introducing you
 8   to somebody named Kenny with USA Today.
 9           Who is Kenny?
10      A.   He's an investigative reporter that helped
11   on most of the LSU coverage in their paper.
12      Q.   And so it appears that Kenny is working
13   with an outside law firm in order to try to obtain
14   the police report from LSU; is that your
15   understanding?
16      A.   Kenny was part of it.  I mean, it wasn't
17   just him.  But, yes, they were trying to -- well,
18   I mean, we tried to get my police report without
19   bringing in counsel, but LSU was not forthcoming
20   in it.  And I was told I would have to sue for my
21   police report from Johanna Posada.
22      Q.   And so, ultimately, you were able to get
23   your police report, correct?
24      A.   Yes.
25      Q.   And upon obtaining your -- what did
```

**EXHIBIT C**

Case 3:21-cv-00242-WBV-SDJ   Document 472-4   10/13/23   Page 3 of 13
Case 3:21-cv-00242-WBV-SDJ   Document 371-5 *SEALED* 07/10/23   Page 3 of 13   09/26/2022
Page 191

```
 1  you -- what did you hope to accomplish by getting
 2  your police report from LSU?
 3       A.  I wanted to see the word "█████ █████
 4  in it.
 5       Q.  And was that -- I mean, you knew █████
 6  was involved.
 7       A.  I did, but I needed to be able to prove
 8  it.
 9       Q.  And did you think there was an inability
10  to prove it or to be believed unless you had
11  access to the report?
12       A.  Yeah.  It's all he said/she said, and I
13  guess I could have been totally lying about it.
14  If Nancy would have printed a huge paper that
15  wasn't factual, I mean, it could have came back on
16  her.  So it helped make their story credible by
17  having that name there.
18       Q.  Well, even before you obtained this report
19  in 2020, you had corroborating witnesses, such as
20  █████ █████ █████ right?
21       A.  I did.  But he wouldn't respond to their
22  questions.
23       Q.  And you also had █████ █████
24       A.  She was there, but I don't know if they
25  reached out to her or not.
```

**EXHIBIT C**

# LSU Police Department
# Initial Report Form

## Case Number:
20160722-007

| Begin Incident Date / Time: | End Incident Date / Time: | Date Reported: | Officer: |
|---|---|---|---|
| 7/9/2016  10:30:00PM | 7/10/2016  2:00:00AM | 7/22/2016  5:23:44PM | Bodine, Andrew J  U1727 |

**Address:**
Public Safety Building

**COMPLAINANT**    SAMANTHA L BRENNAN

**Offense:**
LRS 14:283    VIDEO VOYEURISM

---

**Narrative:**
20160722-007
Video Voyeurism
On July 22, 2016 at approximately 1830 hours, LSU PD Officers were dispatched to the Public Safety Building in reference to Video Voyeurism complaint. Officers arrived and met with the victim (LSU Student 19 year old female) who stated someone had taken a nude picture of her without consent. The incident took place between July 9 and July 10 of 2016. The case is pending further investigation.



