Case 3:21-cv-00242-WBV-SDJ   Document 472-5   10/13/23   Page 1 of 17
Case 3:21-cv-00242-WBV-SDJ   Document 371-6   SEALED 07/10/23   Page 1 of 17
MIRIAM SEGAR
11/01/2022
Page 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ABBY OWENS, ET AL.
VERSUS
BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERISTY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL.

CASE NO.:3:21-cv-00242          DIVISION: WBV-SDJ
JUDGE WENDY B. VITTER    MAGISTRATE JUDGE JOHNSON
JURY DEMANDED

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEPOSITION OF MIRIAM SEGAR

TAKEN AT THE OFFICE OF SHOWS, CALI & WALSH
628 ST. LOUIS STREET,
BATON ROUGE, LOUISIANA 70802
ON NOVEMBER 1, 2022
BEGINNING AT 9:26 A.M.

REPORTED BY:
KRISTINA MARIE CARTER, CCR
CERTIFIED COURT REPORTER

**EXHIBIT D**

Case 3:21-cv-00242-WBV-SDJ   Document 472-5   10/13/23   Page 2 of 17
Case 3:21-cv-00242-WBV-SDJ   Document 371-6 SEALED 07/10/23   Page 2 of 17

MIRIAM SEGAR                                                11/01/2022
                                                              Page 92

```
01  MS. WHITE:
02        I object to the form.
03  A.    I thought it was bad professional judgment.
04  BY MR. ENGLISH:
05  Q.    And when you combine -- do you know whether or not
06  Student 1 was paying Les Miles any rent?
07  A.    My understanding is it was a very temporary stay,
08  that it was for a limited number of days, it wasn't
09  ongoing.  I have no idea about rent.
10  Q.    So, now you learn that Student 1 is babysitting for
11  Les Miles.  Student 1 is staying free at Les Miles'
12  apartment.  Student 1 has told you that Les Miles
13  joined her and the kids to go to the movies and that
14  made her uncomfortable.
15        And Student 1 told you -- I believe you stated
16  -- that Les Miles came over to the free apartment
17  that she was staying in and that made her
18  uncomfortable.  Combining all of this conduct by Les
19  Miles, that didn't cause you to say I need to report
20  this to HR?
21  MS. WHITE:
22        Object to the form.  It's
23  mischaracterizing testimony.
24  A.    It sounded like she was their nanny and that she was
25  -- and as part of that, he was helping her with her
```

Case 3:21-cv-00242-WBV-SDJ   Document 472-5   10/13/23   Page 3 of 17
Case 3:21-cv-00242-WBV-SDJ   Document 371-6   SEALED 07/10/23   Page 3 of 17

MIRIAM SEGAR
11/01/2022
Page 241

```
01  think, depended on what the coach knew --
02  BY MS. LASKY:
03  Q.      Okay.
04  A.      -- and the circumstance.
05  Q.      Okay.  When you heard a complaint, again, after 2016
06  and this online reporting system, upon hearing a
07  complaint from a student, did you ever do anything
08  other than input that complaint into the system?
09  MS. WHITE:
10          Objection as to form.  You can answer.
11  A.      It -- I guess, depending on the information I had.
12  So, there was specific to one student, I know, that
13  I was told something third-party and I asked Jennie
14  what to do because of the scenario involving.  The
15  student wasn't enrolled.  I didn't have, really, any
16  information.
17          And so, I felt like there wasn't -- I didn't
18  know what to really do with that, with an unenrolled
19  student and not having any details about a
20  situation.  There was that circumstance that I heard
21  and I didn't put anything in, but I did report to
22  Jennie.
23  BY MS. LASKY:
24  Q.      So, you reported to Jennie verbally rather than
25  through the system; is that correct?
```

