JENNIE STEWART                                                      11/09/2022
                                                                       Page 1

```
                 UNITED STAES DISTRICT COURT

                 MIDDLE DISTRICT OF LOUISIANA


ABBY OWENS, ET AL.
                              CASE NO.: 3:21-cv-00242
                              DIVISION WBV-SDJ
    VERSUS                    JUDGE WENDY B. VITTER
                              MAG. JUDGE JOHNSON
                              JURY DEMANDED

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL

   * * * * * * * * * * * * * * * * * * * * *


               DAY 1 OF THE DEPOSITION OF

                      JENNIE STEWART



TAKEN AT PHELPS DUNBAR, 400 CONVENTION

STREET, BATON ROUGE, LOUISIANA 70801, ON

NOVEMBER 9, 2022, BEGINNING AT 9:03 A.M.



REPORTED BY:
     JENNIFER W. PICKETT
     CERTIFIED COURT REPORTER
     CERTIFICATE NUMBER 29011
```

# EXHIBIT E

Case 3:21-cv-00242-WBV-SDJ    Document 472-7    10/13/23    Page 2 of 7
Case 3:21-cv-00242-WBV-SDJ    Document 371-5    SEALED 07/10/23    Page 2 of 7
JENNIE STEWART
11/09/2022
Page 38

```
 1        that was not equity in athletics.  That
 2        specific piece was carved out in the
 3        policy for the senior woman's
 4        administrator in athletics.  So, anything
 5        else that arose -- pregnancy and
 6        recovery, anything about sexual
 7        misconduct, responsible employees, the
 8        office of wellness and health promotion -
 9        - specifically the Lighthouse Program --
10        they also did a great deal of training,
11        too but that was only specific to
12        students at the A&M campus so anything
13        outside of relationships that was fully
14        on a training, education, outreach -- any
15        requests by deans, department chairs,
16        student  organizations, classrooms, that
17        was me and Jeff.
18   Q    And by Jeff you mean Jeff Scott?
19   A    I'm sorry, yes.  Jeff Scott when he
20        became our investigator in 2018.  Yes.
21   Q    When you began in the role in February
22        2016, what did the Title IX training
23        calendar look like, if there was one at
24        that point?
25   A    There was not a specific training
```

**EXHIBIT E**

Case 3:21-cv-00242-WBV-SDJ   Document 472-7   10/13/23   Page 3 of 7
Case 3:21-cv-00242-WBV-SDJ   Document 371-5 SEALED 07/10/23   Page 3 of 7
JENNIE STEWART
11/09/2022
Page 39

```
 1      calendar.
 2  Q   So, at that point -- and again, correct
 3      me if I'm wrong -- there was no schedule
 4      for training folks on-campus either
 5      annually or on a regular basis; is that
 6      correct?
 7  A   There was the annual Moodle training that
 8      was for employees and that had to be
 9      conducted in the calendar year but as far
10      as additional training beyond that --
11      requests, targeted needs -- there was not
12      a specific calendar.
13  Q   Anything for students?
14  A   Students who were twenty-three and under
15      and undergraduate students were required
16      to complete the My Student Body module
17      from the enrollment time to the end of --
18      before they went to enroll in the second
19      semester, students had to complete that
20      Moodle module.  It was not exclusively
21      related to sex-based discrimination but
22      it did include elements of interpersonal
23      violence, sexual harassment, et cetera
24      that were included in that module.
25  Q   In the My Student Body module was there
```

Case 3:21-cv-00242-WBV-SDJ   Document 472-7   10/13/23   Page 4 of 7
Case 3:21-cv-00242-WBV-SDJ   Document 371-3 SEALED 07/10/23   Page 4 of 7
JENNIE STEWART
11/09/2022
Page 40

```
 1        any information for students about what
 2        the PM 73 definitions were of what was
 3        prohibited?
 4   A    No.  The Moodle module was a stock module
 5        created, I believe it was by Hazelton,
 6        because the primary focus was on recovery
 7        so it was not an alterable product.
 8   Q    Correct me if I'm wrong here, my
 9        understanding was Moodle was for
10        employees and My Student Body was for
11        students; is that correct?
12   A    Moodle is the learning management system
13        for the academic side.  So, it's like the
14        same as Zoom.  It is a product.  But My
15        Student Body was used in Moodle as one of
16        the modules.  It was accessed through the
17        Moodle system.
18   Q    I see.  Who created that module then?
19   A    It was produced by Hazelton.  It was
20        procured throughout student health
21        center, Wellness and Health Promotion,
22        and it was monitored for completion also
23        by Wellness and Health Promotion.
24   Q    If I'm a student in let's say June of
25        2016 at LSU, how do I learn about Title
```

