Case 3:21-cv-00242-WBV-SDJ   Document 472-8   10/13/23   Page 1 of 8
Case 3:21-cv-00242-WBV-SDJ   Document 371-9 *SEALED* 07/10/23   Page 1 of 371

JULIA SELL
01/30/2023
Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


ABBY OWENS, ET AL
                        CASE NO.: 3:21-cv-00242
                        DIVISION WBV-SDJ
VERSUS               JUDGE WENDY B. VITTER
                        MAG. JUDGE JOHNSON

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTRUAL AND MECHANICAL
COLLEGE, ET AL

  * * * * * * * * * * * * * * * * * * * * * *


VIDEO CONFERENCE DEPOSITION OF

JULIA SELL


TAKEN VIA ZOOM, BATON ROUGE, LOUISIANA, ON

JANUARY 30, 2023, BEGINNING AT 9:06 A.M.



REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER
    CERTIFICATE NUMBER 29011

# EXHIBIT F

Case 3:21-cv-00242-WBV-SDJ    Document 472-8    10/13/23  Page 2 of 8
Case 3:21-cv-00242-WBV-SDJ    Document 371-9 *SEALED* 07/10/23   Page 2 of 371    01/30/2023

JULIA SELL

Page 137

1    rehab and so I think that's where we had
2    left off that you had just dropped her
3    off at rehab and then you mentioned that
4    you had received a thank you card from
5    her and then that you had attempted to
6    call and text her but then she didn't
7    respond.  So, paragraph 199 here, I'm
8    going to read it, "defendant Julia Sell
9    told Owens' father that she did not
10   believe that Owens had been raped.
11   Defendant Julia Sell never reported
12   Owens' rape to the police, the Title IX
13   office or any other entity."  So, I'm
14   guessing but please let me know for sure
15   that this -- you disagree with the first
16   sentence of this paragraph; correct?
17 A  Yes.  Absolutely.  But also, the sentence
18   before that.  I mean he didn't tell me
19   that she had been raped.  He told me that
20   they were exploring the possibility in
21   her rehab that she was raped, that they
22   weren't sure what was going on with her.
23   But that's what they were starting to
24   explore because I had asked them like
25   how's she doing, I don't hear from her,

Case 3:21-cv-00242-WBV-SDJ   Document 472-8   10/13/23   Page 3 of 8
Case 3:21-cv-00242-WBV-SDJ   Document 371-9 *SEALED* 01/10/23   Page 3 of 371

JULIA SELL
01/30/2023
Page 138

```
 1   we're not allowed -- there was no contact
 2   at that time.  I assumed she still
 3   couldn't call out so that's just
 4   inaccurate.  Can you go back to that
 5   other sentence.  And then defendant Julia
 6   Sell told Owens' father that she did not
 7   believe Owens had been raped.  That's
 8   false.  I would never respond like that.
 9   I cared about her.  I always went above
10   and beyond to help her and in fact her
11   father was the one that didn't believe
12   what she was saying.  And when he told me
13   the possibility, that they're exploring
14   this, I broke down in tears and I broke
15   down so hard in tears I could not speak
16   for few minutes and I have never in my
17   life lost my composure like that in front
18   of a parent.  He had to wait for me to be
19   able to breathe again.  And when I spoke
20   to him next, I said well that would make
21   sense.  If that had happened, that would
22   totally make sense that that's what was
23   causing what I was seeing.  And he goes
24   well, I don't believe any of it.  I don't
25   believe this because I think she's just
```

Case 3:21-cv-00242-WBV-SDJ   Document 472-8   10/13/23   Page 4 of 8
Case 3:21-cv-00242-WBV-SDJ   Document 371-9 *SEALED* 07/10/23   Page 4 of 371
01/30/2023
Page 139

```
 1       trying to cover up the fact that she has
 2       an addiction.
 3   Q   So to clarify, when he said I don't
 4       believe any of this, what was he
 5       referring to?
 6   A   I thought he was referring to what the
 7       counselors were communicating with him.
 8       That could have meant anything.  I didn't
 9       ask for clarification.
10   Q   You had mentioned that you were both
11       emotional during this conversation and
12       you were both crying; is that right?
13   A   Yes.
14   Q   I'm trying to understand if you can help
15       me and you may not be able to.  If he
16       doesn't believe this, did he express to
17       you why he was upset if he doesn't
18       believe that this is true?
19   A   He was teary from the moment we sat down.
20       When I broke down he broke down with me
21       and we both just sat in tears for a
22       minute or two.
23   Q   At that point did he provide any
24       explanation to you as to why he had not
25       responded to your previous attempts to
```

