UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


ABBY OWENS, ET AL

                CASE NO.: 3:21-CV-00242
                DIVISION WBV-SDJ
VERSUS               JUDGE WENDY B. VITTER
                MAG. JUDGE JOHNSON

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL

* * * * * * * * * * * * * * * * * * * *

C O N F I D E N T I A L

30 (b)(6) DEPOSITION OF

BOARD OF SUPERVISORS OF LOUISIANA STATE

UNIVERSITY AND AGRECULTURAL AND MECHANICAL

COLLEGE ("BOARD") through

JOSH JONES, WENDY NALL, DR. JANE CASSIDY,

JENNIFER NORMAND, JEFF DEVEER


TAKEN AT PHELPS DUNBAR, 400 CONVENTION

STREET, BATON ROUGE, LOUISIANA, ON APRIL 11,

2023, BEGINNING AT 9:22 A.M.


REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER

Certified Copy

**EXHIBIT G**

Case 3:21-cv-00242-WBV-SDJ    Document 472-9    10/13/23    Page 2 of 25
Case 3:21-cv-00242-WBV-SDJ    Document 371-10  *SEALED* 07/10/23    Page 2 of 25  04/11/2023
Confidential                    BOARD SUPERVISORS
                                                                                    Page 29

```
 1   BY MS. ABDNOUR:

 2   Q    Why is it concerning if it's true?

 3   A    Because sexual harassment is always

 4        concerning.

 5   Q    Do you think that there's anything that

 6        the institution should do if the

 7        allegations are true?

 8                 MS. GREEN:

 9                      Object to the form of the

10                 question.

11   A    I don't have enough information yet to

12        make a decision on that.

13   BY MS. ABDNOUR:

14   Q    Okay, we're going to jump into the topics

15        now and again, if there's anything that

16        you aren't sure about or you don't know,

17        please just let me know.  You probably

18        know we've been on a really tight

19        timeline with this so I'm going to try to

20        stick to the things that I think I'm

21        supposed to ask you but if I don't,

22        anyone please let me know.  So, you

23        mentioned that you had reviewed the

24        relevant policies and procedures that

25        were in place at LSU during the time
```

**EXHIBIT G**

Case 3:21-cv-00242-WBV-SDJ   Document 472-9   10/13/23   Page 3 of 25
Case 3:21-cv-00242-WBV-SDJ   Document 371-10 *SEALED* 07/10/23        Page 3 of 25
Confidential                                                                      04/11/2023
BOARD SUPERVISORS
Page 30

```
 1        period that was referenced after I

 2        discussed with Phelps Dunbar attorneys,

 3        which was 2013 to 2021.  Can you tell me,

 4        from your perspective, did you feel that

 5        those policies were sufficient under your

 6        understanding of what the Title IX

 7        regulations and obligations were?

 8                    MS. GREEN:

 9                        Object to the form of the

10                    question.

11   A    Yes, I mean you had kind of a series of

12        policies.  So, prior to 2014, the

13        policies in place, well there's two

14        separate policies.  You have a student

15        code of conduct and then you had employee

16        policies including PS 1.  Starting in

17        2014, that was I believe the first year

18        that you had PM 73, which was a permanent

19        memorandum over all institutions and so

20        looking at the obligations as set forth

21        by -- at that time it would have been

22        both the Dear Colleague letter of -- and

23        there was previous guidance.  I know

24        there was previous guidance in 2001 but

25        yes, I think it met the obligations as
```

# EXHIBIT G

Case 3:21-cv-00242-WBV-SDJ   Document 472-9   10/13/23   Page 4 of 25
Case 3:21-cv-00242-WBV-SDJ   Document 371-10 *SEALED* 07/10/23   Page 4 of 25
Confidential                              04/11/2023
BOARD SUPERVISORS
Page 31

```
 1          set forth in both the 2011 Dear Colleague
 2          letter and the 2014 question and answer.
 3          I mean the three main obligations under
 4          those policies was that you have a notice
 5          of non-discrimination to disseminate,
 6          right, that you have a grievance
 7          procedure and process and all of that
 8          happened.  A Title IX coordinator was
 9          designated during that period so yes, it
10          met those obligations and I also think
11          while those letters, especially the 2011
12          Dear Colleague letter, didn't go into
13          great detail about the exact nature of
14          what your grievance policy or procedure
15          had to be.  There was a lot of kind of
16          leeway.  There was a grievance procedure
17          that afforded what the Dear Colleague
18          letter required.
19   BY MS. ABDNOUR:
20   Q    And based on your review of the
21        documents, do you think there was a
22        sufficient process in place for training
23        of staff and faculty to understand their
24        obligations?
25              MS. GREEN:
```

