Case 3:21-cv-00242-WBV-SDJ    Document 473-1    10/13/23    Page 1 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-1 *SEALED*WS 10/23    Page 1 of 50

10/07/2022
Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


ABBY OWENS, ET AL                  CIVIL ACTION NO. 21-242

VERSUS
                                   JUDGE WENDY B. VITTER
LOUISIANA STATE
UNIVERSITY, ET AL                  MAGISTRATE JUDGE JOHNSON


*** CONFIDENTIAL ***


* * * * * * * * * * * * * * * * * * * * * * * * * * *

TRANSCRIPT OF THE VIDEOCONFERENCE DEPOSITION OF:

JADE LEWIS, VOLUME I,

TAKEN ON BEHALF OF BOARD OF SUPERVISORS OF LOUISIANA

STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL

COLLEGE, REPORTED IN THE ABOVE ENTITLED AND NUMBERED

CAUSE BY YOLANDA J. PENA, CERTIFIED COURT REPORTER FOR

THE STATE OF LOUISIANA.

* * * * * * * * * * * * * * * * * * * * * * * * * * *


REPORTED AT THE LAW OFFICES OF:

SHOWS, CALI & WALSH, L.L.P.

628 ST. LOUIS STREET

BATON ROUGE, LOUISIANA  70802


COMMENCING AT 8:10 A.M., ON OCTOBER 7, 2022.

1    everything down.  I need you to verbalize all of your

2    answers.  And if you don't understand a question or

3    don't hear a question, just ask me to rephrase or

4    repeat.  I want to make sure you understand my

5    questions.  And if you need any breaks, just let us

6    know, and we can take breaks as needed.  Okay?  All

7    right.

8         A.   Yep.

9         Q.   Please, for the record, give me your name,

10   address, and telephone number.

11        A.   Jade Marcia Lewis; ███████████████

12   ██████████████████████████████; and phone

13   number 0 21 842 545.

14        Q.   Thank you.  Are you married?

15        A.   No.

16        Q.   Are you in a committed relationship?

17        A.   No.

18        Q.   Do you have any children?

19        A.   No.

20        Q.   What did you do to prepare for your deposition

21   today?

22        A.   I had a meeting with my lawyer a couple of

23   days ago, and that's about it.

24        Q.   Did you review any documents?

25        A.   No.

# EXHIBIT A

1    Q.   Okay.  All right.  I want to talk about

2    ██████████████  Tell me how you met him.

3    A.   I met him first day of school, about --

4    roughly about the first few days.  Not -- I don't think

5    it was at a bar.  I think it was through a mutual

6    friend.

7    Q.   Okay.  What year was that?

8    A.   2017.

9    Q.   And which month?

10    A.   January.

11    Q.   When did you arrive at LSU?  Do you remember

12    the day?

13    A.   Like, first week of January, I think.

14    Q.   Okay.

15    A.   Maybe around the 6th, 7th.

16    Q.   Do you recall the name of the mutual friend

17    that introduced you to █████

18    A.   Kennan Johnson.

19    Q.   Do you know how long she had known -- I'm

20    going to call him █████ just so we don't -- just for

21    time sake --

22    A.   Yeah.

23    Q.   -- if that's okay.

24    Do you know how long she had known ██████████

25    A.   Unsure.

# EXHIBIT A

1      Q.   And you said you don't think that you were at

2   a bar.  Do you have any idea where you were when you

3   met him?

4      A.   No.  I think we were texting, and then I had

5   gone over to his or he came over to mine and then went

6   out one night, yeah.

7      Q.   So how did -- how did you get his number?

8      A.   Ken -- I think Kennan.

9      Q.   Okay.  I'm just trying to understand.  So you

10  met him -- you met him in person, or you met him by

11  text?

12     A.   Don't know.

13     Q.   Okay.  Did you meet him by FaceTime or

14  something like that?  Or --

15     A.   No.  It would have been text either on text

16  message or Instagram.  And then I went over to the

17  apartment, either -- either myself -- mine or his, and

18  then did go out later that night around 11:00,

19  midnight.

20     Q.   Okay.  What did Kennan tell you about ███

21  when you first met him or right before you met him?

22     A.   That he played football.

23     Q.   Okay.  Anything else?

24     A.   Not that I can recall.

25     Q.   Okay.  Do you know why she introduced you to

**EXHIBIT A**

1    him?

2        A.    I think she already knew him.

3        **Q.    Did she introduce you to all of the people**

4    **that she knew?**

5        A.    Throughout my time at school, people she knew,

6    yes.

7        **Q.    How long had you known Kennan before you met**

8    ███████

9        A.    I have known Kennan since I was playing junior

10    tennis as we ran in the same tournaments throughout the

11    South of -- like, Louisiana, South Carolina, Georgia,

12    that -- those kind of states.

13        **Q.    Okay.  And when did you start playing the**

14    **junior tournaments?**

15        A.    When I was -- moved to America at 12.  So

16    maybe Kennan came about when I was older, like 16.  I

17    didn't personally talk to her, but I knew of her.

18        **Q.    Okay.  So you knew of her until you were 16,**

19    **and that's when you met her?**

20        A.    Unsure on the -- I knew of her as I was

21    playing junior tournaments, and then when I committed

22    to LSU, then got in touch.

23        **Q.    Okay.  When did you commit to LSU?**

24        A.    I think I was 16.  It was in November, signing

25    day.  Unsure on the exact year, but I'm sure I can find

# EXHIBIT A

```
 1    that one out.
 2         Q.   Okay.  All right.  So let's go back to the
 3    first time you met ████████  You said that you and he may
 4    have texted and then gone, met each other at a bar that
 5    night.  Is that correct?
 6         A.   I definitely met him prior to the bar, either
 7    at -- he either came to mine or I went to his.  I don't
 8    know which one.
 9         Q.   Okay.  He came to your house or your apartment
10    or you went --
11         A.   He either came to -- he either came to mine or
12    I went to his.  I'm unsure on which one.  And then we
13    definitely went out that first night.  Tiger- -- not
14    Tigerland, across the street from Tigerland.
15         Q.   Okay.  So y'all went together?
16         A.   Yes.
17         Q.   Okay.  And did you go home together?
18         A.   Yes.
19         Q.   Okay.  And did you see him again after -- soon
20    after that?
21         A.   Yes.
22         Q.   Okay.  Tell me -- tell me about your
23    relationship.  How would you characterize your
24    relationship at that time with ████████
25         A.   Just spent a bit of time together at the start
```

**EXHIBIT A**

1    and developed a little bit throughout the months while

2    I was there, and then it slowly started to become very

3    toxic and unhealthy and kind of just spiraling a bit,

4    yeah.

5         Q.   Okay.  So let me unpack that a little bit.

6              So the first -- the first night that you met

7    ██████████  you went to the bar with him and you went

8    home with him.  Did you stay with him that night?

9         A.   Correct, yes.

10        Q.   Okay.  Did you and he have sex that night?

11        A.   Yes.

12        Q.   All right.  When was the next time you saw him

13   after that?

