Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23    Page 1 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED*    10/10/23    Page 1 of 50    10/07/2022
Page 122

1    his room because it was on the ground floor, and it

2    just slid open.  So that was one way I would get in,

3    and the other way would just be through the garage.  He

4    would just walk out, make sure no one is in the living

5    room, and then I'd quickly go in.

6        **Q.    So was that normal for you to sneak in the**

7    **house that way when you went to see him?**

8        A.    Correct.

9        **Q.    Did the aunt know any of the times that you --**

10        A.    Yep.

11        **Q.    -- had been there?  So why --**

12        A.    Yep.

13        **Q.    Why would you sneak in sometimes but not**

14    **others?**

15        A.    No, I'd always sneak in.  I'm just saying

16    sometimes she would know; sometimes she wouldn't.

17        **Q.    Okay.  Tell me about -- when was the next**

18    **incident of physical abuse?**

19        A.    He punched me while he was driving, and I got

20    another black eye.

21        **Q.    What was he driving?**

22        A.    He was driving a Mustang at the time.

23        **Q.    Was it his, or was it Jim Bernhard's?**

24        A.    It was either the -- his real -- his

25    biological mom, which would have, I assumed, been paid

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23    Page 2 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED*    09/10/23    Page 2 of 50    10/07/2022

Page 123

1    by Jim, or it was, like, his cousin's or aunt's or

2    something.  I don't know.

3        Q.   Was Jim Bernhard still supporting him at this

4    time?

5        A.   I think it was slowly dying down because she

6    did have to move out of the Perkins Rowe house, and she

7    bought her own one in that area but -- so it was

8    definitely cutting down.

9        Q.   Do you know what month this was, when this

10   occurred?

11       A.   No, but it was just in that period.

12       Q.   Was it summer?  Are we talking about the

13   summer of 2019?

14       A.   I think it was, like, kind of chilly at night,

15   so it must have been, like -- 2019.  I think maybe the

16   fall of 2019.

17       Q.   Do you know why he punched you?

18       A.   He was on the phone with someone, with his

19   friend.  And they were talking about a girl, and I

20   said, "Oh, didn't you sleep with her?"  And it was,

21   like, the friend's girlfriend of, like, seven years.

22   And he, like, punched me in the face.  But I didn't

23   know, like, that the friend on the phone was -- had

24   dated this girl.

25       Q.   Okay.  And were you in the passenger seat?

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23    Page 3 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED* 07/10/23    Page 3 of 50    10/07/2022
Page 124

1      A.   Correct.

2      **Q.   Where were y'all going?**

3      A.   He -- I, like, looked at him.  I was like,

4  "You're kidding now.  I, like, can't go anywhere

5  because I have a black" -- I'm going to -- I was going

6  to get a black eye from it because he hit me pretty

7  hard.  And so he drove me to, like, a mutual friend,

8  and I was there for a little bit.  And then I assume he

9  went to go see another girl, and he picked me up when

10  he was done with her, and we went back to his place.

11     **Q.   Who was the mutual friend's that he dropped --**

12     A.   ███████████

███████████████████████████████

14     A.   ███████ yeah.  But, like, her last name is

15  actually ██████, I think.

16     **Q.   Is that a male or female?**

17     A.   Female.

18     **Q.   How did you know her?**

19     A.   She went to LSU.

20     **Q.   Was she an athlete?**

21     A.   No.

22     **Q.   Where were y'all intending to go before he hit**

23  **you?**

24     A.   I think food, or he was driving me home.  I

25  don't know.  Or I was always going to hers.  I'm not

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23    Page 4 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED* 10/10/23    Page 4 of 50    10/07/2022
Page 125

 1    sure.
 2        Q.    So at this point in time, he's -- is he
 3    wearing the ankle monitor?
 4        A.    No.
 5        Q.    So he was able to leave the house, do things?
 6        A.    Yes.
 7        Q.    Was the protective order still in place at
 8    this time?
 9        A.    Yes.
10        Q.    And you did not report this black-eye injury
11    to the police?
12        A.    No.
13        Q.    Did you report it to anybody at LSU?
14        A.    No.  But Mike and Julia -- the coaches did see
15    me with a black eye, and I said it was tennis.  But
16    they did see it.
17        Q.    So you were still playing tennis for the team
18    at this time?
19        A.    No.  I only played for one semester, which is
20    the spring of 2017.
21        Q.    So how -- I guess, I'm trying to understand
22    how did -- how did they see it?  Were you practicing
23    with the team or --
24        A.    I was still on a student athlete scholarship,
25    so I was eating at the athlete dining hall, and they

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23    Page 5 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED* 07/10/23    Page 5 of 50    10/07/2022

Page 130

```
 1          A.   All of these are -- yes, this is after the
 2    arrest.
 3          Q.   All of these?
 4          A.   Yeah.
 5          Q.   Even the JL's --
 6          A.   The one where ████ and ██████, that was
 7    right after the Miami, when the cops came to my
 8    apartment.
 9          Q.   Okay.
10          A.   Yeah, I think that one is somewhere reported,
11    I think.
12          Q.   Summer of 2018?
13          A.   Yeah.
14          Q.   And then the other time outside the bar, that
15    was after the arrest?
16          A.   Yes.
17          Q.   Okay.  When was the last time you saw
18    ██████████
19          A.   Right before I left for New Zealand.
20          Q.   And when was that?
21          A.   The summer, June 2020.
22          Q.   You haven't seen him since then?
23          A.   No.
24          Q.   So from January 2019 to June of 2020, did you
25    regularly see ██████████
```

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23    Page 6 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED* 07/10/23    Page 6 of 50

10/07/2022
Page 131

```
 1          A.   Yes.
 2          Q.   When you moved to New Zealand, did you
 3     maintain contact with ████?
 4          A.   For a couple months, yes.
 5          Q.   Okay.  And then what happened after that?  Why
 6     did you stop contact --
 7          A.   I find out he was having a kid with that girl,
 8     and I had a boyfriend.
 9          Q.   Who was he having a kid?
10          A.   ████
11          Q.   ████    All right.
12               Do you know if she actually gave birth?
13          A.   Yep.  It's called ████
14          Q.   Is it a boy or a girl?
15          A.   It's a girl.
16          Q.   Girl?
17          A.   Girl, yeah.
18          Q.   Did he marry her?  Do you know?
19          A.   No.
20          Q.   So a few months after you went back to
21     New Zealand -- so it would that have been August or
22     September of 2020?
23          A.   That him and I stopped talking?
24          Q.   Yes.
25          A.   Oh, we stopped talking in November of 2020.
```

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23    Page 7 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED* 07/10/23    Page 7 of 50    10/07/2022

Page 138

1      So we talked about -- I think we talked about

2  13 occasions here.  But would you say you weren't

3  bruised and bloodied on half of those occasions?

4      A.   Maybe the ones I got, like, minor pushed in,

5  just small -- like, the one outside of Tigerland,

6  maybe.

7      Q.   Let's look at paragraph 457.  It says,

8  "John Coe soon began physically abusing and controlling

9  you in the same way he had abused Richardson during

10  their relationship."

11      A.   Correct.

12      Q.   Do you know Calise Richardson?

13      A.   I do now, yes.

14      Q.   Did you know her at the time that you were

15  seeing ▮▮▮▮ in 2017?

