Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23    Page 1 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED* WIS  10/13/23    Page 1 of 44    10/07/2022
Page 232

1    know, in what sense.

2        Q.    Okay.  Do you remember -- did you have any --

3    how did you get this meeting scheduled with Mr. Scott?

4    I know, you know, we looked at Exhibit 1, and he sent

5    you a letter asking to meet with you.  But how did you

6    ultimately decide on this day and time?  Do you

7    remember?

8        A.    No, no idea.

9        Q.    Do you remember if you had an earlier

10   interview scheduled that had to be canceled for any

11   reason?

12       A.    Not that I can recall.

13       Q.    So if that did happen, you wouldn't be able to

14   confirm or dispute it either way, sitting here today?

15       A.    Yeah, I don't know.

16       Q.    Okay.  I want to go back to Dr. Poole and your

17   sessions with her.  Do you remember how many sessions

18   you had with Dr. Poole?

19       A.    A handful.

20       Q.    All right.  So about five, you think?

21       A.    Definitely five, maybe five to ten.

22       Q.    Did you tell Dr. Poole that you had disclosed

23   the 2017 punch to Donovan White soon after it had

24   happened?

25       A.    We didn't really talk about that with -- we're

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23    Page 2 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED* WAS 10/13/23    Page 2 of 44    10/07/2022

Page 236

1   didn't get it.

2       A.   I said we always found time.  Like, if she

3   couldn't see me on Tuesday, like, maybe she could see

4   me Thursday or something like that.

5       Q.   Okay.  Did you feel that -- did you have a

6   problem with anything she did or said during the

7   sessions?

8       A.   Not that I can recall.

9       Q.   Did you feel like she treated you well?

10      A.   Yep, she was nice.

11      Q.   Was there anything she could have done --

12      A.   (Inaudible) inexperienced.

13      Q.   I'm sorry.  I was talking over you.  Can you

14   repeat that, please?

15      A.   Oh, I just said I thought she was

16   inexperienced now that I can compare to other

17   therapists.

18      Q.   But at the time, you didn't have any problems

19   with her?

20      A.   No.

21      Q.   And at the time, you didn't think there was

22   anything that she could have done differently?

23      A.   I mean, I think, like, the way she spoke,

24   and I think she could have classified a bit more about,

25   like, you know -- like, domestic violence women and,

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23    Page 3 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED*    10/13/23    Page 3 of 44    10/07/2022

Page 237

1    you know, toxic cycles and kind of gave me a bit

2    more -- and a bit more, like, input on his behavior and

3    why people are like that.

4         So I think, like, she could have been, you

5    know, a bit more informative and help me understand why

6    I'm, like, in this thing that I feel like I can't get

7    out of where she kind of just, like, allowed it.

8         Q.   Okay.  You said that you only went to about

9    five sessions, right?

10        A.   Five to ten.

11        Q.   And why only five?  Did you decide to stop

12   going on your own?

13        A.   I don't know.  I just felt like it wasn't

14   going anywhere.  Like, all we did was just talk about

15   the past, like, few weeks I had.  Like, I don't know.

16   I don't know why.  I can't recall, like, why -- if it

17   was a specific something or I just didn't have time or

18   I wasn't seeing any, you know, point.  I don't know.

19        Q.   Did you think, though, that five 20-,

20   25-minute sessions was going to be enough for you to

21   work through all that with her?

22        A.   I don't think she was the person to work

23   through it.

24        Q.   And was this a service provided by LSU, free

25   of charge to you?

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23    Page 4 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED* 07/10/23    Page 4 of 44    10/07/2022
Page 238

1        A.    Yes.

2        Q.    Did you ask about anyone else you could see or

3    any other service that you could access through LSU?

4        A.    I was aware of what they had to offer.

5        Q.    Okay.  Did you seek out any other services?

6        A.    No.

7        Q.    Why is that?

8        A.    I just felt like -- I mean, I just feel

9    like -- like, when I look at it now, it's like -- like,

10   when my therapist now explains behaviors that I might

11   talk about with people, like, she talks -- like, you

12   know, it's just very different.

13            So I think at the time, I felt that she was

14   useless, and I probably just, like, didn't want to talk

15   about it with all these different people and not know,

16   like, you know, what -- I just -- you know, I didn't

17   know.  Yes, it was made available to me, but you know,

18   I was still in it, you know.  Kind of tough.

19       Q.    When you say you were still in it, meaning you

20   were still seeing ███████.

21       A.    Yeah.

22       Q.    All right.  Looking at your complaint,

23   paragraph 467 says that one of your teammates also

24   reported the abuse to Donovan White the same day you

25   did.  We're going to put it up on the screen for you to

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23    Page 5 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED* 07/10/23    Page 5 of 44

10/07/2022
Page 240

1      A.    So depending in what aspect was I reluctant, I

2    can't really answer that.

3      **Q.    Did you tell him you were reluctant to pursue**

4    **any charges against** ███████

5      A.    Well, in the previous exhibit, I said I didn't

6    want to go to the police.  But in this one, I clearly

7    say I want him to know that it's not okay.  So whether

8    that's -- you know, I didn't want the police at the

9    time, but I did want LSU to be like, hey, this is not

10   okay behavior.

11         So I -- you know, I wasn't reluctant in terms

12   of he needs help and he needs, you know, a better

13   punishment.  So -- and I clearly, you know, was very

14   open and explained everything.  So was I reluctant in

15   giving information?  No.  So I don't know what that's

16   means.

17         MS. TRUSZKOWSKI:  Mary Ann, I'm going to

18         object to that.  This is speculation of

19         whoever wrote this letter, and it sound like

20         their interpretation of what Jade was saying.

21         But Jade, thank you.  You can go ahead

22         and answer any more questions.

23   BY MS. WHITE:

24     **Q.    Okay.  At the bottom of the letter, he says he**

25   **thanks you for coming to talk with him and he provided**

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23    Page 6 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED* 07/10/23    Page 6 of 44    10/07/2022

Page 241

1    you with a Title IX handbook and highlighted services

2    available to you.

3            Do you remember receiving the handbook?

4        A.    I'm sure I did.  I definitely was highlighted

5    services, probably a handbook, but it was in the

6    previously email.  So, you know, I was aware of the

7    resources, of, you know, Flashlight or Houselight,

8    whatever it's called.

9        Q.    Okay.  Did you know that ██████████ also was

10    interviewed as part of this Title IX investigation?

