CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# LSU Police Department
# Initial Report Form

## Case Number:
## 20180816-015

| Begin Incident Date / Time: | End Incident Date / Time: | Date Reported: | Officer: |
|---|---|---|---|
| 6/16/2018  4:39:00PM | 8/16/2018  4:39:00PM | 8/16/2018  4:39:07PM | Garguiolo, Michael U2008 |

**Address:**
ABO

**COMPLAINANT**     MIRIAM  SEGAR

**Offense:**

| | |
|---|---|
| LRS 14:34.1 | SECOND DEGREE BATTERY |
| LRS 14:34.9 | Battery of a Dating Partner |
| LRS 14:79 | VIOLATION OF PROTECTIVE ORDERS |

**Narrative:**
20180816-015
Second degree battery
On August 16, 2018, I, Detective Garguiolo of the Louisiana State University Police Department met with an LSU Official to collect information relevant to a battery of a dating partner case. The Official explained that she has had four incidents brought to her attention which had occurred between two LSU Students from April to August of 2018.

I then contacted the female victim in the case who explained that she had been dating the suspect, ▮Redacted▮ ▮▮▮, since January of 2017 and they had broken up last Friday (8-10-2018). The victim explained that during the course of their relationship she was attacked by ▮▮▮ on four different occasions.

The first incident occurred in May of 2017 at ▮▮▮' house. The victim went to ▮▮▮ house to get some personal items she had left there. Due to the victim asking for these items back ▮▮▮ became angry and punched the victim in the stomach.

The second incident occurred in April of 2018 at the victim's apartment on the LSU campus. ▮▮▮ became upset about the victim being out with friends, due to this he punched her in the left side of her stomach. The victim explained that a medical staff evaluated her and realized that a rib on her left side was fractured. Any activity that the victim preformed caused her pain. The victim provided a photograph of the bruise mark taken after she was punched in the stomach. The marking in the picture is on her left side, it appears as if individual finger marks of the suspect is visible in the bruising. The victim explained that she had a medical official at LSU evaluate her injury.

The third incident occurred in ▮▮▮' vehicle. ▮▮▮ was upset with the victim for waving at a friend. ▮▮▮ drove the victim to an area on Perkins road and threw her phone out the window. As the victim exited the vehicle ▮▮▮ attempted to abandon her, ▮▮▮ then drove back and the victim reentered the vehicle. Upon her reentry into the vehicle ▮▮▮ strangled the victim.

The fourth incident occurred in June of 2018 at the victim's LSU apartment. ▮▮▮ was upset about a text message conversation and thus went to the victim's apartment, he entered using a key the victim had given him. Once entering the victim's room he strangled her, punched her in the stomach, and grabbed her ear which caused her earing to be pulled from her ear; bleeding from the ear ensued. The victim provided pictures of the

(Initial Version)
Date Printed:
11/20/2020


EXHIBIT
12

EXHIBIT A

Case Number: 20180816-015
Page 1 of 2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# LSU Police Department
# Initial Report Form

bruise marks around her neck after the strangulation. In the pictures bruising could be viewed, pictures taken later could show heavier bruising. The victim's roommate had to apply makeup to hide the bruises. The victim provided text message conversations between her and ███ These messages show that ███ has threatened the victim with violence and he even texted that "I might kill you".

An arrest warrant was issued and Mr. ███ was arrested and taken into Police custody on  8-17-2018.

At this time the case is pending.

(Initial Version)
Date Printed:
11/20/2020

Case Number: 20180816-015
Page 2 of 2

# EXHIBIT A

BOS-002098

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | **LSU POLICE<br>DEPARTMENT**<br><br>**INCIDENT REPORT** | ORI # ▮▮▮ |
|---|---|---|

### ADMINISTRATIVE INFORMATION

| REPORT DATE<br>08/16/2018 4:39:07<br>( | INCIDENT START DATE<br>06/16/2018 4:39:00<br>PM | DOW<br>7 | INCIDENT END DATE<br>08/16/2018 4:39:00<br>PM | INCIDENT DESCRIPTION<br>Battery |
|---|---|---|---|---|

| LOCATION OF INCIDENT<br>ABO  BATON ROUGE LA | OFFENSE TRACT<br>ON CAMPUS | CASE STATUS<br>CLEARED |
|---|---|---|

| EVIDENCE<br>COLLECTED ☐ | WEATHER | TEMP | LIGHTING | EXCEPTIONAL CLEARANCE | EXC CL DATE |
|---|---|---|---|---|---|

### OFFENSE INFORMATION

| STATUTE CODE<br>14:34.1 | STATUTE DESCRIPTION<br>SECOND DEGREE BATTERY | | TYPE OF WEAPON USED<br>NONE |
|---|---|---|---|

| UNITS<br>ENTERED | FORCED ENTRY ☐ | COMPUTER USE ☐ | ALCOHOL USE ☐ | DRUG USE ☐ | SECURITY TYPE | COUNTS<br>1 | COMPLETED ☑ | ▮M |
|---|---|---|---|---|---|---|---|---|

| LOCATION TYPE<br>GOVERNMENT/PUBLIC BUILDING | BIAS MOTIVATION<br>NONE | CRIMINAL ACTIVITY<br>NO GANG INVOLVEMENT |
|---|---|---|

| STATUTE CODE<br>14:34.9 | STATUTE DESCRIPTION<br>Battery of a Dating Partner | | TYPE OF WEAPON USED<br>NONE |
|---|---|---|---|

| UNITS<br>ENTERED | FORCED ENTRY ☐ | COMPUTER USE ☐ | ALCOHOL USE ☐ | DRUG USE ☐ | SECURITY TYPE | COUNTS<br>3 | COMPLETED ☑ | ▮M<br>M |
|---|---|---|---|---|---|---|---|---|

| LOCATION TYPE<br>RESIDENCE/HOME | BIAS MOTIVATION<br>NONE | CRIMINAL ACTIVITY<br>NO GANG INVOLVEMENT |
|---|---|---|

### VICTIM INFORMATION

| VIC#<br>1 | SAME AS<br>COMPLAINANT ☐ | NAME (LAST, FIRST MIDDLE)<br>LEWIS JADE M | HOME # | CELL #<br>843-295-8876 | WORK # |
|---|---|---|---|---|---|

| ADDRESS ▮▮▮ | EMAIL |
|---|---|

| DOB<br>▮▮1998 | AGE<br>19 | TO AGE | SEX<br>▮ | RACE<br>W | ETHNICITY<br>N | RESIDENT STATUS<br>RESIDENT | HEIGHT<br>507 | WEIGHT<br>130 |
|---|---|---|---|---|---|---|---|---|

| EYE COLOR<br>BLUE | HAIR COLOR<br>BLONDE OR | SSN<br>Redacted 3813 | OLN # ▮▮▮ | OLN STATE<br>SC |
|---|---|---|---|---|

| SCARS/MARKS/TATTOOS |
|---|

| EMPLOYER/SCHOOL<br>LSU | OCCUPATION<br>STUDENT | ADDRESS<br>WEST CAMPUS APARTMENTS 409B BATON ROUGE |
|---|---|---|

| TYPE OF VICTIM<br>PERSON/INDIVIDUAL (NOT A | AGGRAVATED ASSAULT CIRCUM<br>LOVERS | JUST HOM CIRCUM | STATEMENT ☐ | DOMESTIC ☑ |
|---|---|---|---|---|

| INJURY TYPE | | RELATIONSHIP TO OFFENDER 1-10 | | Offenses Involved 1-10 | |
|---|---|---|---|---|---|
| ☐ None | ☐ Unconscious | 1: BG | 6: | 1: 13A | 6: |
| ☐ Minor | ☐ Lacerations | 2: | 7: | 2: 13A | 7: |
| ☐ Internal | ☑ Bones | 3: | 8: | 3: 90Z | 8: |
| ☐ Teeth | ☑ Other | 4: . | 9: | 4: | 9: |
| | | 5: | 10: | 5: | 10: |

### COMPLAINANT INFORMATION

| NAME (LAST, FIRST MIDDLE)<br>SEGAR, MIRIAM | HOME #<br>225-767-6126 | CELL #<br>225-936-8538 | WORK #<br>225-578-5785 | STATEMENT ☐ |
|---|---|---|---|---|

| ADDRESS ▮▮▮ | EMAIL |
|---|---|

| DOB<br>▮▮972 | AGE<br>46 | SEX<br>F | RACE<br>W | ETHNICITY<br>N | RESIDENT STATUS<br>NON-RESIDENT | OLN #<br>5423137 | OLN STATE<br>LA |
|---|---|---|---|---|---|---|---|

### OFFICER INFORMATION

| REPORTING OFFICER<br>G▮uiolo, Michael<br>U2008 | REVIEWING OFFICER | APPROVING OFFICER |
|---|---|---|

# EXHIBIT A

BOS-002099

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | | **LSU POLICE<br>DEPARTMENT**<br>**INCIDENT REPORT**<br>OTHER PERSONS INVOLVED | ORI # | Redacted |

| INVOLVEMENT TYPE<br>WITNESS | NAME (LAST, FIRST MIDDLE)<br>Redacted , Redacted | | HOME # | CELL #<br>Redacted | WORK # |
| ADDRESS<br>Redacted | | | | EMAIL | |

| DOB<br>Redacted | AGE<br>28 | TO AGE | SEX<br>F | RACE<br>W | | | ETHNICITY<br>N | HEIGHT | WEIGHT |
| EYE COLOR | | HAIR COLOR | | SSN | OLN #<br>Redacted | | | OLN STATE | |
| SCARS/MARKS/TATTOOS | | | | | | | | STATEMENT ☐ | |

| INVOLVEMENT TYPE<br>WITNESS | NAME (LAST, FIRST MIDDLE)<br>Redacted , | | HOME # | CELL #<br>Redacted | WORK # |
| ADDRESS<br>Redacted | | | | EMAIL | |

| DOB<br>Redacted | AGE<br>19 | TO AGE | SEX<br>F | RACE<br>W | | | ETHNICITY<br>N | HEIGHT | WEIGHT |
| EYE COLOR | | HAIR COLOR | | SSN | OLN #<br>Redacted | | | OLN STATE<br>LA | |
| SCARS/MARKS/TATTOOS | | | | | | | | STATEMENT ☐ | |

| INVOLVEMENT TYPE<br>WITNESS | NAME (LAST, FIRST MIDDLE)<br>, | | HOME # | CELL #<br>Redacted | WORK # |
| ADDRESS<br>Redacted | | | | EMAIL | |

| DOB<br>Redacted | AGE<br>20 | TO AGE | SEX<br>M | RACE<br>W | | | ETHNICITY<br>N | HEIGHT<br>602 | WEIGHT<br>215 |
| EYE COLOR | | HAIR COLOR | | SSN | OLN #<br>Redacted | | | OLN STATE<br>LA | |
| SCARS/MARKS/TATTOOS | | | | | | | | STATEMENT ☐ | |

| INVOLVEMENT TYPE<br>WITNESS | NAME (LAST, FIRST MIDDLE)<br>JOSEPH, Mickey | | HOME # | CELL # | WORK # |
| ADDRESS<br>LA | | | | EMAIL | |

| DOB | AGE<br>00 | TO AGE | SEX<br>M | RACE<br>B | | | ETHNICITY<br>N | HEIGHT | WEIGHT<br>0 |
| EYE COLOR | | HAIR COLOR | | SSN | OLN # | | | OLN STATE<br>LA | |
| SCARS/MARKS/TATTOOS | | | | | | | | STATEMENT ☐ | |

| INVOLVEMENT TYPE<br>WITNESS | NAME (LAST, FIRST MIDDLE)<br>sell, julia | | HOME # | CELL # | WORK # |
| ADDRESS<br>LA | | | | EMAIL | |

| DOB | AGE | TO AGE | SEX | RACE | | | ETHNICITY | HEIGHT | WEIGHT |
| EYE COLOR | | HAIR COLOR | | SSN | OLN # | | | OLN STATE | |
| SCARS/MARKS/TATTOOS | | | | | | | | STATEMENT ☐ | |

