CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI #<br>LA0170400 |
|---|---|---|
| | NARRATIVE | ☐ JUVENILE |

NARRATIVE TITLE:  NCIC

NARRATIVE:
MSG 00140515C7 UNLSUB00 10C413 NC2K   2FFB97 20180916 05.39 08
LA0170400
CTL/
ATN/

1L0100140515C73CW
LA0170400
CLEAR NAM/█████████NIC/W624850257

MSG 00140515BD UNLSUB00 10C3FE NC2K   2FEBF8 20180916 01 19 42
LA0170400
CTL/
ATN/POUNDS

1L0100140515BD2ZW
LA0170400

***MESSAGE KEY ZW SEARCHES WANTED PERSON FILE FELONY RECORDS REGARDLESS OF
EXTRADITION AND MISDEMEANOR RECORDS INDICATING POSSIBLE INTERSTATE
EXTRADITION FROM THE INQUIRING AGENCY'S LOCATION  ALL OTHER NCIC PERSONS
FILES ARE SEARCHED WITHOUT LIMITATIONS.
MKE/WANTED PERSON
EXL/2 - LIMITED EXTRADITION SEE MIS FIELD
ORI/LA0170400 NAM/█████████ SEX/M RAC/B
DOB/█Redacted█ HGT/606 WGT/220 EYE/BRO HAI/BLK
SOC/█Redacted█
OLN/█Redacted█ OLS/LA OLY/2022
OLN/ASSAULT
DOW/20180815 OCA/20180816-015
NOA/N
MIS/█████████ IS WANTED FOR 1 FELONY COUNT OF BATTERY OF A DATING PARTNER
MIS/STRANGULATION   2 MISDEMEANOR COUNTS OF BATTERY OF A DATING PARTNER  2
MIS/MISDEMEANOR COUNTS OF VIOLATION OF PROTECTIVE ORDER   EXTRADITION IS LOCAL
MIS/ONLY
DNA/N
ORI IS LA STATE UNIV PD BATON ROUGE 225 578-3231
NIC/W624850257 DTE/20180916 0218 EDT DLU/20180916 0218 EDT

MSG 00140515BC UNLSUB00 10C3FC NC2K   2FEBD2 20180916 01 18.21
LA0170400
CTL/
ATN/

1L0100140515BC3EW
LA0170400
NAM/███████ D NIC/W624850257
OCA/20180816-015

MSG 00140515AC UNLSUB00 10C3D6 DMV   76C11A 20180916 00 50 07
LA0170400.
CTL/
ATN/ABELS

BA.LA0170400.   00140515AC.ABELS
CLOSE (NEW) OLN/█Redacted█  DISC/03
D███ █████Redacted███

11/20/2020 8:47:15 AM   Page 30 of 44

# EXHIBIT A

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI #<br>LA0170400 |
|---|---|---|
| | NARRATIVE | ☐ JUVENILE |

NARRATIVE TITLE:   NCIC

NARRATIVE:
BATON ROUGE   70810
DOB Redacted RAC/B SEX/M EYE/BRN WGT/220 HGT/606
RES 00,00,00    EXP 20221214 ENDR NONE
PERS STATUS: *V A L I D*

                WLF/ NONE
* NEW PRIVATE LICENSE CLASS *
N/R

MSG 00140515B0 UNLSUB00 10C3DF NC2K   2FE9F4 20180916 01.00.29
LA0170400
CTL/
ATN/DAVID ABELS INVESTIGATION

7L0100140515B02CH
LA0170400
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM Redacted SEX/M RAC/B DOB/Redacted PUR/C
ATN/DAVID ABELS INVESTIGATION
NAME           FBI NO.      INQUIRY DATE
Redacted           6EPCLPCPR    2018/09/16

SEX RACE BIRTH DATE  HEIGHT WEIGHT EYES HAIR PHOTO
M  B  Redacted 606   220  BRO BLK N

BIRTH PLACE
LOUISIANA

 ERPRINT CLASS   PATTERN CLASS

IDENTIFICATION DATA UPDATED 2018/08/17

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING.
LOUISIANA     - STATE ID/ Redacted

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.


END

# EXHIBIT A

BOS-002173

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | **LSU POLICE<br>DEPARTMENT**<br>INCIDENT REPORT<br>NARRATIVE | ORI #<br><br>LA0170400 |
|---|---|---|

| NARRATIVE | | ☐ JUVENILE |
|---|---|---|

NARRATIVE TITLE:    SUPPLEMENT #5 Abels

NARRATIVE:
20180816-015
Supplement # 5
Redac ███████ **Redacted** ████████ was arrested and booked into East Baton
Rouge Parish Prison for violation of LRS 14;34.9 (K)- Battery of a Dating Partner (Strangulation). LRS 14:34.9- Battery of a
Dating Partner (2 counts), and LRS 14 79- Violation of a Protective Order (2 Counts).
LSU Police Criminal Investigations Division has been investigating a dating violence situation between a (LSU Student) Jade
Lewis  and (Former LSU Student) Reda ████.

On 08/17/2018, Reda ████ was arrested for violation of LRS 14:34.1- Second Degree Battery (Dating Violence) ████ was
booked into East Baton Rouge Parish Prison ████ was released on bond and was ordered to have no contact with Lewis  at
the bond hearing by the Honorable Judge Donald Johnson. Since the arrest, LSU Police investigators have found further
evidence for a past violation and evidence of batteries that have occurred since ████ was released on bond.

LSU Police investigators found evidence of an another battery that occurred during the incident at West Campus Apartments in
June of 2018. Detective Garguiolo interviewed Lewis (see supplement). According to Lewis  on 6-18-2018 a battery took place
due to a social media argument. During this time frame, Lewis believes that it was about
0200 hours when ████ entered her apartment. Lewis stated that she gave him a key. At this time ████ walked in and
immediately punched her in the stomach and began to strangle her During the violent episode ████ ripped the ear ring out of
her ear causing her ear to bleed. Lewis provided pictures that showed bruising around her neck and throat area. In one set of
photographs Lewis is wearing a blue shirt. she explained that these pictures were taken the night of the strangulation. In
another set of photographs, the bruising to her neck is darker and she is wearing a pink in color t-shirt. Lewis explained that
these photos were taken the following day. Lewis went on to explain that she had one of her friends (LSU Student ████
████ ████) covered up the bruising on her neck area the next day with makeup I. Lt Abels, interviewed ████ and confirmed
that the she placed makeup on Lewis 's neck area. ████ advised that it appeared to be hand prints on Lewis 's neck. ████
████ provided a written statement and the interview was recorded  (see supplement #2) LSU Police was working with the
East Baton Rouge District Attorney's Office (DA's Office)in reference to the strangulation offense  At that time. it was
understood that the District Attorney's Office was possible going to add the strangulation charged  Due to the incident that took
place on 09/15/2018  LSUPD decided to add the charged to the arrest warrant

The following two batteries have occurred after ████ was released on bond and order to have no contact with Lewis
On 09/15/2018, LSU Police Chief Bart Thompson received several text messages from Lewis' father in reference to another
battery that occurred around 0200 hours on 09/15/2018. The father explained that a photo of Lewis (████████) received a
Facetime call from Lewis. During the Facetime call Lewis showed ████ her left eye which was swollen and bruised. Lewis told
████ that the injury was caused by **Redacted** ████ interviewed (see ████ supplement).Lewis also sent
two photographs of the eye injury, which ████ then sent to Lewis' father. Chief Thompson also communicated with
████ and was sent the two photographs. During the interview with Det. ████ ████ stated that that Lewis told her the eye
injury was caused by ████ slapping her several times on the face

