CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | **LSU POLICE<br>DEPARTMENT**<br>**INCIDENT REPORT**<br>SUSPECTS INFORMATION | | ORI # ▮▮▮▮▮▮ | | |
|---|---|---|---|---|---|

| SUSPECT #<br>1 | NAME (LAST, FIRST MIDDLE)<br>Reda Redacted | | | | | DOB<br>Redacted | AGE<br>21 | TO AGE |
|---|---|---|---|---|---|---|---|---|

| ADDRESS<br>Redacted | | OLN #<br>Redacted | OLN STATE |
|---|---|---|---|

| HOME # | CELL #<br>Redacted | WORK # | SSN | ETHNICITY<br>N | SEX<br>M | RACE<br>B | HEIGHT<br>606 |
|---|---|---|---|---|---|---|---|

| WEIGHT<br>220 | HAIR COLOR<br>BROWN | HAIR STYLE | HAIR LENGTH | EYE COLOR<br>BROWN | GLASSES<br>☐ | BUILD | COMPLEXION |
|---|---|---|---|---|---|---|---|

| SCARS, MARKS, TATTOOS | FACIAL HAIR | TEETH | SPEECH/VOICE |
|---|---|---|---|

| CLOTHING |
|---|

| DOMINANT HAND | RESIDENTIAL STATUS<br>NON-RESIDENT | WEAPON TYPE |
|---|---|---|

**OFFENSES INVOLVED 1-10**

| 1  13B | 2  90Z | 3  13A | 4  90Z | 5 |
|---|---|---|---|---|
| 6 | 7 | 8 | 9 | 10 |

| SUSPECT # | NAME (LAST, FIRST MIDDLE) | | | | | DOB | AGE | TO AGE |
|---|---|---|---|---|---|---|---|---|

| ADDRESS | | OLN # | OLN STATE |
|---|---|---|---|

| HOME # | CELL # | WORK # | SSN | ETHNICITY | SEX | RACE | HEIGHT |
|---|---|---|---|---|---|---|---|

| WEIGHT | HAIR COLOR | HAIR STYLE | HAIR LENGTH | EYE COLOR | GLASSES<br>☐ | BUILD | COMPLEXION |
|---|---|---|---|---|---|---|---|

| SCARS, MARKS, TATTOOS | FACIAL HAIR | TEETH | SPEECH/VOICE |
|---|---|---|---|

| CLOTHING |
|---|

| DOMINANT HAND | RESIDENTIAL STATUS | WEAPON TYPE |
|---|---|---|

**OFFENSES INVOLVED 1-10**

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| 6 | 7 | 8 | 9 | 10 |

11/20/2020 8:47:15 AM    Page 5    of 44

# EXHIBIT A

BOS 002147

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | **LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT**<br>ADDITIONAL OFFENSES | ORI # ▮▮▮▮▮ |
|---|---|---|

| STATUTE CODE<br>14:79 | STATUTE DESCRIPTION<br>VIOLATION OF PROTECTIVE ORDERS | | | | | TYPE OF WEAPON USED | | |
|---|---|---|---|---|---|---|---|---|
| UNITS ENTERED ____ | FORCED ENTRY ☐ | COMPUTER USE ☐ | ALCOHOL USE ☐ | DRUG USE ☐ | SECURITY TYPE | COUNTS 3 | COMPLETED ☑ | F/M M |
| LOCATION TYPE<br>RESIDENCE/HOME | | | BIAS MOTIVATION<br>NONE | | | CRIMINAL ACTIVITY | | |

| STATUTE CODE | STATUTE DESCRIPTION | | | | | TYPE OF WEAPON USED | | |
|---|---|---|---|---|---|---|---|---|
| UNITS ENTERED ____ | FORCED ENTRY ☐ | COMPUTER USE ☐ | ALCOHOL USE ☐ | DRUG USE ☐ | SECURITY TYPE | COUNTS | COMPLETED ☐ | F/M |
| LOCATION TYPE | | | BIAS MOTIVATION | | | CRIMINAL ACTIVITY | | |

| STATUTE CODE | STATUTE DESCRIPTION | | | | | TYPE OF WEAPON USED | | |
|---|---|---|---|---|---|---|---|---|
| UNITS ENTERED ____ | FORCED ENTRY ☐ | COMPUTER USE ☐ | ALCOHOL USE ☐ | DRUG USE ☐ | SECURITY TYPE | COUNTS | COMPLETED ☐ | F/M |
| LOCATION TYPE | | | BIAS MOTIVATION | | | CRIMINAL ACTIVITY | | |

| STATUTE CODE | STATUTE DESCRIPTION | | | | | TYPE OF WEAPON USED | | |
|---|---|---|---|---|---|---|---|---|
| UNITS ENTERED ____ | FORCED ENTRY ☐ | COMPUTER USE ☐ | ALCOHOL USE ☐ | DRUG USE ☐ | SECURITY TYPE | COUNTS | COMPLETED ☐ | F/M |
| LOCATION TYPE | | | BIAS MOTIVATION | | | CRIMINAL ACTIVITY | | |

| STATUTE CODE | STATUTE DESCRIPTION | | | | | TYPE OF WEAPON USED | | |
|---|---|---|---|---|---|---|---|---|
| UNITS ENTERED ____ | FORCED ENTRY ☐ | COMPUTER USE ☐ | ALCOHOL USE ☐ | DRUG USE ☐ | SECURITY TYPE | COUNTS | COMPLETED ☐ | F/M |
| LOCATION TYPE | | | BIAS MOTIVATION | | | CRIMINAL ACTIVITY | | |

| STATUTE CODE | STATUTE DESCRIPTION | | | | | TYPE OF WEAPON USED | | |
|---|---|---|---|---|---|---|---|---|
| UNITS ENTERED ____ | FORCED ENTRY ☐ | COMPUTER USE ☐ | ALCOHOL USE ☐ | DRUG USE ☐ | SECURITY TYPE | COUNTS | COMPLETED ☐ | F/M |
| LOCATION TYPE | | | BIAS MOTIVATION | | | CRIMINAL ACTIVITY | | |

| STATUTE CODE | STATUTE DESCRIPTION | | | | | TYPE OF WEAPON USED | | |
|---|---|---|---|---|---|---|---|---|
| UNITS ENTERED ____ | FORCED ENTRY ☐ | COMPUTER USE ☐ | ALCOHOL USE ☐ | DRUG USE ☐ | SECURITY TYPE | COUNTS | COMPLETED ☐ | F/M |
| LOCATION TYPE | | | BIAS MOTIVATION | | | CRIMINAL ACTIVITY | | |

| STATUTE CODE | STATUTE DESCRIPTION | | | | | TYPE OF WEAPON USED | | |
|---|---|---|---|---|---|---|---|---|
| UNITS ENTERED ____ | FORCED ENTRY ☐ | COMPUTER USE ☐ | ALCOHOL USE ☐ | DRUG USE ☐ | SECURITY TYPE | COUNTS | COMPLETED ☐ | F/M |
| LOCATION TYPE | | | BIAS MOTIVATION | | | CRIMINAL ACTIVITY | | |

11/20/2020  8:47:15 AM    Page 6   of 44

# EXHIBIT A

BOS 002448

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | **LSU POLICE<br>DEPARTMENT**<br>**INCIDENT REPORT**<br>NARRATIVE | ORI # ██████ |
|---|---|---|
| | **NARRATIVE** | ☐ **JUVENILE** |

NARRATIVE TITLE:   Narrative From CAD

NARRATIVE:

Complaint Type  NONCRIM INFO · NONCRIMINAL INFORMATION ONLY
Caller Name:
Officer ID: U-2008, Officer Name  GARGUIOLO, MICHAEL

[8/16/2018 4:39:07 PM   pos2 . carmack]
Cross streets: NICHOLSON DR//S CAMPUS DR
Landmark: PUBLIC SAFETY
Place Comment: UNIVERSITY PUBLIC SAFETY BLDG
Landmark Comment: 211 S STADIUM RD

**EXHIBIT A**

BOS 002149

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | **LSU POLICE<br>DEPARTMENT**<br>**INCIDENT REPORT**<br>NARRATIVE | ORI # |
|---|---|---|
| | **NARRATIVE** | ☐ **JUVENILE** |

NARRATIVE TITLE:  SUMMARY

NARRATIVE:
20180816-015
Second degree battery
On August 16, 2018, Louisiana State University Police Officers were dispatched to the LSU Athletic Business Operations
building to collect information relevant to an investigation of a battery

# EXHIBIT A

BOS 002150

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI # ▓▓▓▓ |
|---|---|---|
| | NARRATIVE | ☐ JUVENILE |

NARRATIVE TITLE:  DETAILS

NARRATIVE:

20180816-015
Second degree battery
On August 16, 2018, I, Detective Garguiolo of the Louisiana State University Police Department met with an LSU Official to collect information relevant to a battery of a dating partner case. The Official explained that she has had four incidents brought to her attention which had occurred between two LSU Students from April to August of 2018.

I then contacted the female victim in the case who explained that she had been dating the suspect, ▓▓Rec▓▓ since January of 2017 and they had broken up last Friday (8-10-2018). The victim explained that during the course of their relationship she was attacked by ▓▓ on four different occasions.

The first incident occurred in May of 2017 at ▓▓ house. The victim went to ▓▓ house to get some personal items she had left there. Due to the victim asking for these items back ▓▓ became angry and punched the victim in the stomach

The second incident occurred in April of 2018 at the victim's apartment on the LSU campus ▓▓ became upset about the victim being out with friends, due to this he punched her in the left side of her stomach  The victim explained that a medical staff evaluated her and realized that a rib on her left side was fractured. Any activity that the victim preformed caused her pain  The victim provided a photograph of the bruise mark taken after she was punched in the stomach. The marking in the picture is on her left side, it appears as if individual finger marks of the suspect is visible in the bruising  The victim explained that she had a medical official at LSU evaluate her injury.

The third incident occurred in ▓▓' vehicle. ▓▓ was upset with the victim for waving at a friend. ▓▓ drove the victim to an area on Perkins road and threw her phone out the window. As the victim exited the vehicle ▓▓ attempted to abandon her ▓ then drove back and the victim reentered the vehicle. Upon her reentry into the vehicle ▓▓ strangled the victim

The fourth incident occurred in June of 2018 at the victim's LSU apartment. ▓▓ was upset about a text message conversation and thus went to the victim's apartment, he entered using a key the victim had given him. Once entering the victim's room he strangled her, punched her in the stomach, and grabbed her ear which caused her earing to be pulled from her ear; bleeding from the ear ensued  The victim provided pictures of the bruise marks around her neck after the strangulation ▓▓ pictures bruising could be viewed, pictures taken later could show heavier bruising. The victim's roommate had to apply makeup to hide the bruises.
The victim provided text message conversations between her and ▓▓. These messages show that ▓▓ has threatened the victim with violence and he even texted that "I might kill you".

An arrest warrant was issued and Mr ▓▓ was arrested and taken into Police custody on  8-17-2018

At this time the case is pending.

# EXHIBIT A

BOS_002151

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | **LSU POLICE<br>DEPARTMENT**<br>INCIDENT REPORT<br>NARRATIVE | ORI # ▮▮▮▮▮ |
|---|---|---|
| | NARRATIVE | ☐ JUVENILE |

NARRATIVE TITLE:   SUPPLEMENT

NARRATIVE:
20180816-015
Second degree battery
On August 16, 2018, Louisiana State University Police Officers were dispatched to the LSU Athletic Business Operations building to collect information relevant to an investigation of a battery
Upon arrival Detectives made contact with Miriam Segar (Senior associate director of LSU athletics). Ms. Segar described multiple incidents in which a student was battered. These incidents have been occurring between two LSU athletes ▮▮▮▮▮ ▮▮▮▮ and Jade Lewis. Ms. Segar provided evidence of abuse which was captured through photographic and text message history
At this time the case is pending

**EXHIBIT A**

BOS_002152

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | **LSU POLICE DEPARTMENT**<br>**INCIDENT REPORT**<br>NARRATIVE | ORI # ▮▮▮▮▮▮ |
|---|---|---|
| | NARRATIVE | ☐ JUVENILE |

NARRATIVE TITLE:   SUPPLEMENT #2 - Abels

NARRATIVE:
20180816-015
Second Degree Battery
Supplement
On 08/18/2018 I, Lt. Abels, David of the LSU Police Criminal Investigations Division, interviewed LSU Student ▮▮▮▮▮ Redacted In reference the investigation of Jade Lewis and ▮Reda▮ ▮▮ stated that she met Lewis in the summer of 2018. ▮▮ stated that in June of 2018 Lewis came to her room ▮▮▮') at West Campus Apartments (WCA) to ask her to help cover up injuries to Lewis' neck. ▮▮▮ stated that Lewis told her they were from ▮▮▮ Lewis told her that ▮ broken in to her room at WCA and being hitting her and chocking her. Lewis told ▮▮▮ that she did not know why ▮▮ hit her. ▮▮▮ advised that Lewis had her cover up the injuries with make-up since they ▮▮▮ and Lewis) were going to a tennis tournament that day. ▮▮ stated that the injures looked like hand prints and scratches on Lewis' neck area. Lewis also had red makes on her arms. ▮▮ stated that she also witnessed an incident at Tigerland. ▮▮ stated that her, a friend named ▮▮ and Lewis drove to Tigerland. ▮▮ stated that ▮▮ was in the parking lot with several other LSU football players. ▮▮▮ stated that Lewis left the vehicle and went up to ▮▮ and they started to argue. At one point Lewis started to walk back to the vehicle that ▮▮ and ▮▮ were in. When Lewis got to the vehicle ▮▮ followed behind her and pushed her into the vehicle. ▮▮ then reared his arm back in a manner where it appeared ▮▮ was going to hit her. At that point ▮▮▮' teammates grabbed him and pulled him back. Lewis ▮▮▮ and ▮▮ left the area. ▮▮ stated that Lewis told her several times that ▮▮ is abusive towards her and she (Lewis) believes it is 'normal'. ▮▮ stated that she has not witness any other incidents. ▮▮ provided a written statement and the interview was video recorded.
On 08/19/2018, I interviewed LSU Student ▮Redacted▮ in reference to the investigation ▮Redacted▮ stated that her and Lewis are friends. I asked ▮Redacted▮ if she has ever witnessed any abuse between Lewis and ▮▮ to which she stated no ▮▮ stated that Lewis has told her about the abuse and she told Lewis to report the abuse ▮Redacted▮ stated that Lewis was scared that ▮▮ was going to get her kick out of school because ▮▮ was telling people Lewis has mental issues. I attempted to get clarification on that statement, but ▮Redacted▮ could not explain it any further. ▮Redacted▮ stated that ▮▮ is manipulative towards people and Lewis. ▮Redacted▮ stated that Lewis retracted her statement because she did not know her 'story' would be in the news. ▮Redacted▮ stated several times that the information that was in the press is the reason Lewis retracted her statement. I asked ▮Redacted▮ if she believes the abuse had taken place, to which she stated yes. ▮Redacted▮ stated that she has seen injuries on Lewis and Lewis has told her that when ▮▮ gets 'drunk" he hits her. ▮▮ stated that on 06/18/2018 ▮▮ went to Lewis' apartment at WCA and started to abuse her. LSUPD were called that night, but ▮Redacted▮ stated that Lewis covered her ▮(▮es up so ▮▮ would not get arrested. ▮Redacted▮ stated that Lewis is "hanging around" with ▮▮ mom and driving vehicle. ▮Redacted▮ stated that Lewis is getting help from ▮' adopted family (Unknown name) and his mother ▮▮ stated that the ▮▮' family is providing her a lawyer and helping her retract the statement. ▮Redacted▮ stated that Lewis sent her text messages in reference to ▮Redacted▮ coming to met with LSUPD ▮Redacted▮ allowed Det. Garguiolo to take photographs of the text messages. ▮Redacted▮ interview was voice recorded
Nothing Further
Lt. Abels, David U0828

