```
 1                  UNITED STATES DISTRICT COURT

 2                  MIDDLE DISTRICT OF LOUISIANA

 3

 4
      SHARON LEWIS
 5                         CIVIL ACTION NO. 3:21-cv-00198
                           JUDGE SUSIE MORGAN
 6    VERSUS             MAGISTRATE JUDGE
                           RICHARD L. BOURGEOIS
 7

      LOUISIANA STATE UNIVERSITY, ET. AL.
 8

             * * * * * * * * * * * * * * * * * * * *
 9

                     DAY 1 OF THE DEPOSITION OF
10                          SHARON LEWIS
11    TAKEN AT PHELPS DUNBAR, 400 CONVENTION
      STREET, SUITE 1100, BATON ROUGE, LOUISIANA
12    70802, ON OCTOBER 27, 2022, BEGINNING AT
             A.M.                                    9:09
13
14    REPORTED BY:
             JENNIFER W. PICKETT
15           CERTIFIED COURT REPORTER
             CERTIFICATE NUMBER 29011
16
18
19
20
21
22
23
24

25
```

Page 1

**EXHIBIT B**

```
 1   1   in the stands.  And other things would be
 2   2   because sometimes you have to stand to
 3   3   man a door or man and she had a boot and
 4   4   crutches.  We also had duties that you
 5   5   could be seated, like take tickets and
 6   6   stuff like that or take money to purchase
 7   7   -- when the recruits would purchase
 8   8   meals.  That would be that she could sit
 9   9   down and not stand up with the crutches.
10  10   She says she was let go because she
11  11   couldn't do recruiting cards -- pull
12  12   recruiting cards, I'm not understanding
13  13   what she's talking about there.  She said
14  14   I appeared to be very cold to her.  I'm
15  15   compassionate with my students.  I show
16  16   passion towards them.  She didn't
17  17   describe any abuse to me.  Our
18  18   conversation was about the drink throwing
19  19   incident.  My understanding was that
20  20   Verge met with her but went down to TAF
21  21   and called her out of the meeting to
22  22   discuss the incident because I had
23  23   already informed Verge about the incident
24  24   when it happened.
25  25   Q     When you're saying that about calling TAF
```

Page 161

# EXHIBIT B

```
 1   student?
 2   A    No.
 3   Q    Did you ask?
 4   A    No.
 5   Q    She next says that "she told you that
 6        ▆▆▆▆ had issues and had been violent
 7   with her on several occasions;" did that
 8   ever happen?
 9   A    No.
10   Q    She said "she told you that she just
11   wanted to get him some help because he
12   had issues with women that stemmed from
13   his childhood;" did she tell you that?
14   A    No.
15   Q    She says that "she told you and Keava
16   that she was very scared around ▆▆▆▆
17   when he had been drinking and that ▆▆▆▆
18   was battling some demons;" did she tell
19   you that?
20   A    No, I don't remember that.
21   Q    Did she tell you anything along any of
22   those lines -- anything to suggest that
23   she was fearful?
24   A    No, she actually laughed because she
25   thought it was funny that she threw the
```

Page 171

```
1    1   drink and -- she actually laughed when
2    2   she threw the drink and at the fact that
3    3   she threw the drink -- that it was a
4    4   laughable thing for her.
5    5   Q    Did you get the impression that she was
6    6   annoyed that she was being called-in
7    7   about the incident?
8    8   A    I did.
9    9   Q    How so?
10   10  A    Because she laughed and was like -- it
11   11  was like he was with a girl.  I got him
12   12  back.
13   13  Q    It was like that?  It was like she was
14   14  laughing that she got him back?
15   15  A    Yeah.  Like he was with a girl, she got
16   16  him back and that she threw the drink at
17   17  him.  That was her intention, was to
18   18  throw the drink at him.
19   19  Q    Did she act emotional at all in this
20   20  meeting in terms of sad, crying, anything
21   21  like that in this meeting?
22   22  A    She laughed.
23   23  Q    It says here "Calise said she was not
24   24  presented with any support mechanisms and
25   25  the meeting was over with you saying you
```

Page 172

## EXHIBIT B