Case 3:21-cv-00242-WBV-SDJ   Document 473-10   10/13/23   Page 1 of 3
Case 3:21-cv-00242-WBV-SDJ   Document 373-10 SEALED 07/10/23   Page 1 of 3

KEAVA SOIL-CORMIER                                 01/25/2023
                                                       Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.
                          CASE NO.: 3:21-cv-00242
                          DIVISION WBV-SDJ
VERSUS                    JUDGE WENDY B. VITTER
                          MAG. JUDGE JOHNSON

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL.

   * * * * * * * * * * * * * * * * * * * * * *

VIDEO CONFERENCE DEPOSITION OF

KEAVA SOIL-CORMIER

TAKEN VIA ZOOM, BATON ROUGE, LOUISIANA, ON

JANUARY 25, 2023, BEGINNING AT 9:11 A.M.

REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER
    CERTIFICATE NUMBER 29011

**EXHIBIT C**

Case 3:21-cv-00242-WBV-SDJ   Document 473-10   10/13/23   Page 2 of 3
Case 3:21-cv-00242-WBV-SDJ   Document 373-16   SEALED 07/10/23   Page 2 of 3
KEAVA SOILE-CORMIER
01/25/2023
Page 92

```
 1  A   Coworkers who argue with each other, I
 2      guess, if that's what you're asking me.
 3      Can you be a little more specific with
 4      your question?
 5  Q   I'll be more specific.  Did you witness
 6      any female employees being sexually
 7      harassed in the athletic department while
 8      you were working there?
 9              MS. FURR:
10                  Object to the form.
11  A   I don't recall witnessing it.
12  BY MR. ENGLISH:
13  Q   I'm sorry?
14  A   I don't recall witnessing that.
15  Q   Did any employee report to you that they
16      were being sexually harassed?
17  A   No, I don't recall that.
18  Q   Did any student worker report to you that
19      they were being sexually harassed?
20  A   I do not recall that.
21  Q   You testified you know Calise Richardson;
22      correct?
23  A   Yes.
24  Q   Calise Richardson testified under oath
25      that she and other student workers were
```

**EXHIBIT C**

Case 3:21-cv-00242-WBV-SDJ    Document 473-10    10/13/23  Page 3 of 3
Case 3:21-cv-00242-WBV-SDJ    Document 373-10 *SEALED* 07/10/23   Page 3 of 3

01/25/2023
Page 119

| | | |
|---|---|---|
| 1 | | safety? |
| 2 | A | I don't think so. |
| 3 | Q | Did you or Sharon Lewis tell her that she |
| 4 | | could report it further if she wanted to |
| 5 | | ruin ▮▮▮▮▮▮▮ career? |
| 6 | A | Not the last part.  I think we did offer |
| 7 | | her to report it further but it wasn't |
| 8 | | about his career. |
| 9 | Q | Okay.  Is there any reason that you or |
| 10 | | Sharon Lewis would have been motivated to |
| 11 | | protect ▮▮▮▮▮▮▮ from anybody finding |
| 12 | | out about this if he had done something |
| 13 | | inappropriate? |
| 14 | A | No. |
| 15 | Q | Did you say no? |
| 16 | A | No.  Yes. |
| 17 | Q | Did you get any sense from that meeting |
| 18 | | that ▮▮▮▮▮▮▮ had done anything to |
| 19 | | abuse Calise Richardson? |
| 20 | A | No. |
| 21 | Q | You said you think that Sharon Lewis |
| 22 | | after the meeting reported this incident |
| 23 | | to Miriam Segar.  Were you present when |
| 24 | | she reported it to Miriam Segar or did |
| 25 | | she just tell you she was going to report |

**EXHIBIT C**