Case 3:21-cv-00242-WBV-SDJ   Document 473-11   10/13/23   Page 1 of 7
Case 3:21-cv-00242-WBV-SDJ   Document 373-11   JEFFREY SCOTT 10/23   Page 1 of 7
SEALED
11/18/2022
Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL
                        CASE NO.: 3:21-cv-00242
                        DIVISION WBV-SDJ
VERSUS               JUDGE WENDY B. VITTER
                        MAG. JUDGE JOHNSON
                        JURY DEMANDED

LOUISIANA STATE UNIVERSITY, ET AL

  * * * * * * * * * * * * * * * * * * * * *

VIDEO CONFERENCE DEPOSITION OF

JEFFREY SCOTT

TAKEN VIA ZOOM, BATON ROUGE, LOUISIANA, ON

NOVEMBER 18, 2022, BEGINNING AT 9:03 A.M.

REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER
    CERTIFICATE NUMBER 29011

**EXHIBIT D**

Case 3:21-cv-00242-WBV-SDJ   Document 473-11   10/13/23   Page 2 of 7
Case 3:21-cv-00242-WBV-SDJ   Document 373-11 *SEALED* 07/10/23   Page 2 of 7

11/18/2022
Page 37

```
 1      that's a long way back to dig into your
 2      databank, so.  Over your time at LSU and
 3      I know this is just going to be an
 4      estimate but how many investigations do
 5      you think that you handled yourself?
 6   A  I can't say.  I don't know.
 7   Q  Would it be a hundred?
 8   A  I don't know.
 9   Q  All right.  Do you recall a complainant
10      by the name of Jade Lewis?
11   A  Yes, I recall the name.
12   Q  And do you know the name ▮▮▮▮▮▮▮▮▮▮?
13   A  Yes.
14   Q  Tell me in the best of your recollection,
15      tell me about your interactions with Jade
16      Lewis.
17   A  I believe I spoke to Jade on numerous
18      occasions. She was a complainant in a
19      case against ▮▮▮▮▮▮▮▮▮▮ and I
20      interviewed her on I don't know how many
21      occasions -- numerous occasions, a couple
22      of occasions.
23   Q  Do you remember when you first met with
24      Jade, when that we'll call it that case,
25      Jade's case.  Do you remember when that
```

**EXHIBIT D**

Case 3:21-cv-00242-WBV-SDJ    Document 473-11    10/13/23    Page 3 of 7
Case 3:21-cv-00242-WBV-SDJ    Document 373-11 *SEALED* 07/10/23    Page 3 of 7

11/18/2022
Page 38

```
 1         started with you?
 2    A    I don't recall the specific date if
 3         that's what you're asking.
 4    Q    No, not necessarily.  Was it, like do you
 5         remember if it was spring of 2018 or
 6         summer?
 7    A    I can't recall.  It wasn't too long after
 8         I started so it would probably have been
 9         the spring or summer.
10    Q    Okay.  So, it was shortly after, sometime
11         after May of 2018 and shortly thereafter
12         you said.
13    A    After March of 2018.
14    Q    Those of us that live in Michigan, we can
15         remember based upon if there was snow on
16         the ground or leaves or leaves on the
17         trees.  Don't have that as much in
18         Louisiana so it's easier for us to mark
19         it or mark on the season.  So, tell me
20         about when you met with Ms. Lewis.  What
21         was your understanding of what was going
22         on and why she had a complaint against
23         ████████?
24    A    It dealt with domestic dating violence.
25    Q    What did you know at the time about
```

**EXHIBIT D**

Case 3:21-cv-00242-WBV-SDJ   Document 473-11   10/13/23   Page 4 of 7
Case 3:21-cv-00242-WBV-SDJ   Document 373-11 *SEALED* 07/10/23   Page 4 of 7
11/18/2022
Page 42

```
 1  A   I think it got heavier as time went by.
 2  Q   If you can answer this, why do you think
 3      it got heavier?  What happened that there
 4      were more complaints coming in?  Why do
 5      you think that might be?
 6  A   I can't answer that.
 7  Q   Going back to Jade and ████, you stated
 8      earlier your initial encounter with Jade
 9      was shortly after you started and tell me
10      what you knew about what was happening
11      between Jade and ████ at that point?
12      And I know it is a long time so just the
13      best of your memory, kind of walk me
14      through that?
15  A   To the best of my memory there was issues
16      involving, like I said, dating violence
17      in their relationship.
18  Q   And were you the only investigator that
19      was assigned to Jade's case?
20  A   Yes.
21  Q   You met with Jade and eventually you met
22      with ████████.  Do you remember how long
23      it was before you met with ████████?
24  A   No, I don't recall.
25  Q   How many times to the best of your memory
```

