**In the Matter Of:**

ABBY OWENS

V.

LOUISIANA STATE UNIVERSITY

**CALISE RICHARDSON**

*September 22, 2022*

LEGAL | MEDIA | EXPERTS

**EXHIBIT E**

Case 3:21-cv-00242-WBV-SDJ    Document 473-12    10/13/23   Page 2 of 9
Case 3:21-cv-00242-WBV-SDJ    Document 373-12 *SEALED* 07/10/23   Page 2 of 9

ABBY OWENS V. LOUISIANA STATE UNIVERSITY
RICHARDSON, CALISE on 09/22/2022

Page 179

```
 1   out at the bar.  We were all going to

 2   the bar, were -- like a group of the

 3   football players were going, which is

 4   JL's.

 5              And when I walked in, I

 6   immediately saw him like kissing on a

 7   girl, whispering in her ear, kissing her

 8   neck, and then at one point they were

 9   like making out.  And while they were

10   making out, he made like really direct

11   eye contact with me.

12              And then at one point he

13   walked over to me and like groped me and

14   tried to kiss me.  And I just, you know,

15   kind of swiped him off and said leave me

16   alone.

17              And that's when he like two

18   hand pushed me, and I fell backwards on

19   the ground at the bar.  And that's when

20   I threw a drink at him.

21              And then he squared up and

22   charged and was swinging, and it took

23   like five football players to contain
```

```
                                              Page 190
 1   Q. Yes, it's correct?  I'm sorry, I was --
 2   A. Yes, that's correct.
 3   Q. Okay.  You said something that original
 4      meeting was supposed to be with you,
 5      Keava, the coach, and ▓▓▓▓▓
 6              Do you recall whether you were
 7      -- you agreed to such a meeting?
 8   A. I think I had originally agreed to it.
 9   Q. Do you know how it came to be that --
10      that the meeting ended up being just
11      between you and Keava and Sharon?
12   A. Like I said, I don't remember if it was
13      me saying that I was uncomfortable or if
14      there's something behind the scenes
15      where they couldn't make it or they
16      decided that wasn't okay, I don't know,
17      but when I showed up to the meeting, I
18      didn't know who was going to be there,
19      but when I showed up to the meeting, it
20      was just Sharon and Keava.
21   Q. What did you tell Sharon -- that Sunday,
22      what did you tell her had happened
23      between you and ▓▓▓▓▓
```

**EXHIBIT E**

Case 3:21-cv-00242-WBV-SDJ   Document 473-12   10/13/23   Page 4 of 9
Case 3:21-cv-00242-WBV-SDJ   Document 373-12 *SEALED* 07/10/23   Page 4 of 9

ABBY OWENS V. LOUISIANA STATE UNIVERSITY
RICHARDSON, CALISE on 09/22/2022

Page 191

```
 1   A. I don't recall specifics, but I know I
 2      told her what had happened.
 3   Q. Do you know what you told her happened
 4      specifically?
 5   A. I would say exactly what I had shared
 6      happened that night.
 7   Q. You told her all of the details that you
 8      gave me, you're saying?
 9   A. Pretty much.
10   Q. Okay.  I hear you saying pretty much.
11      If you don't recall specifically -- and
12      that's fine if you don't.  I just need
13      to figure out, if you don't recall,
14      that's fine.  But if you do recall
15      specifics, I need to know those.  I just
16      need to pin down what you know you told
17      them and what you didn't tell them.
18   A. Yeah.  I don't recall specifics.  I just
19      know I answered her question on what
20      happened.
21   Q. Okay.  And do you know how you answered
22      her question on what happened?
23   A. I do not recall.
```

Case 3:21-cv-00242-WBV-SDJ    Document 473-12    10/13/23  Page 5 of 9
Case 3:21-cv-00242-WBV-SDJ    Document 373-12 *SEALED* 07/10/23  Page 5 of 9
ABBY OWENS V. LOUISIANA STATE UNIVERSITY
RICHARDSON, CALISE on 09/22/2022

