Case 3:21-cv-00242-WBV-SDJ    Document 473-13    10/13/23    Page 1 of 21
Case 3:21-cv-00242-WBV-SDJ    Document 373-7    07/11/23    Page 1 of 21
JONATHAN SANDERS

01/20/2023
Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


ABBY OWEN, ET AL.

                 CASE NO.: 3:21-CV-00242
                 DIVISION WBV-SDJ
VERSUS               JUDGE WENDY B. VITTER
                 MAG. JUDGE JOHNSON

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL.

    * * * * * * * * * * * * * * * * * * * * * *


VIDEO CONFERENCE DEPOSITION OF

JONATHAN SANDERS


TAKEN AT PHELPS DUNBAR, 400 CONVENTION

STREET, SUITE 1100, BATON ROUGE, LOUISIANA,

ON JANUARY 20, 2023, BEGINNING AT 9:03 A.M.


REPORTED BY:
     JENNIFER W. PICKETT
     CERTIFIED COURT REPORTER
     CERTIFICATE NUMBER 29011

EXHIBIT F

Case 3:21-cv-00242-WBV-SDJ    Document 473-13    10/13/23    Page 2 of 21
Case 3:21-cv-00242-WBV-SDJ    Document 373-3    JONATHAN SANDERS    Page 2 of 21    01/20/2023

Page 67

| | |
|---|---|
| 1 | agreed with some things and disagreed |
| 2 | with some things. |
| 3 | A  Well, "they did" -- who is "they" |
| 4 | referring to?  If it's SAA, we did not |
| 5 | charge her with the candle violation. |
| 6 | That was Residential Life and that was |
| 7 | through routine inspections they do of |
| 8 | all the residence halls every semester. |
| 9 | They found an item in the residence hall |
| 10 | that shouldn't have been there and gave |
| 11 | her a warning is what I recall from that |
| 12 | process but I wasn't involved in that, |
| 13 | didn't know about it at the time but |
| 14 | certainly when that was presented in this |
| 15 | report, I looked into the matter. |
| 16 | Q  After you looked into it, did you take |
| 17 | any action? |
| 18 | A  No, this was like when the Husch |
| 19 | Blackwell report came out. |
| 20 | Q  Okay.  So, the reason that you didn't |
| 21 | take any action was -- I think I know the |
| 22 | answer but I'd like you to just say it so |
| 23 | that we have it on the record.  I'm |
| 24 | guessing the answer is because if this |
| 25 | was two or three years later, there would |

**EXHIBIT F**

Case 3:21-cv-00242-WBV-SDJ   Document 473-13   10/13/23   Page 3 of 21
Case 3:21-cv-00242-WBV-SDJ   Document 373-3  *SEALED*  01/20/2023   Page 3 of 21   01/20/2023
JONATHAN SANDERS
Page 68

1      have been no action to take; is that

2      accurate?

3  A   From my understanding it was a warning in

4      our process.  It had already expired and

5      ended so there was no punitive aspect

6      assigned to her for that specific

7      incident.  It simply was a warning.  I

8      think they confiscated the candle and

9      that was it, as far as I know.  Again,

10     that's a Residential Life process

11     procedure.  I'm not involved with that

12     with my office but that's my

13     understanding of the situation.

14 Q   So, if Residential Life initiated some

15     sort of discipline related to that

16     situation, that wouldn't have been

17     connected with your office at all?

18 A   Not at that level, no.

19 Q   Can you tell me a little bit -- let's

20     explore that a little bit just so I

21     understand.  What situations would

22     Residential Life have the authority to

23     initiate their own discipline and at what

24     point would they have to come to your

25     office?

Case 3:21-cv-00242-WBV-SDJ    Document 473-13    10/13/23  Page 4 of 21
Case 3:21-cv-00242-WBV-SDJ    Document 373-13 *SEALED* 07/10/23    Page 4 of 21    01/20/2023

Page 70

 1       Residential Life to enforce code

 2       violations that occur in the residence

 3       halls.

