Case 3:21-cv-00242-WBV-SDJ    Document 473-14    10/13/23    Page 1 of 27
Case 3:21-cv-00242-WBV-SDJ    Document 373-14    MIRIAM SEGAR0/23    Page 1 of 27    11/01/2022
Page 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
ABBY OWENS, ET AL.
VERSUS
BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERISTY AND
AGRICULTURAL AND MECHANICAL COLLEGE, ET AL.

CASE NO.:3:21-cv-00242          DIVISION: WBV-SDJ
JUDGE WENDY B. VITTER    MAGISTRATE JUDGE JOHNSON
JURY DEMANDED
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEPOSITION OF MIRIAM SEGAR

TAKEN AT THE OFFICE OF SHOWS, CALI & WALSH
628 ST. LOUIS STREET,
BATON ROUGE, LOUISIANA 70802
ON NOVEMBER 1, 2022
BEGINNING AT 9:26 A.M.

REPORTED BY:
KRISTINA MARIE CARTER, CCR
CERTIFIED COURT REPORTER

EXHIBIT G

Case 3:21-cv-00242-WBV-SDJ    Document 473-14    10/13/23    Page 2 of 27
Case 3:21-cv-00242-WBV-SDJ    Document 373-14    SEALED 6/30/23    Page 2 of 27
MIRIAM SEGAR                11/01/2022
Page 154

01        Object to the form.

02   A.    Yes.

03   BY MR. ENGLISH:

04   Q.    And William Jenkins was provided a copy of the final

05   report, the final investigative report, against Les

06   Miles; correct?

07   MS. WHITE:

08        Object to the form.

09   A.    I'm not sure.

10   BY MR. ENGLISH:

11   Q.    All right.  I want you to now go to Bates stamp No.

12   320 in the lower right-hand corner.

13   A.    (Complies.)  Yes.

14   Q.    I'm looking at paragraph 2, the last paragraph.

15   Okay.  What happens is, now, I want to read it --

16   well, you know what, I'll read it.  I'm going to go

17   to paragraph No. 2.

18        (Quoted as read.) "Student 1 was concerned

19   because, on occasion, when she was supposed to

20   babysit the children of Miles and -- the children

21   and Miles ended up staying with the children

22   instead.  He asked her to join them when they went

23   to a movie.  LSU also became aware that Student 1

24   had stayed in XX -- in Miles' condo when there had

25   been some problems with her apartment.  This was at

**EXHIBIT G**

Case 3:21-cv-00242-WBV-SDJ    Document 473-14    10/13/23    Page 3 of 27
Case 3:21-cv-00242-WBV-SDJ    Document 373-14    08/30/23    Page 3 of 27
SEALED/AR
11/01/2022
Page 155

01  the suggestion of Miles' wife.  A window was broken

02  during her stay and Miles made the student

03  uncomfortable when he asked her to accompany him to

04  check on the window's repair.

05          As a result of the concerns expressed by

06  Student 1, Alleva met with Miles and told him he was

07  no longer to have one-on-one meetings and

08  interactions with student employees.  Miles agrees

09  he was told this and that he should not text or call

10  them.  Miles denies this."  Okay.

11          "Additionally, a department-wide training

12  included athletic employees, specifically Miles, who

13  also conducted -- who also conducted on various

14  subjects, including sexual harassment."

15          Did Joe Alleva tell you he told Les Miles not

16  to have any future contact with any students, to

17  text any students, or have any inappropriate contact

18  with any female student workers; did he tell you

19  that?

20  A.    Yes.

21  Q.    Miles ignored that warning from Joe Alleva; correct?

22  MS. WHITE:

23      Object as to form.

24  BY MR. ENGLISH:

25  Q.    Let me ask the question another way.  In your

Case 3:21-cv-00242-WBV-SDJ     Document 473-14     10/13/23     Page 4 of 27
Case 3:21-cv-00242-WBV-SDJ     Document 373-14 *SEALED* 07/10/23     Page 4 of 27     11/01/2022

Page 242

01    A.    I reported to Jennie, in that instance, directly to

02    ask her how to put something in when I didn't have

03    any information about it, any details and I could

04    not talk to the student at the time.

