

**PFA** *Consulting*
Protection For All

# Initial Independent Training Forum™

# Human Relations Risks
## for Students/Student-Athletes

---

## What are Human Relations Risks?

- **People problems**
  - Student-to-student
  - Coach/employee-to-student
  - Employee-to-employee
- **How we help:**
  - Independent experts
  - Prevent, identify and resolve people problems in sport

**PFA** *Consulting*
Protection For All



EXHIBIT
17

1

# EXHIBIT G

PLAINTIFFS_000551

# Examples of Risks

- Harassment
- Discrimination
- Retaliation
- Emotional abuse
- Bullying
- Sexual misconduct
- Physical misconduct
- Hazing
- State, federal, NCAA or conference violations
- Academic fraud
- Other misconduct?



# Who We Are

- **Backgrounds in:**
  - Athletics
  - Law
  - Human resources
  - Risk management
  - Investigations
  - Leading complex organizations

**EXHIBIT G**

PLAINTIFFS_000552

# Independent: We Are Not

- LSU:
  - Employees
  - Legal counsel (internal or external)
  - Investigators
  - Alumni
- Residents of your community
- Donors and season ticket holders
- NCAA or conference staff
- Governmental agencies



# Purpose of Today's Session

- Provide the independent forum
- Heighten awareness
  - Your environment is unique
  - Although not a civility code, but trend toward addressing civility
  - Crossing the line – lenses; elements
    - Context matters; Unlawful?
- Avenues of reporting and investigation
- Other resources



3

# EXHIBIT G

PLAINTIFFS_000553

## Why Fail to Report?

- **Fears**
  - Retaliation or intimidation
  - Effect on playing time and scholarship
  - Risk to employment
  - Reputation
- **Unclear reporting and investigation processes**
- **Unknown resources (e.g., confidential)**



## University Responsibility

- **University must exercise reasonable care to prevent and correct promptly any misconduct.**
  - Policies and procedures
  - Safe avenues of reporting
  - Training

4

**EXHIBIT G**

PLAINTIFFS_000554

## Handout – Reporting and Resources

- Hopefully most issues can be resolved directly with coaches or others in program
- Within athletics, campus-wide and external
- Verified by PFA as an independent 3rd party
- Confidential and not
- Human element
  - If slow, ineffective or no response
  - Circumvent communication blockage
  - We understand this can be extremely frustrating

PFA *Consulting*
Protection For All

9

## Behind the Curtain

- <u>www.LSUsports.net/assist</u>
- **Student-athlete Grievance Team**
- **Process for Response**
  - Title IX matters; mandatory staff reporting to Title IX Coordinator
  - Other Campus resources


PFA *Consulting*
Protection For All

10

5

PLAINTIFFS_000555

# EXHIBIT G

## Risky Conduct?

crossing
the
line



**PFA** *Consulting*
Protection For All

---

## More Clarity for Confusing Issues

- "I'm being mistreated"
- "This is a hostile environment"

We are here to heighten awareness and bring more clarity.



**PFA** *Consulting*
Protection For All

6

## EXHIBIT G

PLAINTIFFS_000556

# Is There a List?

- Participant, at this point of presentation:
- "Is there a list of things not to say and do?  Just give me a list and I won't say or do anything on it."

Context matters…



# Legally Protected Class Status

- Race and color
- Religion/creed
- Gender/sex (includes sexual harassment; pregnancy)
- Sexual orientation
- Gender identity
- Gender expression
- National origin
- Age – over 40
- Disability
- Military/veteran's status
- Associational preferences



7

**EXHIBIT G**

PLAINTIFFS_000557

# Unlawful Harassment

## Actions Must Be Severe or Pervasive
### (except for Title IX)

- **Severe**
  - Alter athletics, educational or workplace experience.
  - Even though conduct occurred once or rarely.
- **Pervasive**
  - Defining condition of the environment.
  - Even if no single act, viewed by itself, would be a violation.



---

# Objective and Subjective

- **Subjective test**
  - Complainant personally offended?
  - Hypersensitive?
  - Can't be a co-offender
- **Objective test**
  - Reasonable person standard
  - Factors:
    - Not just your sport
    - Public/media

8

**EXHIBIT G**

PLAINTIFFS_000558

Case 3:21-cv-00242-WBV-SDJ     Document 373-15 *SEALED* 07/10/23     Page 9 of 47

# Guidance

- Factors that can cross the line:
  - Unreasonably interferes with the environment?
  - With ability to perform?
  - Threatening, intimidating?

