Case 3:21-cv-00242-WBV-SDJ    Document 473-16   10/13/23   Page 1 of 4
Case 3:21-cv-00242-WBV-SDJ    Document 373-16 *SEALED* 07/10/23   Page 1 of 4
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Louisiana State University
### Sexual Misconduct and Sexual Harassment (PM73) Complaint Form

Submitted on April 26, 2018 at 10:30:12 pm CDT

| | |
|---|---|
| Nature: | **Dating Violence** |
| Urgency: | **Normal** |
| Incident Date and Time: | **2018-04-03** |
| Incident Location: | **Off-Campus** |

**Reported by**

| | |
|---|---|
| Name: | **Miriam Segar** |
| Title: | **Sr. Associate Athletics Director** |
| Email: | **msegar@lsu.edu** |
| Phone: | **225-578-5785** |
| Address: | **North Stadium Drive** |
| | **[UNAUTHENTICATED]** |

**Involved Parties**

**Jade Lewis (896760043)**   1998-▮   jademlewis@gmail.com   843-295-8876
Victim                        Female

Reda▮ ▮▮▮▮▮▮▮▮ Redacted ▮▮▮▮▮▮▮
Alleged    Male

**Questions**

If this is a discrimination or harassment complaint, please indicate the protected status(es) that is/are the basis of the alleged behavior.

Describe the incident(s)/event(s) including date, times, locations, and any potential witness(es) to the behavior.
▮▮▮ **and Lewis are in a dating relationship. It was reported by Lewis to the team athletic trainer and to me that she was punched in the stomach/rib area by** ▮▮▮ **on April 3, 2018. The incident was first reported to Athletics Administration on the evening of 4/25/2018 by Lewis. Lewis rib is very swollen and she has been unable to sleep and is having pain in her left rib area. Lewis saw a medical doctor on 4/26/2018 and was told to stop exercising and rest to allow time for the rib to properly heal.**
**As background to the incident, Lewis attended LSU in Spring 2017 and was romantically involved with** ▮▮▮.
**Lewis did not return to school Fall 2017 and pursued professional athletic career. Lewis returned to Baton Rouge in March 2018 and is currently enrolled in an online course and is enrolling in Spring Intersession and Summer classes and will maintain enrollment in 2018-19 academic year. Upon her return to Baton Rouge,** ▮▮▮ **and Lewis reconnected and are romantically involved. Lewis reported that** ▮▮▮ **was first abusive to her in Spring 2017 when he was upset and punched her in the stomach. The punch on April 3, 2018 was the second time she had been physically abused by** ▮▮▮. **She indicated that** ▮▮▮ **is very possessive of her and doesn't like her to leave the apartment and always wants to know where she is. On April 3, he became jealous when she went out with friends. He confronted her that evening and "punched her in the stomach/ribs". Lewis was encouraged to cease contact with** ▮▮▮ **and file a report with LSU Police. Lewis indicated that she was still in a relationship with** ▮▮▮ **and did not want to report the incident to police. She notified us of the incident because she wanted medical care for the injury she sustained. Lewis was encouraged to utilize domestic abuse resources and has made an appointment with LSU Sport Psychologist.**

Describe the impact the behavior has had on you.
**Incident is concerning for safety and welfare of the student. The student wants to maintain privacy.**

Have you taken any action to stop the behavior?
**No**


EXHIBIT 22

BOS-002023

**EXHIBIT G**

Case 3:21-cv-00242-WBV-SDJ    Document 473-16    10/13/23    Page 2 of 4
Case 3:21-cv-00242-WBV-SDJ    Document 373-16 *SEALED* 07/10/23    Page 2 of 4
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

If you have taken action to stop the behavior, what actions have you taken and what was the outcome?
**I have encouraged Lewis to refrain from associating with ▮▮▮ and have encouraged reporting to police. She has also been encouraged to use university and community resources.**

Please add any additional information that supports your complaint. You may upload screenshots, other pictures, or documents later in this form.

What remedy are you seeking (no contact, restrictions or limitations, removal)?
**Counseling for both individuals and violent behavior to cease.**

Pending IR #00014942
Submitted from 130.39.199.197 and routed to Jonathan Sanders (Associate Dean of Students & Director of SAA). Processed by routing rule #106.
Copies to: mari@lsu.edu,jbrum@lsu.edu,jstewart@lsu.edu,ahende3@lsu.edu,jsanders@lsu.edu

## Louisiana State University
### Sexual Misconduct and Sexual Harassment (PM73) Complaint Form

*Submitted on August 14, 2018 at 1:35:36 pm CDT*

| | |
|---|---|
| Nature: | **Dating Violence** |
| Urgency: | **Normal** |
| Incident Date and Time: | **2018-08-14  9:30 AM** |
| Incident Location: | **Off-Campus** |

**Reported by**

| | |
|---|---|
| Name: | **Miriam Segar** |
| Title: | **Sr. Associate Athletics Director** |
| Email: | **msegar@lsu.edu** |
| Phone: | **225-578-5785** |
| Address: | **Athletics Admin Building** |
| | **[UNAUTHENTICATED]** |

### Involved Parties

| | | | |
|---|---|---|---|
| **Reda[Redacted]** | | | |
| Victim | Male | off campus | |
| **Jade Lewis (89-676-0043)** | 1998-[Redacted] | jlew158@lsu.edu | 843-295-8876 |
| Alleged | Female | Nicholson Gateway | |

### Questions

If this is a discrimination or harassment complaint, please indicate the protected status(es) that is/are the basis of the alleged behavior.

Describe the incident(s)/event(s) including date, times, locations, and any potential witness(es) to the behavior.
[Reda] reported to my office on Tuesday, August 14 at approximately 9:30am to report his concern for Jade Lewis' mental health and personal safety. He indicated that Jade showed up at his WCA assignment (during preseason camp) at approximately 10:00 pm on Wednesday, August 8 and tried to enter his WCA residence. He did not see her or speak to her but she attempted to gain access and was stopped by [Redacted] [Redacted]. On Thursday, August 9 /Friday, August 10 @ 1:00am Lewis showed up to his off campus apartment and was drunk and asked to have sex with him. [Redacted] indicated that he called her friend [Redacted] to come get her and did not let her into the apartment. [Redacted] has blocked her from social media but she continues to try to contact him through others. He indicated his reason for reporting this was his fear for her personal safety and indicated that she has attempted to harm herself by cutting her wrist in the past. He said wanted her to get assistance. I asked if he was fearful for his personal safety and he said no. I have attached copies of text messages he gave me.

Describe the impact the behavior has had on you.
**Domestic case that needs resolution/ both are in athletics department.**

Have you taken any action to stop the behavior?
**Yes**

If you have taken action to stop the behavior, what actions have you taken and what was the outcome?
**advised both students to cease contact.**

Please add any additional information that supports your complaint. You may upload screenshots, other pictures, or documents later in this form.



**EXHIBIT G**

BOS-001861

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

What remedy are you seeking (no contact, restrictions or limitations, removal)?
**As administrator want the case to be reviewed quickly to protect all involved.**

Attachments

textmessages.pdf

*Pending IR #00015391*
*Submitted from 130.39.199.197 and routed to Jennie Stewart (Title IX Coordinator, Office of the General Counsel). Processed by routing rule #106.*
*Copies to: mari@lsu.edu,jscott11@lsu.edu,jsanders@lsu.edu,*

**EXHIBIT G**

BOS-001862