Case 3:21-cv-00242-WBV-SDJ   Document 473-17   10/13/23   Page 1 of 3
Case 3:21-cv-00242-WBV-SDJ   Document 373   *SEALED* 07/10/23   Page 1 of 3
SAMANTHA BRENNAN                                                    09/26/2022

Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, SAMANTHA BRENNAN, CALISE RICHARDSON, JADE LEWIS, KENNAN JOHNSON, ELISABETH ANDRIES, JANE DOE, ASHLYN ROBERTSON, CORINN HOVIS, AND SARAH BETH KITCH | CASE NO. 3:21-CV-00242 |

VS.

BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY AND
AGRICULTURAL AND MECHANICAL
COLLEGE, AND VERGE AUSBERRY,
MIRIAM SEGAR, JENNIE STEWART,
AND JONATHAN SANDERS, IN THEIR
INDIVIDUAL CAPACITIES

* * * * * * * * * * * * * * * * * * * * * * *

*** CONFIDENTIAL TRANSCRIPT ***

*** SUBJECT TO PROTECTIVE ORDER ***

The deposition of SAMANTHA BRENNAN, taken in connection with the captioned cause, pursuant to the following stipulations before RITA A. DEROUEN, Certified Court Reporter, at Phelps Dunbar, 400 Convention Street, Suite 1100, Baton Rouge, Louisiana 70802 on September 26, 2022, beginning at 9:06 am.

COURT REPORTERS OF LOUISIANA, L.L.C.
9522 Brookline Avenue, Suite 217
Baton Rouge, Louisiana  70809
PHONE (225) 201-9650 * FAX (225) 201-9651
E-mail:  depos@courtreportersla.com

# EXHIBIT H

Case 3:21-cv-00242-WBV-SDJ   Document 473-17   10/13/23   Page 2 of 3
Case 3:21-cv-00242-WBV-SDJ   Document 373-17 *SEALED* 07/10/23   Page 2 of 3

09/26/2022
Page 58

```
 1      A.  No.
 2      Q.  Okay.  All right.  But at some point, fair
 3  to say, you were in the office of Sharon Lewis on
 4  that date?
 5      A.  Correct.
 6      Q.  Okay.  So you initiated the conversation
 7  with Ms. Lewis?
 8      A.  I don't know for sure.
 9      Q.  But you went to her office?
10      A.  I was in her office.
11      Q.  You were not summoned?
12      A.  That's what I don't know.
13      Q.  Okay.
14      A.  I can't remember the order of all of that,
15  all of the meetings.  I just know certain meetings
16  happened, I don't remember how or the order
17  exactly.
18      Q.  Okay.  All right.  So what was -- what was
19  discussed at that meeting with Sharon?  And I'm
20  just talking about a meeting with only Sharon.
21      A.  I told her that it came to my attention
22  that morning that a nude photo was taken and
23  shared and the only person that could have taken
24  it was ████████████
25          And this is where I know I had a couple of
```

**EXHIBIT H**

Case 3:21-cv-00242-WBV-SDJ   Document 473-17   10/13/23   Page 3 of 3
Case 3:21-cv-00242-WBV-SDJ   Document 373-17 *SEALED* 07/10/23   Page 3 of 3

09/26/2022
Page 59

```
 1  conversations with Sharon, but I believe in that
 2  one she was very kind of harsh and distant.  And I
 3  can't remember if I left and came back or if she'd
 4  already spoken with ████, because she had told
 5  me at one point that ████ claims he was never
 6  in my apartment.
 7       Q.  Okay.
 8       A.  And I remember very clearly saying, Well,
 9  that's funny, since I have text messages from him
10  asking for his wallet back from my apartment.  And
11  then Sharon Lewis's demeanor completely changed
12  and it was, as I said previously, more of a
13  protective mama bear instinct towards me came over
14  her.
15       Q.  Okay.  But it's your understanding that
16  she may have had some discussion with ████
17  before speaking with you?
18       A.  At some point, yes, because I remember
19  that specific conversation of ████ claiming
20  that he was never in my apartment.
21       Q.  Okay.  And you mentioned the text exchange
22  with ████  Did you show it to her on your own
23  phone possibly?
24       A.  Yes, uh-huh.
25       Q.  And you explained kind of her reaction and
```

**EXHIBIT H**