Case 3:21-cv-00242-WBV-SDJ   Document 473-18   10/13/23   Page 1 of 6
Case 3:21-cv-00242-WBV-SDJ   Document 373-18 *SEALED* 07/10/23   Page 1 of 6

11/02/2022
Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.

                      CASE NO.: 3:21-cv-00242
                      DIVISION: WBV-SDJ
VERSUS              JUDGE WENDY B. VITTER
                      MAG. JUDGE JOHNSON
                      JURY DEMANDED

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL

  * * * * * * * * * * * * * * * * * * * * *

DAY 1 OF THE DEPOSITION OF

VERGE AUSBERRY

TAKEN AT PHELPS DUNBAR, 400 CONVENTION

STREET, BATON ROUGE, LOUISIANA 70802, ON

NOVEMBER 3, 2022, BEGINNING AT 9:08 A.M.

REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER
    CERTIFICATE NUMBER 29011

**EXHIBIT I**

Case 3:21-cv-00242-WBV-SDJ    Document 473-18    10/13/23    Page 2 of 6
Case 3:21-cv-00242-WBV-SDJ    Document 373-18 *SEALED* 07/10/23    Page 2 of 6
11/03/2022
Page 262

```
 1         the allegations.
 2  BY MR. ENGLISH:
 3  Q    Thank you.  We're going to try to land
 4       this plane.  It's getting late.  Okay.  I
 5       appreciate your patience being here all
 6       day; okay?
 7              MR. PATIN:
 8                   The wheels are down?
 9              MR. ENGLISH:
10                   The wheels are down.
11  BY MR. ENGLISH:
12  Q    Now, we're going to talk with you about
13       Calise Richardson and the PM 73
14       investigation that was filed against
15       Sharon Lewis; okay?  When did you first
16       have a conversation with Calise
17       Richardson about ████████ and what had
18       occurred between them?
19  A    It took place, it was across the street
20       at my building on the first floor.  It
21       was after an email from her mother and
22       then we had some communications and
23       Calise came over and talked to me about
24       the situation where she was very
25       distraught, crying, told me some of the
```

**EXHIBIT I**

Case 3:21-cv-00242-WBV-SDJ    Document 473-18    10/13/23    Page 3 of 6
Case 3:21-cv-00242-WBV-SDJ    Document 373-18 *SEALED* 07/10/23    Page 3 of 6
11/03/2022
Page 263

```
 1    story about her and ████, about the bar
 2    situation.  She told me that.  She told
 3    me she thought that she had told Ms.
 4    Sharon about it earlier whenever it
 5    happened and I know she was very upset
 6    about the details and about her getting
 7    fired from football and things like that.
 8    So, when she told me that, I told her, I
 9    asked her, I said would you like to come
10    see Miriam upstairs.  She said no, I
11    don't want to talk to Miriam right now.
12    I said well look, I'm going to have to
13    tell Miriam.  I'm going to have to report
14    this.  Because what you told me, I'm
15    going to have to report it.  So, after
16    our conversation I went upstairs.  I said
17    Miriam, you need to look into this here.
18    There's a matter with Lisa Richardson.
19    Here's her phone number and I think she
20    has some information about ████, some
21    things that happened with her and ████
22    at a bar but I think they dated or were
23    in a relationship or something else might
24    have happened so please give her a call.
25    That's how I started the process.
```

**EXHIBIT I**

Case 3:21-cv-00242-WBV-SDJ    Document 473-18    10/13/23    Page 4 of 6
Case 3:21-cv-00242-WBV-SDJ    Document 373-18 *SEALED* 07/10/23    Page 4 of 6
11/03/2022
Page 317

```
 1      it Miriam and it goes up the ladder.
 2      There was reporting those type of things.
 3      We weren't -- other than reporting,
 4      that's all you do.  That was the part of
 5      the Title IX that we had learned back
 6      then.  Fast-forward today and seeing
 7      where things was and the Husch Blackwell
 8      report and the training and things that
 9      they taught us, the mistakes, whatever
10      mistakes we made, who you have to report
11      to.  You don't report in your department.
12      You have to make sure you report to the
13      Title IX office on campus.
14 BY MS. TRUSZKOWSKI:
15 Q   You referenced mistakes that we made.
16     What did you mean by that?
17 A   Just like the report, my mistake with the
18     text messages.  I never said I should --
19     if I had the information that I knew now.
20     I should have sent that to Miriam.  I'd
21     say Miriam, look at here.  ▮▮▮▮ sent me
22     this.  I don't know what it's about.  The
23     young woman is not a student on LSU's
24     campus but she's a former athlete and he
25     told me this and I should have reported
```

# EXHIBIT I

Case 3:21-cv-00242-WBV-SDJ    Document 473-18    10/13/23    Page 5 of 6
Case 3:21-cv-00242-WBV-SDJ    Document 373-18 *SEALED* 07/10/23    Page 5 of 6    11/03/2022
Page 318

```
 1       it.  I called and we had a conversation
 2       but I should have had probably more of a
 3       conversation and more with Miriam or
 4       filed with the Title IX office once I
 5       started learning these things.
 6   Q   I want to make sure I know which incident
 7       you're talking about.  Are you talking
 8       about ▮▮▮▮▮▮▮▮▮ and Jade Lewis?
 9   A   Yes.  That is it.
10   Q   So, you were sent the text messages and
11       you responded the way that you thought
12       was appropriate but now looking back, you
13       would do it differently?
14   A   I would do it differently.  Yes.
15   Q   And you said that Title IX became more
16       prominent after what happened at Baylor.
17       What happened at Baylor that changed
18       things?
19   A   You had Baylor and Penn State.  I think
20       it probably happened -- Penn State might
21       have happened after Baylor or before.  I
22       don't remember what time era it came in.
23       Baylor was the basketball players and the
24       cover-up -- there were some murders
25       involved.  The rapes, the police --
```

**EXHIBIT I**

Case 3:21-cv-00242-WBV-SDJ   Document 473-18   10/13/23   Page 6 of 6
Case 3:21-cv-00242-WBV-SDJ   Document 373-18 *SEALED* 07/10/23   Page 6 of 6

11/03/2022
Page 342

```
 1      about that and the thing I -- I go back
 2      and read it because when ▮▮▮▮ called me,
 3      it was like -- or texted me that time, it
 4      was like fourteen days after the incident
 5      happened.  And about the young woman not
 6      being a student on-campus, things of that
 7      nature, it was just like a little blurb
 8      on there but like it stood out like Verge
 9      Ausberry was the leader of everything in
10      the department.  I was like this is -- I
11      have some questions and concerns about
12      that because a lot of these things I
13      don't even know about, didn't even know
14      some of the people, some of the
15      defendants I have no clue who they are
16      even.
17  Q   So, did you feel like the Husch Blackwell
18      report mischaracterized your role or just
19      didn't put enough detail about your role?
20  A   I would say enough detail.  I would say
21      detail because some of those things and
22      situations I was like what is this.  I'm
23      trying to figure it out.  They went to
24      the women committee, all these questions
25      about, like what people did, the lady in
```

# EXHIBIT I