Case 3:21-cv-00242-WBV-SDJ   Document 473-19   10/13/23   Page 1 of 11
Case 3:21-cv-00242-WBV-SDJ   Document 373-19 *SEALED* 07/10/23   Page 1 of 11

01/31/2023
Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.
                        CASE NO.: 3:21-cv-00242
                        DIVISION WBV-SDJ
VERSUS              JUDGE WENDY B. VITTER
                        MAG. JUDGE JOHNSON

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL

  * * * * * * * * * * * * * * * * * * * * * *

VIDEO CONFERNECE DEPOSITION OF

MICHAEL SELL

TAKEN VIA ZOOM, BATON ROUGE, LOUISIANA, ON

JANUARY 31, 2023, BEGINNING AT 9:05 A.M.

REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER
    CERTIFICATE NUMBER 29011

# EXHIBIT J

Case 3:21-cv-00242-WBV-SDJ   Document 473-19   10/13/23  Page 2 of 11
Case 3:21-cv-00242-WBV-SDJ   Document 373-19 *SEALED* 07/10/23  Page 2 of 11   01/31/2023

Page 39

```
 1  A    Yes.
 2  Q    So, you don't have any objection or
 3       quarrel with anything that was reported
 4       regarding you in the report?
 5  A    No.
 6  Q    So, you mentioned that you took issue
 7       with what Mr. Lewis reported or what was
 8       reported in the -- what Mr. Lewis told
 9       Mr. Schneider.  You had some issues with
10       that; can you tell me about that?
11  A    About what?
12  Q    You said that there were things in the
13       report from David Lewis that you did not
14       agree with?
15  A    Correct.
16  Q    Can you tell me about what portions of
17       the report you don't agree with as far as
18       Mr. Lewis?
19  A    Yes, David Lewis has never told me about
20       any alleged abuse regarding Jade.
21  Q    Let's go back to Mr. Lewis stated that he
22       had called you sometime in 2017 -- May or
23       June, about that time -- and reported
24       certain things about Jade to you or his
25       concerns about Jade.  What is your
```

**EXHIBIT J**

Case 3:21-cv-00242-WBV-SDJ    Document 473-19    10/13/23  Page 3 of 11
Case 3:21-cv-00242-WBV-SDJ    Document 373-19 *SEALED* 07/10/23  Page 3 of 11
01/31/2023
Page 40

```
 1        recollection about what Mr. Lewis told
 2        you?
 3              MR. KORNMAN:
 4                    Object to form.  You can
 5              answer.
 6   A    You're talking about which phone call or
 7        any of the phone calls?
 8   BY MS. TRUSZKOWSKI:
 9   Q    The very first phone call that Mr. Lewis
10        referenced would have been sometime in
11        2017 -- May or June -- somewhere in that
12        area.  What is your recollection of what
13        Mr. Lewis told you his concerns were
14        about Jade?
15              MR. KORNMAN:
16                    Same objection.  You can
17              answer.
18   A    About Jade's pro career.  Everything that
19        David had was about making sure that Jade
20        continued and the decision was to play
21        pro tennis and that he was deliberate
22        about her continuing on that process and
23        that college was done.  She's playing pro
24        tennis and she's going to continue to
25        play pro tennis no matter what.
```

**EXHIBIT J**

Case 3:21-cv-00242-WBV-SDJ   Document 473-19   10/13/23   Page 4 of 11
Case 3:21-cv-00242-WBV-SDJ   Document 373-19 *SEALED* 07/10/23   Page 4 of 11   01/31/2023

Page 41

```
 1  BY MS. TRUSZKOWSKI:
 2  Q   Do you recall if Mr. Lewis expressed
 3      concerns about Jade at that time?
 4  A   His concern with Jade was about pro
 5      tennis and her continuing onto the pro
 6      career.
 7  Q   So, to the best of your recollection, Mr.
 8      Lewis did not talk to you about personal
 9      concerns with Jade, aside from her pro
10      tennis career?
11  A   In that first phone call he never
12      mentioned anything other than tennis.
13  Q   Let's reference that as the first phone
14      call.  Do you recall after that when the
15      next time was that you talked to Mr.
16      Lewis?
17  A   I believe it was later that summer, it
18      was in July, August.
19  Q   During that next phone call, tell me what
20      that discussion was about?
21  A   It was still about having the (inaudible)
22      about tennis.  She was obviously playing
23      and she was in Europe.  Jade was
24      communicating back and forth, not happy
25      and David was concerned with not having
```

