```
                    UNITED STATES DISTRICT COURT

                    MIDDLE DISTRICT OF LOUISIANA


ABBY OWENS, ET AL
                                    CASE NO.: 3:21-cv-00242
                                    DIVISION WBV-SDJ
VERSUS                              JUDGE WENDY B. VITTER
                                    MAG. JUDGE JOHNSON
                                    JURY DEMANDED

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY, ET AL


    * * * * * * * * * * * * * * * * * * * *

            VIDEO CONFERENCE DEPOSITION OF
                    DONOVAN WHITE

TAKEN VIA ZOOM, BATON ROUGE, LOUISIANA, ON
NOVEMBER 15, 2022, BEGINNING AT 1:08 P.M.


REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER
    CERTIFICATE NUMBER 29011
```

Page 1

# EXHIBIT K

```
39
 1   swim or whatnot and then, of course, with
 2   tennis as well.
 3   Q     During your time there you mentioned
 4   domestic violence.  Did you ever
 5   encounter any student athletes that you
 6   were concerned about with domestic
 7   violence or some assault or any issues
 8   that they might be having?
 9   A     The only time was with Jade.
10   Q     Tell me about that.  What did you become
11   aware of?  What was your knowledge about
12   Jade?
13   A     About that where it was spring, it was
14   April -- it was the end of April of 2018
15   -- where one day I was at practice and I
16   remember one of the girls mentioning
17   something to me, saying hey you should go
18   talk to Jade.  She's got something going
19   on so then after practice I approached
20   her and asked her about it and that's
21   when she opened up about what was going
22   on with her ribs and how she was
23   assaulted by ▮▮▮▮▮ -- that was the one
24   time.
25   Q     So, to your recollection she approached,
```

Page 39

**EXHIBIT K**

```
                                                           40
 1   excuse me, let me back up.  You
 2   approached her because one of the other
 3   tennis players said hey something's up
 4   with Jade?
 5   A    Yes.
 6   Q    And you went and talked to Jade?
 7   A    Yes.
 8   Q    Do you remember where you were when you
 9   had that talk with her?
10   A    It was after practice outside the
11   training room when I talked to her.
12   Q    And this was in April of 2018?
13   A    Yes.
14   Q    So, tell me what you remember Jade
15   telling you when you approached her.
16   First of all, what did you say to her and
17   then tell me what you recall her saying
18   back to you?
19   A    I think I remember saying hey, I heard
20   from someone that you have something
21   going on or do you have something for me
22   to check out or make sure you're good and
23   then she told me what had happened.  She
24   showed me on her side where she was hit
25   previously and then I remember you could
```

Page 40

**EXHIBIT K**

```
41
 1   see it was red and raised a little bit
 2   and swollen.  She was pretty tender.  And
 3   then what was the other part of the
 4   question?
 5   Q    You approached her.  What did she tell
 6   you, did she say ▓▓▓▓ hit me or how did
 7   she explain?
 8   A    Yeah, I think they had gotten in an
 9   argument where I can't remember if it was
10   -- yes -- where he hit her.  I think she
11   may have mentioned being caught in-
12   between a door or something like that as
13   well trying to get him out of her place
14   but yes, she essentially said he hit her
15   in her side.
16   Q    Up until that point had you become aware
17   of any other altercations or problems
18   between the two of them -- between Jade
19   and ▓▓▓▓▓?
20   A    No.
21   Q    Were you surprised when she told you that
22   ▓▓▓▓▓ had physically assaulted her?
23   A    I was, yes.
24   Q    After you talk with her, she tells you
25   what's going on, what did you do next?
```

Page 41

Court Reporters of Louisiana           225-201-9650
A Veritext Company                     www.veritext.com

# EXHIBIT K

```
53
 1   happened before?
 2   A    I remember she had mentioned that he
 3   would sometimes check her location or
 4   kind of ask where was she going or who
 5   was she hanging out with.  I found out
 6   about all of that stuff.
 7   Q    To the best of your memory, you did not
 8   know about any altercations between Jade
 9   and ▓▓▓▓ that happened before that date
10   in April of 2018?
11   A    Not until that day, correct.
12   Q    Do you recall if anyone else -- Micki,
13   Miriam or anyone else -- mentioned or
14   suggested that they were aware of any
15   issues between ▓▓▓▓ and Jade before
16   then, in 2018?
17   A    No.
18   Q    Is it your recollection that they acted
19   or suggested that that was the first time
20   that they had learned about this?
21   A    To my knowledge, yes.
22   Q    So, after you take Jade home, what
23   happens next? You go to work the next
24   day.  What's your recollection of the
25   next steps after that?
```

Page 53

**EXHIBIT K**