Case 3:21-cv-00242-WBV-SDJ   Document 473-21   10/13/23   Page 1 of 3
Case 3:21-cv-00242-WBV-SDJ   Document 373-21 *SEALED* 07/10/23   Page 1 of 3
Confidential              BOARD SUPERVISORS                    04/11/2023
Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL
                           CASE NO.: 3:21-CV-00242
                           DIVISION WBV-SDJ
VERSUS                    JUDGE WENDY B. VITTER
                           MAG. JUDGE JOHNSON

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL

   * * * * * * * * * * * * * * * * * * * * * *

C O N F I D E N T I A L

30(b)(6) DEPOSITION OF

BOARD OF SUPERVISORS OF LOUISIANA STATE

UNIVERSITY AND AGRECULTURAL AND MECHANICAL

COLLEGE ("BOARD") through

JOSH JONES, WENDY NALL, DR. JANE CASSIDY,

JENNIFER NORMAND, JEFF DEVEER

TAKEN AT PHELPS DUNBAR, 400 CONVENTION

STREET, BATON ROUGE, LOUISIANA, ON APRIL 11,

2023, BEGINNING AT 9:22 A.M.


REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER

*Certified Copy*

**EXHIBIT L**

Case 3:21-cv-00242-WBV-SDJ   Document 473-21   10/13/23   Page 2 of 3
Case 3:21-cv-00242-WBV-SDJ   Document 373-21 *SEALED* 07/10/23   Page 2 of 3
Confidential                BOARD SUPERVISORS                    04/11/2023
Page 40

```
 1  A   I can't speak to that.  I don't know.
 2  Q   Were any of those trainings ever updated
 3      to address any systemic concerns about
 4      employee reporting?
 5              MS. GREEN:
 6                   Object to the form of the
 7              question.
 8  A   In regards to the annual training?
 9  BY MS. ABDNOUR:
10  Q   Correct.
11  A   No.
12  Q   Are you aware of it occurring related to
13      any of the unit or departmental trainings
14      that you described?
15  A   No.  If somebody was found to not be
16      engaging in their mandatory reporting,
17      that was a separate disciplinary process.
18  Q   My question is related to any sort of
19      more systemic issues of not reporting
20      within a department or unit?
21  A   Not that I'm aware of.  I mean I know
22      that there were some units that had
23      additional -- they went above and beyond
24      that annual training -- so, for example,
25      LSU Athletics -- I believe his name is
```

Case 3:21-cv-00242-WBV-SDJ    Document 473-21    10/13/23   Page 3 of 3
Case 3:21-cv-00242-WBV-SDJ    Document 373-21 *SEALED* 07/10/23   Page 3 of 3
Confidential                    BOARD SUPERVISORS                     04/11/2023

Page 41

```
 1       Dan Beebe, it's something close to that.
 2       They had additional trainings and they
 3       actually, I believe, had to sign forms.
 4       Those forms were collected by LSU so I
 5       can't speak to the exact specifics of
 6       those trainings but again, there were
 7       some units that did additional trainings
 8       beyond that mandatory annual training and
 9       then there's also -- the state has a
10       mandatory civil service training.  So,
11       civil service employees have to do a
12       sexual harassment training through the
13       state as well.
14   Q   With respect to that civil service
15       training, who at LSU would have to do
16       that training?
17   A   Anyone who's been designated as a civil
18       service employee.
19   Q   Can you give me some examples of who that
20       would be?
21   A   I believe it would be folks --
22       custodians, certain facilities workers --
23       I imagine like landscapers, those types
24       of positions.
25   Q   You mentioned that there were some other
```

# EXHIBIT L