Case 3:21-cv-00242-WBV-SDJ   Document 473-22   10/13/23   Page 1 of 6
Case 3:21-cv-00242-WBV-SDJ   Document 373-22 *SEALED* 07/10/23   Page 1 of 6
10/06/2022
Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, SAMANTHA BRENNAN,
CALISE RICHARDSON, JADE LEWIS,
KENNAN JOHNSON, ELISABETH          CASE NO.
ANDRIES, JANE DOE, ASHLYN          3:21-CV-00242
ROBERTSON, CORINN HOVIS, AND
SARAH BETH KITCH

VS.

BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY AND
AGRICULTURAL AND MECHANICAL
COLLEGE, AND VERGE AUSBERRY,
MIRIAM SEGAR, JENNIE STEWART,
AND JONATHAN SANDERS, IN THEIR
INDIVIDUAL CAPACITIES

* * * * * * * * * * * * * * * * * * * * * * *

*** CONFIDENTIAL TRANSCRIPT ***

*** SUBJECT TO PROTECTIVE ORDER ***

The deposition of KENNAN JOHNSON, taken in connection with the captioned cause, pursuant to the following stipulations before RITA A. DEROUEN, Certified Court Reporter, at Phelps Dunbar, 400 Convention Street, Suite 1100, Baton Rouge, Louisiana 70802 on October 6, 2022, beginning at 9:06 am.

COURT REPORTERS OF LOUISIANA, L.L.C.
9522 Brookline Avenue, Suite 217
Baton Rouge, Louisiana  70809
PHONE (225) 201-9650 * FAX (225) 201-9651
E-mail:  depos@courtreportersla.com

**EXHIBIT M**

Case 3:21-cv-00242-WBV-SDJ   Document 473-22   10/13/23   Page 2 of 6
Case 3:21-cv-00242-WBV-SDJ   Document 373-22 *SEALED* 07/10/23   Page 2 of 6

10/06/2022
Page 194

1  during the time that Jade was back as a student
2  but not on the team?
3     A.  Is it possible?  It could be possible,
4  yes.
5     Q.  At some point in time, did you make a
6  report to Julia about Jade?
7     A.  Yeah.  I went to Julia about the situation
8  at hand.  I actually, in text messages, I don't
9  know the exact date, but I messaged her a picture
10 of the news thing about ▆▆▆▆ and I was like, Did
11 you see this?  And she said, Come to my office.
12        And I came to her office and talked about
13 it and told her what was going -- like I told her
14 like I was worried and asked if she like knew what
15 was going on or whatever, not that I needed that
16 information, but just to like tell her on, I
17 guess, Jade's behalf, was what I was thinking.
18        And she told me that she was going to
19 handle it and that I needed -- if I focused -- if
20 I was more worried about my tennis, that I'd be
21 like a better tennis player.  If I worried about
22 myself more than I worried about others, then I
23 would be better at tennis.
24    Q.  Anything else that she said or that either
25 of you talked about in terms of Jade?

**EXHIBIT M**

Case 3:21-cv-00242-WBV-SDJ   Document 473-22   10/13/23   Page 3 of 6
Case 3:21-cv-00242-WBV-SDJ   Document 373-22 *SEALED* 07/10/23   Page 3 of 6

10/06/2022
Page 195

1   A.   That was the only conversation that I
2   recall like just me and Julia about Jade aside
3   from her, you know, having the team convo.
4   **Q.   And do you know what Julia did after you**
5   **spoke to her?**
6   A.   No idea.
7   **Q.   Do you know whether she reported that on,**
8   **that information?**
9   A.   No idea.
10  **Q.   So you can't say whether she handled that**
11  **well or poorly, right?**
12  A.   I cannot.  I mean, I heard from people
13  about different -- how they felt about it, but
14  I -- like I don't know what actually was done or
15  not done.
16  **Q.   You don't have any firsthand knowledge of**
17  **what they did, you just know what others -- are**
18  **you referring to others who are plaintiffs in the**
19  **lawsuit with you?**
20  A.   I just know like -- I don't know if they
21  have a report.  I don't know if they went to the
22  police.  I don't know anything.  I
23  just -- everything was he said/she said, kind of
24  word of mouth.
25  **Q.   And so do you know whether Julia knew**

