## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

### DECLARATION OF MIRIAM SEGAR

I Miriam Farr Segar, am over 18 years of age and competent to testify to the matters set forth below from personal knowledge or from records kept in the ordinary course of business. I declare the following under penalty of perjury:

1.

I have been employed by LSU in the Athletics Department since 1995. Since 2010, I have been employed as a Senior Associate Athletic Director.

2.

In my role as Senior Associate Athletics Director, I was involved in LSU Athletics training efforts. Beginning in the fall of 2016, LSU Athletics utilized the Dan Beebe Group (which later changed names to Protection for All Consulting) to administer targeted training to student athletes and staff in Athletics. The training included topics such as human relations risks, harassment, discrimination, retaliation, bulling, hazing, emotional abuse, sexual misconduct and other issues.

3.

The training was mandatory, and I monitored attendance by maintaining acknowledgement forms for those who attended.

# EXHIBIT N

4.

My records indicate that student worker Calise Richardson signed a Beebe training acknowledgement on September 13, 2016.   A true and correct copy of Richardson's acknowledgment is attached hereto as Exhibit 1.

5.

Student athletes were also required to complete Beebe Training.  Attached hereto as Exhibit 2 are training acknowledgments for the student athletes identified in the Second Amended Complaint as John Doe, John Coe, and John Loe.  Similarly, my records show that Kennan Johnson, Jade Lewis, and Abby Owens each acknowledged attending.  True and correct copies of those acknowledgements are attached hereto as Exhibit 3.

6.

Athletics staff also completed training on an annual basis.  Attached hereto as Exhibit 4 are true and correct copies of many of the acknowledgments signed by some Athletics staff having some involvement in the claims asserted by Plaintiffs.

7.

From time to time, I learned of possible Title IX issues with students that I promptly reported to LSU's Title IX office and/or other appropriate authorities such as LSU Police.  For example, On January 26, 2016, I received a call from the diving coach about a potential sexual assault.  The diving coach informed me he heard the information from a student athlete's mother, who heard the information from a student athlete ("Student A"), who heard the information from her friend.  One hour later, I met with Student A who advised me that the potential victim, Ashlyn Mize, did not want to make a report to LSU.  I discussed this situation with Mari-Fuentes Martin and provided her with the name of both the alleged victim and accused.  I communicated with

# EXHIBIT N

Student A at least three more times regarding this incident.  A true and correct copy of LSU's

Maxient Report which includes my timeline of events is attached hereto as Exhibit 5.

8.

In July 2016, I met with Samantha Brennan, and she told me she believed a nude

photograph of her was possibly taken and shared with others.  I strongly encouraged Brennan to

make a report to the police, and I brought her to the police the same day I learned of the

information.

9.

I never heard about or received a report or complaint from Kennan Johnson regarding

alleged sexual misconduct by Julia Sell.  I also never heard of or received a report by any other

tennis player of allegedly sexually harassing conduct by Julia Sell.

10.

The student athlete identified in the Complaint as John Loe was suspended from LSU's

football team in February 2020.

Pursuant to 28 U.S.C. §1746, I certify under penalty of perjury that I have read the

foregoing declaration consisting of ten (10) numbered paragraphs and that it is true and correct to

the best of my knowledge, information, and belief.

Executed on this 30th day of June, 2023.


_____

Miriam Segar

# EXHIBIT N

**EXHIBIT 1**

## HUMAN RELATIONS RISKS TRAINING:
## COACHES AND STAFF ACKNOWLEDGEMENT FORM

In September 2016, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any employee observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Employees are not required to confront anyone who is the source of the complaint or anyone closely associated with the persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

Calise Richardson                          9-13-16
PRINTED – Name of Coach/Employee          Date

[signature]
SIGNATURE of Coach/Employee


_____
SPORT or UNIT – Men's/Women's (if applicable)


**EXHIBIT N**

**EXHIBIT 2**

*HUMAN RELATIONS RISKS TRAINING:*

*STUDENT-ATHLETE ACKNOWLEDGEMENT FORM*

In August 2016, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any student observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct, or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Student-athletes are not required to confront anyone who is the source of the complaint or anyone closely associated with persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.



