UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, SAMANTHA BRENNAN,
CALISE RICHARDSON, JADE LEWIS,
KENNAN JOHNSON, ELISABETH         CASE NO.
ANDRIES, JANE DOE, ASHLYN         3:21-CV-00242
ROBERTSON, CORINN HOVIS, AND
SARAH BETH KITCH

VS.

BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY AND
AGRICULTURAL AND MECHANICAL
COLLEGE, AND VERGE AUSBERRY,
MIRIAM SEGAR, JENNIE STEWART,
AND JONATHAN SANDERS, IN THEIR
INDIVIDUAL CAPACITIES

* * * * * * * * * * * * * * * * * * * * * * * *

*** CONFIDENTIAL TRANSCRIPT ***

*** SUBJECT TO PROTECTIVE ORDER ***

The deposition of ████████████ taken in

connection with the captioned cause, pursuant to

the following stipulations before RITA A. DEROUEN,

Certified Court Reporter, at Phelps Dunbar, 400

Convention Street, Suite 1100, Baton Rouge,

Louisiana 70802 on October 5, 2022, beginning at

9:08 am.


COURT REPORTERS OF LOUISIANA, L.L.C.
9522 Brookline Avenue, Suite 217
Baton Rouge, Louisiana  70809
PHONE (225) 201-9650 * FAX (225) 201-9651
E-mail:  depos@courtreportersla.com

**EXHIBIT A**



1    A.  Like she would let ███ into my room
2 without me knowing and knowing I didn't like it.
3    Q.  And what is ███ last name?
4    A.  ██████.
5    Q.  Did you know ███, or ████████, before
6 attending LSU?
7    A.  No.
8    Q.  How did you meet him?
9    A.  Through ███.
10   Q.  Was she friends with ████████?
11   A.  Yes.
12   Q.  Do you know how ████, or █████████, met
13 █████████?
14   A.  Through a guy she was seeing.
15   Q.  And what was his name?
16   A.  ███.  I can't remember his last name right
17 now.
18   Q.  What dorm were you living in at the time?
19   A.  North Hall.
20   Q.  Where did █████████ live at the time?
21   A.  North Hall.
22   Q.  Did you live on the same floor?
23   A.  No.
24   Q.  Okay.  You said ████████ would let
25 █████████ in your room and she knew you didn't

**EXHIBIT A**

1  like that?

2      A.  Yes.

3      Q.  Did you have conversations with her to let

4  her know that --

5      A.  Yes.

6      Q.  -- you didn't want him in your room?

7      A.  Yes.

8      Q.  What did she say in response to your

9  comments?

10     A.  She -- "okay."

11     Q.  But she still would let ████████ into

12  your room?

13     A.  Yes.

14     Q.  And when he was in your room, were you

15  there?

16     A.  No.  I was usually at work.

17     Q.  Okay.  Just from my understanding, if

18  you're -- would you describe your dorm room.

19         What I'm trying to figure out is, was

20  there a separate space, or was it like it was in

21  the olden days where you just had two beds?

22     A.  Two beds, yeah.

23     Q.  All right.  So it's a pretty small area?

24     A.  Yes.

25     Q.  When ████████ was in your room, I

**EXHIBIT A**

1  realize you weren't there, but could you tell when

2  you returned to your dorm that he had been there?

3      A.  Yes.

4      Q.  How?

5      A.  On one occasion he stole my food and like

6  smashed it into my carpet and shoved it under

7  people's doors and like threw it down the hall and

8  stuff.  And another time he took -- stole a

9  picture of mine and put somebody's phone number on

10  it and said, "Call for a good time."

11        And I don't know.  I could just like tell

12  that things were moved, and my bed would smell

13  like a guy.  So...

14      Q.  How do you know that ██████████ stole

15  your food?

16      A.  I guess he kind of like admitted to it.  I

17  think like I would yell at him when he did it.

18  So...

19      Q.  He admitted to you that he had stolen your

20  food?

21      A.  I believe so.  I can't remember exactly.

22      Q.  Do you remember -- I'm going to ask you

23  about the other things.

24        But as far as him stealing your food, did

25  that happen once or more than once?

**EXHIBIT A**

1    A.   I think just once.

2    **Q.   And do you remember about when it**

3    **happened?**

4    A.   No.

5    **Q.   Was it in the fall semester of 2018?**

6    A.   I believe so, yes.

7    **Q.   Did you ask ███████████ about -- did you**

8    **ask ███████████ why she let ████████ in your room after**

9    **he stole your food?**

10    A.   No.  I -- I just kind of got mad and I

11    think I actually just drove to my parents' house

12    after it happened.

13    **Q.   Your parents' house in --**

14    A.   Geismar.

15    **Q.   -- Geismar?**

16    A.   Yeah, in Dutchtown.

17    **Q.   Did you tell your parents what happened?**

18    A.   Yes.

19    **Q.   Did they offer you any advice about how to**

20    **handle the situation?**

21    A.   I don't remember exactly what they said.

22    **Q.   Did you tell your -- anyone at res life**

23    **what happened, residential life what happened?**

24    A.   Not at the time, no.

25    **Q.   You said that ████████████ stole a picture**

# EXHIBIT A

1   of you.  What was the picture?

2        A.  Me and my friend, ███████.

3        Q.  Did ███████ -- what's -- I'm sorry,

4   what's ███████ last name?

5        A.  ███████

6        Q.  How did you know ███████?

7        A.  She was my suite mate.

8        Q.  Did you know her prior to living in North

9   Hall?

10       A.  No.

11       Q.  Are you and ███████ still friends?

12       A.  Yes.

13       Q.  Is she currently at LSU?

14       A.  No.  She graduated.

15       Q.  Do the two of you keep in touch?

16       A.  Yes.

17       Q.  How do you know that ███████ is the

18  one who stole the picture?

19       A.  I believe he -- maybe he had posted it on

20  Snapchat, or somebody had posted it on Snapchat,

21  and word had gotten back to me.

22       Q.  You said that he wrote a phone number on

23  the picture.  Was it your phone number?

24       A.  No.  I don't know whose phone number it

25  was.  I don't remember who it was for.

# EXHIBIT A

1    Q.   Did you get the picture back?

2    A.   No.

3    Q.   Did you ask him for the picture?

4    A.   No.  He had like -- it was a Polaroid

5    picture and he had written on it.  So I was just

6    like it's trash now, I guess.

