```
 1        A.   No.
 2        Q.   Did you know anyone else that worked at
 3   the SAA office?
 4        A.   No.
 5        Q.   Do you believe that Jonathan Sanders did
 6   anything to cause you mental or physical harm?
 7        A.   No.  Not that I know of, no.
 8        Q.   Do you know whether Mr. Sanders has been
 9   responsible for any retaliation, first amendment
10   rights, and hostile environment, has he created
11   any of those as far as you know?
12        A.   Not for me that I know of, no.
13             MR. LARGE:
14                  Give me one second.
15                  Okay.  Thank you very much.  That's
16             all I have.
17                         EXAMINATION
18   BY MR. CANIZARO:
19        Q.   Ms. ██████████ hi.  My name is Craig
20   Canizaro, and I represent Jennie Stewart in this
21   lawsuit.  Most of the questions that I had for you
22   have been asked already, so I should be pretty
23   brief.
24             Did I understand your testimony earlier,
25   you have had no interactions with Ms. Stewart in
```

**EXHIBIT A**

1  relation to your complaints against ▊▊▊▊▊?
2      A.  No.
3      Q.  Ms. Stewart did not participate in,
4  conduct, or sit in on any of the interviews you
5  gave in relation to your complaints against
6  ▊▊▊▊▊?
7      A.  Not that I know of, no.
8      Q.  Okay.  I want to ask you, you testified
9  about an incident that occurred at a Chipotle
10 wherein ▊▊▊▊▊ made contact with your rear
11 end.
12         Do you recall that testimony?
13     A.  Yes.
14     Q.  All right.  For the next set of questions,
15 I'm going to refer to that as the "Chipotle
16 incident."  Fair enough?
17     A.  Okay, yes.
18     Q.  Did that occur in a Chipotle on LSU's
19 campus or off campus?
20     A.  Off campus.
21     Q.  Did that incident occur before or after
22 you contacted your former RA to lodge a complaint
23 against ▊▊▊▊▊?
24     A.  Before.
25     Q.  Okay.  Did you include information about

**EXHIBIT A**

12:06

> hey [redacted] i know you aren't my RA anymore but i guess i feel more comfortable asking you for advice on what to do than anyone else. so if you can talk please let me know

> Hey! Yeah, of course I can. What's up ?

11:57 AM

> so this guy [redacted] that lives in the dorm after me and my girlfriend broke up i made out with him like two times. and he was really mean to me he called me like fag, fat, obese, and stupid and he would i guess be messing with me and would try to choke me out and he would punch me and leave bruises and i had enough of him and blocked him on everything and i blocked his phone number. since then he still talks about me and i'll be at the union and he will show up and eat at the same place i'm eating and sit by me and one night it was like 9 or 10 and me and [redacted] my roomate were walking in the parking lot the paved one and he showed up behind us out of nowhere. and recently i'm guessing he made one of those text now things that gives you a different phone number and called me twice and left a minute long voicemail on my phone yelling at me. and then he texted me yesterday and when i figures out who it was i blocked him.

Send Message...

EXHIBIT A



EXHIBIT DD
10-5-22

JANE_DOE_000083

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

12:06

then he texted me yesterday and when i figures out who it was i blocked him.

i know that is long

i just don't know what to do because he could make unlimited numbers and i know he's violent and i just never feel safe walking around campus or walking to my room

I'm so sorry you're going through this. I'm pretty sure this is a title IX incident and complainant and I really think we should talk to ▇ (GRD) ans ▇ (RLC). I can send him exactly what you sent me and he'll act on it ASAP and more appropriately than I can.
You being scared for your safety is obviously not okay. Would you be comfortable with me going ahead and getting them involved?

Read - 12:04 PM

i think i would yes. my only worry is of nothing coming of it because he has been in trouble twice with the dorm and had no consequences and talked his way out of it. i would really appreciate it thank you

I'll get them involved right now. Thank you for reaching out to me. I'm right here and we'll figure this out together.

