UNITED STAES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


ABBY OWENS, ET AL.
                      CASE NO.: 3:21-cv-00242
                      DIVISION WBV-SDJ
VERSUS                JUDGE WENDY B. VITTER
                      MAG. JUDGE JOHNSON
                      JURY DEMANDED

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL

     * * * * * * * * * * * * * * * * * * * * * *


DAY 1 OF THE DEPOSITION OF

JENNIE STEWART


TAKEN AT PHELPS DUNBAR, 400 CONVENTION

STREET, BATON ROUGE, LOUISIANA 70801, ON

NOVEMBER 9, 2022, BEGINNING AT 9:03 A.M.


REPORTED BY:
     JENNIFER W. PICKETT
     CERTIFIED COURT REPORTER
     CERTIFICATE NUMBER 29011

EXHIBIT B

Case 3:21-cv-00242-WBV-SDJ    Document 474-5    10/13/23    Page 2 of 11
Case 3:21-cv-00242-WBV-SDJ    Document 375-3    JESSE STEWART    07/07/23    JENNIE STEWART    Page 2 of 11    09/2023
Page 38

```
 1        that was not equity in athletics.  That

 2        specific piece was carved out in the

 3        policy for the senior woman's

 4        administrator in athletics.  So, anything

 5        else that arose -- pregnancy and

 6        recovery, anything about sexual

 7        misconduct, responsible employees, the

 8        office of wellness and health promotion -

 9        - specifically the Lighthouse Program --

10        they also did a great deal of training,

11        too but that was only specific to

12        students at the A&M campus so anything

13        outside of relationships that was fully

14        on a training, education, outreach -- any

15        requests by deans, department chairs,

16        student  organizations, classrooms, that

17        was me and Jeff.

18   Q    And by Jeff you mean Jeff Scott?

19   A    I'm sorry, yes.  Jeff Scott when he

20        became our investigator in 2018.  Yes.

21   Q    When you began in the role in February

22        2016, what did the Title IX training

23        calendar look like, if there was one at

24        that point?

25   A    There was not a specific training
```

**EXHIBIT B**

```
 1        calendar.
 2   Q    So, at that point -- and again, correct
 3        me if I'm wrong -- there was no schedule
 4        for training folks on-campus either
 5        annually or on a regular basis; is that
 6        correct?
 7   A    There was the annual Moodle training that
 8        was for employees and that had to be
 9        conducted in the calendar year but as far
10        as additional training beyond that --
11        requests, targeted needs -- there was not
12        a specific calendar.
13   Q    Anything for students?
14   A    Students who were twenty-three and under
15        and undergraduate students were required
16        to complete the My Student Body module
17        from the enrollment time to the end of --
18        before they went to enroll in the second
19        semester, students had to complete that
20        Moodle module.  It was not exclusively
21        related to sex-based discrimination but
22        it did include elements of interpersonal
23        violence, sexual harassment, et cetera
24        that were included in that module.
25   Q    In the My Student Body module was there
```

**EXHIBIT B**

Case 3:21-cv-00242-WBV-SDJ    Document 474-5    10/13/23    Page 4 of 11
Case 3:21-cv-00242-WBV-SDJ    Document 375-3    08/04/23    Page 4 of 11
JESSE STEWART    JENNIE STEWART    JENNIE STEWART
Page 40

```
 1        any information for students about what
 2        the PM 73 definitions were of what was
 3        prohibited?
 4   A    No.  The Moodle module was a stock module
 5        created, I believe it was by Hazelton,
 6        because the primary focus was on recovery
 7        so it was not an alterable product.
 8   Q    Correct me if I'm wrong here, my
 9        understanding was Moodle was for
10        employees and My Student Body was for
11        students; is that correct?
12   A    Moodle is the learning management system
13        for the academic side.  So, it's like the
14        same as Zoom.  It is a product.  But My
15        Student Body was used in Moodle as one of
16        the modules.  It was accessed through the
17        Moodle system.
18   Q    I see.  Who created that module then?
19   A    It was produced by Hazelton.  It was
20        procured throughout student health
21        center, Wellness and Health Promotion,
22        and it was monitored for completion also
23        by Wellness and Health Promotion.
24   Q    If I'm a student in let's say June of
25        2016 at LSU, how do I learn about Title
```

