UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL

                    CASE NO.: 3:21-CV-00242
                    DIVISION WBV-SDJ
VERSUS               JUDGE WENDY B. VITTER
                    MAG. JUDGE JOHNSON

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

C O N F I D E N T I A L

30 (b)(6) DEPOSITION OF

BOARD OF SUPERVISORS OF LOUISIANA STATE

UNIVERSITY AND AGRECULTURAL AND MECHANICAL

COLLEGE ("BOARD") through

JOSH JONES, WENDY NALL, DR. JANE CASSIDY,

JENNIFER NORMAND, JEFF DEVEER

TAKEN AT PHELPS DUNBAR, 400 CONVENTION

STREET, BATON ROUGE, LOUISIANA, ON APRIL 11,

2023, BEGINNING AT 9:22 A.M.

REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER

Certified Copy

EXHIBIT C

Case 3:21-cv-00242-WBV-SDJ   Document 375-6 *SEALED* 07/10/23   Page 2 of 23

```
 1   BY MS. ABDNOUR:
 2   Q    Why is it concerning if it's true?
 3   A    Because sexual harassment is always
 4        concerning.
 5   Q    Do you think that there's anything that
 6        the institution should do if the
 7        allegations are true?
 8                  MS. GREEN:
 9                       Object to the form of the
10                  question.
11   A    I don't have enough information yet to
12        make a decision on that.
13   BY MS. ABDNOUR:
14   Q    Okay, we're going to jump into the topics
15        now and again, if there's anything that
16        you aren't sure about or you don't know,
17        please just let me know.  You probably
18        know we've been on a really tight
19        timeline with this so I'm going to try to
20        stick to the things that I think I'm
21        supposed to ask you but if I don't,
22        anyone please let me know.  So, you
23        mentioned that you had reviewed the
24        relevant policies and procedures that
25        were in place at LSU during the time
```

# EXHIBIT C

Confidential

BOARD SUPERVISORS

04/11/2023
Page 30

```
 1        period that was referenced after I
 2        discussed with Phelps Dunbar attorneys,
 3        which was 2013 to 2021.  Can you tell me,
 4        from your perspective, did you feel that
 5        those policies were sufficient under your
 6        understanding of what the Title IX
 7        regulations and obligations were?
 8                MS. GREEN:
 9                    Object to the form of the
10                question.
11   A    Yes, I mean you had kind of a series of
12        policies.  So, prior to 2014, the
13        policies in place, well there's two
14        separate policies.  You have a student
15        code of conduct and then you had employee
16        policies including PS 1.  Starting in
17        2014, that was I believe the first year
18        that you had PM 73, which was a permanent
19        memorandum over all institutions and so
20        looking at the obligations as set forth
21        by -- at that time it would have been
22        both the Dear Colleague letter of -- and
23        there was previous guidance.  I know
24        there was previous guidance in 2001 but
25        yes, I think it met the obligations as
```

# EXHIBIT C

Case 3:21-cv-00242-WBV-SDJ    Document 474-6    10/13/23    Page 4 of 23
Case 3:21-cv-00242-WBV-SDJ    Document 375-6 *SEALED* 07/10/23    Page 4 of 23    04/11/2023
Confidential                    BOARD SUPERVISORS
Page 31

```
 1          set forth in both the 2011 Dear Colleague
 2          letter and the 2014 question and answer.
 3          I mean the three main obligations under
 4          those policies was that you have a notice
 5          of non-discrimination to disseminate,
 6          right, that you have a grievance
 7          procedure and process and all of that
 8          happened.  A Title IX coordinator was
 9          designated during that period so yes, it
10          met those obligations and I also think
11          while those letters, especially the 2011
12          Dear Colleague letter, didn't go into
13          great detail about the exact nature of
14          what your grievance policy or procedure
15          had to be.  There was a lot of kind of
16          leeway.  There was a grievance procedure
17          that afforded what the Dear Colleague
18          letter required.
19     BY MS. ABDNOUR:
20     Q    And based on your review of the
21          documents, do you think there was a
22          sufficient process in place for training
23          of staff and faculty to understand their
24          obligations?
25                    MS. GREEN:
```

