UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, SAMANTHA BRENNAN,
CALISE RICHARDSON, JADE LEWIS,
KENNAN JOHNSON, ELISABETH          CASE NO.
ANDRIES, JANE DOE, ASHLYN          3:21-CV-00242
ROBERTSON, CORINN HOVIS, AND
SARAH BETH KITCH

VS.

BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY AND
AGRICULTURAL AND MECHANICAL
COLLEGE, AND VERGE AUSBERRY,
MIRIAM SEGAR, JENNIE STEWART,
AND JONATHAN SANDERS, IN THEIR
INDIVIDUAL CAPACITIES

        *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

            *** CONFIDENTIAL TRANSCRIPT ***

          *** SUBJECT TO PROTECTIVE ORDER ***

        The deposition of SARAH BETH KITCH, taken in

connection with the captioned cause, pursuant to

the following stipulations before RITA A. DEROUEN,

Certified Court Reporter, at Phelps Dunbar, 400

Convention Street, Suite 1100, Baton Rouge,

Louisiana 70802 on October 12, 2022, beginning at

8:58 am.


            COURT REPORTERS OF LOUISIANA, L.L.C.
              9522 Brookline Avenue, Suite 217
               Baton Rouge, Louisiana  70809
          PHONE (225) 201-9650 * FAX (225) 201-9651
             E-mail:  depos@courtreportersla.com

1    Q.  Did you say he's a pilot?

2    A.  (The witness nodded head.)

3    Q.  What about Aaron, where does he live?

4    A.  Aaron lives in Prairieville, but he's in

5    Florida right now working on the hurricane.

6    Q.  Do you get to visit with him frequently?

7    A.  Not often, but we have a caring

8    relationship.

9    Q.  All right.  Let's get back to your

10   time -- or talk about your time at LSU.  I think

11   you already told me this, but we started talking

12   about home school, so I apologize.

13        When did you enroll at LSU?

14   A.  I first enrolled at LSU as a

15   dual-enrollment student -- time gets by.  I used

16   to have this semester by semester.  So I enrolled

17   in -- it was 2006 or '7 to take Lou Day's media

18   law course and one other course.  I was an

19   undergrad.

20   Q.  Okay.  And so once you completed your

21   undergraduate studies, tell me, when was your next

22   time at LSU?

23   A.  Sure.  So I finished my undergraduate

24   studies.  I was at Oxford.  I came back to the

25   States and I enrolled in the summer of 2009 to

1  begin in fall of 2009.

2      **Q.  And at that time, what degree were you**

3  **pursuing?**

4      A.  A master's in political theory.

5      **Q.  Did you consider other graduate programs?**

6      A.  I wanted to go to Baylor, but I had TOPS

7  left over.

8      **Q.  So your TOPS scholarship paid for your**

9  **master's degree?**

10      A.  Yes.

11      **Q.  All right.  So when you --**

12      A.  For the tuition portion of that.

13      **Q.  Sure.  So at the time you entered the**

14  **graduate program, what was your -- what was your**

15  **career path?  What did you plan to do?**

16      A.  So I had questions about what justice is,

17  and I wanted to find a way to work with those

18  questions.  My parents had encouraged my teaching

19  abilities.  They envisioned me using those

20  abilities in your job.  But they had encouraged my

21  abilities there.

22          I was 18 when I started, so I didn't have

23  a fully made plan.  But I had hoped to use my

24  teaching abilities in some way to explore

25  questions of human dignity, of justice.

1    Q.   What was the basis for your questions?
2    Or, I guess, why did you have those questions at
3    the time?
4    A.   Well, as you already know, I had been
5    assaulted as a child, and I also was given an
6    education where I could read any historical
7    literature, any theological works.  And so my own
8    personal questions and the text and stories that I
9    interacted with made me wonder, what is justice,
10   can we name harm, can we repair harm.
11        My family, like many American families,
12   had a lot of divorce.  And I wanted to know about
13   stable communities, can we create communities, can
14   we create communities that last.  Those were the
15   bases of my questions.
16   Q.   So at some point you completed the
17   master's program, correct?
18   A.   Correct.
19   Q.   And when was that?
20   A.   I graduated from the master's program in
21   May of 2013.
22   Q.   And what did you do next?
23   A.   I was writing my prospectus at the time in
24   order to finish.  So after my first semester
25   there, some of the faculty asked if I wanted to

1  and in a different subfield, but I appreciated her

2  drive.

3      **Q.   What was her subfield?**

4      A.   Poli comm.  She's one of the nation's

5  leading experts on political communication.

6      **Q.   So when did you meet Dr. ▮▮▮▮▮▮**

7      A.   August of 2009.

8      **Q.   Was he your instructor at the time?  What**

9  **was the context of your --**

10     A.   Yeah.  So my interests and his were

11  closely aligned.  Studied ancient and medieval

12  political thought, studied American thought.

13  Those are the things that I do to this day.

14         He noticed my interest, he read my

15  application, and invited me into his office before

16  the semester started to talk about my program, to

17  offer me a scholarship, not a teaching

18  assistantship but a scholarship at the time.

19         Later, he would offer me more funding, a

20  fellowship.  And our initial meetings -- I was

21  going to be in his class.  It was ancient

22  political thought, so Socrates, Plato, Aristotle.

23  And he brought it forward along -- made some

24  connections all the way up through medieval

25  history.

1         And I remember telling him, I don't know

2    that I know enough.  And he assured me that we all

3    think we need to know more than we know now.  So

4    he encouraged my interests, and I had to take his

5    course.

6         I had a background in journalism, not the

7    political theory, so I was a little nervous about

8    diving into Aristotle, although I thought

9    Aristotle had something for me, and I turned out

10   to be right about that.  And so I was meeting with

11   him in advance of the semester.

12        I met with Jim Stoner and Cecil Eubanks

13   as well in advance of the semester, other

14   professors in the program whose interests were

15   related to mine.

**16   Q.   Okay.  You said Dr. ███ offered you a**

**17   scholarship.  What scholarship did he offer you?**

18   A.   It was a scholarship for students who were

19   studying Voegelin, which was his specialty.  Eric

20   Voegelin was a political theorist from Australia

21   in the 20th century who, for a time, made his

22   academic home at LSU.  ███ had studied with

23   him.  Big name in 20th century immigrant

24   philosophy.

