# CERTIFICATE of ACHIEVEMENT

This is to certify that

## Sarah Vosburg

has completed the course

Preventing Sexual Harassment in the Workplace

December 30, 2014



**EXHIBIT** RW
**3**
10-12-22 Kitch

# CERTIFICATE of ACHIEVEMENT

This is to certify that

## Sarah Vosburg

has completed the course

Title IX Training for Faculty and Staff

December 30, 2014

#30621.1

# Sarah Beth V. Kitch

Curriculum Vitae

sarahbethvkitch@gmail.com                                                    Houston, TX
sarahbethkitch.com

## EDUCATION

Ph.D.  Department of Political Science, Louisiana State University, 2014

M.A.  Department of Political Science, Louisiana State University, 2013

B.A.  Department of Communication, Southeastern Louisiana University, 2008
*Summa Cum Laude*

## PROFESSIONAL EXPERIENCE

2021-present Visiting Scholar, University of Houston

2020-present Senior Fellow, Kinder Institute on Constitutional Democracy, University of Missouri

2018-2020  Assistant Professor, Harry S Truman School of Public Affairs and Kinder Institute on Constitutional Democracy, University of Missouri

2017-2018  Visiting Assistant Professor, Department of Political Science, Northern Illinois University

2016-2017  Postdoctoral Research Associate in Religion and Public Life, Department of Politics, Princeton University

2014-2016  Instructor, Department of Political Science, Louisiana State University

## PUBLICATIONS

### Peer Reviewed Journal Articles

2016  "The Immovable Foundations of the Infinite and Immortal: Tocqueville's Philosophical Anthropology," *American Journal of Political Science*, 947-957 (doi: 10.1111/ajps.12269)

2015  "The Roots of John Adams's Political Science," *Journal of Church and State*, 284-206 (doi: 10.1093/jcs/csv004)

### Under Review

1



EXHIBIT
9
10-12-22  Kitch

Article: "The Shattering Prophetic Voice: Revisiting Criticisms of Rev. Martin Luther King, Jr. in Light of the Prophetic Tradition."  Revise and resubmit at a leading field journal

**In Preparation**

Anthology: Volume Editor for *The Prophetic Voice in America: Core Documents*, under contract with Ashland University Press

Article: Article: "Can I Say Why Persons Matter?: Rabbi Abraham Joshua Heschel and the Prophetic Voice as a Language for Human Value."

Book Manuscript: *Ethical Sensitivity in Democracy: Rabbi Abraham Joshua Heschel on Care and Citizenship*.  Target presses: Oxford University Press, Cambridge University Press, Princeton University Press, University of North Carolina Press

Article: "'You Matter to Me': Divine Concern and the Death Penalty in Sr. Helen Prejean's *Death of Innocents* and Ernest Gaines' *Lesson Before Dying*."  Target Journal: *Political Theology*

Article: "'She's Her Own Woman': Self-Cultivation and Self-Gift in Zora Neale Hurston's *Their Eyes Were Watching God* and Ernest Gaines' *Lesson Before Dying*." Target journal: *Slavery & Abolition*

Article: Integrity of Language in Public Affairs.  Target journal: *Political Theory*

Article: Poetic Imagination, Moral Meaning, and Politics.  Target journal: *American Journal of Political Science*

## FELLOWSHIPS & AWARDS

2019  Distinguished Faculty Award, MU Kappa Alpha Theta

2019  Truman School Faculty Teaching Award, Truman School of Public Affairs, University of Missouri

2018  Appointed Affiliated Faculty, LSU Ethics Institute

2017  2016 Best Female Political Scientist Paper, Northeastern Political Science Association

