UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL
                          CASE NO.: 3:21-CV-00242
                          DIVISION WBV-SDJ
VERSUS                    JUDGE WENDY B. VITTER
                          MAG. JUDGE JOHNSON

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL

* * * * * * * * * * * * * * * * * * * * * *
            C O N F I D E N T I A L

         30(b)(6) DEPOSITION OF

 BOARD OF SUPERVISORS OF LOUISIANA STATE

UNIVERSITY AND AGRECULTURAL AND MECHANICAL

       COLLEGE ("BOARD") through

 JOSH JONES, WENDY NALL, DR. JANE CASSIDY,

       JENNIFER NORMAND, JEFF DEVEER


TAKEN AT PHELPS DUNBAR, 400 CONVENTION

STREET, BATON ROUGE, LOUISIANA, ON APRIL 11,

2023, BEGINNING AT 9:22 A.M.



REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER

Certified Copy

# EXHIBIT B

```
 1      period that was referenced after I
 2      discussed with Phelps Dunbar attorneys,
 3      which was 2013 to 2021.  Can you tell me,
 4      from your perspective, did you feel that
 5      those policies were sufficient under your
 6      understanding of what the Title IX
 7      regulations and obligations were?
 8              MS. GREEN:
 9                   Object to the form of the
10              question.
11  A   Yes, I mean you had kind of a series of
12      policies.  So, prior to 2014, the
13      policies in place, well there's two
14      separate policies.  You have a student
15      code of conduct and then you had employee
16      policies including PS 1.  Starting in
17      2014, that was I believe the first year
18      that you had PM 73, which was a permanent
19      memorandum over all institutions and so
20      looking at the obligations as set forth
21      by -- at that time it would have been
22      both the Dear Colleague letter of -- and
23      there was previous guidance.  I know
24      there was previous guidance in 2001 but
25      yes, I think it met the obligations as
```

# EXHIBIT B

```
 1    set forth in both the 2011 Dear Colleague
 2    letter and the 2014 question and answer.
 3    I mean the three main obligations under
 4    those policies was that you have a notice
 5    of non-discrimination to disseminate,
 6    right, that you have a grievance
 7    procedure and process and all of that
 8    happened.  A Title IX coordinator was
 9    designated during that period so yes, it
10    met those obligations and I also think
11    while those letters, especially the 2011
12    Dear Colleague letter, didn't go into
13    great detail about the exact nature of
14    what your grievance policy or procedure
15    had to be.  There was a lot of kind of
16    leeway.  There was a grievance procedure
17    that afforded what the Dear Colleague
18    letter required.
19 BY MS. ABDNOUR:
20 Q   **And based on your review of the**
21    **documents, do you think there was a**
22    **sufficient process in place for training**
23    **of staff and faculty to understand their**
24    **obligations?**
25            MS. GREEN:
```

# EXHIBIT B

```
 1                    Object to the form of the
 2               question.
 3   A    From what I understand, yes there was.
 4        That was overseen by HR so they know the
 5        ins and outs of it but yes, there was a
 6        training for responsible employees.
 7   BY MS. ABDNOUR:
 8   Q    Can you describe how the communications
 9        occurred between the Title IX office and
10        HR to ensure that those obligations were
11        met?
12   A    So generally, the Title IX office is kind
13        of the subject matter expert.  So, the
14        Title IX office needs to make sure that
15        the content of the training is what needs
16        to be in there, whereas HR is the kind
17        of, I guess, operationalization of that
18        training.  So, they're the ones that load
19        it into whether it be Moodle or another
20        platform.  They push it out to employees,
21        they send reminders to employees, they
22        put reminders in different news and notes
23        and different kinds of newsletters,
24        things that go out to all staff. So, they
25        operationalize it.  Title IX needs to
```

# EXHIBIT B

```
 1         make sure that the training has what
 2         needs to be in it.
 3    Q    What procedures did Title IX go through
 4         during that period to ensure that the
 5         trainings had what they needed?
 6    A    I know that each training was reviewed by
 7         the Title IX coordinator at the time.
 8    Q    Who prepared the training?
 9    A    I don't know exactly who prepared the
10         training.  My understanding is it was
11         probably a group of people, including the
12         Title IX coordinator but I can't give you
13         specific names.
14    Q    Do you know what offices or what
15         departments those folks came from?
16    A    At a very minimum, HRM -- human resource
17         management -- and Title IX.
18    Q    How did that preparation occur?  Were
19         those in person meetings, phone calls,
20         emails; what did that process look like?
21    A    That I don't know.
22    Q    How often did that process occur, that
23         they reviewed or updated the training?
24    A    That I don't know.
25    Q    How often were Title IX and HR in
```

