KENNAN JOHNSON

10/06/2022
Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, SAMANTHA BRENNAN,
CALISE RICHARDSON, JADE LEWIS,
KENNAN JOHNSON, ELISABETH          CASE NO.
ANDRIES, JANE DOE, ASHLYN          3:21-CV-00242
ROBERTSON, CORINN HOVIS, AND
SARAH BETH KITCH

VS.

BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY AND
AGRICULTURAL AND MECHANICAL
COLLEGE, AND VERGE AUSBERRY,
MIRIAM SEGAR, JENNIE STEWART,
AND JONATHAN SANDERS, IN THEIR
INDIVIDUAL CAPACITIES

     *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

          *** CONFIDENTIAL TRANSCRIPT ***

          *** SUBJECT TO PROTECTIVE ORDER ***

          The deposition of KENNAN JOHNSON, taken in

connection with the captioned cause, pursuant to

the following stipulations before RITA A. DEROUEN,

Certified Court Reporter, at Phelps Dunbar, 400

Convention Street, Suite 1100, Baton Rouge,

Louisiana 70802 on October 6, 2022, beginning at

9:06 am.


          COURT REPORTERS OF LOUISIANA, L.L.C.
            9522 Brookline Avenue, Suite 217
            Baton Rouge, Louisiana  70809
        PHONE (225) 201-9650 * FAX (225) 201-9651
            E-mail:  depos@courtreportersla.com

EXHIBIT A

1    Q.  So how many years did you attend college?
2  Five years?
3    A.  Five years of school, four years of
4  athletics, yes, ma'am.
5    Q.  Did you -- did you move into a graduate
6  program or did you just extend your college for
7  five years?
8    A.  I extended.  So because I had transferred
9  twice, I had a red shirt year.  From 2016 to 2019,
10 I was at LSU; but the 2016 year, I did not play.
11   Q.  When did you first meet the Sells?
12   A.  Together or just in general?
13   Q.  Either of the Sells.
14   A.  I was probably 12.
15   Q.  And is that Julia that you met?
16   A.  Yes, ma'am.
17   Q.  How did you meet her?
18   A.  At a junior tennis tournament.
19   Q.  How did it come about that you met her?
20   A.  I don't fully recall.  But I've always
21 been a very big LSU fan.  I've grown up here and
22 both of my parents played sports here.  And my mom
23 was my coach at the time.  So my mom could
24 communicate with her.  So I think from that point,
25 it was more us reaching out to her at that

EXHIBIT A

1  transfer.  You knew you were going to transfer to
2  LSU from Oregon?
3     A.  Yes.
4     Q.  How did you know that?
5     A.  I was kicked off the team for a violation
6  of team rules, me and two other girls.
7     Q.  I'll ask you about that in a minute.
8        So once you got kicked off, you were going
9  to transfer to LSU whether you played tennis or
10  not?
11     A.  Yes.
12     Q.  Had you gotten an indication through your
13  mom -- let me ask a different question.
14        Before you went to UCF, had you had any
15  conversations yourself with Julia about playing at
16  LSU, or were those only through your mom?
17     A.  I did.  I -- do you want me to keep going?
18     Q.  Yes.  Sorry.
19     A.  Yes, I did.  I actually went on official
20  visits to certain places, and then I took an
21  unofficial to LSU and Julia personally drove me
22  and my mom around the school and -- so yeah.
23     Q.  Why did you do -- were you only offered an
24  unofficial at LSU at that point?
25     A.  Yes.

**EXHIBIT A**

1       A.   Here.

2       Q.   What's the name of the psychiatrist?

3       A.   Dr. Warner.

4       Q.   Do you have a first name?

5       A.   Larry.

6       Q.   So do you consider yourself to be bipolar?

7       A.   I think that I have ups and downs like any

8    person would.  I wouldn't say that I'm bipolar.

9    But also, I think that there's a negative

10   stereotype to that word in itself.  So -- but, I

11   mean, yes.

12      Q.   So you don't dispute Dr. Warner's

13   professional diagnosis, I assume?

14      A.   No.

15      Q.   Okay.  And then the last entry, 5-1-2015,

16   says, "Athlete has been removed from the team for

17   disciplinary reasons.  Due to loss of scholarship,

18   athlete will not return to UCF to begin medical

19   intervention."

20           What happened that you were removed from

21   the team?

22      A.   I got into a fight.

23      Q.   With whom?

24      A.   It was a former athlete that was on the

25   soccer team.

EXHIBIT A

1    Q.  Do you know the name of the person?

2    A.  I do not recall her name.  I can see her

3    face, but I do not recall her name.

4    Q.  Do you remember her first name or

5    anything?

6    A.  (The witness shook head.)

7    Q.  No?

8    A.  No, ma'am.  Sorry.

9         MS. TRUSZKOWSKI:

10             You're doing fine.

11   BY MS. FURR:

12   Q.  What was -- was it someone that you knew

13   previously, or did you just get in a fight with

14   the person that day?

15   A.  We were friends, at least so I thought at

16   the time.

17   Q.  Had y'all been romantically involved at

18   all?

19   A.  No, ma'am.

20   Q.  How did you know her?

21   A.  We came in as freshmen athletes.  So there

22   was a -- I guess like an orientation for freshmen

23   athletes, and we met there.

24   Q.  And y'all became friends over the year?

25   A.  Yes, ma'am.

EXHIBIT A

1    Q.  And so what happened that caused the two
2    of you to get in a fight?
3        A.  Apparently, she was saying stuff about me
4    that I said that I didn't say.  So I went to go
5    meet her and talk about it, and it became
6    physical.
7            And then I went to my older teammate's
8    apartment at the time to tell her what happened.
9    She thought I should go and see the trainer.  So I
10   went and saw the trainer, and the trainer ended up
11   telling my coaches.  And then my coaches had a
12   meeting with me, and they felt that I should not
13   have defended myself, and so they removed my
14   scholarship.
15       Q.  Okay.  What was -- tell me the stuff.  You
16   said she said stuff -- she thought you said stuff
17   about her or something.
18       A.  She thought that I -- she was involved
19   with this boy and thought that I was talking badly
20   about her, and I wasn't.  It was somebody else
21   that I overheard it.  So I went to go talk to her
22   about it.
23           And there were football players that were
24   there that were kind of like I guess -- like it
25   was a dorm, so everyone was hanging out.  And we

EXHIBIT A

1  Oregon?

2     A.  No, I did not.

3        MS. FURR:

4           Let's take a quick break.

5        (A break was taken from 10:20 a.m. to

6        10:24 a.m.)

