KENNAN JOHNSON

1      A.  I mean, I had a headache, but I wasn't
2   like physically injured.
3      Q.  Is that the only time y'all had a physical
4   altercation?
5      A.  No.  When she got angry, she liked to hit.
6   So...
7      Q.  Did you ever report that to anybody?
8      A.  No.
9      Q.  Did she ever hurt you?
10     A.  No.
11     Q.  Is she smaller than you are?
12     A.  In terms of height, no; in terms of build,
13  yes.  I mean, I think she's like 5, 10 and she's
14  maybe 120 pounds, I'm 5, 11 and I'm like 220.
15  So...
16     Q.  So when you called Julia that night, what
17  did Julia say?
18     A.  It was late, so I didn't call Julia till
19  the next day.  And she just told me to -- I
20  believe she told me to go see the trainer, make
21  sure I was okay, and then to -- that she
22  would -- she wanted me to go see Miriam about
23  something and to tell her the situation.
24     Q.  She wanted you to see Miriam about the
25  situation or about something else and the

1  situation?

2      A.  About the situation.

3      **Q.  Did you go to the trainer?**

4      A.  I'm pretty sure I did.

5      **Q.  And were you injured?**

6      A.  No.

7      **Q.  Okay.  And did you go to Miriam?**

8      A.  I did.

9      **Q.  And what happened with Miriam?**

10     A.  She asked me what happened.  She asked me

11 if I wanted to press charges, and I said no, and

12 that was pretty much it.

13     **Q.  Did she ask you if you wanted to report it**

14 **to anyone on campus?**

15     A.  I don't recall that question being asked.

16 She could have, but I don't remember.

17     **Q.  Why didn't you want to press charges?**

18     A.  I mean, I wasn't hurt and I didn't -- like

19 she was my teammate.  And so I feel like that

20 stuff sometimes ruins people's lives.  And she was

21 like somebody that I cared about and had feelings

22 for and was an important part of the team.  So...

23     **Q.  Do you know what Miriam did with your**

24 **complaint?**

25     A.  No.

1    Q.   Do you know whether she reported it to the
2    Title IX office?

3    A.   To my knowledge, I do not know.

4    Q.   Did you tell her you wanted to withdraw
5    the complaint at some point in time?

6    A.   Again, I don't recall.

7    Q.   Do you recall whether anybody ever talked
8    to you about it besides Miriam?

9    A.   I don't recall anybody else talking to me
10   about it besides Miriam and Julia and then
11   obviously the trainer, who was asking me like what
12   happened and this and that.

13   Q.   Was this the first time you'd ever spoken
14   to Miriam?

15   A.   No.  I'd spoken to Miriam before like
16   during the -- like when I was trying to get into
17   LSU and get a year of school back, I had to talk
18   to Blair and Miriam, but it was very brief.

19   Q.   Was Miriam cordial to you?

20   A.   Yeah.

21   Q.   Other than that conversation -- other than
22   the efforts to get your year back when you were
23   trying to get admitted to LSU and this
24   conversation about ████, did you have any other
25   occasions to talk to Miriam?

**EXHIBIT A**

```
 1       A.  That I recall, no.  I -- I mean, I'd see
 2  her around campus and, you know, be civil, like
 3  hi.  But -- and she came to a few tennis matches.
 4  But nothing substantial other than those times.
 5            (Exhibit 11 was marked.)
 6  BY MS. FURR:
 7       Q.  All right.  I'm showing you what I'm
 8  marking as Exhibit 11.
 9            First of all, have you ever seen that
10  before?
11       A.  No.
12       Q.  Okay.  Would you read the information
13  about "Describe the event."  And this purports to
14  be a report that Miriam submitted.
15            Would you just read it and tell me if
16  the information is accurate or if she
17  misrepresented anything.
18       A.  Redacted and Johnson --
19       Q.  I'm sorry, you don't have to read it
20  aloud, just to yourself.
21       A.  Sorry.  Yeah.
22       Q.  That's accurate?
23       A.  Yes.
24       Q.  And then it says here, down below, "If you
25  have taken any action to stop the behavior, what
```

# EXHIBIT A

 1 | actions have you taken?"
 2 |        It says, "Both women have been referred to
 3 | counselor for assistance with emotional distress."
 4 |        Is that true?
 5 |    A.  I guess.  I mean, I had already been
 6 | seeing someone at the time.  So I know a few times
 7 | Julia was like, Hey, make sure you set up another
 8 | appointment.  But there wasn't anybody that
 9 | was -- there wasn't anybody new that I went to
10 | see.
11 |    Q.  Okay.  One more.
12 |       (Exhibit 12 was marked.)
13 | BY MS. FURR:
14 |    Q.  I'm going to show you what is marked as
15 | Exhibit 12.  And I'll ask you to look at the same
16 | place and tell me -- it has additional
17 | information.
18 |       Would you tell me whether that's accurate
19 | information that she's reporting here as well.
20 |    A.  Yes.
21 |    Q.  And did you read it as it continued onto
22 | page 2?  I just want to make sure.
23 |    A.  Yes.
24 |    Q.  So this appears to be accurate information
25 | that she's reporting as well?

**EXHIBIT A**

KENNAN JOHNSON

```
 1        A.  Yes.
 2        Q.  And did you have any problem with how
 3   Miriam responded to this incident?
 4        A.  No.
 5        MS. FURR:
 6             Okay.  Do you want to take a break?  I
 7        was about to move to something else.
 8        (A break was taken from 11:56 a.m. to
 9        1:03 p.m.)
10   BY MS. FURR:
11        Q.  Have you applied for any postgraduate
12   education?
13        A.  No.
14        Q.  Do you have any plans to do so?
15        A.  Not currently.
16        Q.  Have you considered pursuing any
17   postgraduate degrees for any area?
18        A.  I was looking to go to graduate school and
19   then I chose not to.
20        Q.  How come?
21        A.  Because I was -- I asked Julia if she
22   would give me a letter of recommendation and she
23   told me no.
24        Q.  For what graduate school?
25        A.  At LSU.
```

# EXHIBIT A

1    Q.   So you didn't apply just because of that?

2    A.   Yeah.

3    Q.   How come?

4    A.   I mean, I had all the other letters of

5    recommendation.  It was that one I think was kind

6    of important, so if she wasn't going to do it, I

7    just figured I should just not do it.

