1    him.

2        Because they had their first child when I

3    was on the team and we -- like she was always at

4    the courts.

5        Q.  **Have you seen either of them since you**

6    **left LSU?**

7        A.  No, I've not had contact or seen them.

8        Q.  **Have you been back to any tennis matches?**

9        A.  Yes.

10        Q.  **When?  Was it while they were coaching?**

11        A.  Yes.

12        Q.  **How many times?**

13        A.  Maybe two or three times -- two.

14        Q.  **Did you speak to them at those matches?**

15        A.  No.

16        Q.  **Was there somebody you knew playing?**

17        A.  Yes.

18        Q.  **Who?**

19        A.  Eden was still on the team one time.  I

20    mean, I know Sofia and Nina, they're still

21    currently on the team.  And the year Eden was

22    playing, Taylor was on the team as well, but I

23    wasn't speaking to her.  But I mainly went -- I

24    went once for Eden's senior day and then I went

25    another time; I mean, maybe three times.

**EXHIBIT A**

1  situation you were in or how you felt and all that

2  stuff.

3       Q.  Under Paris Corley, there's a statement

4  that says that "On one occasion, Julia Sell

5  brought Johnson to the indoor courts and told her,

6  'You might want to bring tissues, because I'm

7  going to make you cry.'"

8            Did that happen to Corley or did that

9  happen to you?

10       A.  That happened to me.

11       Q.  When was that?

12       A.  It was after a match.  I think we were

13  playing the University of Auburn.

14       Q.  And what did she talk to you about at that

15  time?

16       A.  She was talking to me about my attitude.

17       Q.  What did she say about your attitude?

18       A.  That I need to continue to work on it,

19  because when I got angry it affects others.  And

20  she was basically telling me that people weren't

21  playing well or weren't doing well because of how

22  I was acting on the court.

23       Q.  Is it possible that sometimes how you

24  acted did affect how people played?

25       A.  I'm sure at some point it did, considering

**EXHIBIT A**

1    I was the most vocal and probably the most -- like

2    I liked to be vocal.  I liked to say "Go Tigers."

3    I liked to pump people up.  So if I wasn't doing

4    that, then people knew I was off.  But I also

5    don't think it's my job to pump everybody up.

6    But, yeah, I'm sure it did affect them.

7         **Q.  You've talked about times that you've**

8    **thrown a racquet in a trash can or hit a ball or**

9    **thrown a racquet or whatever.**

10        **Do you know if that conduct also affects**

11   **players negatively?**

12        A.  I would say it probably affected me more

13   negatively than it did my teammates, but in

14   Julia's mind, it was affecting the team.

15        **Q.  Kirstin DeFusco, who is that?**

16        A.  She was our adviser, I guess.

17        **Q.  Academics?**

18        A.  Yeah, academic adviser.  She's married

19   now, so I don't know what her new name is.

20        **Q.  Did you ever have any problems with her?**

21        A.  No.

22        **Q.  Did you confide in her?**

23        A.  Yes.

24        **Q.  About what?**

25        A.  Anything to do with school.  I literally

# EXHIBIT A

```
 1  So I'm assuming, I mean, I don't -- I can't speak
 2  for him.  But, I mean, as a parent, you obviously
 3  have opinions of whoever your children are dating.
 4  So I think it was something that was odd for him.
 5  And, of course, I mean, we probably have two
 6  different stories that -- and perspectives.
 7        Q.  Other than the report to Miriam that we
 8  talked about about the incident with you and
 9  Taylor, is there any other time that you went to
10  anyone to complain about anything formally, like
11  either Title IX or -- go to Title IX or to the
12  student advocacy office or anywhere else to make
13  any complaint about conduct by Julia?
14        A.  No.
15        Q.  So the only complaint that you can ever
16  recall making was about Taylor?
17        A.  Yeah.
18        Q.  And you graduated in May 2019, right?
19        A.  Yes.
20        Q.  And had the Sells done anything negative
21  to you since your graduation in May?
22        A.  No.  But they're blocked and we don't
23  speak, so they don't really have the opportunity.
24        Q.  What do you mean, they're blocked?
25        A.  I have them blocked on my phone.
```

**EXHIBIT A**

1   I don't want people to go to LSU and have an

2   experience and lose the passion and the desire to

3   play tennis, because that's not how it should be.

