

JOHNSON_00004663

**EXHIBIT A**



@**juliaselllsu**

**Thanks for everything!**



**I hope you have a great day 💜 #championminded**



EXHIBIT A

JOHNSON_00004666



EXHIBIT 18
RP
10-6-22 Johnson
tabbies

**EXHIBIT A**    JOHNSON_00004664

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



EXHIBIT A

JOHNSON_00000057



●●●●● Verizon  LTE          9:35 AM              ⌁ ≯ 82% ▭

<                
            My            Kennan

iMessage
Yesterday 6:04 PM

Kennan Johnson

> Thank yall for never giving up on me when I have given up on myself. Thank you for always pushing me even though in the moment I hate it. I know it's not gonna be easy but nothing is. I just hope you both know I'm so thankful for you both and so blessed and honored to play for y'all and LSU. Sharks ready to bite. Have a good night and see you tomorrow! 🤍 🐯 ☝️

Always Shark!!

EXHIBIT Rep
**20**
10-04-22 Johnson

    

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

**EXHIBIT A**

 Verizon LTE    6:55 PM     ⓐ ▿ 70% 🔋

 KJ

**2 People ›**

Today 2:27 PM

Kennan Johnson

February 21st I need to reschedule my practice for earlier if possible please because I have a doctors appointment at 11am.

My Husband

 Needs to be done by 10:30am

Today 6:51 PM

Kennan Johnson

I just wanted to reach out and say thank you for everything y'all have done for me. I know I haven't been the easiest person to have on the team or deal with but I am only going up from here. I'm looking forward to these last few months working with you guys and kicking some ask. I just want to personally say I'm sorry to you both for my lack of leadership and maturity. I'm excited for the things ahead and to move forward. I love you both and I'm so thankful for y'all.



EXHIBIT
21
10-6-22 Johnson

  iMessage 

       

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXHIBIT A**

Verizon LTE    12:57 AM    7 57 %

### Post



     

**133 likes**

**lsuwten** "My favorite moment was when I earned my scholarship because it's been my dream to play here since I was a little girl...I'm just blessed and honored to have gotten to work with Julia and Mike." Join us before the match at 4 p.m. CT on Friday at the LSU Tennis Complex as we honor our seniors!

APRIL 3

EXHIBIT
22
10-6-22 Johnson

  

**EXHIBIT A**

ull Verizon LTE    1:05 AM    56%



Q Kennan Faith Johnson

**Kennan Faith Johnson** is with **Michael Sell** and **2 others**.

April 3 · 🌐

With my college tennis career coming to an end I'm so thankful for all the people who have helped me along the way. I am thankful for my teammates. I am thankful for my family and friends. But most importantly...thank you Michael Sell and Julia Scaringe Sell for ALWAYS believing in me! Come out and support me and LSU Women's Tennis this Friday at 4pm and celebrate ███████████ and I for senior day! GEAUX TIGERS🤍

My favorite moment was when I earned my scholarship because it's been my dream to play here since I was a little girl...I'm just blessed and honored to have gotten to work with the Sells.

Join us as we honor our seniors before the match at 4 p.m. CT on Friday, April 5!

EXHIBIT png
23
10-6-22 Johnson
tabbies

    

**EXHIBIT A**