UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL
                       CASE NO.: 3:21-cv-00242
                       DIVISION WBV-SDJ
VERSUS               JUDGE WENDY B. VITTER
                       MAG. JUDGE JOHNSON
                       JURY DEMANDED

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL

  * * * * * * * * * * * * * * * * * * * * * *

DAY 2 OF THE DEPOSITION OF

MIRIAM SEGAR

TAKEN AT SHOWS CALI & WALSH, 628 ST. LOUIS

STREET, BATON ROUGE, LOUISIANA 70802, ON

NOVEMBER 2, 2022, BEGINNING AT 9:04 A.M.

REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER
    CERTIFICATE NUMBER 29011

# EXHIBIT B

```
 1  Q   And you write to him on June 25th "the
 2      football team has a mandatory meeting at
 3      7 P.M. tonight with an outside consultant
 4      on sexual harassment and Title IX.  Would
 5      you be able to start the drug testing
 6      meeting tonight at 8?"  So, who was the
 7      outside counsel you were referring to
 8      here?
 9  A   The outside counsel?
10  Q   Consultant, I'm sorry, outside
11      consultant.
12  A   So, we've had different speakers come in
13      and I don't know if this was Elaine
14      Pasqua, who at one point came in and did
15      conversations with the athletic
16      department.  We had Rachel Baribeau that
17      came in and talked about topics like
18      this.  I don't recall, looking at this,
19      which one specifically it was.
20  Q   So, the Beebe Group was just for staff;
21      is that correct?
22  A   No, it was for student athletes as well.
23      This was really just additional
24      information and training that college,
25      like knowing they're college students.  I
```

1  think Elaine Pasqua's was, I can't
2  remember the exact title but it was
3  something along the -- I remember her
4  pulling out a banana and talking about
5  putting on a condom and talking about
6  getting consent and what consent was.
7  Rachel Baribeau's presentation, she came
8  a few different times but the first time
9  she talked about, I think she challenged
10 them.  I think her words were be a king,
11 be somebody's king, like treat women with
12 respect.  She talked about a personal
13 story and experience she had where she
14 felt like the person she was with that
15 she cared about wasn't a king for her
16 and she challenged them to be the right
17 person, do the right things and shared
18 some personal experiences of different
19 domestic situations she had faced.  We
20 had speakers like that that would come in
21 over the timeframe.  And they would
22 present to football but they would also
23 present to the general student population
24 so it wasn't just football.
25 Q  And do you recall who specifically was

1  A   No.  I remember talking to Mr. Sanders
2         about the hazing law change when it did
3         and about the different aspects that we
4         needed to educate on and I knew that we
5         needed to add some information to the
6         Beebe training.
7  Q   All right.  I'm going to show you what
8         we're going to mark as 17, which I'm not
9         sure any -- well let me just ask you
10        this.  Do you recognize this?  (Slide
11        show attached as Exhibit 17.)
12 A   It looks like the slide show.
13 Q   When you say the slideshow, what do you
14        mean by that?
15 A   The slides that are used in the
16        presentation.
17 Q   To students?
18 A   This one says students and student
19        athletes and then there would have been
20        probably a different one for staff.
21 Q   And is PFA Consulting the Beebe Group?
22 A   They changed their name, yes.
23 Q   Do you recall when this was from?
24 A   The year, you mean?  I don't.
25 Q   When you said they would come for a week-

1         long training, you said that earlier, do
2         you mean they would offer trainings on
3         five different days so you could get
4         everybody or was it actually a week-long
5         training for all student athletes?
6    A    It was every athlete or team was assigned
7         a time and then as the days would go on,
8         I would check and like oh, these three
9         kids missed and I would call the coach,
10        they need to come to this one or that one
11        and we would try to whittle down so we
12        made sure we got everybody to attend and
13        if there was a group or people that
14        missed because of maybe they were sick or
15        they -- they would be kept on a list to
16        come in the next trainings.  So, we had
17        them come in usually three times a year
18        but two times a year for the longer
19        amount of days so that we could get the
20        most staff trained.
21   Q    Staff trained or students trained?
22   A    Both.
23   Q    And again, they were giving the same
24        presentation multiple times over multiple
25        days to try to get as many people as they