UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL

                CASE NO.: 3:21-cv-00242
                DIVISION WBV-SDJ

VERSUS          JUDGE WENDY B. VITTER
                MAG. JUDGE JOHNSON

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTRUAL AND MECHANICAL
COLLEGE, ET AL

  * * * * * * * * * * * * * * * * * * * * * *

VIDEO CONFERENCE DEPOSITION OF

JULIA SELL

TAKEN VIA ZOOM, BATON ROUGE, LOUISIANA, ON

JANUARY 30, 2023, BEGINNING AT 9:06 A.M.

REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER
    CERTIFICATE NUMBER 29011

**EXHIBIT D**

```
 1  A    Yeah.
 2  Q    Tell me about those.
 3  A    I'm interested in all kinds of things
 4       from sales to marketing to the other side
 5       of sports -- sports betting.  I'm
 6       interested in a lot of things, which is
 7       probably part of the problem.  It's kind
 8       of picking my next step I hope to be in
 9       for a long time so it's kind of picking
10       what's the right next path.
11  Q    We're going to turn now more specifically
12       to your time at LSU in terms of some of
13       the allegations in the complaint.  And
14       the first topic I'm going to go through
15       is Title IX and I had asked you before
16       about if you had known what Title IX was
17       when you arrived at LSU.  So, now I'd
18       like to ask you at the time you left LSU
19       what was your understanding of what Title
20       IX was?
21  A    My understanding is it encompasses the
22       federal regulation, it's something
23       anybody who takes money from the
24       government has to abide by.
25  Q    Did you ever receive any training on
```

1   Title IX during the time that you were
2   working at LSU?
3 A Yes.
4 Q Tell me about what training you received.
5 A We had a lot of online courses we had to
6   do. We had these groups that would come
7   in and present and speak about it.
8 Q Who put on those trainings?
9 A I think the Dan Beebe Group, if I'm
10  remembering the name correctly. I have
11  to look back. They came in for several
12  years doing presentations and talking
13  about it. But LSU gave us a lot of the -
14  - I think Dan Beebe was through the
15  athletic department. I think the online
16  stuff was through campus or maybe both.
17  I'm honestly not certain.
18 Q Do you recall how often you received
19  those trainings?
20 A There were a lot you had to do yearly.
21  Dan Beebe, I don't know if it was once a
22  semester or once a year. I don't
23  remember.
24 Q Did you ever receive any training on any
25  obligations you may have had as a

**EXHIBIT D**

```
 1         responsible employee or mandatory
 2         reporter?
 3   A     Yeah, that started my first mandated
 4         reporter training was for camps.  If you
 5         were running camps you had to complete
 6         like an online course.
 7   Q     About how long after you started at LSU
 8         was that training that you took for the
 9         camps?
10   A     It was at least three or four years.  The
11         first time I did it we were in the new
12         facility.  So, we moved into the -- I
13         don't remember when we moved into the new
14         facility -- my third or fourth year.  I
15         think it was my third.  Sorry.
16   Q     So, that would have been approximately
17         2015 or 2016; is that right, based on my
18         understanding of your timeline?
19   A     Yeah, '15 or '16, that I recall.
20   Q     What were you instructed during that
21         training?
22   A     During the mandated reporter training?
23   Q     Yes, that particular training, yes.
24   A     What I took from that is if you see any
25         signs of abuse or you hear of any signs
```

```
 1         of abuse or assault to go report it.
 2         Kind of like a see something, say
 3         something mentality.
 4   Q    In that training did they tell you where
 5         you were supposed to go report it?
 6   A    I don't remember.
 7   Q    Did you ever take any training on the
 8         topic of mandatory reporting or
 9         responsible employee obligations after
10         that training?
11   A    Well, that I believe you had to do it
12         either yearly or every two years.  And
13         then I believe as part of the Dan Beebe
14         Group, I believe they spoke on that but
15         I'm a little fuzzy on who said what in
16         regards to all the training.
17   Q    If you can recall, was there ever any
18         instruction about reporting to Miriam
19         Segar?
20   A    Yes, we were given a letter from Joe
21         Alleva where he instructed us if anything
22         happened that we report it to Miriam.  We
23         had a whole sheet though with a bunch of
24         different places where you could go
25         report to.  But yes, there was an
```

