UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


ABBY OWENS, ET AL

                  CASE NO.: 3:21-CV-00242

                  DIVISION WBV-SDJ

VERSUS              JUDGE WENDY B. VITTER

                  MAG. JUDGE JOHNSON

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL

* * * * * * * * * * * * * * * * * * * *

C O N F I D E N T I A L

30 (b)(6) DEPOSITION OF

BOARD OF SUPERVISORS OF LOUISIANA STATE

UNIVERSITY AND AGRECULTURAL AND MECHANICAL

COLLEGE ("BOARD") through

JOSH JONES, WENDY NALL, DR. JANE CASSIDY,

JENNIFER NORMAND, JEFF DEVEER


TAKEN AT PHELPS DUNBAR, 400 CONVENTION

STREET, BATON ROUGE, LOUISIANA, ON APRIL 11,

2023, BEGINNING AT 9:22 A.M.


REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER

Certified Copy

**EXHIBIT E**

```
 1   BY MS. ABDNOUR:

 2   Q    Why is it concerning if it's true?

 3   A    Because sexual harassment is always

 4        concerning.

 5   Q    Do you think that there's anything that

 6        the institution should do if the

 7        allegations are true?

 8               MS. GREEN:

 9                    Object to the form of the

10               question.

11   A    I don't have enough information yet to

12        make a decision on that.

13   BY MS. ABDNOUR:

14   Q    Okay, we're going to jump into the topics

15        now and again, if there's anything that

16        you aren't sure about or you don't know,

17        please just let me know.  You probably

18        know we've been on a really tight

19        timeline with this so I'm going to try to

20        stick to the things that I think I'm

21        supposed to ask you but if I don't,

22        anyone please let me know.  So, you

23        mentioned that you had reviewed the

24        relevant policies and procedures that

25        were in place at LSU during the time
```

# EXHIBIT E

1    period that was referenced after I

2    discussed with Phelps Dunbar attorneys,

3    which was 2013 to 2021.  Can you tell me,

4    from your perspective, did you feel that

5    those policies were sufficient under your

6    understanding of what the Title IX

7    regulations and obligations were?

8              MS. GREEN:

9                   Object to the form of the

10              question.

11   A    Yes, I mean you had kind of a series of

12        policies.  So, prior to 2014, the

13        policies in place, well there's two

14        separate policies.  You have a student

15        code of conduct and then you had employee

16        policies including PS 1.  Starting in

17        2014, that was I believe the first year

18        that you had PM 73, which was a permanent

19        memorandum over all institutions and so

20        looking at the obligations as set forth

21        by -- at that time it would have been

22        both the Dear Colleague letter of -- and

23        there was previous guidance.  I know

24        there was previous guidance in 2001 but

25        yes, I think it met the obligations as

**EXHIBIT E**

```
 1          set forth in both the 2011 Dear Colleague
 2          letter and the 2014 question and answer.
 3          I mean the three main obligations under
 4          those policies was that you have a notice
 5          of non-discrimination to disseminate,
 6          right, that you have a grievance
 7          procedure and process and all of that
 8          happened.  A Title IX coordinator was
 9          designated during that period so yes, it
10          met those obligations and I also think
11          while those letters, especially the 2011
12          Dear Colleague letter, didn't go into
13          great detail about the exact nature of
14          what your grievance policy or procedure
15          had to be.  There was a lot of kind of
16          leeway.  There was a grievance procedure
17          that afforded what the Dear Colleague
18          letter required.
19  BY MS. ABDNOUR:
20  Q    And based on your review of the
21          documents, do you think there was a
22          sufficient process in place for training
23          of staff and faculty to understand their
24          obligations?
25                  MS. GREEN:
```

# EXHIBIT E

Confidential BOARD SUPERVISORS

04/11/2023
Page 32

```
 1                         Object to the form of the
 2               question.
 3   A    From what I understand, yes there was.
 4         That was overseen by HR so they know the
 5         ins and outs of it but yes, there was a
 6         training for responsible employees.
 7   BY MS. ABDNOUR:
 8   Q    Can you describe how the communications
 9         occurred between the Title IX office and
10         HR to ensure that those obligations were
11         met?
12   A    So generally, the Title IX office is kind
13         of the subject matter expert.  So, the
14         Title IX office needs to make sure that
15         the content of the training is what needs
16         to be in there, whereas HR is the kind
17         of, I guess, operationalization of that
18         training.  So, they're the ones that load
19         it into whether it be Moodle or another
20         platform.  They push it out to employees,
21         they send reminders to employees, they
22         put reminders in different news and notes
23         and different kinds of newsletters,
24         things that go out to all staff. So, they
25         operationalize it.  Title IX needs to
```

