UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWEN, ET AL.
                      CASE NO.: 3:21-CV-00242
                      DIVISION WBV-SDJ
VERSUS              JUDGE WENDY B. VITTER
                      MAG. JUDGE JOHNSON

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL.

   * * * * * * * * * * * * * * * * * * * * * *

VIDEO CONFERENCE DEPOSITION OF

JONATHAN SANDERS

TAKEN AT PHELPS DUNBAR, 400 CONVENTION

STREET, SUITE 1100, BATON ROUGE, LOUISIANA,

ON JANUARY 20, 2023, BEGINNING AT 9:03 A.M.

REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER
    CERTIFICATE NUMBER 29011

```
 1         mark this one as Exhibit 1.  (5/11/20
 2         text message entered as Exhibit 1.)  So,
 3         this is going to be Exhibit 1.  This was
 4         in that set of documents that I sent out
 5         last night.  It looks like this was a
 6         message that you received from Corinn and
 7         it says the date on it was May 11th of
 8         2020, it's kind of light there but that's
 9         what the date looks like and you had
10         asked her for details of the contact she
11         had received and you said "I would be
12         happy to look further into this as well
13         and then there's pictures of messages
14         from somebody named -- their screen name
15         says ▋▋▋▋▋ and it says they're ▋▋▋▋▋
16         on-and-off girlfriend wanting to reach
17         out to her.  Are these the messages that
18         you were referring to?
19   A     Yes.
20   Q     **It looks like there was a response from**
21         **you to Corinn on May 12th of 2020, when**
22         **you said you'd be happy to look into it.**
23         **What did you do after you received these**
24         **messages to look into it?**
25   A     I remember sharing this information with
```

|    |   |                                                           |
|----|---|-----------------------------------------------------------|
| 1  |   | Title IX, with Jennie and Jeff                            |
| 2  |   | specifically.  I don't recall and those                   |
| 3  |   | messages didn't show this but for some                    |
| 4  |   | reason there was some LSU recruiting 20-                  |
| 5  |   | something Instagram account that looked                   |
| 6  |   | like it was following this person or                     |
| 7  |   | there was some kind of Instagram account                  |
| 8  |   | that looked like it could be related to                   |
| 9  |   | athletics or not.  I'm not sure.  I think                 |
| 10 |   | I remember reaching out to Miriam Segar                   |
| 11 |   | asking if they knew anything about this                   |
| 12 |   | account or who this person might be or                    |
| 13 |   | whatever and they did not.  It was not a                  |
| 14 |   | university Instagram account or whatever.                 |
| 15 |   | And I think what I recall, conversations                  |
| 16 |   | with Jeff Scott, that he had reached out                  |
| 17 |   | to ▇▇▇ and had addressed this concern                     |
| 18 |   | with ▇▇▇ and I think ▇▇▇ had                              |
| 19 |   | responded that he didn't know of anyone                   |
| 20 |   | trying to communicate with Corinn and                     |
| 21 |   | that's kind of what I recall based on                     |
| 22 |   | that.                                                     |
| 23 | Q | **Did you ever reach out to this ▇▇▇**                    |
| 24 |   | **person?**                                               |
| 25 | A | I did not.                                                |



**Corinn Hovis**
Fwd: Contacted again
June 7, 2021 at 7:21 PM
Hannah Smith

2nd time i was contacted but convo with sanders

**Forwarded Conversation**
Subject: Contacted again
------------------------

jsanders@lsu.edu

Hey Mr. Sanders,

I've been contacted by another person who is involved with ▮▮▮. Just figured I would let you know.

Thanks so much,
Corinn Hovis

jsanders@lsu.edu

I am so sorry to hear that Corinn. Can you share the details of the contact that you received? I would be happy to look further into this as well.

-Jonathan

Jonathan Sanders, Ph.D.
Associate Dean of Students
Director of Student Advocacy & Accountability
Louisiana State University
*4th Floor LSU Student Union, Baton Rouge, LA  70803
office 225-578-4307 I fax 225-578-5637
jsanders@lsu.edu I lsu.edu I lsu.edu/saa

*Please note that SAA has moved to the 4th floor of the LSU Student Union

jsanders@lsu.edu

Yes, I have messaged both of them about it. Here are the screenshots. They pictures she sent us just more of the same stuff. If you want me to send you those just let me know.

9:07

Tap for details

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HOVIS_000063

EXHIBIT
2

███████ wants to send you a message

1,623 followers 9 posts

Do you want to let ███████ send you messages from now on? They'll only know you've seen their request if you choose Accept.

Block    Delete    Accept

---

9:07

< ███████
Tap for details

anything. And ik you're probably gonna block me after this, which is completely understandable, but I just thought you should know that ███ isn't this terrible person you think he is, he made a mistake, and I'm sorry if his mistake caused trauma on you

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HOVIS_000065


9:07


Tap for details

I typed these in my notes but they ended up being too long 😂

I seem really desperate rn, but that's because i am, i will do whatever to have him back at school w me, i come from a very abusive household, and ▮▮ had helped me get through so many things, and idk if i can do school without, so if you don't have mercy for him, please have mercy for me and ik you don't know me but woman to woman i hope you understand

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HOVIS_000067



Hopefully you respond and we can try and talk things out, if you don't wanna respond I understand that as well

 wants to send you a message

1,623 followers 9 posts

Do you want to let ▮▮▮▮▮ send you messages from now on? They'll only know you've seen their request if you choose Accept.

Block     Delete     Accept

On May 12, 2020, at 9:11 AM, Jonathan B Sanders <jsanders@lsu.edu> wrote:

I am so sorry to hear that Corinn. Can you share the details of the contact that you received? I would be happy to look further into this as well.



jsanders@lsu.edu

Sorry, my last email is kind of confusing haha! I just copied what I sent to Mrs. Jennie, which explains the first sentence!

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     HOVIS_000068

> On May 12, 2020, at 4:48 PM, Corinn Hovis <████████> wrote:
>
> Yes, I have messaged both of them about it. Here are the screenshots. They pictures she sent us just more of the same stuff. If you

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER