# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO.: 3:21-cv-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

### EX PARTE MOTION FOR LEAVE TO FILE REPLY MEMORANDA

NOW INTO COURT, through undersigned counsel, comes defendant the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (the "Board"), who respectfully requests leave of Court to file the reply memoranda in support of its Motions for Summary Judgment.

1.

On August 22, 2023, the Board sought leave to file its reply memoranda in support of its Motions for Summary Judgment. (R. Doc. 420) A status conference was held on September 13, 2023, to discuss the Board's motion. (R. Doc. 428) The Court ordered the Board to evaluate whether any redactions were necessary to the replies, and to then re-file its Motion for Leave. *Id*.

2.

Pursuant to this Court's order, the Board now seeks leave to file the attached reply memoranda in support of its Motions for Summary Judgment (R. Docs. 364, 366, 368, 370, 372, 374, 376, 378, 380, 382):

- Reply Memorandum in Support of Motion for Summary Judgment No. 1: Ashlyn Mize Robertson;
- Reply Memorandum in Support of Motion for Summary Judgment No. 2: Samantha Brennan;

PD.42891771.1

- Reply Memorandum in Support of Motion for Summary Judgment No. 3: Calise Richardson;

- Reply Memorandum in Support of Motion for Summary Judgment No. 4: Abby Owens;

- Reply Memorandum in Support of Motion for Summary Judgment No. 5: Jade Lewis;

- Reply Memorandum in Support of Motion for Summary Judgment No. 6: Jane Doe;

- Reply Memorandum in Support of Motion for Summary Judgment No. 7: Elisabeth Andries;

- Reply Memorandum in Support of Motion for Summary Judgment No. 8: Sarah Beth Kitch;

- Reply Memorandum in Support of Motion for Summary Judgment No. 9: Kennan Johnson; and

- Reply Memorandum in Support of Motion for Summary Judgment No. 10: Corinn Hovis.

The Board seeks to file reply memoranda to briefly address certain statements and arguments raised by plaintiffs in their opposition memoranda. (R. Docs. 405-414)

WHEREFORE, the Board prays that this motion be granted, allowing the Board to file its reply memoranda in support of its Motions for Summary Judgment.

Respectfully submitted,

**PHELPS DUNBAR LLP**

- 3 -

BY:   */s/ Susan W. Furr*
Shelton Dennis Blunt Bar Roll No. 21230
Susan W. Furr Bar Roll No. 19582
Karleen J. Green Bar Roll No. 25119
Jessica Coco Huffman LA Bar No.: 30445
Molly McDiarmid Bar Roll No. 36426
Gregory T. Stevens Bar Roll No. 29436
Michael B. Victorian Bar Roll No.: 36065
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: 225 346 0285
Facsimile: 225 381 9197
Email: dennis.blunt@phelps.com
Email: susie.furr@phelps.com
Email: karleen.green@phelps.com
Email: jessica.huffman@phelps.com
Email: molly.mcdiarmid@phelps.com
Email: greg.stevens@phelps.com
Email: michael.victorian@phelps.com

ATTORNEYS FOR DEFENDANT THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on October 13, 2023, with the Court's CM/ECF system. Undersigned counsel will send an electronic copy of the same to Plaintiffs' counsel.

/s/ *Susan W. Furr*
Susan W. Furr