UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


ABBY OWENS, ET AL                    CIVIL ACTION NO. 21-242

VERSUS
                                     JUDGE WENDY B. VITTER
LOUISIANA STATE
UNIVERSITY, ET AL                    MAGISTRATE JUDGE JOHNSON


*** CONFIDENTIAL ***


* * * * * * * * * * * * * * * * * * * * * * * * * * * *

TRANSCRIPT OF THE DEPOSITION OF:

ASHLYN BROOKE MIZE,

TAKEN ON BEHALF OF BOARD OF SUPERVISORS OF LOUISIANA

STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL

COLLEGE, REPORTED IN THE ABOVE ENTITLED AND NUMBERED

CAUSE BY YOLANDA J. PENA, CERTIFIED COURT REPORTER FOR

THE STATE OF LOUISIANA.

* * * * * * * * * * * * * * * * * * * * * * * * * * * *


REPORTED AT THE LAW OFFICES OF:

PHELPS DUNBAR LLP

400 CONVENTION STREET, SUITE 1100

BATON ROUGE, LOUISIANA  70802


COMMENCING AT 9:06 A.M., ON OCTOBER 10, 2022.

ASHLYN MIZE

1    Q.    Is that your only marriage?

2    A.    That is my only marriage.

3    Q.    Have you produced all documents to your

4    attorney that you have relating to your claims in this

5    lawsuit?

6    A.    Yes, I believe so.

7    Q.    Do you have any handwritten notes or diaries

8    or journals or anything that you kept regarding

9    anything that happened to you?

10    A.    I have one letter that I wrote during rehab.

11    I believe I've produced it to them.  If I've not, then

12    I have it.

13    Q.    We have that.

14    A.    Yes.  That's all I have.

15    Q.    Did you review any documents in preparation

16    for today's deposition?

17    A.    No, ma'am.

18    Q.    Do you have any audio recordings relating to

19    anything in this lawsuit?

20    A.    I do not.

21    Q.    What is your highest level of education?

22    A.    I'm currently in college.

23    Q.    Where?

24    A.    Georgia State University.

25    Q.    How far are you from obtaining your degree?

1      A.   I should have -- I'm going for my bachelor's,
2  and I began this semester with 63 credits, and I'm
3  taking 13 credits this semester; so when I finish, I
4  will maybe two semesters left.
5      Q.   What degree are you pursuing?
6      A.   I'm a political science major.
7      Q.   When did you begin attending Georgia State?
8      A.   This August.
9      Q.   Do you have any -- do you have -- do you hold
10  any licenses or certifications or anything like that?
11      A.   No, ma'am.
12      Q.   When did you begin at LSU?
13      A.   The fall of 2015.
14      Q.   How you did you choose LSU?
15      A.   It was my choice since I was a kid.
16      Q.   Why is that?
17      A.   I have family that live in Louisiana, and it
18  was just when I came to visit them after we moved away,
19  it just always was a dream of mine.  I just love the
20  Tigers.
21      Q.   When did you live in Louisiana?
22      A.   We lived in Louisiana until I was two years
23  old, and then we moved to Georgia.  We moved back to
24  Louisiana after my sophomore year of high school.
25      Q.   So you graduated from high school in

1    Louisiana?

2        A.    I did.

3        Q.    **From where?**

4        A.    Tensas Academy.

5        Q.    **And what day did you leave -- did you withdraw**

6    **from LSU?**

7        A.    September.  I believe it was probably -- it

8    was around September 5th of 2017.

9        Q.    **And you were not an athlete while at LSU,**

10   **right?**

11       A.    I was not.

12       Q.    **And you did not work in the athletics**

13   **department?**

14       A.    I did not.

15       Q.    **Did you have a TOPS scholarship?**

16       A.    I did.

17       Q.    **What was your major?**

18       A.    My major began in animal science pre-vet, and

19   then right before my junior semester, I changed my

20   major to communications studies prelaw.

21       Q.    **Do you plan to go to law school?**

22       A.    I do.

23       Q.    **Where did you live while you were at LSU?**

24       A.    I lived in an apartment complex right off

25   campus, called The Standard.  I believe that's what it

1    drugs and was not around and had other things I was

2    worried about.

3         Q.   So are you saying you blew him off?

4         A.   Yes.

5         Q.   Did he handle that okay?

6         A.   I don't know how he handled it.

7         Q.   When did you start drinking heavily?

8         A.   On a regular basis?  I would say the spring of

9    2017.

10        Q.   Did you start drinking when you -- did you

11   drink in high school?

12        A.   No.

13        Q.   Did you start drinking when you got to

14   college?

15        A.   Yes.

16        Q.   And did you go to the bars when you went to

17   college?

18        A.   Yes.

19        Q.   How you did you get in?

20        A.   I'm sorry?

21        Q.   How did you get into the bars at that age?

22        A.   You can get in at 18.

23        Q.   Okay.  You were 18 when you got here?

24        A.   Yes.

25        Q.   And how were you able to get alcohol when you

1    got to LSU?

2          A.   How was I able to?

3          Q.   **Alcohol.**

4          A.   Oh, alcohol?  I bought it.

5          Q.   **Did you have a fake ID?**

6          A.   I did not.

7          Q.   **How were you able to buy it?**

8          A.   I went to a place that didn't check ID.

9          Q.   **Did you have friends from high school who came**

10   **to college with you?**

11         A.   No.

12         Q.   **Were you a member of any sorority or any**

13   **social group or school group or anything to meet**

14   **friends?**

15         A.   I started a sorority that I did not finish.

16   It was an agricultural sorority, Alpha Sigma, I

17   believe.

18         Q.   **How long were you active in that?**

19         A.   I don't remember.

20         Q.   **Was it a matter of months?  Weeks?**

21         A.   It was longer than weeks.

22         Q.   **Do you know whether you participated in it**

23   **past the first semester?**

24         A.   I'm trying to remember if I was in it my first

25   semester or if I began later.  I believe I began it my

1    first semester, and I stopped participating at the end

2    of -- the beginning of my sophomore year.

