▉was reportedly befuddled by these rumors: "It did surprise me because a lot of the things came out of nowhere and weren't true. I just didn't understand why me, out of all people, because I'm great to everybody, I have a great personality and I just didn't understand why everything just hit so hard with me out of everybody."[189]

In August 2020, ▉ was released by the team that drafted him, the Washington Football Team, after he was arrested on multiple counts relating to alleged domestic violence. ▉ was charged with one count of strangulation, one count of destruction of property and three counts of assault and battery. The strangulation charge stemmed from an incident that allegedly occurred in ▉'s home in March where ▉ allegedly strangled his girlfriend until she was unconscious. In a February 2020 incident, ▉ allegedly pushed his girlfriend to the ground in the bedroom of his home which purportedly caused an injury to her left thumbnail.

The third assault and battery charge stems from an incident in April when ▉ pushed the woman onto the ground outside of his Virginia home. The destruction of property charge came when ▉ took the woman's phone and threw it in the street, where it shattered. The woman purportedly took pictures of the injuries she suffered in all three of the incidents.

▉, through counsel, denied all of the allegations and in late January 2021, prosecutors decided not to move forward with a felony charge of strangulation.[190] He is scheduled for trial on misdemeanor charges in mid-March 2021.[191]

While at LSU, ▉ was accused of misconduct that implicated the University's Title IX policies at least three times. For reasons discussed in more detail below, none of those accusations of misconduct were investigated by the University and ▉ was never disciplined for any of these reports. It bears noting that ▉'s attorney has adamantly denied that ▉ engaged in sexual misconduct while at LSU.

1. **Report by Complainant 1**

On January 26, 2016, an LSU Swimming and Diving coach contacted Miriam Segar requesting an in-person meeting. During that meeting, the coach reported receiving a call from a parent of student-athlete, Witness 1, and that Witness 1 told her that Witness 1's friend, Complainant 1, confided in her about being sexually assaulted.

Segar immediately met with Witness 1 to get more details. Witness 1 shared that Complainant 1 told her that she was sexually assaulted by ▉ "at off campus apartments, University House." According to Witness 1, Complainant 1 originally called Witness 1 on Saturday morning, January 23, 2016, indicating she "hooked-up" with ▉ and another football player, but the following afternoon confided that she had been sexually assaulted by ▉. Notably, Witness 1 "reported seeing bruising on [Complainant 1's] upper arms and that [Complainant 1] was very upset about the incident and ashamed it occurred and continued to say she wanted it to be over."

---

[189] https://bleacherreport.com/articles/2773171-▉-reportedly-had-shouting-match-in-pre-nfl-draft-meeting-with-eagles
[190] https://wtop.com/washington-football/2021/01/felony-charge-dropped-against-ex-nfl-player-▉/
[191] *Id.*