**From:** Joseph L Alleva <alleva@lsu.edu>
**To:** F King Alexander <fka@lsu.edu>, Jason J Droddy <jdroddy@lsu.edu>
**Cc:** Stephen Perry <stephenperrylsu@gmail.com>, James Moore <jwm9823@gmail.com>, James Williams <jmw@chehardy.com>, Blake Chatelain <bchatelain@redriverbank.net>
**Subject:** Fwd: Mandatory Reporting Reminder
**Date:** Thu, 15 Feb 2018 17:40:46 -0600
**Importance:** Normal
**Attachments:** ATT00001.htm; Mandatory_Reporting_Reminder_2018.pdf; ATT00002.htm
**Inline-Images:** image003.jpg

---

FYI

Sent from my iPhone

Begin forwarded message:

**From:** Joseph Alleva <joealleva@lsu.edu>
**Date:** February 15, 2018 at 4:09:44 PM CST
**To:** Andy Brandi <abrandi@lsu.edu>, Beth Torina <btorina@lsu.edu>, Brian G Lee <brianlee@lsu.edu>, Charles W Winstead <winstead@lsu.edu>, Chris Brandi <cbrandi@lsu.edu>, D D Breaux <ddbreaux@lsu.edu>, David Geyer <dgeyer@lsu.edu>, Dennis G Shaver <shaver@lsu.edu>, Douglas J Shaffer <djshaffer@lsu.edu>, Edward J Orgeron <eorgeron@lsu.edu>, Fran Flory <frflory@lsu.edu>, Julia S Sell <jsell@lsu.edu>, Karen M Bahnsen <kbahnse@lsu.edu>, Michael Sell <msell@lsu.edu>, Yolanda N Caldwell <ncaldwell@lsu.edu>, Paul D Mainieri <paulmainieri@lsu.edu>, Russell L Brock <rlbrock@lsu.edu>, Will Wade <wwade@lsu.edu>
**Cc:** Joseph L Alleva <alleva@lsu.edu>, Miriam F Segar <msegar@lsu.edu>
**Subject: Mandatory Reporting Reminder**

Please review the attached letter carefully and adhere to the expectations within. As a staff member, it is your responsibility to remain vigilant and promote an atmosphere of compliance with all university, state and federal reporting laws.

BOS-002298

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Case 3:21-cv-00242-WBV-SDJ   Document 480-13   10/13/23   Page 3 of 3



**VICE CHANCELLOR AND DIRECTOR OF ATHLETICS**
Louisiana State University • Department of Athletics

February 14, 2018

LSU Head Coaches,

I would like to remind all of you of your responsibility as a State employee to immediately report any knowledge you have of inappropriate conduct, sexual harassment or sexual assault. The University has trained investigators who will examine every issue or concern reported, in accordance with applicable laws.

Please notify Miriam Segar, Sr. Associate Athletics Director, of any such issue immediately so that the concern can be forwarded to the appropriate personnel on campus. If you prefer to report a concern directly, please report online through the LSU Cares website (www.lsu.edu/lsucares) or contact the LSU Police.

Note that Athletics will not directly investigate the concern, but will refer it for review by the appropriate University staff. The University has trained investigators who will review reported incidents. It is very important that any issue, even those seemingly small, are reported immediately. <u>Please don't try to investigate the claim or talk to any witnesses on your own.</u> Your only responsibility is to serve as a mandatory reporter and immediately communicate all credible information of which you become aware.

It is our responsibility to remain vigilant in reference to all student-athletes, employees and our fellow staff members and to mandate and promote an atmosphere of compliance with all state and federal reporting laws. Failure to report an issue will have serious ramifications for you personally, LSU Athletics and the University. As Athletics Director, I expect that everyone will positively contribute to our program and report all issues immediately.

Sincerely,

Joe Alleva
Vice Chancellor & Director of Athletics



Athletic Administration Building • Baton Rouge, LA 70803 • (225) 578-3600 • Fax (225) 578-0435 • www.LSUsports.net

BOS-002299