CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Case 3:21-cv-00242-WBV-SDJ     Document 480-18     10/13/23   Page 1 of 1

## *LSU STUDENT-ATHLETES:*
## *AVAILABLE REPORTING AVENUES AND OTHER RESOURCES*
## *FOR HUMAN RELATIONS RISKS 2017-18*

Following is a list of resources for reporting problems or getting help for personal issues. Contact information for the people and offices listed can be found on the LSU and Athletics Department web sites.

- Coaches
- Any member of Athletics Department administration, including but not limited to:
    - Sport Administrator/Supervisor
    - Senior Woman Administrator (SWA), Sr. Associate AD
    - Athletics Chief Financial Officer (CFO), Sr. Associate AD
    - Sr. Associate Athletics Director Compliance and Planning
    - Asst. Vice Chancellor and Executive Director of the Academic Center for Student-Athletes
    - Deputy Director of Athletics (two people currently holding this same title)
    - Director of Athletics and Vice Chancellor
- Athletics Department Assistance Program (ADAP)
- Confidential Resources: Athletics Department Sport Psychology & Counseling Services; and University Student Health Center (for counseling)
- Office of Diversity (OoD)
- Office of the Dean of Students (ODOS); Student Advocacy & Accountability (SAA)
- LSU CARES (through ODOS and SAA); includes online reporting systems
- NCAA Faculty Athletics Representative (FAR)
- Title IX Coordinator or Deputy Title IX Coordinator for Students/LSU Dean of Students
- LSU Police Department; Baton Rouge Police Department; or the EBR Sheriff
- The Lighthouse Program is a confidential resource offered through LSU Student Health Center for sexual assault survivors; SEXUAL TRAUMA, AWARENESS AND RESPONSE (STAR); LSU Student Health Center offers a Sexual Assault Nurse Practitioner (SANE) program
- University Office of the General Counsel
- University Office of Internal Audit
- University Ethics & Integrity Hotline (third-party monitored; EthicsPoint; may remain confidential)



Dan Beebe (214) 924-7220; dan@danbeebegroup.com

Mike McCall (214) 415-8121; mike@danbeebegroup.com

BOS-027356