# LSU STUDENT-ATHLETES: REPORTING AVENUES AND OTHER RESOURCES FOR HUMAN RELATIONS RISKS 2018-19

Following is a list of Athletics Department and campus resources for reporting problems or getting help for personal issues. Contact information can be found on corresponding web sites, such as www.lsusports.net/assist.

- Coaches
- Any member of Athletics Department administration, including but not limited to:
    - Sport Administrator/Supervisor
    - Senior Woman Administrator (SWA), Senior Associate Athletic Director
    - Athletics Chief Financial Officer (CFO), Senior Associate Athletic Director
    - Senior Associate Athletic Director Compliance and Planning
    - Asst. Vice Chancellor and Executive Director of the Academic Center for Student-Athletes
    - Deputy Director of Athletics
    - Director of Athletics and Vice Chancellor
- LSU Athletics Student-Athlete Grievance Team
    - Verge Ausberry, Deputy Athletic Director, vausbe1@lsu.edu
    - Micki Collins, Senior Associate Athletic Trainer, msandy1@lsu.edu
    - Mark Ewing, Senior Associate Athletic Director, mrewing@lsu.edu
    - Walt Holiday, Director Academic Affairs, wholliday@lsu.edu
    - Neal Lamonica, Associate Athletic Director, nlamoni@lsu.edu
    - Wendy Nall, Assistant Athletic Director – Human Resources, wnall@lsu.edu
    - Miriam Segar, Senior Associate Athletic Director, msegar@lsu.edu
- Athletics Department Assistance Program (ADAP)
- Confidential Resources: Athletics Department Sport Psychology & Counseling (SPC); and University Student Health Center (for counseling)
- Office of Diversity (OoD)
- Office of the Dean of Students (ODOS); Student Advocacy & Accountability (SAA)
- LSU CARES (through ODOS and SAA); includes online reporting systems
- NCAA Faculty Athletic Representative (FAR)
- Title IX Coordinator/Campus Coordinator – Jennie Stewart, 225-578-3918; Title IX Deputy Coordinator for Students/LSU Dean of Students – Maria Fuentes-Martin, 225-578-9442; online reporting options are also available on the LSU.edu website for HRM
- LSU Police Department; or other local law enforcement
- The Lighthouse Program is a confidential resource offered through LSU Student Health Center for sexual assault survivors; Sexual Trauma, Awareness and Response (STAR); LSU Student Health Center offers a Sexual Assault Nurse Practitioner (SANE) program; and other resources available on the LSU.edu website for Title IX
- University Office of the Vice President of Legal Affairs and General Counsel (OGC)
- University Office of Internal Audit
- University Ethics & Integrity Hotline (third-party monitored; EthicsPoint; may remain confidential)

**DAN BEEBE GROUP**
STRENGTHENING YOUR TEAM

Mike McCall (214) 415-8121; mike@danbeebegroup.com