## *LSU STUDENT-ATHLETES: REPORTING AVENUES AND OTHER RESOURCES*

## *FOR HUMAN RELATIONS RISKS 2020-21*

Following is a list of Athletics Department and campus resources for reporting problems or getting help for personal issues. Contact information can be found on corresponding web sites, such as www.lsusports.net/assist.

- Coaches
- Any member of Athletics Department administration, including but not limited to:
  - Sport Administrator/Supervisor
  - Senior Woman Administrator (SWA)/Sr. Associate AD
  - Chief of Staff
  - Compliance and Planning/Sr. Associate AD
  - Health and Wellness/Sr. Associate AD
  - Interim Senior Advisor to the AD for Equity, Diversity & Inclusion/Director of Student-Athlete Mental Health
  - Executive Deputy AD/COO
  - Executive Deputy AD/Executive Director of External Relations
  - Athletics Director (AD)
- LSU Athletics Student-Athlete Grievance Team
  - Verge Ausberry, Executive Deputy AD/Executive Director of External Relations, vausbe1@lsu.edu
  - Micki Collins, Director of Athletic Training and Administration (FB), msandy1@lsu.edu
  - Walt Holliday, Executive Director of the Cox Communications Academic Center for Student-Athletes, wholliday@lsu.edu
  - Neal Lamonica, Associate AD, nlamoni@lsu.edu
  - Wendy Nall, Assistant AD – Human Resources, wnall@lsu.edu
  - Miriam Segar, Sr. Woman Administrator/Sr. Associate AD, msegar@lsu.edu
- Athletics Department Assistance Program (ADAP)
- Confidential Resources: Athletics Department Sport Psychology & Counseling (SPC); and University Student Health Center, Mental Health Services (for counseling and mental health services)
- Office of the Ombudsperson – 225-578-2483; ombuds@lsu.edu
- Office of Diversity, Equity and Inclusion (ODEI)
- Division of Student Affairs – Office of the Dean of Students (ODOS); Student Advocacy & Accountability (SAA)
- LSU CARES (through ODOS and SAA); includes online reporting systems
- NCAA Faculty Athletic Representative (FAR)
- Title IX Coordinator/Campus Coordinator – Jennie Stewart, 225-578-3918; Title IX Deputy Coordinator for Students – Brandon Common, bcommo1@lsu.edu; online reporting options are also available on the LSU.edu website
- 911; LSU Police Department – 225-578-3231; or other local law enforcement
- The Lighthouse Program is a confidential resource offered through LSU Student Health Center for sexual assault survivors; Sexual Trauma, Awareness & Response (STAR); LSU Student Health Center offers a Sexual Assault Nurse Examiner (SANE) program; RAINN (Rape, Abuse & Incest National Network); and other resources available on the LSU.edu website for Title IX
- University Office of the Vice President of Legal Affairs and General Counsel (OGC)
- University Office of Internal Audit
- University Ethics, Integrity and Misconduct Helpline (third-party monitored by EthicsPoint; may remain confidential – 855-561-4099 or www.lsu.ethicspoint.com)

**PFA** *Consulting*
Protection For All

Mike McCall (214) 415-8121; mccall@protectionforall.net

Dan Beebe (214) 924-7220; beebe@protectionforall.net

BOS-027409