

## RECORD KEEPING AND REPORTING

- Accomplishments
  - MOU with LSU PD signed
  - Assessments of Title IX training sessions implemented

- Recommendation #5 ongoing
- Recommendation #6 in progress
- Recommendation #9 completed
- Recommendation #17 in progress

11