CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Comments for Mr. Starns

As the incoming Board Chair, I am here to wholeheartedly demonstrate the Supervisors' future support for and commitment to maintaining a laser focus on Title IX, survivor support, and sexual assault prevention and education. My intention is to transition the Special Committee on Title IX Compliance into a standing subcommittee within the standing Diversity, Equity, and Inclusion committee to ensure that the topic stays top of mind for all 16 members. I will also publicly commit to you all here, and to our constituents, that I, like Chair Dampf and my other colleagues, will not operate in silos, and that all relevant information and decision making will occur within the full body of the Board, not within small groups … a practice that we have seen allow isolated problems to bloom into full-blown crises. For the sake of our students, we cannot continue down that path.

I also want to apologize to the survivors. Our university did not do right by you. We see that now, and we are here to tell you that it's not okay. We will fix this for you and for our future students. It is our responsibility now, and we will make the necessary changes so that our university is a safe and supportive environment for everyone who studies here.

BOS-029930