UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


ABBY OWENS, ET AL

                    CASE NO.: 3:21-CV-00242
                    DIVISION WBV-SDJ
VERSUS              JUDGE WENDY B. VITTER
                    MAG. JUDGE JOHNSON

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL

   * * * * * * * * * * * * * * * * * * * * *
              C O N F I D E N T I A L

           30 (b)(6) DEPOSITION OF

   BOARD OF SUPERVISORS OF LOUISIANA STATE

  UNIVERSITY AND AGRERCULTURAL AND MECHANICAL

            COLLEGE ("BOARD") through

  JOSH JONES, WENDY NALL, DR. JANE CASSIDY,

       JENNIFER NORMAND, JEFF DEVEER


TAKEN AT PHELPS DUNBAR, 400 CONVENTION

STREET, BATON ROUGE, LOUISIANA, ON APRIL 11,

2023, BEGINNING AT 9:22 A.M.



REPORTED BY:
     JENNIFER W. PICKETT
     CERTIFIED COURT REPORTER

Confidential BOARD SUPERVISORS

```
 1          certifications and trainings that the
 2          individuals in athletics might have
 3          received.  So, I apologize if I'm asking
 4          you to answer something again that you
 5          already answered but I'm going to get
 6          myself back into it.  So, the first one
 7          is Joe Alleva.  What sort of trainings or
 8          professional development with respect to
 9          sexual misconduct or mandatory reporting
10          did he receive between 2013 and 2021?
11   A   He would have been required to do the
12          training for campus and for the records.
13          I believe there was only one year that he
14          actually completed.
15   Q   What year was that?
16   A   It was either 2015 or 2016.
17   Q   Did he receive any sort of warnings or
18          discipline due to his failure to complete
19          those trainings in the other years?
20   A   I'm not sure.
21   Q   Who would have been responsible for
22          ensuring that he completed those
23          trainings?
24   A   The president's office.
25   Q   Same question about any sort of training
```

1          or professional development received on

2          sexual misconduct or mandatory reporting

3          with respect to Ed Orgeron from 2013 to

4          2021 and I know he wasn't there that

5          whole time?

6     A    It would have been the same, University

7          training.

8     Q    Did he complete them every year?

9     A    I'm not sure because he wasn't on my

10         list.

11    Q    Verge Ausberry?

12    A    Yes.

13    Q    What trainings or professional

14         development did he complete in those

15         areas?

16    A    The University-mandated ones.  It was --

17         one of them either 2015 or '16 and then

18         consecutively 2020 and on, I believe.

19    Q    So, to clarify and make sure I

20         understand, he completed one training in

21         either 2015 or 2016 and then in

22         approximately 2020, began doing it

23         annually; is that correct?

