UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL

                  CASE NO.: 3:21-cv-00242
                  DIVISION WBV-SDJ
VERSUS          JUDGE WENDY B. VITTER
                  MAG. JUDGE JOHNSON
                  JURY DEMANDED

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL

   * * * * * * * * * * * * * * * * * * * * *

VIDEO CONFERENCE DEPOSITION OF

JOE ALLEVA

TAKEN VIA ZOOM, BATON ROUGE, LOUISIANA, ON

NOVEMBER 16, 2022, BEGINNING AT 9:05 A.M.

REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER
    CERTIFICATE NUMBER 29011

|   |   |   |
|---|---|---|
| 1 |   | everyone involved with athletics." |
| 2 |   | Mandatory training, did that include |
| 3 |   | mandatory training on Title IX with the |
| 4 |   | definition you and I have agreed upon for |
| 5 |   | today? |
| 6 | A | The education that I'm referring to was |
| 7 |   | performed by the Beebe Group and I |
| 8 |   | believe that it did include those things, |
| 9 |   | yes.  I believe. |
| 10 | Q | What do you recall about how the Beebe |
| 11 |   | Group was brought in to athletics? |
| 12 | A | My recollection is that the president of |
| 13 |   | the board of supervisors hired the Carr |
| 14 |   | Group to come in and do an evaluation of |
| 15 |   | the athletic department and included in |
| 16 |   | that evaluation I believe the Beebe Group |
| 17 |   | came in to do an evaluation of Title IX |
| 18 |   | and those kind of things. So, then after |
| 19 |   | they did their evaluation, I hired them |
| 20 |   | to perform education to our department. |
| 21 |   | I believe that's the way it worked. |
| 22 | Q | Just backing up for one moment, I'm not |
| 23 |   | asking about conversations that you made |
| 24 |   | have had with your lawyers but did you do |
| 25 |   | anything to prepare for your deposition |

```
 1         wasn't you?
 2   A     Probably Miriam Segar.  Miriam was pretty
 3         much in charge of that process.
 4   Q     When you say she was pretty much in
 5         charge that process; what do you mean?
 6   A     I think she was probably the liaison with
 7         the Beebe Group probably.
 8   Q     Do you know what kind of training Miriam
 9         Segar had related to Title IX?
10   A     No, not exactly.  No, I don't.
11   Q     Did you have any training related to
12         Title IX?
13   A     Formal training, no.
14   Q     To finish that first paragraph, "our
15         student athletes are the most educated
16         students on this subject by far."  Were
17         you referring to the most educated
18         students at LSU or the most educated --
19         what did you mean by that statement?
20   A     I would say at LSU.  I don't know what
21         other students around the country had
22         been educated on.
23   Q     Then you say "we created a committee,
24         too.  Sometimes athletes don't want to go
25         to their coach and say there's a problem
```

```
 1   A     No.  I don't.
 2   Q     Okay.  Do you recall reviewing this 2016
 3         email with Jennie Stewart prior to
 4         sending it?
 5   A     I don't know if Miriam did or not.
 6         Normally, we would review something like
 7         that with Bob Barton, who was our outside
 8         counsel.  So, I would assume -- again,
 9         I'm assuming -- that Bob --
10                   MS. FURR:
11                        I'm sorry to interrupt but
12                   please don't disclose
13                   communications that you had with
14                   Mr. Barton.
15                   THE WITNESS:
16                        Okay.
17   BY MS. LASKY:
18   Q     And Mr. Alleva, my question was do you
19         recall discussing this email with Jennie
20         Stewart?
21   A     I do not recall.
22   Q     Do you recall discussing this email with
23         -- do you know who Mari Fuentes-Martin
24         is?
25   A     Yes.  I do know who she is.
```

```
 1  Q    Okay.  We talked earlier about that the
 2       decision was made to advise -- that one
 3       of the options for people within
 4       athletics was to report violations of
 5       Title IX to Miriam Segar; correct?
 6  A    Correct.
 7  Q    Whose idea was that, that things should
 8       be reported to Miriam Segar within
 9       athletics?
10  A    I would have to guess it was mine.
11  Q    Do you recall specifically about that?
12  A    No, no, I don't recall specifically but
13       I'm sure I had to approve it so I guess
14       it's my responsibility.
15  Q    Why did you want to implement a reporting
16       to Miriam Segar?
17  A    First of all, it was my understanding
18       that was totally within the realm of
19       acceptable procedure at the time.  That
20       was number one.  Number two, Miriam is
21       remarkably smart, has impeccable
22       integrity, is the most honest person I
23       know, she happens to be a woman and she
24       was an LSU athlete.  She was totally
25       well-known within the department.
```