```
               UNITED STATES DISTRICT COURT

               MIDDLE DISTRICT OF LOUISIANA


SHARON LEWIS
                    CIVIL ACTION NO. 3:21-cv-00198
                    JUDGE SUSIE MORGAN
VERSUS              MAGISTRATE JUDGE
                    RICHARD L. BOURGEOIS

LOUISIANA STATE UNIVERSITY, ET. AL.

* * * * * * * * * * * * * * * * * * * * *

               DAY 2 OF THE DEPOSITION OF

                       SHARON LEWIS

TAKEN AT PHELPS DUNBAR, 400 CONVENTION

STREET, SUITE 1100, BATON ROUGE, LOUISIANA

70802, ON OCTOBER 28, 2022, BEGINNING AT

9:08 A.M.


REPORTED BY:
     JENNIFER W. PICKETT
     CERTIFIED COURT REPORTER
     CERTIFICATE NUMBER 29011
```

```
 1           or sexual assault?
 2   A       I'm not remembering that that's what I
 3           knew it to be.
 4   Q       Can you recall when you first learned
 5           that?
 6   A       After the incident with Les Miles with
 7           Student 1, that was when we'd report
 8           things to Miriam.  Anything, incidents
 9           with the athletes.  Anything that
10           occurred with the athletes was reported
11           to Miriam Segar.
12   Q       And so, when did you first learn that
13           that's what you would do?  Was it right
14           after that incident?
15   A       I want to say it was before for some
16           knowledge that we had, that any incidents
17           that happened with our athletes was
18           reported to Miriam Segar.
19   Q       Who gave you that information?
20   A       We received a memo from Joe Alleva and
21           before that I'm not sure if it was in one
22           of our meetings that we had.  We would
23           have annual meetings at the beginning of
24           every season where the president would
25           speak, where the AD would speak, Miriam
```

```
 1      would speak at it as well as Bo Bahnsen.
 2  Q   What role did Miriam have that made her
 3      the appropriate person to report to if
 4      you know?
 5  A   At the time she was the senior women's
 6      administrator.
 7  Q   What did that role mean to you?
 8  A   She oversaw women's sports and for me
 9      being the highest ranking female in
10      athletics.
11  Q   So, once you came to learn that Miriam
12      was the person to report sexual assaults
13      or sexual harassment to, what did you
14      understand you were supposed to report to
15      her if you learned of something like
16      that?
17  A   Anything that dealt with our athletes.
18      Anything that occurred with our athletes,
19      for me, the students.
20  Q   Would that also encompass students who
21      were non-athletes?
22  A   For me yes, because I oversaw students
23      that worked in the football operations
24      building.
25  Q   Let's say, for example, that you heard
```

```
 1       from a colleague that a student who was
 2       not a student athlete, not a student
 3       worker, just a student on campus -- that
 4       they had experienced a sexual assault.
 5       Would it have been your understanding at
 6       that time that you had any obligation to
 7       report?
 8   A   Repeat that.
 9   Q   Just as a hypothetical example.  Let's
10       say you were talking with a colleague and
11       the colleague told you I heard that there
12       was a sexual assault of a student on
13       campus but it was not a student who was a
14       student athlete.  It was not a student
15       who was a student worker under you.  Just
16       a student completely unassociated with
17       your work.  At that time, would it have
18       been your understanding that you would
19       have an obligation to report that?
20   A   Yes.
21   Q   And where would you have gotten that
22       information from?
23   A   To report it to Miriam?
24   Q   Uh-huh.
25   A   It was just what we were taught.  That
```

```
 1       was our education as far as report any
 2       incident.
 3  Q    Just any incident that you heard of
 4       involving a student; is that correct?
 5  A    Yes.
 6  Q    What about an employee?
 7  A    Miriam Segar.
 8  Q    Same thing regardless of how you heard
 9       about it or where you heard about it; is
10       that right?
11  A    Yes.
12  Q    At that time had anybody told you who the
13       Title IX coordinator was for the
14       university?
