

How's the TIX world?

I now have TIX, ADA and Clery. TIX is afloat and ok. ADA is huge after an OCR resolution regarding digital accessibility.

The biggest challenge is no central equity office and little staff. I'm getting an accessibility director.