[redacted]

> I don't know that. I will ask but it'll be after my Ada meeting.

I think the longer we delay it looks bad on us as an institution

Just be careful around him...dealt with his type in my former life....

*5/25/20, 4:32 PM*

> We aren't moving forward where we need to be. It's awful.

> You're right. I get it.

Good

*5/25/20, 6:20 PM*

I'm always looking out for us

> For sure. It's weird. Am I reading g him wrong.

No...I think you're reading him right

*5/25/20, 9:04 PM*

[redacted]