8/20/20, 8:35 PM

**[Received]** Tweet from Coach Ed Orgeron (@Coach_EdOrgeron)¿Coach Ed Orgeron (@Coach_EdOrgeron) Tweeted:¿My Statement: https://t.co/8jGVuNiclx https://twitter.com/Coach_EdOrgeron/status/1296600969946386432?s=20

**[Sent]** I'm glad to see some info coming out.

**[Received]** Guess they did their own investigation...????

**[Sent]** I'm wondering the same. They went through with verifying what was said outside pm 73 process?

**[Sent]** The question was whether something disclosed rose to PM 73 and if he comported with his obligations under our policy.

**[Sent]** That's our purview.

**[Received]** We know that but I guess GC wanted to handle it

**[Sent]** We are going to get in some s$&t handling things outside the purview of process.

**[Received]** Exactly

**[Sent]** That's where respect for process, even if not as quickly as wanted, needs to be followed.

**[Sent]** I'm going to address tomorrow. We have some stellar processes that have insulated us well from question as they are equitable. To go around that is a risk and also thumbing at us, tasked with this work.