**EXHIBIT 16**

**From:** "Calise M Richardson" <cric116@lsu.edu>
**To:** "Tracy K Blanchard" <tblanch@lsu.edu>
**Subject:** Re: Follow up
**Date:** Thu, 18 Oct 2018 16:30:05 -0500
**Importance:** Normal
**Inline-Images:** image001.png

---

Hello,

Just wanted to let you know that I am meeting with disability services tomorrow. Also, have you had a chance to reach out to me teachers? Am I supposed to meet with them about anything as well?

Thank you for being helpful,
Calise

---

**From:** Tracy K Blanchard
**Sent:** Thursday, October 11, 2018 3:26:37 PM
**To:** Calise M Richardson
**Subject:** RE: Follow up

You can go directly through DS if that helps.  Here is the paperwork for DS that your counselor you see now could fill out.  That might be a quicker route.  In lighthouse the person to talk to is Susan Baris, but again at this point you may want to go directly to DS.

You can have the paperwork fill out by your counselor have them send it directly to DS and then a counselor from there will contact you for an appointment.

Here is the form:
https://www.lsu.edu/disability/docs/PsychologicalDocumentationFormsRevised0218pdf.pdf

---

**From:** Calise M Richardson
**Sent:** Thursday, October 11, 2018 3:23 PM
**To:** Tracy K Blanchard <tblanch@lsu.edu>
**Subject:** Re: Follow up

Hello,

Who do I contact in Light house about disability services they provide?  I contacted who I thought to be correct but they were not. So now I am not sure where to go from here and I have midterms next week and am beginning to stress out.

Thanks,
Calise

---

**From:** Calise M Richardson
**Sent:** Tuesday, October 9, 2018 2:58:02 PM

BOS-002607

**To:** Tracy K Blanchard
**Subject:** Re: Follow up

AAAS 2511 Eldon Birthwright

KIN 1125 Justin Morris

KIN 2525 Dee Jacobson

PSYC 3083 Quintin Gustin

PSYC 3050 Rachel Smith

It is okay to inform them but do you have to go into detail or can it just be a general statement?

**From:** Tracy K Blanchard
**Sent:** Tuesday, October 9, 2018 2:10:40 PM
**To:** Calise M Richardson
**Subject:** RE: Follow up

Yes, I am happy to do so.  Please let me know their names and that it would be OK to disclose that you have had an incident that has impacted your health and safety.

**From:** Calise M Richardson
**Sent:** Tuesday, October 9, 2018 1:36 PM
**To:** Tracy K Blanchard <tblanch@lsu.edu>
**Subject:** Re: Follow up

I contacted light house and I would like for you to contact my teachers if that is okay.

Thank you

**From:** Tracy K Blanchard
**Sent:** Tuesday, October 9, 2018 9:15:06 AM
**To:** Calise M Richardson
**Subject:** RE: Follow up

Are you doing OK?  Did my response make sense?  Here is the link for Lighthouse and my offer is still open to contact your teachers.

https://www.lsu.edu/shc/medical/sexual-assault-support-services/lighthouse.php

Please don't hesitate to let me know how I can help.

Tracy-578-5969.

**From:** Calise M Richardson
**Sent:** Monday, October 8, 2018 3:21 PM
**To:** Tracy K Blanchard <tblanch@lsu.edu>
**Subject:** Re: Follow up

Hello Ms. Tracy,

After the last time we talked, my grades have been suffering. The exams I took before talking to you came back with not so good grades. Two of my professors have told me they expect better from me and I know I am capable of it, but it is so hard to focus right now.

What were some of the support service options again?

Thanks,
Calise Richardson

---

**From:** Tracy K Blanchard
**Sent:** Monday, October 1, 2018 8:45:47 AM
**To:** Calise M Richardson
**Subject:** Follow up

I wanted to let you know that I have filed a report based on our conversation on Friday and sent it to our Title IX Coordinator. You will probably be contacted by Jeff Scott (Title IX investigator and he is easy to talk to) in the next day or so.

I just wanted to let you know to expect this and to let you know what is happening given the gravity of what you reported to me.

Please let me know if you need anything support wise. I am always happy to work with you.

Tracy Blanchard

**LSU**

Tracy K. Blanchard, MHS-L.P.C.
Associate Director and Assistant Dean
Student Advocacy & Accountability
Louisiana State University
333 Student Union, Baton Rouge, LA  70803
office 225-578-5969 | fax 225-578-9441
tblanch@lsu.edu | lsu.edu | dossaa@lsu.edu.