**From:** Tracy K Blanchard <tblanch@lsu.edu>
**To:** Calise M Richardson <████@lsu.edu>
**Subject:** RE: Follow up
**Date:** Mon, 08 Oct 2018 16:30:05 -0500
**Importance:** Normal
**Inline-Images:** image001.png

---

If you want to utilize Lighthouse you can certainly let them know I referred you.

**From:** Calise M Richardson
**Sent:** Monday, October 8, 2018 4:26 PM
**To:** Tracy K Blanchard <tblanch@lsu.edu>
**Subject:** Re: Follow up

Do I just email them and say you referred me? That would be great

Calise

**From:** Tracy K Blanchard
**Sent:** Monday, October 8, 2018 3:39:54 PM
**To:** Calise M Richardson
**Subject:** RE: Follow up

You can go through Lighthouse to get registered with DS for extended time and use of their testing center. I can also reach out to your faculty to see if they will work with you.

**From:** Calise M Richardson
**Sent:** Monday, October 8, 2018 3:21 PM
**To:** Tracy K Blanchard <tblanch@lsu.edu>
**Subject:** Re: Follow up

Hello Ms. Tracy,

After the last time we talked, my grades have been suffering. The exams I took before talking to you came back with not so good grades. Two of my professors have told me they expect better from me and I know I am capable of it, but it is so hard to focus right now.

What were some of the support service options again?

Thanks,
Calise Richardson

**From:** Tracy K Blanchard
**Sent:** Monday, October 1, 2018 8:45:47 AM
**To:** Calise M Richardson
**Subject:** Follow up

I wanted to let you know that I have filed a report based on our conversation on Friday and sent it to our Title IX Coordinator. You will probably be contacted by Jeff Scott (Title IX investigator and he is easy to talk to) in the next day or so.

I just wanted to let you know to expect this and to let you know what is happening given the gravity of what you reported to me.

Please let me know if you need anything support wise. I am always happy to work with you.

Tracy Blanchard

**LSU**

Tracy K. Blanchard, MHS-L.P.C.
Associate Director and Assistant Dean
Student Advocacy & Accountability
Louisiana State University
333 Student Union, Baton Rouge, LA 70803
office 225-578-5969 | fax 225-578-9441
tblanch@lsu.edu | lsu.edu | dossaa@lsu.edu.