**EXHIBIT 18**

**From:** "Office of the Dean of Students (via Maxient)" <notifications@maxient.com>
**To:** Calise Richardson <cric116@lsu.edu>
**Subject:** Correspondence for Case
**Date:** Mon, 01 Oct 2018 11:29:59 -0500
**Importance:** Normal

---

THIS IS AN OFFICIAL CORRESPONDENCE FROM TITLE IX AT LOUISIANA STATE UNIVERSITY

A letter has been issued to you electronically by our office. Upon clicking the link below, you will be taken to a screen displaying your name and requesting an access code to ensure confidentiality. Confirm that your name appears on the screen, and then enter your student ID number as the access code. If you are receiving this notice in your capacity as a leader of a campus organization, you should contact our office immediately to request the appropriate access code for your organization.

Your letter will appear in PDF format and should be printed or saved for your records. It will remain accessible through this link for 30 days. If the letter fails to appear, you may need to use a different computer or install the free Adobe Acrobat Reader. If you continue to experience difficulty accessing your letter or wish to confirm the legitimacy of this message, please contact our office at 225-578-3918.

[Pick up your letter]

Office of the Dean of Students
333 LSU Student Union

(225) 578-9442
dos@lsu.edu