Calise Richardson interview

10/3/2018 – 10:30 am

UAB

- Calise was an intern assigned to the football staff
- In the summer of 2016 she began dating ▬▬ ▬▬ – it was known by everyone including football players and her boss (Sharon Lewis). They dated for 3-4 months.
- She reported to Sharon Lewis as a recruiting intern
- Sometime in the fall of 2016 after an LSU football game she went to Tigerland with ▬▬. It was after the game were recruits ▬▬ ▬▬ and Redacted ▬▬ (Texas A&M )were here for their recruiting visits. They were at the JR Ball bar when she and ▬▬ got into an argument. She said ▬▬ pushed her and she fell back onto the floor. He was about to hit her when a few football players stopped him. She asked ▬▬, "You gonna hit me in public". She thought two of the players were ▬▬▬▬ Redacted ▬▬▬▬. She said the manager told ▬▬ to leave and he went outside. As she was leaving the bar, ▬▬ came running toward her swinging wildly and was again restrained by football players.
- Following Sunday morning Sharon Lewis called her and said ▬▬ had called his coaches and told them what happened. Sharon told her that she had spoken to some of the football players and the story didn't match up. Sharon asked Calise if she wanted to have a meeting with ▬▬ and his position coach to iron things out. Calise said no.
- Following Tuesday Calise was called into a meeting with Sharon Lewis and Keava Soil-Cormier. Calise stated she was spoken to about filing a police report but felt they were coaxing her not to do that. Calise explained that ▬▬ had issues and had been violent with her on several occasions. She told Lewis that she just wanted him to get some help because he had issues with women that stemmed from his childhood. She told Sharon and Keava that she was very scared around ▬▬ when he had been drinking and that ▬▬ was battling some demons. Calise said she was not presented with any support mechanisms and the meeting was over with Lewis saying she would take care of things.
- Later on Calise said she was removed from working certain events that involved football and was not given a reason.
- She said about 6 months later she ran into ▬▬ and told him it was not ok what he did to her. She said ▬▬ responded "You know how I get when you make me mad".
- Calise stated she did the spring 2017 semester abroad in Europe. She said before she left Sharon told her that her job would be safe for when she returned in the fall. While in Europe, she received a group email stating her position in football recruiting was being dissolved. Calise said when she returned back to LSU in August 2017, she met with Sharon, Keava and Ya'el Lofton to see if there was anything else she could do in athletics. Sharon told Calise she was let go because she couldn't pull the recruiting cards. Calise explained that she never did this portion of the job. Calise said Sharon appeared to be very cold and refused to help her. Calise surmised it must have dealt with her reporting ▬▬ and asked Sharon to which she said no.
- Calise disclosed that while she was dating ▬▬ that about a month into their relationship he became angry and pinned her up against the wall – he would grab her by the neck and hold her down on the bed. She said he had a very bad attitude especially if he had been drinking. She

stated she was embarrassed and never told anyone because she really liked him and wanted to help him.
- Calise said she was doing well until the recent reports came out about ▮▮▮▮. She said it brought up old feelings and that she had to seek counseling. She felt she was responsible because she knew he was violent towards women because of what he did to her.
- Calise said after ▮▮▮▮▮▮ first arrest he texted her when he got out of jail and wanted her to come over and she told him no and that she was over him.
- Calise said after ▮▮▮▮▮▮ last arrest she knew it was serious and she was very anxious and having problems. She stated she decide to meet with Verge Ausberry to tell him everything that happened. Verge told Calise that he had to report it to Miriam Segar. Calise said on last Tuesday, 9/25/18, Miriam called and left her a message. Calise called Miriam back and got her voicemail and left a message. Calise said after two days of not hearing back from Miriam, she went to her boss Brent Sumler at the Cox Center and told him what happened. Brent immediately walked her over to Tracey Blanchard at LSU Cares where they filed the report and Tracey was able to provide and refer her to further support mechanisms.
- Calise stated if she could locate the emails regarding her job or anything else she would forward them to me.

BOS-001239