CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Case 3:21-cv-00242-WBV-SDJ    Document 482-6    10/13/23    Page 1 of 1

# EXHIBIT 20

Sharon Lewis interview

11/5/18 – 12:15pm

UAB

- She is Asst. AD for Football Recruiting
- Calise worked for her as a student intern
- She was aware that Calise and ▌▌ ▌▌ were dating
- Coach Dameyune Craig (former WR coach) came to her because players had informed him of Calise behavior at Tiger Land – Calise reportedly threw drink at ▌▌ and he threw drink back at her – he had to be retrained by players – she was restrained by her girlfriends
- Craig told her he talked to ▌▌ and ▌▌ denied it- he also talked with other player witnesses
- She talked to other players also and they all gave the same story
- She called Calise in along with Keava, Ya'el Lofton and Calise said ▌▌ never hit her – Sharon said she asked if Calise felt threatened she said no – She admitted to throwing drink at ▌▌ cause he was with another girl -Sharon said because of no physical altercation or sexual assault she let Damien handle – She said this was way athletics handled things
- Asked if Calise was offered any support – she said they are given the athletics student handbook before season starts and all information is in there – Calise didn't feel threatened and Sharon offered LSUPD which she rejected
- She was not sure if she reported it to Miriam or Verge
- Miriam speaks to them every fall about reporting
- Did not report to TIX – felt since no sexual assault - Did not know of TIX till last year – always went through athletics
- She got directive from Athletics that she had to reduce staff – Calise was among those selected – her performance was not too good – violated policy by giving out players ▌▌ personal information – her evaluations were not up to par
- She exchanged emails with Calise advising her of this – will provide copies
- She was instrumental in helping Calise get job at Cox – helped her prepare
- Met with her to see what direction she wanted to go with her career and felt Cox was best fit – told her she would do whatever she could to make sure she landed the job
- Made call to Brent Sumler to put in good word for her

BOS-001289