# EXHIBIT 22

Verge Ausberry interview

11/9/18 – 10:30am

UAB

- Verge stated he has been a mentor to Calise
- She came to him a few weeks ago in tears asking if she could talk with him
- She told him about how Sharon had fired her while she was in Europe and felt it was unfair
- Calise told Verge that she felt Sharon had fired her over and incident between her and ▮▮▮▮ at Tiger land in Fall 2016 – Calise told Verge it involved ▮▮▮▮ throwing a drink at her – She told Verge that she felt responsible for ▮▮▮▮ behavior - Verge stated he immediately told her that he didn't want to hear anymore and that she needed to speak with Miriam Segar since it sounded like a dating issue and that it dealt with ▮▮▮▮ which he already knew there was an investigation
- Verge stated he gave Calise Miriam's phone number and told her that she really needed to disclose this information to Miriam
- Verge said this was the first time he had heard there was any issue between ▮▮▮▮ and Calise – He stated Sharon did not tell him about this situation and it was only when Calise came to him a few weeks ago he knew
- Verge stated he knows to refer Title Ix issues to Miriam or directly to the Title IX Office and that is why he immediately referred Calise to Miriam
- Verge stated when Calise was let go from her job with Sharon he spoke with her and helped direct her to an area of interest – He steered her in the direction of the Cox Academic center because he thought this would be a better fit
- Verge stated Sharon never shared with him why Calise was let go and he never asked