Exhibit 28

# Authorization to Release or Obtain Protected Health Information (PHI)

**LSU | Student Health Center**
Medical Records • FAX: 225-578-0596 • MEDICALRECORDS@LSU.EDU
Mental Health Service • FAX: 225-578-1147 • MHS@LSU.EDU

*[Handwritten at top: "Spoke to Patient 5/27/2022"]*

**1. I AUTHORIZE THE FOLLOWING PROTECTED HEALTH INFORMATION TO BE RELEASED FROM THE HEALTH RECORD OF:**

- Patient Last Name: Richardson
- Patient First Name: Calise
- Date of Birth (MM/DD/YYYY): [redacted]
- E-mail Address: [redacted]
- LSU ID#: Expired (graduated 2018)
- Phone Number: [redacted]
- Street Address: [redacted]
- City: [redacted]
- State: [redacted]
- Zip: [redacted]

**2. This Authorization allows the Student Health Center to: (check one or both)**

- [X] **RELEASE** copies of your record to (or discuss your information with) the provider/person/facility below
- [ ] **OBTAIN** copies of your record from (or discuss your information with) the provider/person/facility below

- Name of Provider/Person/Facility: Calise Richardson
- Address: [redacted]
- City, State, Zip Code: [redacted]
- Phone # / Fax #: [redacted]

- [ ] Mail Records  [ ] Fax Records  [X] E-Mail  [ ] CD/Storage Device  [ ] Pick Up  [ ] Discuss Verbally

INFORMATION MAY ONLY BE SENT THROUGH A SECURE EMAIL ACCOUNT (EX: @LSU.EDU). NO PERSONAL EMAIL WILL BE ACCEPTED (EX: @YAHOO.COM).

**3. INFORMATION TO BE RELEASED** Covering the periods of care from: 08/01/2014 to 01/01/2019

**HEALTH INFORMATION**
- [X] Chart Note(s)
- [X] Laboratory Results
- [X] X-Ray Report/CD
- [ ] Immunization Records
- [X] Pharmacy Records
- [ ] Itemized Billing Statement(s)
- [ ] Other

**MENTAL HEALTH INFO.**    **CONTENT**
- [X] Treatment Summary
- [X] Diagnosis
- [X] Psychiatric Summary
- [ ] Other

**4. PURPOSE OF DISCLOSURE:** [ ] Health Care [X] Legal [ ] Insurance [ ] Personal [ ] Other

**5. SENSITIVE INFORMATION RECORDS RELEASE** The following info. will be released when included in the health or billing record unless you indicate otherwise:

- [ ] Do not release AIDS/HIV or any STD test results
- [ ] Do not release any records of alcohol/drug/substance abuse
- [ ] Do not release any records of psychiatric care or mental health information
- [ ] Do not release any records of genetic testing

**6. EXPIRATION DATE** Unless revoked, or otherwise specified, this authorization will expire one year from the date of signature:

**7. I UNDERSTAND THE FOLLOWING:**

- Except to the extent that action has already been taken in reliance on this authorization, this authorization may be revoked at any time by submitting a written notice to the Privacy Officer, LSU Student Health Center, 16 Infirmary Lane, Baton Rouge LA 70803.
- The information disclosed by this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the Health Insurance Portability and Accountability Act of 1996.
- I may refuse to sign this authorization and that it is strictly voluntary. Louisiana law requires a written authorization in order to release Protected Health Information (PHI) to a third party.
- My right to healthcare treatment and the payment for my healthcare is not conditioned on this authorization, unless disclosure or use of the information is necessary for treatment.
- I may see and obtain a copy of the information described on this form, for a reasonable copy fee, if I ask for it.

**8. I UNDERSTAND AND AUTHORIZE THIS RELEASE**

- Print Name of Patient or Legal Representative: Calise Richardson
- Date: 05/25/2022
- Signature of Patient or Legal Representative: [signature redacted]
- Relationship to Patient: Self

Revised: December 2019

ALL SECTIONS ARE REQUIRED. MUST PROVIDE PHOTO ID PRIOR TO RELEASE OF INFORMATION.


CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                              RICHARDSON_00000049

| Name: | Calise M Richardson (F) | DOB: | ▮ | Student ID: | ▮ |
|---|---|---|---|---|---|

**Student Health Center**
**Louisiana State University 16 Infirmary Lane**
**Baton Rouge, LA 708032401**
**(225)578-8774**

Calise M Richardson (F)
▮
Pt. Phone: ▮

Note Date: 12/07/2018 04:36 PM
DOB: ▮ (Age 22)

**Summary of note:** Individual Session
**Allergies (Reviewed By Sonya Morris, RN 09/14/2018 11:43 AM):** No Known Allergies Group - unspecified
**Current Medications (Reviewed By Sonya Morris, RN 09/14/2018 11:43 AM):**
▮

**Progress:**
50-Minute Session

This was C's last session with the current therapist. She discussed the intensity of her emotions. Future plans were discussed. It was suggested that C undergoes a psychological evaluation and continue therapy. A resource list was provided.
- Entered by Arielle Brown on Dec-07-2018 04:40 PM

**Assessment:**
1) Acute stress reaction - F43.0

"Good" mood with euthymic affect.
- Entered by Arielle Brown on Dec-07-2018 04:40 PM

**Plan:**
No Further Contact With Student Anticipated At This Time/ Termination. (F43.0)

Signed by: Arielle Brown on Dec/07/2018 04:40 PM
Signed by: Melinda Le, PhD on Dec/11/2018 12:35 PM

**Locked by:** Melinda Le, PhD on Dec/11/2018 12:35 PM

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          RICHARDSON_00000050

**Name:** Calise M Richardson (F)  **DOB:** ▮  **Student ID:** ▮

---

**Student Health Center**
**Louisiana State University 16 Infirmary Lane**
**Baton Rouge, LA 708032401**
**(225)578-8774**

Calise M Richardson (F)                          Note Date: 11/30/2018 03:54 PM
▮
Pt. Phone: ▮                                     DOB: ▮ (Age 22)

**Summary of note:** Individual Session
**Allergies (Reviewed By Sonya Morris, RN 09/14/2018 11:43 AM):** No Known Allergies Group - unspecified
**Current Medications (Reviewed By Sonya Morris, RN 09/14/2018 11:43 AM):**
▮

**Progress:**
50-Minute Session

C discussed a rupture in a friendship. She reported that she "hates waiting" and being able to control her day or people's responses to her. C endorsed rumination about past mistakes and worry about the future as common thinking styles.
 - Entered by Arielle Brown on Nov-30-2018 04:54 PM

**Assessment:**
1)Acute stress reaction - F43.0

No SI reported. Euthymic affect.
 - Entered by Arielle Brown on Nov-30-2018 04:54 PM

**Plan:**
Return To This Clinician For Scheduled Follow-up (F43.0)

Terminate next session.
 - Entered by Arielle Brown on Nov-30-2018 04:54 PM
Signed by: Arielle Brown on Nov/30/2018 04:54 PM
Signed by: Melinda Le, PhD on Dec/05/2018 10:50 AM

**Locked by: Melinda Le, PhD on Dec/05/2018 10:50 AM**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                              RICHARDSON_00000051

| | | | |
|---|---|---|---|
| **Name:** | Calise M Richardson (F) | **DOB:** ▮ | **Student ID:** ▮ |

**Student Health Center**
**Louisiana State University 16 Infirmary Lane**
**Baton Rouge, LA 708032401**
**(225)578-8774**

Calise M Richardson (F)
▮
Pt. Phone: ▮

Note Date: 11/16/2018 05:02 PM
DOB: ▮ (Age 22)

**Summary of note:** Individual Session
**Allergies (Reviewed By Sonya Morris, RN 09/14/2018 11:43 AM):** No Known Allergies Group - unspecified
**Current Medications (Reviewed By Sonya Morris, RN 09/14/2018 11:43 AM):**
▮

**Progress:**
50-Minute Session

Client discussed how family hx affected her beliefs of everyone abandoning her. ▮
 - Entered by Arielle Brown on Nov-16-2018 05:05 PM

**Assessment:**
1) Acute stress reaction - F43.0

No SI reported. "Good" mood with euthymic affect.
 - Entered by Arielle Brown on Nov-16-2018 05:05 PM

**Plan:**
Return To This Clinician For Scheduled Follow-up (F43.0)

Signed by: Arielle Brown on Nov/16/2018 05:05 PM
Signed by: Melinda Le, PhD on Nov/19/2018 09:25 AM

**Locked by: Melinda Le, PhD on Nov/19/2018 09:25 AM**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER       RICHARDSON_00000052

| Name: | Calise M Richardson (F) | DOB: | ███ | Student ID: | ███ |

**Student Health Center**
**Louisiana State University Infirmary Road**
**Baton Rouge, LA 708032401**
**(225)578-8774**

Calise M Richardson (F)　　　　　　　　　Note Date: 11/09/2018 04:59 PM
███
Pt. Phone: ███　　　　　　　　　　　　　DOB: ███ (Age 22)

