EXHIBIT 31



*GSO 3801 West Market St*

3801 West Market Street
Greensboro, NC 27407
Phone: (336) 883-0029
Fax: (336) 883-0867

**BETHANY MEDICAL**
*"Your Health is Our Concern"*

| **Calise M. Richardson** | **Patient #:** ▓▓▓▓ | **DOB:** ▓▓▓▓ (26 years) |
|---|---|---|

**Documented:** 06/15/2022 02:30 PM

## History of Present Illness
Shabana Shahid 06/24/2022 11:59 AM

The patient is a 26 year old female who presents for a Follow-up for Dyspepsia. Note for "Dyspepsia": Patient is following up on dyspepsia and bloating. She has been taking TCA - Amitryptylline with some improvement. She has been minimizing animal products with some improvement.

Patient states with decreasing animal foods/products - this has helped her pain, decreased the intensity of her pain but it is still present.

Patient has a history of physical abuse from a prior relationship. She is currently undergoing therapy and treatment for PTSD.

Studies:
Abdominal US (11/1/21): normal gallbladder, hemangioma in liver
EGD (9/27/21): gastritis. Neg H pylori and celiac
Colonoscopy (2/2022): normal colon, 3 polyps. TVA, TA and sessile serrated polyp
HIDA scan (1/7/22): normal
Food allergy testing:
Mild reactions to beef, fish, tomatoes, cucumbers, almonds, whole milk
Moderate reaction to cod.

## History
Shabana Shahid 06/15/2022 03:04 PM

### Allergy
    No Latex Allergies
    No Known Drug Allergies (08/09/2021)
    Allergies Reconciled (11/04/2021)
### Past Medical
    PRE-PROCEDURAL GENERAL PHYSICAL EXAMINATION (Z01.818)
    Migraine
    LUMBOSACRAL PAIN, CHRONIC (M54.50)
### Social
    ▓▓▓▓▓▓▓▓▓▓
    Tobacco use: Never smoker
    No Drug Use
    Non Drinker/No Alcohol Use
### Medications
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
### Family
    Family history unknown
### Past Surgical
    None (08/09/2021)
### Diagnostic Studies
    EKG
    EGD (09/27/2021): Follow Up DUE: no follow up due at this time
    Chest X-ray

---

| Calise M. Richardson | Patient #: ▓▓▓ | DOB: ▓▓▓ (26 years) |
|---|---|---|

**RICHARDSON-MED - BETHANY MED 0001**

**Health Maintenance**

   ***Complete Physical Exam*** PCP - "someone at BMC"

   Annual Eye Exam

   Colonoscopy, Screening (02/08/2022): Follow Up DUE: 2/2025 Personal hx of colon polyps

   Sleep Apnea Screening - Epworth

## Review of Systems     Shabana Shahid 06/24/2022 11:59 AM

**General** Not Present- Fatigue, Fever, Medication Changes, Weight Gain and Weight Loss.
**Skin** Not Present- Rash.
**HEENT** Not Present- Seasonal Allergies.
**Respiratory** Not Present- Cough, Difficulty Breathing, Dyspnea and Wheezing.
**Cardiovascular** Not Present- Difficulty Breathing On Exertion, Palpitations and Swelling of Extremities.
**Gastrointestinal** Present- **Abdominal Pain**. Not Present- Constipation, Diarrhea, Heartburn, Nausea and Vomiting.
**Musculoskeletal** Not Present- Joint Pain.

## Physical Exam     Tony Songer Jr, 06/15/2022 02:47 PM

**General**
**Mental Status** - Alert.
**Chest and Lung Exam**
**Chest and lung exam reveals** - quiet, even and easy respiratory effort with no use of accessory muscles, Clear to auscultation and percussion and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.
**Cardiovascular**
**Cardiovascular examination reveals** - PMI is normal in location and amplitude. Normal cardiac borders. No heave. No thrill., normal heart sounds, regular rate and rhythm with no murmurs and no digital clubbing, cyanosis, edema, increased warmth or tenderness.
**Abdomen**
**Palpation/Percussion**
**Palpation and Percussion of the abdomen reveal -** Soft, Non Tender, No Rebound tenderness, soft, No Rigidity (guarding), No hepatosplenomegaly and No Palpable abdominal masses.
**Assessment & Plan** (Shabana Shahid;  06/24/202212:07 PM)
**IBS (IRRITABLE BOWEL SYNDROME) (Suspected Diagnosis) (K58.9)**
**Problem Story:** Several year h/o ISB like symptoms that has recently worsened. Celiac and IBD neg.
Colonoscopy with 3 polyps (TVA, TA and SSP).
History of physical abuse from relationship with PTSD
**Today's Impression:** Recommend:
1. Continue with TCA
2. Monitor abdominal symptoms with food allergies
2. Discussed current symptoms have been exacerbated by her PTSD - continue current mgt with therapist and discussed alternative options for treatment.
Current Plans:
* ████████████████████████████
* Follow up in 3 months

**DYSPEPSIA (R10.13)**
Current Plans:
* ████████████████████████

.

PCP: None

---

| Calise M. Richardson | Patient #: ████████ | | DOB: ████████ (26 years) |
|---|---|---|---|
| Friday, August 12, 2022 | | | Page 2 / 3 |

*Shabana Shahid*
*06/24/2022 12:07 PM*

Calise M. Richardson

Friday, August 12, 2022

Patient #: ███████

DOB: ███████ (26 years)

Page 3 / 3

**RICHARDSON-MED - BETHANY MED 0003**

## GSO 3402 Battleground Ave

3402 Battleground Ave
Greensboro, NC 27410
Phone: (336) 545-1515
Fax: (336) 883-0867

**BETHANY MEDICAL**
*"Your Health is Our Concern"*

**Calise M. Richardson**                    **Patient #:** ▓▓▓▓▓        **DOB:** ▓▓▓▓▓ (26 years)

**Documented:** 03/19/2022 01:15 PM

## History of Present Illness    Shabana Shahid 03/25/2022 08:22 AM

The patient is a 26 year old female who presents to discuss procedure results. Note for "Discuss procedure results": .

Patient is here for follow up after COLONOSCOPY, done for LLQ pain
Findings: 3 polyps (5-15 mm), internal hemorrhoids
Prep: adequate
Pathology: 1 sessile serrated polyp, 1 adenoma, 1 TVA

The patient did well after colonoscopy and denies any post procedural complications.

She is having nausea/dry heaving/emesis when she has not eaten enough. Describes emesis of yellow/acid that burns. Patient is having BM daily. But at night feels constipated and feels she needs to release but nothing comes out. Still with LLQ pain. Notes her symptoms are triggered by her PTSD.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ She has endometriosis and is on OCP. She has been avoiding food triggers.

Studies:
1. EGD (9.2021): gastritis
2. Abdominal US (10/2021): liver hemangioma, normal GB
3. HIDA scan (1/2022): normal EF
4. Food allergy testing (11/2021): Tomatoes, Cabbage, Thea Sirensis, Cucumber, Beef, Fixh mix/cod, almond, cow milk

## History    Christen Gambrell 03/19/2022 01:35 PM

### Allergy
No Known Drug Allergies (08/09/2021)
No Latex Allergies
Allergies Reconciled (11/04/2021)

### Past Medical
LUMBOSACRAL PAIN, CHRONIC (M54.50)
Migraine
EXAMINATION, PREOPERATIVE NEC

### Social
Non Drinker/No Alcohol Use
No Drug Use
Tobacco use: Never smoker
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

### Medications
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

### Family
Family history unknown

### Past Surgical
None (08/09/2021)

### Diagnostic Studies
Chest X-ray
EGD (09/27/2021): Follow Up DUE: no follow up due at this time
EKG

### Health Maintenance

Sleep Apnea Screening - Epworth
Colonoscopy, Screening (02/08/2022): Follow Up DUE: 2/2025 Personal hx of colon polyps
Annual Eye Exam
***Complete Physical Exam*** PCP - "someone at BMC"

## Review of Systems    Shabana Shahid 03/25/2022 08:20 AM

**General** Not Present- Fatigue, Fever, Medication Changes, Weight Gain and Weight Loss.
**Skin** Not Present- Rash.
**HEENT** Not Present- Seasonal Allergies.
**Respiratory** Not Present- Cough, Difficulty Breathing, Dyspnea and Wheezing.
**Cardiovascular** Not Present- Difficulty Breathing On Exertion, Palpitations and Swelling of Extremities.
**Gastrointestinal** Present- **Abdominal Pain** and **Constipation**. Not Present- Diarrhea, Heartburn, Nausea and Vomiting.
**Musculoskeletal** Not Present- Joint Pain.

## Vital Signs



**Temperature:**

## Physical Exam    Shabana Shahid, 03/19/2022 12:48 PM

**General**
**Mental Status** - Alert.

**Chest and Lung Exam**
**Chest and lung exam reveals** - quiet, even and easy respiratory effort with no use of accessory muscles, Clear to auscultation and percussion and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
**Cardiovascular examination reveals** - PMI is normal in location and amplitude. Normal cardiac borders. No heave. No thrill., normal heart sounds, regular rate and rhythm with no murmurs and no digital clubbing, cyanosis, edema, increased warmth or tenderness.

**Abdomen**
**Palpation/Percussion**
**Palpation and Percussion of the abdomen reveal -** Soft, Non Tender, No Rebound tenderness, soft, No Rigidity (guarding), No hepatosplenomegaly and No Palpable abdominal masses.

