| INCIDENT NUMBER:<br>20180816-015 | LSU POLICE DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI #<br>LA0170400 |
|---|---|---|
| | NARRATIVE | ☐ JUVENILE |

**NARRATIVE TITLE:** SUPPLEMENT #1 - Garguiolo

**NARRATIVE:**

▓'s mom - Jade spent the night when she came over she wants to know what to do", this text message was also sent to Ms. Joseph and forwarded to Ms. Segar. Mr. Joseph then sent a text message to Ms. Segar which was then forwarded to my cellphone at 0940 hours and reads as follows, "She says that this lady (Miriam Segar) forced her (Ms. Lewis) to say some things and the lady said that she hates dealing with football My (Mr. Joseph) response to her - What lady Her (Ms. Lewis) response to me - Miriam Segar". Ms. Segar then provided me a text message conversation that she had with Ms. Lewis prior to coming and reporting the incident to me, she also provided me with Mr. Joseph's phone number. The string of text messages sent to me by Ms. Segar and her voicemail is attached to the case.

At 0950 hours I called Ms. Segar to talk about the text message that she had received. Ms. Segar explained that Ms. Lewis is very mixed up; she went on to explain that as Ms. Lewis was reporting the incidents Ms. ▓ knew about them as well. She went on to say that Ms. ▓ would tell Ms. Lewis that "she would take care of it", his mom (Stephanie ▓) would put the two of them together and say look, you guys really love each other y'all need to work it out". Due to Ms. Segar hearing this relationship status through Ms. Lewis during their meetings she was not surprised when she had heard that Ms. ▓ was coming into town. Ms. Segar went on to say that Ms. Lewis is telling individuals (Mickey Joseph and Football Operations) that she was asked to lie about the incidents of abuse because she (Ms. Segar) dislikes football. When I asked where Ms. Lewis should have been located at the time of the text message to Mr. Joseph, Ms. Segar explained that Ms. ▓ is from out of town and when she comes in to town she may stay with the Bernhards. This telephone message was recorded and attached to the case.

I next went to Ox Bow Hall at approximately 1015 hours and met with ▓ ▓ (LSU Student // DOB Redacted // Redacted) at her apartment. Upon meeting Ms. ▓ I asked if she knew why I was meeting her at which time she said she knew it was about Ms. Lewis. I asked when the last time it was that she had spoken to Ms. Lewis she explained that it was the previous day and that Ms. Lewis had told her that a Police officer was going to talk to her. I further asked why she believed that an Officer was going to talk to her and she explained that is was due to Mr. ▓ being aggressive to Ms. Lewis. Ms. ▓ explained an incident in which she had seen this aggression from Mr. ▓ which was during the summer in "Tiger land". Ms. ▓ explained that Ms. Lewis exited the vehicle to talk to Mr. ▓ as Ms. Lewis began walking back to the vehicle Mr. ▓ followed her to the vehicle pushed her up against it and was about to punch her. Mr. ▓ was unable to hit Ms. Lewis because some of his teammates held him back from hitting her. I then asked if Ms. ▓ believed that Mr. ▓ would have hit Ms. Lewis if his teammates didn't hold him back, she responded with, "yeah probably". I then asked if she knew of Mr. ▓ hitting Ms. Lewis before, Ms. ▓ said yes because Ms. Lewis showed her bruises on her body. She also said that she has ▓ed text messages that Mr. ▓ has written Ms. Lewis which indicated he's not very nice and he has hit her multiple times before. Ms. ▓ then indicated that Ms. Lewis has said her ribs have been broken before by Mr. ▓. Lieutenant Abels interviewed Ms. ▓ a second time, she also provided a written voluntary statement (attached to the case // see Lieutenant Abels' Supplement).

At around 1200 hours, Suzanne Hamilton (Domestic Violence specialist // District attorney's office // 225-389-7714), went and met with Ms. Lewis and spoke with her in reference to the case at Ox Bow hall in the lobby. During this time frame no police were present in the meeting between the two. Mrs. Hamilton reported back that Ms. Lewis did not want to speak to the police. I next attempted to call Mickey Joseph (LSU wide receivers football coach // 225-726-1222) at his cellphone number which was provided to me by Ms. Segar. I attempted to call Mr. Joseph on three separate occasions all of which went unanswered (1251, 1254, and 1338 hours) with no call back. Captain Kazusky and I then went to the Football Operations office (located on the third floor of Tiger Stadium) in an attempt to meet with Mr. Joseph. We asked several people in the office to notify Mr. Joseph that we needed to meet with him, we were then told that Mr. Joseph was unavailable to speak with us. At around 1445 hours, Mr. Joseph walked into the Police Department at which time Detective Abels and I interviewed him in reference to the text messages. Mr. Joseph explained that he knew of Jade Lewis and the situation of Mr. ▓' arrest. Mr. Joseph explained that he has never spoken to Ms. Lewis before and this was the first instance that he had received a text from her. He went on to say that he had Ms. ▓' phone number but she doesn't normally text him, he explained that he didn't know why she had texted him. When I asked Mr. Joseph if he knew of any issues between Mr. ▓ and Ms. Lewis he explained he knew of an incident which had to do with Mr. ▓ bringing Ms. Lewis her bag (assumed to be the incident at WCA on 6-18-2018). According to Mr. Joseph, Ms. ▓ said that Ms. Lewis was there last night (8-17-2018) and this morning (8-18-2018), he also believed that she spent the night with Ms. ▓. When asked if Ms. Lewis could have got his cell phone number from Ms. ▓, Mr. Joseph explained that it was probable. When asked how often Mr. Joseph texts with Ms. ▓ he said when something is going on with Mr. ▓ but they usually call each other. Mr. Joseph then voluntarily showed me his cell phone conversation with Ms. ▓. The conversation had begun (no prior history of text messages) the previous night (8-17-2018 - time unknown) with a picture of Ms. Lewis leaning up against the exterior wall of what appeared to be the "Pluckers" restaurant off of Nicholson Drive. The following text message read along the lines of, look who I found at the bar drunk. When I asked how Mr. Joseph would of known who the girl in the photograph was he responded, "I never seen this girl before, um, Jade, never seen in person". He further indicated that he just assumed that the white girl in the photo was Ms. Lewis. When I asked Mr. Joseph what his relationship was with Ms. ▓ he indicated that he talks to parents of the players in an appropriate fashion, not hanging out with Ms. ▓ nor are they friends. When I asked where Ms. ▓ stayed last night he responded that she was in the parking lot of the jail. He explained that he talked to Ms. ▓ three times this morning (0801, 0817, and 0840 hours), Mr. Joseph's call ▓ry also showed that he spoke to Jim B (Bernhard) three times that morning as well. I then asked the last time Mr. Joseph was at Mr. Bernhard's house, he explained only one time in February of 2018. Mr. Joseph then indicated that Ms. ▓ has all