CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# LSU Police Department
# Initial Report Form

**Case Number:**
20180816-015

| **Begin Incident Date / Time:** | **End Incident Date / Time:** | **Date Reported:** | **Officer:** |
|---|---|---|---|
| 6/16/2018   4:39:00PM | 8/16/2018   4:39:00PM | 8/16/2018   4:39:07PM | Garguiolo, Michael U2008 |

**Address:**
ABO

**COMPLAINANT**

**Offense:**
LRS 14:34.1                    SECOND DEGREE BATTERY

---

**Narrative:**
20180816-015
Second degree battery
On August 16, 2018, I, Detective Garguiolo of the Louisiana State University Police Department met with an LSU Official to collect information relevant to a battery of a dating partner case. The Official explained that she has had four incidents brought to her attention which had occurred between two LSU Students from April to August of 2018.

I then contacted the female victim in the case who explained that she had been dating the suspect, ▉▉▉ ▉. ▉▉▉▉, since January of 2017 and they had broken up last Friday (8-10-2018). The victim explained that during the course of their relationship she was attacked by ▉▉▉ on four different occasions.

The first incident occurred in May of 2017 at ▉▉▉' house. The victim went to ▉▉▉' house to get some personal items she had left there. Due to the victim asking for these items back ▉▉▉ became angry and punched the victim in the stomach.

The second incident occurred in April of 2018 at the victim's apartment on the LSU campus. ▉▉▉ became upset about the victim being out with friends, due to this he punched her in the left side of her stomach. The victim explained that a medical staff evaluated her and realized that a rib on her left side was fractured. Any activity that the victim preformed caused her pain. The victim provided a photograph of the bruise mark taken after she was punched in the stomach. The marking in the picture is on her left side, it appears as if individual finger marks of the suspect is visible in the bruising. The victim explained that she had a medical official at LSU evaluate her injury.

The third incident occurred in ▉▉▉' vehicle. ▉▉▉ was upset with the victim for waving at a friend. ▉▉▉ drove the victim to an area on Perkins road and threw her phone out the window. As the victim exited the vehicle ▉▉▉ attempted to abandon her, ▉▉▉ then drove back and the victim reentered the vehicle. Upon her reentry into the vehicle ▉▉▉ strangled the victim.

The fourth incident occurred in June of 2018 at the victim's LSU apartment. ▉▉▉ was upset about a text message conversation and thus went to the victim's apartment, he entered using a key the victim had given him. Once entering the victim's room he strangled her, punched her in the stomach, and grabbed her ear which caused her earing to be pulled from her ear; bleeding from the ear ensued. The victim provided pictures of the bruise marks around her neck after the strangulation. In the pictures bruising could be viewed, pictures taken later could show heavier bruising. The victim's roommate had to apply makeup to hide the bruises. The victim provided text message conversations between her and ▉▉▉. These messages show that ▉▉▉ has

# LSU Police Department
# Initial Report Form

threatened the victim with violence and he even texted that "I might kill you".

An arrest warrant was issued and Mr. ▮▮▮▮ was arrested and taken into Police custody on 8-17-2018.

At this time the case is pending.

(Initial Version) Case Number: 20180816-015
Date Printed: Page 2 of 2
08/23/2018

BOS-032686