AT&T LTE 12:16 PM 2%





Details

quotes. The meaning is still the same. Whether you wanted to leave at that exact moment or not is irrelevant because you hurt my feelings and you were going to leave because of that. I AM SORRY that I 'lied' I don't see it as that. But that's not the point. You didn't even ask my reasons for not wanting to you just started acting different

Sent as Text Message

Today 10:29 AM

Lol you going around telling people what happened? You retarded foreal

Today 12:15 PM

No? I told [redacted] and I told my boss because you threatened my job. What was I supposed to do. Let you get me fired? I don't want people knowing trust me

Sent as Text Message



iMessage



AT&T LTE 18:37 83%

New iMessage Cancel

To: [redacted]

Lmao so let me find out you lying to [redacted]....... talking about you kicked me out and shit🤔😂 when did you do that? I told you to go check to see if anyone was in the front room and then o left on my own.. why you lying saying you told me to leave? Lol like you poo dawg... don't fucking lie. And when I said are you serious you literally responded "what" like and you talking about you said "I don't want to" you see how quickly you lie like that? Now everytime I see you imma expose you for lying.. stupid ass bitch I should get you fired too just for playing with me. Don't ever like like that on me. Fuck you.

I didn't lie? And what you're saying I lied about isn't even changing the story? The fact is








AT&T LTE 18:37 83%

New iMessage Cancel

To: ██

I didn't lie? And what you're saying I lied about isn't even changing the story? The fact is you were mad that I didn't want to have sex with you which is complete bullshit. WE ARE FRIENDS. That's why I didn't want to have sex with you because I care about you as a friend. I'm not one of your hoes so don't ever treat me like one. I'm sorry you feel that I'm lying on you that wasn't my intent, what I told ██████ is still true. This isn't even a big deal. I'm not going around town saying how big of a dick you were I just told my best friend because you hurt my feelings.

Sent as Text Message

You're literally still lying!!! YOU NEVER TOLD ME TO GET OUT.. I left on my own after I told you to check and see who




iMessage


●oooo AT&T LTE 18:38 83%

New iMessage Cancel

To: [redacted]

You're literally still lying!!! YOU NEVER TOLD ME TO GET OUT.. I left on my own after I told you to check and see who was out there.. IT one makes me mad because you let the shit build up and then say stop like that's so childish.. we kiss, I grab your ass and literally FINGER YOU.. you literally beat my dick ass well just to say no? Lol like Wtf is that.. like stop Lying dude you never put me out. I left on my own cuz that was very childish of you.. don't make it seem like you put me out.. I left on my own.. the words "I don't want to" never even came out your mouth so you lied about that too in the message you sent to [redacted] Like stop lying.. and stop letting shit build up for no reason.. so again fuck you for lying and letting shit build up.






