```
1              UNITED STATES DISTRICT COURT
2              MIDDLE DISTRICT OF LOUISIANA
3
4    ABBY OWENS, ET AL            CIVIL ACTION NO. 21-242
5    VERSUS
                                  JUDGE WENDY B. VITTER
6    LOUISIANA STATE
     UNIVERSITY, ET AL            MAGISTRATE JUDGE JOHNSON
7
8
                     *** CONFIDENTIAL ***
9
10   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
11       TRANSCRIPT OF THE VIDEOCONFERENCE DEPOSITION OF:
12                  JADE LEWIS, VOLUME II,
13   TAKEN ON BEHALF OF BOARD OF SUPERVISORS OF LOUISIANA
14   STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL
15   COLLEGE, REPORTED IN THE ABOVE ENTITLED AND NUMBERED
16   CAUSE BY YOLANDA J. PENA, CERTIFIED COURT REPORTER FOR
17   THE STATE OF LOUISIANA.
18   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
19
20
21       COMMENCING AT 12:01 P.M., ON December 2, 2022.
22
23
24
25
                                                 Page 328
```

```
 1        A.   Yeah, yeah.  I was about to say a month later
 2   or like a couple weeks later (inaudible).  Yeah.
 3        Q.   Okay.  All right.  So again, sorry, I need you
 4   to review this one and just tell me if -- if this one
 5   is accurate.  And there's a second page, so let us
 6   know, and we'll change to the second page.
 7        A.   Yeah.  Yeah.
 8        Q.   Is this accurate?
 9        A.   Yep.
10        Q.   Okay.  I want to show you another document,
11   Exhibit 19.
12        (Exhibit No. 19 was marked for identification.)
13   BY MS. WHITE:
14        Q.   Did you receive this letter?
15        A.   Yeah, I think so.
16             MS. WHITE:  And then 20.
17        (Exhibit No. 20 was marked for identification.)
18        A.   What was the date of that?
19   BY MS. WHITE:
20        Q.   Nineteen?
21        A.   Can you scroll up a little bit?
22        Q.   Yeah.  It's August 30, 2018.
23        A.   Yeah.
24        Q.   And then 20.  Date is July 18, 2019, and it's
25   about ███████ being expelled.
```