> was when he first had told me, like, about oh, like this is a compliance. He's like—you could—you know, told me about Miriam [Segar] and then it was like the next day or the day after is when I got a random phone call and voice mail from Miriam. And then I immediately . . . called her back. And then I just never heard from her again.

Complainant 1 noted that when she made the disclosure, Ausberry "stopped the conversation" and said "I don't want to know all the details . . . this needs to go to someone else." Complainant 1 does not "remember if [Ausberry] told me to contact Miriam. I feel like if he did, I would have contacted Miriam. But all I know is after that conversation is when Miriam had contacted me."[157]

In his interview as part of this review, Ausberry confirmed the substance of this conversation with Complainant 1. He also said he reported this to Segar which likely explains why Segar reached out to Complainant 1.

The first time LSU's Title IX Office became aware of any incidents between ▓ and Complainant 1 was in October 2018. At that point, Complainant 1 described having a "breakdown" in her internship supervisor's (Brenton Sumler) office and was not sure what to do. After asking how he could support her, Sumler (who Complainant 1 described as "an amazing man and awesome at what he does"[158]) walked Complainant 1 to the Title IX Office. The Title IX Office then provided Complainant 1 with resources and academic support "because I was definitely struggling with school." She also "got into counseling at LSU."

### 3. October 2018 Title IX Investigation of Sharon Lewis

In addition to providing resources to Complainant 1, beginning in October 2018, the Title IX Office initiated an investigation into "allegations of a failure to report violations of University Policies on Sexual Misconduct . . . concerning LSU employee Sharon Lewis toward LSU student Complainant 1." Given that others—including Soil-Cormier and Craig—were purportedly aware of the incident between Complainant 1 and ▓ and failed to report it to the Title IX Office, it is difficult to understand why Lewis was the only respondent in this investigation. While the University's Sharon Lewis investigation is a bit of a detour from the allegations of abuse involving ▓, a detailed discussion is helpful here because that investigation in late 2018 is fraught with many of the same missteps that we have seen in other files we have reviewed.

As part of the Title IX Office's investigation into Lewis, Complainant 1 was interviewed by Investigator Jeff Scott on October 3, 2018. The information she provided in that interview is materially consistent with the information she provided as part of this review and summarized above. Of note, Scott's interview notes attribute the following to Complainant 1: "[Complainant 1] disclosed that while she was dating ▓ that about a month into their relationship he became angry and pinned her up against the wall—he would grab her by the neck and hold her down on

---

[157] Complainant 1 also indicated that "Verge cares about ▓. I don't think his methods are right, but I think he views ▓ as kind of a son and wanted to help him."

[158] Sumler left LSU in August 2019 and currently works as the Director of Student Athlete Experience & Well Being at the University of Oklahoma.