**In the Matter Of:**

ABBY OWENS

V.

LOUISIANA STATE UNIVERSITY

---

**CALISE RICHARDSON**

*September 22, 2022*

---

LEGAL | MEDIA | EXPERTS

Page 29

```
 1      academic side.

 2   Q. What about Verge Ausberry, did you know

 3      whether he put in any good words for you

 4      anywhere?

 5   A. I can't remember, but I don't think

 6      University of Denver.

 7   Q. Did he do so somewhere else?

 8   A. I don't recall.  I don't remember.

 9   Q. Did you talk to him about where you were

10      seeking to apply and did he offer to put

11      in any good words for you?

12   A. Knowing Verge, he probably offered.  I

13      can't remember if it actually happened,

14      but I had talked to Verge early in my

15      college career about kind of what I

16      wanted to do, and he kind of gave me

17      some advice on different career paths.

18   Q. Did you follow that advice, or no?

19   A. I guess, looking back, no.  I -- I did

20      it differently, but I appreciated it at

21      the time.

22   Q. What was his advice?

23   A. I don't recall specifics.
```

Page 41

```
 1      assistant in a clinical psychology lab.
 2   Q. What was your -- What were the dates
 3      that you were in the football recruiting
 4      job?
 5   A. Fall 2014.  I think I got hired like the
 6      first couple weeks of school.  And then
 7      the last day I was like in person and
 8      worked was around like January or
 9      February of 2017.
10              And then I had gotten fired in
11      like -- I don't know, like March, April,
12      May, June of 2017 while I was abroad.
13   Q. Okay.  And how long -- what were the
14      dates that you worked for Brenton Sumler
15      in Life Skills?
16   A. From fall of 2017 to when I graduated.
17   Q. Okay.  And then you said you worked in
18      academic counseling --
19   A. Yeah.
20   Q. -- or advising in athletics.  When was
21      that?
22   A. I'm -- It was either like fall 2018 or
23      like spring 2017.  It was towards the
```

Page 57

```
 1      else?

 2   A. I cooperated in the Husch and Blackwell

 3      investigation, but that was -- I think

 4      that's it.

 5   Q. What brought you to LSU in the first

 6      place?

 7   A. It's a family school.  My dad went to

 8      law school there, and we've had season

 9      tickets my whole life, so I grew up

10      going to LSU football games.  It's just

11      always kind of been like that second

12      home.

13   Q. Is your dad a practicing attorney?

14   A. Yes.

15   Q. Where does he practice?

16   A. In California.

17   Q. What type of law does he practice?

18   A. Intellectual property.

19   Q. Is he in his own firm, or does he work

20      for another firm?

21   A. That's a really good question.

22      Currently -- He used to work for a law

23      firm.  I think in the past few years, he
```

Page 82

```
 1        Continuing objection.
 2   A. No, except ███████.
 3   Q. Were you ever -- Did you consider that
 4      you were ever raped while you were at
 5      LSU?
 6   A. Yes.
 7   Q. When?
 8   A. My freshman year, my sophomore year, and
 9      then attempted rape my junior year.
10   Q. Who was -- Who -- Who was the person --
11      the person you're accusing your freshman
12      year?
13             MS. TRUSZKOWSKI:  You can go
14      ahead and answer.
15   A. His name was ██████.
16   Q. Do you know his last name?
17   A. No.
18   Q. What were the circumstances of that?
19      What happened?
20             MS. TRUSZKOWSKI:  Again, I --
21      I'm objecting to the relevance.  What
22      are -- Why we delving into her sexual
23      history?  I -- I --
```

Page 84

```
 1   A. Because I didn't want to.  I was

 2      confused about the whole thing and

 3      didn't know what to think and what to

 4      do.

 5   Q. Did you remain in the friend group with

 6      him, or did it end at that point?

 7   A. I just kind of slowly removed myself and

 8      distanced myself from the friend group.

 9   Q. Did you tell -- tell any of your friends

10      about it?

11   A. No.

12   Q. Who is the person who raped you your

13      second year?

14   A. ███████████████.

15   Q. And is he the football recruit that --

16      as you mentioned?

17   A. Yes.

18   Q. Did he go to LSU ultimately?

19   A. No.

20   Q. Where did he go to school?

21   A. I don't know.

22   Q. And did you report that to anyone?

23   A. No.
```

Page 86

```
 1   A. I don't recall.

 2   Q. And then your junior year, is that the

 3      one with ████████████ --

 4   A. Yes.

 5   Q. -- situation with ██████████████?

 6              Did you ever report the

 7      situation your freshman year to anybody

 8      between, I guess, this lawsuit and prior

 9      to that?

10   A. I don't recall.

11   Q. What about the -- the rape your second

12      year, did you ever report that to

13      anybody between the time of the lawsuit

14      and what had happened?

15   A. I mean, I told certain friends about

16      those things, but, no, I've never like

17      reported it to anyone.

18   Q. When did you first meet ███████████████?

19   A. I -- I don't recall.

20   Q. Do you recall where you were?

21   A. I think my first interaction was

22      something with a football event while he

23      was a recruit.
```

Page 87

```
 1   Q. Was it just to meet him and speak to him

 2      friendly, or was there anything more to

 3      that interaction?

 4   A. No.  I don't even know if I said

 5      anything other than hello and welcome.

 6   Q. Did you become friends with him at some

 7      point in time?

 8   A. Yes.  The -- Yeah.  Yes.

 9   Q. How did that come about?  Was that when

10      he came to LSU?

11   A. No.  It was the fall of my junior year.

12   Q. Okay.  What was it that brought the two

13      of you into a friendship?

14   A. We had a mutual friend.

15   Q. Who was that?

16   A. ███████████.

17   Q. And you said this was fall of your

18      junior year?

19   A. Yes.

20   Q. Okay.  Was ███████████ a football

21      player?

22   A. No.

23   Q. Okay.  So you had a mutual friend.  What
```

Page 88

```
 1      was your relationship with him before

 2      the attempted rape?

 3   A. With whom?

 4   Q. ███████████.

 5   A. Friends.

 6   Q. Did y'all te -- text with each other?

 7   A. Yes.

 8   Q. Did y'all do things socially?

 9   A. Yes.

10   Q. What would y'all do socially?

11   A. We would all go out to the bars as a

12      group or hang out at his apartment as a

13      group.  He sometimes would stop over at

14      my place and we would hang out.

15   Q. Did you ever hang out with him one on

16      one before the incident?

17   A. Yes.

18   Q. Had y'all ever done anything sexually

19      prior to the incident?

20   A. No.

21   Q. You never kissed him or anything like

22      that?

23   A. No.
```

Page 89

```
 1   Q. Had he ever indicated before that that

 2      he wanted more of a relationship with

 3      you than just a -- a nonsexual

 4      friendship?

 5   A. Indicated in what way, are you asking?

 6   Q. Any way.

 7   A. I don't recall specifics, no.

 8   Q. Where did -- Where was ██████'

 9      apartment?

10   A. During when?

11   Q. At the time you said you would hang out

12      at his apartment, where was that

13      apartment?

14   A. It was in the same apartment complex

15      that I lived in, The Standard or U House

16      or whatever it was called.

17   Q. Did ██████████ also live in that

18      apartment complex?

19   A. Yes.

20   Q. Were they roommates, or no?

21   A. No.

22   Q. Did ████████████ have a roommate there?

23   A. Yes, but I don't recall who.
```

Page 90

```
 1    Q.  Was ████████████ dating anybody or in a

 2        relationship with anybody at the time of

 3        the attempted rape?

 4    A.  I -- I don't know.

 5    Q.  I'm sure if I refer to it as the

 6        incident that you know what I'm talking

 7        about, that's what I'm referring to, is

 8        when the alleged attempted rape came

 9        about.

10              So you don't know whether he

11        was in a relationship with anybody you

12        were working with?

13              MS. TRUSZKOWSKI:  Asked and

14        answered.

15    Q.  You can answer it.

16    A.  Again, I don't -- I don't -- I don't

17        know.

18    Q.  Okay.  Can you tell me about the

19        incident.  What the -- What hap -- What

20        happened that night?

21    A.  We had all gone out as a group.  ███████

22        had recently, either earlier that day,

23        gotten kicked out of his apartment for
```

Page 91

1   paint balling or doing something that

2   was like vandalism in the apartment

3   complex.

4             And so he had asked if he

5   could crash at my place.  And so after

6   we had all gone out, we went to Cane's

7   to eat, and then he crashed at my place.

8   We went to sleep that night.  Nothing

9   happened.

10            The next day, we were just

11  hanging out in my room and we started to

12  kind of play fight, which was normal

13  behavior for us.  And then he like very

14  quickly kissed me, and I don't recall

15  necessarily kissing him back.  I -- I

16  know we kissed, but it all just happened

17  so quickly because then he like very

18  quickly pulled my pants down and tried

19  to insert himself, and that's when I

20  said stop or something like that, and he

21  didn't listen.

