1              UNITED STATES DISTRICT COURT

2              MIDDLE DISTRICT OF LOUISIANA

3        ----------------------------

4        ABBY OWENS, et al.,          CIVIL ACTION NO. 21-242

5             Plaintiffs,

6        v.

7        LOUISIANA STATE UNIVERSITY,

         et al.,

8

              Defendants.

9        --------------------------------

10

11                    VOLUME 2

12       **CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

13                 DEPOSITION VIA ZOOM OF

14                 CALISE RICHARDSON

15          located at the Holiday Inn Express

16                 October 21, 2022

17                  10:20 a.m.

18             Greensboro, North Carolina

19

20

21

22

23

24

25       Reported by:  Audra M. Smith, RPR, FCRR

                                        Page 1

**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

1    Checneed [phonetic], and Sullivan.  Are there any

2    other healthcare providers that you've seen other

3    than those three for any ailments or conditions that

4    you attribute to your time at LSU?

5         A    I started seeing a new doctor that's an

6    endocrinologist.  So since that's new, I haven't

7    added her in yet.  Her name's Dr. Balan.

8         Q    Can you spell that for us?

9         A    I think it's B-A-L-A-N.  She's part --

10        Q    What have you seen Dr. Balan for?

11        A    I've been seeing her because -- with just

12   certain symptoms I've been having.  They've been

13   testing all of my hormone levels; my thyroid, my

14   insulin levels.  And we have found out that my

15   insulin and cortisol have been spiked for way too

16   long at a consistent level of spikes, and so I've

17   now developed type II diabetes from intense stress

18   for long periods of time.

19        Q    You're saying the doctor told you --

20        A    Prediabetes, prediabetes.

21        Q    Sorry, I'm not hearing you very clearly,

22   so now I'm trying to figure out --

23             MS. FURR:  Is anybody else having

24        difficulty understanding?

25             MR. ENGLISH:  This is Larry English.  I

Page 7

**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

```
 1    still not in the food?  Do you recall how soon after
 2    that you texted with him?
 3         A    I would also like to clarify, that when he
 4    contacted me in 2019-2020, I did not respond.  I did
 5    not respond to that last texts either.
 6         Q    Okay.  So this -- is it fair to say, then,
 7    that your text message, your last text message would
 8    have been the last one you sent to him?
 9         A    To my knowledge, yes.
10         Q    Did you block his number at any point in
11    time?
12         A    Yes.
13         Q    When did you block it?
14         A    It might have been after this.  I don't
15    know.
16         Q    Do you know how he got through to you
17    otherwise?
18         A    His different phone numbers.  ███ also
19    used to like to use a texts generating app where it
20    would produce different phone numbers.
21         Q    He told you that's what he did?
22         A    Yes, and I knew that that's what he did.
23         Q    And I believe you said this before, but
24    once the two of you broke up after the JL incident,
25    he didn't do anything physically to you after that,
```

Page 13

**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

```
 1    correct?
 2         A    After that I refused to see him, so, no.
 3         Q    You're saying after the incident at JL's
 4    you refused to see him?
 5         A    No, after he got arrested.
 6         Q    Okay.  My question was about after the
 7    incident at JL's, after that -- I think you said
 8    before -- and I just didn't get through all of the
 9    transcript.  But I think you said before, after that
10    incident, you-all would hook up from time to time,
11    but I think you said he didn't physically harm you
12    in any way after that; is that correct?
13         A    That is correct.
14         Q    Was there ever any issues with you and
15    Drake Davis in the weight room, the athletic
16    department's weight room?
17         A    Yes.
18         Q    What happened there?
19         A    I was working out.  I would schedule my
20    times of working out when they were all in practice
21    so they wouldn't be in the weight room, and I don't
22    know if it was during like a break or they finished
23    up early or whatever it was, but I was in the weight
24    room pretty much alone, no one else was -- there was
25    no teams or anything in there, and ███████ had, like,
```

Page 14

**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

1    come up to me and worked -- started to work out,

2    like, obnoxiously directly at the station next to

3    me, like, taking his shirt off, pulling up his

4    shorts, like, just being really obnoxious.  And so

5    I, like, ignored him and just moved stations, and he

6    kind of, like, followed me to the next station.  And

7    that's when one of the strength-and-conditioning

8    coaches came and, like, got him and told he had to

9    leave -- or told him something where ███ left.

