UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


ABBY OWENS, ET AL

                        CASE NO.: 3:21-CV-00242
                        DIVISION WBV-SDJ
VERSUS                  JUDGE WENDY B. VITTER
                        MAG. JUDGE JOHNSON

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL

  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
                C O N F I D E N T I A L

              30 (b)(6) DEPOSITION OF

   BOARD OF SUPERVISORS OF LOUISIANA STATE

  UNIVERSITY AND AGRECULTURAL AND MECHANICAL

              COLLEGE ("BOARD") through

   JOSH JONES, WENDY NALL, DR. JANE CASSIDY,

        JENNIFER NORMAND, JEFF DEVEER


TAKEN AT PHELPS DUNBAR, 400 CONVENTION

STREET, BATON ROUGE, LOUISIANA, ON APRIL 11,

2023, BEGINNING AT 9:22 A.M.


REPORTED BY:
     JENNIFER W. PICKETT
     CERTIFIED COURT REPORTER

```
 1        certifications and trainings that the
 2        individuals in athletics might have
 3        received.  So, I apologize if I'm asking
 4        you to answer something again that you
 5        already answered but I'm going to get
 6        myself back into it.  So, the first one
 7        is Joe Alleva.  What sort of trainings or
 8        professional development with respect to
 9        sexual misconduct or mandatory reporting
10        did he receive between 2013 and 2021?
11  A  He would have been required to do the
12        training for campus and for the records.
13        I believe there was only one year that he
14        actually completed.
15  Q  What year was that?
16  A  It was either 2015 or 2016.
17  Q  Did he receive any sort of warnings or
18        discipline due to his failure to complete
19        those trainings in the other years?
20  A  I'm not sure.
21  Q  Who would have been responsible for
22        ensuring that he completed those
23        trainings?
24  A  The president's office.
25  Q  Same question about any sort of training
```

```
 1        or professional development received on

 2        sexual misconduct or mandatory reporting

 3        with respect to Ed Orgeron from 2013 to

 4        2021 and I know he wasn't there that

 5        whole time?

 6   A    It would have been the same, University

 7        training.

 8   Q    Did he complete them every year?

 9   A    I'm not sure because he wasn't on my

10        list.

11   Q    Verge Ausberry?

12   A    Yes.

13   Q    What trainings or professional

14        development did he complete in those

15        areas?

16   A    The University-mandated ones.  It was --

17        one of them either 2015 or '16 and then

18        consecutively 2020 and on, I believe.

19   Q    So, to clarify and make sure I

20        understand, he completed one training in

21        either 2015 or 2016 and then in

22        approximately 2020, began doing it

23        annually; is that correct?

24   A    Correct.

25   Q    So, 2013 and 2014, and then some period
```

```
 1        from about '16 to '20, he did not
 2        complete them; is that correct?
 3    A   I'm not sure about '13 and '14 because
 4        the University didn't track the trainings
 5        prior to 2015.
 6    Q   I see, okay.  The period then from
 7        approximately '16 to '20, those years he
 8        did not complete it, either?
 9    A   It wasn't on the records, no.
10    Q   Who would've been responsible for
11        ensuring that he completed those
12        trainings?
13    A   The athletic director.
14    Q   And at that time, that would have been
15        Joe Alleva; is that correct?
16    A   Correct.
17    Q   The 2013 to --
18    A   Yes, until 2019.
19    Q   And then 2020, though, that was the year
20        he said he began doing it annually; is
21        that correct?
22    A   Correct.
23    Q   I think I know the answer to this but was
24        there a new athletic director at that
25        time?
```

Confidential BOARD SUPERVISORS

```
 1  A    Yes.

 2  Q    Who was that?

 3  A    Scott Woodward.

 4  Q    To your knowledge, did Ausberry receive

 5       any sort of discipline or warning due to

 6       his failure to complete the mandatory

 7       trainings during the years that he didn't

 8       complete them?

 9  A    Not that I'm aware.

10  Q    Same question now for Miriam Segar.  What

11       trainings or professional developments

12       did she complete during that time period

13       related to sexual misconduct or mandatory

14       reporting?

15  A    It was one of the years in '15 or '16,

16       and then again from '18 on,

17       consecutively.

18  Q    Who would've been responsible for

19       ensuring that she completed those

20       trainings?

21  A    The athletic director.

22  Q    Okay.  To your knowledge, did she receive

23       any discipline or warnings for her

24       failure to complete trainings during at

25       least 2017?
```

