```
              UNITED STATES DISTRICT COURT

              MIDDLE DISTRICT OF LOUISIANA


ABBY OWENS, ET AL
                           CASE NO.: 3:21-cv-00242
                           DIVISION WBV-SDJ
VERSUS                     JUDGE WENDY B. VITTER
                           MAG. JUDGE JOHNSON
                           JURY DEMANDED

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL


   * * * * * * * * * * * * * * * * * * * * * *


            VIDEO CONFERENCE DEPOSITION OF

                       JOE ALLEVA



TAKEN VIA ZOOM, BATON ROUGE, LOUISIANA, ON

NOVEMBER 16, 2022, BEGINNING AT 9:05 A.M.




REPORTED BY:
     JENNIFER W. PICKETT
     CERTIFIED COURT REPORTER
     CERTIFICATE NUMBER 29011
```

```
 1        everyone involved with athletics."
 2        Mandatory training, did that include
 3        mandatory training on Title IX with the
 4        definition you and I have agreed upon for
 5        today?
 6   A    The education that I'm referring to was
 7        performed by the Beebe Group and I
 8        believe that it did include those things,
 9        yes.  I believe.
10   Q    What do you recall about how the Beebe
11        Group was brought in to athletics?
12   A    My recollection is that the president of
13        the board of supervisors hired the Carr
14        Group to come in and do an evaluation of
15        the athletic department and included in
16        that evaluation I believe the Beebe Group
17        came in to do an evaluation of Title IX
18        and those kind of things. So, then after
19        they did their evaluation, I hired them
20        to perform education to our department.
21        I believe that's the way it worked.
22   Q    Just backing up for one moment, I'm not
23        asking about conversations that you made
24        have had with your lawyers but did you do
25        anything to prepare for your deposition
```

```
 1        wasn't you?
 2   A    Probably Miriam Segar.  Miriam was pretty
 3        much in charge of that process.
 4   Q    When you say she was pretty much in
 5        charge that process; what do you mean?
 6   A    I think she was probably the liaison with
 7        the Beebe Group probably.
 8   Q    Do you know what kind of training Miriam
 9        Segar had related to Title IX?
10   A    No, not exactly.  No, I don't.
11   Q    Did you have any training related to
12        Title IX?
13   A    Formal training, no.
14   Q    To finish that first paragraph, "our
15        student athletes are the most educated
16        students on this subject by far."  Were
17        you referring to the most educated
18        students at LSU or the most educated --
19        what did you mean by that statement?
20   A    I would say at LSU.  I don't know what
21        other students around the country had
22        been educated on.
23   Q    Then you say "we created a committee,
24        too.  Sometimes athletes don't want to go
25        to their coach and say there's a problem
```

```
 1  A    No.  I don't.
 2  Q    Okay.  Do you recall reviewing this 2016
 3       email with Jennie Stewart prior to
 4       sending it?
 5  A    I don't know if Miriam did or not.
 6       Normally, we would review something like
 7       that with Bob Barton, who was our outside
 8       counsel.  So, I would assume -- again,
 9       I'm assuming -- that Bob --
10              MS. FURR:
11                   I'm sorry to interrupt but
12              please don't disclose
13              communications that you had with
14              Mr. Barton.
15              THE WITNESS:
16                   Okay.
17  BY MS. LASKY:
18  Q    And Mr. Alleva, my question was do you
19       recall discussing this email with Jennie
20       Stewart?
21  A    I do not recall.
22  Q    Do you recall discussing this email with
23       -- do you know who Mari Fuentes-Martin
24       is?
25  A    Yes.  I do know who she is.
```

```
 1  Q    Okay.  We talked earlier about that the
 2       decision was made to advise -- that one
 3       of the options for people within
 4       athletics was to report violations of
 5       Title IX to Miriam Segar; correct?
 6  A    Correct.
 7  Q    Whose idea was that, that things should
 8       be reported to Miriam Segar within
 9       athletics?
10  A    I would have to guess it was mine.
11  Q    Do you recall specifically about that?
12  A    No, no, I don't recall specifically but
13       I'm sure I had to approve it so I guess
14       it's my responsibility.
15  Q    Why did you want to implement a reporting
16       to Miriam Segar?
17  A    First of all, it was my understanding
18       that was totally within the realm of
19       acceptable procedure at the time.  That
20       was number one.  Number two, Miriam is
21       remarkably smart, has impeccable
22       integrity, is the most honest person I
23       know, she happens to be a woman and she
24       was an LSU athlete.  She was totally
25       well-known within the department.
```

```
 1         Everyone knew who she was and respected.
 2         She would never hide anything so to me
 3         she was the perfect person to do this, to
 4         gather the information and pass it on.
 5    Q    And you said that -- I'm sorry.  Were you
 6         done with your answer?
 7    A    I didn't say anything else.
 8    Q    Okay, it might have been somebody else on
 9         the Zoom, sorry.  You said it was your
10         understanding this was acceptable
11         procedure at the time.  What was the
12         basis for your understanding that
13         reporting to Miriam Segar was acceptable
14         procedure?
15    A    It was my understanding that that was
16         acceptable procedure at the time.
17    Q    Based on what?
18    A    Based on information that I gained from
19         other people and other institutions.
20    Q    Do you recall who any of those other
21         people were?
22    A    One of them was Bob Barton but I'm not
23         supposed to talk about Bob Barton from
24         what I understand.
25    Q    Okay.  You can't talk about the substance
```