**Subject: SSCWC**

Senator Barrow and Committee Members:

Pursuant to the invitation to present to the Senate Select Committee on Women and Children and in conformity with Senate Rule 13.79, I would like to offer the following comments. Unfortunately, I am out of town, but also due to a number of serious underlying health conditions, I have been advised not to go to the Capitol during the course of the Covid 19 pandemic period.

The events that this committee has been examining and that I have followed in the newspaper over the past weeks have been beyond sad, disappointing and shocking.

As an LSU board member from 2010-2020, I could never have imagined that the University had failed its students to this degree and I am astonished at the things I have read. There are clearly departmental, structural, training, funding and prioritization failures and issues. As a member of the public and a graduate of LSU, I am especially grateful for the excellent reporting of Andrea Gallo that has brought public scrutiny to this critically important issue and for the work of this committee.

I had and have absolutely no knowledge of the events surrounding the allegations against Coach Les Miles, his treatment of female students, a legal settlement, nor any instructions given to him regarding contact with female students, other than what I have recently been stunned to read in the newspaper. I was also shocked to read about horrific actions of other student-athletes in the years that followed as well as other failures to protect students at the University. There can be no question that LSU failed in its duties and that there were structural, communication, chain of command and individual performance failures. I am confident that the work of this Committee, the Legislature, LSU's adoption of the 18 Husch Blackwell recommendations and others now bringing attention to this situation will succeed in addressing the structural changes necessary, providing additional resources to protect students, and more engagement and requirements for education and training of all athletic and university staff and athletes as well as efforts to train and educate all students as to their rights and their responsibilities.

LSU board members should have been made aware of these serious allegations in a more formal manner such as mandatory written documented communications from LSU staff and departments to the Title IX office and then directly to the board using some mechanism that protects privacy and not

BOS-000054

just to the president or executive board officers.That is a failure that must be remedied. I have read in Ms. Gallo's reporting that many violations and threats against women students both inside of and outside of the Athletics Department never even reached the Title IX office. That is incomprehensible. Again, I am confident you will contribute to remedying this situation going forward.

This situation cries out for developing new models for transparency, rigor, accountability, communication flow and innovative solutions.  I am grateful for the work of this Committee and for the spotlight you are placing on these critical issues. It is sad that sometimes it takes a massive public failure to provide the impetus for change. I have confidence that this great university will not only embrace the failures, but will aggressively implement remedies and new approaches that will ensure such actions never again occur.

All the best,

**Stephen**

James Stephen Perry
404 Notre Dame St.
*Warehouse & Arts District*
New Orleans, Louisiana  USA 70130