**From:** Joseph L Alleva <alleva@lsu.edu>
**To:** F King Alexander <fka@lsu.edu>, Jason J Droddy <jdroddy@lsu.edu>
**Cc:** Stephen Perry <stephenperrylsu@gmail.com>, James Moore <jwm9823@gmail.com>, James Williams <jmw@chehardy.com>, Blake Chatelain <bchatelain@redriverbank.net>
**Subject:** Fwd: Mandatory Reporting Reminder
**Date:** Thu, 15 Feb 2018 17:40:46 -0600
**Importance:** Normal
**Attachments:** ATT00001.htm; Mandatory_Reporting_Reminder_2018.pdf; ATT00002.htm
**Inline-Images:** image003.jpg

---

FYI

Sent from my iPhone

Begin forwarded message:

**From:** Joseph Alleva <joealleva@lsu.edu>
**Date:** February 15, 2018 at 4:09:44 PM CST
**To:** Andy Brandi <abrandi@lsu.edu>, Beth Torina <btorina@lsu.edu>, Brian G Lee <brianlee@lsu.edu>, Charles W Winstead <winstead@lsu.edu>, Chris Brandi <cbrandi@lsu.edu>, D D Breaux <ddbreaux@lsu.edu>, David Geyer <dgeyer@lsu.edu>, Dennis G Shaver <shaver@lsu.edu>, Douglas J Shaffer <djshaffer@lsu.edu>, Edward J Orgeron <eorgeron@lsu.edu>, Fran Flory <frflory@lsu.edu>, Julia S Sell <jsell@lsu.edu>, Karen M Bahnsen <kbahnse@lsu.edu>, Michael Sell <msell@lsu.edu>, Yolanda N Caldwell <ncaldwell@lsu.edu>, Paul D Mainieri <paulmainieri@lsu.edu>, Russell L Brock <rlbrock@lsu.edu>, Will Wade <wwade@lsu.edu>
**Cc:** Joseph L Alleva <alleva@lsu.edu>, Miriam F Segar <msegar@lsu.edu>
**Subject: Mandatory Reporting Reminder**

Please review the attached letter carefully and adhere to the expectations within. As a staff member, it is your responsibility to remain vigilant and promote an atmosphere of compliance with all university, state and federal reporting laws.

*[signature]*

BOS-002297