**Campus-wide and External Resources**

- NCAA Faculty Athletic Representative (FAR)
- Office of the Ombudsperson – 225-578-2483; ombuds@lsu.edu
- Office of Diversity (OoD)
- Office of the Dean of Students (ODOS) – 225-578-9442; Student Advocacy & Accountability (SAA)
- LSU CARES (through ODOS and SAA); includes online reporting systems
- Title IX Coordinator/Campus Coordinator – Jennie Stewart, 225-578-3918; Title IX Deputy Coordinator for Students/LSU Vice President of Student Affairs – Jeremiah Shinn, 225-578-0146; online reporting options are also available on the LSU.edu website for HRM
- 911; LSU Police Department – 225-578-3231; or other local law enforcement
- The Lighthouse Program is a confidential resource offered through LSU Student Health Center for sexual assault survivors; Sexual Trauma, Awareness & Response (STAR); LSU Student Health Center offers a Sexual Assault Nurse Examiner (SANE) program; RAINN (Rape, Abuse & Incest National Network); and other resources available on the LSU.edu website for Title IX
- University Office of the Vice President of Legal Affairs and General Counsel (OGC)
- University Office of Internal Audit
- University Ethics, Integrity and Misconduct Helpline (third-party monitored by EthicsPoint; may remain confidential – 855-561-4099 or www.lsu.ethicspoint.com)



Mike McCall (214) 415-8121; mccall@protectionforall.net