CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



- Accomplishments
  - MOU with LSU PD signed
  - Assessments of Title IX training sessions implemented

- Recommendation #5  ongoing
- Recommendation #6 in progress
- Recommendation #9 completed
- Recommendation #17 in progress

RECORD
KEEPING
AND
REPORTING

11

BOS-029859