**From:** Anissa Chenevert <achenevert1@lsu.edu>
**To:** Jeffrey Scott <jscott11@lsu.edu>
**Subject:** RE: Training completion
**Date:** Mon, 12 Nov 2018 10:56:00 -0600
**Importance:** Normal
**Inline-Images:** image001.png; image002.png; image003.png; image004.png

Jeff,

Training just informed me that Sharon Lewis is not enrolled in the course. Meaning, she has not self-enrolled and has not taken any Title IX/Sexual Misconduct training ever.

If you need anything else, please let me know!

Thanks,



**Anissa Chenevert**
Employee Relations Coordinator
Human Resource Management
Louisiana State University
110 Thomas Boyd, Baton Rouge, LA  70803
O: 225-578-3566 | M: 225-578-8200 | F: 225-578-6571



**LSU HRM:** *Employment Resources for Student Success*

*CONFIDENTIALITY MESSAGE: This e-mail is CONFIDENTIAL and may contain PRIVILEGED information intended only for the use of specific individuals or entity named above. Any unauthorized dissemination or copying of the e-mail is strictly prohibited. If you or your employer is not the intended recipient of this e-mail, or responsible for delivering it to the intended recipient, and you have received this transmission in error, please immediately notify the sender by e-mail and delete this message. Thank you.*

---

**From:** Jeffrey Scott
**Sent:** Thursday, November 8, 2018 2:10 PM
**To:** Anissa Chenevert <achenevert1@lsu.edu>
**Subject:** Training completion

Hey Anissa,

BOS-030264