

## LSUAM Pres - General Counsel (Thomas Vernon Skinner (00003149))

(6)

**Thomas Vernon Skinner (00003149)**
LSUAM Pres - General Counsel (Thomas Vernon Skinner (00003...
General Counsel
LSU - Baton Rouge



**Donna D Dewailly (00012863)**
LSUAM GC - Admin (Donna D Dewailly (00012863))
Business Manager (Division/Dept within Campus)
LSU - Baton Rouge
0    See Page 2

**TREY JONES (00050988)**
LSUAM GC - Legal Affairs (TREY JONES (00050988))
Managing Attorney
LSU - Baton Rouge
2    See Page 3

**Jennie L Stewart (00011423)**
LSUAM GC - Title IX (Jennie L Stewart (00011423))
Staff Attorney
LSU - Baton Rouge
2    See Page 4

**James E Marchand (00002551)**
Assistant General Counsel
LSU - Baton Rouge

**Linda G Davis (00004834)**
Coordinator of Non-Academic Or Service Area
0124 University Administration

**Retha Niedecken (00052492)**
Ombudsperson
LSU - Baton Rouge