CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**From:** "Joseph Alleva" <alleva@lsu.edu>
**To:** "Miriam F Segar" <msegar@lsu.edu>
**Subject:** Fwd: Sexual Misconduct & Title IX policy
**Date:** Sun, 07 Sep 2014 11:34:28 -0500
**Importance:** Normal

---

Please handle.

Sent from my iPhone

Begin forwarded message:

**From:** Gaston Reinoso <gastonr@lsu.edu>
**Date:** September 7, 2014 at 11:17:13 AM CDT
**To:** Joseph Alleva <alleva@lsu.edu>
**Subject: FW: Sexual Misconduct & Title IX policy**

Hello Joe;
I am sure you're extremely busy with other things that go on but since I have not heard from you or assistant I am sending this again.
Call me if you have any questions.


Gaston

---

**From:** Gaston Reinoso
**Sent:** Friday, August 22, 2014 5:15 PM
**To:** Joseph Alleva
**Cc:** A G Monaco
**Subject:** Sexual Misconduct & Title IX policy

Hello Joe;

It was good to meet you in front of the System's building a few weeks ago and I am looking forward to working with you.
This email is to ask you for a few minutes of your time to discuss about some new developments in the area of compliance, more specifically Title IX and sexual misconduct.
I am thinking that you're already aware of the current environment in compliance in the area of sexual misconduct. I recently met with Miriam to present and discuss our new PM-73 policy but I wanted to make sure that this is also brought up to you directly. We (AG and I) would like to meet with you to go over this new policy and discuss our responsibilities moving forward. http://www.lsusystem.edu/docs/PMs/PM_73.pdf
By the way, we've found this article interesting as it describes the current environment around this topic:
https://www.insidehighered.com/news/2014/08/14/ncaa-athletics-departments-shouldnt-oversee-investigations-sex-assault-allegations

If this is OK, we will coordinate with your assistant to set this meeting . Should you have any questions please contact me.

Thanks,