**From:** Mari Fuentes-Martin <mari@lsu.edu>
**To:** Kurt J Keppler <kkeppler@lsu.edu>
**Cc:** Arlette M Henderson <ahende3@lsu.edu>, Jennie L Stewart <jstewart@lsu.edu>, Halie J Brashear <hbrash4@lsu.edu>, Jacob E Brumfield <jbrum@lsu.edu>, Victoria E Callais <vcalla1@lsu.edu>, Susan Bareis <sbareis@lsu.edu>, Gwendolyn L Ferrell <gferre2@lsu.edu>, Amy E Gardner <amyg@lsu.edu>, Jonathan B Sanders <jsanders@lsu.edu>
**Subject:** Sexual misconduct risk assessment
**Date:** Mon, 26 Mar 2018 12:50:24 -0500
**Importance:** Normal
**Attachments:** Sexual_Misconduct_Risk_Assessment_Final_3.26.2018.xlsx
**Inline-Images:** image001.png

---

Dr. Keppler,

You assigned me to lead a committee to review information pertaining to Student Risk Assessment related to Sexual Misconduct and provide for you an overview of specific risks, current mitigating strategies, assessment of current strategies, and recommendations to improve our mitigating strategies. I want to thank the committee for their dedication to this topic and for their input as I believe we provided a comprehensive list of concerns and responses. The following individuals served on the committee that developed this report:

| | |
|---|---|
| Mari Fuentes-Martin | Committee Chair, Dean of Students |
| Susan Bareis | Lighthouse Program/Student Health & Wellness |
| Hallie Brashear | ODOS GA |
| Jacob Brumfield | Campus Life |
| Redacted | |
| Gwen Farrell | Law Center - Title IX investigator |
| Amy Gardner | UREC |
| Arlette Henderson | ODOS - Title IX Investigators |
| Jonathan Sanders | Student Advocacy & Accountability |
| Jennie Stewart | Title IX Coordinator |

We identified three categories that were the most frequently mentioned risk concerns: physical safety, emotional safety, and campus culture/environment. In reviewing the mitigating circumstances, we identified those which we felt could be easily addressed by working on effective outreach strategies.

Please let me know if you have any questions of our report.

Respectfully submitted,
Mari



**Mari Fuentes-Martin, Ed.D.**
Associate Vice President & Dean of Students
Division of Student Affairs

BOS-032523

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Louisiana State University
333 Student Union, Baton Rouge, LA  70803
office 225-578-9442 | fax 225-578-9441
mari@lsu.edu | lsu.edu | www.lsu.edu/deanofstudents/

NOTICE: This message, including all attachments transmitted with it, is intended solely for the use of the Addressee(s) and may contain information that is PRIVILEGED, CONFIDENTIAL, and/or EXEMPT FROM DISCLOSURE under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein is STRICTLY PROHIBITED. If you received this communication in error, please destroy all copies of the message, whether in electronic or hard copy format, as well as attachments and immediately contact the sender by replying to this email or contact the sender at the telephone numbers listed above. Thank you!

BOS-032524