**From:** "Hood, Christina" <Christina.Hood@LAW.LSU.EDU>
**To:** <LAWCTR-ALRT-L@LISTS.LAW.LSU.EDU>
**Subject:** [LAWCTR-ALRT-L] From Dean Galligan: Call for Nominations/Applications to serve as Title IX Investigators for student cases
**Date:** Tue, 08 Nov 2016 09:56:35 -0600
**Importance:** Normal
**Attachments:** Title_IX_Investigator_Application_Nomination.docx; Title_IX_Investigator_Job_Description_by_MFM_10.31.16.docx
**Inline-Images:** image001.png

---

### From Dean Thomas Galligan –

Friends—As Jennie Stewart told the staff and faculty, LSU is asking for folks interested in becoming Title IX investigators. I encourage anyone who is interested to consider applying.

Many thanks,
Tom


Thomas C. Galligan, Jr.
Dean and Professor of Law
LSU Paul M. Hebert Law Center
400 Law Center
*Mailing:* 110 LSU Union Bldg.
Baton Rouge, LA 70803-0106
225/578-8491 fax 225/578-8202
thomas.galligan@law.lsu.edu
www.law.lsu.edu

---

**From:** LSU Division of Student Affairs
**Sent:** Monday, November 7, 2016 9:42 AM
**Subject:** FW: Nominate staff to serve as Title IX Investigators for student cases

Dear Colleagues,

As LSU's Deputy Title IX Coordinator for students, I am asking for your support by nominating staff members to serve as a Title IX Investigators on student cases.

For a complete understanding of the role and responsibilities of Title IX Investigators, please review the attached job description. Also attached is the position application. Below is the timeline for recruitment/selection and training of our new investigators:

### Timeline