UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL<br>*Plaintiffs*<br><br>v.<br><br>BOARD OF SUPERVISORS OF<br>LOUISIANA STATE UNIVERSITY<br>AND AGRICULTURAL AND<br>MECHANICAL COLLEGE, ET AL<br>*Defendants* | Case No.: 3:21-cv-00242<br><br>Division WBV-SDJ<br><br>JUDGE WENDY B. VITTER<br><br>MAGISTRATE JUDGE JOHNSON<br><br>JURY DEMANDED |

### DECLARATION OF DANIEL OWENS

I, Daniel Owens, am over 18 years of age and competent to testify to the matters set forth below from personal knowledge or from records kept in the ordinary course of business. I declare the following under penalty of perjury:

1. I disclosed my daughter Abby Owen's rape to Julia Sell on or about April 17th, 2017.

2. This occurred at the 2017 SEC (Southeastern Conference) Women's Tennis Championship in Nashville TN, at Vanderbilt University.

3. I asked to meet with Julia Sell and her husband Mike Sell. I met with Julia Sell in the hotel in Nashville. Mike Sell was not at the meeting which was a disappoint to me.

4. I initially thanked Julia Sell for giving my daughter the opportunity to play tennis at LSU. Then I told Julia Sell that I was sorry that things ended the way that they did with Abby's tennis career at LSU, and that I had other information to share with her about Abby.

5. I explained to Julia Sell that while my daughter Abby was in rehab, she disclosed to her counselor that she had been raped by Derrius Guice in her Baton Rouge apartment while she was a student athlete at LSU.

1

6. In response, Julia Sell stated to me "I don't believe her [Abby], she lies all the time." Then she told me that my wife and I are bad parents. Sell's response shocked and greatly upset me.

7. Since I was at the SEC tennis championship, many of my long-time friends from the tennis community were there as they had children that played collegiate tennis.

8. After the encounter with Julia Sell, later that morning I talked to my friend 'KC,'[1] who has a daughter that plays college tennis. I told her what Julia Sell had said to me about Abby.

9. That afternoon, I told my friend 'WS'[2] who has a daughter that plays college tennis what Julia Sell had said to me earlier that day about Abby.

10. The afternoon of the next day I told my friend 'CH'[3] what Julia Sell had said to me about Abby.

11. I expressed my deep-seated anger, shock, sadness, and dismay to my friends that Julia Sell responded to my disclosure that my daughter was raped by saying she did not believe my daughter, and then went on to say we were bad parents.

Pursuant to 28 U.S.C. §1746, I certify under penalty of perjury that I have ready the foregoing declaration consisting of eleven (11) numbered paragraphs and that it is true and correct to the best of my knowledge, information, and belief.

Executed on this 28th day of July 2023.

*Daniel Owens*
Daniel Owens

---

[1] To protect the privacy of the friends of Daniel Owens, the friends are identified by their initials. Their identities are known to the Defendants, and they were interviewed for the Husch Blackwell report.
[2] *Id.*
[3] *Id.*



Audit trail

| | |
|---|---|
| Title | Dan Owens_declaration.pdf |
| File name | Dan%20Owens_declaration.pdf |
| Document ID | a92f7b5f2b23e808dde13f6bb6821912e522c5ed |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

This document was requested from app.clio.com

## Document History

**SENT**
**07 / 28 / 2023**
20:51:01 UTC
Sent for signature to Daniel Owens ( ▬▬▬▬▬ ) from stacey@katielaskylaw.com
IP: 50.27.23.48

**VIEWED**
**07 / 29 / 2023**
11:33:44 UTC
Viewed by Daniel Owens ( ▬▬▬▬▬ )
IP: 50.18.89.81

**SIGNED**
**07 / 29 / 2023**
11:36:16 UTC
Signed by Daniel Owens ▬▬▬▬▬
IP: 50.18.89.81

**COMPLETED**
**07 / 29 / 2023**
11:36:16 UTC
The document has been completed.

Powered by Dropbox Sign