```
 1              UNITED STATES DISTRICT COURT
 2              MIDDLE DISTRICT OF LOUISIANA
 3
 4
    ABBY OWENS, SAMANTHA BRENNAN,
 5  CALISE RICHARDSON, JADE LEWIS,
    KENNAN JOHNSON, ELISABETH         CASE NO.
 6  ANDRIES, JANE DOE, ASHLYN         3:21-CV-00242
    ROBERTSON, CORINN HOVIS, AND
 7  SARAH BETH KITCH
 8  VS.
 9  BOARD OF SUPERVISORS OF
    LOUISIANA STATE UNIVERSITY AND
10  AGRICULTURAL AND MECHANICAL
    COLLEGE, AND VERGE AUSBERRY,
11  MIRIAM SEGAR, JENNIE STEWART,
    AND JONATHAN SANDERS, IN THEIR
12  INDIVIDUAL CAPACITIES
13    * * * * * * * * * * * * * * * * * * * * * * *
14             *** CONFIDENTIAL TRANSCRIPT ***
15           *** SUBJECT TO PROTECTIVE ORDER ***
16         The deposition of CORINN HOVIS, taken in
17  connection with the captioned cause, pursuant to
18  the following stipulations before RITA A. DEROUEN,
19  Certified Court Reporter, at Phelps Dunbar, 400
20  Convention Street, Suite 1100, Baton Rouge,
21  Louisiana 70802 on September 28, 2022, beginning
22  at 9:39 am.
23         COURT REPORTERS OF LOUISIANA, L.L.C.
              9522 Brookline Avenue, Suite 217
24              Baton Rouge, Louisiana  70809
          PHONE (225) 201-9650 * FAX (225) 201-9651
25            E-mail:  depos@courtreportersla.com

                                                Page 1
```

```
 1            But a lot of it had to do with school and
 2   accommodations and feeling like I was helpless in
 3   my classes and doing the Title IX process that was
 4   absolutely mentally draining and just as
 5   traumatic.
 6            And so, yes, is he -- is he responsible
 7   for a lot -- like is he responsible for starting
 8   all this?  Yes.  But there's been multiple parties
 9   that have been involved since that -- since that
10   night.
11       Q.   Do you consider yourself at all to bear
12   any of the responsibility for what happened that
13   night?
14       A.   For being raped?
15       Q.   Yes.
16       A.   No.
17       Q.   Do you think -- do you think you bear any
18   responsibility for getting blind stinking drunk
19   that night and going out to --
20            MS. TRUSZKOWSKI:
21                Objection.  That's argumentative,
22            Dennis.  Victim blaming.
23            MR. PHAYER:
24                Don't get me started on that.
25            MS. TRUSZKOWSKI:
```

Page 151