```
                    UNITED STATES DISTRICT COURT

                    MIDDLE DISTRICT OF LOUISIANA


ABBY OWENS, ET AL                    CIVIL ACTION NO. 21-242

VERSUS
                                     JUDGE WENDY B. VITTER
LOUISIANA STATE
UNIVERSITY, ET AL                    MAGISTRATE JUDGE JOHNSON



                         *** CONFIDENTIAL ***


     *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

                    TRANSCRIPT OF THE DEPOSITION OF:

                         ASHLYN BROOKE MIZE,

     TAKEN ON BEHALF OF BOARD OF SUPERVISORS OF LOUISIANA

     STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL

     COLLEGE, REPORTED IN THE ABOVE ENTITLED AND NUMBERED

     CAUSE BY YOLANDA J. PENA, CERTIFIED COURT REPORTER FOR

     THE STATE OF LOUISIANA.

     *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *



               REPORTED AT THE LAW OFFICES OF:

               PHELPS DUNBAR LLP

               400 CONVENTION STREET, SUITE 1100

               BATON ROUGE, LOUISIANA  70802



          COMMENCING AT 9:06 A.M., ON OCTOBER 10, 2022.
```

```
 1                line of questioning.  But you can go ahead and
 2                answer.
 3     BY MS. FURR:
 4          Q.    Who?
 5          A.    Do you want me to tell you everyone I had sex
 6     with before him?
 7          Q.    Yes.  Well, why don't you tell me the number
 8     of people.
 9          A.    This was years ago.  I was in college.  I had
10     a boyfriend, so.
11          Q.    That's ▓▓▓▓▓▓?
12          A.    Yes.
13          Q.    Okay.  Aside from him, who else had you had
14     sex with before ▓▓▓▓▓▓▓▓▓▓▓▓?
15          A.    ▓▓▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓▓▓▓▓▓.
16          Q.    Anyone else?
17          A.    That's it.
18          Q.    Going back quick to your husband, did you
19     ever -- you mentioned traumatizing events with him.
20     Was there anything sexual that ever happened with him
21     that was traumatizing?
22          A.    No.
23          Q.    The sex with him was always consensual?
24          A.    Yes.
25          Q.    So as of -- January 16 is when the incident
```

1    occurred, correct?
2        A.   Yes.
3        Q.   So as of that point in time, were you already
4    dating ▓▓▓▓▓▓▓ or were you not yet dating him?
5        A.   I was already dating him.
6        Q.   When was the last time you had sex with him
7    before that night?
8        A.   I don't know.  I don't remember.
9        Q.   Do you know whether ▓▓▓▓▓▓▓ was exclusive
10   with you or whether he saw other people?
11       A.   He was exclusive.
12       Q.   But at that time, do you know whether y'all
13   were exclusive, in January 2016?
14       A.   Say again.
15       Q.   In January 2016, do you know whether you and
16   ▓▓▓▓ were exclusive then?
17       A.   Yes, we were.
18       Q.   So when did you become on again, off again
19   with him?
20       A.   That summer.
21       Q.   ▓▓▓▓▓▓, when did you have sex with
22   ▓▓▓▓▓▓▓?
23       A.   The first semester of my freshman year.
24       Q.   One time or more than one time?
25       A.   More than one time.

1  A.  He stayed with me a couple of times, not every
2  time.  A lot of times he would go back to New Orleans.
3  **Q.  Did he drink when he came in?**
4  A.  I'm sure he did.
5  **Q.  Did he smoke marijuana with you?**
6  A.  No.
7  **Q.  Tell me what happened on the night of the**
8  **incident with ▮▮▮▮▮▮▮▮▮.**
9  A.  There was a -- at my apartment complex, I had
10 some football players over, and we were drinking.  And
11 we were -- it was late into the night or early into the
12 morning, and we were all pretty drunk.
13         And I remember -- I don't know who let him
14 into my apartment, who opened the door for him or
15 anything like that, but I remember him coming in and me
16 seeing him.  And I asked someone, "Who -- who invited
17 him?"  Like, "Who told him he could come here?"
18         And whenever you're drunk, you don't really
19 have a filter or judgment -- clear judgment, and I
20 remember telling him that I didn't like him because of
21 how he carried himself.  And he told me he was going to
22 make him like me, I'll make you like me.
23         And I just remember him being so arrogant, I
24 just didn't want to be around him.  And I was already
25 so drunk, and so I went to my room and passed out on my

