UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, SAMANTHA BRENNAN,
CALISE RICHARDSON, JADE LEWIS,
KENNAN JOHNSON, ELISABETH          CASE NO.
ANDRIES, JANE DOE, ASHLYN          3:21-CV-00242
ROBERTSON, CORINN HOVIS, AND
SARAH BETH KITCH

VS.

BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY AND
AGRICULTURAL AND MECHANICAL
COLLEGE, AND VERGE AUSBERRY,
MIRIAM SEGAR, JENNIE STEWART,
AND JONATHAN SANDERS, IN THEIR
INDIVIDUAL CAPACITIES

  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

*** CONFIDENTIAL TRANSCRIPT ***

*** SUBJECT TO PROTECTIVE ORDER ***

The deposition of ABIGAIL OWENS, taken in

connection with the captioned cause, pursuant to

the following stipulations before RITA A. DEROUEN,

Certified Court Reporter, at Phelps Dunbar, 400

Convention Street, Suite 1100, Baton Rouge,

Louisiana 70802 on September 27, 2022, beginning

at 9:01 am.

COURT REPORTERS OF LOUISIANA, L.L.C.
9522 Brookline Avenue, Suite 217
Baton Rouge, Louisiana  70809
PHONE (225) 201-9650 * FAX (225) 201-9651
E-mail:  depos@courtreportersla.com

Case 3:21-cv-00242-WBV-SDJ    Document 483-27    10/13/23    Page 2 of 23

09/27/2022

```
 1        A.   No.
 2        Q.   What's the highest level of education that
 3   you've achieved?
 4        A.   Bachelor's degree.
 5        Q.   In what?
 6        A.   Marketing.
 7        Q.   And that was from Georgia?
 8        A.   Uh-huh, yes.
 9        Q.   Do you hold any certifications or licenses
10   or anything like that?
11        A.   No.
12        Q.   And when did you begin at LSU?
13        A.   August of 2013.
14        Q.   And what brought you to LSU?
15        A.   I got a full ride to play tennis at LSU.
16        Q.   Who recruited you?
17        A.   Julia Sell.
18        Q.   She was the head coach?
19        A.   Yes.
20        Q.   Where did you grow up?
21        A.   Right outside of Atlanta in Lawrenceville,
22   Georgia.
23        Q.   And were you on a full ride the whole time
24   you were at LSU?
25        A.   Yes, I was.
```

1    Q.   Did you take any breaks from the tennis

2    team or were you on the team the whole time you

3    were there?

4    A.   The whole time I was there I was on the

5    team.

6    Q.   Did you know Miriam Segar?

7    A.   Yes.

8    Q.   How did you know her?

9    A.   Like I'd heard of her.  But I believe we

10   had a meeting close to when I left LSU, and that's

11   the only time I remember actually meeting her.

12   Q.   What meeting do you recall close to when

13   you left LSU?

14   A.   A meeting with my coach after the incident

15   at the tennis match where I had been drinking.

16   Q.   Had you had a breathalyzer at that match?

17   A.   Yes.

18   Q.   And you failed the breathalyzer, correct?

19   A.   Yes.

20   Q.   And what happened in that meeting?

21   A.   I think we just discussed like my options

22   moving forward.  And at that point, I believe I

23   was still going to be on the team, but there was

24   going to be like some stipulations, and I had like

25   a couple weeks or so where I had to be randomly

 1  drug tested and breathalyzed and I could work my

 2  way back onto the team, I believe is what that

 3  meeting was about.

 4      Q.  And what role did Miriam Segar play in

 5  that meeting?

 6      A.  I don't recall.  I just remember her being

 7  there.

 8      Q.  Was she cordial during the meeting?

 9      A.  Yeah.

10      Q.  Did you have any problems with anything

11  that happened from Miriam's perspective?

12      A.  No.

13      Q.  Did you have any problems with the meeting

14  or did you understand that was a consequence of

15  failing the breathalyzer?

16      A.  I understood.

17      Q.  Is there any other time that you remember

18  speaking with Miriam Segar while you were at LSU?

19      A.  Not that I can recall.

20      Q.  What about Verge Ausberry, did you ever

21  speak with Verge Ausberry?

22      A.  I don't believe so.

23      Q.  And what about Sharon Lewis, did you ever

24  speak with her?

25      A.  No.



1    Q.   Who was that?

2    A.   What was his name?  I believe his name was

3    ████████████, I got it from him a lot.

4    Q.   Was he an athlete?

5    A.   Yes.

6    Q.   What kind?

7    A.   Tennis.

8    Q.   Is there anybody else you got it from a

9    lot?

