```
               UNITED STATES DISTRICT COURT

               MIDDLE DISTRICT OF LOUISIANA


ABBY OWENS, ET AL
                              CASE NO.: 3:21-cv-00242
                              DIVISION WBV-SDJ
  VERSUS                      JUDGE WENDY B. VITTER
                              MAG. JUDGE JOHNSON
                              JURY DEMANDED

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL

    * * * * * * * * * * * * * * * * * * * * *


               DAY 2 OF THE DEPOSITION OF

                      MIRIAM SEGAR



TAKEN AT SHOWS CALI & WALSH, 628 ST. LOUIS

STREET, BATON ROUGE, LOUISIANA 70802, ON

NOVEMBER 2, 2022, BEGINNING AT 9:04 A.M.



REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER
    CERTIFICATE NUMBER 29011
```

```
 1  Q    So, the conversation happened with you
 2         and counsel?
 3  A    Yes.
 4  Q    Was this a reporting incident or this was
 5         --
 6  A    I recall this being in relation to the
 7         public records request we received.
 8  Q    And then at Stewart 96 it looks like Ms.
 9         Stewart is asking you "when did Owens'
10         father disclose to Julie?  Believe late
11         April 2017 at SEC tournament at hotel
12         lobby."  We'll get into a little bit more
13         about Abby Owens but you're responding
14         April 2017 at SEC.  What is she referring
15         to, Owen's father disclosing to Julie?
16         What did you understand she was referring
17         to?
18  A    When Abigail Owens' father talked with
19         Coach Julia Sell at the SEC women's
20         tennis tournament in 2017.
21  Q    What was your understanding of what he
22         told Julia Sell?
23  A    What was shared with me by Julia was that
24         the father told her that, well, had
25         thanked her for her help with Abby and
```

```
 1         then at some point in the conversation
 2         said that he had learned that Abby had
 3         been assaulted by a football player.
 4    Q    Did Julia give you the name of that
 5         football player?
 6    A    The father did not disclose the name to
 7         Julia and Julia didn't have a name to
 8         give to me.
 9    Q    When did Julia make this report to you?
10    A    She called me.  I don't know if it was
11         the same night or the day after but in
12         the timeframe that it was reported to
13         her.
14    Q    What did you do in response to that being
15         reported to you by Julia?
16    A    I talked to Jennie about it because I
17         didn't really know how to report.  At
18         this point, Abby had withdrawn from
19         school and wasn't enrolled and I didn't
20         have any information other than a
21         possible assault and I didn't have a
22         football player name or any details and
23         Jennie and I talked about it and
24         understood it was serious but without any
25         more information, there wasn't much that
```