8/20/20, 8:35 PM

> Tweet from Coach Ed Orgeron (@Coach_EdOrgeron)¿Coach Ed Orgeron (@Coach_EdOrgeron) Tweeted:¿My Statement: https://t.co/8jGVuNiclx https://twitter.com/Coach_EdOrgeron/status/1296600969946386432?s=20

I'm glad to see some info coming out.

> [redacted]

> Guess they did their own investigation...????

I'm wondering the same. They went through with verifying what was said outside pm 73 process?

The question was whether something disclosed rose to PM 73 and if he comported with his obligations under our policy.

That's our purview.

> We know that but I guess GC wanted to handle it

We are going to get in some s$&t handling things outside the purview of process.

> Exactly

That's where respect for process, even if not as quickly as wanted, needs to be followed.

> [redacted]

I'm going to address tomorrow. We have some stellar processes that have insulated us well from question as they are equitable. To go around that is a risk and also thumbing at us, tasked with this work.