UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, SAMANTHA BRENNAN,
CALISE RICHARDSON, JADE LEWIS,
KENNAN JOHNSON, ELISABETH          CASE NO.
ANDRIES, JANE DOE, ASHLYN          3:21-CV-00242
ROBERTSON, CORINN HOVIS, AND
SARAH BETH KITCH

VS.

BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY AND
AGRICULTURAL AND MECHANICAL
COLLEGE, AND VERGE AUSBERRY,
MIRIAM SEGAR, JENNIE STEWART,
AND JONATHAN SANDERS, IN THEIR
INDIVIDUAL CAPACITIES

* * * * * * * * * * * * * * * * * * * * * * * *

*** CONFIDENTIAL TRANSCRIPT ***

*** SUBJECT TO PROTECTIVE ORDER ***

The deposition of ███████████, taken in

connection with the captioned cause, pursuant to

the following stipulations before RITA A. DEROUEN,

Certified Court Reporter, at Phelps Dunbar, 400

Convention Street, Suite 1100, Baton Rouge,

Louisiana 70802 on October 5, 2022, beginning at

9:08 am.


COURT REPORTERS OF LOUISIANA, L.L.C.
9522 Brookline Avenue, Suite 217
Baton Rouge, Louisiana  70809
PHONE (225) 201-9650 * FAX (225) 201-9651
E-mail:  depos@courtreportersla.com

1   apartment.

2        Q.  It's just you and ████ who live at the

3   apartment?

4        A.  Uh-huh.  Yes, sorry.

5        Q.  Aside from this lawsuit, have you ever

6   sued anyone?

7        A.  No.

8        Q.  Have you ever been sued?

9        A.  No.

10       Q.  Have you ever filed a complaint with a

11  governmental agency?

12       A.  No.

13       Q.  What about an administrative agency?

14       A.  No.

15       Q.  All right.  Let's talk a little bit about

16  your educational background.

17           Where did you attend high school?

18       A.  Dutchtown High School.

19       Q.  And when did you graduate?

20       A.  2018.

21       Q.  And what did you do after graduation?

22       A.  I started school at LSU.

23       Q.  So you started school in the fall of 2018?

24       A.  Yes.

25       Q.  Are you currently enrolled at LSU?

```
 1       A.   Yes.
 2       Q.   And what is your major?
 3       A.   Prebusiness, I think.  But I'm trying to
 4  get into business and accounting.
 5       Q.   What do you have to do to get into the
 6  college of business?
 7       A.   Raise my GPA a little bit.
 8       Q.   What is your current GPA?
 9       A.   I think ███, and I need a █.
10       Q.   And you need a ███ to be admitted?
11       A.   Yes.
12       Q.   Has accounting always been your major?
13       A.   No.
14       Q.   What was your major before?
15       A.   Environmental engineering.
16       Q.   Why did you change your major?
17       A.   I flunked out of school and took a
18  semester off and kind of just thought about it,
19  and I didn't want to do engineering anymore.
20       Q.   You didn't like engineering?
21       A.   No.
22       Q.   When did you change your major?
23       A.   I guess when I started at BRCC.
24       Q.   And when was that?
25       A.   I think it was summer of 2020.
```

1      Q.   And how long were you at BRCC?

2      A.   I'm trying to think.  I think my last

3   semester was the fall semester of 2021.  Yeah, I

4   think so.

5      Q.   And so you started LSU in the spring of

6   2022?

7      A.   Yes.

8           MS. TRUSZKOWSKI:

9                Can I ask, BRCC, is that Baton Rouge

10          Community College?

11          MS. GREEN:

12               Yes, it is.

13          MS. TRUSZKOWSKI:

14               Just wanted to make sure.

15          MS. GREEN:

16               Thank you for asking for purposes of

17          the record.

18   BY MS. GREEN:

19      Q.   What is your anticipated date of

20   graduation?

21      A.   I don't know.

22      Q.   Are you meeting with counselors at LSU as

23   far as your academic progress?

24      A.   I have a resume.

25      Q.   And when was the last time you had a

1    A.   Like she would let ▮▮▮▮ into my room
2  without me knowing and knowing I didn't like it.
3    **Q.   And what is ▮▮▮'s last name?**
4    A.   ▮▮▮▮▮▮.
5    **Q.   Did you know ▮▮▮, or ▮▮▮▮▮▮▮, before**
6  **attending LSU?**
7    A.   No.
8    **Q.   How did you meet him?**
9    A.   Through ▮▮▮▮.
10    **Q.   Was she friends with ▮▮▮▮▮▮▮?**
11    A.   Yes.
12    **Q.   Do you know how ▮▮▮▮, or Ms. ▮▮▮▮, met**
13  **Mr. ▮▮▮▮▮▮?**
14    A.   Through a guy she was seeing.
15    **Q.   And what was his name?**
16    A.   ▮▮▮.   I can't remember his last name right
17  now.
18    **Q.   What dorm were you living in at the time?**
19    A.   North Hall.
20    **Q.   Where did Mr. ▮▮▮▮▮ live at the time?**
21    A.   North Hall.
22    **Q.   Did you live on the same floor?**
23    A.   No.
24    **Q.   Okay.  You said Ms. ▮▮▮▮▮ would let**
25  **Mr. ▮▮▮▮▮▮ in your room and she knew you didn't**

1  realize you weren't there, but could you tell when

2  you returned to your dorm that he had been there?

3      A.  Yes.

4      Q.  How?

5      A.  On one occasion he stole my food and like

6  smashed it into my carpet and shoved it under

7  people's doors and like threw it down the hall and

8  stuff.  And another time he took -- stole a

9  picture of mine and put somebody's phone number on

10  it and said, "Call for a good time."

11          And I don't know.  I could just like tell

12  that things were moved, and my bed would smell

13  like a guy.  So...

14      Q.  How do you know that Mr. ████ stole

15  your food?

16      A.  I guess he kind of like admitted to it.  I

17  think like I would yell at him when he did it.

18  So...

19      Q.  He admitted to you that he had stolen your

20  food?

21      A.  I believe so.  I can't remember exactly.

22      Q.  Do you remember -- I'm going to ask you

23  about the other things.

24          But as far as him stealing your food, did

25  that happen once or more than once?

```
 1        A.   I think just once.
 2        Q.   And do you remember about when it
 3   happened?
 4        A.   No.
 5        Q.   Was it in the fall semester of 2018?
 6        A.   I believe so, yes.
 7        Q.   Did you ask Ms. ████ about -- did you
 8   ask Ms. ████ why she let ████ in your room after
 9   he stole your food?
10        A.   No.  I -- I just kind of got mad and I
11   think I actually just drove to my parents' house
12   after it happened.
13        Q.   Your parents' house in --
14        A.   Geismar.
15        Q.   -- Geismar?
16        A.   Yeah, in Dutchtown.
17        Q.   Did you tell your parents what happened?
18        A.   Yes.
19        Q.   Did they offer you any advice about how to
20   handle the situation?
21        A.   I don't remember exactly what they said.
22        Q.   Did you tell your -- anyone at res life
23   what happened, residential life what happened?
24        A.   Not at the time, no.
25        Q.   You said that Mr. ████ stole a picture
```

1   of you.  What was the picture?

2       A.  Me and my friend, ████████.

3       Q.  Did ████████ -- what's -- I'm sorry,

4   what's ████████'s last name?

5       A.  ████████.

6       Q.  How did you know ████████?

7       A.  She was my suite mate.

8       Q.  Did you know her prior to living in North

9   Hall?

10      A.  No.

11      Q.  Are you and Ms. ████████ still friends?

12      A.  Yes.

13      Q.  Is she currently at LSU?

14      A.  No.  She graduated.

15      Q.  Do the two of you keep in touch?

16      A.  Yes.

17      Q.  How do you know that Mr. ████████ is the

18  one who stole the picture?

