**From:** "" <@lsu.edu>
**To:** "Kimberly R Davis" <kdav232@lsu.edu>
**Date:** Mon, 01 Apr 2019 11:37:53 -0500
**Importance:** Normal
**Attachments:** voicemail-10.m4a
**Inline-Images:** Image-5.png; Image-6.png



hey is [Redacted] okay? she was upset last night

who is this

i'm in class

is [Redacted] alright tho?

who is this

Redacted



BOS-003511

is [Redacted] emotionally alright?

she seems a lil sad the past few days

this is [Redacted] i told u to leave me alone and now ur making a textnow or whatever ur literally psycho



who is this

i'm in class

is [Redacted] alright tho?

who is this

BOS-003512

> Redacted
>
> is Redacted emotionally alright?
>
> she seems a lil sad the past few days

> this is Redacted i told u to leave me alone and now ur making a textnow or whatever ur literally psycho

> actually i'm Redacted you are bullying my friend and you are bullying Redacted and i'm telling you no more. Lsu is a bully free zone and i'm taking a stand and saying no more

    

      

Get Outlook for iOS

BOS-003513