### Summary of potentially relevant information with ▓▓▓▓

On May 23, 2019, Daniel DeLuca, Assistant Director of Student Advocacy & Accountability met with ▓▓▓▓, a first year student at LSU to discuss a report she submitted to Residence Life on March 21, 2019. Daniel, explained the process of Student Advocacy and Accountability when receiving reports of alleged violations of the Code of Student Conduct, and explained the differences between the Title IX office and the Office of Advocacy and Accountability. ▓▓▓▓ stated that she understood the differences and had no questions at this time.

**Interactions with the Respondent**

▓▓▓▓ stated that she and the Respondent, ▓▓▓▓, lived in the same residence hall (North Hall) during this past academic year. ▓▓▓▓ state that she would "see ▓▓▓▓ in the elevator" from time to time and that the two only would engage in "small talk". ▓▓▓▓ stated that nothing about the conversations was noteworthy, and that the two had no other interactions during the first few weeks of the year. ▓▓▓▓, had a roommate during this year, ▓▓▓▓, who she was relatively close with. ▓▓▓▓ was in a relationship with, ▓▓▓▓, who is "good friends" with ▓▓▓▓. ▓▓▓▓ stated that on "one of the day games" of the football season, ▓▓▓▓ asked her to attend the game with her. ▓▓▓▓ stated that she was not interested in attending the game, but that ▓▓▓▓ was persistent and she ultimately decided to attend. ▓▓▓▓ stated that ▓▓▓▓ wanted "more company" as she was going to be attending the football game with ▓▓▓▓ and ▓▓▓▓

▓▓▓▓ stated that the group went to the game together, but that ▓▓▓▓ and ▓▓▓▓ left hallway though. ▓▓▓▓ stated that she and ▓▓▓▓ decided to stay. ▓▓▓▓ stated that up to this point ▓▓▓▓ seemed to be "Normal" and a "good guy". ▓▓▓▓ stated that she and ▓▓▓▓ were talking during the game and trying to "get to know one another better". ▓▓▓▓ stated that after the game she and ▓▓▓▓ went to tigerland. ▓▓▓▓ stated that there was "another girl with her, but not sure who it was". ▓▓▓▓ stated that they were only at tigerland for "about 10 minutes" and then decided to go back to the residence hall. ▓▓▓▓ stated that she, ▓▓▓▓ and ▓▓▓▓ all hung out in her and ▓▓▓▓ room for a while. ▓▓▓▓ stated that she and ▓▓▓▓ eventually left together and went to his room. ▓▓▓▓ stated she was unsure if she walked him down to his room, or if he invited her over. ▓▓▓▓ stated that she entered ▓▓▓▓ room and that nobody else was there. ▓▓▓▓ stated that she and ▓▓▓▓ "laid down on the bed" and that ▓▓▓▓ "started to kiss her". ▓▓▓▓ stated that they were "making out for about 10-15 minutes". ▓▓▓▓ stated that this was something she wanted to do, and that after that time she left his room and went back to her own.

▓▓▓▓ stated that "about 2 days later" ▓▓▓▓ had invited her to his room again. ▓▓▓▓ stated that it was "probably night time" and that ▓▓▓▓ "most likely invited her over snapchat". ▓▓▓▓ stated that when she got to ▓▓▓▓ room he "opened the door and invited her in". ▓▓▓▓ stated that she and ▓▓▓▓ "watched tv for a while" while laying on ▓▓▓▓ bed. ▓▓▓▓ stated that ▓▓▓▓ "started to kiss her again" and that the two "made out for about 15-20 minutes". ▓▓▓▓ stated that she was okay with this happening, but after that time had passed she went back to her room.

▓▓▓▓ stated that after this encounter ▓▓▓▓ would ask "a lot" of times for ▓▓▓▓ to come over to his room. ▓▓▓▓ stated that ▓▓▓▓ asked at least "20 different times". ▓▓▓▓ stated that ▓▓▓▓ would send "messages over snap asking her to come over and cuddle". ▓▓▓▓ stated that she felt that ▓▓▓▓ was "pressuring her to come down" and as such "it made me not want to go down to see him". ▓▓▓▓ stated that she would either say "no", "maybe", or "we can talk later".

