**From:** Kimberly R Davis <kdav232@lsu.edu>
**To:** Elisabeth A Andries ███@lsu.edu>
**Subject:** Re: Title IX Investigation Status
**Date:** Tue, 02 Apr 2019 16:47:37 -0500
**Importance:** Normal
**Attachments:** No_contact_directive_Peer_to_Peer.docx

---

Hi Elisabeth,

Thanks for reaching out. It's hard to believe that our meeting was over two weeks ago!

At this point, we are working with Lighthouse to review submitted reports and make a determination if ███ behavior is a pattern. ███ has not been contacted about the case or an interview yet. If you would like to know when he is contacted (if he is contacted), someone from my office can absolutely let you know when that happens. Would you like us to let you know?

As far as the no-contact order, I have received some clarification about how those work. With a no-contact order, a student is asked to cease communication with another person (student, instructor, other employee). Since ███ has not tried to contact you recently (particularly since you ended up in the same class together), there isn't any communication to cease. (Let me know if that doesn't make sense--it took me a few attempts to arrange the words in a way that made sense to me.) I apologize for misspeaking when we met, but some good news is that he is already not contacting you.

For one option, I am attaching a copy of a peer-to-peer no-contact directive that Student Advocacy and Accountability (SAA) uses. You would send the message to ███, and he would be instructed to direct any questions to SAA. Based on our conversation, I didn't get the impression that you would be comfortable reaching out to ███, but if this is something you think you want to do, I will connect with SAA so you could list someone on the Advocacy side (Tracy Blanchard, Eddie St. Vil, or Alyssa Jacobs) as the SAA Representative in the letter.

If you don't want to do the peer-to-peer language and ███ does attempt to communicate with you later, we could explore the no-contact option at that time.

I'd like to reiterate that if you would like to be contacted if/when ███ is interviewed, we can absolutely do that. Is there anything else I/we could possibly do to offer you support?

**Kimberly Davis**
Graduate Assistant for Title IX
Louisiana State University
(225) 578-8227

---

**From:** Elisabeth A Andries
**Sent:** Monday, April 1, 2019 9:17 PM
**To:** Kimberly R Davis
**Subject:** Title IX Investigation Status