CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL                                                                                                  HB-02



# STATEMENT OF OBLIGATION REVIEW

**Name of Woman Subject to Review:**  <u>Elisabeth Andries</u>          **Chapter:**     <u>Gamma Zeta</u>

**Date of Incident/Violation:**          <u>1/8/18-5/4/18</u>            **School:**     <u>LSU</u>

The Statement of Obligation is a contract signed by all members before Initiation signifying acceptance of responsibilities of lifelong membership. Honor Board has the responsibility to take action in the event a new member/member commits an infraction (or repeated infractions) of Delta Gamma Fraternity's Constitution, policies and procedures, chapter bylaws and standing rules, university/college rules and regulations or local, state, provincial and federal laws. A hearing is scheduled if there is reasonable cause to believe an infraction **may** have occurred. A member is given the opportunity to be heard at the hearing.

***Directions***: In order to file a Statement of Obligation Review (SOR), you must have a reasonable, good faith belief that the new member/member has violated her Statement of Obligation. You must have witnessed the incident or be able to provide the names of the witnesses of the incident. It is a violation of your Statement of Obligation to file a review in bad faith. Please mark "Yes" or "No" for all items below. Any item marked "No" should be further documented with specific facts concerning the allegations being made (e.g., date, time, location; the specific bylaw or standing rule violated; GPA; outstanding debt amount; etc). If necessary, additional facts may be listed on the next page.

|  | Yes | No | Facts Which Support a "No" Response |
|---|---|---|---|
| Acts in accordance with Delta Gamma's Constitution, policies and procedures | ☒ | ☐ | _____ |
| Upholds chapter's bylaws and standing rules (BLSR) | ☒ | ☐ | _____ |
| Strives to live by the high standards and ideals of sisterhood | ☒ | ☐ | _____ |
| [REDACTED] | | | |
| Abides by housing policies | ☒ | ☐ | _____ |
| Abides by attendance policies | ☒ | ☐ | _____ |
| Meets financial obligations | ☒ | ☐ | _____ |
| Meets Foundation service hour requirements | ☒ | ☐ | _____ |
| Holds in confidence the business and rituals of Delta Gamma Fraternity and chapter | ☒ | ☐ | _____ |

BOS-030644

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| | | | |
|---|---|---|---|
| Upholds university rules and regulations | ☒ | ☐ | |
| Upholds all local, state, provincial and federal laws | ☒ | ☐ | |

**ADDITIONAL FACTS REGARDING ALLEGATIONS BEING MADE:**

Honor Board: Statement of Obligation Review 04/15

BOS-030645