|  | | | |
|---|---|---|---|
|  | Referral to Mental Health/ Psychological Services; EDMC Moodle Module; No Contact Directive | | |

**10.2U- Sexual Misconduct**

|  | 1st Violation | 2nd Violation | 3rd Violation |
|---|---|---|---|
|  | Deferred Suspension or Suspension; or Expulsion; Class-only restriction; Referral to Mental Health/ Psychological Services; EDMC Moodle Module; No Contact Directive | Suspension or Expulsion  No Contact Directive | Expulsion |

**10.2V- Stalking**

|  | 1st Violation | 2nd Violation | 3rd Violation |
|---|---|---|---|
| Repeated unwanted conduct with another person | Disciplinary Probation WITH Restriction (4 semesters)  Referral to Mental Health/ Psychological Services/ No Contact Directive/ Ban from areas of University (if appropriate)  EDMC | Suspension or Expulsion | Expulsion |

**10.2W- Theft**

|  | 1st Violation | 2nd Violation | 3rd Violation |
|---|---|---|---|
| Theft, embezzlement, possession of stolen property or services of university or another individual | Disciplinary Probation WITH Restriction (2 semesters)  Restitution / return of stolen property | Disciplinary Probation WITH Restriction (*until* Graduation) or Deferred Suspension (4 semesters) | Suspension or Expulsion |

2020-21          **Cases may include mitigating or aggravating factors that will necessitate appropriate deviation from the outcomes guide**          16

PLAINTIFFS_000333