UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL**<br>*Plaintiffs*<br><br>v.<br><br>**BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE**<br>*Defendants* | Case No.: 3:21-cv-00242<br><br>Division WBV-SDJ<br><br>JUDGE WENDY B. VITTER<br><br>MAGISTRATE JUDGE JOHNSON<br><br>JURY DEMANDED |

## DECLARATION OF SARAH BETH KITCH

I, Sarah Beth Kitch, am over 18 years of age and competent to testify to the matters set forth below from personal knowledge or from records kept in the ordinary course of business. I declare the following under penalty of perjury:

1. During the Fall of 2012, Professor ▊▊▊▊ commented approvingly on my new heels, dress slacks, and blouse in a manner that made me feel uncomfortable.

2. I first exhibited symptoms of Post Traumatic Stress Disorder in the Fall of 2015.

3. In August 2018, I was hired by the University of Missouri as an Assistant Professor – tenure track.

4. I first learned about LSU's systemic mismanagement of Title IX and sexual misconduct via news reports about this lawsuit in April or May of 2021.

5. I then contacted counsel for Plaintiffs to assess my case for inclusion in the lawsuit.

Pursuant to 28 U.S.C. §1746, I certify under penalty of perjury that I have ready the foregoing declaration consisting of five (5) numbered paragraphs and that it is true and correct to the best of my knowledge, information, and belief.

Executed on this __29__ day of July 2023.

_____
Sarah Beth Kitch



Audit trail

| | |
|---|---|
| Title | Kitch Declaration .pdf |
| File name | Kitch%20Declaration%20.pdf |
| Document ID | e9bf1f9f491fe409ad3f2b4ea4fb6a865a12b8ab |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

This document was requested from app.clio.com

## Document History

**SENT**  
07 / 28 / 2023  
17:55:38 UTC  
Sent for signature to Sarah Beth Kitch ▇▇▇ from stacey@katielaskylaw.com  
IP: 50.27.23.48

**VIEWED**  
07 / 29 / 2023  
18:27:48 UTC  
Viewed by Sarah Beth Kitch ▇▇▇  
IP: 136.49.73.76

**SIGNED**  
07 / 29 / 2023  
18:28:51 UTC  
Signed by Sarah Beth Kitch ▇▇▇  
IP: 136.49.73.76

**COMPLETED**  
07 / 29 / 2023  
18:28:51 UTC  
The document has been completed.

Powered by Dropbox Sign