**From:** "Miriam Segar (via Maxient)" <notifications@maxient.com>
**To:** "Jennie L Stewart" <jstewart@lsu.edu>
**Subject:** [Maxient] IR #00018569 Dating Violence - On-Campus, Non Building - 01/28/2019 2:00 PM
**Date:** Mon, 28 Jan 2019 20:37:51 -0600
**Importance:** Normal
**Attachments:** IR00018569.pdf

---

#00018569
Primary recipient (awaiting your action in Maxient)

## Sexual Misconduct and Sexual Harassment (PM73) Complaint Form

### Background Information

Type of Complaint
**Dating Violence**
Urgency of this report
**Normal**
Date of incident
**2019-01-28**
Time of incident
**2:00 PM**
Location of incident
**On-Campus, Non Building - Nicholson Gateway Apartments**

### Involved Parties

**Kennan Johnson** (893621029) Female Victim
**Redacted** Female Alleged

### Questions

If this is a discrimination or harassment complaint, please indicate the protected status(es) that is/are the basis of the alleged behavior.

Describe the incident(s)/event(s) including date, times, locations, and any potential witness(es) to the behavior.
**Redacted and Johnson have been in an on/off again relationship for last few months. The two had a domestic argument this afternoon after a breakup with Johnson reportedly went to Redacted apartment to collect some of her belongings. During the encounter, an argument ensued and Redacted slapped Johnson across the face. Redacted accused Johnson of cheating on her.**

Describe the impact the behavior has had on you.
**mandatory reporter**

Have you taken any action to stop the behavior?
**Yes**

If you have taken action to stop the behavior, what actions have you taken and what was the outcome?
**Both young women have been referred to counselor for assistance with emotional distress.**



EXHIBIT 11
10-6-22 Johnson

Please add any additional information that supports your complaint. You may upload screenshots, other pictures, or documents later in this form.

What remedy are you seeking (no contact, restrictions or limitations, removal)?
**mandatory reporter**

## Supporting Documentation

**No additional documents were attached to this report.**

## Submitted By

Your full name
**Miriam Segar**
Your position/title
**Sr. Associate Athletics Director**
Your phone number
**Redacted**
Your email address
**msegar@lsu.edu**
*[UNAUTHENTICATED]*

## Routing Information

Primary recipient:
**Jennie Stewart (Title IX Coordinator, Office of the General Counsel)**
Copied recipients:
  • Mari Fuentes-Martin, Ed.D.
  • Jeffrey Scott
  • Jonathan Sanders
Text msg recipients: None
Originating IP address: 130.39.199.197
Submitted through IR layout #40
Processed by routing rule #106

**Message sent by Maxient
Replies will be sent to the submitter (msegar@lsu.edu).**