UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL                CIVIL ACTION NO. 21-242

VERSUS
                                 JUDGE WENDY B. VITTER
LOUISIANA STATE
UNIVERSITY, ET AL                MAGISTRATE JUDGE JOHNSON

*** CONFIDENTIAL ***

* * * * * * * * * * * * * * * * * * * * * * * * *

TRANSCRIPT OF THE VIDEOCONFERENCE DEPOSITION OF:

JADE LEWIS, VOLUME I,

TAKEN ON BEHALF OF BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, REPORTED IN THE ABOVE ENTITLED AND NUMBERED CAUSE BY YOLANDA J. PENA, CERTIFIED COURT REPORTER FOR THE STATE OF LOUISIANA.

* * * * * * * * * * * * * * * * * * * * * * * * *

REPORTED AT THE LAW OFFICES OF:

SHOWS, CALI & WALSH, L.L.P.

628 ST. LOUIS STREET

BATON ROUGE, LOUISIANA  70802

COMMENCING AT 8:10 A.M., ON OCTOBER 7, 2022.

1   A.   All good when I was playing for them.  I
2   played number one, so they basically were all -- like,
3   fine with me, like, feel like no matter where -- you
4   know, I feel like in college, if you're a star player,
5   you get special treatment.
6   **Q.   Okay.  So you didn't have any problems with**
7   **them when you were playing for them in 2017?**
8   A.   No, not entirely.  I mean, I guess, like, on
9   game -- like, matches over the weekend when we would go
10  to away trips, like, I know I don't drink coffee, but I
11  know that other girls -- like, it's a zero caffeine
12  weekend.  Like, you're not allowed it.  You're not
13  allowed any sweets.  Like, you can't have a cookie.
14  You can't have an M&M.
15       One time I got, like, a trail mix because
16  there's M&Ms inside it and I have a sweet tooth.  And I
17  walked up on the bus, and Mike snatched it out of my
18  hand, and he said no because there's M&Ms in it.  So,
19  yeah, things like that, I guess, which I could
20  understand, you know, other females possibly having
21  weight issues over that.
22  **Q.   Weight issues over not being able to eat**
23  **sweets?**
24  A.   No.
25  **Q.   What sort of -- what weight issues would**

```
 1    someone have over the rule about no sweets?
 2         A.   They might -- like, you have to watch
 3    constantly what you're eating, and then you get fixated
 4    on everything you eat, and then couple months later,
 5    you're just anorexic.  Or you go the other way,
 6    whatever it might be.
 7         Q.   So the rules about not eating sweets, was that
 8    all the time or just when y'all were playing a match or
 9    in a tournament?
10         A.   Friday to Sunday play match.
11         Q.   But Monday --
12         A.   But -- I guess -- yeah.
13         Q.   Y'all started matches on Thursday?
14         A.   We would travel on Thursday, and we'd come
15    back Sunday night.  So as long as we were on LSU's tab
16    on the away games, no sweets or caffeine.
17         Q.   All right.  What about when you're in the
18    hotel room?  Did girls have sweets and caffeine in
19    their hotel room and just not tell the coaches?
20         A.   One time, I ordered Insomnia, and ▮ told the
21    coaches -- Insomnia Cookies.  So yeah, I mean, I guess
22    if you have a snitch on the team or if you get caught.
23         Q.   But if you don't get caught, they don't know,
24    right?
25         A.   I guess.
```