UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.**<br>*Plaintiff*<br><br>v.<br><br>**BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE**<br>*Defendants* | Case No.: 21-242<br><br>Division WBV-SDJ<br><br>JUDGE WENDY B. VITTER<br><br>MAGISTRATE JUDGE JOHNSON |

## DECLARATION OF KENNAN JOHNSON

I, Kennan Johnson, am over 18 years of age and competent to testify to the matters set forth below from personal knowledge or from records kept in the ordinary course of business. I declare the following under penalty of perjury:

1. I was hospitalized for psychiatric health concerns when I left LSU.

2. While these psychiatric health concerns in part resulted from childhood trauma, they were triggered and exacerbated by the abuse I experienced from Julia Sell.

3. Although I was cordial to J. Sell and sent her positive and encouraging text messages, I did that because I was always concerned that if I expressed how I really felt that I could lose my scholarship. I wanted Julia to approve of me.

Pursuant to 28 U.S.C. §1746, I certify under penalty of perjury that I have ready the foregoing declaration consisting of three (3) numbered paragraphs and that it is true and correct to the best of my knowledge, information, and belief.

Executed on this 31st day of July 2023.

*Kennan Johnson*
_____
Kennan Johnson

1



Audit trail

| | |
|---|---|
| Title | UPDATED Johnson Declaration.pdf |
| File name | UPDATED%20Johnson%20Declaration.pdf |
| Document ID | 8bfad4918fbbe56d6905675b3fb4c39d03db11fe |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

This document was requested from app.clio.com

## Document History

**SENT**
**07 / 31 / 2023**
17:00:36 UTC
Sent for signature to Kennan Johnson
from stacey@katielaskylaw.com
IP: 50.27.23.48

**VIEWED**
**07 / 31 / 2023**
18:38:37 UTC
Viewed by Kennan Johnson
IP: 174.64.14.71

**SIGNED**
**07 / 31 / 2023**
18:39:02 UTC
Signed by Kennan Johnson
IP: 174.64.14.71

**COMPLETED**
**07 / 31 / 2023**
18:39:02 UTC
The document has been completed.

Powered by Dropbox Sign