```
 1            UNITED STATES DISTRICT COURT
 2            MIDDLE DISTRICT OF LOUISIANA
 3
 4
    ABBY OWENS, SAMANTHA BRENNAN,
 5  CALISE RICHARDSON, JADE LEWIS,
    KENNAN JOHNSON, ELISABETH        CASE NO.
 6  ANDRIES, JANE DOE, ASHLYN        3:21-CV-00242
    ROBERTSON, CORINN HOVIS, AND
 7  SARAH BETH KITCH
 8  VS.
 9  BOARD OF SUPERVISORS OF
    LOUISIANA STATE UNIVERSITY AND
10  AGRICULTURAL AND MECHANICAL
    COLLEGE, AND VERGE AUSBERRY,
11  MIRIAM SEGAR, JENNIE STEWART,
    AND JONATHAN SANDERS, IN THEIR
12  INDIVIDUAL CAPACITIES
13     * * * * * * * * * * * * * * * * * * * * * *
14           *** CONFIDENTIAL TRANSCRIPT ***
15         *** SUBJECT TO PROTECTIVE ORDER ***
16        The deposition of CORINN HOVIS, taken in
17   connection with the captioned cause, pursuant to
18   the following stipulations before RITA A. DEROUEN,
19   Certified Court Reporter, at Phelps Dunbar, 400
20   Convention Street, Suite 1100, Baton Rouge,
21   Louisiana 70802 on September 28, 2022, beginning
22   at 9:39 am.
23         COURT REPORTERS OF LOUISIANA, L.L.C.
             9522 Brookline Avenue, Suite 217
24            Baton Rouge, Louisiana  70809
         PHONE (225) 201-9650 * FAX (225) 201-9651
25          E-mail:  depos@courtreportersla.com
```

Page 1

```
1    level were you?
2        A.   The highest one.   You have to have like a
3    27, I think.
4        Q.   What portion of your college expenses are
5    paid by TOPS?
6        A.   I think it's roughly around $10,000 or
7    something, something along those lines.   It's
8    roughly $10,000, with the highest amount.
9        Q.   So you started at LSU in the fall of 2019?
10       A.   (The witness nodded head.)
11       Q.   And I understand you have completed your
12   undergraduate studies?
13       A.   Uh-huh.
14       Q.   When did you complete that?
15       A.   This past May.
16       Q.   May of 2022?
17       A.   Yes.
18       Q.   So you did this in three years?
19       A.   I did.   I was an honors AP student, so I
20   came in with 24 credit hours.   So I came in as a
21   sophomore essentially.
22       Q.   You entered college with those credits?
23       A.   Yes.
24       Q.   So when you started college, it was your
25   anticipation that you would receive your degree in
```

Page 14

```
 1          A.   It's changed every year, but currently
 2     I'm --
 3          Q.   Where did you start?
 4          A.   Oh, where did I start?
 5          Q.   Yes, ma'am.
 6          A.   I was living in Miller Hall.  It's a
 7     residency hall on LSU's campus.
 8          Q.   And that's a dorm?
 9          A.   Yeah, sorry, a dorm.
10          Q.   You had a roommate?
11          A.   Yes.
12          Q.   And right now I'm talking about when you
13     started in the fall of 2019.
14          A.   Yes.
15          Q.   What was her name?
16          A.   ███████████████.
17          Q.   Is it -- did you -- is that somebody you
18     selected or was she randomly allotted to you?
19          A.   I knew her from dancing back home.
20          Q.   Did she go to Destrehan High?
21          A.   No.  She went to a private school in
22     New Orleans.
23          Q.   But you knew each other?
24          A.   We knew each other.
25          Q.   And you planned to go to LSU and room
```

Court Reporters of Louisiana          225-201-9650
A Veritext Company          www.veritext.com

1   together?

2       A.  Uh-huh.

3       Q.  Were you in a sorority?

4       A.  Yes.

5       Q.  Which sorority?

6       A.  Kappa Delta.

7       Q.  Did you rush in the fall of 2019?

8       A.  Yes.

9       Q.  And you were accepted in the fall of 2019,

10  if that's the word?

11      A.  Yes.

12      Q.  Was your roommate in the same sorority?

13      A.  Different sorority, but she also was in a

14  sorority.

15      Q.  And the room that you were in was just a

16  two-person room?

17      A.  Yes.

18      Q.  Did you work at all during your

19  undergraduate years?

20      A.  Like all three of them?

21      Q.  Any of them.

22      A.  Yes, yes.  I had a couple of jobs here and

23  there.

24          Do you want me to list them?

25      Q.  Just give me an idea, right.

```
1          A.   I had some student worker jobs.  I did a

2     lot of nannying, a lot of babysitting, because it

3     was very convenient, you know.  It was a lot of

4     babysitting, lots and lots of babysitting.

5          Q.   Let me ask you about Tigerland.

6          A.   Okay.

7               MS. TRUSZKOWSKI:

8                    I'm sorry, Dennis, what --

9               MR. PHAYER:

10                   Tigerland.

11    BY MR. PHAYER:

12         Q.   I didn't go to LSU.  I've heard -- you

13    know, I've heard about Tigerland, but I want to

14    get your take on it.

15         A.   Yeah.

16         Q.   What is Tigerland?

17         A.   Tigerland is a cluster of one, two -- of

18    five different college bars.  It would be

19    equivalent to like College Station in Texas

20    or -- it's just a cluster of bars that all college

21    students go to.  It's five of them.

22         Q.   These bars are located off campus?

23         A.   Yes, but right next to campus, like in

24    walking distance.

25         Q.   Had you ever been to Tigerland before you
```

Court Reporters of Louisiana          225-201-9650
A Veritext Company          www.veritext.com

1    started at LSU?

2         A.  No.

3         Q.  So you come here as a freshman in August

4    of 2019.  And at some point you went to Tigerland

5    for the first time?

6         A.  Yes, sir.

7         Q.  And was this like part of a sorority

8    outing, or tell me --

9         A.  Yeah.  Every week in sorority we'd have

10   exchanges with one of the fraternities, and

11   they're usually -- they're held at one of these

12   bars in Tigerland.  So that was my first exposure,

13   I guess, to Tigerland.

14        Q.  During the fall of 2019, would you go to

15   Tigerland on a regular basis?

16        A.  Once a week -- once or twice a week,

17   probably on Thursdays, for exchanges; and then

18   maybe an extra day, like a Saturday, for game days

19   or something like that.

20        Q.  Now, when you went to Tigerland, you would

21   consume alcoholic beverages?

