UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL
                        CASE NO.: 3:21-cv-00242
                        DIVISION WBV-SDJ
VERSUS                 JUDGE WENDY B. VITTER
                        MAG. JUDGE JOHNSON
                        JURY DEMANDED

LOUISIANA STATE UNIVERSITY, ET AL

  * * * * * * * * * * * * * * * * * * * * * *

VIDEO CONFERENCE DEPOSITION OF

JEFFREY SCOTT

TAKEN VIA ZOOM, BATON ROUGE, LOUISIANA, ON

NOVEMBER 18, 2022, BEGINNING AT 9:03 A.M.

REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER
    CERTIFICATE NUMBER 29011

```
 1  Q   So, your understanding was that you're
 2      going to be the lead investigator but
 3      you're not going to be the only
 4      investigator?
 5  A   Eventually, yes.
 6  Q   Did they eventually hire other
 7      investigators to help you?
 8  A   No.
 9  Q   How did that work out for you being the
10      only investigator?
11  A   It was a pretty heavy workload being the
12      only investigator responsible for nine
13      campuses and probably 50,000 individuals.
14  Q   Did anyone -- let me back up.  Earlier
15      you said you left because there were some
16      frustrations at LSU.  Was that one of the
17      frustrations that you were talking about?
18  A   Yes, that was one of them.
19  Q   Did anybody ever say to you, Mr. Scott
20      we're trying to hire some new people.  We
21      can't find anyone or we're not looking
22      right now -- I mean what was being
23      communicated to you while you're carrying
24      what is admittedly a large caseload?
25  A   I think that Ms. Stewart was always very
```