## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                           **CIVIL ACTION**

**VERSUS**                                         **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

### ORDER

Considering the Ex Parte Motion for Leave to File Reply Memoranda, filed by the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (R. Doc. 479);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** The Clerk's Office is directed to file the following Reply briefs and exhibits into the record in this matter:

- R. Doc. 479-1;
- R. Doc. 479-2;
- R. Doc. 479-3;
- R. Doc. 479-4;
- R. Doc. 479-5;
- R. Doc. 479-6;
- R. Doc. 479-7;
- R. Doc. 479-8;
- R. Doc. 479-9; and
- R. Doc. 479-10.

New Orleans, Louisiana, October 16, 2023.

*[signature: Wendy B. Vitter]*
**WENDY B. VITTER**
**United States District Judge**