(Initial Version)
Date Printed:
08/20/2020

Case Number: 20160722-007
Page 1 of 1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    PLAINTIFFS_000001

**EXHIBIT C**

# LSU POLICE DEPARTMENT
## INCIDENT REPORT

**INCIDENT NUMBER:** 20160722-007  
**ORI:** LA0170400

### ADMINISTRATIVE INFORMATION

| REPORT DATE | INCIDENT START DATE | DOW | INCIDENT END DATE | INCIDENT DESCRIPTION |
|---|---|---|---|---|
| 07/22/2016 5:23:44 PM | 07/09/2016 10:30:00 PM | 7 | 07/10/2016 2:00:00 AM | 57 - INVESTIGATION |

| LOCATION OF INCIDENT | OFFENSE TRACT | CASE STATUS |
|---|---|---|
| Public Safety Building BATON ROUGE LA | OFF CAMPUS | INACTIVE |

| EVIDENCE COLLECTED | WEATHER | TEMP | LIGHTING | EXCEPTIONAL CLEARANCE | EXC CL DATE |
|---|---|---|---|---|---|
| ☐ | | | | D VICTIM REFUSED TO | |

### OFFENSE INFORMATION

| STATUTE CODE | STATUTE DESCRIPTION | TYPE OF WEAPON USED |
|---|---|---|
| 14:283 | VIDEO VOYEURISM | |

| UNITS ENTERED | FORCED ENTRY | COMPUTER USE | ALCOHOL USE | DRUG USE | SECURITY TYPE | COUNTS | COMPLETED | F/M |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | | 1 | ☑ | F |

| LOCATION TYPE | BIAS MOTIVATION | CRIMINAL ACTIVITY |
|---|---|---|
| RESIDENCE/HOME | NONE | |

| STATUTE CODE | STATUTE DESCRIPTION | TYPE OF WEAPON USED |
|---|---|---|
| | | |

| UNITS ENTERED | FORCED ENTRY | COMPUTER USE | ALCOHOL USE | DRUG USE | SECURITY TYPE | COUNTS | COMPLETED | F/M |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | | | ☐ | |

| LOCATION TYPE | BIAS MOTIVATION | CRIMINAL ACTIVITY |
|---|---|---|
| | | |

### VICTIM INFORMATION

| VIC# | SAME AS COMPLAINANT | NAME (LAST, FIRST MIDDLE) | HOME # | CELL # | WORK # |
|---|---|---|---|---|---|
| 1 | ☑ | BRENNAN SAMANTHA L | | 763-222-9562 | |

| ADDRESS | EMAIL |
|---|---|
| 740 W CHIMES Street  BATON ROUGE LA 70802- | |

| DOB | AGE | TO AGE | SEX | RACE | ETHNICITY | RESIDENT STATUS | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|---|---|
| ▇1995 | 20 | | F | W | | NON-RESIDENT | | 0 |

| EYE COLOR | HAIR COLOR | SSN | OLN # | OLN STATE |
|---|---|---|---|---|
| | | ▇ | ▇ | LA |

**SCARS/MARKS/TATTOOS**

| EMPLOYER/SCHOOL | OCCUPATION | ADDRESS |
|---|---|---|
| LSU STUDENT | STUDENT | |

| TYPE OF VICTIM | AGGRAVATED ASSAULT CIRCUM | JUST HOM CIRCUM | STATEMENT | DOMESTIC |
|---|---|---|---|---|
| PERSON/INDIVIDUAL (NOT A | | | ☐ | ☐ |

| INJURY TYPE | RELATIONSHIP TO OFFENDER 1-10 | Offenses Involved 1-10 |
|---|---|---|

| | | 1: AQ | 6: | 1: 90Z | 6: |
|---|---|---|---|---|---|
| ☐ None | ☐ Unconscious | 2: | 7: | 2: | 7: |
| ☐ Minor | ☐ Lacerations | 3: | 8: | 3: | 8: |
| ☐ Internal | ☐ Bones | 4: | 9: | 4: | 9: |
| ☐ Teeth | ☐ Other | 5: | 10: | 5: | 10: |

### COMPLAINANT INFORMATION

| NAME (LAST, FIRST MIDDLE) | HOME # | CELL # | WORK # | STATEMENT |
|---|---|---|---|---|
| BRENNAN, SAMANTHA L | | 763-222-9562 | | ☐ |

| ADDRESS | EMAIL |
|---|---|
| 740 W CHIMES Street  BATON ROUGE LA 70802- | |

| DOB | AGE | SEX | RACE | ETHNICITY | RESIDENT STATUS | OLN # | OLN STATE |
|---|---|---|---|---|---|---|---|
| ▇1995 | 20 | F | W | | NON-RESIDENT | ▇ | LA |

### OFFICER INFORMATION

| REPORTING OFFICER | REVIEWING OFFICER | APPROVING OFFICER |
|---|---|---|
| Bodine, Andrew J  J1727 | METZGER, JEFFREY  U0079 | |

08/20/2020 9:37:53 AM    Page 1 of 8

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    PLAINTIFFS_000002