# EXHIBIT D

Case 3:21-cv-00242-WBV-SDJ   Document 472-5   10/13/23   Page 4 of 17
Case 3:21-cv-00242-WBV-SDJ   Document 371-6   SEALED 07/10/23   Page 4 of 17   11/01/2022
MIRIAM SEGAR
Page 267

```
01  the name of the alleged assailant in the system; is
02  that correct?
03  A.      Yes.
04  Q.      Okay.  And do you dispute that?
05  A.      I dispute that I had access to the system where I
06  could have put the name in and I was held
07  accountable for that.  I think it was unfair because
08  I called the HR person because, at the time, it was
09  early on in all this and I wanted to make sure who I
10  needed to go to and what phase.  And he's like,
11  nope, it's a student.  Go to student.
12          I went to Mari.  I had the conversation
13  verbally.  Did a summary report for them.  Submitted
14  it to the head of Title 9, all the people that I had
15  talked to.  Enclosed a detailed document of what
16  I've -- what's been alleged and even provided
17  follow-up information when they couldn't find a
18  phone number.  And I did everything in my power to
19  report.
20          And at the time, I don't -- I think the reason
21  no one asked who are these people is because
22  everybody knew the people because I had already told
23  them who the people were.  And if the names didn't
24  get put in, that's not something that I really could
25  have done.  And no one, at the time, asked me, well,
```

**EXHIBIT D**

Case 3:21-cv-00242-WBV-SDJ   Document 472-5   10/13/23   Page 5 of 17
Case 3:21-cv-00242-WBV-SDJ   Document 371-6   SEALED 07/10/23   Page 5 of 17
MIRIAM SEGAR   11/01/2022
Page 268

```
01  put their names in.  You know, redo this for us or
02  send us the names in an email or whatever.
03          Like, that wasn't -- so, I felt like I did
04  everything that I could have done at the time.  And
05  so, I -- I don't -- you know, I -- I thought that
06  was an unfair conclusion that they came to.  And
07  they assumed that I had access to the system to put
08  this name in and I didn't, but they never asked.
09  Q.    Okay.  I think I'm following.  And so, let me just
10  make sure I understand for -- like, the precise
11  reporting.  So, at the time of that report, you did
12  not have -- there was not the online reporting
13  system like with the Jade Lewis reports we've seen
14  where you are typing in -- it's clear you're typing
15  in things to make these complaints; is that correct?
16  A.    That's correct.
17  Q.    Okay. All right.  Thanks.  So, that's helpful.  And
18  so, you -- so, then, now, with that background in
19  mind, can you walk me through what you did with
20  regard to Ashlyn -- to the complaint related to
21  Ashlyn.
22  A.    Do you want me to start from the very beginning, or
23  just --
24  Q.    Yes.
25  A.    Okay.
```

Case 3:21-cv-00242-WBV-SDJ    Document 472-5    10/13/23  Page 6 of 17
Case 3:21-cv-00242-WBV-SDJ    Document 371-6  SEALED 07/10/23  Page 6 of 17

MIRIAM SEGAR    11/01/2022
Page 269

01  Q.    Yes.
02  A.    I don't remember the exact date. I think it's in
03  part of the production documents because I have a
04  summary of everything and I think you guys should
05  have it.
06              But I received a phone call from one of our
07  coaches that I believe a parent of one of our
08  student athletes had called him about something her
09  daughter had shared with her -- so, it's, you know,
10  four people removed -- about a concern with a friend
11  that had had an interaction/encounter with football
12  student athletes.
13              I asked the coach and I think it was a phone
14  call, like, this mom just called me. She said that
15  she -- he didn't -- I don't think he had any
16  details. And he -- he brought -- I got the student
17  to come in and meet with me. The student -- not the
18  student, not Ashlyn. Her friend.
19              The student athlete came in. Met with her.
20  Asked her to let me know -- you know, basically
21  said, look, your mom called the coach. Can you tell
22  me what your mom -- like what -- what happened, what
23  -- what your knowledge is.
24              She shared the information that I, you know,
25  ended up reporting forward. She first -- she told

**EXHIBIT D**

Case 3:21-cv-00242-WBV-SDJ   Document 472-5   10/13/23   Page 7 of 17
Case 3:21-cv-00242-WBV-SDJ   Document 371-6   Filed 07/10/23   Page 7 of 17