**EXHIBIT E**

Case 3:21-cv-00242-WBV-SDJ   Document 472-7   10/13/23   Page 5 of 7
Case 3:21-cv-00242-WBV-SDJ   Document 371-3 SEALED 07/10/23   Page 5 of 7
JENNIE STEWART
11/09/2022
Page 41

```
 1        IX?
 2   A    In 2016, in the First Year Experience
 3        classes that undergrads were able to
 4        take, a discussion in those classrooms --
 5        policies, procedures, et cetera -- that
 6        was included.  It was included in the
 7        Residential Life handbook for individual
 8        students living on campus.  It was
 9        included also in orientation
10        presentations of which the office of the
11        dean of students, in looking at conduct
12        on campus, they also included that in the
13        presentation presented at international
14        student orientation, graduate student
15        orientation, resident advisors and res
16        life staff presented at their floor
17        meetings.
18   Q    So, which if any of these presentations
19        were you personally responsible for?
20   A    Personally responsible, I did graduate
21        student orientation, international
22        student orientation, the SAA office
23        covered orientation for undergraduate
24        students, residential life covered the
25        piece for res life students.  Have I
```

**EXHIBIT E**

Case 3:21-cv-00242-WBV-SDJ   Document 472-7   10/13/23   Page 6 of 7
Case 3:21-cv-00242-WBV-SDJ   Document 371-5 SEALED 07/10/23   Page 6 of 7

JENNIE STEWART   11/09/2022
Page 215

```
 1        process until we transferred to Jeff.
 2   Q    I think that may be the only question I
 3        have for you -- yeah, because I think
 4        this all would have occurred before you.
 5        So, the next situation is complainant 2,
 6        which is Abby Owens and let me see.  So
 7        Abby Owens' father, according to the
 8        Husch Blackwell report, Abby Owens'
 9        father reported to Julia Sell that Abby
10        had been raped by an LSU football player
11        but he didn't know the football player's
12        name.  And this was in -- enrolled
13        between the 19th and 23rd of 2017.  Did
14        your office at that point receive a
15        complaint related to Abby Owens and a
16        football player that you can recall?
17   A    A complaint, no.  The information that I
18        received came through Miriam by way of
19        Julia Sell.  The information that I
20        received indicated -- Miriam shared with
21        me that Abby was in-patient for drugs and
22        alcohol.  There was a disclosure by
23        Abby's father, I think at the SEC
24        championship in Nashville and that the
25        information was they think Abby may have
```

Case 3:21-cv-00242-WBV-SDJ    Document 472-7    10/13/23    Page 7 of 7
Case 3:21-cv-00242-WBV-SDJ    Document 371-3 SEALED 07/10/23    Page 7 of 7

JENNIE STEWART    11/09/2022
Page 216

```
 1       been assaulted.  And so, my questions
 2       were what type of assault did this mean?
 3       Was this in the course of Abby's time at
 4       our institution?  If it was, was it by
 5       somebody in our community?  She was in-
 6       patient at the time so when someone's not
 7       in a position to care for themselves,
 8       certainly that's not the time to pose
 9       those.  The reason I didn't call the dad
10       to ask is that we know that certainly a
11       number of individuals are victimized in
12       their family of origin.  So if -- I'm not
13       saying that that was the case.  I'm
14       saying we didn't know at that time if
15       that was the case so calling her father
16       would not have been appropriate either.
17    Q  So, was there ever a time that you
18       reached out to Abby or not -- or someone
19       in your office?
20    A  No, not from us because we didn't know at
21       that time when Abby would be released.
22       Miriam later shared Abby's not returning
23       to LSU.  She's, I think, going straight
24       back to Georgia.  So no, we did not but I
25       said if this is something that we
```

**EXHIBIT E**