Case 3:21-cv-00242-WBV-SDJ   Document 472-8   10/13/23   Page 5 of 8
Case 3:21-cv-00242-WBV-SDJ   Document 371-9 *SEALED* 07/10/23   Page 5 of 371
01/30/2023
JULIA SELL
Page 171

```
 1      the SEC tournament at the hotel lobby.
 2      I'm showing this to you because I want
 3      you to respond as to whether you have any
 4      knowledge or information about why Miriam
 5      might have thought that that disclosure
 6      occurred at that time.
 7              MR. KORNMAN:
 8                   Object to form.  Answer if you
 9              can.
10  A   I don't even understand the question.
11  BY MS. ABDNOUR:
12  Q   Sure.  Do you have any knowledge or
13      understanding as to why Miriam would be
14      reporting to Jennie Stewart, the Title IX
15      coordinator, that you became aware of
16      Abby being assaulted by a football player
17      in April of 2017 at the SEC tournament?
18  A   Why Miriam -- I'm sorry.
19  Q   Let me ask you a different way.  Did you
20      ever tell Miriam that Abby Owens' father
21      reported her rape by a football player to
22      you at the April 2017 SEC tournament?
23  A   I thought I reported what I've already
24      said that he said.  They were exploring
25      the possibility that she was raped.  I
```

Case 3:21-cv-00242-WBV-SDJ   Document 472-8   10/13/23   Page 6 of 8
Case 3:21-cv-00242-WBV-SDJ   Document 371-9 *SEALED* 07/10/23   Page 6 of 371

JULIA SELL
01/30/2023
Page 172

```
 1        don't have any recollection of football
 2        player.
 3   Q    And so the text here, so Jennie Stewart,
 4        the Title IX coordinator, her text says,
 5        "when did Owens' father disclose to
 6        Julie," which is intended to be Julia,
 7        and Miriam responds, "I believe late
 8        April 2017 at SEC tournament at hotel
 9        lobby."  So, you never told Miriam that
10        that's when he disclosed that to you; is
11        that correct?
12   A    Yes I did.
13   Q    So, when did Owens' father disclose to
14        you?  I believe April of 2017 at the SEC
15        tournament at the hotel lobby.  My
16        understanding was that you didn't
17        actually find out that she was raped
18        until later; is that right?
19                  MR. KORNMAN:
20                       Object to form.  You can
21                  answer the question if you
22                  understand the question.
23   A    He told me he thought she was raped and I
24        came home and I reported it and that was
25        right when I got home and I reported it
```

Case 3:21-cv-00242-WBV-SDJ   Document 472-8   10/13/23   Page 7 of 8
Case 3:21-cv-00242-WBV-SDJ   Document 371-9 *SEALED* 07/10/23   Page 7 of 371

JULIA SELL
01/30/2023
Page 173

```
 1         to my sport administrator and then he
 2         took me down the hallway to report it to
 3         Miriam and Miriam reported it to the
 4         Title IX office.
 5   BY MS. ABDNOUR:
 6   Q   So, in Miriam's testimony, when she's
 7         asked "what was your understanding of
 8         what he told Julia Sell," and she
 9         responds, "what was shared with me by
10         Julia was that the father told her that -
11         - well, had thanked her for her help with
12         Abby and then at some point in the
13         conversation said that he had learned
14         that Abby had been assaulted by a
15         football player."  And she's then asked
16         "did Julia give you the name of that
17         football player."  She says "the father
18         did not disclose the name to Julia and
19         Julia didn't have a name to give me."
20         So, is what you're saying -- is it
21         correct or incorrect that you told Julia
22         at that time in April 2017 that there was
23         a football player who assaulted Abby?
24                    MR. KORNMAN:
25                         Object to form but go ahead.
```

Case 3:21-cv-00242-WBV-SDJ   Document 472-8   10/13/23   Page 8 of 8
Case 3:21-cv-00242-WBV-SDJ   Document 371-9 *SEALED* 07/10/23   Page 8 of 371
JULIA SELL
01/30/2023
Page 174

```
 1  A    All I remember is him saying, exploring
 2       the possibility of.  I have no
 3       recollection of football player and
 4       whether I said that to Miriam.  All I
 5       remember is the weirdness of the
 6       situation and how he was saying there was
 7       a possible rape but he wasn't really
 8       reporting a rape but he used the word
 9       rape and so I went and reported it to my
10       boss because I'm like what do I do with
11       this and then Miriam was like well let me
12       call Title IX and report it and see what
13       they want to do with it because that's a
14       little bit bizarre.  So, I don't remember
15       the football part.  Does that answer your
16       question?
17  BY MS. ABDNOUR:
18  Q    That's answering my question.  Thank you.
19       I want to go back to when Jade then
20       returned to LSU in January or February of
21       2018.  Did Miriam Segar ever ask you to
22       keep an eye on Jade after she returned to
23       LSU?
24  A    Keep an eye on her?  No.
25  Q    Then at any point were you instructed --
```

**EXHIBIT F**