**EXHIBIT G**

```
 1                           Object to the form of the
 2                question.
 3   A    From what I understand, yes there was.
 4        That was overseen by HR so they know the
 5        ins and outs of it but yes, there was a
 6        training for responsible employees.
 7   BY MS. ABDNOUR:
 8   Q    Can you describe how the communications
 9        occurred between the Title IX office and
10        HR to ensure that those obligations were
11        met?
12   A    So generally, the Title IX office is kind
13        of the subject matter expert.  So, the
14        Title IX office needs to make sure that
15        the content of the training is what needs
16        to be in there, whereas HR is the kind
17        of, I guess, operationalization of that
18        training.  So, they're the ones that load
19        it into whether it be Moodle or another
20        platform.  They push it out to employees,
21        they send reminders to employees, they
22        put reminders in different news and notes
23        and different kinds of newsletters,
24        things that go out to all staff. So, they
25        operationalize it.  Title IX needs to
```

# EXHIBIT G

Case 3:21-cv-00242-WBV-SDJ    Document 472-9    10/13/23    Page 6 of 25
Case 3:21-cv-00242-WBV-SDJ    Document 371-10 *SEALED* 07/10/23    Page 6 of 25

04/11/2023
Page 33

Confidential

BOARD SUPERVISORS

```
 1        make sure that the training has what

 2        needs to be in it.

 3   Q    What procedures did Title IX go through

 4        during that period to ensure that the

 5        trainings had what they needed?

 6   A    I know that each training was reviewed by

 7        the Title IX coordinator at the time.

 8   Q    Who prepared the training?

 9   A    I don't know exactly who prepared the

10        training.  My understanding is it was

11        probably a group of people, including the

12        Title IX coordinator but I can't give you

13        specific names.

14   Q    Do you know what offices or what

15        departments those folks came from?

16   A    At a very minimum, HRM -- human resource

17        management -- and Title IX.

18   Q    How did that preparation occur?  Were

19        those in person meetings, phone calls,

20        emails; what did that process look like?

21   A    That I don't know.

22   Q    How often did that process occur, that

23        they reviewed or updated the training?

24   A    That I don't know.

25   Q    How often were Title IX and HR in
```

# EXHIBIT G

Confidential

BOARD SUPERVISORS

04/11/2023
Page 36

```
 1   A    The Board of Regents training?

 2   Q    Yeah.  Is that what I just asked you or

 3        no?

 4   A    No.  So, that was prepared by -- I don't

 5        know the group.  There's a group of folks

 6        that oversee health, safety and wellness

 7        with the Board of Regents so I believe

 8        that's led by Doctor Allison Smith.  She

 9        would have had consultation with it but

10        it was prepared by -- I think they

11        changed names -- I think it's Parker Poe

12        now, so an attorney -- Nina Gupta -- and

13        some of her staff with Parker Poe

14        prepared the forty-five minute Board of

15        Regents section.

16   Q    Let me get back to a couple of more

17        questions I wanted to ask before we get

18        off the topic of the past trainings.  How

19        often were those trainings being given,

20        the ones that you were mentioning that

21        were prepared by the committee that

22        included the Title IX coordinator and HR?

23   A    You're specifically speaking to the

24        training for employees?

25   Q    Right, training for employees, yes.
```

# EXHIBIT G

Case 3:21-cv-00242-WBV-SDJ    Document 472-9    10/13/23    Page 8 of 25
Case 3:21-cv-00242-WBV-SDJ    Document 371-10 *SEALED* 07/10/23    Page 8 of 25

Confidential                    BOARD SUPERVISORS                    04/11/2023
                                                                    Page 37