14        A.   The next day and then kind of every day for a

15   while.

16        Q.   You saw him every day for a while.

17             Did y'all go back to the bars together?

18        A.   Like, after that night?

19        Q.   Yes, yes.

20        A.   A couple of times together and then -- I mean,

21   I feel like all the student athletes will go

22   to specific spots.  So if we didn't go together, I

23   definitely did see -- would have seen him.

24        Q.   Okay.  Did you go to dinner together?

25        A.   Couple times.

# EXHIBIT A

```
1    clear, and he multiple times said I can't do anything.
2         Q.   Did you tell your coaches about this, about
3    the rules?
4         A.   No.
5         Q.   Did you tell anybody at LSU about the rules
6    that he set for you?
7         A.   Possibly Miriam whenever I had spoken to her
8    regarding all the abuse and kind of, you know, briefly
9    explained the relationship.
10        Q.   Okay.  Was that in 2018?
11        A.   It would have been a week before his first
12   arrest, if that's 2018.
13        Q.   All right.  We'll come back to that.
14        A.   Yep.
15        Q.   What about anyone else at LSU?  I mean, did
16   you talk to his coaches about it or -- or anyone else?
17        A.   Never spoke to his coaches.
18             THE REPORTER:  I'm sorry.  Can you
19             repeat that?
20        A.   Never spoke to his coaches.
21   BY MS. WHITE:
22        Q.   Okay.  Thank you.  Did you talk to your family
23   about it, about the rules?
24        A.   No.
25        Q.   Did ███████████ ever sexually assault you?
```

**EXHIBIT A**

1      A.   No.

2      Q.   It took you a minute to answer that question.

3  Is there a reason?

4      A.   I would say there is times I may have had

5  intercourse with him due to fear of retaliation.  So,

6  you know, gray area.

7      Q.   Okay.  You feared that he was going to

8  retaliate against you if you --

9      A.   Yep.

10     Q.   -- did not have sex with him?

11     A.   Yes.

12     Q.   Did he tell you that he was going to do

13  something to you if you didn't have sex with him?

14     A.   Just that I had to go.

15     Q.   He was going to make you leave?

16     A.   Yep.

17     Q.   Okay.  How many times did that happen?

18     A.   Ten to 20.

19     Q.   Did you tell anybody about that?

20     A.   ███████████ would have -- would have known

21  that I felt that way, and ███. ███, possibly.

22     Q.   Were there any times when he made this demand

23  upon you, that you left and you didn't stay and have

24  sex with him?

25     A.   Like, that I had to go if I didn't want to do

**EXHIBIT A**

```
 1               again.

 2     BY MS. WHITE:

 3          Q.   Did ███████ ever physically assault you?

 4          A.   Yes.

 5          Q.   How many times?

 6          A.   Ten to 15, maybe.

 7          Q.   Tell me about the first time he physically

 8     assaulted you.

 9          A.   The first time, he punched me in the stomach

10     in his apartment at The Standard opposite of WCA, 2017,

11     April or May.

12          Q.   All right.  So his apartment was The Standard.

13     And you said across from WCA?

14          A.   Yeah, which is where I lived, West Campus

15     Apartments.

16          Q.   All right.  And you think that that was April

17     or May of 2017?

18          A.   Yep.

19          Q.   Okay.  Tell me -- tell me about that day.

20     Tell me what y'all were doing before he punched you in

21     the stomach.

22          A.   I hadn't really heard from him in, like, two

23     or -- two days, maybe.  I was fully leaving LSU, so I

24     needed all my things.  So I was all packed up.  I had a

25     flight the next day or two days later after the
```

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 473-1    10/13/23  Page 11 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-1 *SEALED* 10/10/23    Page 11 of 50    10/07/2022

Page 43

1    incident.

2            And yeah, like, I had a couple of things at

3    his place that I wanted.  Obviously, I'm not going to

4    leave it in Louisiana.  And I don't know.  He was just

5    in a mood.  I don't -- yeah, I don't know.  I just

6    wanted my things, and he was just making it very

7    difficult.

8        **Q.   Tell me how he was making it difficult.**

9        A.   Wouldn't reply, like, the -- because I had

10   asked already, like, you know, kind of a week in

11   advance to start getting, like, some of my things that

12   were there just as I know he's a little unreliable.

13   And, you know, I knew I had a flight, that I had to

14   leave, so -- yeah.

15           So I was kind of like, well, I want to get

16   everything there so that when I -- if I do see him

17   prior to me leaving, you know, I didn't need to get my

18   stuff.  I just -- I knew I had all my things all packed

19   up.  Didn't reply for two days and then, like, not

20   inviting over to get my things, so just a bit

21   difficult.

22       **Q.   Okay.  So when you -- so you eventually made**

23   **contact with him that day, though?**

24       A.   That day, yeah.

25       **Q.   And so you went to his apartment.  And then**

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-1    10/13/23  Page 12 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-1 *SEALED* 10/10/23    Page 12 of 50    10/07/2022

Page 44

1    what happened when you got to the apartment?

2         A.   I went to his apartment.  He was a bit rude.

3    I think we were, like, watching TV or something, and

4    then he started making comments.  And then I think I

5    tried to get my stuff, and I think he got mad and told

6    me to leave.  But I wanted my stuff and -- and then I

7    started kicking the door, and I made a little doggy

8    hole.  And then he opened the door and just punched me

9    as hard as he could.  And I still didn't have my stuff,

10   but then I got someone else to go get it for me.

11        Q.   Okay.  So which door did you kick?

12        A.   His room.

13        Q.   Okay.  So when you say --

14        A.   I was just, like, knocking on the door.

15   "Can I get my things?  Open the door," just whatever.

16        Q.   So when you say you made a little doggy hole,

17   did you put a hole --

18        A.   I made a -- yeah.

19        Q.   Okay.

20        A.   I kicked -- I kicked and I made a hole.

21        Q.   All right.  And so after you did that, what

22   did he do next?

23        A.   Punched me in the stomach.

24        Q.   Okay.  What did you do after that?

25        A.   I think I had gone to my apartment, and I

1    think I called ██████████. And ██████████

2    boyfriend -- oh, sorry. Yes, ██████████ was

3    dating a football player. I think that was one of your

4    first questions. But ██████████ he went and got the

5    rest of my stuff later that night.

6         **Q. Did you say anything to ████ after he punched**

7    **you in the stomach?**

8         A. I think I just -- I think I just left. I

9    don't know. I have no idea.

10        **Q. Did you punch him back?**

11        A. No.

12        **Q. You didn't. Did you hit him? Slap him?**

13    **Anything?**

14        A. I didn't lay -- I didn't lay a hand on him.

15        **Q. Okay. Tell me about the second time he**

16    **physically assaulted you.**

17        A. I think that was at my apartment in WCA.

18    Also, just keep in mind I might get the timeline a

19    little wrong, but I'll do my best.

20        **Q. Okay.**

21        A. I think that was at my apartment. And he was

22    coming to get two shirts. It was -- you know, he

23    didn't really want it. He was just coming to prove a

24    point that he was over. And punched me in the stomach

25    again.