16      A.   Yeah.  I had heard of the name.  I had also

17  heard a couple other things, but I've never met her, I

18  don't think.

19      Q.   And still to this day, you've never met her?

20      A.   Yeah, I don't think so, actually.

21      Q.   Have you ever talked to her?

22      A.   Yes.

23      Q.   Okay.  How many times would you say you talked

24  to her?

25      A.   Quite frequently when she came -- came out

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23    Page 8 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED* 07/10/23    Page 8 of 50    10/07/2022
Page 139

1    about everything with the USA Today thing, and I think,

2    you know, we all kind of told our stories on that

3    platform and -- yeah.

4        **Q.   Okay.  So generally, y'all talked about ███**

5    **and your experience with ███**

6        A.   To be honest with you, the effects of it --

7        **Q.   Okay.**

8        A.   -- and how we managed our day-to-day lives now

9    after everything.

10       **Q.   So in this paragraph, when you say that he**

11   **began physically abusing and controlling you the same**

12   **way he did with Richardson, can you explain what you**

13   **mean by that?**

14       A.   Well, physical abuse.  I think that's -- just

15   physical abuse and then controlling as in, like, "You

16   can't go out," or "You are only seeing me."

17       **Q.   Okay.  And how did you -- you said that you**

18   **did not talk with Calise until after the USA Today**

19   **report.  So how are you aware of how he treated her?**

20   **Was it through her or through something else?**

21       A.   Through her and I -- while I was at school, my

22   friend said that -- you know, my friends.  Obviously,

23   people tell me who ███ has been with in the past and

24   hasn't, and she was one of them.  And one friend, she

25   was very concerned, and she just said that, you know,

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ   Document 473-2   10/13/23   Page 9 of 50
Case 3:21-cv-00242-WBV-SDJ   Document 373-2 *SEALED* 07/10/23   Page 9 of 50   10/07/2022
Page 151

1      Q.    Did you have to give any interviews or

2    depositions about that incident?

3      A.    No.

4      Q.    And you never received any documentation of

5    what happened to him?

6      A.    No.

7      Q.    All right.  I want to look at paragraph 459 of

8    the complaint.  It says, "Upon information and belief

9    between May 2017 and August 2018, one or more of your

10   teammates on the tennis team reported the assaults to

11   Julia Sell."

12     A.    Uh-huh.

13     Q.    Tell me who those -- who this is?  Who --

14     A.    I believe ███████████, and Kennan.

15     Q.    All right.  How do you know ██████ reported

16   assaults to Julia Sell?

17     A.    She told me.

18     Q.    ██████ told you?

19     A.    Correct.

20     Q.    What did ██████ tell you?

21     A.    That she told Julie that I was being abused

22   and that ██████ didn't know what to do.

23     Q.    Did she say when she told Julie this?

24     A.    Well before the arrests.

25     Q.    Can you give me a time frame?  Was it a month

# EXHIBIT A

 1     before the arrest?  Two months?

 2          A.    Months, months.  Like, lots of months.

 3          Q.    When did ███ -- when did ███ -- when did you

 4     have this conversation with ███?

 5          A.    I think when all this stuff started coming

 6     out, like all the -- when the USA Today stuff came out,

 7     she told me -- she was like, "Look, Jade, I told Mike

 8     and Julia ages ago."  Like, she told them, like, six

 9     months prior to any of the arrests.  I think during the

10     summer, she did because that was, like -- there was

11     just so many occasions, and she was always there, you

12     know, kind of for me.  So I think, you know, well

13     before.

14          Q.    So you think it was the -- did she -- do you

15     remember if she actually told you the date that she

16     told Julie, or are you --

17          A.    No.  She just said -- she said, "Look, they

18     knew well before any of the arrests, and they were very

19     aware of the situation."

20          Q.    Okay.  But -- prior to ███ arrest, people

21     at LSU were aware of the situation, correct?  You had

22     been interviewed?

23          A.    Sorry.  There was, like, kind of papers

24     scrunching.  Could you repeat that for me, please?

25          Q.    Yes, yes.  Prior to ███ arrest, you had

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23  Page 11 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED* 07/10/23    Page 11 of 50
10/07/2022
Page 153

1    been interviewed by the Title IX office about other

2    instances of abuse by ███ right?

3        A.    I was more interviewed about giving him the

4    key and a candle in my room.

5        Q.    Okay.  But you had gone in April of 2018 -- we

6    already discussed this.  You had gone to seek treatment

7    from the trainer, Donovan White, I believe you said,

8    and had reported to him that ███ had punched you.

9    Right?

10       A.    Correct.

11       Q.    So someone at LSU knew about that instance of

12    abuse in April of 2018?

13       A.    Correct.

14       Q.    Okay.  So did ███ tell you that she reported,

15    to Julia, your assaults before April of 2018 or after?

16       A.    I think after.

17       Q.    Okay.  What about ███?  What did she tell

18    you?

19       A.    I think maybe also around the same time.

20    Again, she's said this to USA Today.  And, you know, I

21    think she's told people, but she also switches her

22    story a bit.  So she's -- yeah.  From my understanding,

23    she has told them, but, you know, I don't -- I'm not a

24    hundred percent.  So it's, you know -- again, upon

25    information and belief, yes.

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23  Page 12 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED*09/10/23    Page 12 of 50    10/07/2022
JADE LEWIS

Page 154

1    Q.    But when you talked to her about it, tell me

2    what specifically she said?

3        A.    I don't -- I don't talk to her.

4        Q.    Oh, okay.  So you didn't ever talk to her

5    about it; she didn't tell you specifically that she

6    told Julia?

7        A.    No, not that I know of.

8        Q.    So what you know about her is what you've read

9    in the USA Today article?

10       A.    Slash spoken to other people, correct.

11       Q.    All right.  What about Kennan?  What did --

12   did you talk to Kennan about her report to Julie?

13       A.    She's -- yeah, she's told me that she's told

14   the coaches.  So upon information, yes.

15       Q.    Okay.  What did Kennan tell you about that?

16   Did she say when she told them?

17       A.    She did.  So when?  I believe it was, like,

18   probably -- I don't know, actually.  I'm just

19   speculating, so I have no idea.

20       Q.    Did she tell you exactly what she told them?

21       A.    No, no.  Like, no.  She just said that they

22   knew and that she's told them.  It's kind of it.

23       Q.    Okay.  How did those three people know about

24   the assaults?  Did you tell them?

25       A.    Kennan knew.  I mean, it's the tennis team, so

Case 3:21-cv-00242-WBV-SDJ   Document 473-2   10/13/23   Page 13 of 50   10/07/2022
Case 3:21-cv-00242-WBV-SDJ   Document 373-2 *SEALED* 07/10/23   Page 13 of 50
Page 155

1    I told ████.  At the time, I was friends with ████, so

2    ████ knew a little bit, ████████████.  And, you know,

3    they just kind of tell each other, so if I didn't tell

4    them directly, then -- sorry -- one of them would have

5    told them.

6         **Q.   Were you surprised that no one reported it to**

7    **the coaches or to LSU prior to April of 2018?**

8         A.   I wasn't really there, so I guess, you know,

9    other than that one incident -- I think ████ also told

10   Donovan or Sean Carter that I got hit, possibly,

11   because I think they asked her.  I don't know.  But I

12   believe this, if I -- you know, if I'm thinking

13   correctly.  I mean, I left, so it's kind of like, well,

14   what do you do?  And again, everyone is young.  Like,

15   you don't really know what to do, who to go to.