11        A.    Nope.

12        Q.    ██████ never told you that?

13        A.    No.

14        Q.    Let me ask another question.  Let me get

15    back to your interview.  Do you remember, was your

16    interview -- it was in person.  We talked about that.

17    Right?  It was in person?

18        A.    Yes.

19        Q.    Okay.  All right.

20        A.    Yeah.  COVID hadn't hit yet.

21        Q.    All right.  And let me ask you, did you have a

22    problem with how Jeffrey Scott treated you during this

23    interview?

24        A.    Not that I can recall.

25        Q.    Did he seem concerned about your allegations

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23    Page 7 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED* WBV10/23    Page 7 of 44    10/07/2022

Page 242

1    of abuse?

2         A.   Not a crazy amount.

3         Q.   **He seemed somewhat concerned?**

4         A.   He definitely -- it kind of felt like he knows

5    it's a habit and a culture and he just knows that's the

6    system.

7         Q.   **He knows what's a habit and a culture?  What**

8    **do you mean by that?**

9         A.   Behavior by football and basketball players.

10        Q.   **Abusive behavior, you mean?**

11        A.   Abusive, criminal, sexual, whatever you want

12   to call it, yeah.

13        Q.   **Did he say that in those words to you?**

14        A.   Well, he made it seem like he knows football

15   is this way.  Like, he made it seem like the whole --

16   you know, 20 girlfriends and that -- he definitely made

17   it seem like football is just that way.

18        Q.   **What did he do to make you think that?**

19        A.   I don't recall, like, an exact statement, but

20   I definitely -- like, I know he knows.  That's just the

21   way it is.  But --

22        Q.   **But he --**

23        A.   I don't know.  I don't -- I can't, you know,

24   recall exact words, but that's just what I can

25   remember.

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23    Page 8 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED* 07/10/23    Page 8 of 44    10/07/2022
Page 243

1    Q.    Okay.  Did he explain to you what was going to

2    happen next?

3    A.    No.  Not that I'm aware.

4    Q.    Not that you recall?

5    A.    Yeah.

6              MS. WHITE:  All right.  We're going to

7              take ten minutes.  Let's take a ten-minute

8              break.

9              (Recess taken.)

10   (Exhibit No. 4 was marked for identification.)

11   BY MS. WHITE:

12   Q.    I want to show you Exhibit 4, which appears to

13   be -- and we're pulling that up now -- appears to be an

14   interview held by investigator Jeff Scott on June 5th,

15   2018, at 11:00 a.m.  And I --

16   A.    Yeah.

17   Q.    -- believe that ███████████ name is the one

18   that's redacted from these -- from this document.

19             Have you seen this document before?

20   A.    No.

21   Q.    No?  Okay.  Is that better?  Can you see it

22   better like that?  Okay.  I'm going to give you --

23   A.    I can see it.

24   Q.    I'll give you a minute.  Would you review that

25   for me, and then I have a few questions.

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23    Page 9 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED* WIS 10/13/23    Page 9 of 44    10/07/2022

Page 244

```
 1              MS. WHITE:  Karen, are you here?  I'm
 2         sorry.  I don't see you on the video.  Okay.
 3         I was just making sure I didn't want to have
 4         started without you.
 5              MS. TRUSZKOWSKI:  Oh, thank you, Mary.
 6         And yes, I was here.  I just didn't realize I
 7         was -- didn't hit my button so...
 8              MS. WHITE:  Okay.
 9              MS. TRUSZKOWSKI:  All good.
10              THE WITNESS:  Yeah.  I've read the
11         statement of lies.
12    BY MS. WHITE:
13         Q.   Okay.  What part is lies?
14         A.   I guess "They sometimes hang out together."
15    We hung out quite frequently.  Again, everyone has
16    different views on "sometimes," but I would say it's
17    more than sometimes.  Yep, if he wants to view it as
18    more -- you know, just as that, then that's up to him.
19              So second paragraph, correct.  Third one is
20    correct.  Second sentence, I've never gotten physical
21    with him.  He's never had to fight me off.  And yes, I
22    did tell you about not -- kicking the doggy hole in the
23    door, so that's the one time I kicked the door and did
24    put a little hole in it.
25              [As read]:  "On the night of question.  They
```

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23    Page 10 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED* 07/10/23    Page 10 of 44    10/07/2022

Page 268

1    like, 6:00 a.m., Jim Bernhard knew the LSU PD came to

2    my apartment.  So I knew that they all knew, so then I

3    obviously -- so I, you know, made that statement to

4    Miriam.

5        Q.    Okay.  So how did you know that

6    Jim Bernhard -- well, was that because you had that

7    discussion with -- you knew that Jim Bernhard knew

8    because you had that discussion with ███ mom?  Is

9    that how?

10        A.    No, because ███ -- this is -- so this

11    incident where the police came, that's when ███ got

12    suspended quietly in the football team.  Jim Bernhard

13    took the Audi away so -- because it was Jim's.

14    Obviously Jim paid for the Audi.

15            And so he was starting to lose a little bit of

16    everything, so I knew, like, I can't tell the truth

17    because, you know, he's already off the -- you know,

18    he's about to get suspended if Jim can't fix it and,

19    you know, all this stuff.  So that's why I told Miriam

20    nothing happened.  But Jim knew because someone in the

21    police told him, like, very quickly.

22        Q.    Okay.

23        A.    That's from Stephanie, I think.  The mom

24    told -- biological mom told me, I think, that -- that

25    Jim knows everyone on the police force and that he

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23    Page 11 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED*    10/13/23    Page 11 of 44    10/07/2022

Page 269

 1    found out first thing in the morning.

 2          Q.   And did you tell Miriam that you hit your ear

 3    on the bed and that's why your ear was -- your earring

 4    fell out and your ear was bleeding?

 5          A.   Yep.

 6          Q.   Is that how it actually happened, though?

 7          A.   To be honest with you, I had hands around my

 8    throat, couldn't breathe.  So he either whacked me on

 9    the bed and it somehow bled, fell out or he ripped.  I

10    have no idea.  I was busy.

11          Q.   Do you remember where you were when you talked

12    to Miriam about this incident?

13          A.   Her -- her office.

14          Q.   Okay.  Did she ask you to come meet with her,

15    or did you initiate the meeting?

16          A.   I -- no.  She would have asked me.

17          Q.   Okay.  Do you know how she found out about it?

18          A.   LSU PD.

19          Q.   Okay.  And --

20          A.   And Julia Sell knew as well.

21          Q.   How do you know Julia Sell knew?

22          A.   She called me and was, like, just checking in.

23          Q.   Did she specifically say, "I heard that the

24    police came to your apartment"?