**EXHIBIT A**

BOS-002100

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>OTHER PERSONS INVOLVED | ORI # |
|---|---|---|

| INVOLVEMENT TYPE<br>WITNESS | NAME (LAST, FIRST MIDDLE)<br>Sell, Mike | | HOME # | CELL # | WORK # |
|---|---|---|---|---|---|
| ADDRESS<br>LA | | | | EMAIL | |

| DOB | AGE | TO AGE | SEX | RACE | | ETHNICITY | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|---|---|
| EYE COLOR | | HAIR COLOR | | SSN | OLN # | | | OLN STATE |
| SCARS/MARKS/TATTOOS | | | | | | | | STATEMENT ☐ |

| INVOLVEMENT TYPE<br>WITNESS | NAME (LAST, FIRST MIDDLE)<br>DUDLEY, KASEN REA | | HOME # | CELL #<br>225-364-1330 | WORK # |
|---|---|---|---|---|---|
| ADDRESS | | | | EMAIL | |

| DOB<br>1990 | AGE<br>27 | TO AGE | SEX<br>M | RACE<br>W | | ETHNICITY<br>N | HEIGHT<br>600 | WEIGHT<br>168 |
|---|---|---|---|---|---|---|---|---|
| EYE COLOR<br>BROWN | | HAIR COLOR<br>BROWN | | SSN<br>Redacted-9986 | | | | OLN STATE<br>HI |
| SCARS/MARKS/TATTOOS | | | | | | | | STATEMENT ☐ |

| INVOLVEMENT TYPE<br>WITNESS | NAME (LAST, FIRST MIDDLE)<br>winder, carey | | HOME # | CELL # | WORK # |
|---|---|---|---|---|---|
| ADDRESS<br>LA | | | | EMAIL | |

| DOB | AGE | TO AGE | SEX | RACE | | ETHNICITY | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|---|---|
| EYE COLOR | | HAIR COLOR | | SSN | OLN # | | | OLN STATE |
| SCARS/MARKS/TATTOOS | | | | | | | | STATEMENT ☐ |

| INVOLVEMENT TYPE<br>WITNESS | NAME (LAST, FIRST MIDDLE)<br>White, Donovan | | HOME # | CELL # | WORK # |
|---|---|---|---|---|---|
| ADDRESS<br>LA | | | | EMAIL | |

| DOB | AGE | TO AGE | SEX | RACE | | ETHNICITY | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|---|---|
| EYE COLOR | | HAIR COLOR | | SSN | OLN # | | | OLN STATE |
| SCARS/MARKS/TATTOOS | | | | | | | | STATEMENT ☐ |

| INVOLVEMENT TYPE<br>WITNESS | NAME (LAST, FIRST MIDDLE)<br>Collins, Micki | | HOME # | CELL # | WORK # |
|---|---|---|---|---|---|
| ADDRESS<br>LA | | | | EMAIL | |

| DOB | AGE | TO AGE | SEX | RACE | | ETHNICITY | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|---|---|
| EYE COLOR | | HAIR COLOR | | SSN | OLN # | | | OLN STATE |
| SCARS/MARKS/TATTOOS | | | | | | | | STATEMENT ☐ |

11/20/2020 8:47:15 AM    Page 3 of 44

**EXHIBIT A**

BOS-002101

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | **LSU POLICE DEPARTMENT**<br>**INCIDENT REPORT**<br>OTHER PERSONS INVOLVED | ORI # ▮▮▮▮ |
|---|---|---|

| INVOLVEMENT TYPE<br>WITNESS | NAME (LAST, FIRST MIDDLE) | | HOME # | CELL #<br>Redacted | WORK # |
|---|---|---|---|---|---|
| ADDRESS  Redacted | | | | EMAIL | |

| DOB<br>Redacted | AGE<br>18 | TO AGE | SEX<br>F | RACE<br>W | | ETHNICITY<br>N | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|---|---|

| EYE COLOR | HAIR COLOR | SSN | OLN #   Redacted | OLN STATE |
|---|---|---|---|---|

| SCARS/MARKS/TATTOOS | STATEMENT ☐ |
|---|---|

| INVOLVEMENT TYPE | NAME (LAST, FIRST MIDDLE) | | HOME # | CELL # | WORK # |
|---|---|---|---|---|---|
| ADDRESS | | | | EMAIL | |

| DOB | AGE | TO AGE | SEX | RACE | | ETHNICITY | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|---|---|

| EYE COLOR | HAIR COLOR | SSN | OLN # | OLN STATE |
|---|---|---|---|---|

| SCARS/MARKS/TATTOOS | STATEMENT ☐ |
|---|---|

| INVOLVEMENT TYPE | NAME (LAST, FIRST MIDDLE) | | HOME # | CELL # | WORK # |
|---|---|---|---|---|---|
| ADDRESS | | | | EMAIL | |

| DOB | AGE | TO AGE | SEX | RACE | | ETHNICITY | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|---|---|

| EYE COLOR | HAIR COLOR | SSN | OLN # | OLN STATE |
|---|---|---|---|---|

| SCARS/MARKS/TATTOOS | STATEMENT ☐ |
|---|---|

| INVOLVEMENT TYPE | NAME (LAST, FIRST MIDDLE) | | HOME # | CELL # | WORK # |
|---|---|---|---|---|---|
| ADDRESS | | | | EMAIL | |

| DOB | AGE | TO AGE | SEX | RACE | | ETHNICITY | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|---|---|

| EYE COLOR | HAIR COLOR | SSN | OLN # | OLN STATE |
|---|---|---|---|---|

| SCARS/MARKS/TATTOOS | STATEMENT ☐ |
|---|---|

| INVOLVEMENT TYPE | NAME (LAST, FIRST MIDDLE) | | HOME # | CELL # | WORK # |
|---|---|---|---|---|---|
| ADDRESS | | | | EMAIL | |

| DOB | AGE | TO AGE | SEX | RACE | | ETHNICITY | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|---|---|

| EYE COLOR | HAIR COLOR | SSN | OLN # | OLN STATE |
|---|---|---|---|---|

| SCARS/MARKS/TATTOOS | STATEMENT ☐ |
|---|---|

**EXHIBIT A**

BOS-002102

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>SUSPECTS INFORMATION | | ORI # | |
|---|---|---|---|---|

| SUSPECT #<br>1 | NAME (LAST, FIRST MIDDLE)<br>Redacted | | | DOB<br>Redacted | AGE<br>21 | TO AGE |

| ADDRESS<br>Redacted | | | OLN #<br>Redacted | | OLN STATE |

| HOME # | CELL #<br>Redacted | WORK # | SSN | ETHNICITY<br>N | SEX<br>M | RACE<br>B | HEIGHT<br>606 |
|---|---|---|---|---|---|---|---|
| WEIGHT<br>220 | HAIR COLOR<br>BROWN | HAIR STYLE | HAIR LENGTH | EYE COLOR<br>BROWN | GLASSES ☐ | BUILD | COMPLEXION |
| SCARS, MARKS, TATTOOS | | | FACIAL HAIR | | TEETH | SPEECH/VOICE | |
| CLOTHING | | | | | | | |
| DOMINANT HAND | | RESIDENTIAL STATUS<br>NON-RESIDENT | | WEAPON TYPE | | | |

| OFFENSES INVOLVED 1-10 | | | | |
|---|---|---|---|---|
| 1  13B | 2  90Z | 3  13A | 4  90Z | 5 |
| 6 | 7 | 8 | 9 | 10 |

| SUSPECT # | NAME (LAST, FIRST MIDDLE) | | | DOB | AGE | TO AGE |
|---|---|---|---|---|---|---|

| ADDRESS | | | OLN # | | OLN STATE |

| HOME # | CELL # | WORK # | SSN | ETHNICITY | SEX | RACE | HEIGHT |
|---|---|---|---|---|---|---|---|
| WEIGHT | HAIR COLOR | HAIR STYLE | HAIR LENGTH | EYE COLOR | GLASSES ☐ | BUILD | COMPLEXION |
| SCARS, MARKS, TATTOOS | | | FACIAL HAIR | | TEETH | SPEECH/VOICE | |
| CLOTHING | | | | | | | |
| DOMINANT HAND | | RESIDENTIAL STATUS | | WEAPON TYPE | | | |

| OFFENSES INVOLVED 1-10 | | | | |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 |

11/20/2020  8:47:15 AM     Page 5  of 44

# EXHIBIT A

BOS-002103

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>ADDITIONAL OFFENSES | ORI # |
|---|---|---|

| STATUTE CODE<br>14:79 | STATUTE DESCRIPTION<br>VIOLATION OF PROTECTIVE ORDERS | | | | | TYPE OF WEAPON USED | | |
|---|---|---|---|---|---|---|---|---|
| UNITS<br>ENTERED ____ | FORCED ENTRY ☐ | COMPUTER USE ☐ | ALCOHOL USE ☐ | DRUG USE ☐ | SECURITY TYPE | COUNTS<br>3 | COMPLETED ☑ | F/M<br>M |
| LOCATION TYPE<br>RESIDENCE/HOME | | BIAS MOTIVATION<br>NONE | | | | CRIMINAL ACTIVITY | | |

| STATUTE CODE | STATUTE DESCRIPTION | | | | | TYPE OF WEAPON USED | | |
|---|---|---|---|---|---|---|---|---|
| UNITS<br>ENTERED ____ | FORCED ENTRY ☐ | COMPUTER USE ☐ | ALCOHOL USE ☐ | DRUG USE ☐ | SECURITY TYPE | COUNTS | COMPLETED ☐ | F/M |
| LOCATION TYPE | | BIAS MOTIVATION | | | | CRIMINAL ACTIVITY | | |

| STATUTE CODE | STATUTE DESCRIPTION | | | | | TYPE OF WEAPON USED | | |
|---|---|---|---|---|---|---|---|---|
| UNITS<br>ENTERED ____ | FORCED ENTRY ☐ | COMPUTER USE ☐ | ALCOHOL USE ☐ | DRUG USE ☐ | SECURITY TYPE | COUNTS | COMPLETED ☐ | F/M |
| LOCATION TYPE | | BIAS MOTIVATION | | | | CRIMINAL ACTIVITY | | |

| STATUTE CODE | STATUTE DESCRIPTION | | | | | TYPE OF WEAPON USED | | |
|---|---|---|---|---|---|---|---|---|
| UNITS<br>ENTERED ____ | FORCED ENTRY ☐ | COMPUTER USE ☐ | ALCOHOL USE ☐ | DRUG USE ☐ | SECURITY TYPE | COUNTS | COMPLETED ☐ | F/M |
| LOCATION TYPE | | BIAS MOTIVATION | | | | CRIMINAL ACTIVITY | | |

| STATUTE CODE | STATUTE DESCRIPTION | | | | | TYPE OF WEAPON USED | | |
|---|---|---|---|---|---|---|---|---|
| UNITS<br>ENTERED ____ | FORCED ENTRY ☐ | COMPUTER USE ☐ | ALCOHOL USE ☐ | DRUG USE ☐ | SECURITY TYPE | COUNTS | COMPLETED ☐ | F/M |
| LOCATION TYPE | | BIAS MOTIVATION | | | | CRIMINAL ACTIVITY | | |

| STATUTE CODE | STATUTE DESCRIPTION | | | | | TYPE OF WEAPON USED | | |
|---|---|---|---|---|---|---|---|---|
| UNITS<br>ENTERED ____ | FORCED ENTRY ☐ | COMPUTER USE ☐ | ALCOHOL USE ☐ | DRUG USE ☐ | SECURITY TYPE | COUNTS | COMPLETED ☐ | F/M |
| LOCATION TYPE | | BIAS MOTIVATION | | | | CRIMINAL ACTIVITY | | |

| STATUTE CODE | STATUTE DESCRIPTION | | | | | TYPE OF WEAPON USED | | |
|---|---|---|---|---|---|---|---|---|
| UNITS<br>ENTERED ____ | FORCED ENTRY ☐ | COMPUTER USE ☐ | ALCOHOL USE ☐ | DRUG USE ☐ | SECURITY TYPE | COUNTS | COMPLETED ☐ | F/M |
| LOCATION TYPE | | BIAS MOTIVATION | | | | CRIMINAL ACTIVITY | | |

| STATUTE CODE | STATUTE DESCRIPTION | | | | | TYPE OF WEAPON USED | | |
|---|---|---|---|---|---|---|---|---|
| UNITS<br>ENTERED ____ | FORCED ENTRY ☐ | COMPUTER USE ☐ | ALCOHOL USE ☐ | DRUG USE ☐ | SECURITY TYPE | COUNTS | COMPLETED ☐ | F/M |
| LOCATION TYPE | | BIAS MOTIVATION | | | | CRIMINAL ACTIVITY | | |

11/20/2020 8:47:15 AM    Page 6    of 44

# EXHIBIT A

BOS-002104

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | **LSU POLICE<br>DEPARTMENT**<br>**INCIDENT REPORT**<br>NARRATIVE | ORI # ▬▬▬▬▬ |
|---|---|---|
| | NARRATIVE | ☐ JUVENILE |