LSU Police investigators contacted a Domestic Violence Advocate from the DA s Office. The advocate was able to contact
Lewis and have her agreed to come to LSUPD. When Lewis arrived at LSUPD. Captain Kazusky and I interviewed Lewis
During the interview we asked Lewis is she would remove the makeup from around her left eye. Lewis agreed. Detectives
could see that Lewis' left eye was swollen but did not see any bruising  Lewis would not admit that she has been with ████
since the arrest and claimed that no batteries have occurred. After further questioning, Lewis admitted that she has been to ████
████ apartment since the arrest and there was an incident that took place on August 26, 2018. Lewis  stated that she was at
████ apartment (Apartment 307 Victory Commons Apartments) and the two got into an argument. During this argument, Lewis
stated that she was pushed into a couch by ████ and injured her lower leg area  Lewis stated that she and ████ got into a
fight and when she went to leave the apartment ████ pushed her into the couch and caused a small cut and bruised her lower
leg (shin area). I continued to question Lewis about her eye. Lewis stated that a tennis ball hit her face. I again continued with
the questioning, at which time Lewis stated that she was with ████ at his apartment around 0200 hours on 09/15/2018  Lewis
stated that she went to sleep in ████ bed and woke up around 1000 hours with a black eye  Lewis continued to state that she
did not know what happened  At this point I ended the interview.
With the two batteries occurring at ████ apartment Baton Rouge City Police Det. Terrell Averett was contacted. Upon Det
Averett arrival he advised for LSUPD to handle the case. See file number 85173-18.
On 09/15/2018, I drafted an arrest warrant for ████ for violation of LRS 14:34.9 (K)- Battery of a Dating Partner
(Strangulation), LRS 14:34 9- Battery of a Dating Partner (2 counts), and LRS 14:79- Violation of a Protective Order (2 Counts)
The Honorable Judge Richard Anderson of the 19th JDC signed the arrest warrant
Detectives searched for ████ the night of 09/15/2018 into the early morning hours of 09/16/2018. There was no answer at his
apartment. Det. ████ maintained a watch on the apartment. At 0300 hours on 09/16/2018  Det ████ advised that she
████ssed Lewis entered the apartment. With this information detectives believed that ████ was in the apartment but refusing
to answer the door. The roommate ████ arrived at the apartment while detectives were trying to make contact ████ refused to

# EXHIBIT A

BOS 002174

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | **LSU POLICE<br>DEPARTMENT**<br>**INCIDENT REPORT**<br>NARRATIVE | ORI #<br>LA0170400 |
|---|---|---|
| | **NARRATIVE** | ☐ JUVENILE |

NARRATIVE TITLE:    SUPPLEMENT #5 Abels

NARRATIVE:

speak with detectives and went into the apartment. Det. Garguiolo drafted a search warrant for the apartment for ▇▇▇▇ (see Det. Garguiolo supplement). The Honorable Judge Richard Anderson of the 19th JDC signed the warrant. At 0500 hours on 09/16/2018, LSUPD made entry into the apartment after several failed attempted to answer the door ▇▇▇▇ was inside the apartment and taken in custody without incident. Lewis was found hiding in ▇▇▇▇ closet. ▇▇▇▇ was transported to East Baton Rouge Parish Prison and Lewis was transported by to her apartment.

Nothing Further

Lt. Abels, David U0828

**EXHIBIT A**

BOS 002175

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | **LSU POLICE<br>DEPARTMENT**<br>INCIDENT REPORT<br>NARRATIVE | ORI #<br>LA0170400 |
| --- | --- | --- |
| | NARRATIVE | ☐ JUVENILE |

NARRATIVE TITLE:   SUPPLEMENT #6 - Garguiolo

NARRATIVE:
20180816-015
Second degree battery
On September 12th, 2018. The LSU Police Criminal Investigations Division met with the East Baton Rouge Parish District Attorney's office in reference to this case. During this meeting I, Detective Garguiolo, provided Melanie Fields (East Baton Rouge Assistant District Attorney) with files relevant to the case. A receipt to this exchange of files is attached to the case.
On September 16th, 2018, I wrote a search warrant for the apartment of ████████ in order to apprehend him to make an arrest on a warrant signed earlier in the evening (see Lieutenant Abels' Supplement). Mr. ████ apartment was located at ████████ Redacted ████████ The search warrant for Mr. ████ was reviewed and signed by the Honorable Judge Richard Anderson of the 19th JDC on 9-16-2018 at a 0446 hours.
At around 0510 hours, LSU PD Officers and Detectives preformed the search warrant at Mr. ████ apartment, a Baton Rouge Police Officer was also on scene but remained outside the apartment. Mr. ████ failed to answer the door when I announced our presence letting him know that we had a search warrant. Enough time was given for Mr. ████ to answer the door which he had failed to do, at which time I opened the door using a door ram. Once the door was opened Mr. ████ was on the other side and quickly taken into police custody. Officers then cleared the apartment finding Jade Lewis hiding in Mr. ████ bedroom. ████ also came out of his own bed room. After the apartment was cleared I took custody of Mr. ████ and read him his rights as per Miranda, he acknowledged that he understood his rights. I then explained that he was under arrest as per the arrest warrant, I also explained that a search warrant was conducted on his apartment in order to take him into police custody. This was recorded using my body camera.
Once at the LSU Police Department I spoke to Mr. ████ but did not question him in reference to the arrest. I explained that that he was under arrest as per the charges on the warrant which included Battery of a dating partner (Strangulation - felony), Battery of a dating partner (2 counts - misdemeanor), and violations of Protective Orders (2 counts - misdemeanor). After reading this to Mr. ████ he explained to me that he only put his hands around Ms. Lewis' neck during sex.
I next completed Mr. ████ booking and probable cause form at which time he was transported to East Baton Rouge Parish Prison by an LSU PD Officer.
On September 17th, 2018, I, went to the Louisiana Attorney General's office and met with Duane Vince of the cybercrimes division. At this time Mr. Vince duplicated the flash drive dumped data of both Mr. ████ phone (████ Redacted ████) and Ms. Lewis' phone. These duplicated flash drives contained data marked as evidence relevant to the case which was located by both Detective ████ and I. The duplicate flash drives will be given to the EBR District Attorney Investigators along with the 911 call ████████ e by Redacted at WCA (during the domestic incident between Lewis and ████, and a flash drive with more case files. Also released from the AG's office into my custody was both of Mr. ████ cell phones. Attached to the case is the receipt of this transfer.
The original flash drive evidence was resealed and dropped back into the LSU PD Evidence hold on 9-24-2018
Nothing further at this time.

Detective Garguiolo
U2008
LSU PD Criminal Investigations Division

**EXHIBIT A**

BOS-002176

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | **LSU POLICE<br>DEPARTMENT**<br>INCIDENT REPORT<br>NARRATIVE | ORI #<br>LA0170400 |
|---|---|---|
| | **NARRATIVE** | ☐ JUVENILE |

NARRATIVE TITLE:    SUPPLEMENT #7 ▮▮▮▮

NARRATIVE:

20180816-015

On September 15, 2018 I meet with ▮▮▮▮ in reference to information that she had concerning several violent incidents that occurred between ▮Reda▮ and Jade Lewis in the days after ▮▮▮ arrest.

▮▮ explained that she has been friends with both ▮▮▮ and Lewis and has been privy to hearing both sides of their stories as the events few days and months. ▮▮▮ explained that since the time that ▮▮ has been arrested she knows that Lewis has been going over to ▮▮ apartment and that they have seen each other several times. ▮▮ said that Lewis and ▮▮ talk with her about arguments that they have, and that those arguments tend to involve ▮▮ blaming Lewis for the entire situation and issues pertaining to their romantic relationship. ▮▮ stated that Lewis speaks about wanting to "cover up" the situation because she wants to be with ▮▮.

▮▮ then explained to me that she was present for an incident where she saw ▮▮ physical abuse Lewis. ▮▮ said that on the Sunday before the first LSU Football game, Sunday August 26, she went with Lewis to ▮▮ apartment in order to bring ▮▮ food. ▮▮ said that once inside the apartment, ▮▮, Lewis, and ▮▮ went into ▮▮ bedroom where ▮▮ started an argument with Lewis about their relationship and blamed Lewis for several things. ▮▮ said that Lewis decided it was time to leave and attempted to get up and walk out of the bedroom, however ▮▮ began aggressively blocking the door so that Lewis could not leave the room. ▮▮ explained that while ▮▮ was blocking the bed room door, Lewis manages to squeeze through an opening and escape the room. ▮▮ said that she then saw ▮▮ grab Lewis from behind, pick her up, and threw her across the living room. ▮▮ said that this act would cause bruising and small cuts to Lewis's shin. ▮▮ told me that she herself became fearful that ▮▮ would also become physical with her. ▮▮ said that ▮▮ began yelling at her to leave the apartment. ▮▮ said she told ▮▮ that she was not leaving without Lewis and that she was going to see anything that he was about to do. ▮▮ said that at that time, ▮▮ calmed down and both Lewis and ▮▮ were allowed to leave.