**EXHIBIT A**

BOS-002153

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | **LSU POLICE<br>DEPARTMENT**<br>INCIDENT REPORT<br>NARRATIVE | ORI # ▓▓▓▓ |
|---|---|---|
| | NARRATIVE | ☐ JUVENILE |

NARRATIVE TITLE:    SUPPLEMENT# 3 - ▓▓▓▓

NARRATIVE:

20180816-015
Second degree battery
On August 27, 2018, I retrieved evidence pertaining to the victim s cell phone from the Attorney General's Office and returned it to the LSU Police Department were the evidence was turned over to Det Garguiolo
Detective ▓▓▓▓
U-1319

**EXHIBIT A**

BOS 002154

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI # |
| --- | --- | --- |
| | NARRATIVE | ☐ JUVENILE |

**NARRATIVE TITLE:** SUPPLEMENT #4

NARRATIVE:

20180816-015
20180618-001

Domestic Abuse

On August 31 2018 I was assigned the task of reviewing the information that had come from the Attorney General's search or "dump" of the victim's, Jade Lewis, personnel cell phone. Detective Garguiolo turned over the San Disk USB 3.0, 256 Gigabyte USB drive in its packaging that was labeled by the AGs investigators: 75-836; 00001A. to me. I began reviewing the information and marking the evidence that I believe to be important to cases 20180816-015 and 20180618-001.

While reviewing the information on the USB Drive, I found several instances where Lewis admits to different people that ▇▇ has been physically abusive towards Lewis. I have also found several photographs showing the effects of ▇▇ abuse Below I have listed out evidence that stands out from the entirety of the information found on Lewis's phone. I was able to create a file on the same USB Drive that I have entitled "LSU PD Evidence" in which I saved all evidence items.

(Line 1) On August 17, 2018 Jade Lewis sent ▇▇ a message that read "hey girl so this number called u!! call him back asap hes a police officer and just wants to talk to you about the night ▇▇ was aggressive with me". In this message, Lewis admits to ▇▇ that ▇▇Reda▇▇ had been physical abusive with her.

(Line 6) On August 18, 2018 at 06:39.32 PM(UTC-5) Lewis receives a message from phone number ▇▇Redacted▇▇ that she has labeled as ▇▇. Using police resources I learned that the number belongs to ▇▇ ▇▇ sent Lewis a message that read "Ann". Lewis then sent ▇▇ a message that said "don't txt my number" and then immediately sent "Insta". Lewis then sent a third message that read "parents see phone records". Lewis was giving ▇▇ instructions to not message her but to instead use Instagram to contact her.

(Line 7) On August 18, 2018 at 10:42:43 AM(UTC-5) Lewis sends a message to phone number 225-447-7795 which she has labeled as ▇▇ mum. Police resources revealed this number to belong to Stephanie ▇▇Reda▇▇ mother The messages from Lewis reads "meeting with DA in 10min". Stephanie ▇▇ replies to Lewis by saying "I know you're nervous do you want me to go with you baby", and "Im here for you". At 11:18:11 AM(UTC-5) on the same day, Lewis continues the conversation by explaining to Stephanie ▇▇ that there is no reception at her apartment and then in a series of messages arranges a meeting place and time. That series of message ends with Lewis giving Stephanie ▇▇ directions to meet with Lewis in the back of a parking lot  The messages continue on August 20, 2018 at 8:59:55 AM(UTC-5) with Stephanie ▇▇ ▇▇ Lewis that she and ▇▇ are on the way to court. Lewis replies by wishing them luck. Stephanie ▇▇ tells Lewis that she will call Lewis after court.

(Line 14) On August 3, 2018 at 1:59:38 PM(UTC-5) Lewis receives a message from J. ▇▇Redacted▇▇, phone # ▇▇Redacted▇▇ In the message ▇▇ accuses Lewis of unfollowing her on some type of social media. Lewis replies by explaining that she unfollowed ▇▇ because "sum1" was in her account at the time. Lewis goes on to explain that she got dropped off in the ghetto for waiving to one of her friends. ▇▇ asks Lewis why she deals with that and Lewis replies that it is complicated Detectives have heard from several of Lewis friends that ▇▇ dropped Lewis of in "the ghetto" the area north of campus often referred to as "The Bottoms", because he got jealous of a few of Lewis's friends. I believe this is the incident that Lewis is telling ▇▇ about in this series of messages.

(Line 17; 94) On Line 17; 94 there is a series of messages between Lewis and ▇▇Redacted▇▇, phone # ▇▇Redacted▇▇ ▇▇ that are between the dates of July 17, 2018 and August 17, 2018. The messages speak several times about Lewis and ▇▇ relationship and the violence between the two. Jade sends ▇▇ pictures of the bruising to her ribs from the night that ▇▇ allegedly punched her in the stomach/ rib area.

(Line 19) On July 12, 2018 at 9:04:57 AM(UTC-5) starts a series of messages with phone # ▇▇Redacted▇▇ which is labeled as d2. I learned that the phone number belongs to ▇▇Reda▇▇ and Lewis talk about ▇▇ relationship with a female friend of Lewis's and Lewis's relationship with ▇▇Red▇▇Redacted▇▇ 4:08:33 PM (UTC-5) Lewis sends ▇▇ a message stating "on top of it, beats me up all the time!!".

(Line 20) A series of messages between Lewis and phone # ▇▇Redacted▇▇ which belongs to ▇▇Redacted▇▇ In the message series, Lewis and ▇▇▇▇ speak about several topics such as Tennis, friends and Lewis's relationship with ▇▇. On July 23, 3018 at 3:18:51 PM(UTC-5) ▇▇ sent Lewis a message stating "And a guy that hits a girl will never get the respect of people that are close to you", implying that he knew about the physical abuse. Lewis goes on to tell ▇▇ that she is scared of ▇▇ and that she doesn't want him to hit her or cheat on her, but that she knows its gonna happen. Later in the series of messages, on July 23, 3018 at 4:15:38 PM(UTC-5) Lewis sent ▇▇ a photo of a message between Lewis and ▇▇Reda▇▇ mother, in the message ▇▇ mother is thanking Lewis for not telling on ▇▇ and also speaks of wanting to meet with both of them together so that they can "work this out".

(Line 23) On June 19, 2018 Lewis starts a message series with phone number, ▇▇Redacted▇▇ which is identified as ▇▇ ▇▇. In the messages, Lewis tells ▇▇ that she is planning on telling authorities about the physical abuse that ▇▇ has put Lewis though. Lewis also tells ▇▇ that after she told authorities the truth, ▇▇ family began threatening her Lewis goes on to explain to ▇▇ that she has pictures and witnesses to the abuse.

(Lines 31-43) Lines 31-43 are all messages to and from ▇▇Reda▇▇, phone # ▇▇Redacted▇▇,which have been deleted from L▇▇'s phone.

(Line 44) This is a note that was found in the Notes section of Lewis's phone. The note is from Lewis to ▇▇Reda▇▇, however it

**EXHIBIT A**

BOS-002155

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI # |
|---|---|---|
| | NARRATIVE | ☐ JUVENILE |

NARRATIVE TITLE:   SUPPLEMENT #4 - ▆▆▆

NARRATIVE:

is unknown if the note ever got delivered to ▆▆▆ either personally or electronically. In the note, Lewis makes mention of the physical abuse and a few times that she "covered things up" for ▆▆▆

(Line 45) This is a note that was found in the notes section of Lewis's phone. The note is from Lewis to an unknown subject or subjects. The note implies that the recipient of the note saw ▆▆▆ attack Lewis in Tigerland and that ▆▆▆ has admitted to the recipient of the note that he hits Lewis.

(Line 69-78) Photos of injuries to Lewis's neck allegedly caused by ▆▆▆ These photos were taken at The LSU Tennis Complex.

(Lines 79-84, 128, 138) Videos of Lewis's injuries allegedly caused by ▆▆▆

(Lines 88, 94, 100,122,135) A photo of a conversation between ▆▆▆ and ▆▆▆ where ▆▆▆ is admitting to black mailing and being abusive towards Lewis

(Lines 91, 92, 96, 97, 109, 110, 115,126  134) Screen shoots of messages between Lewis and ▆▆▆ In Line 126 ▆▆▆ threatens to ruin Lewis's life.

(Line 99) Screen shoot of a photo and one line sentence saying "when you don't say hi to ▆▆▆. The photo is of Lewis and a scratch to her left shoulder, the phtot implys that ▆▆▆ caused the scratch.

(Line 119) Photos of injuries to Lewis.

(Line 140, 141, 142, 143, 144, 145, 146, 147, 152, 162, 172) Photo of message between Lewis and phone # **Redacted** which belongs to ▆▆▆ where Lewis admits to ▆▆▆ that she told ▆▆▆ about the night that ▆▆▆ dropped Lewis of in the ghetto. and the night ▆▆▆ hit Lewis after he came home from Miami  In this series of text, Lewis also admits to "covering" for ▆▆▆

(Line 151, 154, 155, 166, 173, 174) a screen shoot of a series of messages between ▆**Redacted** which is ▆▆▆ Instagram name, and Lewis where Lewis admits to both ▆▆▆ physically abusing her  and her attempt to cover it up. Lewis would go on to say that if the cops would not have been called on the night of the physical abuse, then ▆▆▆ would have killed her

(Line 178, 179) Messages between ▆▆▆ and Lewis that include abusive language from ▆▆▆ to Lewis.

I also went through Lewis's Web History. I made note of several instances where she searches ▆▆▆ and information about the arrest and court updates as well as legal information pertaining to her and the case. The searches also include searches about ▆▆▆ and his social media outlets  I have saved the web history information under the "Pending" tab which is labeled with the color blue

▆ e created another category on the USB drive that is marked in a red "Important" title. This is evidence that maybe related to an unrelated sexual assault. See case number 20180906-012.

Detective
U-1319

11/20/2020 8:47:15 AM      Page 14   of 44

# EXHIBIT A

BOS-002156

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | **LSU POLICE<br>DEPARTMENT**<br>**INCIDENT REPORT**<br>NARRATIVE | ORI # ▇▇▇▇ |
|---|---|---|
| | **NARRATIVE** | ☐ JUVENILE |

NARRATIVE TITLE:    SUPPLEMENT #1 - Garguiolo

20180816-015
Second degree battery
On August 16, 2018, at approximately 1545 hours, I, Detective Garguiolo of the Louisiana State University Police Department met with Miriam Segar of the LSU Athletic Business Operations building to collect information relevant to an investigation Ms Segar (Senior Associate Athletics Director // 225-578-5785) called to file a police report on information that she had received from a LSU Student, Jade Lewis (DOB ▇▇ 998 // 843-295-8876 // Nicholson Gateway OX Bow hall room 5006 - 62 Cypress Marsh Drive Hilton Head SC 29926).
Ms. Segar explained that she first met with Ms. Lewis was on April 26th, 2018. Ms Segar reported that Jade Lewis and ▇▇▇ (LSU Student // DOB ▇Redacted▇ // ▇▇Redacted▇▇ West chimes Street Baton Rouge LA 70810) have been in a dating relationship since March of 2018. She went on to explain that Ms. Lewis reported to a team athletic trainer (LSU Tennis) who then reported to Ms. Segar that Ms. Lewis was punched in the stomach/rib area by Mr. ▇▇ on April 3rd, 2018; this caused Ms. Lewis to have pain and swelling which caused her to be unable to sleep. Ms Segar went on to explain (in the Sexual misconduct and sexual harassment complaint form) that the incident was first reported to the LSU athletics administration on 4-25-2018 by Ms. Lewis. Ms. Lewis saw a doctor on 4-26-2018 and was medically advised to stop excising and rest to allow time for the rib to properly heal. Ms. Lewis explained that Mr ▇▇ had hit her in this incident because she had gone out with friends and he became jealous. Ms. Lewis notified the athletic administration of the incident because she wanted medical care for the injury she sustained.
 Ms. Lewis also reported to Ms Segar that Mr. ▇▇ first punched her in the stomach in the spring of 2017(exact date unknown by Ms. Segar) when he had become upset. Ms. Lewis further explained that Mr. ▇▇ is physically abusive, possessive doesn't want Ms Lewis to leave the apartment and always wants to know where she is
Ms. Segar filed another report on June 18, 2018. In this report Ms Segar explained that on June 18th, 2018 at approximately 0200 hours, Mr. ▇▇ entered the West campus apartment of Mr. Lewis with a key she had provided to him. During the incident a roommate, ▇▇ of Ms. Lewis called the police when she heard Ms. Lewis screaming, "stop, no  leave' Ms. ▇▇ reported that after the police interviewed the three individuals in the apartment and left, Ms Lewis thanked Ms ▇▇ for calling the police. Ms Lewis went on to say to Ms. ▇▇ that Mr. ▇▇ was drunk and that she was scared because he had grabbed her neck and arms. When Ms. Segar asked Ms. Lewis about the incident she explained that Mr did not hit or harm her and that her ear was bleeding from being ripped out from hitting the bed. (Reference LSU PD case number 20180618-001).
On august 13th 2018, According to Ms  Segar she met with Ms. Lewis, because Ms  Lewis wanted to be truthful with the LSU University and LSU athletics about the abuse she has suffered from ▇▇ Ms. Lewis explained to Ms. Segar that she was coming forward now because she decided to break up with Mr. ▇▇ and thus had no reason to cover for him any longer Ms. Lewis expressed to Ms. Segar fear over retaliation because Mr. ▇▇ has told her that his legal guardian, Jim Bernhard would have her deported from the country and kicked out of LSU if she revealed their violent relationship. Ms  Segar further explained that Ms. Lewis had interest in obtaining a restraining order, Ms. Segar further explained to Ms. Lewis that she had to file a report with the police in that process
On August, 14th 2018, at approximately 0930 hours. Mr. ▇▇ met with Ms. Segar about Ms. Lewis' safety. According to Ms Segar, Mr. ▇▇ knew that Ms. Lewis was going to meet with her. Mr. ▇▇ explained that he believed Ms. Lewis was going to hurt herself because she tried to do so before. According to Ms. Segar, Mr. ▇▇ and Ms. Lewis broke up and they were not supposed to see or talk to each other, this was told to Mr ▇▇ by the Title XI investigators and the LSU football coaches  Mr ▇▇ explained that Ms. Lewis is crazy and makes things up. Mr. ▇▇ then provided text messages from Ms  Lewis which read, "I did something stupid". Mr. ▇▇ explained that Ms. Lewis had tried to cut herself, but Ms. Segar explained that she had called medical officials and there was no record showing such injuries had occurred to Ms. Lewis. According to Ms  Segar Mr ▇▇ explained that on 8-9-2018, Ms. Lewis came to WCA (Mr. ▇▇▇ apartment) intoxicated to see Mr. ▇▇ At which time she was stopped from seeing him by ▇▇▇▇Redacted▇▇▇▇ they explained that, "he (Mr. ▇▇) is in there you're not supposed to be seeing him", they then made her leave. This incident was followed by a text message conversation between Ms. Lewis and Mr. ▇▇, which was given to Ms. Segar by Mr ▇▇ The text message conversation is as follows
"I have to wake up early" - ▇ (12:04 AM)
"I know u do" - Lewis (12 04 AM)
"plz open the door" - Lewis (12:04 AM)
"▇▇ pkease" - Lewis (12:04 AM)
"No you're not staying with me" - ▇▇ (12:05 AM)
"Go to bed' - ▇▇ (12:05 AM)
'that's not the point' - Lewis (12:05 AM)
'plz open the door' - Lewis (12:05 AM)
'No' - ▇▇ (12.05 AM)
A picture is then sent from Ms. Lewis which shows her lying on the ground with her eyes closed. (12:05 AM).
Mr. ▇▇ went on to explain to Ms Segar that on 8-10-2018, at approximately 0100 hours, Ms. Lewis showed up to his off campus apartment while intoxicated and tried to have sex with him. Mr. ▇▇ explained to Ms. Segar that at this time he had d  d Ms. Lewis and told her to stay on the exterior of his apartment; Mr ▇▇ then called Ms. Lewis' friend, ▇▇Redacted▇▇ Ms. ▇Redacted▇ showed up the apartment and took Ms. Lewis away from the area.  Mr. ▇▇ further explained to Ms Segar