**EXHIBIT D**

Case 3:21-cv-00242-WBV-SDJ   Document 473-11   10/13/23   Page 5 of 7
Case 3:21-cv-00242-WBV-SDJ   Document 373-11 *SEALED* 07/10/23   Page 5 of 7

11/18/2022
Page 57

```
 1  A   Yes.
 2  Q   Did you provide documents to them?
 3  A   Yes, the Title IX office -- we provided
 4      documents that they had requested.
 5  Q   In the Husch Blackwell report there was a
 6      reference to the timeframe between when
 7      Jade initially reported and when you
 8      actually ended up interviewing ██████;
 9      do you recall that?
10  A   I recall it may have been mentioned in
11      there.
12  Q   Do you recall why there was that period
13      of time between when you learned about
14      Jade and that you were able to talk to
15      ██████?
16  A   What are you asking again?
17  Q   Was there a reason that that much time
18      passed before you were able to talk to
19      ██████?
20  A   I don't know how much time passed.
21  Q   In the Husch Blackwell report they refer
22      to the date of June 5th, 2018 as the date
23      that you talked to ██████.  And that
24      Jade had -- the situation had come to
25      light in May.  Was there a reason that
```

**EXHIBIT D**

Case 3:21-cv-00242-WBV-SDJ    Document 473-11    10/13/23    Page 6 of 7
Case 3:21-cv-00242-WBV-SDJ    Document 373-11 *SEALED* 07/10/23    Page 6 of 7

11/18/2022
Page 58

```
 1      that amount of time passed, say probably
 2      four to five weeks?  Was there a reason
 3      that that much time passed before you
 4      were able to talk with ██████?
 5   A  I imagine there probably was.
 6   Q  Do you recall what the reason was?
 7   A  Not right offhand but I know there was
 8      some trouble just getting on contact and
 9      I believe Ms. Lewis, I mean, Jade had
10      changed her stories a few times or
11      contacted me or -- there was some.  Right
12      offhand I can't remember without looking
13      at my notes or looking at the reports.
14   Q  Before you came here today for your
15      deposition, did you review anything, like
16      any of your old reports or files or
17      anything like that?
18   A  No.
19   Q  Did you meet with anybody?  If you met
20      with the attorneys, I don't want to know
21      what you talked about but did you meet
22      with anyone to talk about preparing for
23      today?
24   A  Yes.
25   Q  Were those your attorneys?
```

**EXHIBIT D**

Case 3:21-cv-00242-WBV-SDJ   Document 473-11   10/13/23   Page 7 of 7
Case 3:21-cv-00242-WBV-SDJ   Document 373-11   07/10/23   Page 7 of 7   11/18/2022

JEFFREY SCOTT
SEALED

Page 62

```
1        them to Lighthouse for support and
2        services.  Do you recall referring Jade
3        to Lighthouse?
4   A    I don't recall but I believe she was
5        connected somehow with Lighthouse.  She
6        may have been connected before I spoke to
7        her.  Sometimes that would happen.
8   Q    During your tenure at LSU, was it part of
9        the policy and procedure that the
10       investigative report would ever be sent
11       to a complainant or would they always
12       read it when they were with you in your
13       office?
14  A    I don't recall offhand but I know they
15       would usually come in and read it and I
16       believe when they requested a copy we
17       would send it to them.  I can't say for
18       sure but I believe that's what we did.
19  Q    Do you recall Ms. Lewis, Jade Lewis being
20       charged or investigated for having a
21       candle in her dorm room?
22  A    I don't recall the knowledge of that
23       because that was something that was not
24       in my purview.
25  Q    So, that wouldn't have been anything that
```

**EXHIBIT D**