Page 192

```
 1   Q. Do you recall what she said to you?
 2            Anything else she said to you
 3      in that discussion?
 4   A. I don't recall except that we were going
 5      to have a meeting.
 6   Q. Did he throw a drink at you also or not?
 7   A. I don't recall.
 8   Q. How soon after did you have the
 9      discussion?
10   A. That next week.
11   Q. What do you recall about that?
12   A. That they again asked me what had
13      happened.  I again shared it.  They had
14      asked if I wanted to go to the police
15      and offered that they would help me but
16      said it in a way of like -- I'm pretty
17      sure this was actually like specifically
18      said, like if you feel like this is
19      enough -- big enough to ruin his life,
20      we will help you file a police report.
21            And then said that they were
22      there to support me and gave me the
23      option to decide his punishment and
```

Page 261

```
 1   meeting, Calise said ▓▓▓▓ never hit
 2   her.  I did not say that.  I -- What I
 3   had said was, that night, all he had
 4   done was push me and then try to hit me.
 5   But they never asked if that was the
 6   only time.  So I was not referring to
 7   all the times.
 8              And Sharon never asked if I
 9   felt threatened, and I definitely would
10   not have said no.
11              And then Sharon said because
12   of no physical altercation or sexual
13   assault, she let Damien handle -- she
14   said this was the way athletics handle
15   things.
16              There was physical contact.
17   Pushing is a physical assault.  Also
18   him groping me is also categorized as a
19   sexual assault.  So that is incorrect.
20              The -- Saying -- Asking if
21   Calise was offered any support, and then
22   just saying that I was given the
23   handbook before season -- so the correct
```

**EXHIBIT E**

Page 267

```
 1   Q. Were you crying while y'all were
 2      talking?
 3   A. Yeah.  No, I definitely cried.
 4            So the fourth bullet point
 5      where it says Calise told Verge it
 6      involved ▇ throwing a drink at her.
 7      That -- I didn't just stop there.  I had
 8      said that he had put his hands on me.
 9      I also don't remember the conversation
10      ending abruptly where he said he didn't
11      want to hear any more.  So I don't
12      recall that happening.
13            I also don't recall him giving
14      me Miriam's number.
15            And the sixth one, I -- again,
16      the wording where it says Verge said
17      that this is the first time he has heard
18      there was an issue between ▇ and
19      Calise.  That's -- That's not a hundred
20      percent true, because when he came to
21      me, I don't know if he knew about all of
22      it or if it was just me and ▇ were
23      somehow involved in the past.  So I'm
```

**EXHIBIT E**

**\*\*CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER\*\***

```
               UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF LOUISIANA
  -------------------------------
  ABBY OWENS, et al.,            CIVIL ACTION NO. 21-242
      Plaintiffs,
  v.
  LOUISIANA STATE UNIVERSITY,
  et al.,

      Defendants.
  ---------------------------------


                     VOLUME 2
  **CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**
                DEPOSITION VIA ZOOM OF
                  CALISE RICHARDSON
           located at the Holiday Inn Express
                  October 21, 2022
                     10:20 a.m.
              Greensboro, North Carolina




  Reported by:  Audra M. Smith, RPR, FCRR
```

Page 1

Court Reporters of Louisiana            225-201-9650
A Veritext Company                      www.veritext.com

# EXHIBIT E

Case 3:21-cv-00242-WBV-SDJ    Document 473-12    10/13/23    Page 9 of 9
Case 3:21-cv-00242-WBV-SDJ    Document 373-12 *SEALED* 07/10/23 Page 9 of 9
**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

```
 1        Q    She said that you did not report being
 2   afraid of him.  Is that true, that you didn't report
 3   being afraid of him?
 4        A    That is incorrect.  I absolutely said I
 5   was afraid or scared of him.
 6        Q    She said that you laughed about it as
 7   though the drink-throwing incident was a funny
 8   thing.  Is that true?
 9        A    If it is, that is a very typical trauma
10   response.
11        Q    So it is possible that you laughed about
12   it in your meeting with Sharon Lewis?
13        A    It is possible that my trauma response was
14   laughing, yes.
15        Q    Was there an incident that happened with
16   you and Sharon Lewis at the football game in
17   September 2018 where she told you you couldn't sit
18   in some seats?
19        A    Oh, yeah.  She told me I can't sit with
20   them, yes.  I was standing with my friends at the
21   football game, and it was in the section that is
22   where, like, with that job, us employees would sit.
23   And so she asked me to move.  I did move.  I was
24   obviously irritated at it just because she was
25   involved in it, but I did move.
```

# EXHIBIT E