 4  Q    Let me go to the next point here.  There

 5       was a second sexual harassment complaint

 6       that was made, according to this report,

 7       that was made by Miriam Segar on June

 8       18th, 2018 that involved ████████ and

 9       Jade Lewis again.  In this report it

10       looks like this was probably entered in -

11       - I'm guessing this would have been

12       Maxient. Can you look and see if this

13       excerpt here, if you can tell where that

14       would have been entered?

15                 MR. PHARR:

16                      Objection to form.

17  A    It looks like Maxient.

18  BY MS. ABDNOUR:

19  Q    At this point did you have any

20       involvement in this second report?

21  A    Can you show me what the report was?

22  Q    Yeah, sure.  Right here.  So, it says

23       that "in the early morning hours of June

24       18th at approximately 2 A.M., ████████

25       went to WCA Apartments, to Jade Lewis'

**EXHIBIT F**

Case 3:21-cv-00242-WBV-SDJ    Document 473-13    10/13/23   Page 5 of 21
Case 3:21-cv-00242-WBV-SDJ    Document 373-13 *SEALED* 07/10/23    Page 5 of 21   01/20/2023

Page 71

1    room.  Jade had previously provided ███

2    a key and he entered the apartment with

3    the key and went to her room. Jade was

4    expecting ███ as the two had been

5    texting prior to his arrival."  And then

6    I'm going to skip a little bit.  "The

7    roommate was awakened by Jade's scream

8    and hearing her repeatedly say things

9    like no, stop, leave.  The police were

10   then called and then Jade denied that

11   there was any violence between the two of

12   them even though she was showing some

13   signs of physical violence."

14   A   Yes, I was involved.

15   Q   **What was your involvement with this**

16       **report?**

17   A   We had decided to move forward with a

18       code of conduct process as it relates to

19       this case, specifically since there was a

20       police report that was shared with us.  I

21       don't know that report off the top of my

22       head.  So, from my recollection is that

23       Jade was reluctant to report ███ for

24       any type of violence or anything like

25       that.  So, I said can we at least try to

**EXHIBIT F**

Case 3:21-cv-00242-WBV-SDJ    Document 473-13    10/13/23    Page 6 of 21    01/20/2023
Case 3:21-cv-00242-WBV-SDJ    Document 373-13 *SEALED* 07/10/23    Page 6 of 21
Page 72

1    meet with them regarding this situation

2    to see again if she would be truthful or

3    honest and tell us what's occurring,

4    what's happening.  So, I met with Jade, I

5    believe the roommate and ████ as it

6    relates to this specific case.

7  Q   **Tell me about those meetings or I'm**

8      **assuming it was three separate meetings?**

9      **Let me ask that first; was it three**

10     **separate meetings?**

11 A   Yes.

12 Q   **Can you tell me about each of those**

13     **meetings, what you discussed, what they**

14     **discussed?**

15         MR. PHARR:

16             Objection to form.

17 A   I don't recall all the specifics of those

18     meetings.  I would have notes in our

19     system, a recollection of that.  I don't

20     have that with me obviously but I recall

21     Jade saying that they had gotten into an

22     argument.  I remember I think ████ was

23     coming back from Miami or somewhere,

24     perhaps may have been intoxicated earlier

25     or not, I'm not sure.  She had said they

**EXHIBIT F**

Case 3:21-cv-00242-WBV-SDJ    Document 473-13    10/13/23    Page 7 of 21    01/20/2023
Case 3:21-cv-00242-WBV-SDJ    Document 373-13 *SEALED* 07/10/23    Page 7 of 21
Page 73

1    got into an argument.  I think her ear

2    was bleeding or something or had blood is

3    what was maybe mentioned in the report

4    and she had said that she had hit it on

5    something but it wasn't related to

6    violence from ████ but they were in

7    heated argument and I think her roommate

8    is the one who called police to report

9    the matter.  Roommate was not, from what

10    I recall, was not in the room when the

11    argument was occurring.  Did hear

12    obviously screaming and yelling and

13    verbal yelling from both parties and then

14    meeting with ████ he also denied any

15    violence or anything like that that

16    occurred during that situation.  And I

17    think police did not make any arrests or

18    anything.  I think it was -- I guess it

19    was reported as an information-only

20    report.  I'm not sure but it usually says

21    at the bottom of the police report.