05    **Q.    Okay.  Do you recall ever taking any complainants to**

06    **the police?**

07    A.    I did, yes.

08    **Q.    Okay.  What do you recall about that?**

09    A.    I remember taking Samantha Brennan to the police

10    station.

11    **Q.    How did that come about?**

12    A.    Sharon called me.  I went over to the football

13    operations building.  And when I got there, met with

14    Samantha.  And she expressed her concern that there

15    was a picture that she believed may be her that, at

16    the time, she thought it was a nude top, a picture

17    of her top, but she hadn't seen it.

18          And she asked -- what she really wanted was for

19    me -- she -- she told me she believed ███████████

20    took the picture.  I asked her why she thought it

21    was ████████ and she said because he left his wallet

22    in my apartment.

23          I asked her if there was any unwanted sexual

24    contact, aggression, and she said, no, that's not

25    what happened, but I don't -- I don't want him to

**EXHIBIT G**

Case 3:21-cv-00242-WBV-SDJ    Document 473-14    10/13/23   Page 5 of 27
Case 3:21-cv-00242-WBV-SDJ    Document 373-14    MIRIAM SEGAR   Page 5 of 27
SEALED 9/18/23
11/02/2022
Page 301

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


ABBY OWENS, ET AL

                    CASE NO.: 3:21-cv-00242
                    DIVISION WBV-SDJ
VERSUS              JUDGE WENDY B. VITTER
                    MAG. JUDGE JOHNSON
                    JURY DEMANDED

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL

    * * * * * * * * * * * * * * * * * * * * * * *


        DAY 2 OF THE DEPOSITION OF

             MIRIAM SEGAR


TAKEN AT SHOWS CALI & WALSH, 628 ST. LOUIS

STREET, BATON ROUGE, LOUISIANA 70802, ON

NOVEMBER 2, 2022, BEGINNING AT 9:04 A.M.



REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER
    CERTIFICATE NUMBER 29011

EXHIBIT G

Case 3:21-cv-00242-WBV-SDJ   Document 473-14   10/13/23   Page 6 of 27
Case 3:21-cv-00242-WBV-SDJ   Document 373-14   SEALED 8/10/23   Page 6 of 27
MIRIAM SEGAR
11/02/2022
Page 348

```
 1   Q   And you write to him on June 25th "the
 2       football team has a mandatory meeting at
 3       7 P.M. tonight with an outside consultant
 4       on sexual harassment and Title IX.  Would
 5       you be able to start the drug testing
 6       meeting tonight at 8?"  So, who was the
 7       outside counsel you were referring to
 8       here?
 9   A   The outside counsel?
10   Q   Consultant, I'm sorry, outside
11       consultant.
12   A   So, we've had different speakers come in
13       and I don't know if this was Elaine
14       Pasqua, who at one point came in and did
15       conversations with the athletic
16       department.  We had Rachel Baribeau that
17       came in and talked about topics like
18       this.  I don't recall, looking at this,
19       which one specifically it was.
20   Q   So, the Beebe Group was just for staff;
21       is that correct?
22   A   No, it was for student athletes as well.
23       This was really just additional
24       information and training that college,
25       like knowing they're college students.  I
```

**EXHIBIT G**

Case 3:21-cv-00242-WBV-SDJ    Document 473-14    10/13/23   Page 7 of 27
Case 3:21-cv-00242-WBV-SDJ    Document 373-14   MIRIAM SEGAR  Page 7 of 27    11/02/2022
Page 349

```
 1            think Elaine Pasqua's was, I can't
 2            remember the exact title but it was
 3            something along the -- I remember her
 4            pulling out a banana and talking about
 5            putting on a condom and talking about
 6            getting consent and what consent was.
 7            Rachel Baribeau's presentation, she came
 8            a few different times but the first time
 9            she talked about, I think she challenged
10            them.  I think her words were be a king,
11            be somebody's king, like treat women with
12            respect.  She talked about a personal
13            story and experience she had where she
14            felt like the person she was with that
15            she cared about wasn't  a king for her
16            and she challenged them to be the right
17            person, do the right things and shared
18            some personal experiences of different
19            domestic situations she had faced.  We
20            had speakers like that that would come in
21            over the timeframe.  And they would
22            present to football but they would also
23            present to the general student population
24            so it wasn't just football.
25   Q   And do you recall who specifically was
```