- Other considerations:
  - Other petty slights, annoyances and isolated incidents (unless extremely serious; severe)
  - Merely an offensive utterance?
  - Profanity



# Confronting the Wrongdoer

- Complaining party MAY, but should not be required to confront the person who engaged in misconduct.





9

**EXHIBIT G**

PLAINTIFFS_000559

Case 3:21-cv-00242-WBV-SDJ     Document 373-15 *SEALED* 07/10/23     Page 10 of 47

# Confidentiality

- **Expectations of keeping information confidential**
- **Inability of supervisor and coach to keep certain issues confidential**
  - Duty to report
- **May use confidential resources**



# Agency Link

**Agency Law:**

- Supervisors acting as agents on behalf of your University.
- Supervisor on notice.
- Supervisor is under an obligation to take appropriate action.

# EXHIBIT G

PLAINTIFFS_000560

# Modern Day Risks

- "Smart" phones
- Texting
- Posting – social media
- Email
- Photo/video
- Snapchat/Instagram
- Voicemail





# Problems with Electronic Communications

- Can live forever

- First Amendment rights?
  - University or team interest vs. student's reasonable expectation of privacy
  - Reflect poorly on the team, opponent, athletics department or University?

11

**EXHIBIT G**

PLAINTIFFS_000561

Case 3:21-cv-00242-WBV-SDJ    Document 373-15 *SEALED* 07/10/23    Page 12 of 47

# Hazing

- **Define hazing** – endangers physical health or safety or causes severe emotional distress

- **Designed to harm, punish or humiliate**

- **No one can "consent" to hazing**

- **Warning signs and behaviors**

- **Alcohol, alcohol, alcohol**



# Hazing – Reporting & Resources

- **LSU employees and organizations –** mandatory reporting

- **Students –** amnesty may be granted for student code violations

- **Reporting options**
  - 911; LSU police; other law enforcement
  - Dean of Students (e.g., online; anonymous option)



**EXHIBIT G**

PLAINTIFFS_000562

Case 3:21-cv-00242-WBV-SDJ    Document 373-15 *SEALED* 07/10/23    Page 13 of 47

## Five Steps to Action – Bystander Intervention

1. Notice the event
2. Interpret the event as a problem
3. Take personal responsibility to act
4. Know how to help
5. Implement – take action



25

## Bystander Intervention

**Required by law – intervene when someone suffers serious bodily injury**

1. Direct
2. Delegate
3. Distract



26

# EXHIBIT G

PLAINTIFFS_000563

# Title IX

- **What is it?**
- "No person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any educational program or activity receiving federal financial assistance."

**PFA** *Consulting*
Protection For All

# Title IX – Applies to

- **Gender Equity:** The unequal treatment of one sex
- **Sexual Harassment:**
  - Quid pro quo (this for that)
  - Unwelcome conduct that a reasonable person would find so severe, pervasive <u>and</u> objectively offensive denying a person equal access
  - Sexual assault, dating/relationship violence, and stalking

**PFA** *Consulting*
Protection For All

14

**EXHIBIT G**

PLAINTIFFS_000564

# University Obligations

- **Federal: Provide support, give care, investigate and adjudicate formal complaints**
- **Different than criminal process**
  - **Standards of proof (criminal, civil, and administrative)**



# Other Title IX Issues

- **Reporting obligations and mandatory reporting**
- **Directly to University Title IX Coordinator**
  - In addition, Athletics Department requests notify Senior Assoc. AD Miriam Segar unless prefers complete confidentiality from Athletics
- **Other key issues**
  - Alcohol, alcohol, alcohol
  - Bystander effect
  - Bystander intervention



15

**EXHIBIT G**

PLAINTIFFS_000565

# University Policies

- University Policy Prohibiting Sexual Misconduct (Permanent Memorandum 73)
- Other non-Title IX code of conduct violations may apply
  - Off campus incidents
    - In community
    - Foreign trips



# LSU – Title IX

- **Office of the Title IX Coordinator**
  - Title IX Coordinator/Campus Coordinator – 225-578-3918; Jennie Stewart, jstewart@lsu.edu; Title IX Deputy Coordinator for Students – Brandon Common, bcommo1@lsu.edu; online reporting options available
  - https://lsu.edu/titleix/
  - Video message from LSU Title IX Coordinator and Investigator