**EXHIBIT J**

Case 3:21-cv-00242-WBV-SDJ    Document 473-19    10/13/23   Page 5 of 11
Case 3:21-cv-00242-WBV-SDJ    Document 373-19 *SEALED* 07/10/23   Page 5 of 11
01/31/2023
Page 42

```
 1        good results and where's her mind at and
 2        wanted to make sure that the path of Jade
 3        playing pro tennis was still sustained,
 4        that I was keeping up with that same
 5        message.
 6   Q    So, Mr. Lewis expressed to you -- and I
 7        don't want to put words in your mouth or
 8        his -- but something about I don't know
 9        where her mind is at; is that accurate?
10              MR. KORNMAN:
11                     Object to form.  You can
12              answer.
13   A    I don't want to use that general of a
14        statement because Mr. Lewis was so
15        adamant about Jade's tennis career and
16        staying out there that Jade was unhappy
17        with the hitting partner.  Jade was
18        unhappy that she can't properly talk to
19        her father about any concerns.  The
20        results weren't doing well so yeah, she
21        was upset and so forth but David wanted
22        to continue her on the pro career, like I
23        said.
24   BY MS. TRUSZKOWSKI:
25   Q    That phone call was a few months in
```

**EXHIBIT J**

Case 3:21-cv-00242-WBV-SDJ   Document 473-19   10/13/23   Page 6 of 11
Case 3:21-cv-00242-WBV-SDJ   Document 373-19 *SEALED* 07/10/23   Page 6 of 11   01/31/2023

Page 43

```
 1        proximity from phone call number one?
 2   A    Correct.
 3   Q    When did you talk to him next after that?
 4        After phone call number one, phone call
 5        number two, do you recall when you talked
 6        to him next?
 7   A    I don't.
 8   Q    Did you talk to him after that?
 9   A    I don't remember if I did or not.  No
10        recollection of that.
11   Q    After David contacted you in those two
12        phone calls and as you said, he expressed
13        concern about Jade's career, after those
14        discussions did you have concerns about
15        Jade at that point?
16   A    My concern with Jade was the ability to
17        express her feelings to her father and to
18        best help her be successful on the pro
19        tour.
20   Q    Do you have any personal thoughts or
21        speculation about why Jade was having a
22        hard time on the tour, if you can answer
23        that?
24   A    I don't think I can answer that.  I have
25        no idea what Jade would be thinking.
```

# EXHIBIT J

Case 3:21-cv-00242-WBV-SDJ   Document 473-19   10/13/23   Page 7 of 11
Case 3:21-cv-00242-WBV-SDJ   Document 373-19 *SEALED* 07/10/23   Page 7 of 11   01/31/2023

Page 44

```
 1  Q   At some point Jade is going to come back
 2       to LSU after being on the tour for a
 3       certain period of time.  Can you tell me
 4       about your recollection about Jade coming
 5       back to the university?
 6  A   What time period are you talking about?
 7       Are you talking about after her playing
 8       career is done?  Are you talking about --
 9       I just want to make sure I answer the
10       correct question.  What specific time
11       period are you talking about coming back
12       to LSU?
13  Q   So, Jade started at LSU about January of
14       2017.
15  A   Correct.
16  Q   She played for that season; correct?
17  A   Yeah.
18  Q   Then she left and went on the pro
19       circuit?
20  A   Yes, she went immediately after the NCAA
21       tournament on the pro circuit, yes.
22  Q   The NCAA tournament you're referring to
23       in 2017?
24  A   Yes.
25  Q   Then she goes on the pro circuit?
```

**EXHIBIT J**

Case 3:21-cv-00242-WBV-SDJ    Document 473-19    10/13/23   Page 8 of 11
Case 3:21-cv-00242-WBV-SDJ    Document 373-19 *SEALED* 07/10/23   Page 8 of 11    01/31/2023