# EXHIBIT M

Case 3:21-cv-00242-WBV-SDJ    Document 473-22    10/13/23    Page 4 of 6
Case 3:21-cv-00242-WBV-SDJ    Document 373-22 *SEALED* 07/10/23    Page 4 of 6
10/06/2022
Page 259

1     Like we had personal issues, that was
2 fine, but it was almost like if we were -- if
3 there was no drama, like something was wrong, and
4 then drama would be created on her part for
5 whatever reason.
6     So -- and then mainly like I just, for
7 myself, but also mainly for Jade and Abby, for
8 everything that I read, I think that that is just
9 a failure of leadership as well.
10    **Q.  Do you know -- in the case of Jade, do you**
11 **know what the Sells did in response to knowledge**
12 **that they gained about Jade?**
13    A.  I don't.  But, I mean, I'm always going to
14 be on the side of the victim because I don't think
15 people just make stuff like that up.
16    **Q.  But the Sells weren't the -- I mean, the**
17 **abuser was -- the alleged abuser was ▓▓▓▓, not**
18 **the Sells, correct?**
19    A.  Correct.  Now, I mean, I don't -- again, I
20 don't know what was said and what wasn't said or
21 what was done and what wasn't done.  I only know,
22 like I said, what I've said.
23    **Q.  You only know what someone's told you,**
24 **what Jade's told you about Jade's situation?**
25    A.  And like the things that I've heard in the

**EXHIBIT M**

Case 3:21-cv-00242-WBV-SDJ    Document 473-22    10/13/23    Page 5 of 6
Case 3:21-cv-00242-WBV-SDJ    Document 373-22 *SEALED* 07/10/23    Page 5 of 6

10/06/2022
Page 262

```
 1  like personally like clicking on him to add him.
 2  So I don't know if that's more -- is that what
 3  that's saying, is that I like asked to be his
 4  friend or something?
 5      Q.  Presumably.
 6          (Exhibit 37 was marked.)
 7  BY MS. FURR:
 8      Q.  I'll show you what I'm marking as
 9  Exhibit 37.
10          Do you know what this is?
11      A.  Yep.
12      Q.  Are these text messages between you and
13  Julia?
14      A.  Yes.
15      Q.  And what's the significance of this?
16      A.  I asked if Jade was going to Mikey's, and
17  then I asked if she heard about what happened to
18  Jade.
19      Q.  And is this after ▮▮▮▮▮▮▮▮ was
20  arrested?
21      A.  I don't know.
22      Q.  Do you know what you're referring to here
23  about what happened to Jade that day?
24      A.  I'm not 110 percent sure, but I think I'm
25  referring to a news report that came out and it
```

**EXHIBIT M**

Case 3:21-cv-00242-WBV-SDJ   Document 473-22   10/13/23   Page 6 of 6
Case 3:21-cv-00242-WBV-SDJ   Document 373-22 *SEALED* 07/10/23   Page 6 of 6
10/06/2022
Page 263

```
 1  had ███ in it.  And -- yeah.
 2      Q.  And so what do you think happened that day
 3  -- Jade and what happened that day?
 4      A.  I don't 110 percent recall, but I do
 5  recall there being a news report about ███ and
 6  it having Jade's name in it.  And I wasn't aware
 7  if she was aware of it, so I reached out to her.
 8      Q.  Okay.  I'll show you what is marked as
 9  Exhibit 38.
10          (Exhibit 38 was marked.)
11  BY MS. FURR:
12      Q.  This also appears to relate to Jade.  Are
13  those text messages between you and Julia again
14  about Jade?
15      A.  I guess so.  It was ten days later.  So...
16      Q.  It looks as though you're saying to Julia,
17  "This is blowing up"; is that right?
18      A.  Yes.
19      Q.  What are you referring to?
20      A.  Not sure, but if I had to guess, the Jade
21  situation maybe.
22      Q.  And Julia asked, "What do you mean?"  And
23  all you responded was, "We will talk soon."
24          Is that right?
25      A.  Yeah.
```

**EXHIBIT M**