PRINTED – Name of Student-Athlete                Date

SIGNATURE of Student-Athlete

*Football*

SPORT – Men's/Women's

**EXHIBIT N**

*HUMAN RELATIONS RISKS TRAINING:*
*STUDENT-ATHLETE ACKNOWLEDGEMENT FORM*

In July 2017, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination. retaliation, bullying, hazing, emotional abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any student observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct, or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Student-athletes are not required to confront anyone who is the source of the complaint or anyone closely associated with persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

███████████████████

PRINTED – Name of Student-Athlete

███████████████████

SIGNATURE of Student-Athlete

Football

SPORT – Men's/Women's

7/19/17

Date

**EXHIBIT N**

**EXHIBIT 2**

### HUMAN RELATIONS RISKS TRAINING:
### STUDENT-ATHLETE ACKNOWLEDGEMENT FORM

In August 2016, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any student observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct, or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Student-athletes are not required to confront anyone who is the source of the complaint or anyone closely associated with persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

_____    _____8/3/16_____
PRINTED – Name of Student-Athlete       Date

_____
SIGNATURE of Student-Athlete

_____football_____
SPORT – Men's/Women's

# EXHIBIT N

**EXHIBIT 2**

### HUMAN RELATIONS RISKS TRAINING:
### STUDENT-ATHLETE ACKNOWLEDGEMENT FORM

In July 2017, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any student observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct, or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Student-athletes are not required to confront anyone who is the source of the complaint or anyone closely associated with persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

████████████████                          7/19/17

PRINTED – Name of Student-Athlete          Date

████████████████

SIGNATURE of Student-Athlete

Football

SPORT – Men's/Women's

# EXHIBIT N

### HUMAN RELATIONS RISKS TRAINING:
### STUDENT-ATHLETE ACKNOWLEDGEMENT FORM

In June 2019, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, physical abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any student observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, physical abuse, hazing, sexual misconduct, or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Student-athletes are not required to confront anyone who is the source of the complaint or anyone closely associated with persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

█████████████████████                              6/18/19

PRINTED – Name of Student-Athlete                  Date

█████████████████████

SIGNATURE of Student-Athlete

Football

SPORT – Men's/Women's

**EXHIBIT 3**

## HUMAN RELATIONS RISKS TRAINING:
## STUDENT-ATHLETE ACKNOWLEDGEMENT FORM

In September 2016, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any student observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct, or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Student-athletes are not required to confront anyone who is the source of the complaint or anyone closely associated with persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

Kennan Johnson
PRINTED – Name of Student-Athlete

9/14/16
Date

SIGNATURE of Student-Athlete

Women's Tennis
SPORT – Men's/Women's

**EXHIBIT N**

*HUMAN RELATIONS RISKS TRAINING:*

*STUDENT-ATHLETE ACKNOWLEDGEMENT FORM*

In September 2016, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any student observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct, or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Student-athletes are not required to confront anyone who is the source of the complaint or anyone closely associated with persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

Abby Owens
_____
PRINTED – Name of Student-Athlete

9/14/16
_____
Date

_____
SIGNATURE of Student-Athlete

Womens tennis
_____
SPORT – Men's/Women's

**EXHIBIT N**

**EXHIBIT 3**

*HUMAN RELATIONS RISKS TRAINING:*

*STUDENT-ATHLETE ACKNOWLEDGEMENT FORM*

In August 2018, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, physical abuse, sexual misconduct and violations of state, NCAA or conference rules.  I understand that such misconduct is prohibited by the University and will not be tolerated.  I understand that those found to have committed misconduct will be disciplined.

Should any student observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, physical abuse, hazing, sexual misconduct, or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Student-athletes are not required to confront anyone who is the source of the complaint or anyone closely associated with persons who are the source of the complaint.  However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team.  The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation.  The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused.  The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

_Jade Lewis_                    _08/26_

PRINTED – Name of Student-Athlete            Date

_Jade Lewis_

SIGNATURE of Student-Athlete

_08/26 Womens Tennis_

SPORT – Men's/Women's

**EXHIBIT N**

## HUMAN RELATIONS RISKS TRAINING:
## STUDENT-ATHLETE ACKNOWLEDGEMENT FORM

In September 2019, I attended training conducted by PFA Consulting for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, physical abuse, sexual misconduct and violations of state, NCAA or conference rules.  I understand:

1.  Such misconduct is prohibited by Louisiana State University (LSU or University) and will not be tolerated.

2.  Those found to have committed misconduct will be disciplined.

3.  Should any student observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, physical abuse, hazing, sexual misconduct, or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training.