7    Q.   Do you recall when ███████████ took the

8    picture or when this incident occurred?

9    A.   It was right before I made my report to my

10   RA, my former RA.

11   Q.   And when was your --

12   A.   I think.

13   Q.   -- report?

14   A.   I believe it was in March.

15   Q.   March of 2019?

16   A.   Yes.

17   Q.   So the incident with the picture would

18   have happened before then?

19   A.   Yes.

20   Q.   You think it was in March of 2019?

21   A.   Uh-huh.

22   Q.   Yes?

23   A.   Yes.  Sorry.

24   Q.   All right.  Is there anything else that

25   ███████████ did to you during -- let's talk about

# EXHIBIT A

1    the fall semester first.  We talked about the

2    incident with the food.

3        Was there anything else that happened with

4    him during the fall of 2018?

5        A.  Yes.

6        Q.  Okay.  Tell me about that, please.

7        A.  Just like incidents that occurred?

8        Q.  Sure.

9        A.  He was -- he would like play fight me, I

10   guess, and like body slam me and like hit me.  I'm

11   trying to think what else.  And I think we

12   stopped -- like I stopped talking to him a few

13   months after I met him in the fall.

14       And he would like follow me around the

15   union or like the dining hall and like ask me to

16   eat with him.  And he would come up to my room,

17   and whenever I would open up the door, he would

18   like kind of push me out the way and steal

19   something of mine.  And he would say like, You can

20   have it back if you come down to my room and

21   cuddle with me.

22       And one time he slid a thing of chocolate

23   under ███████ door.  And our rooms were

24   connected.  And at the time, there was mice in the

25   dorm, so I went to go pick it up off the floor and

**EXHIBIT A**

1   stop?

2      A.   No.

3      Q.   **Were you ever injured as a result of the**

4   **play fighting?**

5      A.   No.

6      Q.   **Did you ever report the play fighting**

7   **incidents to res life?**

8      A.   Not at the time, no.

9      Q.   **Why didn't you report the incidents?**

10     A.   I didn't want to cause a fuss, I guess.

11     Q.   **Was** ▇▇▇▇▇▇▇ **ever nice to you?**

12     A.   Sometimes.  Like whenever I first met him,

13  he was really, really nice.

14     Q.   **Were you friends when you first met him?**

15     A.   Yes.

16     Q.   **Would you go places together?**

17     A.   Yes.

18     Q.   **Where would you go?**

19     A.   We went to a football game together.  I

20  can't remember.  It was a game that we stormed the

21  field, that's the only way I remember it.  I don't

22  know who we were playing or anything like that.

23     Q.   **And that was in the fall of 2018?**

24     A.   Yes.

25     Q.   **And the two of you stormed the field**

# EXHIBIT A

1  together?

2       A.  Yes.

3       Q.  I mean, I know it wasn't just the two of

4  you, but the two of you stormed the field?

5       A.  Yes.

6       Q.  Other than football games, would you go

7  other places together?

8       A.  I don't recall specifics, but I'm guessing

9  we probably went to go eat together at the dining

10  hall.

11      Q.  Did you and ████████████ ever date each

12  other?

13      A.  No.

14          MS. TRUSZKOWSKI:

15              I'm sorry, did you ask "date"?

16          MS. GREEN:

17              "Date," yes.

18          MS. TRUSZKOWSKI:

19              I didn't mean to interrupt you.  Thank

20          you.

21  BY MS. GREEN:

22      Q.  You mentioned that ████████████ would steal

23  things and then ask you to cuddle?

24      A.  Uh-huh.  Yes, sorry.

25      Q.  What did you do in response to those

**EXHIBIT A**

1    Q.   Why didn't you report it?

2    A.   I didn't want to cause any trouble, I

3    guess.   I thought I could take care of it on my

4    own and that he would eventually stop.

5    Q.   Even after ████████████ took some of your

6    things, ████████ continued to allow him to have

7    access to your room?

8    A.   Yes.

9    Q.   How often would you say ██████████████ was

10   allowed in your room when you weren't there?

11   A.   That I know of, probably like four or five

12   times.

13   Q.   Okay.   You said that you thought you

14   stopped talking to him sometime in the fall?

15   A.   Yes.

16   Q.   Why did you stop talking to him?

17   A.   I got fed up by -- he wasn't listening to

18   me whenever I would tell him to like stop his

19   behavior basically.   And so I just blocked him on

20   everything and said like, seriously, like leave me

21   alone, you know.

22   Q.   Did he leave you alone?

23   A.   No.

24   Q.   Tell me what he did after you blocked him

25   on social media -- or on everything.   I'm sorry, I

**EXHIBIT A**

1    don't want to mischaracterize your testimony.

2        A.  He would find different ways to contact me

3    or █████ would tell him things.  And when he would

4    see me, he would say stuff to me.  Or she would

5    relay messages from him through her to me.

6        Q.  Okay.  So at some point -- you've already

7    told me that at some point you got fed up and you

8    complained?

9        A.  Uh-huh.

10       Q.  When -- in March of 2019?

11       A.  Yes.

12       Q.  What led you to complain?

13       A.  Basically, I felt like there was nothing I

14   could do to protect myself, I guess, because I

15   knew he had the capability to be violent with the

16   fighting and stuff.  And I felt like he was out of

17   control and like didn't understand what "no"

18   meant, I guess.

19       Q.  Other than the play fighting, was there

20   anything else that he did that made you think he

21   was violent?

22       A.  I mean, he would threaten me with

23   violence, I guess.  And he was bigger than me and

24   stronger.  And I was just scared.  And I remember

25   at one point -- I mean, I was scared enough that I

# EXHIBIT A

1    Q.   Do you remember when that was?

2    A.   I think it was right after he said he was

3    going to report me, and I was scared of getting in

4    trouble.

5    Q.   Do you think that was in January of --

6    A.   Yes.

7    Q.   -- 2019?

8    A.   Yes.

9    Q.   Was ███████████   verbally abusive to you?

10   A.   Yes.

11   Q.   How so?

12   A.   He would call me names, like fat and pig.

13   And I'd been dating a girl previously, so he

14   called me a fag.