Send Message...

**EXHIBIT A**

JANE_DOE_000084

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



i know that is long

i just don't know what to do because he could make unlimited numbers and i know he's violent and i just never feel safe walking around campus or walking to my room

I'm so sorry you're going through this. I'm pretty sure this is a title IX incident and complainant and I really think we should talk to ▇ (GRD) ans ▇ (RLC). I can send him exactly what you sent me and he'll act on it ASAP and more appropriately than I can.
You being scared for your safety is obviously not okay. Would you be comfortable with me going ahead and getting them involved?

Read - 12:04 PM

i think i would yes. my only worry is of nothing coming of it because he has been in trouble twice with the dorm and had no consequences and talked his way out of it. i would really appreciate it thank you

I'll get them involved right now. Thank you for reaching out to me. I'm right here and we'll figure this out together.

**EXHIBIT A**

JANE_DOE_000085

12:19

> I'm so sorry you're going through this. I'm pretty sure this is a title IX incident and complainant and I really think we should talk to ▇ (GRD) ans ▇ (RLC). I can send him exactly what you sent me and he'll act on it ASAP and more appropriately than I can.
> You being scared for your safety is obviously not okay. Would you be comfortable with me going ahead and getting them involved?

i think i would yes. my only worry is of nothing coming of it because he has been in trouble twice with the dorm and had no consequences and talked his way out of it. i would really appreciate it thank you

> I'll get them involved right now. Thank you for reaching out to me. I'm right here and we'll figure this out together.

thank you so much

12:18 PM

Is it ▇ ?

Read - 12:08 PM

yes

**EXHIBIT A**


JANE_DOE_000086

## Louisiana State University
### Sexual Misconduct and Sexual Harassment (PM73) Complaint Form

*Submitted on March 21, 2019 at 1:22:22 pm CDT*

| | |
|---|---|
| Nature: | **Dating Violence** |
| Urgency: | **Normal** |
| Incident Date and Time: | **2019-03-21** |
| Incident Location: | **North Hall (RC3)** |

### Reported by

| | |
|---|---|
| Name: | ▬▬▬▬ |
| Title: | **Graduate Residence Director** |
| Email: | ▬▬@lsu.edu |
| Phone: | |
| Address: | **99 Grace King Hall, Louisiana State University** |
| | [Authenticated as ▬▬] |

### Involved Parties

▬▬▬  ▬▬▬
Victim

### Questions

If this is a discrimination or harassment complaint, please indicate the protected status(es) that is/are the basis of the alleged behavior.
**Sex/Gender**

Describe the incident(s)/event(s) including date, times, locations, and any potential witness(es) to the behavior.
**At approximately 11:45am, Resident ▬▬▬ contacted former Resident Assistant ▬▬ with information regarding a potential dating violence and stalking situation. Resident ▬▬ shared that a relationship with Resident ▬▬ had become an issue (violence, stalking, etc.). Student ▬▬ shared this information with Graduate Resident Director ▬▬ via text. GRD ▬▬ contacted Associate Director Christine Wesserling to follow up.**

Describe the impact the behavior has had on you.
**N/A**

Have you taken any action to stop the behavior?
**No**

If you have taken action to stop the behavior, what actions have you taken and what was the outcome?
**N/A**

Please add any additional information that supports your complaint. You may upload screenshots, other pictures, or documents later in this form.
**N/A**

What remedy are you seeking (no contact, restrictions or limitations, removal)?
**N/A**

### Attachments

img4088.jpg
img4089.jpg
img4090.jpg



**EXHIBIT A**

JANE_DOE_000081

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

img4091.jpg

Pending IR #00019531
Submitted from 167.96.73.194 and routed to Jennie Stewart (Title IX Coordinator, Office of the General Counsel). Processed by routing rule #106.
Copies to: mari@lsu.edu,jscott11@lsu.edu,jsanders@lsu.edu,

**EXHIBIT A**

JANE_DOE_000082