# EXHIBIT B

Case 3:21-cv-00242-WBV-SDJ    Document 474-5    10/13/23    Page 5 of 11
Case 3:21-cv-00242-WBV-SDJ    Document 375-3    SEALED    07/07/23    Page 5 of 11    JENNIE STEWART  09/2023
JENNIE STEWART    JENNIE STEWART  09/2023
Page 41

```
 1        IX?
 2   A    In 2016, in the First Year Experience
 3        classes that undergrads were able to
 4        take, a discussion in those classrooms --
 5        policies, procedures, et cetera -- that
 6        was included.  It was included in the
 7        Residential Life handbook for individual
 8        students living on campus.  It was
 9        included also in orientation
10        presentations of which the office of the
11        dean of students, in looking at conduct
12        on campus, they also included that in the
13        presentation presented at international
14        student orientation, graduate student
15        orientation, resident advisors and res
16        life staff presented at their floor
17        meetings.
18   Q    So, which if any of these presentations
19        were you personally responsible for?
20   A    Personally responsible, I did graduate
21        student orientation, international
22        student orientation, the SAA office
23        covered orientation for undergraduate
24        students, residential life covered the
25        piece for res life students.  Have I
```

**EXHIBIT B**

Case 3:21-cv-00242-WBV-SDJ    Document 474-5    10/13/23    Page 6 of 11
Case 3:21-cv-00242-WBV-SDJ    Document 375-3 SEALED 07/07/23 JENNIE STEWART Page 6 of 11 JENNIE STEWART 09/2023

Page 140

```
 1        physically and organizationally out of
 2        general counsel was done in 2021 with the
 3        creation of the office of civil rights
 4        and Title IX.
 5   Q    I think that was all they had from the
 6        task force.  This is your presentation
 7        now, which we talked about before and the
 8        steps that you took after that.  But they
 9        didn't reference the 2017 internal audit
10        report and they had a couple of relevant
11        recommendations from this that I wanted
12        to ask you about here.  The internal
13        audit office recommended that "the
14        institution implement a standard
15        mechanism to consistently record
16        complaints of potential PM 73 violations
17        and track their disposition."  Did that
18        ever occur, that there was a standard
19        mechanism implemented for that?
20   A    It did.  There was a project that I
21        undertook.  So, student-tracked
22        complaints were able to be tracked
23        through Maxient, which is a case
24        management system also utilized in other
25        areas of the institution for student
```

**EXHIBIT B**

Case 3:21-cv-00242-WBV-SDJ    Document 474-5    10/13/23   Page 7 of 11
Case 3:21-cv-00242-WBV-SDJ    Document 375-3   JENNIE STEWART   Page 7 of 11   09/2023

JENNIE STEWART
Page 141

```
 1           conduct.  But there was not one at the
 2           time that was utilized for employees or
 3           other participants in our programs,
 4           activities and services.  So, unless it
 5           was a student, there wasn't a case
 6           management place so I and HR worked with
 7           our office of information technology
 8           project management office to identify
 9           case management opportunity and that was
10           used as ethics point where anyone could
11           report a complaint.  So, we were working
12           from two different case management
13           systems but the two different case
14           management systems was an improvement
15           over Word and Excel tracking.  So yes,
16           the answer there is yes.
17    Q   And then the recommendation there that
18           "additional procedures may be required to
19           ensure responsible employees have been
20           identified and understanding the
21           reporting obligations under Title IX."
22           Do you know if that recommendation was
23           ever implemented?
24    A   Yes, I do know that.  So, that was a
25           conversation that I had with Mr. Skinner.
```