# EXHIBIT C

Confidential
BOARD SUPERVISORS

04/11/2023
Page 32

```
 1                    Object to the form of the
 2              question.
 3  A    From what I understand, yes there was.
 4        That was overseen by HR so they know the
 5        ins and outs of it but yes, there was a
 6        training for responsible employees.
 7  BY MS. ABDNOUR:
 8  Q    Can you describe how the communications
 9        occurred between the Title IX office and
10        HR to ensure that those obligations were
11        met?
12  A    So generally, the Title IX office is kind
13        of the subject matter expert.  So, the
14        Title IX office needs to make sure that
15        the content of the training is what needs
16        to be in there, whereas HR is the kind
17        of, I guess, operationalization of that
18        training.  So, they're the ones that load
19        it into whether it be Moodle or another
20        platform.  They push it out to employees,
21        they send reminders to employees, they
22        put reminders in different news and notes
23        and different kinds of newsletters,
24        things that go out to all staff. So, they
25        operationalize it.  Title IX needs to
```

# EXHIBIT C

Case 3:21-cv-00242-WBV-SDJ   Document 474-6   10/13/23   Page 6 of 23
Case 3:21-cv-00242-WBV-SDJ   Document 375-6 *SEALED* 07/10/23   Page 6 of 23
Confidential                    BOARD SUPERVISORS                    04/11/2023
Page 33

```
 1           make sure that the training has what
 2           needs to be in it.
 3      Q    What procedures did Title IX go through
 4           during that period to ensure that the
 5           trainings had what they needed?
 6      A    I know that each training was reviewed by
 7           the Title IX coordinator at the time.
 8      Q    Who prepared the training?
 9      A    I don't know exactly who prepared the
10           training.  My understanding is it was
11           probably a group of people, including the
12           Title IX coordinator but I can't give you
13           specific names.
14      Q    Do you know what offices or what
15           departments those folks came from?
16      A    At a very minimum, HRM -- human resource
17           management -- and Title IX.
18      Q    How did that preparation occur?  Were
19           those in person meetings, phone calls,
20           emails; what did that process look like?
21      A    That I don't know.
22      Q    How often did that process occur, that
23           they reviewed or updated the training?
24      A    That I don't know.
25      Q    How often were Title IX and HR in
```

**EXHIBIT C**

Confidential

BOARD SUPERVISORS

| | | |
|---|---|---|
| 1 | A | The Board of Regents training? |
| 2 | **Q** | **Yeah.   Is that what I just asked you or** |
| 3 | | **no?** |
| 4 | A | No.  So, that was prepared by -- I don't |
| 5 | | know the group.  There's a group of folks |
| 6 | | that oversee health, safety and wellness |
| 7 | | with the Board of Regents so I believe |
| 8 | | that's led by Doctor Allison Smith.  She |
| 9 | | would have had consultation with it but |
| 10 | | it was prepared by -- I think they |
| 11 | | changed names -- I think it's Parker Poe |
| 12 | | now, so an attorney -- Nina Gupta -- and |
| 13 | | some of her staff with Parker Poe |
| 14 | | prepared the forty-five minute Board of |
| 15 | | Regents section. |
| 16 | **Q** | **Let me get back to a couple of more** |
| 17 | | **questions I wanted to ask before we get** |
| 18 | | **off the topic of the past trainings.  How** |
| 19 | | **often were those trainings being given,** |
| 20 | | **the ones that you were mentioning that** |
| 21 | | **were prepared by the committee that** |
| 22 | | **included the Title IX coordinator and HR?** |
| 23 | A | You're specifically speaking to the |
| 24 | | training for employees? |
| 25 | **Q** | **Right, training for employees, yes.** |