25        And ███ very much wanted to encourage

```
 1   the study of this rather verbose philosopher, and
 2   so he had a scholarship which I think he called
 3   the Sidney Richards Moore Scholarship, but
 4   sometimes it was called the Eric Voegelin
 5   Scholarship, if I'm right.
 6        Q.  And did ████████ -- was he in charge of
 7   awarding the scholarship?
 8        A.  Solely.
 9        Q.  And how much was the scholarship?
10        A.  It was a few thousand dollars.
11        Q.  Was it more or less than 5, do you
12   remember?
13        A.  About 5, maybe 4 sometimes, maybe 5.
14        Q.  And for how many semesters did you receive
15   the -- we'll call it the Voegelin scholarship?
16        A.  I can't recall offhand, but you'll find it
17   on my CV, my curriculum vitae.  It's all recorded
18   there.
19        Q.  All right.  And then you say at some point
20   Professor ████████ offered you a fellowship.  When
21   was that?
22        A.  Again, it's on my CV.  Maybe 2011.  And
23   this was the Earhart Fellowship.
24        Q.  And what is the Earhart Fellowship?
25        A.  It was a prestigious fellowship for
```

1  political theory and students of American thought

2  and politics.  The Earhart Foundation has since

3  closed, but the way that you got it was that a

4  member of the foundation or that community of

5  scholars sponsored you and your application.  So

6  you applied and, with a recommendation, you could

7  be a competitive candidate.

8  **Q.  So Dr. ██████ was your sponsor?**

9  A.  Correct.

10 **Q.  But he didn't make the decision about**

11 **whether or not you received the fellowship?**

12 A.  Do you know what a good ol' boys club is?

13 **Q.  What do you mean by that?**

14 A.  So he put my name in the hat, which meant

15 I would or wouldn't get it.  If he didn't sponsor

16 me, I wouldn't get it; if he did, I probably

17 would.

18 **Q.  Who else -- do you know who else made the**

19 **decision about who would receive the fellowship?**

20 A.  I assume people at the Earhart Foundation

21 processed applications.  But I can't emphasize

22 enough to you how important this good old boys

23 club, like others, is in the world of political

24 theory.

25 **Q.  Who else did you consider to be in the**

1  became Catholic, I think that strained their

2  relationship, but strained in a way that political

3  theorists cover with another pour of Wild Turkey.

4  **Q.  Why did ███████ become -- or why does**

5  **Trevor becoming Catholic strain their**

6  **relationship?**

7  A.  ███████ was a known anti-Catholic who could

8  overcome his prejudice but liked to reveal it

9  nevertheless.

10  **Q.  Did he make anti-Catholic comments to you?**

11  A.  I was not confirmed at the time, so he

12  didn't have a reason to direct anything at me,

13  although he would comment on students -- so he

14  taught Aquinas, the most imminent Catholic

15  political philosopher of the 13th century, and to

16  the present day he's got major influence.

17  ███████ taught him.  But he would also

18  comment that students who spent too much time on

19  Aquinas were wasting their time.  He wanted us to

20  learn him but only the ███████ version of Aquinas,

21  what some of us called ████████ Baptist Aquinas.

22  **Q.  Did -- was ███████ ever responsible for**

23  **handling the logistical details that you handled?**

24  A.  I'm sure he shared some of that work, but

25  he didn't drive ███████ back and forth in the -- at

1  the rate that I did or in the way that I did.  We

2  were all grad students, so ███████ would summon us

3  to his porch for study sessions.  And we were all

4  grad students, so we all lived in an immersive

5  world studying, programming.

6      **Q.  So all of you were studying -- all of the**

7  **grad students were studying?**

8      A.  More or less.  The political theorists

9  tended to be serious, to be reading, writing at

10  all times.

11      **Q.  Okay.  When did you -- or when did it**

12  **become necessary to drive Dr. ███████**

13      A.  I think it was 2012.

14      **Q.  And did Dr. ███████ ask you about driving**

15  **him?**

16      A.  He more appointed me.

17      **Q.  What do you mean by that?**

18      A.  He more informed me that I would be

19  driving him to and from class.

20      **Q.  And why was he not able to drive himself?**

21      A.  His leg, I think his right leg, no longer

22  worked at his command.

23      **Q.  So Dr. ███████ informed you that you would**

24  **have to drive him?**

25      A.  Correct.

1    Q.  And how often was class?

2    A.  Tuesday/Thursday, if I'm right.

3    Q.  Where were you living at the time?

4    A.  Prairieville.

5    Q.  So when you left Prairieville to attend

6  class, tell me where you would go, or how you

7  would handle the transportation.

8    A.  So my routine in those days was to try to

9  beat the morning traffic.  So I'd leave

10  Prairieville early, arrive on campus, park in the

11  ag lot, walk to Stubbs, study, whatever I needed

12  to do, go out to the ag lot, drive to ███████

13  house, park my car, get in his car, drive his car

14  into the faculty parking, be there for class or

15  pick him up after class, take him back down the

16  stairs, take his car back to his house, take my

17  car back to campus, continue working.

18    Q.  Were you ever accompanied by anyone when

19  you drove Dr. ███████

20    A.  Not that I can recall.  There may have

21  been an exception, but not customarily.

22    Q.  Did you feel comfortable driving

23  Dr. ███████ by yourself?

24    A.  In the beginning.  I was -- it was part of

25  my routine.  I was under the impression that it

1    was part of keeping my role in the department.

2    But, over time, there were things that ████ said

3    and did that made me uncomfortable.

4         I assumed that that was not only part of

5    being a woman in political theory but part of

6    being a woman at LSU.  People made comments about

7    me as a political theorist or did things that

8    seemed sexist or inappropriate, and I, as a young

9    woman in a male-dominated field, assumed that it

10   was part of the job to tolerate things that seemed

11   uncomfortable.

12   **Q.  Okay.  So I have -- I want to ask several**

13   **follow-up questions.**

14   **Did Dr. ████ ever tell you that driving**

15   **him was part of the routine?**

16   A.  He told me to be there and drive him.  So

17   it was implied.

18   **Q.  I'm sorry, I didn't mean to interrupt you.**

19   A.  Go ahead.

20   **Q.  Did you ever tell him that you didn't feel**

21   **comfortable driving him?**

22   A.  No.  I needed the fellowship.  I needed to

23   be in the program.  So I said yes to the duties

24   that were assigned to me.