2015  Frank Grace Memorial Fellowship

2014  H.B. Earhart Fellowship

2014  Frank Grace Memorial Fellowship

2014  Eric Voegelin Scholars Award, Louisiana State University

2014  Sidney Richards Moore Fellowship in Political Philosophy

2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

2013   H.B. Earhart Fellowship

2012   H.B. Earhart Fellowship

2012   Sidney Richards Moore Fellowship in Political Philosophy

2012   Louisiana Taylor Opportunity Program for Students Honors Award

2011   H.B. Earhart Fellowship

2011   Phi Kappa Phi Love of Learning Award

2011   Louisiana Taylor Opportunity Program for Students Honors Award

2010   H.B. Earhart Fellowship

2010   Eric Voegelin Scholars Award, Louisiana State University

2010   Louisiana Taylor Opportunity Program for Students Honors Award

2009   Eric Voegelin Scholars Award, Louisiana State University

2009   Louisiana Taylor Opportunity Program for Students Honors Award

## CONFERENCE ACTIVITY

**Papers**

| | |
|---|---|
| 2020 | "Against Moderation: Rabbi Abraham Joshua Heschel on Care and Democratic Citizenship," Midwest Political Science Association, Chicago, April 16-19 (canceled: Covid-19) |
| 2019 | "Measuring Policy to Persons: Applications of the Prophetic Voice in American Public Affairs," Northeastern Political Science Association, Philadelphia, November 7-9 |
| 2019 | "The Capacity to be Free: Abraham Joshua Heschel on Human Being and Social Action," Midwest Political Science Association, Chicago, April 4-7 |
| 2017 | Discussant, "The Political Sermons of the Revolutionary Era," American Political Science Association, San Francisco, CA, August 1-September 3 |
| 2016 | "Martin Luther King, Jr. and the Prophetic Voice," Northeastern Political Science Association, Boston, MA, November 10-12.  Selected for NPSA's award for Best Female Political Scientist Paper. |
| 2015 | "The Dignity of Human Personality: Martin Luther King, Jr. on Human Nature," American Political Science Association, San Francisco, CA, September 3-6 |
| 2015 | Chair, "#EricVogelin, or Voegelin in the 21st Century," Order and Liberty: A Conference in Honor of ██████ ████ Louisiana State University, Baton Rouge, LA, May 1-2 |

3

| 2015 | "Poetic Imagination, Moral Meaning, and Politics," *Midwest Political Science Association*, Chicago, IL, April 16-19 |
| 2013 | "The Immovable Foundations of the Infinite and Immortal: Tocqueville's Philosophical Anthropology," *American Political Science Association*, Chicago, IL, August 29-September 1 |
| 2013 | Co-author, "Neither Brute nor Angel: Tocqueville on Religion's Role in Sustaining Liberty in Democracy," *Midwest Political Science Association*, Chicago, IL, April 11-14 |
| 2013 | "The Immovable Foundations of the Infinite and Immortal: Tocqueville on Religious Beings and their Liberty," *Louisiana Political Science Association*, Natchitoches, LA, March 2 |
| 2012 | "Limits of American Exceptionalism: America's Purpose and Liberty's Progress in the Political Thought of John Adams," *Eric Voegelin Society*, Baton Rouge, LA, October 20. Accepted for *American Political Science Association*, August 30-September 1 (canceled: Hurricane Isaac) |
| 2012 | "Industry, Initiative, and Independence: Tocqueville on Liberty and the Taste for Material Well-Being," *Southern Political Science Association*, New Orleans, LA, January 12-14 |
| 2011 | "Conflicted Within and Without: Necessity, Tragedy, and Duty in Augustine's *City of God*," *Northeastern Political Science Association*, Philadelphia, PA, November 17-19 |

## POPULAR WRITING

| 2019 | "The Pursuit of Thoughtfulness," *Starting Points*, <u>August 26</u> |
| 2019 | "Shame and Politics: Karol Wojtyła's Phenomenology of Care," *Starting Points*, <u>April 30</u> |
| 2018 | "Beauty and Politics," *Law and Liberty*, <u>October 5</u> |

## INVITED TALKS

| 2019 | "Ethics and Democracy: Rabbi Abraham Joshua Heschel on Children and Youth," Kinder Institute Freshman Interest Group, University of Missouri, October 29 |
| 2019 | Organizer and panelist, "Should I Go to Graduate School?: A Panel Conversation," Kinder Institute, University of Missouri, October 21 |
| 2019 | "Approaching the Job Markets," (Re)Building American Identities, University of Missouri, April 27 |

4

KITCH_000084

| 2018 | "Citizenship and Action: Ethical Sensitivity and Campus Drinking Culture," Kinder Institute Freshman Interest Group, University of Missouri, October 23 |
| 2018 | "Approaching the Job Markets," Department of Political Science, Louisiana State University, October 5 |
| 2018 | "Beauty and Politics," Kinder Institute Society of Fellows, University of Missouri, Columbia, MO, August 9 |
| 2018 | "'We Are Made Out of Dust': Writing on Politics," Kinder Institute on Constitutional Democracy, University of Missouri, Columbia, MO, March 13 |
| 2017 | "MLK in America Today," Northern Illinois University, DeKalb, IL, November 30 |

## TEACHING EXPERIENCE

**University of Missouri**

Intellectual World of the American Founders (Fall 2018, Fall 2019)

Public Service and Democracy graduate seminar (Fall 2018, Fall 2019)

Ethics & Leadership graduate seminar (Spring 2019, Spring 2020)

Food: Justice and Celebration in the Ethics of What We Eat (Fall 2019)

Race and the American Story (Spring 2020)

Women's Narratives in African-American Political Thought (Spring 2020)

Independent study: Ethical Theories of Universal Basic Income (Spring 2020)

Independent study: Ethical Approaches to Law (Spring 2020)

**Ashland University**

Race and Equality graduate seminar for high school teachers (July 2019)

Religious Liberty in America graduate seminar for high school teachers (July 2018)