# EXHIBIT B

```
1   A    The Board of Regents training?
2   Q    Yeah.  Is that what I just asked you or
3         no?
4   A    No.  So, that was prepared by -- I don't
5         know the group.  There's a group of folks
6         that oversee health, safety and wellness
7         with the Board of Regents so I believe
8         that's led by Doctor Allison Smith.  She
9         would have had consultation with it but
10        it was prepared by -- I think they
11        changed names -- I think it's Parker Poe
12        now, so an attorney -- Nina Gupta -- and
13        some of her staff with Parker Poe
14        prepared the forty-five minute Board of
15        Regents section.
16  Q    Let me get back to a couple of more
17        questions I wanted to ask before we get
18        off the topic of the past trainings.  How
19        often were those trainings being given,
20        the ones that you were mentioning that
21        were prepared by the committee that
22        included the Title IX coordinator and HR?
23  A    You're specifically speaking to the
24        training for employees?
25  Q    Right, training for employees, yes.
```

```
 1  A    Sure.  So, that was done annually.  So,
 2       it was on a calendar year cycle.  The
 3       training would generally open January 1st
 4       and then it would close December 31st.
 5  Q    How was that training provided; what was
 6       the format?
 7  A    It's called Moodle.
 8  Q    Is that electronically, then?
 9  A    Correct.
10  Q    Was it a video, was it slides, was it a
11       combination?
12  A    I believe it was a voice-over slide deck
13       situation.
14  Q    How did the Title IX office ensure that
15       all of the staff and employees completed
16       that training every year?
17  A    That was the responsibility of HRM, so
18       they would have to answer that.
19  Q    If I'm understanding right, there was no
20       oversight of the Title IX office to
21       ensure that that occurred?
22              MS. GREEN:
23                   Object to the form of the
24              question.
25  A    I can't say whether or not conversations
```

# EXHIBIT B

|   |   |   |
|---|---|---|
| 1 |   | hostile environment that the Title IX |
| 2 |   | coordinator had become aware of during |
| 3 |   | that year? |
| 4 | A | If I understand the question, so hostile |
| 5 |   | environments were not directly addressed |
| 6 |   | through that type of training. That |
| 7 |   | would have been outside -- because that |
| 8 |   | annual training was going to -- I don't |
| 9 |   | know the exact number of employees during |
| 10 |   | this entire timeframe but I'm assuming it |
| 11 |   | would have fluctuated -- at least over |
| 12 |   | 5,000 just on the LSU A&M campus. So, |
| 13 |   | that training was meant to be kind of |
| 14 |   | very broad so if there was a hostile |
| 15 |   | environment in any particular department |
| 16 |   | or area, that would have been addressed |
| 17 |   | with either separately-created |
| 18 |   | individualized trainings, interventions |
| 19 |   | between the Title IX coordinator or HRM |
| 20 |   | but not through that annual training. |
| 21 | Q | Okay. So, describe for me, if you can, |
| 22 |   | what specific departmental or unit |
| 23 |   | trainings were created during that period |
| 24 |   | to address any hostile environments that |
| 25 |   | may have come up? |

# EXHIBIT B

```
 1        units in addition to athletics that had
 2        done some sort of above and beyond
 3        trainings.  What other units during that
 4        period did those?
 5   A    I know that Greek Life had an annual
 6        training for new members.  So, it was
 7        done -- there was one big training that I
 8        believe every fraternity and sorority had
 9        to send at least seventy percent of their
10        chapter to that training to get credit
11        for.  And then both the Title IX office
12        and the Lighthouse would do
13        individualized trainings for fraternities
14        and sororities.  Those were less
15        employee-based.  Those were going to be
16        things around healthy relationships,
17        consent and those types of topics.
18   Q    What else besides Greek Life?
19   A    Greek Life and then student organizations
20        often do more training.  Those are
21        probably the bigger areas and then I know
22        housing, Residence Life, does specialized
23        trainings for their staff, including
24        their RAs.  So, they do -- I mean their
25        summer is spent -- I don't know the ins
```