7  BY MS. FURR:

8     Q.  So tell me what happened at Oregon that

9  you were kicked off the team.

10    A.  A violation of team rules.

11    Q.  What rule?

12    A.  We were not supposed to drink during

13 season.

14    Q.  And so how is it that you were caught

15 doing that?

16    A.  It was Easter time, and I was in my

17 apartment, and I had a glass of wine.  And my

18 teammate and roommate at the time told on me and

19 two other of my -- two other teammates.

20    Q.  Who was that teammate and roommate?

21    A.  That told on me?

22    Q.  Yes.

23    A.  Her name is █████████████████████.

24    Q.  And do you know why she told on you?

25    A.  No, but I have my theory.

**EXHIBIT A**

1    Q.   What's your theory?

2    A.   She was upset because I was playing higher

3    than she was and she was jealous of me.

4    Q.   And so did -- so how many of you were

5    caught?

6    A.   Three of us.

7    Q.   Were you all on the tennis team?

8    A.   Yes.

9    Q.   And were you all kicked off the team?

10   A.   Yes.

11   Q.   And had y'all been warned about this

12   already?

13   A.   In terms of the -- just at the beginning

14   of like, Hey, no drinking, kind of like at the

15   beginning of -- you know, the beginning of the

16   year team meeting or something of that sort, there

17   was a meeting.

18   Q.   Had y'all been on probation in any way

19   before this?

20   A.   Huh-uh, no, ma'am.

21   Q.   Had anybody been in trouble for drinking

22   already in the year?

23   A.   As a team, we had like a get-together at

24   the apartment and we got in trouble for that.  But

25   that was more of like a team thing, and it was

# EXHIBIT A

1  with my dinner.  So...

2      Q.  Is there a rule about eligibility to play

3  NCAA sports if you've been discharged from two

4  teams?

5      A.  NCAA sports, I don't believe.  In terms of

6  transferring though, there's like certain places

7  you can and can't go.

8          So, for example, I was in the Pac-12.  I

9  couldn't go and, after Oregon, play at another

10  Pac-12 school or I would have lost a year of

11  eligibility.

12      Q.  But you lost your eligibility at LSU as

13  well, right?  Or not eligibility.  You had to sit

14  out for a year?

15      A.  I just had to sit out for a year.

16      Q.  What's your understanding of why you had

17  to sit out for a year at LSU?

18      A.  Because I transferred twice.

19      Q.  So you're saying it doesn't matter what

20  the circumstances were for leaving the other two

21  teams, it's just the fact that you had transferred

22  from two teams?

23      A.  To my knowledge, yes.  I believe that's in

24  the rules.  So you can't just keep transferring

25  twice -- or you can't transfer multiple times.

1  You -- there's a point where, once you transfer,

2  and I think it's after two times, you have to stay

3  or sit out that year, you can't just transfer and

4  play again; whereas, after UCF, I was able and

5  eligible to just go and play at Oregon.

6          I also believe, like I said, that it's

7  because it was a different conference.  I think,

8  if I was in the same conference as UCF, it might

9  have been different.  But that's something that

10  would have to be looked up.  But that was to what

11  I know.

12      Q.  So once you --

13      A.  Or understood.

14      Q.  Once you transferred to Oregon, you knew

15  you would have to sit out of playing if you were

16  going to transfer somewhere else?

17      A.  More than likely, yes.

18      Q.  And so you hadn't planned to come back to

19  LSU if you hadn't violated the rules at Oregon?

20      A.  No.

21      Q.  I'm sorry, that was kind of -- your answer

22  and my question made it confusing.

23          If you had not been kicked off the team at

24  Oregon, your plan was to continue at Oregon and

25  finish at Oregon?

```
 1        A.  I would have finished at Oregon, yes.
 2        Q.  What was your GPA when you left Oregon?
 3        A.  No idea.
 4        Q.  Did you see a nutritionist at UCF?
 5        A.  At UCF?
 6        Q.  Yes.
 7        A.  I'm not sure.  That -- I'm sorry, that's
 8   eight years ago.  So...
 9        Q.  Did you see a nutritionist at Oregon?
10        A.  No, I did not.
11        Q.  So you didn't tell Julia Sell when you
12   went to LSU that you had been seeing a
13   nutritionist and wanted to continue doing the same
14   thing at LSU?
15        A.  I don't recollect that, no.
16        Q.  Is it possible it happened and you don't
17   remember, or are you certain it didn't happen?
18        A.  It's possible it did happen and I don't
19   remember, yes.
20        Q.  So when is it that you -- after you were
21   kicked out of Oregon, what conversations then did
22   you have with Julia Sell, how soon after?
23        A.  I don't know specifics.  It was -- I had
24   to finish out the year at Oregon.  So I know that
25   I spoke with my mom and I wanted to continue
```

EXHIBIT A

1   playing tennis.  And we couldn't pay for school,

2   so I knew that my only options were to come back

3   home.  And I had done really well at Oregon and

4   was nationally ranked, and so we thought it a good

5   idea to reach out to Julia and see if there was

6   any possibility that I could come.

7        **Q.  Did you reach out to Julia -- after you**

8   **were kicked out of UCF, did you reach out to Julia**

9   **before going to Oregon?**

10       A.  I don't recall.

11       **Q.  So what did you -- were you asking for**

12  **Julia to do something to help you at -- get onto**

13  **the team at LSU or get into LSU?**

14       A.  Sorry, say that again.

15       **Q.  Were you -- when you reached out to Julia**

16  **while you were at Oregon, were you wanting her**

17  **to -- what were you wanting her to do, I guess?**

18       A.  I really was just checking in.  She asked

19  what had happened.  She thought it was, for lack

20  of a better word, stupid to be kicked off for that

21  because people in college drink, athletes drink.

22  You can't be that strict basically is what she was

23  saying, you have to let people do -- you know,

24  have a little leeway to relax or whatever.

25            And I just kind of was seeing if there

EXHIBIT A

1  were any spots available, if I could even walk on,

2  if she would even take me.  I was obviously still

3  heartbroken at the fact I couldn't go there in the

4  first place, so I didn't really know where her

5  stance was to begin with.

6          So it was more of like a call about that

7  and to just kind of give her the information.