8    Q.   What program were you applying for?

9    A.   The master's of sociology.

10   Q.   Is a master's important in sociology?

11   A.   Kind of.  I mean, you can't really -- I

12   mean, yeah.  It's just a -- you get more job

13   opportunities.

14   Q.   How far did you get in the application

15   process?

16   A.   I had my letters of recommendation, I met

17   with the head person of the department -- well,

18   let me rephrase.

19        I had all my recommendation letters aside

20   from like Julia, and I -- but I never like

21   physically went and like sent it through.

22   Q.   Do you have those letters of

23   recommendation still?

24   A.   Probably somewhere.

25   Q.   Who wrote the letters of recommendation?

EXHIBIT A

1  really push it.  We were on the tennis court.

2      Q.  So this was a verbal discussion?

3      A.  Yes.

4      Q.  Did you do anything with it in writing or

5  anything -- confirm anything in writing with her

6  or ask again?

7      A.  No.

8      Q.  And you didn't say, Why won't you write a

9  recommendation?

10      A.  No.

11      Q.  Why did you think she wouldn't write a

12  recommendation?

13      A.  Because she didn't like me.

14      Q.  She never told you she didn't like you

15  though, right?

16      A.  No.

17      Q.  Did you consider -- if she went up and

18  down with when she liked people, did you consider

19  approaching her at a different time about it?

20      A.  No.

21      Q.  Why didn't you do anything else to go to

22  graduate school?

23      A.  Because, honestly, like you -- in my

24  opinion, most coaches would want to help you out

25  and help you continue like your -- I guess your

1      A.  Occasionally.

2      Q.  **Did you have to miss training because of**

3   **them?**

4      A.  Occasionally.

5      Q.  **I'm going to show you what I'm marking as**

6   **Exhibit 13.**

7           (Exhibit 13 was marked.)

8   BY MS. FURR:

9      Q.  **It's going to be a stack of notes from**

10  **LSU's sports psychology and counseling department.**

11  **I won't ask you about every one, but I'll go**

12  **through and ask about some, if that's okay.**

13          **The first one says it's completed by**

14  **Quinten Lynn.  Did you see Quinten Lynn?**

15     A.  Yeah, I saw him briefly.  And I didn't

16  really mesh with him very well and it was kind of

17  uncomfortable, so I saw someone else.

18     Q.  **So it looks like maybe the first two**

19  **entries were by him, and then it looks like maybe**

20  **you started with Dr. Poole?**

21     A.  Yes.

22     Q.  **On October 11, 2016; is that right?**

23     A.  Yes.

24     Q.  **So did you see Dr. Poole the rest of the**

25  **time?**

**EXHIBIT A**

1      A.  Yes.

2      Q.  Did you like Dr. Poole?

3      A.  Yes.

4      Q.  And did you -- did you share your

5  relationship issues that you were having from time

6  to time with Dr. Poole?

7      A.  Yes.

8      Q.  Did you have any concerns with sharing

9  things with her, or did you find her to be a good

10 person to talk to about what was bothering you?

11     A.  She was a very good person to talk to.

12     Q.  Okay.  On this first page, in the third

13 line -- never mind.  I think that's talking about

14 UCF.  We talked about that.  So never mind.

15         Okay.  So moving over to your time with

16 Dr. Poole, if you'll look at the entry on

17 October 21, 2016, just to put some dates around

18 some of it.  And maybe we've already talked about

19 it, but you can tell me.

20         But it says here that you reported for

21 your session in tears and were very upset about a

22 recent decision by your girlfriend for them to

23 take some time apart.

24         Do you remember this?

25     A.  Yes.

**EXHIBIT A**

1    Q.  Which girlfriend was that?

2    A.  ███████ .

3    Q.  And did y'all get back together after

4    this?

5    A.  Yeah.

6    Q.  Turning to the next entry, it says here

7    that you reported that things are going much

8    better and that you and ███████ are speaking and

9    hanging out occasionally.  And it says that you're

10   committed to using this time to grow individually

11   and work on your plutonic relationship.

12        Is that correct?

13   A.  Yes.

14   Q.  Were you only plutonic after that or did

15   y'all --

16   A.  It was one of those -- like we kind of

17   took a break and space and were trying to just be

18   friends because we were both stressed out.  So...

19   Q.  Did y'all ever -- were y'all ever anything

20   more than plutonic after this?

21   A.  Possibly.  I'm not sure.

22   Q.  Okay.  The next entry -- well, turning to

23   the February 15, 2017 entry, it makes reference to

24   a Dr. Irving.  Do you remember seeing Dr. Irving?

25   A.  Yeah.  She was in -- she was referred to

**EXHIBIT A**

1  me by my psychiatrist.

2      Q.  And so this says -- suggests that you had

3  a desire to transfer your treatment from

4  Dr. Irving to Dr. Poole?

5      A.  Yes.

6      Q.  Is that right?

7      A.  Yes.

8      Q.  Did you have issues with Dr. Irvin?

9      A.  No.  She was just in Gonzales, and going

10  to LSU, it was more convenient.

11     Q.  Did you go back to her at any point in

12  time after this, or was this around the last time

13  you saw her?

14     A.  That was probably around the last time.  I

15  don't completely remember.  But I knew -- I recall

16  talking to my mom and saying it was just more

17  convenient and I felt more connected and like I

18  could open up more with Dr. Poole.

19     Q.  Okay.  If you'll turn to the entry on

20  February 17, 2017.  It looks like you discuss with

21  Dr. Poole the progress you were making with ████

22  and working on your friendship.  It says you

23  shared that you felt confident that y'all were on

24  better terms and have a better understanding of

25  how communications failed during their breakup.

**EXHIBIT A**

1       And as far as you know, y'all stayed
2  broken up?
3       A.  Yes.
4       Q.  And it says, "Kennan stated that she isn't
5  interested in setting up regular meetings at this
6  time."
7       Is that true?
8       A.  Seems so.
9       Q.  Why would you not want to have regular
10 meetings with Dr. Poole?
11      A.  I guess I felt like I was at a good point
12 in life so I didn't need it regularly, but maybe
13 on like on occasion or I would contact her if I
14 did.
15      Q.  All right.  The next entry is April 19,
16 2017.  It says that you were self-referred due to
17 relationship issues with your girlfriend and
18 difficulties regulating your emotions as
19 relationship and life challenges arise.
20      Who was your girlfriend at this point?
21      A.  Probably ███████.
22      Q.  Do you recall what issues you were having
23 with ██████ at this time?
24      A.  I do not.
25      Q.  Do you recall what difficulties you were

**EXHIBIT A**

1  having regulating your emotions?