4   So I wanted to speak up because sometimes it's

5   hard to do, and I wanted to be an example for

6   other people.

7        **Q.  You mentioned losing the passion and love**

8   **of a sport, of tennis.  In a situation where you**

9   **have more players on the team than can play at an**

10  **event, wouldn't -- like aren't the people who**

11  **aren't going to be the one to make the cut or are**

12  **the highest ones to get to play in the match and**

13  **so forth always going to be disappointed?**

14       A.  I mean, I'm not them.  I mean, I can't

15  really -- I mean, I guess I can relate towards the

16  end of my senior year because I often played every

17  match, if not the majority of them, aside from

18  being injured.

19       So I can only relate in terms of like,

20  yeah, I mean, you're disappointed when you don't

21  play, but also, you understand that the idea is to

22  put the best lineup out there.  And this is going

23  to sound very conceited, and I don't mean it that

24  way, but there were times that people played

25  before I did and I don't think they were better

**EXHIBIT A**

```
 1   than I was.  And I think it was favoritism or just
 2   trying to prove a point of like control, because
 3   Julia always had to be in control.
 4        Q.  Do you know if the other people felt like
 5   you shouldn't play ahead of them?
 6            MS. TRUSZKOWSKI:
 7                Objection; that calls for speculation.
 8            But you can go ahead and answer.
 9        A.  Do I feel that what?
10   BY MS. FURR:
11        Q.  Do you know or did you ever hear anybody
12   complain or express that they felt you shouldn't
13   play ahead of them?
14        A.  I'm sure people did.  I mean, nobody said
15   it, to my recollection, at least.
16        Q.  You mentioned you know other instances of
17   issues of people who didn't speak up.
18            Who are you referring to?
19        A.  Wait, say that again.
20        Q.  Other instances of issues of people who
21   didn't speak up.  What were you referring to when
22   you said that?
23        A.  That I said here?  I'm sorry.  I just want
24   to understand.
25        Q.  That's all right.  I asked why you decided
```

**EXHIBIT A**

1   you wanted to file suit against the Sells, and you

2   said that you knew of other instances of people

3   who didn't speak up.

4          And are you referring to people who didn't

5   speak up about the Sells?

6      A.   Yeah, again, I think you could talk to 90

7   to 95 percent of the players that played under her

8   and they're going to not give you a positive

9   response.

10         And I think that it's -- I mean, I

11   definitely didn't speak up when I was there

12   because I knew I didn't want to lose my

13   scholarship, which, I mean, was already being hung

14   over my head.  But like you want to play, and you

15   never know how that's going to affect you playing

16   or not playing or things like that.

17         So definitely I think there's a lot of

18   people that have had issues as well that just are

19   like, What's the point, like it's over with, I'm

20   out of it.  But it definitely, for me, affected

21   me.

22      Q.   Did you participate in the Husch Blackwell

23   investigation?

24      A.   I think so.

25      Q.   Do you remember meeting with an attorney

**EXHIBIT A**

```
 1              I can't answer for you but I can --
 2    BY MS. FURR:
 3        Q.  It's not the complaint that you filed in
 4    this lawsuit.  It was an attachment to your
 5    complaint.
 6        A.  Yeah, they like did a report first, and
 7    then this is something separate.  But it was like
 8    really long.
 9        Q.  Yes.
10        A.  Yeah.  Okay.  No, I got that.  And I
11    wasn't interviewed personally by anyone from that
12    place, the firm, but I was mentioned in there a
13    few times with Jade.  And I believe I said that
14    I'd heard about the Abby situation and knew about
15    what had gone on.  And then they had a small
16    portion, I believe, about my feelings and what
17    happened with me.
18        Q.  Did you feel like it was accurately
19    represented with respect to information that
20    related to you?
21        A.  Yes.
22        Q.  Has anybody stopped talking to you or
23    expressed anger towards you for being a plaintiff
24    in this lawsuit?
25        A.  No.
```

**EXHIBIT A**

1    A.  Who?

2    Q.  Catherine Worley Clark.  I saw some

3    messages between you two.