**EXHIBIT D**

```
 1         instruction of like if something happened
 2         to make sure you also informed Miriam.
 3   Q     Were you ever instructed about reporting
 4         to the Title IX office on campus?
 5   A     That was an option.  It was one of the
 6         many places you could report to.
 7   Q     Was it your understanding that you were
 8         obligated to report to the Title IX
 9         office?
10   A     No.
11   Q     Are you aware of a policy called the PM
12         73?
13   A     That sounds familiar but only because
14         it's come up in the course of this
15         litigation but I don't remember what it
16         specifically says.
17   Q     Do you recall ever receiving any training
18         specifically on the PM 73?
19               MR. KORNMAN:
20                     Object to form but you can
21               answer.
22   A     What's it called?  Isn't there like a
23         name for it?
24   BY MS. ABDNOUR:
25   Q     Yeah, it's the Title IX policy.  I can
```

```
 1        look up exactly what it's called but it's
 2        the Title IX policy for the institution.
 3   A    I want to say they like in the Title IX
 4        online training I think they quote those
 5        numbers or letters, whatever.
 6   Q    Do you have any recollection of whether
 7        that policy says anything about the
 8        obligations of mandatory reporters or
 9        responsible employees?
10   A    No, I don't remember exactly what said.
11   Q    Do you yourself have any experience with
12        domestic violence, sexual assault,
13        stalking or any of the topics covered by
14        that policy?
15              MR. KORNMAN:
16                    Object to form.  You can
17              answer.
18   A    No.
19   BY MS. ABDNOUR:
20   Q    I want to ask about investigations that
21        may have occurred during your time at
22        LSU.  During your time there are you
23        aware of LSU ever being the subject of
24        any investigations by the NCAA?
25   A    Yes.
```

**EXHIBIT D**

1  conversation I had with them was they
2  wanted to immediately leave and so we
3  kind of said well, thank you.  It's been
4  great.  Good luck.  Goodbye and they
5  didn't even let us take Jade back to the
6  hotel.  They took her back, packed up,
7  they were gone before the rest of us even
8  got back to the hotel.
9  Q  Let's move now onto Kennan Johnson.  I
10    know she came to LSU in a little bit of a
11    different route than others.  Tell me
12    about how you first learned about her and
13    what her path was to the team?
14  A  They really approached me when I was
15    first hired at LSU.  The mom was an alum
16    and they lived in Baton Rouge and Kennan,
17    I mean they were obviously both big Tiger
18    fans.  I had seen Kennan play at
19    tournaments.  They would come to all of
20    our home matches.  I think they hosted
21    some meals for the team.  They were just
22    very involved in the program in general,
23    just trying to be supportive.
24  Q  So, then at some point she joined the
25    team; how did that come about?

**EXHIBIT D**

1  A   She spent a year at UCF.  She got kicked
2      off the team there.  She then transferred
3      to Oregon and got kicked off the team
4      there.  And her mom was always coming
5      around matches, always around.  She also
6      taught locally so we'd just see her
7      within the community quite a bit but she
8      was talking about what to do because you
9      can't transfer more than once without
10     having to sit, which was going to make it
11     really difficult for her to get recruited
12     anywhere else and I just said to the mom
13     have her come here.  I'd love for her to
14     join us.  I don't think I had a
15     scholarship at the time but I was like if
16     she wants to come home, let's do this.
17     Have her come home and join our team.
18 Q   You said she had been kicked off of the
19     two prior teams.  Do you have any
20     knowledge or understanding about why that
21     occurred at either of those programs?
22 A   She really struggled at UCF.  She talked
23     to me really in-depth about it.  The
24     final straw was she punched a soccer
25     player and that was it.  She was done.

```
 1       was like okay, bring her in but that was
 2       a unique obstacle, yes.  She was also
 3       ineligible her first year.  We tried to
 4       get her eligible but it failed.  She
 5       still had to sit her first full year.
 6   Q   What was the reason she was ineligible?
 7   A   Because she transferred twice and you're
 8       only allowed to transfer once and
 9       immediately play at the next institution.
10   Q   I see.  And then at some point obviously
11       she was eligible to play the following
12       year and at some point she was also given
13       a scholarship; is that right?
14   A   Uh-huh.
15   Q   Do you recall when that happened?
16   A   The end of her first year.  I think it
17       was early May.  We made it a big
18       scavenger hunt around campus, we had Mike
19       the Tiger come out, we made it like a
20       big, huge surprise.
21   Q   How were you able to secure a scholarship
22       for her?
23   A   I think at that point I had had someone
24       turn pro and so one became available but
25       I had told her when she returned to never
```