# EXHIBIT E

```
 1        make sure that the training has what
 2        needs to be in it.
 3    Q   What procedures did Title IX go through
 4        during that period to ensure that the
 5        trainings had what they needed?
 6    A   I know that each training was reviewed by
 7        the Title IX coordinator at the time.
 8    Q   Who prepared the training?
 9    A   I don't know exactly who prepared the
10        training.  My understanding is it was
11        probably a group of people, including the
12        Title IX coordinator but I can't give you
13        specific names.
14    Q   Do you know what offices or what
15        departments those folks came from?
16    A   At a very minimum, HRM -- human resource
17        management -- and Title IX.
18    Q   How did that preparation occur?  Were
19        those in person meetings, phone calls,
20        emails; what did that process look like?
21    A   That I don't know.
22    Q   How often did that process occur, that
23        they reviewed or updated the training?
24    A   That I don't know.
25    Q   How often were Title IX and HR in
```

**EXHIBIT E**

```
 1   A    The Board of Regents training?
 2   Q    Yeah.  Is that what I just asked you or
 3        no?
 4   A    No.  So, that was prepared by -- I don't
 5        know the group.  There's a group of folks
 6        that oversee health, safety and wellness
 7        with the Board of Regents so I believe
 8        that's led by Doctor Allison Smith.  She
 9        would have had consultation with it but
10        it was prepared by -- I think they
11        changed names -- I think it's Parker Poe
12        now, so an attorney -- Nina Gupta -- and
13        some of her staff with Parker Poe
14        prepared the forty-five minute Board of
15        Regents section.
16   Q    Let me get back to a couple of more
17        questions I wanted to ask before we get
18        off the topic of the past trainings.  How
19        often were those trainings being given,
20        the ones that you were mentioning that
21        were prepared by the committee that
22        included the Title IX coordinator and HR?
23   A    You're specifically speaking to the
24        training for employees?
25   Q    Right, training for employees, yes.
```

# EXHIBIT E

Confidential BOARD SUPERVISORS 04/11/2023

Page 37

```
 1   A    Sure.  So, that was done annually.  So,
 2        it was on a calendar year cycle.  The
 3        training would generally open January 1st
 4        and then it would close December 31st.
 5   Q    How was that training provided; what was
 6        the format?
 7   A    It's called Moodle.
 8   Q    Is that electronically, then?
 9   A    Correct.
10   Q    Was it a video, was it slides, was it a
11        combination?
12   A    I believe it was a voice-over slide deck
13        situation.
14   Q    How did the Title IX office ensure that
15        all of the staff and employees completed
16        that training every year?
17   A    That was the responsibility of HRM, so
18        they would have to answer that.
19   Q    If I'm understanding right, there was no
20        oversight of the Title IX office to
21        ensure that that occurred?
22                 MS. GREEN:
23                     Object to the form of the
24                 question.
25   A    I can't say whether or not conversations
```

**EXHIBIT E**

```
 1        occurred between the Title IX coordinator
 2        because the Title IX coordinator, I
 3        believe and especially starting in 2018,
 4        had to report training percentages to the
 5        state.  So, I'm assuming that there
 6        must've been conversations based on that
 7        but ultimately that oversight for making
 8        sure employees finished their training
 9        lies within human resource management.
10  BY MS. ABDNOUR:
11  Q    What happens if someone didn't complete
12        their training during that time?
13  A    I don't know.
14  Q    One of the obligations that was outlined
15        in the Dear Colleague letter in the Q&A
16        that were issued in 2011 and 2014, was
17        the Title IX coordinator's obligation to
18        ensure that any ongoing hostile remedies
19        are addressed at an institution; are you
20        familiar with that requirement?
21  A    Yes.
22  Q    What steps did the Title IX coordinator
23        take, if any, to ensure that those
24        trainings -- specifically with regard to
25        staff obligations -- addressed any
```

# EXHIBIT E

1    **hostile environment that the Title IX**

2    **coordinator had become aware of during**

3    **that year?**

4    A    If I understand the question, so hostile

5    environments were not directly addressed

6    through that type of training.  That

7    would have been outside -- because that

8    annual training was going to -- I don't

9    know the exact number of employees during

10    this entire timeframe but I'm assuming it

11    would have fluctuated -- at least over

12    5,000 just on the LSU A&M campus.  So,

13    that training was meant to be kind of

14    very broad so if there was a hostile

15    environment in any particular department

16    or area, that would have been addressed

17    with either separately-created

18    individualized trainings, interventions

19    between the Title IX coordinator or HRM

20    but not through that annual training.