3            **Q.    Were your friends at LSU from that sorority,**

4    **generally?**

5            A.    I had one -- one friend in that sorority that

6    I had met before the sorority, that we had met at LSU.

7            **Q.    And what was her name?**

8            A.    ████████████.

9            **Q.    Who else did you hang out with then from a**

10   **friend standpoint?**

11           A.    Who else did I hang out with?

12           **Q.    Right.**

13           A.    ███████████, ███████████, ████████████.

14   Let's see.  Some football players.

15           **Q.    Which football players?**

16           A.    ███████████.  I can't remember his name.

17   ███████████, ██████████.  That's all I can recall.

18           **Q.    So back to drinking, did you -- how often did**

19   **you drink your first semester at LSU?**

20           A.    My first semester, usually just on the

21   weekends.

22           **Q.    And then you said in the spring, you started**

23   **drinking more; is that correct?**

24           A.    Yes.

25           **Q.    When in the spring?**

1           A.    I believe it was around April and May, because

2     I could remember finals weeks coming up and me not

3     being prepared.

4           Q.    **Were you also doing drugs at this time?**

5           A.    Marijuana.

6           Q.    **When did you start smoking marijuana?**

7           A.    When I got to college.

8           Q.    **How often did you smoke?**

9           A.    It started off a weekend thing, before we

10    would go to Tigerland; and then it began more heavily,

11    once a day, more than once a day, daily.

12          Q.    **When did it begin more heavily, once a day?**

13          A.    I don't know.

14          Q.    **You talked about drinking on a regular basis**

15    **and starting to drink more in spring of '17.  So that**

16    **was a year and a half into college, you're talking**

17    **about?**

18          A.    I began in '15/'16.  In '16 I started drinking

19    heavily.  In the spring of '16, I started drinking

20    heavily and using marijuana daily.

21          Q.    **Did you consider yourself to have a drinking**

22    **problem in the spring of 2016?**

23          A.    Did I consider myself?

24          Q.    **Sitting here now, looking back on it, do you**

25    **think you had a drinking problem?**

1    A.    Sitting here now, yes.

2    Q.    **Do you consider yourself an alcoholic?**

3    A.    Now?

4    Q.    **I'm sure you've been to treatment for that.**

5    **We're getting ahead of ourselves, probably.**

6    **Looking at yourself now, in 2016 do you think**

7    **you were an alcoholic?**

8    A.    Back then, yes.

9    Q.    **Were you addicted to marijuana?**

10    A.    I was.

11    Q.    **Do you know when that addiction began, or do**

12    **you have any way to know?**

13    A.    I'm sure it began the first time I smoked it.

14    Q.    **How are you sure of that?**

15    A.    Because that's how drugs work.

16    Q.    **Did you smoke with somebody?**

17    A.    Yes, sometimes.

18    Q.    **Who?**

19    A.    Just it was friends that I had made at

20    college.

21    Q.    **The people we've already talked about or**

22    **somebody else?**

23    A.    There was a couple more people.    █████████

24    ████████.

25    Q.    **Is that a football player?**

```
 1          A.   He is not.
 2               And ████████.  I cannot recall his last name.
 3    We called him ████.  His nickname was ██████.
 4          Q.   And did you smoke with them?
 5          A.   I did.
 6          Q.   Did they live in your apartment complex?
 7          A.   They did.
 8          Q.   Did the football players you met -- mentioned
 9    ████, ██████, and █████ -- live in your complex?
10          A.   Did they?
11          Q.   Live in your apartment complex?
12          A.   They did.
13          Q.   Did you meet ████████████ in your apartment
14    complex?
15          A.   No, not in my apartment complex.
16          Q.   Did you do any other drugs besides marijuana
17    at LSU?
18          A.   Yes, eventually.
19          Q.   When eventually did you start doing other
20    drugs?
21          A.   Okay.  I started using -- I progressed from
22    marijuana and started using -- on a regular basis, I
23    started using cocaine.  For a time, I regularly used
24    Xanax.  For a time, I regularly used meth, Adderall,
25    Vyvanse, X pills.
```

1    Q.   Are X pills the same thing as ecstasy?

2    A.   Yeah, but here they're kind of homemade, so...

3          MS. TRUSZKOWSKI:  I'm sorry.  Did you

4          say "homemade"?

5          THE WITNESS:  Homemade in Baton Rouge.

6    BY MS. FURR:

7    Q.   Is it supposed to be -- it's homemade, but

8    it's supposed to be like ecstasy?  Is that what you're

9    saying?

10   A.   Yes.  They call them X pills here.  Honestly,

11   I couldn't tell you what's in them.

12   Q.   Anything else?

13   A.   I believe those are the main ones that I used

14   regularly.

15   Q.   When did you begin -- is cocaine what you

16   branched off to first?

17   A.   Well, Adderall and Vyvanse I started using in

18   college, like to -- to stay up all night and study.

19   Q.   When did you start that?  Soon after you got

20   to college?

21   A.   No.  It was probably the beginning of my

22   sophomore year.

23   Q.   Why is that?  Did school get harder or

24   something?

25   A.   No, school didn't get harder.  My priorities

1    I can't say some of these, sorry.  But crystal meth,

2    heroin, marijuana, crack cocaine, methylamphetamines,

3    Vyvanse, hydrocodone, methylbenadrol [phonetic],

4    tramadol, and then buprenorphine.

5              Were you in possession of all that at the

6    time?

7         A.   I was.

8         Q.   Was it your car?

9         A.   It was.

10        Q.   And then there's something in the police

11   report about monetary instrument abuse.  Do you know

12   what that relates to?

13        A.   Counterfeit money.

14        Q.   What kind of counterfeit money?

15        A.   I think I had a couple -- two or three

16   hundred-dollar bills that were counterfeit.