24    A    Correct.

25    Q    So, 2013 and 2014, and then some period

```
 1          from about '16 to '20, he did not
 2          complete them; is that correct?
 3   A   I'm not sure about '13 and '14 because
 4          the University didn't track the trainings
 5          prior to 2015.
 6   Q   I see, okay.  The period then from
 7          approximately '16 to '20, those years he
 8          did not complete it, either?
 9   A   It wasn't on the records, no.
10   Q   Who would've been responsible for
11          ensuring that he completed those
12          trainings?
13   A   The athletic director.
14   Q   And at that time, that would have been
15          Joe Alleva; is that correct?
16   A   Correct.
17   Q   The 2013 to --
18   A   Yes, until 2019.
19   Q   And then 2020, though, that was the year
20          he said he began doing it annually; is
21          that correct?
22   A   Correct.
23   Q   I think I know the answer to this but was
24          there a new athletic director at that
25          time?
```

```
 1   A    Yes.
 2   Q    Who was that?
 3   A    Scott Woodward.
 4   Q    To your knowledge, did Ausberry receive
 5         any sort of discipline or warning due to
 6         his failure to complete the mandatory
 7         trainings during the years that he didn't
 8         complete them?
 9   A    Not that I'm aware.
10   Q    Same question now for Miriam Segar.  What
11         trainings or professional developments
12         did she complete during that time period
13         related to sexual misconduct or mandatory
14         reporting?
15   A    It was one of the years in '15 or '16,
16         and then again from '18 on,
17         consecutively.
18   Q    Who would've been responsible for
19         ensuring that she completed those
20         trainings?
21   A    The athletic director.
22   Q    Okay.  To your knowledge, did she receive
23         any discipline or warnings for her
24         failure to complete trainings during at
25         least 2017?
```

```
 1   A    Not that I'm aware.
 2   Q    Next question, same question for Sharon
 3        Lewis.  What trainings did she complete
 4        related to sexual misconduct or mandatory
 5        reporting during that period?
 6   A    Hers, I believe, was only 2020 and 2021.
 7   Q    And who would have been responsible for
 8        ensuring that she completed those
 9        trainings?
10   A    The athletic director.
11   Q    And to your knowledge, did she receive
12        any sort of discipline or warnings for
13        her failure to complete any of those
14        trainings prior to 2020?
15   A    Not that I'm aware.
16   Q    Same question for Keava Soil-Cormier?
17   A    I believe she had completed one earlier
18        in the '16 to '18 range and then again,
19        '20 and '21.
20   Q    Who would've been responsible for
21        ensuring that she completed those
22        trainings?
23   A    Athletic director.
24   Q    Did she receive any sort of discipline or
25        warning for her failure to complete those
```

1      trainings as required?

2  A   Not that I'm aware.

3  Q   Same question for Julia Sell.  What

4      trainings or professional development did

5      she participate in related to sexual

6      misconduct or mandatory reporting?

7  A   She, I think, was in 2015 and then again

8      in 2020 and 2021.

9  Q   Who was responsible for ensuring that she

10     completed those trainings?

11 A   Athletic director.

12 Q   Did she receive any discipline or

13     warnings for her failure to complete

14     those trainings?

15 A   Not that I'm aware.

16 Q   Same question for Mike Sell.

17 A   I believe his was just 2020 and 2021.

18 Q   Who was responsible for ensuring that he

19     completed those trainings?

20 A   Athletic director.

21 Q   Did he receive any discipline or warning

22     for his failure to complete those

23     trainings?

24 A   Not that I'm aware.

25 Q   I believe that is it for those folks.  My

Confidential
BOARD SUPERVISORS

1    understanding and correct me if I'm wrong

2    is that Sharon Lewis was terminated from

3    her position at LSU in February '22; is

4    that correct?

5  A   Correct.

6  Q   For what reason was she terminated or

7    reasons, if there's more than one?

8  A   It was part of the entire football staff

9    turnover when Brian Kelly came in.

10  Q   Let me try and phrase this in a way that

11    you'll actually be able to answer it.

12    What specifically caused her to be

13    terminated because I know not everybody

14    was, right?  Some folks are still there.

15    So, what specifically related to her made

16    her someone that was not kept on?

17                MS. GREEN:

18                    Object to the form of the

19                question.

20  BY MS. ABDNOUR:

21  Q   If you know.

22                MS. GREEN:

23                    Go ahead and answer, I'm

24                sorry.

25  A   I'm not exactly sure.

1   BY MS. ABDNOUR:

2   Q    To your knowledge, was there anything

3        related to any conduct or disciplinary

4        concerns that led to that decision?

5                 MS. GREEN:

6                      Object to the form of the

7                 question.

8   BY MS. ABDNOUR:

9   Q    You need to go ahead and answer.

10  A    Not that I'm aware.

11  Q    The next questions I want to ask you are

12       related to Julia and Michael Sell and I

13       want to give you a little bit of context

14       here.  And I just want any information

15       you can give me from your view.  What

16       they told us in their depositions is that

17       they resigned from LSU.  The information

18       that I received from LSU's counsel was

19       that their contracts were not renewed.