15  A    No, I didn't know we had one.
16  Q    Do you know that the university has one
17       now?
18  A    Yes.
19  Q    When did you learn that?
20  A    During my investigation.
21  Q    And when you say your investigation, are
22       you referring to the 2018 investigation
23       by Jeffrey Scott?
24  A    Yes.
25  Q    Can you recall specifically in that
```

```
 1      to the higher authority, in this case the
 2      campus Title IX coordinators."  So, just
 3      to clarify, you wrote this in 2018 in
 4      December so you would have seen the
 5      Exhibit 49 we just looked at, the PM 73
 6      policy and you're referencing the campus
 7      Title IX coordinator there.  Was your
 8      reference of the campus Title IX
 9      coordinator due to knowledge that you
10      learned from this PM 73 or was that
11      something someone else had given you?
12  A   Through the PM 73 and -- yeah.
13  Q   And then you write "this was a process
14      put into place a few years ago from other
15      incidents that occurred related to Title
16      IX offenses by individuals in the LSU
17      athletics department."  What are the
18      incidents that you're referring to there?
19  A   I want to say that was the ████████
20      incident with the Superdome, the other
21      young lady and the other man, other young
22      athlete.  When those were occurring it
23      was made clear to me that I am to report
24      directly to Miriam Segar and also from
25      the Les Miles to the Frank Wilson to the
```

```
 1         incidents that were happening, that
 2         everything goes to Miriam Segar.
 3    Q    When you say this was a process that was
 4         put into place a few years ago, did you
 5         know about that campus Title IX
 6         coordinator a few years ago or were you
 7         just referencing that because that is
 8         something you had just learned through
 9         the policy?
10    A    I was referencing just to identify the
11         policy according to that was saying this,
12         but my reference was to go to Miriam
13         Segar.
14    Q    Thanks.  I just wanted to clarify that.
15         I'm done with Exhibit 30 for now but we
16         may be coming back to that one.  I want
17         to ask you some questions now about your
18         case against LSU and I read the complaint
19         but I think there's probably a lot that I
20         still don't know that might be helpful.
21         So, in 2009, if I'm understanding right -
22         - please let me know -- in 2009, is that
23         the first time you reported a concern
24         about Les Miles?
25    A    No.
```

```
 1   Q   When was the first time you reported a
 2       concern about Les Miles?
 3   A   The first time I ever met with Coach
 4       Miles, when he made the reference in our
 5       first ever meeting myself, a guy named
 6       Josh Henson was the recruiting
 7       coordinator and I was explaining to Les
 8       Miles what my duties was.  He stopped in
 9       the meeting, looked at Josh Henson and
10       said I want the blonde over the brunette.
11   Q   Do you remember when that occurred?
12   A   The first week of Les Miles being hired.
13   Q   I don't know when that was at --
14   A   I don't know when that was.  We can find
15       it by looking at the day he was hired.
16   Q   Who did you report that incident to?
17   A   Sam Nader, Verge Ausberry.
18   Q   As far as you know was any action taken
19       based on that report?
20   A   No.
21   Q   And then when was the next time you
22       reported a concern about him?
23   A   We hired a blonde and Coach Miles said to
24       me that that's the face of recruiting,
25       the blonde.
```

1  Q   And who did you report that concern to?
2  A   Spoke to Sam Nader, I had a conversation
3      with Verge about it.  I thought it was
4      racist and offensive being a black woman.
5      You hire a white woman, now she's taking
6      over your job because I want the blonde
7      over the brunette.
8  Q   Was any action taken based on that
9      report?
10 A   No.
11 Q   When was the next time you reported a
12     concern about Les Miles?
13 A   I reported what I felt was his fixation
14     on the student worker staff, his
15     lingering in their offices, his overly
16     conversations with them.  It made me very
17     uncomfortable so I reported, I had a
18     conversation with both Verge, Sam Nader,
19     I even brought it up to our compliance
20     officer.  His name was Bo Bahnsen.
21 Q   Was any action taken as a result of that
22     report?