**Summary of note:** Individual Session
**Allergies (Reviewed By Sonya Morris, RN 09/14/2018 11:43 AM):** No Known Allergies Group - unspecified
**Current Medications (Reviewed By Sonya Morris, RN 09/14/2018 11:43 AM):**
███

**Progress:**
50-Minute Session

C reported loss of pleasure/interest in activities (social events, sex, working out). She also discussed feeling angry and sad about a conflict with a romantic interest/friend. C stated that she constantly fears that people will leave her and cut her out of their life.
 - Entered by Arielle Brown on Nov-09-2018 05:05 PM

**Assessment:**
1) Acute stress reaction - F43.0

"Down" mood with dysphoric affect.
 - Entered by Arielle Brown on Nov-09-2018 05:05 PM

**Plan:**
Return To This Clinician For Scheduled Follow-up (F43.0)

See next week before holiday break.

Think about the messages and origins behind the fear of individuals leaving her.
Continue to journal.
 - Entered by Arielle Brown on Nov-09-2018 05:05 PM
Signed by: Arielle Brown on Nov/09/2018 05:05 PM
Signed by: Melinda Le, PhD on Nov/13/2018 02:49 PM

**Locked by: Melinda Le, PhD on Nov/13/2018 02:49 PM**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER　　　　　　　　　　　　　　RICHARDSON_00000053

| Name: | Calise M Richardson (F) | DOB: | ▮▮▮▮▮ | Student ID: | ▮▮▮▮▮ |

**Student Health Center**
**Louisiana State University Infirmary Road**
**Baton Rouge, LA 708032401**
**(225)578-8774**

Calise M Richardson (F)  
▮▮▮▮▮  
Pt. Phone: ▮▮▮▮▮

Note Date: 10/26/2018 04:27 PM  
DOB: ▮▮▮▮▮ (Age 22)

**Summary of note:** Individual Session
**Allergies (Reviewed By Sonya Morris, RN 09/14/2018 11:43 AM):** No Known Allergies Group - unspecified
**Current Medications (Reviewed By Sonya Morris, RN 09/14/2018 11:43 AM):**
▮▮▮▮▮

**Progress:**
50-Minute Session

C discussed being busy and tired. She reported she fears she has a mood disorder due to experiencing emotional "walls." She also identified periods of depressed mood on a timeline and stated she dates men to cope and avoid her emotions. Reported "hating men" and ▮▮▮▮▮
 - Entered by Arielle Brown on Oct-26-2018 04:32 PM

**Assessment:**
1) Acute stress reaction - F43.0

Euthymic mood with congruent affect
 - Entered by Arielle Brown on Oct-26-2018 04:32 PM

**Plan:**
Return To This Clinician For Scheduled Follow-up (F43.0)

Consider Trauma and Recovery Skills group if her work schedule allows.

For next session, I plan to clarify Calise's goals and highlight defenses.
 - Entered by Arielle Brown on Oct-26-2018 04:32 PM
Signed by: Arielle Brown on Oct/26/2018 04:32 PM
Signed by: Melinda Le, PhD on Oct/29/2018 09:07 AM

**Locked by:** Melinda Le, PhD on Oct/29/2018 09:07 AM

1 of 1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    RICHARDSON_00000054

| **Name:** | Calise M Richardson (F) | **DOB:** | 3/7/1996 | **Student ID:** | 896588380 |

**Student Health Center**
**Louisiana State University Infirmary Road**
**Baton Rouge, LA 708032401**
**(225)578-8774**

Calise M Richardson (F)
Pt. Phone: ███

Note Date: 10/12/2018 04:08 PM
DOB: ███ (Age 22)

**Summary of note:** Individual Session
**Allergies (Reviewed By Sonya Morris, RN 09/14/2018 11:43 AM):** No Known Allergies Group - unspecified
**Current Medications (Reviewed By Sonya Morris, RN 09/14/2018 11:43 AM):**
███

**Progress:**
50-Minute Session

C discussed boundaries with ███, who asked to join her therapy session today. She also mentioned reasons to live in Baton Rouge post-graduation despite her mother's opposition. C reported boundary-setting with males and feeling "good" as a single woman.
- Entered by Arielle Brown on Oct-12-2018 04:24 PM