**Assessment & Plan** *(Shabana Shahid; 03/25/202208:24 AM)*
**COLON ADENOMAS (D12.6)**
**Problem Story:** Colon (2/2022): 1 TA and 1 TVA (15 mm)
**Today's Impression:** Repeat colon in 3 years
<u>Current Plans:</u>
- FOLLOW UP IN 3 YEARS COLONOSCOPY

**LLQ PAIN (R10.32)**
**Problem Story:** Diagnosed with endometriosis by GYN on OCP. Still with pain.
Colonoscopy with no obvious etiology
<u>Current Plans:</u>
- CBC W/AUTO DIFF WBC (85025); Routine ()
- CMP (80053); Routine ()
- Vitamin D 25 Hydroxy (82306); Routine ()
- FERRITIN (82728); Routine ()
- TSH (84443); Routine ()
- IRON BINDING CAPACITY (TIBC) (83550); Routine ()
- C-REACTIVE PROTEIN (86140); Routine ()
- ***ROUTINE VENIPUNCTURE (36415)***** ; Routine ()

**GASTROESOPHAGEAL REFLUX DISEASE WITHOUT ESOPHAGITIS (K21.9)**
<u>Current Plans:</u>
- ████████████████████████    ██████████████████████████.

**DYSPEPSIA (R10.13)**
**Today's Impression:** Funtional symptoms with extensive work up. Prior TCA with SE of hot flashes. Will discuss with patient's therapist re: trial of amityrptylline
<u>Current Plans:</u>

.

Dr. Mckinney
Mental Health: 336-334-5340

PCP: EMILY SULLIVAN, PA

Christen Gambrell served as Scribe for Dr. Shahid. The patient was personally seen by Dr. Shahid and the physician went over the History of Present Illness, performed the Examination of the patient and conducted the Medical Decision Making in the encounter. All parts of the Progress Note were reviewed for accuracy and verified with the patient by Dr. Shahid. Direction for documentation and Plan of Care were given directly by Dr. Shahid. The documentation in this Progress Note is accurate and complete. Signed off by electronic signature.
:

*S. Shhl0* M.D.

*Shabana Shahid*
*03/25/2022 08:24 AM*

*Endoscopy 1580 Skeet Club 1st*

1580 Skeet Club Road
High Point, NC 27265
Phone: (336) 883-0029
Fax: (336) 289-2188

**BETHANY MEDICAL**
*"Your Health is Our Concern"*

**Calise M. Richardson**                    **Patient #:** ▇▇▇▇    **DOB:** ▇▇▇▇ (26 years)

**Documented:** 02/08/2022 08:30 AM

## History of Present Illness    Shabana Shahid 02/10/2022 01:16 PM

The patient is a 25 year old female who presents for a pre-op visit.Diagnostic tests include colonoscopy/biopsy/polypectomy. Indications for procedure include abdominal pain (LLQ). Anesthesia planned is MAC (Monitored anaesthesia care).

## History    Cuudoes Clark 02/08/2022 08:38 AM

**Allergy**
 No Latex Allergies
 No Known Drug Allergies (08/09/2021)

**Past Medical**
 EXAMINATION, PREOPERATIVE NEC
 LUMBOSACRAL PAIN, CHRONIC (M54.50)
 Migraine

**Other Medical History**
 ABDOMINAL BLOATING (11/04/2021)
 BMI 23.0-23.9, ADULT (Z68.23)  (11/04/2021)
 ENCOUNTER FOR ALLERGY TESTING (11/04/2021)
 ENCOUNTER FOR SCREENING FOR COVID-19 (10/30/2021)
 ACUTE GENERALIZED ABDOMINAL PAIN (R10.84)
 NAUSEA AND VOMITING, INTRACTABILITY OF VOMITING NOT SPECIFIED, UNSPECIFIED VOMITING
 TYPE (R11.2)  Unremarkable EGD
 Abdominal US normal
 PRE-OP TESTING (Z01.818)
 LLQ PAIN (R10.32)  Diagnosed with endometriosis by GYN on OCP. Still with pain.
 SHORTNESS OF BREATH (R06.02)  COVID infection 1 year ago, now with DOE. No history of asthma
 IBS (IRRITABLE BOWEL SYNDROME) (K58.9)  several year h/o ISB like symptoms that has recently worsened.
 DYSPAREUNIA
 GASTRITIS (K29.70)
 DYSPEPSIA (R10.13)
 NORMAL LUNGS ON EXAMINATION (Z00.00)
 ABNORMAL PFT (R94.2)

**Social**
 Non Drinker/No Alcohol Use
 No Drug Use
 Tobacco use: Never smoker
 ▇▇▇▇

**Medications**
 ▇▇▇▇
 ▇▇▇▇
 ▇▇▇▇
 ▇▇▇▇

**Family**
 Family history unknown

**Past Surgical**
 None (08/09/2021)

---

Calise M. Richardson                    Patient #: ▇▇▇▇        DOB: ▇▇▇▇ (26 years)

**RICHARDSON-MED - BETHANY MED 0007**

**Diagnostic Studies**
    EKG
    EGD (09/27/2021): Follow Up DUE: no follow up due at this time
    Chest X-ray
**Health Maintenance**
    Sleep Apnea Screening - Epworth
    Annual Eye Exam
    ***Complete Physical Exam*** PCP - "someone at BMC"

## Review of Systems
    Cuudoes Clark 02/08/2022 08:34 AM

    **General** Not Present- Fatigue, Fever, Medication Changes, Weight Gain and Weight Loss.
    **Skin** Not Present- Rash.
    **HEENT** Not Present- Seasonal Allergies.
    **Respiratory** Not Present- Cough, Difficulty Breathing, Dyspnea and Wheezing.
    **Cardiovascular** Not Present- Difficulty Breathing On Exertion, Palpitations and Swelling of Extremities.
    **Gastrointestinal** Not Present- Abdominal Pain, Constipation, Diarrhea, Heartburn, Nausea and Vomiting.
    **Musculoskeletal** Not Present- Joint Pain.

## Vital Signs



## Physical Exam
    Shabana Shahid, 02/10/2022 01:16 PM

**General**
**Mental Status** - Alert.
**Chest and Lung Exam**
**Chest and lung exam reveals** - quiet, even and easy respiratory effort with no use of accessory muscles, Clear to auscultation and percussion and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.
**Cardiovascular**
**Cardiovascular examination reveals** - PMI is normal in location and amplitude. Normal cardiac borders. No heave. No thrill., normal heart sounds, regular rate and rhythm with no murmurs and no digital clubbing, cyanosis, edema, increased warmth or tenderness.
**Abdomen**
**Palpation/Percussion**
**Palpation and Percussion of the abdomen reveal -** Soft, Non Tender, No Rebound tenderness, soft, No Rigidity (guarding), No hepatosplenomegaly and No Palpable abdominal masses.

**Assessment & Plan** *(Shabana Shahid; 02/10/202201:16 PM)*
**POLYP OF COLON, UNSPECIFIED PART OF COLON, UNSPECIFIED TYPE (K63.5)**
Current Plans:
- \*\*\*COLONOSCOPY PROCEDURE DOCUMENTATION\*\*\* ; Routine ()
- One day follow up phone call (98967) ; Routine ()
- PT DOC NO EVENTS ON DISCHARGE (G8907) ; Routine ()
- PT W/O PREOP ORDER IV AB PROP (G8918) ; Routine ()
- COLONOSCOPY w/SNARE BIOPSY (45385) ; Routine ()
- Follow up in 1 week

**LLQ PAIN (R10.32)**
**Problem Story:** Diagnosed with endometriosis by GYN on OCP. Still with pain.
**Today's Impression:** Discussed symptoms are IBS versus GYN. Recommend:
1. HIDA scan as above
2. If negative, colonoscopy
3. Continue with Trazodone
Current Plans:

**EXAMINATION, PREOPERATIVE NEC**
Current Plans:
- PREOPERATIVE EVALUATION, ANESTHESIA ; Routine
- RN has reviewed all Pre-op note information.

**PRE-OP TESTING (Z01.818)**
Current Plans:
- COVID 19 ANTIGEN (87426); Routine ()

PCP: EMILY SULLIVAN, PA

Risks of the procedure were reviewed including risk of bleeding, infection, perforation, oversedation, and missed lesions. The patient is an appropriate candidate for the proposed procedure and sedation type

Cuudoes Clark served as Scribe for Dr.Shabana Shahid. The patient was personally seen by Dr. Shahid and the physician went over the History of Present Illness, performed the Examination of the patient and conducted the Medical Decision Making in the encounter. All parts of the Progress Note were reviewed for accuracy and verified with the patient by Dr. Shahid. Direction for documentation and Plan of Care were given directly by Dr. Shahid. The documentation in this Progress Note is accurate and complete. Signed off by electronic signature. Shabana Shahid, MD.

*S. Shahid M.D.*

*Shabana Shahid*
*02/10/2022 01:16 PM*



**BETHANY MEDICAL**
*"Your Health is Our Concern"*

## GSO 3402 Battleground Ave
3402 Battleground Ave
Greensboro, NC 27410
Phone: (336) 545-1515
Fax: (336) 883-0867

**Calise M. Richardson**          **Patient #:** 1374610          **DOB:** 03/07/1996 (26 years)

**Documented:** 01/04/2022 10:30 AM

## History of Present Illness    Shabana Shahid 01/06/2022 04:58 PM

The patient is a 25 year old female who presents for a Recheck of Nausea. Note for "Nausea": Patient is presenting for a follow-up visit regarding nausea. Patient was referred to Moses Cone for HIDA scan. Patient has not had her HIDA scan done due to scheduling issues. Patient states her nausea is worse now than before. She is also having lower abdominal pain - worse with stress. She saw her Gyn and is being treated as endometriosis with OCP.

## History    Valerie John 01/04/2022 10:52 AM

### Allergy
No Known Drug Allergies (08/09/2021)
No Latex Allergies
Allergies Reconciled (11/04/2021)

### Past Medical
EXAMINATION, PREOPERATIVE NEC
Migraine
LUMBOSACRAL PAIN, CHRONIC (M54.50)
Problems Reconciled

### Social
████████████████████
Tobacco use: Never smoker
No Drug Use
Non Drinker/No Alcohol Use

### Medications
████████████████████████████
████████████████████████
████████████████████
████████████████
████████████████████

### Family
Family history unknown

### Past Surgical
None (08/09/2021)

### Diagnostic Studies
Chest X-ray
EGD (09/27/2021): Follow Up DUE: no follow up due at this time
EKG

### Health Maintenance
***Complete Physical Exam*** PCP - "someone at BMC"
Annual Eye Exam
Sleep Apnea Screening - Epworth

---

## Review of Systems
Shabana Shahid 01/06/2022 04:58 PM

**General** Not Present- Fatigue, Fever, Medication Changes, Weight Gain and Weight Loss.
**Skin** Not Present- Rash.
**HEENT** Not Present- Seasonal Allergies.
**Respiratory** Not Present- Cough, Difficulty Breathing, Dyspnea and Wheezing.
**Cardiovascular** Not Present- Difficulty Breathing On Exertion, Palpitations and Swelling of Extremities.
**Gastrointestinal** Present- **Abdominal Pain**, **Bloating** and **Nausea**. Not Present- Constipation, Diarrhea, Heartburn and Vomiting.
**Musculoskeletal** Not Present- Joint Pain.