22            Then I had like yelled it

23  again, and that's when he got extremely

Page 92

```
 1       angry and was yelling at me.  And so we

 2       were yelling, and I had asked him to

 3       leave, and so he left.

 4    Q. Did he pull your pants all the way down

 5       and his pants all the way down?

 6    A. Down enough for our genitals to be open

 7       and out.

 8    Q. And what -- what time of day was this?

 9    A. Late morning, early afternoon.

10    Q. Were either of you intoxicated at the

11       time --

12    A. No.

13    Q. -- to your knowledge?

14    A. Not to my knowledge.

15    Q. Was anybody in the apartment at the

16       time?

17    A. No, not that I recall.

18    Q. You said -- You said you told him to

19       stop, he didn't listen, and then you

20       told him to stop again and he yelled at

21       you.  Is that the sequence of events, or

22       did he yell before you told him to stop

23       again?  I'm not sure.
```

Page 93

```
 1   A. I told him to stop again, and then he

 2      yelled.

 3   Q. And what did he yell?

 4   A. I don't recall specifics, but it was

 5      something along the line like, you dumb

 6      bitch, I'm going to ruin your life.

 7   Q. What'd you say to him?

 8   A. I was trying to explain why I didn't

 9      want to have sex with him.

10   Q. What did you tell him?

11   A. I don't remember specifics, but I was

12      trying to tell him that I care about him

13      as a person and a friend and I didn't

14      want to cross that line in our

15      friendship.

16   Q. Did you -- So he left your apartment.

17      Do you have any idea what time of day

18      that was when he left?

19   A. I don't recall.

20   Q. Did he leave right after the incident,

21      or did he stay for a while?

22   A. It was -- We were yelling, and he left

23      while we were yelling, right after.
```

ABBY OWENS V. LOUISIANA STATE UNIVERSITY
RICHARDSON, CALISE on 09/22/2022

Page 94

1    Q. Overnight, when he was sleeping at your

2       place, did y'all sleep in the same bed?

3    A. Yes.

4    Q. Had you ever done that before?

5    A. Yes.

6    Q. How many times?

7    A. A couple.

8    Q. Did he have -- Did he take all of his

9       stuff when he left the apartment, his

10      clothes and anything else he had with

11      him?

12   A. I assume, because I never had anything

13      of his and he never asked for anything

14      back.

15   Q. Did y'all communicate after that?

16   A. Yes.

17   Q. How many times?

18   A. I don't recall.

19   Q. Did y'all continue to text with each

20      other?

21   A. Not amicably.

22   Q. What do you recall texting about that

23      wasn't amicable?

Page 95

```
 1   A. About the situation.

 2   Q. Can you tell me what you recall about

 3      those texts?

 4   A. Again, him calling me names, threatening

 5      me.  We had argued about the meaning of

 6      someone saying stop and no.

 7              He -- When he found out I had

 8      told Keava what happened, he had texted

 9      me, again calling me names, saying I'm a

10      dumb bitch for telling people.

11              That happened a couple of

12      times where like other people knew about

13      it.  He would text me in similar

14      fashion.

15              And then when I would see him

16      like out at bars, he would react the

17      same way and try to get me kicked out.

18   Q. Is there anything else you recall

19      texting him about?

20   A. I don't recall anything else.

21   Q. How -- For how long did y'all continue

22      texting each other about it?

23   A. I guess it was more like on and off,
```

Page 96

```
 1        depending on what stuff came up.

 2   Q. Was he ever nice to you again?

 3   A. No.

 4   Q. You said he found out you told Keava.

 5        When -- When did you -- I guess how did

 6        he find out you told Keava, first of

 7        all?

 8   A. I don't know.

 9   Q. Did you tell him you told Keava?

10   A. I had confirmed that I told Keava, yes.

11   Q. Are you saying you weren't the first

12        person to tell him you had told Keava,

13        or is it possible you were the first

14        person to tell him you told Keava?

15   A. I don't recall.

16   Q. What did you tell Keava?

17   A. That -- I think it was just he tried to

18        have sex.  I didn't want to have sex.

19        He got really angry and said he was

20        going to try to get me fired and he's

21        going to tell everybody about the real

22        me.

23                  And so I told Keava I was
```

Page 97

```
 1      telling her because I was scared to get

 2      in trouble and didn't want him to get me

 3      fired.

 4   Q. What did Keava say to you?

 5   A. If you didn't want to have sex, why

 6      would you let him in your bed?

 7   Q. Is there anything else Keava said?

 8   A. That's the only thing that stuck in my

 9      head, so I don't recall.

10   Q. Did she assure you you weren't going to

11      get fired?

12   A. I don't recall.  I don't recall if she

13      said that specifically.

14   Q. Was there anything you were asking her

15      to do when you were telling this to her?

16   A. No.

17   Q. Is there anything you wanted her to do?

18   A. Yes.

19   Q. What?

20   A. I think subconsciously when anyone tells

21      anyone about their trauma, there's a

22      part of them that wants them to step in

23      and do something, so, yeah, I definitely
```

Page 98

```
 1      wanted my boss to step in and do

 2      something.

 3   Q. Such as what?  What would you have liked

 4      her to have stepped in and done?

 5   A. I don't know, but anything to protect

 6      me.

 7   Q. Did he ever come close to you physically

 8      or harm you physically again?

 9   A. I know he -- when we would get into it

10      in public spaces, he would get close to

11      my face, but he never put his hands on

12      me again.

13   Q. How many times did you all get in fights

14      in public spaces?

15   A. I don't recall.

16   Q. Do you recall where?

17   A. Different bars in Tigerland.

18   Q. And -- And so what -- tell me how the

19      fights went or when -- when y'all --

20      were y'all yelling at each other?

21   A. More him yelling at me.  We shared a --

22      again, similar friends, so there were

23      times we would be in the same vicinity
```

Page 99

```
 1        in a bar and he would yell at me, you

 2        know, to get out of his space.  And more

 3        just yell, like get this bitch out of

 4        the bar.  There was times he would like

 5        try to get the owner or the bouncer to

 6        kick me out.

 7   Q. And did the bouncers ever follow his

 8        instructions?

 9   A. No.

10   Q. Did he ever get kicked out?

11   A. For situations with me or just in

12        general?

13   Q. Yes, for those -- in those situations?

14   A. I don't think so.  I don't recall.

15   Q. And so do you recall what month this was

16        that this happened?

17   A. I don't recall.

18   Q. I'm sorry, I meant the -- I meant the

19        attempted rape, but -- if that wasn't --

20        if that wasn't clear.

21   A. I think it was December.

22   Q. Of what year?

23   A. I guess that was fall 2016.
```

Page 100

```
 1   Q. And how soon after did you talk to Keava
 2      about it?
 3   A. Same day.
 4   Q. Was that a -- Did you call her on the
 5      phone or text her or what?
 6   A. I know I called her.  I don't recall if
 7      I texted her before.
 8   Q. Was this on a weekend day or a workday?
 9   A. Weekend.
10   Q. Is there anything else other than that
11      you've told me that you -- you told
12      Keava in the conversation?
13   A. I don't recall anything else.
14   Q. Did you and Keava talk about it again
15      after this call?
16   A. I don't recall specifically.  We talked
17      about things that kind of happened as
18      fallout from this situation, and then I
19      actually -- I do remember on that phone
20      call referencing that I didn't want to
21      -- one of the reasons why I felt scared
22      to get in trouble was because of
23      everything that had already happened
```

ABBY OWENS V. LOUISIANA STATE UNIVERSITY
RICHARDSON, CALISE on 09/22/2022

Page 101

```
 1        with ████, and so I had referenced like

 2        I wanted to tell you before he did, just

 3        so like it didn't happen the way it

 4        happened with ████.

 5   Q.  Can you tell me what you mean by didn't

 6        happen the same way with ████?

 7   A.  Because I wasn't the initial person who

 8        told Jen and Keava about ████.  They

 9        had mentioned that I should have told

10        them before they found out.  And so I

11        wanted to do that when the situation

12        happened with ████.

13   Q.  And so did you report the situation with

14        ████ to anybody else?

15   A.  No.

16   Q.  Did you make a police report?

17   A.  No.

18   Q.  Why not?

19   A.  Didn't want to.  Yeah.

20   Q.  Why didn't you want to?

21   A.  Because in Baton Rouge, Louisiana, at

22        LSU, ████ was gold to everyone.  And

23        so I felt like I knew nothing was going
```

Page 107

```
 1   Q. Why not?
 2   A. Again, it wasn't -- me and █████ weren't
 3      close at that point.  I didn't even have
 4      her number, so -- also didn't want to
 5      tell anyone.
 6   Q. Did you ever eventually go to the police
 7      about ███████████████?
 8   A. No.
 9   Q. When was the last time you spoke to him?
10   A. I don't recall.
11   Q. Do you know whether Keava -- I'm just
12      going to refer to her by her first name.
13      I don't know any of these people, but I
14      may refer to them by their first name
15      just because it gets longer and longer.
16            Do you know whether Keava did
17      anything in response to what you told
18      her?
19   A. The only thing I know is that she
20      publicly asked a coworker of mine in the
21      office in front of other coworkers what
22      had happened.  And so other people found
23      out, and it spread through that.
```

Page 109

```
 1        happened.
 2   Q. How was she -- Did she tell you how she
 3        was trying to answer it respectfully or
 4        what she said that she thought was
 5        respectful?
 6   A. I don't recall.
 7   Q. And did anybody else -- did she say who
 8        else in the office heard it?
 9   A. I don't recall who, but I know there was
10        different coworkers there.
11   Q. Did anybody ever say anything to you
12        about it?
13   A. Yes.
14   Q. Who?
15   A. I don't recall specifics, but it was
16        some other coworkers.
17   Q. What do you recall those coworkers
18        saying to you?
19   A. Mainly slut shaming me and kind of
20        blaming me for hurting -- I can't
21        remember her name, if it's ███████
22        ████████ -- someone I worked with.
23   Q. How would you have hurt ████████ or
```

Page 114

```
 1        that he was gone in January of '18 from

 2        LSU, do you -- does that sound right to

 3        you, or do you have any reason to know

 4        one way or another?

 5   A. I -- I don't know.

 6   Q. I'm sorry, I don't recall -- I think I

 7        asked you, but when was the last time

 8        you spoke with him?

 9   A. I don't recall.

10   Q. Was it after you left LSU?

11   A. I -- I don't recall.

12   Q. Do you know whether he -- of any

13        comments that he -- that ███████████

14        said about you to any of the other

15        football players or any other -- anyone

16        else that was negative about you after

17        that incident happened?

18   A. The only thing I had really heard was

19        that he was telling coaches and

20        teammates and things that I was a whore

21        and that he hates me.

22   Q. Who'd you hear that from?

23   A. I don't recall specifics, but just
```

Page 131

```
 1   Q. What was that?

 2   A. I don't recall specifics.  Yeah.  I just

 3      know how I felt working that job.

 4   Q. Okay.  So do you remember -- remember

 5      any -- any words that she ever said to

 6      you that were unkind or harsh, to you

 7      particularly as opposed to addressing

 8      the group?

 9   A. I don't recall specifics of what she

10      said.

11   Q. What about Keava, what was your

12      relationship with her?

13   A. Again, a boss and employee.  I don't

14      remember specifics.  I do remember like

15      things she had said in the office that

16      made me really uncomfortable, or she

17      would say things specific to me that

18      made me feel dumb.

19   Q. What did she say that made you feel

20      uncomfortable about?

21   A. The uncomfortable thing was about --

22      there was kind of a scandal at LSU at

23      some point where one of my roommates
```

Page 132

1            there had, I guess, participated in kind

2            of a porn video and it circulated

3            around.