10        Q    Do you know when this was?

11        A    I don't recall exactly.

12        Q    Do you know how recently before this

13   incident you and ███ had had sex?

14        A    This was -- it was after -- I'm pretty

15   sure it was fall of 20616.  This was after the JL's

16   incident where we were told -- like, we were in our

17   kind of like separation period.

18        Q    Okay.  Do you know how soon after it was

19   that the two of you started your relationship where

20   you weren't dating but just hooking up?

21        A    It wasn't until after I got back from

22   studying abroad.

23        Q    And so did he say anything to you during

24   this or he just took his shirt off and --

25             I couldn't hear what you said he did with

                                        Page 15

**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

```
 1        his shorts.

 2             A    I don't recall if he said anything.  All I

 3        remember is that it was like very clear that it was

 4        antagonizing me, or trying to bother me.  Like it

 5        was directed towards me.

 6             Q    Do you know whether he was trying to flirt

 7        with you or trying to be aggressive towards you or

 8        what his purpose was?

 9             A    I don't know.

10             Q    Is that the only time anything happened

11        between you and ████ or you when you were in the

12        weight room?

13             A    I don't recall, I guess.

14             Q    And did you continue working out in the

15        weight room after that?

16             A    Yeah.  I would assume.

17             Q    Did you have any classes with ████████████

18        or ████████████ after either of the two incidents,

19        either after the JL incident with ████████████ or the

20        incident that you referred to as attempted rape with

21        ████████████?

22             A    No.

23             Q    So were you able to schedule your classes

24        without concern for what they were doing?

25             A    No.
```

Page 16

1   then I would go through a shame cycle, and "I can't

2   do this.  I need to get out of this relationship,"

3   so I would avoid him.  Then every so often, he would

4   come back, I would break down.  We would have sex.

5   Then I would go through a shame cycle.

6          So, no, I don't call it hooking up, I

7   don't classify it as us being in a relationship or

8   having sex, just like I wouldn't classify rape as

9   sex.  I don't classify an abusive relationship as

10  hooking up.

11      Q    There was no physical coercion by him, is

12  that correct, to have sex with him?

13      A    Not at that time, no.

14      Q    Okay.  I'll show you what I'm marking as

15  Exhibit 33.

16          (Exhibit Number 33 was identified.)

17  BY MS. FURR:

18      Q    These are some text messages we just

19  received this week as well from your attorneys.

20          MS. FURR:  For anybody on the call this is

21      Richardson 11621 through 11624.

22  BY MS. FURR:

23      Q    Can you take a look at these and tell me

24  if these are text messages between you and ▮▮▮▮▮▮

25  Guice?

Court Reporters of Louisiana          225-201-9650
A Veritext Company              www.veritext.com

**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

1      A      Yes.

2      Q      Do you know the date of the first one?

3      A      No.

4      Q      So you know, are these the only text

5  messages between you and ███████████ or is this

6  just a small --

7      A      That's just a small.

8      Q      -- portion?

9      A      Yes.

10     Q      Do you know where the rest of your text

11 messages are with ████████████?

12     A      They would be in my iCloud.  I don't know.

13 I provided everything that I had.

14     Q      Okay.  Were there later texts after this,

15 do you know?

16     A      Well, I can't see the last text, so I

17 don't know.

18     Q      We're showing it to you now.

19     A      Okay.

20            No, that's not the last text.

21            MS. FURR:  So Karen, again, call for

22        production of all of this information, all of

23        the previous and subsequent texts.

24            MS. TRUSZKOWSKI:  Yes, Susie, I have noted

25        that.