Confidential BOARD SUPERVISORS

| | | |
|---|---|---|
| 1 | A | Not that I'm aware. |
| 2 | Q | Next question, same question for Sharon |
| 3 | | Lewis.  What trainings did she complete |
| 4 | | related to sexual misconduct or mandatory |
| 5 | | reporting during that period? |
| 6 | A | Hers, I believe, was only 2020 and 2021. |
| 7 | Q | And who would have been responsible for |
| 8 | | ensuring that she completed those |
| 9 | | trainings? |
| 10 | A | The athletic director. |
| 11 | Q | And to your knowledge, did she receive |
| 12 | | any sort of discipline or warnings for |
| 13 | | her failure to complete any of those |
| 14 | | trainings prior to 2020? |
| 15 | A | Not that I'm aware. |
| 16 | Q | Same question for Keava Soil-Cormier? |
| 17 | A | I believe she had completed one earlier |
| 18 | | in the '16 to '18 range and then again, |
| 19 | | '20 and '21. |
| 20 | Q | Who would've been responsible for |
| 21 | | ensuring that she completed those |
| 22 | | trainings? |
| 23 | A | Athletic director. |
| 24 | Q | Did she receive any sort of discipline or |
| 25 | | warning for her failure to complete those |

1           trainings as required?

2    A   Not that I'm aware.

3    Q   **Same question for Julia Sell.  What**

4        **trainings or professional development did**

5        **she participate in related to sexual**

6        **misconduct or mandatory reporting?**

7    A   She, I think, was in 2015 and then again

8        in 2020 and 2021.

9    Q   **Who was responsible for ensuring that she**

10       **completed those trainings?**

11   A   Athletic director.

12   Q   **Did she receive any discipline or**

13       **warnings for her failure to complete**

14       **those trainings?**

15   A   Not that I'm aware.

16   Q   **Same question for Mike Sell.**

17   A   I believe his was just 2020 and 2021.

18   Q   **Who was responsible for ensuring that he**

19       **completed those trainings?**

20   A   Athletic director.

21   Q   **Did he receive any discipline or warning**

22       **for his failure to complete those**

23       **trainings?**

24   A   Not that I'm aware.

25   Q   **I believe that is it for those folks.  My**

Confidential                    BOARD SUPERVISORS

1  Q   Did you have any role in collecting the

2      documents that had to be produced in the

3      discovery process for this case?

4  A   The only thing I can think of is I did

5      collect some annual evaluations for ███

6      ███████

7  Q   We talked about the 2017 internal audit

8      report and you had mentioned that there

9      was an indication in that report that the

10     MOU between LSUPD and I think the Title

11     IX office -- or at least LSU -- the

12     larger entity was not working well and

13     you then said that that was now addressed

14     via the MOU, the edits to the process

15     that occurred in 2021; is that right?

16 A   Yes.

17 Q   Was there any modification to anything

18     done between that report in 2017 and the

19     modifications that were done in 2021?

20 A   Not to my knowledge but I may not have

21     known prior to -- in fact, I wouldn't

22     have known prior to 2021, so I don't

23     think so.

24 Q   One of the things that you said you were

25     here to testify about today was any

```
 1          corrective measure taken following

 2          internal audits from the Title IX office

 3          from 2013 to 2021.  So, I'm asking you

 4          not in your personal role but as the

 5          Board -- you're speaking on behalf of the

 6          Board -- was anything done between 2017

 7          and 2021 to address that situation?

 8   A    Not to my knowledge.

 9   Q    With respect to the other concerns that

10          you had said that were in that report and

11          I know you can't specifically remember

12          one of them; what was done to address

13          those concerns?

14   A    The other one that I mentioned was the

15          policy, PM 73, Permanent Memorandum 73,

16          and there were some parts to that.  My

17          memory is that it all had to do with

18          federal regulations changing with regard

19          to Title IX but that it needed to be

20          updated.  There were some things that

21          needed to be clarified.  I'd have to go

22          back and look at the specifics of it.  As

23          I read it through, I knew things had been

24          changed and updated so that's what I can

25          tell you without looking at it.
```

1        any other way?

2   A    I think the online and the Moodle process

3        started in 2015 and before that -- 2013,

4        2014 -- we did in-person training.

5   Q    Okay.  So, let's talk about the in-person

6        training.  How often was that provided?

7   A    I believe at least twice a year.

8   Q    Were those twice-a-year sessions, were

9        both of those mandatory?

10  A    No.

11  Q    Were either of them mandatory?

12  A    No.

13  Q    So, was there any mandatory training for

14       employees on those topics before 2015?

15  A    Not that I'm aware of.

16  Q    And then just to clarify, because I think

17       I asked the question without being clear,

18       starting in 2015 when the Moodle training

19       started, was those trainings mandatory?

20  A    I believe so.

21  Q    The trainings that were done in-person,

22       how were those organized?