1 bed.
2          At this time, it was -- I don't know who was
3 there, who wasn't there in the -- in the -- my bedroom
4 was right outside of -- or right outside of my kitchen.
5          And I had woke up the next morning and had
6 trauma to my women parts, and my vaginal and anal
7 trauma.  It wasn't until the days following that I
8 could remember what happened.
9          As it came back to me, I remember waking up
10 and going through my phone to try to see if there was
11 anything on my phone that could tell me what happened
12 and finding his number in my phone.
13          And then days after, I started getting
14 flashbacks of what had happened.  And I had called my
15 friend over to try to talk to someone about it, my
16 friend Madison.
17     Q.   I didn't want to interrupt you if you were
18 still going.
19     A.   You're good.
20          MS. TRUSZKOWSKI:  You're good?
21          THE WITNESS:  Yeah.
22 BY MS. FURR:
23     Q.   All right.  Which football players had you had
24 over to your apartment to drink?
25     A.   I can tell you the ones that I remember.  I

1  A. No, that's what I observed, that he was sober.
2  Q. Did he tell you where he had been or anything
3  like that?
4  A. No.
5  Q. Was this your first time to ever speak with
6  him?
7  A. Yes.
8  Q. Did he live in The Standard also?
9  A. Yes.
10 Q. And so it sounds like what you're saying is
11 you didn't -- you already told him when he came in the
12 door that you didn't like him?
13 A. Yes.
14 Q. What preceding that made you not like him?
15 A. How he carried himself about campus, around
16 the apartment complex, how arrogant he acted, just
17 observing him.
18 Q. Had you ever spoken to him before?
19 A. Nope.
20 Q. Had he ever spoken to you?
21 A. No.
22 Q. Did you know how ▮▮▮▮, ▮▮▮▮, or ▮▮▮▮,
23 how they felt about him?
24 A. No. I'm sure everyone -- I speculate that
25 everyone liked him because he was a huge star on the

1    fired?

2         A.   Do I or did I?

3         Q.   Yes.

4         A.   I don't think I really have a grudge against
5    anyone being fired.  I just want awareness to be
6    brought and things to be done right.  I don't really
7    have one person or two people or three people who I
8    look at and say I want them fired.  I just want -- I
9    just want -- I have a daughter now, and when I look at
10   her and know that one day she'll be in college, I
11   just -- I want her -- the culture of that to be fixed
12   and for no one to be protected.

13        Q.   In your case --

14        A.   Uh-huh.

15        Q.   -- is there something you think LSU did to
16   protect ▆▆▆▆▆▆▆▆?

17        A.   Yes, I do.

18        Q.   What?

19        A.   I believe that if I would have known that
20   other women had allegations against him that I wouldn't
21   have felt so alone and that I would have proceeded with
22   the investigation.  At the time, I was scared.  I was
23   lonely because I felt like this has only happened to
24   me, hasn't happened to anyone else.  No one reached
25   back out to me to let me know that his name had came up

1   in any more investigations, any more allegations.  But
2   if I knew that there were other women, then I
3   definitely would have proceeded with the investigation.
4        Q.   Even during the time period that you were
5   dealing drugs and so forth, you would have been focused
6   on that?
7        A.   Yes, even though I was dealing drugs and --
8   and -- however you want to look at me, I still had
9   morals.  And when -- when it comes to -- that there's a
10  predator out there doing the same stuff that he did to
11  me to other women, I believe I still would have
12  proceeded with the investigation, absolutely.  I think
13  that would have helped me gain a lot of closure at the
14  time.
15       Q.   Did you tell your husband about what had
16  happened with ▮▮▮▮▮▮▮▮▮?
17       A.   Yes, I told him.  I don't remember when.  It
18  was after -- it may have been before we were married.
19  I'm not sure.  I don't remember when I disclosed the
20  information to him.
21       Q.   So in your case, you wanted LSU to reach back
22  out to you once it learned of any other allegations
23  about ▮▮▮▮▮▮▮▮▮ and tell you about those
24  allegations?
25       A.   Absolutely.  Not that I wanted details of the