10   A.   Yeah, ███████████.  I think she was a

11   track girl.

12   Q.   And did they both have prescriptions for

13   it?

14   A.   Yes.

15   Q.   And did they sell it to you?

16   A.   Yeah.

17   Q.   Was there anybody who gave it to

18   you -- just gave it to you without purchasing?

19   A.   Like, yes, but I could not tell you who.

20   Q.   When did you first start using Vyvanse or

21   Adderall?

22   A.   I believe it was finals week of my

23   freshman year, second semester.

24   Q.   Had you used it in high school?

25   A.   No, not at all.

```
 1      Q.  And was that because you were worried
 2  about your performance on exams?
 3      A.  Honestly, it wasn't even my idea.  My
 4  boyfriend at the time like gave me some.
 5      Q.  And was that the same boyfriend we talked
 6  about earlier?
 7      A.  Yes.
 8      Q.  How did he have it?
 9      MS. TRUSZKOWSKI:
10          Susie, can I just note for the record
11          that any references to purchases of drugs
12          or such, especially with these other names
13          that we were mentioning -- I just want to
14          make sure that that's not used for any
15          other purpose.
16          I know we have a protective order in
17          place, but I just want -- I don't want any
18          issues with these other people and with
19          Ms. Owens.  Thank you.
20      MS. FURR:
21          I mean, I can't speak for anybody
22          else, but, yes, I'm just asking her
23          questions.  I'm not intending to do
24          anything.
25      MS. TRUSZKOWSKI:
```

1      A.  Maybe February or March of 2014.

2      **Q.  And it ended November 2015?**

3      A.  Yes, that sounds right.  Was it

4   20 -- yeah, it was 2015.

5      **Q.  I think I saw -- I think I'm not doing**

6   **these numbers right, because I think I saw**

7   **somewhere that it was maybe a year-and-a-half to**

8   **two-year relationship; is that right?**

9      A.  Yeah.

10     **Q.  Oh, that's right, sorry.**

11     A.  No, you're good.

12     **Q.  So at some point, do you know the dates**

13  **that you were in rehab?**

14     A.  Uh-huh, yes.

15     **Q.  When were you admitted into rehab?**

16     A.  I think the first time was April maybe

17  like 4th of 2017 until like around August 4th of

18  2017.

19     **Q.  And was that at the same place the whole**

20  **time?**

21     A.  I did like an inpatient for 28 days and

22  then I was transferred to like -- I guess it's

23  called like extended care, which was like a cabin

24  somewhere in Lafayette.

25     **Q.  So the whole stay was in Lafayette?**

1      A.  Is what what I told her?

2      Q.  That quote that I just read.

3      A.  Yes, if it's in quotes, yes.

4      Q.  Does that sound like how you felt or you

5  believe you would have told her?

6      A.  Yeah, probably.  This handwriting is

7  terrible, I can't read it.

8      Q.  You can see why I had to give you a clear

9  copy.  For your information, I had to decipher

10  what it said and write it because I didn't want to

11  take forever to try to reread it.

12         It says in the next line, "Patient reports

13  that she was raped by an athlete at school."

14         Is that right, is that what you reported?

15      A.  Yes.

16      Q.  And that was the first time you had

17  reported it to anyone?

18      A.  Yes.

19      Q.  It says in the next line, "I always try to

20  take the blame for things that happen to me, bad

21  things, but I know I have to get honest about

22  everything.  I have to get through any shame about

23  things, and that's a big one."

24         Is that what you told him?

25      A.  Yeah.

 1    A.  Yes, a lot.

 2    Q.  Tell me more about that.  Why did you feel

 3  ashamed?

 4    A.  Well, first of all, it's out of character

 5  for me to have even had any of -- anything like

 6  that happen.  And then I think the fact that I did

 7  blame myself was what brought on the shame.

 8    Q.  And the incident you're referring to here

 9  is the one with ████████████; is that right?

10    A.  Yes.

11    Q.  And let's talk about that incident now

12  then.  Where -- do you remember the date of it?

13    A.  Yeah.  It was on June 29, 2016.  And I met

14  him the night of June 28th.

15    Q.  How do you know the date for sure?

16    A.  I have a photo from that night.

17    Q.  Is that the one of you in the parking lot?

18    A.  Yes.

19    Q.  Who took that photo?

20    A.  ████████████.  She was on the soccer

21  team.

22    Q.  Did you take any other pictures?

23    A.  Not that I know of.  I don't think so.  I

24  think there's like a -- maybe a photo of us -- the

25  two of us at the bar that night saved in like my

 1   Snapchat memories or something.  But other than

 2   that...