19      A.  I believe he -- maybe he had posted it on

20  Snapchat, or somebody had posted it on Snapchat,

21  and word had gotten back to me.

22      Q.  You said that he wrote a phone number on

23  the picture.  Was it your phone number?

24      A.  No.  I don't know whose phone number it

25  was.  I don't remember who it was for.

1      Q.   Did you get the picture back?

2      A.   No.

3      Q.   Did you ask him for the picture?

4      A.   No.   He had like -- it was a Polaroid

5   picture and he had written on it.   So I was just

6   like it's trash now, I guess.

7      Q.   Do you recall when Mr. ▇▇▇▇ took the

8   picture or when this incident occurred?

9      A.   It was right before I made my report to my

10  RA, my former RA.

11     Q.   And when was your --

12     A.   I think.

13     Q.   -- report?

14     A.   I believe it was in March.

15     Q.   March of 2019?

16     A.   Yes.

17     Q.   So the incident with the picture would

18  have happened before then?

19     A.   Yes.

20     Q.   You think it was in March of 2019?

21     A.   Uh-huh.

22     Q.   Yes?

23     A.   Yes.   Sorry.

24     Q.   All right.   Is there anything else that

25  Mr. ▇▇▇▇ did to you during -- let's talk about

1    the fall semester first.  We talked about the

2    incident with the food.

3         Was there anything else that happened with

4    him during the fall of 2018?

5    A.   Yes.

6    Q.   Okay.  Tell me about that, please.

7    A.   Just like incidents that occurred?

8    Q.   Sure.

9    A.   He was -- he would like play fight me, I

10   guess, and like body slam me and like hit me.  I'm

11   trying to think what else.  And I think we

12   stopped -- like I stopped talking to him a few

13   months after I met him in the fall.

14        And he would like follow me around the

15   union or like the dining hall and like ask me to

16   eat with him.  And he would come up to my room,

17   and whenever I would open up the door, he would

18   like kind of push me out the way and steal

19   something of mine.  And he would say like, You can

20   have it back if you come down to my room and

21   cuddle with me.

22        And one time he slid a thing of chocolate

23   under          's door.  And our rooms were

24   connected.  And at the time, there was mice in the

25   dorm, so I went to go pick it up off the floor and

1   he -- I can't remember what exactly -- Sarah, she

2   would tell ████ about me, and so she told -- she

3   told ████ that I had touched the chocolate, and he

4   threatened me.

5         I don't remember what exactly he

6   threatened me with, but he was very upset that I

7   picked it up.

8     **Q.  All right.  Let's start with the play**

9   **fighting.**

10        **How often would that occur?**

11    A.  I think it occurred like two or three

12  times.

13    **Q.  Two or three times between 2018 and the**

14  **time that you reported to res life?**

15    A.  Yes.

16    **Q.  Were you -- let me ask this question,**

17  **because you also mentioned body slam and hitting.**

18        **Did that all happen in the context of play**

19  **fighting?**

20    A.  I think, to him, he thought it was play

21  fighting, yes.

22    **Q.  Did he --**

23    A.  But I would like tell him to stop, you

24  know.

25    **Q.  And after you told him to stop, would he**

1  stop?

2  　　A.　No.

3  　　Q.　Were you ever injured as a result of the

4  play fighting?

5  　　A.　No.

6  　　Q.　Did you ever report the play fighting

7  incidents to res life?

8  　　A.　Not at the time, no.

9  　　Q.　Why didn't you report the incidents?

10  　　A.　I didn't want to cause a fuss, I guess.

11  　　Q.　Was Mr. ▇▇▇▇▇ ever nice to you?

12  　　A.　Sometimes.  Like whenever I first met him,

13  he was really, really nice.

14  　　Q.　Were you friends when you first met him?

15  　　A.　Yes.

16  　　Q.　Would you go places together?

17  　　A.　Yes.

18  　　Q.　Where would you go?

19  　　A.　We went to a football game together.  I

20  can't remember.  It was a game that we stormed the

21  field, that's the only way I remember it.  I don't

22  know who we were playing or anything like that.

23  　　Q.　And that was in the fall of 2018?

24  　　A.　Yes.

25  　　Q.　And the two of you stormed the field

 1 | together?

 2 |     A.  Yes.

 3 |     Q.  I mean, I know it wasn't just the two of

 4 | you, but the two of you stormed the field?

 5 |     A.  Yes.

 6 |     Q.  Other than football games, would you go

 7 | other places together?

 8 |     A.  I don't recall specifics, but I'm guessing

 9 | we probably went to go eat together at the dining

10 | hall.

11 |     Q.  Did you and Mr. ████ ever date each

12 | other?

13 |     A.  No.

14 |         MS. TRUSZKOWSKI:

15 |             I'm sorry, did you ask "date"?

16 |         MS. GREEN:

17 |             "Date," yes.

18 |         MS. TRUSZKOWSKI:

19 |             I didn't mean to interrupt you.  Thank

20 |         you.

21 | BY MS. GREEN:

22 |     Q.  You mentioned that Mr. ████ would steal

23 | things and then ask you to cuddle?

24 |     A.  Uh-huh.  Yes, sorry.

25 |     Q.  What did you do in response to those

1    requests?

2        A.  Tell him to give it back.

3        **Q.  Would he return the items?**

4        A.  Sometimes.

5        **Q.  What types of things would he take?**

6        A.  If I wouldn't open my door, he would take

7    like the decorations off my door.  Like we would

8    decorate for different holidays, stuff like that.

9            If I did open my door, I had like a robe

10   that was hanging right by my door and he would

11   steal that or my towels.  And he would -- one time

12   he stole my Tide pods and he said he was going to

13   eat a Tide pod if you don't come cuddle with me.

14   It was stupid.

15       **Q.  And how do you know Mr.** ███████ **was the**

16   **one who was taking these things?**

17       A.  I saw him do it.

18       **Q.  How many times would you say Mr.** ███████

19   **took your things, your possessions?**

20       A.  Very often.

21       **Q.  Did his behavior frustrate you?**

22       A.  Yes.

23       **Q.  Did you ever report to res life that he**

24   **was taking your things?**

25       A.  Not at the time, no.

1    Q.  Why didn't you report it?

2    A.  I didn't want to cause any trouble, I

3  guess.  I thought I could take care of it on my

4  own and that he would eventually stop.

5    Q.  Even after Mr. ███████ took some of your

6  things, ██████ continued to allow him to have

7  access to your room?

8    A.  Yes.

9    Q.  How often would you say Mr. ██████ was

10  allowed in your room when you weren't there?

11    A.  That I know of, probably like four or five

12  times.

13    Q.  Okay.  You said that you thought you

14  stopped talking to him sometime in the fall?

15    A.  Yes.

16    Q.  Why did you stop talking to him?

17    A.  I got fed up by -- he wasn't listening to

18  me whenever I would tell him to like stop his

19  behavior basically.  And so I just blocked him on

20  everything and said like, seriously, like leave me

21  alone, you know.

22    Q.  Did he leave you alone?

23    A.  No.

24    Q.  Tell me what he did after you blocked him

25  on social media -- or on everything.  I'm sorry, I

 1  don't want to mischaracterize your testimony.

 2      A.  He would find different ways to contact me

 3  or ███ would tell him things.  And when he would

 4  see me, he would say stuff to me.  Or she would

 5  relay messages from him through her to me.

 6      Q.  Okay.  So at some point -- you've already

 7  told me that at some point you got fed up and you

 8  complained?

 9      A.  Uh-huh.

10      Q.  When -- in March of 2019?

11      A.  Yes.

12      Q.  What led you to complain?

13      A.  Basically, I felt like there was nothing I

14  could do to protect myself, I guess, because I

15  knew he had the capability to be violent with the

16  fighting and stuff.  And I felt like he was out of

17  control and like didn't understand what "no"

18  meant, I guess.