EXHIBIT pro
11
10-5-22

JANE_DOE_000103

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

▇▇▇ stated that each time she told ▇▇▇ that she didn't want to come to his room that he would "start calling me names". ▇▇▇ stated that ▇▇▇ would call her "Fat, Fag, or Stupid". ▇▇▇ stated that ▇▇▇ would become very angry with ▇▇▇ and start to say "mean stuff". ▇▇▇ stated that one time ▇▇▇ stated that he was "going to kill himself" if she didn't come to his room. ▇▇▇ stated that she didn't believe that ▇▇▇ was serious.

▇▇▇ stated that later on in the semester she, ▇▇▇ and ▇▇▇ roommate were all "hanging out". ▇▇▇ stated that ▇▇▇ was "being an asshole". ▇▇▇ stated that ▇▇▇ began to "play hit me". ▇▇▇ stated that ▇▇▇ would "body slam her, and the other women into the bed". ▇▇▇ stated that ▇▇▇ would also "play punch" her and that "it would be a lot harder then he thinks". ▇▇▇ stated that these "play fights" happened about "two or three times". ▇▇▇ stated that she would tell ▇▇▇ to "stop" and that ▇▇▇ would respond by "laughing". ▇▇▇ stated that sometimes ▇▇▇ would stop, and other times he would not. ▇▇▇ stated that out of frustration she "joked, and said to ▇▇▇ that she wished he got in a car crash and died". ▇▇▇ stated that ▇▇▇ responded "that's how my brother died". ▇▇▇ stated that ▇▇▇ became "quiet, and appeared to be serious". ▇▇▇ stated that she then "felt so bad she left and went back to her room crying". ▇▇▇ stated that ▇▇▇ eventually stated it was "all a joke". ▇▇▇ stated that she then became "very angry" with ▇▇▇

▇▇▇ stated that a few days later her roommate, ▇▇▇ let ▇▇▇ and ▇▇▇ into their room while she was at work at the bookstore. ▇▇▇ stated that ▇▇▇ "knew she was still angry with ▇▇▇ ▇▇▇ stated that "▇▇▇ and ▇▇▇ stole her food, crushed up a bunch of her food, and shoved it under people's doors". ▇▇▇ stated that people on her floor "were upset and asking who did it". ▇▇▇ stated that she was "so upset that she yelled at ▇▇▇ and drove home that night". ▇▇▇ stated that at this point she "blocked ▇▇▇ number as well as on all social media".

▇▇▇ stated that she did not hear from ▇▇▇ during the course of the winter break. ▇▇▇ stated that at some point during the Spring 2019 semester she and her roommate ▇▇▇ decided "go get food at Chipotle". ▇▇▇ stated that "at the last minute ▇▇▇ told ▇▇▇ that ▇▇▇ was coming". ▇▇▇ stated that she "wasn't happy" but that she planned to "ignore him during the ride". ▇▇▇ stated that ▇▇▇ "kept trying to talk to her, but she just ignored him". ▇▇▇ stated that when they arrived at Chipotle and got out of the car ▇▇▇ "grabbed her butt". ▇▇▇ stated that she yelled at ▇▇▇ and told him "don't even do that or touch me again". ▇▇▇ stated that ▇▇▇ "just laughed".

▇▇▇ stated that after that incident ▇▇▇ "would keep trying to talk to her". ▇▇▇ stated that ▇▇▇ would "try to eat with her" if he saw ▇▇▇ siting somewhere. ▇▇▇ stated that she would be at the Student Union and ▇▇▇ "would come get food at the same place and try to talk to me". ▇▇▇ stated that she always tried to "stop the communication".