22        A.  Yes, sir.

23        Q.  And you were, what, 18 at the time?

24        A.  18, uh-huh.

25        Q.  Did you have a fake ID?

Court Reporters of Louisiana            225-201-9650
A Veritext Company               www.veritext.com

1      A.   I did, but it was hard to use.  So you
2   mostly relied on your peers, like your older
3   friends in the sorority.  It was very easy to get
4   alcohol in Tigerland.
5      Q.   Am I fair to assume that every time you
6   went to Tigerland in the fall of 2019, you would
7   consume alcohol?
8      A.   Yeah, yes.  There may have been once or
9   twice -- one or two times where I played the
10   designated driver, but every other time, I would
11   say yes.
12      Q.   Was it your practice on these occasions,
13   when you would go to Tigerland, to have drinks in
14   your room or on campus before you went to
15   Tigerland?
16      A.   Oh, yes.  Because it was expensive in
17   Tigerland.  So pregaming is what we would call it,
18   I guess.  Yes.
19      Q.   And do you have a standard or a typical
20   drink that you would have before going to
21   Tigerland?
22      A.   Being so young, it was more just like what
23   can I get my hands on.  I typically stuck a lot to
24   seltzers though, so like a White Claw or Truly or
25   something along those lines.

Court Reporters of Louisiana          225-201-9650
A Veritext Company          www.veritext.com

1    Q.  Did you drink in high school?

2    A.  No, I didn't.

3    Q.  So your first exposure to -- your first

4    real exposure to alcohol was when you came to LSU?

5    A.  It was the summer between senior year and

6    college.

7    Q.  Is that when you started drinking alcohol?

8    A.  Uh-huh.

9    Q.  And right now I want to focus on the fall

10   of 2019.

11   A.  Yeah, uh-huh.

12   Q.  When you first get to LSU, you're a

13   freshman.  Were there occasions when you would

14   drink so much that you would get blackout -- just

15   totally blackout drunk, falling-down drunk?

16   A.  I don't know about falling down, but

17   blackouts.  It would happen maybe -- it maybe

18   happened once or twice that fall semester.  But it

19   was never so much that like I was like laying down

20   on the sidewalk outside of Tigerland, you know.

21   Spaces in memory, I would say -- yeah, it happens,

22   you know, especially being so young.

23   Q.  Now, you were on medication in the fall of

24   2019, correct?

25   A.  Yes, sir.

Page 22

1      Q.   Do you remember what kind of medication

2    you were on at that time?

3      A.   Paxil, 40 milligrams.

4      Q.   And what is -- what was the Paxil for?

5      A.   Social anxiety -- I guess more generalized

6    anxiety disorder.

7      Q.   When were you diagnosed with that?

8      A.   It was senior year of high school.  It was

9    the -- it was fall of my senior year of high

10   school, and I started medication spring of my

11   senior year of high school.

12     Q.   What prompted that?

13     A.   I've always dealt with social anxiety

14   really, really bad, and then my senior year of

15   high school, it was kind of inhibiting my studies.

16   And I approached my mom and I was like, Mom, we've

17   got to do something about this.  I was like, I

18   can't do this anymore.  So that was really it.  It

19   just got overwhelmingly bad.

20     Q.   When you use the term "social anxiety,"

21   could you describe for me what you mean.

22     A.   So I'd be very -- like social situations

23   were very hard for me, especially class.  Class

24   was like very, very hard.  I was constantly just

25   on edge all the time in class.  I would just freak

Court Reporters of Louisiana          225-201-9650

A Veritext Company          www.veritext.com

1    out and be on the verge of a really bad anxiety

2    attack, essentially.  And it progressively got

3    worse over the years.

4         Q.  And this is something that started towards

5    the end of your high school years?

6         A.  It got worse towards the end of my high

7    school year, yeah.  I've always been like a shy

8    kid, but it was never like that bad until later on

9    in my high school years.

10        Q.  You never had trouble making friends in

11   high school?

12        A.  Huh-uh.

13        Q.  And you never had trouble making friends

14   at LSU?

15        A.  No, sir.

16        Q.  And the Paxil, how would that help you?

17        A.  It would put me at ease.  It was like I

18   wouldn't be in a -- is fight or flight the right

19   use to use maybe?  I guess so -- it would help me

20   be not so on edge, especially in class, because it

21   would really affect me in class.

22        Q.  It didn't affect your grades in school?

23        A.  No.  It helped me, like the medicine

24   helped me with my grades.

25        Q.  Did -- when you were taking Paxil, did you

Court Reporters of Louisiana          225-201-9650
A Veritext Company          www.veritext.com

1    Powerade as well.  Yeah.

2         Q.   Powerade is non-alcoholic?

3         A.   I don't think it had alcohol in it.

4         Q.   Were you on any medication that night?

5         A.   Paxil.

6         Q.   Paxil?

7         A.   Uh-huh, yes.

8         Q.   You went with a group of sorority sisters?

9         A.   (The witness nodded head.)

10        Q.   And were you all hanging out together?

11        A.   Uh-huh, yes, sir.

12        Q.   Now, explain for me the circumstances

13   under which you encountered ████████.  I want

14   you to -- how did you end up --

15        A.   So the night started at Reggie's, which is

16   one bar, and we had -- I think there were some

17   other friends that we had going to The House,

18   which is another bar.  So we were at Reggie's and

19   we mosied on over to The House.

20        Q.   These are all within walking distance?

21        A.   Yes, yes, right there in a block.  Not

22   even a block, it's a cluster.

23             And at The House, we were there for a

24   while before I saw him for the first time.  And I

25   remember it was really crowded.  It was very, very

Page 31

1    crowded.  And all these people were like swarming
2    around this dude.
3            And I looked at a girl -- I don't even
4    remember her name, but I knew that she was in my
5    biology lab -- and I was like, Who is that?
6            And she's like, That's ███████████, he's
7    one of the quarterbacks for LSU.
8            And I was like, Oh, that's pretty cool,
9    I'll get a picture with him.
10           So I talked with him and I took a selfie
11   with him.  And that was the first time that I
12   encountered him.
13       Q.  So do you have any idea what time this
14   was?
15       A.  I don't know.
16       Q.  Do you remember what time you got to
17   Tigerland initially?
18       A.  No.
19       Q.  To Reggie's?
20       A.  No, I don't remember.
21       Q.  And do you know what time you left
22   Reggie's to go to The House?
23       A.  No, I don't remember.
24       Q.  And you don't know what time it was that
25   you took the selfie with ███████████?

                                          Page 32

1      A.  No, I don't remember.

2      Q.  Would you think it was after midnight?

3      A.  Probably not.  I didn't like staying out

4  very late, so probably not.

5      Q.  Now, do you feel you were intoxicated at

6  that point?

7      A.  Yes.

8      Q.  Like on a scale of one to ten, what would

9  you say your level of intoxication was at the time

10  you took the selfie?

11      A.  If like ten is needing to be hospitalized,

12  like stomach pumped ten, maybe a five at that

13  point.  And then -- at that point, a five.

14      Q.  Now, after taking the selfie with ███████

15  ████████, did you continue to drink?

16      A.  I think so.  I believe so.  I believe I

17  had one drink that I had that I was working on.

18      Q.  After taking the selfie with ███████

19  ███████, did you continue to interact with him?