**EXHIBIT C**

# LSU POLICE DEPARTMENT
## INCIDENT REPORT
### SUSPECTS INFORMATION

INCIDENT NUMBER: 20160722-007   LA0170400

| SUSPECT # | NAME (LAST, FIRST MIDDLE) | DOB | AGE | TO AGE |
|---|---|---|---|---|
| 1 | [redacted] | [redacted] | [redacted] | |

| ADDRESS | OLN # | OLN STATE |
|---|---|---|
| [redacted] | [redacted] | LA |

| HOME # | CELL # | WORK # | SSN | ETHNICITY | SEX | RACE | HEIGHT |
|---|---|---|---|---|---|---|---|
| [redacted] | | | [redacted] | N | [redacted] | [redacted] | [redacted] |

| WEIGHT | HAIR COLOR | HAIR STYLE | HAIR LENGTH | EYE COLOR | GLASSES | BUILD | COMPLEXION |
|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | | | [redacted] | ☐ | [redacted] | [redacted] |

| SCARS, MARKS, TATTOOS | FACIAL HAIR | TEETH | SPEECH/VOICE |
|---|---|---|---|

CLOTHING

| DOMINANT HAND | RESIDENTIAL STATUS | WEAPON TYPE |
|---|---|---|
| | RESIDENT | |

### OFFENSES INVOLVED 1-10

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| 90Z | | | | |
| 6 | 7 | 8 | 9 | 10 |

---

| SUSPECT # | NAME (LAST, FIRST MIDDLE) | DOB | AGE | TO AGE |
|---|---|---|---|---|
| | | | | |

| ADDRESS | OLN # | OLN STATE |
|---|---|---|

| HOME # | CELL # | WORK # | SSN | ETHNICITY | SEX | RACE | HEIGHT |
|---|---|---|---|---|---|---|---|

| WEIGHT | HAIR COLOR | HAIR STYLE | HAIR LENGTH | EYE COLOR | GLASSES | BUILD | COMPLEXION |
|---|---|---|---|---|---|---|---|
| | | | | | ☐ | | |

| SCARS, MARKS, TATTOOS | FACIAL HAIR | TEETH | SPEECH/VOICE |
|---|---|---|---|

CLOTHING

| DOMINANT HAND | RESIDENTIAL STATUS | WEAPON TYPE |
|---|---|---|

### OFFENSES INVOLVED 1-10

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| 6 | 7 | 8 | 9 | 10 |

08/20/2020 9:37:53 AM   Page 2 of 8

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   PLAINTIFFS_000003

**EXHIBIT C**

| INCIDENT NUMBER: 20160722-007 | LSU POLICE DEPARTMENT INCIDENT REPORT NARRATIVE | | LA0170400 |
|---|---|---|---|
| | | NARRATIVE | ☐ JUVENILE |

**NARRATIVE TITLE:** Narrative From CAD

**NARRATIVE:**
Complaint Type: 57 - INVESTIGATION
Caller Name:
Officer ID: U-1727, Officer Name: BODINE, ANDREW

[7/22/2016 5:24:01 PM . pos1 : babinc]
Cross streets: NICHOLSON DR//S CAMPUS DR
Landmark: PUBLIC SAFETY
Place Comment: UNIVERSITY PUBLIC SAFETY BLDG
Landmark Comment: 211 S STADIUM RD

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          PLAINTIFFS_000004

**EXHIBIT C**

| INCIDENT NUMBER: 20160722-007 | LSU POLICE DEPARTMENT INCIDENT REPORT NARRATIVE | LA0170400 |
|---|---|---|

| NARRATIVE | ☐ JUVENILE |
|---|---|

**NARRATIVE TITLE:** SUMMARY

**NARRATIVE:**
20160722-007
Video Voyeurism
On July 22, 2016 at approximately 1830 hours, LSU PD Officers were dispatched to the Public Safety Building in reference to Video Voyeurism complaint.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXHIBIT C**

PLAINTIFFS_000005

| INCIDENT NUMBER: | LSU POLICE DEPARTMENT | ORI #: |
|---|---|---|
| 20160722-007 | INCIDENT REPORT NARRATIVE | LA0170400 |

| NARRATIVE | ☐ JUVENILE |
|---|---|

NARRATIVE TITLE:   DETAILS

NARRATIVE:
20160722-007
Video Voyeurism