MIRIAM SEGAR
11/02/2022
Page 301

```
                UNITED STATES DISTRICT COURT

                MIDDLE DISTRICT OF LOUISIANA


ABBY OWENS, ET AL
                              CASE NO.: 3:21-cv-00242
                              DIVISION WBV-SDJ
  VERSUS                      JUDGE WENDY B. VITTER
                              MAG. JUDGE JOHNSON
                              JURY DEMANDED

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL

   * * * * * * * * * * * * * * * * * * * * * *


              DAY 2 OF THE DEPOSITION OF

                      MIRIAM SEGAR


TAKEN AT SHOWS CALI & WALSH, 628 ST. LOUIS

STREET, BATON ROUGE, LOUISIANA 70802, ON

NOVEMBER 2, 2022, BEGINNING AT 9:04 A.M.



REPORTED BY:
     JENNIFER W. PICKETT
     CERTIFIED COURT REPORTER
     CERTIFICATE NUMBER 29011
```

# EXHIBIT D

Case 3:21-cv-00242-WBV-SDJ   Document 472-5   10/13/23   Page 8 of 17
Case 3:21-cv-00242-WBV-SDJ   Document 371-6   SEALED 07/10/23   Page 8 of 17

MIRIAM SEGAR                                              11/02/2022
Page 348

1  Q   And you write to him on June 25th "the
2      football team has a mandatory meeting at
3      7 P.M. tonight with an outside consultant
4      on sexual harassment and Title IX.  Would
5      you be able to start the drug testing
6      meeting tonight at 8?"  So, who was the
7      outside counsel you were referring to
8      here?
9  A   The outside counsel?
10 Q   Consultant, I'm sorry, outside
11     consultant.
12 A   So, we've had different speakers come in
13     and I don't know if this was Elaine
14     Pasqua, who at one point came in and did
15     conversations with the athletic
16     department.  We had Rachel Baribeau that
17     came in and talked about topics like
18     this.  I don't recall, looking at this,
19     which one specifically it was.
20 Q   So, the Beebe Group was just for staff;
21     is that correct?
22 A   No, it was for student athletes as well.
23     This was really just additional
24     information and training that college,
25     like knowing they're college students.  I

**EXHIBIT D**

Case 3:21-cv-00242-WBV-SDJ   Document 472-5   10/13/23   Page 9 of 17
Case 3:21-cv-00242-WBV-SDJ   Document 371-6   SEALED 07/10/23   Page 9 of 17

MIRIAM SEGAR                                                11/02/2022
Page 349

```
 1        think Elaine Pasqua's was, I can't
 2        remember the exact title but it was
 3        something along the -- I remember her
 4        pulling out a banana and talking about
 5        putting on a condom and talking about
 6        getting consent and what consent was.
 7        Rachel Baribeau's presentation, she came
 8        a few different times but the first time
 9        she talked about, I think she challenged
10        them.  I think her words were be a king,
11        be somebody's king, like treat women with
12        respect.  She talked about a personal
13        story and experience she had where she
14        felt like the person she was with that
15        she cared about wasn't  a king for her
16        and she challenged them to be the right
17        person, do the right things and shared
18        some personal experiences of different
19        domestic situations she had faced.  We
20        had speakers like that that would come in
21        over the timeframe.  And they would
22        present to football but they would also
23        present to the general student population
24        so it wasn't just football.
25   Q    And do you recall who specifically was
```

Case 3:21-cv-00242-WBV-SDJ   Document 472-5   10/13/23   Page 10 of 17
Case 3:21-cv-00242-WBV-SDJ   Document 371-6   SEALED 07/10/23   Page 10 of 17
MIRIAM SEGAR
11/02/2022
Page 359

```
 1  A   No.  I remember talking to Mr. Sanders
 2      about the hazing law change when it did
 3      and about the different aspects that we
 4      needed to educate on and I knew that we
 5      needed to add some information to the
 6      Beebe training.
 7  Q   All right.  I'm going to show you what
 8      we're going to mark as 17, which I'm not
 9      sure any -- well let me just ask you
10      this.  Do you recognize this?  (Slide
11      show attached as Exhibit 17.)
12  A   It looks like the slide show.
13  Q   When you say the slideshow, what do you
14      mean by that?
15  A   The slides that are used in the
16      presentation.
17  Q   To students?
18  A   This one says students and student
19      athletes and then there would have been
20      probably a different one for staff.
21  Q   And is PFA Consulting the Beebe Group?
22  A   They changed their name, yes.
23  Q   Do you recall when this was from?
24  A   The year, you mean?  I don't.
25  Q   When you said they would come for a week-
```