 1  A    Sure.  So, that was done annually.  So,
 2       it was on a calendar year cycle.  The
 3       training would generally open January 1st
 4       and then it would close December 31st.
 5  Q    **How was that training provided; what was**
 6       **the format?**
 7  A    It's called Moodle.
 8  Q    **Is that electronically, then?**
 9  A    Correct.
10  Q    **Was it a video, was it slides, was it a**
11       **combination?**
12  A    I believe it was a voice-over slide deck
13       situation.
14  Q    **How did the Title IX office ensure that**
15       **all of the staff and employees completed**
16       **that training every year?**
17  A    That was the responsibility of HRM, so
18       they would have to answer that.
19  Q    **If I'm understanding right, there was no**
20       **oversight of the Title IX office to**
21       **ensure that that occurred?**
22                    MS. GREEN:
23                         Object to the form of the
24                    question.
25  A    I can't say whether or not conversations

# EXHIBIT G

Confidential

BOARD SUPERVISORS

04/11/2023
Page 38

```
 1        occurred between the Title IX coordinator
 2        because the Title IX coordinator, I
 3        believe and especially starting in 2018,
 4        had to report training percentages to the
 5        state.  So, I'm assuming that there
 6        must've been conversations based on that
 7        but ultimately that oversight for making
 8        sure employees finished their training
 9        lies within human resource management.
10   BY MS. ABDNOUR:
11   Q    What happens if someone didn't complete
12        their training during that time?
13   A    I don't know.
14   Q    One of the obligations that was outlined
15        in the Dear Colleague letter in the Q&A
16        that were issued in 2011 and 2014, was
17        the Title IX coordinator's obligation to
18        ensure that any ongoing hostile remedies
19        are addressed at an institution; are you
20        familiar with that requirement?
21   A    Yes.
22   Q    What steps did the Title IX coordinator
23        take, if any, to ensure that those
24        trainings -- specifically with regard to
25        staff obligations -- addressed any
```

**EXHIBIT G**

Confidential

BOARD SUPERVISORS

04/11/2023

Page 39

```
 1        hostile environment that the Title IX
 2        coordinator had become aware of during
 3        that year?
 4   A    If I understand the question, so hostile
 5        environments were not directly addressed
 6        through that type of training.  That
 7        would have been outside -- because that
 8        annual training was going to -- I don't
 9        know the exact number of employees during
10        this entire timeframe but I'm assuming it
11        would have fluctuated -- at least over
12        5,000 just on the LSU A&M campus.  So,
13        that training was meant to be kind of
14        very broad so if there was a hostile
15        environment in any particular department
16        or area, that would have been addressed
17        with either separately-created
18        individualized trainings, interventions
19        between the Title IX coordinator or HRM
20        but not through that annual training.
21   Q    Okay.  So, describe for me, if you can,
22        what specific departmental or unit
23        trainings were created during that period
24        to address any hostile environments that
25        may have come up?
```

**EXHIBIT G**

Confidential

BOARD SUPERVISORS

Page 40

```
 1  A    I can't speak to that.  I don't know.
 2  Q    Were any of those trainings ever updated
 3       to address any systemic concerns about
 4       employee reporting?
 5                 MS. GREEN:
 6                      Object to the form of the
 7                 question.
 8  A    In regards to the annual training?
 9  BY MS. ABDNOUR:
10  Q    Correct.
11  A    No.
12  Q    Are you aware of it occurring related to
13       any of the unit or departmental trainings
14       that you described?
15  A    No.  If somebody was found to not be
16       engaging in their mandatory reporting,
17       that was a separate disciplinary process.
18  Q    My question is related to any sort of
19       more systemic issues of not reporting
20       within a department or unit?
21  A    Not that I'm aware of.  I mean I know
22       that there were some units that had
23       additional -- they went above and beyond
24       that annual training -- so, for example,
25       LSU Athletics -- I believe his name is
```

# EXHIBIT G

BOARD SUPERVISORS

```
 1          Dan Beebe, it's something close to that.
 2          They had additional trainings and they
 3          actually, I believe, had to sign forms.
 4          Those forms were collected by LSU so I
 5          can't speak to the exact specifics of
 6          those trainings but again, there were
 7          some units that did additional trainings
 8          beyond that mandatory annual training and
 9          then there's also -- the state has a
10          mandatory civil service training.  So,
11          civil service employees have to do a
12          sexual harassment training through the
13          state as well.
14     Q    With respect to that civil service
15          training, who at LSU would have to do
16          that training?
17     A    Anyone who's been designated as a civil
18          service employee.
19     Q    Can you give me some examples of who that
20          would be?
21     A    I believe it would be folks --
22          custodians, certain facilities workers --
23          I imagine like landscapers, those types
24          of positions.
25     Q    You mentioned that there were some other
```