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-1    10/13/23  Page 14 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-1 *SEALED* WIS/10/23    Page 14 of 50    10/07/2022
Page 46

1    Q.    Okay.  He was coming to get two shirts, but he

2    didn't give a reason why he needed the shirts?

3    A.    Oh, he was mad at me for something, so he came

4    over.  He was like, "I'm going to get my stuff."  So I

5    had two shirts of his, not -- $5 shirts, like LSU team

6    shirts, like not important to get.  He came over.  He

7    was walking out the door.  I grabbed him, like, from

8    his back to turn him around, and then he punched me in

9    the stomach.

10    Q.    What was he mad at you for?

11    A.    I had gone to the bar with another football

12    player and two of my other friends, so it was a group

13    of us.

14    Q.    Why was he mad about that?

15    A.    Probably, one, that I went out.  Probably,

16    two, that I was with his teammate, yeah.

17    Q.    So he didn't like for you to go out at all?

18    Or just not with him?

19    A.    Both.

20    Q.    So you couldn't go out at all, but you

21    also couldn't -- so you couldn't go out even with

22    girlfriends?

23    A.    Sometimes he wouldn't have a problem with it;

24    sometimes he would have problems with it.

25    Q.    Who had you been out with that he was mad

**EXHIBIT A**

1    Q.   Who was your roommate at the time?

2    A.   I think it was a swimmer, █████

███████████████████████████████████████

4    Q.   Was she at your apartment when this happened?

5    A.   No.  No one was there.

6    Q.   How long was █████ at your apartment?

7    A.   Five minutes.

8    Q.   Did you report to anybody at LSU that he had

9    punched you to stay?

10   A.   Yes.

11   Q.   Who was that?

12   A.   Donovan White.  And then it got escalated to

13   Micki Collins.  And then I saw a doctor about it.

14   Q.   Was it an LSU doctor?

15   A.   I -- basically, LSU brings in, like, another

16   doctor, like, once or twice a week for the athletes to

17   see.  So it was, like, on doctor night, like some

18   Tuesday or something.

19   Q.   All right.  I'm going to come back to that

20   later.  I want to -- let me go back to the April or

21   May 2017 incident where he punched you.

22        Did you report that to anybody at LSU?

23   A.   Donovan White.

24   Q.   When did you report that to Donovan White?

25   A.   The next day.

# EXHIBIT A

1    Q.    All right.  Tell me about the third time
2    ██████████ abused you.
3    A.    Yes.
4              (Technical interruption.)
5              THE WITNESS:  Oh, did I cut out?
6              MS. WHITE:  I think so.
7    BY MS. WHITE:
8    Q.    Tell me about the third time that ████████
9    physically assaulted you.
10    A.    Was the third time the -- when the cops came
11    over?
12    Q.    I'm not sure.
13    A.    That was in the -- that was in the summer of
14    2018.  That could have been the third time.
15    Q.    Okay.  Summer of 2018.  Okay.
16          And you think this is a time when the cops
17    came over?
18    A.    Yep -- no, no, no, no.  That was actually a
19    different night, sorry.  No, the third time was in the
20    summer of 2018 during the day.  This was when he had
21    dropped me off in the hood.
22    Q.    Okay.  During the day.  Okay.
23    A.    Yeah.
24    Q.    Do you remember --
25    A.    Yep.

# EXHIBIT A

1    Q.   Do you have any idea what date this was or

2    what month?

3    A.   June, July.

4    Q.   All right.  Tell me what happened before he

5    dropped you off in the hood.

6    A.   I had gotten into his car.  I think we were

7    going to go get food, but his roommate/teammate -- I

8    was supposed to get food with him and my -- and ███

9    So me and ███ and ██████ were going to go get

10   food, but ████ had just randomly pulled up to my

11   apartment.

12       So I got into the car with ████ and then

13   ████ had seen that it was ██████ car, so ██e pulled

14   up next to me and ████ in the car.  And ████ was

15   like, "Oh, are you coming with us to go get sushi?"

16   And then ████ looked at me and was like, "Oh, you're

17   going to go get food with him?"  And then he -- he sped

18   off and -- yeah.

19   Q.   So where exactly were y'all when you saw this

20   other group of cars?

21   A.   My -- outside of my apartment, WCA, West

22   Campus Apartments.

23   Q.   In the parking lot?

24   A.   Yeah.

25   Q.   So he sped off with you in the car.  And where

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-1    10/13/23   Page 18 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-1 *SEALED *10/10/23    Page 18 of 50    10/07/2022
Page 64

 1      did y'all go?

 2          A.   We went to, like, the hood, like 15 minutes

 3      away.

 4          Q.   Do you remember what street?  I mean, I'm not

 5      sure what --

 6          A.   Under -- under the bridge, highway, some,

 7      like -- I have no idea where I was in Baton Rouge.

 8      Like, I know LSU campus, and that's as far as it went.

 9          Q.   Do you remember anything about your

10      surroundings that day other than under the bridge?

11          A.   It was just, like -- like, not nice houses.

12          Q.   Were you by the river?

13          A.   No.

14          Q.   Do you remember which bridge --

15          A.   I -- no idea.  Just, like, not nice area.

16          Q.   Do you remember anything else, like any

17      grocery stores, any restaurants, anything like that

18      being around?

19          A.   No.  I don't even -- no.  Not, like, a store

20      you would know, like a chain or anything, none.

21          Q.   So they were not nice houses.  Were they --

22      did it look like people were living in the houses, or

23      were they abandoned?

24          A.   Probably both.

25          Q.   Okay.  Did you see any people out around?

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ   Document 473-1   10/13/23   Page 19 of 50
Case 3:21-cv-00242-WBV-SDJ   Document 373-1 *SEALED*   10/10/23   Page 19 of 50   10/07/2022

Page 65

```
 1          A.   No.  It was, like, the parking lot of some,
 2    like, church or -- or, like, some parking lot under a
 3    bridge.  I don't really, like -- no, it was just
 4    like...
 5          Q.   Okay.  What time of day was it?
 6          A.   2:00 p.m., 3:00 p.m., 4:00 p.m.
 7          Q.   How long did y'all drive before you got to
 8    this location?
 9          A.   Like, 15 minutes.
10          Q.   Are you sure you were still in Baton Rouge?
11          A.   Yes.
12          Q.   So when you got to this location, what
13    happened?
14          A.   He -- he threw my phone out, so obviously I
15    had to go and get it.  And then he left, and then a
16    couple minutes later, he came back.
17          Q.   He threw it out the window or --
18          A.   Yes.
19          Q.   Where did it land?
20          A.   The floor.
21          Q.   Was it grass?  Was it a street?
22          A.   Concrete.  It was a car park.
23          Q.   It landed in the parking lot?
24          A.   Like, the concrete of -- yeah.
25          Q.   Did it break?
```