16   It's -- you know, you don't really know what to do.

17        **Q.   Okay.  But ████ -- you've never talked to**

18   **████ about what she said to the coaches or the**

19   **trainers, right?**

20        A.   I think maybe the trainer one.  I think she

21   told -- or was like, "I told Donovan."  Like, "Donovan

22   asked me about it."  Maybe something like that.

23        **Q.   But sitting here today, you don't have a**

24   **specific recollection of that?  Are you speculating?**

25        A.   I don't have a specific recollection of her

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ   Document 473-2   10/13/23   Page 14 of 50
Case 3:21-cv-00242-WBV-SDJ   Document 373-2 *SEALED* 07/10/23   Page 14 of 50   10/07/2022
Page 156

1   telling the coaches, but I can, like, kind of briefly

2   remember the trainer situation.  I mean, I might be a

3   little -- I might be wrong, but I think I recall that.

4       **Q.   Okay.  What do you recall about that?  Did she**

5   **say when she told the trainer?**

6       A.   Well, yeah.  It was all that kind of same --

7   because we're all NCAAs together, and we're all

8   training together.  It was just me, ████████, and

9   Ryan Foster -- it's a girl -- and the coaches.  And

10  yeah, I was -- because ████ had texted ████ saying,

11  "I've hit Jade."  So she knew.

12       ████████ knew, which -- and obviously, ████

13  knew.  And then I think I was, like -- I was -- I

14  didn't tell -- during practice, I was like -- I was

15  like, "Oh, I can't really serve because I couldn't lift

16  my rib."  And then I think █ said, "████ hit her."

17  And then I told -- Donovan was like, "Oh, why can't you

18  do it?"  Like later on, he was, like, trying to ice me,

19  and I was like, "Oh, like, ████ punched me."  That's

20  what I'm recalling.

21       **Q.   Okay.  And you said something about NCAA.**

22  **What was --**

23       A.   NCAA?  Yeah.  So it's the, like, big

24  collegiate tournament.  It was in -- it was at UGA, so

25  we're all training for that, but we're the only ones,

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23    Page 15 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED*03/10/23    Page 15 of 50    10/07/2022
Page 157

 1    like, selected to go.

 2         Q.    And this was when you were on the team?

 3         A.    Correct.  Spring 2017.

 4         Q.    Okay.  So I want to get into more detail about

 5    that.  I know we've discussed that incident a little

 6    bit because we talked about that was the first incident

 7    of physical assault, when he punched you, and you said

 8    April or May of 2017.  Is that right?

 9         A.    Yeah.

10         Q.    All right.  When we talked about that earlier,

11    you said you were getting ready to -- to get on a

12    flight a few days --

13         A.    Two days.

14         Q.    -- after that?  Okay.

15              So does that help you with the time frame,

16    when this occurred, if you know that you're about to

17    leave to go to the NCAA tournament?

18         A.    Yeah.  It had to be, like, within a week.

19         Q.    When was that --

20         A.    Well, the -- the hit was the night before --

21    the day before.  And then I think we were getting on a

22    flight, like, two days later or something.

23         Q.    You flew with the team?

24         A.    Correct.

25         Q.    Was that a -- did y'all take a private flight

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23   Page 16 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED* 07/10/23    Page 16 of 50

10/07/2022
Page 158

1    or a commercial?

2         A.   Commercial.

3         Q.   Did you -- did the coaches hold any practices

4    in between the time that you were hit and the time that

5    you got on that plane?

6         A.   Yes.

7         Q.   Okay.  And were you able to practice?

8         A.   I couldn't really serve, no.  So I did

9    practice, but serving was a bit tricky or I didn't

10   serve at all.

11        Q.   Did anyone ask you why you couldn't serve?

12        A.   Yes.  The trainer.

13        Q.   That was Donovan White?

14        A.   Correct.

15        Q.   Okay.  And what did you say?

16        A.   That ███████ hit me.

17        Q.   And what did he say?

18        A.   I think he was like, "Oh, ███████ like the

19   football player?"  And I said yes.

20        Q.   Okay.  Did he say anything else?

21        A.   No, not that I can recall.

22        Q.   Did he ask to see the injury?

23        A.   Well, he put ice on it.

24        Q.   Okay.  So let me -- let's back up.

25             Is the trainer there with you at the tennis

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23    Page 17 of 50    10/07/2022
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED* 07/10/23    Page 17 of 50
Page 162

1       A.   That I -- yeah.

2       Q.   Okay.  Did Mike or Julie ever come up to you

3   and say, "Hey, it looks like you're struggling with

4   your serve.  What's going on?"

5       A.   Not that I can recall.  I just probably -- I

6   think we were just, like, lightly warming up, so it

7   was, like, not -- I didn't serve it that hard.  It

8   wasn't, like, that obvious.  Like -- like, they

9   wouldn't really know.

10      Q.   Okay.  So you don't remember them coming up to

11  you and saying anything about your performance that

12  day?

13      A.   Not that I can recall.

14      Q.   So at what point do you have this conversation

15  with Donovan White about your injury?

16      A.   In the training room after practice.

17      Q.   Okay.  So did you go to the training room, or

18  were you called to the training room?

19      A.   We all go to the training room after each

20  practice, so I went.

21      Q.   So what happens in the training rooms?  Walk

22  me through that, please.

23      A.   I just said like, "Oh, I can't really serve,"

24  like -- and then he either already knew because ███ told

25  him or, like, he asked me and I told him as well.  And

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23  Page 18 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED*07/10/23    Page 18 of 50    10/07/2022
Page 163

1    then he just iced it.  Like, he just wrapped ice around

2    me.

3        Q.   But before we get into that specific, I need

4    to know -- because I don't know what y'all do.  What

5    normally happens in the training room?

6        A.   If you have, like, a little injury, you just

7    get looked at by the trainer.

8        Q.   But you always go to the training room?

9        A.   Or -- and you just sit in there to chit-chat.

10       Q.   But it's mandatory; it's team rule you have to

11   go to the training room after practice?

12       A.   No.  You only go if you, like -- you're either

13   chit-chatting or you need something taped or something

14   like that.

15       Q.   So who else was in the training room when you

16   were there?

17       A.   I think it was just me, to be honest.  Maybe

18   Jo.  Jo always had an injury.

19       Q.   Were Mike and Julia Sell there?

20       A.   No.

21       Q.   Neither one of them were there?

22       A.   No.

23       Q.   Anyone else?  Any other trainers or other

24   staff members?

25       A.   Not that I can recall.

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23    Page 19 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED* 07/10/23    Page 19 of 50    10/07/2022

Page 164

 1    Q.   Okay.  So did you -- what was your purpose in

 2  going to the training room that day?

 3    A.   To get ice for my rib.

 4    Q.   And do you remember, did he ask you what --

 5  what happened, how did you get this injury?  Or tell me

 6  specifically --

 7    A.   Yes.

 8    Q.   -- what happened.

 9    A.   Again, he either asked me and I told him or he

10  knew from ██.  I just can't -- or it was both.

11    Q.   Okay.

12    A.   Either way.

13    Q.   So you can't remember how it came up?

14    A.   No.

15    Q.   But you remember specifically that it happened

16  and that you did discuss the reason for your injury

17  with Donovan?