25          A.   (No audible response.)

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23  Page 12 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED WIS/10/23    Page 12 of 44    10/07/2022
Page 272

```
 1    this.
 2         Q.   So you don't know if you had the meeting on
 3    July 9th or some other date?
 4         A.   No.  I think this is the one I rescheduled.
 5    Or did I reschedule?  I don't know.  I either
 6    rescheduled this -- this is the first one with
 7    Jonathan Sanders, right?
 8         Q.   This is the first one we've looked at and that
 9    you've testified about.  I'm not sure.
10         A.   In this one.  I'm getting confused with the
11    Jeffrey Scott one.  And this is the one I think I
12    rescheduled because I was in Europe playing club
13    matches.
14         Q.   But you don't remember when the meeting was
15    held, sitting here today?
16         A.   It would have been end of July.
17         Q.   Was -- but you have a recollection of meeting
18    with Mr. Sanders, right?
19         A.   Yeah.
20         Q.   Okay.  And was it an in-person meeting?
21         A.   Correct.
22         Q.   Okay.
23         A.   It was at the student union.
24         Q.   Tell me what you remember from the meeting.
25         A.   Basically, like, just, you know, the fact that
```

# EXHIBIT A

1    I gave a key to someone else.  And then after a little

2    bit, he kind of asked me if he does hit me or not, and

3    I said no.  And I just tried to smooth things over

4    because that's the story I was sticking to at the time,

5    was with all the Jim stuff.  Yeah, so it was mainly

6    about the key, that I gave another student a key to my

7    apartment and the apartments -- LSU, like, land.  So

8    it's like different.

9        **Q.    Did you tell Mr. Sanders that you had ended**

10    **your relationship with** ███████████

11        A.    I don't know if we were on a two-day break or

12    something that day.  No idea.

13        **Q.    Was that something common that you would --**

14    **you and he would end --**

15        A.    Yes.

16        **Q.    -- the relationship for a few days?**

17        A.    Correct.

18        **Q.    Okay.  Did you have a discussion with the --**

19    **with Mr. Sanders about your parents at all?**

20        A.    Can't recall.

21        **Q.    Did Mr. Sanders ask if you wanted to pursue a**

22    **Title IX complaint against** ███████, ███████

23        A.    (Inaudible.)

24            THE REPORTER:  I'm sorry.  I didn't get

25            the answer.

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23  Page 14 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED* 10/13/23    Page 14 of 44  10/07/2022
Page 276

1    incident or sometime later?

2        A.    I feel like it had to be that night because I

3    don't recall ever talking to the cops again.

4        Q.    Okay.  If you look at the bottom, it appears

5    there's a signature there to the left of --

6        A.    Yeah.

7        Q.    -- the corner.  Is that your signature?

8        A.    That's my signature, yes.

9        Q.    Okay.  And if you look right across from it,

10   it says date and time, and it looks like that says

11   6/18/2018.  Is that correct?

12       A.    Yeah.  And I think 2:15 in the morning.  Would

13   that make sense?  I don't know.

14       Q.    Okay.

15       A.    I think it must have been that -- I don't

16   know.

17       Q.    But you don't have an independent recollection

18   of writing this that night?

19       A.    Not right now, no.

20       Q.    Okay.  But the words that you wrote on here,

21   that's not everything that happened that night,

22   correct?

23       A.    Correct.

24       Q.    All right.  The next page, do you recognize

25   that handwriting?

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23  Page 15 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED* 07/10/23    Page 15 of 44    10/07/2022

Page 281

1      A.   No.

2      Q.   I want to direct you to the last page of this

3   document, page 12.  This says "Supplement No. 2."

4   And -- let's see.  It says, "On June" --

5      A.   Yeah, I -- I remember.

6      Q.   Okay.  All right.  I've give you a minute to

7   look at this.

8      A.   Yeah, give me one -- yeah, one second.  Yeah.

9      Q.   All right.  Does this accurately reflect your

10   interview with the police on June 25th, 2018?

11      A.   Yes.

12      Q.   Okay.  Did anybody accompany you or attend

13   that meeting with you?

14      A.   Not that I can recall.

15      Q.   Do you remember where this meeting occurred?

16      A.   No.

17      Q.   Okay.

18      A.   I think the department because I did not --

19   I -- I had never been to the LSU PD until all this.

20      Q.   Okay.  It says here that you told the police

21   that after they left that night on June 18th, 2018, you

22   hadn't any problems with ███████ since that time.

23   Was that a truthful statement?

24      A.   Well, in a week?  Maybe we didn't for a week.

25      Q.   Fight or -- you know, problems meaning any

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23    Page 16 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED* 07/10/23    Page 16 of 44    10/07/2022
Page 282

1    anything else?  Like, had he abused you at any point in

2    time between --

3        A.    No, no.  No other abuse in that period of

4    week.

5        Q.    You also said that you and ███ are no longer

6    dating.  Was that truthful?

7        A.    No idea.

8        Q.    You just don't recall?

9        A.    No, I -- I don't remember.

10       Q.    Do you remember him giving him -- giving you

11   his card and information?

12       A.    Is it a him?

13       Q.    I guess I assume.  I'm not sure.  Whoever it

14   is.

15       A.    No idea.  I think so.  Just don't recall if it

16   was a lady or a man.

17       Q.    Did you contact them to have this meeting, or

18   did the police contact you?

19       A.    I think they contacted me.  I definitely

20   didn't contact them.

21       Q.    It says here -- in the middle of this section,

22   it says, "I confronted Lewis about the possibility that

23   the argument led to physical or sexual abuse.  Lewis

24   assured me that she and ███ have only ever shared a

25   consensual sexual relationship and that ███ did not

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23    Page 17 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED* 07/10/23    Page 17 of 44

10/07/2022
Page 283

1    force himself on her."

2            That was not a truthful statement, correct?

3        A.    Yes.    To be honest with you, this report seems

4    very fake.    Like, it seems very rehearsed, is the word.

5        Q.    Okay.    I thought you -- maybe I misunderstood.

6    I thought you said that you agree that this was an

7    accurate reflection of the interview?

8        A.    Yeah, but it's just -- yeah, but it's just

9    written very -- like, would I ever say, like -- yes, I

10    would have said we've only shared consensual sexual

11    relationship, but that just seems -- it just seems

12    written very rehearsed.    Like, I don't know.    Yes,

13    the -- yes, it reflects the truth, but it's just

14    written a little -- like, I don't know.