NARRATIVE TITLE: Narrative From CAD

NARRATIVE:
Complaint Type: NONCRIM INFO - NONCRIMINAL INFORMATION ONLY
Caller Name:
Officer ID: U-2008, Officer Name: GARGUIOLO MICHAEL

[8/16/2018 4:39:07 PM : pos2 : carmack]
Cross streets: NICHOLSON DR/S CAMPUS DR
Landmark: PUBLIC SAFETY
Place Comment: UNIVERSITY PUBLIC SAFETY BLDG
Landmark Comment: 211 S STADIUM RD

**EXHIBIT A**

BOS-002105

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | **LSU POLICE<br>DEPARTMENT**<br>INCIDENT REPORT<br>NARRATIVE | ORI # |
|---|---|---|
| | NARRATIVE | ☐ JUVENILE |

NARRATIVE TITLE:  SUMMARY

NARRATIVE:
20180816-015
Second degree battery
On August 16, 2018, Louisiana State University Police Officers were dispatched to the LSU Athletic Business Operations
building to collect information relevant to an investigation of a battery

11/20/2020  8:47:15 AM    Page 8    of 44

**EXHIBIT A**

BOS-002106

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI # ▓▓▓▓▓▓ |
|---|---|---|
| | NARRATIVE | ☐ JUVENILE |

NARRATIVE TITLE:   DETAILS

NARRATIVE:

20180816-015
Second degree battery
On August 16, 2018, I, Detective Garguiolo of the Louisiana State University Police Department met with an LSU Official to collect information relevant to a battery of a dating partner case. The Official explained that she has had four incidents brought to her attention which had occurred between two LSU Students from April to August of 2018

I then contacted the female victim in the case who explained that she had been dating the suspect, ▓Redac▓▓, since January of 2017 and they had broken up last Friday (8-10-2018). The victim explained that during the course of their relationship she was attacked by ▓▓▓ on four different occasions.

The first incident occurred in May of 2017 at ▓▓▓' house. The victim went to ▓▓▓'s house to get some personal items she had left there. Due to the victim asking for these items back ▓▓▓ became angry and punched the victim in the stomach

The second incident occurred in April of 2018 at the victim's apartment on the LSU campus ▓▓▓ became upset about the victim being out with friends, due to this he punched her in the left side of her stomach  The victim explained that a medical staff evaluated her and realized that a rib on her left side was fractured. Any activity that the victim preformed caused her pain The victim provided a photograph of the bruise mark taken after she was punched in the stomach. The marking in the picture is on her left side, it appears as if individual finger marks of the suspect is visible in the bruising. The victim explained that she had a medical official at LSU evaluate her injury.

The third incident occurred in ▓▓▓' vehicle. ▓▓▓ was upset with the victim for waving at a friend. ▓▓▓ drove the victim to an area on Perkins road and threw her phone out the window. As the victim exited the vehicle ▓▓▓ attempted to abandon her ▓▓▓ then drove back and the victim reentered the vehicle. Upon her reentry into the vehicle ▓▓▓ strangled the victim.

The fourth incident occurred in June of 2018 at the victim's LSU apartment. ▓▓▓ was upset about a text message conversation and thus went to the victim's apartment, he entered using a key the victim had given him. Once entering the victim's room he strangled her, punched her in the stomach, and grabbed her ear which caused her earing to be pulled from her ear; bleeding from the ear ensued  The victim provided pictures of the bruise marks around her neck after the strangulation ( ▓ ) pictures bruising could be viewed, pictures taken later could show heavier bruising. The victim's roommate had to apply makeup to hide the bruises.
The victim provided text message conversations between her and ▓▓▓. These messages show that ▓▓▓ has threatened the victim with violence and he even texted that "I might kill you"

An arrest warrant was issued and Mr. ▓▓▓ was arrested and taken into Police custody on  8-17-2018

At this time the case is pending.

EXHIBIT A

BOS-002107

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | **LSU POLICE<br>DEPARTMENT**<br>**INCIDENT REPORT**<br>NARRATIVE | ORI # ▇▇▇▇▇ |
|---|---|---|
| | **NARRATIVE** | ☐ **JUVENILE** |

NARRATIVE TITLE:   SUPPLEMENT

NARRATIVE:
20180816-015
Second degree battery
On August 16, 2018, Louisiana State University Police Officers were dispatched to the LSU Athletic Business Operations
building to collect information relevant to an investigation of a battery
Upon arrival Detectives made contact with Miriam Segar (Senior associate director of LSU athletics). Ms. Segar described
multiple incidents in which a student was battered. These incidents have been occurring between two LSU athletes ▇▇▇▇
▇▇▇s and Jade Lewis. Ms. Segar provided evidence of abuse which was captured through photographic and text message
history.
At this time the case is pending

# EXHIBIT A

BOS-002108

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | **LSU POLICE<br>DEPARTMENT**<br>INCIDENT REPORT<br>NARRATIVE | ORI # ▆▆▆▆ |
|---|---|---|
| | NARRATIVE | ☐ JUVENILE |

NARRATIVE TITLE:    SUPPLEMENT #2 - Abels

NARRATIVE:

20180816-015
Second Degree Battery
Supplement
On 08/18/2018 I, Lt. Abels, David of the LSU Police Criminal Investigations Division  interviewed LSU Student ▆▆▆ ▆▆ in reference to the investigation of Jade Lewis and ▆▆▆ ▆▆▆▆ stated that she met Lewis in the summer of 2018 stated that  in June of 2018 Lewis came to her room (▆▆▆▆) at West Campus Apartments (WCA) to ask her to help cover up injuries to Lewis' neck. ▆▆▆▆ stated that Lewis told her they were from ▆▆▆▆ ▆▆▆ stated that Lewis told her that ▆▆ broken in to her room at WCA and being hitting her and chocking her. Lewis told ▆▆▆ that she did not know why ▆▆ hit her. ▆▆▆ advised that Lewis had her cover up the injuries with make-up since they (▆▆ and Lewis) were going to a tennis tournament that day. ▆▆▆ stated that the injures looked like hand prints and scratches on Lewis' neck area  Lewis also had red makes on her arms. ▆▆▆ stated that she also witnessed an incident at Tigerland ▆▆▆ stated that her, a friend named ▆▆▆ and Lewis drove to Tigerland. ▆▆▆ stated that ▆▆ was in the parking lot with several other LSU football players, ▆▆▆ stated that Lewis left the vehicle and went up to ▆▆ and they started to argue  At one point Lewis started to walk back to the vehicle that ▆▆ and ▆▆ were in. When Lewis got to the vehicle ▆▆ followed behind her and pushed her into the vehicle. ▆▆ then reared his arm back in a manner where it appeared ▆▆ was going to hit her. At that point ▆▆ teammates grabbed him and pulled him back. Lewis, ▆▆▆, and ▆▆ left the area ▆▆▆ stated that Lewis told her several times that ▆▆ is abusive towards her and she (Lewis) believes it is "normal". ▆▆▆ stated that she has not witness any other incidents, ▆▆▆ provided a written statement and the interview was video recorded.
On 08/19/2018, I interviewed LSU Student ▆▆▆ ▆▆ in reference to the investigation. ▆▆▆ stated that her and Lewis are friends. I asked ▆▆▆ if she has ever witnessed any abuse between Lewis and ▆▆ to which she stated no. ▆▆▆ stated that Lewis has told her about the abuse and she told Lewis to report the abuse. ▆▆▆ stated that Lewis was scared that ▆▆ was going to get her kick out of school because ▆▆ was telling people Lewis has mental issues. I attempted to get clarification on that statement, but ▆▆▆ could not explain it any further. ▆▆▆ stated that ▆▆ is manipulative towards people and Lewis. ▆▆▆ stated that Lewis retracted her statement because she did not know her 'story' would be in the news. ▆▆▆ stated several times that the information that was in the press is the reason Lewis retraced her statement  I asked ▆▆ if she believes the abuse had taken place, to which she stated yes. ▆▆▆ stated that she has seen injuries on Lewis and Lewis has told her that when ▆▆ gets "drunk" he hits her, ▆▆▆ stated that on 06/18/2018, ▆▆ went to Lewis' apartment at WCA and started to abuse her. LSUPD were called that night, but ▆▆ stated that Lewis covered her (▆▆)es up so ▆▆ would not get arrested. ▆▆▆ stated that Lewis is "hanging around" with ▆▆ mom and driving vehicle. ▆▆▆ stated that Lewis is getting help from ▆▆ adopted family (Unknown name) and his mother ▆▆▆ stated that the ▆▆ family is providing her a lawyer and helping her retract the statement. ▆▆▆ stated that Lewis sent her text messages in reference to ▆▆ coming to met with LSUPD. ▆▆▆ allowed Det. Garguiolo to take photographs of the text messages. ▆▆▆ interview was voice recorded.
Nothing Further
Lt Abels  David U0828

**EXHIBIT A**

BOS-002109

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | **LSU POLICE<br>DEPARTMENT**<br>INCIDENT REPORT<br>NARRATIVE | ORI # ███ |
|---|---|---|
| | **NARRATIVE** | ☐ **JUVENILE** |

NARRATIVE TITLE:   SUPPLEMENT# 3 - ███

NARRATIVE:
20180816-015
Second degree battery
On August 27, 2018, I retrieved evidence pertaining to the victim's cell phone from the Attorney General's Office and returned it to the LSU Police Department were the evidence was turned over to Det Garguiolo

Detective ███
U-1319

11/20/2020 8:47:15 AM    Page 12   of 44

**EXHIBIT A**

BOS-002110

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI # ▮▮▮▮ |
| --- | --- | --- |

| NARRATIVE | ☐ JUVENILE |
| --- | --- |

NARRATIVE TITLE:    SUPPLEMENT #4 ▮▮▮

NARRATIVE:

20180816-015
20180618-001

Domestic Abuse

On August 31, 2018 I was assigned the task of reviewing the information that had come from the Attorney General's search or 'dump' of the victim's, Jade Lewis, personnel cell phone. Detective Garguolo turned over the San Disk USB 3.0, 256 Gigabyte USB drive in its packaging that was labeled by the AGs investigators: 75-836, 00001A, to me. I began reviewing the information and marking the evidence that I believe to be important to cases 20180816-015 and 20180618-001

While reviewing the information on the USB Drive, I found several instances where Lewis admits to different people that ▮▮▮ has been physically abusive towards Jade. I have also found several photographs showing the effects of ▮▮▮ abuse. Below I have listed out evidence that stands out from the entirety of the evidence found on Lewis's phone. I was able to create a file on the same USB that I have entitled "LSU PD Evidence" in which I saved all evidence items.

(Line 1) On August 17, 2018 Jade Lewis sent ▮▮▮▮ a message that read "hey girl so this number called u'll call him back asap hes a police officer and just wants to talk to you about the night ▮▮▮ was aggressive with me". In this message, Lewis admits to ▮▮▮▮ that Reda ▮▮ had been physical abusive with her

(Line 6) On August 18, 2018 at 06:39:32 PM(UTC-5) Lewis receives a message from phone number Redacted that she has labeled as drizzzyy. Using police resources I learned that the number belongs to ▮▮▮ ▮ ▮ ▮ sent Lewis a message that read "Ann". Lewis then sent ▮ a message that said "don't txt my number" and then immediately said "Insta" Lewis then sent a third message that read "parents see phone records". Lewis was giving ▮ instructions to not message her but to instead use Instagram to contact her.

(Line 7) On August 18, 2018 at 10:42:43 AM(UTC-5) Lewis sends to phone number Redacted which she has labeled as ▮▮▮▮ mum. Police resources revealed this number to belong to Stephanie Reda ▮▮ mother. The messages from Lewis reads "meeting with DA in 10min". Stephanie ▮▮▮ replies to Lewis by saying "I know you're nervous do you want me to go with you baby", and "Im here for you". At 11:18:11 AM(UTC-5) on the same day, Lewis continues the conversation by explaining to Stephanie ▮▮▮ that there is no reception at her apartment and then in a series of messages arranges a meeting place and time. That series of message ends with Lewis giving Stephanie ▮▮▮ directions to meet with Lewis in the back of a parking lot. The messages continue on August 20, 2018 at 8:59:55 AM(UTC-5) with Stephanie t ▮▮g Lewis that she and ▮▮▮ are on the way to court. Lewis replies by wishing them luck. Stephanie ▮▮▮ tells Lewis that she will call Lewis after court

(Line 14) On August 3, 2018 at 1:59:38 PM(UTC-5) Lewis receives a message from ▮▮▮ Redacted ▮e, phone # Redacted ▮. In the message ▮ accuses Lewis of unfollowing her on some type of social media. Lewis replies by explaining that she unfollowed ▮ because "sum1" was in her account at the time. Lewis goes on to explain that she got dropped off in the ghetto for waiving to one of her friends ▮ asks Lewis why she does that and Lewis replies that it is complicated. Detectives have heard from several of Lewis friends that ▮▮ dropped Lewis of in the "ghetto", the area north of campus often referred to as "The Bottoms", because he got jealous of a few of Lewis's friends. I believe this is the incident that Lewis is telling ▮ about in this series of messages.