▮▮ said that the roommate ▮▮ was in the apartment at the time of this incident however he didn't come out of his bedroom until after the incident was over. ▮▮ said that ▮▮ asked, "Whats going on", but that he didn't say or do anything else. ▮▮ does not know if ▮▮ and ▮▮ spoke after she and Lewis had left the apartment.

▮▮ explains that she knows that between that night, August 26, 2018, and September 14, 2018 Lewis and ▮▮ have been seeing each other at ▮▮ apartment ▮▮ said that Lewis told her that Lewis and ▮▮ were having consensual sex. ▮▮ said that on September 14, 2018 Lewis had been at ▮▮ apartment and was speaking with ▮▮ on the phone ▮▮ said that during the phone call, Lewis accidently spoke about another guy that she is "seeing". ▮▮ said that she ▮▮ overheard Lewis talking to ▮▮ about the other guy, and Lewis abruptly ended the phone call and hung up on ▮▮ ▮▮ said that she began trying to contact Lewis via phone calls and text, however Lewis wasn't responding ▮▮ said that after approximately 55 min of not being able to reach Lewis, Lewis called her and asked ▮▮ to come to ▮▮ apartment and pick her up.

▮▮ said that she picked Lewis up from ▮▮ apartment. Lewis explained to ▮▮ that ▮▮ had grabbed Lewis by the neck and taken her phone in order to look through her text messages to see if she was talking to other guys. ▮▮ said that after picking Lewis up from ▮▮ apartment, they spent time together until about 0115 hrs when they parted way. ▮▮ said that she would learn on the following day that after she left Lewis, Lewis went over to ▮▮ apartment at approximately 0230hrs on September 15, 2018.

▮▮ said that she received a Facetime call from Lewis, who was at her own apartment, at approximately 1030 hrs on September 15, 2018. ▮▮ said that she could see that Lewis had an abrasion over her left eye. ▮▮ said that Lewis told her that she had gone to ▮▮ apartment on the previous night after ▮▮ and Lewis parted way. Lewis told ▮▮ that ▮▮ became angry at her again and began to argue with her about the same things that they had fought over on the previous day just before ▮▮ had picked Lewis up. ▮▮ said that Lewis explained that ▮▮ had become violent and started slapping her in the face repeatedly.

I asked ▮▮ if Lewis had any marks or bruises from being slapped by ▮▮. ▮▮ said that Lewis did have something above her left eye and described the area around the eye as being swollen and bruised. ▮▮ advised that Lewis had sent her photos of the damage to her eye, and that she had forwarded the photos to Chief Thompson. Those photos have been attached to this report, and placed into evidence. ▮▮ advised that Lewis has covered the area around her eye with makeup so that she could go to dinner with the damage being seen by others.

▮▮ spoke briefly on her opinion about Lewis's mindset towards ▮▮. ▮▮ explained that Lewis doesn't want ▮▮ to go to jail and said that Lewis wants to be with ▮▮. ▮▮ describes Lewis as being delusional, saying that Lewis assumes that if she protects ▮▮ by covering up facts and evidence of the abuse then ▮▮ will want to be in a real relationship with her. ▮▮ describes Lewis as being addicted to ▮▮.

▮▮ explained that Lewis says that she will not lie under oath and is concerned that she will "go down" for all of this, which may affect her status as a student at LSU and possibly her citizenship.

I asked ▮▮ where Lewis, who was at that time at the LSU PD being interview by Capt. Kazusky and Lt. Abels, would go after leaving the PD. ▮▮ said that she and Lewis and a few other friends made plans to go out to Tigerland but that she believes that Lewis would go back to ▮▮ apartment after she went to Tigerland. ▮▮ believes that the only way that Lewis will be physically separated from ▮▮ is if ▮▮ is in jail.

It ▮▮ on body camera was recording during my interview of ▮▮

After speaking with ▮▮ I returned to the LSU PD where Investigators would obtain an arrest warrant for ▮Reda▮. At

11/20/2020 8:47:15 AM    Page 35    of 44

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI #<br>LA0170400 |
| --- | --- | --- |
| | NARRATIVE | ☐ JUVENILE |

NARRATIVE TITLE:    SUPPLEMENT #7 ▓▓

NARRATIVE:

approximately 2330 hrs, once the arrest warrant was obtained, Detectives went to ▓▓▓s apartment complex Victory Commons located at 3390 Nicholson Dr, Baton Rouge, LA 70802, and knocked on the door to ▓▓▓s third floor apartment 307C. No one answered the door. ▓▓▓s car was not in the parking area leading Detectives to believe that he was not at home

I was assigned the task of sitting at the Victory Commons Complex and wait for ▓▓▓s arrival. There was no activity at the apartment until approximately, 0215hrs when ▓▓▓, ▓▓▓s roommate, pulled into the complex parking lot in his white Dodge Challenger. ▓▓ parked his car in his assigned parking spot, sits for several minutes, and then drives out of the complex again

At approximately 0300 hrs on September 16, 2018, I observe Lewis arrive on foot, walk up the stairs to the third floor and knock on ▓▓▓s door. A few moments later the door opened, I could not see who opened the door, and Lewis entered the apartment

At approximately 0330 hrs, Detectives Kazusky, Abels, and myself attempt to make contact with the subjects inside of ▓▓s apartment. Detectives became concerned for Lewis's safety when we realized that ▓▓▓ maybe inside the apartment and ▓▓▓ and Lewis maybe in the apartment alone. Detectives knocked on the door to ▓▓s apartment several times with no response from anyone inside. While Detectives were knocking on the door, ▓▓ arrives to the front door of the apartment. Capt. Kazusky attempted to speak with ▓▓▓, but ▓▓ walks quickly past Detectives and enters his apartment closing the door quickly behind him.

Capt. Kazusky and Lt. Abels leave that apartment complex in order to obtain a search warrant for ▓▓▓ apartment. I stay at the apartment complex in order to watch the apartment. No one comes or goes from the apartment during this time.

At approximately 0500 hrs, Detectives Kazusky Abels, Garguiolo, along with Lt. Bodine and Ofc Landerman arrive on scene and prepare to serve the search warrant and ▓▓▓ arrest warrant.

All Officers involved stack on the door to apartment ▓▓▓ ▓▓▓ apartment, knock loudly several times and announce the search warrant. There was no answer to the knocking of the door. At that time, Detective Garguiolo used a metal ram to ram the door open. After two strikes with the ram the door comes open to reveal Reda ▓▓s standing at the door. ▓▓▓ is given several verbal commands to put his hands up, to which he complies. He is told to turn around and walk towards the Officers at the door ▓▓▓ complies. As ▓▓ nears the door, I am able to take him into custody and cuff him. ▓▓ is then handed over to Capt. Kazusky

Officers then make entry into the apartment in order to check for Lewis. Lewis was found hiding in the closet of ▓▓▓ ▓om which is located at the rear of the apartment. Once Lewis is found, I take Lewis into my care until the rest of the apartment can be cleared.

After making contact with Lewis, ▓▓▓ comes out of his room. I can see and hear Officers giving ▓▓▓ several verbal commands to put his hands up, ▓▓▓ does not comply with Officers and Officers go hands on and take ▓▓▓ into custody

After the apartment was cleared, I escort Lewis out to the balcony area, where we stay so that ▓▓▓, who was being escorted by Officers can re-enter his apartment and put clothes on. After dressing, ▓▓▓ was escorted back to the LSU PD by Ofc Landerman.

I then escort Lewis back to her apartment at Nicholson Gateway, which is located next door ▓▓▓ apartment complex Victory Commons

My body camera was activated during the serving of the search warrant at ▓▓ apartment

Detective
U-1319

# EXHIBIT A

BOS 002178

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | **LSU POLICE<br>DEPARTMENT**<br>INCIDENT REPORT<br>NARRATIVE | ORI #<br>LA0170400 |
|---|---|---|
| | **NARRATIVE** | ☐ JUVENILE |

**NARRATIVE TITLE:**    SUPPLEMENT #8 - Garguiolo

NARRATIVE:

20180816-015
Second Degree Battery
On August 17th, 2018 at 1645 hours, I, Detective Garguiolo of the LSU Police Department wrote a warrant for the arrest of ▮▮▮▮▮▮ which was reviewed and signed by the Honorable Judge Donald Johnson of the 19th JDC.
The last page of the arrest warrant indicated that the second degree battery charge occurred on 5-1-2017. The date of this charge correctly occurred on 4-3-2018 not 5-1-2017
On September 17th, 2018, I, Detective Garguiolo received back data which was warranted from the Apple Corporation
I received back two flash drives (Sandisk 32 gigabyte flash drives) containing the Apple I-cloud data from Ms. Lewis' email (jademlewis@gmail com) and Mr. ▮▮▮▮ email (Redacted@yahoo.com <mailto:Redacted@yahoo.com>) as per the search warrants signed by the Honorable Judge Donald Johnson of the 19th JDC on 8-20-2018 at 1434 and 1436 hours.