# EXHIBIT A

BOS-002157

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI # |
|---|---|---|
| | NARRATIVE | ☐ JUVENILE |

**NARRATIVE TITLE:** SUPPLEMENT #1 - Garguiolo

NARRATIVE:

that he blocked Ms. Lewis' social media accounts but still attempted to contact him through mutual friends. When asked if Mr. ▨▨ was in fear for his safety he explained to Ms. Segar that he was not. Mr. ▨▨ did say that he was in fear for Ms. Lewis' safety because she attempted to cut her wrists in the past. Mr. ▨▨ then showed a text message conversation (Between Mr. ▨▨ and Ms. Lewis) from 7-2-2018, the conversation is as follows

"I did something stupid" - Lewis
"What?" -
"before you came the 2nd time" - Lewis
"I took it out on myself" - Lewis
"just talk later im like not myself right now im super depressed" - Lewis

On August 16th, 2018, Ms. Lewis provided Ms. Segar with violent text messages from Mr. ▨▨ and photographs of injuries Ms. Lewis had sustained from Mr. ▨▨ This prompted Ms. Segar to call the LSU police to report the matter. Ms. Segar explained to me that Ms. Lewis stated, "I'm sorry I've been lying to you. I really do love him (▨▨) but I know it's not right, we broke up, I've got no reason to protect him and I'm ready to tell the truth"

The text messages expressed possible violence from Mr. ▨▨ to Ms. Lewis on 5-31-2018 at 1422 hours

The text messages read as:

    "When did I hang with football" (Lewis)
    "at the bars" (Lewis)
    "they get me drinks" (Lewis)
    "You might as well come over right now" (▨▨
    "I'm really about to beat you" (▨▨
    "I'm not joking" (▨▨
    "Idc anymore" (▨▨
    "what did I do with football?" (Lewis)
    "I'm gonna punch you" (▨▨
    "Come over" (▨▨
    "I might kill you" (▨▨
    "You're so stupid" (▨▨
    "idc at this point" (▨▨
    "Hurry up" (▨▨
    "The longer I wait the more angry I get" (▨▨
    "u want to do that u can come here.." (Lewis)
    "well fucking stop talking to me you stupid cunt" (▨▨
    "You were literally eating with that slut and ▨▨ boy." (▨▨
    "You're retarded" (▨▨
    "After saying you don't talk to him" (▨▨
    "How stupid do you sound??" (▨▨
    "Get up" (▨▨
    "Just kill yourself" (▨▨
    "You literally have nothing to live for" (▨▨
    "no I wasn't" (Lewis)
    ▨▨ was at thw restaurant" (Lewis)

Ms. Segar also provided me with several pictures which were given to her by Ms. Lewis, they are pictures of injuries she had sustained from attacks by Mr. ▨▨ These pictures show bruise marks to Ms. Lewis' neck and throat areas which she had explained occurred when Mr ▨▨ had strangled her. Another photograph shows Ms Lewis' left side near her ribcage, a large red bruise mark is visible with individual finger marks being present. Mr. Lewis' explained that this was from an incident when Mr. ▨▨ had hit her

I next explained to Ms. Segar that I needed to speak to Ms. Lewis in the matter. Ms. Segar agreed and explained that she will bring Ms. Lewis to the LSU Police department the following day due to Ms. Lewis' schedule. I further explained to Ms. Segar that Ms. Lewis should stay away from Mr. ▨▨ and contact LSU PD immediately if any further altercations occur

On August 17th, 2018, at approximately 1345 hours, I met with Jade M Lewis who was accompanied by Miriam Segar at the LSU Police Department. I next brought Ms. Lewis into a conference room to interview her, this interview was recorded on my body camera and voice recorder (attached to case). Ms. Lewis explained that she and ▨▨ have been in a romantic relationship from January of 2017 until 8-10-2018 (the Friday previous to this interview). She went on to say that they see each other but don't talk after their breakup.

In the interview with Ms. Lewis, I brought up the first reported incident of abuse to her about the punch to her rib/stomach area on April (3rd) of 2018. When I asked Ms. Lewis who punched her she said ▨▨, she went on to explain that it occurred in her apartment (West campus apartments). I went on to ask if a medical doctor looked at it and she said, "Yeah it was fractured" she said the trainers used ice to remedy the injury. When I asked how the incident took place Ms. Lewis explained that she s?? d at ▨▨ apartment (Victory Commons) with friends one evening and Mr. ▨▨ found out. Mr. ▨▨ then contacted her and said he wanted some of his items (shirts) back, he came to her apartment to collect them. Ms. Lewis

# EXHIBIT A

BOS-002158

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI # |
| --- | --- | --- |
| | NARRATIVE | ☐ JUVENILE |

NARRATIVE TITLE:    SUPPLEMENT #1 - Gargiulolo

NARRATIVE:

explained that Mr. ███ arrived angry, she said she grabbed his shoulder to turn him around and at that time he punched her in the stomach/rib area. She went on to explain that no one saw Mr. ███ punch her but people saw her moments after and that was how the mark in the picture was fresh. I then asked why she didn't call the police after she was punched, Ms. Lewis explained, 'I didn't get him in trouble or kicked off the team". I asked if the injury inhibited her play, she said every time she moved, laughed or when her stomach tensed it hurt. I went on to ask if this was the first time Mr. ███ had hit her, she explained that the first incident of abuse was in May of 2017.

In May of 2017, Ms. Lewis explained that she had a flight the next day to an NCAA tennis tournament, this is when she was about to turn professional in tennis. She went on to Mr. ███ apartment to collect some items (shoes and necklaces) of hers which she had shipped to his house. Upon collecting these items she told Mr. ███ that she is leaving and had to go pack, she then indicated to Mr. ███ to give her the items at which time Mr. ███ said 'You don't talk to me like that'; Mr. ███ then punched her in the stomach. After this Ms. Lewis went and got ██Redacted██ (LSU Student), she explained that these two individuals went to talk to Mr. ███ and got Ms. Lewis' belongings back to her. Ms. Lewis explained that after this incident Mr. ███ called ██Redacted██ (LSU Student) and explained to him that he believes he is going to be in trouble for hitting a girl.

According to Ms. Lewis a third incident occurred when Mr. ███ became angry when he realized that Ms. Lewis was going to attend a dinner with her friends. Ms. Lewis explained that she was in Mr. ███ vehicle having a conversation with him, during this conversation Ms. Lewis greeted her friend, ███ (LSU Student), who she was going to have dinner with. At this moment Mr. ███ became angered and reached past Ms. Lewis, who was in the front passenger seat, and slammed her door, Mr. ███ then sped off with Ms. Lewis in the vehicle. At this time Mr. ███ drove Ms. Lewis to the "ghetto" (somewhere off of Perkins Road) and made her exit the vehicle, after she exited Mr. ███ drove off for about thirty seconds. Mr. ███ then drove back and told Ms. Lewis to reenter the vehicle, at this time Mr. ███ grabbed Ms. Lewis and put her in the back seat of the vehicle. Ms. Lewis was on the phone calling Mr. ███ to pick her up, Mr. ███ then asked who she was on the phone with. Mr. ███ then took Ms. Lewis' phone and saw that it was another individual's name on her contacts, this angered Mr. ███ and he began to strangle Ms. Lewis. Mr. ███ then began to drive back to Ms. Lewis' apartment and his mood changed to being nice to her about ten minutes after the violent episode had ended. After Mr. ███ dropped Ms. Lewis off he explained to her that they were done and that she should not contact him, she explained that she agreed. Ms. Lewis explained that she then went to ███ apartment while crying, she explained to him that she was dropped off by Mr. ███ in the "ghetto". Mr. ███ then texted Ms. Lewis explaining that he had something for her, she then met with him near her apartment. Ms. Lewis explained to ██ that he was going to start coming over more and that he was going to be nice to her, Ms. Lewis explained that Mr. ███ was nice for about a month.

Ms. Lewis described another incident which had occurred on 6-15-2018 (Friday) in "Tiger land" in front of the bar "The House". She explained that Mr. ███ had taken her "Louis Vuitton" duffle bag on a trip to Miami and she wanted it back. At this time she drove and met Mr. ███ in front of the bar, he was accompanied by ██Redacted██ and two other unknown males. At this time Ms. Lewis told ███ that, "you're trash for taking all my stuff and being with all these girls while I'm doing everything for you". Mr. ███ replied with, "'what did you just say?'", Ms. Lewis responded with "you're trash". According to Ms. Lewis as she attempted to reenter the vehicle she arrived in, Mr. ███ got close to her with hands near her face, slammed her against the car and was about to hit her. At this time Mr. ██Redacted██ ran over and grabbed Mr. ███ separating him from Ms. Lewis. Ms. Lewis then got in the vehicle and left the area. Ms. Lewis went on to say that if Mr. ███ hits her in front of people she "can't like cover for him". When I asked if anyone saw this event she explained "yes" Mr. ███ and Mr. ███ knows that Mr. ███ hits her

According to Ms. Lewis a third incident happened on 6-18-2018 and was due to a social media argument. Due to this argument Ms. Lewis said she was going to attempt to provoke Mr. ███. Mr. ███ explained to her that Mr. ███ was in town and that she should go and hang out with him. Ms. Lewis replied to this by saying she might do so, she then explained that she had turned her location (it seems that Ms. Lewis would let Mr. ███ see where she was located by the help of cellphone tracking) off on her cellphone. During this time frame Ms. Lewis stayed in bed in her apartment, Ms. Lewis explained that it was about 0200 hours when Mr. ███ entered her apartment (he entered with a key Ms. Lewis had given him). At this time Mr. ███ walked in and immediately punched Ms. Lewis in the stomach and began to strangle her. During the violent episode Mr. ███ ripped the ear ring out of Ms. Lewis' ear causing her ear to bleed. As the police arrived Ms. Lewis explained that she wiped the blood from her ear to hide the evidence from the police (reference case number 20180618-001). Pictures provided by Ms. Lewis (to Ms. Segar) show bruising around the neck and throat area of Ms. Lewis. In one set of photographs Ms. Lewis is wearing a blue shirt, she explained that these pictures were taken the night of the strangulation. In another set of photographs the bruising to her neck is darker and she is wearing a pink in color t-shirt, Ms. Lewis explained that these photos were taken the following day. Ms. Lewis went on to say that shortly after the incident Mr. ███ was contacted by his adopted father, Jim Bernhard, who Ms. Lewis explained gives him money and is best friends with all the polices officers. In Ms. Lewis' own words she described threats from Mr. ███ to her they are as follows: "if you come forward we'll never be together and my parents will ruin your life if you do this", and that Mr. ███ will "take me to court for ruining his reputation, deport me from the country, my dad is the king of Louisiana", according to Ms. Lewis he further said, "I'll take you to court because in Louisiana you'll never win and in any other state you will".

I ███ brought up the incident that Ms. Segar explained to be about a friend of Ms. Lewis applying makeup to the bruising around her neck. Ms. Lewis explained that she had a tennis event the next day where she had to wear her hair in an upward

# EXHIBIT A

BOS-002159

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI # █████ |
|---|---|---|

| | NARRATIVE | ☐ JUVENILE |
|---|---|---|

NARRATIVE TITLE:    SUPPLEMENT #1 - Garguiolo

NARRATIVE:

position leaving her neck exposed. She said that her neck was visible to her tennis trainers and, "One side looked like a hickey the other side looked like something was up, cause you could see a finger, three (fingers)". Shortly after this her teammate ████ (LSU Student), applied make up to the bruising to cover it.

Ms. Lewis explained about Mr. ████ abuse, "I know when he's going to do it or not", "I know when he's going to hit me or not it's not like it's an everyday thing, like I really need to do something to trigger him" She went on to explain waving to a mutual friend triggered him. When asked about other victims Ms. Lewis explained that "He's never hit another girl it's just me". I next asked about text messages provided from Mr. ████ to Ms. Segar indicating that Ms. Lewis is may be possibly complicating self -harm. When I asked if she was feeling depressed she shook her head no, I then asked if it was for attention and she said yes. According to Ms. Lewis, Mr. ████ called her several times at 0230 hours one evening (on a Friday). During these phone calls Mr ████ said to her, "I'm drunk, I need to talk to you, I need to tell you something", she said that he went on to tell her that he was sorry for being mean to her. One evening (on a Sunday - two days later) Ms. Lewis explained that she was drinking in her apartment with some friends when one of Mr. ████ "girls" (Ms. Lewis had saw this girl with Mr. ████ on social media - identity unknown) came to the apartment and began talking to them. Ms. Lewis explained to her the abuse that Mr. ████ had imposed. Ms Lewis explained that later that evening she went to Mr. ████ apartment and saw him for a little amount of time. Ms. Lewis went on to explain that he asked her to leave because it was getting late and he had football practice early the next morning. As she left Mr. ████ contacted some of Ms. Lewis' friends who came and got her. There is a corresponding report which indicates that LSU Residential life had written up Ms. Lewis due to being drunk and/or having alcohol (attached to case).