22  BY MS. ABDNOUR:

23  **Q    Do you recall anything that ████████**

24  **      said about any of this?**

25  A    I recall him sharing a very similar story

**EXHIBIT F**

Case 3:21-cv-00242-WBV-SDJ    Document 473-13    10/13/23    Page 8 of 21    01/20/2023
Case 3:21-cv-00242-WBV-SDJ    Document 373-13 *SEALED* 07/10/23    Page 8 of 21

Page 74

1    as Jade as if -- it was almost the exact

2    same story as Jade in the recollection of

3    what happened or occurred.  Again, he had

4    come back from Miami, I think.  I think I

5    recall there being some -- maybe he was

6    hanging out with some girls in Miami and

7    was coming back to Baton Rouge, they got

8    into an argument.  I don't remember about

9    what specifically was shared but I know

10    that they both shared that there was a

11    verbal argument but was no physical

12    violence involved and that sort of thing.

13    I believe Jade later on did tell us the

14    truth but it was like a month or two

15    later, about the physical violence and so

16    forth.  But it was not during this time

17    period.  I remember recalling that what

18    she had shared with me previously was not

19    accurate information.

20  Q    **When you say that she shared the truth**

21       **later, what did she share with you?**

22  A    I think she had shared some of the

23       physical abuse that she had had

24       experienced through ███████ I think Jeff

25       Scott and I did a joint meeting with her,

**EXHIBIT F**

Case 3:21-cv-00242-WBV-SDJ    Document 473-13    10/13/23   Page 9 of 21   01/20/2023
Case 3:21-cv-00242-WBV-SDJ    Document 373-13 *SEALED* 07/10/23   Page 9 of 21
Page 75

1    is what I recall, because this obviously
2    was in the Title IX realm but I had met
3    with him about this situation
4    specifically since it was a -- we kind of
5    treated it as like a code of conduct
6    matter since Jade at the time was not
7    willing to move forward with the Title IX
8    process.  And I think she had mentioned
9    the physical violence that she had
10   experienced in the relationship with
11   ███████

12  Q   **Explain to me what you mean by treating**
13      **something as a code of conduct violation**
14      **where you weren't treating it as a Title**
15      **IX violation; what does that mean?**
16  A   We'll be running the code of student
17      conduct process versus going through PM
18      73 because I believe at the time Jade was
19      not willing to go through the Title IX
20      process.  My thing is at least we have to
21      do something, right?  So, let's at least
22      try to get her in to talk about this
23      situation to see if she'll be truthful
24      and share with us what occurred, what
25      happened and unfortunately that was not

**EXHIBIT F**

Case 3:21-cv-00242-WBV-SDJ    Document 473-13    10/13/23    Page 10 of 21  01/20/2023
Case 3:21-cv-00242-WBV-SDJ    Document 373-13 *SEALED* 07/10/23    Page 10 of 21
Page 76

1    the case when I met with her and ███

2    both for this situation.

3 Q **How would that be different?  So, what**

4   **would the code of conduct process entail**

5   **and what would be the potential**

6   **violations?  I'm assuming the violations**

7   **wouldn't be anything that would fall**

8   **under Title IX; correct?**

9 A Correct.

10 Q **So, what would the potential violations**

11   **be and what would that process look like?**

12 A I don't recall the charges specifically.

13   ███ would have a charge letter with

14   some charges in there.  But whatever the

15   context of the police report said, we

16   would have initiated charges under the

17   code related to that and then followed

18   the Code of Student Conduct process.

19   This was in agreement with Title IX and

20   other folks because again Jade was

21   unwilling to move forward in a Title IX

22   situation.  So, I think we were hoping

23   that she might be truthful and honest in

24   this process and share with us what was

25   really going on and that did not occur in

**EXHIBIT F**

Case 3:21-cv-00242-WBV-SDJ    Document 473-13    10/13/23    Page 11 of 21
Case 3:21-cv-00242-WBV-SDJ    Document 373-13 *SEALED* 07/10/23    Page 11 of 21    01/20/2023