Case 3:21-cv-00242-WBV-SDJ   Document 473-14   10/13/23   Page 8 of 27
Case 3:21-cv-00242-WBV-SDJ   Document 373-14   MIRIAM SEGAR  Page 8 of 27   11/02/2022
Page 359

```
 1   A    No.  I remember talking to Mr. Sanders
 2        about the hazing law change when it did
 3        and about the different aspects that we
 4        needed to educate on and I knew that we
 5        needed to add some information to the
 6        Beebe training.
 7   Q    All right.  I'm going to show you what
 8        we're going to mark as 17, which I'm not
 9        sure any -- well let me just ask you
10        this.  Do you recognize this?  (Slide
11        show attached as Exhibit 17.)
12   A    It looks like the slide show.
13   Q    When you say the slideshow, what do you
14        mean by that?
15   A    The slides that are used in the
16        presentation.
17   Q    To students?
18   A    This one says students and student
19        athletes and then there would have been
20        probably a different one for staff.
21   Q    And is PFA Consulting the Beebe Group?
22   A    They changed their name, yes.
23   Q    Do you recall when this was from?
24   A    The year, you mean?  I don't.
25   Q    When you said they would come for a week-
```

Case 3:21-cv-00242-WBV-SDJ   Document 473-14   10/13/23   Page 9 of 27
Case 3:21-cv-00242-WBV-SDJ   Document 373-14   SEALED   07/10/23   Page 9 of 27   11/02/2022
MIRIAM SEGAR

Page 360

1      long training, you said that earlier, do

2      you mean they would offer trainings on

3      five different days so you could get

4      everybody or was it actually a week-long

5      training for all student athletes?

6 A   It was every athlete or team was assigned

7      a time and then as the days would go on,

8      I would check and like oh, these three

9      kids missed and I would call the coach,

10     they need to come to this one or that one

11     and we would try to whittle down so we

12     made sure we got everybody to attend and

13     if there was a group or people that

14     missed because of maybe they were sick or

15     they -- they would be kept on a list to

16     come in the next trainings.  So, we had

17     them come in usually three times a year

18     but two times a year for the longer

19     amount of days so that we could get the

20     most staff trained.

21 Q   Staff trained or students trained?

22 A   Both.

23 Q   And again, they were giving the same

24     presentation multiple times over multiple

25     days to try to get as many people as they

**EXHIBIT G**

Case 3:21-cv-00242-WBV-SDJ    Document 473-14    10/13/23   Page 10 of 27
Case 3:21-cv-00242-WBV-SDJ    Document 373-14   SEALED  07/10/23    Page 10 of 27
MIRIAM SEGAR
11/02/2022
Page 407

```
 1         having a meeting specifically with Jade
 2         prior to that.
 3   Q     You met with Samantha Brennan --
 4   A     I'm sorry.  Can I backup real quick?
 5   Q     Yes.
 6   A     So, when she came in it was after her
 7         second return.  When she wanted to come
 8         back to school I did talk with her about
 9         whether or not -- I think she reached out
10         to me about her amateurism and whether or
11         not she'd be able to return and I
12         referred her to the compliance office
13         because I wasn't in compliance and that
14         was an NCAA thing they had to -- so I
15         think there were some communications.  It
16         wasn't in-person but I think there was
17         and I think when she got back to Baton
18         Rouge, the Sells reached out to me to ask
19         because she came back in the middle of a
20         term so we couldn't really start her
21         officially in school until the
22         intersession term but I was told at that
23         time that she had no access to resources,
24         that her father had cut off her financial
25         resources and I talked with Jade about
```