16

**EXHIBIT G**

PLAINTIFFS_000566

Case 3:21-cv-00242-WBV-SDJ    Document 373-15 *SEALED* 07/10/23    Page 17 of 47

# Finish Line

- **Provided the Independent Training Forum™**
- **Acknowledgement form**
- **Questions?**
- **Contact us now or later**





# Our Information

**Dan Beebe**

(214) 924-7270

beebe@protectionforall.net

**Mike McCall**

(214) 415-8121

mccall@protectionforall.net



17

**EXHIBIT G**

PLAINTIFFS_000567

Case 3:21-cv-00242-WBV-SDJ   Document 373-15 *SEALED* 07/10/23   Page 18 of 47



**PFA** *Consulting*
Protection For All

Advanced
Independent Training Forum™

Human Relations Risks
for Student-Athletes

---

**What are Human Relations Risks?**

- **People problems**
- **Three times more exposure than XYZ, Inc.**
  - Student-to-student
  - Coach/employees-to-student
  - Employee-to-employee



1

PLAINTIFFS_000568

**EXHIBIT G**

# Examples of Risks

- Harassment
- Discrimination
- Retaliation
- Emotional abuse
- Bullying
- Sexual misconduct
- Physical misconduct
- Hazing
- State, federal, NCAA or conference violations
- Academic fraud
- Other misconduct (e.g., gambling)



# Our Mission

- Protection for all:
  - Student-athletes
  - Coaches
  - Other employees
  - Institution



2

**EXHIBIT G**

PLAINTIFFS_000569

# Understand Your World?

- Backgrounds in:
  - Athletics – athletes, coaches, and administrators
  - Law
  - Investigations
  - Risk Assessments
  - Training
    - Thousands of college and pro athletes, coaches, and employees

PFA *Consulting*
Protection For All

# Independence = Non-conflicted

- We are not LSU:
  - Employees
  - Legal counsel (internal or external)
  - Investigators
  - Alumni
  - Donors or season ticket holders
- Residents of your community
- NCAA or conference employees
- Governmental agencies

PFA *Consulting*
Protection For All

3

# EXHIBIT G

PLAINTIFFS_000570

## Need for Continued Coaching

- **Why every year?**
- **Not a vaccination**
- **More like a flu shot**



## Purpose of Today's Session

- **Provide the independent forum**
- **Heighten awareness**
  - Your environment is unique
  - Although not a civility code, but trend toward addressing civility
  - Crossing the line – lenses; elements
    - Context matters; Unlawful?
- **Avenues of reporting and investigation**
- **Other resources**



4

**EXHIBIT G**

PLAINTIFFS_000571

Case 3:21-cv-00242-WBV-SDJ     Document 373-15 *SEALED* 07/10/23     Page 22 of 47

## Handout – Reporting and Resources

- Hopefully most issues can be resolved directly with coaches or others in program
- Within athletics, campus-wide and external
- Verified by PFA as an independent 3rd party
- Confidential and not
- Human element
  - If slow, ineffective or no response
  - Circumvent communication blockage
  - We understand this can be extremely frustrating

**PFA** *Consulting*
Protection For All

## Risky Conduct?

crossing the line

**PFA** *Consulting*
Protection For All

5

PLAINTIFFS_000572

# EXHIBIT G

Case 3:21-cv-00242-WBV-SDJ    Document 373-15 *SEALED* 07/10/23    Page 23 of 47

## Legally Protected Class Status

- **Race and color**
- **Religion/creed**
- **Gender/Sex**
  - Sexual harassment; pregnancy
- **Sexual orientation**
- **Gender identity or expression**
- **National origin**
- **Age – over 40**
- **Disability**
- **Military/veteran's status**
- **Genetic information**



## Unlawful Harassment

**Severe or Pervasive (except Title IX)**

- **Severe**
  - Alter athletics, educational or workplace experience.
  - Even though conduct occurred once or rarely.
- **Pervasive**
  - Defining condition of the environment.
  - Even if no single act, viewed by itself, would be a violation.