Page 45

```
 1  A   Yes.
 2  Q   At some point you get phone calls from
 3      Mr. Lewis that he has concerns about her,
 4      about Jade?
 5  A   Yes.
 6  Q   And then eventually she comes back to
 7      LSU, leaves the circuit at that point and
 8      comes back to LSU?
 9  A   Yeah, she left the circuit in mid-spring
10      of 2018, is my guess and my recollection.
11      I don't know the specific date, whether
12      it was in March or April, I don't know.
13      Somewhere in that time period.
14  Q   That's okay.  When did you learn that
15      Jade was planning to come back to LSU
16      after she left the professional circuit?
17  A   Officially?
18  Q   Yes.
19  A   She contacted Julia and Julia told me.
20  Q   You might have to help me with this, too.
21      Once Jade went professional, my
22      understanding is that that affected her
23      eligibility to come back and play on a
24      collegiate level.  Is that accurate based
25      upon NCAA regulations?
```

**EXHIBIT J**

Case 3:21-cv-00242-WBV-SDJ   Document 473-19   10/13/23 Page 9 of 11   01/31/2023
Case 3:21-cv-00242-WBV-SDJ   Document 373-19 *SEALED* 07/10/23 Page 9 of 11
Page 94

```
 1       current student athletes, yes.
 2   Q   Did you ever observe any issues with Jade
 3       yourself?  Did you ever observe her with
 4       a black eye or exhibiting any physical
 5       issues?
 6   A   No.
 7   Q   Did you ever observe any -- let me
 8       rephrase that.  So, you never saw
 9       anything on Jade that would make you
10       think she was injured in any way?
11   A   Correct.
12   Q   Were you aware that in 2017 at the NCAA
13       tournament that Jade was having issues
14       with pain in her rib cage or her torso?
15   A   No.
16   Q   Did you know that she had consulted with,
17       I believe Donovan White, the trainer,
18       about those issues?
19   A   No.
20   Q   Did you find out about that at a later
21       date?
22   A   The first time I knew about anything
23       regarding Jade was in June of 2018.
24   Q   Before you found out about the issues
25       between ▇▇▇▇▇▇▇ and Ms. Lewis in 2018,
```

**EXHIBIT J**

Case 3:21-cv-00242-WBV-SDJ   Document 473-19   10/13/23   Page 10 of 11   01/31/2023
Case 3:21-cv-00242-WBV-SDJ   Document 373-19 *SEALED* 07/10/23   Page 10 of 11
Page 95

```
 1        did you have any idea that Jade and ▇
 2        ▇ -- did you have any knowledge of
 3        Jade being involved with ▇?
 4   A    Yes.
 5   Q    Tell me about what you knew about Jade
 6        and ▇.
 7             MR. KORNMAN:
 8                  Object to form.  You can
 9             answer.
10   A    I first learned about it when Mr. Lewis
11        brought up his name to me in a phone
12        conversation that we had and he mentioned
13        the name ▇ and that's how I
14        first learned of anything socially with
15        Jade.
16   BY MS. TRUSZKOWSKI:
17   Q    Do you recall -- we talked about the
18        discussions that you had with Mr. Lewis.
19        Do you recall when he first mentioned
20        ▇ to you?
21   A    It was in the second phone call.
22   Q    The second phone call in 2017?
23   A    Yes.
24   Q    What did David Lewis tell you about ▇
25        ▇?
```

**EXHIBIT J**

Case 3:21-cv-00242-WBV-SDJ   Document 473-19   10/13/23   Page 11 of 11
Case 3:21-cv-00242-WBV-SDJ   Document 373-19 *SEALED* 07/10/23   Page 11 of 11   01/31/2023

Page 96

```
 1  A    Do you know anything about this boy,
 2       ████████?
 3  Q    He was inquiring as to what you knew
 4       about ████?
 5  A    Yeah, the relationship, anything to do
 6       with it, if I knew anything that he
 7       didn't know, I don't know.  So, yes.
 8  Q    What was your response to Mr. Lewis when
 9       he asked you that question?
10  A    I don't know anything about their
11       relationship or anything.
12  Q    So, up until that point you didn't know
13       that there was anything going on between
14       Jade and ████?
15  A    Correct.
16  Q    So, that phone call was the first time
17       that you were notified or were informed
18       about interactions between Jade and
19       ████?
20  A    Correct.
21  Q    Did Mr. Lewis give you any indication as
22       to why he was asking you that question?
23  A    No, he never really gave me clear
24       indication.  He was still into the mantra
25       of I don't want to let this guy be a
```

**EXHIBIT J**