4.  Student-athletes are not required to confront anyone who is the source of the complaint or anyone closely associated with persons who are the source of the complaint.

5.  I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences.

6.  Anyone named in a complaint will not be part of the investigative team.

7.  The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, physical abuse, sexual misconduct or other misconduct.

8.  The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation.

9.  LSU recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused.  The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

_Jade Lewis_

PRINTED – Name of Student-Athlete

_09/09/19_

Date

_Jade Lewis_

SIGNATURE of Student-Athlete

_Tennis_

SPORT – Men's/Women's

# EXHIBIT N

**EXHIBIT 4**

## HUMAN RELATIONS RISKS TRAINING:
## COACHES AND STAFF ACKNOWLEDGEMENT FORM

In August 2016, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any employee observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Employees are not required to confront anyone who is the source of the complaint or anyone closely associated with the persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

Mari Fuentes-Martin                8-2-16
PRINTED – Name of Coach/Employee        Date

_(signature)_
SIGNATURE of Coach/Employee

Dean of Students.
SPORT or UNIT – Men's/Women's (if applicable)


# EXHIBIT N

**EXHIBIT 4**

## HUMAN RELATIONS RISKS TRAINING:
## COACHES AND STAFF ACKNOWLEDGEMENT FORM

In August 2016, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any employee observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Employees are not required to confront anyone who is the source of the complaint or anyone closely associated with the persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

_Jennie Stewart_        _8-2-16_

PRINTED – Name of Coach/Employee        Date

_[signature]_

SIGNATURE of Coach/Employee

_____

SPORT or UNIT – Men's/Women's (if applicable)

Title IX coordinator

**EXHIBIT N**

## HUMAN RELATIONS RISKS TRAINING:
## COACHES AND STAFF ACKNOWLEDGEMENT FORM

In August 2016, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any employee observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Employees are not required to confront anyone who is the source of the complaint or anyone closely associated with the persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

_Verge S. Ausberry Jr._                    _8- 2 - 16_
PRINTED – Name of Coach/Employee          Date

_[signature]_
SIGNATURE of Coach/Employee

_Administration._
SPORT or UNIT – Men's/Women's (if applicable)

# EXHIBIT N

**EXHIBIT 4**

## HUMAN RELATIONS RISKS TRAINING:
## COACHES AND STAFF ACKNOWLEDGEMENT FORM

In September 2017, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, physical abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any employee observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Employees are not required to confront anyone who is the source of the complaint or anyone closely associated with the persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

_Verge S. Avsberry Jr_                    _4-11-17_
PRINTED – Name of Coach/Employee        Date

_Verge S. Avsberry Jr_
SIGNATURE of Coach/Employee

_Administration_
SPORT or UNIT – Men's/Women's (if applicable)

# EXHIBIT N

**EXHIBIT 4**

## HUMAN RELATIONS RISKS TRAINING:
## COACHES AND STAFF ACKNOWLEDGEMENT FORM

In August 2018, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, physical abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any employee observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Employees are not required to confront anyone who is the source of the complaint or anyone closely associated with the persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

*Verge  Ausberry*
PRINTED – Name of Coach/Employee

*Verge Ausberry*
SIGNATURE of Coach/Employee

*8-26-18*
Date

*LSU Administration*
SPORT or UNIT – Men's/Women's (if applicable)

# EXHIBIT N

## HUMAN RELATIONS RISKS TRAINING:
## COACHES AND STAFF ACKNOWLEDGEMENT FORM

In September 2019, I attended training conducted by PFA Consulting for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, physical abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand:

1. Such misconduct is prohibited by Louisiana State University (LSU or University) and will not be tolerated.

2. Those found to have committed misconduct will be disciplined.

3. Should any employee observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, physical abuse, sexual misconduct or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training.

4. Employees are not required to confront anyone who is the source of the complaint or anyone closely associated with the persons who are the source of the complaint.

5. I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences.

6. Anyone named in a complaint will not be part of the investigative team.

7. The Athletics Department and University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, physical abuse, sexual misconduct or other misconduct.