15   Q.   When did the name-calling begin?

16   A.   Shortly after I met him.

17   Q.   After you -- do you think it was before or

18   after you attended the football game together?

19   A.   After.

20   Q.   And I know you said you don't -- it was

21   the game where you stormed the field.

22        Do you think the game was in September,

23   October, or later?

24   A.   I have no idea.

25   Q.   Okay.  All right.  And you say ████████████

**EXHIBIT A**

1    Q.   Did you ever consider getting a different

2    roommate?

3    A.   No.

4    Q.   Why not?

5    A.   I didn't want to cause problems or be

6    overdramatic, I guess.  I didn't know how to feel.

7    Q.   Why did you think getting a different

8    roommate would cause problems?

9    A.   I think because ███████ considered me a

10   really close friend, and even though she did do

11   those things, I didn't want to, I guess, abandon

12   her, and I knew I would have to move.  That's

13   about it.

14   Q.   I apologize if I asked this question

15   already.  How frequent was the name-calling?

16   A.   Anytime that he would get upset with me,

17   which was often.  I can't remember exactly how

18   many times.

19   Q.   Did ███████ do anything else that made

20   you uncomfortable?

21   A.   Yes.

22   Q.   Tell me about that.

23   A.   Well, like ██████ would tell him things.

24   And I had blocked his phone number and Instagram

25   and Snapchat, but I forgot about Twitter.  And

# EXHIBIT A

1  she -- I was upset because I didn't get a job, and

2  he messaged me on Twitter and said, Congrats on

3  your job offer.

4       And anytime he would see me, even after I

5  told him I wanted nothing to do with him, he would

6  say, Hey, ███████ how are you doing?  And I would

7  tell him to stop and then ███████ would tell him

8  to stop, and then my other suite mate, ███████

9  ███████, would tell him to stop, and he wouldn't

10 listen.

11      And then one time my roommate, ███████,

12 asked if I wanted to go to Chipotle with her.  And

13 I was like, Yeah, sure.  And so I get in the car,

14 and then ███████ all of a sudden comes walking up and

15 gets in the car too.  And I'm like, What is going

16 on?  Like why is he here?  So I was just like,

17 Whatever, let's just go to Chipotle and come back

18 home.  And he was with us.

19      So I was just walking up, I was super

20 angry, and he grabbed my butt.  And I was like,

21 Stop, don't touch me again, like leave me alone.

22      And then the last like final straw was

23 I -- so at this point, I blocked him on

24 everything, and this is whenever he stole the

25 picture.  And I threatened to report him and ███████

**EXHIBIT A**

1  to res life because I was fed up with it.  And I

2  didn't tell them directly, I think I told █████

3  directly, but I told █████ I was going to report

4  them.  And █████ found out.

5       And so he got a new phone number and

6  called me.  And I answered it because I didn't

7  know it was him.  And then I realized it was him

8  so I hung up.  And then he called me a few more

9  times and left me a voicemail.

10       And he basically said like I needed to

11  grow up and that -- I'm trying to think what he

12  said.  He said, You're really going to report me

13  to res life for stealing your Polaroid picture?

14  Like you need to grow up.  How old are we, two?

15  Or something like that.

16       He was like, No.  And he goes, It's okay,

17  █████ I know you're struggling in life right now,

18  but it's not an excuse to take your anger out on

19  █████.  And he goes, Hope you get your life

20  together.  Good night, pumpkin.

21       And I was upset, but I didn't say

22  anything.  I was like, if I just ignore it, he'll

23  stop.  Because I had already tried telling him

24  like leave me alone.  So I just ignored it.  I

25  didn't think to block the number.  And then I

**EXHIBIT A**

1  think the next day or the day after that he texted

2  me from the number and he said -- I think it was

3  ██████ -- he said, Is ██████ okay?

4        And I was like, Who is this?  So I called

5  the number and he sent it to voicemail.  And then

6  I figured out it was the same number that left the

7  voicemail.  And I texted him on that number and I

8  said, This is ████, I told you to leave me alone.

9        And he said -- I said, I'm going to report

10 you to res life, or something like that.  And he

11 said, Yeah, this is ████, and I'm going to report

12 you for harassing me or something, or bullying me,

13 I think is what he said.

14      **Q.  When do you think -- okay.  Let's go back**

15 **and let me ask a few questions.**

16      A.  Yeah.

17      **Q.  All right.  So when you said that**

18 **██████ asked you about going to Chipotle, was**

19 **it just the two of you -- I'm sorry, the three of**

20 **you, you, ████, and ████ in the car?**

21      A.  Yes.

22      **Q.  When you agreed to go, you didn't know**

23 **that Josh was going with you, correct?**

24      A.  Correct.

25      **Q.  You said that ██████ grabbed your**

**EXHIBIT A**

```
 1    butt.  How long did he touch you, or grab you?
 2        A.  A few seconds.
 3        Q.  Did ██████████ see this?
 4        A.  Yes.
 5        Q.  See him grab you?
 6        A.  Yes.
 7        Q.  Did she say anything?
 8        A.  I don't remember exactly.  Usually, if she
 9    would say anything like when he did mess up stuff,
10    she would just say like, ██████, or, Oh, my God.
11        Q.  But you don't recall if she said anything
12    at that time?
13        A.  No.
14        Q.  Do you remember about when this incident
15    occurred?
16        A.  I think it was in the spring semester.  I
17    don't remember exactly when.
18        Q.  Do you think it was early in the spring?
19        A.  Yes.
20        Q.  What did ████████████ say in response to
21    you telling him to stop?
22        A.  I think he just laughed.
23        Q.  Did he let you go?  I know you said he
24    grabbed your butt --
25        A.  Yes.
```

**EXHIBIT A**

1    Q.  -- but did he remove his hands?

2    A.  Yes.

3    Q.  Did the three of you finish dinner or have

4    dinner there or did you return to your dorm?

5    A.  We just picked it up and left and went to

6    the dorm.

7    Q.  Did anything happen with ███████████ on

8    the way back to your dorm?

9    A.  No.

10   Q.  Did the three of you eat together at your

11   dorm when you returned?

12   A.  No.

13   Q.  Did ██████████ go back to his room?

14   A.  I guess so.

15   Q.  He didn't eat with you though?

16   A.  No.

17   Q.  After this particular incident in -- where

18   ██████████ grabbed you, did you report his

19   conduct to res life or anyone at LSU?