# EXHIBIT B

Case 3:21-cv-00242-WBV-SDJ     Document 474-5     10/13/23     Page 8 of 11
Case 3:21-cv-00242-WBV-SDJ     Document 375-3     06/18/23     Page 8 of 11
JENNIE STEWART     JENNIE STEWART     JENNIE STEWART
Page 142

```
 1          Mr. Skinner went and spoke with then-
 2      President Alexander and to the
 3      president's cabinet with all the deans
 4      and vice-presidents indicating this is
 5      the message, it's very clear, responsible
 6      employees report here, who are the
 7      exceptions.  Please help us identify
 8      places where we can come and speak to
 9      your staff and answer their questions.
10      Mr. Skinner and I went on a tour of sorts
11      around campus.  I can't remember the
12      number of department meetings and events
13      that we did, but I believe it was -- I
14      know it was definitely double digits and
15      it was over the term of a semester.  So,
16      he and I were presenting very regularly.
17  Q   About when did that take place, which
18      semester was that if you can recall?
19  A   It was in response to this that we -- as
20      soon as this came through.  I know there
21      was a mention of date that I pulled that
22      for Husch Blackwell but I don't know if
23      they included that date here and I can't
24      recall it.
25  Q   So, likely sometimes in the 2017-2018
```

**EXHIBIT B**

Case 3:21-cv-00242-WBV-SDJ   Document 474-5   10/13/23   Page 9 of 11
Case 3:21-cv-00242-WBV-SDJ   Document 375-3   SEALED   07/07/23   Page 9 of 11
JESSE STEWART       JENNIE STEWART       10/19/2023
Page 143

1       school year if this report came out in

2       September?

3   A   Yes.  That seems reasonable.

4   Q   So, then were there any -- did you

5       continue having those follow-up meetings

6       with folks after that academic year or

7       was that just a one-time thing?

8   A   We did continue to go to employee-based

9       opportunities so still being invited to

10      departments, organizations, caucuses but

11      that was a real hard-hit from the

12      president at that one point.  But yes, we

13      did continue to present to different

14      campus constituencies.

15  Q   When you said when you were invited, did

16      you ever practically assess here are the

17      different places that I need to go or was

18      it more of just waiting for someone to

19      ask you to come?

20  A   No, absolutely.  I'd been at the

21      institution for a significant period of

22      time so I knew where departments were

23      organized, where to hit, where we would

24      get a lot of people, business managers,

25      also knowing that we needed to present

**EXHIBIT B**

JENNIE STEWART    JENNIE STEWART

| | | |
|---|---|---|
| 1 | | we have, some plaintiffs which are not |
| 2 | | referenced in the Husch Blackwell report, |
| 3 | | and just see if you know anything about |
| 4 | | them.  Sara Beth Kitch, do you know who |
| 5 | | she is or do you know anything about her? |
| 6 | A | Only from the deposition. |
| 7 | Q | Do you recall ever speaking to her? |
| 8 | A | I don't recall speaking with her. |
| 9 | Q | Do you recall ever having any |
| 10 | | communications with her? |
| 11 | A | No, I don't.  I searched email high and |
| 12 | | low.  Any kind of phone log that I might |
| 13 | | have but during her deposition the name |
| 14 | | of the assailant was very, very unique. |
| 15 | | That was the first time I recall ever |
| 16 | | hearing that person's name.  So, that was |
| 17 | | really specific. |
| 18 | Q | ███████████  who is identified as Jane |
| 19 | | Doe in the complaint? |
| 20 | A | Yes, I do remember her case coming |
| 21 | | through.  One of the questions -- I |
| 22 | | believe it was in the inquiry phase |
| 23 | | because Kimberly ████ did that for us -- |
| 24 | | was determining was this within the scope |
| 25 | | of our work.  So, the question of what |

**EXHIBIT B**

JENNIE STEWART   JENNIE STEWART

```
 1          type of relationship did they have, did
 2          they have an intimate relationship, had
 3          they been dating or an item -- I guess
 4          that's what the old people like me say,
 5          an item -- had there been some
 6          relationship that would attach dating or
 7          domestic violence to it and the answer
 8          there was no so that was vetted out and
 9          appropriately routed through student
10          advocacy and accountability.
11   Q      Did you ever meet directly with ████
12          that you can recall or communicate
13          directly with her?
14   A      No, I don't believe I did.
15   Q      That was Kimberly that would have done
16          that; is that correct?
17   A      That's correct.  Or residential life
18          staff -- they were very involved.
19   Q      And then student conduct, obviously,
20          after that point?
21   A      Absolutely.  Yes.
22   Q      Kennen Johnson, have you ever met with
23          her or spoken with her?
24   A      She was not a person that was known to
25          me.  The only knowledge I have is from
```

# EXHIBIT B