# EXHIBIT C

Confidential                BOARD SUPERVISORS                04/11/2023

Page 37

```
 1   A    Sure.  So, that was done annually.  So,
 2        it was on a calendar year cycle.  The
 3        training would generally open January 1st
 4        and then it would close December 31st.
 5   Q    How was that training provided; what was
 6        the format?
 7   A    It's called Moodle.
 8   Q    Is that electronically, then?
 9   A    Correct.
10   Q    Was it a video, was it slides, was it a
11        combination?
12   A    I believe it was a voice-over slide deck
13        situation.
14   Q    How did the Title IX office ensure that
15        all of the staff and employees completed
16        that training every year?
17   A    That was the responsibility of HRM, so
18        they would have to answer that.
19   Q    If I'm understanding right, there was no
20        oversight of the Title IX office to
21        ensure that that occurred?
22              MS. GREEN:
23                  Object to the form of the
24              question.
25   A    I can't say whether or not conversations
```

# EXHIBIT C

Confidential

BOARD SUPERVISORS

```
 1        hostile environment that the Title IX
 2        coordinator had become aware of during
 3        that year?
 4    A   If I understand the question, so hostile
 5        environments were not directly addressed
 6        through that type of training.  That
 7        would have been outside -- because that
 8        annual training was going to -- I don't
 9        know the exact number of employees during
10        this entire timeframe but I'm assuming it
11        would have fluctuated -- at least over
12        5,000 just on the LSU A&M campus.  So,
13        that training was meant to be kind of
14        very broad so if there was a hostile
15        environment in any particular department
16        or area, that would have been addressed
17        with either separately-created
18        individualized trainings, interventions
19        between the Title IX coordinator or HRM
20        but not through that annual training.
21    Q   Okay.  So, describe for me, if you can,
22        what specific departmental or unit
23        trainings were created during that period
24        to address any hostile environments that
25        may have come up?
```

# EXHIBIT C

Confidential
BOARD SUPERVISORS

```
 1   A    I can't speak to that.  I don't know.
 2   Q    Were any of those trainings ever updated
 3        to address any systemic concerns about
 4        employee reporting?
 5                   MS. GREEN:
 6                        Object to the form of the
 7                   question.
 8   A    In regards to the annual training?
 9   BY MS. ABDNOUR:
10   Q    Correct.
11   A    No.
12   Q    Are you aware of it occurring related to
13        any of the unit or departmental trainings
14        that you described?
15   A    No.  If somebody was found to not be
16        engaging in their mandatory reporting,
17        that was a separate disciplinary process.
18   Q    My question is related to any sort of
19        more systemic issues of not reporting
20        within a department or unit?
21   A    Not that I'm aware of.  I mean I know
22        that there were some units that had
23        additional -- they went above and beyond
24        that annual training -- so, for example,
25        LSU Athletics -- I believe his name is
```

# EXHIBIT C

Case 3:21-cv-00242-WBV-SDJ    Document 474-6    10/13/23    Page 11 of 23
Case 3:21-cv-00242-WBV-SDJ    Document 375-6 *SEALED* 07/10/23    Page 11 of 23

Confidential                    BOARD SUPERVISORS                    04/11/2023
                                                                    Page 41

```
 1          Dan Beebe, it's something close to that.
 2          They had additional trainings and they
 3          actually, I believe, had to sign forms.
 4          Those forms were collected by LSU so I
 5          can't speak to the exact specifics of
 6          those trainings but again, there were
 7          some units that did additional trainings
 8          beyond that mandatory annual training and
 9          then there's also -- the state has a
10          mandatory civil service training.  So,
11          civil service employees have to do a
12          sexual harassment training through the
13          state as well.
14   Q   With respect to that civil service
15          training, who at LSU would have to do
16          that training?
17   A   Anyone who's been designated as a civil
18          service employee.
19   Q   Can you give me some examples of who that
20          would be?
21   A   I believe it would be folks --
22          custodians, certain facilities workers --
23          I imagine like landscapers, those types
24          of positions.
25   Q   You mentioned that there were some other
```