25   **Q.  Did you ever ask Dr. ████ if someone**

1  else could drive him?

2      A.  No.  I didn't think that would be good for

3  my position in the program.

4      **Q.  You said that there were things that**

5  **Dr. ████ said and did that made you**

6  **uncomfortable.  Let's talk about the things that**

7  **he said that made you uncomfortable.  Tell me**

8  **about those.**

9      A.  Martin Heidegger was an eminent

10  philosopher of the 20th century, still renowned

11  today.  Hannah Arendt, A-R-E-N-D-T, was, in her

12  own right, an imminent philosopher; but first, she

13  was a student, including a student of Heidegger's.

14      She was Heidegger's student when she was

15  very young, and Heidegger conducted an affair with

16  her.  This affair left an impression on her.  And

17  as there are not many women political theorists,

18  it is a well-known story in political theory.

19      ████ commented one day that he was like

20  Heidegger and I was like Arendt.  It took me a bit

21  to figure out what that meant in my head.  But it

22  was not a -- I did not welcome the comparison.

23      ████ reminded me as I prepared for my

24  comprehensive exams of my stature as a graduate

25  student.  In LSU political theory, your

```
1   comprehensive exam is to write six five-page
2   essays with no notes in a room in 24 hours.  In
3   order to prepare for this trial, you have
4   to -- well, if you want to succeed at it, you've
5   got to give it some attention.  And so as I was
6   preparing, he would remind me that my faculty were
7   celestial and I was a mite.
8       Q.  Was there anything else he said that made
9   you uncomfortable?
10      A.  In the hall in front of other people he
11  might comment on a secretary's dress in a way that
12  I was not alone in thinking was not professional.
13          I really wanted to succeed, so I -- I had
14  entered the program straight from summer camp.  I
15  was wearing those $2 Old Navy flip-flops and Old
16  Navy skirt and shirt and, over time, I thought, if
17  I'm going to do this, I need to kick it up a
18  notch.  So I got a pair of heels and dress slacks
19  and a dress blouse, a small wardrobe of these.
20          And ███████ commented approvingly on the
21  heels in a way that made me uncomfortable at the
22  time and, now that I'm a teacher, I recognize is
23  not the way an older faculty member, particularly
24  a male, should address a student, in particular, a
25  young female.
```

1    Q.  Do you remember what he said to you?

2    A.  I couldn't recall it to you word for word,

3 but I can recall the self-consciousness and the

4 sense of exposure that it evoked in me.  I

5 desperately wanted to be seen for the intellectual

6 work I was doing.  He made me know that that's not

7 the only thing he was paying attention to through

8 comments like what I've described to you.

9    Q.  Okay.  So the first comment about the

10 philosopher and the student, one, do you recall

11 when that comment was made?

12    A.  It was on his porch sometime during my

13 comps prep.  I took my comps in December of 2012.

14 I prepared for the year but especially for the

15 fall semester of 2012.

16    Q.  Were -- you and Dr. ████ were the only

17 two there at his house?

18    A.  Correct.

19    Q.  During -- when he compared himself and you

20 to the philosopher and the student, did he mention

21 the affair?

22    A.  It was known.

23    Q.  My question --

24    A.  No.

25    Q.  Okay.

1      But I understood that if I said anything

2   that jeopardized my relationship to ████ I

3   would take the fall in the department.  He had an

4   established career.  I was a third, fourth-year

5   grad student.  So it was extremely important to me

6   to not say anything to anyone because I did not

7   want to jeopardize my fledgling career.

8      **Q.  Okay.  When you say that you -- it was**

9   **your understanding, other than Dr. ████**

10  **position as far as -- in academia, if you will,**

11  **what was your understanding based upon?**

12     A.  Sure.  So the chair at the time of the

13  incidents at ████ house, the time when he told

14  me to kiss him and I told him no and then he

15  kissed me anyway, the chair at the time was Bill

16  Clark.

17      I had a good rapport with Bill Clark.  My

18  second field was in comparative politics.  Bill

19  Clark was a comparativist.  I thought about

20  telling Bill Clark, but then I considered my

21  environment.

22      Kevin Mulcahy is a long-time professor at

23  LSU.  If you walk on campus, you'll notice at

24  least nine trees dedicated to Emily Mulcahy, his

25  mother, or to things like the glory of the study

1  of the social sciences.  Those are all Kevin

2  Mulcahy.

3        Mulcahy had a reputation in the department

4  that was also documented, in parts, in local

5  newspapers for his inappropriateness.  One Mardi

6  Gras, he went into someone's living room and

7  defecated.  He continually stoked sexual tension

8  with grad students.  And he unusually relied on

9  undergraduate assistants after hours.

10       So he would hold his working hours in the

11  evening when most other faculty would have gone

12  home.  And I had an office down the hall from him.

13  I would regularly hear Mulcahy berating graduate

14  and undergraduate students down the hall.

15       And it occurred to me that if Mulcahy, who

16  was known for his impropriety, who I could hear

17  yelling at students in realtime, if no one in the

18  department could stop him, then no one in the

19  department could protect me, and so it wasn't

20  worth trying.

21  **Q.  Do you know if the university ever took**

22  **any action against Mr. Mulcahy, or Professor**

23  **Mulcahy?**

24       A.  What I knew at the time is all that I know

25  now, which is that Mulcahy had free rein.  He

1  continued to have undergrad students until he

2  retired.  He continued to berate people.  He

3  continued to have a reputation for creating sexual

4  tension.

5      I observed him walk past a classroom with

6  a lecture going on.  I was in the classroom.  He

7  was winking at a young man seated near me.  And

8  that was generally how he rolled.  He was known

9  for having preferences about his male TA's facial

10 hair in a sexual way.

11     So grad students who got tapped to be his

12 TA, there was always some distress before the

13 assistantships were announced, like nobody wanted

14 to be his TA.  And then there was advice, Well, if

15 you're going to be his TA, you should either shave

16 or grow a beard, I forgot which it is, so he finds

17 you less attractive.  And in that context, as I

18 witnessed Mulcahy's routines in the department, he

19 had no impediments.

20 **Q.  I understand that's based on what you**

21 **observed.  My question is:  Do you know if the**

22 **university disciplined Mr. Mulcahy in any manner?**

23     A.  Not to my knowledge.

24 **Q.  I want to go back and talk about some**

25 **other things before we talk about the kiss that**

1  you mentioned.  You said that Dr. ████ made a

2  comment about a secretary's dress.