**Northern Illinois University**

Democracy in America (Fall 2017, Spring 2018)

American Political Thought (Fall 2017)

Religion and the Constitution (Fall 2017)

African American Political Thought (Spring 2018)

Political Theology graduate seminar (Spring 2018)

**Louisiana State University**

5

KITCH_000085

Introduction to Political Theory (Fall 2012, Fall 2014, Spring 2016)

Introduction to American Politics: American Political Development (Spring 2015)

Introduction to American Politics: Vision in Literature and Thought (Fall 2015)

American Political Thought (Spring 2016)

Martin Luther King, Jr. and Civil Rights (Fall 2015)

Political Theology (Spring 2015)

Special Topics in Comparative Politics: Totalitarianism (Fall 2014)

## PROFESSIONAL DEVELOPMENT

| | |
|---|---|
| 2019 | Participant, Political Theology Network Conference, New York, October 17-19 |
| 2019 | Participant (via Zoom), Dialogue on Race: Original Series, hosted by Dialogue on Race Louisiana, Baton Rouge, LA, September 12-October 17 |
| 2019 | Participant, "Teaching Black History," seminar by Center for Black Studies, University of Missouri, Columbia, MO, July 26-27 |
| 2019 | Participant, "The Past, Present, and Especially the Future of Graduate School in the United States," seminar by Dr. Leonard Cassuto, University of Missouri, Columbia, MO, March 21 |
| 2019 | Participant, "Advising Advisors: Preparing Your PhDs for the Job Market," workshop by Dr. Karen Kelsky, *The Professor Is In*, University of Missouri. Columbia, MO, February 20 |
| 2018 | Participant in the LSU Ethics Institute's Teaching Ethics Workshop, Louisiana State University, Baton Rouge, LA, June 11-14 |
| 2014 | Teacher training with Cecil L. Eubanks, Alumni Professor, Louisiana State University, Baton Rouge, LA |
| 2013 | Pedagogy workshop for graduate students, Cecil L. Eubanks, Alumni Professor, Louisiana State University, Baton Rouge, LA |
| 2012 | Teacher training with Cecil L. Eubanks, Alumni Professor, Louisiana State University, Baton Rouge, LA |

## PROFESSIONAL SERVICE

### Peer Review

6

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

*American Political Science Review*

*American Political Thought*

**To Profession**

Member at Large, Politics, Literature, and Film section, American Political Science Association, 2015-2016

**To Departments**

***University of Missouri***

Kinder Institute Ad Hoc Committee on Visiting Scholars, Spring 2020

Kinder Institute Society of Fellows Selection Committee, Spring 2020

Kinder Institute Search Committee, Fall 2019

Truman School MPA Committee, Fall 2018-present (subcommittees: Admissions, Competency Assessment)

Kinder Institute Postdoctoral Selection Committee, Summer 2019

Peace Studies Director Search Committee, Summer 2019

Kinder Institute Junior Faculty Committee, Fall 2018

KIRC Collegiate Fellow Selection Committee, Spring 2019

Faculty Mentor, Truman School of Public Affairs

***Louisiana State University***

Senior Thesis Reader, 2015

**As Committee Member**

Committee Member, Aaron Kushner, Doctoral Candidate, MU

Committee Advisor, Beau Underwood, Doctoral Candidate, MU

## PROFESSIONAL ASSOCIATIONS

American Political Science Association, 2012-present

Southern Political Science Association, 2012-present

Midwest Political Science Association, 2013-present

Northeastern Political Science Association, 2011-present

Political Theology Network, 2019-present

Louisiana Political Science Associate, 2013-2015

7

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# REFERENCES

Cecil L. Eubanks (teaching reference)
Alumni Professor
Dept. of Political Science
Louisiana State University
240 Stubbs Hall
Baton Rouge, LA 70803
(225) 578-1944
poeubk@lsu.edu

Wayne Parent
Russell B. Long Professor
Dept. of Political Science
Louisiana State University
240 Stubbs Hall
Baton Rouge, LA 70803
(225) 578-2540
popare@lsu.edu

Andrea Radasanu
Acting Director,
University Honors
Northern Illinois University
Campus Life Building 110
DeKalb, IL 60115
(815) 753-0694
aradasanu@niu.edu

Henrik Syse
Senior Researcher
Peace Research Institute Oslo
Hausmanns gate 7
NO-0186 Oslo
Norway
+47 22 69 31 71
henrik@prio.no

Johanna Dunaway
Associate Professor of Communication
LASB 356 or Bolton 309c
Texas A&M University
College Station, TX 77843
(979) 845-2246
jdunaway@tamu.edu

Justin Dyer
Professor
Kinder Institute on Constitutional
Democracy and Dept. Political Science
409 Jesse Hall
Columbia, MO 65211
(573) 882-3777
dyerjb@missouri.edu

8

KITCH_000088