# EXHIBIT B

```
 1        provided, I can't speak to that.
 2   BY MS. ABDNOUR:
 3   Q    Other than the reports that were filed or
 4        the reports that were related to the
 5        plaintiffs, were there any other reports
 6        filed with the Title IX office related to
 7        ▮▮▮▮▮▮▮▮?
 8   A    I'd have to double check.  What we would
 9        have got is kind of after the Husch
10        Blackwell report was released, after
11        there was a lot of media attention we
12        would get reports, even end of 2021 into
13        2022, where people would see a news
14        article and make reports based on that
15        news article to say oh, I read this news
16        article.  I mean our employees wanted to
17        make sure they were mandatory reporting
18        everything so we got those types of
19        reports kind of after-the-fact.
20   Q    Were there any reports related to ▮▮▮▮▮▮
21        ▮▮▮▮▮ other than what's referenced in
22        this lawsuit prior to 2021?
23   A    No.
24   Q    Same question for ▮▮▮▮▮▮▮▮▮▮▮▮.  Prior
25        to 2021, in that 2013 to 2021 window,
```

**EXHIBIT B**

```
 1         were there any reports made with the
 2         Title IX office other than what's been
 3         identified in this lawsuit?
 4     A   Not to my knowledge, no.
 5     Q   Same question for ███████████?
 6     A   No.
 7     Q   Same question for ███████████?
 8     A   No.
 9     Q   Same question for ███████████?
10     A   No.
11     Q   Same question for ███████████?
12     A   No.
13     Q   Describe for me all of the different
14         options -- and there may just be one but
15         I think there's more than one -- the
16         different options that mandatory
17         reporters had for reporting to the Title
18         IX office just on the Baton Rouge campus
19         during that period?
20     A   They could get the information to the
21         Title IX office any way.  They could call
22         the Title IX coordinator directly, they
23         could email the Title IX coordinator,
24         they could email the Title IX office,
25         they could stop by the office, I mean
```

# EXHIBIT B

```
 1     really anyway as long as the information
 2     got conveyed.  There was no one-way that
 3     was mandated and then once the Maxient
 4     and EthicsPoint systems were put in
 5     place, that provided an additional way to
 6     report through online reporting forms but
 7     it could come in anyway as long as it got
 8     to the Title IX coordinator.
 9  Q  When did Maxient and EthicsPoint come
10     into play?
11  A  I believe Maxient -- I don't remember
12     exactly.  I want to say it was 2016 and
13     I'm less sure about EthicsPoint.  I think
14     Title IX started going into EthicsPoint -
15     - it may have existed before then, I
16     can't speak to whether or not other
17     offices like compliance used it before
18     then.  But I believe Title IX cases,
19     again, started to go into EthicsPoint
20     around 2016, maybe 2017.
21  Q  What training, if any, was provided to
22     folks on campus in terms of how to use
23     those two systems?
24  A  I can't speak to any -- because the
25     training may have been different for
```

# EXHIBIT B

```
 1        different folks -- so, Maxient provides
 2        certain training videos through the
 3        Maxient site.  So, for example, ResLife
 4        may do different trainings than the Title
 5        IX office did, versus student
 6        accountability and advocacy but Maxient
 7        provides both in-person trainings, online
 8        trainings, Maxient has a whole help
 9        system where you can watch series of
10        videos.  So, that's all the training that
11        would have been available to folks but it
12        probably changed from person to person or
13        differed.
14   Q    Were Maxient and EthicsPoint available to
15        any employee to use for reporting or only
16        certain categories of employees?
17   A    Anybody can -- in fact, you could be a
18        non-employee and report through those.
19        It doesn't even require you to be an
20        employee so any individual can report
21        through those forms.
22   Q    How would someone be aware of the fact
23        that they could report using those
24        systems?
25   A    If they'd gone to either -- again,
```

# EXHIBIT B

1    there's going to be kind of a series of
2    changes throughout this time period but
3    initially there would've been information
4    on both the HRM site and the student
5    accountability and advocacy site, so
6    specifically like on the HRM site -- once
7    you got to the Title IX page, it would
8    say report an incident and then I believe
9    it said if you're a student, report here.
10   If you're an employee, report here.  And
11   so, that would just bring you.  You
12   didn't have to know a link to get into.
13   You would just hit those buttons and
14   bring it right in.  On the SAA website, I
15   believe it just had one report-an-
16   incident button.  Again, it had a series
17   because you could report about academic
18   misconduct or just fighting, drugs,
19   hazing -- all of that -- but it only had
20   the link, I believe, for the student
21   reporting forms since they only oversee
22   students and then once you had a
23   dedicated Title IX website, you now had
24   those buttons in three different websites
25   where you could get into those reporting

# EXHIBIT B