8      **Q.  Did you have academic struggles getting**

9  **in -- like was there an academic obstacle to you**

10 **getting into LSU at first, something with the math**

11 **class?**

12     A.  Yeah.  I never took math at UCF or Oregon;

13 and then I believe you have to have it here.  And

14 so I did take a test where it kind of like placed

15 me, and I was diagnosed with like dyslexia with

16 numbers.

17     **Q.  Was that at UCF?**

18     A.  No.  This was at LSU.  I didn't have to

19 take -- based on my majors, I didn't have to take

20 any maths at the time.  And then when I came to

21 LSU, they diagnosed me with that like disability.

22 And then I took two math classes and statistics,

23 if you count that as math.

24     **Q.  Did you have accommodations for those?**

25     A.  I did.

EXHIBIT A

1    take to go to LSU?

2        A.  I wasn't -- like I knew that was an issue,

3    but I didn't know that that was the main issue.

4    The main issue at the time was trying to get the

5    year of eligibility back.  So would it surprise

6    me, no, at that time, it wouldn't have surprised

7    me.

8        **Q.  Did you appreciate her efforts to try to**

9    **get you the year of eligibility back and to get**

10   **you in at LSU?**

11       A.  Yes.

12       **Q.  Do you know whether anyone told her that**

13   **they thought she shouldn't take you because you**

14   **had been kicked out of two other schools?**

15       A.  To my knowledge, I don't know that anyone

16   said that.

17       **Q.  Do you understand that that made you more**

18   **of a risk for bringing onto a team, having been**

19   **kicked out of two schools before?**

20       A.  Yes.

21       **Q.  Off two teams before that?**

22       A.  Yes.

23       **Q.  So did you end up having to sit out for**

24   **the 2016 year?**

25       A.  Yes.

**EXHIBIT A**

1    Q.  And then did Julia give you a scholarship
2  for the 2017 year?
3    A.  Yes.
4    Q.  And did she give you a scholarship every
5  year after that while you were there?
6    A.  Yes.
7    Q.  So when did you begin at LSU?
8    A.  2016.
9    Q.  Fall of 2016?
10    A.  Yes.
11    (Exhibit 9 was marked.)
12  BY MS. FURR:
13    Q.  I'm going to show you a stack of documents
14  so we don't have to do them all separately.  I'm
15  going to label them Exhibit 9.  I've just got a
16  few questions on those.
17    MS. TRUSZKOWSKI:
18    Hold on, Susie.  I want to make sure
19    that I --
20    MS. FURR:
21    That's fine, take your time.
22    MS. TRUSZKOWSKI:
23    I just didn't want to get it mixed up.
24  BY MS. FURR:
25    Q.  If you would, just flip through.  These

**EXHIBIT A**

1 all appear to be communications regarding various

2 issues regarding safety, sexual violence, and

3 LSU's policies regarding SANE.

4       Could you just tell me -- I guess let's

5 start with the first page.

6       Do you remember receiving this?

7   A.  You mean the --

8   Q.  The campus -- Title IX campus climate

9 survey.

10       Do you remember receiving that?

11   A.  I don't remember receiving it, but clearly

12 I did.

13   Q.  Do you remember ever filling out the

14 survey, completing the survey?

15   A.  This specific one, no.  But I -- we had to

16 do it, so yes.

17   Q.  Okay.  You say you had to do it.  Are you

18 saying, as an athlete, you had to complete things

19 for Title IX?

20   A.  Yeah, you had to do stuff like this and

21 you -- we were required to go to like a seminar

22 almost, or like a lot of the athletes had to go

23 and get together to talk about it.

24   Q.  About Title IX?

25   A.  Yeah.  It was very brief though.

1    Q.  Do you remember when you attended that

2  seminar?

3    A.  I do not.

4    Q.  Okay.  The second page here of this

5  exhibit, "Hazing and sexual misconduct, not

6  tolerated at LSU."

7        Do you recall receiving this e-mail?

8    A.  I do not recall.  But, again, I obviously

9  did receive it.

10    Q.  Same with the next page, another campus

11  climate survey.

12        Do you recall receiving that?

13    A.  I do not, but I obviously did.

14    Q.  Do you know whether, when you received any

15  of these e-mails about surveys, you completed any

16  of them?

17    A.  I don't know.  I know a lot of them were

18  mandatory, so I'm assuming I did, but I do not

19  know.

20    Q.  Okay.  If you'll go a few pages to

21  BOS-4623, which is at the bottom.

22    A.  Uh-huh.

23    Q.  It looks as though there's an important

24  reminder to you to attend life skills event, sex

25  in excess, surviving the party.

1           Do you know whether you attended that
2   seminar?
3       A.  Yes, I did.
4       Q.  And then going to the last page, do you
5   recall, as part of the requirement for registering
6   at LSU, that you had to complete the MyStudentBody
7   essential course?
8       A.  Yes.
9       Q.  And did you do that?
10      A.  Yes.
11      Q.  And do you recall how often you received
12  training as an athlete on Title IX?
13      A.  Are you talking about LSU or overall?
14      Q.  At LSU.
15      A.  Training on it?
16      Q.  Yes.
17      A.  What's your definition of "training"?
18      Q.  Do you remember, for example, a group
19  called the BB group or anything like that who
20  would meet with the student athletes in whatever
21  sized groups, but to attend a training on Title
22  IX?
23      A.  I don't recall any groups.  There would be
24  a -- I do recall a man or a woman or a couple men
25  or a couple women coming and talking to an

1   auditorium full of us, showing us some slide

2   shows.  But that's about it.

3       Q.  Are you familiar with what PM, or

4   permanent memorandum, 73 is?

5       A.  No.

6       Q.  Did you ever go to LSU's website to look

7   up what its policies were on Title IX or what it

8   covered?

9       A.  No.

10      Q.  How come?

11      A.  I -- I honestly have no idea what you're

12  talking about and wouldn't know where to find it

13  if I wanted to.

14      Q.  Okay.  If you received training about

15  various places on the website to go look, do you

16  think you ever -- that would have triggered in

17  your mind a desire to look at it, or do you think

18  you just weren't interested to look at the website

19  to see what it provided in terms of Title IX

20  resources?

21      A.  I just -- I mean, if it was something that

22  was sent to me, I probably would have looked at

23  it.  I don't think I took the time to do so,

24  obviously.