2     A.  I'm an emotional person, so like if I'm

3  not a zero, I'm a ten.  So who knows.  Yeah, I

4  really don't know.

5     **Q.  Did your emotions ever get you in trouble**

6  **on the tennis court?**

7     A.  Yeah.

8     **Q.  How so?**

9     A.  Just getting frustrated and not being able

10 to get frustrated and move past it but letting it

11 linger.  And then it would affect like the rest of

12 the team because we'd all be playing next to each

13 other.  So just like negative self-talk or like

14 hitting a ball or hitting my racquet on the ground

15 or something.

16    **Q.  Do you remember what other relationship**

17 **and life challenges you were referring to here, if**

18 **any?**

19    A.  I mean, I was dating girls and my family

20 still to this day isn't okay with that, so that

21 probably played a role.  I was dating someone who

22 wasn't in college and was, I mean, an adult, so

23 just different, I guess, places in life probably.

24       You know, being a student athlete is tough

25 in general.  You're working -- I mean, you're

1  around each other very often.  So just being able

2  to understand that being alone is okay, like you

3  need to take time to yourself sometimes, you don't

4  always have to be with somebody, friend,

5  girlfriend, random person, whatever.  So I think

6  it was just me understanding that concept.

7      **Q.  Okay.  If you'll turn to the entry on**

8  **April 19, 2017.  It looks like you're again**

9  **discussing a relationship issue with her.  And you**

10 **said that you -- it says you shared that you**

11 **struggled with letting go of the pain you felt**

12 **when you found out that a girlfriend had slept**

13 **with somebody else.**

14      **Which girlfriend was that?**

15     A.  Honestly, this is probably █████.

16     **Q.  And how long ago had it been that you were**

17 **with Ashley?**

18     A.  A few months, two months.

19     **Q.  If you'll turn to the entry on**

20 **September 29, 2017.  This indicates that the**

21 **person who reached out to Dr. Poole was Julia**

22 **Sell.**

23      **Are you aware that she reached out to**

24 **Dr. Poole?**

25     A.  I don't recall.  To me, she expressed

# EXHIBIT A

1   often that I needed to go Dr. Poole, but I didn't

2   know she personally reached out, no.

3       **Q.  And it says here that she knows that**

4   **you're under a lot of pressure from your mother**

5   **getting upset about your sexuality.**

6           **Is that true, were you under a lot of**

7   **pressure about that?**

8       A.  Yes.

9       **Q.  Had something happened around this time in**

10  **particular about it?**

11      A.  I don't recall, but probably.

12      **Q.  Had you talked to Julia about it, the**

13  **pressure you were feeling?**

14      A.  I don't remember talking to Julia about

15  it, no.

16      **Q.  Do you know that you -- did you ever talk**

17  **to Julia about how you were feeling with your mom**

18  **over your sexuality?**

19      A.  No.  I didn't really ever like talk to

20  Julia about like personal stuff like that.  But I

21  mean, I talked to my teammates, so they could have

22  maybe told her that I was struggling.  But I never

23  personally talked to Julia about it.

24      **Q.  Did you ever talk to Mike about it?**

25      A.  To my recollection, no.  But if I were to

# EXHIBIT A

1  the nutritionist told me.  So...

2      Q.  So when you met with the nutritionist, did

3  you make goals with the nutritionist?  Did you

4  give the nutritionist goals that you wanted to

5  meet to lose weight?

6      A.  I made a general statement that I just

7  wanted to like -- I wanted to feel good.  I didn't

8  really care what the number was.

9      Q.  Do you agree that carrying extra weight

10  can affect your tennis performance negatively?

11      A.  Yeah.

12      Q.  Does it affect balance or can it affect

13  balance?

14      A.  I'm sure it can.

15      Q.  Does it -- did you ever experience -- I

16  assume there were times that your weight varied in

17  college, right, sometimes high, sometimes not as

18  high?

19      A.  Yes.

20      Q.  Did you ever find that that affected your

21  speed?

22      A.  Yeah.

23      Q.  What about your ability to recover in a

24  match, was it -- when you were -- the times that

25  you were heavier, did you find it was harder to

1  recover your breathing and your endurance to keep
2  playing?
3      A.  I mean, yeah.  I mean, biologically, that
4  would be true, yes.
5      **Q.  What about injuries, do you know whether**
6  **carrying extra weight can lead to a higher risk of**
7  **injury?**
8      A.  Yeah, it can.
9      **Q.  Did you disclose to your physician or the**
10 **nutritionist or someone that you had a history of**
11 **obesity in your family?**
12     A.  I'm sure I did, filling out medical forms.
13     **Q.  Is that true, you had a history of**
14 **obesity?**
15     A.  Me?
16     **Q.  No, not you.  Your family.**
17     A.  Yeah.
18     **Q.  Is that something you were worried about**
19 **yourself?**
20     A.  That I was worried about?
21     **Q.  Not about you being obese, but were you**
22 **worried about that family history?**
23     A.  Not really.  Playing tennis, I mean, no
24 matter what the number, I think you're in pretty
25 good shape, especially playing at a high level.

1  or whatever.

2     Q.  Okay.  So you said something about holding

3  the scholarship over your head.  You're saying

4  Julia said what in terms of holding the

5  scholarship over your head?

6     A.  Well, she said -- she never personally

7  said anything that I can like recall off the top

8  of my head.  But it was -- it was said at one

9  time -- I guess so she did say something.

10        It was said at one point towards the end

11  of my second-to-last year, so I guess that's 2017

12  to 2018, that she didn't know if she was going to

13  re -- resubmit my scholarship, and it was because

14  I didn't meet the weight requirement she had set

15  for me over Christmas.

16     Q.  And did she ultimately submit your

17  scholarship, though?

18     A.  Last minute, yes, she did, for the last

19  year.

20     Q.  Regarding your weight, is there anything

21  else you think she said to you that was

22  inappropriate?