4         Who is that?

5    A.  Oh, we grew up playing tennis together.

6    She was a little bit older than me.  But

7    she -- she was from Louisiana, so -- and we -- I

8    played up a little bit in juniors, like I didn't

9    play my age division at one point, and so I

10   was -- that's how I got to know Abby and Catherine

11   a little better, because they was a little older

12   so they were kind of the age group I was around.

13   Q.  Did you -- are there any educational

14   opportunities that you feel like you were denied

15   while at LSU?

16   A.  Grad school.  That's pretty much it.

17   Q.  And you didn't apply to grad school,

18   correct?

19   A.  No.

20   Q.  And were your grades good when you were at

21   LSU?

22   A.  Yeah, I would say so.

23   Q.  What damages are you seeking in this

24   lawsuit?

25   A.  I don't know how to answer that.

# EXHIBIT A

1    Q.   Have you deleted any social media accounts

2    since this lawsuit was filed?

3    A.   No.  Not to my knowledge.  I still have

4    Snapchat, still have Instagram, still have

5    Facebook.  I may deactivate it like from time to

6    time because, you know, sometimes you have to do

7    that.  But I have all social media.

8    Q.   Returning to the incident with Taylor that

9    you met with Miriam about, were you contacted by

10   LSU's Title IX office regarding this incident, do

11   you recall?

12   A.   I don't recall, but I don't believe so,

13   because I assume I would have had to go in and

14   talk to somebody about the situation.

15   Q.   And did you want to pursue this incident

16   further with LSU's Title IX office?

17   A.   No.

18   Q.   Am I correct that Miriam did not

19   discourage you from pursuing the matter with Title

20   IX?

21   A.   You are correct, she did not discourage me

22   from pursuing it.

23   Q.   Do you feel like you had the opportunity

24   to be fully heard regarding the incident with

25   Taylor?

**EXHIBIT A**

1    A.  Yeah.

2    Q.  And then, to the best of your knowledge,

3  did Miriam fail to comply with any administrative

4  requirements of Title IX regarding this complaint

5  with Taylor?

6    A.  I have no idea.

7    Q.  Returning to the -- you testified earlier

8  today that you made a report to Julia about Jade.

9      Do you remember when we talked about that

10  earlier today?

11    A.  Yes.

12    Q.  Now, I believe your testimony was that you

13  texted Julia a news article about Drake Davis?

14    A.  Yes.

15    Q.  Do you remember what that article was?

16    A.  I don't remember.  I just remember it was

17  WAFB and it had Drake's face on it.  And I

18  remember reading it, and it had -- I don't

19  remember if it mentioned Jade or not, but it

20  was -- I just didn't know if it was something like

21  Julia saw or even knew about or what, because I

22  know that it was something Jade was trying to

23  avoid telling Julia at the time.

24    Q.  Okay.  And so then you -- you went to

25  Julia about it; is that right?

**EXHIBIT A**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**From:** "LSU Division of Strategic Communications" <pubaffairs@lsu.edu>
**To:** "Kennan F Johnson" <kjoh263@lsu.edu>
**Subject:** Title IX Campus Climate Survey
**Date:** Thu, 21 Mar 2019 13:06:10 -0500
**Importance:** Normal

    Header Logo

*March 21, 2019*

Dear Students,

The LSU Title IX Coordinator and the Louisiana Board of Regents are conducting the annual Campus Climate Survey through Monday, April 22.

This survey is conducted to help improve education, prevention, and safety practices related to sexual violence on campus. Responses will be anonymous, but the names of those who complete the survey will be collected and entered into a drawing for prizes.

Completing the survey takes an average of 15-20 minutes. Once you have begun, there is no way to go back and finish where you left off. Because there is sensitive information collected, it is recommended that you take the survey in a private space.

Visit https://uky.az1.qualtrics.com/jfe/form/SV_1FCWORL2mN9CUh7 to complete the survey.

Thank you for your time.

    Footer Logo

 Facebook Link     Twitter Link     YouTube Link     Instagram Link

Copyright © 2018 | Provide Feedback | Accessibility Statement | Privacy Policy | Forward this email.