1     expect a scholarship from me because I
2     had already had it in the works for other
3     players so when one became available, I
4     thought she'd done a really good job by
5     the end of that first year and I wanted
6     to give it to her. I certainly didn't
7     have to.
8 Q When you were first looking at having her
9     join the team, what kind of a player was
10    she and what potential did she have at
11    that point initially?
12 A What do you mean when I first looked at
13    her?
14 Q I mean when you were first suggesting
15    that she come and join the team when you
16    were going through sort of the back-and-
17    forth with Miriam about whether you could
18    bring her on. What was your opinion
19    about her level of play and potential at
20    that point?
21 A She always was one of those players where
22    like if they applied themselves you
23    thought there was potential there. She
24    had a lot of athleticism and she had
25    started to have some better results at

**EXHIBIT D**

```
 1        forth --
 2   A    Yeah, sorry, it's all over the place.  I
 3        mean she's either trying really hard or
 4        not trying at all and there really wasn't
 5        much in-between.
 6   Q    I'm going to ask you a question you may
 7        not have an answer to but you had
 8        mentioned regarding Abby that you didn't
 9        think that likely Abby had the skills to
10        be in the top five hundred.  Would you
11        have felt the same way about Kennan or
12        would she have potentially if she had
13        been able to maintain more of a steady
14        demeanor been able to reach that level?
15   A    That's a lot of ifs.  I mean if she could
16        ever emotionally, mentally, maybe.
17        Kennan certainly had more of a chance.
18        She had a bigger game but the mental side
19        of tennis is more important than the
20        physical.
21   Q    One thing I know that you're aware of at
22        this point is concerns that Kennan has
23        raised about statements you may have made
24        about her weight.  Do you recall ever
25        making any comments to Kennan or
```

```
 1         statements to her about her weight?
 2    A    I have never initiated any conversation
 3         with her about weight.  I can't talk to
 4         her about weight. They have those rules.
 5         I have told her that but she came to me
 6         many times wanting to work on her weight,
 7         work on her fitness, even when I
 8         recruited her from Oregon, she credited
 9         losing weight, getting in shape, getting
10         healthy, that maintaining a weight
11         finally allowed her body to heal and that
12         she wanted to continue that at LSU.  That
13         was one of her big things that she
14         credited herself so we had her set up
15         with a nutritionist from the start.  She
16         also really credited her work with the
17         psychologist, which is another thing we
18         made sure she had time to do.
19    Q    So, then you said to me that you're not
20         allowed to talk to her about weight; what
21         do you mean by that?
22    A    I can't talk to them about weight.
23    Q    Is that an LSU rule, an NCAA rule, where
24         does that rule come from?
25    A    It's an LSU rule.  What you're supposed
```