21    Q    **Okay.  So, describe for me, if you can,**

22    **what specific departmental or unit**

23    **trainings were created during that period**

24    **to address any hostile environments that**

25    **may have come up?**

**EXHIBIT E**

Confidential    BOARD SUPERVISORS    04/11/2023
Page 40

```
 1   A    I can't speak to that.  I don't know.
 2   Q    Were any of those trainings ever updated
 3        to address any systemic concerns about
 4        employee reporting?
 5                   MS. GREEN:
 6                       Object to the form of the
 7                   question.
 8   A    In regards to the annual training?
 9   BY MS. ABDNOUR:
10   Q    Correct.
11   A    No.
12   Q    Are you aware of it occurring related to
13        any of the unit or departmental trainings
14        that you described?
15   A    No.  If somebody was found to not be
16        engaging in their mandatory reporting,
17        that was a separate disciplinary process.
18   Q    My question is related to any sort of
19        more systemic issues of not reporting
20        within a department or unit?
21   A    Not that I'm aware of.  I mean I know
22        that there were some units that had
23        additional -- they went above and beyond
24        that annual training -- so, for example,
25        LSU Athletics -- I believe his name is
```

# EXHIBIT E

```
 1         Dan Beebe, it's something close to that.

 2         They had additional trainings and they

 3         actually, I believe, had to sign forms.

 4         Those forms were collected by LSU so I

 5         can't speak to the exact specifics of

 6         those trainings but again, there were

 7         some units that did additional trainings

 8         beyond that mandatory annual training and

 9         then there's also -- the state has a

10         mandatory civil service training.  So,

11         civil service employees have to do a

12         sexual harassment training through the

13         state as well.

14    Q    With respect to that civil service

15         training, who at LSU would have to do

16         that training?

17    A    Anyone who's been designated as a civil

18         service employee.

19    Q    Can you give me some examples of who that

20         would be?

21    A    I believe it would be folks --

22         custodians, certain facilities workers --

23         I imagine like landscapers, those types

24         of positions.

25    Q    You mentioned that there were some other
```

# EXHIBIT E

Confidential                    BOARD SUPERVISORS                    04/11/2023

1     units in addition to athletics that had

2     done some sort of above and beyond

3     trainings.  What other units during that

4     period did those?

5  A   I know that Greek Life had an annual

6     training for new members.  So, it was

7     done -- there was one big training that I

8     believe every fraternity and sorority had

9     to send at least seventy percent of their

10    chapter to that training to get credit

11    for.  And then both the Title IX office

12    and the Lighthouse would do

13    individualized trainings for fraternities

14    and sororities.  Those were less

15    employee-based.  Those were going to be

16    things around healthy relationships,

17    consent and those types of topics.

18 Q   What else besides Greek Life?

19 A   Greek Life and then student organizations

20    often do more training.  Those are

21    probably the bigger areas and then I know

22    housing, Residence Life, does specialized

23    trainings for their staff, including

24    their RAs.  So, they do -- I mean their

25    summer is spent -- I don't know the ins

# EXHIBIT E

Confidential BOARD SUPERVISORS

```
 1        and outs of all their training but they
 2        spend a lot of time over the summer
 3        training and there's usually a component
 4        of reporting so that their staff knows
 5        what to do when students report to them
 6        or share their experience.
 7   Q    Let's go back to the trainings that were
 8        done in athletics, the Dan Beebe
 9        trainings.  We asked Jennie Stewart some
10        questions about this but I want to ask as
11        a more overall question for the board,
12        which is -- what processes or procedures,
13        if any, were in place to ensure that
14        those trainings were compliant with what
15        LSU's Title IX policy was?
16   A    I can't speak to that.
17   Q    With respect to the other trainings that
18        you described -- Greek Life, student
19        organizations, housing, ResLife, et
20        cetera -- what processes were in place to
21        ensure that those trainings provided
22        accurate information about LSU's Title IX
23        policies?
24   A    Sure.  Well, many of those were developed
25        by the Title IX office and so those were
```