17        Q.   Where did you get that from?

18        A.   I couldn't tell you.

19        Q.   What were you using it for?

20        A.   I hadn't used them yet.

21        Q.   So you were booked into the Baton Rouge jail?

22        A.   I was.  East Baton Rouge Parish prison.

23        Q.   How long were you in jail?

24        A.   The first time, a week.

25        Q.   And how were you released?

1        A.    By a property bond.

2        Q.    **On your parents' property?**

3        A.    Yes.

4        Q.    **Did you plead guilty?**

5        A.    Not at that time.

6        Q.    **Okay.  What happened?**

7        A.    I was booked in to jail.  I went before the

8    judge that set the bond.  He said I had $175,000.  I

9    called my mom.  She was on her way to Baton Rouge with

10    my father, and they were working on -- they had already

11    got me a lawyer.  They were working on figuring out the

12    bond situation.

13            I went back to -- I went in front of the judge

14    for a bond reduction.  He reduced it down to -- I don't

15    remember the exact amount, but it was just enough for

16    the property to cover the bond.  Right after that, I

17    got shipped to Tensas Parish.

18            And the warden there recognized my last name,

19    and she -- I was -- I had been there for one night.  My

20    parents -- I was supposed to be released on my property

21    bond the next day.  My parents were at the -- they

22    didn't know I was in Tensas Parish.  It's all

23    confidential until you get there and you can get your

24    phone set up and everything, so I wasn't able to tell

25    them.  They were outside of East Baton Rouge Parish

1    confiscated?

2           A.   It was confiscated.

3           Q.   And so what happened this time?

4           A.   This time I was drug out of the car and

5    arrested.  They searched my car, and then I was taken

6    to Hammond --  Hammond jail.  I don't know.  I think it

7    was like the Hammond City Jail or something like that.

8    But they don't house felony charges there or women

9    there, so I then got transferred to Tangipahoa Parish.

10          Q.   And what happened?  How long did you stay in

11   that jail?

12          A.   I got out in June of that year.

13          Q.   So when was -- what was the date of this

14   arrest?

15          A.   I'm not sure the exact date, but I know

16   there's paperwork with it.

17          Q.   How long were you in?

18          A.   Two or three months.  It was -- I cannot

19   recall if -- if that -- if that arrest was in April or

20   May.  So I was in for two to three months.

21          Q.   And in what jail?  Tangipahoa Parish?

22          A.   Yes.

23          Q.   Did you plead guilty?

24          A.   I did take a plea deal.

25          Q.   What did you plead guilty to?

1          line of questioning.  But you can go ahead and
2          answer.
3     BY MS. FURR:
4          Q.    Who?
5          A.    Do you want me to tell you everyone I had sex
6     with before him?
7          Q.    Yes.  Well, why don't you tell me the number
8     of people.
9          A.    This was years ago.  I was in college.  I had
10    a boyfriend, so.
11         Q.    That's ████?
12         A.    Yes.
13         Q.    Okay.  Aside from him, who else had you had
14    sex with before ███████████?
15         A.    ██████████ and ██████████.
16         Q.    Anyone else?
17         A.    That's it.
18         Q.    Going back quick to your husband, did you
19    ever -- you mentioned traumatizing events with him.
20    Was there anything sexual that ever happened with him
21    that was traumatizing?
22         A.    No.
23         Q.    The sex with him was always consensual?
24         A.    Yes.
25         Q.    So as of -- January 16 is when the incident

1    occurred, correct?

2        A.    Yes.

3        Q.    So as of that point in time, were you already

4    dating ████████████ or were you not yet dating him?

5        A.    I was already dating him.

6        Q.    When was the last time you had sex with him

7    before that night?

8        A.    I don't know.  I don't remember.

9        Q.    Do you know whether ████████████ was exclusive

10   with you or whether he saw other people?

11       A.    He was exclusive.

12       Q.    But at that time, do you know whether y'all

13   were exclusive, in January 2016?

14       A.    Say again.

15       Q.    In January 2016, do you know whether you and

16   Willie were exclusive then?

17       A.    Yes, we were.

18       Q.    So when did you become on again, off again

19   with him?

20       A.    That summer.

21       Q.    ████████████, when did you have sex with

22   ████████████?

23       A.    The first semester of my freshman year.

24       Q.    One time or more than one time?

25       A.    More than one time.

1      A.   He stayed with me a couple of times, not every

2   time.  A lot of times he would go back to New Orleans.

3      **Q.   Did he drink when he came in?**

4      A.   I'm sure he did.

5      **Q.   Did he smoke marijuana with you?**

6      A.   No.

7      **Q.   Tell me what happened on the night of the**

8   **incident with ████████████.**

9      A.   There was a -- at my apartment complex, I had

10  some football players over, and we were drinking.  And

11  we were -- it was late into the night or early into the

12  morning, and we were all pretty drunk.

13          And I remember -- I don't know who let him

14  into my apartment, who opened the door for him or

15  anything like that, but I remember him coming in and me

16  seeing him.  And I asked someone, "Who -- who invited

17  him?"  Like, "Who told him he could come here?"

18          And whenever you're drunk, you don't really

19  have a filter or judgment -- clear judgment, and I

20  remember telling him that I didn't like him because of

21  how he carried himself.  And he told me he was going to

22  make him like me, I'll make you like me.

23          And I just remember him being so arrogant, I

24  just didn't want to be around him.  And I was already

25  so drunk, and so I went to my room and passed out on my

1    bed.

2          At this time, it was -- I don't know who was

3    there, who wasn't there in the -- in the -- my bedroom

4    was right outside of -- or right outside of my kitchen.

5          And I had woke up the next morning and had

6    trauma to my women parts, and my vaginal and anal

7    trauma.  It wasn't until the days following that I

8    could remember what happened.

9          As it came back to me, I remember waking up

10   and going through my phone to try to see if there was

11   anything on my phone that could tell me what happened

12   and finding his number in my phone.

13         And then days after, I started getting

14   flashbacks of what had happened.  And I had called my

15   friend over to try to talk to someone about it, my

16   friend Madison.