20       So, from your view and based on the

21       information that you know, what was the

22       reason that they were no longer working

23       at LSU as of approximately April 2022?

24  A    They resigned.  They didn't want to

25       continue the remainder of their contract.

1  Q    What information do you have about --
2        what reasons did they provide for that?
3  A    They just felt it was time for them to
4        move on.
5  Q    Anything else?
6  A    No.
7  Q    Did they resign in-writing?
8  A    I believe so.
9                   MS. ABDNOUR:
10                      So, Molly and Karleen, that's
11                  another thing that we would want
12                  and would've thought would be in
13                  a personnel file, just to flag
14                  that.
15                  MS. GREEN:
16                      We'll add it to the list and
17                  talk off-line about it.
18 BY MS. ABDNOUR:
19 Q    Okay.  Were they required to do anything
20       because they were terminating their
21       contracts early?
22 A    No.
23 Q    Give me five minutes.  I think we're done
24       but let me just confer with my co-counsel
25       really quick.  We're going to take a

```
  1           brief, maybe five minutes or less, break.

  2                     MS. GREEN:

  3                         Okay.

  4    (Off the record.)

  5    BY MS. ABDNOUR:

  6    Q   All set, Wendy.  I appreciate your time.

  7        We don't have any more questions for you.

  8                     CROSS EXAMINATION

  9    BY MS. GREEN:

 10    Q   Okay, I have a follow-up question.

 11        Earlier, Ms. Nall, you testified about

 12        the termination of Sharon Lewis and you

 13        explained or you stated that she was

 14        terminated as part of the football

 15        turnover.  Would you provide a little

 16        more information about the football

 17        turnover -- specifically how many

 18        employees were let go as part of the

 19        turnover?

 20    A   So, in the football turnover there were

 21        approximately forty-nine total employees

 22        between football and football weight

 23        room.  Out of those forty-nine, only

 24        about six were retained.

 25    Q   Thank you.  I don't have any additional
```

| 1 | questions. |
| 2 | MS. ABDNOUR: |
| 3 | Okay.  We're done.  Thank you. |
| 4 | (Off the record.) |
| 5 | EXAMINATION OF DR. JANE CASSIDY |
| 6 | BY MS. ABDNOUR: |
| 7 | Q   Hi, I'm Liz Abdnour.  I represent the |
| 8 | plaintiffs in the Owens v. LSU matter. |
| 9 | Can you please state your name for the |
| 10 | record? |
| 11 | A   Sure.  Jane Cassidy. |
| 12 | Q   Do you prefer Jane, do you prefer, I |
| 13 | think, Doctor Cassidy; what do you prefer |
| 14 | to be called? |
| 15 | A   Please call me Jane. |
| 16 | Q   Okay, thank you, Jane.  I'm going to go |
| 17 | through some intro information for you |
| 18 | here and then we'll dive in.  The first |
| 19 | question that I have for you, though is |
| 20 | have you ever been deposed before? |
| 21 | A   Yes. |
| 22 | Q   And when were you deposed? |
| 23 | A   It was probably about three or four years |
| 24 | ago. |
| 25 | Q   What case was it? |

 1  A    ██████████████ case with LSU.  It was an

 2       LSU case.

 3  Q    **What was the first name, I missed it?**

 4  A    ████████████████████████████

 5  Q    **Just briefly, what was the subject matter**

 6       **of that case?**

 7  A    A faculty member who felt that she was

 8       being discriminated against.

 9  Q    **Any other times you have been deposed?**

10  A    One other time a long time ago when

11       someone thought I was --

12  Q    **What was that case?**

13  A    -- Somebody thought I was a witness to a

14       theft and I was not.