23 A   No.
24 Q   How did you learn about the fixations?
25 A   Just me being a woman and experience.  I

```
 1      thought it was unusual and odd of a coach
 2      spending time in a room with students.
 3      Examples I can give you.  He would tell -
 4      - somebody would be walking -- he would
 5      say hey, stop.  Turn around.  And she
 6      would turn around and you look nice
 7      today, commenting on her looks, beautiful
 8      blouse.  I was uncomfortable with that
 9      and it just made me feel very
10      uncomfortable, his interaction with that.
11   Q  So, it was your personal observations?
12   A  Yes.
13   Q  Were there things that other people told
14      you as well at that point or was it just
15      you personally observing?
16   A  Not at that point.  I want to say even
17      looking, it kind of made the girls uneasy
18      but definitely me uneasy.  I felt that I
19      wanted to have a conversation with my
20      superiors, Verge being a superior and at
21      the time Sam Nader being our assistant
22      athletic director of operations.
23      Reporting that his interactions with the
24      students were not normal in my opinion.
25   Q  At that time did you report anything to
```

```
1         Miriam Segar?
2   A    Not yet.
3   Q    Why not?
4   A    It was my uncomfortableness with it but
5        when the Student 1 came in with her deal,
6        because it was an accusation of a
7        physical action from the young lady, from
8        the student, that I took that to Miriam
9        Segar.
10  Q    That was in 2013; correct?
11  A    Yes.
12  Q    Was it your opinion that Les Miles was
13       creating a hostile environment?
14  A    Very.
15  Q    When did you first develop that opinion?
16  A    Once after I reported Student 1 he was
17       told that I was complaining about his
18       action and so he turned his anger towards
19       me.
20  Q    Did you feel it was a hostile environment
21       before you made that report about Student
22       1?
23  A    Yeah.  It was a sexual environment,
24       sexual harassment, you know, it became --
25       yes.
```

```
 1  A    Yes.
 2  Q    What about Student 2?
 3  A    Student 2 came to me saying that she felt
 4       she was being harassed.  She showed me
 5       some text messages that Les kept sending
 6       her and she wanted it to stop.  She sent
 7       me copies of the text messages and I
 8       called Miriam Segar.  I sent Miriam the
 9       copy of the text messages as well and we
10       had -- it was myself, the young lady,
11       Wendy and I want to say Ya'el was there
12       in that meeting and that was held in
13       Miriam's office.
14  Q    When you say the young lady in that one,
15       you mean Student 2; correct?
16  A    Student 2, yes.
17  Q    With Student 1, what happened after that
18       meeting?
19  A    After that meeting Miriam called me and
20       told me that Student 1 could no longer
21       work in the football building.
22  Q    What was the reason for that?
23  A    She said because she reported Les Miles.
24  Q    What happened to Student 1 at that point?
25  A    She dropped out of school and I don't
```

```
 1            know.  I think we tried to -- I'm not
 2            sure.
 3     Q      Was she given an opportunity to work
 4            somewhere else on-campus that you know of
 5            or if you don't know that's okay.  I'm
 6            just wondering if you happen to know?
 7     A      I think she was.
 8     Q      As far as you know, though, she dropped
 9            out.  That wasn't going to work for her?
10     A      Uh-huh.
11     Q      If you can say yes or no that would be
12            great.
13     A      Yes.
14     Q      Student 2, what happened after the
15            meeting?
16     A      When we went to go meet with her, I was
17            dismissed from the meeting and it just --
18            that's when Vicki Crochet, Taylor Porter
19            came in to do the investigation.
20     Q      When you say you were dismissed from the
21            meeting, did the meeting go on without
22            you?
23     A      Yes.
24     Q      Did you ever hear about what happened
25            after that?
```

```
1   A    No.
2   Q    Do you know what happened to Student 2
3        after that?
4   A    No.
5   Q    Have you ever communicated with Student 2
6        since then?
7   A    Other than seeing she just had a baby
8        recently, social media, how are you
9        doing, this, that and the other.
10  Q    Do you know if she was removed from any
11       sort of position or activities within
12       athletics?