**Assessment:**
Affect congruent with mood. SI not reported.
- Entered by Arielle Brown on Oct-12-2018 04:24 PM

**Plan:**
1) Continue tracking thoughts
2) Discuss thought record next session
 - Entered by Arielle Brown on Oct-12-2018 04:24 PM
Signed by: Arielle Brown on Oct/12/2018 04:24 PM
Signed by: Arielle Brown on Oct/17/2018 03:33 PM
Signed by: Melinda Le, PhD on Nov/13/2018 02:49 PM

**Locked by: Melinda Le, PhD on Nov/13/2018 02:49 PM**

1 of 1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    RICHARDSON_00000055

| Name: | Calise M Richardson (F) | DOB: | ███████ | Student ID: | ███████ |

**Student Health Center**
**Louisiana State University Infirmary Road**
**Baton Rouge, LA 708032401**
**(225)578-8774**

Calise M Richardson (F)                                    Note Date: 09/28/2018 03:58 PM
███████
Pt. Phone: ███████                                         DOB: ███████ (Age 22)

**Summary of note:** Individual Session
**Allergies (Reviewed By Sonya Morris, RN 09/14/2018 11:43 AM):** No Known Allergies Group - unspecified
**Current Medications (Reviewed By Sonya Morris, RN 09/14/2018 11:43 AM):**
███████

**Progress:**
50-Minute Session

C discussed feeling sad and exhausted today after having a meeting with Title IX staff about her previous domestic abuse incident. "Highs and lows" (mood swings) were also discussed.
 - Entered by Arielle Brown on Oct-08-2018 03:24 PM

**Assessment:**
1) Acute stress reaction - F43.0

Reported mood was congruent with affect.
 - Entered by Arielle Brown on Oct-08-2018 03:24 PM

**Plan:**
Return To This Clinician For Scheduled Follow-up (F43.0)

Worksheets for thought record and calm breathing were provided. C was asked to fill out thought record when feeling down and to practice grounding strategies when feeling anxious.
 - Entered by Arielle Brown on Oct-08-2018 03:24 PM
Signed by: Arielle Brown on Oct/08/2018 03:24 PM
Signed by: Arielle Brown on Oct/12/2018 04:07 PM
Signed by: Arielle Brown on Oct/17/2018 03:33 PM
Signed by: Melinda Le, PhD on Nov/13/2018 02:49 PM

**Locked by: Melinda Le, PhD on Nov/13/2018 02:49 PM**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                      RICHARDSON_00000056

| | | | |
|---|---|---|---|
| **Name:** | Calise M Richardson (F) | **DOB:** ▇▇▇ | **Student ID:** ▇▇▇ |

**Student Health Center**
**Louisiana State University Infirmary Road**
**Baton Rouge, LA 708032401**
**(225)578-8774**

Calise M Richardson (F)    Note Date: 09/14/2018 03:52 PM
▇▇▇
Pt. Phone: ▇▇▇    DOB: ▇▇▇ (Age 22)

**Summary of note:** Initial Consult
**Allergies (Reviewed By Sonya Morris, RN 09/14/2018 11:43 AM):** No Known Allergies Group - unspecified
**Current Medications (Reviewed By Sonya Morris, RN 09/14/2018 11:43 AM):**
▇▇▇

**Progress:**

## Initial Consult

**Problems, Concerns, Stressors, Symptoms:**
"Everything in my life is going great and I should be happy but I'm not, and I do not know why."

**Suicidal ideation:**
No
**Homicidal ideation:**
No

**Previous otpt/inpt treatment and response:**
Yes (who, where, when, dx, response to specific txs and meds) Therapist in high school and therapist last fall semester. Did not like therapist in high school because client believed the therapist was judging her due to her young age. Therapy with last therapist in the Baton Rouge community was terminated by the therapist due to the client referring her friend to get a note for an emotional support animal (who only wanted a note to fly her pet for free). Client reported that the therapist ended their sessions and did not answer her emails or phone calls. Client stated she was sad because she really liked the therapist.

**Current prescribed or otc medication and response:**

**Alcohol/Drug use, Current/History:**
Yes (frequency per week, amount, consequences, formal tx)

**Family history of mental illness and response to therapy/medications:**

**Other helpful information:**
▇▇▇

1 of 2

| Name: | Calise M Richardson (F) | DOB: | | Student ID: | |
|---|---|---|---|---|---|

**Observable or Relevant Mental Status:**
Client appeared well-groomed, alert, and oriented. Mood and affect were congruent. Speech and motor were in normal limits. Eye contact was appropriate.