## Vital Signs



## Physical Exam
Regina Hoover, 01/04/2022 10:40 AM

**General**
**Mental Status** - Alert.
**Chest and Lung Exam**
**Chest and lung exam reveals** - quiet, even and easy respiratory effort with no use of accessory muscles, Clear to auscultation and percussion and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.
**Cardiovascular**
**Cardiovascular examination reveals** - PMI is normal in location and amplitude. Normal cardiac borders. No heave. No thrill., normal heart sounds, regular rate and rhythm with no murmurs and no digital clubbing, cyanosis, edema, increased warmth or tenderness.
**Abdomen**
**Palpation/Percussion**
**Palpation and Percussion of the abdomen reveal -** Soft, Non Tender, No Rebound tenderness, soft, No Rigidity (guarding), No hepatosplenomegaly and No Palpable abdominal masses.
**Assessment & Plan** *(Shabana Shahid; 01/06/202205:01 PM)*
**NAUSEA AND VOMITING, INTRACTABILITY OF VOMITING NOT SPECIFIED, UNSPECIFIED VOMITING TYPE (R11.2)**
**Problem Story:** Unremarkable EGD
Abdominal US normal
**Today's Impression:** Recommend HIDA scan - schedule at HP/WF STAT
Current Plans:

**LLQ PAIN (R10.32)**
**Problem Story:** Diagnosed with endometriosis by GYN on OCP. Still with pain.
**Today's Impression:** Discussed symptoms are IBS versus GYN. Recommend:
1. HIDA scan as above
2. If negative, colonoscopy
3. Continue with Trazodone
Current Plans:

.

PCP: Emily Sullivan, PA

Valerie John served as Scribe for Dr. Shahid. The patient was personally seen by Dr.Shahid and the physician went over the History of Present Illness, performed the Examination of the patient and conducted the Medical Decision Making in the encounter. All parts of the Progress Note were reviewed for accuracy and verified with the patient by Dr. Shahid. Direction for documentation and Plan of Care were given directly by Dr. Shahid. The documentation in this Progress Note is accurate and complete. Signed off by electronic signature.

---

Calise M. Richardson                    Patient #: ▮▮▮                    DOB: ▮▮▮  (26 years)

*Shabana Shahid*
*01/06/2022 05:01 PM*

Calise M. Richardson

Friday, August 12, 2022

Patient #: ▮▮▮▮

DOB: ▮▮▮▮ (26 years)

Page 3 / 3

**RICHARDSON-MED - BETHANY MED 0012**

*HP 507 Lindsay St*
507 Lindsay St
High Point, NC 27262-4303
Phone: (336) 289-2282
Fax: (336) 883-0867

🏛 **BETHANY MEDICAL**
*"Your Health is Our Concern"*

**Calise M. Richardson**                    Patient #: ▮▮▮▮▮         DOB: ▮▮▮▮▮ (26 years)

**Documented:** 11/16/2021 08:45 AM

## History of Present Illness        Wayne Beauford, MD 11/16/2021 10:12 AM

The patient is a 25 year old female who presents for a consultation.Patient sent for Pulmonology consult. Patient referred by Dr. Shahid.

Additional reasons for visit:

<u>Shortness of breath</u> is described as the following:
Symptoms include dyspnea and exercise intolerance. Onset was gradual 6 week(s) ago. There is no known event that preceded symptom onset. The patient describes this as unchanged. Symptoms are relieved by rest. Associated symptoms do not include fever, hemoptysis, anxiety, hives, rhinorrhea, sore throat, weight gain, leg pain or edema. The patient is not currently being treated for this problem. Pertinent medical history does not include valvular heart disease, coronary artery disease, congestive heart failure, hypertension, chronic obstructive pulmonary disease, asthma, lung malignancy, previous pneumothorax, pulmonary embolism, deep venous thrombosis, coagulopathy, anemia, hyperthyroidism, diabetes, HIV infection or anxiety disorder.

<u>Follow up diagnostic procedure</u> is described as the following:
The diagnostic test was performed on - Date: (11/16/2021). Note for "Follow up diagnostic procedure": FEV1 3.29 WITH A PREDICITED VALUE OF 98%

## History        Seymone Scott 11/16/2021 09:09 AM

### Allergy
    No Latex Allergies
    No Known Drug Allergies (08/09/2021)
    Allergies Reconciled (11/04/2021)

### Social
    Non Drinker/No Alcohol Use
    Tobacco use: Never smoker
    ▮▮▮▮▮▮▮▮▮

### Medications
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮

## Review of Systems        Wayne Beauford, MD 11/16/2021 10:12 AM

**General** Not Present- Fatigue, Fever, Weight Gain and Weight Loss.
**Skin** Not Present- Bruising, Itching, Rash and Skin Color Changes.
**HEENT** Not Present- Dry Mucous Membranes, Hoarseness, Nasal Congestion, Runny Nose, Sneezing, Snoring and Sore Throat.
**Respiratory** Not Present- Cough, Difficulty Breathing on Exertion, Dyspnea, Hemoptysis, Sputum Production and Wheezing.
**Cardiovascular** Not Present- Chest Pain, Edema, Palpitations, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Diarrhea, Difficulty Swallowing, Heartburn, Nausea and Vomiting.
**Musculoskeletal** Not Present- Joint Pain and Muscle Pain.
**Neurological** Not Present- Fainting, Headaches, Seizures and Weakness.
**Endocrine** Not Present- Thyroid Problems.

## Vital Signs



## Physical Exam

Wayne Beauford, MD, 11/16/2021 10:13 AM

**General**
**Mental Status** - Alert.
**General Appearance** - Cooperative, Not in acute distress.
**Chest and Lung Exam**
**Inspection**
**Chest Wall - Inspection of the chest wall reveals -** No Scars. **Shape -** Symmetric. **Movements -** Symmetrical. **Accessory muscles -** No use of accessory muscles in breathing.
**Percussion**
**Quality and Intensity - Percussion of the chest reveals -** Normal resonance. **Diaphragm -** Percussion Normal.
**Palpation**
**Palpation of the chest reveals -** Non-tender and Normal Tactile Fremitus.
**Auscultation**
**Breath sounds -** Lungs clear to Auscaltation. **Adventitious sounds -** No wheezes, no rales.
**Cardiovascular**
**Auscultation**
**Rhythm -** Regular. **Heart Sounds -** Normal heart sounds. **Murmurs & Other Heart Sounds - Auscultation of the heart reveals -** No Murmurs.

Calise M. Richardson

Friday, August 12, 2022

Patient #: ▮▮▮▮

DOB: ▮▮▮▮ (26 years)

Page 2 / 3

RICHARDSON-MED - BETHANY MED 0014

**Assessment & Plan** *(Wayne Beauford, MD; 11/16/202110:15 AM)*
**NORMAL LUNGS ON EXAMINATION (Z00.00)**
Current Plans:
- Follow up with primary care provider.


**SHORTNESS OF BREATH (R06.02)**
Current Plans:
- SPIROMETRY (94375) ; Routine ()
- CXR PA & LAT (71046) ; Routine ()
- How to access health information online

**ABNORMAL PFT (R94.2)**
Current Plans:
- PFT (94060) ; Routine ()


PFT, Peak flow at rest and excercise and CXR are normal in this non tobacco using female

*Wayne Beauford MD*
*11/16/2021 10:17 AM*

Calise M. Richardson

Friday, August 12, 2022

Patient #: ▮

DOB: ▮ (26 years)

Page 3 / 3

**RICHARDSON-MED - BETHANY MED 0015**

# *GSO 3402 Battleground Ave*



**BETHANY MEDICAL**
*"Your Health is Our Concern"*

3402 Battleground Ave
Greensboro, NC 27410
Phone: (336) 545-1515
Fax: (336) 883-0867

**Calise M. Richardson**          **Patient #:** ██████          **DOB:** ██████ (26 years)

**Documented:** 11/09/2021 08:45 AM

---

## History of Present Illness   Shabana Shahid 11/16/2021 10:23 AM

The patient is a 25 year old female who presents for a Recheck of Dyspepsia. Note for "Dyspepsia": Patient had an EGD - no HP Celiac, PUD. Abdominal US was normal. Patient underwent food allergy testing which showed mild reactions to beef, fish, tomatoes, cucumbers, almonds, whole milk. Moderate reaction to cod. Patient has not decreased her intake of these foods yet.

Studies:
Abdominal US (11/1/21): normal gallbladder, hemangioma in liver

Additional reasons for visit:

Abdominal Pain is described as the following:
Note for "Abdominal Pain": Patient had SE to dicyclomine - blurry vision. Patient states LLQ pain better with Miralax. Now having BM daily. Patient is going to Gyn diagnosed with endometriosis, no PCOS. Patient is going to have pelvic US 12/2021.

Shortness of breath is described as the following:
Note for "Shortness of breath": Patient states new onset of SOB. Patient has a history of COVID 1 year - patient states no issues post recovery, more symptoms of headaches, nausea, loss of smell and taste. Now with DOE. She denies asthma/environmental allergies.