4                      And Keava was talking about it

5            with the coworkers in the office one day

6            and everyone was kind of making fun of

7            the girl, and Keava had body shamed her

8            by kind of saying, you know, that she

9            was tiny and had no boobs and had no

10           butt and that she looks like a child and

11           that's not attractive.

12                     And at the time, I was also

13           very thin with no boobs and no ass, and

14           so I remember just feeling really

15           uncomfortable about like, oh, shit, what

16           does my boss think and say about me if

17           this is how she's talking about this

18           girl?

19       Q. Which roommate was this?

20       A. It was ██████'s sister, ██████, that

21           would sometimes stay with us.

22       Q. Was there ever a video that was

23           circulated that you were in?

Page 136

```
 1    else?

 2              MS. TRUSZKOWSKI:  Objection.

 3    Calls for speculation.

 4  A. Yeah.  I don't know how anyone else felt

 5    about it.

 6  Q. Did anyone ever tell you they felt like

 7    Keava made them feel dumb?

 8  A. Not in those specific words, no.

 9  Q. Would they tell you anything similar to

10    that?

11  A. Yes.

12  Q. Is there anything else that Keava said

13    to you that you felt was harsh or unkind

14    or unpleasant that you can recall?

15  A. Yes.  She had told me that basically I

16    needed to apologize to

17    ████████████████, something --

18    ████████ (phonetic) -- I think her name

19    is ██████.

20  Q. Tell me what she said.

21  A. That I needed to apologize to ██████

22    for what happened between ██████ and I,

23    and I'm pretty sure she referenced like
```

Page 152

```
 1      didn't want to, was scared of

 2      retaliation, was scared that literally

 3      everyone in Louisiana loves ███████ and

 4      how they treat him, so I didn't feel

 5      safe and comfortable to ask for support,

 6      especially from anything associated to

 7      LSU.

 8               MS. FURR:  If the court

 9      reporter would show you Exhibit 5,

10      please.

11   Q. This is an email from Keava to you dated

12      February 10th, 2017, copying Sharon

13      Lewis.

14               Did you receive this email?

15               MS. ABDNOUR:  I -- oh, I'm

16      sorry to interrupt.  This is Liz

17      Abdnour.  We don't have a copy of these

18      documents.

19               MR. ENGLISH:  Yeah.  Can y'all

20      -- can y'all email the exhibits?  Can

21      you have your team email the exhibits

22      out to everybody so that we know what

23      we're all looking at?  And maybe the
```

Page 163

```
 1                THE COURT REPORTER:  We are

 2        back on record, and the time is 2:20.

 3                And, counsel, you may begin.

 4        BY MS. FURR:

 5     Q. Okay.  Let's turn to your relationship

 6        with ███████████.  When did you first

 7        start entering this?  Tell me what --

 8        how the relationship developed and how

 9        you would categorize it.

10     A. He -- We had a mutual friend, and he

11        asked that friend to set us up.

12     Q. Who is that mutual friend?

13     A. ████████████.

14     Q. Was ███████████ a football player, too?

15     A. No.

16     Q. And so what happened next?

17     A. ███████ and I went on a date and then

18        everything was pretty normal and we --

19        we just -- from my perspective and the

20        conversations I had with him were in an

21        exclusive committed relationship.

22     Q. For how long?  Again, from your

23        perspective.
```

Page 164

1    A. Maybe a few months of us being together,

2        and then it was off and on.

3    Q. When did it start?  When was the date?

4    A. The summer of, I guess, 2016.

5    Q. Okay.  And then can you tell me -- like

6        describe to me off and on.  Do you

7        recall what -- what periods were off and

8        what periods were on?

9    A. Yeah.  So up until the public incident

10       we had, we were on.  Then we had been

11       off -- I don't know like specifics,

12       except it would be like every few

13       months, like I would ignore him,

14       wouldn't talk to him, and then I would

15       break down and we would sleep together,

16       and then I wouldn't talk to him, and

17       then we would sleep together, and then I

18       wouldn't talk to him, and it was like

19       that for up until 2018 when he got

20       arrested.

21   Q. Was there ever any period of time where

22       y'all were exclusive again after the

23       first time?

Page 166

```
 1    Q. Okay.  All right.  And that was when?

 2    A. That was fall of 2016.

 3    Q. Were you all having any difficulties

 4       before that incident, or was the

 5       relationship --

 6    A. Not to my knowledge.

 7    Q. And was y'all's relationship healthy

 8       before that incident, from your

 9       perspective?

10    A. My perspective then, yes.  My

11       perspective now, no.

12    Q. Okay.  From your perspective now, what

13       was unhealthy about it?

14    A. ▮▮▮▮▮ was extremely controlling and

15       jealous.  He was physically abusive and

16       rough.  He was mentally and verbally

17       abusive.  And I very much fell into

18       that.

19    Q. And -- And that all occurred before the

20       JL's incident?

21    A. Uh-huh.  Yes.

22    Q. What do you mean you fell into that?

23    A. I very quickly went into the cycle of
```

Page 167

```
 1      what a traditional abusive relationship

 2      is where I believed the negative things

 3      he would say about me, to me.  When he

 4      would slut shame me or get mad at me for

 5      things, I very much like apologized and

 6      took on the blame.  I like stayed

 7      through the bad times hoping for the

 8      good times to come back, and -- I mean,

 9      I mentally just -- I was a different

10      person while I was in the relationship

11      with him.

12   Q. Okay.  In terms of emotional abuse, what

13      do -- what do you -- can you tell me

14      what he did to you that was emotionally

15      abusive?

16   A. Yeah.  He would get really angry at me

17      for having slept with other football

18      players before I even knew him and would

19      say like that impacted him, or if he had

20      a bad practice or a bad game, it was my

21      fault because I'm a whore and I did

22      those things to him.  He would complain

23      about what I would wear.  He would tell
```

Page 168

```
 1      me that -- you know, when I would kind

 2      of try to leave or, you know, be like

 3      this is not working or that -- I can't

 4      do this anymore, he'd be like, who's

 5      going to want you now, about like you've

 6      been with me, like, and all these other

 7      players.

 8   Q. Okay.

 9   A. Yeah.  Everything like -- when I -- when

10      he would get angry and would physically

11      abuse me, and -- he would always say it

12      was my fault because I made him mad or I

13      did something.

14   Q. What players did he know about who you

15      had slept with?

16   A. He knew about ████████ and ████████.

17   Q. Anybody else?

18   A. Not to my knowledge.

19   Q. You said he complained about what you

20      wore.  What about -- What complaints did

21      he make about what you wore?

22   A. Basically that I looked too hot and that

23      was inappropriate for other guys to see
```

Page 169

 1       me like that.

 2    Q. Did you change what you wore after he

 3       commented?

 4    A. I would.  He also wouldn't allow me to

 5       go out to the bars unless he was there.

 6    Q. Did you do that, or did you sometimes go

 7       without him anyway?

 8    A. I would follow it for the most part, but

 9       there have been a couple of times, and

10       they always led to arguments.

11    Q. Were you -- Did you cheat on him in any

12       way while -- up until the JL's incident?

13    A. No.

14    Q. Do you whether he cheated on you during

15       that time period?

16    A. Yes.

17    Q. With whom?

18    A. Someone I thought was a friend.

19    Q. Who's that?

20    A. She was another swimmer.

21    Q. Do you know her name?

22    A. I can't remember her name.

23    Q. How did you find out about it?

Page 170

```
 1   A. It was -- Well, there was two

 2      situations.  One, I had found a condom

 3      wrapper in his bedroom after a night

 4      that I said like I had to do homework so

 5      I couldn't hang out.  And I knew that

 6      condom wasn't from him and I.

 7               And then another night, I had

 8      slept over and his alarm kept going off

 9      and he wasn't waking up, so I turned

10      over to look at his -- to turn his alarm

11      off on his phone, and there had been

12      texts from the girl that made it obvious

13      that they -- he was cheating.

14   Q. How soon before the JL's incident did

15      you find out about that?

16   A. The condom was a good bit before it.  I

17      don't remember when I read the text

18      messages, if it was after or before.  I

19      don't know.

20   Q. Did you confront him about the condom

21      when it happened, when you learned of

22      it?

23   A. No.  I froze.
```

Page 171

1    Q. Were you worried if you did you might

2       end the relationship?