Page 21

**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

```
 1    BY MS. FURR:
 2        Q    And those would be your texts in green or
 3    on the right, correct?
 4        A    Yes.
 5        Q    And you make a reference in here to the
 6    fact that you told ████ -- or you texted ████ --
 7    or he makes it first -- where he says "You went
 8    around telling people."
 9             And you say "No I told ████ and I told my
10    boss because you threatened my job."
11             What did ██████████ do to threaten your
12    job?
13        A    Said he was going to get me fired and that
14    he was going to expose me and tell everyone the
15    whore, liar that I am.
16        Q    Expose you for what?
17        A    You would have to ask him.  I don't know.
18        Q    He didn't tell you what he was talking
19    about?
20        A    No.
21        Q    Did you think he would get you fired?
22        A    Yeah.
23        Q    Why?
24        A    Because that's the culture of LSU
25    football.  I was already punished between what
```

                                           Page 22

```
 1   happened with ████ and I where I was taken off of

 2   different assignments because of what happened with

 3   him and I.

 4              ████████ had already had different rumor

 5   mill accusations about things he's done.  This is

 6   after what had happened with Samantha Brennan and

 7   nothing happened to him.  So, yeah, I had every

 8   reason to believe that he had that power to get me

 9   in trouble or get me fired or make my life hell.

10        Q    At this time, this event, what did you

11   know about Samantha Brennan?

12        A    I knew what happened.

13        Q    Pardon me?

14        A    I knew what happened, what she had told

15   me.

16        Q    You had a conversation where you followed

17   Samantha Brennan to the bathroom when she was

18   crying, that was before the night that you had with

19   ███████████; is that accurate?

20        A    Yes.

21        Q    "Yes"?

22        A    Yes.

23        Q    And did she report anything to you other

24   than he took a picture of her?

25        A    That she had sex with him and didn't
```

Page 23

**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

1    remember it.  She just knew because she had to ask

2    him the next day or afterwards if they had sex.  So

3    I knew they had unconsensual sex, yes.

4        Q    And you're saying at this time, your view

5    of that knowledge that it was unconsensual is if she

6    was drinking at this time?

7        A    Yes, if she didn't remember having sex,

8    that is not consensual.

9        Q    Do you recall what your text message to

10   ███████ said?

11       A    I don't think it was a text.  I'm pretty

12   sure it was a phone call, and I had told him ███████

13   tried to have sex.  I said no.  He didn't listen.

14   And I told him again, and then he got really angry

15   about it and started yelling at me.

16       Q    Do you have your text messages with ███████

17   still?

18       A    Like I said, I think it was a phone call,

19   but, yes, I do.

20       Q    Did you tell ███████ that ███████████ got

21   his feelings hurt because you told him no?

22       A    Yes.

23       Q    I'll show you what I'm marking as Exhibit

24   34.  It's Richardson 486 is the Bates number.

25            (Exhibit Number 34 was identified.)

**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

1    as opposed to try to have consensual sex with you?

2         A    Because once I say no, it's no longer

3    consensual, and he continued to try.

4         Q    Is there anything else you recall telling

5    ███████ other than what you said?

6         A    Not that I can recall.

7         Q    Okay.  Turning to Sharon Lewis, I think

8    you testified that you thought her discipline should

9    have been more severe; is that correct?

10        A    Yes.

11        Q    And did you want her terminated as a

12   result of your report to the Title IX office?

13        A    Yes.

14        Q    Do you know whether she appealed her

15   discipline?

16        A    To my knowledge, yes.

17        Q    How did you find out about that?

18        A    I think it was through the Husch and

19   Blackwell report.

20        Q    Do you know whether she said in her appeal

21   that she felt like you were doing this -- filing the

22   report because you were angry at her because you

23   were no longer working at LSU?