23  A    They were offered through the training

24       section of human resources' website and

25       employees were notified that they were

Confidential    BOARD SUPERVISORS

```
 1          that it should be reported to a
 2          supervisor, up the chain-of-command, or
 3          to human resources.
 4    Q   About how many folks attended the
 5          trainings that were put on for the whole
 6          campus community in each year?
 7    A   I don't know.
 8    Q   Same question about how many folks
 9          attended individual department trainings
10          in each year?
11    A   I don't know.
12    Q   Are there records of who attended those
13          trainings in each of those years?
14    A   I'm not positive that there are.  It's
15          not the same record system that we have
16          with the Moodle online trainings.  So, I
17          don't know if that's something that we've
18          kept.  I'd have to look into that.
19    Q   What does the records retention policy
20          say about how long those records should
21          be maintained?
22    A   I didn't review that for this deposition
23          so I'm not positive.
24    Q   Now, let's talk about the -- well, let me
25          ask one more question.  Who prepared the
```

1        content for those two different sets of

2        trainings at that time in 2013 and 2014?

3    A  My group, employee relations.

4    Q  My understanding was that at that time,

5        the Title IX coordinator was somebody who

6        was also in the general counsel's office;

7        does that sound correct to you?

8    A  I don't know who it was at the time

9        specifically.

10   Q  I think -- and tell me if you think this

11       is wrong -- but I think it was Jim

12       Marchand at that time; does that sound

13       accurate to you or you just don't know?

14   A  I don't recall that.

15   Q  Was there any input from the Title IX

16       coordinator in putting those trainings

17       together during 2013 and 2014?

18   A  Not that I recall.

19   Q  So, then starting in 2015, we've got the

20       Moodle online trainings.  Can you tell me

21       first what led to the decision to switch

22       to the Moodle module?

23   A  I don't know.  I wasn't a part of that

24       decision.

25   Q  Who prepared the content initially for

```
 1        that very first training that would have

 2        been implemented through Moodle?

 3   A    I believe it's HR but I'm not positive.

 4   Q    Was the Title IX coordinator involved in

 5        that initial preparation of that first

 6        round of training?

 7   A    I don't know, honestly, for the last

 8        question and this question.  I'm not

 9        positive who created the content.

10   Q    Once the content was created, what were

11        employees told when it was sent out to

12        them about the training?

13   A    I don't have that information in front of

14        me -- the exact message that was sent to

15        the employees -- so, I'm not sure.

16   Q    So generally, what I'm trying to get at

17        is were folks advised at that point --

18        that first time that it was sent out in

19        2015 -- that it was a mandatory training?

20   A    I believe so.

21   Q    Were they given any information about

22        what would happen if they didn't do the

23        training?

24   A    I don't know.

25   Q    How was participation tracked for that
```

1       **first training in 2015 through Moodle?**

2   A   I don't understand the question because

3       it was tracked through Moodle.

4   Q   **Okay.  So, tell me what that means, I**

5       **guess, if you can just describe what that**

6       **looks like in Moodle?**

7   A   So, Moodle would keep a record of the

8       people who had taken the training and

9       then our training director could pull

10      that record and provide it if requested.

11  Q   **Would somebody have to sign-in to Moodle;**

12      **is that how that would work?**

13  A   Yes, you had to sign-in under your

14      credentials.

15  Q   **How would the Moodle system ensure that**

16      **the person completed the whole training**

17      **once they signed on?**

18  A   I think there was a certificate at the

19      end.  So, you had to complete it to get

20      credit for taking the class.

21  Q   **Were there check-in's throughout the**

22      **course to ensure that somebody was paying**

23      **attention?**

24  A   I don't recall.  For those initial

25      trainings, I don't know.

1    Q    What about at the end of the training?

2         Was there any sort of quiz or competency

3         assessment to see what the person had

4         learned from the training?

5    A    I'm not sure about the trainings from

6         when this first started.  I don't know.

7    Q    It sounds like maybe that has -- you have

8         some information starting at some point

9         about that; is that accurate?

10   A    Most recently we have those things.

11   Q    So, tell me about that.  When did you

12        personally, I guess, or really on behalf

13        of the Board, when did you become aware

14        of those check-ins and/or assessments

15        being implemented?

16   A    I don't know the date.  I've taken the

17        training every year and done it.  I just

18        don't recall exactly what was in each

19        version of the training and when that was

20        implemented.

21   Q    For 2022, was it implemented?

22   A    Specifically was what implemented -- the

23        check-ins?

24   Q    Yes -- so, first the check-ins?

25   A    Yes.

1    Q    And what about some sort of assessment or

2         review at the end to ensure that the

3         person had observed the material?

4    A    Yes.

5    Q    Do you recall if that was in-place in

6         2021?

7    A    I don't.

8    Q    Do you recall any of the years between

9         2015 and 2022?

10   A    I don't know specifically what was in-

11        place and what was not.

12   Q    We had talked about somebody being able

13        to go into the system and see at least

14        who had logged in for the trainings;

15        correct?

16   A    Who had completed it.

17   Q    Completed it.  Okay.  In 2015, what

18        percentage of the folks that it was sent

19        to completed it?