 3        Q.  Is that you and ████████ or you and ████████

 4   ████████?

 5        A.  Yes, me and ████████.

 6        Q.  Do you have any pictures with ████████

 7   ████████?

 8        A.  No.

 9        Q.  And how do you know that picture was the

10   same night?

11        A.  Which one, the --

12        Q.  The picture in the parking lot.

13        A.  Like ████████ was with us, and she like was

14   there for all of that.  She had driven us to

15   Cane's.

16        Q.  Okay.  So tell me, prior to that evening,

17   had you ever met ████████ before?

18        A.  No.

19        Q.  Who did you go out with that evening when

20   you met him?

21        A.  I went out with ████████, ████████,

22   I believe ████████, and I think ████████

23   ████████ was with us.

24        Q.  And what did y'all do before you

25   got -- you saw ████████ at JL's for the first

1   time; is that right?

2       A.  Yes.

3       Q.  What did y'all do before JL's?

4       A.  We pregamed at The Standard.

5       Q.  And do you know how much you had had to

6   drink already before you got to JL's?

7       A.  I couldn't tell you like a set amount, but

8   I was already intoxicated when we got there.

9       Q.  Were you also taking Adderall that day?

10      A.  I don't remember.

11      Q.  Were your friends also drunk?

12      A.  Yes.

13      Q.  How did y'all get to JL's?

14      A.  I don't know if we Ubered or if ▇▇▇▇▇▇

15  drove us.  I cannot -- I don't remember.

16      Q.  Why would you assume that ▇▇▇▇▇▇ drove

17  y'all?

18      A.  Because he brought his car to the bars a

19  lot, so maybe he would have.

20      Q.  Did y'all just go to JL's first, from The

21  Standard to JL's, or did you go elsewhere?

22      A.  I think so.  Because it was a Tuesday, so

23  it was wine night at JL's.

24      Q.  And the picture of you in the parking lot

25  was taken before you went into JL's or after?

```
 1  remember.
 2       Q.  I think I saw somewhere you were
 3  star-struck at the time, is that --
 4       A.  Yeah, at the time, yeah.
 5       Q.  Anything else you remember of your
 6  conversation with him at the bar?
 7       A.  No.
 8       Q.  Do you know whether he was drinking?
 9       A.  I don't know if he was drinking or not.
10  He drove us home, so I hope not.
11       Q.  Do you know who he had been there with?
12       A.  I don't.
13       Q.  Do you know whether he bought you any
14  drinks?
15       A.  Yes.
16       Q.  How do you know that?
17       A.  I remember he was buying Patron because,
18  like, I don't drink Patron.
19       Q.  Was he buying it for a group of y'all or
20  just you?
21       A.  I don't remember.
22       Q.  Did you buy drinks too?
23       A.  Correct.
24       Q.  Did you drink the Patron?
25       A.  Yes.
```

1  messages of him asking if he could come over.  And

2  I remember specifically I said -- I remember -- I

3  don't remember saying it, but I told him like,

4  Yeah, you can come over, but I said, Nothing's

5  going to happen.

6      **Q.  Do you know what time that was?**

7      A.  I do not know what time that was.  But if

8  I had to guess, around like 2:00 or 2:30.

9      **Q.  Do you have any idea -- so you know that**

10  **he came back to your apartment?**

11      A.  Yes.

12      **Q.  How do you know that?**

13      A.  I have like memories, like flashbacks.

14      **Q.  When did you have flashbacks?**

15      A.  The next day.  Like I remember bits and

16  pieces.

17      **Q.  What bits and pieces did you remember the**

18  **next day?**

19      A.  I remember what happened, like I remember

20  him raping me.

21      **Q.  Okay.  And I'm sorry, I know this is**

22  **uncomfortable, but I need you to tell me**

23  **everything that you can remember.**

24          MS. TRUSZKOWSKI:

25              Do you want to take a minute?

1  you'd been sexually assaulted or mistreated by

2  █████?

3      A.  No.

4      Q.  And did you ever tell anyone at LSU that

5  you had been sexually assaulted or raped by

6  ████████████?

7      A.  I did not, no.

8      Q.  Do you think someone did?

9      A.  Yes.

10     Q.  Who do you think did?

11     A.  The treatment center did, and my dad told

12 Julia Sell, who's a mandatory reporter.

13     Q.  Who at the treatment center do you think

14 spoke to LSU?

15     A.  I am not positive.

16     Q.  Why do you think that happened?

17     A.  Because they told me it happened and my

18 parents.