19      Q.  Other than the play fighting, was there

20  anything else that he did that made you think he

21  was violent?

22      A.  I mean, he would threaten me with

23  violence, I guess.  And he was bigger than me and

24  stronger.  And I was just scared.  And I remember

25  at one point -- I mean, I was scared enough that I

1    asked for like a little stun gun for Christmas.

2          And my grandpa bought it for me.  And I

3    didn't know if it was allowed at LSU, but I

4    brought it in my purse.  And ████ found out and

5    threatened to report me to res life for having a

6    weapon on campus.

7    **Q.  So when do you think the stun gun, I'll**

8    **call it the stun gun incident --**

9    A.  I mean, it was a little Taser.

10   **Q.  When do you think that happened?**

11   A.  It must have been like January, because I

12   had gotten it for Christmas.

13   **Q.  So January of 2019?**

14   A.  Yes.

15   **Q.  What -- how would -- you said that**

16   **Mr. ████ would threaten you with violence.**

17   **Would -- can you give me some examples of the**

18   **threats he made?**

19   A.  Like he would say, I'm going to beat you

20   up.  Stuff like that.

21   **Q.  Was he joking when he said these things?**

22   A.  I guess sometimes.

23   **Q.  Do you recall what you were doing when he**

24   **would say these things?**

25   A.  No.

1    Q.  Was this via -- the threats, did they come

2    in person or via social media?

3    A.  I don't recall.

4    Q.  How often do you think he threatened you?

5    A.  Maybe like once or twice.

6    Q.  Once or twice during the period from the

7    fall of 2018 until when you made your complaint?

8    A.  Yes.

9    Q.  Did you fear for your safety?

10   A.  Yes.

11   Q.  But at this point, you still hadn't made a

12   complaint to res life, correct?

13   A.  Yes.

14   Q.  You believe that you got a stun gun for

15   Christmas, so that would be Christmas of 2018?

16   A.  '18, yeah.

17   Q.  How did Mr. ████████ know it was in your

18   purse, the stun gun was in your purse?

19   A.  ███████.

20   Q.  And Mr. ███████ threatened to report you

21   to res life because you had a stun gun?

22   A.  Yes.

23   Q.  So what did you ultimately do with the

24   stun gun?

25   A.  Brought it to my parents' house.

1      Q.  Do you remember when that was?

2      A.  I think it was right after he said he was

3  going to report me, and I was scared of getting in

4  trouble.

5      Q.  Do you think that was in January of --

6      A.  Yes.

7      Q.  -- 2019?

8      A.  Yes.

9      Q.  Was Mr. ██████ verbally abusive to you?

10     A.  Yes.

11     Q.  How so?

12     A.  He would call me names, like fat and pig.

13  And I'd been dating a girl previously, so he

14  called me a fag.

15     Q.  When did the name-calling begin?

16     A.  Shortly after I met him.

17     Q.  After you -- do you think it was before or

18  after you attended the football game together?

19     A.  After.

20     Q.  And I know you said you don't -- it was

21  the game where you stormed the field.

22          Do you think the game was in September,

23  October, or later?

24     A.  I have no idea.

25     Q.  Okay.  All right.  And you say Mr. ██████

1  called you a fag because you had previously dated

2  a girl.

3          Did you tell him about your prior

4  relationship?

5      A.  I believe so.

6      Q.  Why did you tell him about your prior

7  relationship?

8      A.  Just because I wanted to tell him, I

9  guess.  I didn't have any reason to not tell

10  someone, I guess.  I wasn't ashamed of it.

11      Q.  Did -- at the time you told

12  Mr. ████████ about your prior relationship, did you

13  consider him to be your friend?

14      A.  Yes.

15      Q.  During that conversation, how did he

16  respond, if he responded at all?  Did he act like

17  he was -- had feelings one way or the other about

18  this prior relationship?

19      A.  No.  He seemed indifferent.

20      Q.  Did anyone ever hear Mr. ██████ call you

21  names?

22      A.  I believe ██████ did.

23      Q.  Did ██████ ever say anything to take up for

24  you?

25      A.  Never.

1    **Q.   Did you ever consider getting a different**
2    **roommate?**
3    A.   No.
4    **Q.   Why not?**
5    A.   I didn't want to cause problems or be
6    overdramatic, I guess.  I didn't know how to feel.
7    **Q.   Why did you think getting a different**
8    **roommate would cause problems?**
9    A.   I think because ███ considered me a
10   really close friend, and even though she did do
11   those things, I didn't want to, I guess, abandon
12   her, and I knew I would have to move.  That's
13   about it.
14   **Q.   I apologize if I asked this question**
15   **already.  How frequent was the name-calling?**
16   A.   Anytime that he would get upset with me,
17   which was often.  I can't remember exactly how
18   many times.
19   **Q.   Did Mr. ███ do anything else that made**
20   **you uncomfortable?**
21   A.   Yes.
22   **Q.   Tell me about that.**
23   A.   Well, like ███ would tell him things.
24   And I had blocked his phone number and Instagram
25   and Snapchat, but I forgot about Twitter.  And

1    she -- I was upset because I didn't get a job, and

2    he messaged me on Twitter and said, Congrats on

3    your job offer.

4          And anytime he would see me, even after I

5    told him I wanted nothing to do with him, he would

6    say, Hey, ████, how are you doing?  And I would

7    tell him to stop and then ██████ would tell him

8    to stop, and then my other suite mate, █████

9    ████, would tell him to stop, and he wouldn't

10   listen.

11         And then one time my roommate, █████,

12   asked if I wanted to go to Chipotle with her.  And

13   I was like, Yeah, sure.  And so I get in the car,

14   and then ████ all of a sudden comes walking up and

15   gets in the car too.  And I'm like, What is going

16   on?  Like why is he here?  So I was just like,

17   Whatever, let's just go to Chipotle and come back

18   home.  And he was with us.

19         So I was just walking up, I was super

20   angry, and he grabbed my butt.  And I was like,

21   Stop, don't touch me again, like leave me alone.

22         And then the last like final straw was

23   I -- so at this point, I blocked him on

24   everything, and this is whenever he stole the

25   picture.  And I threatened to report him and ████

```
 1  to res life because I was fed up with it.  And I
 2  didn't tell them directly, I think I told ███
 3  directly, but I told ███ I was going to report
 4  them.  And ███ found out.
 5        And so he got a new phone number and
 6  called me.  And I answered it because I didn't
 7  know it was him.  And then I realized it was him
 8  so I hung up.  And then he called me a few more
 9  times and left me a voicemail.
10        And he basically said like I needed to
11  grow up and that -- I'm trying to think what he
12  said.  He said, You're really going to report me
13  to res life for stealing your Polaroid picture?
14  Like you need to grow up.  How old are we, two?
15  Or something like that.
16        He was like, No.  And he goes, It's okay,
17  Rayne, I know you're struggling in life right now,
18  but it's not an excuse to take your anger out on
19  Sarah.  And he goes, Hope you get your life
20  together.  Good night, pumpkin.
21        And I was upset, but I didn't say
22  anything.  I was like, if I just ignore it, he'll
23  stop.  Because I had already tried telling him
24  like leave me alone.  So I just ignored it.  I
25  didn't think to block the number.  And then I
```

1    think the next day or the day after that he texted

2    me from the number and he said -- I think it was

3    Suzannah -- he said, Is ███████okay?

4         And I was like, Who is this?  So I called

5    the number and he sent it to voicemail.  And then

6    I figured out it was the same number that left the

7    voicemail.  And I texted him on that number and I

8    said, This is ████, I told you to leave me alone.

9         And he said -- I said, I'm going to report

10   you to res life, or something like that.  And he

11   said, Yeah, this is ████, and I'm going to report

12   you for harassing me or something, or bullying me,

13   I think is what he said.

14        Q.   When do you think -- okay.  Let's go back

15   and let me ask a few questions.