▇▇▇ stated that at some point in March 2019, ▇▇▇, a friend of ▇▇▇ had "tested ▇▇▇ and told him to leave ▇▇▇ alone". ▇▇▇ stated that ▇▇▇ responded by saying "I will leave her alone if you suck my dick". ▇▇▇ stated that this conversation happened via snapchat.

▇▇▇ stated that later on that month she was not in her room when ▇▇▇ invited ▇▇▇ and ▇▇▇ over. ▇▇▇ stated that a picture that she had "was taken off her desk". ▇▇▇ stated that it was a "polaroid picture of her and ▇▇▇ ▇▇▇ stated that the picture was then written on and it said "meet me in my room in ten minutes". ▇▇▇ stated that the picture was then "slid under her friend ▇▇▇ door".

▇▇▇ stated that ▇▇▇ "sent a picture of the photo and sent it to ▇▇▇". ▇▇▇ stated that she got really upset that this happened and "yelled at ▇▇▇ once she found out it was him".

▇▇▇ stated that a few days later she received a "missed call and voicemail from a number she didn't recognize". ▇▇▇ stated that the voicemail was left my ▇▇▇ (see audio file attached to EFC). ▇▇▇ stated that the voicemail "basically was calling her a child" and that she "needed to grow up". ▇▇▇ stated that she thinks the voicemail was left because "▇▇▇ felt bad about being rejected".

▇▇▇ stated that after this, ▇▇▇ called ▇▇▇ and "told him to stop and leave ▇▇▇ alone". ▇▇▇ stated she was "unsure what ▇▇▇ said, and how the conversation went". ▇▇▇ stated that she told ▇▇▇ that she wasn't going to talk to ▇▇▇ anymore.

▇▇▇ stated that ▇▇▇ "tried to come up to her room and talk to her". ▇▇▇ stated she learned about this from, ▇▇▇ who stated that she saw ▇▇▇ at the door when he was knocking but didn't let him in. ▇▇▇ stated that a few days later she got a text from ▇▇▇ (See attached messages in EFC). ▇▇▇ stated that once she learned it was ▇▇▇ she didn't respond.

**Additional Information**

▇▇▇ stated that she "heard that ▇▇▇ pulled out his penis and was showing it to everyone at a table" in Patrick Taylor Hall. ▇▇▇ stated that she heard this story from ▇▇▇ and that she wasn't actually there.

▇▇▇ stated that the last time she heard from ▇▇▇ was the text messages on March 20, 2019. ▇▇▇ stated that she no longer communicates with ▇▇▇ or ▇▇▇

**Impact on** ▇▇▇

▇▇▇ stated that she has been "scared" of ▇▇▇ since these incidents. ▇▇▇ stated that she "knows he has the potential to be violent which is why it was hard for her to report it because she knew he would be very mad". ▇▇▇ stated that because of how ▇▇▇ acted during the "play fighting" she knew that he "wasn't scared to hit a girl".

▇▇▇ stated that during the spring semester she would "stay in her room all day to avoid him". ▇▇▇ stated that she "actively tried to avoid ▇▇▇ and then he sent these messages". ▇▇▇ stated that this made her upset because it felt like ▇▇▇ had "no respect for boundaries". ▇▇▇ stated that she told ▇▇▇ that she "reported ▇▇▇ to Residence Life" and knew that ▇▇▇ told ▇▇▇ ▇▇▇ stated she was scared that ▇▇▇ knew about the report. ▇▇▇ stated that during the spring she "moved into a safer living space" to avoid ▇▇▇

▇▇▇ stated that she was "asked to stay out a semester" by LSU because of her grades. ▇▇▇ stated that she "appealed the decision and wants to start over". ▇▇▇ stated that her grades suffered due to a direct result of these incidents. ▇▇▇ stated that after reporting these incidents to Residence Life she has been working with Lighthouse on campus. ▇▇▇ stated that she also has been seeing her regular therapist and spoke with someone in the TIX office at LSU.

**Goals of Reporting**

▇▇▇ stated that she reported ▇▇▇ because "she just wants him to leave her alone". ▇▇▇ stated that she had no other ideas, but just wanted to contact to stop.