20      A.  I don't remember.  I don't remember -- I

21  know that we had a conversation at some point, I

22  always assumed it was later in the evening.  But

23  truly, I don't remember -- in regards to me

24  meeting him, I don't remember when it was.

25          I thought that I had walked away and like

Page 33

1    let other people take pictures with him, you know,

2    whatever.   But I -- I don't have any memory.   It's

3    so spacey, I don't have any memory of it.

4           Q.   Does dancing occur at this bar, The House?

5           A.   I mean, sometimes, yeah.

6           Q.   Was there dancing going on that night?

7           A.   I don't know.   I don't remember.

8           Q.   Do you remember dancing that night at The

9    House?

10          A.   Probably, but I don't remember like

11   specifically like, you know, busting a move on the

12   dance floor.

13          Q.   Do you remember dancing with ██████

14   ████████?

15          A.   No.

16          Q.   Now, after taking the selfie with him, at

17   some point you walked away, I think you said?

18          A.   I thought I had walked away.   That's how I

19   remember the events occurring.   I thought I walked

20   away.   But once again, my memory is so dicey, I

21   don't know.

22          Q.   Well, at some point you were in

23   communication with him again?

24          A.   Again, yes.

25          Q.   And do you remember when that occurred?

Court Reporters of Louisiana          225-201-9650
A Veritext Company               www.veritext.com

1        A.   The time?

2        Q.   Just the circumstances.  How was it

3    that -- after the selfie, you walked away.

4             How do you end up back together with each

5    other?

6        A.   I don't remember.

7        Q.   You don't remember?

8        A.   I can speculate that he came up to me, but

9    I don't remember.

10       Q.   You don't remember?

11       A.   No.

12       Q.   After taking the selfie, do you recall

13   having any subsequent conversations with ████████

14   ████████?

15       A.   Yes, we did have a conversation later when

16   like we interacted again.

17       Q.   And this was before leaving the bar; is

18   that correct?

19       A.   Yes, that's correct.

20       Q.   And what did the interaction consist of?

21       A.   He came up to me -- he came up to me, and

22   I remember he got like pretty close, like trying

23   to speak in my ear.  And he was like, Hey, would

24   you like to come back to my place later?

25             And I was like, Sure, like whatever, you

Page 35

```
1    know.  Like -- and then that was the last of like
2    speaking -- that was the last of speaking to him
3    that I remember, like the last words of
4    communication that were spoken.
5         Q.  So you remember that conversation
6    generally, that he --
7         A.  Yes.
8         Q.  -- asked you whether you wanted to go back
9    to his place?
10        A.  Yes, sir.
11        Q.  And your response was yes?
12        A.  Yes.
13        Q.  And you were intoxicated at this point?
14        A.  Heavily.
15        Q.  Did you have any thoughts or ideas about
16   what -- why he wanted to go back to his place?
17        A.  I mean, I figured like maybe he wanted to
18   go like make out or something like that and like,
19   you know, go cuddle, I guess.
20        Q.  I mean, did you take that as an invitation
21   to go back to his place to have sex with him?
22        A.  No, no.
23        Q.  You did not?
24        A.  No, no, no.
25        Q.  Maybe just making out?
```

Page 36

1          A.   Yeah, just, I guess, fooling around.

2          Q.   Do you have -- I understand you were

3     intoxicated.

4               Do you have a pretty good recollection of

5     that conversation, that that is what he asked you,

6     to go back to his place?

7          A.   Yes.

8          Q.   Did he say anything to you about going out

9     into the parking lot and having sex in the SUV?

10         A.   No.

11         Q.   He never said that, or you don't remember

12    him saying that?

13         A.   As far as I know, he never said that.

14         Q.   So after you indicated to him that you

15    were willing to go back to his place -- do you

16    know where he lived?

17         A.   Huh-uh, no, sir.

18         Q.   He was on the football team?

19         A.   Yes.

20         Q.   Did they all live in -- does the football

21    team, to your knowledge, did they all live

22    together like in the athletic dorm, like a

23    specific location?

24         A.   I think there were some athletic dorms,

25    but I have no idea if that's where he was at.

Court Reporters of Louisiana                    225-201-9650
A Veritext Company                              www.veritext.com

1    Q.  Had you -- well, I think you've already

2    answered.  This was the first time you'd ever met

3    ████████████?

4    A.  Yes.

5    Q.  You didn't even know who he was when you

6    first saw him?

7    A.  No.

8    Q.  So after indicating to him that you were

9    willing to go back to his place, did the two of

10   you walk out of the bar together?

11   A.  I don't know if it happened immediate --

12   in my mind, it didn't happen immediately, that I

13   was leaving the bar.

14   Q.  Okay.  How did it happen?  How do you --

15   A.  In my mind, there's a space in time where

16   he asks me and then he walks away, that is how I

17   remember it.

18        And then the next thing that I remember is

19   walking out the doors of The House and I'm like

20   this (indicating).  My hand is outstretched like

21   this, and he is like pulling me along outside the

22   doors of The House leading to the street, to the

23   parking lot.

24   Q.  Was he leading you?

25   A.  Yes.

Court Reporters of Louisiana          225-201-9650
A Veritext Company                www.veritext.com

```
1        Q.   Were you stumbling?

2        A.   Yes.

3        Q.   I mean, you were heavily intoxicated at

4   this point?

5        A.   Yes.

6        Q.   Before leaving The House -- let me ask you

7   this:  When you went from Reggie's to The House,

8   did you go there with a group of your sorority

9   sisters?

10       A.   Yes.

11       Q.   Several of you went from one to the other?

12       A.   About five.  About five of us.

13       Q.   When you finally left The House, when

14   ████████████ was leading you away, were your

15   sorority sisters still there?

16       A.   We were all still there -- I don't know if

17   we were all still there, I take that back.  I

18   don't know if we were all still there.  There were

19   some of my really good friends still there, but it

20   was so crowded -- it was so crowded that it would

21   have been easy for me to just disappear.

22       Q.   Before leaving the bar with ████████████,

23   do you recall telling any of your friends, your

24   sorority sisters, Hey, guys, I'm leaving, see you

25   later?
```

Page 39

1      A.   No.   I was way too intoxicated.

2      Q.   The people you were with, your friends,

3  your sorority sisters, were they intoxicated as

4  well at that point, do you think?

5      A.   They had been drinking, yes, but they

6  remember -- I know at least one of my friends

7  remembers that night.

8      Q.   Do you feel, on this particular night, on

9  this particular occasion, that you were

10 particularly drunk as --

11     A.   I was drunk, like it was -- my eye -- my

12 friend described me as I was like leaning up

13 against like the bar, like one of the bar tables,

14 like I could not stand and my eyes were rolling in

15 the back of my head.   That is -- that is how she

16 described how I looked.

17     Q.   Who was that?

18     A.   Her name is ███████████.

19     Q.   You know, I saw in some of the

20 investigative reports that you indicated that you

21 thought perhaps you were drugged that night.