On July 22, 2016 at approximately 1830 hours, LSU PD Officers were dispatched to the Public Safety Building in reference to Video Voyeurism complaint. Officers arrived and met with the victim (LSU Student 19 year old female) who stated someone had taken a nude picture of her without consent. The incident took place between July 9 and July 10 of 2016  The case is pending further investigation.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          PLAINTIFFS_000006

**EXHIBIT C**

| INCIDENT NUMBER: 20160722-007 | LSU POLICE DEPARTMENT INCIDENT REPORT NARRATIVE | ORI #: LA0170400 |
|---|---|---|

| ☐ NARRATIVE | ☐ JUVENILE |
|---|---|

**NARRATIVE TITLE:** SUPPLEMENT

**NARRATIVE:**
20160722-007
Video Voyeurism
On July 22, 2016 at approximately 1830 hours, I Sgt. Bodine responded to the Public Safety Building in reference to a complaint about video voyeurism. Upon arrival, I met and spoke with Samantha L Brennan (LSU Student W/F DOB ▇▇ 1995 PH 763-222-9562 University House Apt 5009) who stated a coworker saw a nude picture of her that was being passed around. Brennan stated today (July 22, 2016), she arrived to work at Football Operations and was approached by several friends saying they heard a nude picture of her was floating around. Brennan further stated that none of the friends who approached her actually saw the image, they were only told about it. Brennan then advised that there was only one incident recently where the picture could have been taken.

Brennan stated on Saturday July 9, 2016, that she and a friend went out for the evening in Tigerland. She said she first went to Fred's in Tigerland before going to Bogies. While out, Brennan said she only had 2 drinks and 2 shots during the night. While at Bogies, Brennan said the friend she went with left. After her friend left, Brennan advised she saw her friend ▇▇ who works at football operations with her. When asked, Brennan did not know ▇▇'s last name, only that he works in the equipment section. Brennan next advised that ▇▇ had bought her a shot from what she remembers. While hanging out with ▇▇ Brennan advised that ▇▇ ▇▇ (▇▇▇▇▇▇) approached them and started to hang out. Brennan said from what she remembers, she was to intoxicated to drive home so ▇▇ and ▇▇ decided they would driver her and her vehicle back to her apartment.

After leaving Bogies to go to the apartment, Brennan advised that ▇▇ drover her vehicle with her back to University House while ▇▇ followed. Once back at University House, ▇▇ brought ▇▇ back home however Brennan stated she was unsure if she was left in the vehicle or her apartment. At this point, Brennan stated it started to get blurry.

Brennan advised that she believes ▇▇ and her "fooled" around in her apartment especially on the couch. I did not question Brennan to the extent of her encounter but she did advise she does not fully recall what happened.

Brennan said on Sunday July 10, 2016, she woke up in her apartment naked. Brennan did not recall fully what happened the night before but she did not feel as if she was assaulted. Brennan did state that she found ▇▇ wallet in between her couch cushion. At some point during the day on July 10, Brennan stated ▇▇ contacted her to retrieve his wallet from her apartment. Brennan stated that the picture that was being passed around was of her naked standing in a doorway inside of her apartment. Brennan further stated that she did not see the picture so is not fully sure if it is even her however this was the only incident that she could think of where the picture could have been taken.