**EXHIBIT D**

Case 3:21-cv-00242-WBV-SDJ   Document 472-5   10/13/23   Page 11 of 17
Case 3:21-cv-00242-WBV-SDJ   Document 371-6   SEALED 07/10/23   Page 11 of 17
MIRIAM SEGAR
11/02/2022
Page 360

```
 1        long training, you said that earlier, do
 2        you mean they would offer trainings on
 3        five different days so you could get
 4        everybody or was it actually a week-long
 5        training for all student athletes?
 6   A    It was every athlete or team was assigned
 7        a time and then as the days would go on,
 8        I would check and like oh, these three
 9        kids missed and I would call the coach,
10        they need to come to this one or that one
11        and we would try to whittle down so we
12        made sure we got everybody to attend and
13        if there was a group or people that
14        missed because of maybe they were sick or
15        they -- they would be kept on a list to
16        come in the next trainings.  So, we had
17        them come in usually three times a year
18        but two times a year for the longer
19        amount of days so that we could get the
20        most staff trained.
21   Q    Staff trained or students trained?
22   A    Both.
23   Q    And again, they were giving the same
24        presentation multiple times over multiple
25        days to try to get as many people as they
```

**EXHIBIT D**

Case 3:21-cv-00242-WBV-SDJ   Document 472-5   10/13/23   Page 12 of 17
Case 3:21-cv-00242-WBV-SDJ   Document 371-6   SEALED 07/10/23   Page 12 of 17

MIRIAM SEGAR
11/02/2022
Page 391

```
 1  Q   So, the conversation happened with you
 2       and counsel?
 3  A   Yes.
 4  Q   Was this a reporting incident or this was
 5       --
 6  A   I recall this being in relation to the
 7       public records request we received.
 8  Q   And then at Stewart 96 it looks like Ms.
 9       Stewart is asking you "when did Owens'
10       father disclose to Julie?  Believe late
11       April 2017 at SEC tournament at hotel
12       lobby."  We'll get into a little bit more
13       about Abby Owens but you're responding
14       April 2017 at SEC.  What is she referring
15       to, Owen's father disclosing to Julie?
16       What did you understand she was referring
17       to?
18  A   When Abigail Owens' father talked with
19       Coach Julia Sell at the SEC women's
20       tennis tournament in 2017.
21  Q   What was your understanding of what he
22       told Julia Sell?
23  A   What was shared with me by Julia was that
24       the father told her that, well, had
25       thanked her for her help with Abby and
```

Case 3:21-cv-00242-WBV-SDJ  Document 472-5  10/13/23  Page 13 of 17
Case 3:21-cv-00242-WBV-SDJ  Document 371-6 SEALED 07/15/23  Page 13 of 17

MIRIAM SEGAR
11/02/2022
Page 392

```
 1       then at some point in the conversation
 2       said that he had learned that Abby had
 3       been assaulted by a football player.
 4   Q   Did Julia give you the name of that
 5       football player?
 6   A   The father did not disclose the name to
 7       Julia and Julia didn't have a name to
 8       give to me.
 9   Q   When did Julia make this report to you?
10   A   She called me.  I don't know if it was
11       the same night or the day after but in
12       the timeframe that it was reported to
13       her.
14   Q   What did you do in response to that being
15       reported to you by Julia?
16   A   I talked to Jennie about it because I
17       didn't really know how to report.  At
18       this point, Abby had withdrawn from
19       school and wasn't enrolled and I didn't
20       have any information other than a
21       possible assault and I didn't have a
22       football player name or any details and
23       Jennie and I talked about it and
24       understood it was serious but without any
25       more information, there wasn't much that
```

Case 3:21-cv-00242-WBV-SDJ   Document 472-5   10/13/23   Page 14 of 17
Case 3:21-cv-00242-WBV-SDJ   Document 371-6   SEALED 07/15/23   Page 14 of 17   11/02/2022
MIRIAM SEGAR
Page 393

```
 1    it felt like could be done at the time
 2    and she asked me if the student intended
 3    to re-enroll at LSU, which to my
 4    knowledge at the time she did intend to
 5    re-enroll and Jennie told me that when
 6    she re-enrolled that we would need to
 7    meet with the student and gather
 8    information from her so that we could do
 9    a Title IX report and so she never re-
10    enrolled.  I did pay attention to the
11    fact that she hadn't re-enrolled I
12    believe in August before school started.
13    She didn't come back in the summer
14    because she went into -- I think she was
15    still in treatment at one point and then
16    in August, prior to school starting, Abby
17    was pre-registered for classes for the
18    fall because when the students in spring,
19    early-on they register for summer and
20    fall and so she had classes I believe and
21    we just didn't know if she was coming
22    back or not and I don't think she was
23    responding to the academic advisor.  So,
24    I reached out to Abby's mom and asked if
25    she was going to come back to LSU.  Told
```