# EXHIBIT G

```
 1        units in addition to athletics that had

 2        done some sort of above and beyond

 3        trainings.  What other units during that

 4        period did those?

 5  A   I know that Greek Life had an annual

 6        training for new members.  So, it was

 7        done -- there was one big training that I

 8        believe every fraternity and sorority had

 9        to send at least seventy percent of their

10        chapter to that training to get credit

11        for.  And then both the Title IX office

12        and the Lighthouse would do

13        individualized trainings for fraternities

14        and sororities.  Those were less

15        employee-based.  Those were going to be

16        things around healthy relationships,

17        consent and those types of topics.

18  Q   What else besides Greek Life?

19  A   Greek Life and then student organizations

20        often do more training.  Those are

21        probably the bigger areas and then I know

22        housing, Residence Life, does specialized

23        trainings for their staff, including

24        their RAs.  So, they do -- I mean their

25        summer is spent -- I don't know the ins
```

**EXHIBIT G**

Confidential
BOARD SUPERVISORS

```
 1              and outs of all their training but they

 2              spend a lot of time over the summer

 3              training and there's usually a component

 4              of reporting so that their staff knows

 5              what to do when students report to them

 6              or share their experience.

 7    Q    Let's go back to the trainings that were

 8         done in athletics, the Dan Beebe

 9         trainings.  We asked Jennie Stewart some

10         questions about this but I want to ask as

11         a more overall question for the board,

12         which is -- what processes or procedures,

13         if any, were in place to ensure that

14         those trainings were compliant with what

15         LSU's Title IX policy was?

16    A    I can't speak to that.

17    Q    With respect to the other trainings that

18         you described -- Greek Life, student

19         organizations, housing, ResLife, et

20         cetera -- what processes were in place to

21         ensure that those trainings provided

22         accurate information about LSU's Title IX

23         policies?

24    A    Sure.  Well, many of those were developed

25         by the Title IX office and so those were
```

**EXHIBIT G**

Case 3:21-cv-00242-WBV-SDJ    Document 472-9    10/13/23  Page 15 of 25
Case 3:21-cv-00242-WBV-SDJ    Document 371-10 *SEALED* 07/10/23    Page 15 of 25
Confidential    BOARD SUPERVISORS    04/11/2023
Page 44

```
 1        going to include topics -- I think the
 2        big three topics are usually consent,
 3        healthy relationships and bystander
 4        intervention, which are some of the
 5        topics that are mentioned by previous
 6        Title IX guidance.
 7   Q    Was there a specific oversight or review
 8        role for the Title IX office with respect
 9        to those trainings?
10   A    I'm not sure.
11   Q    Hang on a second.  I'm just reviewing my
12        list because I don't want to go over
13        anything that we've either gone over or
14        that you aren't going to be able to
15        answer.  What role, if any, did the Title
16        IX office have during that time period
17        when a responsible employee obligation
18        was not met?  So, for example, if someone
19        had a reporting obligation and they did
20        follow it, what role did the Title IX
21        office have in that?
22   A    Based on our review of records, the Title
23        IX office would investigate whether or
24        not a mandatory report should have been
25        made.
```

VERITEXT LEGAL SOLUTIONS

# EXHIBIT G

BOARD SUPERVISORS

```
 1        provided, I can't speak to that.
 2   BY MS. ABDNOUR:
 3   Q    Other than the reports that were filed or
 4        the reports that were related to the
 5        plaintiffs, were there any other reports
 6        filed with the Title IX office related to
 7        Drake Davis?
 8   A    I'd have to double check.  What we would
 9        have got is kind of after the Husch
10        Blackwell report was released, after
11        there was a lot of media attention we
12        would get reports, even end of 2021 into
13        2022, where people would see a news
14        article and make reports based on that
15        news article to say oh, I read this news
16        article.  I mean our employees wanted to
17        make sure they were mandatory reporting
18        everything so we got those types of
19        reports kind of after-the-fact.
20   Q    Were there any reports related to Drake
21        Davis other than what's referenced in
22        this lawsuit prior to 2021?
23   A    No.
24   Q    Same question for Derrius Guice.  Prior
25        to 2021, in that 2013 to 2021 window,
```