Case 3:21-cv-00242-WBV-SDJ     Document 473-1     10/13/23  Page 20 of 50
Case 3:21-cv-00242-WBV-SDJ     Document 373-1 *SEALED* 10/10/23     Page 20 of 50     10/07/2022
Page 66

```
 1              A.   No, luckily.

 2              Q.   So you got out of the car to go get the phone,

 3       and then he left?

 4              A.   Yeah.

 5              Q.   How long before he came back?

 6              A.   Three to five minutes.

 7              Q.   Did you see anyone else around at that time

 8       while you were alone?

 9              A.   No.

10              Q.   What happened when he came back?

11              A.   I think I was in the back seat, oddly enough,

12       or I was in the passenger, and then he just strangled

13       me for the whole car ride back.

14              Q.   He strangled you the whole car ride back?

15              A.   Yeah.

16              Q.   And you were in the front or the back seat?

17              A.   I just said I was either in the passenger or

18       the back seat.  I can't remember.

19              Q.   How was he strangling you while he was driving

20       back?

21              A.   The same way people text and drive: one hand

22       on me, one hand on the --

23              Q.   Okay.  And where was his hand when he was

24       strangling you?

25              A.   Neck.
```

COURT REPORTERS OF LOUISIANA, LLC
A Veritext Company

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 473-1    10/13/23  Page 21 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-1 *SEALED WIS    10/23    Page 21 of 50    10/07/2022

Page 70

1    incident?

2        A.   No.

3        Q.   **Why not?**

4        A.   I don't know.  I was kind of new to America.

5    I didn't think -- like, I thought -- you kind of get

6    this impression it's, you know, one in a billion cases,

7    that nothing is going to happen, so just -- just kind

8    of my impression.

9            Oh, you know, I was like, although I had lived

10   in the country for seven years at the time, you just

11   see all these movies, and it's just a case and nothing

12   happens.  And I was on a green card, so I didn't want

13   to do anything to jeopardize my status.

14       Q.   **Why did you think that your status here in**

15   **the country would be jeopardized by your report of**

16   **strangulation?**

17       A.   My name in a legal -- anything legal.  I just

18   didn't want it to be.

19       Q.   **Was there something that you were concerned**

20   **about with your status here in the country?**

21       A.   No.  I just --

22       Q.   **Something wasn't right?**

23       A.   -- didn't want my name in a legal thing and

24   anything like that, guest of a country at the end of

25   the day.

1    Q.    Were you concerned, during this car ride back

2    to your apartment, that he was going to strangle you to

3    death?

4    A.    Yep.

5    Q.    But you still didn't want to report it?

6    A.    Nope, not at the time.

7    Q.    Did you take any pictures of your neck

8    immediately after this incident?

9    A.    Not this time, no.

10   Q.    Did anyone else take pictures of your neck?

11   A.    No, not this one.

12   Q.    What kind of vehicle did ███████ drive at

13   this time?

14   A.    Audi A7.

15   Q.    And was that the vehicle he was driving this

16   day?

17   A.    Yes.

18   Q.    All right.  Let's move on to the fourth

19   incident of physical abuse.

20          Do you remember when that was?

21   A.    The fourth one would have been, again, in

22   the summer of 2018.  Had to have been end of July,

23   August -- early August.  He flew back from Miami in the

24   middle of the night, came over to mine.  We were kind

25   of having, like, some petty texting argument, just,

## EXHIBIT A

1    like, random -- not like anything serious.  And he

2    walked in.  I could smell the alcohol within half a

3    second, and he started strangling me, didn't even say

4    hello, and then punched me and then strangled me and

5    punched me and strangled me so -- for the next, like,

6    20 minutes.

7         **Q.  So other than him being drunk, do you know,**

8    **was there any other reason why he would just come in**

9    **and start punching you?**

10        A.   We were just, like, making crappy comments to

11   each other, both saying just stupid stuff, like petty

12   argument, not anything -- like, just silly.  Yeah, came

13   over.  At the time, my roommate was ███████████,

14   volleyball player.

15        And yep, he came over.  She could hear me

16   screaming.  She called the cops.  LSU PD came over.  I

17   had -- ████ was awake.  ████ was, you know, just a

18   building over, same campus -- same West Campus

19   Apartments.  I texted her, like, what was going on.

20   She came over.

21        I put a hoodie on and covered everything up.

22   Still very noticeable that something had gone on.  I

23   was terrified and just said like, you know, "He's come

24   over."  I thought he was going to get in trouble for

25   the alcohol, and obviously, he drove there, but again,

**EXHIBIT A**

1    nothing happened to him, so...

2    **Q.   How did he get into your apartment?**

3    A.   He had another key.  I had given him a key a

4    while back, like -- because he would go out longer than

5    me.  Like, I would come can home around 1:00 or 2:00,

6    and he would sometimes go out a little longer.  And he

7    would sometimes, like, want me to come over, but I

8    would be sleeping.  So I gave him a key, and he could

9    just walk in and wake me up if he wanted me to come

10    over or something.

11    **Q.   Okay.  What did your roommate think about him**

12    **having a key?**

13    A.   I don't think she knew.  I don't think she was

14    my roommate, like, at the time.  Like, I just didn't --

15    I didn't know he had a key.  I, like, kind of spaced

16    about it.

17    **Q.   You said the other incident where he dropped**

18    **you off in the hood -- I think you said your roommate**

19    **was --**

20    A.   Different one, yep.  The swimmer at the time.

21    **Q.   Swimmer.**

22    A.   No, no, no, no.  That was -- that was the

23    second incident.  That was the second incident, and

24    then in the summer, I had ██████.

25    **Q.   Okay.**

# EXHIBIT A

1      A.    So ███ would have known about the hood

2  incident from ███.  I think, like, ███ had told her

3  when the cops came, something happened.  She knew.

4      **Q.    Okay.  So your roommate, ███, is the one**

5  **that called the police?**

6      A.    Yes.

7      **Q.    So at this point, the police are involved, and**

8  **your name is in a legal document, correct?**

9      A.    Correct.

10     **Q.    Okay.**

11     A.    Or the file, I guess.

12     **Q.    So did that give you any -- did you think**

13 **about, at that point in time, telling them about the**

14 **other incidents of abuse?**

15     A.    No.  No, because I had -- no, I didn't think

16 about it.

17     **Q.    Why not?**

18     A.    Kind of same reasons.  Like, you know,

19 additionally, I didn't want him getting in trouble.  I

20 think that was also in the back of my mind.  And to be

21 honest with you, I thought the cops would have realized

22 he was absolutely wasted.  I mean, you could -- I could

23 smell the alcohol from New Zealand.  It was horrific.