18    A.   Yes.

19    Q.   Yes.  And you told him that it was ████████

20  that punched you; you remember that specifically?

21    A.   Correct.  Yeah.

22    Q.   All right.  So after you told him that, what

23  happened next?  Did he go somewhere?

24    A.   He put ice on my rib, and that was it.

25    Q.   Did he tell you, "Hey, you need to stay away

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23    Page 20 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2    SEALED    03/10/23    Page 20 of 50    10/07/2022

Page 165

1    from him," or anything like that?

2        A.    No.

3        Q.    He didn't -- he didn't give you any -- he

4    didn't share any concern?

5        A.    No.

6        Q.    He just acted like it was nothing?

7        A.    Yep.

8        Q.    Okay.  And you don't remember if Jo was there

9    or not?

10        A.    No, I'm unsure.

11        Q.    Did that seem to be in line with his

12    character, to not be concerned about someone being hit

13    by -- a female being hit by a male?

14        A.    I don't really think he realized the severity

15    of it.  Like, he probably just thought it was, like, a

16    playful something.  Like, he probably didn't, like,

17    realize that I did get -- like, you say, "Oh, I got

18    punched."  Like, what was he thinking by that?  I don't

19    know.

20        Q.    Okay.  Tell me about -- what did your stomach

21    look like?  Was there bruising at the time?

22        A.    No.

23        Q.    Was it red?

24        A.    No.

25        Q.    No marks?

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23    Page 21 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED* 07/10/23    Page 21 of 50    10/07/2022

Page 166

```
 1              A.   No.
 2              Q.   Okay.  But you specifically -- you
 3     specifically remember using the words "██████ punched
 4     me"?  You used the word --
 5              A.   Yes.
 6              Q.   -- "punched"?  Okay.
 7              A.   Yes.
 8              Q.   And he didn't ask you -- Donovan didn't ask
 9     you how hard you got punched?
10              A.   No.
11              Q.   Or what the context of the punching was?
12              A.   No.
13              Q.   Did ██ encourage you to report this punching
14     incident to the police or to LSU?
15              A.   No.
16              Q.   Did she encourage you to stay away from ████████
17              A.   Probably.  I'm unsure.
18              Q.   But you can't -- you don't remember?
19              A.   No.  I mean, I think everyone said it to me at
20     some point.
21              Q.   All right.  And did ██ know ████████
22              A.   Yes.
23              Q.   Had she known ████████ longer than you?
24              A.   I think she knew -- known of him and then
25     probably got close when I was talking to him because he
```

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23    Page 22 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2  *SEALED*  10/10/23    Page 22 of 50    10/07/2022
Page 167

1    was always kind of around.

2        Q.    But they texted back and forth?  They

3    communicated?

4        A.    Yeah.  I believe they also had intercourse one

5    time when him and I were talking.

6        Q.    Okay.  When was that?  Do you know?

7        A.    I think it was after that Halloween weekend or

8    right before it, so 2017, October or early November.

9        Q.    Okay.

10       A.    From what he's told me.

11       Q.    After you were in the training room with

12   Donovan White, did your stomach bruise, or did you --

13   were there any visible signs of injury after that?

14       A.    No.

15       Q.    Okay.  Did you take any pictures of your

16   stomach?

17       A.    No.

18       Q.    And other than Donovan White, did you report

19   this punching incident to anybody else at LSU?

20       A.    No.

21       Q.    All right.  So you got on the plane, and you

22   flew to the NCAA tournament.  How long after y'all

23   arrived -- where was the tournament?

24       A.    UGA.

25       Q.    And how long after y'all arrived at UGA, did

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23   Page 23 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2  *SEALED*  03/10/23    Page 23 of 50

10/07/2022
Page 168

1    you have to play?

2          A.   Probably two days.

3          Q.   **Are you guessing?**

4          A.   Yes.  Probably two days, yeah.

5          Q.   **Do you remember practicing at UGA before you**

6    **played?**

7          A.   Yes.

8          Q.   **How was the injury then, when you had to**

9    **practice at UGA?**

10         A.   It was slowly getting better by then.

11         Q.   **Okay.  Were you able to serve?**

12         A.   Yeah.  I think I was pretty close to 100.  I

13   would say in my matches, I felt 100, but I didn't get

14   to practice as great as I could have, so -- but I

15   wasn't in pain at my first match.

16         Q.   **You were in pain at your first match?**

17         A.   I wasn't.

18         Q.   **You were not?  Okay.**

19              **Other than the ice, did you do anything else**

20   **to relieve any pain from this injury?**

21         A.   No.  Maybe, like, Advil, maybe.

22         Q.   **So when you were practicing before your match,**

23   **did any of your coaches or players or trainers come up**

24   **to you and mention that you didn't appear to be**

25   **performing at your best?**

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23    Page 24 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED*    10/10/23    Page 24 of 50    10/07/2022
Page 169

1        A.   No.

2        Q.   How did you do in the tournament?

3        A.   I lost in the second round.

4        Q.   What was your score of your first round match?

5        A.   I don't know.

6        Q.   Do you think --

7        A.   The second round match, I lost 7-5 in the

8   third after being up 5-3.  I don't forget that one.

9        Q.   Did you play both matches on the same day?

10       A.   Yeah.

11       Q.   Do you believe that your injury had anything

12   to do with your loss in the second round?

13       A.   Yeah.  It would have affected my practice

14   leading up, so it could easily correlate into that.

15       Q.   All right.

16            MS. TRUSZKOWSKI:  Mary Ann, can we take

17            a break here at some point.  I think Jade

18            could --

19            MS. WHITE:  Yes.

20            MS. TRUSZKOWSKI:  -- probably use a --

21            THE WITNESS:  Bathroom, yeah.

22            MS. WHITE:  Yeah.  I think this is a

23            good stopping place.  So y'all want to break

24            30 minutes for lunch?

25            MS. TRUSZKOWSKI:  That's fine, yes.

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23   Page 25 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED*  05/10/23    Page 25 of 50

10/07/2022
Page 170

```
 1                    (Recess taken.)
 2                    MS. WHITE:  We are back on the record.
 3      BY MS. WHITE:
 4           Q.   Ms. Lewis, did you chat with anybody on our
 5      break?
 6           A.   Just my lawyer and Abby.
 7           Q.   Okay.  What did you and Abby chat about?
 8           A.   Just, like, that I'm still awake and, like,
 9      what I'm doing the rest of the day and, like, that I'm
10      doing good so...
11           Q.   Okay.  All right.  I'm going to ask you some
12      questions about when you decided to come back to LSU.
13      So this is -- you know, we talked about you left for a
14      period of time in 2017 and you came back.  Remind me
15      again, when did you come back to LSU?
16           A.   2018, like March, April.
17           Q.   Tell me, when did you decide that you wanted
18      to come back to LSU?
19           A.   Like, a month before I came back, so maybe in
20      February or March.
21           Q.   Okay.  So before that time, you had not had
22      any thoughts about returning to LSU?
23           A.   Sure.  When I lose a match, you know, I might
24      think about it, but that's, you know, as far as it kind
25      of was.
```

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23    Page 26 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED* 07/10/23    Page 26 of 50    10/07/2022
Page 172

1    you know, I can't really answer that.  But, you know,

2    to pursue tennis, yeah.