15        Q.    So it's not written like you -- how you

16    responded; it's not verbatim?

17        A.    No.

18        Q.    Okay.

19        A.    No.    But yet -- does it reflect the same end

20    goal?    Yes.    But is it, like, me?    No.

21        Q.    But the officer did confront you about the

22    possibility that you had been physically abused by

23    ██████████    correct?

24        A.    Correct.

25        Q.    And you said no?

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23    Page 18 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED* 07/10/23    Page 18 of 44

10/07/2022
Page 286

```
 1            A.    Correct.
 2            Q.    Tell me about that.
 3            A.    So that was -- so once LSU PD -- so once the
 4      LSU PD situation came about, that's when ██████ got
 5      suspended from the weight room, which is, like, an
 6      internal suspension, which is, like, kind of hush-hush.
 7      So it's not on the record for, like, drafts or
 8      anything.  From my -- again, this is my take on it.
 9            So yeah.  I had no idea, and then she told me
10      that, you know, he's banned and suspended and that I
11      had to fix it because I -- from what I understood, the
12      Bernhards were, you know, kind of slowly going back.
13      Because if he's not in the weight room, he's not
14      training, which means he's not going to have a good
15      season, which means why are they going to give money.
16      So that's kind of my take on it.
17            Q.    So did you -- so what did she say specifically
18      to you?  How did she want you to fix it?  Is that when
19      she said --
20            A.    She just said -- no.  She said it also when he
21      got arrested.  She said, like, "Tell them whatever you
22      need to say to, you know, get him unsuspended."  And I
23      was like -- and I -- basically, I said, "Look, this is
24      the one time I said he hasn't hit me, and yet they've
25      suspended him; but all the other times I said he's hit
```

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23  Page 19 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED* 10/10/23    Page 19 of 44    10/07/2022

Page 287

1    me, they never did anything."

2           So that's what I didn't get.  I was like --

3    because at the moment, I told the cops he's never hit

4    me.  I told Miriam he's never hit me.  And I told

5    Jonathan Sanders he's never hit me, right.  And they

6    suspend him because Miriam's word, LSU has -- LSU PD --

7    that's what happens when LSU PD comes to your

8    apartment.  But all the other times he hit me and I

9    was truthful about it, he never got suspended, so...

10   **Q.   So this made you angry, that he got suspended**

11   **at this point in time and not before?**

12   A.   No.  It's more just, like, the mom --

13   Stephanie, the mom, is telling me to fix it, right.

14   But I don't know how to fix it when this is -- you

15   know, I have been saying that he hasn't hit me this one

16   time, but he's getting suspended for it, and it doesn't

17   make sense to me, like -- so that's what I mean.  Like,

18   it doesn't really -- I couldn't fix it, you know.

19   **Q.   Okay.  All right.  Did she offer you -- is**

20   **that when he told you, "Hey, what do you need?  What do**

21   **you want?  I'll give you anything if you just fix it?"**

22   A.   No.  When he -- when he got arrested, she,

23   like, quickly was -- she was, like -- I don't think she

24   meant it, but she was like, "How much money to make

25   this go away?"  But I wasn't after money, you know,

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23  Page 20 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED* WIS 10/23    Page 20 of 44    10/07/2022

Page 288

1    so...

2        Q.    So do you think that he should not have been

3    suspended after this incident?

4        A.    If they knew the truth, then yes.  But based

5    on what they knew, this one incident, it doesn't make

6    sense.  Suspend him all the other times he hit me prior

7    to this, but the one time I say he didn't do it, they

8    suspended him.  So that just doesn't add up to me or

9    make sense, personally.

10        Q.    But they had a -- they had a report of him

11    abusing you, and then they had this?

12        A.    Right.  So suspended him all the times that

13    it's clear -- like, that I've said he's hit me and that

14    I've said to Jeffrey Scott I want him to know that this

15    is not wrong -- that this is wrong and, you know, I

16    want -- I want him to know that.

17        Q.    Okay.

18        A.    So, I mean, I --

19        Q.    So you think he --

20        A.    -- asked for this months earlier than this --

21    from this situation.

22        Q.    So you think he should have been suspended in

23    April when you first reported it?

24        A.    I think he should have had a punishment

25    already back then, the first time, not the fifth

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23  Page 21 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED*WIS 10/23    Page 21 of 44    10/07/2022
Page 289

1    time -- fourth time.

2    Q.  **What do you think the punishment should have**

3    **been?**

4    A.  Well, you know what, one -- like, give it one

5    attempt, but the second time, you're done.  Like, one

6    time, like, some sort of punishment, whatever they

7    think is logical.  Have a good sit down.  Like, give

8    him some, like, seminars, like, you know, therapy,

9    whatever.  Try and get to the root of it.  And, you

10   know, if he does it again, then it needs to go to the

11   police; simple.

12   Q.  **Okay.  So with that theory, then he should not**

13   **have been suspended this time because you said he**

14   **didn't hurt you, but it should have been the next time**

15   **he hurt you and you report it; that's when he --**

16   A.  No, no.

17   Q.  **-- should have got suspended?**

18   A.  It should have -- this one is the fourth one,

19   so it should have happened at least the second or third

20   time that he hit me.

21   Q.  **But it's not the -- it's not the fourth time**

22   **you reported it to LSU, right?**

23   A.  It's definitely the third time.

24   Q.  **Okay.**

25   A.  2017, start of 2018, the one in the hood,

Case 3:21-cv-00242-WBV-SDJ   Document 473-3   10/13/23  Page 22 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED* 07/10/23    Page 22 of 44   10/07/2022
Page 296

 1    allow.  You know, I think that's -- that's where --

 2    that's the root of the issue.  You know, it's not

 3    blaming the girl.  It's not -- it's, you know, ████

 4    who, you know, abused me and multiple others for years,

 5    along with many other student athletes on the football

 6    team who did the same thing.  You know, I just think

 7    it's a culture issue.

 8         **Q.   Okay.  Now, next paragraph of the complaint,**

 9    **it's 535.  It says on or around August 16th, 2018, you**

10    **showed defendant Segar photographs of bruises and**

11    **scratches that  ████████  gave you and text messages**

12    **where he threatened to kill you and encouraged you to**

13    **kill yourself.**

14              **Do you remember that?**

15    A.    Correct.  Yes.

16         **Q.   Tell me about that meeting.**

17    A.    Yeah.  So basically, I just told her the

18    truth, so, like, that one incident -- the fourth

19    incident I -- you know, that I said nothing happened.