(Line 17, 94) On Line 17; 94 there is a series of messages between Lewis and ▮▮▮, phone # Redacted that are between the dates of July 17, 2018 and August 17, 2018. The messages speak several times about Lewis and ▮ relationship and the violence between the two. Jade sends ▮ pictures of the bruising to her ribs from the night that ▮ allegedly punched her in the stomach/rib area.

(Line 19) On July 12, 2018 at 9:04:57 AM(UTC-5) Lewis starts a series of messages with phone # Redacted which is labeled as d2 I learned that the phone number belongs to Redacted ▮▮▮ and Lewis talk about ▮▮▮▮▮▮nship with a female friend of Lewis's and Lewis's relationship with Red Redacted 4:08:33 PM (UTC-5) Lewis sends ▮▮ a message stating "on top of it, beats me up all the time!!".

(Line 20) A series of messages between Lewis and phone # Redacted which belongs to Redacted In the message series, Lewis and ▮▮▮ speak about several topics such as Tennis, friends and Lewis's relationship with Reda On July 23 3018 at 3:18:51 PM(UTC-5) ▮▮▮ sent Lewis a message stating "And a guy that hits a girl will never get the respect of people that are close to you", implying that he knew about the physical abuse. Lewis goes on to tell ▮▮▮ that she is scared of ▮▮ and that she doesn't want him to hit her or cheat on her, but that she knows its gonna happen. Later in the series of messages, on July 23, 3018 at 4.15:38 PM(UTC-5) Lewis sent Redacted photo of a message between Lewis and Reda ▮▮ mother, in the message ▮▮▮ mother is thanking Lewis for not telling on ▮▮▮ and also speaks of wanting to meet with both of them together so that they can "work this out".

(Line 23) On June 19, 2018 Lewis starts a message series with phone number Redacted which is identified by ▮▮▮ In the messages, Lewis tells ▮ that she is planning on telling authorities about the physical abuse that ▮ has put Lewis though. Lewis also tells ▮ that after she told authorities the truth, ▮▮ family began threatening her Lewis goes on to explain to ▮ that she has pictures and witnesses to the abuse.

(Lines 31-43) Lines 31-43 are all messages to and from Reda ▮▮, phone # Redacted which have been deleted from ▮▮'s phone.

(Line 44) This is a note that was found in the Notes section of Lewis's phone. The note is from Lewis to Reda ▮, however it

# EXHIBIT A

BOS-002111

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI # ▆▆▆▆ |
|---|---|---|
| | NARRATIVE | ☐ JUVENILE |

NARRATIVE TITLE:  SUPPLEMENT #4 ▆▆▆

NARRATIVE:

is unknown if the note ever got delivered to ▆▆ either personally or electronically. In the note, Lewis makes mention of the physical abuse and a few times that she "covered things up" for ▆▆▆.

(Line 45) This is a note that was found in the notes section of Lewis's phone. The note is from Lewis to an unknown subject or subjects. The note implies that the recipient of the note saw ▆▆ attack Lewis in Tigerland and that ▆▆ has admitted to the recipient of the note that he hits Lewis.

(Line 69-78) Photos of injuries to Lewis's neck allegedly caused by ▆Reda▆. These photos were taken at The LSU Tennis Complex.

(Lines 79-84, 128, 138) Videos of Lewis's injuries allegedly caused by ▆▆▆▆.

(Lines 88, 94, 100,122,135) A photo of a conversation between ▆▆▆ and ▆Reda▆ where ▆▆ is admitting to black mailing and being abusive towards Lewis.

(Lines 91, 92, 96, 97, 109, 110, 115,126, 134) Screen shoots of messages between Lewis and ▆▆. In Line 126 ▆▆ threatens to ruin Lewis's life.

(Line 99) Screen shoot of a photo and one line sentence saying "when you don t say hi to ▆▆" The photo is of Lewis and a scratch to her left shoulder the phtot implys that ▆Reda▆ caused the scratch.

(Line 119) Photos of injuries to Lewis.

(Line 140, 141, 142, 143, 144, 145, 146, 147, 152, 162, 172) Photo of message between Lewis and phone # **Redacted** which belongs to ▆Reda▆ where Lewis admits to ▆▆ that she told ▆▆ about the night that ▆▆ dropped Lewis of in the ghetto, and the night ▆▆ hit Lewis after he came home from Miami. In this series of text, Lewis also admits to "covering" for ▆▆.

(Line 151, 154, 155, 166, 173, 174) a screen shoot of a series of messages between **Redacted** which is ▆Reda▆ Instagram name, and Lewis where Lewis admits to both ▆▆ physically abusing her and her attempt to cover it up. Lewis would go on to say that if the cops would not have been called on the night of the physical abuse, then ▆▆ would have killed her.

(Line 178, 179) Messages between ▆▆ and Lewis that include abusive language from ▆▆ to Lewis.

I also went through Lewis's Web History. I made note of several instances where she searches ▆Reda▆ and information about the arrest and court updates as well as legal information pertaining to her and the case. The searches also include searches about ▆▆ and his social media outlets. I have saved the web history information under the "Pending" tab which is labeled with the color blue.

I created another category on the USB drive that is marked in a red "Important" title. This is evidence that maybe related to an unrelated sexual assault. See case number 20180906-012

Detective ▆▆▆
U-1319

**EXHIBIT A**

BOS-002112

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | **LSU POLICE<br>DEPARTMENT**<br>**INCIDENT REPORT**<br>NARRATIVE | ORI # ▇▇▇▇ |
|---|---|---|
| | **NARRATIVE** | ☐ **JUVENILE** |

NARRATIVE TITLE:    SUPPLEMENT #1 - Garguiolo

NARRATIVE:
20180816-015
Second degree battery
On August 16, 2018, at approximately 1545 hours, I, Detective Garguiolo of the Louisiana State University Police Department met with Miriam Segar of the LSU Athletic Business Operations building to collect information relevant to an investigation. Ms. Segar (Senior Associate Athletics Director // 225-578-5785) called to file a police report on information that she had received from a LSU Student, Jade Lewis (DOB ▇▇ 1998 // 843-295-8876 // Nicholson Gateway OX Bow hall room 5006 - 62 Cypress Marsh Drive Hilton Head SC 29926).

Ms. Segar explained that she first met with Ms. Lewis was on April 26th, 2018. Ms. Segar reported that Jade Lewis and ▇▇▇▇ (LSU Student // DOB ▇ Redacted ▇ // ▇ Redacted ▇ West chimes Street Baton Rouge LA 70810) have been in a dating relationship since March of 2018. She went on to explain that Ms. Lewis reported to a team athletic trainer (LSU Tennis) who then reported to Ms. Segar that Ms. Lewis was punched in the stomach/ rib area by Mr. ▇▇▇ on April 3rd 2018. this caused Ms. Lewis to have pain and swelling which caused her to be unable to sleep. Ms. Segar went on to explain (in the Sexual misconduct and sexual harassment complaint form) that the incident was first reported to the LSU athletics administration on 4-25-2018 by Ms. Lewis. Ms. Lewis saw a doctor on 4-26-2018 and was medically advised to stop excising and rest to allow time for the rib to properly heal. Ms. Lewis explained that Mr. ▇▇▇ had hit her in this incident because she had gone out with friends and he became jealous. Ms. Lewis notified the athletic administration of the incident because she wanted medical care for the injury she sustained.

Ms. Lewis also reported to Ms. Segar that Mr. ▇▇▇ first punched her in the stomach in the spring of 2017(exact date unknown by Ms. Segar) when he had become upset. Ms. Lewis further explained that Mr. ▇▇ is physically abusive, possessive, doesn't want Ms. Lewis to leave the apartment and always wants to know where she is.

Ms. Segar filed another report on June 18, 2018. In this report Ms. Segar explained that on June 18th, 2018 at approximately 0200 hours, Mr. ▇▇▇ entered the West campus apartment of Mr. Lewis with a key she had provided to him. During the incident a roommate, ▇▇▇ of Ms. Lewis called the police when she had heard Ms. Lewis screaming, "stop, no, leave" Ms. ▇▇▇ reported that after the police interviewed the three individuals in the apartment and left, Ms. Lewis thanked Ms. ▇▇▇ for calling the police. Ms. Lewis went on to say to Ms. ▇▇▇ that Mr. ▇▇▇ was drunk and that she was scared because he had grabbed her neck and arms. When Ms. Segar asked Ms. Lewis about the incident she explained that Mr. ▇▇ did not hit or harm her and that her ear was bleeding from being ripped out from hitting the bed. (Reference LSU PD case number20180618-001).

On August 13th 2018, According to Ms. Segar she met with Ms. Lewis, because Ms. Lewis wanted to be truthful with the LSU University and LSU athletics about the abuse she has suffered from ▇▇▇ Ms. Lewis explained to Ms. Segar that she was coming forward now because she decided to break up with Mr. ▇▇▇ and thus had no reason to cover for him any longer. Ms. Lewis expressed to Ms. Segar fear over retaliation because Mr. ▇▇ has told her that his legal guardian, Jim Bernhard would have her deported from the country and kicked out of LSU if she revealed their violent relationship. Ms. Segar further explained that Ms. Lewis had interest in obtaining a restraining order, Ms. Segar further explained to Ms. Lewis that she had to file a report with the police in that process.

On August, 14th 2018, at approximately 0930 hours, Mr. ▇▇▇ met with Ms. Segar about Ms. Lewis' safety. According to Ms Segar, Mr. ▇▇▇ knew that Ms. Lewis was going to meet with her. Mr. ▇▇▇ explained that he believed Ms Lewis was going to hurt herself because she tried to do so before. According to Ms. Segar, Mr. ▇▇ and Ms. Lewis broke up and they were not supposed to see or talk to each other, this was told to Mr. ▇▇ by the Title XI investigators and the LSU football coaches Mr ▇▇ explained that Ms. Lewis is crazy and makes things up. Mr. ▇▇ then provided text messages from Ms. Lewis which read, "I did something stupid". Mr. ▇▇ explained that Ms. Lewis had tried to cut herself, but Ms. Segar explained that she had called medical officials and there was no record showing such injuries had occurred to Ms Lewis. According to Ms Segar Mr. ▇▇ explained that on 8-9-2018, Ms. Lewis came to WCA (Mr. ▇ apartment) intoxicated to see Mr. ▇ At which time she was stopped from seeing him by ▇ Redacted ▇ , they explained that, "he (Mr ▇▇ ) is in there, you're not supposed to be seeing him" they then made her leave. This incident was followed by a text message conversation between Ms. Lewis and Mr. ▇▇ , which was given to Ms. Segar by Mr. ▇▇ The text message conversation is as follows:
"I have to wake up early" - ▇▇ (12:04 AM)
"I know u do" - Lewis (12:04 AM)
"plz open the door" - Lewis (12:04 AM)
▇▇ pkease" (12:05 AM)
"No you're not staying with me" - ▇▇ (12:05 AM)
"Go to bed" - ▇▇ (12:05 AM)
"that's not the point" - Lewis (12:05 AM)
"plz open the door" - Lewis (12:05 AM)
"No" - ▇▇ (12:05 AM)
A picture is then sent from Ms Lewis which shows her lying on the ground with her eyes closed. (12:05 AM).
Mr. ▇▇ went on to explain to Ms. Segar that on 8-10-2018, at approximately 0100 hours, Ms. Lewis showed up to his off campus apartment while intoxicated and tried to have sex with him. Mr. ▇▇ explained to Ms. Segar that at this time he had asked Ms. Lewis and told her to stay on the exterior of his apartment; Mr. ▇▇ then called Ms. Lewis' friend, ▇ Redacted ▇ Ms. ▇ Redacted ▇ showed up at the apartment and took Ms. Lewis away from the area. Mr. ▇▇ further explained to Ms Segar

**EXHIBIT A**

BOS-002113

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI # |
|---|---|---|

| NARRATIVE | ☐ JUVENILE |
|---|---|

**NARRATIVE TITLE:** SUPPLEMENT #1 - Garguiolo

NARRATIVE:

that he blocked Ms. Lewis' social media accounts but still attempted to contact him through mutual friends. When asked if Mr ████ was in fear for his safety he explained to Ms. Segar that he was not. Mr ████ did say that he was in fear for Ms. Lewis' safety because she attempted to cut her wrists in the past. Mr ████ then showed a text message conversation (Between Mr ████ and Ms. Lewis) from 7-2-2018. the conversation is as follows:

'I did something stupid' - Lewis

'What?' - ████

'before you came the 2nd time' - Lewis

'I took it out on myself' - Lewis

'just talk later im like not myself right now im super depressed' - Lewis

On August 16th, 2018, Ms. Lewis provided Ms. Segar with violent text messages from Mr. ████ and photographs of injuries Ms. Lewis had sustained from Mr. ████ This prompted Ms. Segar to call the LSU police to report the matter. Ms. Segar explained to me that Ms. Lewis stated, "I'm sorry I've been lying to you, I really do love him (████ but I know it's not right, we broke up, I've got no reason to protect him and I'm ready to tell the truth"

The text messages expressed possible violence from Mr. ████ to Ms. Lewis on 5-31-2018 at 1422 hours.