I went through the data on both of the flash drives to locate evidence relevant to the case. The evidence that I located was not new but found prior on the "dumped data" flash drives from both Mr. ▮▮▮ and Ms Lewis' cellular phones.

The evidence on Ms. Lewis' I-cloud data were pictures of injuries she sustained and text messages talking about abuse by Mr ▮▮▮

Located on Mr ▮▮▮ I-cloud was a picture of a text message string between him and Ms. Lewis which indicated that he wanted to "punch" Ms Lewis in the face. This text message string picture was also located on Mr. ▮▮▮ cell phone

Both files containing evidence from each flash drive was placed on compact disc. Placed into the LSU PD evidence hold is the compact disc, flash drives (X2) of the I-Cloud data, and the search warrants for this data.

Nothing further to report

Nothing further to report
Detective Garguiolo
U2008
▮PD Criminal Investigations Division

# EXHIBIT A

ROS 002170

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI #<br>LA0170400 |
| --- | --- | --- |
| | NARRATIVE | ☐ JUVENILE |

NARRATIVE TITLE:    SUPPLEMENT #9 - Garguiolo

NARRATIVE:

20180816-015

Second degree battery

While reviewing cell phone records for Mr. ▓▓▓ cell phone ▓▓Redacted▓▓ AT&T) I found that Mr. ▓▓▓ was called by Verge Ausberry's cell phone (225-939-2017) after their text message conversation relating to the battery of Jade Lewis. This phone call occurred on 4-14-2018 at 21:36:38 (UTC) and lasted for six minutes and one second. 21:36 hours Coordinated Universal Time (UTC) time is equivalent to 1636 hours Central Standard Time. The text messages between Mr. ▓▓▓ and Mr Ausberry occurred on 4-14-2018 at 1629 hours (CT)

On October 8th, 2018, Detective ▓▓▓ and I, Detective Garguiolo, went to Tiger Stadium's Broussard Athletic Training Room to meet with Catherine Walker (578-2050 // Volleyball assistant athletic trainer // listed in previous report supplement as "Katherine") Ms. Walker explained that she is ▓▓▓ ▓▓▓ athletic trainer, and that she was called by Ms ▓▓▓ in the early morning hours, approximately 0215 hours, of 6-18-2018 about an incident between her roommate, Jade Lewis, and "▓▓▓ Ms. ▓▓▓ explained to her that she had heard her roommate fighting with another individual, Ms. ▓▓▓ had then called the Police. Ms. Walker explained that she went to Ms ▓▓▓ apartment after the incident to help calm her down. When Ms. Walker arrived she said the Police had already left and she never entered the apartment room nor did she see Ms. Lewis. Later in the morning hours Ms. Walker sent a text message to Micki Collins and explained what had occurred.

We then met with Micki Collins (second interview) in the training room. I asked Ms. Collins about the typed statement which she had completed and attached with the medical records for Ms Lewis as per the medical records search warrant I had served. This letter was completed by Micki Collins for the search warrant, she explained that it was not the original document from the physical analysis of Ms. Lewis. Ms. Collins went on to explain that the medical analysis of Jade Lewis was completed at the Football Operations building and not the Broussard Training room at Tiger Stadium. Ms. Collins was in communication with technical support to attempt to locate the computer in an attempt to find Mr. White's notes on the medical evaluation of Ms Lewis.

Around 1530 hours, Captain Kazusky and I, met with Micki Collins again at the LSU Football Operations Building. During this review Ms. Collins identified one of the possible two computers that Donovan White could have saved his notes of the evaluation of Ms. Lewis by Dr Winder on. This computer was taken to preserve possible evidence. When Ms. Collins was asked she explained that the typed statement she created about the evaluation of Ms. Lewis by Dr. Winder was produced off of her and Mr White's memory of the incident. She also recreated the treatment schedule for Ms. Lewis which was also recreated by memory and Mr. White's calendar. Both forms were created to satisfy the search warrant because they could not locate the written notation of the incident. Ms. Collins was uncertain if Mr. White ever notated the summary of the medical evaluation

Around 1615 hours, Micki Collins telephoned me after we had left the Football Operations building. At this time Ms. Collins verified that there was no documentation or notation completed during Dr. Winder's medical examination of Ms. Lewis

At 1700 hours was called by Ms. Collins who met me at the Football Operations building. Once at the building I collected the secondary computer that the medical evaluation may have been saved on. Both computers were collected as to preserve evidence in the case and a search warrant will be written for both computers. Both computers (First computer: DNQJJ02 // 29733473522 // Second computer: Optiplex 9020// OXPCG3 // BB7JK02) are being stored at the LSU Police Department and have not been turned on or plugged in

On October 10th, 2018, at approximately 1500 hours, I, Detective Garguiolo telephoned and made contact with Donovan White (Second telephone interview). During this telephone call I asked where the medical analysis of Ms. Lewis by Dr. Winder was conducted. Mr. White explained that it took place at the LSU Football Operations building in the orthopedic office; he went on to explain that Ms. Lewis, Dr. Winder, Ms. Collins and himself were present in the room. When I asked if he had made a report in the database or with "Microsoft word" (saved on the computer) he explained that he did not. When I previously spoke to Mr White his story differed, he earlier explained that he had made notes of the medical evaluation and saved them in "Word' on the computer. Mr. White went on to say that in August of 2018 (same time that the search warrant for medical records was completed by LSU Police Department and sent to LSU Athletics) he wrote down, into word, documentation notes from the day In which the medical examination of Ms. Lewis had occurred from his memory. Mr. White did not have any reason or answer as to why no type of notation was made of the examination. Mr White kept explaining that due to Ms. Lewis being a professional athlete he could not enter her into the LSU medical database, but he then said that he could have reentered her into the system but he did not. Dr. Winder previously explained that he did remember the athletic trainer, D. White, typing on the computer and notating the examination that he had performed on Ms Lewis

Nothing further to report at this time

Detective Garguiolo

# EXHIBIT A

BOS_002180

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI #<br>LA0170400 |
|---|---|---|
| | NARRATIVE | ☐ JUVENILE |

**NARRATIVE TITLE:**    SUPPLEMENT #9 - Garguiolo

NARRATIVE:

U2008
LSU PD Criminal Investigations Division

**EXHIBIT A**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | **LSU POLICE<br>DEPARTMENT**<br>**INCIDENT REPORT**<br>NARRATIVE | ORI #<br>LA0170400 |
| --- | --- | --- |
| | **NARRATIVE** | ☐ JUVENILE |

NARRATIVE TITLE:    SUPPLEMENT #10 - Garguiolo

NARRATIVE:
20180816-015

Second degree battery

October 15th, 2018, at approximately 1345 hours, ▓Redacted▓ accompanied by his attorney, Ben Gibson, came to the Louisiana State University Police Department to talk about the incidents between Jade Lewis and ▓Redacted▓

▓Redact▓ and I, Detective M. Garguiolo, talked to ▓Redacted▓ about his relationship with ▓Reda▓, ▓Redacted▓ explained that his relationship with Mr ▓▓ was a "football relationship"

I next asked him if he had any knowledge of a violent act which occurred between ▓Reda▓ and Jade Lewis in May of 2017 Mr ▓Redacted▓ explained that he had no memory of the incident.

I next brought up in incident in "Tiger Land" where Mr. ▓▓ was said to have got into a verbal argument with Ms. Lewis where he raised his hand to her as if to hit her. Mr. ▓▓ explained that he was present for that incident.