When I asked about Ms. Lewis' break up with Mr. ████ she explained, "Friday was the last time we texted", "I called him (████) and was like there is an investigation going on like, it's going to get, it's like I don't know how I'm going to continue lying, it's like there's proof I can't, this got sent in that got sent in (she said this while pointing to the pictures of her injuries) I don't know how I'm going to get away with that, and um, I was like do you want me to continue lying or just like get this over with and stuff", she then indicated that Mr. ████ responded with, "it's just like if you come forward this and this you can go tell the truth I don't care what you do" she further explained that "I don't want to waste people's time and like eventually it was all going to catch up, and I figured I'd get in more trouble if I lied, so I went and saw Miriam on Monday and got it all over with".

Ms. Lewis was provided and filled out a Title XI sexual violence confidentially notice waiver, she was provided a chance to write a written statement but refused, she was also provided a Louisiana victim's notification form which she refused this as well. I provided Ms. Lewis with contact information to the LSU Police Department, I explained for her to call Police if she sees Mr. Davis in her apartment building. As I walked Ms. Lewis out I again explained to call the police for any type of emergency ████ions, she agreed.

Shortly after this interview with Ms. Lewis, Mr. ████ lawyer, Marci Blaize, had contacted my direct office line. Ms. Blaize indicated to me she knew of the investigation which pertained to her client, ████ I indicated to Ms. Blaize that the investigation would be moving forward and I would be in contact with her.

Next I reviewed all content and evidence which was provided to me by Ms. Segar and Ms. Lewis, I believed that there was enough evidence for probable cause to draft a warrant for the arrest of ████████ for the charge of Second degree battery. This arrest warrant was reviewed and signed by the Honorable Judge Donald Johnson of the 19th JDC on 8-17-2018 at approximately 1645 hours. After the signed warrant was in hand I contacted Ms. Blaize and briefed her on the warrant and advised that she bring Mr. ████ to the LSU Police Department. Shortly thereafter Ms. Blaize and Mr ████ came to the Police Department, at which time both individuals were brought into the interview room. At this time a copy of the arrest was provided to Ms. Blaize, I then read Ms ████ his rights as per Miranda off of an LSU Police rights form. Mr. ████ indicated that he understood his rights but was not willing to talk or answer questions as per Ms. Blaize. Mr. ████ filled out and signed the adult rights form, I also signed the form and Officer Ryan Welch also signed the form as a witness. Mr. ████ was then asked if he wanted to fill out a voluntary written statement, he declined. At this time Mr. ████ was patted down for any contraband and placed into the holding cell, after the booking paperwork was completed Mr. ████ was transported to East Baton Rouge Parish prison by Officer Welch where he was booked in on the charge of Second degree battery (dating violence // one count // felony charge // time of arrest 1741 hours).

On the following morning, Saturday August 18th 2018 at approximately 0758 hours I received a phone call, voice mail and text message from Ms. Segar. The voicemail left by Ms. Segar is as follows: "Hi Mike, its Miriam Segar with the Athletic Department, its Saturday morning I know it's early I'm sorry to bother you, but um, we've had a situation where I want you to be involved, um one of our coaches has received a text of which from the victim, um, Jade that you met with yesterday, that they want you to have, um, I guess it has something to do with the investigation, so they thought it'd be important that you have it, um, I'll wait a little bit a few more minutes hopefully you'll call me back thanks bye". Ms. Segar then sent me a text message following the phone call and voice mail, the text message is as follows: "This is Miriam Segar with LSU athletics there is a text message we would like you to have in the case you(re) working please call me back so I can explain thanks". I then called Ms. Segar back, during our phone call Ms. Segar explained that Ms. Lewis had contacted a coach, Mickey Joseph (LSU Football wide receivers coach), via a text message. Ms. Segar forwarded me the text message from Ms. Lewis to Mr. Joseph and reads as follows, "Good morning its Jade Lewis I wanted to speak with you about ████ I apologize for everything I know that I can't take things back but I want to fix things. I felt pressured to be dishonest about ████ hitting me. The pictures that I gave the school were of ████ photos and ████ wasn't the cause of any of my bruising it was from tennis and a few were from partying he never hit me ████ I was hurt about him not talking to me and constantly being with other girls so in a way I wanted to hurt him. I feel terrible about what I did please forgive me". At 0940 hours, Ms. Segar sent me another text message which reads as follows, "From

# EXHIBIT A

BOS 002160

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI # █████████ |
| --- | --- | --- |

| NARRATIVE | ☐ JUVENILE |
| --- | --- |

NARRATIVE TITLE:    SUPPLEMENT #1 - Garguiolo

███TIVE:

██ mom - Jade spent the night when she came over she wants to know what to do", this text message was also sent to Ms. Joseph and forwarded to Ms. Segar. Mr. Joseph then sent a text message to Ms. Segar which was then forwarded to my cellphone at 0940 hours and reads as follows, "She says that this lady (Miriam Segar) forced her (Ms. Lewis) to say some things and the lady said that she hates dealing with football My (Mr. Joseph) response to her - What lady Her (Ms. Lewis) response to me - Miriam Segar". Ms. Segar then provided me a text message conversation that she had with Ms. Lewis prior to coming and reporting the incident to me, she also provided me with Mr. Joseph's phone number. The string of text messages sent to me by Ms. Segar and her voicemail is attached to the case.

At 0950 hours I called Ms. Segar to talk about the text message that she had received. Ms. Segar explained that Ms. Lewis is very mixed up; she went on to explain that as Ms. Lewis was reporting the incidents Ms ██ knew about them as well. She went on to say that Ms. ████ would tell Ms. Lewis that "she would take care of it", "his mom (Stephanie )" would put the two of them together and say look you guys really love each other y'all need to work it out". Due to Ms. Segar hearing this relationship status through Ms. Lewis during their meetings she was not surprised when she had heard that Ms. ██ was coming into town. Ms. Segar went on to say that Ms. Lewis is telling individuals (Mickey Joseph and Football Operations) that she was asked to lie about the incidents of abuse because she (Ms. Segar) dislikes football. When I asked where Ms. Lewis should have been located at the time of the text message to Mr. Joseph, Ms. Segar explained that Ms. ██ is from out of town and when she comes in town she may stay with the Bernhards. This telephone message was recorded and attached to the case.

I next went to Ox Bow Hall at approximately 1015 hours and met with ████ (LSU Student // DOB Redacted Redacted at her apartment. Upon meeting Ms. ████ I asked if she knew why I was meeting her at which time she said she knew it was about Ms. Lewis. I asked when the last time it was that she had spoken to Ms. Lewis she explained that it was the previous day and that Ms. Lewis had told her that a Police officer was going to talk to her. I further asked why she believed that an Officer was going to talk to her and she explained that is was due to Mr. ██ being aggressive to Ms. Lewis. Ms ██ explained an incident in which she had seen this aggression from Mr. ██ which was during the summer in "Tiger land". Ms ██ explained that Ms. Lewis exited the vehicle to talk to Mr. ██, as Ms. Lewis began walking back to the vehicle Mr ██ followed her to the vehicle pushed her up against it and was about to punch her. Mr ██ was unable to hit Ms. Lewis because some of his teammates held him back from hitting her. I then asked if Ms. ██ believed that Mr. ██ would have hit Ms. Lewis if his teammates didn't hold him back, she responded with, "yeah probably". I then asked if she knew of Mr ██ hitting Ms. Lewis before, Ms. ██ said yes because Ms. Lewis showed her bruises on her body. She also said that she has ████ed text messages that Mr. ██ has written Ms. Lewis which indicated he's not very nice and he has hit her multiple times before. Ms. ████ then indicated that Ms. Lewis has said her ribs have been broken before by Mr. ██. Lieutenant Abels interviewed Ms. ████ a second time, she also provided a written voluntary statement (attached to the case // see Lieutenant Abels' Supplement)

At around 1200 hours, Suzanne Hamilton (Domestic Violence specialist // District attorney's office // 225-389-7714), went and met with Ms. Lewis and spoke with her in reference to the case at Ox Bow Hall in the lobby. During this time frame no police were present in the meeting between the two. Mrs. Hamilton reported back that Ms. Lewis did not want to speak to the police. I next attempted to call Mickey Joseph (LSU wide receivers football coach // 225-726-1222) at his cellphone number which was provided to me by Ms. Segar. I attempted to call Mr. Joseph on three separate occasions all of which went unanswered (1251 1254, and 1338 hours) with no call back. Captain Kazusky and I then went to the Football Operations office (located on the third floor of Tiger Stadium) in an attempt to meet with Mr. Joseph. We asked several people in the office to notify Mr. Joseph that we needed to meet with him, we were then told that Mr. Joseph was unavailable to speak with us. At around 1445 hours Mr. Joseph walked into the Police Department at which time Detective Abels and I Interviewed him in reference to the text messages. Mr. Joseph explained that he knew of Jade Lewis and the situation of Mr. ██' arrest. Mr. Joseph explained that he has never spoken to Ms. Lewis before and this was the first instance that he had received a text from her. He went on to say that he had Ms. ██' phone number but she doesn't normally text him, he explained that he didn't know why she had texted him. When I asked Mr. Joseph if he knew of any issues between Mr. ██ and Ms Lewis he knew of an incident which had to do with Mr. ██ bringing Ms. Lewis her bag (assumed to be the incident at WCA on 6-18-2018). According to Mr. Joseph, Ms. ██ said that Ms. Lewis was there last night (8-17-2018) and this morning (8-18-2018), he also believed that she spent the night with Ms. ██. When asked if Ms. Lewis could have got his cell phone number from Ms. ██, Mr. Joseph explained that it was probable. When asked how often Mr. Joseph texts with Ms ██ he said when something is going on with Mr. ██ but they usually call each other. Mr. Joseph then voluntarily showed me his cell phone conversation with Ms ██. The conversation had begun (no prior history of text messages) the previous night (8-17-2018 - time unknown) with a picture of Ms. Lewis leaning up against the exterior wall of what appeared to be the "Pluckers" restaurant off of Nicholson Drive The following text message read along the lines of, look who I found at the bar drunk. When Mr. Joseph would of known who the girl in the photograph was he responded, "I never seen this girl before, um, Jade, never seen in person". He further indicated that he just assumed that the white girl in the photo was Ms. Lewis. When I asked Mr. Joseph what his relationship was with Ms ██ he indicated that he talks to parents of the players in an appropriate fashion, not hanging out with Ms. ██ nor are they friends. When I asked where Ms. ██ stayed last night he responded that she was in the parking lot of the jail. He explained that he talked to Ms. ██ three times this morning (0801, 0817, and 0840 hours) Mr Joseph's call ██y also showed that he spoke to Jim B (Bernhard) three times that morning as well. I then asked the last time Mr. Joseph was at Mr. Bernhard's house, he explained only one time in February of 2018 Mr Joseph then indicated that Ms ██ has all

# EXHIBIT A

BOS_002161

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | **LSU POLICE<br>DEPARTMENT**<br>INCIDENT REPORT<br>NARRATIVE | ORI # ■■■■ |
|---|---|---|

| NARRATIVE | ☐ JUVENILE |
|---|---|

NARRATIVE TITLE:    SUPPLEMENT #1 - Garguiolo

NARRATIVE:

of ▮Reda▮' text messages he had sent on her phone. Mr. Joseph said that last night he got a text message from Mr. ▮▮ saying, "I'm not making dinner or the movies", he then called Mr. ▮▮ but got no answer. Mr. Joseph explained that he later found out, through a call with Jim Bernhard, that the police had an arrest warrant out for Mr. ▮▮. I further asked if Mr. ▮▮ was a violent individual, Mr. Joseph replied, "He is a softie, just the other day in practice he cracked on one of his teammates and at the end of the play he's helping him up". When I asked if the football players were speaking of the arrest he said yes. Mr. Joseph went on to explain that Mr. ▮▮ doesn't really hang out with any of the other players on the team. Mr. Joseph also explained to the players that they have to be careful because they're high profile players, 'don't go to the bars don't go to Tiger land and things like that so we do have strict rules" Mr. Joseph responded. I then explained to him that he should let the football players know that they should not bring up the matter of the incident or investigation to Ms. Lewis.

Around 1619 hours, I went on to interview Miriam Segar at the LSU Athletics Operations building for a second time in reference to the text message incident which had happened earlier in the day. Ms. Segar explained that Ms. Lewis reached out to Mr. Joseph in a text message indicating that she made up the incident. When I asked if Ms. Segar knew if Ms. Lewis texted Mr. Joseph a lot she explained that she did not know and found that interesting. Ms. Segar believed it was normal for Ms. ▮▮ to speak to Mr Joseph in reference to Mr. ▮▮ being arrested. I asked Ms. Segar if Ms. Lewis would have saw a doctor for any injuries and where she of would been medically evaluated. Ms. Segar explained that outside doctors come to LSU to evaluate individuals The doctors then transcribe notes into the medical database which is kept at LSU

At around 1640 hours, Captain Kazusky and I went to Victory Commons Apartments in order to talk with ▮▮ (LSU Student // ▮Reda▮' roommate // Victory Commons room C307). Upon meeting Mr ▮▮ he explained that he believed Ms ▮▮ and Ms. Lewis to be in Mr. ▮▮ apartment room currently because they had slept in Mr. ▮▮ bed the previous night. He further explained that Mr. ▮Redacted▮ younger sisters and ▮▮ (LSU Student) had gone into his apartment last night as well. When we asked Mr. ▮▮ if Mr. ▮▮ and Ms. Lewis were in some type of intimate relationship he shook his head and indicated yes. I then asked about the incident in 'Tiger Land', Mr. ▮▮ explained that Mr. ▮▮ never hit Ms. Lewis but he bowed up on her like he was going to hit her at which time Mr. ▮▮ grabbed Ms. Lewis and put her in the vehicle and left When I asked if Ms. Lewis has ever told Mr. ▮▮ if she's been hit before by Mr. ▮▮ he said yes, he went on to explain that she says it occurs when they're in their rooms and he's (Mr. ▮▮) never been around when it occurs When we asked about Ms. Lewis' nb injury he explained that he had heard of it but did not see any indications of the injury first hand. I then asked if Mr. ▮▮ is a violent guy and Mr. ▮▮ responded, "really just to her". When I asked why the violence is fixated on Ms. Lewis Mr ▮▮ said 'I hate to say it but she kind of asks for it sometimes, um, she really like puts him in situations where it's like Jade ▮○▮ now he might hit you". When I asked Mr. ▮▮ if Mr. ▮▮ arrest surprised him he stated, "I had known about it, and we were just waiting for the word to get out". When I asked Mr. ▮▮ if the coaching staff knew Mr. ▮▮ had an issue with girls he explained, "yes, but he had told the coaching staff that he didn't do it so they thought that it was the girl making up stuff, but then the girl didn't really want him to get in trouble so she's been covering him for a while", I then asked how long that has been happening he said "a couple months now". Mr. ▮▮ ended the interview by explaining, "they're both crazy and they're both going to lie and the thing is she's going to lie to cover it up because she is more in love with him and he doesn't care about her".