Page 77

```
 1           the first rounds of meetings that I had

 2           with the folks involved in the situation.

 3    Q    We're going to go down a little bit more.

 4           There's a comment here -- I guess my

 5           first question for you is did you have

 6           any involvement with making decisions

 7           about when to issue a clear and timely

 8           warning at LSU?

 9    A    No.

10    Q    This is a little bit further down and you

11           may need to provide some context for us

12           here.  It looks like this is probably --

13           there's a reference here to a third

14           incident of dating violence.  The

15           reference I've highlighted right here is

16           the third incident of dating violence

17           reported to the Title IX office at the

18           bottom of page eighty.  And then the next

19           page, page eighty-one, there's a

20           paragraph where they quote some things

21           that they're saying that you said and

22           they say "when asked about the decision

23           to charge a victim of dating violence

24           with housing violations instead of

25           charging ████ for violating PM 73."
```

**EXHIBIT F**

Case 3:21-cv-00242-WBV-SDJ    Document 473-13    10/13/23    Page 12 of 21
Case 3:21-cv-00242-WBV-SDJ    Document 373    JONATHAN SANDERS    Page 12 of 21    01/20/2023
Page 79

1      the passage of time that has affected

2      your memory of things. But can you

3      explain to me here, if you recall, what

4      you mean by we charged them with the Res

5      Life violations?

6                  MR. PHARR:

7                        Objection to form.

8    A    Yeah, because this incident occurred in

9         the residential facilities I decided to

10        initiate charges under the code.  This is

11        the part where I mentioned Husch

12        Blackwell made some errors.  This is this

13        error.  They're taking my explanation of

14        what I just explained to you a few

15        minutes ago about the interaction in the

16        apartment on campus, saying that was a

17        candle violation reaction.

18   Q    I see.

19   A    So, that was not the candle violation

20        reaction.  That was the reaction to their

21        interaction that evening that you just

22        shared with me earlier.  It's referring

23        to that and when they asked me the

24        question, I was not responding to the

25        candle violation.  I didn't even know

**EXHIBIT F**

Case 3:21-cv-00242-WBV-SDJ    Document 473-13    10/13/23    Page 13 of 21
Case 3:21-cv-00242-WBV-SDJ    Document 373-13 *SEALED* 07/10/23    Page 13 of 21    01/20/2023

Page 80

```
 1          about the candle violation.  I was
 2          responding to this situation specifically
 3          and this is basically what I just shared
 4          with you but in that context, not the
 5          other context.
 6    Q     Thank you.  That's helpful.  Partly why
 7          I'm going through all this with you with
 8          a fine-tooth comb because I know my
 9          understanding of it is probably even less
10          helpful than their understanding of it.
11          So, from your recollection, did you
12          charge Jade with any violation yourself
13          or your office?
14    A     Yes.
15    Q     So, what was that that you would have
16          charged her with?
17    A     I had two cases with Jade.  I don't
18          recall what she was charged with in this
19          specific incident.  Those would be in the
20          letters we sent to her and ██████
21          regarding this incident.  And then she
22          also had an altercation with another
23          student outside of a bar, that was
24          walking out of the bar with █████████
25          after he was no longer a student at LSU
```

**EXHIBIT F**

JONATHAN SANDERS
UNDER SEAL/VIDEO

Page 81

```
 1            and had been expelled and I also heard
 2            that case as well for Jade.  I was the
 3            hearing officer and initiated charges
 4            against her and the other student
 5            involved in that altercation that
 6            occurred outside the bar.
 7   Q   And so, there were hearings on both of
 8        those violations; is that correct?
 9   A   Administrative hearings, yes.
10   Q   And you were the hearing officer for
11        those hearings?
12   A   Yes.
13   Q   What was your decision with regard to
14        both of those charges and hearings?
15   A   Which case?
16   Q   Either one -- both actually.
17   A   The fight off-campus I don't recall.  I
18        know that Jade was held responsible.  I
19        don't recall to what level.  I don't
20        remember that.  I did not end up finding
21        responsibility for Jade in the other
22        situation.  I simply charged her just so
23        I could get her in the door and have a
24        conversation with her and see if she
25        would share the information with us.  We
```

EXHIBIT F

Case 3:21-cv-00242-WBV-SDJ   Document 473-13   10/13/23   Page 15 of 21
Case 3:21-cv-00242-WBV-SDJ   Document 373-13 *SEALED* 07/10/23   Page 15 of 21   01/20/2023
Page 82

1    didn't know at the time if they were

2    mutually combative because it didn't --

3    the police report didn't give us a lot of

4    information unfortunately.  And I believe

5    at the time when I would have been

6    issuing any kind of outcomes, that's when

7    ███████ was no longer a student and had

8    left LSU and there was a decision to put

9    those things on hold and that's what we

10   did.