**EXHIBIT G**

Case 3:21-cv-00242-WBV-SDJ    Document 473-14    10/13/23    Page 11 of 27
Case 3:21-cv-00242-WBV-SDJ    Document 373-14 *SEALED* 07/10/23    Page 11 of 27    11/01/2022
Page 408

1    that and I asked her -- she came to the

2    compliance office to do some of the

3    amateurism paperwork and my office was a

4    few down at the time from where she was

5    and I asked her about where she was

6    living.  And she told me that she was

7    staying with ████████ off-campus and

8    that she didn't have access to a car and

9    she only had some money in savings.  She

10   said that she was worried her dad was

11   going to cut her phone off.  I asked her

12   if we can get an exception from campus to

13   have her move on-campus, would that be

14   something she wanted me to try to do

15   since she was going to be starting again

16   in the intersession term.  But I felt

17   like they -- because she had been here

18   before, that maybe they would make an

19   exception and allow her -- there would be

20   a financial responsibility but that her

21   scholarship once she re-enrolled would

22   help defer some of the expenses that she

23   had and she said that would be good.  She

24   wanted that because she would be able to

25   interact, walk to practice -- because she

**EXHIBIT G**

Case 3:21-cv-00242-WBV-SDJ   Document 473-14   10/13/23   Page 12 of 27
Case 3:21-cv-00242-WBV-SDJ   Document 373-14SEALEDSEGAR0/23      Page 12 of 27   11/02/2022
Page 413

```
 1          Exhibit 22.  (First Lewis report 4/26/18
 2          attached as Exhibit 22.)  You're familiar
 3          with this document; correct?
 4   A   I am.
 5   Q   Is this a report that you submitted
 6          through Maxient?
 7   A   Yes.
 8   Q   It says at the top sexual misconduct and
 9          sexual harassment PM 73 complaint form;
10          is that correct?
11   A   Yes.
12   Q   And just so again to make sure we're all
13          talking about the same thing, you said
14          when you went back and looked at the
15          forty-something reports, the number forty
16          that you reference, would they all fall
17          under -- and I know they aren't all on
18          this form, right -- but would they all
19          fall under sexual misconduct and sexual
20          harassment PM 73 complaints?
21   A   I would say the majority.  I don't know
22          the number.
23   Q   What do you recall about the
24          circumstances of this meeting which --
25          when did the meeting occur?
```

| | | |
|---|---|---|
| 1 | A | In hindsight, reading this I think I have |
| 2 | | a typo.  It says 4/25.  I think the |
| 3 | | meeting was 4/26 and I think the same |
| 4 | | night I submitted the report that |
| 5 | | evening. |
| 6 | Q | **Okay.** |
| 7 | A | I know you can read this but do you want |
| 8 | | me to tell you my recollection of that |
| 9 | | day? |
| 10 | Q | **Yes.  Correct.** |
| 11 | A | I think it was late in the evening I |
| 12 | | received a phone call from one of our |
| 13 | | leading athletic trainers that something |
| 14 | | that Jade had reported in a meeting to a |
| 15 | | trainer that she was injured as a result |
| 16 | | of being punched by a student and asked |
| 17 | | me if I was still in the office and could |
| 18 | | they bring her over so that we could make |
| 19 | | sure the report got filed.  And so, I |
| 20 | | recall her bringing Jade and we sat at |
| 21 | | the table and we talked about, I |
| 22 | | summarized it here but we talked about |
| 23 | | the injury and we talked about the fact |
| 24 | | that she was reporting because she didn't |
| 25 | | report at the time but the reason she was |