6

**EXHIBIT G**

PLAINTIFFS_000573

Case 3:21-cv-00242-WBV-SDJ    Document 373-15 *SEALED* 07/10/23    Page 24 of 47

# Two Tests...

- **Subjective test**
  - Complainant personally offended?
  - Hypersensitive?
  - Can't be a co-offender
- **Objective test**
  - Reasonable person standard
  - Factors:
    - Not just your sport
    - Public/media



# Court Decisions Guidance

- Factors that can cross the line:
  - Unreasonably interferes with the environment?
  - With ability to perform?
  - Threatening, intimidating?
  - Words as "weapons"?
- Other considerations:
  - Other petty slights, annoyances and isolated incidents (unless extremely serious; severe)
  - Merely an offensive utterance?
  - Profanity



7

PLAINTIFFS_000574

# EXHIBIT G

Case 3:21-cv-00242-WBV-SDJ    Document 373-15 *SEALED* 07/10/23    Page 25 of 47

# Beyond Unlawful

- Incivility
- EEOC Select Task Force on the Study of Harassment in the Workplace (2016)
  - Address offensive behavior
    - Creates unproductive environment
    - Can escalate to become unlawful
    - Bystander intervention
    - It's On Us



# Additional Considerations

- Confrontation:  Reporting party should not be required to confront the person engaged in misconduct.
- Expectation of communication:
  - Inability of supervisor and/or coach to keep confidential—agents
  - Certain issues – mandatory reporting
  - Or use confidential resources



8

**EXHIBIT G**

PLAINTIFFS_000575

Case 3:21-cv-00242-WBV-SDJ    Document 373-15 *SEALED* 07/10/23    Page 26 of 47

## Problems with Electronic Communications

- **First Amendment rights?**
  - University or team interest vs. employee's reasonable expectation of privacy
  - Reflect poorly on the functional area, athletics department or University?



## Hazing – PM 80

- **Define hazing – endangers physical health or safety or causes severe emotional distress**
- **Designed to harm, punish or humiliate**
- **No one can "consent" to hazing**
- **Warning signs and behaviors**
- **Alcohol, alcohol, alcohol**



9

**EXHIBIT G**

PLAINTIFFS_000576

## Hazing – Reporting & Resources

- LSU employees and organizations – mandatory reporting
- Students – amnesty may be granted for student code violations
- Reporting options
  - 911; LSU police; other law enforcement
  - Dean of Students (e.g., online; anonymous option)



## Five Steps to Action – Bystander Intervention

1. Notice the event
2. Interpret the event as a problem
3. Take personal responsibility to act
4. Know how to help
5. Implement – take action



10

**EXHIBIT G**

PLAINTIFFS_000577

# Bystander Intervention

**Required by law – intervene when someone suffers serious bodily injury**

1. **Direct**
2. **Delegate**
3. **Distract**



# Title IX

- **What is it?**
- **"No person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any educational program or activity receiving federal financial assistance."**



11

**EXHIBIT G**

PLAINTIFFS_000578

# Title IX – Applies to

- **Gender Equity:** The unequal treatment of one sex

- **Sexual Harassment:**
  - Quid pro quo (this for that)
  - Unwelcome conduct that a reasonable person would find so severe, pervasive <u>and</u> objectively offensive denying a person equal access
  - Sexual assault, dating/domestic violence, and stalking



PFA *Consulting*
Protection For All

# University Obligations

- **NCAA requirements**
- **Federal:** Provide support, investigate and adjudicate formal complaints
  - Different than criminal process
  - Standards of proof (criminal, civil, and administrative)

PFA *Consulting*
Protection For All

12

**EXHIBIT G**

PLAINTIFFS_000579

# Other Title IX Issues

- **Reporting obligations and mandatory reporting**
- **Directly to University Title IX Coordinator**
  - ➤ In addition, Athletics Department requests notify Senior Assoc. AD Miriam Segar unless prefers complete confidentiality from Athletics
- **Other key issues**
  - ➤ Alcohol, alcohol, alcohol
  - ➤ Bystander effect
  - ➤ Bystander intervention



# University Policies

- **University Policy Prohibiting Sexual Misconduct (Permanent Memorandum 73)**
- **Other non-Title IX code of conduct violations may apply**
  - – Off campus incidents
    - In community
    - Foreign trips



13

**EXHIBIT G**

PLAINTIFFS_000580

Case 3:21-cv-00242-WBV-SDJ    Document 373-15 *SEALED* 07/10/23    Page 31 of 47

# LSU – Title IX

- **Office of the Title IX Coordinator**
  - Title IX Coordinator/Campus Coordinator – 225-578-3918; Jennie Stewart, jstewart@lsu.edu; Title IX Deputy Coordinator for Students – Brandon Common, bcommo1@lsu.edu; online reporting options available
  - www.lsu.edu/titleix
  - Video messages: LSU Title IX Coordinator and Investigator



# Finish Line

- **Provided the Independent Training Forum™**
- **Acknowledgement form**
- **Questions?**
- **Contact us now or later**