8. The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation.

9. LSU recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

_Verse S. Ausberry Jr._     _9-10-19_
PRINTED – Name of Coach/Employee     Date

_[signature]_
SIGNATURE of Coach/Employee

_Admin_
SPORT or UNIT – Men's/Women's (if applicable)

# EXHIBIT N

**EXHIBIT 4**

## HUMAN RELATIONS RISKS TRAINING:
## COACHES AND STAFF ACKNOWLEDGEMENT FORM

In August 2016, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any employee observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Employees are not required to confront anyone who is the source of the complaint or anyone closely associated with the persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

SHARON _____        8/3/16 _____
PRINTED — Name of Coach/Employee              Date

_____
SIGNATURE of Coach/Employee

FOOTBALL _____
SPORT or UNIT — Men's/Women's (if applicable)

# EXHIBIT N

## HUMAN RELATIONS RISKS TRAINING:
## COACHES AND STAFF ACKNOWLEDGEMENT FORM

In September 2017, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, physical abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any employee observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Employees are not required to confront anyone who is the source of the complaint or anyone closely associated with the persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

_SHARON LEWIS_
(PRINTED) – Name of Coach/Employee

_9/14/2017_
Date

_[signature]_
SIGNATURE of Coach/Employee

_FOOTBALL_
SPORT or UNIT – Men's/Women's (if applicable)

# EXHIBIT N

**EXHIBIT 4**

<u>HUMAN RELATIONS RISKS TRAINING:</u>
<u>COACHES AND STAFF ACKNOWLEDGEMENT FORM</u>

In June 2018, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, physical abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any employee observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Employees are not required to confront anyone who is the source of the complaint or anyone closely associated with the persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

SHARON LEWIS                               6/25/18
PRINTED – Name of Coach/Employee          Date

SIGNATURE of Coach/Employee

FOOTBALL
SPORT or UNIT – Men's/Women's (if applicable)

**EXHIBIT N**

**EXHIBIT 4**

## HUMAN RELATIONS RISKS TRAINING:
## COACHES AND STAFF ACKNOWLEDGEMENT FORM

In September 2019, I attended training conducted by PFA Consulting for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, physical abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand:

1. Such misconduct is prohibited by Louisiana State University (LSU or University) and will not be tolerated.

2. Those found to have committed misconduct will be disciplined.

3. Should any employee observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, physical abuse, sexual misconduct or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training.

4. Employees are not required to confront anyone who is the source of the complaint or anyone closely associated with the persons who are the source of the complaint.

5. I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences.

6. Anyone named in a complaint will not be part of the investigative team.

7. The Athletics Department and University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, physical abuse, sexual misconduct or other misconduct.

8. The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation.

9. LSU recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

_Sharon Lewis_

PRINTED – Name of Coach/Employee

_9/10/12_

Date

_(signature)_

SIGNATURE of Coach/Employee

_Football_

SPORT or UNIT – Men's/Women's (if applicable)

# EXHIBIT N

**EXHIBIT 4**

## HUMAN RELATIONS RISKS TRAINING:
## COACHES AND STAFF ACKNOWLEDGEMENT FORM

In August 2016, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any employee observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Employees are not required to confront anyone who is the source of the complaint or anyone closely associated with the persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

_ED ORGeron_
PRINTED – Name of Coach/Employee

_Ed Orgeron_
SIGNATURE of Coach/Employee

_For H3m_
SPORT or UNIT – Men's/Women's (if applicable)

_8-03-16_
Date

# EXHIBIT N

**EXHIBIT 4**

## HUMAN RELATIONS RISKS TRAINING:
## COACHES AND STAFF ACKNOWLEDGEMENT FORM

In September 2017, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, physical abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any employee observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Employees are not required to confront anyone who is the source of the complaint or anyone closely associated with the persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

_ED ORGERON_

PRINTED – Name of Coach/Employee

_Sept 10, 2017_

Date

_Edrl Orgeron_

SIGNATURE of Coach/Employee

_Football_

SPORT or UNIT – Men's/Women's (if applicable)

# EXHIBIT N

**EXHIBIT 4**

## HUMAN RELATIONS RISKS TRAINING:
## COACHES AND STAFF ACKNOWLEDGEMENT FORM

In June 2018, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, physical abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any employee observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Employees are not required to confront anyone who is the source of the complaint or anyone closely associated with the persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

_ED ongeRon_
PRINTED – Name of Coach/Employee

_Jun 25, 2018_
Date

_Ed Orgen_
SIGNATURE of Coach/Employee

_FootBall_
SPORT or UNIT – Men's/Women's (if applicable)