20   A.  Not at the time.

21   THE WITNESS:

22       Can I take a break real quick?

23   MS. GREEN:

24       Sure, sure, we can take a break.

25   (A break was taken from 9:58 a.m. to

**EXHIBIT A**

```
 1          10:06 a.m.)
 2   BY MS. GREEN:
 3       Q.  Ms. ████████ you said that ████████
 4   sent you a message on Twitter congratulating you
 5   on a job offer.
 6            When was that?
 7       A.  It was in the spring, early spring.
 8       Q.  Was it before or after Chipotle, the
 9   Chipotle incident?
10       A.  I think after.  I'm not quite sure though.
11       Q.  And ████ told -- you said ████ told
12   ████████ about the job that you were seeking?
13       A.  Yes.
14       Q.  Where were you applying to work?
15       A.  It was an engineering firm.
16       Q.  Did you tell ████████ about the message
17   that ████████ sent to you on Twitter?
18       A.  Probably so.
19       Q.  Do you recall one way or the other?
20       A.  I don't recall.
21       Q.  All right.  Let's talk about your
22   conversation with ████ and ████████ when you told
23   them that you were going to basically report
24   ████████.
25            What did they say to you, if anything?
```

**EXHIBIT A**

1    A.  Don't do it.  ███████ begged me not to.

2        **Q.  Other than begging you not to do it, did**

3    **she tell you anything?  Did she tell you why she**

4    **didn't want you to do it?**

5        A.  She didn't want ████ and ████ to get in

6    trouble.

7        **Q.  Why was ████ going to get in trouble?**

8        A.  He was involved with a lot of the -- a lot

9    of things ████ did.  Like whenever ████ would go

10   in my room, he would be there too.  And he was

11   there when they stole the picture.

12       **Q.  All right.  And so ██████████ left you a**

13   **voicemail.  You said he indicated that you were**

14   **struggling in life right now?**

15       A.  Yes.

16       **Q.  Do you know what he meant by that?**

17       A.  No.

18       **Q.  Had you told ██████████ that you were**

19   **having any problems at that time?**

20       A.  I mean, no more than a normal person, I

21   guess.

22       **Q.  And when you say "no more than a normal**

23   **person," tell me what you mean by that.**

24       A.  Well, like I guess I had stresses like

25   everybody else with school and work, you know.

# EXHIBIT A

1    Q.   And this happened when?  Are we still
2    talking early 2019, the spring?
3        A.   I believe in March, yeah.
4        Q.   This was right before you made your report
5    to res life?
6        A.   I reported to res life I think the day or
7    the -- I mean, the next day or the day after that.
8        Q.   So this would have been March of 2019; is
9    that correct?
10       A.   I believe so.  I can look on my phone and
11   see.
12       Q.   That's fine.
13       A.   Okay.
14       Q.   All right.  After the voicemail that
15   ███████████ left you, did you have any interaction
16   with him after that?
17       A.   No.
18       Q.   Have you had any interaction with
19   ███████████ since your report to res life?
20       A.   I mean, one time he was walking out by my
21   car at like 1:00 a.m. and I hid.  But I don't know
22   why he was there, if it was intentional or just
23   coincidence.
24       Q.   And where -- where were you?
25       A.   I was at my new dorm, Evangeline Hall.

**EXHIBIT A**

1    Q.  All right.  So let's talk about your
2  complaint in March of 2019.
3         To whom did you complain?
4    A.  My RA had left in the middle of the school
5  year and we got a new RA, but the students didn't
6  really like her that much.  So I just messaged my
7  old RA and asked her what I should do, and she
8  said she was going to report it to Title IX.
9    Q.  So who was your old RA?
10   A.  ███████.  I can't remember her last name.
11   Q.  And your new RA was who?
12   A.  I honestly don't know.
13   Q.  Okay.  I'm sorry, you said you messaged
14  your old RA?
15   A.  Yes, on GroupMe.
16   Q.  Did you send a direct message to her?
17   A.  Yes.
18   Q.  All right.  And do you recall what you
19  told your old RA?
20   A.  I told her that -- I think I basically
21  told her that I had told ██████ to leave me alone
22  and he had made a new phone number to contact me
23  and I didn't know what to do.
24   Q.  And, I'm sorry, you told her -- what did
25  you say in response -- or what did -- what did she

**EXHIBIT A**

1  say she was going to do?

2      A.  She told me that she was going to report

3  it to like her supervisor or something like that

4  and that she thought it was a Title IX, and I

5  think she had said like maybe it was harassment,

6  and she was going to help me.

7      Q.  So after the GroupMe exchange with

8  ███████ -- did you feel comfortable after the

9  exchange with ███████?

10     A.  Yes.

11     Q.  All right.  I'm going to show you a

12 document that -- both of these were produced in

13 discovery.  The first set of documents is Doe 0083

14 through 0086, and then the second document is Doe

15 0081 through 82.  We'll mark the group starting

16 with 81 -- I'm sorry, with 83 as Exhibit 1.

17         (Exhibit 1 was marked.)

18     MS. GREEN:

19         And we'll mark the group starting with

20     81 as Exhibit 2.

21     (Exhibit 2 was marked.)

22     MS. TRUSZKOWSKI:

23         Molly, are you going to put those --

24     MS. McDIARMID:

25         I will, yes.  Just getting there.


**EXHIBIT A**

```
 1   BY MS. GREEN:
 2       Q.  Ms. ███████  the first -- Exhibit 1, does
 3   this look like the GroupMe message that you had?
 4       A.  Yes.
 5       Q.  I think we've discussed most of what's in
 6   here.
 7       A.  Uh-huh.
 8       Q.  I do have a question for you, though.  If
 9   you look at page 84, 0084 --
10       A.  Okay.
11       Q.  -- your last message at the bottom of the
12   page.
13       A.  Yeah.
14       Q.  Okay.  Would you explain your worry.
15       A.  My last message?
16       Q.  Yes.
17       A.  I was worried because he had been in
18   trouble before.  I think one time it was for
19   stealing things, I believe.  I think at one time
20   he like stole a roadblock.
21       Q.  A roadblock, is that what you said?
22       A.  Yeah, you know, like those --
23       Q.  I just couldn't hear.  I wanted to make
24   sure I heard you correctly.
25       A.  He had stolen one of those and I think res
```

**EXHIBIT A**

1  life had gotten involved.