**EXHIBIT C**

Confidential

BOARD SUPERVISORS

04/11/2023
Page 42

```
 1          units in addition to athletics that had

 2          done some sort of above and beyond

 3          trainings.  What other units during that

 4          period did those?

 5   A   I know that Greek Life had an annual

 6          training for new members.  So, it was

 7          done -- there was one big training that I

 8          believe every fraternity and sorority had

 9          to send at least seventy percent of their

10          chapter to that training to get credit

11          for.  And then both the Title IX office

12          and the Lighthouse would do

13          individualized trainings for fraternities

14          and sororities.  Those were less

15          employee-based.  Those were going to be

16          things around healthy relationships,

17          consent and those types of topics.

18   Q   What else besides Greek Life?

19   A   Greek Life and then student organizations

20          often do more training.  Those are

21          probably the bigger areas and then I know

22          housing, Residence Life, does specialized

23          trainings for their staff, including

24          their RAs.  So, they do -- I mean their

25          summer is spent -- I don't know the ins
```

# EXHIBIT C

Case 3:21-cv-00242-WBV-SDJ    Document 474-6    10/13/23    Page 13 of 23
Case 3:21-cv-00242-WBV-SDJ    Document 375-6 *SEALED* 07/10/23    Page 13 of 23
Confidential    04/11/2023
BOARD SUPERVISORS    Page 48

 1          provided, I can't speak to that.

 2    BY MS. ABDNOUR:

 3    Q    **Other than the reports that were filed or**

 4         **the reports that were related to the**

 5         **plaintiffs, were there any other reports**

 6         **filed with the Title IX office related to**

 7         █████████████?

 8    A    I'd have to double check.  What we would

 9         have got is kind of after the Husch

10         Blackwell report was released, after

11         there was a lot of media attention we

12         would get reports, even end of 2021 into

13         2022, where people would see a news

14         article and make reports based on that

15         news article to say oh, I read this news

16         article.  I mean our employees wanted to

17         make sure they were mandatory reporting

18         everything so we got those types of

19         reports kind of after-the-fact.

20    Q    **Were there any reports related to** █████

21         █████ **other than what's referenced in**

22         **this lawsuit prior to 2021?**

23    A    No.

24    Q    **Same question for** ██████████████.  **Prior**

25         **to 2021, in that 2013 to 2021 window,**

**EXHIBIT C**

Confidential

BOARD SUPERVISORS

04/11/2023

Page 49

```
 1         were there any reports made with the
 2         Title IX office other than what's been
 3         identified in this lawsuit?
 4    A    Not to my knowledge, no.
 5    Q    Same question for ██████████?
 6    A    No.
 7    Q    Same question for ██████████?
 8    A    No.
 9    Q    Same question for █████████?
10    A    No.
11    Q    Same question for ██████████?
12    A    No.
13    Q    Describe for me all of the different
14         options -- and there may just be one but
15         I think there's more than one -- the
16         different options that mandatory
17         reporters had for reporting to the Title
18         IX office just on the Baton Rouge campus
19         during that period?
20    A    They could get the information to the
21         Title IX office any way.  They could call
22         the Title IX coordinator directly, they
23         could email the Title IX coordinator,
24         they could email the Title IX office,
25         they could stop by the office, I mean
```

# EXHIBIT C

Confidential                     BOARD SUPERVISORS                04/11/2023
                                                                 Page 50

```
 1        really anyway as long as the information
 2        got conveyed.  There was no one-way that
 3        was mandated and then once the Maxient
 4        and EthicsPoint systems were put in
 5        place, that provided an additional way to
 6        report through online reporting forms but
 7        it could come in anyway as long as it got
 8        to the Title IX coordinator.
 9    Q   When did Maxient and EthicsPoint come
10        into play?
11    A   I believe Maxient -- I don't remember
12        exactly.  I want to say it was 2016 and
13        I'm less sure about EthicsPoint.  I think
14        Title IX started going into EthicsPoint -
15        - it may have existed before then, I
16        can't speak to whether or not other
17        offices like compliance used it before
18        then.  But I believe Title IX cases,
19        again, started to go into EthicsPoint
20        around 2016, maybe 2017.
21    Q   What training, if any, was provided to
22        folks on campus in terms of how to use
23        those two systems?
24    A   I can't speak to any -- because the
25        training may have been different for
```