3        When was that comment made?

4     A.  Maybe fall of 2012 or spring of 2013,

5  somewhere in there.  Maybe fall of 2013.

6     Q.  Did you hear Dr. ████ make the comment?

7     A.  I was there, I heard him.

8     Q.  And do you recall what he said?

9     A.  Not word for word, I couldn't recall it to

10 you.

11    Q.  And whatever Dr. ████ said you thought

12 was more than a compliment?

13    A.  Yes.  At the time, I thought it's a little

14 generational drift and he doesn't know what's

15 workplace appropriate.

16    Q.  But you're not sure what he said?

17    A.  I couldn't recall it to you now, no.

18    Q.  Okay.  You mentioned the kiss with

19 Dr. ████ Tell me about that.

20    A.  Sure.  So ████ has maybe four children,

21 and two of them, his daughters, at least one or

22 two -- at least one, maybe two, had my number.

23 They knew that I was his assistant, his delegate.

24 And so if ████ needed something, to go to the

25 dentist, or one day he fell, needed someone to

1  talked with me maybe about my upcoming work, I

2  don't recall.  And then we were standing face to

3  face in the kitchen, he a little wobbly.  I was

4  wearing a long purple dress and a denim jacket.

5       And he surprised me when he said, Kiss me.

6  And I said, No.  He leaned forward and kissed me

7  on the mouth.  I had never, except for ████ been

8  kissed on the mouth, and I was repulsed and

9  nauseated.

10      I left, got into my car.  Between the fall

11  of 2013 and -- of 2012, excuse me, the fall of

12  2012 and the spring of 2013, I lived too much on a

13  diet of peanut butter and chocolate, so there was

14  some handy in the car.  And I grabbed this

15  Ghirardelli cabernet chocolate and ate it to try

16  to get the taste out of my mouth.

17      My parents didn't drink when I was growing

18  up, they don't now.  I had only limited experience

19  with someone being drunk in their own home, and I

20  assumed later that maybe that's the condition

21  ████ was in.  But anyway, it tasted horrible and

22  I wanted to get rid of the taste.

23      And I drove.  And my heart was racing.

24  And I felt so disgusted and so betrayed.  And I

25  didn't know -- I felt like the whole -- my whole

1    imploding.  I had already invested an incredible

2    amount of effort to enter a field and to become

3    excellent in that field.

4         When I took my comprehensive exams the

5    fall before, my faculty, Cecil Eubanks, Jim

6    Stoner, noted that I had performed with

7    excellence.  When I started that program, I had

8    never read Aristotle, I had never read Plato.  I

9    entered the program at 18 and I mastered my field

10   in three years.  I was not able to give that up.

11        **Q.  You couldn't go to Eubanks or Stoner and**

12   **tell them what happened?**

13        A.  I feared that if I said anything about

14   ███████ I would have to leave.  Eubanks is very

15   caring.  Stoner is also caring but not super

16   socially adept.  And I was pretty sure that even

17   if someone tried to help me, I would have to

18   leave.  I did not see how I, a young, female

19   political theorist, could challenge ███████ or the

20   department and continue.

21        **Q.  And your impression is based on what**

22   **you've shared with me already?**

23        A.  The key figure in my mind in this time was

24   Kevin Mulcahy berating students.  And I thought

25   that if this is the environment, there's no way

1  anyone will do anything to help me.  Even if they

2  tried, apparently there wasn't much institutional

3  resource or will to contain Mulcahy, so I didn't

4  expect there would be more institutional resource

5  or will to protect me.

6      **Q.  And, again, all of what you've just told**

7  **me is based on your perception of Mulcahy,**

8  **correct?**

9      A.  It was a perception that I was not alone

10  in holding.

11      **Q.  Right.  But as far as the others were**

12  **concerned, did any of you -- did any of you know**

13  **whether the university had disciplined Kevin**

14  **Mulcahy?**

15      A.  Our impression was that he had gotten some

16  kind of slap on the wrist at some point, but no

17  discipline to speak of.

18      **Q.  But that was your impression?**

19      A.  That was what I knew based on the

20  published news report.

21      **Q.  Did the news report indicate any**

22  **disciplinary action that had been taken against**

23  **Dr. Mulcahy, Professor Mulcahy?**

24      A.  I don't remember the specifics of it.

25  What I knew was what I told you, that if he had

1  related them in any way?

2      A.  No, she's not related them in any way.

3      **Q.  And when you disclosed what Dr. ████ did**

4  **to you to Ms. Achtman at the conference, did you**

5  **also discuss the abuse by your uncle?**

6      A.  She had already known about it, if I

7  remember correctly.

8      **Q.  And do you recall when you told her that?**

9      A.  No.

10     **Q.  So, Ms. Kitch, other than the things that**

11 **you've already told me that Dr. ████ said and**

12 **the kiss that you described in the fall of 2012 or**

13 **the spring of 2013, is there anything else that**

14 **Dr. ████ said or did that made you**

15 **uncomfortable?**

16     A.  What I've told you is what I recall.

17 That's all that I recall.  But what I want to

18 emphasize to you is that once he kissed me, my

19 situation in the world was different.

20     **Q.  What do you mean by that?**

21     A.  Well, an adviser's job is to help a

22 student create a work of scholarship that matters

23 in the world.  And people sometimes compare that

24 to giving birth.  I don't know, I've given birth,

25 I'm not sure about that, but I see where the

1  analogy comes from.

2         And the adviser's job is to help the

3  student to arrive at a serious intellectual

4  question, to plan serious intellectual work.  And

5  they always say, Pick something that you love and

6  that you're okay with hating because you're going

7  to spend years on this, you're going to spend so

8  much time on it.

9         The adviser's job is to nurture and guide

10  that process.  The adviser's job is to support the

11  student in that process.  It's grueling.  It's

12  grueling on purpose.  Things like comps

13  are -- they're trial by fire on purpose.

14         If your adviser supports you in that, you

15  have a much better chance of succeeding.  If your

16  adviser supports you, you can trust that they

17  won't send you to any of those trials by fire,

18  comps defense, your prospectus defense, your

19  dissertation defense, unless they're confident

20  that you were ready.

21         When you do these trials, it's a day

22  that's going to shape your career.  You prepare

23  and you execute as well as you can.  If you can

24  trust your adviser, you can go in with confidence.