25      Q.  I'm going to show you what I'm marking as

KENNAN JOHNSON

1    Exhibit 10.

2              (Exhibit 10 was marked.)

3    BY MS. FURR:

4        Q.  And this is a Human Relations Risk

5    Training - Student Athlete Acknowledgement Form.

6              And I'll ask you if that's your signature

7    on that page?

8        A.  It is.

9        Q.  And the date is 9-14-2016.

10             Did you acknowledge this or sign this on

11   that date?

12       A.  Yes.

13       Q.  Were there any favorites -- sorry.

14             So you joined the tennis team for the year

15   2017; is that right?

16       A.  In terms of being eligible to play?

17       Q.  Yes.

18       A.  Yes.

19       Q.  Did you associate with the tennis team

20   before you were able to play?

21       A.  Yes.  I -- the whole year of 2016, I guess

22   that season or when I was there, I was basically

23   on the team doing everything they were doing, I

24   just didn't travel or compete.

25       Q.  You practiced with them though?

1    A.  Yes.

2    Q.  And so that was just to keep you sharp and
3  ready to play the next year?

4    A.  Yes.

5    Q.  And were the Sells the coaches the whole
6  time you were at LSU?

7    A.  Yes.

8    Q.  Did you have a good relationship with them
9  at first?

10   A.  With Julia, it was hit or miss.  With
11  Mike, always.

12   Q.  To this day with Mike you've always had a
13  good relationship with him?

14   A.  Yes.

15   Q.  When you say "hit or miss" with Julia,
16  what do you mean by that?

17   A.  It depended on the mood she was in.  It
18  depended on if we were winning or not.  It
19  depended on just a lot of different factors.

20   Q.  You said "if we were winning."

21       Is she a super competitive person?

22   A.  Very much so, yes.

23   Q.  Do you know whether her job success,
24  professional success, depends on how much she
25  wins?

EXHIBIT A

1    A.  I can imagine that it does.

2    **Q.  You said your mom coaches tennis too,**

3  **right?**

4    A.  My mom and grandmother, yes.

5    **Q.  Do they take pride in how successful their**

6  **pupils are?**

7    A.  Yes.

8    **Q.  You said "depending on her mood."**

9        **Did you find Julia to be a moody person?**

10    A.  Yeah.

11    **Q.  In what way?**

12    A.  I mean, you just never knew like what type

13  of person you were going to get at practice.  You

14  never knew if she had a bad day at home or if

15  something irritated her or what was going on.  So

16  it was just kind of like up in the air all the

17  time.

18    **Q.  Did the team talk about that as pretty**

19  **much being standard?**

20    A.  Throughout the years, yeah.

21    **Q.  Did people fear Julia on the team, did**

22  **they say?**

23    A.  Yeah, some people did.

24    **Q.  Who did?**

25    A.  I definitely did.  I know at --

**EXHIBIT A**

1  personally, I believe -- I can't speak for
2  everybody else, but I believe that everybody at
3  some point definitely has or did.
4      **Q.  Did she have favorites on the team as far**
5  **as you felt?**
6      A.  Yes.
7      **Q.  Who were her favorites, from your**
8  **perspective?**
9      A.  It was really -- there was never -- I
10  mean, ███████ was definitely a favorite.  But it
11  also varied.  Like if you were doing well, she
12  loved you; and then if you weren't, she -- I mean,
13  I definitely think there was a few of us that were
14  just always behind the eight ball to begin with.
15          I think I was like that simply because of
16  how I got to LSU.  And I had my scholarship
17  dangled over my head all the time.  So I think it
18  was -- it just kind of depended on the situation.
19      **Q.  When you say because of how you got there,**
20  **are you referring to the fact that you got there**
21  **after being kicked out of two other programs?**
22      A.  Right.
23      **Q.  So for the most part, it depended on who**
24  **was successful or not as far as who she was happy**
25  **with or not?**

**EXHIBIT A**

1    A.   Yeah.   I mean, I don't think she

2    personally ever liked me, but that's just my

3    personal opinion.

4    **Q.   Why do you feel that?**

5    A.   In the way she treated me and the things

6    she asked of me.   Like I said, I had previous

7    people I trained with who played on her team and

8    previous friends that I would talk with, and they

9    all have similar stories as well.

10    And I just think it was something that

11    just every year, one or two people were just not

12    her favor -- like they just didn't -- she just

13    didn't like you, and that's just kind of how it

14    was, and you just had to deal with it.

15    **Q.   Who else do you believe she didn't like**

16    **who felt that way?   You said people in the past.**

17    A.   Like in terms of like previous years?

18    **Q.   Well, who else -- you just said other**

19    **people have similar stories of her just not liking**

20    **them.**

21    **Who are you talking about?**

22    A.   I know for a fact there's a few people,

23    ████████████, it was one of her first years here.

24    ███████████████, also was one of her first

25    years here.   █████████████, ████████████.   They

**EXHIBIT A**

1  were all previous players of hers during her first

2  couple of years here.  ███████████.

3       And growing up here, I went to matches and

4  became friends with them.  And then throughout the

5  years, I mean, me, Abby obviously, Jade, █████

6  █████████, ███████████.

7       I mean, every -- I think every person at

8  some point had -- you know, was on Julia's bad

9  side.  And there was just people that -- there was

10 just a few here and there that were just

11 constantly on that.

12 **Q.  And so the people who were constantly on**

13 **it, are you saying Abby, Jade, ██████, and █████**

14 **were constantly on it?**

15      A.  Abby for sure.  Jade was like the

16 number-one player at the time, so not really.  But

17 as the season went on, like she slowly like kind

18 of got on Julia's bad side.  ███████ had her ups and

19 downs with her.  I obviously had my ups and downs

20 with her.

21      And I mean, truthfully, I think everybody,

22 in a safe space, could tell you that they've all

23 had issues with Julia at some point.  But nobody

24 is going to risk their scholarship, nobody is

25 going to risk their playing time to voice that, in

**EXHIBIT A**

1   my opinion.

2       Q.  You mentioned ████, ████, ███████, and

3   ████.  Were they all already on the team when

4   Julia acquired the team?

5       A.  Julia -- so █████ came along with Abby and

6   ████████████.  █████ was -- so Julia recruited

7   three freshmen, and at the time it was █████,

8   █████, and Abby.