23     A.  Not -- she never really said anything

24  inappropriate.  It was just more of like, You have

25  to lose weight, you need to get to this weight, if

```
1       Q.  What's the nutritionist's name?
2       A.  At the time, her name was Lauren Reagan.
3   She got married, so I don't remember her -- I
4   don't know her new name.
5       Q.  And did you talk to -- did Julia speak
6   weight numbers with you or did she just
7   speak -- like ask you how you were doing against
8   the goals that you might have been setting with
9   the nutritionist?
10      A.  Numbers in terms of like, Hey, this many
11  pounds during the week; not like, Hey, you're 170,
12  you need to be 168.  But in terms of like weekly,
13  like how much I should be losing, yeah.
14      Q.  And do you know whether the nutritionist
15  was recommending -- was telling Julia what she had
16  recommended for you in terms of weight goals
17  or --
18      A.  I'm sure she did, because I many times was
19  in there crying saying like there's absolutely no
20  way I'll make this or things like that.  And she,
21  you know, consoled me and was very like positive
22  and very nice.  So...
23      Q.  Did you have any problems with the
24  nutritionist or how she approached you from a
25  weight standpoint or health standpoint?
```

1    A.    No.   And there was -- at this time, this

2  might have been a different nutritionist.   I had

3  Lauren from 2016, I think, to 2017.   And then

4  there was another lady after that.   Her name was

5  Olivia.

6    **Q.    And did you have any problems with Olivia?**

7    A.    No.

8    **Q.    You said nobody else had to do that?**

9    A.    One other person had to see the

10 nutritionist.

11   **Q.    And how do you know that others didn't?**

12   A.    Well, the one that did tell me about it

13 and then the other girls -- I mean, I know -- I

14 know for a fact I saw her.   ████████████████   on the

15 team saw her.   And then I know there was another

16 girl when I was on the team who saw her because

17 they wanted her to get her weight up.   And then

18 ██████   was told she needed to get her weight up as

19 well by Julia.

20   **Q.    And do you disagree with ██████  and the**

21 **other person being told they need to get their**

22 **weight up?**

23   A.    I mean, I just -- I think, unless it's

24 like -- I just think you need to not talk about

25 somebody's weight.   It's actually like an NCAA

**EXHIBIT A**

1  I was going to get it the next year -- all I

2  wanted to do was play tennis for LSU.  That had

3  been my dream since I was three.

4           I literally cried on my unofficial visit.

5  I cried in the video they made on LSU.  I wanted

6  to be there so badly.  So there was absolutely, in

7  my mind, nothing -- like I didn't want to miss, I

8  didn't want to not have my scholarship, I didn't

9  want to not be able to play.

10           I mean, it's valid; I just think there was

11  a better way to go about it than holding things

12  over my head.

13  **Q.  You mentioned ███████  saw the**

14  **nutritionist.  You said somebody else.  Who was**

15  **that?**

16           A.  ███████████  and  ██████ .

17  **Q.  Was that to get Becca's weight up or down?**

18           A.  Up.

19           And I believe ██████ saw them as well.

20  **Q.  To get her weight up or down?**

21           A.  Up.

22  **Q.  And was ████████  seeing the nutritionist to**

23  **get her weight down, do you think?**

24           A.  Yes.  We did a lot of our -- like we had a

25  lot of extra stuff together, me and ██████ .

**EXHIBIT A**

KENNAN JOHNSON

1      Q.  Was your impression from Julia that the
2   reason she was talking to you about weight was to
3   improve your performance, tennis performance?
4      A.  Was that my impression?
5      Q.  Right, that that's what her agenda was.
6      A.  No.
7      Q.  What did you think her agenda was?
8      A.  To instill the fact that she was in
9   control of me.  Because if she wanted me to lose
10   weight, I feel like, again, she wouldn't have
11   thrown my scholarship or playing in my face.
12      Q.  Is it possible that those were efforts to
13   incentivize you to lose weight so that you could
14   play better?
15      A.  Yeah, I mean, anything's possible, I
16   guess.
17      Q.  Going back to Exhibit 13, it says here
18   that she -- you said it's been difficult to manage
19   your emotions about what you perceive is
20   inconsistency from your coach.
21          Do you know what -- is that the highs and
22   lows of she likes you one day, she doesn't like
23   you another day?
24      A.  Yeah.
25      Q.  Anything else?

1   incident.

2   **Q.  And you said** ███████ **never hurt you**
3   **physically.**

4   A.  I mean, she definitely hit me, but I
5   wasn't like physically like hurt or like to go to
6   the hospital or anything, no.

7   **Q.  Did you consider it to be an abusive**
8   **relationship?**

9   A.  I mean, yeah, mentally, emotionally,
10  physically it was.  At the time, no.

11  **Q.  You're saying, looking back on it now, you**
12  **think it was abusive?**

13  A.  Yes.

14  **Q.  And you said you didn't report anything**
15  **other than the one incident that we talked about,**
16  **correct?**

17  A.  Correct.

18  **Q.  It says here that your relationship with**
19  **your ex-fiancee remains strained.**

20  A.  That's ███████

21  **Q.  Is there anything else you recall**
22  **discussing at this meeting with Dr. Poole?**

23  A.  No.

24  **Q.  And I don't believe there are any other**
25  **notes.  Is that the last time you saw Dr. Poole?**

**EXHIBIT A**

1      A.  I don't know if she takes group notes, but
2  we did have a group session at some point, all the
3  girls, to talk about the situation with Jade.
4      **Q.  And do you know when that was, what year?**
5      A.  I have absolutely no idea.  I know ███
6  and ███ and ███ were on the team and ███.  So
7  I mean, if I had to guess, 2017, 2018.
8      **Q.  Was it before or after ████████ was**
9  **arrested?**
10      A.  That we had the conversation?
11      **Q.  Yes, y'all's group meeting.**
12      A.  Oh, my gosh, I have no idea.
13          But we had a group meeting with Dr. Poole
14  in the training room.  Like there's a training
15  room and then you go upstairs and there's their
16  offices.  We were in a conference room kind of
17  like this and she was asking questions and we were
18  kind of talking about it.
19          Because there was a point where Julia told
20  us to stay away from Jade and to basically like
21  alienate her and stay away from her because she's
22  basically like not good to be around and whatever.
23      **Q.  Was Jade on the team when you had the**
24  **group session?**
25      A.  Yeah.  Everyone was there but her.