LSU students, faculty and staff are automatically subscribed to LSU Broadcast communications; membership is updated through the university's official records management systems. Since broadcast communications may be used in times of emergencies, current members of the LSU community cannot be unsubscribed. *If you have any questions or comments regarding the content of this e-mail, please contact the LSU entity that requested it.*



EXHIBIT 9
10-6-22  Johnson

# EXHIBIT A

BOS-003357

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**From:** "LSU Division of Strategic Communications" <pubaffairs@lsu.edu>
**To:** "Kennan F Johnson" <kjoh263@lsu.edu>
**Subject:** Hazing and Sexual Misconduct Not Tolerated at LSU
**Date:** Fri, 31 Aug 2018 10:36:28 -0500
**Importance:** Normal

---

    Header Logo

*August 31, 2018*

Hazing and sexual misconduct of any kind are illegal and are strictly prohibited at LSU. Any such crimes will be prosecuted to the fullest extent of the law, and pursued to the fullest extent of the LSU Code of Student Conduct. This means that engaging in any such activity can result in probation or expulsion from LSU, as well as possible felony charges by law enforcement. Help us keep LSU safe and prevent any such activity by reporting suspicious behavior to LSU Police at 225-578-3231 or 911. You can also anonymously report these and any other crimes to Crime Stoppers at 225-344-STOP(7867).

**Help Stop Hazing**

New state laws and LSU policies increase the penalties for hazing, which is defined as any behavior designed to harm, punish, or mistreat others. No one can "consent" to be hazed. Learn more, or anonymously report hazing, at lsu.edu/deanofstudents/students/hazing/hazing.php.

**Bystander Assistance Now Required**

If you are aware that someone has suffered serious bodily injury, Louisiana law now requires you to report it and to provide reasonable assistance for the injured person. This obligation extends to all persons, including an individual engaging in reckless behavior which causes another serious bodily injury. Learn more about these laws and penalties at lsu.edu/deanofstudents/hazing/resources.php under "Policies & Laws."

LSU offers Bystander Intervention Training, known as Tiger BITes, that focuses on developing awareness, skills and courage needed to intervene in risky situations. Learn to be an active bystander by using the three D's of intervention: Direct, Delegate, Distract. Learn more at lsu.edu/shc/wellness/tiger-bites.php.

**Amnesty for Code of Student Conduct Violations**

To encourage students to make responsible decisions, the university recognizes the need for amnesty from university sanctions in certain situations.  Amnesty under this policy, when granted, excuses a student or registered student organization from university sanctions under the Code of Student Conduct. Amnesty is intended to promote action when an emergency situation is

# EXHIBIT A

BOS-003332

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 11

**From:** "Division of Strategic Communications" <pubaffairs@lsu.edu>
**To:** "Kennan F Johnson" <kjoh263@lsu.edu>
**Subject:** Reminder: Campus Climate Survey
**Date:** Mon, 09 Apr 2018 13:50:22 -0500
**Importance:** Normal

---

                    Header Logo

*April 2, 2018*

Dear Students,

The LSU Title IX Coordinator and the Louisiana Board of Regents are conducting the annual Campus Climate Survey starting Monday, April 2, through Friday, April 13.

This survey is conducted to help improve education, prevention, and safety practices related to sexual violence on campus. Responses will be anonymous, but the names of those who complete the survey will be collected and entered into a drawing for prizes, including:

- A $25 gift card to Barnes and Noble at LSU
- UREC apparel
- Tickets to a basketball game next season

Completing the survey takes an average of 15-20 minutes. Once you have begun, there is no way to go back and finish where you left off. Because there is sensitive information collected, it is recommended that you take the survey in a private space.

Visit https://uky.az1.qualtrics.com/jfe/form/SV_6g9S7pJomJ2nCjH to complete the survey.

Thank you for your time.

                    Footer Logo

 Facebook Link     Twitter Link    YouTube Link    Instagram Link

Copyright © 2018 | Privacy Policy
Forward this email.

LSU students, faculty and staff are automatically subscribed to LSU Broadcast communications; membership is updated through the university's official records management systems. Since broadcast communications may be used in times of emergencies, current members of the LSU community cannot be unsubscribed. *If*

# EXHIBIT A

BOS-003330

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

**From:** "Division of Strategic Communications" <pubaffairs@lsu.edu>
**To:** "Kennan F Johnson" <kjoh263@lsu.edu>
**Subject:** Campus Climate Survey
**Date:** Mon, 02 Apr 2018 13:32:02 -0500
**Importance:** Normal

---

                    Header Logo

*April 2, 2018*

Dear Students,

The LSU Title IX Coordinator and the Louisiana Board of Regents are conducting the annual Campus Climate Survey starting Monday, April 2, through Friday, April 13.