1       to do is just say hey look, I can't
2       advise you on that but here's a
3       nutritionist number.  If you want to go
4       there you can.  It's not mandatory.  It's
5       totally your choice, totally your option.
6       It can be confidential if you want.  You
7       can share it with coaches if you want but
8       it's totally up to you.  Here's a
9       resource, use it, don't use it, you're an
10      adult, make your decision.
11  Q   So, from your recollection, any
12      conversations related to that topic were
13      initiated by Kennan; is that right?
14  A   Yes.
15  Q   And then I'm sure you also know from
16      reading the complaint that she alleges
17      some concerns about potential bias or
18      discrimination against her due to her
19      sexual orientation; do you recall ever --
20      well, first of all, do you know Kennan's
21      sexual orientation?
22  A   Yes.  I know that she's gay.
23  Q   When did you first become aware of that?
24  A   The moment I saw her when she was fifteen
25      years old and I saw her play.

```
 1  Q   What did you see in her that indicated to
 2      you that she was gay when she was fifteen
 3      years old?
 4  A   It was my assumption.  The way she moved,
 5      the way she behaved, the way she spoke
 6      and then she was very -- as she got older
 7      she was very open about it.  She talked
 8      about it herself.  She posted about it
 9      herself.  So, my assumptions were
10      confirmed, so to speak, later but she
11      just had that look that made me think she
12      was.
13  Q   Okay.  What are some qualities of that
14      look?
15  A   She wore all boys clothing, she had a
16      boy's haircut, the way she spoke on a
17      tennis court, she behaved more like a
18      man, she constantly talked about women,
19      how they looked, her attraction.
20  Q   Do you have any personal beliefs,
21      religious or otherwise, about
22      homosexuality?
23  A   No.  I could care less.  I welcome the
24      diversity.
25  Q   Did you ever talk to Kennan about her
```

**EXHIBIT D**

```
1         expression of her sexual orientation
2         making anyone uncomfortable?
3    A    No.
4    Q    Did you ever tell her to modify her
5         behavior regarding her expressions of her
6         sexual orientation?
7    A    No.
8    Q    Did you ever have any concerns about any
9         of the relationships that you knew that
10        Kennan was in?
11   A    Yes.
12   Q    Can you share those?
13   A    She had a relationship with a teammate
14        that was particularly volatile.
15   Q    In what sense was it volatile?
16   A    They were cutting themselves, they were
17        getting very drunk, they were threatening
18        to kill themselves if one broke up with
19        the other.
20   Q    How did you become aware of those
21        concerns?
22   A    The girlfriend expressed it to me but
23        also other players on the team expressed
24        concern for their well-being.
25   Q    How did you respond when you heard about
```

```
 1       also utilized the people on campus but
 2       like if I saw a shift in her behavior, I
 3       would follow-up with the psychologist --
 4       hey are you guys still meeting, is she
 5       missing because I'm seeing her a little
 6       more emotional this week.  I'd follow-up
 7       with the mom -- hey, is she still going
 8       to the outside one because she's telling
 9       me she's going.
10  Q    Was there anyone else that you were aware
11       of that Kennan had a relationship with on
12       the team aside from that individual?
13  A    A relationship no.  Nothing else I was
14       aware of.
15  Q    Did you ever tell Kennan that any of her
16       behaviors would make her teammates
17       uncomfortable?
18  A    Any of her behaviors?
19  Q    Yes.
20  A    No.
21  Q    Did any of Kennan's teammates ever
22       express to you that they made her
23       uncomfortable in any way?
24  A    Yes.
25  Q    Tell me about that.
```

```
 1   A    We had a few that came up where Kennan
 2        was kicking them out of their hotel rooms
 3        on road trips because she wanted to hook-
 4        up with the teammate and they were very
 5        upset for being kicked out of their own
 6        room and then obviously being kicked out
 7        so they could hook-up and that was their
 8        personal space so they felt their
 9        personal space was being violated.  That
10        was, I mean it's just disrespectful and
11        then they were being kept out of their
12        rooms really late and so teammates were
13        really concerned, she wasn't preparing
14        for the matches and then she was
15        struggling in the matches.  It was clear
16        she was exhausted so yeah, they were
17        upset.
18   Q    What was your response to these concerns?
19   A    I pulled Kennan and the girlfriend aside
20        and said you need to be professional and
21        you need to respect shared spaces and
22        it's just like the locker room, it's just
23        like any office where it's a shared
24        location and you need to just respect
25        that that's their place.  You can't ask
```

# EXHIBIT D