# EXHIBIT E

```
 1        going to include topics -- I think the
 2        big three topics are usually consent,
 3        healthy relationships and bystander
 4        intervention, which are some of the
 5        topics that are mentioned by previous
 6        Title IX guidance.
 7   Q    Was there a specific oversight or review
 8        role for the Title IX office with respect
 9        to those trainings?
10   A    I'm not sure.
11   Q    Hang on a second.  I'm just reviewing my
12        list because I don't want to go over
13        anything that we've either gone over or
14        that you aren't going to be able to
15        answer.  What role, if any, did the Title
16        IX office have during that time period
17        when a responsible employee obligation
18        was not met?  So, for example, if someone
19        had a reporting obligation and they did
20        follow it, what role did the Title IX
21        office have in that?
22   A    Based on our review of records, the Title
23        IX office would investigate whether or
24        not a mandatory report should have been
25        made.
```

# EXHIBIT E

```
 1        were there any reports made with the
 2        Title IX office other than what's been
 3        identified in this lawsuit?
 4   A    Not to my knowledge, no.
 5   Q    Same question for ██████████?
 6   A    No.
 7   Q    Same question for ██████████?
 8   A    No.
 9   Q    Same question for █████████?
10   A    No.
11   Q    Same question for ███████████?
12   A    No.
13   Q    Describe for me all of the different
14        options -- and there may just be one but
15        I think there's more than one -- the
16        different options that mandatory
17        reporters had for reporting to the Title
18        IX office just on the Baton Rouge campus
19        during that period?
20   A    They could get the information to the
21        Title IX office any way.  They could call
22        the Title IX coordinator directly, they
23        could email the Title IX coordinator,
24        they could email the Title IX office,
25        they could stop by the office, I mean
```

# EXHIBIT E

Confidential    BOARD SUPERVISORS

```
 1          really anyway as long as the information
 2          got conveyed.  There was no one-way that
 3          was mandated and then once the Maxient
 4          and EthicsPoint systems were put in
 5          place, that provided an additional way to
 6          report through online reporting forms but
 7          it could come in anyway as long as it got
 8          to the Title IX coordinator.
 9    Q     When did Maxient and EthicsPoint come
10          into play?
11    A     I believe Maxient -- I don't remember
12          exactly.  I want to say it was 2016 and
13          I'm less sure about EthicsPoint.  I think
14          Title IX started going into EthicsPoint -
15          - it may have existed before then, I
16          can't speak to whether or not other
17          offices like compliance used it before
18          then.  But I believe Title IX cases,
19          again, started to go into EthicsPoint
20          around 2016, maybe 2017.
21    Q     What training, if any, was provided to
22          folks on campus in terms of how to use
23          those two systems?
24    A     I can't speak to any -- because the
25          training may have been different for
```

# EXHIBIT E

1       different folks -- so, Maxient provides

2       certain training videos through the

3       Maxient site.  So, for example, ResLife

4       may do different trainings than the Title

5       IX office did, versus student

6       accountability and advocacy but Maxient

7       provides both in-person trainings, online

8       trainings, Maxient has a whole help

9       system where you can watch series of

10      videos.  So, that's all the training that

11      would have been available to folks but it

12      probably changed from person to person or

13      differed.

14  Q   **Were Maxient and EthicsPoint available to**

15      **any employee to use for reporting or only**

16      **certain categories of employees?**

17  A   Anybody can -- in fact, you could be a

18      non-employee and report through those.

19      It doesn't even require you to be an

20      employee so any individual can report

21      through those forms.

22  Q   **How would someone be aware of the fact**

23      **that they could report using those**

24      **systems?**

25  A   If they'd gone to either -- again,

# EXHIBIT E

```
1    there's going to be kind of a series of
2    changes throughout this time period but
3    initially there would've been information
4    on both the HRM site and the student
5    accountability and advocacy site, so
6    specifically like on the HRM site -- once
7    you got to the Title IX page, it would
8    say report an incident and then I believe
9    it said if you're a student, report here.
10   If you're an employee, report here.  And
11   so, that would just bring you.  You
12   didn't have to know a link to get into.
13   You would just hit those buttons and
14   bring it right in.  On the SAA website, I
15   believe it just had one report-an-
16   incident button.  Again, it had a series
17   because you could report about academic
18   misconduct or just fighting, drugs,
19   hazing -- all of that -- but it only had
20   the link, I believe, for the student
21   reporting forms since they only oversee
22   students and then once you had a
23   dedicated Title IX website, you now had
24   those buttons in three different websites
25   where you could get into those reporting
```