17   **Q.   I didn't want to interrupt you if you were**

18   **still going.**

19         A.   You're good.

20              MS. TRUSZKOWSKI:  You're good?

21              THE WITNESS:  Yeah.

22   BY MS. FURR:

23   **Q.   All right.  Which football players had you had**

24   **over to your apartment to drink?**

25         A.   I can tell you the ones that I remember.  I

```
 1              A.   No, that's what I observed, that he was sober.
 2              Q.   Did he tell you where he had been or anything
 3         like that?
 4              A.   No.
 5              Q.   Was this your first time to ever speak with
 6         him?
 7              A.   Yes.
 8              Q.   Did he live in The Standard also?
 9              A.   Yes.
10              Q.   And so it sounds like what you're saying is
11         you didn't -- you already told him when he came in the
12         door that you didn't like him?
13              A.   Yes.
14              Q.   What preceding that made you not like him?
15              A.   How he carried himself about campus, around
16         the apartment complex, how arrogant he acted, just
17         observing him.
18              Q.   Had you ever spoken to him before?
19              A.   Nope.
20              Q.   Had he ever spoken to you?
21              A.   No.
22              Q.   Did you know how ██████, ██████, or ██████,
23         how they felt about him?
24              A.   No.  I'm sure everyone -- I speculate that
25         everyone liked him because he was a huge star on the
```

1    happened that night?

2        A.    I don't believe so.

3        Q.    Did he do anything -- say anything to you to

4    provide any confirmation to you that he had had sex

5    with you that night?

6        A.    He said that -- he said something along the

7    lines, and I'm not quoting him because I don't remember

8    the exact words, of why are your friends always

9    flipping me off?  And he asked about, like -- because I

10   would see him at the clubs downtown, me and my friends.

11   They always -- the friends that I told, ███████ and

12   █████, they knew about it.  And so they acted, you

13   know, angry towards him when they would see him.

14        And I remember him saying something about

15   "You need to get control of your friends, of them

16   treating me like that in public."  And he mentioned

17   that he had a gun with my name on it.  I wasn't trying

18   to see him.  I was actually locked in a room, and he

19   just was about to beat the door down, so.

20        Q.    When is this, how close in time?

21        A.    It was shortly after the event.  I don't

22   remember the exact time.

23        Q.    Within a week or month?

24        A.    It was longer than a week.  Maybe a month,

25   maybe closer to a month.

1    Q.    So in the month, your friends had seen him out

2    somewhere and flipped him off?

3    A.    That's -- I assume.

4    Q.    Do you know whether your friends had said

5    anything else to him or done anything else to him?

6    A.    I don't know.

7    Q.    And so you had a conversation with him about

8    it?

9    A.    I think he was more of the one having the

10   conversation and I was listening.

11   Q.    Where was this?

12   A.    It was at the apartment of ████ and ████.

13   Q.    Were you in there first or was he in there

14   first?

15   A.    I was in there first.

16   Q.    Okay.  Tell me what happened.

17   A.    I was in there, and I was just hanging out

18   with them, my friends.  And he came to the front door,

19   and our doors had peepholes on them.  And he knocked on

20   the door, and I remember ████ going to look through

21   the peephole.

22           And he told me -- he was like, "Get in my

23   room, get in my room."  And he locked the door and

24   locked me in the room.  And I didn't know who it was

25   until he came in and I heard his voice.

```
 1                   And then he was -- like, he knew that they
 2      were delayed on opening the door, and he was like,
 3      Who's in there?
 4                   And ██████ was like, "Nobody, bro, nobody."
 5                   And he was like, "No, who's in there?"
 6      Because I guess he knew that I was friends with them.
 7                   And so he started banging on the bedroom door
 8      really hard, and it sounded like he was going to knock
 9      the door down.  So I kind of just took a deep breath
10      and I opened the door, and I just stood there
11      face-to-face with him.
12           Q.   And what happened?
13           A.   And then the conversation happened that I told
14      you about.
15           Q.   And he said to you, "You need to get your
16      friends under control"?
17           A.   Yes.  Don't quote me on that but --
18           Q.   Something like that?
19           A.   Along the lines of that.
20           Q.   I'm sorry.  You said he said, "Why are your
21      friends always flipping me off?"
22           A.   Yes.  It was like, "You need to get your
23      friend under control.  Why are your friends always
24      flipping me off in public?"
25           Q.   What did you say back to him?
```

```
 1              A.   I don't recall exactly what I said.  I
 2        probably -- I believe I said something along the lines
 3        of -- I was kind of scared, so I didn't really talk
 4        that much to him.  But I said something along the
 5        lines, "I don't know."  I did most of the listening and
 6        not the talking during that confrontation.
 7              Q.   So you didn't answer his question as to why
 8        your friends might be angry with him?
 9              A.   No.
10              Q.   Did you say anything to him to tell him that
11        you thought he had raped you?
12              A.   No.
13              Q.   Were you drunk at the time of this
14        conversation?
15              A.   No.
16              Q.   And do you know that he knew you were behind
17        the door?  Was he only aware at that point in time of
18        the fact that they were hiding somebody from him?
19              A.   I'm not sure.  I'm not sure which one he knew.
20              Q.   Is there anything else that he said in that
21        conversation?
22              A.   The only thing I can recall is him saying that
23        he got a gun with my name on it, and it stuck out to
24        me.
25              Q.   And what was his demeanor when he said that?
```

```
 1              A.   No.
 2              Q.   Do you know whether anyone else on the
 3       football team said anything about -- to ████ about
 4       you and █████████?
 5              A.   No.  I don't recall.  You'd have to talk to
 6       ████.
 7              Q.   When was the last time you talked to ██████?
 8              A.   The last time I talked to ██████?
 9              Q.   Yes.
10              A.   Yesterday.
11              Q.   Why did you talk to him yesterday?
12              A.   Because I told him I was coming to Louisiana,
13       and we're still friends.
14              Q.   Have y'all been friends ever since y'all
15       dated?
16              A.   Whenever I was going through my -- my times
17       with ████ and the -- those wild times, I didn't really
18       talk to anybody else.  But after I got out of jail and
19       out of rehab and started to get on the right path, we
20       began talking again.  And we've been friends ever
21       since.  Yes.
22              Q.   Is he married now?
23              A.   No.
24              Q.   Have the two of you talked about rekindling
25       the relationship?
```

1        Q.    Indirectly to you?

2        A.    He would -- yes, facial expressions.  One time

3    he -- I opened the door to -- there was a party

4    happening at the apartment complex, and I opened the

5    door to go in.  And he was standing close to the front

6    door with two girls, and he communicated to them about

7    me.  But he never directly communicated to me that I

8    recall.