15  Q    **So, I'm going to go through some**

16       **reminders here.  You've probably heard**

17       **them before but just to make sure we're**

18       **all on the same page.  The first thing is**

19       **please make sure you give a verbal answer**

20       **for everything -- a yes or a no or if**

21       **it's narrative answer, that's fine.**

22       **We've got to make a good record for Jen,**

23       **the court reporter, so nods or shrugs or**

24       **that kind of thing aren't going to be**

25       **helpful.  Second, and I will probably**

1    mess this up, too, but if we can, please

2    try not to talk over each other.  Wait

3    until I finish asking the question before

4    you respond, even if you think you know

5    where I'm going, just so that Jen can

6    make the best record possible without us

7    talking over each other.  I will try to

8    do the same as well and wait for you to

9    answer any question before I ask the next

10   one.  If you hear one of the attorneys

11   say objection, let them say whatever they

12   have to say but then unless you're

13   instructed otherwise you will still need

14   to answer the question.  If I ask you a

15   question that you either don't understand

16   or that's unclear to you, please ask me

17   to clarify or restate it for you.  I'm

18   not trying to trick you.  I'm truly just

19   trying to get the best information I can

20   from you.  Same if there's information

21   that you don't know.  You can just say

22   you don't know.  That's perfectly fine.

23   I don't want you to try and guess about

24   anything that you don't know.  If you

25   need a break at any time, please let me

```
 1          know.  I just ask that you answer any
 2          pending question before we take the
 3          break.  So, if a question's been asked,
 4          if you can answer the question then we'll
 5          take the break.  I think that's all that
 6          I had for you there.  So, the next thing
 7          I want to ask you is do you understand
 8          that you are testifying under oath and
 9          under penalty of perjury?
10   A      Yes.
11   Q      Have you ever been a plaintiff or a
12          defendant in any other lawsuits?
13   A      No.
14   Q      Have you ever been arrested or convicted
15          of a crime?
16   A      No.
17   Q      Are you taking any medication or do you
18          have any other medical condition that
19          could affect your memory?
20   A      No.
21   Q      Anything that could affect your ability
22          to testify truthfully?
23   A      No.
24   Q      Anything that could affect your ability
25          to read documents that I might show you
```

Confidential BOARD SUPERVISORS

1       during this deposition?

2   A   No.

3   Q   Please describe for me what your

4       education was after high school?

5   A   I have a bachelor's degree in music

6       education from the University of Hartford

7       and I have a master of music degree from

8       Florida State University and PhD in music

9       from Florida State University.

10  Q   When did you graduate with that final

11      PhD?

12  A   1988.

13  Q   If you can describe for me your

14      employment history after graduating with

15      your PhD?

16  A   I was hired at LSU right out of PhD

17      school as an assistant professor, tenure

18      track.  I went up through the ranks --

19      associate professor, full professor.  Did

20      that for about twenty-two years, I think,

21      and then I moved into some part-time

22      administration, became the director of

23      the school of music at LSU and then from

24      there went into academic affairs, became

25      vice provost in 2010 and I've been in

Confidential        BOARD SUPERVISORS

```
 1        academic affairs since.  Sorry, one more
 2        thing.  I did get pulled out for eighteen
 3        months to be an interim vice president
 4        for civil rights and Title IX.
 5   Q    Let me try and think how I want to ask
 6        this.  To your knowledge, if you have any
 7        knowledge, why were you selected for that
 8        role?
 9   A    The role at the time was building out an
10        office and while I'm not an expert in
11        Title IX, I have done a lot of
12        operational work at the University and
13        there were a lot of things that I knew
14        people to help accomplish.  So, the
15        intent was for me to get an office built-
16        up and then to hire a subject matter
17        expert to lead the office.
18   Q    I know you said it was eighteen months
19        but what were the approximate start and
20        end dates for that position?
21   A    Sure.  March -- St. Patrick's Day --
22        March 17th of 2021 through September of
23        2022.
24   Q    To the extent that you have the knowledge
25        to answer this question, what was the
```

1          impetus for coming on and building the

2          office?  What caused that to happen at

3          that time?