13  A    No.
14  Q    You don't know or she wasn't?
15  A    No, she was not.  She still worked for
16       them.
17  Q    Did she drop out of school or no?
18  A    I'm not sure if she graduated or not.
19  Q    How did you feel when you learned that
20       Student 1 dropped out?
21  A    I was upset about it because I felt like
22       when it was said to her that the reason
23       she could no longer work in the football
24       department because she reported the head
25       coach, well I reported the head coach so
```

```
 1        I was like okay, so she has to leave
 2        because she reported the head coach?  I
 3        reported the head coach.  I was just --
 4        it just made me feel upset that she was
 5        removed and didn't get the opportunity
 6        but the mindset was because she reported
 7        the head coach.  She was a student and
 8        they just did away with her, got rid of
 9        her.  What were they going to do with me
10        after that.
11   Q    Did you talk to anybody about those
12        concerns at LSU?
13   A    I did.  I talked to Miriam about it.  I
14        talked to Sam about it.  I talked to
15        Verge about it.  I talked to Bo Bahnsen
16        about it.
17   Q    Tell me about your conversation with
18        Miriam.
19   A    She just confirmed that she could not
20        work there because she reported the head
21        coach and she could not be in the
22        building.  I told her she reported an
23        allegation against him.
24   Q    Did you share with her your concern about
25        what's going to happen to me?
```

```
 1         half-way through.  This is the first
 2         page.  It says "however, I understand I
 3         have a responsibility to inform an
 4         uninvolved member of the athletics
 5         department or university administration
 6         or otherwise utilize available avenues of
 7         reporting so prompt action may be taken
 8         to stop misconduct and prevent future
 9         occurrences."  This document, would you
10         agree with me, does not reference a Title
11         IX coordinator specifically?
12   A     It does not.
13   Q     Were you ever give an explanation as to
14         why the Dan Beebe Group was training you
15         to just report to some uninvolved member
16         of athletics or university administration
17         and not specifically the Title IX
18         coordinator?
19   A     I don't.
20   Q     You don't recall ever receiving any
21         explanation for that; is that correct?
22   A     No.  It was just clear if you read this
23         that's what you did.
24   Q     What did that mean to you, an uninvolved
25         member of the athletics department or
```

```
 1        it, revise and update it as it goes.  I
 2        would look at it and then we would meet
 3        with compliance to get the approval stamp
 4        to disseminate it out to our students.
 5   Q    Was it Blair that was doing that review
 6        for compliance or somebody else?
 7   A    It was Bo Bahnsen and Blair.
 8   Q    And at the very end of this document, the
 9        last item number 16 says "if you become
10        aware of a violation or potential
11        violation of these policies and
12        procedures, shall immediately report the
13        matter to senior associate athletics
14        director student services, Miriam Segar."
15        Where did you get the information that
16        that was the person who things should be
17        reported to?
18   A    Because that was always taught to us.
19        Joe Alleva put it in writing.  It was
20        verbally told to us, it was on the
21        website.  Any and all things reported
22        would go to Miriam Segar.
23   Q    Was this document provided to student
24        employees every year to sign?
25   A    Yes.
```

```
 1  A    Yes.
 2  Q    As far as you recall, it's possible there
 3       was a separate document that you created?
 4  A    We have a book that we create as well,
 5       similar to this.  I think we started
 6       creating it and compliance kind of took
 7       it over to hand to all students.  So, it
 8       may be a different one.  I would have to
 9       look and see.
10  Q    Do you have those documents still or no?
11  A    I don't.
12  Q    Is that something LSU would have?
13  A    Yes.
14  Q    Do you agree with me though that there's
15       no reference to Title IX, sexual
16       misconduct or anything in this document?
17  A    I agree.
18  Q    I'm not asking that to be repetitive.  I
19       really just sometimes miss things.  So, I
20       just want to make sure I wasn't missing
21       it.  As far as you know, is there any
22       reason that that wasn't included in here?
23  A    No.  My belief per instructed by our
24       athletic director was that all things
25       went through Miriam.
```