**Consulting clinician's assessment:**
Client's depressed mood may be connected to her willingness to now process two past traumatic events. She may be confused because her insight to the effects of trauma may be limited. Thinking styles should be assessed to gain more information about client's mood. Client's strong social support, drive, and spirituality are strengths.

**Dx Impression:**
Post Traumatic Stress Disorder with delayed expression

**Disposition:**
Accept for service Agreed to approximately five bi-weekly sessions and evaluating if sessions should continue. Sessions will most likely continue until the client graduates in December due to trauma hx.

**Service Plan: Today's Intervention(s), Recommendations:**
Next appointment: Friday, September 28th at 3:00PM.

**Days and Times (8-4) available for follow-up appointment, if applicable:**

**Referrals: (Future/possible)**

**Assessment:**
1) Acute stress reaction - F43.0

**Plan:**
Return To This Clinician For Scheduled Follow-up (F43.0)

Signed by: Arielle Brown on Oct/08/2018 03:24 PM
Signed by: Melinda Le, PhD on Oct/09/2018 09:50 AM

**Locked by: Melinda Le, PhD on Oct/09/2018 09:50 AM**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

RICHARDSON_00000058

| | | | |
|---|---|---|---|
| **Name:** | Calise M Richardson (F) | **DOB:** ▮▮▮ | **Student ID:** ▮▮▮ |

**Student Health Center**
**Louisiana State University Infirmary Road**
**Baton Rouge, LA 708032401**
**(225)578-8774**

Calise M Richardson (F)
▮▮▮
Pt. Phone: ▮▮▮

Note Date: 09/07/2018 03:05 PM

DOB: ▮▮▮ (Age 22)

**Summary of note:** Crisis Note
**Allergies (Reviewed By Kathryn Holliday, RN 04/16/2018 2:31 PM):** No Known Allergies Group - unspecified
**Current Medications (Reviewed By Kathryn Holliday, RN 04/16/2018 2:31 PM):** fluconazole ▮▮▮

**Progress:**
## Urgent Care/Crisis Visit Note

FOCUS OF SESSION: Client presented for on call appt. secondary to symptoms of acute stress including panic (chest tightness, racing heart, difficulty breathing, nausea), irrational fearful thoughts, avoidance, flashbacks, hypervigilance, and flashbacks. Client reported two instances of assault occurring two and three years ago, one a sexual assault perpetrated by a male acquaintence, the other physical assault by an ex-boyfriend. Client noted she suppressed the thougths and feelings about these experiences until about six months ago when she decided to start "getting honest with myself and taking care of me." Symptoms began presenting as soon as she allowed herself to think about these experiences again. Client stated on PW: "I'm not happy even though my life is great. things from my past are coming up."
Client presented tearful, communicative, and well-groomed. Client's speech and motor activity were within normal limits. Her eye contact was appropriate, and she remained fully oriented. Both her judgment and insight appeared age appropriate. Her thought process was both logical and organized. Her mood was dysphoric and affect congruent. There were no instances of delusional thinking or hallucinations. PHQ9: 14, 1. Client denied any current suicidal or homocidal ideation, intent, or plan. Client reports a strong support system.
   SW provided reflective empathic listening and validated the client's experience. SW reviewed safety including on-call, The Phone, and COPE team. SW provided psycho education on acute stress/PTSD and handouts on grounding, trauma, the brain, and memory. SW agreed to match client with therapist for brief treatment (client graduates in December, and her insurance does not apply in LA) combined with attending TRS seminars. SW will follow up to schedule client.

**Assessment:**
1) Acute stress reaction - F43.0

**Plan:**
**Referral Orders:** Internal Referral To Other MHS Clinician For Consult Or Group Tx (MHS) (F43.0)
Referral To Psycho-educational Program (MHS) (F43.0)

Signed by: Christen Cummins, LCSW-BACS on Sep/07/2018 04:20 PM

Locked by: Christen Cummins, LCSW-BACS on Sep/07/2018 04:20 PM

1 of 2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    RICHARDSON_00000059

Case 3:23-cv-00242-TLB-CDC    Document 46-3    Filed 12/22/23    Page 13 of 13

**Name:** Calise M Richardson (F)    **DOB:** ███    **Student ID:** ███

2 of 2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     RICHARDSON_00000060