## History   Aaron West 11/09/2021 09:04 AM

### Allergy
    No Latex Allergies
    No Known Drug Allergies (08/09/2021)
    Allergies Reconciled (11/04/2021)
### Past Medical
    EXAMINATION, PREOPERATIVE NEC
    LUMBOSACRAL PAIN, CHRONIC (M54.50)
    Migraine
### Other Medical History
    ENCOUNTER FOR ALLERGY TESTING (11/04/2021)
    BMI 23.0-23.9, ADULT (Z68.23)  (11/04/2021)
    ABDOMINAL BLOATING (11/04/2021)
    ENCOUNTER FOR SCREENING FOR COVID-19 (10/30/2021)
    LEFT LOWER QUADRANT PAIN (R10.32)
    GASTRITIS (K29.70)
    DYSPAREUNIA
    IBS (IRRITABLE BOWEL SYNDROME) (K58.9)  several year h/o ISB like symptoms that has recently worsened.
    DYSPEPSIA (R10.13)  Nausea, bloating > 6 months
    PREOP TESTING (Z01.818)
### Social
    Tobacco use: Never smoker
    No Drug Use
    Non Drinker/No Alcohol Use
### Medications
    ████████████████████████████████
    ████████████████████████████
    ████████████████████████████████
### Family
    Family history unknown

---

**Past Surgical**
> None (08/09/2021)

**Diagnostic Studies**
> EKG
> EGD (09/27/2021): Follow Up DUE: no follow up due at this time
> Chest X-ray

**Health Maintenance**
> Sleep Apnea Screening - Epworth
> Annual Eye Exam
> ***Complete Physical Exam*** PCP - "someone at BMC"

## Review of Systems    Shabana Shahid 11/16/2021 10:25 AM

**General** Not Present- Fatigue, Fever, Medication Changes, Weight Gain and Weight Loss.
**Skin** Not Present- Rash.
**HEENT** Not Present- Seasonal Allergies.
**Respiratory** Present- **Difficulty Breathing on Exertion**. Not Present- Cough, Difficulty Breathing, Dyspnea and Wheezing.
**Cardiovascular** Not Present- Difficulty Breathing On Exertion, Palpitations and Swelling of Extremities.
**Gastrointestinal** Present- **Abdominal Pain** and **Nausea**. Not Present- Constipation, Diarrhea, Heartburn and Vomiting.
**Musculoskeletal** Not Present- Joint Pain.

## Vital Signs



## Physical Exam    Valerie John, 11/05/2021 02:11 PM

**General**
**Mental Status** - Alert.

**Chest and Lung Exam**
**Chest and lung exam reveals** - quiet, even and easy respiratory effort with no use of accessory muscles, Clear to auscultation and percussion and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
**Cardiovascular examination reveals** - PMI is normal in location and amplitude. Normal cardiac borders. No heave. No thrill., normal heart sounds, regular rate and rhythm with no murmurs and no digital clubbing, cyanosis, edema, increased warmth or tenderness.

**Abdomen**
**Palpation/Percussion**
**Palpation and Percussion of the abdomen reveal -** Soft, Non Tender, No Rebound tenderness, soft, No Rigidity (guarding), No hepatosplenomegaly and No Palpable abdominal masses.

---

**Assessment & Plan** *(Shabana Shahid; 11/16/202110:27 AM)*

**DYSPEPSIA (R10.13)**
**Today's Impression:** Recommend:
1. OTC FD Gard and PPI
2. Remove foods with moderate allergy
Current Plans:
- ███████████████████████████

**SHORTNESS OF BREATH (R06.02)**
**Problem Story:** COVID infection 1 year ago, now with DOE. No history of asthma
**Today's Impression:** Refer to pulmonary
Current Plans:
- Referred to Beauford, Wayne MD, (Undefined)

**NAUSEA AND VOMITING, INTRACTABILITY OF VOMITING NOT SPECIFIED, UNSPECIFIED VOMITING TYPE (R11.2)**
**Problem Story:** Unremarkable EGD
Abdominal US normal
Current Plans:
- HIDA SCAN WITH CHOLECYSTOKININ (78226) ; Routine (Schedule in Greensboro)

**LLQ PAIN (R10.32)**
**Problem Story:** Possible IBS versus endometriosis
**Today's Impression:** Recommend:
1. GYN work up - if negative, recommend colonoscopy
Current Plans:

.

PCP: Tyler Terry, AGNP

Aaron West served as Scribe for Dr. Shahid. The patient was personally seen by Dr. Shahid and the physician went over the History of Present Illness, performed the Examination of the patient and conducted the Medical Decision Making in the encounter. All parts of the Progress Note were reviewed for accuracy and verified with the patient by Dr. Shahid. Direction for documentation and Plan of Care were given directly by Dr. Shahid. The documentation in this Progress Note is accurate and complete. Signed off by electronic signature.

*S. Shhd* M.D.

*Shabana Shahid*
*11/16/2021 10:33 AM*

Calise M. Richardson

Friday, August 12, 2022

Patient #: ███████

DOB: ██████ (26 years)

Page 3 / 3

RICHARDSON-MED - BETHANY MED 0018



**BETHANY MEDICAL**
*"Your Health is Our Concern"*

*GSO 3402 Battleground Ave*
3402 Battleground Ave
Greensboro, NC 27410
Phone: (336) 545-1515
Fax: (336) 883-0867

**Calise M. Richardson**              **Patient #:** ▮▮▮▮    **DOB:** ▮▮▮▮ (26 years)

**Documented:** 10/26/2021 08:00 AM

## History of Present Illness     Shabana Shahid 10/28/2021 12:50 PM

The patient is a 25 year old female who presents to discuss procedure results. Note for "Discuss procedure results": .

Patient is here for follow up after EGD, done for dyspepsia.
Date of procedure: 9/27/21
Findings: Gastritis
Pathology: Negative Celiac, negative H. pylori

Patient has no complaints after the procedure. Patient complains of vomiting after eating, heartburn, and LLQ pain after the procedure.

## History     Brenda Torres 10/26/2021 08:24 AM

### Allergy
No Known Drug Allergies (08/09/2021)
No Latex Allergies
Allergies Reconciled

### Past Medical
Migraine
LUMBOSACRAL PAIN, CHRONIC (M54.50)
EXAMINATION, PREOPERATIVE NEC

### Social
Non Drinker/No Alcohol Use
No Drug Use
Tobacco use: Never smoker

### Medications
▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮ - ▮▮▮

### Family
Family history unknown

### Past Surgical
None (08/09/2021)

### Diagnostic Studies
Chest X-ray
EGD (09/27/2021): Follow Up DUE: no follow up due at this time
EKG

### Health Maintenance
***Complete Physical Exam***
Annual Eye Exam
Sleep Apnea Screening - Epworth

---

Calise M. Richardson                    Patient #: ▮▮▮▮        DOB: ▮▮▮▮ (26 years)

**RICHARDSON-MED - BETHANY MED 0019**

## Review of Systems
Shabana Shahid 10/26/2021 08:28 AM

**General** Not Present- Fatigue, Fever, Medication Changes, Weight Gain and Weight Loss.
**Skin** Not Present- Rash.
**HEENT** Not Present- Seasonal Allergies.
**Respiratory** Not Present- Cough, Difficulty Breathing, Dyspnea and Wheezing.
**Cardiovascular** Not Present- Difficulty Breathing On Exertion, Palpitations and Swelling of Extremities.
**Gastrointestinal** Present- **Abdominal Pain**, **Nausea** and **Vomiting**. Not Present- Constipation, Diarrhea and Heartburn.
**Musculoskeletal** Not Present- Joint Pain.

## Vital Signs



Note: -

## Physical Exam
Shabana Shahid, 10/28/2021 12:50 PM

**General**
**Mental Status** - Alert.

**Chest and Lung Exam**
**Chest and lung exam reveals** - quiet, even and easy respiratory effort with no use of accessory muscles, Clear to auscultation and percussion and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
**Cardiovascular examination reveals** - PMI is normal in location and amplitude. Normal cardiac borders. No heave. No thrill., normal heart sounds, regular rate and rhythm with no murmurs and no digital clubbing, cyanosis, edema, increased warmth or tenderness.

**Abdomen**
**Palpation/Percussion**
**Palpation and Percussion of the abdomen reveal -** Soft, No Rebound tenderness, soft, No Rigidity (guarding), No hepatosplenomegaly and No Palpable abdominal masses. **Tenderness - Epigastrium**.

Calise M. Richardson

Friday, August 12, 2022

Patient #:

DOB:           (26 years)

Page 2 / 3

**RICHARDSON-MED - BETHANY MED 0020**

**Assessment & Plan** *(Shabana Shahid; 10/28/202112:51 PM)*

**DYSPEPSIA (R10.13)**
**Problem Story:** EGD (9/2021): no PUD, HP, Celiac
**Today's Impression:** Recommend:
1. Abdominal US - evaluate for cholelithiasis
2. Start PPI daily
3. Food allergy testing secondary to N/V
Current Plans:
- US EXAM, ABDOM, COMPLETE (76700) ; Routine ()
- ██████████████████████████████████████████
- ALLERVISION - How to Prepare for the Allergy Test
- Follow up 1 WEEK after test with ALLERGY PROVIDER

- How to access health information online
- NO F/U EGD

Future Procedures:
- 12/26/2021: BMC ALLERGY SKIN TEST (95004); Routine one time (40 panel)

**LEFT LOWER QUADRANT PAIN (R10.32)**
Current Plans:
- ██████████████████████████████████████████
██████████████████████████

.

PCP: Tyler Terry, NP

Angie Torres served as Scribe for Dr. Shahid. The patient was personally seen by Dr. Shahid and the physician went over the History of Present Illness, performed the Examination of the patient and conducted the Medical Decision Making in the encounter. All parts of the Progress Note were reviewed for accuracy and verified with the patient by Dr. Shahid. Direction for documentation and Plan of Care were given directly by Dr. Shahid. The documentation in this Progress Note is accurate and complete. Signed off by electronic signature.

*S. Shhh* M.D.