3    A. Yeah, or get mad and hit me.

4    Q. What did he do that was physically

5       abusive to you?

6    A. He would like pin me up against the wall

7       or choke me against the wall.  If I had

8       like tried to leave the room, he would

9       like grab me and not let me.  There were

10      a couple of times where it was -- like

11      with shaming me and pinning me down.  He

12      would also like dead weight his body on

13      top of me until I would cry and

14      literally think I was about to be

15      crushed to death.  He pushed me.  He's

16      tried to hit me but was prevented by the

17      other people around.  He tried to punch

18      me but was prevented by other people

19      around.

20   Q. So trying to hit you and trying to punch

21      you but prevented, was that the night of

22      JL's?  Did -- Did that happen that

23      people stopped him?

Page 178

1   Q. Did he talk to you about the fact that

2      he -- Did you talk to him about the fact

3      that he was in a relationship with her

4      or that -- that bothered you, or did it

5      not matter?

6   A. We never talked about specifics, and I

7      never asked and he never said anything

8      about it.

9   Q. So after the JL's incident, did y'all

10     ever talk about who either one of y'all

11     were sleeping with after that?

12  A. No.  No.

13  Q. Y'all would just sleep together and then

14     separate and move on?  Can you answer

15     verbally?

16  A. Yes.  Yes.  Sorry.

17  Q. So tell me what happened at the incident

18     at JL's.

19  A. It was after a football game, so I had

20     gone out with a friend of mine and her

21     boyfriend, who is also a friend of mine,

22     who played on the team.

23                 And I had knew ▇▇▇▇ was like

Page 179

```
 1    out at the bar.  We were all going to

 2    the bar, were -- like a group of the

 3    football players were going, which is

 4    JL's.

 5              And when I walked in, I

 6    immediately saw him like kissing on a

 7    girl, whispering in her ear, kissing her

 8    neck, and then at one point they were

 9    like making out.  And while they were

10    making out, he made like really direct

11    eye contact with me.

12              And then at one point he

13    walked over to me and like groped me and

14    tried to kiss me.  And I just, you know,

15    kind of swiped him off and said leave me

16    alone.

17              And that's when he like two

18    hand pushed me, and I fell backwards on

19    the ground at the bar.  And that's when

20    I threw a drink at him.

21              And then he squared up and

22    charged and was swinging, and it took

23    like five football players to contain
```

Page 180

```
 1    him.  And he just kept trying to push
 2    through them and swing.
 3              And him and I were cussing at
 4    each other, calling each other names,
 5    yelling.  And then the bouncers came and
 6    kicked him out.
 7              And then we decided, since he
 8    was still out there, we stayed in the
 9    bar.  And some other people who had like
10    come into the bar had told me that ████
11    was like outside waiting for me, saying
12    things like I'm going to kill her, I'm
13    going to kill her, I'm going to get her.
14              And so when we left, two of
15    the guy friends on the football team
16    kind of -- I was riding home with one of
17    them, and they like escorted me to the
18    car.
19              And ██████ came kind of running
20    out of nowhere and charged me again, and
21    that's when one of the football players
22    kind of picked me up or like ushered me
23    quickly into the car and others kind of
```

Page 182

```
 1              MS. TRUSZKOWSKI:  Objection.

 2      Calls for speculation.

 3   Q. And you said he groped you.  What did he

 4      do to grope you?

 5   A. He had like grabbed my ass, grabbed my

 6      hips, tried to kiss my neck, tried to

 7      kiss me, and I did not give him consent

 8      to do that.

 9   Q. And so what did you do?  Did you tell

10      him no or pull away from him, or what

11      happened?

12   A. Yeah.  I like grabbed his hands off me

13      and told him to stop.

14   Q. Okay.  And you said he two hand pushed

15      you at that point in time?

16              Did you fall all the way down

17      to the ground?

18   A. To my recollection.

19   Q. You have to answer.

20   A. Yeah.  Yeah.  Yes.

21   Q. And then you said you threw a drink at

22      him?

23   A. Yes.
```

Page 184

```
 1              He, you know, was saying

 2       things like, you dumb bitch, I'm going

 3       to kill you.  Fuck you, you whore.  And

 4       then just things like that.

 5  Q. Do you know which two football players

 6       escorted you out of the bar?

 7  A. I know for sure one of them was ████

 8       ████, because he was the one I was

 9       riding home with.

10  Q. Do you know who the other one was?

11  A. I don't recall.

12  Q. And is that where it ended?

13  A. Yes.

14  Q. Did you -- you left?

15  A. I left.

16  Q. Did anything happen after that?

17  A. He -- I had just heard some of the

18       things from other people like the next

19       day that I ran to -- ran into that kind

20       of had filled me in on what they said

21       happened afterwards.

22  Q. What did they say happened afterwards?

23  A. That he came to my apartment, was angry,
```

Page 185

```
 1        was trying to find me, was walking

 2        around like our apartment complex angry,

 3        shouting, without his shirt on, just

 4        being aggressive.

 5   Q. And this was at which apartment complex?

 6        The Standard?

 7   A. Uh-huh.  Yes.

 8   Q. How close did he live to you in The

 9        Standard?

10   A. Down the hall, maybe on like the floor

11        above or below, but it was close.

12   Q. Did you ever tell him about what

13        happened with ██████████████?

14   A. No.

15   Q. Why not?

16   A. I -- I guess I didn't want to tell one

17        abuser about the other abuser.  I -- I

18        didn't feel safe with ██████ to tell him

19        anything like that.

20   Q. How long did -- did ██████ live at The

21        Standard?  Did y'all -- Was he there the

22        whole time you lived there --

23   A. Around the time.
```

Page 186

```
 1   Q. -- or was he gone when you -- okay.

 2               Was he still living there when

 3      you left for Austria?

 4   A. I don't know.

 5   Q. So after you left the bar, you didn't

 6      have any more contact with him?

 7   A. Not that night, no.

 8   Q. When was the next time you had contact

 9      with him?

10   A. I don't recall specifically.

11   Q. How long was it between that incident

12      and when y'all were on again?

13   A. A few months.

14   Q. And then when y'all were on again after

15      that, it was -- it was not exclusively,

16      it was just hookups, not -- not any kind

17      of committed relationship; right?

18   A. Yeah, no committed -- no commitment.

19   Q. What's the -- I think I saw somewhere,

20      the next that you heard of it, that he

21      had reported it to his coach -- reported

22      the incident to his coach?

23   A. Yeah.  So the incident happened on a
```

ABBY OWENS V. LOUISIANA STATE UNIVERSITY
RICHARDSON, CALISE on 09/22/2022

Page 187

```
 1       Saturday night, and I had gotten a call

 2       from Sharon Sunday about it.

 3   Q.  Tell me about that conversation.  What

 4       happened?

 5   A.  She had said that ████ told one of his

 6       coaches -- I think it was the wide

 7       receiver coach -- that I was acting

 8       crazy at the bar and he was just minding

 9       his business and I just randomly came up

10       and threw a drink at him.

11                 And Sharon had said the coach,

12       I guess, came to her and said something

13       along the lines of like, you know, why

14       is one of your girls causing problems

15       for one of my guys -- or something, kind

16       of inquiring like what's going on?

17       Sharon had said that that coach wanted

18       me fired because of that.

19                 And then Sharon had told me

20       that she had like called around and

21       asked some people who were there, and

22       that was confirmed, because I know she

23       called ████ and asked ████ about it.
```

Page 188

```
 1                    And then Sharon had originally

 2       asked -- I think the original meeting

 3       that I agreed to was between me, Sharon,

 4       I think Keava, whatever coach ███████

 5       told, and then ███████.

 6                    I can't remember specifics on

 7       how it happened, but then -- like I

 8       don't remember if I said I'm

 9       uncomfortable with that or if they were

10       like, yeah, that's probably not

11       appropriate.  I can't remember.

12                    But then the meeting that next

13       week was between me, Sharon, and Keava.

14  Q.  Okay.  You said Sharon asked ███████

15       about it.  What is it that Sharon said

16       -- what did ███████ say to you about

17       that?

18  A.  That Sharon called, you know, trying to

19       gather details of what had happened,

20       kind of doing her own investigation.

21                    And ███████ told me that she

22       told Sharon that ███████was acting crazy.

23  Q.  Do you know if she gave Sha -- Did you
```

Page 191

```
 1   A. I don't recall specifics, but I know I

 2      told her what had happened.

 3   Q. Do you know what you told her happened

 4      specifically?

 5   A. I would say exactly what I had shared

 6      happened that night.

 7   Q. You told her all of the details that you

 8      gave me, you're saying?

 9   A. Pretty much.

10   Q. Okay.  I hear you saying pretty much.

11      If you don't recall specifically -- and

12      that's fine if you don't.  I just need

13      to figure out, if you don't recall,

14      that's fine.  But if you do recall

15      specifics, I need to know those.  I just

16      need to pin down what you know you told

17      them and what you didn't tell them.

18   A. Yeah.  I don't recall specifics.  I just

19      know I answered her question on what

20      happened.

21   Q. Okay.  And do you know how you answered

22      her question on what happened?

23   A. I do not recall.
```

Page 192

1    Q. Do you recall what she said to you?

2                Anything else she said to you

3       in that discussion?

4    A. I don't recall except that we were going

5       to have a meeting.

6    Q. Did he throw a drink at you also or not?

7    A. I don't recall.

8    Q. How soon after did you have the

9       discussion?