24        A    I don't know.  I don't recall.

25        Q    Is that why you filed the report against

Page 27

**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

```
 1    her --
 2         A    No.
 3         Q    -- because you were angry?
 4              She also said that you told people -- you
 5    had told people that you were out to get Sharon.  Is
 6    that true?
 7         A    I can't confirm if I said those exact
 8    words, but I definitely had the feeling of I wanted
 9    justice, so, yes.
10         Q    And you wanted justice in the form of
11    taking Sharon down or out of her job or something?
12         A    I can't confirm or deny if that's like
13    exactly how I felt at that time.  I think I wanted
14    justice, and so whatever falls under that, yes.
15         Q    Okay.  To the extent you were making a
16    complaint about Sharon, what justice were you
17    seeking?
18         A    My personal belief is that people who
19    cover up abuse should be fired.  And so at that
20    time, my knowledge was that she did not report it.
21    So, yes, I would want -- would have wanted her
22    fired.
23         Q    Do you still believe she didn't report it?
24         A    I think my belief on that has become kind
25    of a question mark.  All I know is whoever didn't
```

Page 28

**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

1    report it, whether it was her, whether it was

2    Miriam, whether it was Verge, I don't know, but

3    wherever it stopped, yes, I think that person should

4    be fired.

5         Q    Why did your belief change in any respect

6    since when you went to Title IX and now?

7         A    Because of how many kind of like reports

8    had come out, and Sharon said -- in one of her

9    reports, she said originally, like, she couldn't

10   recall if she told Miriam, and then it turned into

11   she did report it to Miriam.  And then all of a

12   sudden, I think it was Keava who was a witness to

13   her calling Miriam.  So there's a lot of, like,

14   fishy details which leads me to kind of just put a

15   question mark on it.

16        Q    She reported to the Title IX office, or in

17   her appeal she said that you did not tell her -- you

18   did not report to her that you suffered any physical

19   abuse by ████████.  Is that true?

20        A    That's is incorrect because the incident

21   at the bar, he pushed me and tried to continue

22   hitting me.  So if she only heard the "trying to

23   continue hitting me," that's still I would label as

24   abuse.  But he absolutely did put his hands on me in

25   that situation, and she did know that.

Page 29

**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

1    Q    She said that you did not report being

2    afraid of him.  Is that true, that you didn't report

3    being afraid of him?

4    A    That is incorrect.  I absolutely said I

5    was afraid or scared of him.

6    Q    She said that you laughed about it as

7    though the drink-throwing incident was a funny

8    thing.  Is that true?

9    A    If it is, that is a very typical trauma

10   response.

11   Q    So it is possible that you laughed about

12   it in your meeting with Sharon Lewis?

13   A    It is possible that my trauma response was

14   laughing, yes.

15   Q    Was there an incident that happened with

16   you and Sharon Lewis at the football game in

17   September 2018 where she told you you couldn't sit

18   in some seats?

19   A    Oh, yeah.  She told me I can't sit with

20   them, yes.  I was standing with my friends at the

21   football game, and it was in the section that is

22   where, like, with that job, us employees would sit.

23   And so she asked me to move.  I did move.  I was

24   obviously irritated at it just because she was

25   involved in it, but I did move.

Page 30

**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

1          A     He -- reflecting back, he did make me feel

2     uncomfortable in the workplace on different

3     occasions, yes.

4          Q     When did you start feeling that way?  In

5     reflecting back, at what point in time did you

6     believe that that was the case?

7          A     Once I got into therapy, when I moved to

8     Denver and really was in a place where I was like

9     separated, kind of, from the trauma and was able to

10    reflect back.

11         Q     What is it you think he did that was

12    inappropriate or uncomfortable, I should say?

13         A     In the breakroom, he would ask me, like if

14    I was dating anyone.  I remember specifically he had

15    asked me, like, what my type was, and then was,

16    like, "Oh, let me guess," and described the type of

17    man I would want.  Had kind of joked that, "Oh, I

18    bet its athletes, ha, ha, ha, ha."  And just asked

19    very personal questions about my, like, sexual and

20    romantic and dating life.

21         Q     Other than what you just mentioned, is

22    there anything he asked you about your sexual or

23    dating life?

24         A     Not that I can recall.

25         Q     And do you know when he was there, during

Page 35

**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

1    what time period he was there?

2         A    I don't know.

3         Q    And no one ever told you that you were

4    responsible for engaging in any kind of sexual

5    contact with any of the recruits, correct?

6         A    Can you say that again?

7         Q    Nobody in the athletic department ever

8    instructed you or suggested to you that you should

9    be engaging in any kind of sexual conduct with

10   recruits, correct?