20   A    I do not know.

21   Q    Do you know that for any year between

22        2015 and 2022?

23   A    No.

24   Q    Who would have been the person in each of

25        those years that was responsible for

Confidential BOARD SUPERVISORS

1    ensuring that people completed it?

2  A  Our office could track who had completed

3     it, so human resources, the training

4     director.

5  Q  Did that person have -- so, it's a

6     different question between whether they

7     could check it and whether they had some

8     responsibility to check it.  Did that

9     person have a responsibility to check it

10     or just the ability to check it?

11  A  I don't know.

12  Q  Do you know the answer to that question

13     for any year between 2015 and 2022?

14  A  So, when you say had a responsibility, a

15     responsibility to whom or to what; what

16     exactly do you mean?

17  Q  To anybody.  If it was within the scope

18     of anybody's job duties to be monitoring

19     who was taking the training -- that's

20     what I'm trying to understand?

21  A  So, our training director, I know at

22     least for the last two years, has been

23     reviewing and providing that information

24     to our CHRO on percentage of completion.

25  Q  What does CHRO stand for?

BOARD SUPERVISORS

```
 1   A   Chief human resource officer, so the head
 2        of our human resources.
 3   Q   Is that person your supervisor as well?
 4   A   Yes.
 5   Q   Just so I understand, that person's over
 6        all of the HR for LSU?
 7   A   Yes.
 8   Q   Okay, got it.  Do you know what either of
 9        those percentages were in either of those
10        most recent two years?
11   A   I do not.
12   Q   Does that person, the HR training
13        director or anyone else, does anyone have
14        an obligation to address or take any
15        action with respect to anybody who may
16        not have completed the annual training?
17   A   No.
18   Q   So, is there any consequence for not
19        taking the annual training?
20   A   I don't know.
21   Q   Give me a second here.  Are all employees
22        at LSU required to do the annual training
23        or is there any category of employee
24        that's excluded from that requirement?
25   A   The responsible employees are required to
```

1    about performance reviews related to the

2    defendants that were named and what I

3    want to know specifically with respect to

4    their performance reviews was if there

5    was ever anything noted related to

6    concerns about their handling of Title IX

7    or sexual misconduct or their mandatory

8    reporting obligations and the relevant

9    time period that we're looking at here is

10   in 2013 to 2021, which I know is not

11   going to apply in-full to each one of

12   these folks.  So, I'm just going to go

13   through the list again.  I apologize that

14   it's going to be somewhat repetitive.  F.

15   King Alexander, was there anything in any

16   performance reviews of him related to

17   those topics?

18  A  Not that I'm aware of.

19  Q  A.G. Monaco?

20  A  No.

21  Q  No there wasn't or no, not that you're

22     aware of?

23  A  So, what I did for the trainings is look

24     at their overall scores.  I didn't read

25     every comment in all of the evaluations,

1      so I can tell you whether or not they

2      were successful or unsuccessful but I

3      don't have all of the detailed comments

4      that were written in these evaluations.

5   Q  **Okay.  So, I guess let's start with**

6      **Alexander.  Was he overall successful or**

7      **unsuccessful in the performance**

8      **evaluations that you reviewed?**

9   A  And also I don't have it memorized.  So,

10     the only one I know of that had

11     unsuccessful was Jennie Stewart.

12  Q  **So, tell me about what you know of about**

13     **when the unsuccessful was -- when that**

14     **performance review was and what**

15     **information you know about why it was?**

16  A  There was the 2019, 2020 evaluation and

17     her supervisor wrote that he had concerns

18     with the way that PM 73 revisions based

19     on the federal law being updated at that

20     time, that they weren't going as he had

21     expected and then there were concerns

22     with her management of the Title IX

23     training throughout the university during

24     that COVID period.  And then the other

25     evaluation was the 2020-2021 and that had

```
 1         comments that it was related to the
 2         results of the Husch Blackwell report.
 3    Q    Who did these evaluations of her?
 4    A    The 2019-2020 was Winston Decuir and the
 5         2020-2021 was Jane Cassidy.
 6    Q    With respect to the concerns from the
 7         2019-2020 evaluation that raised concerns
 8         about the Title IX policy revision and
 9         Title IX training during COVID, was there
10         any -- I probably just don't know the HR
11         words for this.  Was there any
12         instruction or guidance given to her
13         about how to improve her performance in
14         those areas?
15    A    I remember that there was a mention of
16         having weekly meetings with her
17         supervisor to help improve her
18         performance.  I don't recall what else
19         was in there for improvement.
20    Q    And her supervisor at that time was
21         Winston Decuir; is that correct?
22    A    Correct.
23    Q    So, did those weekly meetings occur?
24    A    I do not know.
25    Q    With respect to the 2020-2021 report --
```