19     Q.  Okay.  And your parents.  I'm sorry, okay,

20 you're saying your parents --

21     A.  They told me and my parents that they told

22 someone, yeah.

23     Q.  And you don't know who it is that told you

24 that the counseling center told LSU?

25     A.  I think -- I think some woman named

1  you ever gone to Title IX either before or after
2  your rehab to make any complaints?
3      A.  I didn't know that Title IX was a thing.
4      Q.  Had you ever gone to student affairs?
5      A.  I don't think so.
6      Q.  I assume you never contacted Lighthouse
7  during your time at LSU?
8      A.  Again, I did not know what that was.
9      Q.  At what point in time did you make the
10  decision to -- not to return to LSU?
11     A.  I believe in extended care, after -- after
12  finding out like that Julia had said that, I think
13  that was kind of like the final straw.  Like I
14  didn't want to come back because I didn't want to
15  potentially be around ██████████.
16         They offered to like keep my scholarship
17  and let me finish out school, but I didn't think
18  it was worth it.  Like I didn't want to be
19  under -- I didn't want Julia to still have any
20  control over my life.  And I -- yeah, I didn't
21  want to like be in the place where all of my
22  traumas happened.
23     Q.  So that was sometime before the beginning
24  of August --
25     A.  Yes.

1    she knew that I had like an actual diagnosed

2    eating disorder.  But like she had struggled with

3    them too, so she can see the signs.  So I think

4    it's more of a she already knew type of thing, not

5    anyone had ever told her.

6        Q.  Had she sought to get you in treatment

7    before for an eating disorder?

8        A.  No.

9        Q.  Do you know why not?

10        A.  It just wasn't like to that level.

11        Q.  At the top of Owens 2973, it indicates

12    that your mother said "Julia, her coach, is very

13    critical.  The client's mother became tearful,

14    stating that she told us that she doesn't believe

15    Abby was raped.  My husband feels like he has

16    failed and basically the coach agreed with him."

17            Did you ever hear your dad say that he

18    felt like he had failed you?

19        A.  Yeah.

20        Q.  Did he say how he felt like he had failed

21    you?

22        A.  No.

23        Q.  Did he indicate that it was because y'all

24    had not had a good relationship up to that point?

25        A.  No, he didn't.  I don't remember.  I just

1  summer.  And when did you return?

2      A.  In the fall.

3      Q.  When did you finish?

4      A.  2020, August 2020.

5      Q.  So you returned for fall 2018?

6      A.  Yes.

7      Q.  And how many hours did you take then?

8      A.  I don't remember.  I think I kind of kept

9  it to like maybe three classes a semester, maybe

10  four, but I don't recall.

11      Q.  So then why -- if you had 18 hours left,

12  why did it take you until August 2020 to graduate?

13      A.  Because I transferred to a much different

14  school than LSU and I lost like 30-something

15  credit hours.

16      Q.  Did you consider any other schools besides

17  Georgia?

18      A.  I -- yes.  I also applied to Georgia

19  State.

20      Q.  Did you get in there?

21      A.  I -- yes, I did.

22      Q.  Do you know how your hours would have

23  transferred there?

24      A.  I do not.

25      Q.  So the bad news about school was what?

 1    Q.  Did she tell you that you could file a

 2  Title IX report with LSU?

 3    A.  I don't recall.  But I do know that she

 4  told me that there should have been a Title IX

 5  report filed, so it should be there.

 6    Q.  What information did you tell her had been

 7  reported to LSU?

 8    A.  Just that my -- well, first of all, I

 9  talked about how the treatment center I was at

10  definitely called and told someone within the

11  athletics administration.  And then I also told

12  her that my dad told Julia Sell that I was raped

13  by a football player, and she's a mandatory

14  reporter.  So...

15    Q.  Did she talk to you about mandatory

16  reporters and explain who that was?

17    A.  She's the one who told me that and

18  explained that, yeah.

19    Q.  Jessica is?

20    A.  Yes.

21    Q.  And so at that point in time, did you

22  consider inquiring about whether you could file

23  any kind of Title IX report or give any statement

24  about ███████████?

25    A.  Well, at that point, it's been three-plus

1   her, and she said like that she had like seen a

2   mention of it somewhere.  I'm not quite sure.

3           It was very -- it was strange.  And then

4   so I was like, Okay, well, can like I see it,

5   blah, blah, blah.

6           And she said, No, like there is no report,

7   and if I want to find out who the treatment center

8   spoke to in the athletic department, I would have

9   to call the treatment center.

10          So that's what I -- the bulk of what I

11  remember from that conversation.