16        A.   Yeah.

17        Q.   All right.  So when you said that

18   Ms. Lackey asked you about going to Chipotle, was

19   it just the two of you -- I'm sorry, the three of

20   you, you, ████, and ██████ in the car?

21        A.   Yes.

22        Q.   When you agreed to go, you didn't know

23   that ████was going with you, correct?

24        A.   Correct.

25        Q.   You said that Mr. ████████grabbed your

```
1        Q.  All right.  So let's talk about your
2    complaint in March of 2019.
3            To whom did you complain?
4        A.  My RA had left in the middle of the school
5    year and we got a new RA, but the students didn't
6    really like her that much.  So I just messaged my
7    old RA and asked her what I should do, and she
8    said she was going to report it to Title IX.
9        Q.  So who was your old RA?
10       A.  ███████    I can't remember her last name.
11       Q.  And your new RA was who?
12       A.  I honestly don't know.
13       Q.  Okay.  I'm sorry, you said you messaged
14   your old RA?
15       A.  Yes, on GroupMe.
16       Q.  Did you send a direct message to her?
17       A.  Yes.
18       Q.  All right.  And do you recall what you
19   told your old RA?
20       A.  I told her that -- I think I basically
21   told her that I had told ██████ to leave me alone
22   and he had made a new phone number to contact me
23   and I didn't know what to do.
24       Q.  And, I'm sorry, you told her -- what did
25   you say in response -- or what did -- what did she
```

1    say she was going to do?

2       A.   She told me that she was going to report

3    it to like her supervisor or something like that

4    and that she thought it was a Title IX, and I

5    think she had said like maybe it was harassment,

6    and she was going to help me.

7       **Q.   So after the GroupMe exchange with**

8    **Nabila -- did you feel comfortable after the**

9    **exchange with ██████?**

10      A.   Yes.

11      **Q.   All right.  I'm going to show you a**

12   **document that -- both of these were produced in**

13   **discovery.  The first set of documents is Doe 0083**

14   **through 0086, and then the second document is Doe**

15   **0081 through 82.  We'll mark the group starting**

16   **with 81 -- I'm sorry, with 83 as Exhibit 1.**

17            (Exhibit 1 was marked.)

18            MS. GREEN:

19               And we'll mark the group starting with

20            81 as Exhibit 2.

21            (Exhibit 2 was marked.)

22            MS. TRUSZKOWSKI:

23               Molly, are you going to put those --

24            MS. McDIARMID:

25               I will, yes.  Just getting there.

```
 1   BY MS. GREEN:
 2       Q.  Ms. _____, the first -- Exhibit 1, does
 3   this look like the GroupMe message that you had?
 4       A.  Yes.
 5       Q.  I think we've discussed most of what's in
 6   here.
 7       A.  Uh-huh.
 8       Q.  I do have a question for you, though.  If
 9   you look at page 84, 0084 --
10       A.  Okay.
11       Q.  -- your last message at the bottom of the
12   page.
13       A.  Yeah.
14       Q.  Okay.  Would you explain your worry.
15       A.  My last message?
16       Q.  Yes.
17       A.  I was worried because he had been in
18   trouble before.  I think one time it was for
19   stealing things, I believe.  I think at one time
20   he like stole a roadblock.
21       Q.  A roadblock, is that what you said?
22       A.  Yeah, you know, like those --
23       Q.  I just couldn't hear.  I wanted to make
24   sure I heard you correctly.
25       A.  He had stolen one of those and I think res
```

```
 1   life had gotten involved.
 2          And then he had also gotten in trouble
 3   because he would steal food -- or not steal food.
 4   He would get food from like the -- like fruit and
 5   stuff and throw it down the stairs.  And it was
 6   disgusting.  And he got in trouble for that.
 7          And nothing happened with those.  He got
 8   in no trouble.  And I was worried that nothing
 9   would happen and that it would all -- me reporting
10   it would be for nothing.
11      Q.  So as far as the roadblock is concerned,
12   how did you know that he had gotten in trouble for
13   the roadblock?
14      A.  ████ told me.
15      Q.  And did ████ also tell you that nothing
16   had happened to him?
17      A.  Yes.
18      Q.  But other than ████, what Sarah told you,
19   you don't really know what happened?
20      A.  I don't know for sure, yeah.
21      Q.  What about throwing food down the stairs,
22   did ████ tell you that as well?
23      A.  Yes.
24      Q.  So other than what ████ told you about
25   what happened to Mr. ████, you don't know one
```

1    Q.  Did you go to the Lighthouse program for
2  assistance?
3    A.  Yes.
4    Q.  When did you have your first interaction
5  with someone at Lighthouse?
6    A.  I think that week that I reported it.
7    Q.  Do you remember who was your contact at
8  Lighthouse?
9    A.  Crystal Loupe.
10    Q.  Tell me about your meeting with Ms. Loupe.
11    A.  Basically, she went over my options again
12  with me and we just talked about what happened.
13    Q.  What options did she tell you were
14  available?
15    A.  That I could go to the police, that I
16  could get a no-contact order, which she told me
17  was basically like a restraining order, and, yeah,
18  I think basically just went over our options -- my
19  options.
20    Q.  Did you discuss any sort of accommodations
21  that could be provided to you for school?
22    A.  Not -- I don't think at that -- on that
23  particular day.  I know we did -- I did
24  essentially get accommodations, but I don't
25  remember exactly when that was.

1      Q.  So it might not have been that day, but at
2  some point you did have that discussion?
3      A.  Yes.
4      Q.  Did you ultimately get a restraining
5  order?
6      A.  I believe I asked for one, but I haven't
7  gotten a copy of it.  And I've contacted Title IX,
8  and they haven't told me one way or the other if I
9  ever did.
10     Q.  Did you -- have you ever gotten a
11  restraining order against anyone?
12     A.  Like ever before?
13     Q.  Yes.
14     A.  No.
15         MS. TRUSZKOWSKI:
16             Karleen, can we clarify, when you
17         refer to restraining order, are you
18         talking about a no-contact order through
19         the Title IX office?
20         MS. GREEN:
21             I'm using the term that Ms. █████
22         used.  Ms. ███████ said "restraining
23         order."
24     A.  They said it -- they called it a
25  no-contact order.  And they said it's basically

 1  like a restraining order, but they called it a

 2  no-contact order.

 3  BY MS. GREEN:

 4      Q.  So did you -- you said you don't know if

 5  you got one or not?

 6      A.  I don't.  They won't tell me.

 7      Q.  Okay.  I'm going to ask -- show you what I

 8  will mark as Exhibit 3.

 9          (Exhibit 3 was marked.)

10  BY MS. GREEN:

11      Q.  This is Doe 152.  This actually was

12  produced in discovery, Doe 152 to 159.

13      A.  Thank you.

14      Q.  So one question I have for you is are

15  these Instagram messages?  Or what social media

16  messages are these, do you know?

17      A.  I -- I have no idea.  And I have no idea

18  who this is to, who this is between.

19      Q.  Okay.  So you agree that on pages 152,

20  153, and following, it does say, "Sender name:

21  ███████████," in certain messages, correct?

22      A.  Yeah.  But I don't know --

23      Q.  So let me ask one question.  These are

24  your messages?

25      A.  Yes, I'm assuming.

1    Q.  But you're not sure of the person with

2  whom you're communicating?

3    A.  No, I'm not sure who this is to.

4    Q.  If you look on page 158, the third block,

5  that's the way I'll describe it, where it says

6  "Sender name:  ███████████," would you read the

7  content to yourself and then tell me to whom are

8  you referring?

9    A.  I don't remember.

10    Q.  And same thing, you're not sure who you're

11  communicating with in this message; is that

12  correct?