22     A.   Yeah.

23     Q.   Is that -- is that correct?

24     A.   I -- yeah.

25     Q.   You felt --

Court Reporters of Louisiana      225-201-9650
A Veritext Company      www.veritext.com

1       A.   I felt that I had been drugged.

2       Q.   What leads you to believe that?

3       A.   Because I -- one, I vomited a lot, so --

4   like way -- that was later on in the night.  We'll

5   get to that in a minute, I guess.

6            Like not being able to like physically

7   stand up had never happened to me, not being able

8   to open my eyes and like not -- you know, and then

9   the big, big gaps in memory, the horrible gaps in

10  memory.

11      Q.   You mentioned earlier about how, being

12  underage, you'd either use a fake ID or oftentimes

13  other people would give you drinks.

14      A.   Yes, sir.

15      Q.   Did you take any -- accept any drinks from

16  anybody that you did not know that night that you

17  can recall?

18      A.   Oh, no, no.

19      Q.   So whatever drinks you had that night

20  either -- you would have either gotten them from

21  the bar yourself or somebody you knew gave it to

22  you?

23      A.   Yeah.  Friends, older friends.

24      Q.   Other than what you've told me about your

25  suspicions about having been drugged, were you

Court Reporters of Louisiana          225-201-9650
A Veritext Company          www.veritext.com

1    ever able to confirm that one way or the other?

2        A.   I remember at the hospital later that

3    night that I'm pretty sure I had told them that I

4    thought I had been.  And, honestly, I don't

5    remember if they took blood work or anything,

6    because I try to block it out.  And I've -- I

7    haven't looked at that report because I don't know

8    if I want to know.

9        Q.   So he leads you by the hand out of The

10   House?

11       A.   Yes.

12       Q.   To this SUV in the parking lot?

13       A.   A black SUV.

14       Q.   Do you remember arriving at the SUV?

15       A.   I remember -- I remember still like having

16   my hand like this (indicating), and I remember

17   like vaguely seeing the SUV and like gradually

18   walking closer to the SUV.  And that is where

19   everything goes black.

20       Q.   Do you remember getting into the SUV?

21       A.   No.

22       Q.   Do you remember whether there was anybody

23   else in the SUV when you got there?

24       A.   No.

25       Q.   Now, one way or the other, you ended up in

1    the SUV?

2        A.  Yeah.

3        Q.  Do you remember if you got in yourself --

4    and if you don't remember, just tell me.

5            Do you remember if you got in yourself, or

6    did ████████████ help you in, or do you

7    have -- do you know?

8        A.  I don't -- I don't know.

9        Q.  You don't know.

10           Do you remember being in the SUV having

11   sex with ████████████?

12       A.  No.  I remember being in the SUV later,

13   whenever I was being driven home, but not having

14   sex.

15       Q.  Do you have any recollection of having had

16   sex in the SUV?

17       A.  No.

18       Q.  Do you have any recollection of taking off

19   any of your clothing in the SUV?

20       A.  No.

21       Q.  Or ████████████ taking off any of your

22   clothing in the SUV?

23       A.  No.

24       Q.  You -- is this completely blank for you?

25       A.  Blank.

Court Reporters of Louisiana          225-201-9650
A Veritext Company          www.veritext.com

1    Q.  Do you have any recollection of ████████

2    ████████ being on top of you having sex with you?

3    A.  Not having -- no, not having sex with me.

4    Q.  So if I understand you correctly, what

5    you're saying is you remember being led out of the

6    bar to the SUV, and at that point things -- you go

7    blank?

8    A.  Blank.

9    Q.  And now, at some point, they went unblank,

10   right?

11   A.  Yes.

12   Q.  Tell me at what point was that.

13   A.  I remember the next -- I vaguely remember

14   the like lights coming on, like this (indicating),

15   like I was like (indicating).

16   Q.  You're in the SUV?

17   A.  I was in the SUV.  I remember like lights

18   coming on, and I remember -- I remember being

19   driven home in the back -- like in the back of the

20   SUV.  I remember driving down I think it was East

21   Boyd Street and like rolling down the window and

22   profusely vomiting outside of the window.

23        And I remember -- I don't remember getting

24   to my dorm.  I don't remember walking into my

25   dorm.  But I remember being on the elevator in my

Page 44

1      Q.  And what was her name?

2      A.  ███████.  ███████████.  And that was

3   my -- like she was my RA from my side of the dorm

4   hall.

5           And so ████████ comes in there, and then

6   ██████ goes and gets the RA from the other side of

7   the hallway.  What was her name?  Gosh, I can't

8   remember, I really can't remember.  So then we are

9   all in my room.

10          And I am just on the ground and we're

11  chatting, I guess.  And I think they asked me at

12  one point like, Do you want us to call BRPD -- not

13  BRPD, LSU P.D.  I'm sorry, too many letters.  Do

14  you want us to call LSU P.D.?

15          And I was like, I guess.

16          LSU P.D. officer gets there and I tell him

17  what I can remember.  And I remember being told

18  like this isn't -- like this didn't happen on

19  campus so I can't technically do anything.  He's

20  like, But I can call BRPD.

21          And I'm like, I guess, okay.  I'm still

22  like heavily intoxicated at this point, or I'm

23  still out of it.  Like I'm still very spaced out.

24          And BRPD gets there, and I found out later

25  that there were like 11 officers there.  I don't

Court Reporters of Louisiana          225-201-9650
A Veritext Company              www.veritext.com

1        A.    Uh-huh.

2        Q.    Is that correct?

3        A.    Yes.

4        Q.    Do you remember when she contacted you?

5        A.    Like the day?

6        Q.    Like if your parents initially

7    communicated with the Title IX people on the 24th,

8    do you remember when it would have been that

9    Jennie initially tried to contact you?

10       A.    Maybe a few days after or a week later

11   maybe.  But I don't -- I don't know the specific

12   date.

13       Q.    But fairly soon thereafter?

14       A.    Yeah, pretty soon.

15       Q.    Do you remember your initial communication

16   between you and Jennie?

17       A.    No.  I mean, I remember we had a meeting.

18   I remember that meeting like -- but I don't

19   remember the e-mail.

20       Q.    Before you had a meeting, you communicated

21   by e-mail?

22       A.    Via e-mail.

23       Q.    Okay.  And she introduced herself as the

24   Title IX person?

25       A.    I assume so.

Page 64

1      that investigation?

2          A.  By an investigator?

3          Q.  Yes.

4          A.  Yes.  Jeffrey.

5          Q.  Jeffrey Scott?

6          A.  Scott.

7          Q.  Do you remember how long it was -- if the

8      incident occurred on the 24th of January, do you

9      remember when it was that Jeffrey Scott first

10     interviewed you?

11         A.  Probably early February.

12         Q.  And what did -- do you recall Mr. Scott's

13     interview of you?

14         A.  Vaguely.  I remember walking into a

15     conference room, it was -- it was at the -- what's

16     that building called?  I can't remember.  It's

17     where the president's office is.