Brennan advised she was not sure if she wanted to pursue criminal charges at this time and would like to think about it. Detective Melchior was notified of the case. Sexual Violence Confidentiality Waiver was signed and attached to this report. Video footage of the interview was also requested to be burned and dropped into evidence.
Nothing further at this time
Sgt. A Bodine
LSU PD Patrol Division

20160722-007

**DEPARTMENT**
**INCIDENT REPORT**
**NARRATIVE**

LA0170400

NARRATIVE | ☐ JUVENILE

**NARRATIVE TITLE:** Supplement #2 added by Det. J. Melchior

**NARRATIVE:**
Supplement #2 added by Det. J. Melchior

20160722-007
Video Voyeurism

I, Detective Jeffery C. Melchior of the LSU Police Department, made contact today with Ms. Brennan to follow up with her in reference to this case. During the contact, Ms. Brennan and I talked briefly about the case, as she was preparing to return home. While speaking with Ms. Brennan, I learned that she still wished to not pursue charges against the accused and also wished to remain anonymous as it relates to LSU CARE, Title IX, Lighthouse, etc..

Ms. Brennan advised that after returning home, she planned to reflect on everything and advised that if she decided to pursue charges or seek help that she would notify me directly. I ensured that she had all of my contact information and reiterated to her that LSUPD and the University was here for her.

Nothing further at this time
Det. Jeffery C. Melchior
LSUPD- Detective Division

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

EXHIBIT C

PLAINTIFFS_000008

| 20160722-007 | DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | LA0170400 |
|---|---|---|
| | NARRATIVE | ☐ JUVENILE |

NARRATIVE TITLE:  SUPPLEMENT

NARRATIVE:
Sgt. A. Bodine requested video of an interview at LSUPD on 7/22/16 in reference to case 20160722-007 I, Sgt R Buckland copied video to DVD and submitted into evidence on 7/27/2016.
No Further RB

08/20/2020  9:37:53 AM    Page 8 of 8

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXHIBIT C**

PLAINTIFFS_000009

# LSU
## Sexual Violence Confidentiality Notice and Waiver

| Law Enforcement | Case Number 20160722-007 |

As per Louisiana Revised Statute 46:1844, basic rights for victim and witness, this law enforcement agency shall NOT publicly disclose the name, address, or identity of crime victims.

The confidentiality of the identity of the victim of a sex offense may be waived by the victim.

Louisiana State University is committed to providing nonjudgmental and appropriate support services for all sexual assault survivors.

To assist you with accessing services and support, you can waive the confidentiality clause outlined above

**Please indicate your authorization by checking the options below that apply**

☐ I authorize law enforcement to investigate this matter and pursue criminal charges

☐ I authorize law enforcement to share detailed case information with the Office of the Dean of Students. The Office will contact me to discuss interim remedies/measures for my safety and the University's Title IX/accountability process and to facilitate a referral to the LSU CARE Team who can offer support resources. While efforts will be made to keep information private, confidentiality is not guaranteed

**CONFIDENTIAL**

☐ I authorize law enforcement to share detailed case information with a Lighthouse Advocate, who can provide guidance and support. Some of the available resources include medical care and evidence collection, mental health counseling, academic accommodations, and housing relocation. Information about my case is **confidential** and will only be shared among select staff at the University on a need-to-know basis.

☐ I authorize a Lighthouse Advocate to contact me at the phone number or email address listed below to follow up with me about my case. The Advocate will respect my privacy by leaving only their name and phone number when attempting to contact me, unless given other instructions by me to provide more detailed messages. (See request below.)

Name: Samantha Brennan
Phone Number: 763-222-9562
Email Address: Samantha.brennan14@gmail.com
Request: _____

Signature: [signature]    Date: 7-22-16

# EXHIBIT C

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PLAINTIFFS_000010