Case 3:21-cv-00242-WBV-SDJ   Document 472-5   10/13/23   Page 15 of 17
Case 3:21-cv-00242-WBV-SDJ   Document 371-6   SEALED 07/10/23   Page 15 of 17   11/02/2022
MIRIAM SEGAR
Page 394

```
 1        her her scholarship was here and she said
 2        no, Abby is not interested in returning
 3        to LSU and I said okay, thank you.  It
 4        was a short conversation.
 5   Q    To establish the time period in April --
 6        and this is according to your notes, too
 7        or your response to this text -- at the
 8        time that Julia Sell called you with what
 9        Abby Owens' father had reported to her,
10        Abby Owens was in a treatment facility?
11   A    Yes.
12   Q    And that was facilitated by you and LSU
13        in her role as a student athlete;
14        correct?
15   A    Yes.
16   Q    Did you have any communications with Abby
17        Owens after April 5th, 2017?
18   A    Not to my knowledge.
19   Q    You definitely produced some emails of
20        you corresponding with people at the
21        treatment facility.  Did you ever speak
22        to a counselor about Abby Owens'
23        treatment after April 5th, 2017?
24   A    When Julia told me what the father had
25        told her, I called.  I think I reached
```

**EXHIBIT D**

Case 3:21-cv-00242-WBV-SDJ   Document 472-5   10/13/23   Page 16 of 17
Case 3:21-cv-00242-WBV-SDJ   Document 371-6   SEALED 07/10/23   Page 16 of 17

MIRIAM SEGAR

11/02/2022

Page 395

1   out to ask if this had been reported and
2   they just confirmed that.  I didn't have
3   any details, nothing other than yes, it
4   was reported and Julia was upset about
5   it, very upset about the fact that this
6   had happened and that was it.  I just
7   confirmed that and then at some point the
8   treatment facility contacted us again
9   because -- and I don't recall who this
10  was but said they were recommending upon
11  release that she enter another treatment
12  program and asked if we would financially
13  be responsible for the program and my
14  understanding was that it was a
15  transitional-type facility but also I
16  think they had a specialization maybe in
17  sexual -- I don't know the word --
18  misconduct, assault, victim -- people who
19  had had that experience and they felt
20  like she could really benefit from the
21  additional treatment and I authorized her
22  to transition to that facility.
23 Q **So, when Julia Sell reported to you, she**
24  **said this is all I know.  I don't have**
25  **the name; correct?  And you didn't really**

**EXHIBIT D**

Case 3:21-cv-00242-WBV-SDJ   Document 472-5   10/13/23   Page 17 of 17
Case 3:21-cv-00242-WBV-SDJ   Document 371-6   SEALED 07/10/23   Page 17 of 17

MIRIAM SEGAR
11/02/2022
Page 396

```
 1      know what to do at that point; is that
 2      fair?
 3              MS. WHITE:
 4                   Object to form.  You can
 5              answer.
 6   A  In terms of I didn't know what to do -- I
 7      knew to talk to Jennie about how do we
 8      handle something that's third-party
 9      without having any details around it.
10      And that's when I was informed we need to
11      talk to her whenever she re-enrolls as a
12      student.
13   BY MS. LASKY:
14   Q  So, Jennie Stewart told you basically we
15      can't do an investigation until she re-
16      enrolls; is that correct?
17   A  Correct.
18   Q  So, at that point I know you spoke to
19      Abby's mother about re-enrolling.  Did
20      you ever speak to her father?
21   A  No.
22   Q  Do you know whether anybody with the
23      university reached out to Abby for more
24      details at any time?
25   A  I don't know.
```

**EXHIBIT D**