# EXHIBIT G

```
 1          were there any reports made with the

 2          Title IX office other than what's been

 3          identified in this lawsuit?

 4     A    Not to my knowledge, no.

 5     Q    Same question for Peter Parrish?

 6     A    No.

 7     Q    Same question for Ellis Sandoz?

 8     A    No.

 9     Q    Same question for Rene Petit?

10     A    No.

11     Q    Same question for Joshua Merritt?

12     A    No.

13     Q    Describe for me all of the different

14          options -- and there may just be one but

15          I think there's more than one -- the

16          different options that mandatory

17          reporters had for reporting to the Title

18          IX office just on the Baton Rouge campus

19          during that period?

20     A    They could get the information to the

21          Title IX office any way.  They could call

22          the Title IX coordinator directly, they

23          could email the Title IX coordinator,

24          they could email the Title IX office,

25          they could stop by the office, I mean
```

**EXHIBIT G**

Confidential

BOARD SUPERVISORS

```
 1         different folks -- so, Maxient provides
 2         certain training videos through the
 3         Maxient site.  So, for example, ResLife
 4         may do different trainings than the Title
 5         IX office did, versus student
 6         accountability and advocacy but Maxient
 7         provides both in-person trainings, online
 8         trainings, Maxient has a whole help
 9         system where you can watch series of
10         videos.  So, that's all the training that
11         would have been available to folks but it
12         probably changed from person to person or
13         differed.
14  Q     Were Maxient and EthicsPoint available to
15        any employee to use for reporting or only
16        certain categories of employees?
17  A     Anybody can -- in fact, you could be a
18        non-employee and report through those.
19        It doesn't even require you to be an
20        employee so any individual can report
21        through those forms.
22  Q     How would someone be aware of the fact
23        that they could report using those
24        systems?
25  A     If they'd gone to either -- again,
```

# EXHIBIT G

```
 1   there's going to be kind of a series of
 2   changes throughout this time period but
 3   initially there would've been information
 4   on both the HRM site and the student
 5   accountability and advocacy site, so
 6   specifically like on the HRM site -- once
 7   you got to the Title IX page, it would
 8   say report an incident and then I believe
 9   it said if you're a student, report here.
10   If you're an employee, report here.  And
11   so, that would just bring you.  You
12   didn't have to know a link to get into.
13   You would just hit those buttons and
14   bring it right in.  On the SAA website, I
15   believe it just had one report-an-
16   incident button.  Again, it had a series
17   because you could report about academic
18   misconduct or just fighting, drugs,
19   hazing -- all of that -- but it only had
20   the link, I believe, for the student
21   reporting forms since they only oversee
22   students and then once you had a
23   dedicated Title IX website, you now had
24   those buttons in three different websites
25   where you could get into those reporting
```

# EXHIBIT G

Confidential

BOARD SUPERVISORS

04/11/2023
Page 53

```
 1        forms.
 2   Q    For the time period in question, tell me
 3        how the information -- just with respect
 4        to the Baton Rouge campus -- how the
 5        information about how to contact the
 6        Title IX coordinator for the campus was
 7        published and disseminated?
 8   A    Sure.  It was on several websites,
 9        including the student accountability,
10        dean of students website, HRM website,
11        once there was a dedicated Title IX
12        website, all that information was on that
13        website.  It was also posted in the PM 73
14        policy, I believe -- and PM 73 and PM 95
15        have since been rescinded because PM 73
16        kind of supersedes them but that
17        information would have been in those two
18        policies.  You also had -- so, the
19        student health center published what --
20        I'm trying to remember -- we call it the
21        wheel.  I think it has a different name
22        to it but what it is is it's a kind of
23        poster that has a wheel of resources for
24        reporting.  So, it has information about
25        Lighthouse, the Title IX coordinator,
```