24 And they didn't do anything and let him drive home.  So

25 I kind of just -- I didn't -- I also didn't think LSU

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 473-1    10/13/23  Page 26 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-1 *SEALED*    8/10/23    Page 26 of 50    10/07/2022

Page 75

 1    PD was real cops, so I didn't realize that.  I thought
 2    they were just, like, security guards.
 3         Q.    How many cops came to your apartment that
 4    night?
 5         A.    I think there was two.
 6         Q.    How long did they stay at your apartment?
 7         A.    I think they just had a chat with each of us
 8    and told us to split ways, so maybe, like, 30 minutes.
 9         Q.    And you said this night that he strangled you
10    and punched you.  Is that right?
11         A.    Correct.  And ripped out my earring as well.
12         Q.    Ripped out your earring?
13         A.    Yeah, just in the midst of everything.
14         Q.    Did you have any noticeable injuries from --
15         A.    Yes.
16         Q.    -- the strangulation?
17         A.    Yes.  There's pictures of bruising somewhere
18    in the case.
19         Q.    Did you show those to the police?
20         A.    No.
21         Q.    You said --
22         A.    I think I took -- I think the pictures were
23    taken the next day.
24         Q.    Okay.  And they didn't comment or notice that
25    your neck had any injury?

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-1    10/13/23  Page 27 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-1 *SEALED* 10/10/23    Page 27 of 50    10/07/2022

Page 76

1      A.   They couldn't read the room.  Like, even --

2  obviously, I said like, "Oh, we're just having a

3  dispute."  I don't recall them asking if he laid hands

4  on me.  I think they just asked what happened.  I just

5  said a dispute, verbal dispute.  No, they couldn't --

6  they just didn't pick up on anything.

7      Q.   **What about your ear?  Was it -- did it have**

8  **any visible injury?**

9      A.   Yeah.  My ear was, like, gushing blood, and my

10  whole neck was, like, red.

11      Q.   **Did they --**

12      A.   I put a hoodie on.  But, like, I mean, you

13  could see why I was --

14      Q.   **Did they ask you about that?**

15      A.   Nope.

16      Q.   **Were you holding something to you ear to keep**

17  **the blood from going everywhere?**

18      A.   No.  I think I -- I may have had, like, a

19  hoodie on or something, but I had my hair down, so you

20  couldn't really see, like -- couldn't really --

21  couldn't really see the ear.  But, like, I think my

22  neck was pretty -- like, I had a hoodie on, like --

23  maybe like that (demonstrating), but you could kind of

24  tell if you're a cop, real cop, that is.

25      Q.   **Okay.  So are you certain that you had a**

Case 3:21-cv-00242-WBV-SDJ    Document 473-1    10/13/23    Page 28 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-1 *SEALED*    10/13/23    Page 28 of 50    10/07/2022

Page 77

1    hoodie on when the cops came?

2         A.   Yes.  Yeah.

3         Q.   Did you have the video on before the cops

4    came?

5         A.   No.  I put -- I put it on when I knew that --

6    because they were knocking on the door and then he was

7    like, "Who's called the cops?"  And then I was like,

8    "I assume everyone that could hear me screaming."  And

9    I obviously knew my neck was going to be absolutely

10   ruined, so I quickly chucked the hoodie on.  I think --

11   I was also in a pajamas, so that would be awkward.

12        Q.   So what else did you have on?  What bottoms

13   did you have on?

14        A.   My pajamas.

15        Q.   Was it, like, pants or shorts?

16        A.   Shorts.

17        Q.   All right.  Did you report this incident to

18   anybody at LSU?

19        A.   No.  But because it was an LSU PD file,

20   everyone found out.  Like, you know, Miriams and all of

21   them, they found out.

22        Q.   Okay.

23        A.   Coaches.

24        Q.   They found out through the police report, not

25   through you?

**EXHIBIT A**

1      A.   Correct.

2      Q.   All right.  And we're going to talk about that

3   a little bit later.

4           Let me go back, though, because I didn't ask

5   that question of the other incident, the incident of

6   you being dropped off in the hood and then strangled

7   all the way back to your apartment.  Did you report

8   that to anyone at LSU?

9      A.   No.

10      Q.   Did you eventually report that to anybody at

11   LSU?

12      A.   Yes.

13      Q.   Was that right around time that ██████████

14   was arrested?

15      A.   Yes.

16      Q.   Okay.

17      A.   Well, prior, yeah.  Leading up to that.

18      Q.   But you didn't report it soon after that

19   incident occurred, to LSU?

20      A.   No.  It was after the fourth incident --

21   fourth incident.  It was in August of -- when did he

22   get arrested the first time?  2018 or 2019?  2018.

23      Q.   Yeah, it's 2018.

24      A.   2018.  Yeah, so August of 2018.

25      Q.   Okay.  All right.  So going back to -- all

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 473-1    10/13/23   Page 30 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-1 *SEALED* 10/13/23    Page 30 of 50    10/07/2022

Page 79

 1    right.   The fourth incident -- which is when he ripped

 2    out your ear, strangled you, punched you -- did you put

 3    the hoodie on specifically to cover up your injuries?

 4        A.   Correct.

 5        Q.   Okay.  Let's talk about incident No. 5.  When

 6    was that?

 7        A.   I think that was -- he had already been

 8    arrested.  It was -- yeah, I think so.  Five and six

 9    was when he already been arrested, yeah.

10        Q.   All right.  So after his arrest?

11        A.   Yeah.

12        Q.   Do you have any time frame, like month?  Was

13    this in the fall?

14        A.   August 2018.

15        Q.   August 2018.  Okay.

16        A.   Like, a week after he got arrested.

17        Q.   Tell me what happened.

18        A.   He had pushed me.  And I got, like, a huge

19    lump on my shin.

20        Q.   Did he push you into something?

21        A.   Yes.  Out of anger.

22        Q.   What did he push you into?

23        A.   I think it was like a couch or something.

24        Q.   Where were y'all?

25        A.   At his apartment.  Not the original one, the

1      seen him after his arrest?

2           A.   No.

3           Q.   All right.  When was the first time you saw

4      him after his arrest?

5           A.   The day he got out or the next day.

6           Q.   Tell me about that.  Why did you see him the

7      day he got out?

8           A.   I was at his apartment the whole time he was

9      in jail, with his mom.

10          Q.   Why is that?

11          A.   She was just telling me, "You need to fix

12     this."

13          Q.   But why were you with her at his apartment?

14          A.   Well, I had no idea he had been arrested or

15     was getting arrested.  I think she had --

16          Q.   The mom -- his mom didn't tell you?

17          A.   No.  She either contacted me and was like,

18     "Oh, he's been" -- like, so I went to his apartment.

19     ████████ brought me to his apartment.  He --

20     ████████ picked me up from the bar.  I was at bars,

21     and ██████ picked me up and was like, oh -- like,

22     "You know he's been arrested?"  I was like, "No, I had

23     no" -- like, I didn't know.  I knew it was going to

24     happen, but I didn't know when.

25               And at this point, it's like 11:00 p.m., and I

**EXHIBIT A**

1    believe he got arrested, like, early, like 4:00 or

2    something.  But I have no idea, like, how it works.

3    Like, I thought, like, he was getting interviewed and

4    then -- I -- I didn't know how it worked, so I had no

5    idea.

6         **Q.   So after** ███████████ **picked you up from the**

7    **bars and told you that** ██████ **is getting arrested, he**

8    **took you to** ████████ **apartment?**

9         A.   Yes, where his mom was.

10        **Q.   And where did his mom live?**

11        A.   Near Perkins Rowe -- behind Perkins Rowe at

12   the time.