3         **Q.   Okay.  So why did you decide you wanted to**

4    **return to LSU?**

5         A.   No.  I think it was just the mindset I was in

6    at the time, just kind of wrapped around in all of the

7    college life and stuff and -- you know, and just very

8    attached to ████ I guess.

9         **Q.   Did you -- when you left LSU in 2017, you**

10   **competed professionally, correct?**

11        A.   Correct.

12        **Q.   Okay.  Tell me what that means.  How did you**

13   **compete professionally?**

14        A.   You just play the professional circuits, and

15   you -- and you earn money for it.

16        **Q.   Do you know, how many tournaments did you**

17   **play?**

18        A.   Maybe, like, 10 to 15.

19        **Q.   And how long is a tournament -- a professional**

20   **tournament?**

21        A.   A week.

22        **Q.   Okay.  What was your record?**

23        A.   Don't know.

24        **Q.   You don't remember?**

25        A.   No.

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23    Page 27 of 50    10/07/2022
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED* 07/10/23    Page 27 of 50
Page 187

```
 1            A.   No, didn't entirely agree.
 2            Q.   Did he tell you why?
 3            A.   He just said it was a bad idea to go back just
 4     because it was an unsafe place, not great people, you
 5     know, various options.
 6            Q.   Why did he say it was an unsafe place?
 7            A.   Because he knew I had been abused by ▮▮▮▮▮
 8     that one time the first semester --
 9            Q.   How did --
10            A.   -- and that -- how did he know?  Sorry?
11            Q.   Yeah, but I interrupted you.  I'm sorry.
12     Finish your answer.
13            A.   Oh, no.  It's okay.  I'll wait for the next
14     question.
15            Q.   How did he know you had been abused by ▮▮▮▮▮
16            A.   From my understanding, is my sister told him.
17            Q.   Was that the first time you learned that he
18     knew about that?
19            A.   Yep.
20            Q.   And that was about February of 2018?
21            A.   No.  June of 2017.
22            Q.   I mean when you and he were talking about
23     returning to LSU and he said it was not safe.
24            A.   No.  He's been saying that for a long time,
25     since I left.
```

## EXHIBIT A

1    Q.    Okay.  So he had been saying that LSU was

2    unsafe since you left LSU in 2017?

3        A.    Since he found out about the abuse of █████

4    Q.    Okay.  So tell me how you -- when did you find

5    out that he knew about the abuse of █████

6        A.    Like, June, July of 2017.

7    Q.    Tell me about that.  How did he approach you

8    with that?

9        A.    Probably lost a match, and then he just starts

10    going on a tangent about it, and then he just said it.

11    Q.    Is that -- I mean, is that what you remember,

12    or are you speculating?

13        A.    That's what I remember.

14    Q.    Okay.  And I asked you that because when you

15    started to answer, you said "probably."  So I just --

16        A.    Yep.  Yeah, yeah.  It's what I remember.

17    Q.    Okay.  Do you remember which match that was or

18    where you were?

19        A.    I was in Germany.  Don't know any more than

20    that.

21    Q.    Did he ask you any details about that

22    incident?

23        A.    No.  We don't really talk, like, that close

24    and specific.

25    Q.    Do you know why he mentioned that at the end

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23    Page 29 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED*    07/10/23    Page 29 of 50    10/07/2022

Page 189

1      of a match where you had lost?  Like, do you know why

2      he would have mentioned it at that point?

3          A.   So that he knows that I know that he knows.

4      Like, so that I know that he knows that, so he'll

5      think, like, I won't go to LSU because -- because of

6      that.

7          Q.   Had you told him you were thinking about going

8      back to LSU at that point?

9          A.   I think, like, when I would lose matches, I'd

10     be like -- like, you know, I should have stayed one

11     more semester and then played pro, or, you know, done a

12     year and then played pro or -- like, stuff like that

13     but -- you know, when I would lose.  But who doesn't

14     want to play everything when they're losing for five

15     minutes?

16         Q.   So you knew when you came to LSU in 2017 that

17     you were only going to be there a semester and then you

18     were going to go pro, right?

19         A.   Yes.

20         Q.   And when did you make that decision?

21         A.   I guess when I signed the contract.

22         Q.   And the Sells --

23         A.   No.  I just -- like, I just kind of knew

24     before because, like, a week before, I, like, almost

25     beat Venus Williams.  So I was kind of like -- I was

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23    Page 30 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED* 07/10/23    Page 30 of 50

10/07/2022
Page 190

1    doing pretty well, so it was just kind of like, well, I
2    only need to stay in college for a semester.
3            And then I guess what kind of sealed the deal
4    was the fact that in one semester, I was top ten in the
5    country, and I was freshman of the year.  So it was
6    like I kind of already won everything, so what's the
7    point of doing it for four more years.
8        **Q.   Did you tell your coaches before you came to**
9    **LSU that you were only going to be there a semester?**
10       A.   Yes.
11       **Q.   What about your mother?  Was she in favor of**
12   **you returning to LSU in 2018?**
13       A.   No.
14       **Q.   Why is that?  Same reason as your dad or a**
15   **different reason?**
16       A.   Yeah, same.
17       **Q.   Did you ever talk to your mother about being**
18   **punched by ███████████ in 2017?**
19       A.   No.
20       **Q.   Did she ever mention it to you?**
21       A.   No.  It's kind of like dad leads and then mom
22   follows.  So, like, Dad would mention it, and then she
23   might say one comment, but she'd never start it.
24       **Q.   So y'all didn't even -- y'all didn't talk**
25   **about any counseling or therapy for you as a result**

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23    Page 31 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED* 07/10/23    Page 31 of 50

10/07/2022
Page 191

1    of --

2          A.    No.

3          Q.    -- that?

4          A.    No.

5          Q.    What about the Sells?  Did they encourage you

6    to return to LSU?

7          A.    Yes.

8          Q.    And that's after you went pro?  They wanted

9    you to come back?

10          A.    Yes.

11          Q.    Did they think that you would be able to play

12    if you came back?

13          A.    Yes.

14          Q.    Did you think you would be able to play if you

15    came back?

16          A.    Yes.

17          Q.    But you were not able to, right?

18          A.    No.

19          Q.    Okay.  And why was that?

20          A.    Well, from my understanding is ▮▮▮▮▮▮▮▮

21    was a recruit that signed with LSU, but she was already

22    kind of like -- she was pro before college, right, and

23    she's accepted -- you can only accept up to 10K, and

24    then you're deemed ineligible, right.  So -- I think

25    it's 10K a year or 10K.

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23   Page 32 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED* 07/10/23    Page 32 of 50    10/07/2022
Page 192

1              So she's accepted to -- so she was ineligible,
2       so then they didn't even put my application in because
3       if she was ineligible, they'd think I would be but her
4       situation was way worse than mine.  So yeah.
5              Q.   So you don't think that LSU put your
6       application in to be eligible?
7              A.   No.
8              Q.   And how --
9              A.   They were kind of basing mine off ████████
10             Q.   And who -- how do you know that they didn't
11      put your application in?
12             A.   Miriam and Julia, they just said, like, "Look,
13      what happens with ████ and if she gets cleared, then
14      yeah, you have a chance."  But ████ was worse than
15      mine.  Mine wasn't as bad as ██████, but they probably
16      wanted ████ more because Usue was better than me.
17             Q.   So how do you know ██████ did not get
18      approved?
19             A.   They told me, and Usue told me.
20             Q.   Usue told you?
21             A.   Yeah.
22             Q.   And Miriam and Julia told you?
23             A.   Yes.
24             Q.   When was this, that they told you?
25             A.   I don't know.  End of spring 2018.