20    I just ripped the Band-Aid off, told the truth, showed,

21    you know, all the evidence.

22              And then if you scroll down, she told me to

23    file a police report so it's in the system so that if

24    it does happen again, that, you know, they're aware of

25    it.  So like AKA, the LSU PD situation, let's say that

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23  Page 23 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED* 10/13/23    Page 23 of 44    10/07/2022

Page 297

1    happened again.  It's already in the system that, you

2    know, there is a history of violence.  So that -- that

3    was what she's told me.  But once it got filed, there

4    was -- I didn't have a choice on pressing charges or

5    not.  It just -- it just sped off from there.

6         Q.   Okay.  Where did the two of you meet?  Do you

7    remember?

8         A.   Her office.

9         Q.   Was anyone else in the meeting?

10        A.   No.

11        Q.   Why did you decide at that point in time that

12   you wanted to tell the truth?

13        A.   I was probably just fed up with how I was

14   being treated and the fact the I put up with all of

15   this for so long and, you know, that I -- I did so much

16   to try and help him and fix it for him when, like, he

17   just didn't deserve it.

18             And, you know, it's just not acceptable to be

19   treated that way and nothing was working.  Like, it

20   wasn't stopping.  It was -- you know.  So I just -- I

21   guess I just kind of -- and then it just was getting

22   tough because I lied the one tied to the --

23   Jonathan Sanders and the LSU PD.  Like, I just couldn't

24   keep up -- I couldn't, you know, keep up with what I

25   had said and it was just getting a bit challenging.

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23    Page 24 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED*FILED 10/23    Page 24 of 44    10/07/2022
Page 299

1    that you did not tell the truth, that he did abuse you

2    that night.  Correct?

3        A.   Correct.

4        Q.   And you told her about the time when he

5    abandoned you in a bad neighborhood?

6        A.   I believe so.

7        Q.   Okay.  Did you tell her about anything else?

8    Any other incidents that you remember telling her

9    about?

10       A.   Not that I can recall.

11       Q.   Okay.  I'm going to show you Exhibit 9.

12       (Exhibit No. 9 was marked for identification.)

13   BY MS. WHITE:

14       Q.   Is this a document that you've seen before?

15       A.   No.

16       Q.   I'll let you take a minute to review that, and

17   I'll ask you a question about that.

18       A.   Yep.

19       Q.   Is this statement in this report accurate

20   based upon your recollection, sitting here today?

21       A.   Yeah, I wouldn't say I expressed an interest.

22   I probably asked a question regarding the restraining

23   order.  Other than that, yep.

24       Q.   Okay.  Did Miriam -- okay.  Never mind.

25            So during this time, this meeting with

1       Q.    So during this meeting, you said that you

2    shared some pictures that you had of the physical

3    ramifications, the physical injuries that you had

4    sustained at the hands of ███████████  Did you --

5       A.    Correct.

6       Q.    How did you provide those to her?

7       A.    I think I texted them to her during -- I

8    showed her during the meeting, and I think I texted

9    them to her after.

10       Q.    All right.  I'm going to show you Exhibit 10.

11       (Exhibit No. 10 was marked for identification.)

12       A.    Yeah -- well, you can't really see it.

13    BY MS. WHITE:

14       Q.    Yeah.  It's difficult because of the scanning

15    and the all that.

16       A.    So that was -- that was the night -- that was

17    the day he came over to mine, and that was April --

18    that was the fractured rib, that one.  And you can see

19    his hand but not, like, the coloring and stuff but --

20    yeah.

21       Q.    Okay.  So this one that we're looking at,

22    which is page 1, Bates stamp 1852, that's the day with

23    the fractured rib?

24       A.    Correct.

25       Q.    Do you remember when that picture was taken?

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23    Page 26 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED* 07/10/23    Page 26 of 44

10/07/2022
Page 311

1      Q.   Were you in Baton Rouge, or were you overseas?

2      A.   Baton Rouge.

3      Q.   Okay.  What do you mean by before you came the

4  second time?  What does that mean?

5      A.   Whenever he came over, I guess.

6      Q.   Okay.

7      A.   I don't know.

8      Q.   And you said, "I took it out on myself."  What

9  does that mean?

10     A.   That's the incident I was talking about.

11     Q.   You cut yourself?

12     A.   Yes.

13     Q.   Why were you super depressed?

14     A.   Well,  ████  was just absolutely awful to me.

15     Q.   Other than what we talked about today, was

16  there something else that he was doing that was awful

17  to you?

18     A.   Other than the physical, just the emotional

19  toll and emotional abuse.

20          MS. WHITE:  Give me just a second.

21          (Off-record discussion.)

22  BY MS. WHITE:

23     Q.   Let's go to the next page, page 4 of this

24  document.  Do you recognize this?

25     A.   Yeah.  That's the night I went over -- that's

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23   Page 27 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED*    Filed 10/10/23    Page 27 of 44    10/07/2022
Page 320

```
 1                    make sure that -- and we're going off the
 2                    record right now.
 3                         (Off-record discussion.)
 4                         MS. WHITE:  Back on the record.
 5               (Exhibit No. 12 was marked for identification.)
 6         BY MS. WHITE:
 7               Q.   I'm going to show you Exhibit 12.  This is an
 8         initial police report, and the date of the report is
 9         August 16, 2018 -- or the day it was reported.
10               Have you seen this before?
11               A.   Don't think so, no.
12               Q.   I'm sorry.  I didn't understand that.
13               A.   Don't think so, no.
14               Q.   All right.  Can you make it to where she --
15               A.   Oh, that's the officer, Michael Garguiolo.
16         That's him, the foreign last name.
17               Q.   Can you read that part, not out loud.  Just
18         read --
19               A.   I can read that section.
20               Q.   I'm just making sure you could see it good.
21               A.   Yeah.
22               Q.   Just take a look at that, and I have some
23         questions for you after you finish.
24               A.   Yep.
25               Q.   I'm going to have you look at page 2 as well.
```

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23  Page 28 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED* 09/10/23    Page 28 of 44  10/07/2022

Page 321

 1        It's just a couple of sentences.

 2        A.   Yep.

 3        Q.   Okay.  So to the best of your recollection, is

 4   this an accurate reflection of what you told the police

 5   on this day?

 6        A.   Yep.

 7        Q.   And you do remember meeting with Detective

 8   Garguiolo, however you say his name?

 9        A.   Yes.

10        Q.   Okay.  How were you -- how did you feel you

11   were treated by the police on this day?