The text messages read as:

'When did I hang with football' (Lewis)

'at the bars' (Lewis)

'they get me drinks' (Lewis)

'You might as well come over right now' (████

'I'm really about to beat you' (████

'I'm not joking' (████

'Idc anymore' (████

'what did I do with football?' (Lewis)

'I'm gonna punch you' (████

'Come over' (████

'I might kill you' (████

'You're so stupid' (████

'idc at this point' (████

'Hurry up' (████

'The longer I wait the more angry I get' (████

'u want to do that u can come here..' (Lewis)

'well fucking stop talking to me you stupid cunt' (████

'You were literally eating with that slut and ████ boy.' (████

'You're retarded' (████

'After saying you don't talk to him' (████

'How stupid do you sound??' (████

'Get up' (████

'Just kill yourself' (████

'You literally have nothing to live for' (████

'no I wasn't!' (Lewis)

'████ was at thw restaurant' (Lewis)

Ms Segar also provided me with several pictures which were given to her by Ms Lewis, they are pictures of injuries she had sustained from attacks by Mr. ████. These pictures show bruise marks to Ms. Lewis' neck and throat areas which she had explained occurred when Mr. ████ had strangled her Another photograph shows Ms. Lewis' left side near her ribcage  a large red bruise mark is visible with individual finger marks being present. Mr. Lewis  explained that this was from an incident when Mr ████ had hit her

I next explained to Ms. Segar that I needed to speak to Ms. Lewis in the matter Ms. Segar agreed and explained that she will bring Ms. Lewis to the LSU Police department the following day due to Ms. Lewis schedule. I further explained to Ms. Segar that Ms Lewis should stay away from Mr. ████ and contact LSU PD immediately if any further altercations occur.

On August 17th, 2018, at approximately 1345 hours, I met with Jade M Lewis who was accompanied by Miriam Segar at the LSU Police Department. I next brought Ms  Lewis into a conference room to interview her, this interview was recorded on my body camera and voice recorder (attached to case)  Ms. Lewis explained that she and ████████████ have been in a romantic relationship from January of 2017 until 8-10-2018 (the Friday previous to this interview). She went on to say that they see each other but don't talk after their breakup.

In the interview with Ms. Lewis, I brought up the first reported incident of abuse to her about the punch to her rib/stomach area on April (3rd) of 2018. When I asked Ms. Lewis who punched she said  ████  she went on to explain that it occurred in her apartment (West campus apartments). I went on to ask if a medical doctor looked at it and she said, "Yeah it was fractured' she  said the trainers used ice to remedy the injury  When I asked how the incident took place Ms. Lewis explained that she s████ at ████████ apartment (Victory Commons) with friends one evening and Mr. ████ found out. Mr. ████  then contacted her and said he wanted some of his items (shirts) back  he came to her apartment to collect them. Ms. Lewis

# EXHIBIT A

BOS-002114

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | **LSU POLICE<br>DEPARTMENT**<br>**INCIDENT REPORT**<br>NARRATIVE | ORI # ▇▇▇▇▇ |
|---|---|---|
| | **NARRATIVE** | ☐ JUVENILE |

**NARRATIVE TITLE:**   SUPPLEMENT #1 - Garguiolo

NARRATIVE:

explained that Mr. ▇▇ arrived angry, she said she grabbed his shoulder to turn him around and at that time he punched her in the stomach/rib area. She went on to explain that no one saw Mr. ▇▇ punch her but people saw her moments after and that was how the mark in the picture was fresh. I then asked why she didn't call the police after she was punched, Ms. Lewis explained, "I didn't want to get him in trouble or kicked off the team". I asked if the injury inhibited her play, she said every time she moved, laughed or when her stomach tensed it hurt. I went on to ask if this was the first time Mr. ▇▇ had hit her, she explained that the first incident of abuse was in May of 2017

In May of 2017, Ms. Lewis explained that she had a flight the next day to an NCAA tennis tournament, this is when she was about to turn professional in tennis. Ms. Lewis had gone to Mr. ▇▇ apartment to collect some items (shoes and necklaces of hers which she had shipped to his house. Upon collecting these items she told Mr. ▇▇ that she is leaving and had to go pack, she then indicated to Mr. ▇▇ to give her the items at which time Mr. ▇▇ said "You don't talk to me like that"; Mr ▇▇ then punched her in the stomach. After this Ms. Lewis went and got ▇▇▇▇▇Redacted▇▇▇▇▇ (LSU Student). Ms. Lewis explained that these two individuals went to talk to Mr. ▇▇ and got Ms. Lewis' belongings back to her. Ms. Lewis explained that after this incident Mr. ▇▇ called ▇▇Redacted▇▇ (LSU Student) and explained to him that he believes he is going to be in trouble for hitting a girl.

According to Ms. Lewis a third incident occurred when Mr. ▇▇ became angry when he realized that Ms. Lewis was going to attend a dinner with her friends. Ms. Lewis explained that she was in Mr. ▇▇ vehicle having a conversation with him, during this conversation Ms. Lewis greeted her friend ▇▇▇▇ (LSU Student), who she was going to have dinner with. At this moment Mr. ▇▇ became angered and reached past Ms. Lewis, who was in the front passenger seat, and slammed her door Mr. ▇▇ then sped off with Ms. Lewis in the vehicle. At this time Mr. ▇▇ drove Ms. Lewis to the "ghetto" (somewhere off of Perkins Road) and made her exit the vehicle, after she exited Mr. ▇▇ drove off for about thirty seconds, Mr. ▇▇ then drove back and told Ms. Lewis to reenter the vehicle, at this time Mr. ▇▇ grabbed Ms. Lewis and put her in the back seat of the vehicle. Ms. Lewis was on the phone calling Mr. ▇▇ to pick her up. Mr. ▇▇ then asked who she was on the phone with, Mr. ▇▇ then took Ms. Lewis' phone and saw that it was another individual's name on her contacts, this angered Mr. ▇▇ and he began to strangle Ms. Lewis. Mr. ▇▇ then began to drive back to Ms. Lewis' apartment and his mood changed to being nice to her about ten minutes after the violent episode had ended. After Mr. ▇▇ dropped Ms. Lewis off he explained to her that they were done and that she should not contact him, she explained that she agreed. Ms. Lewis explained that she then went to ▇▇▇▇▇▇▇ apartment while crying, she explained to him that she was dropped off by Mr. ▇▇ in the "ghetto". Mr. ▇▇ then texted Ms. Lewis explaining that he had something for her, she then met with him near her apartment. Mr. ▇▇ explained to ▇ ▇that he was going to start coming over more and that he was going to be nice to her Ms. Lewis explained that Mr. ▇ was nice for about a month.

Ms. Lewis described another incident which had occurred on 6-15-2018 (Friday) in "Tiger land" in front of the bar "The House She explained that Mr. ▇▇ had taken her "Louis Vuitton" duffle bag on a trip to Miami and she wanted it back. At this time she drove and met Mr. ▇▇ in front of the bar, he was accompanied by ▇▇▇Redacted▇▇▇ and two other unknown males. At this time Ms. Lewis told Mr. ▇▇ that, "you're trash for taking all my stuff and being with all these girls while I'm doing everything for you", Mr. ▇▇ replied with, "what did you just say?" Ms. Lewis responded with "you're trash". According to Ms. Lewis as she attempted to reenter the vehicle she arrived in, Mr. ▇▇ got close to her with hands near her face, slammed her against the car and was about to hit her. At this time Mr. ▇▇ ran over and grabbed Mr. ▇▇ separating him from Ms. Lewis. Ms. Lewis then got in the vehicle and left the area. Ms. Lewis went on to say that if Mr. ▇▇ hits her in front of people she "can't like cover for him". When I asked if anyone saw this event she explained that Mr. ▇▇ and Mr. ▇Redacted▇ knows that Mr. ▇▇ hits her.

According to Ms. Lewis a third incident happened on 6-18-2018 and was due to a social media argument. Due to this argument Ms. Lewis said she was going to attempt to provoke Mr. ▇▇, explained to her that Mr. ▇▇ was in town and that she should go and hang out with him. Ms. Lewis replied to this by saying she might do so, she then explained that she had turned her location (it seems that Ms. Lewis would let Mr. ▇▇ see where she was located by the help of cellphone tracking) off on her cellphone. During this time frame Ms. Lewis stayed in bed in her apartment, Ms. Lewis believes that it was about 0200 hours when Mr. ▇▇ entered her apartment (he entered with a key Ms. Lewis had given him) At this time Mr. ▇▇ walked in and immediately punched Ms. Lewis in the stomach and began to strangle her. During the violent episode Mr. ▇▇ ripped the ear ring out of Ms. Lewis' ear causing her ear to bleed. As the police arrived Ms. Lewis explained that she wiped the blood from her ear to hide the evidence from the police (reference case number 20180618-001). Pictures provided by Ms. Lewis (to Ms. Segar) show bruising around the neck and throat area of Ms. Lewis. In one set of photographs Ms. Lewis is wearing a blue shirt, she explained that these pictures were taken the night of the strangulation. In another set of photographs the bruising to her neck is darker and she is wearing a pink in color t-shirt, Ms. Lewis explained that these photos were taken the following day. Ms. Lewis went on to say that shortly after the incident Mr. ▇▇ was contacted by his adopted father Jim Bernhard, who Ms. Lewis explained gives him money and is best friends with all the polices officers In Ms. Lewis' own words she described threats from Mr. ▇▇ to her they are as follows: "if you come forward we'll never be together and my parents will ruin your life if you do this", and that Mr. ▇▇ will "take me to court for ruining his reputation deport me from the country my dad is the king of Louisiana", according to Ms. Lewis he further said, "I'll take you to court because in Louisiana you ll never w▇▇ and in any other state you will"

▇ brought up the incident that Ms. Segar explained to be about a friend of Ms. Lewis applying makeup to the bruising around her neck. Ms. Lewis explained that she had a tennis event the next day where she had to wear her hair in an upward

**EXHIBIT A**

BOS-002115

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI # ▇▇▇▇ |
| --- | --- | --- |
| | NARRATIVE | ☐ JUVENILE |

NARRATIVE TITLE:   SUPPLEMENT #1 - Garguiolo

NARRATIVE:

position leaving her neck exposed. She said that her neck was visible to her tennis trainers and  One side looked like a hickey the other side looked like something was up, cause you could see a finger, three (fingers)". Shortly after this her teammate ▇▇▇ (LSU Student), applied make up to the bruising to cover it.