Mr ▓▓ went on to say that he heard rumors that Mr. ▓▓ was hitting Ms. Lewis. Ms. Lewis showed Mr ▓Redacted▓ the bruise mark on her bare skin near her rib area and explained that Mr ▓▓ had hit her. Mr ▓Redacted▓ went on to say the Ms Lewis' father told her that he would go to the police about Mr. ▓▓ if Ms. Lewis did not go professional in tennis.

I next asked Mr. ▓▓ if Mickey Joseph knew of the violence between Mr. ▓▓ and Ms. Lewis. Mr ▓Redacted▓ replied that Mr Joseph knew, at this time of his answer Mr Gibson nudged Mr. ▓Redacted▓ under the table at which time M▓Redacted▓ indicated that Mr. Joseph knows of the violence now

This interview was recorded with my body camera.

Nothing further to report.

◯ective Garguiolo
U2008
LSU PD Criminal Investigations Division

**EXHIBIT A**

BOS_002182

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | **LSU POLICE<br>DEPARTMENT**<br>INCIDENT REPORT<br>NARRATIVE | ORI #<br>LA0170400 |
|---|---|---|
| | **NARRATIVE** | ☐ **JUVENILE** |

NARRATIVE TITLE:    SUPPLEMENT #11 - Garguiolo

NARRATIVE:
20180816-015

Second degree battery

On November 7th, 2018, I, Detective Garguiolo of the Louisiana State University Police Department wrote a search warrant for the (2) computers located at the LSU Football Operations Building on October 8th, 2018

I wrote this search warrant to digitally examine both computers in an attempt to locate a medical record of Jade Lewis which may have been composed in a document form. This search warrant was signed by the Honorable Judge Fred T Crifasi of the 19th JDC on 11-7-2018 at 1359 hours

Both computers will be taken to the Louisiana Attorney General's office to be examined.

The search warrant has been attached to the case.

Nothing further to report at this time

Detective Garguiolo
U2008
LSU PD Criminal Investigations Division

**EXHIBIT A**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | **LSU POLICE<br>DEPARTMENT**<br>**INCIDENT REPORT**<br>NARRATIVE | ORI #<br>LA0170400 |
|---|---|---|
| | **NARRATIVE** | ☐ **JUVENILE** |

**NARRATIVE TITLE:**    SUPPLEMENT #12 - Garguiolo

NARRATIVE:
20180816-015

Second degree battery
On December 14th, 2018, I, Detective Garguiolo of the Louisiana State University Police Department was contacted by Investigators of the Louisiana Attorney General's office in reference to the digital search of LSU Computers
The A.G. investigators digitally analyzed the computers (2 Dell computers) collected from the LSU Football Operations building
As per the search warrant A.G. Investigators searched for a possible medical record which could have been completed in a document form which notated the medical examination of Jade Lewis
Investigators were not able to locate any such document resembling a medical record in either computer
Nothing further to report.
Detective Garguiolo
U2008
LSU PD Criminal Investigations Division

# EXHIBIT A

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI #<br>LA0170400 |
| --- | --- | --- |
| | NARRATIVE | ☐ JUVENILE |

**NARRATIVE TITLE:** SUPPLEMENT #13 - Garguiolo

NARRATIVE:
20180816-015

Second degree battery
[Redacted] of [Redacted] was arrested and booked into East Baton Rouge Parish Prison for violation of LRS 14:79- Violation of a Protective Order (1 Count).

On January 17th, 2019, The Louisiana State University Police Department was notified by David Lewis (Father of Jade Lewis) that Jade Lewis was still in contact with [Redacted]
At approximately 1345 hours, I, Detective Garguiolo, made contact with Mr. Lewis via a telephone call. During the call Mr Lewis explained that he was notified by Jade Lewis' friend, [Redacted] that [Redacted] is in constant communication with Jade Mr. Lewis went on to explain that his daughter yielded as many as 8,000 text messages from two phone numbers [Redacted] [Redacted] which he believes to be Mr. [Redacted] phones. These text message communications began around the time of Thanksgiving (2018) and have been continued to present time (1-17-2019).
At approximately 1500 hours, [Redacted] came to the LSU PD to inform me more on the situation, this interview was recorded with a voice recorder. Ms. [Redacted] explained [Redacted] began to communicate with Jade Lewis on 11-15-2018 via social media accounts (Instagram - account [Redacted]). According to Ms. [Redacted] shortly thereafter Mr. [Redacted] called Ms. Lewis with a cellular phone (phone number [Redacted] explaining that it was him ([Redacted]) and this was his cell phone.
On 11-25 or 11-26-2018, Mr. [Redacted] called Jade Lewis' personal cell phone number to communicate with her. He went on to tell her to use a specific phone application (exact application unknown) to change and thus disguise her phone number. According to Ms. [Redacted] Ms. Lewis and Mr. [Redacted] have been in constant contact since this date. Mr. [Redacted] also uses the phone number of [Redacted] which is potentially his phone number [Redacted] which is disguised by an application.
Mr. [Redacted] continued contact with both Ms. Lewis and Ms. [Redacted] via social media accounts (Instagram account [Redacted] //
Snapchat account: [Redacted] I-Cloud account: [Redacted] @yahoo.com) as well. Mr. [Redacted] used his direct email ([Redacted] @yahoo.com <mailto: [Redacted] @yahoo.com>) to send direct messages in text message form to Ms. Lewis Mr. [Redacted] replied to a "story" on Ms. [Redacted] s Instagram account and is as follows:

[Redacted]- Smh
[Redacted]- hahahahaha you know me. Nice to see you back on gram
[Redacted]- lol don't tell anymore lol
[Redacted]a- Ahhh duh I would never snitch
I [Redacted] believed that the word "anymore" was an error which was meant to be "anyone"
I was then provided a "screen shot" of a social media conversation between Ms Lewis and Mr. [Redacted] the conversation is as follows

[Redacted]- "Yeah Why?"
Lewis- "u didn't have anyone over last night?"
[Redacted]- "Why?" "I was asleep" "Did you?"
Lewis- "hmmm" "no I was w [Redacted] till 11:30 then went home"
[Redacted]- "ok" "cool"
Lewis- "wyd today?"
[Redacted]- "Not much house arrest lol"

Ms. [Redacted] then provided me with a text message sent to her from the email [Redacted] @yahoo com <mailto: [Redacted] @yahoo.com>) of Mr. [Redacted] which is as follows:

[Redacted]- "lol you sound hurt ...I did treat her bad. I don't mean to. I control her because I'm scared to lose her It's who I am I work on it get better. Simple. But I'm real to myself. What's your problem? You're just fake. I will never let someone like you get to me in anyway.....you're the sugar mother of the football team. It's like you're a joke. And I'm glad you pointed it out that I treat her badly ..lol I'll work on that.. treat my wifey right Soo she will not bad be on that level. Thank you   I needed that Just know when it all comes down to it, the decision between me and you Will not be hard. Lol you'll be alone again And I don't want that.

On December 22nd, 2019 at 1918 hours, Ms [Redacted] received the following text message from Mr. [Redacted] via his email
[Redacted]- "Give me dirty"
"Everything"
"on her so I can t hate"
"and move on" "Tell me everything"
"Don't tell her because I'll know"
"Dirt"*
Thursday December 27th, 2019, 1402 hours
[Redacted]r
"Help Me"

# EXHIBIT A

BOS 002185

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI #<br>LA0170400 |
|---|---|---|

| NARRATIVE | ☐ JUVENILE |
|---|---|

**NARRATIVE TITLE:**    SUPPLEMENT #13 - Garguiolo

NARRATIVE:

On January 10th, 2019 at approximately 2230 hours, according to Ms. ███ she and Ms. Lewis were in a vehicle together when Ms. Lewis received a telephone call from Mr. ███. In the call Mr. ███ explained to Ms. Lewis that she needed to come see him tonight and she better come because if not "it's done". Ms. ███ explained that Mr. ███ told Ms. Lewis to wear a black in color hoody sweater and wait at a specific area at which time "someone" will come and pick her up. Ms. ███ did not know of the specifics of where Ms Lewis needed to go nor who would be picking her up. According to Ms. ███, Ms Lewis did not go through with this meeting because Ms. Lewis explained to her that she did not have enough time to clear her phone and thus did not go through with the meeting.