Shortly after meeting with Mr. ▮▮ called me at my cellphone number. Mr. ▮▮ explained that he read the four incidents listed in the arrest warrant for Mr. ▮▮, he explained that all of those incidents were true Mr. ▮▮ went on to say that the incident when Mr. ▮▮ was strangling Ms. Lewis was the scariest. He went on to say that during the incident Ms. Lewis had called Mr. ▮▮ and he had heard her gasping and crying. Mr. ▮▮ said this was the incident when Mr. ▮▮ had drove Ms. Lewis to the 'ghetto'. Mr. ▮▮ threw Ms. Lewis phone out the car and Mr ▮▮ heard her say, 'he's strangling me, come find me". Mr. ▮▮ went on to say that, "she's always been in love with him and that's why she's going to defend him no matter what" Mr. ▮▮ went on to say that Mr. ▮▮ threatened Ms. Lewis that he was going to have her deported and lock her up in a mental institution if Ms. Lewis kept spreading lies. According to Mr. ▮▮, Ms. Lewis said that Jim Bernhard had threatened her this past weekend, "You won't have a case". He went on to say that Mickey Joseph knew of the "toxic relationship" between Ms Lewis and Mr. ▮▮ and he believed that Ms. Lewis was making the violence up and was trying to ruin Mr. ▮▮ career. Mr Joseph would get mad at Mr. ▮▮ when he would find out that Ms Lewis would be at Mr. ▮▮ apartment. Mr. ▮▮ went on to say, "Y'all need to understand, even when he gets out of jail, he's ▮▮ probably going to take this all out on her (Lewis), and she's not going to be safe"; I went on to say that he should call the police if any type of future violence occurs between Mr. ▮▮ and Ms. Lewis in the apartment Mr. ▮▮ went on to explain, "If the LSU Football team knows I'm talking to y'all they're not going to be very happy" I further questioned this comment and he replied with, "If my teammates and my coaches knew I'm giving y'all this information it's not going to be very good". Mr. ▮▮ was very adamant that his name stayed out of this report because he feared team ramifications and repercussions from Jim Bernhard, I went on to tell him that his name would only be put into the report and not released to any type of media.

On August 18th, 2018 at approximately 1530 hours I contacted ▮Redacted▮ (LSU Student) in reference to the case. I was attempting to get a statement from ▮Redacted▮ in reference to what he had witnessed between Ms. Lewis and Mr. ▮▮. Mr. ▮▮ then sent me his lawyers name and number (Ben Gibson // 225-333-6063). I then contacted Mr. Gibson who explained that his client would only talk if I had a warrant for his arrest I then explained that he is a witness to an incident which was supported by ▮○▮ witnesses in the case. At this time Mr. Gibson explained that he would contact his client, neither individual has contacted me back

**EXHIBIT A**

BOS-002162

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI # |
|---|---|---|
| | NARRATIVE | ☐ JUVENILE |

NARRATIVE TITLE:   SUPPLEMENT #1 - Garguiolo

RATIVE:

On August 18th, 2018, at approximately 1705 hours, I was sent the Title IX investigation reports which were forwarded to me from Major Walters, Jeff Scott (LSU Title IX investigator) had emailed him the reports. Also included in this email was the April 26th and June 18th, 2018 Sexual misconduct and sexual harassment complaint forms, which Ms. Segar had filled out and sent to Title IX investigators.

The first dated document in the Title IX investigation was dated May 21st, 2018 at 1515 hours written and interview conducted by Jeff Scott. Mr. Scott's report showed that he had interviewed Ms. Lewis who was escorted to the interview by Ms. Segar This report indicated that Ms. Lewis had explained that this was her second incident in which Mr. ███ had physically abused her by punching her in the stomach

The second document was dated July 11th, 2018 at approximately 1530 hours written by Johnathon Sanders. This is an interview between Johnathon Sanders (LSU Associate Dean and Director of Student advocacy and accountability) ████ and Mickey Joseph. This interview was focusing on an incident in which police were notified of a disturbance. During this conversation Mr. ███ explained that he went to Ms. Lewis' apartment on the night that the police were called, but the argument was not physical just verbal.

The third document was dated July 25th, 2018 at approximately 1142 hours, interview written and conducted by Johnathon Sanders. This is an interview between Johnathon Sanders and ████ (Last name not given in the report // LSU Student // Roommate of Ms. Lewis at WCA). The report went on to say that Ms. ███ was told by ███ and Ms Lewis that Mr. ███ abuses Ms. Lewis. Examples were given to Ms. ███ by Ms. Lewis and Mr. ███ that Mr. ███ choked Ms Lewis until her lips turned purple he then dropped her off in a "dangerous" part of town. There are many errors in Mr. Sanders' report such as confusing Ms. ███ name with Ms. Lewis' name Mr. Sanders' report went on to read that Ms. ███ had explained the incident at West Campus Apartments where she had to call the police. Ms. ███ explained that she woke up at approximately 0130 hours and heard Ms. Lewis scream, "no, stop, get off me" which was accompanied with an audible disturbance in the room. The police showed up after Ms. ███ had called them. After the police left Ms. Lewis explained that Mr ███ was strangling and hitting her. Ms. ███ went on to say that Ms Lewis had red marks around her neck and that Ms Davis was drunk

The fourth document was dated July 25th, 2018 at approximately 1500 hours and titled "Meeting with Jade" written and interview conducted by Johnathon Sanders. In this interview Ms. Lewis explained that Mr. ███ hit her in April and hurt her rib due to this Mr ███ got in trouble and was put off the football team. When asked about the WCA fight incident, where the police were called, Ms. Lewis explained that it was a verbal argument between her and Mr. ███. Ms. Lewis went on to say that Ms. ███ earlier claims of violence by Mr ███ were not accurate and that Ms. Lewis had hit her ear on the bedpost which caused her ear to bleed

The fifth document was dated August 8th, 2018 at approximately 1512 hours and was titled "Meeting with ███ written and interview conducted by Johnathon Sanders. This interview also revolved around the disturbance at WCA. Ms ███ explained that Ms. Lewis had called her while the police were at her apartment during this incident Ms. ███ went over to Ms Lewis' apartment. Ms. ███ went on to explain that Ms. Lewis's neck was red and that her ear was bloody, she further explained that Ms. Lewis told her that she lied to police about abuse not occurring The next day Ms. ███ explained that Ms. Lewis neck was covered with bruises and she asked Ms. ███ to photograph the injuries. Ms. ███ also believed that Ms Lewis applied makeup to the bruises before she went and spoke to Ms Segar

The sixth document was dated August 10th, 2018 at approximately 1601 hours and was titled, "Meeting with ███" written and interview conducted by Johnathon Sanders. This interview was between Mr Sanders and ███. During the interview Mr ███ described two incidents in which Mr. ███ demonstrated violence toward Ms Lewis. The first incident occurred when Mr ███ pulled Ms. Lewis into his vehicle where an argument ensued within the vehicle, according to Mr. ███ the windows of the vehicle were tinted and he could not see what was occurring within. According to Mr. ███ a second incident occurred outside of a bar in "Tiger Land" where Mr. ███ "bowed up" on Ms. Lewis as if he was going to hit her until others intervened and separated the two. Mr ███ went on to say that Mickey Joseph (incorrectly listed as "Thompson" in the report by Mr Sanders) calls him each week to see if Ms Lewis was in the apartment

The seventh document was dated August 15th, 2018 at approximately 1600 hours and was titled, "meetin with Jade number 2" written and interview conducted by Johnathon Sanders and Jeff Scott. According to Mr. Sanders, Ms. Lewis explained that the first incident of violence occurred in May of 2017. The second incident was when Mr. ███ had punched Ms Lewis and fractured her rib during an argument. The third incident happened in June. Ms. Lewis explained that Mr. ███ drove her to the "ghetto" and dropped her off. Shortly thereafter Mr ███ returned to Ms. Lewis who gets into his vehicle at this time Mr ███ ██s her by the neck" while driving. The fourth incident Ms. Lewis explained to Mr. Sanders occurred at her apartment where the police were called. Ms. Lewis describes being punched, strangled, and having her ear ring ripped out by Mr ███ Ms

# EXHIBIT A

BOS 002162

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | **LSU POLICE<br>DEPARTMENT**<br>**INCIDENT REPORT**<br>NARRATIVE | ORI # ███████ |
|---|---|---|
| | **NARRATIVE** | ☐ JUVENILE |

NARRATIVE TITLE:    SUPPLEMENT #1 - Garguiolo

NARRATIVE:

Lewis also described a fifth incident in which Mr. ████ had pushed her in "Tiger Land", which was viewed by ████ █████ ██Redacted██ and █████. She went on to explain that Mr. ██ is threatening her with deportation and explaining that his dad, Jim Bernhard, will take her to court if she talks or will get her kicked out of LSU.

The eighth document was dated August 15th, 2018 at approximately 1805 hours and was titled, "Meeting with ████ written and interview conducted by Johnathon Sanders and Jeff Scott. The individual interviewed was ██Redacted██. Ms █Redacted█ explained that on April 3rd she had saw Ms. Lewis crying after being hit by Mr. ██ She explained that Ms. Lewis had a fist mark on her rib area. Ms ██Redacted██ explained the incident when she saw Mr. ██ pin Ms. Lewis up against a vehicle in "Tiger Land", she also saw Mr. ██ push Ms. Lewis in "Tiger Land" on another incident. Ms ██Redacted██ went on to say that she knows Mr. ██ is threatening "legal stuff" against Ms. Lewis.

Accompanied with these interview documents are text message pictures between Mr. ████ and Ms. Lewis. This investigation paper work is attached to the case

On August 19th, 2018, at around 1200 hours, Ms. Lewis' parents, David and Rosalita Lewis, came to the LSU Police Department to meet with Police. When I asked of a timeline of their daughter attending LSU they explained that Ms Lewis began at LSU in January of 2017, finished and went professional (Tennis) in May of 2017, and wanted to come back to finish this semester in March of 2018  Mr and Mrs. Lewis' were distraught, they explained that when they had saw the news they knew it was their daughter who was abused. Upon calling their daughter and asking her she denied that she was the abuse victim and she went on to tell them that it was another player on the tennis team. Mr. Lewis went on to explain how he had believed that Ms J. Lewis' was being abused by Mr. ██ When I asked how he knew, Mr. Lewis explained that (exact date unknown) Ms. J. Lewis had told her sister, Carolina Lewis, that Mr. ██ had punched her in the stomach and then pushed her down stairs  Mr Lewis went on to say that another friend, ████Redacted████ (LSU Student), was Ms. Lewis' roommate in her apartment at WCA and she had viewed Mr. ██ get angry and put his fist through the apartment wall. Mr. Lewis further said that Ms J. Lewis had told another friend, █Redacted█ (June of 2018) that Mr ██ was punching her. Mr. Lewis explained that he had a joint bank account with Ms. J. Lewis where he could see her finances. He explained that while in the relationship with Mr ██ she was making expensive finances. According to Mr Lewis his daughter was purchasing high end shoes, designer bags and spent over 1200.00 dollars one month on "Sonic" fast food. In November of 2017, Mr. Lewis said that as worried for his daughter and attempted to contact Mr. ██ to see what was going on at which time a verbal argument ensued during the phone call. According to Mr. Lewis, Mr ██ said, "I advise and consult your daughter", the conversation ended shortly thereafter. When I asked the Lewis' if they had notified anyone of their suspicions of abuse, Mr. Lewis said he had contacted Ms. J. Lewis' tennis coach, Mike Sell (LSU Tennis coach - female team), on two separate occasions  Mr Lewis called Mr. Sell in June and July of 2017, during these phone calls Mr. Lewis explained that Ms. J. Lewis was being physically abused by Mr. ██. According to Mr. Lewis, Mr. Sell said, "I don't believe that", and in the second call he was told again about the relationship and abuse at which time Mr. Sell had said, "Couldn't be possible, wouldn't be possible". Mr Lewis went on to explain that he knew his daughter was coming back to LSU this time and wanted to alleviate and stop the abuse by notifying the coach  Mr Lewis further indicated that Ms. J. Lewis was receiving parking permits in the mail from the coaching staff in an attempt to re-recruit her. I then asked if Mr. Lewis had been told directly by Ms. Lewis about the abuse of saw any injuries from the abuse. Mr. Lewis explained that when he visited Ms. J. Lewis in June of 2018 he saw a bruise mark by her eye, an ear injury and her cell phone glass front was smashed.

At approximately 1530 hour, I met with ████ (LSU Student // DOB ██Redacted██ at the LSU Police Department. Ms ████ was a known friend of Ms. Lewis and was mentioned in the Title XI reports of the incident. Ms. ████ explained that she knew Ms. Lewis before she had attended LSU at "Junior Tennis"; Ms. Lewis came back to LSU in March of 2018 at which time Ms ████ and her began to talk again. Ms. ████ explained that Ms. Lewis spoke a lot about Mr ████, near the end of March 2018, Ms. Lewis explained to Ms. ████ that Mr. ██ had punched her in the stomach. She went on to explain that in April of 2018, Ms. Lewis was punched in the ribs by Mr. ██ which had caused a rib to break; this caused Ms. Lewis a lot of pain leaving the rib and stomach area to become enflamed. According to Ms. ████, Donovan White (LSU athletic trainer - Tennis) would have of been Ms. Lewis' athletic trainer during this time period but has since left LSU  Ms ████ said that she was at LSU's West Campus Apartments during the incident in which the LSU police had been called to the disturbance at Ms. Lewis' apartment. Ms. ████ went on to explain that she was up late studying for an exam when Ms. Lewis had texted her. According to Ms. ████ k the text from Ms. Lewis read, "come the police are here". When she went to Ms. Lewis' apartment she saw several police outside with Ms. Lewis who at the time was crying, she further explained that Mr. ██ was inside the apartment sitting on the couch extremely intoxicated. When close enough to Ms ████ Ms. Lewis whispered, "he just strangled me, he just hit me, and he just ripped my ear ring out"; she then saw that Ms. Lewis' ear and her hand were both bloody. At this time Ms. ████ told Ms. Lewis to come forward and tell the truth but Ms ████ declined and explained that she did not want to ruin Mr. ██ life. Ms. ████ explained that Ms. Lewis then lied to the Police and explained that they were only having a verbal dispute.