11   Q   **You mentioned that you weren't sure if**

12       **they were mutually combative.  Have you**

13       **ever received any training in assessing**

14       **who the primary aggressor might be in a**

15       **domestic violence or a relationship**

16       **violence situation?**

17   A   I'm sure I have but I can't recall

18       specifically.

19   Q   **What do you recall from what you know?**

20   A   I know there's a cycle of violence that

21       often times folks can find themselves in

22       and I think that's in my opinion maybe

23       where Jade was, where she was reluctant

24       to get help.  Perhaps it might be worse

25       for her if she was to do so.  I think she

**EXHIBIT F**

Case 3:21-cv-00242-WBV-SDJ    Document 473-13    10/13/23    Page 16 of 21
Case 3:21-cv-00242-WBV-SDJ    Document 373    JONATHAN SANDERS    Page 16 of 21    01/20/2023

Page 83

| 1 | | was in, it sounded like she was in a -- |
|---|---|---|
| 2 | | after she shared and opened up with us |
| 3 | | the second time, I think she still cared |
| 4 | | for him in some capacity, was fearful of |
| 5 | | getting him in trouble or something of |
| 6 | | that nature but I recall hearing and |
| 7 | | discussing that and thinking about that |
| 8 | | in her situation. |
| 9 | Q | **And how did you apply that knowledge to** |
| 10 | | **her situation?** |
| 11 | A | I think for me it was trying to have |
| 12 | | conversations with her about those things |
| 13 | | and acknowledging this is tough and it |
| 14 | | may be challenging to tell the truth. |
| 15 | | You may have concern about the person you |
| 16 | | care about getting in trouble but I told |
| 17 | | her that I was concerned about her safety |
| 18 | | and was just trying to assist her the |
| 19 | | best that we could. |
| 20 | Q | **You had also mentioned that you thought** |
| 21 | | **that maybe the reason she didn't want to** |
| 22 | | **come forward was because that might make** |
| 23 | | **things worse for her; what do you mean by** |
| 24 | | **that?** |
| 25 | A | I didn't know if that meant that if she |

**EXHIBIT F**

Case 3:21-cv-00242-WBV-SDJ    Document 473-13    10/13/23    Page 17 of 21
Case 3:21-cv-00242-WBV-SDJ    Document 373    03/SEALEDD04/FRS3    Page 17 of 21    01/20/2023
Page 100

```
 1          earlier.  Is this the time that you were
 2          referring to here?
 3    A     Yes.  I believe so.
 4    Q     It looks like there was a little bit
 5          further down -- I don't need to scroll
 6          all the way to it but I can just tell you
 7          that according to this report, there was
 8          then an interim suspension that was
 9          issued three days later on August 18th of
10          2018; did you have any involvement in
11          issuing that interim suspension?
12    A     I think it was a decision made through
13          Title IX and other folks that were in
14          that process, probably the interim
15          suspension -- my name was probably on
16          that letter and I'm the one that probably
17          sent it through Maxient but I don't know
18          that for sure.
19    Q     If you recall, what was the reason that
20          interim suspension was not issued until
21          the 18th when you would've met with Jade
22          on the 15th?
23    A     I don't recall.
24    Q     Let me go down here.  This is where
25          they're saying that the 18th was the date
```

Case 3:21-cv-00242-WBV-SDJ   Document 473-13   10/13/23   Page 18 of 21   01/20/2023
Case 3:21-cv-00242-WBV-SDJ   Document 373-13 *SEALED* 07/10/23   Page 18 of 21

Page 102

1      any concrete steps the university took to

2      ensure ████ complied with the edict."

3      Do you recall anything that was done that

4      they may not have known about to ensure

5      that he complied with the interim

6      suspension?

7  A   I'm pretty sure he left LSU right after

8      this happened.  He was no longer an

9      enrolled student sometime around this

10     same time period but I don't recall when

11     that was.