# EXHIBIT G

Case 3:21-cv-00242-WBV-SDJ   Document 473-14   10/13/23   Page 14 of 27
Case 3:21-cv-00242-WBV-SDJ   Document 373-14   01/10/23   Page 14 of 27
SEALED
MIRIAM SEGAR
11/02/2022
Page 415

```
 1    reporting now was because she wanted
 2    medical assistance and she wasn't
 3    enrolled in school but she wanted to
 4    know, she wanted to make sure that she
 5    could continue to practice because she
 6    wanted to make sure that nothing was --
 7    medically she was okay to continue to
 8    practice because she was having some
 9    pain.  So, the reason I think she went in
10    when she did was because she was having
11    pain and she wanted to make sure she was
12    -- there wasn't more wrong I guess.  And
13    so, we talked about what happened, I
14    asked her some questions related.  I
15    asked about is this the first time this
16    has ever happened and at that time she
17    said well, no.  It happened before when I
18    was last enrolled and she disclosed that
19    and so I indicated it in the form.
20    Outside of that I did ask her -- I asked
21    her about going to the police because I
22    was concerned that if he found out she
23    reported would he retaliate, would he be
24    angry, would it cause -- and she said the
25    only reason she was reporting was because
```

Case 3:21-cv-00242-WBV-SDJ     Document 473-14     10/13/23     Page 15 of 27
Case 3:21-cv-00242-WBV-SDJ     Document 373-14   MIRIAM SEGAR 0/23     Page 15 of 27     11/02/2022

SEALED

Page  416

```
 1          of the medical and she had to because

 2          they asked her and she wasn't going to

 3          lie.  But at the same time she was in a

 4          relationship, she didn't feel like it was

 5          going to happen again, she did not want

 6          to go to the police.  She said he knew

 7          that she was going to the doctor and that

 8          he knew that -- she had told him I'm

 9          going to tell them what happened if they

10          ask and that he was aware and that he

11          acknowledged that was going to happen and

12          she wasn't fearful.  I advise them to

13          stay apart, I advised her to call the

14          police immediately if she felt

15          threatened.  I wanted her to go to the

16          police.  She didn't.  That was the extent

17          of the conversation that I can recall.

18          And then I filed the report.

19   Q     So, she was not enrolled in school at

20          this time but she was practicing with the

21          tennis team; is that correct?

22   A     She was using the facility.  I don't

23          think she was allowed to practice with

24          the team.  I think the rules are on an

25          occasional basis you can practice but I
```

**EXHIBIT G**

Case 3:21-cv-00242-WBV-SDJ   Document 473-14   10/13/23   Page 16 of 27
Case 3:21-cv-00242-WBV-SDJ   Document 373-14 *SEALED* 07/10/23   Page 16 of 27   11/02/2022

Page 417

```
 1          don't think she was regularly practicing.

 2          I think she was just using the courts for

 3          individual.

 4     Q    So, how was reporting this -- we talked

 5          about earlier that the Abby Owens was not

 6          reported because she wasn't a student.

 7          Why was this reported if Jade wasn't a

 8          student at the time?

 9     A    Because one, she was living on-campus

10          because she, at that point, had gotten

11          permission so she was integrated with the

12          student population.  Two, I knew the

13          alleged person who -- I knew the identity

14          of the person who was a student and there

15          was the ability to investigate the

16          student.  Jade was living, like I said,

17          in our community part of institutional

18          housing.

19     Q    So, by this point Jade had moved out of

20          █████████████ apartment and was living on

21          campus; correct?

22     A    Correct.

23     Q    So, I feel like you've used this term

24          before -- a reluctant witness or

25          reluctant complainant.
```

**EXHIBIT G**

Case 3:21-cv-00242-WBV-SDJ    Document 473-14    10/13/23    Page 17 of 27    11/02/2022
Case 3:21-cv-00242-WBV-SDJ    Document 373-14 *SEALED* 07/10/23    Page 17 of 27
Page 423

1       like this.

2    Q   Okay.   Is there anything that you put in

3        the form that you filed that is not

4        reflected on Exhibit 22?

5    A   Not to my knowledge.

6    Q   What do you recall happening after you

7        submitted this report on April 26th,

8        2018?

9    A   I think Jade received an email with a

10       request to meet.

11   Q   How do you know that?

12   A   I feel like I saw it but I could be

13       wrong.   I don't recall specifically but I

14       believe that she did.