14

**EXHIBIT G**

PLAINTIFFS_000581

# Our Information

**Dan Beebe**
(214) 924-7270
beebe@protectionforall.net

**Mike McCall**
(214) 415-8121
mccall@protectionforall.net



15

**EXHIBIT G**

PLAINTIFFS_000582



**PFA** *Consulting*
Protection For All

Advanced
Independent Training Forum™

Human Relations Risks
for Employees

---

**What are Human Relations Risks?**

• **People problems**

• **Three times more exposure than XYZ, Inc.**

　　–Student-to-student

　　–Coach/employees-to-student

　　–Employee-to-employee



**PFA** *Consulting*
Protection For All

1

**EXHIBIT G**

PLAINTIFFS_000583

# Examples of Risks

- Harassment
- Discrimination
- Retaliation
- Emotional abuse
- Bullying
- Sexual misconduct
- Physical misconduct
- Hazing
- State, federal, NCAA or conference violations
- Academic fraud
- Other misconduct (e.g., gambling)



# Our Mission

- Protection for all:
  - Student-athletes
  - Coaches
  - Other employees
  - Institution



2

**EXHIBIT G**

PLAINTIFFS_000584

# Understand Your World?

- **Backgrounds in:**
  - **Athletics** – athletes, coaches, and administrators
  - **Law**
  - **Investigations**
  - **Risk Assessments**
  - **Training**
    - Thousands of college and pro athletes, coaches, and employees



# Independence = Non-conflicted

- **We are not LSU:**
  - **Employees**
  - **Legal counsel (internal or external)**
  - **Investigators**
  - **Alumni**
  - **Donors or season ticket holders**
- **Residents of your community**
- **NCAA or conference employees**
- **Governmental agencies**

3

**EXHIBIT G**

PLAINTIFFS_000585

Case 3:21-cv-00242-WBV-SDJ    Document 373-15 *SEALED* 07/10/23    Page 36 of 47

## Need for Continued Coaching

- **Why every year?**
- **Not a vaccination**
- **More like a flu shot**



## Purpose of Today's Session

- **Provide the independent forum**
- **Heighten awareness**
  - Your environment is unique
  - Although not a civility code, but trend toward addressing civility
  - Crossing the line – lenses; elements
    - Context matters; Unlawful?
- **Avenues of reporting and investigation**
- **Other resources**



4

**EXHIBIT G**

PLAINTIFFS_000586

## Reporting and Other Resources

- Hopefully most issues can be resolved directly with coaches or supervisor
- Within athletics, campus-wide and external
- Verified by PFA as an independent 3rd party
- Confidential and not
- Human element
  - If slow, ineffective or no response
  - Circumvent communication blockage
  - We understand this can be extremely frustrating

PFA *Consulting*
Protection For All

## Risky Conduct?

crossing the line



PFA *Consulting*
Protection For All

5

**EXHIBIT G**

PLAINTIFFS_000587

# Legally Protected Class Status

- Race and color
- Religion/creed
- Gender/Sex
  - Sexual harassment; pregnancy
- Sexual orientation
- Gender identity or expression
- National origin
- Age – over 40
- Disability
- Military/veteran's status
- Genetic information



# Unlawful Harassment

### Severe or Pervasive (except Title IX)

- Severe
  - Alter athletics, educational or workplace experience.
  - Even though conduct occurred once or rarely.
- Pervasive
  - Defining condition of the environment.
  - Even if no single act, viewed by itself, would be a violation.



6

PLAINTIFFS_000588

# EXHIBIT G

Case 3:21-cv-00242-WBV-SDJ    Document 373-15 *SEALED* 07/10/23    Page 39 of 47

# Two Tests...

- **Subjective test**
  - Complainant personally offended?
  - Hypersensitive?
  - Can't be a co-offender
- **Objective test**
  - Reasonable person standard
  - Factors:
    - Not just your sport
    - Public/media



# Court Decisions Guidance

- Factors that can cross the line:
  - Unreasonably interferes with the environment?
  - With ability to perform?
  - Threatening, intimidating?
  - Words as "weapons"?
- Other considerations:
  - Other petty slights, annoyances and isolated incidents (unless extremely serious; severe)
  - Merely an offensive utterance?
  - Profanity