# EXHIBIT N

**EXHIBIT 4**

## HUMAN RELATIONS RISKS TRAINING:
## COACHES AND STAFF ACKNOWLEDGEMENT FORM

In June 2019, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, physical abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any employee observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Employees are not required to confront anyone who is the source of the complaint or anyone closely associated with the persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

_ED ORGERON_
PRINTED – Name of Coach/Employee

_6-18- 2019_
Date

_Ed Org_
SIGNATURE of Coach/Employee

_Football_
SPORT or UNIT – Men's/Women's (if applicable)

# EXHIBIT N

EXHIBIT 4

## HUMAN RELATIONS RISKS TRAINING:
## COACHES AND STAFF ACKNOWLEDGEMENT FORM

In September 2016, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any employee observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Employees are not required to confront anyone who is the source of the complaint or anyone closely associated with the persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

Julia Sell

PRINTED – Name of Coach/Employee

Sept 13, 2016

Date

Julia Sell

SIGNATURE of Coach/Employee

W. Tennis

SPORT or UNIT – Men's/Women's (if applicable)

# EXHIBIT N

**EXHIBIT 4**

## HUMAN RELATIONS RISKS TRAINING:
## COACHES AND STAFF ACKNOWLEDGEMENT FORM

In September 2017, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, physical abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any employee observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Employees are not required to confront anyone who is the source of the complaint or anyone closely associated with the persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

_Julia Sell_                                    _Sept 13, 2017_
PRINTED – Name of Coach/Employee          Date

_Julia Sell_
SIGNATURE of Coach/Employee

_W. Tennis_
SPORT or UNIT – Men's/Women's (if applicable)

# EXHIBIT N

## HUMAN RELATIONS RISKS TRAINING:
## COACHES AND STAFF ACKNOWLEDGEMENT FORM

In August 2018, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, physical abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any employee observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Employees are not required to confront anyone who is the source of the complaint or anyone closely associated with the persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

_Julia Sell_____          _Aug 28, 2018_____
PRINTED – Name of Coach/Employee          Date

_Julia Sell_____
SIGNATURE of Coach/Employee

_W. Tennis_____
SPORT or UNIT – Men's/Women's (if applicable)

# EXHIBIT N

Case 3:21-cv-00242-WBV-SDJ    Document 373-23 *SEALED* 07/10/23    Page **EXHIBIT 4**

## HUMAN RELATIONS RISKS TRAINING:
## COACHES AND STAFF ACKNOWLEDGEMENT FORM

In September 2019, I attended training conducted by PFA Consulting for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, physical abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand:

1. Such misconduct is prohibited by Louisiana State University (LSU or University) and will not be tolerated.

2. Those found to have committed misconduct will be disciplined.

3. Should any employee observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, physical abuse, sexual misconduct or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training.

4. Employees are not required to confront anyone who is the source of the complaint or anyone closely associated with the persons who are the source of the complaint.

5. I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences.

6. Anyone named in a complaint will not be part of the investigative team.

7. The Athletics Department and University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, physical abuse, sexual misconduct or other misconduct.

8. The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation.

9. LSU recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

Julia Sell
PRINTED – Name of Coach/Employee

Sept. 11, 2019
Date

J Sell
SIGNATURE of Coach/Employee

W. Tennis
SPORT or UNIT – Men's/Women's (if applicable)

# EXHIBIT N

**EXHIBIT 4**

## HUMAN RELATIONS RISKS TRAINING:
## COACHES AND STAFF ACKNOWLEDGEMENT FORM

In August 2016, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any employee observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Employees are not required to confront anyone who is the source of the complaint or anyone closely associated with the persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

_Miriam Segar_                    _8-2-2016_
PRINTED – Name of Coach/Employee          Date

_Miriam S_
SIGNATURE of Coach/Employee

_Sr Associate AD / Administrator_
SPORT or UNIT – Men's/Women's (if applicable)

# EXHIBIT N

## HUMAN RELATIONS RISKS TRAINING:
## COACHES AND STAFF ACKNOWLEDGEMENT FORM

In September 2017, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, physical abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any employee observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Employees are not required to confront anyone who is the source of the complaint or anyone closely associated with the persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