2       And then he had also gotten in trouble

3  because he would steal food -- or not steal food.

4  He would get food from like the -- like fruit and

5  stuff and throw it down the stairs.  And it was

6  disgusting.  And he got in trouble for that.

7       And nothing happened with those.  He got

8  in no trouble.  And I was worried that nothing

9  would happen and that it would all -- me reporting

10 it would be for nothing.

11  **Q.  So as far as the roadblock is concerned,**

12 **how did you know that he had gotten in trouble for**

13 **the roadblock?**

14 A.  ██████ told me.

15  **Q.  And did ████ also tell you that nothing**

16 **had happened to him?**

17 A.  Yes.

18  **Q.  But other than ████, what ██████ told you,**

19 **you don't really know what happened?**

20 A.  I don't know for sure, yeah.

21  **Q.  What about throwing food down the stairs,**

22 **did ████ tell you that as well?**

23 A.  Yes.

24  **Q.  So other than what █████ told you about**

25 **what happened to ████████, you don't know one**

**EXHIBIT A**

1    way or the other, right?

2        A.   Correct.

3        Q.   Do you recall when the roadblock incident

4    occurred?  Was that in the fall of --

5        A.   I think it was in the fall, yeah.

6        Q.   And what about throwing food down the

7    stairs, was that in the fall as well?

8        A.   The fall, I believe.

9        Q.   All right.  If you look at Exhibit 2, this

10   report was submitted -- this report wasn't

11   submitted by you, correct?

12       A.   What?

13       Q.   It wasn't submitted by you?

14       A.   Like I didn't write this, no.

15       Q.   That's right.  Did you -- the area that

16   you just motioned to where it says "Describe the

17   incident and events," would you read that to

18   yourself and then let me know if it's accurate.

19       A.   Yeah.

20       Q.   So this is what you reported, correct?

21       A.   Yes.

22       Q.   And then what happened after the text

23   exchange?

24       A.   I went to work and I got a call from

25   someone at Title IX asking me if they could come

# EXHIBIT A

```
 1   talk to me, and I said like after I got off work.
 2   And they came over and we talked.  It was kind of
 3   like an interview, I guess.  And they asked me if
 4   I wanted to move, and I wasn't sure.
 5         So they put me in a -- I think they called
 6   it like a safe house or something like that.  It
 7   was just an empty dorm room in Evangeline Hall.  I
 8   had three days, I think, to decide if I wanted to
 9   move or not.
10        Q.  So where did the meeting occur?  Was it in
11   your room?
12        A.  Correct, yes.
13        Q.  Was anyone else present?
14        A.  I believe ███████ was, yes.
15        Q.  Was ██████ there?
16        A.  No.
17        Q.  Did you -- did you want to move?
18        A.  I ended up moving, yes.
19        Q.  Let me ask a better question, because I
20   know you said you had to decide.
21           At that time, did you want to move that
22   particular night?  Did you feel like you needed to
23   move that night?
24        A.  I mean, yes, I did.  I left.
25           MS. TRUSZKOWSKI:
```

**EXHIBIT A**

```
 1              Karleen, I think that was two separate
 2         questions.
 3  BY MS. GREEN:
 4         Q.  All right.  So question number one, did
 5  you want to move that night?
 6         A.  Yes, I did.
 7         Q.  Why?
 8         A.  I mean, I felt like he didn't respect my
 9  boundaries and I needed to leave.
10         Q.  And so you went to Evangeline Hall that
11  night?
12         A.  Yes.
13         Q.  And you said it was a safe space.
14             Did you feel safe?
15         A.  I guess, yes.  It was just an empty dorm
16  room.
17         Q.  Did anyone stay in that dorm room with
18  you?
19         A.  No.
20         Q.  Suzannah stayed in her room in North Hall?
21         A.  Like nobody stayed with me during those
22  three days.  But I ended up moving.  And ████████
23  moved with me because her boyfriend at the time
24  was also concerned with ████ and said, if she
25  stayed, then he was going to have to talk to ████.
```

**EXHIBIT A**

1     Q.  What was ██████ boyfriend's name?

2     A.  ███████.

3     Q.  Other than moving you to a safe space,

4  did -- what else was told to you during the

5  meeting that night?

6     A.  They told me about the Lighthouse program,

7  I believe.  I think they had told me

8  about -- talked to me about like a no-contact

9  order.  They basically told me like my options as

10  far as like if I wanted to go to the police or

11  not.

12     Q.  Did they tell you anything else?

13     A.  I don't think so.  I don't know.

14     Q.  Did you report it -- did you ultimately

15  report the conduct to the police?

16     A.  No.

17     Q.  Why not?

18     A.  I felt like reporting it to Title IX was

19  enough.

20     Q.  Do you remember the name of the person who

21  met with you that night?

22     A.  No.

23     Q.  At the end of that meeting, did you feel

24  like your concerns had been addressed?

25     A.  Yes.

# EXHIBIT A

1    Q.  Did you go to the Lighthouse program for
2    assistance?
3    A.  Yes.
4    Q.  When did you have your first interaction
5    with someone at Lighthouse?
6    A.  I think that week that I reported it.
7    Q.  Do you remember who was your contact at
8    Lighthouse?
9    A.  Crystal Loupe.
10    Q.  Tell me about your meeting with Ms. Loupe.
11    A.  Basically, she went over my options again
12    with me and we just talked about what happened.
13    Q.  What options did she tell you were
14    available?
15    A.  That I could go to the police, that I
16    could get a no-contact order, which she told me
17    was basically like a restraining order, and, yeah,
18    I think basically just went over our options -- my
19    options.
20    Q.  Did you discuss any sort of accommodations
21    that could be provided to you for school?
22    A.  Not -- I don't think at that -- on that
23    particular day.  I know we did -- I did
24    essentially get accommodations, but I don't
25    remember exactly when that was.

**EXHIBIT A**

 1  it and it wasn't included in there.  And I believe

 2  I asked if there was a no-contact order and they

 3  told me they couldn't tell me.

 4      **Q.  So you don't know one way or the other?**

 5      A.  I don't know one way or the other.  But at

 6  the time, I believed I had one, yes.