**EXHIBIT C**

Case 3:21-cv-00242-WBV-SDJ    Document 474-6    10/13/23    Page 16 of 23
Case 3:21-cv-00242-WBV-SDJ    Document 375-6 *SEALED* 07/10/23    Page 16 of 23
Confidential                    BOARD SUPERVISORS                    04/11/2023
                                                                    Page 51

```
 1        different folks -- so, Maxient provides
 2        certain training videos through the
 3        Maxient site.  So, for example, ResLife
 4        may do different trainings than the Title
 5        IX office did, versus student
 6        accountability and advocacy but Maxient
 7        provides both in-person trainings, online
 8        trainings, Maxient has a whole help
 9        system where you can watch series of
10        videos.  So, that's all the training that
11        would have been available to folks but it
12        probably changed from person to person or
13        differed.
14   Q    Were Maxient and EthicsPoint available to
15        any employee to use for reporting or only
16        certain categories of employees?
17   A    Anybody can -- in fact, you could be a
18        non-employee and report through those.
19        It doesn't even require you to be an
20        employee so any individual can report
21        through those forms.
22   Q    How would someone be aware of the fact
23        that they could report using those
24        systems?
25   A    If they'd gone to either -- again,
```

# EXHIBIT C

BOARD SUPERVISORS

```
 1    there's going to be kind of a series of
 2    changes throughout this time period but
 3    initially there would've been information
 4    on both the HRM site and the student
 5    accountability and advocacy site, so
 6    specifically like on the HRM site -- once
 7    you got to the Title IX page, it would
 8    say report an incident and then I believe
 9    it said if you're a student, report here.
10    If you're an employee, report here.  And
11    so, that would just bring you.  You
12    didn't have to know a link to get into.
13    You would just hit those buttons and
14    bring it right in.  On the SAA website, I
15    believe it just had one report-an-
16    incident button.  Again, it had a series
17    because you could report about academic
18    misconduct or just fighting, drugs,
19    hazing -- all of that -- but it only had
20    the link, I believe, for the student
21    reporting forms since they only oversee
22    students and then once you had a
23    dedicated Title IX website, you now had
24    those buttons in three different websites
25    where you could get into those reporting
```

# EXHIBIT C

```
 1          forms.
 2   Q    For the time period in question, tell me
 3          how the information -- just with respect
 4          to the Baton Rouge campus -- how the
 5          information about how to contact the
 6          Title IX coordinator for the campus was
 7          published and disseminated?
 8   A    Sure.  It was on several websites,
 9          including the student accountability,
10          dean of students website, HRM website,
11          once there was a dedicated Title IX
12          website, all that information was on that
13          website.  It was also posted in the PM 73
14          policy, I believe -- and PM 73 and PM 95
15          have since been rescinded because PM 73
16          kind of supersedes them but that
17          information would have been in those two
18          policies.  You also had -- so, the
19          student health center published what --
20          I'm trying to remember -- we call it the
21          wheel.  I think it has a different name
22          to it but what it is is it's a kind of
23          poster that has a wheel of resources for
24          reporting.  So, it has information about
25          Lighthouse, the Title IX coordinator,
```

**EXHIBIT C**

Confidential

BOARD SUPERVISORS

04/11/2023
Page 54

```
 1        HRM, it has information about local

 2        resources on that, so that's been

 3        published for, I think, just about a

 4        decade now and every year it's updated so

 5        we have a new version this year.  I can't

 6        speak to exactly where that would have

 7        been on-campus but they usually publish

 8        at least a hundred copies and then they

 9        disseminate it to folks to post around

10        campus.  Now, you're seeing more and more

11        posting of that resource online.  So,

12        those were some of the ways that that

13        information was disseminated.

14   Q    Are you aware of how that changed during

15        that time period?  I know you had

16        mentioned there were some changes, there

17        was more dissemination in different ways.

18        Do you know the timeline of progression

19        of those changes?

20   A    I don't.  I can talk to what some of the

21        changes were without -- I don't know the

22        specific timeline -- but right, as you

23        had more websites, so, specifically you

24        had a dedicated Title IX website come

25        into existence.  You then had in 2021, I
```

VERITEXT LEGAL SOLUTIONS

# EXHIBIT C

Case 3:21-cv-00242-WBV-SDJ    Document 474-6    10/13/23  Page 20 of 23
Case 3:21-cv-00242-WBV-SDJ    Document 375-6 *SEALED* 07/10/23    Page 20 of 23
Confidential                BOARD SUPERVISORS                04/12/2023
                                                            Page 191

# Certified Copy

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.