25  If you can trust your adviser, you can do the

1  weeks and weeks and weeks and months of prep work

2  that each of those trials requires.

3       A typical day for me would be getting to

4  campus before the sun came up and leaving well

5  after dark.  You -- I invested an incredible

6  amount of time.

7       After ████████ kissed me, I didn't trust him

8  as an adviser.  I felt that he was not evaluating

9  my intellectual work in the way that I hoped that

10 he would.

11      I understood that there were dimensions of

12 the relationship that he had imagined or

13 anticipated that were absolutely beyond the pale

14 to me, and in that context, I needed to figure out

15 how to finish my degree with an adviser who I not

16 only now mistrusted but was, at some level, afraid

17 of without letting anyone else in the department

18 know that there was a problem.

19      And so I started showing up to Cecil

20 Eubanks' office with my prospectus work, my

21 dissertation work, which was not his job.  He was

22 always generous to political theorists.  He pushed

23 us hard and cared about us a lot.  But he wasn't

24 my dissertation adviser.

25      So I started showing up with chapters and

1  asking him to read them.  It wasn't his job.  He

2  didn't get credit for it.  It was totally overtime

3  on his part.  But he's a tender and discreet man.

4  He took me without question.  I showed up, I asked

5  him to read chapters, he read chapters.

6       **Q.  In the time that -- the time frame after**

7  **the kiss, that's how I'll refer to it, where were**

8  **you --**

9       A.  With apologies to Rodan, that's how we'll

10  refer to it.

11       **Q.  With -- where were you in the continuum?**

12  **Were you in the phase of the prospectus at that**

13  **time?**

14       A.  I was writing my prospectus at the time.

15  So what this means is that I went from writing a

16  project -- so you normally have some negotiation

17  with your adviser, right.  Some advisers

18  are -- prepare yourselves -- egotistical.  And so

19  you normally have some negotiation.

20           They want you to write about a topic that

21  they care about.  You want to write about a topic

22  you care about.  Hopefully you're united enough in

23  your interests that you come to an easy

24  negotiation.

25           ████████  first wanted me to write about the

1  students to be careful not to have American

2  politics as my subfield because then those two

3  same guys would be on a committee, they would

4  fight, and I would have to renegotiate.

5      So I chose, when I entered the doctoral

6  program and had to choose a committee, a subfield

7  that would give me a committee of men who would

8  not fight with each other.

9      And then LSU appoints an outside committee

10 member for your big exams, I don't -- I think the

11 comps oral defense, but it could have just been

12 the prospectus and the dissertation defense.  So

13 at some point LSU appoints an outside person, and

14 I think that was Andrea Miller, who was in the

15 school of journalism and is now at a different

16 university.

17     **Q.  And so when you presented this topic to**

18 **Dr. ▮▮▮▮▮  he approved it?**

19     A.  He approved it.

20     **Q.  And so the next step in the process was**

21 **what?**

22     A.  Write the thing.  So I wrote the

23 prospectus, maybe 50 pages.  And then I had to

24 defend the prospectus to my committee.  After

25 that, things became more difficult for me.

1          I was trying to write, but my confidence
2    in my relationship with ███████ as my adviser was
3    shattered, and it was very difficult to write a
4    book manuscript essentially, in light of his
5    kissing me and casting our relationship in a
6    character that was repulsive to me.
7          So I worked at writing.  It was hard.  But
8    by this point, I had come from a journalism degree
9    in Southeastern -- at Southeastern where I didn't
10   know the field, I only knew the questions that
11   were in the field, what is justice, what does it
12   mean to be a person, what does it mean to be
13   responsible, what is political oppression, how do
14   you resist it, what does it mean to have agency,
15   what are the resources for conducting ourselves as
16   free and responsible persons, what do we do with
17   injustice in society.
18          Those questions were the questions.  I had
19   come into a field that had a 2000-year running
20   conversation on the questions, and I had learned
21   how to teach, I had learned how to connect with
22   LSU undergrads who are mostly interested in
23   football over what friendship means and how we
24   read Aristotle together.
25          At that point, I had to finish.  And so

1    I -- I've done other hard things in my life.  I

2    learned how to jog both of the LSU lakes in one

3    run.  So I just kept at it.  It was really

4    difficult.  I kept at it till it was done.

5        **Q.  So you successfully defended your**

6    **prospectus, correct?**

7        A.  Correct.

8        **Q.  And then how -- when you were going from**

9    **the prospectus topic to the prospectus itself, did**

10   **you get guidance from anyone else who had**

11   **been -- who had Dr. ▮▮▮▮ as a sponsor?**

12       A.  I'm sure I talked my topic over with the

13   guys in the program.  I had an unusual project, in

14   that it was based in literature, where many

15   students in the program would have just chosen a

16   philosopher and studied that philosopher's works.

17           But there was some room in our program.

18   LSU has been a home -- in terms of political

19   science in America, LSU has kind of nurtured a

20   politics and literature approach where you look at

21   political questions in literature.

22           So I talked with one other student who had

23   done work on literature in the political theory

24   program.  I'm sure I had conversations at that

25   level, but the main thing at that point was just

```
1   looking at, and so I became aware that I needed to
2   just keep my head down and finish the program.
3       Q.  After the -- when Dr. ███████ kissed you,
4   did he ever -- did he attempt to kiss you again at
5   any time after that?
6       A.  No.  I stayed as far out of any potential
7   for that as I could.
8       Q.  Did you have any other physical contact
9   with him that made you uncomfortable?
10      A.  Not after that.  I kept -- kept caution.
11      Q.  So when you were writing on your topic, I
12  understand that you said it was very difficult for
13  you to write.  How did you stay focused to write?
14      A.  Well, I felt the clock ticking.  I started
15  in 2009.  I needed to finish quickly.  I was
16  engaged to John.  We got engaged in spring of
17  2014.
18          And he was a little behind me in the
19  program.  He had done a master's in between and
20  then come into the program.
21          But we knew that I would need to get a
22  job.  So I finished -- I felt the pressure to
23  finish so I could get on the job market and get a
24  job.
25      Q.  Is it common -- you mentioned earlier
```

1    about publications.  Is it common to transform

2    your dissertation to a book?

3        A.  In my subfield, your tenure case usually

4    depends on turning your dissertation into a book.