9           █████ was, I believe, a year -- was already

10  on the team, and I believe ██████ and █████ also

11  were.  And I had a friend who I trained with who

12  played, and that's how I got to know ██████,

13  ████, and █████.

14          And █████ was gay, and so we kind of

15  connected and like became friends and she became

16  kind of a mentor for me.  And so yeah.

17      Q.  Do you know -- or did you observe or hear

18  whether Julia was difficult to the people who she

19  hadn't recruited, the ones who were a carryover

20  from before?

21      A.  Yes.

22      Q.  Did you get that sense as well, yourself,

23  that Julia was harder on the people that she

24  hadn't recruited?

25      A.  Yes.  Also, I think she was harder on the

**EXHIBIT A**

1  people that she didn't favorite as well.

2  **Q.  Did that generally seem to fall along**

3  **success lines, tennis success lines?**

4  A.  Yeah, like -- wait, sorry, just to be

5  clear, like you're asking if the way she -- like

6  the stuff she did affected the success of the

7  team?

8  **Q.  No, no, no.  You said she was harder on**

9  **people that she didn't favor, and I was asking**

10 **whether she favored someone -- it seems like**

11 **that's what you said before -- whether she favored**

12 **someone depending on whether they were successful**

13 **in tennis or not?**

14 A.  Oh, yes, yes, yes, that was definitely a

15 factor.  I mean, she definitely favored somebody

16 if they were winning more.  I mean, there was

17 definitely a time for me like for a few weeks she

18 like literally adored me, and then a week later

19 she was pissed off and I was doing double fitness.

20 So it just --

21 **Q.  Was that based on how you performed in**

22 **matches?**

23 A.  It could have been that.  It could have

24 been my mood at practice.  It could have been that

25 I didn't -- I needed to cancel because I didn't

1  feel good.  It could have been that I had a group

2  project and I wasn't going to make practice or

3  something of that sort.

4       If it messed up her schedule or how she

5  wanted things to be done, she just wasn't in a

6  great mood.

7       **Q.  Other than when someone played well, like**

8  **were there other things that you said would make**

9  **her be high on you?**

10       **Was it only if you played well, or were**

11  **there other things, like if you happened to do**

12  **things a certain way she was happy with you; if**

13  **you didn't, she wasn't?**

14       A.  I mean, I never really like got a good

15  deal of praise really from her except when it came

16  to tennis, though I did try like to like

17  communicate and hang out and laugh and make jokes;

18  and don't get me wrong, we did here and there, but

19  there was definitely a lot of anxiety and fear and

20  just like unsettledness, unsettledness in her

21  presence, essentially on the tennis court.

22       I mean, the difference between Mike being

23  on my court and coaching me and her being on my

24  court and coaching me, my just level of tennis was

25  very different.

KENNAN JOHNSON

1      Q.   And how -- tell me about Mike's style by

2   comparison to Julia's style.

3           What's Mike's style like first?

4      A.   What is Mike's?

5      Q.   His coaching style.

6      A.   Stern but like still nurturing and caring.

7   Very -- he would hit with us a lot, so we were

8   able to hit back and forth and play live points

9   with him.  Just easygoing, easy to talk to.

10  98 percent of the time, if I had something wrong,

11  I like -- personally I would go and talk to him

12  about it unless, you know, I had to talk to Julia.

13          But just very laid back, still -- still,

14  you know, competitive and wanting you to grow and

15  build, you know.  And if he needed to be stern, he

16  was stern.  But he never yelled at you, raised his

17  voice, nothing -- just very honest, nothing -- not

18  that he wasn't negative because, I mean, he would

19  tell you, you know, you just played like crap, but

20  it was always more positive than negative.

21     Q.   And so what was Julia's coaching style?

22     A.   Definitely more blunt, rough around the

23  edges, not as -- vocal, but not as physical, I

24  guess.  Like Mike would come around and like

25  high-five us and he'd fist pump at us and do

EXHIBIT A

1  things like that.

2       Julia was more kind of stern and just

3  stood there.  If you weren't playing very good,

4  she wouldn't even come to your court.  Just -- I

5  don't have a better word to describe it other than

6  like very -- like I personally never wanted her on

7  my court, and I was always anxious and I -- just

8  nervous.  Like I physically like sometimes could

9  not even play.

10      **Q.  Because you were worried that she would be**

11  **disappointed in how you played?**

12      A.  Yes.

13      **Q.  Did anyone else express they felt the same**

14  **way about her?**

15      A.  Yes.

16      **Q.  Who else?**

17      A.  ████, ████, ████ I mean, almost

18  everybody that I was on the team with at some

19  point, except for probably ████ and ████.  And

20  they were on the team -- they were on the team the

21  first year I was there, but I didn't play or like

22  have them until the second year.

23      **Q.  What is it about ████ and ████ -- or**

24  **████ I guess, what is it about them, do you**

25  **think, that made it different for them than the**

**EXHIBIT A**

1  rest of y'all?

2     A.  ███ and Julia just always kind of

3  clicked in a way.  And then ███ is just

4  very -- what's the word -- she's just -- ███ is

5  just very -- not that everybody else isn't mature,

6  but she was always just very mature.  She was

7  captain.  She was very good at controlling her

8  emotions.

9        And with Julia, you had to almost act like

10  you -- you almost had to act like Julia wasn't

11  your coach or wasn't your superior, and that's

12  what ███ did.  And so -- and ██ did the same

13  thing.

14     **Q.  Are you saying there's something they did**

15  **that caused her not to get in her heads the way**

16  **she got in everybody else's heads?**

17     A.  I wouldn't say that.  I definitely think

18  like she got in their heads at some point in time.

19  I mean, I know for a fact we had conversations

20  about Julia or something Julia said or something

21  Julia did.

22        Because there were definitely times

23  something would happen, we'd have to talk to

24  Julia, Julia would say something about it, I'd go

25  confront someone and they'll be like, No, I never

**EXHIBIT A**

1  said that.

2      So there was a lot of tension in terms of

3  like sometimes Julia would say stuff that never

4  happened just to kind of almost cause drama.  But

5  I mean, I definitely think, again, like everybody

6  had, at some point in time, if not a season of

7  just like -- just toxic environment.

8      Q.  And "toxic" in terms of negativity, is

9  that what you mean?

10     A.  Just --

11     Q.  Like what was toxic?

12     A.  Just like, like I said, saying one thing

13  to one person, saying a different thing to

14  another, having us going at each other, then being

15  upset because we have drama on the team when the

16  drama was caused because of you.