**EXHIBIT A**

```
 1              (A break was taken from 2:34 p.m. to
 2              2:42 p.m.)
 3   BY MS. FURR:
 4       Q.  I'm going to try to go through some
 5   documents quickly.  Hopefully it won't take that
 6   long.
 7              (Exhibit 14 was marked.)
 8   BY MS. FURR:
 9       Q.  I'll show you what I'm marking as
10   Exhibit 14.
11              Is that a copy of your transcript?
12       A.  You asked is that my transcript?
13       Q.  Yes.
14       A.  Yes.
15       Q.  Is there anything else that Julia Sell did
16   that you have a complaint about that we haven't
17   discussed?
18       A.  That we haven't discussed?
19       Q.  Correct.  You can take a minute to think
20   about it, if you want.
21       A.  I mean, I think I mentioned the whole, you
22   know, you need to keep who you are and your
23   lifestyle out of the locker room, which was kind
24   of offensive.
25       Q.  I'm going to ask you about that.  But just
```

EXHIBIT A

1   go ahead and tell me if there's anything else

2   first.

3        A.  The weight thing rubbed me the wrong way.

4   I just felt very ostracized, and I really did feel

5   like it was because of my sexuality at times,

6   especially with that comment.  Though in front of

7   my mom and me she was -- didn't care, supposedly.

8        Like I said, there would be things that

9   she would say that other people said that I would

10  then confront them and they'd say they didn't say

11  that and then there would be drama that was

12  unnecessary.

13       But I think, for the most part, I've said

14  everything.  It was just a very stressful and very

15  like emotional time for me.  It was a place that I

16  dreamed of going to that turned out to be just

17  miserable.

18       MS. TRUSZKOWSKI:

19            It's all right.  Take your time.

20       A.  And it's like something I can't get back.

21  And I don't think that I reached my full

22  potential.  And I left LSU hating tennis, not

23  feeling secure in myself, and not feeling

24  confident in myself.

25            And I'm not pursuing tennis anymore

1    because of the way that I was treated.  And I

2    think the only reason that I made it through,

3    honestly, was being here at home and having my

4    family and because of Mike.

5         Because it was kind of -- they were total

6    opposites, so he kind of made the situation -- he

7    would defuse a lot of situations.  So yeah.

8    Sorry.

9    BY MS. FURR:

10   **Q.  We can take a break if you want to.**

11   A.  (The witness shook head.)

12   **Q.  Okay.  Any -- and I'm going to go back to**

13   **what you just mentioned.  But anything else you**

14   **can think of that she did that you had a problem**

15   **with?**

16   A.  No.

17   **Q.  All right.  You said she made the comment**

18   **about your lifestyle out of the locker room.**

19        **When was that?**

20   A.  It was the year that ███████ was there.  So

21   that was maybe my -- the second year.

22   **Q.  Who is ███████?**

23   A.  She was a recruit that they got.  And she

24   ended up being removed from the team.  Her dad was

25   like super overbearing.  And she -- for whatever

**EXHIBIT A**

1  reason, they recruited her, I guess under -- but

2  she never had to like -- she never practiced with

3  us really, she never did the same workouts we did.

4        She practiced with her dad and was

5  very -- what's the word?  She wasn't really trying

6  to be part of the team.  So it was just weird.

7  Like we never really got to know her or anything.

8      **Q.  Was she sheltered, is that the word you're**

9  **thinking of?**

10       A.  Oh, yeah.  Yes, she was.

11     **Q.  In what ways?  Like had she been**

12  **homeschooled?**

13       A.  I think she had been homeschooled.  I met

14  her originally like before she -- or she had

15  signed, and then she was in.  And like we hit

16  before because my mom and grandmother basically

17  run a tennis facility here, and so we hit.

18        And she just had different views, which is

19  totally fine.  But she asked like who my favorite

20  tennis player was, and I said, at the time, Amelie

21  Mauresmo.  And she was like, Oh, my gosh, really?

22  She's like, Why would that be your favorite tennis

23  player?

24        And then she just had like a set schedule,

25  and it was very different than what the team did.

**EXHIBIT A**

1  And it was just odd because they didn't really

2  care like what she did, but then if we asked to do

3  anything -- like my mom's a coach too.

4      If I asked if my mom could come watch

5  practice, Julia said no; but if ███████ dad wanted

6  to come watch or Jade's dad wanted to come watch,

7  it was fine.  So in terms of favoritism or just

8  depending on the day was when it was okay and when

9  it wasn't.

10     **Q.  Did her dad have a business instructing or**

11  **did he just instruct ██████?**

12     A.  I think he coached a little bit while he

13  was here somewhere.  I'm not sure where.  But I do

14  recall that he did coach a little bit, because

15  through the grapevine, my mom was hearing things

16  about ██████ dad.

17     **Q.  Like what type of things?**

18     A.  That he was not treating █████ right and

19  that he was kind of rude to other people and

20  basically like he had █████ on a short leash.

21     **Q.  Was she -- was it your understanding she**

22  **was super religious?**

23     A.  I don't know if she was super religious.

24  I mean, I know she was spiritual, religious,

25  however you want to say it.  She was pretty open

**EXHIBIT A**

```
 1   about that.  But you could also just tell she
 2   was -- I don't mean different in a bad way, but
 3   she just -- I'm -- I could literally talk to
 4   anybody.  And most of the team was like that, you
 5   know, we all kind of were in the same -- we had
 6   the same interests, like we'll go out, we'll have
 7   a good time, we'll go have some drinks, get dinner
 8   together as a team.
 9           She didn't want to do team dinners, she
10   didn't want to go out with us.  It was very like
11   it was ▮▮▮▮, and then there was the team, was how
12   it was.
13       Q.  And so she gave you the impression that
14   she was homophobic, it sounds like?
15       A.  Yeah.  And then Julia said something to me
16   about it after the fact.  So I'm under the
17   impression that ▮▮▮▮ said something to Julia, so
18   then Julia came to me about it, is what I'm
19   assuming, because it was around the same time
20   period.
21       Q.  What did Julia say to you about it -- I'm
22   sorry.  What did Julia say that ▮▮▮▮ had said to
23   her?
24       A.  Oh, I don't know if that's the case.  I
25   don't know if ▮▮▮▮ for sure went to Julia.  But
```

**EXHIBIT A**

1    with -- the comment came out of nowhere, it was

2    very random.

3            I was in the locker room and she asked to

4    talk to me.  And she just said I needed to keep

5    who I was and my lifestyle out of the locker room

6    so I don't offend the girls.  Which, I mean,

7    everyone on the team was pretty open about like

8    their feelings, so if I was offending them or if

9    something bothered them, they would have told me.