This survey is conducted to help improve education, prevention, and safety practices related to sexual violence on campus. Responses will be anonymous, but the names of those who complete the survey will be collected and entered into a drawing for prizes, including:

- A $25 gift card to Barnes and Noble at LSU
- UREC apparel
- Tickets to a basketball game next season

Completing the survey takes an average of 15-20 minutes. Once you have begun, there is no way to go back and finish where you left off. Because there is sensitive information collected, it is recommended that you take the survey in a private space.

Visit https://uky.az1.qualtrics.com/jfe/form/SV_6g9S7pJomJ2nCjH to complete the survey.

Thank you for your time.

                    Footer Logo

 Facebook Link     Twitter Link     YouTube Link     Instagram Link

Copyright © 2018 | Privacy Policy
Forward this email.

LSU students, faculty and staff are automatically subscribed to LSU Broadcast communications; membership is updated through the university's official records management systems. Since broadcast communications may be used in times of emergencies, current members of the LSU community cannot be unsubscribed. *If*

# EXHIBIT A

BOS-003328

**From:** "LSU Division of Strategic Communications" <pubaffairs@lsu.edu>
**To:** "Kennan F. Johnson" <kjoh263@lsu.edu>
**Subject:** Annual Security and Fire Safety Report – 2018
**Date:** Sun, 30 Sep 2018 12:54:14 -0500
**Importance:** Normal

---

 Header Logo

*September 30, 2018*

The safety of our students, faculty, staff and visitors is of the utmost importance to LSU, and campus safety is a shared responsibility. We urge the campus community to be vigilant and report anything of concern to LSU Police in a timely manner. If you See Something, Say Something by calling the LSU Police Department at 578-3231 or through our LSU Shield mobile safety app. In an emergency, dial 911.

Each year, per the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act (Clery Act), LSU is required to keep and disclose information about crimes that have occurred on campus, in off-campus buildings or on property owned or controlled by the university and on public property within or immediately adjacent to the campus. The LSU Annual Security and Fire Report, available online at lsu.edu/police/files/annual/jc2018finale.pdf, includes these statistics for the previous three years. The report also includes institutional policies concerning campus safety, such as alcohol and drug use, crime prevention, crime reporting, sexual assault and others. You may also request a paper copy of the report from the LSU Police Department.

LSU offers a number of tools and safety-related resources for students, faculty and staff to utilize such as the emergency text messaging system, LSU Shield mobile app and evacuation plans, among others. To register your mobile phone to receive emergency text messages, visit http://my.lsu.edu and click on "Personal Preferences" and "Emergency Contacts." For more safety tips and tools, please visit lsu.edu/police.

Footer Logo

Facebook Link    Twitter Link    YouTube Link    Instagram Link

Copyright © 2018 | Provide Feedback | Accessibility Statement | Privacy Policy | Forward this email.

LSU students, faculty and staff are automatically subscribed to LSU Broadcast communications; membership is updated through the university's official records management systems. Since broadcast communications may be used in times of emergencies, current members of the LSU community cannot be unsubscribed. *If you have any questions or comments regarding the content of this e-mail, please contact the LSU entity that requested it.*

# EXHIBIT A

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**From:** Brenton Sumler <bsumler@lsu.edu>
**To:** Kennan Johnson <kjoh263@lsu.edu>
**Subject:** [Appointment Reminder] Life Skills Event - Sex &amp; Excess: Surviving the Party @ 10/08/2017 6:00p-7:00p
**Date:** Sun, 08 Oct 2017 00:07:55 -0500
**Importance:** Normal

LSU

# Appointment Reminder

This is to remind you that an appointment has been scheduled for 10/08/2017 6:00p-7:00p. Details are included below.