# EXHIBIT E

```
 1        forms.

 2   Q    For the time period in question, tell me

 3        how the information -- just with respect

 4        to the Baton Rouge campus -- how the

 5        information about how to contact the

 6        Title IX coordinator for the campus was

 7        published and disseminated?

 8   A    Sure.  It was on several websites,

 9        including the student accountability,

10        dean of students website, HRM website,

11        once there was a dedicated Title IX

12        website, all that information was on that

13        website.  It was also posted in the PM 73

14        policy, I believe -- and PM 73 and PM 95

15        have since been rescinded because PM 73

16        kind of supersedes them but that

17        information would have been in those two

18        policies.  You also had -- so, the

19        student health center published what --

20        I'm trying to remember -- we call it the

21        wheel.  I think it has a different name

22        to it but what it is is it's a kind of

23        poster that has a wheel of resources for

24        reporting.  So, it has information about

25        Lighthouse, the Title IX coordinator,
```

**EXHIBIT E**

```
 1         HRM, it has information about local

 2         resources on that, so that's been

 3         published for, I think, just about a

 4         decade now and every year it's updated so

 5         we have a new version this year.  I can't

 6         speak to exactly where that would have

 7         been on-campus but they usually publish

 8         at least a hundred copies and then they

 9         disseminate it to folks to post around

10         campus.  Now, you're seeing more and more

11         posting of that resource online.  So,

12         those were some of the ways that that

13         information was disseminated.

14    Q    Are you aware of how that changed during

15         that time period?  I know you had

16         mentioned there were some changes, there

17         was more dissemination in different ways.

18         Do you know the timeline of progression

19         of those changes?

20    A    I don't.  I can talk to what some of the

21         changes were without -- I don't know the

22         specific timeline -- but right, as you

23         had more websites, so, specifically you

24         had a dedicated Title IX website come

25         into existence.  You then had in 2021, I
```

**EXHIBIT E**

```
 1          referenced?
 2   A   No.
 3   Q   Any reports made to the Title IX office
 4          related to any of the defendants that
 5          have been named in this case?
 6   A   I apologize.  I don't know who the
 7          defendants are in the case.
 8   Q   Sure.  Let me pull up the complaint and I
 9          can tell you really quick.  Well, I've
10          got four off the top of my head.  So,
11          Verge Ausberry?
12   A   No.
13   Q   Miriam Segar?
14   A   No.
15   Q   Jennie Stewart?
16   A   No.
17   Q   Jonathan Sanders?
18   A   No.
19   Q   Okay, let me pull up the complaint to see
20          if there's anybody else that I know I
21          don't have off the top of my head.  King
22          Alexander?
23   A   No.
24   Q   A.G. Monaco?
25   A   No.
```

# EXHIBIT E

```
 1   Q    Joe Alleva?

 2   A    No.

 3   Q    Ed Orgeron?

 4   A    No.

 5   Q    Sharon Lewis?

 6   A    It wasn't a Title IX complaint but there

 7        was a complaint about not mandatory

 8        reporting.

 9   Q    Keava Soil-Cormier?

10   A    No.

11   Q    Julia Sell?

12   A    No.

13   Q    Michael Sell?

14   A    No.

15   Q    Tracy Blanchard?

16   A    No.

17   Q    Jim Marchand?

18   A    No.

19   Q    Mari Fuentes-Martin?

20   A    No.

21   Q    Okay, that's all of them.  And then the

22        only person, which I think I had asked

23        you already, related to question twenty

24        was just if you had any knowledge of any

25        documentation that might be in any of the
```

# EXHIBIT E

```
 1   A    Not that I'm aware.
 2   Q    Next question, same question for Sharon
 3        Lewis.  What trainings did she complete
 4        related to sexual misconduct or mandatory
 5        reporting during that period?
 6   A    Hers, I believe, was only 2020 and 2021.
 7   Q    And who would have been responsible for
 8        ensuring that she completed those
 9        trainings?
10   A    The athletic director.
11   Q    And to your knowledge, did she receive
12        any sort of discipline or warnings for
13        her failure to complete any of those
14        trainings prior to 2020?
15   A    Not that I'm aware.
16   Q    Same question for Keava Soil-Cormier?
17   A    I believe she had completed one earlier
18        in the '16 to '18 range and then again,
19        '20 and '21.
20   Q    Who would've been responsible for
21        ensuring that she completed those
22        trainings?
23   A    Athletic director.
24   Q    Did she receive any sort of discipline or
25        warning for her failure to complete those
```

# EXHIBIT E