9        Q.    What did he communicate to them about you?

10       A.    I remember opening the door and then him

11   telling the two girls, There's that b-i-t-c-h right

12   there.  And I just remember quickly closing the door

13   and leaving.  Like, I did not stay.  I did not stick

14   around.  I did not want to see if anything was going to

15   happen.  I just left.

16       Q.    Do you know why he was calling you a bitch?

17       A.    Do I?

18       Q.    Did he --

19       A.    No.

20       Q.    He didn't give you any context as to why he

21   would say that?

22       A.    No.

23       Q.    Okay.  Anything else?

24       A.    There was a protein shake busted on my car

25   during finals week that -- the Styrofoam cup that it

1    was in had his name on it from, I assume, workout

2    practices.  Because I know that they used to -- they

3    used to give them protein shakes after their workouts

4    or their practices.  And it was busted all over my

5    front windshield of my car in the parking garage at our

6    apartment complex.

7         Q.   And you say -- so it was busted, but you could

8    still see his name on it?

9         A.   Yeah.  The Styrofoam cup was left everywhere.

10   It wasn't into a billion pieces, but it was broken.

11        Q.   What name was on it?

12        A.   ███████.

13        Q.   And do you know who put there?

14        A.   No.  I don't -- I didn't see who did it.

15        Q.   Anything else?  Any other communications or

16   interactions between you?

17        A.   I don't believe so.

18                      (Recess taken.)

19   BY MS. FURR:

20        Q.   Okay.  We talked earlier about you said you

21   tested positive, I guess, for chlamydia.  Is that

22   right?

23        A.   I did.

24        Q.   What was your treatment for that?

25        A.   It was -- I don't know the name of the

1    have emailed me back, and I don't remember what she
2    said exactly.
3        Q.   Okay.  It says, "Secondly, we want to provide
4    you with academic support and ensure that you are able
5    to successfully continue with your studies at LSU."
6            Did you respond to her and accept any academic
7    support or ask to hear more about academic support?
8        A.   No.  At the time, I -- I didn't really need
9    academic support.
10       Q.   It says here she's attaching Permanent
11   Memorandum 73.  Did you read Permanent Memorandum 73?
12       A.   I don't recall if I did or I did not.
13       Q.   Next she says, "I would like to encourage you
14   to schedule an appointment with me."
15           Did you ever do anything to schedule an
16   appointment with her?
17       A.   I did not.
18       Q.   And why not?
19       A.   Because I did not want to pursue an
20   investigation.
21       Q.   Did you also not want to pursue any resources
22   that were available at the time, just wanted to not
23   bring this to LSU's attention?
24       A.   I think it was brought to their attention, but
25   I did not want to keep reliving it.

1    a picture with Willie?

2        A.   Because when I met her, I had a conversation

3    with her, and I disclosed the whole event.  She also

4    knew that ██████████ was my boyfriend because I

5    disclosed that as well.  And she responded with that

6    her son was a huge fan of his.

7            And so I told ██████.  And I want back to the

8    health department because I had to get rechecked to

9    make sure that the chlamydia was gone.  And I

10   remember -- ██████ is just a wonderful guy, and he said

11   that if her son ever wanted to meet him that he would

12   be happy to meet him and take a picture with him.  And

13   I know they exchanged numbers.

14           So that's how I can possibly get her name in

15   the future, but I don't have it right now.

16       Q.   And why are you looking for her name?

17       A.   Just to have for this case.

18       Q.   Is there something that you think -- some

19   knowledge that she has that's relevant to the case?

20       A.   Well, she is one person that I disclosed the

21   information to.

22       Q.   Do you know whether she had confidentiality

23   obligations with your disclosing information to her?

24       A.   I don't know what her obligation were.  I just

25   know that she's one person that I disclosed the

```
1    information to shortly afterwards, and I would just

2    like her name for the purposes of having it on a piece

3    of paper, because she -- she is one person that knew.

4    And I just don't have her name, so I just call her the

5    nurse from the health center, and I just would like to

6    formally have her name.

7        Q.   Was she kind to you?

8        A.   She was kind.

9        Q.   Did you ever have any problem with anything

10   she did or said?

11       A.   I didn't have a problem with anything she

12   said.

13       Q.   Did she tell you that you had the option to

14   report ███████████?

15       A.   I told her that the university -- I kind of

16   confided in her.  I told her that the -- the university

17   had reached out to me about an investigation, but I did

18   not want an investigation against him because of who he

19   was and that I didn't want my name to be plastered

20   throughout LSU as the girl who cries rape against

21   ████████████.  And maybe not in those words I said to

22   her.  And she responded with, "I totally understand.  I

23   don't blame you.  He is like a god around here."  And

24   she kind of -- she didn't believe that things would get

25   done correctly.
```

1    to school after the arrest and finish using the TOPS

2    scholarship?

3         A.   I did not want to be in Baton Rouge any

4    longer.  I did not want to go back to LSU.  So it

5    wasn't, like, an interest in me to look into that.

6         Q.   **Did you want to leave Baton Rouge for the same**

7    **reasons as your husband said, to start a new lifestyle?**

8         A.   I wanted to leave Baton Rouge because nothing

9    changes and nothing changes, and it was an environment

10   that I did not need to be in for my health and safety.