4     A    The president wanted -- at the time,

5          President Tom Galligan wanted to build a

6          world-class Title IX office to help with

7          creating a safe environment for our

8          faculty, staff and students.

9     Q    When did Tom Galligan start in his role

10         as president if you know?

11    A    Oh gosh, I know that it was right before

12         we won the national championship with Joe

13         Burrow, whatever year that was.

14    Q    I have no idea.  Okay.

15    A    I don't know, maybe 2020 -- well, I

16         shouldn't guess.

17    Q    That's okay.  Do you know about how long

18         he'd been in the role when he appointed

19         you to the AVP role?

20    A    That's what I don't remember.  It was

21         either three months or a year and three

22         months.  I don't remember.  I think that

23         it was a year and three months, probably.

24    Q    Did Tom Galligan ever share any

25         information with you about why he had the

1          any other way?

2     A    I think the online and the Moodle process

3          started in 2015 and before that -- 2013,

4          2014 -- we did in-person training.

5     Q    **Okay.  So, let's talk about the in-person**

6          **training.  How often was that provided?**

7     A    I believe at least twice a year.

8     Q    **Were those twice-a-year sessions, were**

9          **both of those mandatory?**

10    A    No.

11    Q    **Were either of them mandatory?**

12    A    No.

13    Q    **So, was there any mandatory training for**

14         **employees on those topics before 2015?**

15    A    Not that I'm aware of.

16    Q    **And then just to clarify, because I think**

17         **I asked the question without being clear,**

18         **starting in 2015 when the Moodle training**

19         **started, was those trainings mandatory?**

20    A    I believe so.

21    Q    **The trainings that were done in-person,**

22         **how were those organized?**

23    A    They were offered through the training

24         section of human resources' website and

25         employees were notified that they were

Confidential BOARD SUPERVISORS

```
 1          that it should be reported to a
 2          supervisor, up the chain-of-command, or
 3          to human resources.
 4   Q   About how many folks attended the
 5          trainings that were put on for the whole
 6          campus community in each year?
 7   A   I don't know.
 8   Q   Same question about how many folks
 9          attended individual department trainings
10          in each year?
11   A   I don't know.
12   Q   Are there records of who attended those
13          trainings in each of those years?
14   A   I'm not positive that there are.  It's
15          not the same record system that we have
16          with the Moodle online trainings.  So, I
17          don't know if that's something that we've
18          kept.  I'd have to look into that.
19   Q   What does the records retention policy
20          say about how long those records should
21          be maintained?
22   A   I didn't review that for this deposition
23          so I'm not positive.
24   Q   Now, let's talk about the -- well, let me
25          ask one more question.  Who prepared the
```

Confidential   BOARD SUPERVISORS

```
 1        content for those two different sets of
 2        trainings at that time in 2013 and 2014?
 3   A    My group, employee relations.
 4   Q    My understanding was that at that time,
 5        the Title IX coordinator was somebody who
 6        was also in the general counsel's office;
 7        does that sound correct to you?
 8   A    I don't know who it was at the time
 9        specifically.
10   Q    I think -- and tell me if you think this
11        is wrong -- but I think it was Jim
12        Marchand at that time; does that sound
13        accurate to you or you just don't know?
14   A    I don't recall that.
15   Q    Was there any input from the Title IX
16        coordinator in putting those trainings
17        together during 2013 and 2014?
18   A    Not that I recall.
19   Q    So, then starting in 2015, we've got the
20        Moodle online trainings.  Can you tell me
21        first what led to the decision to switch
22        to the Moodle module?
23   A    I don't know.  I wasn't a part of that
24        decision.
25   Q    Who prepared the content initially for
```