*Shabana Shahid*
*10/28/2021 12:52 PM*

*Endoscopy 1580 Skeet Club 1st*

1580 Skeet Club Road
High Point, NC 27265
Phone: (336) 883-0029
Fax: (336) 289-2188

 **BETHANY MEDICAL**
*"Your Health is Our Concern"*

| Calise M. Richardson | Patient #: ▓▓▓▓ | DOB: ▓▓▓▓ (26 years) |
| --- | --- | --- |

**Documented:** 09/27/2021 06:09 AM

## History of Present Illness    Shabana Shahid 09/28/2021 04:13 PM

The patient is a 25 year old female who presents for a pre-op visit.Diagnostic tests include endoscopy/biopsy. Indications for procedure include other (dyspepsia). Anesthesia planned is MAC (Monitored anaesthesia care).

## History    Cristina Velez 09/27/2021 07:37 AM

**Allergy**
No Known Drug Allergies (08/09/2021)
No Latex Allergies
Allergies Reconciled

**Past Medical**
Migraine
LUMBOSACRAL PAIN, CHRONIC (M54.50)
EXAMINATION, PREOPERATIVE NEC

**Other Medical History**
IBS (IRRITABLE BOWEL SYNDROME) (K58.9)  several year h/o ISB like symptoms that has recently worsened.
PRE-OP TESTING (Z01.818)
DYSPEPSIA (R10.13)  Nausea, bloating > 6 months

**Social**
Non Drinker/No Alcohol Use
No Drug Use
Tobacco use: Never smoker

**Medications**
Medications Reconciled Specific strength unknown - Active - Hx Entry.

**Family**
Family history unknown

**Past Surgical**
None (08/09/2021)

**Diagnostic Studies**
Chest X-ray
EKG

**Health Maintenance**
***Complete Physical Exam***
Annual Eye Exam
Sleep Apnea Screening - Epworth

## Review of Systems    Cristina Velez 09/27/2021 07:08 AM

**General** Not Present- Fatigue, Fever, Medication Changes, Weight Gain and Weight Loss.
**Skin** Not Present- Rash.
**HEENT** Not Present- Seasonal Allergies.
**Respiratory** Not Present- Cough, Difficulty Breathing, Dyspnea and Wheezing.
**Cardiovascular** Not Present- Difficulty Breathing On Exertion, Palpitations and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Constipation, Diarrhea, Heartburn, Nausea and Vomiting.
**Musculoskeletal** Not Present- Joint Pain.

| Calise M. Richardson | Patient #: ▓▓▓▓ | DOB: ▓▓▓▓ (26 years) |
| --- | --- | --- |

RICHARDSON-MED - BETHANY MED 0022

## Vital Signs



**Note:**  -

## Physical Exam    Shabana Shahid, 09/28/2021 04:13 PM

**General**
**Mental Status** - Alert.

**Chest and Lung Exam**
**Chest and lung exam reveals** - quiet, even and easy respiratory effort with no use of accessory muscles, Clear to auscultation and percussion and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
**Cardiovascular examination reveals** - PMI is normal in location and amplitude. Normal cardiac borders. No heave. No thrill., normal heart sounds, regular rate and rhythm with no murmurs and no digital clubbing, cyanosis, edema, increased warmth or tenderness.

**Abdomen**
**Palpation/Percussion**
**Palpation and Percussion of the abdomen reveal -** Soft, Non Tender, No Rebound tenderness, soft, No Rigidity (guarding), No hepatosplenomegaly and No Palpable abdominal masses.

Calise M. Richardson

Friday, August 12, 2022

Patient #: ▮

DOB: ▮ (26 years)

Page 2 / 3

**RICHARDSON-MED - BETHANY MED 0023**

**Assessment & Plan** *(Shabana Shahid; 09/28/202104:14 PM)*
**DYSPEPSIA (R10.13)**
**Problem Story:** Nausea, bloating > 6 months
**Today's Impression:** Possible PUD, H. pylori. Recommend:
1. EGD
2. Avoid NSAIDs
Current Plans:
- UPPER GI ENDOSCOPY BIOPSY (43239) ; Routine ()
- EGD PROCEDURE DOCUMENTATION ; Routine ()
- PT DOC NO EVENTS ON DISCHARGE (G8907) ; Routine ()
- PT W/O PREOP ORDER IV AB PROP (G8918) ; Routine ()
- One day follow up phone call (98967) ; Routine ()
- FOLLOW UP IN 1-2 WEEKS AFTER ENDOSCOPY

**EXAMINATION, PREOPERATIVE NEC**
Current Plans:
- PREOPERATIVE EVALUATION, ANESTHESIA ; Routine
- RN has reviewed all Pre-op note information.

**PRE-OP TESTING (Z01.818)**
Current Plans:
- COVID 19 ANTIGEN (87426); Routine ()

Risks of the procedure were reviewed including risk of bleeding, infection, perforation, oversedation, and missed lesions. The patient is an appropriate candidate for the proposed procedure and sedation type

PCP: Tyler Terry, NP

Cristina Velez served as Scribe for Dr.Shabana Shahid. The patient was personally seen by Dr. Shahid and the physician went over the History of Present Illness, performed the Examination of the patient and conducted the Medical Decision Making in the encounter. All parts of the Progress Note were reviewed for accuracy and verified with the patient by Dr. Shahid. Direction for documentation and Plan of Care were given directly by Dr. Shahid. The documentation in this Progress Note is accurate and complete. Signed off by electronic signature. Shabana Shahid, MD

*Shabana Shahid*
*09/28/2021 04:14 PM*

Calise M. Richardson

Patient #: ▮

DOB: ▮ (26 years)

Friday, August 12, 2022

Page 3 / 3

**RICHARDSON-MED - BETHANY MED 0024**

## *GSO 3402 Battleground Ave*

**BETHANY MEDICAL**
*"Your Health is Our Concern"*

3402 Battleground Ave
Greensboro, NC 27410
Phone: (336) 545-1515
Fax: (336) 883-0867

**Calise M. Richardson**     **Patient #:** ▮▮▮▮     **DOB:** ▮▮▮▮ (26 years)

**Documented:** 08/31/2021 09:30 AM

---

### History of Present Illness     Shabana Shahid 08/31/2021 04:02 PM

The patient is a 25 year old female who presents for a consultation.Patient sent for Gastroenterology consult. Patient referred by Tyler Terry, NP. Note for "Consultation...": .

Patient is presenting for evaluation of irritable bowel syndrome (IBS). Patient states she has an upset stomach since 2017. She had seen a doctor (unsure if GI) was told to change diet and get stool studies but did not follow through. She started herself on probiotics and felt better until 5/2021. Since May the patient has had increased weight gain, feels bloated and full. She has upper and lower pain and gas.

Patient also c/o nausea and emesis. Patient has ocular issues causing her nausea. Emesis is infrequent. + migraines. Patient smokes marijuana daily, 2-3 hits (no complete joint). No clear food triggers. She denies GERD/dysphagia. No joint pain. No skin rashes. No constipation, diarrhea fluctuates.

No FH of colon cancer/IBD/or other GI issues.

No recent labs.
No recent studies.

### History     Candi Baker 08/31/2021 10:09 AM

**Allergy**
  No Known Drug Allergies (08/09/2021)
  No Latex Allergies
**Past Medical**
  Migraine
  LUMBOSACRAL PAIN, CHRONIC (M54.50)
**Other Medical History**
  IBS (IRRITABLE BOWEL SYNDROME) (K58.9)  several year h/o ISB like symptoms that has recently worsened.
**Social**
  Non Drinker/No Alcohol Use
  No Drug Use
  Tobacco use: Never smoker
**Medications**
  No Current Medications: Inactive - Hx Entry.
**Family**
  Family history unknown
**Past Surgical**
  None (08/09/2021)
**Diagnostic Studies**
  Chest X-ray
  EKG
**Health Maintenance**
  ***Complete Physical Exam***
  Annual Eye Exam
  Sleep Apnea Screening - Epworth

---

RICHARDSON-MED - BETHANY MED 0025

## Review of Systems
Shabana Shahid 08/31/2021 04:02 PM

**General** Not Present- Fatigue, Fever, Medication Changes, Weight Gain and Weight Loss.
**Skin** Not Present- Rash.
**HEENT** Not Present- Seasonal Allergies.
**Respiratory** Not Present- Cough, Difficulty Breathing, Dyspnea and Wheezing.
**Cardiovascular** Not Present- Difficulty Breathing On Exertion, Palpitations and Swelling of Extremities.
**Gastrointestinal** Present- **Abdominal Pain** and **Nausea**. Not Present- Constipation, Diarrhea, Heartburn and Vomiting.
**Musculoskeletal** Not Present- Joint Pain.
**Neurological** Present- **Headaches**.

## Vital Signs



**Note:** -

## Physical Exam
Pauline Bedell, 08/27/2021 12:30 PM

**General**
**Mental Status** - Alert.

**Chest and Lung Exam**
**Chest and lung exam reveals** - quiet, even and easy respiratory effort with no use of accessory muscles, Clear to auscultation and percussion and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
**Cardiovascular examination reveals** - PMI is normal in location and amplitude. Normal cardiac borders. No heave. No thrill., normal heart sounds, regular rate and rhythm with no murmurs and no digital clubbing, cyanosis, edema, increased warmth or tenderness.

**Abdomen**
**Palpation/Percussion**
**Palpation and Percussion of the abdomen reveal -** Soft, Non Tender, No Rebound tenderness, soft, No Rigidity (guarding), No hepatosplenomegaly and No Palpable abdominal masses.

---

Calise M. Richardson

Patient #: ▮▮▮▮▮▮      DOB: ▮▮▮▮▮ (26 years)

**RICHARDSON-MED - BETHANY MED 0026**

**Assessment & Plan** *(Shabana Shahid; 08/31/202104:04 PM)*
**DYSPEPSIA (R10.13)**
**Problem Story:** Nausea, bloating > 6 months
**Today's Impression:** Possible PUD, H. pylori. Recommend:
1. EGD
2. Avoid NSAIDs
Current Plans:
- One day follow up phone call (98967) ; Routine ()
- *Morning EGD Prep
- FOLLOW UP IN 1-2 WEEKS AFTER ENDOSCOPY
- How to access health information online


**PREOP TESTING (Z01.818)**
Current Plans:
- COVID 19 ANTIGEN (87426); Routine ()


.
Risks of the procedure were reviewed including risk of bleeding, infection, perforation, oversedation, and missed lesions. The patient is an appropriate candidate for the proposed procedure and sedation type.