10   A. That next week.

11   Q. What do you recall about that?

12   A. That they again asked me what had

13      happened.  I again shared it.  They had

14      asked if I wanted to go to the police

15      and offered that they would help me but

16      said it in a way of like -- I'm pretty

17      sure this was actually like specifically

18      said, like if you feel like this is

19      enough -- big enough to ruin his life,

20      we will help you file a police report.

21                And then said that they were

22      there to support me and gave me the

23      option to decide his punishment and

Page 193

```
1        said, whatever I see fit.  You know,

2        they want to make sure I'm happy with

3        his punishment.

4                  Again, at the time, I felt

5        like I was still in love with him and

6        was protecting him, so all I said was

7        that I wanted him to get help, I wanted

8        him to go to therapy.

9                  They -- I do remember that

10       they never asked if this was the only

11       time.  They never mentioned Title IX or

12       compliance.  They never asked for --

13       kind of like if I needed any other

14       resources.

15                  And then my like closing line

16       or something I said towards the end of

17       it was that I was scared of him, and

18       they kind of like scoffed and laughed it

19       off and was just kind of like, really?

20  Q. Are you saying they both laughed?

21  A. From what I remember, they both laughed.

22  Q. Okay.  Did you ask them what they were

23       laughing about?
```

Page 200

```
1        out of it was you wanted to see him get

2        help.

3              What -- Did you think they had

4        a -- the authority to mandate him to

5        therapy?

6   A. Yes.

7   Q. How so?

8   A. Because I do know it a is policy that,

9        based on certain behaviors, coaches in

10       athletic departments can mandate for

11       their student athletes to see

12       counseling.

13  Q. When was the last time you had seen him

14       prior to his -- before he was arrested?

15  A. The semester before.

16  Q. And was that just another time that --

17       that the two of y'all had sex together,

18       or was the -- was there anything else to

19       that?

20  A. I believe that it was just the time we

21       had sex together.

22  Q. Do you know in what month that was?

23  A. I just remember it was hot because I had
```

ABBY OWENS V. LOUISIANA STATE UNIVERSITY
RICHARDSON, CALISE on 09/22/2022

Page 204

```
 1   Q. And who was it that you were seeing that

 2      helped you reach this recognition?

 3   A. I don't remember her name.

 4   Q. Okay.  And when you said that at that

 5      point in time you -- you recognized what

 6      they were trying to do, what are you

 7      referring to?

 8   A. From my perspective, it felt very

 9      manipulative, and saying these things

10      that in the moment, it made it seem like

11      they were helping, but they weren't.

12      They did nothing to help me in that

13      moment.

14   Q. What did you want them to do?

15   A. Hold ███████ accountable.  I think, in my

16      time in therapy, that meeting was a

17      really big moment for me, because I felt

18      extremely invalidated and gas lit as a

19      victim.  And I think I just wanted

20      someone to give a damn and say that how

21      I was treated was wrong and bad and to

22      hold them accountable.

23   Q. Did you want to hold Sharon Lewis
```

Page 205

```
 1        accountable for how that meeting went

 2        once you reached this acknowledgement?

 3   A. Yes.

 4   Q. Is that part of why you went to Title IX

 5        ultimately?

 6   A. Yes.

 7   Q. When I say went to Title IX, I mean to

 8        the Title IX office, just to make sure

 9        you understood my question.  Did you?

10   A. Yes.

11   Q. In what way did you feel like they were

12        -- you were gas lit?

13   A. The laughing when I said I was scared of

14        him, just the way they reacted, the --

15        if you feel like this is big enough to

16        ruin his life, we'll help you file a

17        police report, that's very manipulative.

18        Saying -- You know, giving the victim --

19        especially that recent of a victim --

20        the opportunity to decide another

21        student's punishment is extremely

22        inappropriate and manipulative.

23   Q. Have you reviewed the information that
```

Page 208

1  A. Have sex.

2  Q. So how did you find out he was arrested

3     instead?

4  A. I saw the article -- the police report

5     article where it dropped and became

6     public, and he texted me when he got out

7     the next day.

8  Q. What did he say to you?

9  A. Something along the lines of like, hey,

10    LOL.  And I was like, aren't you

11    supposed to be in jail?  And then he's

12    like, just got out.  Want to hang out?

13 Q. What'd you say to him?

14 A. No.

15 Q. What did you understand he was charged

16    with?

17 A. Very similar things that he did to me,

18    but he did it to Jade this time.

19 Q. And did you have any more contact with

20    him after that text message where you

21    said no?

22 A. Yeah.  He continued to contact me.

23 Q. For how long?

Page 209

```
 1   A. I think the last time he had tried

 2      contacting me was beginning of 2020,

 3      maybe end of 2019.  It was while I was

 4      in my master's program.

 5   Q. Did y'all keep up any friendship or any

 6      type of relationship after you turned

 7      him down the day after he -- the day he

 8      was let out of jail?

 9   A. No.  Our relationship ended up just

10      looking like him reaching out.

11   Q. Did you ever have sex with him again

12      after he was arrested?

13   A. No.

14   Q. Did he ever meet your mom?

15   A. No.

16   Q. Did your mom know about him from you?

17   A. Yes.

18   Q. Did you tell your mom before he was

19      arrested that he had been abusive to

20      you?

21   A. I didn't give her the full story, no.

22   Q. Did you know she reached out to Verge

23      Ausberry?
```

Page 211

```
 1   A. I don't know, but I do remember that it

 2      did take quite a while for him to be

 3      officially expelled after he was

 4      arrested.

 5   Q. Do you know whether he withdrew from

 6      school after his arrest?

 7   A. I have no idea.

 8   Q. Did you see him on campus after he was

 9      arrested?

10   A. I don't remember.

11   Q. Did you see him in person after his

12      arrest?

13   A. I had like ran into him at bars, and I

14      would always leave.  So like, no, I

15      never interacted with him or purposely

16      went to see him then.

17   Q. Do you know whether you saw him in bars

18      after he was arrested?

19   A. Yes.

20   Q. And y'all didn't have any interactions

21      with each other?

22   A. None that I reciprocated.

23   Q. Do you know whether he pled guilty to
```

Page 212

```
 1        any charges?

 2   A.  I have no idea.

 3   Q.  Do you whether he was banned from

 4        campus?

 5   A.  I have no idea.

 6   Q.  Did you understand that he was arrested

 7        a second time?

 8   A.  That does sound familiar, but I don't

 9        know.

10   Q.  Did you speak with Jade Lewis after he

11        was arrested and while you were still at

12        LSU about ██████████████?

13   A.  No.

14   Q.  What preceded you going to the -- going

15        to student affairs or Title IX to report

16        his conduct?

17   A.  Because I was not doing too hot.  I was

18        suicidal.  I was walking around with the

19        guilt that, because I didn't fight

20        harder when it was happening to me and

21        because I didn't report it then or I

22        just left it with Sharon and trusted

23        that maybe they would do what's right, I
```

Page 213

1        felt like part of it was my fault that

2        Jade got abused.

3              And so I was trying to do

4        something I had in my control, so I

5        filed a Title IX report.

6    Q. Did Verge Ausberry come to speak with

7        you before you filed that report?

8    A. Yes.

9    Q. Is that how it started?

10   A. That's not how it started.

11   Q. Okay.  How did it start?

12   A. It started because I had confided in my

13       boss, Brenton Sumler, and he was the

14       first person to ever kind of give me the

15       resources, and then him and I walked

16       over to the Title IX office together and

17       reported it.

18   Q. Okay.  And when was this?  Do you know?

19   A. The fall of 2018.

20   Q. Okay.  I have some documents I can show

21       you in a few minutes that might help --

22       help with dates, so I won't ask you any

23       more about -- about dates right now.

Page 214

```
 1    A. Okay.

 2    Q. Okay.  What is it that you went and told

 3       -- What did you tell Brenton when you

 4       went to talk to him?

 5    A. That -- I think it started -- I think I

 6       had like brought up ▮▮▮▮▮ getting

 7       arrested and said I knew it was true and

 8       said, I know it's true because he did it

 9       to me, and I have no doubt that he did

10       this, too.

11            And then, you know, he had

12       asked what had happened.  And so I had

13       told him about the incident at JL's and

14       the meeting I had with Sharon and Keava

15       and how they reacted and how nothing

16       changed, or, to my knowledge, nothing

17       happened.

18            And so then that's when he was

19       like, do you want to file a police

20       report?  Do you want to do Title IX?

21       These are what these things are.  This

22       is what we can do.  What do you want to

23       do?  And then offered to walk with me.
```

Page 215

1    Q. And you said yes?

2    A. I did.

3    Q. And what is his position?

4    A. He was the director of the Shaquille

5       O'Neal Life Skills Program.  Now he

6       works for University of Oklahoma, and I

7       think he's like the head of like all

8       things wellness in athletics.  I'm not

9       sure.

10   Q. Did you have any issues with him --

11   A. No.

12   Q. -- and was he the --

13   A. No.  Mr. Brenton -- Brenton is a great

14      man.

15   Q. And so did you go to LSU Cares Office?

16      Is that where you -- where y'all walked?

17   A. I don't know specifically.  It was just

18      in the union at LSU, and I sat down and

19      told someone what had happened.

20   Q. Do you know who the person was that you

21      told this to?

22   A. It was a woman.  That's all I know.

23   Q. Did you ever speak to her again, that

Page 217

1    Q. And did you give him a statement of what

2       had occurred?

3    A. Yes.

4    Q. Was that -- That's verbally, not in

5       writing; right?

6    A. Verbally, yes.

7    Q. Before you went to Brenton Sumler, had

8       you talked to Verge Ausberry about being

9       upset after ███████████' arrest?