11        A    No one ever clearly said it, no.

12        Q    Did anybody say it unclearly?

13        A    Yes.

14        Q    Who?

15        A    I can't remember.  It's in my, like,

16   discovery files, but there's an incident -- I can't

17   remember if it was Tony Ball.  It might have been --

18        Q    There's an allegation about Tony Ball in

19   January 2016, either in your complaint or somewhere

20   else.  Is that -- that's what I'm asking about, Tony

21   Ball.  Is that what you're thinking about?

22        A    I think so.  There's one memory I have

23   with a coach, and I think it might be him, but I'm

24   not 100 percent sure, where it was during a

25   recruiting visit.  And it was the coach, me, and a

Page 36

**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

1    recruit, and the coach kind of kept insinuating

2    like, "Oh, Calise, I want you to show him a really

3    good time this weekend," and kept kind of saying,

4    you know, "But I want you to make sure he has a good

5    time."

6         Q    And is it part of y'all's role in a

7    nonsexual way to show people around and help

8    recruits have a good time in a nonsexual way also?

9    Or not "also," just period.

10        A    You could make that argument, and knowing

11   in that situation, that's not what he was referring

12   to.

13        Q    How do you know what he was referring to?

14        A    Because in that weekend, my role was

15   literally to kind of, I think, hand out nametags and

16   like open a door.  So I was not giving a tour, I

17   wasn't having extended time with the recruits.  So

18   there wouldn't have been any way that I could make

19   sure that the recruit has a "good time."  All I

20   could do is say "Hi."

21        Q    Could the recruit come up to you if they

22   had a question about something or needed directions

23   or needed information?

24        A    Yeah, the recruit could come up to whoever

25   they wanted.

Court Reporters of Louisiana          225-201-9650
A Veritext Company          www.veritext.com

**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

1    while you were there in your four years.

2        A    Yeah.

3        Q    From the perspective of a woman and from

4    the perspective of a female employee in the athletic

5    department, how would you describe the working

6    environment at LSU -- inside the LSU athletic

7    department?

8        A    Toxic, male-centered, money-driven,

9    sneaky.  A lot of times, I remember it kind of

10   feeling like an episode of "Real Housewives," just

11   with all the drama.

12       Q    Okay.  So we're human beings; drama is

13   pretty common among us.  Let's talk about -- so what

14   was toxic?  What was toxic?  What did you remember

15   about that period that you use the word "toxic"?

16       A    I always just remember now, looking back,

17   just -- especially when around the players, the

18   coaches, like when we were with the people we were

19   recruiting or the football team, the coaches,

20   whoever, just always feeling very sexualized, almost

21   kind of feeling like I was being looked at like a

22   piece of meat.  Like I was very aware that I was a

23   woman every time I, like, stepped foot at any of our

24   events.

25       Q    Was this -- being sexualized, was that by

Page 54

**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

1    department?

2          MS. FURR:  Object to the form of the

3    question.

4    BY MR. ENGLISH:

5       Q    That's fine.  You can answer the question.

6       A    From my perspective, there was very much

7    an overt message or belief that, yes, us women, we

8    were kind of like a dangling carrot for these

9    athletes.

10       Q    Is this an opinion that you shared

11    individually, or are you aware that other female

12    employees, other student workers in the athletic

13    department felt that way also?

14       A    Other students felt that way also.

15       Q    Could you give me, if you can, if you're

16    able to, an example that made you reach that

17    conclusion?

18       A    Yes.  I remember a very clear example.  It

19    was my freshman year, first semester, and I had just

20    kind of had a shift at the operations building and

21    then I worked out in the gym there, like I usually

22    would.  And this particular day, it was like an

23    ex-player who was there working out in the gym came

24    up and, like, asked for my number.  Then when the

25    players finished, then, like, there was, like, two

**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

1          And I remember a recruit had came and kind

2     of, you know, made it clear -- at first, he was just

3     kind of chitchatting and then he either asked for my

4     number or asked what I was doing later that night or

5     something.  And when I had said, like, no, you're a

6     recruit, you know, kind of turned it down, he kind

7     of got an attitude and was, like, shocked and was

8     like, you know, you're a recruitment girl and kind

9     of was baffled that I said no.