12      **Q.  Did you call the treatment center?**

13      A.  Yes.

14      **Q.  And what did they say?**

15      A.  They -- I haven't really gotten

16  information from them.  I don't think they have it

17  documented anywhere.

18      **Q.  Did Jennie Stewart tell you the reason**

19  **you'd have to check with the treatment center is**

20  **because she did not have the information about who**

21  **reportedly reached out to LSU athletics?**

22      A.  I don't recall.

23      **Q.  Was that a cordial conversation, or did**

24  **she do anything that was offensive to you in that**

25  **conversation?**

 1  I know there were e-mails, some e-mails, but I

 2  don't remember that.  I think that's correct.

 3      Q.  Do you know what you told her about even

 4  the nature of what happened to you, or did you

 5  just ask for -- to see if there was a Title IX in

 6  your name?

 7      A.  I think I probably told her.

 8      Q.  Do you know that for sure?

 9      A.  I'm not positive.

10      Q.  Is there something that you expected LSU

11  to have done that it didn't do with respect to

12  you?

13      A.  I mean, yes.  Like -- I don't know.  I

14  feel like everyone said that the reason an

15  investigation wasn't done or whatever was because

16  you guys didn't have the name.  But like how easy

17  is it to get the name?

18      Q.  From whom?  Who do you think had the name?

19      A.  Me and the people at the treatment center.

20  So yeah.  But no one ever reached out to me, like

21  not even -- no effort, zero effort was made.

22      Q.  And did you reach out to anybody?

23      A.  I didn't know that Title IX was a thing.

24      Q.  So, no, you didn't reach out to your coach

25  or to anybody at LSU to give any information about

```
 1   not?

 2       A.  I don't know.  Yes.

 3       Q.  What support services?

 4       A.  I don't know.  I was never -- I was never

 5   told about Title IX or Lighthouse of any of that.

 6       Q.  Is it your position that you would have

 7   made a report of sexual assault before you went to

 8   rehab if you had known about those?

 9       A.  Before I went to rehab?

10       Q.  Yes.

11       A.  It's hard to say.

12       Q.  Once you were in rehab, is there any

13   services they did not offer you before you

14   withdrew from the university?

15       A.  Yeah, all of the ones that I just listed.

16   Because I should have been told about the Title IX

17   office and about what my options were and what my

18   resources were, and I wasn't.

19       Q.  And I may have asked you this.  Did you

20   ever go on LSU's website to see what resources

21   were available?

22       A.  No.

23       Q.  Why not?

24       A.  I don't know.

25       Q.  Do you know whether Julia -- you mentioned
```

1    A.  Because I withdrew and I left.  Like I
2  didn't feel safe to come back.
3    Q.  **But no one took the scholarship away from**
4  **you, correct?**
5    A.  Yeah, but I was -- I left because it was
6  an unsafe environment for me.
7    Q.  **Okay.  Then it says, "Tuition and**
8  **educational expenses at University of Georgia for**
9  **$50,000."**
10      **Is that a duplicate of -- that's the same**
11  **thing, right?  You're just saying, on one hand,**
12  **you lost a scholarship; on the other hand, you had**
13  **to pay tuition, correct?**
14    A.  Correct.
15    Q.  **And that's in-state tuition at Georgia?**
16    A.  Yes.
17    Q.  **And you're saying LSU was responsible for**
18  **paying that because you didn't continue going to**
19  **LSU?**
20    A.  Correct.
21    Q.  **"Cost of treatment at Caron Treatment**
22  **Center."**
23      **Is it your testimony that you would not**
24  **have needed rehabilitation treatment had it not**
25  **been for the incident with ██████████?**

```
 1        A.   Yes.

 2        Q.   Even though you already had a substance

 3   abuse and an alcohol problem before that?

 4        A.   Not nearly to that level.

 5        Q.   Has any medical professional ever told you

 6   that, or is that just your assessment?

 7        A.   I don't know.

 8        Q.   "Cost of housing at UGA."

 9             Where did you live at UGA?

10        A.   I lived in an apartment with my sister.

11        Q.   It says, "Other medical expenses to be

12   quantified at a later date."

13             Have you quantified your medical expenses?

14        A.   I don't believe so.

15        Q.   It says here, "Inability to participate in

16   educational opportunities at LSU."

17             Are there any educational opportunities

18   you think you were not able to participate in?

19        A.   Educational opportunities?  So, what, like

20   classes?

21        Q.   It's just an item of damages.  I'm just

22   asking what you know about that.

23        A.   I guess because I missed out on the

24   classes that I was taking.  I don't know.

25        Q.   The ones that -- you missed out on the
```