13    A.  I have no idea.

14    Q.  So it's my understanding that

15  counsel -- your counsel has represented that these

16  are Instagram direct messages.

17    A.  Oh.

18    Q.  Okay?  Does that help at all for you to

19  think about or recall who this might be, who might

20  be the recipient of your message?  If you don't,

21  that's fine, I just wanted to offer that

22  additional information.

23    A.  No, I don't.

24    Q.  Okay.  All right.  Let's look at 156, the

25  second block, again, where it says "Sender:  ██████

1    ██████████."

2        A.  Yeah.

3        Q.  Okay.  Can you tell me -- it says, "It was

4    the best decision I ever made."

5            Do you -- what decision are you

6    referring -- to what decision are you referring?

7        A.  The no-contact order.

8        Q.  All right.  Let's look at page 155.

9        A.  Okay.

10       Q.  I'm going to ask you about two blocks on

11   this page, the only two that actually have your

12   name, so that would be the third one and the fifth

13   one.

14       A.  Yeah.

15       Q.  So, again, you're referring to the

16   no-contact order?

17       A.  No-contact order.

18       Q.  So based on these Instagram messages, or

19   social media messages, at some point you thought

20   you received the no-contact order; is that

21   correct?

22       A.  I -- at one point I thought I did.  And

23   then whenever I got my case file, it wasn't

24   included that I had gotten one.  And whenever I

25   asked or -- I'd asked for all documents related to

1    it and it wasn't included in there.  And I believe

2    I asked if there was a no-contact order and they

3    told me they couldn't tell me.

4        Q.  **So you don't know one way or the other?**

5        A.  I don't know one way or the other.  But at

6    the time, I believed I had one, yes.

7        Q.  **Okay.  And let me clarify what I just**

8    **asked you because I did a poor job.  At the time**

9    **that you wrote these messages, you believed you**

10   **had received a no-contact order, correct?**

11       A.  Yes, yes.  But I never received like a

12   physical document or anything like that.

13       Q.  **But you can't say, one way or the other,**

14   **that the no-contact order was put in place or not?**

15       A.  Yeah, I can't say that right now.

16       Q.  **When you spoke to Ms. Loup, did you tell**

17   **her about your interactions with Mr. ████████?**

18       A.  Yes.

19       Q.  **How frequently did you have contact with**

20   **Ms. Loup?**

21       A.  I think once a week.

22       Q.  **So it was pretty regular?**

23       A.  Yes.

24       Q.  **Do you think Ms. Loup helped you?**

25       A.  Yes, but at one point, she told me she

1  couldn't help me anymore and that I was too

2  mentally ill and that I needed to see somebody

3  else.

4      Q.  Do you remember when that conversation

5  occurred?

6      A.  No.

7      Q.  Was it still in the spring of 2019?

8      A.  I believe this was the next semester, the

9  fall of 2019, but I'm not positive.

10     Q.  So you think you had weekly meetings with

11 Ms. Loup during the spring of 2019, but at some

12 point in the fall, she told you she couldn't help

13 you anymore?

14     A.  Yeah.  She told me that I needed to see

15 another therapist for like just general

16 depression.

17     Q.  Did Ms. Loup tell you why she thought you

18 needed to see a different therapist for general

19 depression?

20     A.  She just told me that she couldn't help

21 me, that she deals with -- that she deals with

22 just like Title IX stuff and that I was just

23 like -- I wasn't just depressed about the Title IX

24 anymore, I was starting to get depression about

25 everything.

```
 1        A.   I believe so.
 2        Q.   And who is the psychiatrist that
 3   you're -- are you currently seeing a psychiatrist?
 4        A.   Yes.
 5        Q.   And who are you seeing?
 6        A.   Lydia Young is her name, I think.
 7        Q.   And have you been able -- has Dr. Young
 8   been able to find a medicine that works to control
 9   your depression?
10        A.   Sorry.
11        Q.   Do you want to take a minute?  Do you want
12   to take a break?
13        A.   I don't really know, because I've felt
14   this way for so long, I don't know what's normal.
15             MS. TRUSZKOWSKI:
16                  It's okay.  If you want to step out
17                  for a minute, you can if you want.
18             THE WITNESS:
19                  I'm okay.
20   BY MS. GREEN:
21        Q.   You tell me when you're ready.
22        A.   I believe so.
23        Q.   How long have you felt this way?
24        A.   I've always been a little bit sad, but it
25   got worse after what happened with Title IX,
```

1  significantly worse.

2      Q.  **When you say you always felt a little bit**

3  **sad, why?**

4      A.  I have a family history of mental illness.

5      Q.  **Anything else?**

6      A.  No, nothing really like super bad has

7  happened like growing up, you know.

8      Q.  **Who in your family has mental illness?**

9

10

11

12      Q.  **So you're currently seeing Dr. Young?**

13      A.  Yes.

14      Q.  **Are you also seeing Ms. Hornsby?**

15      A.  No.

16      Q.  **When did you stop seeing Ms. Hornsby?**

17      A.  I think it was the summer of 2019.

18      Q.  **Why did you stop seeing Ms. Hornsby?**

19      A.  I felt like I wasn't getting help.  I

20  didn't like the way that she kind of approached

21  some things, I guess.

22      Q.  **What do you mean?**

23      A.  Well, my friend died; she got run over by

24  a car.  And she only talked about like how to cope

25  with that for like two minutes.  She was more

1   interested in like talking about what my dreams

2   meant and stuff like that.  So I decided to try to

3   find someone else.

4      **Q.  When did your friend die?**

5      A.  I believe it was July -- June or July 19th

6   in 2019, I think -- or 17.  It was either June or

7   July in 2019.

8      **Q.  June or July of 2019?**

9      A.  Uh-huh, yes.

10     **Q.  And when you said Ms. Hornsby wanted to**

11  **talk about certain -- she was more interested in**

12  **dreams you were having?**

13     A.  Yes.  It was very weird.

14     **Q.  What types of dreams were you having?**

15     A.  I mean, I was just having nightmares.

16  But, I mean, that wasn't what I went in for.  I

17  wanted to talk about my friend, and she just

18  didn't seem to want to talk about it.  So -- and

19  that's what I needed help with.

20     **Q.  Did you find another therapist?**

21     A.  Yes.  I was seeing Wynona Russ, but she

22  moved away and I haven't seen her since.  She

23  moved away a couple months ago.

24     **Q.  When did you -- did you start seeing**

25  **Ms. Russ in 2019 or --**

1    meeting.  But I don't remember their names though.

2    **Q.  Okay.  So you think there were three**

3    **meetings?**

4    A.  I believe so, yes.

5    **Q.  And the first meeting was in March?**

6    A.  Yes.

7    **Q.  Tell me about that meeting.**

8    A.  It was basically just an interview.

9    **Q.  Were you asked about Mr. ███████?**

10   A.  Yes.

11   **Q.  And did you provide basically the**

12   **information that you -- we discussed earlier**

13   **today?**

14   A.  Yes.

15   **Q.  Did you feel comfortable in these**

16   **interviews?**

17   A.  No.

18   **Q.  Why not?**

19   A.  I was very upset and I felt -- I felt like

20   they weren't -- I felt like -- I don't know how to

21   say it.  Like it felt more like they were grilling

22   me kind of for answers, and it felt like I was

23   being blamed a lot and kind of like I was

24   inconveniencing them.

25   **Q.  What made you feel like you were being**

1   grilled?

2       A.   Like they would ask me questions like over

3   and over again, and like they would ask me -- like

4   I would say something bad happened to me and then

5   they would go back and say like -- like they would

6   say, But I have a question, didn't you kiss him,

7   and stuff like that.

8       Q.   And they were talking about Mr. ███████?

9       A.   Yes.

10      Q.   Did you kiss Mr. ██████?

11      A.   Yes, I did.

12      Q.   And when -- at what point in your

13  interactions with Mr. ██████ did you kiss him?