18         Q.  UAB?  University administrative building?

19         A.  Yes, that one.  That one on West

20     Lakeshore, yes.  Because it was right near my

21     sorority house.  And I was in there, I walked in,

22     and he comes and meets me at the door and walks me

23     back to a conference room, probably like this, a

24     little bit smaller than this.  And I was there for

25     two hours, maybe; it felt like two hours.

Page 68

1      Q.   Jeffrey Scott?

2      A.   Jeffrey Scott e-mailed me in the

3   investigation and he asked me, What were you

4   wearing the night of your incident?

5          And at the time, I didn't know any better

6   and I sent him a picture.  I think it may have

7   been that picture that I sent him, honestly,

8   Exhibit 1.

9          I was like -- I was wearing a white top,

10  jeans, my Air Force 1s.  And at the time I thought

11  to like -- I didn't think anything of it, but as

12  time has gone on, that has rubbed me really the

13  wrong way.

14         Why does it matter what I was wearing?

15  Like why does it matter what I was wearing?

16  That's like the one -- that's the one like really

17  big grievance that I have.

18     Q.   You didn't think it was relevant?

19     A.   It's not.

20     Q.   Like some kind of question that you might

21  have enticed --

22     A.   I looked like...

23     Q.   Alluring?

24         Let me go back just a little bit.  There's

25  one question I meant to ask.

Page 81

1        Q.   There was a prior form that was submitted,

2    another disability request form that apparently

3    was prepared by Ms. Susan.  This one is actually

4    dated January 20th of 2020 -- I take that back.

5    I'm misspeaking.  I'm reading the wrong date.

6            It was the subsequent request form that's

7    dated January 20th of 2021.

8        A.   Yeah, that makes sense.

9        Q.   So as a result of the initial request

10   form, the request for accommodations, you

11   were -- were you given accommodations?

12       A.   Yeah.  And I didn't receive accommodations

13   for a while.  And I -- I can't remember why I

14   didn't receive accommodations.  I didn't get my

15   accommodations instated until May or June, it

16   feels like.  Because it was six months from

17   the -- my accommodations -- the whole problem was

18   it was six months, and they ran out in November or

19   December or something like that.

20       Q.   Do you recall what the accommodations

21   were?

22       A.   I got time and a half on exams, reduced

23   test taking environment, I think consideration for

24   absences.  I feel like I'm missing one.

25       Q.   Class notes --

1        A.  Class note-taker.

2        Q.  So what is a class note-taker?

3        A.  Somebody who will take notes for you and

4    send them to you.  That's it.

5        Q.  Someone who will take notes for you in

6    your absence from the class?

7        A.  Yes or no.  It can be in absence of class,

8    but also, if I wanted to like have somebody send

9    me notes week -- like every week, they would be

10   able to do that, even if I went to class or not.

11       Q.  And what -- I'll ask you to look at this

12   document, ma'am.

13       A.  This looks familiar.  This is my letter,

14   yeah, student accommodation letter.

15           MS. WHITE:

16               Which Bates Number is that?

17           MS. TRUSZKOWSKI:

18               2669, Hovis 2669.  And the other one

19           was 2946.

20           MS. ABDNOUR:

21               Hey, everybody.  This is Liz.  I'm

22           sorry to interrupt.  Can we get these

23           documents on Zoom, please.

24           MS. McDIARMID:

25               They're her documents.  So maybe --

Court Reporters of Louisiana          225-201-9650
A Veritext Company          www.veritext.com

1    extension on assignments was a thing.  And it's
2    not, it's not on there.  But I think it was
3    requested that I have those.
4            MR. PHAYER:
5                 The June 22nd accommodation letter
6            will be Exhibit 3.
7            (Exhibit 3 was marked.)
8    BY MR. PHAYER:
9        Q.  These accommodations on Exhibit 3, the
10   June 22, 2020 letter, did they apply to your
11   second semester?
12       A.  My summer -- summer semester.
13       Q.  Did you have any accommodations for your
14   spring semester of 2020?
15       A.  No.
16       Q.  Did that become an issue?
17       A.  Oh, yeah.  Yes.
18       Q.  Can you describe that for me.
19       A.  The semester was very rough.  I
20   really -- I was struggling very bad, very bad,
21   deep depression hole, as I like to call it.  It
22   was really hard to get out of bed.  It was really
23   hard to take care of myself and take care of my
24   hygiene.
25       Q.  Were you still living in a dorm?

Page 91

1      A.   I was at this point.  I don't
2  know -- well, at one point, I actually moved out
3  of the two-person dorm with my roommate and I
4  moved into a single-person dorm because I needed
5  my own space.  I thought that would maybe help me
6  out a little bit better just having my own space,
7  you know.  So there was that.
8           Classes, very hard.  Very hard to go to
9  class.  My experimental statistics class was in an
10  auditorium that was right next to the football
11  stadium, and I could not make myself go to class.
12  I would walk there and then I would turn around
13  and walk right back.  I was like, I can't do this.
14           And then I had another class, I believe it
15  was my philosophy class, philosophy 101 or
16  something like that, it wasn't in the same
17  building as the stats class, but it was in a
18  building called Lockett, Lockett Hall, which is
19  also right over there.  It's right next to the
20  football stadium.  Very hard to go over there.
21           And actually, the day that my midterm was,
22  I could not get out of bed, I just couldn't do it.
23  Just a really bad week.  And that was -- that
24  became a problem.  I failed that class.
25      Q.   Were you still taking medication during

Page 92

1    hit in March.  So like not being able to get out

2    of my bed and stuff for class, that was pre-COVID.

3    Because then once COVID hit, I was removed from

4    campus, like we were all kicked off campus, you

5    know, and I had to go home and do classes via

6    Zoom.

7        Q.  Which everybody was doing?

8        A.  Which everyone was doing, yeah.

9            So all that I was talking about, like the

10   midterm and not being able to like take care of

11   myself was in the dorm.  I was still in the dorm.

12   I was still on campus.

13       Q.  Did you address with any of your

14   professors -- even though you were not under any

15   formal accommodation orders, did you address with

16   any of your professors your situation,

17   why -- could they reach out and help you?

18       A.  Yeah, so I was -- I had -- I had

19   Lighthouse, very thankful for Ms. Susan.

20   I -- obviously, it's like very hard.  You don't

21   want to talk about that with your professors, you

22   know.  You don't want them to know.

23       Q.  Who told you that?

24       A.  I told myself that.

25       Q.  You told yourself?

Court Reporters of Louisiana          225-201-9650
A Veritext Company          www.veritext.com

1       A.   I told myself that I didn't want them to

2   know, you know.

3            So I remember going up to -- I remember

4   meeting with Ms. Susan at Lighthouse and being

5   like, I don't know what to do, my professor -- I

6   can't retake this midterm.

7            She actually contacted -- his name was Wes

8   Shrum, or something like that.  She contacted him,

9   kind of explained what was going on.  Because

10  she's my advocate in this situation, she explained

11  what was going on.