**EXHIBIT G**

Confidential
BOARD SUPERVISORS

04/11/2023
Page 54

```
1          HRM, it has information about local
2          resources on that, so that's been
3          published for, I think, just about a
4          decade now and every year it's updated so
5          we have a new version this year.  I can't
6          speak to exactly where that would have
7          been on-campus but they usually publish
8          at least a hundred copies and then they
9          disseminate it to folks to post around
10         campus.  Now, you're seeing more and more
11         posting of that resource online.  So,
12         those were some of the ways that that
13         information was disseminated.
14    Q    Are you aware of how that changed during
15         that time period?  I know you had
16         mentioned there were some changes, there
17         was more dissemination in different ways.
18         Do you know the timeline of progression
19         of those changes?
20    A    I don't.  I can talk to what some of the
21         changes were without -- I don't know the
22         specific timeline -- but right, as you
23         had more websites, so, specifically you
24         had a dedicated Title IX website come
25         into existence.  You then had in 2021, I
```

# EXHIBIT G

Confidential

BOARD SUPERVISORS

04/11/2023
Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL

                 CASE NO.: 3:21-CV-00242
                 DIVISION WBV-SDJ
VERSUS                JUDGE WENDY B. VITTER
                 MAG. JUDGE JOHNSON

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

C O N F I D E N T I A L

30 (b)(6) DEPOSITION OF

BOARD OF SUPERVISORS OF LOUISIANA STATE

UNIVERSITY AND AGRECULTURAL AND MECHANICAL

COLLEGE ("BOARD") through

JOSH JONES, WENDY NALL, DR. JANE CASSIDY,

JENNIFER NORMAND, JEFF DEVEER

TAKEN AT PHELPS DUNBAR, 400 CONVENTION

STREET, BATON ROUGE, LOUISIANA, ON APRIL 11,

2023, BEGINNING AT 9:22 A.M.

REPORTED BY:
     JENNIFER W. PICKETT
     CERTIFIED COURT REPORTER

Certified Copy

**EXHIBIT G**

```
 1   Q   In the prior years, were you also one of

 2       the avenues for reporting?

 3   A   Yes.

 4   Q   In these presentations, yes.  Okay.  And

 5       sitting here today do you recall that the

 6       presentations that you reviewed in

 7       preparation for your deposition today had

 8       language different than what we're

 9       looking at in this slide right now?

10   A   I don't recall the specific language in a

11       particular slide.

12   Q   Are you familiar with permanent

13       memorandum 73?

14   A   Yes.

15   Q   Was that provided to athletics staff

16       members?

17   A   I think there was a link provided, maybe

18       in an email and I think it was referenced

19       on the resource sheet but I don't think

20       it was ever handed out.

21   Q   Was there ever any requirement that

22       athletics staff members certify they had

23       read PM 73?

24   A   The training for athletics staff was the

25       same as the university training and I
```

# EXHIBIT G

```
 1        believe in the university training they
 2        taught about PM 73 and they asked -- it's
 3        an interactive module and it asks you
 4        questions about it and it asks you
 5        scenarios and different things and it
 6        talks about reporting, so our staff would
 7        participate in that.  But I don't recall
 8        anything specific from athletics.
 9   Q    And what about for students certifying
10        that they had reviewed PM 73?
11   A    I don't recall specifically with students
12        other than those who had been -- if they
13        had had a Title IX report or an
14        investigation, something happened on
15        campus when the email was sent from
16        campus with resources of Lighthouse and
17        police and SANE and all the things that
18        come along with that, I believe PM 73 was
19        part of that -- the overarching policy
20        was discussed with students.  I know LSU
21        has what they call My Student Body, it's
22        run through the student health center,
23        and I believe that training has
24        information on reporting in PM 73 but I
25        don't take that as a student so I can't
```

# EXHIBIT G

```
 1          testify to that but I believe there is
 2          training that students, all LSU students
 3          have to do.
 4    Q     But it's nothing you tracked in your role
 5          as tracking the training for students and
 6          student workers and student athletes in
 7          athletics; correct?
 8    A     It wasn't athletics-specific, so no.
 9    Q     Do you keep or does the athletic
10          department keep a library of the
11          presentations given by Beebe Group and
12          PFA?
13    A     I don't know what you mean by a library.
14    Q     Or a file, a folder on your computer.  Do
15          they keep a record of each of the
16          presentations?
17    A     The presentations were obtained, I think,
18          after the lawsuit because they were
19          requested but they weren't LSU's.  They
20          weren't presented by us so I didn't have
21          a file of them.  I think now we have them
22          because we were asked to provide them.
23    Q     I think it would be easier -- we're going
24          to skip to topic 70 and then we'll circle
25          back because it kind of goes with where
```

# EXHIBIT G