13        **Q.   Was that her full-time residence?**

14        A.   Yes.  The house was owned by Jim Bernhard.

15        **Q.   And the apartment that** ███████████ **was in was**

16   **this off-campus apartment you talked about that you**

17   **were both in when he pushed you into the couch?**

18        A.   Correct.  Labeled as off campus but -- but,

19   like, basically campus.  But labeled as off campus.

20        **Q.   Do you know what the name of the apartment**

21   **was?**

22        A.   It's like where the new apartments are, and

23   then he -- he was the next complex over.  It was, like,

24   no athletes lived there.  Like, it was more -- more

25   residential.

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 473-1    10/13/23  Page 33 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-1 *SEALED*WIS 10/23  Page 33 of 50    10/07/2022

Page 100

1      A.    I went to mine.  I think I had a meeting with
2    the lady that's, like, domestic violence, like, handler
3    for Hillar.  Again, I still can't think of her name --
4    oh, Susan.  Her name was Susan.  I think I had, like, a
5    meeting with them, and like -- I mean, everything was
6    just going crazy because it was in the media.  I think
7    it got in the media at, like, 7:00 a.m., and then
8    everyone just knew, and then everyone was just kind of
9    messaging me about it.

10     **Q.    Okay.  Tell me about the meeting with Susan at**
11   **the DA's office.**

12     A.    Yeah.  I think she was just kind of -- I don't
13   think it was at the DA's office.  I think she came to
14   mine.

15     **Q.    Okay.**

16     A.    Or the -- I don't know -- I don't know where
17   it was.  But anyways, I do know I spoke to them at some
18   point.  She was just going to -- she just went over,
19   like, how it was going to work and what was going to
20   happen.  And she said, "Look, in a couple days,
21   there'll be, like, a protective order on you-guys that
22   you can't see each other."

23          So she was just kind of giving me, like,
24   what's going to happen, but I don't think anything
25   could kind of prepare you for what was going to happen.

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 473-1    10/13/23  Page 34 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-1 *SEALED*  10/13/23    Page 34 of 50
10/07/2022
Page 101

1    Like, I just had no idea other than what I saw in

2    movies.  So it was just -- you know, I had no idea what

3    to expect, what to think.

4        **Q.   Were you okay with the protective order that**

5    **was going to be put in place?**

6        A.   I think it was going to be obviously

7    difficult.  Like, obviously, we did break it.  You

8    know, you just -- you're young -- I mean, I would have

9    been, like, 19.  I want to be like, "What's going on on

10   your end?  What's going on on my end?  Like, what's

11   happening?"  Like -- but you can't talk about, so it's,

12   like, tricky.  Yeah.

13       **Q.   So why did you want to find out what was going**

14   **on with him?**

15       A.   Well, I guess, like, at the time, you know, I

16   was heavily invested in it, so I do want to know what's

17   happening and, you know, like is he going to jail?  Is

18   he -- where is he sitting?  Does he have an ankle

19   monitor?  Like, all that kind of stuff.  It's -- you

20   see it in movies, but for it to happen in real life,

21   it's like, whoa.  So I mean, it's kind of like, what's

22   happening?  You know, it's serious stuff.

23       **Q.   Okay.  Were you -- did you feel this way, that**

24   **you wanted to know what was going on, because you**

25   **feared for your safety or because you were worried**

**EXHIBIT A**

1       A.   Yeah, yeah.  But only when he was like, "Oh,

2  I'm at my mom's house," and, like, he referred to,

3  like, that house or like, "Oh, my dad is, like, really

4  rich," like stuff like that.  Only when it was to show

5  off, not like in a casual way.  Only when he wants to

6  show off.  He would call them "Mom" and "Dad."

7       **Q.   Okay.  How many times did you see ▮▮▮▮ in**

8  **between the day after the arrest and the incident where**

9  **he pushed you into the couch?**

10      A.   I think they were pretty close together.  I

11  think he got arrested, what, a month apart or two weeks

12  apart.  So I think I saw him -- it was -- I think that

13  push was, like, honestly a week after from his first

14  arrest.

15      **Q.   Okay.  And you had seen him every day since**

16  **his arrest or just a couple of times?**

17      A.   A few days, every second day, something like

18  that.  But not for long, two hours or something.

19      **Q.   Okay.  All right.  And did you initiate this**

20  **contact with him during this time?**

21      A.   No.  He texted me when he got out of jail, and

22  then we were just texting, like both, so mutual.

23      **Q.   Okay.  What did you do when you saw him during**

24  **this week period?  What would y'all do together?**

25      A.   Watch TV.

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 473-1    10/13/23  Page 36 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-1 *SEALED* 07/10/23    Page 36 of 50    10/07/2022
Page 106

1    Q.   Anything else?

2    A.   No, we couldn't leave his room.

3    Q.   Would y'all have intercourse?

4    A.   Yeah.

5    Q.   And "his room" being at the apartment?

6    A.   Correct.

7    Q.   He was on house arrest?

8    A.   No.  But I think -- no, because he went to

9    class.  He actually -- no, he did go to class.

10   Q.   Okay.  Well, you said he couldn't leave his

11   room.  I was trying to understand why he couldn't leave

12   his room.

13   A.   Yeah, no.  Sorry, take -- I take that back.

14   Q.   Okay.

15   A.   He didn't leave for a little bit.  Like, he

16   didn't go to class for like a week and a half after the

17   arrest.  So he didn't, like, go anywhere.  And -- but

18   yeah, he -- no, he could.  I mean -- sorry.  By "he

19   couldn't leave his room," I mean him and I couldn't

20   leave together because of what's happened.

21   Q.   Because of the protective order?

22   A.   Both, yes.  Just the situation, yeah.

23   Q.   Okay.  Did you report the push on the couch to

24   the police?

25   A.   Not instantly, no.

1        Q.    When did you finally report it to the police?

2        A.    I think they had questioned me after a couple

3    other incidents, and then -- and then that's when they

4    knew.

5        Q.    Do you know about when this was?

6        A.    Right before his second arrest.

7        Q.    Okay.  When you met with Susan with the DA's

8    office, did she ask you any details about any of the

9    instances of physical abuse?

10       A.    Yep.

11       Q.    Okay.  Was she writing all of it down as you

12   told her?

13       A.    No.  She was more of a support system.

14       Q.    Okay.  So your impression was she wasn't

15   asking you for an investigation?

16       A.    No.

17       Q.    Okay.  All right.  Tell me about -- oh, let me

18   go back.

19            The push on the couch, the fifth instant, did

20   you report that to anyone at LSU?