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23  Page 33 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED*  07/10/23    Page 33 of 50    10/07/2022

Page 214

1     Q.   Do you remember seeing Miriam that day?

2     A.   No.

3     Q.   Do you remember seeing Miriam the next day?

4     A.   No.

5     Q.   Do you remember talking with Miriam about this

6     incident?

7     A.   No.

8     Q.   You don't remember talking with her at all

9     about this incident?

10    A.   No.  Did I?

11    Q.   Let's see if we can -- I'm going to show you

12    some documents.  We're going to look at Exhibit 1.

13    (Exhibit No. 1 was marked for identification.)

14    BY MS. WHITE:

15    Q.   Do you remember talking to someone named

16    Jeffrey Scott?

17    A.   Yeah.

18    Q.   And who is he?  Who did you know him to be?

19    A.   I guess he's Title IX, but I didn't know what

20    Title IX was or -- there's two.  I might be thinking of

21    Jonathan Sanders.  Jeffrey Scott -- yeah, no, I'm

22    thinking of Jonathan Sanders.  Jeffrey Scott, he was a

23    near the Cook Hotel office, I think, somewhere near

24    there.  I think I'm thinking of the right one.

25    Q.   Did --

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ   Document 473-2   10/13/23   Page 34 of 50
Case 3:21-cv-00242-WBV-SDJ   Document 373-2 *SEALED*   03/10/23   Page 34 of 50   10/07/2022
Page 215

```
 1              A.   Yeah.  I do remember meeting with him.
 2              Q.   Okay.  Did he explain to you what Title IX was
 3      when you met with him?
 4              A.   Maybe.
 5              Q.   You don't recall either way?
 6              A.   No, I don't recall.
 7              Q.   Sitting here today, do you have an
 8      understanding of what Title IX is?
 9              A.   Kind of, yeah.
10              Q.   Tell me what you know about it.
11              A.   Now?
12              Q.   Uh-huh.
13              A.   Just, you know, protects the students and the
14      athletes.  You know, it's laws to protect them.
15              Q.   Project them from what?
16              A.   Just, like, misconduct, breaking of -- I don't
17      even think eligibility rules.  It's -- you know, it's,
18      like, more misconduct and that kind of stuff.
19              Q.   Okay.  Can you see Exhibit 1 on the screen?
20              A.   Yep.
21                   MS. WHITE:  Can you zoom so we can see
22                   the whole thing?  All right.
23      BY MS. WHITE:
24              Q.   And this letter is addressed to you, correct?
25              A.   Correct.
```

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23  Page 35 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED*01/10/23    Page 35 of 50    10/07/2022
Page 216

```
 1              Q.   Is that your email address you were using in

 2    May of 2018, that's shown there on --

 3              A.   Yes.

 4              Q.   Do you remember receiving this letter to your

 5    email?

 6              A.   Yeah.  I would have thought it would have gone

 7    to my LSU email, not my personal, but -- but yes, I

 8    have seen this before.

 9              Q.   Okay.  All right.  And in this letter,

10    Mr. Scott, he says that some information has been

11    forwarded to his office -- I'm reading the second

12    sentence -- that you may have been involved in or have

13    knowledge of a situation that was a potential violation

14    of these policies on April 3rd, 2018.

15                   Do you know how he became aware of the

16    incident on April 3rd, 2018?

17              A.   No idea.

18              Q.   Okay.  In the next paragraph, he says he wants

19    to speak with you about the incident and he provides

20    the dates of May 14th through the 18th, 2018.  Do

21    you --

22              A.   Yep.

23              Q.   Do you remember meeting with him?

24              A.   Yes.

25              Q.   Okay.  Do you have a specific recollection of
```

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23    Page 36 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED*  10/10/23    Page 36 of 50    10/07/2022

Page 217

1      reading this letter at the time?

2              A.    Not like this.  No, not this specific.

3              Q.    And can you -- sitting here today, can you

4      remember if you read the entire letter, like where it

5      says "Permanent" --

6              A.    Yes.

7              Q.    -- "Memorandum 73" and everything underneath

8      that?

9              A.    Yep.

10             Q.    Did you understand everything?

11             A.    To the best of my knowledge.

12             Q.    Okay.  All right.

13                   MS. WHITE:  Page 2.

14     BY MS. WHITE:

15             Q.    And then page 3, do you remember seeing this

16     Permanent Memorandum No. 73 attached to the letter?

17             A.    Yes.

18             Q.    Okay.  Tell me what you remember from meeting

19     with Jeffrey Scott about this incident.

20             A.    He kind of just almost tried to be a therapist

21     and listen.  He didn't -- you know, I think he maybe

22     asked, like, what I wanted as a -- I don't even think

23     he asked that.  I honestly just think he was like -- it

24     was like a therapist session.  It was like a walk in

25     the park.  Like, it was nothing like -- at all.

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23    Page 37 of 50    10/07/2022
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED* 07/10/23    Page 37 of 50

Page 218

1       Q.   Did he ask you any details about the events of

2   April 3rd, 2018?

3       A.   Yep.  I think he, like, just wanted to know

4   and understand what escalated to that, and then he just

5   said -- like, he just tried to give advice.

6       Q.   Were you truthful with him during this

7   interview?

8       A.   Yes.

9       Q.   Did you tell him that ███ had punched you?

10      A.   Yes.

11      Q.   Did you tell him that this was the second time

12  ███ had punched you?

13      A.   Unsure.

14      Q.   How can you be sure you were truthful if you

15  didn't know -- you can't tell me if you told him about

16  the first punch?

17      A.   I told him he punched me that time because

18  it's on proof, whereas the other one, there's -- you

19  know, it's just me telling Donovan.  It's not like it

20  got reported anywhere.

21      Q.   But the second time, it started with you

22  telling Donovan, correct?

23      A.   Yeah.  But then it got escalated to Micki, and

24  then all these people at LSU knew.

25      Q.   Okay.  But if -- do you remember,

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23    Page 38 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED*01/10/23    Page 38 of 50    10/07/2022
Page 219

1    specifically, if Jeffrey Scott asked you if that was

2    the first time he'd ever punched you or harmed you?

3         A.    Can't recall.

4         Q.    I'm sorry.  I didn't hear the answer.

5         A.    I can't recall.

6         Q.    Okay.  Did you ask Mr. Scott how he came to

7    know about this incident?

8         A.    No.  I can't recall.

9         Q.    Okay.

10               MS. WHITE:  Let's go to Exhibit 2,

11          please.

12    (Exhibit No. 2 was marked for identification.)

13    BY MS. WHITE:

14         Q.    All right.  I'm going to show you Exhibit 2,

15    and I'll represent to you that this, from what it

16    appears, is a PM-73 complaint form reported by

17    Miriam Segar.  And the involved party lists you.

18         A.    Yep.

19         Q.    And have you ever seen this document before?

20         A.    No.

21         Q.    Okay.  I want to look at that bold paragraph

22    kind of in the middle of the document.  It starts with

23    "Describe the incident/event including date, times,

24    locations, and potential witnesses."