12        A.   It was okay.  I mean, I -- definitely a little

13   awkward maybe because he was a male, maybe.  But, you

14   know, pretty direct and short.  Like, I feel like there

15   was no, you know, sympathy or kind of like soft side.

16   But, you know, job is the job, so...

17        Q.   Other than that, did you have any other

18   problems with how he conducted the interview?

19        A.   Not that I can recall.

20        Q.   And did you tell the truth to him on this day?

21        A.   Yes.

22        Q.   All right.  Just give me a second.

23             Do you remember talking to him about the text

24   message?  Remember, we talked earlier about the text

25   message that came from your phone to Mickey Joseph.

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23    Page 29 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED*    10/10/23    Page 29 of 44    12/02/2022
Page 328

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


ABBY OWENS, ET AL                CIVIL ACTION NO. 21-242

VERSUS
                                 JUDGE WENDY B. VITTER
LOUISIANA STATE
UNIVERSITY, ET AL                MAGISTRATE JUDGE JOHNSON


*** CONFIDENTIAL ***

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

TRANSCRIPT OF THE VIDEOCONFERENCE DEPOSITION OF:

JADE LEWIS, VOLUME II,

TAKEN ON BEHALF OF BOARD OF SUPERVISORS OF LOUISIANA

STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL

COLLEGE, REPORTED IN THE ABOVE ENTITLED AND NUMBERED

CAUSE BY YOLANDA J. PENA, CERTIFIED COURT REPORTER FOR

THE STATE OF LOUISIANA.

* * * * * * * * * * * * * * * * * * * * * * * * * * * *



COMMENCING AT 12:01 P.M., ON December 2, 2022.

# EXHIBIT A

1    Q.   Okay.  And did he ask you about the eye?

2    A.   Yeah.

3    Q.   What did you say?

4    A.   That I got hit by a tennis ball in my lesson.

5    Q.   Is that true?

6    A.   No.

7    Q.   What actually happened?

8    A.   ███████ hit me.

9    Q.   Why didn't you tell the truth?

10    A.   I just went through two whole entire cases.

11   I wasn't about to do another.  Like, I don't see why

12   him hitting me eight times should change the fact that

13   he hit me five times, like -- you know.

14    Q.   Okay.  And did you report that to the police?

15    A.   No.

16    Q.   Why not?

17    A.   Because I just went through two cases, like

18   the first arrest and the second arrest.  Again, he hit

19   me enough times, like I don't know why -- why I need

20   to, one, say more; and two, go through it again.

21    Q.   And he was expelled from the university at

22   this point in time, correct?

23    A.   Yeah.  He wasn't coming back to school.

24    Q.   Did you talk with Miriam about this?  Did she

25   call you and ask you about this?

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ     Document 473-3     10/13/23   Page 31 of 44
Case 3:21-cv-00242-WBV-SDJ     Document 373-3 *SEALED*  10/13/23     Page 31 of 44     12/02/2022

Page 366

```
 1          A.   Unsure.

 2          Q.   This says that this was reported by Miriam on

 3   September 29, 2019.

 4          A.   Uh-huh.

 5          Q.   Does that sound close in time to when you got

 6   the black eye?

 7          A.   Yes.

 8          Q.   Okay.  Have you ever seen this document

 9   before?

10          A.   No.

11          Q.   Did anyone contact you about this from the

12   university?

13          A.   I doubt it because I would have been way too

14   busy at this time.  If they did contact me, nothing --

15   like, nothing happened.  I was too busy.

16          Q.   Okay.  And then we already reviewed when you

17   had the incident with the softball player and you

18   talked with Miriam about that.  She also reported that.

19   We saw that in Exhibit 13 earlier this morning or

20   earlier this afternoon.

21               Do you remember that?

22          A.   Yep.

23          Q.   Okay.  So based upon all these documents we

24   just looked at, Miriam reported to the Title IX office

25   each incident that you know that she was aware of.  Is
```

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23    Page 32 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED* 07/10/23    Page 32 of 44    10/07/2022

Page 372

1          A.   Yeah, yeah.  I was about to say a month later

2     or like a couple weeks later (inaudible).  Yeah.

3          Q.   Okay.  All right.  So again, sorry, I need you

4     to review this one and just tell me if -- if this one

5     is accurate.  And there's a second page, so let us

6     know, and we'll change to the second page.

7          A.   Yeah.  Yeah.

8          Q.   Is this accurate?

9          A.   Yep.

10          Q.   Okay.  I want to show you another document,

11     Exhibit 19.

12     (Exhibit No. 19 was marked for identification.)

13     BY MS. WHITE:

14          Q.   Did you receive this letter?

15          A.   Yeah, I think so.

16              MS. WHITE:  And then 20.

17     (Exhibit No. 20 was marked for identification.)

18          A.   What was the date of that?

19     BY MS. WHITE:

20          Q.   Nineteen?

21          A.   Can you scroll up a little bit?

22          Q.   Yeah.  It's August 30, 2018.

23          A.   Yeah.

24          Q.   And then 20.  Date is July 18, 2019, and it's

25     about ▮▮▮▮ being expelled.

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23    Page 33 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED* 07/10/23    Page 33 of 44    10/07/2022
Page 387

 1    at least going, you know, quite competitively with them

 2    as well, so.

 3        Q.    Okay.  It says at the bottom here that you

 4    were beating players, before being sexually abused, who

 5    are now ranked top 100 in the world.  Can you tell me

 6    what you mean by that, about the sexually abused?

 7        A.    I think physically abused would be...

 8        Q.    So is that a typo or an inaccurate statement?

 9        A.    I mean, I guess "sexually abused" would be,

10    you know, like having to do stuff with ███ even

11    though I didn't want to.  But, you know, I know what's

12    going to happen if I say no, so I wouldn't say it's

13    inaccurate.

14        Q.    Okay.  Did you -- did you prepare this, or did

15    you talk with someone who prepared this document?

16        A.    Yeah, I helped prepare with it.

17        Q.    Okay.  Did you mean "sexually abused" when it

18    was prepared, or did you mean "physically abused"?

19        A.    I mean, both, I guess.

20        Q.    But you never reported sexual abuse to anyone

21    at LSU, correct?

22        A.    No.

23        Q.    All right.  Let's go to the next page.  It

24    says, "Forced to pay for ███████ food, his car,"

25    et cetera, or that you would get punished,

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23    Page 34 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED* WBS 0/23    Page 34 of 44    12/02/2022
Page 392

1    emails I got three years ago, especially during that

2    time.  So did I get it?  Maybe.  I'm not going to be

3    sitting here, saying like I absolutely didn't get it.