Ms. Lewis explained about Mr. ▇▇▇ abuse, "I know when he's going to do it or not"  "I know when he s going to hit me or not it's not like it's an everyday thing, like I really need to do something to trigger him" She went on to explain that it was a mutual friend triggered him. When asked about other victims Ms. Lewis explained that "He s never hit another girl it's just me"  I next asked about text messages provided from Mr. ▇▇▇ to Ms. Segar indicating that Ms. Lewis is may be possibly complicating self -harm. When I asked if she was feeling depressed she shook her head no, I then asked if it was for attention and she said yes According to Ms. Lewis, Mr. ▇▇▇ called her several times at 0230 hours one evening (on a Friday) During these phone calls Mr. ▇▇▇ said to her, "I'm drunk, I need to talk to you, I need to tell you something", she said that he went on to tell her that he was sorry for being mean to her. One evening (on a Sunday - two days later) Ms Lewis explained that she was drinking in her apartment with some friends when one of Mr. ▇▇▇ *girls* (Ms. Lewis had saw this girl with Mr. ▇▇▇ on social media - identity unknown) came to the apartment and began talking to them. Ms. Lewis explained to her the abuse that Mr. ▇▇▇ had imposed Ms. Lewis explained that later that evening she went to Mr. ▇▇▇ apartment and saw him for a little amount of time. Ms Lewis went on to explain that he asked her to leave because it was getting late and he had football practice early the next morning As she left Mr. ▇▇▇ contacted some of Ms. Lewis' friends who came and got her There is a corresponding report which indicates that LSU Residential life had written up Ms. Lewis due to being drunk and/or having alcohol (attached to case).

When I asked about Ms Lewis break up with Mr. ▇▇▇ she explained, "Friday was the last time we texted" , "I called him (▇▇▇) and was like there is an investigation going on like, it's going to get. it's like I don't know how I'm going to continue lying it's like there's proof I can t, this got sent in that got sent in (she said this while pointing to the pictures of her injuries) I don't know how I'm going to get away with that, and um, I was like do you want me to continue lying or just like get this over with and stuff", she then indicated that Mr. ▇▇▇ responded with, "it's just like if you come forward this and this you can go tell the truth I don't care what you do" she further explained that "I don't want to waste people's time and like eventually it was all going to catch up, and I figured I'd get in more trouble if I lied, so I went and saw Miriam on Monday and got it all over with".

Ms. Lewis was provided and filled out a Title XI sexual violence confidentially notice waiver, she was provided a chance to write a written statement but refused, she was also provided a Louisiana victim's notification form which she refused this as well I provided Ms. Lewis with contact information to the LSU Police Department, I explained for her to call Police if she sees Mr ▇▇▇ in her apartment building. As I walked Ms. Lewis out I again explained to call the police for any type of emergency (▇▇▇ )ons, she agreed.

Shortly after this interview with Ms Lewis, Mr. ▇▇▇ lawyer, Marci Blaize, had contacted my direct office line, Ms. Blaize indicated to me she knew of the investigation which pertained to her client ▇▇▇ I indicated to Ms. Blaize that the investigation would be moving forward and I would be in contact with her.

Next I reviewed all content and evidence which was provided to me by Ms Segar and Ms. Lewis, I believed that there was enough evidence for probable cause to draft a warrant for the arrest of ▇▇▇ for the charge of Second degree battery This arrest warrant was reviewed and signed by the Honorable Judge Donald Johnson of the 19th JDC on 8-17-2018 at approximately 1645 hours. After the signed warrant was in hand I contacted Ms  Blaize and briefed her on the warrant and advised that she bring Mr. ▇▇▇ to the LSU Police Department. Shortly thereafter Ms. Blaize and Mr. ▇▇▇ came to the Police Department, at which time both individuals were brought into the interview room. At this time a copy of the arrest was provided to Ms. Blaize, I then read Mr. ▇▇▇ his rights as per Miranda off of an LSU Police rights form. Mr. ▇▇▇ indicated that he understood his rights but was not willing to talk or answer questions as per Ms. Blaize. Mr. ▇▇▇ filled out and signed the adult rights form, I also signed the form and Officer Ryan Welch also signed the form as a witness. Mr. ▇▇▇ was then asked if he wanted to fill out a voluntary written statement, he declined. At this time Mr. ▇▇▇ was patted down for any contraband and placed into the holding cell; after the booking paperwork was completed Mr. ▇▇▇ was transported to East Baton Rouge Parish prison by Officer Welch where he was booked in on the charge of Second degree battery (dating violence // one count // felony charge // time of arrest 1741 hours)

On the following morning  Saturday August 18th 2018 at approximately 0758 hours I received a phone call, voice mail and text message from Ms. Segar  The voicemail left by Ms. Segar is as follows: "Hi Mike, its Miriam Segar with the Athletic Department its Saturday morning I know it s early I'm sorry to bother you, but um, we've had a situation where I want you to be involved  um one of our coaches has received a text of which from the victim, um, Jade that you met with yesterday, that they want you to have, um, I guess it has something to do with the investigation, so they thought it'd be important that you have it, um, I'll wait a little bit a few more minutes hopefully you'll call me back thanks bye"  Ms  Segar then sent me a text message following the phone call and voice mail, the text message is as follows: "This is Miriam Segar with LSU athletics there is a text message we would like you to have in the case you(re) working please call me back so I can explain thanks". I then called Ms. Segar back during our phone call Ms. Segar explained that Ms Lewis had contacted a coach, Mickey Joseph (LSU Football wide receivers coach), via a text message. Ms. Segar forwarded me the text message from Ms. Lewis to Mr. Joseph and reads as follows 'Good morning its Jade Lewis I wanted to speak with you about  I apologize for everything I know that I can't take things back but I want to fix things. I felt pressured to be dishonest about ▇▇▇ hitting me. The pictures that I gave the photo were of ▇▇▇ photos and ▇▇▇ wasn't the cause of any of my bruising it was from tennis and a few were from partying he never hit me ▇▇▇ I was hurt about him not talking to me and constantly being with other girls so in a way I wanted to hurt him. I feel terrible about what I did please forgive me'  At 0940 hours  Ms  Segar sent me another text message which reads as follows, "From

# EXHIBIT A

BOS-002116

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI # |
|---|---|---|
| | NARRATIVE | ☐ JUVENILE |

NARRATIVE TITLE:    SUPPLEMENT #1 - Garguiolo

NARRATIVE:

▮s mom - Jade spent the night when she came over she wants to know what to do", this text message was also sent to Ms. Joseph and forwarded to Ms. Segar. Mr. Joseph then sent a text message to Ms. Segar which was then forwarded to my cellphone at 0940 hours and reads as follows, "She says that this lady (Miriam Segar) forced her (Ms. Lewis) to say some things and the lady said that she hates dealing with football My (Mr. Joseph) response to her - What lady Her (Ms. Lewis) response to me - Miriam Segar". Ms. Segar then provided me a text message conversation that she had with Ms. Lewis prior to coming and reporting the incident to me, she also provided me with Mr. Joseph's phone number The string of text messages sent to me by Ms. Segar and her voicemail is attached to the case.

At 0950 hours I called Ms. Segar to talk about the text message that she had received. Ms. Segar explained that Ms. Lewis is very mixed up, she went on to explain that as Ms. Lewis was reporting the incidents Ms. ▮▮▮ knew about them as well. She went on to say that Ms. ▮▮▮ would tell Ms. Lewis that "she would take care of it , his mom (Stephanie ▮▮▮ would put the two of them together and say look, you guys really love each other y'all need to work it out". Due to Ms. Segar hearing this relationship status through Ms. Lewis during their meetings she was not surprised when she had heard that Ms. ▮▮▮ was coming into town. Ms. Segar went on to say that Ms. Lewis is telling individuals (Mickey Joseph and Football Operations) that she was asked to lie about the incidents of abuse because she (Ms. Lewis) dislikes football. When I asked where Ms. Lewis should have been located at the time of the text message to Mr. Joseph, Ms. Segar explained that Ms ▮▮▮ is from out of town and when she comes in to town she may stay with the Bernhards This telephone message was recorded and attached to the case.

I next went to Ox Bow Hall at approximately 1015 hours and met with ▮▮▮▮▮ (LSU Student // DOB Redacted // Redacted at her apartment. Upon meeting Ms. ▮▮▮ I asked if she knew why I was meeting her at which time she said she knew it was about Ms. Lewis. I asked when the last time it was that she had spoken to Ms. Lewis she responded that it was the previous day and that Ms. Lewis had told her that a Police officer was going to talk to her I further asked why she believed that an Officer was going to talk to her and she explained that is was due to Mr. ▮▮▮ being aggressive to Ms. Lewis. Ms. ▮▮▮ explained an incident in which she had seen this aggression from Mr. ▮▮▮ which was during the summer in "Tiger land". Ms ▮▮▮ explained that Ms. Lewis exited the vehicle to talk to Mr. ▮▮▮ as Ms. Lewis began walking back to the vehicle Mr. ▮▮▮ followed her to the vehicle pushed her up against it and was about to punch her Mr. ▮▮▮ was unable to hit Ms. Lewis because some of his teammates held him back from hitting her. I then asked if Ms. ▮▮▮ believed that Mr. ▮▮▮ would have hit Ms. Lewis if his teammates didn't hold him back, she responded with, "yeah probably" I then asked if she knew of Mr. ▮▮▮ hitting Ms. Lewis before, Ms. ▮▮▮ said yes because Ms. Lewis showed her bruises on her body. She also said that she has ▮▮▮ed text messages that Mr. ▮▮▮ has written Ms. Lewis which indicated he's not very nice and he has hit her multiple times before. Ms. ▮▮▮ then indicated that Ms. Lewis has said her ribs have been broken before by Mr. ▮▮▮ Lieutenant Abels interviewed Ms. ▮▮▮ a second time. she also provided a written voluntary statement (attached to the case // see Lieutenant Abels' Supplement)

At around 1200 hours, Suzanne Hamilton (Domestic Violence specialist // District attorney's office // 225-389-7714), went and met with Ms. Lewis and spoke with her in reference to the case at Ox Bow hall in the lobby. During this time frame no police were present in the meeting between the two  Mrs. Hamilton reported back that Ms. Lewis did not want to speak to the police I next attempted to call Mickey Joseph (LSU wide receivers football coach // 225-726-1222) at his cellphone number which was provided to me by Ms. Segar. I attempted to call Mr Joseph on three separate occasions all of which went unanswered (1251 1254, and 1338 hours) with no call back. Captain Kazusky and I then went to the Football Operations office (located on the third floor of Tiger Stadium) in an attempt to meet with Mr Joseph. We asked several people in the office to notify Mr. Joseph that we needed to meet with him, we were then told that Mr. Joseph was unavailable to speak with us. At around 1445 hours Mr. Joseph walked into the Police Department at which time Detective Abels and I interviewed him in reference to the text messages. Mr. Joseph explained that he knew of Jade Lewis and the situation of Mr. ▮▮▮ arrest. Mr. Joseph explained that he has never spoken to Ms. Lewis before and this was the first instance that he had received a text from her. He went on to say that he had Ms. ▮▮▮ phone number but she doesn't normally text him, he explained that he didn't know why she had texted him. When I asked Mr. Joseph if he knew of any issues between Mr. ▮▮▮ and Ms. Lewis he explained he knew of an incident which had to do with Mr. ▮▮▮ bringing Ms. Lewis her bag (assumed to be the incident at WCA on 6-18-2018). According to Mr Joseph, Ms. ▮▮▮ said that Ms. Lewis was there last night (8-17-2018) and this morning (8-18-2018), he also believed that she spent the night with Ms. ▮▮▮. When asked if Ms. Lewis could have got his cell phone number from Ms. ▮▮▮ Mr. Joseph explained that it was probable. When asked how often Mr Joseph texts with Ms. ▮▮▮ he said when something is going on with Mr. ▮▮▮ but they usually call each other. Mr. Joseph then voluntarily showed me his cell phone conversation with Ms ▮▮▮. The conversation had begun (no prior history of text messages) the previous night (8-17-2018 - time unknown) with a picture of Ms. Lewis leaning up against the exterior wall of what appeared to be the "Pluckers" restaurant off of Nicholson Drive The following text message read along the lines of, look who I found at the bar drunk. When I asked Mr. Joseph would of known who the girl in the photograph was he responded, "I never seen this girl before, um, Jade, never seen in person  He further indicated that he just assumed that the white girl in the photo was Ms. Lewis. When I asked Mr. Joseph what his relationship was with Ms. ▮▮▮ he indicated that he talks to parents of the players in an appropriate fashion, not hanging out with Ms. ▮▮▮ nor are they friends. When I asked where Ms. ▮▮▮ stayed last night he responded that she was in the parking lot of the jail. He explained that he talked to Ms. ▮▮▮ three times this morning (0801, 0817, and 0840 hours), Mr. Joseph's call ▮▮▮ry also showed that he spoke to Jim B (Bernhard) three times that morning as well. I then asked the last time Mr. Joseph was at Mr. Bernhard's house, he explained only one time in February of 2018. Mr. Joseph then indicated that Ms. ▮▮▮ has all

EXHIBIT A

BOS-002117

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI # █████ |
|---|---|---|

| NARRATIVE | ☐ JUVENILE |
|---|---|

NARRATIVE TITLE:    SUPPLEMENT #1 - Garguiolo

NARRATIVE:

of ██ Reda ██ ' text messages he had sent on her phone. Mr. Joseph said that last night he got a text message from Mr ██ saying, "I'm not making dinner or the movies", he then called Mr ██ but got no answer. Mr. Joseph explained that he later found out, through a call with Jim Bernhard, that the police had an arrest warrant out for Mr. ██. I further asked if Mr. ██ was a violent individual, Mr Joseph replied, "He is a softie, just the other day in practice he cracked on one of his teammates and at the end of the play he's helping him up". When I asked if the football players were speaking of the arrest he said yes. Mr Joseph went on to explain that Mr ██ doesn't really hang out with any of the other players on the team. Mr Joseph also explained to the players that they have to be careful because they're high profile players, "don't go to the bars don't go to Tiger land and things like that so we do have strict rules" Mr Joseph responded. I then explained to him that he should let the football players know that they should not bring up the matter of the incident or investigation to Ms. Lewis.