Ms. ███ also went on to explain that she knew Mr. ███ had an unsupervised party at the location he is staying which occurred the Friday after Thanksgiving

Ms. ███ explained that Mr ███ is hostile and verbally abusive to Ms. Lewis in their communications. Ms. Lewis explained to Ms. ███ that she knows where Mr. ███ is currently staying and that if she goes to visit him she is going to edit the digital location on her cellular phone to show that her location is on LSU's campus and not Mr. ███' location.

According to the bond parameters set by the court on 9-21-2018 Mr. ███ is breaking such restrictions. Mr. ███ was not to be in possession of a "smart" phone, the internet, or "smart" devices. He further was not to have any contact with the victim, Jade Lewis. Thus an arrest warrant will be constructed for ███Reda███ on violation of protective orders (LRS 14:79).

On January 23rd, 2019, I wrote an arrest warrant for ███Redac███ on one count of Violation of Protective Orders (LRS 14:79). This warrant was reviewed and signed by the Honorable Judge Richard Anderson of the 19th JDC on the same day (1-23-2019).

Shortly thereafter I called Mr. ███' lawyer, Marcy Blaize, and I explained that I had an arrest warrant for Mr. ███. At approximately 1245 hours on 1-23-2019 Mr. ███ came to the LSU Police Department with Ms. Blaize. I next read Mr. ███ his rights as per Miranda (LSU adult rights form) in the interview room, he explained that he understood his rights and did not wish to speak about the incident. Mr. ███ was then booked and transported to the East Baton Rouge Parish Prison.

Attached to the case is the audio interview conducted with ███Redacted███, probable cause booking sheet, arrest warrant, adult rights form and interview video of Mr. ███ placed onto compact disc.

Nothing further to report.

Detective M  Garguiolo
U2008
LSUPD Criminal Investigations Division

**EXHIBIT A**

BOS 002186

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| CASE NUMBER: 20180816-015 | **LSU POLICE DEPARTMENT** **ARREST REPORT** | ORI # ▮▮▮▮▮ |
|---|---|---|
| | | ARREST # A2018-0246 |

### ADMINISTRATIVE INFORMATION

| REPORT DATE | DATE/TIME OF ARREST 08/17/2018 5:41:00 | TYPE OF ARREST ☐ ON VIEW | ☐ SUMMONS/CITED | ☑ TAKEN INTO CUSTODY |
|---|---|---|---|---|

| LOCATION OF ARREST LA | MULTIPLE CLEARANCE COUNT ARRESTEE | DISPOSITION (UNDER 18) |
|---|---|---|

| BOOKING OFFICER | DATE/TIME BOOKED | HOLDING OFFICER OR FACILITY |
|---|---|---|

### ARRESTEE INFORMATION

| NAME (LAST, FIRST MIDDLE) ▮▮▮▮ ▮▮▮ ▮▮▮ | DOB Redacted | RACE B | AGE 21 | SEX M |
|---|---|---|---|---|

| ADDRESS Redacted | OLN # Redacted | OLN STATE |
|---|---|---|

| HOME # | CELL # Redacted | WORK # | DOMINANT HAND | SSN | HEIGHT 606 | WEIGHT 220 |
|---|---|---|---|---|---|---|

| HAIR COLOR BROWN | HAIR STYLE | HAIR LENGTH | EYE COLOR BROWN | GLASSES ☐ | BUILD | ETHNICITY N |
|---|---|---|---|---|---|---|

| SCARS, MARKS, TATTOOS | FACIAL HAIR | TEETH | SPEECH/VOICE |
|---|---|---|---|

| NEAREST RELATIVE | RESIDENCE STATUS NON-RESIDENT | IF ARMED, TYPE OF WEAPON UNARMED |
|---|---|---|

| DOCTOR'S NAME | DOCTOR'S PHONE | ARRESTEE OCCUPATION STUDENT |
|---|---|---|

| EMPLOYER LSU | EMPLOYER PHONE | EMPLOYER ADDRESS Redacted |
|---|---|---|

### CHARGES

| | STATUTE CODE 14:34.1 | STATUTE DESCRIPTION SECOND DEGREE BATTERY | COUNTS 1 |
|---|---|---|---|
| M | STATUTE CODE 14:79 | STATUTE DESCRIPTION VIOLATION OF PROTECTIVE ORDERS | COUNTS 2 |
| M | STATUTE CODE 14:79 | STATUTE DESCRIPTION VIOLATION OF PROTECTIVE ORDERS | COUNTS 1 |

### RELEASE INFORMATION

| RELEASING OFFICER | RELEASE DATE | AGENCY RELEASED TO | BOND RELEASE INFO. | BOND AMOUNT |
|---|---|---|---|---|

### NARRATIVE

NARRATIVE TITLE:   SUPPLEMENT

NARRATIVE:
▮▮▮▮, of ▮▮▮▮ Redacted ▮▮▮▮ was arrested and booked into East Baton Rouge Parish Prison for violation of LRS 14:34.1- Second degree battery (Dating violence - 1 Count)

| REPORTING OFFICER | ARRESTING OFFICER U2008 Garguiolo, Michael | APPROVING OFFICER |
|---|---|---|

Page 1 of 2

# EXHIBIT A

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| CASE NUMBER:<br>20180816-015 | LSU POLICE DEPARTMENT<br>**ARREST REPORT**<br>ADDITIONAL CHARGES | ORI # <br>ARREST #<br>A2018-0246 |

| | CHARGES | | |
|---|---|---|---|
| F/M | STATUTE CODE | STATUTE DESCRIPTION | COUNTS |
| CRIM | 14:79 | VIOLATION OF PROTECTIVE ORDERS | 1 |
| F/M | STATUTE CODE | STATUTE DESCRIPTION | COUNTS |
| F/M | STATUTE CODE | STATUTE DESCRIPTION | COUNTS |
| F/M | STATUTE CODE | STATUTE DESCRIPTION | COUNTS |
| F/M | STATUTE CODE | STATUTE DESCRIPTION | COUNTS |
| F/M | STATUTE CODE | STATUTE DESCRIPTION | COUNTS |
| F/M | STATUTE CODE | STATUTE DESCRIPTION | COUNTS |
| F/M | STATUTE CODE | STATUTE DESCRIPTION | COUNTS |
| F/M | STATUTE CODE | STATUTE DESCRIPTION | COUNTS |
| F/M | STATUTE CODE | STATUTE DESCRIPTION | COUNTS |
| F/M | STATUTE CODE | STATUTE DESCRIPTION | COUNTS |
| F/M | STATUTE CODE | STATUTE DESCRIPTION | COUNTS |
| F/M | STATUTE CODE | STATUTE DESCRIPTION | COUNTS |
| F/M | STATUTE CODE | STATUTE DESCRIPTION | COUNTS |
| F/M | STATUTE CODE | STATUTE DESCRIPTION | COUNTS |
| F/M | STATUTE CODE | STATUTE DESCRIPTION | COUNTS |
| F/M | STATUTE CODE | STATUTE DESCRIPTION | COUNTS |
| F/M | STATUTE CODE | STATUTE DESCRIPTION | COUNTS |
| F/M | STATUTE CODE | STATUTE DESCRIPTION | COUNTS |
| F/M | STATUTE CODE | STATUTE DESCRIPTION | COUNTS |
| F/M | STATUTE CODE | STATUTE DESCRIPTION | COUNTS |
| F/M | STATUTE CODE | STATUTE DESCRIPTION | COUNTS |
| F/M | STATUTE CODE | STATUTE DESCRIPTION | COUNTS |
| F/M | STATUTE CODE | STATUTE DESCRIPTION | COUNTS |
| F/M | STATUTE CODE | STATUTE DESCRIPTION | COUNTS |

# EXHIBIT A

BOS 002188

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| CASE NUMBER:<br>20180816-015 | **LSU POLICE<br>DEPARTMENT**<br><br>**ARREST REPORT** | ORI # ▮▮▮▮▮▮ |
|---|---|---|
| | | ARREST #<br>A2018-0246 |