Ms ████ described another incident which had occurred one evening when she and Ms. Lewis were planning to go to er  While in the parking lot, Ms. ████ saw Mr. ██' vehicle, at this time the door opened and Ms. Lewis attempted to exit the vehicle. It was at this time that Mr. ██ leaned over and violently slammed the door from the inside of the vehicle and

# EXHIBIT A

BOS-002164

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI # ▆▆▆▆ |
|---|---|---|

| NARRATIVE | ☐ JUVENILE |
|---|---|

**NARRATIVE TITLE:**   SUPPLEMENT #1 - Garguiolo

NARRATIVE:

▆▆▆ off with Ms. Lewis still inside  Ms ▆▆▆ explained that Ms Lewis later called another friend during dinner and said "Come get me ▆▆▆ just dropped me off in the ghetto".

On a third occasion between Ms. Lewis and Mr. ▆▆▆  Ms. ▆▆▆ was walking outside of "Tiger land" with Ms Lewis when they saw Mr ▆▆▆ walking with another girl  At this time Ms  Lewis became upset that Mr. ▆▆▆ was with another girl and ran up to him and yanked on his arm from behind to get his attention. Mr. ▆▆▆ then turned and pushed Ms. Lewis and said, "get the hell off of me".

When I asked about any signs of abuse on Ms. Lewis' body, Ms. ▆▆▆ did explain that she had viewed bruising on Ms Lewis' neck which had occurred during the strangulation incident the night that the police were called. When I asked Ms ▆▆▆ if she believed that the bruising was caused from Mr ▆▆▆ assaulting Ms. Lewis, she explained, "yeah, 100 percent"  Ms. ▆▆▆ then said that Ms. Lewis went back on her word  in reference to the recanted statement, due to the fact that she didn't realize how big of a matter it would become; Ms ▆▆▆ said that she further told Ms  Lewis that she would not lie for her. I then asked if the bruising around the neck could have been caused from a tennis injury, Ms. ▆▆▆ explained that the marks on Ms  Lewis' neck were from Mr ▆▆▆ strangling her

Ms. ▆▆▆ showed me pictures of the bruising of Ms. Lewis' neck and rib cage areas. Ms. ▆▆▆ explained that Ms  Lewis wanted a different angle to look at her ribcage injury so Ms. ▆▆▆ took a picture. The neck injuries pictures were taken during a tennis tournament, Ms. Lewis believed that her coaches were looking at her neck so she had Ms ▆▆▆ take pictures to see how bad that the bruising looked. During this tournament. Ms. Lewis wore a hoody and her hair on one side of her neck to cover the bruising; these were the same marks which were covered with makeup.

When I asked Ms. ▆▆▆ if she had ever communicated with Mr. ▆▆▆ she explained that she had called him "irrelevant" over social media, this prompted Mr. ▆▆▆ to "threaten to expose" Ms. ▆▆▆ to her boyfriend about "something". She further explained that Ms. Lewis was driving around in Mr. ▆▆▆ vehicle (Audi) today (8-19-2018), she explained that Mr. ▆▆▆' mom had given Ms. Lewis the keys, but she did not know if it was Mr. ▆▆▆ mom or adopted mom.

On August 20th, at approximately 1730 hours, Ms. ▆▆▆ sent me text messages and pictures relevant to the case  The pictures Ms. ▆▆▆ sent are (10 in count) pictures of the injuries sustained to Ms. Lewis' neck. Another picture is included in a screen shot of an "Instagram" text message Ms. ▆▆▆ had taken from a conversation between  Ms  Lewis and another individual, ▆Redacted▆ (Ex - LSU Student). According to Ms. ▆▆▆ the conversation is between Ms. Lewis and Ms. ▆Redacted▆ is as follows:

"...▆▆▆ letting you know ▆▆▆ physically abuses me, broke my rib and is suspended from football bc the cops had to take him out of my apartment and he has chlamydia on top of it!!! Reason why hes driving 7 hours to fuck bc no one at lsu touches him bc hes a pathetic whore..." - Lewis

This text is followed by a picture of the bruising to Ms. Lewis' rib/stomach area

"for your safety :)" - Lewis

"For my safety?? You continue to fuck with him after he punched you. - ▆Redacted▆

"its coming to an end after a year and a half bc he cant commit and hes abusive  I tried but hes crazy" -Lewis

"I've heard all this before  Thanks for telling me something I already knew. Me and mine are great." - ▆Redacted▆

"Clearly you didn't know if your going to fall for his lies.." - Lewis

"lol you probably lie just as much as him, if you're coming into my dms about something in the past" - ▆Redacted▆

The rest of the message conversation is then cut off. Screen shots of this text message conversation is attached to the case  Also attached to the case is the voice recording and video of my interview with Ms. ▆▆▆

Around 1535 hours, Lieutenant Abels began interviewing another individual, ▆▆▆ (LSU Student), in reference to the incident between Ms  Lewis and Mr. ▆▆▆  I entered the interview when my interview with Ms. ▆▆▆ was completed  See Lieutenant Abels attached supplement in reference to the interview. During the course of the interview Ms. ▆▆▆ explained to me that she had text messages, one from Mr ▆▆▆, a text conversation between Ms. Lewis and Ms. ▆▆▆, and a text message conversation that Ms. Lewis had sent her before Ms. ▆▆▆ had come in to the Police Department for the interview  Ms ▆▆▆ showed me a text message, she said was sent from Mr ▆▆▆  it is as follows:

"I'm a Ass hole, who thinks he is better than everyone, I'm spoiled, but I work harder than everyone who tells me I don't deserve anything. I'm a sociopath and I don't let others reflect who I am....I don't care about ppl....idc what ppl say about me  I don't care about a lot of shit." - ▆▆▆

"You are a slut. .. You've done to much    stop" - ▆▆▆

Ms. ▆▆▆ then showed me an elongated version of the text messages that Ms. Segar had provided me  This is the text message string which showed Mr ▆▆▆ threatening Ms Lewis.

Ms. ▆▆▆ then showed me a third set of text messages which occurred between her and Ms. Lewis, the texts are as follows:

1:55 pm

"the detective on the case just called and wants to talk to me" - ▆▆▆

"say u don't know anything" - Lewis

"I didn't want to go behind your back so I'm just letting you know" - ▆▆▆

"▆▆ver saw anything" - Lewis

"▆▆ver 'Seen' " - Lewis

# EXHIBIT A

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI # ▓▓▓▓ |
| --- | --- | --- |
| | NARRATIVE | ☐ JUVENILE |

NARRATIVE TITLE:    SUPPLEMENT #1 - Garguiolo

NARRATIVE:

"was it" - Lewis

"yeah but I'm going to go so it's not sketchy" - ▓▓▓▓

"say u hear or something" - Lewis

"I love u" - Lewis

Attached to the case are the text messages provided to me by Ms ▓▓▓▓

On August 19th - 20th, 2018, I began writing search warrants for the searches of Mr ▓▓▓▓ cell phones (discovered he was using a secondary phone while I was at court for his bond hearing // cell phone number ▓▓▓▓ [Redacted] Apple I-Phone - Serial number: FD4VH53PJCLN /// secondary cell phone number: [Redacted] - Apple I-Phone - G6TX18HZJCLG), Ms. Lewis' cell phone (843-295-8876 - Apple I-Phone - Serial number: F17WQHCMJCLG) Mr Lewis' i-cloud data Mr ▓▓▓▓ i-cloud and cell phone records for all three phones.

Mr ▓▓▓▓ cell phone (number [Redacted] search warrant was reviewed and signed by the Honorable Judge D Johnson of the 19th JDC on 8-19-2018 at 0123 hours. This warrant was then provided to Ms. Blaize the following morning (8-20-2018) at the 19th JDC, she then provided me with Mr ▓▓▓▓ cell phones.

Mr ▓▓▓▓ secondary cell phone (number [Redacted] search warrant was reviewed and signed by Judge Johnson on 8-20-2018 at 1240 hours. This cell phone was obtained earlier that morning at the court house through Ms. Blaize

Ms Lewis' cell phone (number: 843-295-8876) search warrant was reviewed and signed by Judge Johnson on 8-19-2018 at 0123 hours. This cell phone was obtained on 8-20-2018 at approximately 1030 hours from Ms. Lewis at Lockett hall. These cellphones were placed into "air plane" mode at approximately 1045 hours  These cell phones were not analyzed by LSU PD Detectives, they were packaged as evidence and taken to the Louisiana Attorney General's office for digital forensic analysis.

Mr ▓▓▓▓ cell phone records search warrant for his cell phone (phone number: [Redacted] was reviewed and signed by Judge Johnson on 8-20-2018 at 1413 hours. This warrant was then digitally (electronic mail) sent to AT&T Mobility - Cingular wireless. On 8-25-2018, AT&T provided cell phone records relevant to this warrant. I did not find applicable evidence to the case in these provided records

Mr ▓▓▓▓ cell phone records search warrant for his cell phone (phone number: ▓ [Redacted] was reviewed and signed by Judge Johnson on 8-20-2018 at 1418 hours. This warrant was then digitally (electronic mail) sent to Verizon wireless. On 8-25-2018, Verizon wireless provided cell phone records relevant to this warrant. I did not find applicable evidence to the case in these provided records.

Ms Lewis' cell phone records search warrant for her cell phone (phone number: 843-295-8876) was reviewed and signed by Judge Johnson on 8-20-2018 at 1423 hours. This warrant was then digitally (electronic mail) sent to Verizon wireless. On 8-25-2018, Verizon wireless provided cell phone records relevant to this warrant. I did not find applicable evidence to the case in these provided records.

Mr ▓▓▓▓ Apple I - Cloud data search warrant for his e-mail ([Redacted] @yahoo.com) was reviewed and signed by Judge Johnson on 8-20-2018 at 1434 hours. This warrant was then mailed to Apple incorporated, I am awaiting these records; once the records are obtained I will add another supplement to the case.

Ms. Lewis' Apple I - Cloud data search warrant for her e-mail (Jademlewis@gmail.com) was reviewed and signed by Judge Johnson on 8-20-2018 at 1436 hours. This warrant was then mailed to Apple incorporated, I am awaiting these records; once the records are obtained I will add another supplement to the case.

All these search warrants are attached to the case.

At approximately 1300 hours, the District Attorney's Office provided me with a 'Go-Phone' (phone number: 225-223-1489) to give to Ms. Lewis due to her cell phone being taken as per the search warrant.

At approximately 1400 hours, I delivered the phone to Ms. Lewis at her apartment (Ox Bow hall // room 5006). Upon delivery of the cell phone Ms. Lewis invited me into her apartment at which time she spoke to me about the situation. Ms. Lewis explained to me that she did not want her parents to know that the victim in the situation was her because she believes that they will pull her out of school. Ms. Lewis indicated that was mad at Ms. Segar for investigating the incident and letting the police know what had happened. I then asked Ms. Lewis if she was threatened and thus recanted her statements, she explained that she was not. Ms. Lewis went on to say that she believed that the police were following her. When I asked why she though this she explained that while in "Tiger Land", shortly after Mr ▓▓▓▓ was arrested, her friend, [Redacted] , received a MIP (Minor in possession of an alcoholic beverage) while they were together. Ms. Lewis believed that this incident was retribution for the arrest of Mr ▓▓▓▓. I explained the Jude (Juvenile underage drinking enforcement) Task Force to Ms. Lewis, and further said that working on this night was the Baton Rouge Police Department who would not have of known that Ms Lewis was the victim of the ▓▓▓▓ assault, nor would they have of purposely targeted her for being a victim. Ms Lewis did not seem accepting of my answer Ms Lewis went on to explain that she wanted all the media surrounding the case to end and she did not want to see Mr ▓▓▓▓ go to jail, and due to the situation her friends were no longer talking to her At this time I told Ms Lewis that she should be expecting a phone call from Ms Hamilton from the District Attorney's office. I then left the dormitory

# EXHIBIT A

BOS 002166

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | **LSU POLICE<br>DEPARTMENT**<br>INCIDENT REPORT<br>NARRATIVE | ORI # |
|---|---|---|
| | **NARRATIVE** | ☐ JUVENILE |

**NARRATIVE TITLE:** SUPPLEMENT #1 Continued - Garguiolo

NARRATIVE:

On August 21st, 2018, at approximately 1000 hours I met with David and Rosalita Lewis at the Lod Cook hotel located on LSU's campus. The Lewis' had concerns for their daughter's safety and explained that they had known for the past six months that something was different about their daughter. Mr. and Mrs. Lewis reiterated previous information that they had given me At this time I explained that the investigation is ongoing and their daughter's safety was the main concern for the Police Department.

I next wrote a search warrant for Ms. J Lewis' medical records held by LSU from January 1st, 2017 to August 17th, 2018. This warrant was reviewed and signed by Judge D. Johnson of the 19th JDC on August 21st, 2018 at 1632 hours. This warrant was then served to the Office of the LSU President, F. King Alexander on August 22nd at approximately 1100 hours. At approximately 1630 hours, these records were made available to by the LSU General Counsel, at this time I collected the records. Upon review I found that the first portion of records appeared to have come from the LSU health center, these records did not indicate that Ms. Lewis had a rib injury nor did they treat her for a rib injury A second folder within the records packet had a typed statement from LSU Athletic training. The paper was dated April 25, 2018, and explained that due to Ms. Lewis not being an LSU Athlete at the time of her injury the record was placed into Microsoft Office and not LSU's record system. According to the report, Ms. Lewis notified Donovan White (Graduate Assistant Athletic trainer) that she believed that her ribs were broken due to an altercation with her boyfriend, ███Reda███, Ms. Lewis explained that she was punched by Mr ███ on April 3rd and was still having severe rib pain. At this time Mr. White notified Micki Collins (Staff Athletic trainer) for LSU Women's Tennis) who in turn notified Miriam Segar. According to the report, Ms. Lewis was then medically examined by Dr. Carey Winder at 1730 hours on April 25, 2018. Upon physical examination Dr Winder diagnosed Ms. Lewis with bruising of the soft tissue around her ribs. The report indicated that Ms. Lewis had pain with exhalation, twisting, etc. but had no fracture. The document went on to explain that Dr. Winder indicated that if the pain continued past ten days Ms. Lewis' should come see him in his office. Accompanied with this document was a treatment schedule for Ms. Lewis which was provided by Donovan White The treatment consisted of "Hivamat, laser and Ice", on six occasions from 4/25/2018 until 5/7/2018 at which time Ms. Lewis' swelling was gone and she no longer had any pain. On August 23rd, 2018 at approximately 1115 hours, LSU's General Counsel were given more medical records from LSU Athletics on Ms. Lewis. These records were dated from 12/05/2016 to 5/15/ 2017 and did not show that Ms. Lewis was evaluated for violent abuse injuries. The report specifically showed that Ms Lewis was treated for ankle tightness, an illness, ankle sprain, and calf tightness.