12  Q   It says "on September 10th, 2018, the

13     Title IX office reached out to ████ to

14     schedule an investigatory interview;" did

15     you have any involvement in that?

16  A   Not that I recall.

17  Q   So, then there was another incident, I

18     think this is the fifth incident, "on

19     June 3rd that Miriam Segar reported,

20     another incident involving injuries to

21     Jade Lewis.  She told her academic

22     advisor that she had been hit by a

23     softball player and that they had been

24     involved in a verbal exchange."  There

25     was then a statement that Jade was

**EXHIBIT F**

Case 3:21-cv-00242-WBV-SDJ    Document 473-13    10/13/23    Page 19 of 21
Case 3:21-cv-00242-WBV-SDJ    Document 373-13 *SEALED* 07/10/23    Page 19 of 21    01/20/2023

Page 104

```
 1          who was the witness.  He stated that he
 2          was on campus despite being barred from
 3          campus due to his interim suspension
 4          because he wanted his hold removed and
 5          the following day you contacted him to
 6          tell him he had a hold due to a pending
 7          matter with Title IX.  I'm just confused
 8          about the timing here.  Does that make
 9          sense to you that he would've come to you
10          and said he had a hold removed and then
11          you would have told him the next day that
12          he had the hold on his account because of
13          Title IX?  Do you recall that or does it
14          make any sense?
15  A   I don't recall.  I recall him contacting
16          us.  I don't recall.
17  Q   That's okay.  It was a long time ago and
18          there was a lot going on.  And then it
19          says here -- we're at the bottom of page
20          eighty-nine -- "████ was expelled from
21          the University on July 18th, 2019."  Did
22          you have any involvement in the decision
23          to expel him from the university?
24  A   I was the hearing officer.
25  Q   Tell me, if you can, I'd like to just
```

**EXHIBIT F**

Case 3:21-cv-00242-WBV-SDJ    Document 473-13    10/13/23    Page 20 of 21
Case 3:21-cv-00242-WBV-SDJ    Document 373-13 *SEALED* 07/10/23    Page 20 of 21    01/20/2023

Page 105

1    hear how that hearing went from your

2    perspective and what you recall?

3            MR. PHARR:

4                Object to form.

5    A   He participated with Title IX first,

6        right, so they found him responsible of

7        violations.  That report was submitted to

8        me.  I believe I met with ███ and his

9        attorney.  I don't believe ███ said

10       anything during -- I don't recall him

11       sharing any information during our

12       hearing.  Perhaps he may have provided a

13       written statement.  I don't know but that

14       would be again in my notes for that case

15       specifically.  I then issued the outcome

16       shortly thereafter.  I don't remember if

17       it was the next day or two days or

18       whatever -- or same day even, I'm not

19       sure but I issued the outcome shortly

20       thereafter, giving him the opportunity to

21       share anything he wanted to share and

22       issued the outcome.

23   Q   The outcome that you issued, was there

24       anybody else who helped you with making

25       that determination or was that your

**EXHIBIT F**

Case 3:21-cv-00242-WBV-SDJ    Document 473-13    10/13/23    Page 21 of 21
Case 3:21-cv-00242-WBV-SDJ    Document 373-13 *SEALED* 07/10/23    Page 21 of 21    01/20/2023
Page 106

```
 1         determination?
 2   A     I was the hearing officer so it was my
 3         determination.
 4   Q     There's a section here, it looks like
 5         this was -- it says "as communicated to
 6         ███████ in the case resolution form, you're
 7         not allowed on university property" and
 8         then the last sentenced here --
 9         "expulsion will be recorded on the
10         student's academic transcript."  And then
11         the next paragraph says "due to an
12         internal recordkeeping error, the
13         required transcript notation on ██████████
14         academic records did not take effect and
15         he was able to request his transcript
16         without the appropriate notation and
17         transferred to Southern University later
18         that fall."  Who would've been
19         responsible for making that notation on
20         his transcript; do you know?
21   A     A person on my staff.
22   Q     Do you have any knowledge about why that
23         notation was not made?
24   A     I don't but when we found out the error
25         occurred, I resolved it immediately.
```

# EXHIBIT F