15   Q   And you were copied on that email?

16   A   I can't say that I was.   I can't say she

17       received it.   I thought but I can't

18       recall.

19   Q   Other than that what do you recall?

20   A   There was a meeting between ████ and

21       Jeff Scott.   I recall that.

22   Q   And when was that?

23   A   I believe the actual meeting did not

24       occur until June.

25   Q   How did you find out about that meeting?

# EXHIBIT G

Case 3:21-cv-00242-WBV-SDJ   Document 473-14   10/13/23   Page 18 of 27
Case 3:21-cv-00242-WBV-SDJ   Document 373-14 *SEALED* 07/10/23   Page 18 of 27   11/02/2022
Page 424

```
 1   A    I helped organize the meeting because I
 2        believed that ████ was non-responsive to
 3        Mr. Scott and at some point Mr. Scott
 4        asked me to help him facilitate the
 5        meeting.
 6   Q    How did you feel about being put in the
 7        role to facilitate the meeting after
 8        receiving the complaints from Jade?
 9                  MS. WHITE:
10                      Objection as to relevance.
11   A    I felt like the meeting needed to occur
12        so there could be an outcome and there
13        could be -- the case could be processed.
14   BY MS. LASKY:
15   Q    Did you feel that it put you in a
16        difficult position to be coordinating
17        with ████████ when you knew the nature
18        of the complaints that were made against
19        him?
20                  MS. WHITE:
21                      Objection as to form and
22                  relevance.
23   A    Again, I just wanted the meeting to occur
24        and I didn't feel like I was in a bad
25        position because I wasn't deciding
```

**EXHIBIT G**

Case 3:21-cv-00242-WBV-SDJ    Document 473-14    10/13/23    Page 19 of 27
Case 3:21-cv-00242-WBV-SDJ    Document 373-14    04/10/23    Page 19 of 27    11/02/2022
MIRIAM SEGAR

Page 425

```
 1         anything.  I was simply setting the
 2         meeting so they could meet.  I believe
 3         before this meeting that Jade had a
 4         meeting with Jeff Scott and I think I
 5         took her to that meeting as well.  Jade
 6         went over a period of time and I helped
 7         bring her to various meetings so I think
 8         this one I helped coordinate and brought
 9         Jade to meet with him.
10    BY MS. LASKY:
11    Q    And you spoke earlier that once an
12         investigation started you would often be
13         contacted to help involving, I guess
14         student athletes, to help get them to
15         meetings; is that correct?
16    A    Notify them, check your email.  They
17         didn't routinely check email so I would
18         text them hey, you have an email.  You
19         need to respond.  You need to check it.
20         If they didn't respond to me then I would
21         sometimes reach out to a coach and say I
22         need them to come see me.
23    Q    Yesterday we looked at the string of text
24         messages in connection with the Husch
25         Blackwell report and it's June 4th, 2018
```

Case 3:21-cv-00242-WBV-SDJ    Document 473-14    10/13/23   Page 20 of 27
Case 3:21-cv-00242-WBV-SDJ    Document 373-14MIRIAM SEGAR0/23     Page 20 of 27   11/02/2022
SEALED
Page 427

1       were informed by the -- well, let me ask

2       you because it says the report is

3       submitted on June 18th at 10:19 P.M. but

4       it says incident date and time June 18th

5       at 2 A.M.  So, can you tell me how you

6       learned about this?  (2nd Lewis report

7       dated 6/18/18 attached as Exhibit 23.)

8   A   I believe I learned about it from another

9       sport coach because their athlete was the

10      roommate of Jade and the coach mentioned

11      that a student athlete had called the

12      police because of what she heard and

13      witnessed and that she was pretty shaken

14      up about it and wanted to know if I knew

15      yet that this had happened.  I think this

16      was in the morning or sometime that day

17      when the coach became aware and I don't

18      recall knowing prior to that and so I

19      talked with -- asked Jade to come talk

20      with me.  I believe I talked to Jade the

21      same day and I believe I talked to the

22      roommate as well and then made the

23      report.