7

**EXHIBIT G**

PLAINTIFFS_000589

# Beyond Unlawful

- Incivility
- EEOC Select Task Force on the Study of Harassment in the Workplace (2016)
  - Address offensive behavior
    - Creates unproductive environment
    - Can escalate to become unlawful
    - Bystander intervention
    - It's On Us



# Additional Considerations

- Confrontation:  Reporting party should not be required to confront the person engaged in misconduct.
- Expectation of communication:
  - Inability of supervisor and/or coach to keep confidential—agents
  - Follow through (don't just send to someone else and expect it's done)
  - Or use confidential resources



8

**EXHIBIT G**

PLAINTIFFS_000590

Case 3:21-cv-00242-WBV-SDJ   Document 373-15 *SEALED* 07/10/23   Page 41 of 47

## Problems with Electronic Communications

- First Amendment rights?
  - University or team interest vs. employee's reasonable expectation of privacy
  - Reflect poorly on the functional area, athletics department or University?



## Hazing

- Define hazing – endangers physical health or safety or causes severe emotional distress
- Designed to harm, punish or humiliate
- No one can "consent" to hazing
- Warning signs and behaviors
- Alcohol, alcohol, alcohol



9

**EXHIBIT G**

PLAINTIFFS_000591

## Hazing – Reporting & Resources

- LSU employees and organizations – mandatory reporting
- Students – amnesty may be granted for student code violations
- Reporting options
  - 911; LSU police; other law enforcement
  - Dean of Students (e.g., online; anonymous option)



## Five Steps to Action – Bystander Intervention

1. Notice the event
2. Interpret the event as a problem
3. Take personal responsibility to act
4. Know how to help
5. Implement – take action



10

PLAINTIFFS_000592

# EXHIBIT G

Case 3:21-cv-00242-WBV-SDJ      Document 373-15 *SEALED* 07/10/23      Page 43 of 47

# Bystander Intervention

**Required by law – intervene when someone suffers serious bodily injury**

1. Direct
2. Delegate
3. Distract



# Title IX

- **What is it?**
- "No person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any educational program or activity receiving federal financial assistance."



11

**EXHIBIT G**

PLAINTIFFS_000593

Case 3:21-cv-00242-WBV-SDJ    Document 373-15 *SEALED* 07/10/23    Page 44 of 47

# Title IX – Applies to

- **Gender Equity:** The unequal treatment of one sex
- **Sexual Harassment:**
  - Quid pro quo (this for that)
  - Unwelcome conduct that a reasonable person would find so severe, pervasive <u>and</u> objectively offensive denying a person equal access
  - Sexual assault, dating/domestic violence and stalking

PFA *Consulting*
Protection For All

# University Obligations

- **NCAA requirements**
- **Federal:** Provide support, investigate and adjudicate formal complaints
  - Different than criminal process
  - Standards of proof (criminal, civil, and administrative)

PFA *Consulting*
Protection For All

12

PLAINTIFFS_000594

# EXHIBIT G

# Other Title IX Issues

- **Reporting obligations and mandatory reporting**
- **Directly to University Title IX Coordinator**
  - ➤ In addition, Athletics Department requests notify Senior Assoc. AD Miriam Segar unless prefers complete confidentiality from Athletics
- **Other key issues**
  - ➤ Alcohol, alcohol, alcohol
  - ➤ Bystander effect
  - ➤ Bystander intervention



# University Policies

- **University Policy Prohibiting Sexual Misconduct (Permanent Memorandum 73)**
- **Other non-Title IX code of conduct violations may apply**
  - – Off campus incidents
    - • In community
    - • Foreign trips



13

**EXHIBIT G**

Case 3:21-cv-00242-WBV-SDJ    Document 373-15 *SEALED* 07/10/23    Page 46 of 47

# LSU – Title IX

- **Office of the Title IX Coordinator**
  - Title IX Coordinator/Campus Coordinator – 225-578-3918; Jennie Stewart, jstewart@lsu.edu; Title IX Deputy Coordinator for Students – Brandon Common, bcommo1@lsu.edu; online reporting options available
  - www.lsu.edu/titleix
  - Video messages: LSU Title IX Coordinator



# Finish Line

- **Provided the Independent Training Forum™**
- **Acknowledgement form**
- **Questions?**
- **Contact us now or later**





14

**EXHIBIT G**

# Our Information

**<u>Dan Beebe</u>**
(214) 924-7270
<u>beebe@protectionforall.net</u>

Mike McCall
(214) 415-8121
<u>mccall@protectionforall.net</u>



15

PLAINTIFFS_000597

# EXHIBIT G