_Miriam Segar_

PRINTED – Name of Coach/Employee

_9/11/2017_

Date

_[signature]_

SIGNATURE of Coach/Employee

_Administration_

SPORT or UNIT – Men's/Women's (if applicable)

# EXHIBIT N

**EXHIBIT 4**

## HUMAN RELATIONS RISKS TRAINING:
## COACHES AND STAFF ACKNOWLEDGEMENT FORM

In August 2018, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, physical abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any employee observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Employees are not required to confront anyone who is the source of the complaint or anyone closely associated with the persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

_Miriam Segar_
PRINTED – Name of Coach/Employee

_8/27/2018_
Date

_[signature]_
SIGNATURE of Coach/Employee

_Administration_
SPORT or UNIT – Men's/Women's (if applicable)

# EXHIBIT N

**EXHIBIT 4**

### HUMAN RELATIONS RISKS TRAINING:
### COACHES AND STAFF ACKNOWLEDGEMENT FORM

In September 2019, I attended training conducted by PFA Consulting for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, physical abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand:

1. Such misconduct is prohibited by Louisiana State University (LSU or University) and will not be tolerated.

2. Those found to have committed misconduct will be disciplined.

3. Should any employee observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, physical abuse, sexual misconduct or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training.

4. Employees are not required to confront anyone who is the source of the complaint or anyone closely associated with the persons who are the source of the complaint.

5. I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences.

6. Anyone named in a complaint will not be part of the investigative team.

7. The Athletics Department and University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, physical abuse, sexual misconduct or other misconduct.

8. The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation.

9. LSU recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

_Miriam Segar_                          _9/10/2019_
PRINTED – Name of Coach/Employee        Date

_MS_
SIGNATURE of Coach/Employee
_Admin_
SPORT or UNIT – Men's/Women's (if applicable)

# EXHIBIT N

**EXHIBIT 4**

## HUMAN RELATIONS RISKS TRAINING:
## COACHES AND STAFF ACKNOWLEDGEMENT FORM

In September 2016, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any employee observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Employees are not required to confront anyone who is the source of the complaint or anyone closely associated with the persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

_Michael Sell_
PRINTED – Name of Coach/Employee

_9/13/16_
Date

_[signature]_
SIGNATURE of Coach/Employee

_Womens Tennis_
SPORT or UNIT – Men's/Women's (if applicable)

**EXHIBIT N**

EXHIBIT 4

## HUMAN RELATIONS RISKS TRAINING:
## COACHES AND STAFF ACKNOWLEDGEMENT FORM

In September 2017, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, physical abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any employee observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Employees are not required to confront anyone who is the source of the complaint or anyone closely associated with the persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

_Michael Seiic_ _____      _9/13/17_ _____
PRINTED Name of Coach/Employee             Date

_[signature]_ _____
SIGNATURE of Coach/Employee

_W. Tennis_ _____
SPORT or UNIT – Men's/Women's (if applicable)

# EXHIBIT N

**EXHIBIT 4**

## HUMAN RELATIONS RISKS TRAINING:
## COACHES AND STAFF ACKNOWLEDGEMENT FORM

In August 2018, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, physical abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any employee observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Employees are not required to confront anyone who is the source of the complaint or anyone closely associated with the persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

_Michael Sell_
PRINTED – Name of Coach/Employee

_8/28/18_
Date

_[signature]_
SIGNATURE of Coach/Employee

_Women's Tennis_
SPORT or UNIT – Men's/Women's (if applicable)

# EXHIBIT N

## HUMAN RELATIONS RISKS TRAINING:
## COACHES AND STAFF ACKNOWLEDGEMENT FORM

In September 2019, I attended training conducted by PFA Consulting for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, physical abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand:

1. Such misconduct is prohibited by Louisiana State University (LSU or University) and will not be tolerated.

2. Those found to have committed misconduct will be disciplined.

3. Should any employee observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, physical abuse, sexual misconduct or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training.

4. Employees are not required to confront anyone who is the source of the complaint or anyone closely associated with the persons who are the source of the complaint.

5. I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences.

6. Anyone named in a complaint will not be part of the investigative team.

7. The Athletics Department and University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, physical abuse, sexual misconduct or other misconduct.