 7      **Q.  Okay.  And let me clarify what I just**

 8  **asked you because I did a poor job.  At the time**

 9  **that you wrote these messages, you believed you**

10  **had received a no-contact order, correct?**

11      A.  Yes, yes.  But I never received like a

12  physical document or anything like that.

13      **Q.  But you can't say, one way or the other,**

14  **that the no-contact order was put in place or not?**

15      A.  Yeah, I can't say that right now.

16      **Q.  When you spoke to Ms. Loup, did you tell**

17  **her about your interactions with ████████████?**

18      A.  Yes.

19      **Q.  How frequently did you have contact with**

20  **Ms. Loup?**

21      A.  I think once a week.

22      **Q.  So it was pretty regular?**

23      A.  Yes.

24      **Q.  Do you think Ms. Loup helped you?**

25      A.  Yes, but at one point, she told me she

**EXHIBIT A**

1    couldn't help me anymore and that I was too

2    mentally ill and that I needed to see somebody

3    else.

4        Q.   Do you remember when that conversation

5    occurred?

6        A.   No.

7        Q.   Was it still in the spring of 2019?

8        A.   I believe this was the next semester, the

9    fall of 2019, but I'm not positive.

10       Q.   So you think you had weekly meetings with

11   Ms. Loup during the spring of 2019, but at some

12   point in the fall, she told you she couldn't help

13   you anymore?

14       A.   Yeah.  She told me that I needed to see

15   another therapist for like just general

16   depression.

17       Q.   Did Ms. Loup tell you why she thought you

18   needed to see a different therapist for general

19   depression?

20       A.   She just told me that she couldn't help

21   me, that she deals with -- that she deals with

22   just like Title IX stuff and that I was just

23   like -- I wasn't just depressed about the Title IX

24   anymore, I was starting to get depression about

25   everything.

# EXHIBIT A

1    A.   No.   I started seeing her in I think like

2    August of 2021.

3    **Q.   And when did Ms. Russ move?**

4    A.   A few months ago.

5    **Q.   And you haven't found another therapist?**

6    A.   Not yet.

7    **Q.   Did Ms. Loup, even though she told you**

8    **that you needed to see another therapist, did she**

9    **continue to help you after the fall of 2019?**

10   A.   Yes, but I didn't see her as often.

11   **Q.   I'm going to show you some documents that**

12   **we'll mark as exhibit -- yeah, we're going to mark**

13   **them all as Exhibit 4.**

14        (Exhibit 4 was marked.)

15   BY MS. GREEN:

16   **Q.   Doe 304 to 306, Doe 49, and Doe 107 to**

17   **109.**

18        **Ms. ███████  do you recognize these**

19   **forms?**

20   A.   Yes.   I didn't write this though, like any

21   of this over here (indicating).

22   **Q.   Okay.   So let's take 304 through 306.   I**

23   **understand you didn't write it.   It seems like**

24   **Ms. Loup must have completed the form.**

25        **Is the form accurate based on the**

**EXHIBIT A**

1    information that you provided to Ms. Loup?

2        A.    Yes.

3        Q.    And then on Doe 49, is this what's defined

4    as your accommodations?   Is this -- are the

5    accommodations consistent with what you and

6    Ms. Loup discussed?

7        A.    Yes.

8        Q.    And then if you would look at Doe 107

9    through 109.   Again, I understand that you didn't

10   complete this form.   It appears as if it was

11   completed by Ms. Loup.

12          But is the information accurate based on

13   your discussions with Ms. Loup?

14       A.    Yes.

15       Q.    So after -- let's go back and pick up in

16   the process.

17          After your first meeting with Ms. Loup,

18   did you meet with someone from Title IX?

19       A.    Yes.

20       Q.    And who was that?

21       A.    I don't remember.

22       Q.    Okay.   Tell me about the -- well, one,

23   when was that meeting, do you remember?

24       A.    Probably March of 2019.   I think I met

25   with them like two times besides the first initial

**EXHIBIT A**

1  grilled?

2      A.  Like they would ask me questions like over

3  and over again, and like they would ask me -- like

4  I would say something bad happened to me and then

5  they would go back and say like -- like they would

6  say, But I have a question, didn't you kiss him,

7  and stuff like that.

8      Q.  And they were talking about ████████?

9      A.  Yes.

10     Q.  Did you kiss ████████?

11     A.  Yes, I did.

12     Q.  And when -- at what point in your

13  interactions with ████████ did you kiss him?

14     A.  Like at the very beginning, like before

15  all of that bad stuff happened.

16     Q.  So sometime in the fall of 2018?

17     A.  Yes, yes.

18     Q.  Did you kiss him more than once?

19     A.  I think maybe twice.

20     Q.  And did both of those -- did that occur

21  before, as you say, all the bad stuff happened?

22  We're talking about the fall of 2018?

23     A.  Yes.

24     Q.  Did you have any other intimate

25  interactions with ████████?

**EXHIBIT A**

1        A.  No.

2        Q.  So you reported to Title IX that you

3    kissed him twice --

4        A.  Yeah.

5        Q.  -- in the fall of 2018?

6        A.  Yes.

7        Q.  What about the interview made you feel

8    like they were blaming you?

9        A.  Like I just said, like I would say

10   something bad happened to me and they would like

11   confirm, But you did kiss him, right?

12       Q.  Was the only thing they referred to was

13   the fact that you had kissed him twice?

14       A.  Yeah.

15       Q.  Okay.  And I think you said that you felt

16   like you were inconvenient?

17       A.  Uh-huh.

18       Q.  What do you mean by that?

19       A.  Like I don't know, it just felt like they

20   didn't really want to be there, you know.

21       Q.  Was it more than one person who

22   interviewed you?

23       A.  Yes.

24       Q.  At the first meeting --

25       A.  It was one person.  And then one of the

# EXHIBIT A

1    A.  I don't know.

2    **Q.  You don't know if she was contacted or you**

3    **don't know if she told you?**

4    A.  I don't know if she was contacted.

5    **Q.  What about ██████, do you know if**

6    **██████ was contacted?**

7    A.  I mean, ██████ was with me for the first

8    interview, and she said she was willing to talk to

9    them, but they never contacted her after that.