               CASE NO.: 3:21-CV-00242
               DIVISION WBV-SDJ
VERSUS
               JUDGE WENDY B. VITTER
                MAG. JUDGE JOHNSON

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL.

* * * * * * * * * * * * * * * * * * * * *
C O N F I D E N T I A L

DAY 2 OF THE 30(b)(6) DEPOSITION OF

BOARD OF SUPERVISORS OF LOUISIANA STATE

UNIVERSITY AND AGRICULTURAL AND MECHANICAL

COLLEGE ("BOARD") through

MIRIAM SEGAR AND MATTHEW JAKOUBEK


TAKEN AT PHELPS DUNBAR, 400 CONVENTION

STREET, BATON ROUGE, LOUISIANA 70802,  ON

APRIL 12, 2023, BEGINNING AT 9:00 A.M.


REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER
    CERTIFICATE NUMBER 29011

**EXHIBIT C**

Confidential    BOARD SUPERVISORS    04/12/2023

Page 259

```
1   Q    In the prior years, were you also one of

2        the avenues for reporting?

3   A    Yes.

4   Q    In these presentations, yes.  Okay.  And

5        sitting here today do you recall that the

6        presentations that you reviewed in

7        preparation for your deposition today had

8        language different than what we're

9        looking at in this slide right now?

10  A    I don't recall the specific language in a

11       particular slide.

12  Q    Are you familiar with permanent

13       memorandum 73?

14  A    Yes.

15  Q    Was that provided to athletics staff

16       members?

17  A    I think there was a link provided, maybe

18       in an email and I think it was referenced

19       on the resource sheet but I don't think

20       it was ever handed out.

21  Q    Was there ever any requirement that

22       athletics staff members certify they had

23       read PM 73?

24  A    The training for athletics staff was the

25       same as the university training and I
```

VERITEXT LEGAL SOLUTIONS

# EXHIBIT C

```
 1              believe in the university training they

 2              taught about PM 73 and they asked -- it's

 3              an interactive module and it asks you

 4              questions about it and it asks you

 5              scenarios and different things and it

 6              talks about reporting, so our staff would

 7              participate in that.  But I don't recall

 8              anything specific from athletics.

 9    Q    And what about for students certifying

10         that they had reviewed PM 73?

11    A    I don't recall specifically with students

12              other than those who had been -- if they

13              had had a Title IX report or an

14              investigation, something happened on

15              campus when the email was sent from

16              campus with resources of Lighthouse and

17              police and SANE and all the things that

18              come along with that, I believe PM 73 was

19              part of that -- the overarching policy

20              was discussed with students.  I know LSU

21              has what they call My Student Body, it's

22              run through the student health center,

23              and I believe that training has

24              information on reporting in PM 73 but I

25              don't take that as a student so I can't
```

# EXHIBIT C

```
 1              testify to that but I believe there is
 2              training that students, all LSU students
 3              have to do.
 4      Q       But it's nothing you tracked in your role
 5              as tracking the training for students and
 6              student workers and student athletes in
 7              athletics; correct?
 8      A       It wasn't athletics-specific, so no.
 9      Q       Do you keep or does the athletic
10              department keep a library of the
11              presentations given by Beebe Group and
12              PFA?
13      A       I don't know what you mean by a library.
14      Q       Or a file, a folder on your computer.  Do
15              they keep a record of each of the
16              presentations?
17      A       The presentations were obtained, I think,
18              after the lawsuit because they were
19              requested but they weren't LSU's.  They
20              weren't presented by us so I didn't have
21              a file of them.  I think now we have them
22              because we were asked to provide them.
23      Q       I think it would be easier -- we're going
24              to skip to topic 70 and then we'll circle
25              back because it kind of goes with where
```

# EXHIBIT C