5    I had a couple of articles, but they are extremely

6    difficult to get.

7            I am one of the only single-authored

8    female political theory top-three journal

9    publications.  They're extremely difficult to get.

10   So I couldn't bank on getting five more of those.

11   You need six articles or a book and a couple of

12   articles in most institutions, in most R1

13   institutions.

14           So I knew that I needed the book.  I had

15   landed some exceptional publications in terms of

16   articles, but I didn't know how many times I could

17   accomplish that.  What was expected of me in the

18   field was to focus on the dissertation-to-book

19   project.

20       Q.  Did you teach while you were working on

21   the dissertation-to-book project?

22       A.  I did.  Let me say this:  I started

23   teaching in fall of 2012.  And what comes to mind

24   when you ask me that is that I had a student in my

25   class in fall 2012 who took my class later.  So

1  don't know now about the gap.

2       But it couldn't have been long, because I

3  defended in spring of 2013 and I, by this

4  timeline, had written something in the summer, and

5  I was writing and presented at the Philadelphia

6  Society in the fall.

7       **Q.  And so at this time, your goal is still to**

8  **basically complete your dissertation and have it**

9  **be in the format of a publication at some point?**

10      A.  Yes.  So what you do is you write the

11  dissertation and then you defend that.  And you

12  can go on the job market with a description of how

13  you're going to turn that dissertation into a

14  book.  So my goal was to get to that point.

15      **Q.  So when did you complete your**

16  **dissertation?**

17      A.  In late fall of 2014.

18      **Q.  And during the course of the time when**

19  **Dr.  ▮▮▮▮▮  kissed you and when you completed it,**

20  **how often would you -- completed your**

21  **dissertation, sorry, how often would you interact**

22  **with him?**

23      A.  Not as often as before.  But I would still

24  see him in the hall.  After that, some other

25  students who were his like new -- when you start

```
 1  writing, you kind of disappear from the rotation
 2  of assistants.  And so -- and then there were new
 3  people coming up, so they started driving him.
 4      Q.  So let me ask you about that.  I'm glad
 5  that you mentioned that.
 6          Did you have to drive Dr. ████ after the
 7  night he kissed you?
 8      A.  I assume so.
 9      Q.  Do you know when you stopped driving him?
10  Was it --
11      A.  No.
12      Q.  Okay.
13      A.  I mean, sometime in that semester.
14      Q.  In the fall of 2013?
15      A.  I think that was --
16      Q.  Or the spring of 2013?
17      A.  So either that semester or after that.  I
18  wasn't doing it by fall of '14 -- I mean, by fall
19  of '13.  So somewhere in there it transitioned.
20      Q.  And did the same thing -- I know you said
21  when you're focused on writing you don't have to
22  do the logistical things that you did before.
23          Is that true for ordering the cookies from
24  Aramark and all of that, you did not have those
25  duties either?
```

1    Q.  Did you -- at any point in time, did you
2    ever -- I know that you did not want to tell
3    anybody in the political science department.
4         At any point, did you ever seek out any
5    assistance from LSU through the student health
6    center or counseling?
7    A.   No.  As a grad student who was teaching, I
8    had to take LSU's ethics and Title IX trainings.
9    When I took the LSU Title IX training, I was, of
10   course, attentive of issues of sexual violence and
11   harassment.
12        And I noticed that the Title IX training
13   said that one of the reasons that you shouldn't
14   harass people is that it decreases productivity.
15   And that left me with the impression that LSU
16   didn't understand really what the problem with
17   sexual harassment was, and I didn't trust that
18   there would be anyone who I could talk to.
19        And, again, I thought if I went to anyone
20   on campus, I would jeopardize my career.  I was
21   the fledgling; he was established.  There was not
22   a way that I could see to ask for help without
23   jeopardizing myself.
24   Q.  Did you know whether or not you could get
25   help without disclosing Dr. _____ name?

SARAH KITCH

1    A.   The political science department -- I

2  thought about that option.   The political science

3  department is not a very big department.   There

4  are -- when I was coming up there, there were

5  three long-term political theorists, and then, God

6  rest him, Dustin Howes.

7        So if a theory student came and said, My

8  adviser -- or I have a problem with my adviser, it

9  was known who my adviser was.   You could check it

10 on the department records.   There was no way to be

11 discrete about that.

12   **Q.   Was there a way for you to be -- do you**

13 **know if there was a way for you to be discreet**

14 **without the -- that didn't require you to identify**

15 **that you were in the political science department?**

16   A.   Well, since my name and face were on the

17 political science department website, I knew if I

18 turned up and said, I have a problem, it would be

19 very easy to figure out what department I was in.

20   **Q.   So you didn't -- you didn't trust that, if**

21 **you made a report -- or sought services, they**

22 **would be kept confidential, your name would be**

23 **kept confidential -- or your affiliation with the**

24 **political science group is really my question --**

25 **your affiliation with the political science**

SARAH KITCH

1   department would not have been kept confidential?

2       A.   Correct.  I did not know about the -- my

3   assumption was that if I were going to report, I

4   would report to my chair.

5           And I thought, if I try to make any other

6   kind of report, if I try to make any report at

7   all, it will jeopardize me, which is what, when I

8   finally called to make the report, LSU's Title IX

9   agent said to me on her own.

10          And I felt some relief that it seemed like

11  my original guess was at least what people on the

12  inside assumed to be true.

13      Q.   So what did -- let's talk about

14  your -- well, actually, let's go back a bit.

15          As a student, do you recall participating

16  or completing any sort of training on alcohol,

17  drugs, or sexual violence?

18      A.   Yes, I'm sure we had a PowerPoint that

19  students all had to click through.

20      Q.   So you remember completing the

21  MyStudentBody -- it's called MyStudentBody.

22          Do you recall completing the MyStudentBody

23  training?

24      A.   I assume that I -- I remember getting an

25  e-mail about it.  I assume I completed it.  I know

1 they were trying to like create some kind of

2 structure where you like had to do it in order to

3 be able to do other things.

4    **Q.  Do you recall basically the message being,**

5 **If you don't complete it, then you cannot register**

6 **for courses, or there's some --**

7    A.  Yes, that seems right.  But, again, I'd

8 taken LSU's Title IX training and I worked in the

9 hall with Kevin Mulcahy, so none of that seemed

10 very serious to me.