17         And then toxic in terms of -- for example,

18  she told me that I needed to keep who I was and my

19  lifestyle out of the locker room so I didn't

20  offend the girls.  So like obviously that's

21  affecting how I'm going to be.  I'm not going to

22  be able to be myself, and that's going to affect

23  the team chemistry.

24         Just, I mean, I -- I get it, it's human

25  nature to get upset as a coach.  But there were

1  times she would literally be upset because we lost

2  and we'd have to run like extra fitness and people

3  are throwing up and getting injured, and then she

4  wonders why we don't have our strongest lineup to

5  play.

6          So just like toxic in terms of like taking

7  it out on -- like taking the anger out on us or

8  causing unnecessary drama, toxic.

9          **Q.  Did she criticize people when they would**

10 **create drama?  I understand you think she created**

11 **the drama, but did she criticize players for**

12 **creating drama on the team?**

13         A.  Yeah, yeah.

14         **Q.  Can you give me examples?**

15         A.  Well, I mean, for me, I was dating someone

16 on the team and, I mean, I was criticized for that

17 all the time because it was bringing drama into

18 the locker room, which I understand, because we're

19 dating and we're on the same team.

20         But we would literally be fine, and she

21 would think something was wrong, and so she'd

22 confront both of us.  And nothing would be wrong,

23 but then after talking with her, there would be an

24 instance or some situation or some problem,

25 whether it was between me and Julia or Julia and

1    knew about -- there was obviously drama with the

2    whole like Abby situation, her not -- she showed

3    up I believe intoxicated to one of the matches and

4    so she was told she couldn't play.

5          I mean, we had -- you know, finding

6    doubles partners, you're playing with a lot of

7    different people, you're trying to find who you

8    have the best chemistry with.

9          There was some instances I -- there was an

10   instance I didn't get along with ████ for a little

11   bit and then we were fine.  And then I'm sure

12   there's a lot of other things that I wasn't really

13   involved in.

14   **Q.  And the Abby situation, that didn't -- you**

15   **were aware of it, but that didn't involve you, it**

16   **wasn't anything that pertained to you, correct?**

17   A.  What do you mean?

18   **Q.  When you were talking about the Abby**

19   **situation of her showing up drunk for a match.**

20   A.  I mean, I was just on the team at that

21   point.

22   **Q.  It didn't involve you?**

23   A.  Yeah, it didn't involve me.  But we were

24   in a team meeting and she told everyone that Abby

25   wouldn't be playing, not really why, but we

**EXHIBIT A**

1  obviously found out why later.

2      **Q.  You mentioned that you had some issues**

3  **with ███.  How long did those last?**

4      A.  Not particularly long.  It was just one of

5  those things that we tried to get to work as

6  doubles partners and it didn't, so then we ended

7  up just switching partners.

8      **Q.  Okay.  You said you didn't get along.  Was**

9  **that off the court or on the court or both?**

10     A.  It's not that we didn't get along; we

11  didn't mesh as doubles partners.

12     **Q.  Is there anybody you didn't get along with**

13  **on the team for any period of time?**

14     A.  I mean, everybody at some point.  We got

15  into, you know, little tiffs or, you know, when

16  you're competing at practice against each other

17  and one person beats one person and another beats

18  another, I'm sure at some point I got into

19  something with a little bit of everybody.

20          But the only person that would be like

21  substantial would probably be ████ because we

22  were dating.

23     **Q.  How many people on the team while you were**

24  **at LSU were either gay or bisexual?**

25     A.  While on the team?

**EXHIBIT A**

```
 1        Q.  I'm sorry, yes, in the year you were --
 2             MS. TRUSZKOWSKI:
 3                  Objection; calls for speculation.  Go
 4             ahead, you can answer though.
 5   BY MS. FURR:
 6        Q.  To the extent you know, who disclosed on
 7   the team that they were either gay or bisexual
 8   while you were at LSU?
 9        A.  No one.
10        Q.  No one?
11        A.  I mean, no one really disclosed that.  I
12   mean, obviously aside from myself, ████████ never
13   really disclosed that she was or wasn't.  We just
14   kind of were -- like she was going through a rough
15   time, and I was kind of there for her, and it
16   became something.
17             But she never identified as one or the
18   other.  But we were in a relationship at some
19   point.  So -- other than that, nobody, though, was
20   gay or bisexual on the team to my knowledge.
21        Q.  Even if they didn't say it, are you aware
22   of anybody who dated other women or hooked up with
23   other women?
24        A.  No.  Aside from ████████, of course, because
25   we dated.
```

**EXHIBIT A**

```
 1      Q.  How long did you and ████ date?

 2      A.  On and off, for probably like six months.

 3      Q.  Did ████ also date guys or did she date

 4  other women, to your knowledge?

 5      A.  Guys.

 6      Q.  Were you the only woman she dated that you

 7  know of?

 8      A.  Yes, at the time.

 9      Q.  Did you ever have a discussion with Julia

10  about your sexuality?

11      A.  Yes.

12      Q.  Was that before you came to LSU?

13      A.  No.

14      Q.  Was it shortly after you got to LSU?

15      A.  Probably.

16      Q.  What was that discussion?

17      A.  It was about a relationship I was in at

18  Oregon and that -- it was somewhat of a toxic

19  relationship.  And I had been like hit, abused.

20  And then we -- like I was just crying.

21          And my mom was there.  And it was

22  basically just Julia saying that that didn't

23  matter and she'd known that I was this way --

24  whatever that means -- this way since she met me.

25      Q.  Was it your impression is she was saying
```

**EXHIBIT A**

1    she knew you were gay since she met you?

2        A.  Yes.

3        Q.  And you said Julia said it didn't matter.

4            Was it your impression she was saying it

5    didn't matter to her that you were gay?

6        A.  Yes.

7        Q.  And you said your mom was there.

8            What was she saying in that discussion?

9        A.  She was more just like elaborating on like

10   the situation at Oregon.  She didn't really say

11   anything.  She was just kind of there.

12       Q.  So did you disclose in front of your mom

13   that you had been dating the person or in a

14   relationship with the person at Oregon?

15       A.  Yeah.  My mom had known I'd been seeing

16   women since like probably middle of the year when

17   I was at Oregon.

18       Q.  How did she find out?

19       A.  At the time, when I was at Oregon, how did

20   she find out?