10           I mean, I wasn't shooting rainbows and

11   unicorns out of my butt.  It wasn't like I was

12   being super extra about it.  I'm just saying I'm

13   assuming that ██████ said something to Julia and

14   then Julia came to me.

15       **Q.  Was that just one time that Julia came to**

16   **you?**

17       A.  That comment, yeah.

18       **Q.  Was ██████ a recruit at the time?**

19       A.  No.  She was on the team when

20   Julia -- like this might have been a few weeks

21   later.  Like I hit with ██████ when she had come

22   into town to then start school.  So it was like I

23   hit with her, we started school.

24           And then, I mean, we had, you know,

25   monthly or sometimes weekly, depending on who you

## EXHIBIT A

```
 1        A.  No, I don't.
 2        Q.  And did the whole team -- was it obvious
 3   that you and ██████ were dating when y'all were
 4   dating?
 5        A.  Yeah.
 6        Q.  Was this comment before you and ██████
 7   dated?
 8        A.  Yeah.   ██████ wasn't even on the team at
 9   this time.
10        Q.  Is there any other comment she ever made
11   about your sexual orientation?
12        A.  To me personally, no.
13        Q.  Did you ever hear that she made a comment
14   about your sexual orientation?
15        A.  I -- not to my knowledge, that I recall,
16   no.
17        Q.  You said earlier that you felt ostracized
18   because of your sexuality at times.  Other than
19   this one time that you just talked about, what
20   other time, if any, was there?
21        A.  I mean, just in general.  Like being out
22   and being on a team with all girls, like I just
23   felt ostracized as it is.  Like, I mean, I was --
24   you know, like I -- I feel like -- I'm trying to
25   think how to say this.
```

# EXHIBIT A

1  talking about some of those issues in one of the

2  ESPN or whatever articles that happened.

3       Q.   Talking about sexual orientation?

4       A.   The toxic environment and possibly sexual

5  orientation, I'm not sure.  But I know she did do

6  an interview with whoever.

7       Q.   Okay.  Other than -- there's nothing else,

8  then, that we haven't talked about relating to

9  sexual orientation and you, is that right, with

10  Julia?

11      A.   I don't believe so.

12      Q.   You said something about not reaching your

13  full potential.  Are you talking about in terms of

14  tennis?

15      A.   Yes.

16      Q.   You thought you should have been playing

17  better when you left?

18      A.   Not as much when I left.  I think

19  throughout my career there.

20      Q.   You think she just didn't develop you as a

21  tennis player as well as she could have?

22      A.   Yeah.  I think if Julia wasn't there, I

23  would have been a much better tennis player.  And

24  I don't think I would have quit or graduated

25  hating a sport that I've been playing since I was

1  three that's something that my whole family does.

2      Q.  Does your mom want you to try and go pro?

3      A.  Now, or did she?

4      Q.  Did she.  After graduating from college,

5  did she want you to pursue professional tennis?

6      A.  My grandmother and my mom did, yes, and I

7  did as well.

8      Q.  Why didn't you?

9      A.  I went into a very deep depression and was

10 slightly -- not slightly.  I was suicidal just

11 because of everything I'd dealt with and just

12 knowing that it was over.

13      And then the last like time I was going to

14 be able to play, I was told that I was going to be

15 able to play and be in the lineup and then I

16 wasn't.  And so I guess all those emotions like

17 hitting me at once, I kind of just went into a

18 really bad place, and I admitted myself to

19 St. Clare's psychiatric unit.

20      So I just -- I was there for like a week

21 and a half or maybe a week, four or five days, six

22 days, something like that.  And just after that, I

23 just lost the love and passion for tennis and

24 it -- I mean, I can't pursue something -- or I

25 don't think you should pursue something if you're

1    not 100 percent in it, and I wasn't.

2        **Q.  And the lineup, is that -- was that a**

3    **situation where you -- what meet was that at?**

4        A.  We were at NCAAs and we were playing the

5    University of San Diego, I think, and then we

6    played UCLA.  I only played doubles both matches.

7    I thought, and was told, that I would play and I

8    didn't.  And it was my last -- could have been my

9    last match, I guess.

10           And they played someone over me that

11   I'm -- I was way better than and always had beat

12   and always, for the most part, was in the lineup.

13   So it was just kind of heartbreaking.

14       **Q.  Did you have a bad doubles match?**

15       A.  Did I?

16       **Q.  Yes.  In that tournament.**

17       A.  The first match, no.  The second match,

18   bad -- I don't think it was bad, I just think we

19   got outplayed.

20       **Q.  Did you -- was it -- did you go down**

21   **six-love, six-love?**

22       A.  No, I don't think so.  I don't recall.

23       **Q.  Did you get emotional after that game**

24   **didn't go well?**

25       A.  Always, like if something doesn't go well

**EXHIBIT A**

1  or I lose, I'm definitely frustrated.

2      **Q.  Do you know whether Julia had the**
3  **impression that you had stopped trying in that**
4  **match?**

5      A.  I don't know if she did.  Maybe she did.
6  But that was not the case.

7      **Q.  Did you walk off the court?**

8      A.  Did I walk off the court after the match?

9      **Q.  During the match at any point in time, or**
10 **did you quit trying at any point in time during**
11 **that doubles match?**

12     A.  No.

13     **Q.  And so after that match is when you were**
14 **pulled from the singles event?**

15     A.  Yes.

16     **Q.  Did Julia give you a reason for it?**

17     A.  No, but she had Mike tell me.

18     **Q.  Did Mike give you a reason?**

19     A.  No.

20     **Q.  And so no one suggested to you that it**
21 **seemed like you had just quit on the doubles**
22 **match?**

23     A.  No.

24     **Q.  If you had stopped trying on the doubles**
25 **match, would it make sense to pull you from**

# EXHIBIT A

1  singles then?

2      A.  100 percent.

3      Q.  And how did you respond to them when that

4  happened?  Did you feel very emotional toward

5  them?

6      A.  I don't believe I got emotional towards

7  them.  I definitely started crying and I put my

8  tennis bag in the trash can.

9      Q.  Anything else that you did?

10     A.  I think I took a racquet or two and broke

11 it.

12     Q.  One of your racquets?

13     A.  Yes.

14     Q.  Anything else you did?

15     A.  I went and told my mom and grandmother,

16 because they had traveled all the way over there

17 and I felt bad because I literally played two

18 doubles matches and then that was it because we

19 ended up losing, so I was done.