**Organizer:** Brenton Sumler

**Topic:**
Life Skills Event - Sex & Excess: Surviving the Party

**Location:**
Bo Campbell Auditorium - Cox Building

**Date of Appointment**
10/08/2017 6:00p-7:00p

**Time:**
6:00p-7:00p

This is an official email correspondence from LSU Cox Communications Academic Center for Student-Athletes (CCACSA) through a contracted third-party vendor – GradesFirst. Any information submitted via the GradesFirst program will be used solely by LSU CCACSA staff for student-athlete academic and development purposes and will be held in the utmost confidence. Additional information regarding CCACSA's mission, staff, and points of contact can be found at: www.acsa.lsu.edu

Enter to Learn, Leave to Serve

Cox Communications Academic Center for Student-Athletes
Louisiana State University
www.acsa.lsu.edu

# EXHIBIT A

BOS-004623

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**CONFIDENTIALITY NOTICE:**  This email transmission, and any documents accompanying it, may contain confidential information belonging to the sender which is protected by The Family Educational Rights and Privacy Act (Buckley Amendment) and HIPPA.  It is intended only for use by the person(s) to whom it is addressed.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution of or the taking of any action in reliance on the contents of this information is strictly prohibited.  Please notify me immediately if this email has been received by you in error.

**Thank you for using GradesFirst!**



Powered by GradesFirst.

**EXHIBIT A**

BOS-004624

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**From:** My Student Body <msb@LSU.EDU>
**To:** <BROADCAST_MSB_NO@LISTS.LSU.EDU>
**Subject:** ***Requirement: Deadline Approaching for MyStudentBody Essentials Course - Nov. 2nd
**Date:** Tue, 09 Oct 2018 11:21:52 -0500
**Importance:** Normal

---

## Deadline Approaching

Hello Tiger,

Our records indicate you have not completed the MyStudentBody Essentials Course. This message is a friendly reminder to complete the MyStudentBody Essentials Course. All incoming students are **REQUIRED** to complete the MyStudentBody (MSB) Essentials Course. Please complete the requirement as soon as possible, as failure to do so will result in an inability to modify your course schedule for spring semester.

The MyStudentBody Essentials Course contains three modules: Alcohol, Drugs, and Sexual Violence, **you must complete ALL three modules with a passing score of 80% or higher to meet the requirement.** You can access the link to log-in and complete the course at www.lsu.edu/mystudentbody. You will be taken to the myLSU portal where you login using your myLSU username and password.

For all important information related to the MyStudentBody requirement, including log-in instructions, visit the Student Health Center website at www.lsu.edu/mystudentbody. If you have difficulty accessing the site, please reply to this message.


In Health,
The Office of Wellness and Health Promotion Staff
225-578-5718

# EXHIBIT A

BOS-003391

*HUMAN RELATIONS RISKS TRAINING:*

*STUDENT-ATHLETE ACKNOWLEDGEMENT FORM*

In September 2016, I attended training conducted by the Dan Beebe Group for addressing human relations risks, including misconduct such as harassment, discrimination, retaliation, bullying, hazing, emotional abuse, sexual misconduct and violations of state, NCAA or conference rules. I understand that such misconduct is prohibited by the University and will not be tolerated. I understand that those found to have committed misconduct will be disciplined.

Should any student observe or be personally subjected to harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct, or other misconduct, the Athletics Department and University offer multiple avenues of internal complaint as well as other resources provided during training. Student-athletes are not required to confront anyone who is the source of the complaint or anyone closely associated with persons who are the source of the complaint. However, I understand I have a responsibility to inform an uninvolved member of the Athletics Department or University administration, or otherwise utilize available avenues of reporting, so prompt action may be taken to stop misconduct and prevent future occurrences. Anyone named in a complaint will not be part of the investigative team. The Athletics Department and the University also may utilize an outside third-party investigator to help resolve allegations of harassment, discrimination, retaliation, bullying, emotional abuse, hazing, sexual misconduct or other misconduct.

The University does not tolerate retaliation against those making good faith allegations of misconduct or those participating in a corresponding investigation. The University recognizes that making false, bad faith accusations can have serious consequences for those who are wrongly accused. The University prohibits knowingly making false and/or malicious misconduct allegations, as well as deliberately providing false information during an investigation.

Kennan Johnson
PRINTED – Name of Student-Athlete

9/14/16
Date

_____
SIGNATURE of Student-Athlete

Women's Tennis
SPORT – Men's/Women's

EXHIBIT PHD
10
10-6-22 Johnson

**EXHIBIT A**

*LSU STUDENT-ATHLETES:*

*AVAILABLE REPORTING AVENUES AND OTHER RESOURCES*

*FOR MISCONDUCT 2016-17*

Following is a list of resources for reporting problems or getting help for personal issues. Contact information for the people and offices listed can be found on the LSU and Athletics Department web sites.