11   And there were just a lot of bad memories here and

12   just -- I -- I just could not live here any longer for

13   myself.

14        Q.   **Did you hear -- while you were at LSU, did you**

15   **hear of anything happening to Samantha Brennan or**

16   **Abby Owens with respect to** ████████████?

17        A.   I did not.

18        Q.   **Was it only after news -- after media articles**

19   **that you learned of their allegations?**

20        A.   Yes, ma'am.

21        Q.   **What about Calise Richardson?  Did you ever**

22   **hear about anything between Calise Richardson and**

23   ████████████?

24        A.   I did not.

25        Q.   **Do you or did you want someone at LSU to be**

1    fired?

2        A.   Do I or did I?

3        Q.   **Yes.**

4        A.   I don't think I really have a grudge against

5    anyone being fired.  I just want awareness to be

6    brought and things to be done right.  I don't really

7    have one person or two people or three people who I

8    look at and say I want them fired.  I just want -- I

9    just want -- I have a daughter now, and when I look at

10   her and know that one day she'll be in college, I

11   just -- I want her -- the culture of that to be fixed

12   and for no one to be protected.

13       Q.   **In your case --**

14       A.   Uh-huh.

15       Q.   **-- is there something you think LSU did to**

16   **protect** ███████████**?**

17       A.   Yes, I do.

18       Q.   **What?**

19       A.   I believe that if I would have known that

20   other women had allegations against him that I wouldn't

21   have felt so alone and that I would have proceeded with

22   the investigation.  At the time, I was scared.  I was

23   lonely because I felt like this has only happened to

24   me, hasn't happened to anyone else.  No one reached

25   back out to me to let me know that his name had came up

1    in any more investigations, any more allegations.  But

2    if I knew that there were other women, then I

3    definitely would have proceeded with the investigation.

4         **Q.   Even during the time period that you were**

5    **dealing drugs and so forth, you would have been focused**

6    **on that?**

7         A.   Yes, even though I was dealing drugs and --

8    and -- however you want to look at me, I still had

9    morals.  And when -- when it comes to -- that there's a

10   predator out there doing the same stuff that he did to

11   me to other women, I believe I still would have

12   proceeded with the investigation, absolutely.  I think

13   that would have helped me gain a lot of closure at the

14   time.

15        **Q.   Did you tell your husband about what had**

16   **happened with** ▮▮▮▮▮▮▮▮▮?

17        A.   Yes, I told him.  I don't remember when.  It

18   was after -- it may have been before we were married.

19   I'm not sure.  I don't remember when I disclosed the

20   information to him.

21        **Q.   So in your case, you wanted LSU to reach back**

22   **out to you once it learned of any other allegations**

23   **about** ▮▮▮▮▮▮▮▮ **and tell you about those**

24   **allegations?**

25        A.   Absolutely.  Not that I wanted details of the

1    Q.    Do you know what adjustment disorder refers
2    to?
3    A.    I don't.  It says, "...with mixed anxiety and
4    depressed mood."
5    Q.    Are you talking about down below?
6    A.    Yes, under the diagnosis impressions.
7    Q.    Yes.  It says here that you were attending
8    intensive outpatient program to treat your substance
9    abuse problems.  Is that correct at this time?
10    A.    That is correct.
11    Q.    Where were you attending?
12    A.    At this time, I was at Highland Rivers in
13    Jasper, Georgia.
14    Q.    Can you take me through each of the rehabs
15    that you've been through?
16    A.    I started out at The Foundry in Bessemer,
17    Alabama.
18    Q.    What dates?
19    A.    I do not have those in front of me, but I know
20    that I provided the dates from paperwork, because I
21    cannot recall the dates just sitting here.
22         I went to The Foundry shortly after I was
23    released from jail the first time.  I stayed at
24    The Foundry for a couple of months.
25         And then I went to Serenity -- Serenity Point

1    Recovery, I believe is the name, in Michigan, in Marne,

2    Michigan.  And then I was there until I finished my

3    treatment.  I finished my treatment at the beginning of

4    2018, in January or -- January, I believe, late January

5    or early February.  I believe it was late January,

6    though.

7              And then I moved back to Baton Rouge to an

8    Oxford House.  While I was in the Oxford House, I was

9    attending intensive outpatient at -- I cannot think of

10   what is the name.

11       Q.   I'll find it.  It's in your discovery

12   responses.  So if it's easier for you, I'll just

13   question you from those, if that's easier for you.

14       A.   Yes.

15       Q.   Okay.  Will do.

16            It says here that "I recommended that Ms. Mize

17   also attend Narcotics Anonymous, but she stated that

18   she did not find NA to be helpful."  Is that true?

19       A.   Probably at the time.

20       Q.   Were you still using at this time or not?

21       A.   No, I was not in active addiction at this

22   time.

23       Q.   When was the last time you attended Narcotics

24   Anonymous?

25       A.   The last time I attended Narcotics Anonymous?

1      that sound right?

2          A.    That sounds right.

3          Q.    Why did you move from there to Michigan for

4      rehab?

5          A.    Because the rehab in Alabama was not a true

6      rehab.  It didn't -- it was -- I wasn't getting the

7      help I needed there.  I wasn't getting any classes or

8      having time with -- I don't know if I had time with

9      counselors or not.  I can't even remember there being

10     any counselors there.  We worked at a thrift store and

11     came home, got up the next day and did it again, and I

12     wanted a real rehab, so.

13         Q.    And so the next, it says that you were in

14     rehab in Michigan from November 2017 to January 2018.

15     Is that right?

16         A.    Yes.

17         Q.    And from there, is that when you -- did you

18     move back to your parents' house?

19         A.    No.  From there I moved to Baton Rouge and to

20     the Oxford House.

21         Q.    Okay.  And how long were you at Oxford House?

22         A.    I was there from January until I got arrested

23     the second time.  We talked about looking the date up.