Confidential BOARD SUPERVISORS

```
 1        that very first training that would have

 2        been implemented through Moodle?

 3   A    I believe it's HR but I'm not positive.

 4   Q    Was the Title IX coordinator involved in

 5        that initial preparation of that first

 6        round of training?

 7   A    I don't know, honestly, for the last

 8        question and this question.  I'm not

 9        positive who created the content.

10   Q    Once the content was created, what were

11        employees told when it was sent out to

12        them about the training?

13   A    I don't have that information in front of

14        me -- the exact message that was sent to

15        the employees -- so, I'm not sure.

16   Q    So generally, what I'm trying to get at

17        is were folks advised at that point --

18        that first time that it was sent out in

19        2015 -- that it was a mandatory training?

20   A    I believe so.

21   Q    Were they given any information about

22        what would happen if they didn't do the

23        training?

24   A    I don't know.

25   Q    How was participation tracked for that
```

1          first training in 2015 through Moodle?

2    A    I don't understand the question because

3          it was tracked through Moodle.

4    Q    Okay.  So, tell me what that means, I

5          guess, if you can just describe what that

6          looks like in Moodle?

7    A    So, Moodle would keep a record of the

8          people who had taken the training and

9          then our training director could pull

10         that record and provide it if requested.

11   Q    Would somebody have to sign-in to Moodle;

12         is that how that would work?

13   A    Yes, you had to sign-in under your

14         credentials.

15   Q    How would the Moodle system ensure that

16         the person completed the whole training

17         once they signed on?

18   A    I think there was a certificate at the

19         end.  So, you had to complete it to get

20         credit for taking the class.

21   Q    Were there check-in's throughout the

22         course to ensure that somebody was paying

23         attention?

24   A    I don't recall.  For those initial

25         trainings, I don't know.

Confidential    BOARD SUPERVISORS

1    Q    What about at the end of the training?

2         Was there any sort of quiz or competency

3         assessment to see what the person had

4         learned from the training?

5    A    I'm not sure about the trainings from

6         when this first started.  I don't know.

7    Q    It sounds like maybe that has -- you have

8         some information starting at some point

9         about that; is that accurate?

10   A    Most recently we have those things.

11   Q    So, tell me about that.  When did you

12        personally, I guess, or really on behalf

13        of the Board, when did you become aware

14        of those check-ins and/or assessments

15        being implemented?

16   A    I don't know the date.  I've taken the

17        training every year and done it.  I just

18        don't recall exactly what was in each

19        version of the training and when that was

20        implemented.

21   Q    For 2022, was it implemented?

22   A    Specifically was what implemented -- the

23        check-ins?

24   Q    Yes -- so, first the check-ins?

25   A    Yes.

Confidential                    BOARD SUPERVISORS

1    Q    And what about some sort of assessment or

2         review at the end to ensure that the

3         person had observed the material?

4    A    Yes.

5    Q    Do you recall if that was in-place in

6         2021?

7    A    I don't.

8    Q    Do you recall any of the years between

9         2015 and 2022?

10   A    I don't know specifically what was in-

11        place and what was not.

12   Q    We had talked about somebody being able

13        to go into the system and see at least

14        who had logged in for the trainings;

15        correct?

16   A    Who had completed it.

17   Q    Completed it.  Okay.  In 2015, what

18        percentage of the folks that it was sent

19        to completed it?

20   A    I do not know.

21   Q    Do you know that for any year between

22        2015 and 2022?

23   A    No.

24   Q    Who would have been the person in each of

25        those years that was responsible for

```
 1         ensuring that people completed it?
 2   A   Our office could track who had completed
 3         it, so human resources, the training
 4         director.
 5   Q   Did that person have -- so, it's a
 6         different question between whether they
 7         could check it and whether they had some
 8         responsibility to check it.  Did that
 9         person have a responsibility to check it
10         or just the ability to check it?
11   A   I don't know.
12   Q   Do you know the answer to that question
13         for any year between 2015 and 2022?
14   A   So, when you say had a responsibility, a
15         responsibility to whom or to what; what
16         exactly do you mean?
17   Q   To anybody.  If it was within the scope
18         of anybody's job duties to be monitoring
19         who was taking the training -- that's
20         what I'm trying to understand?
21   A   So, our training director, I know at
22         least for the last two years, has been
23         reviewing and providing that information
24         to our CHRO on percentage of completion.
25   Q   What does CHRO stand for?
```