Patient was scheduled for rapid Covid Antigen testing 24-72 hours prior to procedure.

PCP: Tyler Terry, NP

Candi Baker served as Scribe for Dr. Shahid. The patient was personally seen by Dr. Shahid and the physician went over the History of Present Illness, performed the Examination of the patient and conducted the Medical Decision Making in the encounter. All parts of the Progress Note were reviewed for accuracy and verified with the patient by Dr. Shahid. Direction for documentation and Plan of Care were given directly by Dr. Shahid. The documentation in this Progress Note is accurate and complete. Signed off by electronic signature.

*S. Shhid* M.D.

*Shabana Shahid*
*08/31/2021 04:04 PM*



**BETHANY MEDICAL CENTER**

### Bethany Medical Center
1580 Skeet Club Road High Point NC, 27265
3362892855

## COLONOSCOPY PROCEDURE REPORT

**EXAM DATE:** 02/08/2022

**PATIENT NAME:**  Calise Richardson
**BIRTHDATE:**
**ENDOSCOPIST:**  Shabana Shahid, MD

**MR #:**
**STATUS:**  outpatient
**CRNA:**      Rodney T Nash, CRNA

**INDICATIONS:**  The patient is a 25 yr old female here for a colonoscopy due to abdominal pain in the lower left quadrant.

**PROCEDURE PERFORMED:**    Colonoscopy, diagnostic
Colonoscopy with snare polypectomy

**MEDICATIONS:**

**PREP QUALITY:**  The overall prep quality was adequate.

**DESCRIPTION OF PROCEDURE:** During the pre-op preparation period, all mechanical and medical equipment was checked for proper function. After the risks, benefits and alternatives of the procedure were thoroughly explained, informed consent was obtained and verified. Timeout was then successfully executed by the treatment team. A digital exam revealed no abnormalities of the rectum. The Pentax EC 3890i A114449 endoscope was introduced through the anus and advanced to the cecum, which was identified by both the appendix and ileocecal valve. The instrument was then slowly withdrawn as the colon was fully examined. Retroflexion was performed. The patient's toleration of the procedure was excellent.

COLON FINDINGS: Normal terminal ileum.   A single polyp measuring 5 mm in size was found at the cecum. A polypectomy was performed with a cold snare.  The resection was complete and the polyp tissue was completely retrieved.   A single polyp measuring 5 mm in size was found in the ascending colon.   A polypectomy was performed with a cold snare.  The resection was complete and the polyp tissue was completely retrieved.   A single polyp measuring 15 mm in size was found in the rectum.   A polypectomy was performed using snare cautery.  The resection was complete and the polyp tissue was completely retrieved.   Small internal hemorrhoids were found.

**SCOPE WITHDRAWAL TIME:** 7 Minutes



Page 1 of 2

**RICHARDSON-MED - BETHANY MED 0028**



**ESTIMATED BLOOD LOSS:**    None

**ADVERSE EVENTS:** There were no complications.

**IMPRESSIONS:**    1. Normal terminal ileum
                    2. 3 polyps (5mm-15mm) found and removed
                    3. Small internal hemorrhoids

**RECOMMENDATIONS:**    1. Start high fiber diet
                          2. Follow up in GI clinic for pathology results
                          3. Resume current medications

**RECALL:**    Return in 3 years for Colonoscopy.

___Shabana Shahid, MD___
*Activated:  2/8/2022 9:35:33 AM*

**cc:** Emily Sullivan, PA

**PATIENT NAME:**  Calise Richardson
**MR#:** ▮▮▮▮▮

Page 2 of 2

**RICHARDSON-MED - BETHANY MED 0029**



**BETHANY MEDICAL CENTER**

## Bethany Medical Center
1580 Skeet Club Road High Point NC, 27265
3362892855

**EGD PROCEDURE REPORT**

**EXAM DATE:** 09/27/2021

**PATIENT NAME:** Calise Richardson
**BIRTHDATE:**
**ATTENDING:**   Shabana Shahid, MD

**MR#:**
**STATUS:**  outpatient
**CRNA:**   Katrina L Cheek, CRNA

**INDICATIONS:**  The patient is a 25 yr old female here for an EGD due to dyspepsia.

**PROCEDURE PERFORMED:**  EGD, diagnostic
EGD w/ biopsy

**MEDICATIONS:**   Propofol (Diprivan) 100 mg IV and Lidocaine 60 mg IV

**DESCRIPTION OF PROCEDURE:** During pre-op preparation period, all mechanical and medical equipment was checked for proper function.  After the risks, benefits and alternatives of the procedure were thoroughly explained, informed consent was obtained and verified. Timeout was successfully executed by the treatment team. The Pentax EG 2990i A11665 endoscope was introduced through the mouth and advanced to the second portion of the duodenum. The gastroscope was then slowly withdrawn and removed. Retroflexion was performed in the stomach and revealed no abnormalities. The patient's toleration of the procedure was excellent.

ESOPHAGUS: The z-line was noted 41cm from the incisors.  The z-line appeared normal.   The mucosa of the esophagus appeared normal.

STOMACH: Mild gastritis (inflammation) was found in the gastric antrum.  Biopsies were performed using cold forceps in the gastric antrum, at the angularis, and in the gastric body.

DUODENUM: The duodenal mucosa showed no abnormalities in the entire duodenum.  Cold forcep biopsies were taken in the second portion.



**ADVERSE EVENTS:**  There were no complications.

**IMPRESSIONS:**       1.  Regular Z-line
2.  The mucosa of the esophagus appeared normal
3.  Gastritis, biopsied

Page 1 of 2

**RICHARDSON-MED - BETHANY MED 0030**

3.  Normal duodenum, biopsied

**RECOMMENDATIONS:**    1.  Follow up in GI clinic for pathology results
2.  Resume current medications
3.  Avoid Non-steroid anti-inflammatory drugs

**REPEAT EXAM:**


___Shabana Shahid, MD_____
*Activated:  9/27/2021 8:06:28 AM*


**cc:** Tyler Terry, NP

**PATIENT NAME:**  Calise Richardson
**MR#:** ▮▮▮▮▮

Page 2 of 2

**RICHARDSON-MED - BETHANY MED 0031**

From: 1003    Page: 1/3    Date: 1/7/2022 1:41:11 PM



**Wake Forest®**
Baptist Health

## FAX

Date: 1/7/2022 12:00:50 PM
**To:**

Name: Shabana Shahid, MD

Location:

Phone Number:

Fax Number: 336-883-0867

**From:**

Name: Interface, Rad Results In

Phone Number:

Fax Number:

Subject:

Message:

# Pages sent (including cover sheet): 3

If you do not receive all pages, please call the sender at the above number.

*The information contained in this facsimile is privileged and confidential information intended for the sole use of the addressee. If the reader of this facsimile is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this fax in error, please notify the person listed above, and return the original message by mail to the sender at the address above.*

Wake Forest Baptist Medical Center: Medical Center Boulevard | Winston-Salem, North Carolina 27157
Davie Medical Center: 313 and 329 NC Hwy 801 N | Bermuda Run, North Carolina 27006
Lexington Medical Center: 250 Hospital Drive | Lexington, North Carolina 27292
Wilkes Medical Center: 1370 West D Street PO Box 609 | North Wilkesboro, North Carolina 28659
High Point Medical Center: 601 North Elm Street | High Point, North Carolina 27261

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**RICHARDSON-MED - BETHANY MED 0032**

Richardson, Calise Marie (MRN 5057885)

# Wake Forest Baptist Medical Center
## Nuclear Medicine Imaging - High Point
### 601 NORTH ELM ST
### HIGH POINT NC 27262
———————————————————————————
**\*\*\*Final\*\*\***

**Name (MRN):** Richardson, Calise Marie▇▇▇▇▇▇
**Procedure Performed: NM HIDA BILIARY PATENCY W/EF (OUTPATIENT - BILIARY DYSKINESIA**
**Exam Date: 01/07/2022**

| | | | |
|---|---|---|---|
| Accession Number:<br>**208520033** | Age/Sex:<br>**25 year old Female** | DOB:<br>▇▇▇▇ | Authorizing Provider:<br>**Shabana Shahid** |

| | | | |
|---|---|---|---|
| Diagnosis:<br>**Nausea and vomiting, intractability of vomiting not specified, unspecified vomiting type** | Reason for Exam:<br>**None Specified** | Patient Class:<br>**Outpatient** | Attending Provider: |

CLINICAL DATA:  Abdominal discomfort

EXAM:
NUCLEAR MEDICINE HEPATOBILIARY IMAGING WITH GALLBLADDER EF

TECHNIQUE:
Sequential images of the abdomen were obtained out to 60 minutes
following intravenous administration of radiopharmaceutical. After
oral ingestion of Ensure, gallbladder ejection fraction was
determined. At 60 min, normal ejection fraction is greater than 33%.

RADIOPHARMACEUTICALS:  5.4 mCi Tc-99m  Choletec IV

COMPARISON:  None.

FINDINGS:
Prompt uptake and biliary excretion of activity by the liver is
seen. Gallbladder activity is visualized, consistent with patency of
cystic duct. Biliary activity passes into small bowel, consistent
with patent common bile duct.

Calculated gallbladder ejection fraction is 68%. (Normal gallbladder
ejection fraction with Ensure is greater than 33%.)

IMPRESSION:
Normal uptake and excretion of biliary tracer.

Normal gallbladder ejection fraction.