10   A. Yes.

11   Q. Do you recall what happened in that

12      conversation?

13   A. Yes.

14   Q. Can you tell me about it, please?

15   A. I was working the front desk at TAF, and

16      he had come down and asked to talk to

17      me.

18              So we sat outside, and he

19      brought up ██████ getting arrested and

20      asked what I thought.

21              And I had said again, you

22      know, yeah, no, I -- a hundred percent

23      believe he's capable of doing what the

Page 218

```
 1        police report says.  And he had asked

 2        why.  And I said, because he's also

 3        abusive to me.  Yeah.

 4    Q. Did he indicate whether he knew you had

 5        previously gone out with ███████?

 6    A. Yes.

 7    Q. What did he say?

 8    A. He said that he hadn't known that I was

 9        involved with █████ until after █████'s

10        arrest, I guess, and the compliance

11        office people were kind of talking about

12        the situation with █████, and he said my

13        name had come up.  And I do -- from what

14        he shared, Miriam was in that

15        conversation, and so that's when he was

16        asking -- that's why he asked about me,

17        and that's when he said I should report

18        it to Miriam.

19    Q. You're saying you recall him -- him

20        saying that Miriam knew you were dating

21        █████ before either you or Verge talked

22        to her in connection with the

23        conversation you just described?
```

Page 219

```
 1   A. Yes, because me and Miriam have never

 2      talked, so she knew prior to that.

 3   Q. According to what you say Verge said?

 4              MS. TRUSZKOWSKI:  Can you

 5      repeat that, Susie?  I'm sorry.

 6              MS. FURR:  Sure.

 7   Q. Is your only basis for saying that

 8      Miriam knew of -- of anything between

 9      you and ██████ was the fact that you

10      think that's what Verge said in this

11      conversation with you?

12   A. Yes.  And that Miriam called me.

13   Q. Okay.  You said he said that you should

14      report this to Miriam, but it sounds

15      like you're telling me that he also said

16      somehow Miriam already knew about

17      something?

18   A. There's some work gossip.  I don't know

19      if it was in an official meeting or if

20      it was like breakroom talk or something,

21      but he had said that my name had come up

22      in the compliance office while all these

23      people were talking about the situation
```

Page 220

```
 1       with ███.

 2   Q. So you don't -- he didn't tell you what

 3       the context of that -- of your name

 4       coming up was?

 5   A. Just that I had been in a re -- like

 6       something with me and ███.

 7   Q. Okay.  And so is there anything else

 8       that he said other than you should talk

 9       to Miriam?

10   A. I don't think so.  I think he had also

11       asked me about JL's.  I don't know how

12       he knew about that, but that sounds

13       familiar.  So I don't know if that was

14       in the conversation in compliance or

15       where that was.

16   Q. So you're saying that you didn't tell

17       him about JL's, he already knew about

18       JL's at the time of this conversation?

19   A. I believe so, but I'm going to go with I

20       do not recall since I don't know a

21       hundred percent for sure.

22   Q. In that conversation, did you tell Verge

23       that you were ███'s number seven and
```

Page 221

```
 1        sometimes moved up to his number three

 2        or four?

 3    A.  What?  No.  I don't even know what that

 4        means.

 5    Q.  Did you tell Verge anything to the

 6        extent of like you're not -- you weren't

 7        -- you still sometimes saw ████ but

 8        that you knew you were down the list of

 9        -- of the women that he slept with?

10    A.  First of all, I would never refer to

11        myself as a number like that on a list.

12        So no.

13    Q.  Did you tell him that you were upset

14        with Sharon Lewis?

15    A.  Yes.

16    Q.  What did you tell him?

17    A.  That Sharon knew and did nothing.

18    Q.  Did you tell him anything more about

19        that?

20    A.  That I had a meeting with Sharon where

21        she had known about the night at JL's,

22        and I guess it wasn't in the compliance

23        office, so she didn't do anything with
```

Page 222

```
 1      it.

 2   Q. Do you recall whether you mentioned

 3      Keava to him or just Sharon?

 4   A. I don't recall, but I assume I would

 5      have grouped them together.

 6   Q. Did you tell him that you thought Sharon

 7      had taken ██████'s side?

 8   A. I don't recall if I specifically said

 9      that.  I --

10   Q. Did you --

11   A. -- don't think --

12   Q. -- think that?

13   A. I don't -- I've never thought it has

14      been ██████ versus me.  I thought it's

15      been me versus the institution.  So I

16      think Sharon took the institution and

17      LSU football side, yes.

18   Q. Do you think Sharon believed the story

19      you told Sharon when you went in there,

20      or do you think she believed ██████'s

21      account to his coach, or do you know one

22      way or another?

23                  MS. TRUSZKOWSKI:  Objection.
```

Page 223

```
 1      Calls for speculation.  You can go ahead

 2      and answer, if you -- if you know.

 3   A. And I don't mean this at you, but I

 4      don't really care if she believed me or

 5      not, and I don't know.

 6   Q. Okay.  So I don't know is your answer?

 7   A. Yes.

 8   Q. Did you call Verge when you heard that

 9      Sharon had been promoted?

10   A. I don't think so, and I don't recall.

11   Q. Did you hear that Sharon had been

12      promoted at some point?

13   A. Yes, I did.

14   Q. Did you have a problem with the fact

15      that she had been promoted?

16   A. Yes.

17   Q. Why is that?

18   A. Because I think protectors of abusers

19      don't deserve to be promoted.

20   Q. Okay.  I'm going to go through some

21      exhibits with you, and Molly's going to

22      put them up on the screen for anybody

23      who doesn't have these.
```

Page 238

```
 1        different kind of mental health tips and

 2        positive things we could bring in our

 3        life and different quotes and just

 4        happiness and joy.

 5   Q. And so you asked Ms. Barrios to speak to

 6        your sorority on sexual assault

 7        prevention and resources?

 8   A. Yes.

 9   Q. And did she do so?

10   A. I believe so.  I don't recall

11        specifically, but --

12   Q. How did you find her?

13   A. I don't recall specifically.  I'm sure I

14        probably just looked up whoever does

15        this at LSU.

16   Q. And do you recall what she covered?

17   A. I don't.

18   Q. Do you recall whether she discussed the

19        Lighthouse Program and -- and resources

20        that were available on campus?

21   A. I don't recall what she covered.  I just

22        know the topic was sexual assault and

23        prevention.
```

Page 239

1    Q. Did you learn anything from the talk?

2    A. I mean, I'm sure I did.

3    Q. Did she present a PowerPoint?

4    A. I don't recall.

5              MS. TRUSZKOWSKI:  Susie, can I

6         just clarify -- maybe I misunderstood.

7         You asked if she -- if Calise knew that

8         she had come and made the presentation,

9         and I did not hear her response.

10             THE WITNESS:  I said, I don't

11        recall.

12             MS. TRUSZKOWSKI:  Okay.

13             MS. FURR:  I thought you said

14        you believed she did.  She -- okay.

15        BY MS. FURR:

16   Q. So she's confirming that she's coming.

17        Do you think something happened that

18        caused her not to come and make the

19        presentation?

20   A. I have no reason to believe that she did

21        not follow through with this.  I don't

22        remember anything happening that fell

23        through.

Page 240

```
 1   Q. And you don't remember anything that she

 2      covered in this presentation?

 3   A. Nope.

 4   Q. And this would have been in April of

 5      2018; correct?

 6   A. Yes.

 7   Q. Had you studied Title IX as part of your

 8      coursework?

 9   A. Like in my classes?

10   Q. Yes.

11   A. I mean, I've -- I had heard the term.  I

12      -- I knew what it was, but I never

13      directly like studied it.

14   Q. So none of your classes gave any

15      background on the purpose of Title IX or

16      -- or what all it covered or anything

17      like that?

18   A. I don't remember a specific lecture that

19      did that.

20   Q. I'll show you my --

21              MS. FURR:  I'll ask the court

22      reporter to show you Exhibit 11, please.

23   Q. Which is an email dated April 9th, 2018.
```

Page 241

```
 1        It was produced by Kennan Johnson.  I'm

 2        sorry, it's produced by Mr. -- Kennan

 3        Johnson's name is on the email.

 4                 Did you receive emails like

 5        this with similar content while you were

 6        at LSU?

 7   A. I have no idea.

 8   Q. Did you ever complete a survey regarding

 9        sexual violence on campus?

10   A. What date is that?  I have no idea.

11   Q. Okay.  Same with Exhibit 12, if you'd

12        look at that.  This one does have your

13        name on it.  Did you receive this email?

14   A. I would assume so, but I don't remember.

15                 MS. TRUSZKOWSKI:  Objection.

16        You keep referring to an email -- emails

17        like this one, and -- with similar

18        content, and I'm not clear on what

19        that's even referring to.

20                 MS. FURR:  Gotcha.

21   Q. Okay.  I'm going to show you Exhibit 13.

22                 THE WITNESS:  Thank you.

23   Q. I'll ask you to look at Exhibit 13.  Do
```

Page 252

1                    THE WITNESS:  Thank you.

2   Q. My question to you is whether this

3      reflects an email thread between -- in

4      which you were a party?

5   A. Yes, this does seem correct.

6   Q. Okay.  And this -- it's starting from

7      the back since that's chronologically

8      the first email.

9                    This would indicate that you

10     spoke with Tracy Blanchard in student

11     advocacy and accountability on September

12     28th; is that correct?

13  A. I have no reason to believe that's not.

14  Q. And is -- do you -- does it seem logical

15     that that's the person that you talked

16     to when you walked over with Mr. Sumler?

17  A. Yes.

18  Q. And do you recall how much detail you

19     went into at that time with her?