10          And so I think it also was just the

11    general feeling, again, that, like, overt kind of

12    feeling that, yes, the current players felt like we

13    were easy access.  I do remember being told by,

14    like, friends that the recruitment girls were known

15    for being, like, easy access targets.

16     Q    Define -- you've said that term several

17    times.  What you mean "recruitment girl"?  I've been

18    with this case for a minute and I haven't heard that

19    term.  What does "recruitment girl" mean?

20     A    I think our official title was LSU

21    football recruitment staff.  We were called, like,

22    ops girls.

23     Q    I'm sorry.  Say that again?

24     A    Ops girl, like O-P-S.

25     Q    Ops girls.

Court Reporters of Louisiana          225-201-9650
A Veritext Company          www.veritext.com

**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

1    athletic trainer or strength and conditioning coach,

2    I think was his title, Will Wright, that also I felt

3    very sexually harassed with his passes at me.

4    Also --

5         Q    I don't -- I'm going to interrupt you now

6    because I want to stay on Will Hardy.  Did you

7    say -- what was his name?

8         A    I think it was Will Wright.

9         Q    Will Wright.  Okay.  Do you know what his

10   position -- tell me what his position was again.

11        A    I think he was a strength and conditioning

12   coach.

13        Q    Okay.  And you had some contact with him

14   that made you feel uncomfortable.

15        A    Yes.

16        Q    Is that correct?

17        A    Yes.

18        Q    Can you tell me about that?

19        A    He got my phone number without my consent

20   and made up this kind of lie to, you know, make that

21   first kind of interaction, asking me about if I left

22   a watch in the weight room and then continued to

23   make passes at me, text me to hang out, made me feel

24   really uncomfortable while I was in the weight room.

25   And then he ended up getting silently fired or let

Page 61

**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

1    go or whatever because it came out that he was also,

2    like, sexually harassing his female athletes that he

3    worked with.

4         Q    Did you report this incident to anybody?

5         A    No.

6         Q    Can I ask why?

7         A    I think as a woman, it's because I feel

8    like men have also learned to be very smart when

9    they say things and do things.  Women, we get the

10   feeling.  We know exactly what these men are trying

11   to do and what they're trying to get at.  But when

12   we look at the text and it's just like, hey, want to

13   hang out tonight?  And then we go and report that

14   and we're saying we're feeling sexually harassed,

15   oftentimes we get met with the reaction of, okay,

16   like, what?  And it is very gaslighting, very

17   invalidating.  So with everything I've been through,

18   it feels like it's more exhausting to report than to

19   just try to deal with it or avoid it.

20        Q    Do you know what the term "zero tolerance"

21   means?  Do you know what -- do you know what the

22   term "zero tolerance" means?

23        A    Yes, I do.

24        Q    What does that mean to you?

25        A    That there is like a one-and-done kind of

Court Reporters of Louisiana                225-201-9650
A Veritext Company                          www.veritext.com

1          So let's talk about Frank Wilson.

2      A    Yes.

3      Q    Can you explain the situation again where

4  you interacted with Frank Wilson and he asked you

5  about your type?  Can you explain what you recall

6  about that?

7      A    Yes.  So what -- the memory just came

8  back, like I remember the incident, but now I'm

9  feeling pretty strongly that that incident was

10  Frank.  But Frank was always extremely nice to me.

11  I feel like I had -- he put more effort in to when I

12  would see him, small talk, he was very friendly, and

13  I would often run into him into -- in the, like,

14  staff lounge is when, like, our printer and copier

15  and everything was in there.  And he, you know,

16  would ask me personal questions.  I remember very

17  vividly being asked what my physical type was, and

18  him being like, Oh, like, oh, let me describe it,

19  and like describing my type and asking, you know,

20  different times, if I was dating anyone, you know,

21  if I'm single, how my love life is, things like

22  that.