14      A.   Like at the very beginning, like before

15  all of that bad stuff happened.

16      Q.   So sometime in the fall of 2018?

17      A.   Yes, yes.

18      Q.   Did you kiss him more than once?

19      A.   I think maybe twice.

20      Q.   And did both of those -- did that occur

21  before, as you say, all the bad stuff happened?

22  We're talking about the fall of 2018?

23      A.   Yes.

24      Q.   Did you have any other intimate

25  interactions with Mr. ███████?

```
 1      A.  No.
 2      Q.  So you reported to Title IX that you
 3  kissed him twice --
 4      A.  Yeah.
 5      Q.  -- in the fall of 2018?
 6      A.  Yes.
 7      Q.  What about the interview made you feel
 8  like they were blaming you?
 9      A.  Like I just said, like I would say
10  something bad happened to me and they would like
11  confirm, But you did kiss him, right?
12      Q.  Was the only thing they referred to was
13  the fact that you had kissed him twice?
14      A.  Yeah.
15      Q.  Okay.  And I think you said that you felt
16  like you were inconvenient?
17      A.  Uh-huh.
18      Q.  What do you mean by that?
19      A.  Like I don't know, it just felt like they
20  didn't really want to be there, you know.
21      Q.  Was it more than one person who
22  interviewed you?
23      A.  Yes.
24      Q.  At the first meeting --
25      A.  It was one person.  And then one of the
```

1   times it was -- I believe it was two people, but

2   I'm not sure.

3       Q.   And was your first meeting with a male or

4   a female, do you remember?

5       A.   Female.

6       Q.   How long did the first meeting last?

7       A.   I don't remember.

8       Q.   Were you asked if you had any evidence or

9   information that you wanted to share?

10      A.   In the first meeting, I don't think so.

11      Q.   Did you give the names of any witnesses?

12      A.   Yes.

13      Q.   And what names did you give?

14      A.   ████████, ███████, ██████.

15      Q.   Do you know if the Title IX office

16  contacted those individuals?

17      A.   They did not.

18      Q.   And how do you know that?

19      A.   ██████ is my best friend and she said

20  they never reached out to her.  And I'm good

21  friends with ██████ and they never have.  And

22  ██████ said she's never talked to them either.

23      Q.   Did █████ tell you if -- I understand you

24  said ██████ said she didn't talk to them.

25           Did █████ tell you if she was contacted?

1      Q.   Okay.  So the first meeting that you had
2  was the one you had at your dorm?
3      A.   Yeah.
4      Q.   After you returned from work?
5      A.   Yes.
6      Q.   Okay.  So that's the first meeting?
7      A.   Uh-huh.
8      Q.   This is the second meeting?
9      A.   Yes.  And it looks like we met after she
10  sent this, because she's asking me what times I'm
11  available.
12      Q.   So you actually received this letter from
13  Ms. Davis before you had your meeting?
14      A.   Yes.
15      Q.   All right.  Let me ask you to look at
16  Exhibit 6.
17           I asked you earlier if you'd given
18  Ms. Davis any information and you said yes.  Is
19  this -- Number 1 at the top, it looks like that's
20  your e-mail address; is that correct?
21      A.   Yes.  I sent this to her.  This is the
22  text messages I was talking about earlier from
23  ███.
24      Q.   That we talked about earlier?
25      A.   Yes.

1    Q.  And then I wanted to ask you, if you look

2  at the top where it gives all the information

3  about the e-mail, it says "attachments," and it

4  references a voicemail.

5        Is the voicemail -- is that the message

6  that you talked to me about earlier?

7    A.  Yes.

8    Q.  Okay.  So you gave the text messages and

9  the voicemail to Ms. Davis?

10   A.  Yes.

11   Q.  Did you give Ms. Davis any other

12  information?

13   A.  I'm not sure.

14   Q.  You don't remember?

15   A.  I don't remember.

16        THE WITNESS:

17             Can I take a break for a second?

18        MS. GREEN:

19             Sure.

20        (A break was taken from 11:10 a.m. to

21        11:18 a.m.)

22  BY MS. GREEN:

23   Q.  All right.  Ms. ███████, after your

24  meeting with Ms. Davis, what happened next as far

25  as your complaint?

```
 1        A.   Nothing.  I met with Daniel DeLuca, but
 2   he -- because he told me that my case didn't fall
 3   under Title IX, so I was meeting with student
 4   advocacy and accountability to see if he had done
 5   anything to violate their rules.
 6        Q.   "He" being Mr. ██████?
 7        A.   Correct.
 8        Q.   Okay.  Let's back up.
 9             When did you hear from Mr. DeLuca?
10        A.   I want to say it was like May or June of
11   2019, but I'm not 100 percent sure.
12        Q.   Did you hear from Ms. Davis after your
13   meeting with her in March?
14        A.   I don't believe so, no.
15        Q.   Let me show you two documents that we're
16   going to mark as Exhibit 7, numbered BOS-3358 and
17   BOS-3421.  It's two single pages.
18             (Exhibit 7 was marked.)
19   BY MS. GREEN:
20        Q.   Ms. ██████, do you recall
21   seeing -- let's do the first one, the e-mail on
22   the first page, 3358.
23        A.   Yes.
24        Q.   I'm sorry, I wanted to make sure that
25   you're looking at what I'm looking at.  If you
```

1      A.  Yes.

2      Q.  Let me show you what I'll mark as

3  Exhibit 8.

4          (Exhibit 8 was marked.)

5  BY MS. GREEN:

6      Q.  This is Bates Number -- it's one page,

7  BOS -- I'm sorry, Doe 102.

8          Do you recall receiving this letter?

9      A.  Yes.

10     Q.  So does this help as far as the timing is

11  concerned?

12     A.  Yes.

13     Q.  So you met with Mr. DeLuca -- did you meet

14  with Mr. DeLuca on May 23, 2019?

15     A.  Yes, I did meet with him.  I don't know if

16  that was the date, but I -- it was probably that

17  date.

18     Q.  Okay.  All right.  So tell me about your

19  meeting with Mr. DeLuca.

20     A.  He told me that my case did not fall under

21  Title IX and that student advocacy and

22  accountability was looking into it to see if it

23  violated their rules.  It was just another

24  interview.

25     Q.  What questions did Mr. -- or what types of

1    questions did Mr. DeLuca ask?

2        A.   I don't recall specific questions.

3        Q.   So when you say it was another interview,

4    did he ask you about Mr. ██████'s conduct towards

5    you?

6        A.   Yes.

7        Q.   Did you ask Mr. DeLuca why the case didn't

8    fall under Title IX, or your complaint didn't fall

9    under Title IX?

10       A.   Yes, I did.  And he said he couldn't tell

11   me, there was some law.  I don't remember what

12   law, but he said he couldn't tell me because of

13   that law.

14       Q.   Other than Mr. DeLuca telling you the case

15   didn't fall under Title IX and interviewing you,

16   was there anything else that was discussed at the

17   meeting?

18       A.   No.

19       Q.   Did Mr. DeLuca ask you about the names of

20   any individuals who might be able to provide

21   information about your complaint?

22       A.   I don't recall, but he probably did.  I'm

23   not sure.

24       Q.   What did Mr. DeLuca tell you was the next

25   step in the process?

1      A.  Yes.

2      Q.  Okay.  Do you remember -- did you meet

3  with -- I'm sorry.

4          Did you have a conversation with

5  Mr. DeLuca?

6      A.  Yes.  I remember we had a phone call, but

7  I don't remember what we talked about.

8      Q.  Okay.  Let's go to -- look at 46.

9      A.  Uh-huh.

10     Q.  So his e-mail asks if you have a few

11  minutes to connect about -- this week to connect

12  about your case.

13         Does that help you remember what you

14  talked about with him?