12           And they, I think, had like a literal

13  meeting, like she -- like maybe over Zoom or maybe

14  they met in her office where she explained like,

15  You don't understand what it is like to go through

16  this and the trauma that incurs, not just from the

17  incident itself but also trying to go through a

18  Title IX case, like that's a lot.

19           And he eventually said he -- he actually

20  didn't change his mind.  And he was like, I'm not

21  going to allow you to retake your midterm and

22  you'll have to -- you'll have to retake the class,

23  or something along those lines.  Essentially, he

24  wouldn't let me retake the midterm and I ended up

25  failing.

Court Reporters of Louisiana          225-201-9650
A Veritext Company                www.veritext.com

1       Q.   So did you go to summer school?

2       A.   Yes.

3       Q.   In 2020?

4       A.   Yes.

5       Q.   And you took classes?

6       A.   Yes.

7       Q.   And at that point, were the formal

8    accommodations in effect?

9       A.   In June, yeah.  I can't remember why it

10   took so long to get the accommodations in place.

11   Because, as you saw on the request form, it was in

12   January, early February.  And I don't -- I cannot

13   remember the reason why it took so long.  It may

14   have had something to do with COVID or something.

15      Q.   Do you know who makes the decisions on

16   accommodations of this sort?

17      A.   Disability services.

18      Q.   This is not Title IX?

19      A.   No, no.

20      Q.   So you took courses in the summer?

21      A.   Uh-huh.

22      Q.   You have the accommodations in effect?

23      A.   Uh-huh.

24      Q.   And you -- how many courses did you take,

25   do you remember?

Court Reporters of Louisiana          225-201-9650
A Veritext Company              www.veritext.com

1      Q.  This is the one dated January 20th of 2021
2  prepared by Ms. Susan.  And I'd ask you to take a
3  look at that, ma'am.
4          MS. TRUSZKOWSKI:
5              Dennis, is this a different statement
6          than the other two that you have?
7          MR. PHAYER:
8              Do you want to see it?
9          MS. TRUSZKOWSKI:
10             Yes.  I want to tell them on Zoom so
11         they know what we're looking at.
12             Let the record reflect that Exhibit 2
13         is dated January 31, 2020, and the
14         document that we're looking at now is
15         dated January 20, 2021.  It's the same
16         form, just a year apart.
17             Thank you, Dennis.
18  BY MR. PHAYER:
19     Q.  Have you had a chance to look at that,
20  ma'am?
21     A.  Uh-huh.
22     Q.  And is this sort of the renewal form to
23  reup for the accommodations that were previously
24  issued to you?
25     A.  Yeah.  It's the exact same form.

Court Reporters of Louisiana          225-201-9650
A Veritext Company          www.veritext.com

1    I -- anyway.

2        Q.  Do you feel you were still laboring under

3    conditions that warranted continued

4    accommodations?

5        A.  Oh, absolutely.

6        Q.  You think your medication had changed by

7    this point?

8        A.  Yes, medication had definitely changed.  I

9    was definitely on Effexor at this point.

10       Q.  Is that a similar drug to Paxil?

11       A.  It's a little different.  It works on a

12   different neurotransmitter in the brain,

13   neuroepinephrine, as well.  And it is a little bit

14   better with PTSD.

15       Q.  Can I see that document?

16       A.  Yes.

17       Q.  Okay.  Now, there's a section here that

18   talks about the need for accommodations, and it

19   says, "Student is experiencing increased stress

20   and anxiety related to past traumatic incidents in

21   addition to current retraumatization."

22           Do you know what Ms. Susan is referring to

23   when she talks about "past traumatic incidents"?

24       A.  The assault and going through the Title IX

25   process and stuff.

Court Reporters of Louisiana          225-201-9650
A Veritext Company               www.veritext.com

1              (Exhibit 4 was marked.)

2      BY MR. PHAYER:

3          Q.  And, essentially, the same accommodations

4      were kept in place after you resubmitted the

5      request?

6          A.  Oh, no.

7          Q.  No?

8          A.  No.  So I reached out to Ms. Susan and I

9      said, I am still struggling.  I know that these

10     are going to expire, I guess, because it was a

11     six-month period because of Lighthouse --

12     Lighthouse did a six-month period of

13     accommodation.

14             I said, I need some more help.  Can you

15     please help me?

16             She said, Absolutely, I'll fill out that

17     same exact request form that we just saw from

18     2021, I'll fill it out and send it over to

19     disability services and we'll get you your

20     accommodations back.

21             And she -- so she did that.  And they --

22     then I received a call from disability services

23     that said, We're not reinstating your

24     accommodations because Lighthouse is only a

25     six-month program.

Page 101

1              So they were like, Instead, you're going

2     to have to go through a psychiatrist or somebody

3     else and get accommodations that way.

4          Q.   And did you end up doing that?

5          A.   Yeah.  It took a minute because we were

6     going through an insurance change.  So yeah.

7          Q.   So when you went through that process, did

8     you ultimately get the accommodations back?

9          A.   Yes, but way -- much later.

10         Q.   Because I'll show you a letter that's

11    marked Hovis 2626.  It's a semester accommodation

12    letter from, I presume, Ms. Susan -- or I

13    shouldn't presume anything.  And I'll ask you to

14    take a look at that.

15         A.   This is from disability services.

16         Q.   Okay.

17         A.   Yeah, so -- of 2021, that summer is when

18    the accommodations get reinstated after going to

19    the psychiatrists and getting a formal letter and

20    all that that I had to do.  And then these were

21    the --

22         Q.   And those are the same accommodations that

23    were originally granted?

24         A.   The same, yes.

25              MR. PHAYER:

                                        Page 102

```
 1                    We'll mark this as 5.
 2              (Exhibit 5 was marked.)
 3    BY MR. PHAYER:
 4        Q.   So the second round of accommodations
 5    covered you through what period?
 6        A.   Through graduation.
 7        Q.   Through graduation?
 8        A.   Uh-huh, because they were through a
 9    psychiatrist.
10        Q.   So once you went to the psychiatrist and
11    you got the accommodations reinstated, that was
12    good until you graduated?
13        A.   Uh-huh.
14        Q.   You didn't have to resubmit anything?
15        A.   No.  I just had to go in -- you had to log
16    in and print your letter every semester.
17        Q.   With respect to the accommodations, all
18    your dealings were with either Susan at Lighthouse
19    or with disability services?
20        A.   And then with my psychiatrist.
21        Q.   Right.
22        A.   Yes.
23        Q.   But I mean in terms of LSU.
24        A.   Oh, yeah, yeah, yeah.  Sorry, yes.
25        Q.   On the LSU side, it would have been --
```