21       A.    No.

22       Q.    Why not?

23       A.    Probably just embarrassed that I keep going

24   and going.  So -- and again, you know, it wasn't

25   really -- it was now in the hands of the police, not

Case 3:21-cv-00242-WBV-SDJ    Document 473-1    10/13/23  Page 38 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-1 *SEALED*    10/13/23    Page 38 of 50    10/07/2022
Page 108

```
 1    LSU.  You know, in a situation, you don't know who you

 2    have to go to.  Like, I just didn't know.

 3         Q.   Okay.  Let's talk about the sixth incident of

 4    physical abuse?

 5         A.   Uh-huh.

 6         Q.   When did that happen?

 7         A.   August, like between the first and the second

 8    arrest, and that would have been a black eye.

 9         Q.   Tell me -- tell me what happened.  What was

10    going on --

11         A.   He slapped me repeatedly, like 100 times.

12         Q.   Where were you?

13         A.   His apartment, his room.

14         Q.   Were y'all in an argument?

15         A.   Not really.

16         Q.   Do you know why he slapped you?

17         A.   I had gone out -- wait, no.  What happened?

18    Did I go out?  I don't -- I think I had gone out and

19    then went to his or something.  I think he was just

20    angry.  He was in a position he was in and kind of

21    taking it out on me, but I don't think it was any --

22    like, nothing I did.

23         Q.   He was angry about the arrest?

24         A.   I think so.  You know, he's suspended from the

25    team indefinitely, so yeah.
```

1    Q.    So suspended from the team, does that mean he
2    couldn't play?
3    A.    Couldn't play.
4    Q.    Practice?
5    A.    Couldn't go to practice.  Couldn't go to
6    practice.
7    Q.    What about the weight room?
8    A.    Like -- no.  Suspended from weight room.
9    Like, anything with LSU football, done -- suspended,
10    sorry.
11    Q.    But he could go to classes?
12    A.    Yeah.  He got to go to classes for a little
13    bit, and then he was also suspended from classes.
14    Q.    So you said he slapped you about 100 times.
15    Is 100 times accurate, or are you exaggerating?
16    A.    Probably exaggerating.  I'd say, like -- maybe
17    like, 30.
18    Q.    And did you do anything to try and stop him?
19    A.    Yeah.  I probably just, like, stuck out my
20    hand.  But, I mean, he's six-foot-four.
21    Q.    Was anybody else in the apartment at this
22    time?
23    A.    Maybe ███ was in his room, but I'm not 100
24    percent sure.
25    Q.    Did ███ come out and ask what was going on?

# EXHIBIT A

1      Q.   How did you get there?

2      A.   His apartment is right next to mine, like

3   two-minute walk.

4      Q.   Okay.  You said, though -- did you say you had

5   been at the bars earlier that night?

6      A.   Yes.

7      Q.   How did you get home from the bars?

8      A.   Called an Uber.

9      Q.   Did you use Uber a lot?

10      A.   Yes.

11      Q.   Did you report this incident to the LSU police

12   or Baton Rouge Police?

13      A.   No, they already -- they already knew about

14   it.

15      Q.   How did they know about it?

16      A.   I had told my friend, ███████, and she told

17   them, or they asked her.  Like, if she knew of any

18   information, she told them.

19      Q.   When did you tell ███████?

20      A.   That morning.

21      Q.   The next morning?

22      A.   Correct.

23      Q.   Okay.  So did the -- did the police contact

24   you for an interview?

25      A.   Yes, because I had a black eye.

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 473-1    10/13/23  Page 41 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-1 *SEALED* WIS 10/23    Page 41 of 50    10/07/2022

Page 112

1    Q.    How many days after this incident did the

2    police contact you for an interview?

3    A.    Either the next day or that day because I

4    definitely still had a black eye at the interview.  So,

5    like, either that -- I think it was after a football

6    game, so a Saturday, which meant either a Sunday or

7    Monday -- I think Sunday because I went on a Sunday,

8    and I was like, "Why are they calling me in on Sunday?"

9    I think, yeah.  I think -- I think it was the next day.

10    Q.    Okay.  Did you tell them the truth about what

11    happened?

12    A.    No.

13    Q.    What did you tell them?

14    A.    I said I hit -- they made me take off my

15    makeup, and I believe I said that I hit my eye on the

16    corner of the bed or I said I got hit by a tennis ball

17    coaching, one or the other.

18    Q.    Why did you tell them that?  Why not the

19    truth?

20    A.    I didn't really know what to say.  Like, he

21    already got in trouble for the first four times.  Yeah,

22    I didn't really -- I didn't really know what -- I just

23    didn't know what to do or say.

24    Q.    Did you want him to be arrested again?

25    A.    No.  I -- no.

**EXHIBIT A**

1    Q.    Did you want him to spend --

2    A.    At the time.

3    Q.    Okay.  Did you want him to spend time in jail?

4    A.    I wanted him -- I was -- I'm not going to say

5    yes or no.  I will say I wanted him to understand what

6    he was doing was wrong, if that meant jail, if that

7    meant whatever it was.  But clearly, he went to jail

8    and still did it, so it doesn't work for everyone.

9    Q.    Did you ever talk with ███ about seeking

10   therapy, getting some counseling, anything like that?

11   A.    I think, like, one time I may have been like,

12   "You have -- like, you have a problem.  Like, this

13   isn't normal."  He just says it's your -- my fault.

14   Q.    Did you ever talk to his mom, his biological

15   mom about him getting counseling?

16   A.    No.  As far as she's concerned, he's the

17   perfect child.

18   Q.    Did you want him to stop abusing you?

19   A.    Yes.

20   Q.    Did you tell anybody at LSU about the sixth

21   incident, the slapping you 30 times in the face?

22   A.    No.  Communication with LSU kind of stopped.

23   It was all a legal issue at that point, so any issue

24   kind of just went to the cops or the handler of the

25   case.

**EXHIBIT A**

1    Q.    Did you continue to see ████ after this

2    incident?

3    A.    I think he got arrested for the second time,

4    and he got moved away with an ankle monitor, so I

5    didn't see him for a long time.

6    Q.    When was the next time you saw him?

7    A.    I think, like, the next year, like January.

8    Q.    So January of 2019?

9    A.    Yes.

10   Q.    Okay.  Where did he -- where did ████

11   move away to?

12   A.    His aunt's house.

13   Q.    Where does she live?

14   A.    Near Airline Highway.

15   Q.    Okay.  He was still in Baton Rouge or the

16   Baton Rouge area?

17   A.    Correct.

18   Q.    Okay.

19   A.    Oh, in February, he was.  But I think he got

20   moved away to outside of Baton Rouge for a while.  But

21   I -- I didn't really have -- he wasn't allowed a phone,

22   like nothing, so I didn't really know.

23   Q.    So you didn't have any communications with

24   ████ between his second arrest in September and

25   January of 2019?

**EXHIBIT A**

```
1              A.   Correct.
2              Q.   Okay.  Did you start seeing someone else
3         during this time?
4              A.   Nothing serious.
5              Q.   Okay.  Did you see football players during
6         this time?
7              A.   Don't think so.
8              Q.   All right.  Did you see LSU students during
9         this time?
10             A.   Yes.
11             Q.   Other athletes or not?
12             A.   Yes.
13             Q.   Okay.
14             A.   Athletes.
15             Q.   Which athletes?
16             A.   A basketball player.
17             Q.   Okay.  Who is that?
18             A.   ███████████████

    ██████████████████████

    ██████████████████████
21             Q.   All right.  Who else?
22             A.   Maybe ████████████████
23             Q.   Why do you --
24             A.   Basketball as well.
25             Q.   Why do you say "maybe"?  You can't really
```

# EXHIBIT A

1    remember?