25               And we have some redactions here to protect

Case 3:21-cv-00242-WBV-SDJ   Document 473-2   10/13/23   Page 39 of 50   10/07/2022
Case 3:21-cv-00242-WBV-SDJ   Document 373-2 *SEALED* 07/10/23   Page 39 of 50
Page 220

1   privacy of students who are enrolled at the time.  But

2   this says -- I'm assuming it's ███ and you were in a

3   dating relationship.  And it says, [As read]:  "It was

4   reported by Lewis to the team athletic trainer and to

5   me that she was punched in the stomach/rib area by

6   ███ on April 3rd, 2018."

7        Does this help refresh your memory that you

8   spoke with Miriam about this incident?

9        A.   Not at the moment.

10       Q.   It says, "The incident was first reported to

11  Athletics Administration the evening of 4/25/2018 by

12  Lewis."

13       Does that sound accurate?

14       A.   Yep.  So about three weeks later, yeah.

15       Q.   It says, "Lewis rib is very swollen, and she

16  has been unable to sleep and is having pain in her left

17  rib area."

18       Is that accurate?

19       A.   Yep.

20       Q.   "Lewis saw a medical doctor on 4/26/2018 and

21  was told to stop exercising and rest to allow time for

22  the rib to properly heal."

23       Does that sound accurate?

24       A.   Yes.

25       Q.   Okay.  Do you remember now, after reading this

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23    Page 40 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED* 07/10/23    Page 40 of 50    10/07/2022

Page 221

 1    part, talking with Miriam about this incident?

 2        A.    No.

 3        Q.    Okay.  All right.  It goes on to say, "As

 4    background to the incident, Lewis attended LSU in

 5    Spring 2017 and was romantically involved with" -- I

 6    assume ████ "Lewis" -- that's correct, right?

 7        A.    Yeah.

 8        Q.    Okay.  Had you ever talked with Miriam about

 9    your relationship with ████

10        A.    Definitely in August of 2018.

11        Q.    Okay.  But you can't remember --

12        A.    And -- and prior because of the -- when the

13    cops came to my place in, like, July of 2018.

14    Definitely then, yes.  And I guess possibly before.

15    I'm, like, just not remembering at the moment.  Sorry.

16        Q.    That's okay.  All right.

17              It says, "Lewis did not return to school

18    Fall 2017 and pursued professional athletic career.

19    Lewis returned to Baton Rouge in March 2018" -- does

20    that sound right for the timeline?

21        A.    Yep.

22        Q.    -- "and is currently enrolled in an online

23    course" -- and that's your memory, correct?

24        A.    Yes.

25        Q.    -- "and is enrolling in spring intercession

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23  Page 41 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED* 07/10/23    Page 41 of 50

10/07/2022
Page 222

1    and summer classes and will maintain enrollment in the

2    2018/19 academic year."

3              All that's correct?

4         A.   Yeah.  Yeah.

5         Q.   Then it says, "Lewis reported that" -- I

6    assume ███ -- "was first abusive to her in 2017 when

7    he was upset and punched her in the stomach."

8              Do you remember telling Miriam this?

9         A.   Possibly.  I remember, like -- possibly.

10        Q.   Do you remember being -- meeting with Miriam

11   and Micki Collins also being part of that meeting the

12   day you reported it, maybe even going to Miriam's

13   office or her coming to you?

14        A.   I remember going to Miriam's office, but I

15   just, like, can't remember, like, was it about this?

16   Was it about eligibility?  Was it about, like -- all

17   those moving parts.  I do remember one time -- I think

18   one time I had a conversation with her, and I think it

19   was about -- I think maybe one time, possibly.  Just

20   not a hundred percent sure.

21        Q.   Okay.  And I didn't point this out at the

22   beginning.  But if you look at the top of this

23   document, if you go to the top, in italics --

24        A.   Yeah.

25        Q.   -- we're getting there -- it says, "Submitted

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ   Document 473-2   10/13/23   Page 42 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED* 07/10/23    Page 42 of 50

10/07/2022
Page 223

1       on April 26th, 2018, at 10:30 p.m."

2               Do you have --

3       A.      Yeah.

4       Q.      -- any reason to believe that that's not

5       accurate?

6       A.      Why she's working at 10:30 p.m.?

7       Q.      That's the date that she submitted it and the

8       time.  Do you have any reason to believe that that's

9       not accurate?

10      A.      I mean, the 26th lines -- like, obviously the

11      April 26th lines up.  Is she working at 10:30 p.m.?  I

12      don't know.

13      Q.      But you don't have any reason to dispute that

14      she reported it on this day, the day after you saw

15      Donovan, right?

16      A.      No, no idea.  Like, I don't know.

17      Q.      Okay.  All right.  Reading on.  Let's see if I

18      can remember where I left off.

19              "The punch on April 3rd, 2019, was the second

20      time she had been physically abused by ███████  She

21      indicated that ██████ it very possessive of her and

22      doesn't like her to leave the apartment and always

23      wants to know where she is."

24              How would Miriam know this if she hadn't met

25      with you?

## EXHIBIT A

1          A.   Yeah.  No, I understand.

2          Q.   I mean, is there --

3          A.   I think -- I think one time I had a chat with

4     her about him.  I think I did.

5          Q.   Before April 26th, 2018?  Or on, earlier in

6     the day, April 26th?

7          A.   Possibly, yeah.

8          Q.   She also says that -- let me -- maybe we can

9     clarify this farther if we look at the complaint.  I

10    want to turn back to that complaint, and we'll come

11    back to this exhibit in just a minute.  All right.

12    Paragraph 484.  Let's start at 483.  This is your

13    complaint that you read.  All right.

14         A.   Yep.

15         Q.   So we start with, three weeks after he

16    fractured your ribs, you went to the athletic trainers

17    to get examined because you were still in pain.  That's

18    paragraph 483.  That's correct, right?

19         A.   Correct.

20         Q.   Okay.  484, "Defendant Segar, White, and

21    senior athletic trainer Micki Collins asked plaintiff

22    Lewis during the examination how she had gotten hurt."

23         Do you have any reason to believe that your

24    complaint in this paragraph is inaccurate?

25         A.   I think it's true.  I'm -- Miriam is just --

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23    Page 44 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED*01/10/23    Page 44 of 50    10/07/2022
Page 225

1    just, like, not recalling it, but...

2        Q.    But if you read this before it was filed -- it

3    was filed January 17th of 2020.  And you recall --

4        A.    Yeah.

5        Q.    -- reading this and you didn't -- you thought

6    it was accurate at that time, right?

7        A.    Yep.

8        Q.    Okay.  And then the next paragraph says,

9    "Plaintiff Lewis told them that John Coe had punched

10    her multiple times over the course of the past year."

11        A.    Yeah.  I'm just, like -- where I'm getting it

12    is, like, was it me, Micki, and Donovan and then Segar,

13    like, was in another room?  Like -- you know, like, was

14    she there for all the discussion or just like checked

15    out after?

16            Like, that's just where I'm, like, just not --

17    I'm just not seeing Miriam in my head.  Like, I'm

18    seeing Donovan and Micki and the doctor, but like, I'm

19    just like -- just can't -- I just -- like, at the

20    examination.  I don't know.  Like, maybe she was

21    outside the room or, like, that kind of stuff, or like,

22    she was floating around.  But like, was she

23    there-there?  You know, like -- because it's school.