4                MS. WHITE:  My question was just that

5            does she have any evidence that she didn't get

6            it?

7                MS. WHITE:  No.

8    BY MS. WHITE:

9        Q.  All right.  And this is your email address,

10   jlew158@lsu.edu?

11       A.  Yeah.  We can just, like -- from onwards

12   emails, I think, like, that's my email address.

13               MS. TRUSZKOWSKI:  And again, I'm going

14           to object, Mary.  You're asking her to prove a

15           negative.  She can't prove that she didn't get

16           it.  So I'm not really sure what you're asking

17           her to say.  But go ahead.

18               MS. WHITE:  All right.  And I'm going to

19           object to the extent that your objections are

20           talking objections and are testifying.

21   BY MS. WHITE:

22       Q.  All right.  So let's -- we're going to move on

23   from this exhibit.  I do want to talk a little bit

24   about the effect that your sister's passing had on you.

25   And I know that that is a sensitive subject, but it's

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23  Page 35 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED*WIS10/23    Page 35 of 44    12/02/2022
Page 393

1    something that we have to go into.

2         Was her death unexpected?

3    A.    Yep.

4    Q.    What happened?  Do you know?

5    A.    She died of an overdose.  She took oxy, but it

6    was laced with fentanyl.

7    Q.    I'm sorry to hear that about your sister.

8         Tell me, how has that affected you mentally,

9    emotionally?

10   A.    I mean, it's quite tough because it's quite

11   lonely.  You know, like moving back to New Zealand

12   would have been easier to do it with a sibling.  So, I

13   mean, family dynamic.  You sit at dinner, there's three

14   people.

15   Q.    Did you seek mental health treatment after her

16   passing specifically for that?

17   A.    Not at the time, no.

18   Q.    When -- did you ever seek mental health

19   treatment for that specific purpose?

20   A.    Not, like, specifically, but it's, like,

21   within -- with my therapist now.

22   Q.    Okay.  So you're still working through that

23   with your therapist now?

24   A.    Yep.

25   Q.    Okay.  I want to look now at Exhibit 26.

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23    Page 36 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED* 07/10/23    Page 36 of 44
10/07/2022
Page 409

1          A.    No.  I don't think that's about █████

2          Q.    Okay.

3                MS. WHITE:  All right.  Thirty.

4     (Exhibit No. 30 was marked for identification.)

5          A.    Oh, maybe they thought it was me, but it's

6     not.

7     BY MS. WHITE:

8          Q.    And this one is not showing up too good on the

9     screen either.  Is that you?

10         A.    I think that's me.

11         Q.    Do you remember -- did you write those words?

12    I know you can't see them all.  Does that look familiar

13    to you?

14         A.    Yeah.  I think that's when he got arrested,

15    like, with another person, and I was just making fun of

16    it.  But I don't know who took a picture of that.

17         Q.    Who -- he got arrested for abusing someone

18    else?  Is that what you mean?

19         A.    Yes.

20         Q.    Who was that?

21         A.    ████████  [phonetic] ████████

22         Q.    Do you know when that was?

23         A.    2019, summer of 2019.

24         Q.    Did he go to jail for that?

25         A.    Yeah.

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23  Page 37 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED*    10/13/23    Page 37 of 44    12/02/2022
Page 421

```
 1                    MS. TRUSZKOWSKI:  No, that's perfect.
 2              There we go.  Thank you very much.
 3    BY MS. WHITE:
 4         Q.   Okay.  That's all I have on that document.
 5              About your educational background, where did
 6    you go to high school?
 7         A.   Laurel Springs online.
 8         Q.   For the entire four years?
 9         A.   Three out of the four.
10         Q.   Okay.  What about the other year?
11         A.   Heritage Academy in Hilton Head Island.
12         Q.   Okay.  Was that your senior year?
13         A.   Freshman year.  And then I went online.
14         Q.   Okay.
15                    MS. WHITE:  I think someone needs to put
16              their mute on.  Elizabeth, do you have your
17              mute on?
18                    MS. ABDNOUR:  I was talking to my dog.
19              I'm sorry.
20                    MS. WHITE:  Okay.  No problem.  I just
21              kept getting feedback.
22    BY MS. WHITE:
23         Q.   All right.  And so is LSU the only university
24    you've attended?
25         A.   Yep.
```

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23   Page 38 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED* 10/23    Page 38 of 44    12/02/2022

Page 422

```
 1          Q.   So why did you start in the spring?

 2          A.   I was still playing, like, tournaments and

 3    stuff, and I was quite young.  I just turned 18, so I

 4    would have been like only -- I would have been 17

 5    freshman year and, like, not even close to turning 18.

 6          Q.   And you've graduated, correct?

 7          A.   Correct.

 8          Q.   Which degree did you get?

 9          A.   Sports admin with a business minor.

10          Q.   Have you attended any graduate school?

11          A.   No.

12          Q.   Do you have plans to do so?

13          A.   Not at the moment.

14          Q.   All right.  And I have for your employment

15    history, you worked for the SEED Foundation the summer

16    of 2017 to February '18.  Is that correct?

17          A.   No.

18          Q.   Okay.  What is correct?

19          A.   2017.  I didn't work in 2017.

20               THE REPORTER:  I'm sorry.  Can you

21          repeat that?

22          A.   I didn't work in 2017.  Like, I was playing

23    full-time tennis.

24    BY MS. WHITE:

25          Q.   Okay.  What did you do for the SEED
```

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23   Page 39 of 44    10/07/2022
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED* 07/10/23    Page 39 of 44
Page 447

```
 1          Q.    Okay.  What about since -- since graduating
 2    from LSU?  Have you used drugs since then?
 3          A.    Just the overdose.
 4          Q.    Did you tell ████ you love him during y'all's
 5    relationship?
 6          A.    Yep.
 7          Q.    Did he tell you that he loved you?
 8          A.    Yep.
 9          Q.    And when was the last time that he told you he
10    loved you?
11          A.    Couldn't tell you.
12          Q.    Was it in 2020 sometime?
13          A.    Maybe.
14          Q.    And when was -- do you know when the last time
15    you told him you loved him was?
16          A.    No.
17          Q.    Would that have been sometime in 2020?
18          A.    Probably.
19          Q.    You mentioned that he was arrested again in
20    2019.  I think you talked at the last deposition about
21    there being a time period during which you and ████
22    were seeing each other again after he was released to
23    his aunt's house and that y'all continued seeing each
24    other there after.  But are you now saying there was a
25    time period y'all didn't see each other because he was
```

**EXHIBIT A**

1    Q.    Like, you should see him again whenever he got

2    out of jail?