Around 1619 hours, I went on to interview Miriam Segar at the LSU Athletics Operations building for a second time in reference to the text message incident which had happened earlier in the day. Ms. Segar explained that Ms Lewis reached out to Mr Joseph in a text message indicating that she made up the incident. When I asked if Ms. Segar knew if Ms Lewis texted Mr Joseph a lot she explained that she did not know and found that interesting. Ms Segar believed it was normal for Ms. ██ to speak to Mr. Joseph in reference to Mr ██ being arrested. I asked Ms. Segar if Ms. Lewis would have saw a doctor for any injuries and where she of would been medically evaluated. Ms. Segar explained that outside doctors come to LSU to evaluate individuals. The doctors then transcribe notes into the medical database which is kept at LSU.

At around 1640 hours, Captain Kazusky and I went to Victory Commons Apartments in order to talk with ██ (LSU Student // ██ Reda ██ ' roommate // Victory Commons room C307). Upon meeting Mr ██ he explained that he believed Ms ██ and Ms. Lewis to be in Mr ██ apartment room currently because they slept in Mr ██ bed the previous night. He further explained that Mr ██ younger sisters and Redacted (LSU Student) had gone into his apartment last night as well. When we asked Mr. ██ if Mr. ██ and Ms. Lewis were in some type of intimate relationship he shook his head and indicated yes. I then asked about the incident in "Tiger Land", Mr ██ explained that Mr. ██ never hit Ms. Lewis but he bowed up on her like he was going to hit her at which time Mr. ██ grabbed Ms Lewis and put her in the vehicle and left. When I asked if Ms. Lewis has ever told Mr. ██ if she's been hit before by Mr. ██ he said yes, he went on to explain that she says it occurs when they're in their rooms and he's (Mr. ██) never been around when it occurs. When we asked about Ms. Lewis' rib injury he explained that he had heard of it but did not see any indications of the injury first hand. I then asked if Mr. ██ is a violent guy and Mr. ██ responded, "really just to her". When I asked why the violence is fixated on Ms. Lewis Mr ██ said "I hate to say it but she kind of asks for it sometimes, um, she really like puts him in situations where it's like Jade (█ now he might hit you". When I asked Mr. ██ if Mr. ██ arrest surprised him he stated, "I had known about it, and we were just waiting for the word to get out" When I asked Mr. ██ if the coaching staff knew Mr. ██ had an issue with girls he explained, "yes, but he had told the coaching staff that he didn't do it so they thought that it was the girl making up stuff, but then the girl didn't really want him to get in trouble so she's been covering for him for a while", I then asked how long that has been happening he said "a couple months now". Mr. ██ ended the interview by explaining, "they're both crazy and they're both going to lie and the thing is she's going to lie to cover it up because she is more in love with him and he doesn't care about her".

Shortly after meeting with Mr. ██ called me at my cellphone number. Mr. ██ explained that he read the four incidents listed in the arrest warrant for Mr ██, he explained that all of those incidents were true. Mr. ██ went on to say that the incident when Mr. ██ was strangling Ms. Lewis was the scariest, he went on to say that during the incident Ms. Lewis had called Mr ██ and he had heard her gasping and crying. Mr. ██ said this was the incident when Mr. ██ had drove Ms Lewis to the "ghetto" Mr ██ threw Ms. Lewis phone out the car and Mr. ██ heard her say, "he's strangling me, come find me". Mr. ██ went on to say that, "she's always been in love with him and that's why she's going to defend him no matter what" Mr. ██ went on to say that Mr ██ threatened Ms. Lewis that he was going to have her deported and lock her up in a mental institution if Ms. Lewis kept spreading lies. According to Mr. ██, Ms. Lewis said that Jim Bernhard threatened her this past weekend, "You won't have a case". He went on to say that Mickey Joseph knew of the "toxic relationship" between Ms Lewis and Mr. ██ and he believed that Ms. Lewis would make the violence up and was trying to ruin Mr. ██ career. Mr. Joseph would get mad at Mr. ██ when he would find out that Ms Lewis would be at Mr. ██ apartment. Mr ██ went on to say, "Y'all need to understand, even when he gets out of jail, he's (██) probably going to take this all out on her (Lewis), and she's not going to be safe" I went on to say that he should call the police if any type of future violence occurs between Mr. ██ and Ms. Lewis in the apartment. Mr. ██ went on to explain, "If the LSU Football team knows I'm talking to y'all they're not going to be very happy", I further questioned this comment and he replied with, "If my teammates and my coaches knew I'm giving y'all this information it's not going to be very good". Mr. ██ was very adamant that his name stayed out of this report because he feared team ramifications and repercussions from Jim Bernhard, I went on to tell him that his name would only be put into the report and not released to any type of media.

On August 18th, 2018 at approximately 1530 hours I contacted ██ Redacted ██ LSU Student) in reference to the case. I was attempting to get a statement from ██ in reference to what he had witnessed between Ms. Lewis and Mr. ██. Mr. Redacted then sent me his lawyers name and number (Ben Gibson // 225-333-6063), I then contacted Mr. Gibson who explained that his cl██t would only talk if I had a warrant for his arrest. I then explained to him that he is a witness to an incident which was supported by o█ witnesses in the case. At this time Mr. Gibson explained that he would contact his client, neither individual has contacted me back

## EXHIBIT A

BOS-002118

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI # |
| --- | --- | --- |
| | NARRATIVE | ☐ JUVENILE |

NARRATIVE TITLE:    SUPPLEMENT #1 - Garguiolo

NARRATIVE:

On August 18th, 2018, at approximately 1705 hours, I was sent the Title IX investigation reports which were forwarded to me from Major Walters, Jeff Scott (LSU Title IX investigator) had emailed him the reports. Also included in this email was the April 26th and June 18th, 2018 Sexual misconduct and sexual harassment complaint forms, which Ms. Segar had filled out and sent to Title IX investigators.

The first dated document in the Title IX investigation was dated May 21st, 2018 at 1515 hours written and interview conducted by Jeff Scott. Mr. Scott's report showed that he had interviewed Ms. Lewis who was escorted to the interview by Ms. Segar. This report indicated that Ms. Lewis had explained that this was her second incident in which Mr. ▮▮▮ had physically abused her by punching her in the stomach.

The second document was dated July 11th, 2018 at approximately 1530 hours written by Johnathon Sanders. This is an interview between Johnathon Sanders (LSU Associate Dean and Director of Student advocacy and accountability ▮Reda▮ and Mickey Joseph. This interview was focusing on an incident in which police were notified of a disturbance. During this conversation Mr. ▮▮▮ explained that he went to Ms. Lewis' apartment on the night that the police were called, but the argument was not physical just verbal.

The third document was dated July 25th, 2018 at approximately 1142 hours, interview written and conducted by Johnathon Sanders. This is an interview between Johnathon Sanders and ▮▮▮▮▮. (Last name not given in the report // LSU Student // Roommate of Ms. Lewis at WCA) The report went on to say that was told by ▮▮▮ and Ms. Lewis that Mr. ▮▮▮ abuses Ms Lewis. Examples were given to Ms. ▮▮▮ by Ms. Lewis and Mr. ▮▮▮ that Mr ▮▮▮ choked Ms. Lewis until her lips turned purple he then dropped her off in a "dangerous" part of town. There are many errors in Mr. Sanders' report such as confusing Ms. ▮▮▮▮' name with Ms Lewis' name. Mr. Sanders' report went on to read that Ms ▮▮▮ had explained the incident at West Campus Apartments where she had to call the police. Ms. ▮▮▮ explained that she woke up at approximately 0130 hours and heard Ms. Lewis scream, "no, stop, get off me" which was accompanied with an audible disturbance in the room. The police showed up after Ms ▮▮▮ had called them. After the police left Ms. Lewis explained that Mr ▮▮▮ was strangling and hitting her. Ms ▮▮▮ went on to say that Ms. Lewis had red marks around her neck and that Mr ▮▮▮ was drunk.

The fourth document was dated July 25th, 2018 at approximately 1500 hours and titled "Meeting with Jade" written and interview conducted by Johnathon Sanders. In this interview Ms. Lewis explained that Mr. ▮▮▮ hit her in April and hurt her rib, due to this Mr. ▮▮▮ got in trouble and was put off the football team. When asked about the WCA fight incident where the police were called, Ms. Lewis explained that it was a verbal argument between her and Mr ▮▮▮. Ms. Lewis went on to say that Ms ▮▮▮ earlier claims of violence by Mr ▮▮▮ were not accurate and that Ms. Lewis had hit her ear on the bedpost which caused her ear to bleed

The fifth document was dated August 8th, 2018 at approximately 1512 hours and was titled "Meeting with ▮▮a" written and interview conducted by Johnathon Sanders. This interview was revolved around the disturbance at WCA Ms ▮▮▮▮ explained that Ms. Lewis had called her while the police were at her apartment during this incident Ms. ▮▮▮ went over to Ms. Lewis' apartment. Ms. ▮▮▮ went on to explain that Ms. Lewis's neck was red and that her ear was bloody, she further explained she felt that Ms. Lewis told her that she lied to police about abuse not occurring The next day Ms ▮▮▮ explained that Ms Lewis neck was covered with bruises and she asked Ms. ▮▮▮ to photograph the injuries Ms. ▮▮▮ also believed that Ms. Lewis applied makeup to the bruises before she went and spoke to Ms. Segar

The sixth document was dated August 10th, 2018 at approximately 1601 hours and was titled "Meeting with ▮▮▮" written and interview conducted by Johnathon Sanders. This interview was between Mr. Sanders and ▮▮▮. During the interview Mr ▮▮▮ described two incidents in which Mr. ▮▮▮ demonstrated violence toward Ms. Lewis. The first incident occurred when Mr ▮▮▮ pulled Ms. Lewis into his vehicle where an argument then ensued within the vehicle, according to Mr. ▮▮▮ the windows of the vehicle were tinted and he could not see what was occurring within. According to Mr. ▮▮▮ a second incident occurred outside of a bar in "Tiger Land" where Mr. ▮▮▮ "bowed up" on Ms. Lewis as if he was going to hit her until others intervened and separated the two. Mr ▮▮▮ went on to say that Mickey Joseph (incorrectly listed as "Thompson" in the report by Mr Sanders) calls him each week to see if Ms. Lewis was in the apartment

The seventh document was dated August 15th, 2018 at approximately 1600 hours and was titled, "meetin with Jade number 2" written and interview conducted by Johnathon Sanders and Jeff Scott. According to Mr. Sanders, Ms. Lewis explained that the first incident of violence occurred in May of 2017. The second incident was when Mr. ▮▮▮ had punched Ms. Lewis and fractured her rib during an argument. The third incident happened in June. Ms. Lewis explained that Mr. ▮▮▮ drove her to the "▮▮tto" and dropped her off. Shortly thereafter, Mr ▮▮▮ returned to Ms Lewis who gets into his vehicle, at this time Mr ▮▮▮'s her by the neck" while driving. The fourth incident Ms Lewis explained to Mr Sanders occurred at her apartment where the police were called Ms Lewis describes being punched, strangled, and having her ear ring ripped out by Mr ▮▮▮ Ms

11/20/2020 8:47:15 AM            Page 21   of 44

# EXHIBIT A

BOS-002119

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | **LSU POLICE<br>DEPARTMENT**<br>**INCIDENT REPORT**<br>NARRATIVE | ORI # ▮▮▮▮ |
|---|---|---|
| | NARRATIVE | ☐ JUVENILE |

NARRATIVE TITLE:    SUPPLEMENT #1 - Garguiolo

NARRATIVE:

Lewis also described a fifth incident in which Mr. ▮▮▮ had pushed her in "Tiger Land" which was viewed by ▮▮▮▮ Redacted ▮▮ and ▮▮▮▮. She went on to explain that Mr. ▮▮ is threatening her with deportation and explaining that his dad, Jim Bernhard, will take her to court if she talks or will get her kicked out of LSU

The eighth document was dated August 15th, 2018 at approximately 1805 hours and was titled  Meeting with ▮▮▮ written and interview conducted by Johnathon Sanders and Jeff Scott. The individual interviewed was  Redacted ▮▮ h Ms ▮▮▮ Redacted ▮▮ explained that on April 3rd she saw Ms. Lewis crying after being hit by Mr ▮▮▮. She explained that Ms Lewis had a fist mark on her rib area  Ms Redacted ▮▮ explained the incident when she saw Mr ▮▮ spin Ms Lewis up against a vehicle in "Tiger Land", she also saw Mr ▮▮ push Ms Lewis in "Tiger Land" on another incident  Ms Redacted ▮▮ went on to say that she knows ▮▮ is threatening "legal stuff" against Ms. Lewis.