### ADMINISTRATIVE INFORMATION

| REPORT DATE | DATE/TIME OF ARREST<br>08/17/2018 5:41:00 | TYPE OF ARREST<br>☐ ON VIEW    ☐ SUMMONS/CITED    ☑ TAKEN INTO CUSTODY |
|---|---|---|

| LOCATION OF ARREST<br>LA | MULTIPLE CLEARANCE<br>COUNT<br>ARRESTEE | DISPOSITION (UNDER 18) |
|---|---|---|

| BOOKING OFFICER | DATE/TIME BOOKED | HOLDING OFFICER OR FACILITY |
|---|---|---|

### ARRESTEE INFORMATION

| NAME (LAST, FIRST MIDDLE)<br>Reda ▮ ▮ | DOB<br>Redacted | RACE<br>B | AGE<br>21 | SEX<br>M |
|---|---|---|---|---|

| ADDRESS<br>Redacted | OLN #<br>Redacted | OLN STATE |
|---|---|---|

| HOME #<br>Redacted | WORK # | DOMINANT HAND | SSN | HEIGHT<br>606 | WEIGHT<br>220 |
|---|---|---|---|---|---|

| HAIR COLOR<br>BROWN | HAIR STYLE | HAIR LENGTH | EYE COLOR<br>BROWN | GLASSES<br>☐ | BUILD | ETHNICITY<br>N |
|---|---|---|---|---|---|---|

| SCARS, MARKS, TATTOOS | FACIAL HAIR | TEETH | SPEECH/VOICE |
|---|---|---|---|

| NEAREST RELATIVE | RESIDENCE STATUS<br>NON-RESIDENT | IF ARMED, TYPE OF WEAPON<br>UNARMED |
|---|---|---|

| DOCTOR'S NAME | DOCTOR'S PHONE | ARRESTEE OCCUPATION<br>STUDENT |
|---|---|---|

| EMPLOYER<br>LSU | EMPLOYER PHONE | EMPLOYER ADDRESS<br>Redacted |
|---|---|---|

### CHARGES

| F/M | STATUTE CODE | STATUTE DESCRIPTION | COUNTS |
|---|---|---|---|
| F | 14:34.1 | SECOND DEGREE BATTERY | 1 |
| M | 14:79 | VIOLATION OF PROTECTIVE ORDERS | 2 |
| F/M | 14:79 | VIOLATION OF PROTECTIVE ORDERS | 1 |

### RELEASE INFORMATION

| RELEASING OFFICER | RELEASE DATE | AGENCY RELEASED TO | BOND RELEASE INFO. | BOND AMOUNT |
|---|---|---|---|---|

### NARRATIVE

NARRATIVE TITLE:    SUPPLEMENT

NARRATIVE:
Redac ▮ , of 2 ▮▮▮▮▮ Redacted ▮▮▮▮▮ was arrested and booked into East Baton Rouge Parish Prison for violation of LRS 14 34.1- Second degree battery (Dating violence - 1 Count)

| REPORTING OFFICER | ARRESTING OFFICER<br>U2008  Garguiolo, Michael | APPROVING OFFICER |
|---|---|---|

# EXHIBIT A

BOS 002120

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| CASE NUMBER:<br>20180816-015 | | LSU POLICE DEPARTMENT<br>**ARREST REPORT**<br>ADDITIONAL CHARGES | ORI #<br><br>ARREST #<br>A2018-0246 |
|---|---|---|---|

| | | | CHARGES | | |
|---|---|---|---|---|---|
| F/M<br>CRIM | STATUTE CODE<br>14:79 | | STATUTE DESCRIPTION<br>VIOLATION OF PROTECTIVE ORDERS | | COUNTS<br>1 |
| F/M | STATUTE CODE | | STATUTE DESCRIPTION | | COUNTS |
| F/M | STATUTE CODE | | STATUTE DESCRIPTION | | COUNTS |
| F/M | STATUTE CODE | | STATUTE DESCRIPTION | | COUNTS |
| F/M | STATUTE CODE | | STATUTE DESCRIPTION | | COUNTS |
| F/M | STATUTE CODE | | STATUTE DESCRIPTION | | COUNTS |
| F/M | STATUTE CODE | | STATUTE DESCRIPTION | | COUNTS |
| F/M | STATUTE CODE | | STATUTE DESCRIPTION | | COUNTS |
| F/M | STATUTE CODE | | STATUTE DESCRIPTION | | COUNTS |
| F/M | STATUTE CODE | | STATUTE DESCRIPTION | | COUNTS |
| F/M | STATUTE CODE | | STATUTE DESCRIPTION | | COUNTS |
| F/M | STATUTE CODE | | STATUTE DESCRIPTION | | COUNTS |
| F/M | STATUTE CODE | | STATUTE DESCRIPTION | | COUNTS |
| F/M | STATUTE CODE | | STATUTE DESCRIPTION | | COUNTS |
| F/M | STATUTE CODE | | STATUTE DESCRIPTION | | COUNTS |
| F/M | STATUTE CODE | | STATUTE DESCRIPTION | | COUNTS |
| F/M | STATUTE CODE | | STATUTE DESCRIPTION | | COUNTS |
| F/M | STATUTE CODE | | STATUTE DESCRIPTION | | COUNTS |
| F/M | STATUTE CODE | | STATUTE DESCRIPTION | | COUNTS |
| F/M | STATUTE CODE | | STATUTE DESCRIPTION | | COUNTS |
| F/M | STATUTE CODE | | STATUTE DESCRIPTION | | COUNTS |
| F/M | STATUTE CODE | | STATUTE DESCRIPTION | | COUNTS |
| F/M | STATUTE CODE | | STATUTE DESCRIPTION | | COUNTS |
| F/M | STATUTE CODE | | STATUTE DESCRIPTION | | COUNTS |
| F/M | STATUTE CODE | | STATUTE DESCRIPTION | | COUNTS |

# EXHIBIT A

BOS 002100

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Meeting with Jade**

IN PERSON WITH STUDENT

Jonathan Sanders - Wednesday July 25, 2018 at 3:00pm
Last edited Thursday July 26, 2018 at 9:25am

Jade shared that she started at LSU in the spring of 2017 and then left to go pro in Tennis. Going pro in tennis did not work out for her so she came back to LSU in March of 2018. Jade is a sports admin major and wants to work for ESPN some day. Jade has lived in WCA the whole time she has been at LSU, besides staying at ███ apartment for a week or so when she came back in March. Jade shared that her and ███ relationship had been on and off since she was at LSU. He says that he loves her, but then doesn't want to date her. Jade began our conversation letting me know that the key was her fault. She shared that she ███ stayed at her apartment some and she gave him a key to her apartment. She said that Residential Life gave her the physical key as another one didn't work and that is where the extra key came from. She shared that ██ is the quarterback. She said ███ had made mistakes in the past. I asked her what she meant by that and she said when ███ hit her back in April and hurt her ribs. Jade said she shared this with the athletic trainer and athletics got involved. Jade shared that ███ got in trouble and was currently off the team. She said she did not want to pursue Title IX option and she spoke to Jeff Scott in Title IX office concerning the incident. Jade shared that she ended the relationship Monday when she came back into town. Jade also shared that she went over to his house this morning for five minutes because she was worried about him. She said his roommates texted her and said they hadn't seen him in a while and she went over to his apartment and he was in his room. She said nothing happened and she was there for maybe five minutes.

Jade shared that the night of the incident she told ██ to come over and knew he was. She said he let himself in with the key that ██ gave to him and this was the first time he had used the key. She said they had been arguing earlier that night because he was in Miami and was snap chatting her pictures of him with girls. Jade said he had just added her on snap chat that weekend. Jade said he had been drinking that day, but thought he was sober by the time he came over to her apartment. She said they began to argue and she was saying stop because he was talking and she wanted him to shut up. She said after the police left, she went to her friend ███Redacted███ apartment for a bit and then came back to her apartment. ███, is also a tennis player and a good friend of hers. Jade said that she hit her ear on her bedpost when they were arguing as he just got it pierced and it bled. Jade was adamant that her and ██ were not in a physical altercation. She said he never touched her that evening. I asked why she shared a different story with ███ and she said she didn't and that she was talking about the previous incident and not what occurred that evening. I then asked her about the situation in the car with ███ that ███ shared with ███ She said that she was going to dinner with ██ and her and ██ had an argument about it in his car. She said she got out of the car, but he did not leave. Jade said that ██ did not hit her or choke her as stated by ███. She said it was only a verbal argument.

I asked about support for Jade and she said she has a lot of friends in BR and she is seeing Lakeitha Poole as her counselor each week. Jade said that her and her parents had a falling out and she does not speak to them. She shared they are currently in Hilton Head SC, but are moving back to New Zealand. She said she has an older sister who is finishing up tennis at another university, but they do not talk much either. Jade shared that her parents do not know about this situation and doesn't want them to know.