On August 22nd, 2018 at approximately 0830 hours, Detective ███ and I went to the LSU Tennis facility to interview Mike and Julia Sell (LSU Women's Tennis Coaches). Once at the tennis facility we first spoke with Kasen Dudley (LSU Tennis Director of Operations). When I asked if Mr. Dudley knew why we were speaking to him he explained that he was told by Mike Sell that he ███used by ███Reda███ was Jade Lewis. Mr. Dudley went on to explain that Mr Sell had told him that if Ms. Lewis shows up at the facility he should get Mr. Sell to talk with him. When I asked if Mr. Dudley had heard of any such abuse he explained that Mason Trapan (Ex-Manager - left LSU in June 2018) had said that something had occurred between Ms. Lewis and Mr ███ and that it was "bad news"; Mr. Trapan did not further explain to Mr. Dudley the incident.

We then went and spoke to Julia Sell in her office. Ms. Sell explained that she did not know of any abuse in the relationship between Ms. Lewis and Mr. ███ until it was reported to her by ███. According to Ms. Sell, Ms. ███ explained to Ms. Sell that Ms. Lewis was in an incident at WCA with Mr. ███ and that the police came to the disturbance, and that Ms. Lewis had lied to the police about what had happened. Ms. ███ explained further to Ms. Sell that Ms. Lewis had bruises on her body which she was covering up with makeup. The information on this incident was then reported to Miriam Segar Ms. Sell explained that she didn't realize a change in Ms. Lewis tennis play and that she did not know that Ms. Lewis was being abused We next spoke to Mike Sell in his office. Mr. Sell explained that he did not know of any violence which was occurring to Ms. Lewis until it was brought to his and Ms. Sell's attention by Ms. ███. Mr. Sell explained that the only injury that he knew that Ms. Lewis had suffered was a sprained ankle at Tulane during a tennis match in 2017. Mr. Sell went on to explain that he did not remember Ms. Lewis being injured in any other way during her course of her student athletic career. Mr. Sell went on to say that he knew there was involvement between Ms. Lewis and Mr. ███ because Mr. Lewis (J. Lewis' father) had called Mr Sell (September 2017). Mr. Sell explained that during this conversation, Mr. Lewis had explained that Mr. ███ could "detour" Ms. Lewis tennis career and that "he is a distraction to her". Mr. Sell explained that Mr. Lewis never let him know that there was abuse occurring in the relationship from Mr. ███ to Ms. Lewis. Mr. Sell indicated that he first knew of abuse when Ms. ███ reported the incident that occurred at West campus Apartments between Ms. Lewis and Mr. ███.

These interviews were recorded using a voice recorder and are attached to the case.

I next wrote a search warrant for Ms. J. Lewis' medical records held by the office of Dr. Carey Winder (Baton Rouge Orthopaedic Clinic 8080 Bluebonnet Boulevard Suite 1000) from January 1st, 2017 to August 17th, 2018. This warrant was reviewed and signed by Judge D. Johnson of the 19th JDC on August 23rd, 2018 at 0954 hours. This warrant was then served the same day to Trey Williamson (Chief Executive Officer - Baton Rouge Orthopaedic clinic). Mr. Williamson explained he would get the medical files prepared to give to me.

On August 27th, 2018 at approximately 0830 hours, I went to the Baton Rouge Orthopaedic Clinic and met with Dr. Carey Winder When speaking to Dr. Winder he explained that he did evaluate Ms. Lewis on April 25th 2018, during an evaluation visit that he normally conducts with LSU athletes at Tiger Stadium in the Broussard room on a weekly basis. He went on to explain that Ms. Lewis was brought to him by Micki Collins and Donovan White. Dr. Winder said that the injury occurred on April 3rd a███ was caused by an assault which left Ms. Lewis with pain near her rib area from being hit. Dr Winder explained that he th███d the injury as a contusion He further explained to the training staff that if Ms. Lewis isn't better in a week to ten days

# EXHIBIT A

BOS-002167

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI # |
|---|---|---|

| NARRATIVE | | ☐ JUVENILE |
|---|---|---|

NARRATIVE TITLE:   SUPPLEMENT #1 Continued - Garguiolo

NARRATIVE:

they should bring her to his office to more formally assess her. Dr. Winder went on to say that the X-ray machine in the stadium was not in working order so she was not given an x-ray during the evaluation. When I asked if he had made a medical report on the examination he explained that he did not and LSU trainers usually notate his medical examinations when they occur at LSU. He went on to say that Mr. White did notate the examination in the LSU computer system. I was also provided the medical files for Ms. Lewis which show that on 2-23-2017 she was evaluated by Dr. Winder for a Left ankle sprain at the Baton Rouge Orthopaedic clinic, no other injuries were listed in these records.

On August 27th, 2018 at approximately 1420 hours, I made contact with Donovan White (Ex-LSU Athletic trainer) via a telephone call and spoke with him about Ms. Lewis. Mr. White explained that he worked with the LSU Tennis team in April, 2017. Mr. White said that he knew Mr. ███ and Ms. Lewis were in an on and off relationship which he knew about from seeing them together in the training room in Tiger Stadium. Ms. Lewis would also mention how she "was going to see ███". Everyone knew her and Mr. ███ were "a thing". Mr. White explained that he first knew that the abuse was occurring on April 25th of 2018 when he was notified of Ms. Lewis' injuries by ██Redacted██ At this time Ms. Lewis approached Mr. White and told him that, 'her and ███ got in an argument" and that ███ hit her in the ribs". At this time Ms Lewis had showed Mr. White her stomach area near her ribs which were bruised and visibly swollen. At this time Mr. White had given her ice because it was painful for Ms. Lewis to breathe, turn and get in position to lay on an examination table. Mr. White then notified his supervisor, Miki Collins who in turn notified Ms. Segar, a doctor then evaluated Ms. Lewis. During the doctor's evaluation of Ms. Lewis, Mr. White explained that he jotted down the evaluation in an electronic document and saved it into a computer, but he did not place it into the LSU athletic database. Ms. Lewis, Ms. Collins and Mr. White then went to Ms. Segar's office to talk about the incident. According to Mr. White, Ms. Lewis gave a time line of incidents with Mr. ███ which went back to May-June of 2017. Ms. Lewis mentioned to Mr. White that Mr. ███ would track Ms. Lewis' locations with her phone and ask her where she was and get jealous if she was talking to 'any other guys". Mr. White described Mr. ███ to be controlling based on the information that Ms. Lewis had given him.

On August 27th, 2018 at approximately 1630 hours, I was provided with Ms. Lewis' cellphone, which was confiscated as evidence with a search warrant, back from the Attorney General's office. AG investigators took Ms. Lewis' phone and electronically "dumped" all of the content which it contained on to a flash drive (Sandisk // USB 3.0 // 256 Gigabyte // 75-836 // 00001A) An application (UFED Reader) was used to examine and disseminate all the "dumped" data on the phone to find evidence relevant to the case. I reviewed this data for a short time and found evidence in photograph and text message forms. Due to the size of all the data I redirected the examination of Ms. Lewis' phone to Detective S. ███ (LSU PD), see Detective P███e's supplement attached to the case. Ms. Lewis' cellphone was placed back into the LSU PD evidence hold.

On August 29th, 2018 at approximately 1515 hours, Miriam Segar called me and provided me with more information relevant to the case. Ms. Segar explained that she had recent contact with ███ who had some concerns over the case. According to Ms. Segar, Ms. ███ was concerned for her safety due to providing police with evidence relevant to the case. I asked Ms. Segar what safety concerns Ms. ███ had. Ms. Segar believed there could have been possible threats originating from the family of Mr. ███. Ms. Segar further explained that Ms. ███ had told her that Ms. Lewis was hit again in Mr. ███' apartment by Mr. ███ shortly after he was bonded out of prison. Ms. Segar said that she then spoke to Ms. Lewis who explained that she was provided a lawyer for the case, which she indicated was provided to her by the Bernhard family.

At approximately 1620 hours, I called Ms. ███ to discuss the recent information. Ms. ███ explained that Mr. ███ had thrown Ms. Lewis into a wall in his apartment after he was bonded out of prison. When I asked how she knew this she explained that Mr. ███ had knew of the incident and told her about it. I further asked Ms. ███ if she was concerned for her safety or if anyone had been threatening her, she said no. I then asked her to meet with me the following day for another interview, she said she would be willing to meet.

On August 30th, 2018 at approximately 1050 hours, Detective ███ and I met with ███ for a second time at the LSU Police Department. I explained to Ms. ███ that Ms. Segar had called me and explained a conversation that they had the previous day. Ms. ███ went on to explain that Mr. ███ had told her that on Sunday (8-19-2018) Ms. Lewis went to the apartment (Victory Commons) of Mr. ███. According to Ms. ███, Ms. ███ had heard a thud against the wall in the apartment, at this time Mr. ███ walked out of his room and saw Ms. Lewis crying and Mr. ███ was 'in her face" At this time Mr ███ said, "███ did one or did she not ruin my life?" Mr. ███ replied with, ' you're being so stupid the neighbors could of heard, why are you hitting her?". At this time Mr. ███ implied that no one had heard anything, Mr. ███ then told Ms Lewis to stop crying and 'gather your tears" before she left the apartment. Ms. ███ went on to say that she had spoken to ██Redacted██ about the incident, Ms. ██Redacted██ replied to this explaining that she had saw bruising on Ms. Lewis. Ms ███████ asked Ms Lewis about the bruising at which time she explained it was from falling off of her scooter. When I asked Ms. ███ why Ms. Segar had told me she was nervous for her safety she explained that she did not know what could happen if Mr. ███ knew that she was aiding the Police in the investigation. Ms. ███ explained that Mr. ███ family was 'quite powerful in Baton Rouge" and that ███ dad is really powerful" which made her feel uneasy, but added that no threats were made to her. Ms. ███ went on to say that Ms. ██Redacted██ received a MIP (minor in possession of an alcoholic beverage), and it was believed that the Bernhard family had the vehicle targeted by police to get Ms. Lewis and Ms. ██Redacted██ in trouble. I explained that the Jude Task Force works in a fashion to find underage drinkers and an MIP being issued to Ms. ██Redacted██ was just a part of such circumstances. Mr. ███ also explained that there was a LSU Police v█████e parked outside of Ox Bow Hall which she had found strange, the reason for this was added safety to the building I next

# EXHIBIT A

BOS_002168

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | **LSU POLICE<br>DEPARTMENT**<br>INCIDENT REPORT<br>NARRATIVE | ORI # ▮▮▮▮ |
|---|---|---|

| NARRATIVE | ☐ JUVENILE |
|---|---|

**NARRATIVE TITLE:** SUPPLEMENT #1 Continued - Garguiolo

NARRATIVE:

...ed about the issue Ms. Segar had told me about an attorney, Ms. ▮▮ explained that Ms ▮Redacted▮ had told her that Ms Lewis was given an attorney that the Mr. ▮▮ ' family was paying for. I further explained to Ms. ▮▮ to call the police with any further information and especially with any new ongoing violence against Ms. Lewis.

This interview was recorded using my body camera and voice recorder which is attached to the case.

On August 30th, 2018 at approximately 1345 hours, I went to the Attorney General's office and met with Investigator Duane Vince of the Cyber Crimes unit. Investigator Vince provided me with two flash drives which contained the "dumped" data from both of Mr. ▮▮ ' cell phones (Personal cell phone ▮Redacted▮ "Sandisk" USB flash drive // 256 Gigabytes // 75-836 - 00002A // Password: 75-836D@vls  /// cell phone ▮Redacted▮ "Sandisk" USB flash drive // 128 Gigabytes // 75-836 - 00003A). Investigator Vince took Mr. ▮▮ ' cell phones and electronically "dumped" all of the content which the phones contained on to two separate flash drives. Upon retrieval of the flash drives Mr. Vince explained that Mr. ▮▮ cellphone ▮Redacted▮ was encrypted with a password because during his initial analysis of the phone data, he located a video which he determined to be child pornography (IMG 0424 - video of a juvenile male masturbating). The matter involving the child pornography is currently being investigated and the report will be supplemented at a later date.

I next signed a form showing the transfer of custody of the evidence from the A.G. Office's possession into mine.

I next used the application (UFED Reader) to examine and disseminate all the "dumped" data on the phones to find evidence relevant to the case.

I first reviewed Mr. ▮▮ cell phone ▮Redacted▮ or evidence. I first began to examine text messages between Mr. ▮▮ and other individuals. In one text message conversation Mr. ▮▮ was texted from the phone number ▮Redacted▮ (this phone number appears to be ▮Redacted▮ cellphone) on 4-24-2018 at 2331 hours. The text reads, 'Yo this is Jade my phone died", Mr. ▮▮ responds with, "Stop texting me"; "I blocked you for a reason". Ms. Lewis responds with, "My rib is broken"; "I'm at home"; "I can't stand or sleep on it I can't go to a doc bc I can't tell them what happened come to my apt". This string of text messages end on 4-25-2018 at 2346 hours.

Another text message conversation between Mr. ▮▮ and the phone number ▮Redacted▮ (listed in the contacts as "Baby Jo Jo" // this phone number is registered to multiple people) occurred on 4-14-2018 at 1624 hours. At this time Mr. ▮▮ sends a "snapshot" of a text message that he had with Ms. Lewis to "Baby Jo Jo" via a text message. In the conversation between Mr. ▮▮ and Ms. Lewis, Mr. ▮▮ text to her, "....you hit me...and I hit you once...I'll be glad to go in court with that."; "And you know better than that  don't be stupid". "Baby Jo Jo" later texts, "and there is no proof anymore", Mr. ▮▮ replies, "she's not gonna win", "Baby Jo Jo" replies with, "The police is going to tell her she has nothing on you"; "I told you this", hitting her yo not a smart decision", Mr. ▮▮ responds with, "Idc"; "She broke into my house", Baby Jo Jo - "well yeah. Were there any [w]sses?", Mr. ▮▮ - "Not at all". At 1738 hours, "Baby Jo Jo" asks, "Did you hit her again though? Like weeks ago?", Mr. ▮▮ responds with, "Yes".

On 5-19-2017 at 2328 hours, "Baby Jo Jo" asks "Why did you punch her? You are better than that" , Mr. ▮▮ responds, "You don't understand". Mr. ▮▮ sends another text in this immediate conversation which reads, "Okay you don't....the way your BF was calling you out your name... she try's to do this to me...but she was acting as if she was better than me. Telling me what to do. Telling me what I am. No one talks to me like this. So I kicked her out and broke in my room and up her in her place simple".

Another message containing evidence is between Mr. ▮▮ and the phone number 225-939-2017 (in contacts as "Verge", phone number is registered to Verge Ausberry) which occurred on 4-14-2018 at 1629 hours. At this time Mr. ▮▮ texts, "This Jade girl is crazy", Mr. Ausberry responds "Who is that?", "The tennis player?", Mr. ▮▮ responds, "Yes", Mr Ausberry asks, "What happened?", Mr. ▮▮ replies, "She's trying to go to compliance for me hitting her, she's trying to get me kick off the team. I went over there to get my stuff. She got mad that I wouldn't talk to her. She started to hit me. And I hit her in the stomach. (which is not good) and I walked out...then when we were out. She starts punching (I didn't touch her) me in the bar and so I got her kicked out. And she tries to call the police at the bag."; "Now because I don't want to be with her. She's trying to talk now....that happened like two weeks okay".