24  Q   Did you meet with Jade in-person on June

25      18th do you recall or is this all by

Case 3:21-cv-00242-WBV-SDJ    Document 473-14    10/13/23    Page 21 of 27
Case 3:21-cv-00242-WBV-SDJ    Document 373-14    SEALED 6/1/23    Page 21 of 27    11/02/2022

Page 428

```
 1        phone?

 2   A    I believe I met with her in-person.

 3   Q    You make the report and you say "describe

 4        the impact the behavior has had on you."

 5        This is the second -- well, actually

 6        let's go back to the April report.  Oh,

 7        that is in there.  Okay.  "This is the

 8        second incident I have reported with

 9        these same two individuals.  I'm

10        concerned about higher level of

11        escalation and potential injury."  And

12        then you also say "what remedy you're

13        seeking.  Alleged victim indicates that

14        she is in a relationship with individual

15        and does not plan to stop seeing him.

16        Concern for escalation of domestic

17        violence."  What training did you receive

18        either from LSU or ATIXA about how to

19        work with somebody who is in an abusive

20        romantic relationship?

21   A    You mean personally work with them?

22        Other than being encouraging, making sure

23        they have resources, I don't know that I

24        had any specific training.

25   Q    Is it correct that what you were
```

EXHIBIT G

1    **bought** ███████████ **car?**

2    A    Yeah.

3    (Discussion about transcript and exhibits;

4        off the record.)

5    BY MS. LASKY:

6    Q    (8/13/18 Lewis report attached as Exhibit

7        25.)  Between June 18th and the incident

8        with the police and August 13th, 2018, do

9        you recall any communications between you

10       and Jade Lewis?

11   A    I don't.

12   **Q    What do you recall about what**

13       **precipitated this report on August 13th,**

14       **2018?**

15   A    I recall on Sunday evening Jade asking me

16       if I could meet with her because she

17       wanted to talk to me and we scheduled a

18       meeting and at the meeting she told me

19       the things that are part of this report,

20       that she wanted to be truthful, that she

21       decided to break up with him and she had

22       no reason to cover anything for him and

23       she wanted to tell the university

24       everything, which I fully supported and

25       thought was great and encouraged her to

# EXHIBIT G

Case 3:21-cv-00242-WBV-SDJ   Document 473-14   10/13/23   Page 23 of 27
Case 3:21-cv-00242-WBV-SDJ   Document 373-14 *SEALED* 07/10/23   Page 23 of 27   11/02/2022
Page 438

```
 1        do that.
 2   Q    Was she a student at this point?
 3   A    Yes.
 4   Q    So, she had re-enrolled?
 5   A    Yes.  She started in intersession, which
 6        was the May session I think.  She started
 7        school that May and then I think she was
 8        continually enrolled.
 9   Q    So, then she was enrolled as of the June
10        complaint, too; correct?
11   A    Yes.
12   Q    And she was still living in on-campus
13        housing at that time?
14   A    Yes.
15   Q    So, you're saying here -- and again, you
16        filled this out; correct?
17   A    I did.
18   Q    "She indicated she was coming forward now
19        because she decided to break up with him.
20        Had no reason to cover for him any
21        longer.  She expressed fear over
22        retaliation and she indicated that" --
23        and I assume this is ████ -- "he had
24        told her that his guardian, Mr. Bernhard,
25        would have her deported, she is
```

**EXHIBIT G**

Case 3:21-cv-00242-WBV-SDJ    Document 473-14    10/13/23    Page 24 of 27
Case 3:21-cv-00242-WBV-SDJ    Document 373-14   MIRIAM SEGAR   0/23    Page 24 of 27    11/02/2022
Page 439

1        international, and kicked out of LSU if

2        she told about their violent

3        relationship."  Did you ever speak to

4        anybody about this allegation -- the fear

5        over retaliation that Jade expressed?

6   A    The retaliation she told me was that she

7        was scared of being deported and I told

8        her that no one individual has the right

9        to get you deported and we discussed

10       that.  She, I think, also talked about a

11       restraining order and I explained to her

12       she needed to go to the police for that.