8. The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation.

9. LSU recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

_Michael Sell_        _9/11/19_
PRINTED – Name of Coach/Employee      Date

_[signature]_
SIGNATURE of Coach/Employee
_Women's Tennis_
SPORT or UNIT – Men's/Women's (if applicable)

**EXHIBIT N**

EXHIBIT 4

## HUMAN RELATIONS RISKS TRAINING:
## COACHES AND STAFF ACKNOWLEDGEMENT FORM

In September 2017, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, physical abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any employee observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Employees are not required to confront anyone who is the source of the complaint or anyone closely associated with the persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

_Keava Soil Cormier_        _9-14-16_

PRINTED – Name of Coach/Employee      Date

_[signature]_

SIGNATURE of Coach/Employee

_Football_

SPORT or UNIT – Men's/Women's (if applicable)

# EXHIBIT N

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 5**

**2015252901**                                          Closed - Information Only
Sexual Misconduct (PM-73 or Title IX)

# Ashlyn Brooke Mize (892251708)

No Photo Available

## DEMOGRAPHICS

**DOB**
1997-███████

**Athletics**
Not Athlete

**Risk Level**

**Gender**
Female

**Greek**
Sigma Alpha

**Department/Course**

**Ethnicity**
White

**Honors**
N/A

**Classification**
AGRI 1 ADP

**ROTC / Veteran**
N

**Major**
Animal-Dairy-Poultry Sci

**Pronouns**

**Academic Advisor**

**Honorific**

**GPA Last Term / GPA Cumulative**
3.221 / 3.455

## CONTACT INFORMATION

**Housing**
Off Campus

**Local**

**Permanent**
████████████████
████████████████
7064556080

**Username**
amize4

**Email Address**
amize4@lsu.edu

**Emergency Contact**
706-455-7201 1233 Hwy 571 Waterproof, LA Marci Mize

## INCIDENT AND CASE INFORMATION

**Report Number**

**Role**
Victim

**Incident Date**
2016-01-23

**Incident Time**

**Incident Location**
Off-Campus University House Apartments

**Reported Date**
2016-01-26

**Referral Source**
Staff

**Reported By**
Miriam Segar

**Case Created Date**
2016-01-29

**Assigned To**

(PM-73 Committee (6))

**Home Office**
Office of the Dean of Students

**Access Restriction**
PM-73

**Clery Reportability**

BOS-023722
BOS-023722

# EXHIBIT N

**Clery Rationale**

**Tags**
PM73

**Next Deadline Date**
2016-02-12

**Reason**
Unspecified at case creation

**Incident Description**
Tuesday, January 26, 2016

~ 11:00 am: Athletic Department coach contacts Segar requesting an in-person meeting. Coach reports that a call was received from a parent of a current student-athlete with a concern about an incident that was expressed to the parent. The student-athlete reported that a friend (current LSU student, but not a student-athlete) expressed that the friend confided in her about a sexual assault.

12:00 noon: Segar met with student-athlete to get more details about the potential issue. The student-athlete shared that her friend told her that she was sexually assaulted by 2 male student-athletes at off campus apartments, University House. The student originally called the student-athlete on Saturday morning indicating she "hooked-up" with the male student-athletes, but Sunday afternoon confided that she had been sexually assaulted by the 2 men. Student-Athlete reported seeing bruising on her friend on upper arms and that her friend was very upset about the incident and ashamed it occurred and continued to say she wanted it to be over. Student-athlete also reported seeing a text message from one of the men involved that was sent to the female student where incident was discussed.

2:00 pm: Segar calls Gaston Reinoso office line to discuss incident.

3:23 pm: Segar sends email to student-athlete who reported the incident that she can share with her friend that contains information on the LSU Lighthouse program which is a resource for victims of sexual assault and the LSU Policy on Sexual Misconduct.

3:30 pm: Segar sends email to Gaston Reinoso asking him to call cell phone to discuss issue.

~ 6:30 pm: Gaston Reinoso returns Segar call and Segar gives scenario. Gaston tells Segar that Maria Fuentes-Martin will handle student cases. Decision is made that Segar will contact Maria to discuss issue.

11:00 pm: - Segar emails Maria requesting to schedule a phone call to discuss issue.

Wednesday, January 27, 2016

8:00 am: Maria and Segar speak on phone and Segar provides scenario. Maria indicates that most important thing is to offer assistance to alleged victim. Segar confirms that information was sent to the student-athlete to provide to her friend and encourage her to seek assistance. Maria states that without a victim to provide information there can not be an investigation. Maria offers cell number for student to call and to schedule a meeting with Sierra Fowler, LSU Lighthouse program.