10    **Q.  ██████ was with you for the first**

11    **interview with the female?**

12    A.  Yes.

13    **Q.  Was ██████ present?**

14    A.  No.

15    **Q.  I'll show you -- do you recall -- do you**

16    **recall giving any text messages or e-mails to the**

17    **Title IX office?**

18    A.  Yes.

19    **Q.  Okay.  I'm going to show you what I'll**

20    **mark as Exhibits 5 and 6.**

21    (Exhibit 5 was marked.)

22    (Exhibit 6 was marked.)

23    MS. GREEN:

24    Exhibit 5 is DOE 87 through 101.

25    Exhibit 6 is Board of Supervisors, that's

**EXHIBIT A**

```
 1              BOS-3511 through 3513.
 2   BY MS. GREEN:
 3       Q.  Okay.  Ms. ████████ if you look at
 4   Exhibit 5, do you recall receiving this letter?
 5       A.  Yes.
 6       Q.  That's your correct e-mail address at the
 7   top?
 8       A.  Yes.
 9       Q.  After receiving this letter -- it says
10   it's from Kimberly ██████.
11           Is that the person with whom you had the
12   first meeting?
13       A.  I think I had a meeting with her -- she
14   wasn't my first meeting, no.
15       Q.  Okay.
16       A.  Like the first person I met with, no.  But
17   I think I did have a meeting with her.
18       Q.  Where was the meeting with her, do you
19   recall?
20       A.  I think it might have been in the union,
21   but I'm not sure.
22       Q.  And was -- was ████████ -- is this the
23   meeting where ████████ was present or no?
24       A.  No.  ████████ was present at the one that
25   was at my dorm.
```

**EXHIBIT A**

```
 1        Q.   Okay.  So the first meeting that you had
 2   was the one you had at your dorm?
 3        A.   Yeah.
 4        Q.   After you returned from work?
 5        A.   Yes.
 6        Q.   Okay.  So that's the first meeting?
 7        A.   Uh-huh.
 8        Q.   This is the second meeting?
 9        A.   Yes.  And it looks like we met after she
10   sent this, because she's asking me what times I'm
11   available.
12        Q.   So you actually received this letter from
13   Ms. █████ before you had your meeting?
14        A.   Yes.
15        Q.   All right.  Let me ask you to look at
16   Exhibit 6.
17             I asked you earlier if you'd given
18   Ms. █████ any information and you said yes.  Is
19   this -- Number 1 at the top, it looks like that's
20   your e-mail address; is that correct?
21        A.   Yes.  I sent this to her.  This is the
22   text messages I was talking about earlier from
23   ████.
24        Q.   That we talked about earlier?
25        A.   Yes.
```

**EXHIBIT A**

1      A.  Yes.

2      Q.  Let me show you what I'll mark as

3  Exhibit 8.

4         (Exhibit 8 was marked.)

5  BY MS. GREEN:

6      Q.  This is Bates Number -- it's one page,

7  BOS -- I'm sorry, Doe 102.

8         Do you recall receiving this letter?

9      A.  Yes.

10      Q.  So does this help as far as the timing is

11  concerned?

12      A.  Yes.

13      Q.  So you met with Mr. DeLuca -- did you meet

14  with Mr. DeLuca on May 23, 2019?

15      A.  Yes, I did meet with him.  I don't know if

16  that was the date, but I -- it was probably that

17  date.

18      Q.  Okay.  All right.  So tell me about your

19  meeting with Mr. DeLuca.

20      A.  He told me that my case did not fall under

21  Title IX and that student advocacy and

22  accountability was looking into it to see if it

23  violated their rules.  It was just another

24  interview.

25      Q.  What questions did Mr. -- or what types of

# EXHIBIT A

1    questions did Mr. DeLuca ask?

2        A.  I don't recall specific questions.

3        Q.  So when you say it was another interview,

4    did he ask you about ███████████ conduct towards

5    you?

6        A.  Yes.

7        Q.  Did you ask Mr. DeLuca why the case didn't

8    fall under Title IX, or your complaint didn't fall

9    under Title IX?

10       A.  Yes, I did.  And he said he couldn't tell

11   me, there was some law.  I don't remember what

12   law, but he said he couldn't tell me because of

13   that law.

14       Q.  Other than Mr. DeLuca telling you the case

15   didn't fall under Title IX and interviewing you,

16   was there anything else that was discussed at the

17   meeting?

18       A.  No.

19       Q.  Did Mr. DeLuca ask you about the names of

20   any individuals who might be able to provide

21   information about your complaint?

22       A.  I don't recall, but he probably did.  I'm

23   not sure.

24       Q.  What did Mr. DeLuca tell you was the next

25   step in the process?

**EXHIBIT A**

1    A.   Just that they were going to look into it

2    and see if there was any violations, I guess.

3        **Q.   Did you have any questions for Mr. DeLuca?**

4    A.   I asked him again why it wasn't under

5    Title IX, and he told me the same answer.

6        MR. WALSH:

7            I'm sorry, what was that?

8        THE WITNESS:

9            I asked him why it wasn't under Title

10           IX, and he told me the same thing, that he

11           couldn't tell me and that it was against

12           the law for him to tell me.

13   BY MS. GREEN:

14       **Q.   Did you give Mr. DeLuca any text messages**

15   **or e-mails?**

16   A.   I'm not sure.

17       **Q.   You don't remember?**

18   A.   I don't remember.

19       **Q.   I'll show you what I've marked as**

20   **Exhibit 9.**

21           (Exhibit 9 was marked.)

22   BY MS. GREEN:

23       **Q.   This is BOS-3393.**

24           **Do you remember this e-mail?**

25   A.   Yes.

**EXHIBIT A**

1      Q.  So this was -- you sent this e-mail to

2  Ms. Loup the day after your meeting with

3  Mr. DeLuca?

4      A.  Yes.

5      Q.  Did you -- so at this point, were you

6  still having regular communications with Ms. Loup?

7      A.  Yes.

8      Q.  And after you e-mailed Ms. Loup about

9  this, did you hear -- did you have any additional

10  communications with Ms. Loup?  Did you continue to

11  communicate with her?

12      A.  I believe so.

13      Q.  Now, at this point in time, has the

14  semester ended?

15      A.  I'm not sure.

16      Q.  Probably so, based on the -- I guess, if

17  we go back and look at another exhibit, okay, so

18  if you look at the second page of Exhibit 7, which

19  is -- it's at the bottom BOS-3421.