11    **Q.  As far as the Title IX training is**

12 **concerned, I'm going to show you -- actually, I'll**

13 **show you two documents.  They're both titled**

14 **Certificates of Achievement.**

15        (Exhibit 3 was marked.)

16 BY MS. GREEN:

17    **Q.  So do these certificates relate to the**

18 **trainings that you referenced earlier?**

19    A.  They do.

20    **Q.  You mentioned earlier about -- you**

21 **mentioned earlier that the Title IX training**

22 **referenced a decrease in productivity, and you**

23 **said something -- you made a comment about that.**

24 **Explain how that comment struck you.**

25    A.  Well, as someone who worked with young

1      Q.  So you said at some point you contacted

2  the Title IX office and that the person with whom

3  you spoke offered some comments to you.

4          First of all, when did you contact the

5  Title IX office?

6      A.  I contacted them when I moved -- it was

7  while I lived in Columbia, so it was late summer,

8  early fall of 2018 or 2019.  I have it in the

9  records, but I can't recall exactly right now

10  which of those it was.

11          I might guess it was that -- well, it was

12  one of those, because the issue of my finishing

13  the dissertation-to-book project became pressing

14  now that I had beat all the odds and landed a

15  tenure track job.  It's really hard to get a

16  tenure track job; I got one.

17          The journey to getting there was I had to

18  -- I did the Princeton post doc, and then I took a

19  VAP, a visiting assistant professor, position in

20  rural Illinois, which was a very demanding

21  position to take.

22          And once I got the tenure track position

23  out of that, I had to go back to the

24  dissertation-to-book project.  And it was in that

25  process that I started to realize how damaged that

1  project was because of ▮▮▮▮▮ actions and

2  because I hadn't been able to find a way -- I

3  didn't feel I had power to ask for help.

4     **Q.   Okay.  You said you -- it was in this**

5  **process that you realized how damaged the project**

6  **was.  What made you come to that realization?**

7     A.   Well, it kind of broke up from the depths

8  slowly.  When I was in Princeton, I was pregnant

9  with Cecilia Joy.  I remember walking with John

10  down Nassau, the main street in Princeton.

11     And we were working with an editor who

12  helps grad students to produce their documents for

13  job interviews.  You have a research statement, a

14  teaching statement, a letter of application,

15  examples of teaching effectiveness, all of these

16  pieces that you produce.

17     And in the letter, you have a series of

18  structured paragraphs.  Your letter of application

19  starts with your educational achievements to date,

20  then you talk about your research, then you talk

21  about your teaching, then you talk about what

22  courses you could teach.  Finally, you talk about

23  connections you might have or rights within the

24  department to which you're applying, and then you

25  sign off.

1    Q.  And your proposal, to the extent you

2    recall -- I'm sure you do, you worked on it a long

3    time -- how many chapters did you envision in your

4    book?

5    A.  Five or six.

6    Q.  And how many were you able to actually

7    draft?

8    A.  They were all drafted in the dissertation,

9    but I couldn't revise any of them.

10   Q.  So let's go to your -- the conversation

11   that you've had -- well, let's go back.

12         You're hired in August of 2018 from

13   Mizzou.  And is there a deadline in place as to

14   when the dissertation-to-book project has to be

15   completed as far as your employment is concerned?

16   A.  Yes.  So there's a tenure clock.  And I

17   don't remember my initial tenure date, but it's in

18   my offer letter.  Like I can't right now remember

19   it.  But at the time, you could look at it and

20   see, okay, you're going to have your annual

21   review, your second review.

22         Your third-year review is your big review

23   where they check your progress.  And then after

24   that, you begin to seriously prepare your

25   tenurable materials.  So your book needs to be in

1    A.  So in the fall of 2019, I had recently had

2    my first annual review with my chair in Truman

3    School and the director of the institute that I

4    worked for.

5         And one of the things that they wanted was

6    documentation, some kind of paper trail.  And I

7    didn't have a lot of documentation because my top

8    goal had been to handle the cost of the situation

9    myself, the emotional toll myself.  So I asked

10   Eubanks for a letter.

11        And then once I got that far into it, I

12   thought that I may have been irresponsible by not

13   reporting, because I had cousins and friends who

14   were still at LSU.  I had great affection for my

15   students at LSU and the students who had come

16   after them.

17        And so then I thought I should try to

18   report this.  Now that it's all in the open what's

19   happened to my project, I don't have anything to

20   lose on that front.  So I decided to call the

21   Title IX office.  I felt like I had already lost

22   whatever was at stake in terms of people -- me

23   handling the situation without others finding out

24   and without it impacting my career, since it was

25   already impacting my career.

1  named Chevon Gates.  I, again, didn't take notes.

2  It was like -- it felt like showing up at the

3  emergency room.  My job is just to tell what I

4  know and someone else will be the professional who

5  makes the record.

6      Q.  So you didn't take notes, and you're not

7  sure if it was Jennie Stewart or Chevon Gates?

8      A.  The person that I ultimately told the

9  story to I don't think was Jennie Stewart; I think

10  it was Chevon Gates.

11      Q.  And Ms. Gates told you that it was good

12  that you didn't report it while you were a

13  student?

14      A.  The woman that I spoke with, if it was

15  Chevon Gates, the woman that I spoke with told me

16  that it was good that I didn't report it while I

17  was a student.  She said, No one would have done

18  anything and it would have only caused you

19  trouble.

20      Q.  Were those the only two communications

21  that you had with the Title IX office?

22      A.  Yes, to my recollection.  I thought my job

23  was to call and report, and I did that.

24      Q.  Do you know if LSU -- or the Title IX

25  office took any action after you called and

1  in support.  And then, as you see, the associate
2  provost wrote back approving that request.
3          MS. GREEN:
4              At this point, I think it's a good
5          time for us to take a break.
6          (A break was taken from 12:41 p.m. to
7          1:45 p.m.)
8  BY MS. GREEN:
9      Q.  Dr. Kitch, before the break, we were
10 discussing your request for an extension at Mizzou
11 and the grant of that extension.
12     A.  Yes.
13     Q.  Are you still employed in that position?
14     A.  No.
15     Q.  When did your employment in that position
16 end?
17     A.  May of 2020.
18     Q.  And did you leave that position
19 voluntarily?
20     A.  I did.
21     Q.  Why?
22     A.  Because I didn't have confidence in
23 creating a credible tenure case.
24     Q.  And was that confidence, or the lack of
25 confidence, based on what we discussed earlier

1  about the dissertation-to-book project?