21       Q.  Yes.

22       A.  I called her and told her over the phone.

23       Q.  Were you still in a relationship with the

24   woman at Oregon when you came to LSU?

25       A.  No.

**EXHIBIT A**

1    Q.   So why were you talking to Julia about it?

2    A.   I don't recall why I was talking to her

3  about it.

4    Q.   Is it possible it was before you came to

5  LSU, like before you got there that you were

6  talking to her about it?

7    A.   Possibly.  But I know that the

8  conversation -- that conversation took place.

9    Q.   What was the person at Oregon's name?

10   A.   The person I dated?

11   Q.   Yes.

12   A.   She was from here.  Her name was ████.

13   Q.   It was what?

14   A.   ████.

15   Q.   What's her last name?

16   A.   ████.

17   Q.   Was she on the team with you?

18   A.   No.  She was from here.

19   Q.   Oh, I see.  You were just in Oregon.  It

20  wasn't an Oregon relationship, you were in Oregon,

21  she was here?

22   A.   Yeah.  And she had come to Oregon.

23   Q.   And you said she hit you, abused you?

24   A.   Yeah.  And the coaches at Oregon -- she

25  wouldn't leave and go back home, and so the

**EXHIBIT A**

1    Q.   Why not?

2    A.   Because she didn't want to be with me

3  anymore.

4    Q.   And so were y'all on and off or y'all were

5  only exclusive for six to seven months and then

6  you were not ever on again?

7    A.   I mean, we were engaged at a point.  So

8  there was a point we were strictly exclusive, and

9  then that gotten taken off the table.  And then

10  she started seeing someone else and I started

11  seeing someone else.  And yeah.

12    Q.   Okay.  When were you engaged?

13    A.   She proposed January.

14    Q.   She proposed to you?

15    A.   Yes.

16    Q.   January of what year?

17    A.   2018 maybe, 2019.

18    Q.   When were y'all supposed to get married?

19    A.   We didn't get that far.

20    Q.   Did she give you a ring?

21    A.   Yeah.  It's gone now though.

22    Q.   Had you talked beforehand about getting

23  engaged or did she just surprise you with the

24  proposal?

25    A.   We'd talked about it.

EXHIBIT A

1    had contact since then?

2        A.  I mean, we -- she comes back here

3    occasionally because her family is here, so I've

4    seen her, but nothing like substantial.

5        Q.  Okay.  And who was the third person?

6    That's ███████?

7        A.  ███████, yeah.

8        Q.  And she was on the team at the time y'all

9    started dating?

10       A.  Yes.

11       Q.  Is she younger than you?

12       A.  Yes.

13       Q.  When did y'all start dating, what year?

14       A.  2018, I believe, around the same period of

15   time -- like not the same time period, but like I

16   said, me and ███████ were on and off, so like me and

17   ███████ -- when me and ███████ were off, like we'd

18   hang out.  I wouldn't say dating.  I mean, I guess

19   it depends what your definition of dating is.

20           Like I guess technically -- I sound so bad

21   right now.  It was more of like just I was sad, I

22   guess, and we hung out.  And then when me and

23   ███████ ended, me and ███████, like we were on the

24   team together, we spent a lot of time together

25   sort of thing.  But it's going to be the same time

**EXHIBIT A**

```
 1  frame as      ███ .
 2      Q.  How many years younger was    ████ ?
 3      A.  I think she's maybe two.
 4      Q.  Was she a freshman when y'all were dating?
 5      A.  No.  She was a -- I think she was a
 6  sophomore or a junior.
 7      Q.  And how long did y'all date?
 8      A.  On and off for like maybe four or five
 9  months.
10      Q.  And why did that end?
11      A.  We were very like toxic for each other.
12      Q.  How so?
13      A.  I -- honestly, like I didn't really think
14  she was into me because she'd never dated women
15  before.  Being together on the team was rough for
16  us as a whole and as a couple and individually.
17          And there was just a lot of just -- we
18  were just two different people that tried to make
19  something work that just didn't, and we kind of
20  just latched onto each other.  And yeah.
21      Q.  And so who ended it?
22      A.  It was kind of like a mutual thing.
23      Q.  Do you still talk to her?
24      A.  No.
25      Q.  When's the last time you talked to her?
```

**EXHIBIT A**

1    A.  No.

2    **Q.  Did you ever hook up with anybody else who**

3    **was on the tennis team?**

4    A.  What's your definition of "hook up"?

5    **Q.  Do anything with -- anything sexually,**

6    **from a kiss beyond.**

7    A.  Me and ▮▮▮▮ kissed like once, drunk, out

8    at a bar.

9    **Q.  Anyone else?**

10   A.  Nope.

11   **Q.  And so you talked earlier about two**

12   **incidents when we were talking about drama.  You**

13   **were talking about two conversations with Julia,**

14   **one about you and ▮▮▮▮ getting in a fight, some**

15   **kind of altercation, and another, you said maybe**

16   **about whether you should date at all; is that**

17   **correct?**

18   A.  Yeah.  One of them was me and ▮▮▮▮ got

19   into an argument one night late and she started

20   hitting me.  And so I called my mom, obviously

21   upset.  And then she was like, Call Julia.  So I

22   did.

23       And then the other situation was ▮▮▮▮

24   was like struggling, I guess -- I actually don't

25   know, really, what she was struggling with.  But

**EXHIBIT A**

1   she was struggling and had cut herself and was

2   like really depressed but had told me that going

3   to like therapy for it made her feel stupid and

4   like her family doesn't believe in that.

5        And so I similarly -- obviously, as we all

6   know what happened at UCF with me, I was worried

7   about her.  So I went to Julia about it.

8   Q.  How did -- how soon after -- I guess let

9   me start over.

10       Did people on the team or Julia or Mike

11  recommend against you and ███████ dating, given

12  that you were both on the same team?

13  A.  Mike never said anything really.  Julia

14  didn't say anything, but there was a lot of times

15  like just her body language and just the way she

16  acted around us, you could tell like she wasn't

17  happy about it.

18       And then because we were so close, like we

19  literally were with each other every single day,

20  it just became one of those things like we saw

21  each other too much.  So there were those little

22  arguments where like some of the girls on the team

23  were like, You need to just not.

24  Q.  Did you think going into it it was

25  probably not a great decision to be in a

**EXHIBIT A**

1    relationship with somebody on the team?