20     Q.  Are you currently teaching tennis?

21     A.  Yes.

22     Q.  How long have you been teaching tennis?

23     A.  How long have I been teaching tennis?

24     Q.  Yes.

25     A.  Since I was probably like 14 or 15.

# EXHIBIT A

 1    A.  Oh, no, no, she's told me that, so it's
 2 fine.
 3    **Q.  I'll show you what I've marked as**
 4 **Exhibit 16 and ask you what that is.**
 5       (Exhibit 16 was marked.)
 6    A.  This is a picture of me and Mike and Julia
 7 in the stadium before they were going on the
 8 field, I believe with ███ and ███, when they won
 9 the national championship.
10 BY MS. FURR:
11    **Q.  Do you know what time this -- what year**
12 **this would have been?**
13    A.  I think ███ won it as a freshman, so
14 2017, 2018.
15    **Q.  And that's your caption that you wrote?**
16    A.  Yes.
17    A.  I don't know why there's a turkey.  Maybe
18 it was Thanksgiving, I don't know.  Oh, that's
19 why, I must have posted it on Thanksgiving.
20    **Q.  So you don't know what year?  You were**
21 **telling me when the picture is from, but if you**
22 **posted -- you don't know what Thanksgiving you**
23 **would have posted it on?**
24    A.  That's -- again, I'm almost positive ███
25 won and ███ won the national championship ███

# EXHIBIT A

1  first year, which would have been 2017 to 2018.

2  So I think it would have technically been the 2018

3  national championship.

4      **Q.  So then it would have been posted**

5  **Thanksgiving 2019?**

6      A.  No, it would have been the one before

7  that.

8      **Q.  And do you have any way of knowing -- I**

9  **understand when you took the picture, but --**

10     A.  I probably have this in my Snapchat

11  somewhere with the actual date and time, which

12  they have, I think, available.  If not, it might

13  be in my photos, but I'm not really sure.

14     **Q.  Do you still have the same phone you had**

15  **in college -- I shouldn't say the same.**

16         **Do you still have access to all the stuff**

17  **that was on your phone in college?**

18     A.  Yeah, I mean, my iCloud backed up.  I do

19  not have the same phone, but all my storage...

20     **Q.  I'll show you what I'm marking as Exhibit**

21  **17.**

22         (Exhibit 17 was marked.)

23  BY MS. FURR:

24     **Q.  Can you tell me what this is?**

25     A.  I posted a picture, and obviously it's

1   9:36 at night.  And I -- I don't know what exactly

2   this is for.  It might have been -- she had

3   gotten, I believe, 100 wins.  So it might have

4   been that or maybe I was -- it was her birthday --

5   I would have said "Happy Birthday," so maybe not.

6   I don't know.

7        Q.  Do you have any idea when this was?

8        A.  No idea.  I know it was at 9:36 p.m.  But

9   I definitely still have this picture.

10       Q.  Okay.  And is that you in the foreground

11   and Julia in the background clapping?

12       A.  Yes.

13       Q.  I'll show you what I'm marking as

14   Exhibit 18.

15            (Exhibit 18 was marked.)

16   BY MS. FURR:

17       Q.  What is this?

18       A.  This is Julia getting 100 career wins and

19   my posting a picture congratulating her.

20       Q.  And the symbols mean "My coach is greater

21   than yours"?

22       A.  Yes.

23       Q.  And you say, "Thanks for putting up with

24   me."  What are you referring to?

25       A.  I'm all -- like I was always joking

1  around.  Obviously, it -- she did stuff so that I

2  was able to play and vouched for me and things

3  like that.  So just in terms of that.

4        And I am an emotional tennis player, I'm

5  an emotional person; Julia is not.  So in terms of

6  that, just putting up with me being emotional

7  and -- so yeah.

8        **Q.  I'll show you what's been marked as**

9  **Exhibit 19.**

10       (Exhibit 19 was marked.)

11  BY MS. FURR:

12       **Q.  This is something you produced in**

13  **discovery.  And it looks like this text exchange**

14  **was on November 21st of 2018; is that right?**

15       A.  Yes.

16       **Q.  Do you have any idea what was happening on**

17  **that date?**

18       A.  On that date, I don't know.  I think -- I

19  believe we had just had an incident with ████████

20  maybe, and she texted to ask how my day was going

21  and, yeah, asked if I was living drama free.

22       **Q.  So it's just like she's checking in with**

23  **you to see if you're okay?**

24       A.  Yeah.

25       **Q.  I'll show you what I'm marking as**

**EXHIBIT A**

1  Exhibit 20.

2          (Exhibit 20 was marked.)

3  BY MS. FURR:

4      Q.  Is that a text that you sent to Julia and

5  Mike?

6      A.  Yes.

7      Q.  Do you happen to know what the date of

8  that would have been?

9      A.  Yesterday -- yesterday -- no, I don't.

10  I'm assuming it was after a match or something.

11  So yeah.

12      Q.  And it says, "Thank y'all for never giving

13  up on me when I had given up on myself."

14          Do you know what you're referring to

15  there?

16      A.  Yeah, I mean, I had a lot of confidence

17  issues, and they just always -- well, I would say

18  Mike more than Julia, but they would help me

19  through those and keep me like from crumbling.

20  But that was more Mike than Julia.

21      Q.  It says here, "I know it's not going to be

22  easy, but nothing is."

23          What are you referring to there?

24      A.  Like a lot of the -- like nothing about

25  being a collegiate athlete is easy.  I mean, you

**EXHIBIT A**

1 have to get up, you have to make a lot of

2 sacrifices.  So I was -- in terms of that.

3    **Q.  And do you know who responded, "Always,**

4 **Shark"?**

5    A.  I'm going to assume, from the looks of it,

6 Julia.

7    **Q.  I'll show you what I'm marking as**

8 **Exhibit 21.**

9        (Exhibit 21 was marked.)

10 BY MS. FURR:

11    **Q.  Is this also to Julia and Mike?**

12    A.  Yes.

13    **Q.  Do you know when you sent this?**

14    A.  No.

15    **Q.  You're saying here, "I just wanted to**

16 **reach out and say thank y'all for everything y'all**

17 **have done for me.  I know I haven't been the**

18 **easiest person to have on the team or deal with,**

19 **but I'm only going up from here."**

20        **Do you have any idea what you're referring**

21 **to there, about not being the easiest person to**

22 **have on the team?**

23    A.  Again, like I'm very emotional.  I --

24 again, if I'm not a zero, I'm a ten.  And being at

25 LSU was a dream for me.  My mom played there.  So

1  being able to follow in her footsteps, and it was

2  like I just -- me and Julia were very different,

3  we are very different.  She's very -- is the word

4  stoic -- like very just like, I don't want to say

5  cold, but she can be cold sometimes.