- Coaches
- Any member of Athletics Department administration, including but not limited to:
  - Sport Administrator/Supervisor
  - Senior Woman Administrator (SWA), Sr. Associate AD
  - Athletics Chief Financial Officer, Sr. Associate AD
  - Sr. Associate Athletics Director Compliance
  - Executive Director of the Academic Center for Student-Athletes
  - Deputy Director of Athletics (two people currently holding this same title)
  - Director of Athletics
- Athletics Department Assistance Program (ADAP)
- Confidential Resources: Athletics Department Sport Psychologist and University Student Health Center
- Office of Diversity (OoD)
- Office of the Dean of Students; Student Advocacy & Accountability (SAA)
- LSU CARES (through the Dean of Students Office)
- Title IX Coordinator or Deputy Coordinator for Students/LSU Dean of Students
- NCAA Faculty Athletics Representative (FAR)
- University Office of the General Counsel
- University Office of Internal Audit
- University Ethics & Integrity Hotline (third-party monitored; EthicsPoint; may remain confidential)
- LSU Police Department; Baton Rouge Police Department; or the EBR Sheriff
- The Lighthouse Program is a confidential resource offered through LSU Student Health Center for sexual assault survivors; SEXUAL TRAUMA, AWARENESS AND RESPONSE (STAR); LSU Student Health Center offers a Sexual Assault Nurse Practitioner (SANE) program



**DAN BEEBE GROUP**
STRENGTHENING YOUR TEAM

Dan Beebe (214) 924-7220; dan@danbeebegroup.com

Mike McCall (214) 415-8121; mike@danbeebegroup.com

# EXHIBIT A

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**From:** "Miriam Segar (via Maxient)" <notifications@maxient.com>
**To:** "Jennie L Stewart" <jstewart@lsu.edu>
**Subject:** [Maxient] IR #00018569 Dating Violence - On-Campus, Non Building - 01/28/2019 2:00 PM
**Date:** Mon, 28 Jan 2019 20:37:51 -0600
**Importance:** Normal
**Attachments:** IR00018569.pdf

---

#00018569
Primary recipient (awaiting your action in Maxient)

## Sexual Misconduct and Sexual Harassment (PM73) Complaint Form

### Background Information

Type of Complaint
**Dating Violence**
Urgency of this report
**Normal**
Date of incident
**2019-01-28**
Time of incident
**2:00 PM**
Location of incident
**On-Campus, Non Building - Nicholson Gateway Apartments**

### Involved Parties

**Kennan Johnson** (893621029) Female Victim
███Redacted███ted    Female Alleged

### Questions

If this is a discrimination or harassment complaint, please indicate the protected status(es) that is/are the basis of the alleged behavior.

Describe the incident(s)/event(s) including date, times, locations, and any potential witness(es) to the behavior.
███Redacted███ **and Johnson have been in an on/off again relationship for last few months. The two had a domestic argument this afternoon after a breakup with Johnson reportedly went to** ███Redacted███ **apartment to collect some of her belongings. During the encounter, an argument ensued and** ███Redacted███ **slapped Johnson across the face.** ███Redacted███ **accused Johnson of cheating on her.**

Describe the impact the behavior has had on you.
**mandatory reporter**

Have you taken any action to stop the behavior?
**Yes**

If you have taken action to stop the behavior, what actions have you taken and what was the outcome?
**Both young women have been referred to counselor for assistance with emotional distress.**



EXHIBIT
11
10-6-22 Johnson

# EXHIBIT A

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Please add any additional information that supports your complaint. You may upload screenshots, other pictures, or documents later in this form.