24     I don't know if it's April or May of that year, 2018.

25         Q.    Okay.  Will you turn to page 27.  You'll see

1     person supplying me anything, except for my ex-husband.

2          Q.   If you'll turn to 29.  The first entry says,

3     "Client wants to work on her defiance against authority

4     figures."

5               Can you tell me what that's referring to?

6          A.   I don't know exactly what the conversation was

7     that -- that brought about that.  I'm sure I did have a

8     defiance against authority figures because I had just

9     got out of jail and I had been told when to -- when I

10    could eat, when I could sleep, when I could pee, when I

11    could poop, when I could shower.  So I'm sure that had

12    a lot to do with that.

13         Q.   Do you still have some defiance against

14    authority figures?

15         A.   No, ma'am.

16         Q.   Will you turn to page 31, please.  Under

17    additional information it says, "Client stated first

18    arrest 9/5/17, second arrest April 30, 2018."

19         A.   Okay.  There we go.

20         Q.   So those are the dates of your arrests?

21         A.   I assume so.  I know for sure the first one --

22    I know for sure the first date is correct.  The second

23    date, I mean, we could find that for sure somewhere.

24         Q.   Do you have any reason to doubt that's the

25    proper date?

1    He actually called me on the phone.  I believe he

2    reached out to me first on Facebook Messenger, and then

3    we had a phone conversation.

4         Q.    And did you have a Zoom call with him or just

5    phone?

6         A.    I don't believe -- I don't believe -- I don't

7    recall having a Zoom call with him, no.  I believe it

8    was just on the telephone.

9         Q.    And who is the "him" you're referring to?

10        A.    Husch -- oh, his name.

11             Do you have the messages?  I don't recall.

12        Q.    Is it Scott Schneider?

13        A.    It is.  Scott Schneider.

14        Q.    Do you know what he looks like?

15        A.    I think he has a red beard.

16        Q.    Is that because you at some point in time did

17   talk to him by Zoom or in person?

18        A.    No.  That is because he messaged me on

19   Facebook, and so I clicked his Facebook to see what he

20   looked like.

21        Q.    Did your attorney attend the call with you at

22   Husch Blackwell?

23        A.    No.  I did not have an attorney at the time.

24        Q.    Did you read the Husch Blackwell report when

25   it came out?

1    A.    I did.

2    Q.    The whole thing or just the portions that

3    related to you?

4    A.    I read a majority of it.

5    Q.    Did you feel that it was accurate?

6    A.    I don't know.  I did not do the investigation,

7    and those were not all my cases.  I felt my case was

8    accurate, but I can't say for all the others.

9    Q.    Did it include everything that you had told

10   them that you thought was significant?

11   A.    Yes, I believe so.  If I had it in front of

12   me, I could tell you, but...

13   Q.    Had you talked to any of the plaintiffs before

14   speaking with Husch Blackwell?

15   A.    I had not.

16   Q.    Is there anything knew that you learned from

17   the Husch Blackwell report?

18   A.    Anything new that I learned?

19   Q.    Right, that related to you.

20   A.    That related to me, I learned that -- that it

21   was -- I'm trying to think of the word -- it was their

22   duty to report back to me when his name had been

23   reported again and again and again.

24   Q.    You think the report said that LSU had a duty

25   to come back to you to tell you that somebody had made

1    floor all the time.

2         Q.    And how do you know that ▇▇▇▇▇▇▇ knew?

3         A.    I mean, he's not here to ask, so I can't say.

4         Q.    Did you ask ▇▇▇▇▇ not to tell anybody what

5    had happened?

6         A.    I'm sure I did ask her to -- not to tell

7    anyone.  I probably told all my friends that I

8    disclosed it to not to tell anyone.  But I believe I

9    told her after I -- I believe I told her after I had

10   already told the -- that I didn't want to pursue the

11   investigation.  I believe it was after that, so.

12        Q.    In response to Interrogatory No. 3, you list

13   out the rehab facilities that you attended and the

14   psychological treatment that you received.  Did you

15   complete that information yourself?  Did you create

16   that roster yourself?

17        A.    I did.

18        Q.    Is that complete?  Is there anything else?

19        A.    I believe it is complete.

20        Q.    We talked about why you left The Foundry.  The

21   Serenity Point Recovery Center in Michigan, did you

22   leave that because your scheduled time was over?

23        A.    Yes.  I completed the program.

24        Q.    Okay.  What about Woodlake Addiction Recovery

25   IOP?  It says you attended that from February 2018 to

1      April 2018.  Why did you stop that program in April?

2           A.   I got arrested.

3           Q.   And then Highland Rivers, it says the dates

4      for that were June 2018 to October 2018?

5           A.   Yes.

6           Q.   So is April to June the time period that you

7      spent in jail for the second arrest?

8           A.   April to June?

9           Q.   Yes.

10          A.   Yes.

11          Q.   Are you still seeing Dr. James Craig?

12          A.   I am not.

13          Q.   Why did you stop seeing him?

14          A.   He was a part of the doctor team at Highland

15     Rivers, and I completed that program.  That is why I

16     stopped seeing him.

17          Q.   Do you currently see any physicians for any

18     health problems?

19          A.   I have an OB/GYN who prescribes me my Zoloft,

20     but that is it.  That's the only doctor I really see.

21          Q.   When was the last time you seeked any mental

22     health counseling?