Confidential BOARD SUPERVISORS

```
 1   A    Chief human resource officer, so the head
 2         of our human resources.
 3   Q    Is that person your supervisor as well?
 4   A    Yes.
 5   Q    Just so I understand, that person's over
 6         all of the HR for LSU?
 7   A    Yes.
 8   Q    Okay, got it.  Do you know what either of
 9         those percentages were in either of those
10         most recent two years?
11   A    I do not.
12   Q    Does that person, the HR training
13         director or anyone else, does anyone have
14         an obligation to address or take any
15         action with respect to anybody who may
16         not have completed the annual training?
17   A    No.
18   Q    So, is there any consequence for not
19         taking the annual training?
20   A    I don't know.
21   Q    Give me a second here.  Are all employees
22         at LSU required to do the annual training
23         or is there any category of employee
24         that's excluded from that requirement?
25   A    The responsible employees are required to
```

1          about performance reviews related to the

2          defendants that were named and what I

3          want to know specifically with respect to

4          their performance reviews was if there

5          was ever anything noted related to

6          concerns about their handling of Title IX

7          or sexual misconduct or their mandatory

8          reporting obligations and the relevant

9          time period that we're looking at here is

10         in 2013 to 2021, which I know is not

11         going to apply in-full to each one of

12         these folks.  So, I'm just going to go

13         through the list again.  I apologize that

14         it's going to be somewhat repetitive.  F.

15         King Alexander, was there anything in any

16         performance reviews of him related to

17         those topics?

18    A    Not that I'm aware of.

19    Q    A.G. Monaco?

20    A    No.

21    Q    No there wasn't or no, not that you're

22         aware of?

23    A    So, what I did for the trainings is look

24         at their overall scores.  I didn't read

25         every comment in all of the evaluations,

1       so I can tell you whether or not they

2       were successful or unsuccessful but I

3       don't have all of the detailed comments

4       that were written in these evaluations.

5   Q   **Okay.  So, I guess let's start with**

6       **Alexander.  Was he overall successful or**

7       **unsuccessful in the performance**

8       **evaluations that you reviewed?**

9   A   And also I don't have it memorized.  So,

10      the only one I know of that had

11      unsuccessful was Jennie Stewart.

12  Q   **So, tell me about what you know of about**

13      **when the unsuccessful was -- when that**

14      **performance review was and what**

15      **information you know about why it was?**

16  A   There was the 2019, 2020 evaluation and

17      her supervisor wrote that he had concerns

18      with the way that PM 73 revisions based

19      on the federal law being updated at that

20      time, that they weren't going as he had

21      expected and then there were concerns

22      with her management of the Title IX

23      training throughout the university during

24      that COVID period.  And then the other

25      evaluation was the 2020-2021 and that had

1          comments that it was related to the

2          results of the Husch Blackwell report.

3     Q    Who did these evaluations of her?

4     A    The 2019-2020 was Winston Decuir and the

5          2020-2021 was Jane Cassidy.

6     Q    With respect to the concerns from the

7          2019-2020 evaluation that raised concerns

8          about the Title IX policy revision and

9          Title IX training during COVID, was there

10         any -- I probably just don't know the HR

11         words for this.  Was there any

12         instruction or guidance given to her

13         about how to improve her performance in

14         those areas?

15    A    I remember that there was a mention of

16         having weekly meetings with her

17         supervisor to help improve her

18         performance.  I don't recall what else

19         was in there for improvement.

20    Q    And her supervisor at that time was

21         Winston Decuir; is that correct?

22    A    Correct.

23    Q    So, did those weekly meetings occur?

24    A    I do not know.

25    Q    With respect to the 2020-2021 report --