Fri Jan 7, 2022 12:00 PM

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

RICHARDSON-MED - BETHANY MED 0033

Richardson, Calise Marie (MRN 5057885)

Electronically Signed
  By: Mark  Lukens M.D.
  On: 01/07/2022 11:58

*I have personally reviewed the procedure note and/ or have reviewed and interpreted this image/ images.*

Electronically Signed By Attending: Mark Leroy Lukens, MD on 01/07/2022 11:58 AM

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

RICHARDSON-MED - BETHANY MED 0034

**Bethany Pathology**
495 Arbor Hill Road, Suite M
Kernersville, NC 27284
Phone: (336) 883-0029, ext. 3323
Fax: (336) 991-5149

**Davonia Michael, MD**
**Medical Director**

## SURGICAL PATHOLOGY REPORT

**Patient: RICHARDSON, CALISE M**          **Accession #:** ▉▉▉▉▉▉
DOB: ▉▉▉▉      Age: 25   Sex: Female      Date Collected: 9/27/2021
SSN: ▉▉▉▉      Patient ID#: ▉▉▉▉         Date Received: 9/27/2021
Physician(s):  Shabana Shahid, MD               Date Reported: 9/30/2021

---

### INTERPRETATION AND DIAGNOSIS:

A.   2nd portion of duodenum, biopsy:
  Benign duodenal mucosa without significant pathologic abnormality.
  Negative for celiac disease.

B.   Gastric antrum, biopsy:
  Benign antral mucosa with mild chronic inflammation.
  Negative for H. pylori (H. pylori immunostain negative).

C.   Gastric angularis, biopsy:
  Benign oxyntic mucosa with mild chronic inflammation.
  Negative for H. pylori (H. pylori immunostain negative).

D.   Gastric body, biopsy:
  Benign oxyntic mucosa with mild chronic inflammation.
  Negative for H. pylori (H. pylori immunostain negative).

*(handwritten, right margin: ⊖ HP  ⊖ celiac  ∅ f/u EGD)*

**Comment:**
  A: A PAS stain for gastric foveolar metaplasia is negative, and a DIPP-KWIK stain does not demonstrate pathogenic microorganisms.

  B through D: PAS/Alcian blue stains (3) for intestinal metaplasia are negative, and  H. pylori immunostains (3) do not demonstrate Helicobacter-like organisms.

  All above stains are interpreted with appropriate controls.

DM/HA  CPT CODES:
    88305 x4 88312 x1 88313 x4 88342 x3

*Davonia Michael, MD*
Davonia Michael, MD
Electronically Signed (9/30/2021)

---

**Clinical History:** *EGD, A: r/o celiac disease, and B through D: r/o H. pylori*
**Specimen(s):**  A. 2nd portion of duodenum
    B. Gastric antrum
    C. Gastric angularis
    D. Gastric body
**Gross Description:**
  A.  Submitted in formalin and labeled "2nd portion of duodenum" are three thin tan mucosal fragments, ranging from 1 to 3 mm in greatest dimension.  They are entirely submitted in a single cassette A.

*Page 1 of 2*

*(handwritten: 10-8-21)*

**RICHARDSON-MED - BETHANY MED 0035**

**Bethany Pathology**
495 Arbor Hill Road, Suite M
Kernersville, NC 27284
Phone: (336) 883-0029, ext. 3323
Fax: **(336) 991-5149**

**Davonia Michael, MD**
**Medical Director**

### SURGICAL PATHOLOGY REPORT

**Patient: RICHARDSON, CALISE M**                    **Accession #:** ▮▮▮▮▮▮▮

B.  Submitted in formalin and labeled "gastric antrum" are two tan mucosal fragments, measuring 2 and 3 mm in greatest dimension.  They are entirely submitted in a single cassette B.

C.  Submitted in formalin and labeled "gastric angularis" is one tan mucosal fragment, measuring 4 mm in greatest dimension.  It is entirely submitted in a single cassette C.

D.  Submitted in formalin and labeled "gastric body" is one tan mucosal fragment, measuring 5 mm in greatest dimension.  It is entirely submitted in a single cassette D.

BC/HA

Gross & Technical component performed at 302 Lindsay Street 2nd Floor High Point, NC 27262
Professional component performed at 302 Lindsay Street 2nd Floor High Point, NC 27262

*Disclaimer*
*The above diagnosis is based on performance of thorough gross and/or microscopic evaluations. Immunohistochemical procedures were developed, validated and performance characteristics determined by Bethany Pathology. Not all have been cleared or approved by U. S. Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary.  These tests are used for clinical purposes and should not be regarded as investigational or as research.*

*Page 2 of 2*

**RICHARDSON-MED - BETHANY MED 0036**

**Bethany Pathology**
495 Arbor Hill Road, Suite M
Kernersville, NC 27284
Phone: (336) 883-0029, ext. **13323**
Fax: **(336) 991-5149**

**Davonia Michael, MD**
**Medical Director**

## SURGICAL PATHOLOGY REPORT

**Patient: RICHARDSON, CALISE M**

| | | | | |
|---|---|---|---|---|
| DOB: ▮▮▮ | Age: 25 | Sex: Female | | **Accession #:** ▮▮▮ |

Date Collected:  2/8/2022

SSN: ▮▮▮   Patient ID#: ▮▮▮

Date Received:  2/8/2022

Physician(s):  Shabana Shahid, MD

Date Reported:  2/15/2022

---

### INTERPRETATION AND DIAGNOSIS:

A.  Cecal polyp, polypectomy:
    Sessile serrated polyp without dysplasia.

B.  Ascending colon polyp, polypectomy:
    Tubular adenoma.

C.  Rectal polyp, polypectomy:
    Tubulovillous adenoma.

*Adequate prep*
*Repeat 3 years*

**Comment:**

A: A Ki-67 study of the polyp demonstrates increased proliferation limited to the basilar aspect of the crypts unlike an adenomatous or dysplastic polyp which exhibits diffuse and surface involvement of the glands.

B: A Ki-67 study of the polyp demonstrates a proliferative zone involving both basilar and apical aspects of the glandular epithelium.  This finding strongly supports adenomatous polyp.

The studies are interpreted in conjunction with appropriate controls.

DM/HA      CPT CODES:
           88305 x3 88342 x2

*Davonia Michael, MD*
Davonia Michael, MD
Electronically Signed (2/15/2022)

---

**Clinical History:** *Colonoscopy, r/o adenoma*
**Specimen(s):**  A. Cecal polyp
                  B. Ascending colon polyp
                  C. Rectal polyp

**Gross Description:**

A.  Submitted in formalin and labeled "polyp @ cecum" is one tan soft tissue fragment, measuring 5 mm in greatest dimension.  It is entirely submitted in a single cassette A.

B.  Submitted in formalin and labeled "polyp @ Ascending colon" are two tan soft tissue fragments, measuring 1 and 6 mm in greatest dimension.  They are entirely submitted in a single cassette B.

C.  Submitted in formalin and labeled "polyp @ Rectum" is one tan soft tissue fragment, measuring 10 x 6 x 5 mm in greatest dimension.  The surgical margin is inked black, and the fragment is bisected and entirely submitted in a single cassette C.

BC/HA

Gross & Technical component performed at 495 Arbor Hill Road Suite M, Kernersville, NC 27284

*Page 1 of 2*

7-23-22

RICHARDSON-MED - BETHANY MED 0037

**Bethany Pathology**
495 Arbor Hill Road, Suite M
Kernersville, NC 27284
Phone: (336) 883-0029, ext. **13323**
Fax: **(336) 991-5149**

**Davonia Michael, MD**
**Medical Director**

### SURGICAL PATHOLOGY REPORT

**Patient: RICHARDSON, CALISE M**              **Accession #:** █████████

Professional component performed at 495 Arbor Hill Road, Suite M, Kernersville, NC 27284

*Disclaimer*
*The above diagnosis is based on performance of thorough gross and/or microscopic evaluations. Immunohistochemical procedures were developed, validated and performance characteristics determined by Bethany Pathology. Not all have been cleared or approved by U. S. Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary. These tests are used for clinical purposes and should not be regarded as investigational or as research.*

*Page 2 of 2*

**RICHARDSON-MED - BETHANY MED 0038**

# Bethany Medical Center

Bethany Medical Center
507 Lindsay Street
High Point, North Carolina 27262
Phone: (336) 883-0029
Fax: (336) 883-7786

Bethany Clinic of Skeet Club
3604 Peters Court
High Point, North Carolina 27265
Phone: (336) 812-3610
Fax: (336) 812-9194

| | |
|---|---|
| PATIENT NAME: | CALISE RICHARDSON |
| MRN/PATIENT ID: | ■■■■ |
| STUDY DATE: | Oct 29,2021 09.09 |
| DOB: | ■■■■ |
| PHYSICIAN: | Shahid |
| TECHNOLOGIST: | KL RDMS |
| LOCATION: | Bethany Medical - GB |

## Radiology Report

PATIENT HISTORY:    dyspepsia

EXAM:    US-ABDOMEN COMPLETE

The gallbladder is normal.  Common bile duct measures 0.34 centimeters.  No intrahepatic biliary dilatation.

Liver size and echotexture is normal.  Well-defined 0.95 cm echogenic focus in the right lobe which has the appearance of an hemangioma.  Hepatopetal flow present in the portal vein.

Aorta is of normal caliber and tapers normally.  Both kidneys have a normal appearance as does the pancreas and spleen.

Impression: Probable subcentimeter hemangioma of the right lobe of the liver, otherwise negative.