20  A. I cannot recall.

21  Q. Did you have any concerns with how that

22     meeting went?

23  A. Not that I recall.

Page 269

 1      another?

 2   A. I do not recall.

 3   Q. Okay.  And are you certain he did not

 4      give you Miriam's number, or do you not

 5      recall?

 6   A. I do not recall.

 7   Q. Did you call Miriam after this

 8      discussion with him?

 9   A. I returned her call after she had called

10      me.

11   Q. Do you recall how long it was after the

12      conversation with Verge that she called

13      you?

14   A. It was pretty close, like within the

15      next week.

16   Q. Like within the next week?  Is that what

17      you said?

18   A. Yeah.

19   Q. And did you get her voicemail?

20   A. Yeah.

21   Q. And do you know that you left her a

22      message or not?

23   A. I did, yes.

Page 270

1   Q. Do you know whether -- Do you have any

2      reason to know whether Miriam received

3      that voicemail or not?

4   A. I would have no reason to doubt it, and

5      she also never followed up again.

6   Q. Did you ever follow up with her?

7   A. No, because I went to Title IX instead.

8   Q. And you went to Title IX like within two

9      days of talking to Verge; correct?

10  A. It was pretty close.  I'm not sure.  I

11     don't recall how many days.

12  Q. Okay.  I'll ask you to look at Exhibit

13     Number 23, a very brief document, you'll

14     be happy to know.

15  A. Thank you.

16  Q. Did you receive this from Jeffrey Scott?

17  A. Yes.

18  Q. And did y'all have a discussion in

19     person or by phone or what to discuss

20     results?

21  A. I believe in person.  Or I know I had an

22     in-person meeting with him.  I don't

23     recall if we also had something over the

Page 273

```
1   Q. What was your reaction to him in that

2      meeting, or your reaction to -- to the

3      results of the investigation?

4   A. I remember leaving extremely upset, sad,

5      hurt, angry.  And I felt like I had put

6      myself through that very draining and

7      traumatic Title IX investigation and

8      brought all this back up again for

9      nothing to happen.  So I felt very

10     defeated.

11  Q. At this point in time, were you told

12     what was going to her, or to anybody?

13  A. Say that, again.

14  Q. At this point in time, did you know what

15     was going to happen to them, to anyone?

16  A. I remember something about like she got

17     a HR -- one of those HR like online

18     trainings.  When I had gotten upset

19     about that, Jeffery had said that it's

20     HR's job to decide the punishment, that

21     he just does the investigation and then

22     hands it over.

23  Q. So at this point in time, did he tell
```

Page 297

```
 1        mentioned her before, have we?

 2   A. No.

 3   Q. Okay.  Did she -- Did she witness

 4        anything firsthand, or does she just

 5        know what you've told her?

 6   A. Just know what I've told her.

 7   Q. Okay.  What about ████████████

 8        (phonetic), did she witness anything

 9        firsthand, or does she just know you've

10        told her?

11   A. What I've told her.

12   Q. Okay.  What about █████ (phonetic)

13        ████████, █████████████?

14   A. What I've told her.  Just what I've told

15        her.

16   Q. Okay.  What about ████████████ (phonetic),

17        does she know any -- did she witness

18        anything, or does she just know what

19        you've told her?

20   A. █████ knows what I've told her and has

21        witnessed █████ and █████████ having

22        aggressive behavior towards other

23        people.
```

Page 302

```
 1   A. He knows what I've told him, and he was

 2      with ███████ and I when I had mentioned

 3      like in the group of three of us -- I

 4      had mentioned that I was like scared of

 5      ███████ the night before on some, you

 6      know, random night in our relationship,

 7      and ███████ had responded like, oh, yeah.

 8      Well, you all know how I get when I get

 9      mad.  So ███████ had like witnessed the

10      conversation of ███████ and I talking

11      about that.

12   Q. Okay.  Anything else that you know that

13      he knows that he witnessed?

14   A. I don't recall if he was there or not

15      when ███████ had like pinned me against

16      the wall and choked me.

17   Q. When ███████ pinned you against the

18      wall?

19   A. Yes.

20   Q. When was that?

21   A. It was before he attempted to rape me.

22   Q. Okay.  Is there anything else that

23      ███████ did that was physical towards
```

Page 303

1          you that -- besides that and attempted

2          rape?

3     A. No.

4     Q. Did you say ████████ was there when

5          ████████ pinned you against the wall or

6          was not?  Or you don't know if he was?

7     A. I do not recall if he was there or not.

8     Q. Did ████████ do anything sexual to you

9          when he pinned you against the wall?

10    A. No.

11    Q. Did he -- Did he express that he was

12         angry when he did that, or was that --

13         did he express why that happened?

14    A. Yes.  It was because, ironically, I was

15         crying over ██████, and so he pinned me

16         against the wall and choked me and

17         yelled at me to stop talking about ██████

18         and to get over it.  Stop wasting time

19         on ██████.

20    Q. Did you report that to anybody?

21    A. Just Husch Blackwell, the things after

22         that, no, I did not report it to anyone

23         at LSU or anything.

Page 305

```
 1      did ███████████ witness anything?

 2   A. Just what I've told her.

 3   Q. What about ███████████ (phonetic)?

 4   A. Just what I've told him.

 5   Q. Is that the same for ███████████

 6      (phonetic)?

 7   A. Yes.

 8   Q. What about -- I don't know how to say

 9      this -- ███████████ (phonetic)?  Sorry

10      if I'm --

11   A. Oh, ███████████.  Just what I told

12      her.

13   Q. And ███████████ (phonetic)?

14   A. Just what I told her.

15   Q. Do you consider that you have lost wages

16      as a result of your claims in this

17      lawsuit?

18   A. Yes.

19   Q. What -- How have you lost wages?

20   A. One, that it took me a little bit longer

21      to graduate, just sitting in all the

22      classes, which prevented me from getting

23      a better paying job that six months --
```

Page 309

1          you not been through what you went

2          through at LSU?

3     A. I feel like that speculation.  I don't

4          know.

5     Q. And so are you saying that -- what --

6          what expenses associated with your dogs

7          are you suggesting LSU should be

8          responsible for?  All expenses?

9     A. Adoption fees, travel fees, vet fees,

10         apartment rental fees.

11    Q. Is there a scholarship that you lost

12         because of LSU?

13    A. Say that, again.

14    Q. Is there a scholarship that you lost

15         because of what happened to you at LSU?

16    A. Because I, for my own wellbeing,

17         couldn't stay and attend their master's

18         program, yes.

19    Q. And that's a verbal offer of a

20         scholarship you're referring to?

21    A. And also I was kept -- for whatever

22         reason kept on the LSU's program like

23         email list.  So even as the semester

Page 310

```
 1      started, there was an email from the

 2      department that literally was like, hey,

 3      who doesn't have an assistantship, we

 4      actually across the university have

 5      unfilled in -- like assistantships.

 6               So there was numerous

 7      opportunities, if it was not through

 8      athletics, I could have worked somewhere

 9      to get full tuition and a stipend, so

10      yes.

11   Q. And there's a claim in here for moving

12      and housing expenses.  What moving and

13      housing expenses are you claiming?

14   A. Yeah.  One, having to move to Denver and

15      moving out of the state when I had the

16      opportunity to stay but no longer felt

17      safe there.

18               Again, because I've done more

19      grad school because of this, moving for

20      different grad school programs, moving

21      at LSU, the expense that it took to move

22      from that apartment where █████ and

23      ████████ was and where I had been abused
```

Page 311

```
 1       to a different apartment.

 2                   And then, currently, I

 3       actually now, because of all of the

 4       things that have been brought up from

 5       everything that happened at -- at LSU

 6       with all the lawsuit and this being

 7       public, I have to live alone.  I don't

 8       feel safe with roommates or anyone else

 9       in my face, so I have to pay higher rent

10       and moving costs to live alone as a grad

11       student.

12  Q. You don't even feel safe with living

13       with women?

14  A. Odd question.  No.  No, I don't -- I

15       don't feel safe with anyone who's not

16       myself in my home space.  No.  Because I

17       don't know who they're going to bring

18       over, and I can't control that.

19  Q. You have a claim for loss of consortium

20       in here.  Do you know what loss of

21       consortium means?

22  A. Loss of what?

23  Q. Consortium.
```

Page 312

```
 1   A. I don't know what that means.

 2   Q. It says loss of enjoyment of life and

 3      loss of consortium.  Are there ways --

 4   A. Oh, yeah.

 5   Q. -- in which your life is no longer

 6      enjoyable?

 7   A. Yeah.  Absolutely.

 8   Q. How so?

 9   A. If I say every single area, is that not

10      enough?

11   Q. Are there things that --

12   A. I don't know what you --

13   Q. -- you used to do --

14   A. -- want me to tell you.

15   Q. -- that you can't do now?

16   A. Yeah.  I've worked through some of it in

17      therapy, but trying new tasks are

18      extremely complicated and hard for me.

19      There's a lot of anxiety, and that's

20      tied to the trauma and the trauma

21      response of not letting myself fail or

22      not letting myself be bad at something.

23      So I prevent myself from doing anything
```

Page 313

 1    that's new.

 2            I also -- when I look at the

 3    world and I think about different fun

 4    things I can go do with my friends, all

 5    I think about is like the tragedies that

 6    could happen.  For example, a friend

 7    wanted to go on a bike ride, and all I

 8    envisioned was me falling and having one

 9    of the bike poles go through my leg and

10    me bleeding out on the side of the road,

11    so I did not go on a bike ride.