23      Q    When he asked you what was your physical

24  type, can you -- if you can be more specific -- if

25  you can't be explicit, when he asked you what was

Page 66

**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

1       Q     So I just want to kind of go over some of

2    that with you.

3            I don't know if I have screen sharing

4    capabilities.

5            THE REALTIME STENOGRAPHER:  Yes, ma'am,

6        you do.

7            MS. WHITE:  Okay.  Great.

8    BY MS. WHITE:

9       Q     Let me pull this up.  Can you see that?

10      A     Yes.  Well, I just see the file.  I don't

11   see anything open yet.

12      Q     Let's see if this works.  How's that?

13           (Discussion off the record.)

14      A     Yes.

15      Q     Okay.  So I'm going to get to the one I

16   want to talk about first.

17           It's the response to Interrogatory

18   Number 2.  So we asked you to detail the factual

19   basis for the claims you've asserted against

20   Ms. Segar.  And if you get down here to Count 5 at

21   the bottom of page 4, the first count of

22   retaliation, you say her that -- it says:

23   Richardson reported sexual misconduct to various LSU

24   employees.  LSU employees, including Segar,

25   responded to Richardson's report in a way that would

Page 110

**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

1    negatively impacted your rights as a student at LSU?

2         A    I definitely could make the argument

3    about, like, why I wasn't approved to have those two

4    jobs, the tutoring job and the job working for the

5    academic side of football.

6         Q    Okay.  And what is your knowledge of

7    Ms. Segar and how she -- if she was at all involved

8    in that decision?

9         A    That compliance didn't approve it or that,

10   you know, this was a rule that compliance had

11   stated.  But the rule had holes in it because it

12   didn't apply to everyone.

13        Q    Okay.  So are you referring to not being

14   able to tutor football?

15        A    Well, not being able to have that position

16   in academic advising with football, and then not

17   being able to tutor in athletics as a whole.  I was

18   not trying to tutor football players.  I was there

19   for anyone else that --

20        Q    Okay.  So you -- okay.  So I know you

21   talked about this the last time we spoke.

22        A    Uh-huh.

23        Q    Do you think that Miriam Segar had

24   something to do with that decision, correct?

25        A    As the head of compliance, yeah, I would

Page 121

**CONFIDENTIAL UNDER TERMS OF THE PROTECTIVE ORDER**

1    assume that she was involved in some of that

2    conversation or decision-making.

3        Q    Okay.  And you think that that was a

4    decision made just for you, and that other people

5    were not included in that decision.  Is that my

6    understanding of your testimony?

7        A    Yes, because there had been other girls I

8    worked with and girls who were currently or had

9    previously dated football players that also were

10   currently at that time working as tutors.

11       Q    Okay.  And I can't remember that time

12   frame.  When was that that you applied for that

13   position?

14       A    I think it was fall of 2018.

15       Q    Was it before or after you filed your

16   Title IX --

17       A    Before.

18       Q    -- complaint?

19            I'm sorry?

20       A    Before.

21       Q    Okay.  So what is your contention, then,

22   as far as the reason for you not being able to serve

23   in that capacity?

24       A    Based on that they somehow knew.  They

25   knew that I had dated ███████ at that time because I

Page 122

1 had to sign a compliance form that had said my

2 relationship, previous relationship with █████, and

3 so I know compliance had that on record.  Just with

4 some other things I had done in, like, the academic

5 side of football, I had to disclose that.  So

6 compliance was aware that I had dated █████.

7    To my knowledge from that conversation

8 with Verge, people in compliance knew that there was

9 some level of me and █████ that was similar to Jade,

10 which is why he came to ask me about it.

11   Q Okay.  But when -- who came to ask you

12 about █████?

13   A Verge.

14   Q Okay.  When he asked you, though, he was

15 asking because he knew that -- was he asking -- did

16 he say specifically something about the alleged

17 abuse or was he just talking about a relationship?

18   A I don't recall.

19   Q Okay.  But you did get a job somewhere

20 else, correct?

21   A Yes.

22   Q In some other capacity at LSU?

23   A Yes.

24   Q And that was with life skills; is that

25 correct?

Page 123