15     A.  No.  I don't remember.

16     Q.  Do you remember anything about the phone

17  call?

18     A.  No.  I don't know why I'm blanking on what

19  we talked about.

20     Q.  Did you have any communications with

21  Mr. DeLuca after this phone call?

22     A.  Yes.  I e-mailed him.

23     Q.  And when was that?

24     A.  I want to say in like 2020, but I'm not

25  100 percent sure.

1    Q.  Okay.  So you think the next interaction

2  or next communication with him was sometime in

3  2021, but nothing in June or after June of 2019?

4    A.  I'm not sure.

5    Q.  When you e-mailed him in 2021, why did you

6  e-mail him?

7    A.  I believe I asked for my case file.

8    Q.  Okay.  And why were you requesting your

9  case file?

10    A.  I heard about what happened to the other

11  girls in the lawsuit, and I wanted to know what

12  happened with my case.

13    Q.  All right.  And when you say you heard

14  about what happened to the other girls, referring

15  to the other plaintiffs in this lawsuit?

16    A.  Yes.

17    Q.  How did you hear about that?

18    A.  I believe it was either the USA Today

19  article or the Husch Blackwell report.

20    Q.  Did you read the USA Today article?

21    A.  Yes.

22    Q.  Did you have any communications with the

23  reporters at USA Today?

24    A.  Yes.

25    Q.  When did you communicate with them?

 1  marked as Exhibit 10.  I'm going to show you what
 2  I will mark as Exhibit 11.
 3          (Exhibit 11 was marked.)
 4  BY MS. GREEN:
 5      Q.  It's Doe 103 through 105.
 6          Do you recall receiving this summary,
 7  Ms. ███████?
 8      A.  Yes.
 9      Q.  When did you receive it?
10      A.  I remember receiving it whenever I asked
11  for my case file, but I don't remember receiving
12  it any other time.
13      Q.  So for sure you got it sometime in 2021?
14      A.  Yes.
15      Q.  Did you review the summary when you
16  requested your case file?
17      A.  Yes.
18      Q.  Was there anything in the summary that you
19  thought was inaccurate?
20      A.  Not on these pages, no.
21      Q.  I think we've discussed most of everything
22  that's in here already.  I'm just reviewing it to
23  make sure that -- let's go to Doe 105, that page.
24      A.  Uh-huh, yes.
25      Q.  Look at the section "Impact on ██████."

1    A.  Yeah.

2    Q.  So these -- this is an accurate reflection

3  of what you reported to Mr. DeLuca during your

4  meeting?

5    A.  Yes.

6    Q.  All right.  So tell me what happened after

7  June of 2019.

8        Did you attend LSU in the fall of 2019?

9    A.  No.  I was expelled -- or, no, I got back

10  in, actually.

11    Q.  Okay.  So in the fall of 2019, you

12  attended.  And did you have any interactions with

13  Mr. ███████ in the fall of 2019?

14    A.  No.

15    Q.  Did you have -- did you complain about

16  anybody's conduct towards you after the initial

17  complaint that you made in March?

18    A.  Like did I make another report?

19    Q.  Yes.

20    A.  No.

21    Q.  Did you complete the fall semester at LSU?

22    A.  Yes, but that was -- I flunked out and I

23  was expelled.

24    Q.  During the fall of 2019, were you still

25  receiving services through Lighthouse?

1    A.  I believe so.

2    Q.  Were you attending class regularly during

3    the fall of 2019?

4    A.  No.

5    Q.  Why not?

6    A.  I was depressed and anxious.  I had a lot

7    of mental -- undiagnosed mental illness.

8    Q.  Was there -- I know we talked earlier

9    about normal school stressors.

10       What were your stressors at this time?

11    A.  I had a lot of depression about filing the

12   Title IX report, wishing I had never done it.  I

13   was really depressed because I felt like I went

14   through all of it for nothing.

15    Q.  What else?  Or was there anything else?

16    A.  No, that was it.

17    Q.  At some point in time, did you have

18   to -- were you physically ill?  Let me ask a

19   better question.

20       At some point in time between -- in 2019,

21   the spring of 2019 or the fall semester of 2019,

22   were you having -- were you seeking medical

23   treatment for some physical ailment?

24    A.  I mean, I was having bad stomach problems

25   related to anxiety, and I was having different

1    that you were expelled.

2         Did you try to reapply?  What did you do?

3    A.   I worked at Chimes.

4    Q.   That's when you had the full-time job that

5    you told me about?

6    A.   Yes.

7    Q.   Okay.  When did you enter school again?

8    A.   Summer of 2020 I went to Baton Rouge

9    Community College.

10   Q.   And did you take any action as far as your

11   grades at LSU?

12   A.   Yes.  I got a retroactive resignation, I

13   believe.

14   Q.   For -- do you remember for what time

15   periods?

16   A.   The three semesters I was at LSU, I

17   believe.

18   Q.   Do you remember when you submitted the

19   retroactive resignations?

20   A.   I think -- or I think I might have only

21   got it for the two semesters, fall 2018 and spring

22   2019.  And I think I submitted it after the spring

23   2019 semester.

24   Q.   How did you become aware of the ability to

25   submit a retroactive resignation request?

1   Godmother?

2       A.  A few months.

3       Q.  Do you think it was through the duration

4   of the fall of 2018 semester?

5       A.  Yes.

6       Q.  Did you have to care for her during any

7   portion of the spring 2019 semester?

8       A.  I don't remember.  She was ill -- I mean,

9   she is ill a lot.  So I was going over there

10  pretty often.

11      Q.  You said "is."  Is she still ill?

12      A.  Yes.

13      Q.  Are you still caring for her?

14      A.  Not as much.  I just like help around the

15  house and take care of the dog and whatnot.

16      Q.  How often would you go to St. Gabriel?

17      A.  Every day.

18      Q.  Were you able to attend class and care for

19  your Godmother?

20      A.  No.  Some days, no.

21      Q.  Some days you had to miss class to care

22  for your Godmother?

23      A.  Sometimes I had to, yes.

24      Q.  When did your Godmother have surgery?

25      A.  I think it was early in the fall semester.

1    references appeals about financial aid.

2         **Did you submit a financial aid appeal?**

3    A.   I did to TOPS.

4    **Q.   When did you submit the TOPS appeal?**

5    A.   The same time I think that I submitted

6    retroactive appeal.

7    **Q.   So sometime in the May/June time period,**

8    **May/June of 2019?**

9    A.   I believe so.

10   **Q.   And did you -- did you submit the same**

11   **evidence in support of your TOPS appeal?**

12   A.   I believe so.

13   **Q.   Or the same type of evidence -- let me**

14   **clarify that.**

15        **Did you --**

16   A.   Yes.

17   **Q.   Did you submit the same type?**

18   A.   I believe so.

19   **Q.   What was the outcome of your TOPS appeal?**

20   A.   It was granted.

21   **Q.   I'll show you what I'll mark as**

22   **Exhibit 15, and it is Doe 79.**

23        (Exhibit 15 was marked.)

24   BY MS. GREEN:

25   **Q.   Did you submit this letter in connection**

1    with Mr. DeLuca that day?

2        A.   This says that it was another interview,

3    which I assume is correct.  But we never -- he

4    never -- I don't recall us talking again after the

5    phone call.

6        Q.   So after that phone call, did you know

7    what had happened with your case?

8        A.   I e-mailed him to follow up on it later,

9    and he told me he couldn't tell me because it

10   violated FERPA.

11       Q.   Did he tell you whether or not Mr. ████

12   was disciplined in any way?

13       A.   I asked that.  He told me he couldn't tell

14   me because of FERPA.

15       Q.   Did he tell you a no-contact order was in

16   place?