Page 103

```
1         Q.  Like were you knocking heads with her?
2    Was it a contentious communication?
3         A.  I was just more in shock than anything.
4    Like she called me -- I was sitting outside my eye
5    doctor's office and she called me and said, We're
6    not going to reinstate your accommodations because
7    Lighthouse is only for six months and blah, blah,
8    blah, whatever.
9              And then, at that point, I was just in
10   shock.  I was just like, Oh, okay, thank you, I
11   guess.
12             And she was like, You can e-mail me,
13   though, if you have any questions or if you want
14   to like continue on with e-mails about -- or
15   getting permanent accommodations.
16             So I think maybe I e-mailed her and was
17   like, These are -- like I want it continuing, how
18   do I continue this, get permanent accommodations
19   and stuff.
20        Q.  Did you find that the accommodations
21   helped you get through school?
22        A.  No.
23        Q.  I'm sorry?
24        A.  No.
25        Q.  No, you don't?
```

Page 105

1      A.   No.   I'm a social work major, and so we
2   didn't really have tests.   Lots of projects, lots
3   of assignments.   Consideration for absences
4   doesn't really do much; it's just a consideration,
5   they don't have to grant you that.
6           I didn't have anything with -- like on
7   assignments and stuff, like I didn't have anything
8   helping me with that.   I am fortunate that I was
9   in social work of all the majors, you know.   I had
10  made that switch post-assault.   And obviously,
11  social workers are very understanding people.
12          And so I did have to reach out to my
13  professors and be like, Hey, this is what's going
14  on.   So I did have some professors that were very
15  helpful.   But they were helpful -- like I had to
16  reach out for them to be helpful.   It wasn't my
17  accommodations that helped me.
18      Q.   So do I understand you to be telling me
19  that all this rigamarole you had to go through
20  with disability services really didn't provide
21  much benefit in the long run?
22      A.   I thought it would.
23      Q.   You thought it would, but it didn't?
24      A.   I thought it would, but at the end of the
25  day, you know...

Court Reporters of Louisiana        225-201-9650
A Veritext Company              www.veritext.com

1        A.   LSU grad school, school of social work.

2        Q.   Did you apply to any other schools?

3        A.   No, I didn't.

4        Q.   Are you still on TOPS?  Does that still

5   apply?

6        A.   For me, yes, because I did undergrad in

7   three -- this was why I was like -- I needed to

8   graduate in three years.  I did undergrad in three

9   years.  I still have two more semesters of TOPS

10  eligibility.  Those two semesters I could put

11  towards grad school, if I was going to pursue grad

12  school, which I did.  So now TOPS is paying for my

13  grad school, for my one year of grad school.

14  Yeah.

15       Q.   I guess at some point while the Title IX

16  investigation was going on -- you've told me you

17  had no further communications with Peter Parrish

18  after that night?

19       A.   No, not with him directly.  I did have

20  people contact me.

21       Q.   That's what I'm leading into.

22       A.   Okay.

23       Q.   You did receive texts, I'm aware of a

24  couple at least that you received from -- I'm

25  going to say, if this is the correct name -- Tia

Page 108

1    with what was going on.

2         Q.   And do you recall their reaction?

3         A.   I am pretty sure they were like -- because

4    I had a no-contact, I had a no-contact order in.

5    So him, nor anyone associated with him, was

6    supposed to contact me.  That was my understanding

7    of it.

8              And so I sent them over, and they were

9    like, I'm so sorry that you had to deal with this

10   or whatever, we're going to work on it or we're

11   going to do something or whatever.

12        Q.   Did the communications stop?

13        A.   So I had the first one, and I sent it to

14   them, and then I had the second one.  And then

15   after that, people stopped, yeah.  I stopped

16   getting DMs from people.

17        Q.   Do you feel that those communications --

18   that that person was communicating with you at the

19   request of █████████████?

20        A.   Yeah.

21        Q.   Or do you know?

22        A.   I don't know.  I mean, I can assume all I

23   want but...

24        Q.   Do you feel that any of the people, you

25   know, either Jennie Stewart, Jonathan Sanders, or

Page 110

1    Ms. Susan responded to those -- when you brought

2    those communications to their attention, did they

3    respond appropriately?

4         A.   I mean, as far as I know, nothing

5    happened.  Like I had a no-contact.  He was not

6    supposed to contact me.  Like there are

7    repercussions if you contact me or have --

8         Q.   If ███████████ contacted you?

9         A.   If ███████████ contacts me or somebody

10   in relation to him contacts me, repercussions.

11   And as far as I know, nothing happened.

12        Q.   As opposed to what?

13        A.   Nothing.  Like he didn't get in trouble.

14   A slap on the wrist.  I don't know.

15        Q.   Do you know if anybody at LSU had

16   information or confirmation that it was ██████

17   ████████ who was instigating those communications?

18        A.   No, I don't know.

19             MR. PHAYER:

20                  Can we take a break?  Is it about time

21             for a lunch break?

22             (A break was taken from 11:50 a.m. to

23             12:35 p.m.)

24   BY MR. PHAYER:

25        Q.   We're back on the record.

Page 111

1          A.   I knew I was going to be interviewed.
2     Like I knew that that was going to have to be a
3     part of it because I was explained that, right.   I
4     guess what I really wasn't, I guess, more prepared
5     for was the time that this took, the waiting that
6     this took, the anxiety that this induced was
7     really -- was really hard.
8               This was like a six-, seven-month process.
9     It took awhile.   It was a whole semester I
10    essentially lost, you know.
11         Q.   You understood going in that it could
12    some time?
13         A.   Yeah, I thought that this would -- I
14    thought it would take maybe two months, two, three
15    months.   And then it just continued going and
16    going.
17         Q.   But you understood that, as part of the
18    process, you would be forced to relive the events
19    of that night; you knew that going in, didn't you?
20         A.   I mean, yeah, I would have to do the
21    investigation.
22         Q.   So your complaints are about how long it
23    took and the stress that you experienced during
24    that time?
25         A.   Yeah.   It was so -- the anxiety that

Page 129

1   don't know if they reprimanded him or he got -- he

2   was reprimanded, I guess is the word I'm looking

3   for, if he was reprimanded in any way for that.

4        I was never made aware of it.  From what I

5   know, though, nothing came of it, nothing changed,

6   nothing was different.

7      Q.  So you don't know one way or the other

8   whether either Jennie Stewart or Jonathan Sanders

9   or anybody at LSU contacted ███████ about

10  those ██████ communications?

11     A.  No, I have no idea.

12     Q.  You do know that they stopped after two,

13  don't you?

14     A.  After two, yeah.  But after the first one,

15  it should have stopped.

16     Q.  And I think you told me earlier you don't

17  know whether or not ████████ instigated

18  those -- those communications from ███████?

19     A.  No, I don't know for certain, no.

20     Q.  Is it your contention that Jennie Stewart

21  or Jonathan Sanders or LSU was somehow responsible

22  for having not allowed those to occur at the very

23  inception of them?