2        A.    Well, I don't know if it was before the arrest

3    or after the arrest but somewhere then.

4        Q.    Okay.  Who else?

5        A.    Unsure.

6        Q.    Did ███ know any of these people?

7        A.    Knew of them.  Didn't personally know them,

8    no.

9        Q.    Did ███ communicate with you through other

10    people during this time that he didn't have a phone?

11        A.    I don't think so, no.

12        Q.    Did you communicate with him through other

13    people during this time?

14        A.    No.  He didn't have a phone.

15        Q.    All right.  So tell me about -- you said

16    January 2019 is the next time you saw him?

17        A.    I believe so.

18        Q.    Okay.  Tell me about that.  Where were the two

19    of you?

20        A.    At his aunt's house.

21        Q.    Who initiated this meeting?

22        A.    He did.

23        Q.    How did he contact you?

24        A.    Maybe a friend.

25        Q.    Was he still without a phone at this time?

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 473-1    10/13/23    Page 46 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-1 *SEALED*    10/13/23    Page 46 of 50    10/07/2022
Page 117

```
 1            A.   Definitely not an iPhone.  Maybe an iPad and,
 2       like, a brick phone.  I have -- I have no idea.
 3            Q.   Okay.
 4            A.   He had an Xbox, though, which he wasn't
 5       allowed.
 6                      THE REPORTER:  I'm sorry?
 7            A.   He had an Xbox, which he wasn't allowed, but
 8       he had.  So he could communicate on that to some
 9       people.
10       BY MS. WHITE:
11            Q.   Did he communicate with you on the Xbox?
12            A.   No, I didn't have an Xbox at the time.
13            Q.   All right.  What did he say was the purpose of
14       the meeting?
15            A.   He wanted to see me.
16            Q.   Okay.  And you were okay with going to see
17       him?
18            A.   I think I just said I wasn't sure for a little
19       bit, and then I ended up going a little bit later, but
20       I -- I -- I think I recall being hesitant.
21            Q.   Okay.  Why did you ultimately go?
22            A.   Very -- he was persistent.
23            Q.   Did you have any concern for your safety?
24            A.   Yes, I think that's always in the back of my
25       mind.  But yeah, I just didn't really know what to
```

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 473-1    10/13/23  Page 47 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-1 *SEALED* WIS/10/23    Page 47 of 50    10/07/2022

Page 118

1    expect going there.  I didn't know where it was, who
2    was there, no idea.
3         Q.   Did you --
4         A.   I can just imagine someone who's gone to jail
5    two times and has been living without anything and has
6    an ankle monitor on, you know.  You don't really know
7    what to expect.
8         Q.   Did anybody go with you?
9         A.   No.
10        Q.   Okay.  Was anybody at home when you went to
11   see him that day?
12        A.   I believe his aunt was at home and maybe,
13   like, his cousin.  Like, I don't know.
14        Q.   And what did you two talk about?
15        A.   Just, like, how the past few months had been.
16        Q.   Do you remember anything he said,
17   specifically?
18        A.   No.  I think I was just traumatized looking at
19   this huge ankle monitor on his leg.  Wasn't really...
20        Q.   Do you remember anything you said specifically
21   to him?
22        A.   No.
23        Q.   How long were you there?
24        A.   I think the whole night.
25        Q.   You spent the night there?

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-1    10/13/23    Page 48 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-1 *SEALED* WTS    0/13/23    Page 48 of 50    10/07/2022
Page 119

```
 1              A.   Yep.
 2              Q.   You slept in his bed?
 3              A.   Yes.
 4              Q.   And did you have intercourse with him that
 5      night?
 6              A.   Yes.
 7              Q.   When did you leave?  The next morning?
 8              A.   Yes.
 9              Q.   All right.  Did you begin to see him regularly
10      after that?
11              A.   A little bit more, still a bit sporadic.
12      Maybe, like -- just depends on how he could find
13      somehow to contact me.
14              Q.   Was -- how did you get there that day in
15      January?
16              A.   Uber.
17              Q.   Okay.  All right.  Did he physically abuse you
18      that day, that first day that you went to see him?
19              A.   No.
20              Q.   When was the next time he physically abused
21      you?
22              A.   Like, I think the summer.  We're in 2019 now.
23      2019.  Yeah, the whole summer of 2019.
24              Q.   All right.  So that would be incident No. 7?
25              A.   There's nothing -- no.  These are all
```

Case 3:21-cv-00242-WBV-SDJ    Document 473-1    10/13/23  Page 49 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-1 *SEALED* WIS10/23    Page 49 of 50    10/07/2022

Page 120

 1    off-the-record incidents.  No one knows, like -- not

 2    no one knows.  I mean, there's no police on it.

 3         Q.   Okay.  That's fine, yeah.  I'm just trying --

 4    you know, when we first started out this deposition,

 5    you said he had physically abused you 10 to 15 times.

 6    So I'm trying to establish when those were.

 7         A.   Yes.  So these are all just continuations, but

 8    none that, like, the police have recorded.

 9         Q.   Okay.  So tell me -- okay.  Summer of 2019.

10    Where were you when this physical abuse happened?

11         A.   His house.

12         Q.   Where was he living at the time?

13         A.   The aunt's.

14         Q.   The aunt's house?

15         A.   Yes.

16         Q.   And what happened?

17         A.   I think we were just having a discussion and

18    just kind of started pushing me and hitting me a bit.

19    I was like hiding in the closet, trying to get away.

20    That was one.

21         Q.   What was the discussion about?

22         A.   Probably that his -- either, one, his life is

23    over; or two, the fact that I slept with someone four

24    years ago, and he still talks about it.  So one or the

25    other.

Case 3:21-cv-00242-WBV-SDJ    Document 473-1    10/13/23  Page 50 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-1 *SEALED* WITS 10/23    Page 50 of 50    10/07/2022

Page 121

1      Q.   Was anyone home at the time?

2      A.   Probably his aunt or not.  I don't know.  I

3  never really left the room because they didn't really

4  know I was there.

5      Q.   So you don't remember the aunt coming in and

6  asking what was going on?

7      A.   No, she didn't.

8      Q.   Were y'all being loud?

9      A.   I don't think so.  He also has the TV on

10  really, really loud so that no one could hear anything.

11  Or she wasn't home.  I don't know.

12      Q.   Okay.  So you said you did not report this to

13  the police?

14      A.   No.  Any further ones, I did not report.

15      Q.   And did you tell anybody at LSU about this?

16      A.   Not this one, no.  No.

17      Q.   Did you have any physical injuries from this?

18      A.   Not this one, no.

19      Q.   Okay.  No marks, no bruises, anything like

20  that?

21      A.   Maybe minor but nothing that really stood out.

22      Q.   So you said that your aunt -- I mean, his aunt

23  did not know that you were there.  How did you enter

24  the home?

25      A.   Either through the back door or the window of

# EXHIBIT A