24    Like, everyone is there.  It's just, like --

25        Q.    Okay.

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23    Page 45 of 50    10/07/2022
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED* 07/10/23    Page 45 of 50

Page 226

1    A.    I don't a hundred percent recall it so...

2    Q.    I thought maybe that would help refresh your

3    memory, but let's go back to Exhibit 2.  Towards the

4    end, it says that "Lewis indicated she was still in a

5    relationship with ████ and did not want to report the

6    incident to the police."

7         Do you remember saying that to Miriam,

8    Micki Collins, Donovan White?  Either of the three of

9    them?

10   A.    Sorry.  Which -- did you do -- which line did

11   you just read?  Sorry.

12   Q.    It is the second-to-last sentence, I believe.

13   It says Lewis --

14   A.    Lewis.

15   Q.    -- or it's the third-to-last sentence.  "Lewis

16   indicated she was still in a relationship with ████

17   and did not want to report the incident to police."

18   A.    Yep.

19   Q.    Do you remember saying that?

20   A.    Yes.

21   Q.    Do you remember who you said it to?  Was it to

22   Miriam or someone else?

23   A.    I think Miriam.

24   Q.    All right.  Then it says, "She" -- sorry.

25   A.    No, continue.

# EXHIBIT A

1      Q.    "She notified us of the incident because she

2   wanted medical care for the injuries she sustained.

3   She was encouraged to utilize domestic abuse resources

4   and has made an appointment with LSU sports

5   psychologist."

6            Is this correct?

7      A.    That's correct.  I will say I don't recall

8   them ever offering to go to the police.  It was all

9   kind of, like, internal.  I was the one who always

10  initiated, like, you know, I don't want to go to the

11  cops or whatever.  But they never once, like -- it was

12  definitely "always try to keep internal," is the vibe I

13  got.

14     Q.    Okay.  So let me try to understand.  You said

15  that you told them you did want to go to the police or

16  did not want to go to the police?

17     A.    I said I didn't want to go to the police, but

18  they never asked me, "Do you want to go to the police

19  with this?"  It was always like, "You've got all these

20  resources at LSU," you know, this, that, and the third

21  but never, like -- they never mentioned police.

22     Q.    Okay.

23     A.    Like, what I can recall -- like, up until when

24  I met with Miriam in August, then, yes, she did

25  encourage police.  But, like, if we're talking about

1    this right here, these kind of meetings here, I just

2    don't recall her being like, "You want to file a police

3    report?"  I don't recall that.

4    **Q.  Okay.**

5    A.  But I do recall that in August of 2018.

6    **Q.  So earlier -- about two minutes earlier, you**

7    **did not recall meeting with Miriam but now you do?**

8    A.  I think -- I think I -- I think one time I had

9    a big convo with her about ███████ I think I did.  And

10    I think it's this one right here.

11    **Q.  Okay.  Is it possible that she did ask you**

12    **about going to the police and you just can't remember**

13    **it, sitting here today?**

14    A.  It's possible, but I just don't recall her

15    pushing it the way she did in August.  Like, in August

16    it was like, "File a report just so it's in file so, if

17    it happens again, you know, they have proof that it's

18    happened," whereas, like, this one was definitely

19    pushing, like, to use, like, Lighthouse and all that

20    stuff that LSU has but not LSU, like not police.  So

21    that's just what I can recall.

22    **Q.  Okay.  Did you use The Lighthouse Program?**

23    A.  No.  I made an appointment with the LSU sports

24    psychologist.

25    **Q.  And who was that?**

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23   Page 48 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED* 07/10/23    Page 48 of 50

10/07/2022
Page 229

1        A.    LaKeitha Poole.

2        Q.    And did you go to an appointment with

3   Ms. Poole -- Dr. Poole?

4        A.    Yes.

5        Q.    All right.  We'll talk more about that later.

6   Okay.  All right.

7             If you look at the next page of this document,

8   it says, "I have encouraged Lewis to refrain from

9   associating with ████ and have encouraged reporting to

10  police."  Which you still can't remember her saying

11  that, correct?

12       A.    Correct.

13       Q.    "She has also been encouraged to use

14  university and community resources."

15            You remember her saying that, correct?

16       A.    Yeah.

17       Q.    Let's go to Exhibit 3.

18  (Exhibit No. 3 was marked for identification.)

19  BY MS. WHITE:

20       Q.    All right.  Exhibit 3, this looks like notes

21  from an interview with you.  The investigator was

22  Jeff Scott, and the interview was May 21st, 2018, at

23  3:15 p.m.  And it says Miriam Segar escorted you to the

24  interview.  Does this ring a bell?

25       A.    Miriam did not escort me to the interview.

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23   Page 49 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2   SEALED 05/10/23    Page 49 of 50    10/07/2022

Page 230

1    Q.   Okay.  How did you get there?

2    A.   I walked.  It was far.  It was at the Cook

3    Hotel -- oh, did she -- no.  She drove -- no, she drove

4    me and I walked back.

5    Q.   Okay.

6    A.   Yeah, yeah.  No, I went to see Jeff Scott

7    twice.  I went to go see him twice.  One time, Miriam

8    drove me; and the other time, I walked there.  Yeah,

9    she did drive me.

10   Q.   Okay.

11   A.   Yeah.

12   Q.   I'm going to have you take a look at this page

13   of this document.  If you don't mind, tell me if

14   there's anything incorrect about this document, from

15   what you remember.

16   A.   No one else knows about it, not even the

17   football coaches.  Who said that?

18   Q.   These are notes from your interview.  So these

19   were --

20   A.   Yeah.  Are they saying I said that, or are

21   they saying football coaches don't know about it?

22   Q.   My understanding -- my representation to you

23   is that these -- these are notes of what you said to

24   Jeffrey Scott.  So I'm asking you is this what you said

25   to him?  Is this accurate?

EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 473-2    10/13/23    Page 50 of 50
Case 3:21-cv-00242-WBV-SDJ    Document 373-2 *SEALED*    05/10/23    Page 50 of 50    10/07/2022
Page 231

1        A.   Yep.

2        Q.   **So you told him that nobody else knows about**

3   **the other punch?  Or any of the punches --**

4        A.   (Inaudible) other punch.  It means just in

5   general, I think.

6        Q.   **Yeah, in general.  So --**

7        A.   My understanding is I didn't think football

8   coaches knew.

9        Q.   **Okay.  But what about other people?  Friends?**

10  **Family?  I mean, other people knew, right?**

11       A.   Yeah.

12       Q.   **Okay.**

13       A.   But I think I meant, like, coaching-wise.

14       Q.   **Okay.**

15       A.   I don't know.  Yeah, I think maybe that no one

16  else knows about it is, like -- wouldn't really put

17  that in there.  I would say at the time, I didn't think

18  football coaches knew about it, but they might have.

19       Q.   **Okay.  So from the best of your recollection,**

20  **is this an accurate representation of what you told**

21  **Jeff Scott that day?**

22       A.   Yep, for the most part.

23       Q.   **Which parts are not correct?**

24       A.   Just the no one else knows about it.  I don't

25  know what -- what -- who I was referring to.  I don't