3        A.    Yeah, just crap like that.

4        Q.    And you had hashtag "prison wife."  Were you

5    referring to yourself as a prison wife?

6        A.    Yeah, I was just making fun of it.

7        Q.    When we were looking at Exhibit 17, there was

8    a mention in that exhibit of maybe -- if you need to

9    see it, we can pull it back up, hopefully.  But there

10    was a mention in there about you not getting along with

11    your parents and your sister.

12            Do you recall what that was referring to?

13        A.    Yeah.  I would have just been like -- in the

14    time, like when I went back to LSU, and then things

15    with ▇▇▇▇ like things weren't pretty.

16        Q.    And so what -- what problems were you having

17    with your sister in particular?  We'll start with her.

18        A.    Well, like my sister was spending a lot of

19    time with my parents, so my parents weren't, like, on

20    best terms with me.  So then she just kind of gets fed

21    whatever they're saying.

22        Q.    And so what were the reasons you weren't on

23    best terms with your parents at that time?

24        A.    I mean, everything with ▇▇▇▇ I guess.  Like,

25    the fact that I would see him more, you know, that I

## EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ   Document 473-3   10/13/23   Page 41 of 44
Case 3:21-cv-00242-WBV-SDJ   Document 373-3 *SEALED* 07/10/23   Page 41 of 44   10/07/2022

Page 450

1    would get abused this -- X amount of times and wouldn't

2    leave or -- you know, and that I'm back at LSU and,

3    like, the wrong hands.  Just things like that.

**4**    **Q.  Did they ever seek to do any kind of**

**5**    **intervention to get you away from** █████

6    A.  Not like a sit-down.  I mean, they would make

7    comments and stuff.

**8**    **Q.  Did they urge you to seek any mental health**

**9**    **care or anything to get out of the relationship with**

**10**    █████

11    A.  I didn't really see them that often.  Like, I

12    was at LSU, and they were away.  They were at LSU for a

13    period of time, but I wouldn't see them much.  And if I

14    did, I would be with a friend, so.

**15**    **Q.  How often did you talk to your parents during**

**16**    **that time while you were with** █████ **at LSU?**

17    A.  We weren't -- I don't know.  Just depends if

18    we were fighting or not.

**19**    **Q.  Did -- so is there anything that they did,**

**20**    **other than just talking to you, to express their**

**21**    **disappointment in you being with** █████ **Is there**

**22**    **anything else they did to try and get you out of the**

**23**    **relationship with** █████

24    A.  Try to, like, ask me to go to a different

25    school or, you know, things like that.

# EXHIBIT A

Case 3:21-cv-00242-WBV-SDJ   Document 473-3   10/13/23   Page 42 of 44
Case 3:21-cv-00242-WBV-SDJ   Document 373-3 *SEALED* 07/10/23   Page 42 of 44   10/07/2022

Page 451

1      Q.   Nothing else?

2      A.   Not that I can recall.

3      Q.   When you were being questioned about

4  Exhibit 20, you made a comment -- I think that was the

5  one -- the letter that you received saying that ███████

6  was expelled from the university.  You made a comment

7  that he continued to go on LSU property.  Is that

8  right?

9      A.   Yes.

10      Q.   Did you ever report that to anyone at the

11  university?

12      A.   No.

13      Q.   Why not?

14      A.   I guess I just wouldn't have read the letter,

15  like, that clear, you know.

16      Q.   And you were still seeing him sexually, too,

17  correct?

18      A.   Correct.

19      Q.   Do you know whether ██████████ resigned from

20  LSU shortly after his arrest?

21      A.   Oh, yes.  Supposedly his lawyer resigned him

22  or something.

23      Q.   And do you know whether he ever reenrolled at

24  LSU?

25      A.   No idea.

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23   Page 43 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED* 07/10/23    Page 43 of 44    10/07/2022
Page 453

1    message from Mickey Joseph in your possession.  How

2    would you have gotten that text message?

3        A.   I don't think I said that.

4        Q.   Okay.  So you don't think you have a text

5    message from Mickey Joseph saying that you -- people

6    needed to stay away from you?

7        A.   No.

8        Q.   Did ██████ tell you that Mickey Joseph had told

9    him anything about that?

10       A.   No.

11       Q.   And do you know what the date was of the

12   alleged discussion with Julia and Mike Sell when they

13   supposedly said that teammates needed to stay away from

14   you?

15       A.   Like, a couple days after the arrest -- first

16   arrest in 2018, August.

17       Q.   And your only source of that information is

18   just what somebody told you, right?

19       A.   What the teammates told me, yes.

20       Q.   When you were being questioned about exhibit

21   15, I can't remember exactly what it was.  I think it

22   was communication with Jonathan Sanders, maybe.  That

23   was in the fall of 2019.  You mentioned that if the

24   Title IX office has called you to talk, you would have

25   been too busy.  What was happening then that you would

**EXHIBIT A**

Case 3:21-cv-00242-WBV-SDJ    Document 473-3    10/13/23  Page 44 of 44
Case 3:21-cv-00242-WBV-SDJ    Document 373-3 *SEALED* 10/13/23    Page 44 of 44    12/02/2022

Page 454

1    have been too busy to talk to them?

2          A.   My sister died.

3          Q.   Okay.  And so you can't say whether or not

4    they called you at that time, correct, or reached out

5    to you?

6          A.   No.

7          Q.   And then lastly, I think you -- did I hear you

8    say that you worked at the mall for one day?

9          A.   Yeah.

10          Q.   Why did you only work one day?

11          A.   I lost my Gucci belt at the airport, so I

12    worked one day to make the money up to go buy it again.

13          Q.   And did you tell the employer that's -- that

14    you were going to quit after a day, and you just --

15          A.   Yeah.  It was just, like -- it was just

16    seasonal.  I think I did like no more than two days

17    there.  That was it.  It was, like, some ugly Jewelry

18    store in the mall.

19                    MS. FURR:  That's all I have.  Thank

20              you.

21                    MS. TRUSZKOWSKI:  Does anyone else have

22              any questions?

23                    MR. LARGE:  Yeah.  This is

24              William Large.  I have no questions.

25                    MS. TRUSZKOWSKI:  Thank you, William.

# EXHIBIT A