Accompanied with these interview documents are text message pictures between Mr. ▮▮▮ and Ms Lewis. This investigation paper work is attached to the case

On August 19th, 2018, at around 1200 hours, Ms. Lewis' parents, David and Rosalita Lewis  came to the LSU Police Department to meet with Police  When I asked of a timeline of their daughter attending LSU they explained that Ms Lewis began at LSU in January of 2017, finished and went professional (Tennis) in May of 2017, and wanted to come back to finish this semester up in March of 2018  Mr and Mrs. Lewis' were distraught, they explained that when they had saw the news they knew it was their daughter who was abused. Upon calling their daughter and asking her she denied that she was the abuse victim and she went on to tell them that it was another player on the tennis team  Mr. Lewis went on to explain that he had believed that Ms. J. Lewis' was being abused by Mr ▮▮▮. When I asked how he knew, Mr. Lewis explained that (exact date unknown) Ms. J. Lewis had told her sister, Carolina Lewis, that Mr. ▮▮ had punched her in the stomach and then pushed her down stairs. Mr. Lewis went on to say that another friend,  Redacted ▮▮ (LSU Student), was Lewis' roommate in her apartment at WCA and that she viewed Mr. ▮▮ get angry and put his fist through the apartment wall. Mr. Lewis further said that Ms. J. Lewis had told another friend, Liz Williams, (June of 2018) that ▮▮ was punching her. Mr. Lewis explained that he had a joint bank account with Ms. J. Lewis where he could see her finances. He explained that while in the relationship with Mr. ▮▮ she was making expensive finances. According to Mr Lewis his daughter was purchasing high end shoes, designer bags and spent over 1200.00 dollars one month on "Sonic" fast food. Mr. Lewis said that ▮▮ as worried for his daughter and attempted to contact Mr ▮▮ to see what was going on at which time a verbal argument ensued during the phone call. According to Mr. Lewis, Mr ▮▮ said, "I advise and consult your daughter" the conversation ended shortly thereafter. When I asked the Lewis if they had notified anyone of their suspicions of abuse, Mr. Lewis said he had contacted Ms. J. Lewis' tennis coach, Mike Sell (LSU Tennis coach - female team), on two separate occasions  Mr Lewis called Mr. Sell in June and July of 2017, during these phone calls Mr. Lewis explained that Ms. J. Lewis was being physically abused by Mr ▮▮. According to Mr. Lewis, Mr Sell said, "I don't believe that"  and in the second call he was told again about the relationship and abuse at which time Mr. Sell had said, "Couldn't be possible  wouldn't be possible". Mr. Lewis went on to explain that he knew his daughter was coming back to LSU at this time and wanted to alleviate and stop the abuse by notifying the coach. Mr. Lewis further indicated that Ms. J  Lewis was receiving parking permits in the mail from the coaching staff in an attempt to re-recruit her. I then asked if Mr Lewis had been told directly by Ms. Lewis about the abuse of saw any injuries from the  abuse. Mr. Lewis explained that when he visited Ms. J. Lewis in June of 2018 he saw a bruise mark by her eye, an ear injury and her cell phone glass front was smashed.
At approximately 1530 hour, I met with ▮▮▮▮▮ (LSU Student // DOB Redacted ▮▮ at the LSU Police Department  Ms Redacted ▮▮ was a known friend of Ms. Lewis and was mentioned in the Title XI reports of the incident. Ms. ▮▮▮ explained that she knew Ms Lewis before she had attended LSU at "Junior Tennis"; Ms. Lewis came back to LSU in March of 2018 at which time Ms. ▮▮▮ and her began to talk again  Ms ▮▮▮ explained that Ms. Lewis spoke a lot about Mr. ▮▮, near the end of March 2018, Ms. Lewis explained to Ms. ▮▮ that Mr. ▮▮ had punched her in the stomach. She went on to explain that in April of 2018, Ms. Lewis was punched in the ribs by Mr. ▮▮ which had caused a rib to break; this caused Ms. Lewis a lot of pain leaving the rib and stomach area to become enflamed. According to Ms. ▮▮▮, Donovan White (LSU athletic trainer - Tennis) would have of been Ms. Lewis' athletic trainer during this time period but has since left LSU. Ms. ▮▮▮ said that she was at LSU's West Campus Apartments during the incident in which the LSU police had been called to the disturbance at Ms. Lewis' apartment. Ms. ▮▮▮ went on to explain that she was up late studying for an exam when Ms. Lewis had texted her. According to Ms. Vasilyuk the text from Ms. Lewis read, ▮▮▮ come the police are here" When she went to Ms. Lewis' apartment she saw several police outside with Ms. Lewis who at the time was crying, she further explained that Mr. ▮▮ was inside the apartment sitting on the couch extremely intoxicated. When close enough to Ms. ▮▮▮▮, Ms. Lewis whispered, "he just strangled me, he just hit me, and he just ripped my ear ring out"; she then saw that Ms. Lewis' ear and her hand were both bloody. At this time Ms. ▮▮ told Ms Lewis to come forward and tell the truth but Ms. Lewis declined and explained that she did not want to ruin Mr. ▮▮ life. Ms. ▮▮▮ explained  Ms. Lewis then lied to the Police and explained that they were only having a verbal dispute.
Ms ▮▮▮ described another incident which had occurred one evening when she and Ms  Lewis were planning to go to ▮▮ r. While in the parking lot, Ms. ▮▮▮ saw Mr. ▮▮▮ vehicle, at this time the door opened and Ms. Lewis attempted to exit the vehicle. It was at this time that Mr. ▮▮ leaned over and violently slammed the door from the inside of the vehicle and

11/20/2020  8:47:15 AM    Page 22 of 44

**EXHIBIT A**

BOS-002120

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI # ▮▮▮▮ |
| --- | --- | --- |
| | NARRATIVE | ☐ JUVENILE |

NARRATIVE TITLE:    SUPPLEMENT #1 - Garguiolo

NARRATIVE:

sped off with Ms. Lewis still inside. Ms ▮▮▮ explained that Ms Lewis later called another friend during dinner and said "Come get me ▮▮▮ just dropped me off in the ghetto".

On a third occasion between Ms. Lewis and Mr ▮▮▮, Ms. ▮▮▮ was walking outside of "Tiger land" with Ms Lewis when they saw Mr. ▮▮▮ walking with another girl. At this time Ms. Lewis became upset that Mr ▮▮▮ was with another girl and ran up to him and yanked on his arm from behind to get his attention. Mr. ▮▮▮ then turned and pushed Ms. Lewis and said "get the hell off of me".

When I asked about any signs of abuse on Ms. Lewis' body, Ms. ▮▮▮ did explain that she had viewed bruising on Ms Lewis' neck which had occurred during the strangulation incident the night that the police were called. When I asked Ms ▮▮▮ if she believed that the bruising was caused from Mr. ▮▮▮ assaulting Ms. Lewis, she explained, "yeah 100 percent". Ms ▮▮▮ then said that Ms Lewis went back on her word, in reference to the recanted statement, due to the fact that she didn't realize how big of a matter it would become; Ms. ▮▮▮ said that she further told Ms Lewis that she would not lie for her. I then asked if the bruising around the neck could have been caused from a tennis injury, Ms. ▮▮▮ explained that the marks on Ms. Lewis' neck were from Mr ▮▮▮ strangling her.

Ms ▮▮▮ showed me pictures of the bruising of Ms. Lewis' neck and rib cage areas. Ms ▮▮▮ explained that Ms Lewis wanted a different angle to look at her ribcage injury so Ms ▮▮▮ took a picture. The neck injuries pictures were taken during a tennis tournament, Ms Lewis believed that her coaches were looking at her neck so she had Ms. ▮▮▮ take pictures to see how bad that the bruising looked. During this tournament Ms. Lewis wore a hoody and her hair on one side of her neck to cover the bruising; these were the same marks which were covered with makeup.

When I asked Ms. ▮▮▮ if she had ever communicated with Mr. ▮▮▮ she explained that she had called him "irrelevant" over social media, this prompted Mr. ▮▮▮ to "threaten to expose" Ms. ▮▮▮ to her boyfriend about "something". She further explained that Ms Lewis was driving around in Mr. ▮▮▮ vehicle (Audi) today (8-19-2018), she explained that Mr. ▮▮▮ mom had given Ms. Lewis the keys, but she did not know if it was Mr. ▮▮▮ mom or adopted mom.

On August 20th, at approximately 1730 hours, Ms. ▮▮▮ sent me text messages and pictures relevant to the case. The pictures Ms. ▮▮▮ sent are (10 in count) pictures of the injuries sustained to Ms. Lewis' neck. Another picture is included in a screen shot of an "instagram" text message Ms. ▮▮▮ had taken from a conversation between Ms. Lewis and another individual, Redacted (Ex - LSU Student). According to Ms. ▮▮▮ the conversation is between Ms. Lewis and Ms. ▮▮▮ is as follows:

"just letting you know ▮▮▮ physically abuses me, broke my rib and is suspended from football bc the cops had to take him out of my apartment and he has chlamydia on top of it!! basically my driving 7 hours to fuck bc no one at lsu touches him bc hes a pathetic whore. .." - Lewis

This text is followed by a picture of the bruising to Ms. Lewis' rib/stomach area

"for your safety )" - Lewis

"For my safety?? You continue to fuck with him after he punched you.." Redacted

"its coming to an end after a year and a half bc he cant commit and hes abusive. I tried but hes crazy" -Lewis

"I've heard all this before  Thanks for telling me something I already knew. Me and mine are great." Redacted

"Clearly you didn't know if your going to fall for his lies.." - Lewis

"lol you probably lie just as much as him, if you're coming into my dms about something in the past" Redacted

The rest of the message conversation is then cut off. Screen shots of this text message conversation is attached to the case

Also attached to the case is the voice recording and video of my interview with Ms ▮▮▮.

Around 1535 hours, Lieutenant Abels began interviewing another individual, ▮▮▮ (LSU Student), in reference to the incident between Ms. Lewis and Mr. ▮▮▮. I entered the interview when my interview with Ms. ▮▮▮ was completed. See Lieutenant Abels attached supplement in reference to the interview. During the course of the interview Ms ▮▮▮ explained to me that she had text messages, one from Mr. ▮▮▮, a text conversation between Ms. Lewis and Ms. ▮▮▮, and a text message conversation that Ms. Lewis had sent her before Ms. ▮▮▮ had come in to the Police Department for the interview. Ms. ▮▮▮ showed me a text message, she said was sent from Mr. ▮▮▮ it is as follows:

"I'm a Ass hole, who thinks he is better than everyone, I'm spoiled, but I work harder than everyone who tells me I don't deserve anything. I'm a sociopath and I don't let others reflect who I am….I don't care about ppl….idc what ppl say about me I don't care about a lot of shit." -

"You are a slut. .. You've done to much    stop" -

Ms. ▮▮▮ then showed me an elongated version of the text messages that Ms. Segar had provided me  This is the text message string which showed Mr. ▮▮▮ threatening Ms. Lewis.

Ms. ▮▮▮ showed me a third set of text messages which occurred between her and Ms Lewis, the texts are as follows 1.55 pm

"the detective on the case just called and wants to talk to me" -

"say u don't know anything" - Lewis

"I don't want to go behind your back so I'm just letting you know" -

"▮▮▮ never saw anything" - Lewis

"u never "Seen" " - Lewis

EXHIBIT A    BOS-002121