BOS-019977

EXHIBIT
17

**EXHIBIT A**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Meetin with Jade number 2**

IN PERSON WITH STUDENT

Jonathan Sanders - Wednesday August 15, 2018 at 4:00pm
Last edited Wednesday August 15, 2018 at 5:51pm

Jeff Scott and I met with Jade Lewis as we were contacted by Miriam Seagar from LSU Athletics that Jade said she wanted to tell the truth and was not truthful the first time we met. Jade shared that she was punched inthe stomach in May 2017 and was the first incident of violence from █████. She shared that she went and got ██Redacted██ and rooms with ██Redacted██ as this occurred at the Standard/ U-House. She left LSU to go Pro shortly after this incident. Jade shared that she saw him the following October and nothing happened. In February 2018 she flew him to New York after she had just gotten back from Dubai and nothing happened. On March 15th she flew back to Baton Rouge and stayed with █████ for two weeks at his apartment. Said that I███ was living with ██Redacted██ at Riverbend Villas that spring.

Jade shared that one evening her, ███ and ███ spent the night with ███Redacted███ place after leaving the bars. █████ was upset and came to her apartment at WCA the next day. Jade said that █████ fractured her rib. Jade shared that they got into an argument and she grabbed his back as he was walking out of the apartment to let him know he should not be upset. Jade shared that is when █████ turned around and punched her in the stomach. After this occurred, jade walked outside to go to █ and T███ place for assistance and this is when her friends pulled up and she let them know what had just happened. There is a picture of her stomach with a fist mark uploaded to the case file that ███ and █ shared as they took the picture right after it occurred.

Jade shared that one evening she was going to get Sushi with ███ and ███. Thinks this was June 11 or 12th. She said that █████ pulled up and she got in the car. She then shared that ███ pulled up next to █████ and didn't see Jade in the car and asked if he wanted to grab sushi with he , Jade, and ███. Jade shared this made ████ angry so he pulled the door shut and drove her to the ghetto about 20 minutes away from campus. He then took her phone and put it outside and asked her if she wanted to get it. She said she did not. She then gets out to get her phone and █████ drives off. She said she then called █████ to pick her up. █████ then comes back to pick her up and has her get in the back seat. He then grabs her neck as he is driving. They then head back to her apartment and she ran into ███Redacted███. Jade said she was crying and ran into her apartment. She said that █████ then comes back and they talk on her bed for an hour. She said that ████ was at her apartment then as he was staying with her for a couple of days.

Jade shared that █████ had her location at all times as she shared it with him on Find My Friends App, but he didn't share his location with her.

Jade shared that █████ has never used the key for her apartment besides June 18th. She said he was extremely intoxicated when he came back from Miami and she could smell it on him. He had her Louis Vuitton duffle bag as he wanted to take it to Miami. She said she was arguing with him since he was with girls in Miami and told him that she was going to ██Redacted██ Jade shared that █████ walks in and punches her in the stomach as soon as he walks into her bedroom. She said she was laying down at the time. She said that █████ was strangling her the whole time. Jade shared that he was grabbing her kneck, but she could still breathe. She said she thinks it was so she couldn't leave. She said her ear ring was wripped out, but doesn't know how. Jade shared that she touched her ear and it was bleeding. When Jade notices her ear bleeding, this is when someone knocked on her door and they could hear the radio's. █████ went to check to see who it was and Jade went in the bathroom to clean the blood off of her. She was only wearing a t-shirt so she put on a hoodie so they couldn't see her neck. She said she was not truthful with

EXHIBIT
18
BOS-019973

EXHIBIT
18

**EXHIBIT A**

police. The ██████ drove home after meeting with police. Jade said that ██████ dad found out and took his car away for a couple of days.

Jade shared that when we met on July 25th is the day ██████ was back on the football team.



Jade said that ██████ Redacted ██████ (football), ██████ Redacted ██████ (tennis), and  Redacted  Football) witnessed ██████ pushing her in Tigerland up against a car one night.
Jade also shared that around the end of April or first of May, ████ saw ██████ push her one night in Tigerland.

Jade said that she went over to ██████ on August 5th when she was intoxicated and was inside for a bit and then she left and he wouldn't let her back in. She was sitting outside his door and ██████ came to get her.

Jade shared that she has text messages from ██████ threatening her but doesn't want to share with us. Jade shared that she showed them to Miriam Seager in LSU Athletics.

Jade said she has seen him a couple of times lately and neither one has spoken to the other. Jade said she wants this to go away and doesn't want anything to happen to ██████. She said that ██████ has threatened her and said his dad will take her to court if she talks and will get her kicked out of LSU and deported.

# EXHIBIT A

BOS-019974

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

August 30, 2018

Jade Lewis
Sent electronically to jlew158@lsu.edu

Regarding Case Number: 2017360401

Dear Jade,

I wanted you to be aware of communication I have sent to ▮Redacted▮ concerning his interim suspension from LSU.  As part of the PM-73 process, you are entitled to simultaneous notification. The letter we sent to him is listed below. Please let us know if we can assist you during this time or if you have any questions.

Jonathan

Dear Mr. ▮Redacted▮

Louisiana State University has received additional information to support your alleged involvement in a violation(s) of the LSU Code of Student Conduct. Due to the potential threat your behavior may pose to the LSU campus community, you are being placed on interim suspension immediately under section 11. 2 C, Interim Suspension, of the LSU Code of Student Conduct. **You may NOT participate in academic coursework, campus activities, or appear on University property without written permission from Student Advocacy & Accountability. If you need to utilize another building or service on campus including athletic events, you must first ask permission of this office. Failure to adhere to this directive may result in additional action from Student Advocacy & Accountability and/or LSU Police.**

At this time, our office will initiate the process outlined in the LSU Code of Student Conduct. You may reference more information regarding the Accountability process at www.lsu.edu/saa. A registration hold has been placed on your academic record. It will remain until this matter has been resolved.

Jonathan Sanders
Associate Dean of Students & Director of SAA

CC:Jennie Stewart, Title IX Coordinator, LSU Enterprise
Miriam Segar, Sr. Associate Athletics Director/SWA
Kenneth Miles, Assistant Vice Chancellor of Academic Affairs & Executive Director Cox Communications Academic Center for Student-Athletes

**EXHIBIT**

19

BOS-019865

**EXHIBIT**

19

# EXHIBIT A

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



**LSU** | Division of **Student Affairs** | Student Advocacy & Accountability

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 2017360402

MEMORANDUM FOR VICTIM

TO: Jade Lewis
FROM: Jonathan Sanders
DATE: July 18, 2019

Thank you for participating in the case with **Redacted** and incident(s) of behavioral misconduct reported on June 18, 2018. The Student Advocacy & Accountability (SAA) Official has met with the student and issued the following outcome:

Expulsion
You are expelled from Louisiana State University effective July 18, 2019. Expulsion is the permanent separation of a Student from the University without the possibility of readmission. You are not allowed on University property. If you need to be on campus during the business day for official University business, you must receive approval from the Dean of Students in advance. Expulsion will be recorded on the Student's academic transcript.

The following rationale has been provided by the hearing officer / panel: After review of the Title IX report, my conversation with material observers to include the complainant, the charged student, and other material observers, I was able to reach preponderance that you violated the Code of Student Conduct on multiple occasions during the summer and fall of 2018. I have issued an outcome that is consistent for this type of violation and pattern of behavior.

Per Section 6.0 of the Code of Student Conduct, you have the right to **accept** or **decline** this outcome.

You may decline the outcome in this letter and request that the case be reheard by a University Hearing Panel (UHP). In this instance, a UHP will issue a decision that will replace the outcome in this letter. Please refer to the UHP Guide for Students for more information on the hearing process. **You may request a UHP by completing following link** UHP Request form **within three (3) days of the date of this letter.**

Thank you for partnering with us in the accountability process. If you have any further questions, do not hesitate to contact us at 225-578-4307 or email me directly.

Jonathan Sanders
Associate Dean of Students & Director of SAA

Distributed to: Jade Lewis



*Louisiana State University • 340 LSU Student Union • Baton Rouge, LA • 70803 • O 225-578-4307 • E dsasaa@lsu.edu*

BOS-003294



# EXHIBIT A



**EXHIBIT A**