I next located a long history of text messages between Mr. ▮▮ and Ms. Lewis (phone number 843-295-8876 // "Jade Lewis" listed in the phone contacts), and a third phone number ▮Redacted▮ // listed in phone contacts as ▮▮ was attached to this text message string as well. These text messages began on 11-29-2017 at 0107 hours and ended on 8-19-2018 at 1839 hours. On 6-7-18 at 0825 hours Mr. ▮▮ texts. "Heard to good  I hit you", Ms. Lewis replies, "No I didn't". "No I didn't". Mr. ▮▮ then replies with, "You walked up to him and showed him your bruise"; "How'd he know I punched you in the rib", later in this conversation Mr. ▮▮ again asks, "How did he know I punched you in the rib". Ms. Lewis responds in this specific conversation with, "It got around that u hit me"; "I have been talking about that for months"; "Idk why its all coming out now like" This argumentative conversation went on for a prolonged amount of time and was based on Ms. Lewis telling another football player, ▮▮ that Mr. ▮▮ had hit her, at another point in the conversation Mr. ▮▮ texts, "I should punch you again". Throughout the text message history between Mr. ▮▮ and Ms. Lewis, Mr. ▮▮ threatened to punch Ms. Lewis several times. The text messages Mr. ▮▮ had sent reads as follows: "I don't care..say it again and I'll come over there and punch you in the face myself" (sent on 4-16-2018 at 1557 hours); "I swear if I see you I'm going to punch you in the fucking face..." (sent on 4-16-2018 at 1649 hours); "You text me again I might punch you" (sent on 4-30-2018 at 0230 hours); "Dude just stop before I punch you" (sent on 5-18-2018 at 1011 hours); "I'm gonna punch you" (sent on 6-3-2▮▮ 2259 hours) ▮▮) message argument ensued in the early morning hours of 6-19-2018 between Ms. Lewis and Mr. ▮▮ This is the ▮▮ing in which LSU Police were dispatched to Ms. Lewis apartment over a domestic disturbance between her and Mr. ▮▮

# EXHIBIT A

BOS-002169

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI # |
|---|---|---|
| | NARRATIVE | ☐ JUVENILE |

**NARRATIVE TITLE:**   SUPPLEMENT #1 Continued - Garguiolo

NARRATIVE:

In the text messages it appears that Mr. ___ goes to Ms. Lewis' apartment and leaves a short time later. At 0823 hours Ms. Lewis texts Mr. ___ and says, "I just have to wear my hair down so she doesn't see my neck and it should be fine." ___ said if they ask her shes gonna tell the truth and she said she wants to see you walk out in handcuffs...ill defend u as much as I can"; "___ isn't gonna talk trust me"; "its ___". Mr. ___ replied, "Don't tell ___ the truth"; "She doesn't know that anything happened"; "she didn't see anything". Ms. Lewis went on to text, "___ promise me this is the last time. Im done dealing with this constantly ur not like this u need to change", "u know ill protect you but cops r involved they saw my neck and the blood"; "im not in the mood to talk about it im terrified of you after last night ive never seen that before". Mr. ___ went on to text, "Its simple jade. ."; "yelling that's it...no one saw anything...". Mr. ___ further texted , "I was blacked out when I got off the plane ."like I was gone"; It was turnt af"; Ms. Lewis responded with, "ya so you took all my texts to an extreme"; "and then u went and hurt me"; "like im so scared of you p"; "I cant turn my neck I cant breathe like my neck is purple". When speaking of the meeting with Ms. Segar, Ms. Lewis texted, "I just have to wear my hair down the girls covered my neck with make up". Ms. Lewis sent another text to Mr. ___ over the incident, "i really mean it when i say you need to stop being aggressive. im covered in bruises and this isnt a normal relationship or healthy..." Later in the conversation Mr. ___ texts, "We need to go to therapy together to get it over with", Ms. Lewis replies, "u just need to stop touching me"; "we wont have a problem". Throughout the remainder of the text message conversation Ms. Lewis and Mr. ___ continue to talk about the incident in Ms. Lewis' apartment and continue to argue about issues with their relationship

I also found several images of Ms. Lewis' injuries on Mr. ___ cell phone. The first image is Ms. Lewis with a long scratch mark on her shoulder; on Ms. Lewis's cell phone this picture was found with a caption which indicated that Mr. ___ had caused the injury. A second image found was the rib injury of Ms. Lewis which was originally showed to me by Ms. Segar, this image was found on the phone three times. Two images of the injuries to Ms. Lewis' neck where also located on the Mr ___ cell phone. I knew these images to be of Ms. Lewis because she had also provided these pictures to Ms. Segar.

While searching through evidence I discovered a text message conversation between Mr. ___ and several other individuals including an unknown individual (shown as "J Red" in the phone contacts). "J Red" indicated that another individual with a telephone number of __[Redacted]__ (number registered to a __[Redacted]__ explained in a screen shot that "J Red" had raped her. This text message was marked using the evidence software, neither of these individuals appear to be LSU Students I also found a picture of a woman, ___, on Mr. ___ cell phone who appeared to be unconsciousness on the ground near the LSU's WCA apartments. Reference this picture to LSU PD case number 20180906-012 (Sex Offense)

All of the text message conversations and pictures deemed as evidence in the case were digitally marked as evidence. I then found evidence using the UFED Reader application; to find the marked evidence I had saved locate it by clicking "load project session", and click "Save 8-31.pas" file

Mr. ___' cellphone __[Redacted]__ appeared to be newly operational and held no evidence pertinent to this case.

On August 30th, 2018 at approximately 1545 hours, Detective ___ and I met with __[Redacted]__ at the LSU Police Department. __[Redacted]__ explained that Ms. Lewis and Mr. ___ have been dating since January of last year. She went on to explain that their relationship is up and down all the time. when I asked if there was abuse in the relationship she went on to explain that Mr. ___ punches and strangles Ms. Lewis. Ms. __[Redacted]__ went on to explain the violent incident what had happened Sunday (8-19-2018) at Mr. ___ apartment between Ms. Lewis and Mr. ___. She said that Ms. ___ had told her that Ms. Lewis was pushed into a wall by Mr. ___. Ms. Lewis explained that she had viewed bruises on Ms. Lewis' legs. when Ms. __[Redacted]__ asked what caused the bruises Ms. Lewis replied that they were from her scooter. Ms. __[Redacted]__ asked Ms. Lewis later, in a text message, why she was going to Mr. ___' apartment and if that was how she had gotten bruises on her leg, Ms. Lewis replied to this questioning with "he wouldn't let me leave".

When I asked about any other abuse Ms. __[Redacted]__ saw she explained that she and Ms. ___ were coming back from practice when they saw Ms. Lewis come out of her apartment crying while holding her side stomach near her rib. Ms. Lewis went on to tell Ms. __[Redacted]__ that Mr. ___, "had come in and punched her". When asked why Mr. ___ had did this Ms. __[Redacted]__ explained that it was because her, Ms. Lewis and Ms. ___ had spent the night at someone's house. Ms __[Redacted]__ explained another incident in which Mr. ___ dropped Ms. Lewis off in the "ghetto", threw Ms. Lewis' phone out the window and strangled her for waving to Mr. ___.

When I asked why Ms. Lewis had recanted the story that she had told police Ms. __[Redacted]__ explained that Ms. Lewis didn't want to see Mr. ___ go to jail but she went on to say that Ms. Lewis is influenced by who Mr. ___ adopted parents are. Ms. __[Redacted]__ also explained that Mr. ___' parents are obtaining a lawyer. Ms. Lewis a lawyer. Ms. __[Redacted]__ explained that when Mr ___ was first arrested Ms. Lewis was seeing Mr. ___ "mum" and driving Mr ___ vehicle.

I further explained to Ms. __[Redacted]__ to call the police with any further information and especially with any new ongoing violence against Ms. Lewis.

This interview was recorded using my body camera and voice recorder which is attached to the case

On August 31st, 2018 at approximately 1345 hours, Detective ___ and I went to Ms. Segar's office to speak to her in reference to her phone call with me two days prior. Ms. Segar explained that she had met with Ms. ___ (on 8-28-2018) who was upset because the situation is an issue for the women's Tennis team. Certain players on the Tennis team don't want to be around Ms. Lewis because they're scared that she's going to get hurt. According to Ms. Segar, Ms. ___ believes she put herself in danger for sharing information with police which could be harmful to Mr ___ in reference to legal proceedings __[Redacted]__ went on to say everything she is doing to help Ms. Lewis is frustrating when Ms. Lewis is still going to Mr. ___ apartment. Ms. ___ explained that another physical altercation had taken place in the apartment between Mr ___ and

**EXHIBIT A**

BOS 002170

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INCIDENT NUMBER:<br>20180816-015 | **LSU POLICE DEPARTMENT**<br>**INCIDENT REPORT**<br>NARRATIVE | ORI # ▮▮▮▮▮ |
| --- | --- | --- |

| NARRATIVE | ☐ JUVENILE |
| --- | --- |

**NARRATIVE TITLE:**    SUPPLEMENT #1 Continued - Garguiolo

NARRATIVE:

Ms. Lewis. I then asked if anyone was threatening or harassing Ms ▮▮▮ like Ms. Segar had told me during the phone call Ms. Segar said no. Ms ▮▮▮ just feels at risk during the investigation; other Tennis players are in fear of litigation. Ms Segar went on to say that some parents of the Tennis players are scared that their children are at threat of physical harm. Ms Segar went on to explain that she had talked to Mr ▮▮▮ and told him she was attempting to find him an on campus apartment In order to move him out away from Mr ▮▮▮. Mr ▮▮▮ went on to tell Ms. Segar another incident may have happened between Ms. Lewis and Mr. ▮▮▮ again after his arrest because Ms. Lewis has been there a lot. When I asked Ms. Segar went on to reiterate that the first time she had heard that this abuse was occurring was April 26th. 2018, no one previous to her had reported the incident.

This interview was recorded using my body camera.

On September 4th, 2018 Detective ▮▮▮ and I went and spoke to Micki Collins at tiger Stadium in reference to the case. Ms Collins explained that in late April (25th) she was notified by Donovan White that he was told by Ms. Lewis that she had an issue with her ribs after being hit by Reda ▮▮. Ms. Collins went on to explain that Ms. Lewis was then evaluated by Dr Winder and he had gone over treatment for the injury; no X-rays were given during this evaluation. After the evaluation Ms Lewis, Mr. White, Ms. Collins went and spoke to Ms. Segar about the incident. Ms. Collins explained that Ms. Lewis was definitely hit by Mr ▮▮ but Ms. Lewis didn't want anything to happen that would get Mr ▮▮ in trouble.

Ms. Collins described being notified by an athletic trainer, Katherine, of another incident which occurred on June 18th. 2018 between Mr. ▮▮ and Ms. Lewis. This trainer was notified of the incident by her athlete, ▮▮▮. The trainer went on to say that, "Jade is okay will be bruised and battered but didn't need medical attention". Ms. Collins went on to text Ms. Lewis who essentially denied any violence. Ms. Collins brought this incident to Ms. Segar's attention.

I went on to explain to Ms. Collins that she should contact police with any other pressing information.

This interview was recorded using a voice recorder and Detective ▮▮▮ body camera which is attached to the case

On September 10th, 2018 at approximately 1100 hours, Detective ▮▮▮ and I interviewed ▮▮▮ again for a second time This interview took place at the LSU Athletic business operation building on the 6th floor in a conference room. Present in the meeting was ▮▮▮, Brian Capitelli (Mr. ▮▮▮ attorney // 504-582-2425), Thomas Skinner (LSU General Counsel) Detective ▮▮▮ and myself. Mr. ▮▮▮ explained that he still currently lived in the Victory Commons apartment with Mr. ▮▮ but he believed that Mr. ▮▮ would be moving out shortly due to being unable to pay the rent. Mr ▮▮ went on to explain that Ms. Lewis has gone to the apartment about ten out of the last fourteen days to see Mr. ▮▮. Mr. ▮▮ explained that Ms Lewis comes to the apartment mostly at night and Mr. ▮▮ lets her in the apartment. One night (over a week ago) Mr. ▮▮▮ a banging sound in the apartment and heard Ms. Lewis scream. Mr. ▮▮ walked out and saw Mr. ▮▮ and Ms. Lewis arguing at which time Mr. ▮▮ indicated that Ms. Lewis "in the wrong"; at this time Mr. ▮▮ noticed a cut on Ms. Lewis leg which he believed had happened during the argument. Mr. ▮▮ went on to say that Ms. Lewis is, "madly in love" with Mr ▮▮. Mr. ▮▮ went on to explain that he is scared of Jim Bernhards "power" but he has not been threatened by Mr. Bernhard I then asked if Mr ▮▮ knew of Mr. ▮▮ having any weapons in his possession, Mr. ▮▮ indicated that he did not. I made it clear to Mr ▮▮ that he should call the police if he believes of any other violent incidents taking place between Mr. ▮▮ and Ms. Lewis. This interview was recorded using my body camera.

All evidence collected for this case was stored in my office (LSU Police Department // room 101D // Locked secure office) until my investigation was completed at which time I properly packaged and dropped all evidence into the LSU PD evidence hold Evidence attached to the case is as follows: Title IX investigation interviews completed by LSU Title IX investigators, written statement of ▮▮▮, sexual violence confidentiality notice and waiver signed by Jade Lewis, arrest warrant for Mr ▮▮, probable cause booking sheet for Mr ▮▮, LSU adult rights form completed by Mr ▮▮ Miriam Segar's Sexual completed misconduct and sexual harassment compliance forms about the incidents, text messages conversations between Mr ▮▮ and Ms. Lewis (paper form). pictures of Ms. Lewis' injuries (paper form). search warrants (X3) for Mr ▮▮' phones and Ms Lewis phone, search warrants (X3) for cell phone records for the cell phones, search warrants (X2) for I-Cloud data for Mr ▮▮ and Ms. Lewis, search warrant of medical records for Ms. Lewis through LSU - records attached, search warrant of medical records for Ms. Lewis through Baton Rouge Orthopaedic Clinic - records attached. emergency call from initial domestic incident (LSU PD case number - 20180618-001) between Mr. ▮▮ and Ms Lewis at WCA. flash drives (X2) containing the dumped data from Mr ▮▮' cell phones, flash drive containing the data from Ms. Lewis' cell phone. a flash drive (32 gigabyte // "Sandisk" flash drive) containing recorded interviews, emails, text messages warrants in digital form, and cell phone records

Nothing further to report at this time.

Detective Garguiolo
U2008
LSU PD Criminal Investigations Division

# EXHIBIT A

BOS 002171