13  Q    **Is there a reason you didn't take her to**

14       **the police?  Well, let me ask you this.**

15       **Did you offer to take her to the police**

16       **station then?**

17  A    Yes.

18  Q    **And what did she -- did she decline that?**

19  A    I don't recall when I brought her to the

20       police because I think I brought her more

21       than one time to the police office to

22       make a report but I don't recall bringing

23       her right after this.  I think she wanted

24       to -- I think it's in here -- she

25       indicated she wanted to first speak with

Case 3:21-cv-00242-WBV-SDJ    Document 473-14    10/13/23   Page 25 of 27
Case 3:21-cv-00242-WBV-SDJ    Document 373-14 *SEALED* 07/10/23    Page 25 of 27    11/02/2022
Page 441

```
 1        know if it was -- I don't know who she
 2        met with.
 3   Q    Then the next one is 1861.  (8/14/18
 4        ████ report attached as Exhibit 26.)
 5        What do you recall about this?  This is
 6        not Jade reporting to you; right?  But
 7        this is the next day.
 8   A    This is the next day and I recall that
 9        ████ showed up in my office.
10   Q    Oh, this is ████ Okay.
11   A    Uh-huh.
12   Q    Go ahead, I'm sorry.
13   A    And wanted to report a concern for Jade.
14   Q    Okay.  And he says "fear for her personal
15        safety and indicated she has attempted to
16        harm herself. He wanted to get her
17        assistance" and -- do you have four pages
18        there or two pages back and front?
19   A    I have back and front, yes.
20   Q    Is the last page a text message?
21   A    No.
22   Q    The attachments ████ text messages.
23        Okay, we have those.  Do you see that on
24        the --
25   A    I do.
```

**EXHIBIT G**

Case 3:21-cv-00242-WBV-SDJ   Document 473-14   10/13/23   Page 26 of 27
Case 3:21-cv-00242-WBV-SDJ   Document 373-14 *SEALED* 07/10/23   Page 26 of 27   11/02/2022

Page 442

1  Q   -- Okay.  And do you recall what those

2      were?

3  A   I think they were texts that he provided

4      about the incident he reported.  So, I

5      included them with the report.

6  Q   So, there are -- and then can you show

7      her the other ones?  Oh, these are the

8      same twice.  Okay.  We'll mark this as --

9      I'd actually like this to be attached.

10                 THE OFFICIAL:

11                     Part of 26?

12                 MS. LASKY:

13                     Yeah.

14                 THE OFFICIAL:

15                     Okay.

16  BY MS. LASKY:

17  Q   Can you identify -- are these the text

18      messages that were attached to your

19      report and that ███████ provided to

20      you?

21  A   I don't think these are the text

22      messages.  I think these were what Jade

23      provided.

24  Q   I was going to say I was a little

25      confused why --

**EXHIBIT G**

Case 3:21-cv-00242-WBV-SDJ    Document 473-14    10/13/23    Page 27 of 27
Case 3:21-cv-00242-WBV-SDJ    Document 373-14 *SEALED* 07/10/23    Page 27 of 27    11/02/2022
Page 444

```
 1   Q   And it was your understanding that the
 2       light-colored texts are from ████████
 3       correct?
 4   A   Yes.
 5   Q   Just establishing the timeline, August
 6       13th she comes to you, August 14th --
 7       sorry, August 13th you make your third
 8       report from Jade Lewis; correct?
 9   A   Yes.
10   Q   August 14th, ████████ comes to you and
11       says he is worried about Jade's safety
12       and you make another report; correct?
13   A   Yes.
14   Q   What happened after that and in-between
15       April and August?  You helped Jade get to
16       a meeting with Jeffrey Scott; is that
17       correct?
18   A   I'm sorry.  All the dates are coming
19       together.  Jade did meet with Jeff Scott,
20       yes.
21   Q   And ████████ met with Jeff Scott in
22       that time period; correct?
23   A   Yes.
24   Q   What other involvement -- and you also
25       coordinated ████ and Jade meeting with
```

**EXHIBIT G**