11:30 am: Segar meets with student-athlete who initially reported the incident to ask if she spoke to her friend about resources and reporting the incident. Student- athlete indicates that she told her friend that some LSU staff were aware of the issue and encouraged her to report the incident and at minimum get medical assistance and some counseling. Student-athlete reported that friend was adamant about not wanting assistance and not wanting to report. Segar again offered to meet with friend to discuss her rights of receiving assistance, reporting through University and/or reporting to police. Student-athlete agreed to talk again with her friend.

Thursday, January 28, 2016:

~ 10:00 am- ████████████████ Redacted ████████████████

6:26 pm- Segar texts student-athlete to ask what her friend said about meeting with university staff to get help and explore options.

Friday, January 29, 2016:

9:49 am- Student-athlete responds to Segar texts and said "she really isn't wanting to have anything to do with it" and reported frustration with not knowing what to do next.

11:45 am- ██████████████████ Redacted ██████████████████
██ Redacted ██

---

**RESOLUTION INFORMATION**

**Charges/Issues**
No charges/issues listed

**Findings (if applicable)**

**Appt. Date**                **Appt. Time**                **Appt. Location**

**EXHIBIT N**

BOS-023723

BOS-023723

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
Case 3:21-cv-00242-WBV-SDJ    Document 475-23    10/25/23    Page 43 of 43
Case 3:21-cv-00242-WBV-SDJ    Document 373-23 *SEALED* 07/10/23    Page 43 of 43
EXHIBIT 5

0000-00-00

**Hearing/Resolution Date**                 **Hearing/Resolution Type**                 **Hearing Officer(s)**

**Parental Notification**                    **Holds in Place**                          **Appeal Status**
No                                                                                       No appeal filed

**Rationale**

**CC List**

---

## SANCTIONS / ACTIONS

✔ = completed, ✗ = incomplete, ➙ = referred to another case

No sanctions/actions listed

---

## NOTES

**Universal Notes**
Possible phone # 706-455-6080.

**Individual Notes**

**Reach Out**                                                                           UNCATEGORIZED
*Seirra Fowler*                                                                          Friday January 29, 2016 at 3:00pm
                                                                                        Last edited Wednesday February 3, 2016 at 9:13am

Lighthouse Program notified to initiate contact to offer services

**Notification of possible PM73 Incident**                                              UNCATEGORIZED
*Mari Fuentes-Martin*                                                                    Monday February 1, 2016 at 8:26am

Spoke with Segar on 1.27.15 regarding possible student victim of assault by two male students. Victim initially indicating that she does not want to
come forward. File attached with follow up notes from Segar. Seirra trying to reach out, but didn't have contact info. Segar provided a possible
phone #. MFM will be sending letter for victim to speak with her or Seirra to discuss her options.

**Complainant Communicating Wish for No Investigation**                                  UNCATEGORIZED
*Jacob Brumfield*                                                                        Monday February 8, 2016 at 3:54pm

Per a conversation between the Complainant and Deputy Coordinator Fuentes-Martin on 2/5 and 2/8/2016, the Complainant has stated that "I
would not like an investigation to be performed." See the PDF "Re_ Investigation - 8 February 2016.pdf" saved on this date for that conversation. -
Jacob Brumfield

Brumfield spoke with Seirra Fowler on this date to confirm the Complainant's statement that she has no follow up needs as Seirra might
understand.

---

## ELECTRONIC FILE CABINET

| Doc ID | Filename | Date Modified | File Size | Associated with |
|--------|----------|---------------|-----------|-----------------|
| 00041397 | summary incident reported.docx | January 29, 2016 1:12 pm | 14.78kb | All parties |
| 00041398 | Case Creation Sheet | January 29, 2016 1:12 pm | 11.60kb | This individual |
| 00041400 | Mize_PM73 Notice.pdf | January 29, 2016 1:13 pm | 99.49kb | All parties |
| 00041511 | EncourageContact(Email) | February 1, 2016 9:53 am | 37.46kb | This individual |
| 00041512 | EncourageContact(Email) | February 1, 2016 9:58 am | 682.22kb | This individual |
| 00042280 | Re_ Investigation - 8 February 2016.pdf | February 8, 2016 3:54 pm | 50.88kb | This individual |

---

EXHIBIT N


BOS-023724
BOS-023724