20          Do you see that, BOS-3421?

21      MS. McDIARMID:

22            It's Exhibit 7.

23      A.  Yes.

24  BY MS. GREEN:

25      Q.  Okay.  So if you look at Ms. █████████

**EXHIBIT A**

1    Q.  Was the legislation ultimately passed?

2    A.  Yes.

3    Q.  Have you talked to -- have you talked to

4    Senator Friedman since the legislation was passed?

5    A.  Yes.  We went to a bill-signing ceremony.

6    Q.  Have you had any contact with her since

7    the bill-signing ceremony?

8    A.  No.

9    Q.  You mentioned the Husch Blackwell report.

10   Did you communicate with anyone from Husch

11   Blackwell?

12   A.  No.

13   Q.  I'm sorry?

14   A.  No.

15   Q.  Did you read the Husch Blackwell report?

16   A.  Yes.

17   Q.  Did you read all of it?

18   A.  No.

19   Q.  Do you recall what portions you did read?

20   A.  No.

21   Q.  Was anything in the report related to you

22   specifically?

23   A.  No.

24   Q.  Okay.  Let's go back and pick up with

25   Mr. DeLuca.  So we looked at the e-mail that we

# EXHIBIT A

1  with Mr. DeLuca that day?

2      A.  This says that it was another interview,

3  which I assume is correct.  But we never -- he

4  never -- I don't recall us talking again after the

5  phone call.

6      Q.  So after that phone call, did you know

7  what had happened with your case?

8      A.  I e-mailed him to follow up on it later,

9  and he told me he couldn't tell me because it

10  violated FERPA.

11     Q.  Did he tell you whether or not ███████████

12  was disciplined in any way?

13     A.  I asked that.  He told me he couldn't tell

14  me because of FERPA.

15     Q.  Did he tell you a no-contact order was in

16  place?

17     A.  He told me he couldn't tell me because of

18  FERPA.

19     Q.  And when did you communicate with him?

20     A.  I e-mailed him a few times asking him

21  that.  And the first interview that we had in

22  person is when he told me he couldn't tell me

23  because of FERPA.

24         And then I e-mailed him -- I honestly

25  don't remember when it was, I think it was during

# EXHIBIT A

1    A.  Oh, yes, that would be Sarah.  And I met

2  with ████ after all this happened, and she said

3  she was never talked to by Title IX.

4    **Q.  Did ████ tell you if she was contacted by**

5  **Title IX?**

6    A.  She said she wasn't, I think.  I don't

7  recall.  But I do remember talking to her about

8  it, and she said she never talked to them.

9    **Q.  But you don't know whether or not Title IX**

10 **actually contacted ████?**

11   A.  I don't know if they contacted her.

12   **Q.  Other than Daniel DeLuca, was there anyone**

13 **at SAA that you talked to?**

14   A.  No.

15   **Q.  Do you know Jonathan Sanders?**

16   A.  No, not that I know of.

17   **Q.  Did you ever interact with Jonathan**

18 **Sanders?**

19   A.  Not that I recall.

20   **Q.  What about Jennie Stewart, did you ever**

21 **interact with Jennie Stewart?**

22   A.  Not that I recall.

23   **Q.  Do you know who Jennie Stewart is?**

24   A.  No.

25   **Q.  Did you ever interact with Miriam Segar?**

# EXHIBIT A

1    Polaroid or is this a different --

2        A.  It's the same.

3        Q.  Who else got the picture?  Do you know who

4    else got the picture?

5        A.  I just recall it being slid under

6    different dorm room doors.

7        Q.  How did you know you could talk to res

8    life about what ███████████ -- the problems you

9    were having with ███████████?

10       A.  I don't remember.  I think like they just

11   told us to go to your RA if you had any problems,

12   and I figured I would go to her because it was

13   happening -- I mean, he lived in the dorm.  So...

14       Q.  And you felt comfortable talking with the

15   old RA that you had a good relationship with?

16       A.  Yes.

17       Q.  At any point in time did you have to do

18   any sort of training at LSU regarding any type of

19   reporting, Title IX or sexual violence or anything

20   like that?

21       A.  I don't recall.

22       Q.  I'll show you two documents that I'll mark

23   both as Exhibit 20, BOS-3391 and 3384.

24          (Exhibit 20 was marked.)

25   BY MS. GREEN:

**EXHIBIT A**

1    Q.  Do you recall receiving these e-mails?

2    A.  I remember doing an online like thing on

3 alcohol.

4    Q.  Okay.  Do you remember doing the one on

5 drugs?

6    A.  I don't recall.

7    Q.  What about the one on sexual violence?

8    A.  I don't recall doing it.  I'm sure I did,

9 but I just don't remember doing it.

10    Q.  Sure.  Were you able to register for your

11 spring 2019 classes without any problems?

12    A.  Spring 2019, yeah.

13    Q.  I'll show you a document that I'll mark as

14 Exhibit 21.  Actually, I'm going to put them

15 together, BOS-3392 and 3378.

16       (Exhibit 21 was marked.)

17 BY MS. GREEN:

18    Q.  Do you recall receiving these e-mails?

19    A.  I don't recall.

20    Q.  Is your e-mail address at the top of 21,

21 3392, the first page of 21?

22    A.  Yes.

23    Q.  And then your e-mail address is at the top

24 of 3378, correct?

25    A.  Yes.

# EXHIBIT A

1      Q.  Did you complete the survey that's
2   referenced in 3392?
3      A.  I don't recall.
4      Q.  And what about, did you look -- if you
5   look at 3378, it references a report and also
6   policies concerning campus safety, including
7   sexual assault.
8          Did you ever go and look at that report?
9      A.  Not that I recall.
10     Q.  Did you have any issues when you were
11  readmitted to LSU this semester?
12     A.  This semester?
13     Q.  For 2020 -- I'm sorry.
14         The spring of 2022 is when you started,
15  right?
16     A.  Yes.
17     Q.  Did you have any problems re-entering in
18  the spring of 2022?
19     A.  I think I had -- I think there were some
20  problems, but I don't remember what it was.  Like
21  I had to -- I don't remember.
22     Q.  Did the academic counselors work with you
23  on your schedule?
24     A.  Yes, they did.
25     Q.  And helped you figure out -- did they help

# EXHIBIT A