2      A.  Yes.

3      Q.  Where did you work after you left the

4  Mizzou position?

5      A.  I served as an adjunct for the University

6  of Houston.  But that wasn't until the spring, so

7  let me back up.

8          I worked as an editor doing remote editing

9  work, and I adjuncted for -- I think I adjuncted

10  an Ashland University course that fall, fall of

11  '20.  And then in spring of '21, I adjuncted three

12  UH courses, a Mizzou course, and an Ashland

13  course.  So I adjuncted five classes in the

14  spring.

15      Q.  I'm going to show you what we'll mark as

16  Exhibit 9.  You've referenced it many times, so I

17  think it's probably easier if we attach it.  It's

18  your CV.

19      A.  Is it the CV?  Finally.  The record of

20  things.

21          (Exhibit 9 was marked.)

22  BY MS. GREEN:

23      Q.  So this is your CV that was produced to us

24  in discovery.  My question is:  Is this up to

25  date?  Does this have all of your publications and

1  specific events with Wayne and Belinda.

2      **Q.  Did you read the Husch Blackwell report?**

3      A.  I did not.  I saw elements of it in the

4  claim.

5      **Q.  Did you -- did Husch Blackwell contact you**

6  **for an interview?**

7      A.  No, not to my knowledge.

8      **Q.  So you don't recall speaking to anyone**

9  **from Husch Blackwell?**

10     A.  I have not spoken with anyone from Husch

11  Blackwell.

12     **Q.  Okay.  I want to talk more about your**

13  **therapy with Katherine Volk.  I know you testified**

14  **earlier that you started seeing her sometime in**

15  **the summer of 2015 or October, sometime during**

16  **that time period.  And you also told me about the**

17  **evaluation that she might have done in the summer**

18  **of 2021.**

19          **Are you still currently seeing her?**

20     A.  Yes, by phone.

21     **Q.  And how often do you talk?**

22     A.  About once a month.

23     **Q.  Is she the only provider that you are**

24  **seeing in connection with the allegations in this**

25  **lawsuit, health care provider?**

1  started to go back to the project after Princeton.

2       So this is right after we left Princeton,

3  we got to NIU.  I had a seven-month-old, almost

4  seven-month-old at the time of this note.  I was

5  living in rural Illinois in a very desolate

6  college town.  And the goal of doing that was to

7  make it a stepping-stone to get to a tenure track

8  job.

9       But it was really hard work.  It was

10  really, really hard work.  And it was hard on us

11  as a family who didn't have a lot of resources for

12  child care.  There weren't a lot of child care

13  opportunities.  So we were just putting in

14  everything we had to make that year the year that

15  I could land a tenure track job.

16       And in this period, I needed to go back to

17  the dissertation-to-book project, but I was

18  beginning to have more awareness of my very

19  sinking feeling about that project.

20  **Q.  So I will ask you to explain one sentence**

21  **in here for me.  It's the, I guess, second**

22  **paragraph.  It says, "I feel very much, quote, led**

23  **to die."**

24       **Would you explain what you meant by that?**

25  A.  Yeah.  So in the Biblical account of the

1  children of Israel, they're captives in Egypt, and

2  then God sends Moses to tell Pharo, Let my people

3  go.  And then there's the whole bit about the

4  plagues, which is baffling to me.

5          And then when the children of Israel

6  finally leave Egypt, they are out wandering in the

7  dessert for 40 years, and they say, Have you led

8  us out to die, like what's the point of fighting

9  all this way.

10          So led out to die is a motif about what it

11  feels like to be in exile that comes out of Hebrew

12  and Christian tradition, and it's a symbol for

13  what happens when you feel like you're trying to

14  do the right thing but you feel like you're

15  wandering in circles in a dessert.

16      **Q.  And so you thought that was a good**

17  **comparison to how you were feeling as you worked**

18  **on your dissertation-to-book project?**

19      A.  Yeah.  You build into something, and then

20  it looks like you're just going in circles and

21  there's nowhere to land.

22      **Q.  And I know earlier you told me, at least I**

23  **think my memory is right, that you were a**

24  **little -- you were ahead of John as far as the**

25  **track is concerned; is that right?**

1    A.  That's right.

**2    Q.  So what was he doing at this time?**

3    A.  So he was Dr. Kitch by this point.  He had

4  graduated about four months before this.  So there

5  were two of us.  He was adjuncting at NIU where I

6  taught, Northern Illinois University, but he was

7  also adjuncting at Deloitte across the state line

8  in Wisconsin.

9         So he would drive over to Wisconsin a

10  couple times a week, teach a couple classes, come

11  back, teach at NIU, hand off the baby, I would go

12  to my classes.  Carefully calibrated ballet of

13  schedules, as many parents do.

**14    Q.  When were the two of you married?**

15    A.  January 9, 2015.

**16    Q.  Where did you get married?**

17    A.  Christ Covenant Church on Lee Drive.

**18    Q.  Was Dr. ███████ invited to your wedding?**

19    A.  I assume so.  I was still being discreet

20  about having any trouble.

**21    Q.  You -- and forgive me for the dates.**

**22         You had graduated at that time?**

23    A.  Yes.  I graduated in December of 2014 and

24  got married three weeks later, four weeks later,

25  something like that.

1  name on it that I had produced, but I don't have

2  any notes on the conversation.  I assumed that

3  someone in the Title IX office was taking notes.

4      Q.  Okay.  When you called the Title IX office

5  in 2019, you were not, at that time, an LSU

6  student or a faculty member; is that correct?

7      A.  Correct.

8      Q.  And Dr. ███████ in 2019, had been retired

9  for several years before that call; is that

10  correct?

11      A.  That's correct.

12      Q.  In your lawsuit, you allege that you spoke

13  to someone named Chevon Gates.

14      A.  I couldn't remember her name.  That's my

15  guess as to her name, but I couldn't guarantee to

16  you.  That sounds familiar.  That sounds right.

17      Q.  Okay.  How do you recall her name

18  specifically?

19      A.  As you stated.

20      Q.  Okay.  Just that it was in the lawsuit?

21      A.  No.  I'm recalling from like how the

22  person introduced herself to me.  But, again, it

23  was a very intense experience for me to call and

24  report this.  I assumed that -- I don't know, I

25  assumed that someone would take notes or that I