2        A.  At the time, no.

3        **Q.  Did you -- I mean, was that because you**

4    **were interested in her?  I mean, did you see**

5    **warning signs yourself of, Hey, this might not be**

6    **a great idea but I'm going to do it anyway?**

7        A.  Because we were on the same team, no.  I

8    saw warning signs of like, Oh, she's never dated

9    girls, but not like this is going to be an issue

10    with the team.

11           Because in my mind -- I knew the team

12    wouldn't care.  Did -- like there were times like

13    we talked about like maybe not being together

14    because there was so much backlash, I guess, it

15    felt like at the time because we were dating.

16        **Q.  Backlash with each other, like friction**

17    **with each other?**

18        A.  Friction in terms of like it just felt --

19    like the girls knowing we were together, it felt

20    awkward.  Like we were together 90 percent of the

21    time, so we didn't get to really branch out and

22    like be with the team.

23           When Julia found out, it was just kind of

24    awkward moving forward.  And we had to like talk

25    to her on a couple occasions, and she like wanted

**EXHIBIT A**

 1   to check in on us and see how we were doing and
 2   stuff like that.
 3       **Q.   To make sure each of you were okay with**
 4   **it?**
 5       A.   I don't know.  But I highly doubt that was
 6   happening with any other girl on the team.
 7       **Q.   Was any other girl on the team dating**
 8   **anybody else on the team ever?**
 9       A.   No.
10       **Q.   So other than just checking on y'all to**
11   **make sure you were okay, is there anything else**
12   **she said to y'all about the fact that y'all were**
13   **dating?**
14       A.   Not that I recall.
15       **Q.   Which of the teammates told y'all that you**
16   **just need to break up?**
17       A.   So she was best friends with a girl on the
18   team named ███, and then there was a girl named
19   ███.  I mean, everybody mentioned it at one point
20   because we were just constantly around each other
21   and didn't really have like space, which is, I
22   mean, which, I mean, is common sense, like maybe
23   not break up but take some space.
24           But it was to the point where it was just
25   like a lot of tension in the locker room, which

**EXHIBIT A**

 1 | then affected the girls.  So...
 2 | **Q.  How did it affect the girls?**
 3 | A.  I don't -- I mean, I can see on the
 4 | outside how it might like affect them because,
 5 | again, like we're going to be acting -- like we
 6 | were always together, so like we didn't really
 7 | socialize with the other girls as much anymore.
 8 | Or when we would go like on bus trips, me
 9 | and her would like be close or hang out or
10 | whatever.  And apparently like some of the girls
11 | went to Julia and said it was making them
12 | uncomfortable, as if we were like making out in
13 | front them, which we were not.  So I don't know.
14 | **Q.  Was there a time where any teammate**
15 | **complained because you had locked them out of the**
16 | **room because you and** ██████ **were in the hotel room**
17 | **on an away trip?**
18 | A.  That I locked them out of the room?
19 | **Q.  Or that they couldn't get in the room**
20 | **because you and** ██████ **were hooking up in the**
21 | **room.**
22 | MS. TRUSZKOWSKI:
23 | Objection to the characterization.
24 | You can go ahead and answer it.
25 | A.  I don't believe so.  I mean, on away

**EXHIBIT A**

1  trips, I'd go to her room or she'd come to mine,

2  but we never locked anybody out of the room.

3  BY MS. FURR:

4  **Q.  Do you know whether any of your teammates**

5  **complained about the fact that they couldn't get**

6  **in the room because the two of y'all were in**

7  **there?**

8  A.  No, I did not.

9  **Q.  Y'all were not roommates on away trips, I**

10 **assume?**

11 A.  Ever, we were not.

12 **Q.  Okay.  You mentioned a situation where**

13 ▮▮▮▮▮ **was cutting herself.**

14 A.  Yes.

15 **Q.  When was that?**

16 A.  I don't know the exact date.  I had taken

17 a picture, though, of her arm while she was

18 sleeping and sent it to Julia, so I'm assuming

19 that's somewhere.  But I don't --

20 **Q.  Would that be in the pictures you gave**

21 **your counsel yesterday?**

22 A.  Possibly.  I mean, it was definitely in my

23 messages with Julia.

24 **Q.  Was it her wrist?**

25 A.  Yeah.  It was like her like arm, like here

**EXHIBIT A**

1  was kind of like -- I think it's hard to -- I

2  think it's hard to do something if you don't

3  believe in the process.

4        So I think that was a bit much -- well,

5  not much.  But, I mean, like I think there might

6  have been other things that could have been

7  better.  That being said, I'm not a professional.

8  But I mean, I guess.

9      **Q.  Do you know whether she ever cut herself**

10  **again?**

11      A.  I don't know.

12      **Q.  Was she still on the team when you**

13  **graduated?**

14      A.  Yes.

15      **Q.  Okay.  And then you mentioned another**

16  **time -- another argument with** ███████ **late and you**

17  **called your mom and she said to call Julia.**

18          **Tell me what happened in that argument.**

19      A.  She had found out -- like we had just like

20  ended things.  And she found out that I kissed

21  ███████ drunk, and she confronted me and got really

22  upset and started hitting me.  And so I left and

23  called my mom and she told me to tell Julia.

24      **Q.  Did you hit** ████████**?**

25      A.  No.

**EXHIBIT A**

1    Q.   Were you drunk at the time?

2    A.   Of the confrontation?

3    Q.   Yes.

4    A.   Drunk, no.  Had I been been drinking, yes.

5    Q.   Were you drunk when you kissed ██?

6    A.   Yes.

7    Q.   That was the same night?

8    A.   Different night.

9    Q.   How did ████ find out?

10   A.   I told her because I felt bad.

11   Q.   You told her the night that she hit you?

12   A.   Yes.  Like she hit me because I told her

13   that I kissed ███.

14   Q.   How many nights later was that?

15   A.   Maybe -- I mean, I don't know specifics.

16   Maybe a few.  I don't do good with feeling guilty,

17   so it definitely wasn't long.

18   Q.   Did you put your hands on ████ at all

19   when she hit you?

20   A.   To stop her, yeah.  Like to stop her from

21   hitting me, I grabbed her wrists and said like

22   stop hitting me.  Like I apologized.  I told her I

23   was sorry.  She calmed down for like a second, she

24   hit me again, and then went to her room.

25   Q.   Did she hurt you?

# EXHIBIT A