6       And that's just not how I am.  You're

7  going to know how I feel all the time.  I wear my

8  heart on my sleeve.  And back then, I'm saying

9  that I was hard to deal with and I do regret that.

10 But just difference of opinion, different coaching

11 styles, me and Julia just didn't mesh.

12    **Q.  It says, "I'm looking forward to these**

13 **last few months working with you guys and kicking**

14 **some" -- I assume it means "ass" rather than**

15 **"ask."**

16    **Would you assume that this was sometime in**

17 **early 2019 then?**

18    A.  Yeah, probably.

19    **Q.  Then a little bit further down it says,**

20 **"I'm sorry, I just want to personally say I'm**

21 **sorry to you both for my lack of leadership and**

22 **maturity."**

23    **Do you know what you're referring to**

24 **there?**

25    A.  Yeah, again, just being -- not being able

```
1  to control my emotions better.  And, again, being
2  an emotional and vocal tennis player, I affected
3  my teammates times when I was playing.  But, I
4  mean, that happens.  And other people did the same
5  thing.  But I definitely was the one that got in
6  trouble for it the majority of the time.  Yeah.
7       Q.  When you say if you're not a zero, you're
8  a ten, do you mean like in terms of your emotional
9  output, whether positive or negative?
10      A.  I mean, I'm exaggerating a little bit.
11      Q.  I'm just trying to describe what you mean
12  by that.
13      A.  Like that might not be the best way to
14  describe myself.  Better would be the whole -- I
15  wear my heart on my sleeve.  Like I'm going to say
16  what's on my mind, like I cry, like -- I cry about
17  almost anything.  Like if I'm happy, if I'm sad,
18  like I feel things very strongly.
19           So, for example, there are a lot of
20  conversations like Julia would be getting on to me
21  and I'd just start crying, and she'd be like, What
22  are you crying for, stop crying.  That's just me
23  as a person.  That's how I handle sadness, anger,
24  happiness.  Like that's just me.  So yeah.
25           (Exhibit 22 was marked.)
```

 1  BY MS. FURR:

 2      Q.  I'm going to show you what I've marked as

 3  Exhibit 22.

 4          Is this a post that you made to Instagram?

 5      A.  Is this a post?

 6      Q.  Yes.

 7      A.  Yes.

 8      Q.  It says, "Join us before the match on

 9  Friday as we honor our seniors."

10          Is that when you were a senior?

11      A.  Yes.

12      Q.  So this would have been sometime in spring

13  of 2019?

14      A.  Yeah.  And that may or may not still be

15  on -- that's going to be April 3rd, it looks like,

16  of 2019, from this picture.

17      Q.  And LSU W-10 with the quote after it, did

18  you write that quote?

19      A.  I didn't write that.  That was something

20  that they said in an interview -- or they asked me

21  in an interview that was quoted.

22      Q.  So you said it in an interview, you didn't

23  write it here?

24      A.  I did not write it here, the social media

25  person did, but it was something that was said.

1       Q.  By you?

2       A.  Yes.

3           (Exhibit 23 was marked.)

4   BY MS. FURR:

5       Q.  I'm going to show you what I'm marking as

6   Exhibit 23.

7           Is this a post that you posted?

8       A.  Yes.

9       Q.  So this is you attaching what the quote

10  was?

11      A.  Yeah, that's me attaching I believe the

12  picture -- a screenshot of the Twitter post, it

13  looks like.

14      Q.  Okay.  And then did you write the part

15  that starts, "With my college tennis career coming

16  to an end"?

17      A.  Yes.

18      Q.  Through "Go Tigers"?

19      A.  Yes.

20      Q.  And again, this would have been April 3,

21  2019?

22      A.  Yes.

23          (Exhibit 24 was marked.)

24  BY MS. FURR:

25      Q.  I'm showing you what I'm marking as

EXHIBIT A

1  extent.  I actually might have it in my photos.

2      Q.  So those words that I just read, were

3  those your words or were those somebody else's

4  words?

5      A.  "This is much bigger than us"?

6      Q.  Yes, that sentence.

7      A.  That is my words, I believe.

8      Q.  And it says, "They failed me and they also

9  failed you with their lies and manipulation."

10          Do you think those are your words?

11     A.  Yes.  Okay.  So actually, I wrote this in

12  my notes on -- is 11 November?  November 19th of

13  2020.  It's in my notes, so this is me.  I am not

14  a victim of domestic violence, so that must have

15  been a mistype.

16     Q.  Are you a victim of any sort of violence?

17  Were you intending to say you were a victim of

18  some kind of violence or this was just --

19     A.  I think it was just a mistype.

20     Q.  So you said that they -- how is it that

21  you think that the Sells failed to keep you safe?

22     A.  I use "Sells" lightly.  I think Mike is

23  great.  I have absolutely nothing personally to

24  say wrong like about him.  I think that Julia was

25  very inconsistent with her emotions as a coach.

1      Q.   Do you know if you did talk or not?

2      A.   It was 5 o'clock, so probably not.

3      Q.   Are there any other text messages between

4  you and Julia relating to Jade that you're aware

5  of?

6      A.   Anything that there would be would have

7  already been given to them.

8      Q.   Given to your attorneys?

9      A.   Yeah.

10         And the last time I talked to Julia was

11  October 1, 2020.  The last time I talked to Mike

12  was -- like individually was October

13  of -- October 19th of 2020.  And then I told them

14  "Happy Halloween" on Halloween of 2020.

15     Q.   And what did you last talk to Julia about?

16     A.   She had just had a baby.  I asked how she

17  was.  I was doing massage at the time.  I told her

18  I massaged and I worked out and that I was

19  studying.

20         She said she was about to hop on a

21  recruiting call so don't think I'm ignoring you.

22         I said, No worries, get those tiger cubs.

23         And she sent a picture of her son.

24         And I said, Oh, my gosh, he's huge and so

25  cute. I want this to go away, COVID, so I can meet

# EXHIBIT A