What remedy are you seeking (no contact, restrictions or limitations, removal)?
**mandatory reporter**

## Supporting Documentation

**No additional documents were attached to this report.**

## Submitted By

Your full name
**Miriam Segar**
Your position/title
**Sr. Associate Athletics Director**
Your phone number
Redacted
Your email address
**msegar@lsu.edu**
*[UNAUTHENTICATED]*

## Routing Information

Primary recipient:
**Jennie Stewart (Title IX Coordinator, Office of the General Counsel)**
Copied recipients:
  • Mari Fuentes-Martin, Ed.D.
  • Jeffrey Scott
  • Jonathan Sanders
Text msg recipients: None
Originating IP address: 130.39.199.197
Submitted through IR layout #40
Processed by routing rule #106

**Message sent by Maxient**
**Replies will be sent to the submitter (msegar@lsu.edu).**

# EXHIBIT A

BOS-004612

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**From:** "Miriam Segar (via Maxient)" <notifications@maxient.com>
**To:** "Jennie L Stewart" <jstewart@lsu.edu>
**Subject:** [Maxient] IR #00018585 Dating Violence - On-Campus, Non Building - 01/28/2019 3:00 PM
**Date:** Tue, 29 Jan 2019 16:13:52 -0600
**Importance:** Normal
**Attachments:** IR00018585.pdf



EXHIBIT
12
10-6-22 Johnson

#00018585
Primary recipient (awaiting your action in Maxient)

## Sexual Misconduct and Sexual Harassment (PM73) Complaint Form

### Background Information

Type of Complaint
**Dating Violence**
Urgency of this report
**Normal**
Date of incident
**2019-01-28**
Time of incident
**3:00 PM**
Location of incident
**On-Campus, Non Building - Nicholson Gateway**

### Involved Parties

**Kennan Johnson** (893621029) Female Victim
▓▓ **Bridges** (895334777) Female Alleged

### Questions

If this is a discrimination or harassment complaint, please indicate the protected status(es) that is/are the basis of the alleged behavior.

Describe the incident(s)/event(s) including date, times, locations, and any potential witness(es) to the behavior.
**This report is to supplement the previous report that was submitted on 1/28/2019 and contains additional information about the SAME incident (not a new incident). Both Kennan and ▓▓▓ are on the same athletic team so I met individually with both of them to make sure that each felt safe to continue practicing at the same time and traveling together on the same trips. Both indicated that they felt safe and didn't need accommodations and that the relationship has officially ended. Kennan was also advised that the physical confrontation was unlawful and that in addition to the Title IX process she could file a police report and press legal charges regarding the interaction.**
Kennan reports that when she went to gather her belongings from `Redacted` room that the two had an argument and that ▓▓▓ punched her on the side of the head and on the arm. Kennan has told the Athletic Trainer that she has a headache and potentially a concussion.
▓▓▓ indicated that when Kennan visited the room that Kennan apologized to ▓▓▓ and told her that she had cheated on her with another woman on the same team. In reaction, ▓▓▓ said she slapped her (open hand) on the face. ▓▓▓ indicated that Kennan continued to ask her to forgive her and even followed her out of the room and into the c▓▓▓▓▓▓▓ of the building asking her to forgive her and not

**EXHIBIT A**

**end the relationship.**
**It was later reported by teammates that on Sunday, January 27 that Kennan had been drinking and fell and hit the back of her head very hard against a dresser. This information has also been shared with the athletic trainer and medical doctor for evaluation.**

Describe the impact the behavior has had on you.
**Both young women have indicated that they do not want to proceed with formal charges. I am mandatory reporter.**

Have you taken any action to stop the behavior?
**Yes**

If you have taken action to stop the behavior, what actions have you taken and what was the outcome?
**Met with both students and asked them to cease personal contact and report any issues/concerns immediately.**

Please add any additional information that supports your complaint. You may upload screenshots, other pictures, or documents later in this form.

What remedy are you seeking (no contact, restrictions or limitations, removal)?
**mandatory reporter**

## Supporting Documentation

**No additional documents were attached to this report.**

## Submitted By

Your full name
**Miriam Segar**
Your position/title
**Sr. Associate Athletics Director**
Your phone number
**2255785785**
Your email address
**msegar@lsu.edu**
***[UNAUTHENTICATED]***

## Routing Information

Primary recipient:
**Jennie Stewart (Title IX Coordinator, Office of the General Counsel)**
Copied recipients:
  • Mari Fuentes-Martin, Ed.D.
  • Jeffrey Scott
  • Jonathan Sanders
Text msg recipients: None
Originating IP address: 130.39.199.197
Submitted through IR layout #40
Processed by routing rule #106

## Message sent by Maxient
Replies will be sent to the submitter (msegar@lsu.edu).

# EXHIBIT A