23          A.   Any mental health counseling?

24          Q.   Right.

25          A.   Probably Highland Rivers.  I believe that was

```
 1       computer.  There's nothing from that phone.
 2              Q.   Do you take the position that LSU owes you for
 3       the cost of your incarceration?
 4              A.   Do I take that position?
 5              Q.   Yes.
 6              A.   Yes.  In a way, yes.
 7              Q.   How?  In what way?
 8              A.   In what way?  I believe that -- that is a
 9       loaded question.  My incarceration stemmed from my time
10       at LSU and from my trauma.  And like I said earlier,
11       when I mentioned that I -- even during my addiction, if
12       I would have known that those other girls had
13       experienced what I experienced, I would have went
14       forward with an investigation, and which I did not
15       know.  So there was never any closure for me on that.
16              I think a part of my -- my addiction was
17       running from that problem that I had at LSU.  I mean, I
18       was hardly ever there.  I stopped going to class.  I
19       hardly was at my apartment complex.  I ran and ran and
20       ran and ran, so.
21              Q.   Do you feel like you bear any responsibility
22       for the decisions you made while you were at LSU?
23              A.   Do I bear any responsibility?  Sure.  I think
24       there's responsibility on my part,         's part, the
25       university's part.  I believe there's responsibility --
```

```
 1         A.   I believe they bear responsibility for what

 2    could have happened after the fact, not the fact that

 3    he raped me, because that is his responsibility.  He

 4    should bear that.  After the fact, I think LSU bears

 5    the responsibility, yes.

 6         Q.   And do you think LSU bears responsibility for

 7    the fact that you chose to sell drugs and were

 8    arrested?

 9         A.   I don't -- I don't put that responsibility on

10    LSU.  I put that responsibility -- that stemmed from

11    trauma that happened to me at LSU.

12         Q.   And the trauma is what ████████████ did to

13    you?

14         A.   The trauma is what ████████ did to me and

15    what wasn't done afterwards.

16              MS. TRUSZKOWSKI:  Wait, can we go back

17              to the question you asked about selling drugs?

18              Can you -- did you say she chose to sell

19              drugs?

20              MS. FURR:  I don't know what I said.  I

21              don't remember the question now.  I've moved

22              on to another question.  I can't pull back the

23              other one.

24              MS. TRUSZKOWSKI:  I'm -- if the question

25              was did you choose to sell drugs, I'm going to
```

1              object to the form of that question.  My

2              apologies, I know you don't know what you had.

3              But go ahead.

4                   MS. FURR:  Now I don't remember what

5              your answer was to the last one.

6                   Can you tell me what her answer was?

7                   (Record read as requested.)

8    BY MS. FURR:

9         **Q.    What are you referring to?  What trauma did**

10   **you suffer that was done to you after** ██████████**'s**

11   **encounter?**

12        A.    The trauma of having to live with being raped.

13   And -- and -- I mean, I know -- I know no one here -- I

14   don't know.  It's -- I don't know if any of y'all can

15   understand it, but trauma isn't just a one-night stand.

16   It doesn't just happen one night; it lives with you

17   until there is closure within yourself and within a

18   situation.  And there was no closure for me because I

19   felt -- I mean, like I said, I felt alone.  I felt like

20   I was the only person that it happened to.

21             So, yes, that is the -- and just to reiterate

22   what I said earlier, if I would have known -- if I

23   would have known back then what I know now about other

24   girls, it would have been a totally different ball

25   game.

1    related to that incident.

2        Q.   So you never met in person with Ms. Segar?

3        A.   I did not, no.

4        Q.   Today is the first day you've seen her in

5    person?

6        A.   Yes.

7        Q.   Can you tell me in your own words what are

8    your claims against Ms. Segar?

9        A.   In my own words, my claim?  If I can remember

10   correctly, I believe she had something to do with

11   leaving the name out of the reports in the Title IX

12   office or not disclosing the name when she knew of the

13   name.

14       Q.   And how did you hear about that?

15       A.   Honestly, I heard about it through the

16   Huschwell -- Husch Blackwell investigation.  I was -- I

17   didn't have a lot knowledge of everything that went on

18   behind the scenes until that report came out and I read

19   it for myself.

20       Q.   Okay.  And when you say leaving a name out of

21   a report, what name are you referring to?

22       A.   ███████████.

23       Q.   Okay.  And which report are you referring to?

24       A.   A report of my incident.  I'm sure they have

25   to -- I don't know what -- what the correct terms for

1                    MS. WHITE:  Correct, yes, directly.

2          A.   I did not report directly to Ms. Segar.  I'm

3     not sure what happened in the background, if anyone

4     reported directly to Ms. Segar, through Madison or her

5     mother or any of the athletic officials who were in all

6     of that.  I don't know; I wasn't there.  And I know

7     for -- I know that I haven't reported anything directly

8     to anybody.

9     BY MS. WHITE:

10         Q.   Okay.  So you don't have any firsthand

11    knowledge whether Ms. Segar acted appropriately with

12    respect to any reports people made on your behalf to

13    her or not.  Is that a correct statement?

14         A.   Correct.  All I know is what has been laid out

15    in an investigation.

16         Q.   And you mean the Husch Blackwell report?

17         A.   I do, yes.

18         Q.   Did you agree with everything in the

19    Husch Blackwell report with respect to your case?  Do

20    you agree that everything was correct in there?

21         A.   I did.

22         Q.   And did you agree that Ms. Segar never

23    personally or directly did anything to discourage you

24    from reporting any sexual misconduct or sexual

25    harassment?

```
 1                          EXAMINATION
 2    BY MR. CANIZARO:
 3         Q.   Good afternoon.  My name is Craig Canizaro.
 4    I represent Jennie Stewart in this lawsuit.  Just a
 5    couple of questions.
 6              You did not disclose to the Title IX office
 7    that ████ was the identity of your assaulter.  Is that
 8    right?
 9         A.   I did not directly.  That was disclosed
10    through my friend ████.
11         Q.   Okay.  Do you know -- what evidence do you
12    have that ██████ identified ████████ as your
13    assaulter as opposed to simply reporting that you were
14    a victim of rape?
15         A.   Because she -- she told me.
16         Q.   She told you specifically that she not only
17    reported that you were raped but also reported that you
18    were raped by ██████████?
19         A.   Yes.
20         Q.   Okay.  Did I understand your testimony earlier
21    to be correct, you don't know who Jennie Stewart is?
22         A.   I don't believe so.  I don't recognize that
23    name.
24         Q.   You had no interaction with her?
25         A.   I don't believe so.
```