*Wells Martin II MD*

Wells Martin

**Electronically Signed on  Oct 30,2021 09:44**

Dict Date:  Oct 30,2021 09:44    Tran Date:Oct 30,2021 09:44
Thank you for using Southeastern Overread Services
169 Muirs Chapel Rd – STE 100 Greensboro, NC 27410
336.542.2900 Fax: 336.315.9961

Site Code:214

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

RICHARDSON-MED - BETHANY MED 0039

## Lab Order

# FERRITIN (82728)

Calise M. Richardson

---

**Final, Reviewed**
Diagnosis: LLQ PAIN (R10.32)
Ordered by Christen Gambrell on behalf of Shabana Shahid on 3/19/2022 (Routine)
Collected on 3/19/2022 2:06 PM
Requisition: 000799309
Reported on 3/20/2022 12:35 PM (Harvest)
Reviewed by Shabana Shahid on 4/15/2022 2:44 PM

---

| Test Name | Result | Units | Normal Range | Status |
|-----------|--------|-------|--------------|--------|
| FER | 49.60 | ug/L | 10.00-291.00 | Final, Reviewed |

---

**RICHARDSON-MED - BETHANY MED 0040**

## Lab Order

# CBC W/AUTO DIFF WBC (85025)

Calise M. Richardson

**Final, Reviewed**
Diagnosis: LLQ PAIN (R10.32)
Ordered by Shabana Shahid on 3/19/2022 (Routine)
Collected on 3/19/2022 2:06 PM
Requisition: 000799309
Reported on 3/20/2022 1:29 PM (Harvest)
Reviewed by Shabana Shahid on 4/15/2022 2:44 PM

| Test Name | Result | Units | Normal Range | Status |
|-----------|--------|-------|--------------|--------|
| WBC | 5.6 | K/uL | 4.0-10.5 | Final, Reviewed |
| RBC | 4.19 | M/uL | 3.80-5.10 | Final, Reviewed |
| HGB | 13.0 | g/dL | 11.5-15.0 | Final, Reviewed |
| HCT | 39.7 | % | 34.0-44.0 | Final, Reviewed |
| MCV | 95 | fL | 82-100 | Final, Reviewed |
| MCH | 31 | pg | 26-34 | Final, Reviewed |
| MCHC | 32.7 | g/dL | 31.0-35.0 | Final, Reviewed |
| PLT | 264 | K/uL | 140-415 | Final, Reviewed |
| RDW | 13.0 | % | 10.0-20.0 | Final, Reviewed |
| **MPV** | **11.0 (Abn: H)** | **fL** | **6.0-10.0** | **Final, Reviewed** |
| NE% | 56.8 | % | 45.0-80.0 | Final, Reviewed |
| LY% | 35.7 | % | 20.0-50.0 | Final, Reviewed |
| MO% | 5.0 | % | 2.0-12.0 | Final, Reviewed |
| EO% | 1.6 | % | 0.0-5.0 | Final, Reviewed |
| BA% | 0.7 | % | 0.0-3.0 | Final, Reviewed |

**RICHARDSON-MED - BETHANY MED 0041**

## Lab Order

### CMP (80053)

Calise M. Richardson

**Final, Reviewed**
Diagnosis: LLQ PAIN (R10.32)
Ordered by Shabana Shahid on 3/19/2022 (Routine)
Collected on 3/19/2022 2:06 PM
Requisition: 000799309
Reported on 3/20/2022 1:33 PM (Harvest)
Reviewed by Shabana Shahid on 4/15/2022 2:44 PM

| Test Name | Result | Units | Normal Range | Status |
|---|---|---|---|---|
| NA | 141 | mEq/L | 136-145 | Final, Reviewed |
| K | 4.5 | mEq/L | 3.5-5.1 | Final, Reviewed |
| CL | 101 | mEq/L | 98-107 | Final, Reviewed |
| CO2 | 26.5 | mmol/L | 21.0-31.0 | Final, Reviewed |
| Anion Gap | 13.50 | meq/L | 3.00-15.00 | Final, Reviewed |
| GLU | 97 | mg/dL | 74-106 | Final, Reviewed |
| BUN | 14 | mg/dl | 7-25 | Final, Reviewed |
| CREAT | 0.7 | mg/dl | 0.7-1.1 | Final, Reviewed |
| BUN/Creat Ratio | 20.3 | Ratio | 8.0-27.0 | Final, Reviewed |
| TPROT | 7.0 | g/dL | 6.0-8.3 | Final, Reviewed |
| ALB | 4.4 | g/dL | 3.5-5.2 | Final, Reviewed |
| Globulin | 2.6 | g/dL | 1.5-4.5 | Final, Reviewed |
| A/G Ratio | 1.7 | Ratio | 1.1-2.5 | Final, Reviewed |
| TBILI | 0.480 | mg/dL | 0.300-1.000 | Final, Reviewed |
| CA | 9.5 | mg/dL | 8.8-10.6 | Final, Reviewed |
| ALK PHOS | 57 | IU/L | 30-120 | Final, Reviewed |
| AST | 13 | IU/L | <35 | Final, Reviewed |
| ALT | 10 | IU/L | <25 | Final, Reviewed |
| EGFR NON AFRICAN-AMERICAN | 103 | ML/MIN/1.73 | | Final, Reviewed |
| EGFR AFRICAN-AMERICAN | 125 | ML/MIN/1.73 | | Final, Reviewed |

**Note:**
```
Note: Determination of stages one and two (with eGFR >59 mL/minute/1.73 m2) requires estimation of
kidney damage for at least three months

>90:    Stage One (Normal)

60?89:   Stage Two (Decreased GFR)

30?59:   Stage Three

15?29:   Stage Four

<15:     Stage Five
```

Allscripts

**RICHARDSON-MED - BETHANY MED 0042**

## Lab Order

# Vitamin D 25 Hydroxy (82306)

Calise M. Richardson

**Final, Reviewed**
Diagnosis: LLQ PAIN (R10.32)
Ordered by Christen Gambrell on behalf of Shabana Shahid on 3/19/2022 (Routine)
Collected on 3/19/2022 2:06 PM
Requisition: 000799309
Reported on 3/20/2022 1:35 PM (Harvest)
Reviewed by Shabana Shahid on 4/15/2022 2:44 PM

| Test Name | Result | Units | Normal Range | Status |
|-----------|--------|-------|--------------|--------|
| **VitaminD (Serum)** | **18.24 (Abn: L)** | **ng/mL** | **30.00-100.00** | **Final, Reviewed** |

**RICHARDSON-MED - BETHANY MED 0043**

**Lab Order**

## C-REACTIVE PROTEIN (86140)

Calise M. Richardson

**Final, Reviewed**
Diagnosis: LLQ PAIN (R10.32)
Ordered by Christen Gambrell on behalf of Shabana Shahid on 3/19/2022 (Routine)
Collected on 3/19/2022 2:06 PM
Requisition: 000799309
Reported on 4/11/2022 11:17 AM (Harvest)
Reviewed by Shabana Shahid on 4/15/2022 2:44 PM

**Result Note:**
TESTING PERFORMED AT: [BN] LABCORP BURLINGTON, 1447 YORK COURT, BURLINGTON, NC,
27215-3361, PHONE: 800-762-4344, LABORATORY DIRECTOR: SANJAI NAGENDRA, MD

| Test Name | Result | Units | Normal Range | Status |
|---|---|---|---|---|
| C-REACTIVE PROTEIN, QUANT | TEST NOT PERFORMED. | MG/L | | Final, Reviewed |

**Note:**
TEST NOT PERFORMED. DUE TO TECHNICAL PROBLEMS IN TESTING, A
VALID RESULT COULD NOT BE OBTAINED. THE REMAINING SPECIMEN
WAS NOT SUFFICIENT FOR ADDITIONAL TESTING.

RICHARDSON-MED - BETHANY MED 0044

**Lab Order**

## TSH (84443)
Calise M. Richardson

**Final, Reviewed**
Diagnosis: LLQ PAIN (R10.32)
Ordered by Christen Gambrell on behalf of Shabana Shahid on 3/19/2022 (Routine)
Collected on 3/19/2022 2:06 PM
Requisition: 000799309
Reported on 3/20/2022 12:35 PM (Harvest)
Reviewed by Shabana Shahid on 4/15/2022 2:44 PM

| Test Name | Result | Units | Normal Range | Status |
|-----------|--------|-------|--------------|--------|
| TSH3UL | 1.368 | uIu/mL | 0.550-4.780 | Final, Reviewed |

**RICHARDSON-MED - BETHANY MED 0045**

**Lab Order**

# IRON BINDING CAPACITY (TIBC) (83550)

Calise M. Richardson

**Final, Reviewed**
Diagnosis: LLQ PAIN (R10.32)
Ordered by Christen Gambrell on behalf of Shabana Shahid on 3/19/2022 (Routine)
Collected on 3/19/2022 2:06 PM
Requisition: 000799309
Reported on 3/20/2022 1:34 PM (Harvest)
Reviewed by Shabana Shahid on 4/15/2022 2:44 PM

| Test Name | Result | Units | Normal Range | Status |
|-----------|--------|-------|--------------|--------|
| FE | 83 | ug/dL | 60-180 | Final, Reviewed |
| UIBC | 381.00 | ug/dL | | Final, Reviewed |
| **TIBC** | **464.00 (Abn: H)** | **ug/dL** | **155.00-355.00** | **Final, Reviewed** |

**RICHARDSON-MED - BETHANY MED 0046**

## Lab Order

# COVID 19 ANTIGEN (87426)

Calise M. Richardson

**Final, Not Reviewed**
Diagnosis: PRE-OP TESTING (Z01.818)
Ordered by Dazman Salgado on 2/8/2022 (Routine)
Collected on 2/8/2022 8:25 AM
Reported on 2/8/2022 8:41 AM (LABORATORY)

**Result Note:**
Lot #:FVFA8211
Exp date:2022-10-17
Manufacturer:GENBODY
Control:OK

| Test Name | Result | Units | Normal Range | Status |
|-----------|--------|-------|--------------|--------|
| COVID 19 ANTIGEN | Negative | | | Final |

**RICHARDSON-MED - BETHANY MED 0047**

**Lab Order**

# COVID 19 ANTIGEN (87426)

Calise M. Richardson

**Final, Reviewed**
Diagnosis: PRE-OP TESTING (Z01.818)
Ordered by Angela Keene on behalf of Shabana Shahid on 9/27/2021 (Routine)
Collected on 9/27/2021 6:10 AM
Reported on 9/27/2021 7:30 AM (LABORATORY)
Reviewed by Shabana Shahid on 9/27/2021 12:55 PM

| Test Name | Result | Units | Normal Range | Status |
|-----------|--------|-------|--------------|--------|
| COVID 19 ANTIGEN | Negative | | | Final, Reviewed |

**Note:**
LOT NUMBER 1207906
EXP DATE 12/04/2021

RICHARDSON-MED - BETHANY MED 0048