12            There's that.  My dating life

13    has also been extremely, extremely

14    complicated and hard.  My relationship

15    with sex has been extremely complicated

16    and hard.  My sex drive has been

17    desperately like impacted by this where

18    there's times where physical touch

19    actually triggers me and I get very

20    angry at whoever's doing it.

21            Certain job opportunities, I

22    have -- I would have really liked I

23    turned down maybe because I would have

Page 315

1    really complicated because of this.

2             Oh, I like can't watch

3    football.  I don't watch like sports

4    anymore, and that's something that has

5    always been a huge part of my life and

6    something I've loved.

7             I actually now, even with my

8    sexuality, I refuse and cannot date

9    people who are men.  I don't feel safe

10   with them, and I think even if I'm

11   interested, all my mind does is goes and

12   replays all the bad things they can do

13   to me.

14            That also happens with women,

15   but with women, I'm able to kind of work

16   through that.

17            I for really long periods of

18   time lost my enjoyment in my career and

19   school.

20            Overall, just lost the

21   enjoyment in life and didn't really see

22   the point of being here.  Didn't want to

23   be alive for a good part of the time

Page 318

```
 1   A. There was a period of time where I was

 2      estranged from my mom and my older

 3      brother.

 4   Q. Why is that?

 5   A. Those are probably at that point the two

 6      people I was closest with, so I think

 7      those are the two people I pushed the

 8      furthest away, to the point of would not

 9      talk to them, would not see them.

10   Q. What period of time were you estranged

11      from them?

12   A. I would say like -- maybe like all -- a

13      year in my master's program.

14   Q. And are -- are you back in relationships

15      with all of them --

16   A. Yes.

17   Q. -- all your family members?

18   A. Yes.

19   Q. You said you turned down job

20      opportunities.  What job opportunities

21      did you turn down?

22   A. I had the opportunity to work directly

23      under a male professor in my field who
```

Page 319

1    is like top of the top.  And I didn't

2    feel comfortable working under him.

3              The same thing, one of the

4    reasons why I turned down Old Dominion

5    was because they had way more male

6    faculty.

7              I had to quit the job -- one

8    of the jobs at my master's university

9    because -- mainly like the bosses

10   triggered me, but I could no longer work

11   with the male boss at all.

12             That's all I can think of

13   right now.

14

15

16

17

18

19

20

21

22

23

ABBY OWENS V. LOUISIANA STATE UNIVERSITY
RICHARDSON, CALISE on 09/22/2022

Page 320



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 339

```
 1   A. To my knowledge, it should be complete,

 2      but let me hear it.

 3   Q. Okay.  The first person on this list is

 4      ██████████████ (phonetic), who you say is

 5      ten years older than you and that you

 6      don't know how he got your phone number,

 7      but he would text you to hang out, go on

 8      dates, and get to know you for about two

 9      to three years.  Is that accurate?

10   A. Yes.

11   Q. Was he an LSU employee or an athlete?

12   A. His dad was a coach.

13   Q. Do you know whether his dad knew he was

14      texting you?

15   A. I have no idea.

16   Q. And then you ended up going out with him

17      a few times, it says here?

18   A. Yes.

19   Q. And did he do anything inappropriate

20      when you went out with him?

21   A. No.

22   Q. ████████████, it says that he made

23      solicitations to you.  It says here
```

Page 343

```
 1   A. No.

 2   Q. Sitting here today, do you know how he

 3      got your number?

 4   A. That's still what I know.

 5   Q. ███████████, is that who we talked

 6      about earlier?

 7   A. Yes.

 8   Q. And so he contacted you -- are you

 9      saying -- is your complaint here that he

10      got -- somebody gave him your phone

11      number for him to contact you that

12      night?

13   A. Yeah.  I did not give him my phone

14      number and asked him who he gave it to.

15      And he had said it was some -- one

16      football player that like I had also

17      never given my phone number to and like

18      had not had interactions or friendships

19      or anything where he would have had my

20      phone number.

21   Q. And do you have any idea who actually

22      gave him your phone number?

23   A. I have no idea.
```

Page 346

```
1       the time?

2   A.  No.

3   Q.  So it's he -- he con -- he contacted you

4       by Instagram and requested to hang out?

5   A.  That's what I recall, yes.

6   Q.  Was there something wrong with that?

7   A.  Once again, someone else I haven't given

8       consent to to -- or any type of

9       initiation that I'm interested, either.

10  Q.  And are you -- are you suggesting that

11      LSU bears some responsibility for this

12      person reaching out to you?

13  A.  I absolutely think there's a culture at

14      LSU, and it's something I've been told

15      by current -- or like football players

16      -- current football players at the time.

17      It's something I've been told by

18      recruits when they were recruits, things

19      that the general public has a stigma on.

20      The recruitment girls or the ops girls,

21      it's that we are literally there to

22      serve the players.  We are nice little

23      appetizers for them.  And so, yeah, I do
```

Page 348

```
 1      in the recruiting office?

 2   A. No.

 3   Q. So you didn't engage in that?

 4   A. No.

 5   Q. Will Wright, was he gone from LSU at the

 6      time you had interaction with him?

 7   A. No.  He was a current strength and

 8      conditioning coach at LSU.

 9   Q. Okay.  It says here that he texted you

10      to see if you left your watch in the

11      weight room.

12               Had you left your watch in the

13      weight room?

14   A. So what had happened was he had randomly

15      texted me, didn't give him my number,

16      didn't know who he was, asked me if I

17      left a watch.  I said, oh, no, I don't

18      wear a watch.  It's not mine.

19               And then I was in the weight

20      room and had asked like another trainer,

21      hey, like, did anyone ever find that

22      watch?  They were like, oh, we -- there

23      wasn't like a lost watch that we know
```

Page 349

```
 1      of.

 2              And then he continued to text

 3      me and make passes at me, asked me when

 4      he can see me or when I'm coming in to

 5      work out because he wants to see me.

 6              And then he ended up silently

 7      getting fired for sexually harassing

 8      women athletes at LSU.  And now he works

 9      at Alabama with their woman's volleyball

10      team.

11  Q. Did you report him -- report his

12      conduct?

13  A. Nope.

14  Q. When was he fired?  Do you know?

15  A. I don't recall.  I don't know.

16  Q. It says here that he texted you.  Do you

17      know how he knew your number?

18  A. Again, I don't know.  I didn't give it

19      to him.

20  Q. Okay.  There are three more people on

21      the list.  I know we're getting close to

22      time.  Do you want to finish this

23      list --
```

Page 350

```
 1   A. Yes.

 2   Q. -- so we can finish this topic?  Okay.

 3                    ████████████, it says here

 4      former LSU player.  Was he a foot -- Was

 5      he a current player while you were

 6      there, or was he a former -- former

 7      player?

 8   A. When he had contacted me, I'm pretty

 9      sure he was a recruit.

10   Q. Okay.  And it says here that he

11      contacted you by direct messaging you on

12      Instagram; is that right?

13   A. Yes.

14   Q. And did there -- was your Instagram

15      public or private?

16   A. Private.

17   Q. Are you saying anything -- that LSU did

18      anything wrong in connection with him

19      messaging you?

20   A. Again, I think there's the culture that

21      LSU recruitment girls are there for

22      them, so yeah.

23   Q. And it says here that what he asked you
```

Page 351

```
 1       was, is this the girl -- you were in a

 2       -- you had a broken foot it says at the

 3       time, and he asked, is this the girl

 4       with the boot -- from the boot; is that

 5       right?

 6   A.  Yes.  That was his little line.

 7   Q.  Is there anything else he did or said or

 8       anything that he did that you felt was

 9       inappropriate?

10   A.  Nope.  I, again, said that because it

11       shows the line of culture, that football

12       players and recruits feel like they just

13       can have access to us.

14   Q.  Okay.  _____, was he -- was he a

15       current football player when you were

16       there?

17   A.  Yes, he was current.

18   Q.  I can't remember -- I feel like we've

19       mentioned him before, but I can't

20       remember in what context.

21           Did you have a sexual

22       relationship with him?

23   A.  No.
```

Page 352

```
 1   Q. Okay.  It says here that in or around

 2      fall of 2015, he asked you if you wanted

 3      to go to hot yoga with him and to hang

 4      out?

 5   A. Yes.

 6   Q. Is there anything else that happened

 7      between you and ███████████?

 8   A. No.

 9   Q. And you don't know -- do you have any

10      idea how he got your phone number?

11   A. No.

12   Q. And, lastly, it says ███████████.  In

13      spring 2019, he told you he could get

14      you a job.  What job did he tell you he

15      could get you?

16   A. Didn't we talk about him?

17   Q. If we did, I don't know it.

18   A. You said earlier, the former LSU

19      baseball player, what was that name?

20   Q. I have no idea.  I just -- I don't

21      remember using his name before.  Perhaps

22      I did.  He may be the same person I

23      referred to as a baseball player before,
```

Page 353

```
 1        I don't know.

 2   A. Okay.

 3   Q. Okay.  So was he a current baseball

 4      player at LSU?

 5   A. No.  He was the one who was the

 6      grown-ass man.

 7   Q. Okay.  Oh, sorry.  You're right.  It

 8      wasn't long ago I mentioned him.  It was

 9      just a few minutes ago.  Thank you,

10      you're right.

11              Okay.  Is there anybody else

12      from whom you received inappropriate

13      text messages, unwelcome text messages,

14      or direct messages on social media, as

15      you alleged in your complaint, other

16      than these -- this list that you

17      provided?

18   A. Nothing on social media, no.

19   Q. Anything in texts?

20   A. Not that I can recall.

21   Q. Any other texts?

22   A. Not that I can recall.

23   Q. Okay.
```