17       A.   He told me he couldn't tell me because of

18   FERPA.

19       Q.   And when did you communicate with him?

20       A.   I e-mailed him a few times asking him

21   that.  And the first interview that we had in

22   person is when he told me he couldn't tell me

23   because of FERPA.

24            And then I e-mailed him -- I honestly

25   don't remember when it was, I think it was during

1   COVID lockdown.  I think I e-mailed him and I

2   asked him again and he said he couldn't tell me

3   because of FERPA.

4          And I sent another e-mail, but he had been

5   since fired or moved jobs.  I don't know what

6   happened to him.

7          So I sent an e-mail to just the general

8   Title IX office, and they told me they couldn't

9   tell me either because of FERPA.

10  **Q.  Okay.  I'll give you a document that I'm**

11  **marking as Exhibit 17.  It's Doe 235.**

12         (Exhibit 17 was marked.)

13  A.  Yes.

14  BY MS. GREEN:

15  **Q.  Is this the e-mail that you were referring**

16  **to?**

17  A.  Yes.

18  **Q.  Would you read the last sentence of the**

19  **e-mail that's at the very top, the e-mail dated**

20  **March 23, 2021.**

21  A.  Yes.

22         "As an aside, as you may recall, a

23  no-contact order was issued as a result of this

24  incident."

25  **Q.  Do you remember reading this?**

1    A.  I don't believe it, because I've never

2    gotten a copy of it.  I've asked for it.  I've

3    asked for proof that it exists and I

4    haven't -- I've asked for all documents relating

5    to my case, and I've gotten only a copy of my own

6    interview.

7    **Q.  So you agree that this e-mail does**

8    **indicate a no-contact order was issued?**

9    A.  Yes.  I think that's the first time I'm

10   told that a no-contact order exists.  But I

11   don't -- I've never seen it.  So...

12   **Q.  So you were told a no-contact order**

13   **existed, correct?**

14   A.  Yes.

15   **Q.  But your issue is you didn't see a copy of**

16   **it?**

17   A.  Yes.

18   **Q.  Other than the fact that you didn't see a**

19   **copy of the no-contact order, do you have any**

20   **reason to believe there was an issue?**

21   A.  I don't recall signing anything.  I could

22   have signed something.  All I know is I just said

23   I want one and they just said okay.  And I never

24   got an e-mail or document prior to this saying,

25   Hey, you have a no-contact order or anything.

1    my depression.

2        Q.  I just wanted to make sure we'd already

3    discussed that.

4            Looking at Doe 203, the first full -- I'm

5    sorry, the second full paragraph, in there you

6    reference consuming large amounts of food and

7    weight gain.

8        A.  Yes.

9        Q.  Did you -- did you relate that, this

10   issue, this health issue, to what happened with

11   Mr. ██████████?

12       A.  I would attribute it to that, yes.  I got

13   diagnosed with binge-eating disorder, and I did

14   not have a binge-eating disorder before this

15   occurred.  I wouldn't actually attribute it to

16   ██████████; I would attribute it to the treatment I

17   got from Title IX.

18       Q.  And when were you diagnosed with the

19   binge-eating disorder?

20       A.  2020, I guess, 2021.  I'm not sure.

21       Q.  Who diagnosed you?

22       A.  I think Lydia Young.

23           MS. GREEN:

24               I know that Dr. Young is listed as

25               the -- in the interrogatories, the

1          responses.  We just haven't received her
2          responses yet and the medical records.
3          MS. TRUSZKOWSKI:
4              Okay.
5          MS. GREEN:
6              So we'll just want to hold the
7          deposition open in case we have any
8          follow-up questions.
9          MS. TRUSZKOWSKI:
10             Sure.
11    BY MS. GREEN:
12         **Q.  Did Dr. Young tell you that the disorder**
13    **was related to the situation -- the Title IX**
14    **situation?**
15         A.  Well, I have -- she told me I had PTSD
16    from the situation.
17         **Q.  Dr. Young told you that?**
18         A.  Yes, that I get night terrors from the
19    PTSD associated with it.
20         **Q.  And so the night terrors and the PTSD are**
21    **related to what happened at LSU?**
22         A.  Yes.
23         **Q.  Did she say that it was related to**
24    **anything else --**
25         A.  No.

1       Q.   You agree that this report was submitted

2    by ███ -- and I don't want to annihilate the

3    person's last name -- ██████, correct?

4       A.   Yes.

5       Q.   So when this says --

6       A.   It was a different document that looked

7    like this.

8       Q.   Did you ever complete one of these

9    reports?

10       A.   I've never done one of these.

11       Q.   All right.  So you said the TOPS -- the

12    response that you submitted in 2021 was denied.

13             And why was it denied?

14       A.   I think you can only have one appeal, and

15    I had appealed previously.

16       Q.   Was your appeal -- was the 2021 appeal

17    timely?  Do you remember if that was an issue?

18       A.   Oh, I remember what it was now.  I think

19    you had to be in school consecutively and I had

20    sat out a semester, and I didn't know that you had

21    to appeal that same semester that you lost it.  So

22    that's why.

23       Q.   Okay.  So basically, they told you your

24    appeal was untimely?

25       A.   Yeah.

1    Q.  When did this discussion occur?

2    A.  I think in one of my interviews.

3    Q.  So this was the same -- like the March

4  time period?

5    A.  Yes.

6    Q.  Had you received bruises from Mr. ████?

7    A.  Yes.

8    Q.  When did you receive bruises?

9    A.  Whenever he would be play-fighting with

10  me.

11    Q.  How did the play-fighting start?

12    A.  I don't recall.

13    Q.  Was there ever a time when you were okay

14  with the play-fighting?

15    A.  No.

16    Q.  Let's go to paragraph 4.  We talked

17  earlier about the picture.

18    A.  Yes.

19    Q.  But the description in here is a little

20  different, so I just want to make sure I

21  understand.

22    A.  Okay.

23    Q.  It says that there was a phone number on

24  it and wrote, "Call for a good time," and then

25  slid it under the door or -- is this the same

1        MS. GREEN:

2              And we're still waiting on Dr. Saale's

3        records too.

4    BY MS. GREEN:

5        Q.  All right.  Let's talk about the damages

6    that you're claiming in connection with the

7    lawsuit.  We've already talked about TOPS.

8              What is the Legacy scholarship?

9        A.  It's a scholarship that I lost.  It's like

10   a -- I forget how much it's for.  But if a parent

11   had gone to LSU, then you get a scholarship.

12       Q.  And that was $500 a semester?

13       A.  Yes, I believe so.

14       Q.  Is that scholarship able to be reinstated

15   now that you're back at LSU?

16       A.  I don't have it.

17       Q.  Did you reapply for it?

18       A.  I don't recall.  I know I did like the

19   thing where you just like automatically -- like

20   you put in all your information and it pulls up

21   scholarships that you are eligible for.  I didn't

22   see that one.

23       Q.  Did you inquire?  Did you ask anybody

24   about whether or not that Legacy scholarship --

25       A.  I don't remember.

1    Q.   I say "anybody."  Did you ever ask someone
2   at LSU who could answer your question?
3    A.   I don't remember.
4    Q.   You're seeking reimbursement for living
5   expenses for the fall of 2019.  It says, "New
6   apartment cost."
7        So the fall of 2019, you were still in
8   school?
9    A.   Uh-huh.
10    Q.   So where did you move?
11    A.   I had to move into a gated community to
12   feel safe, I guess.
13    Q.   Where were you prior -- you were in
14   Evangeline prior to that?
15    A.   I was in a dorm, yes.
16    Q.   And when you -- other than the time that
17   you saw Mr. ████ in the parking lot when you
18   went to get your charger, you didn't have any
19   interaction with him when you were in Evangeline,
20   correct?
21    A.   Huh-uh, no.
22    Q.   Who lived with you when you were in the
23   gated community?  Was ████ with you or someone
24   else?
25    A.   Someone else for a little bit, and then I