24     MS. TRUSZKOWSKI:

25        Objection; that's a

```
1    hostile environment for you once you asserted your
2    Title IX complaint?
3         A.   I mentioned earlier about Mr. Scott,
4    right, and like that -- that rubbing me really the
5    wrong way, what was said.  I mean, with -- so like
6    in regards to like -- in regards to like student
7    advocacy and like that office, I didn't feel
8    like -- I guess I didn't feel like my -- like how
9    I was expressing my feelings or how I was like
10   being -- like I'm not comfortable being on campus
11   knowing he's a student here.
12             I just didn't feel like that was taken
13   very seriously.  I don't know if "hostile" is the
14   right word to use though.  I don't know if
15   "hostile" is the word I would use to describe
16   that.  So I guess no.
17             MS. TRUSZKOWSKI:
18                  I'm going to note for the record,
19             Dennis, you're continuing to sigh after
20             every question, and --
21             MR. PHAYER:
22                  I apologize.  If I'm doing that, it's
23             not intentional.
24             MS. TRUSZKOWSKI:
25                  I understand, but that can cause a
```

Page 136

1        Q.   When you say "diagnosed," who diagnosed

2    you?

3        A.   My primary care provider.

4        Q.   A GP?

5        A.   She's like a nurse practitioner.  She's

6    like the person I went and saw for all of my...

7        Q.   A nurse practitioner?

8        A.   Yes.

9        Q.   What was her name?

10       A.   Anne Colwart.

11       Q.   And she was not a physician, she was a

12   nurse practitioner?

13       A.   Nurse practitioner.

14       Q.   Was she -- I know that nurse practitioners

15   can prescribe medications.  She was certified to

16   do that?

17       A.   Uh-huh, yes, sir.

18       Q.   Prior to starting at LSU, had you ever

19   been diagnosed with post-traumatic stress

20   disorder?

21       A.   No, sir.

22       Q.   Attention deficit hyperactivity disorder?

23       A.   No, sir.

24       Q.   Have you ever been diagnosed with either

25   of those?

Page 144

1         A.   Yes.

2         Q.   Subsequent to the events of Tigerland?

3         A.   After all that, is that -- yes.

4         Q.   Have you ever had stress or anxiety issues

5    related to medical issues that your mother was

6    experiencing?

7         A.   No, I don't think so.  I mean, my mom has

8    had like some back surgeries that have been like a

9    little like -- you know, 15 percent chance she

10   might not walk after this.  You know, that's been

11   a little -- is that what you're referring to?

12        Q.   I apologize, I've looked at so many text

13   messages and whatnot.  Somewhere I saw in one of

14   them a reference to post-traumatic stress disorder

15   possibly being related to a medical issue that

16   your mother was having.  I cannot be any more

17   specific than that now.

18             And if you can't respond to that, that's

19   fine, just tell me.

20        A.   I can't respond to that.  I don't know.

21        Q.   Have you ever had any physical issues with

22   your kidneys that led to stress and anxiety on

23   your part?

24        A.   My kidney issues were when I was a baby.

25   I had kidney issues whenever I was born.  I can't

Page 145

1     Q.   Before ███, was there anybody else?

2     A.   Before ███, my first semester of

3   college, I didn't date anybody, like I didn't

4   officially date anybody.  The last person I dated

5   would have been high school, I guess.

6     Q.   Was ███ an LSU student?

7     A.   No.  He was Southeastern.

8     Q.   Was he there at Tigerland the night of the

9   incident?

10    A.   No.

11    Q.   You mentioned that a friend reached out to

12  your parents to talk to -- to tell them about the

13  lawsuit.

14         Who was that friend?

15    A.   I cannot remember, if I'm being honest.

16  It was like one of their friends, it wasn't one of

17  my friends, you know.

18    Q.   Do you have any problems with the way that

19  anybody at LSU res life handled responding to your

20  situation in January 2020?

21    A.   Like my RAs?

22    Q.   Including your RAs.

23    A.   No.  I feel like my RAs didn't really know

24  what to do.  They were really taken -- like, Oh,

25  gosh, like what do we do in this situation?  I

Page 163

1    Center?

2        A.   I mean, my psychiatrist that I saw, I

3    stayed with her for a while.  The -- when I went

4    and saw the counselor, Miranda Brown, whatever,

5    every time I -- when I did go and talk to her, I

6    just felt like I wasn't being taken seriously.

7            And it was kind of like I'm just here

8    because -- she's just like there because she has

9    to be there or something like that.

10       Q.   Did you only see her once?

11       A.   Once or twice.  It was very few times

12   because I was like, I can't do this, I can't do

13   this right now, too much going on.

14       Q.   Did she say that she wasn't taking you

15   seriously?

16       A.   No, she didn't say that to my face, no.

17       Q.   That was your --

18       A.   That was how I perceived the situation,

19   yes, ma'am.

20       Q.   What about with Ms. Susan in Lighthouse,

21   do you have any problems with how that was

22   handled, how she handled your complaints?

23       A.   No.  I'm very thankful for Ms. Susan and

24   the Lighthouse program.

25       Q.   And what about with Mr. Sanders, do you

Page 165

1  have any problems with how that portion of the

2  process worked?

3      A.  I don't -- I mean, like I didn't agree

4  with his outcome, but I essentially just hopped on

5  a Zoom meeting and we just talked and that was it.

6      Q.  What do you mean, you didn't agree with

7  his outcome?

8      A.  His outcome was only a yearlong

9  suspension.  And I knew that I was going to be

10  walking around campus again, and I was like, a

11  year from now, if this guy is on campus, I don't

12  know how I'm going to walk around campus like

13  that, you know.

14      I was really -- I was really hoping that

15  it would just be expulsion.

16      Q.  But he never returned to campus?

17      A.  No.  Because he transferred.  He ended up

18  transferring, which, I mean, worked out in my

19  favor.

20      Q.  And you were home because of COVID from

21  March to August of 2020?

22      A.  Yeah.  And that -- COVID saved me on it.

23  Like that saved me in a sense, not being on

24  campus.

25      Q.  Other than disagreeing with the outcome,

Page 166

```
 1        A.   Since probably the last -- probably the
 2   last two years, it's gotten really bad.
 3        Q.   Did you have some kind of accident or
 4   injury?
 5        A.   No, I just -- I went, I was having back
 6   pain, and I was like, I need to go -- I was like,
 7   This isn't normal, I need to get this seen.  It
 8   turns out I have bulging discs, like three of
 9   them, and early onset arthritis in my spine.
10        Q.   I saw a notation from February 1st of
11   2020, something about a fasting lab at St. Charles
12   Parish Hospital?
13        A.   It was for blood work.  I think that was
14   related to the incident.
15        Q.   We've talked about Dr. Jennifer Bauer.
16             In March of 2020, tutor with Mrs. Jacobi?
17        A.   Oh, yeah.  I had -- I got statistics
18   tutoring because I wasn't going to class.
19        Q.   Okay.  Was that part of your
20   accommodations?
21        A.   No.  That was my high school calculus
22   teacher that I reached out to.  I said, I need
23   help, I'm failing.
24        Q.   Dr. Katie Watson?
25        A.   She's a dermatologist, and I was having
```

Page 198