Reply Exh A

```
                UNITED STATES DISTRICT COURT

                MIDDLE DISTRICT OF LOUISIANA


ABBY OWENS, ET AL              CIVIL ACTION NO. 21-242

VERSUS
                               JUDGE WENDY B. VITTER
LOUISIANA STATE
UNIVERSITY, ET AL              MAGISTRATE JUDGE JOHNSON



                   *** CONFIDENTIAL ***


*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *


      TRANSCRIPT OF THE VIDEOCONFERENCE DEPOSITION OF:

                JADE LEWIS, VOLUME II,

TAKEN ON BEHALF OF BOARD OF SUPERVISORS OF LOUISIANA

STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL

COLLEGE, REPORTED IN THE ABOVE ENTITLED AND NUMBERED

CAUSE BY YOLANDA J. PENA, CERTIFIED COURT REPORTER FOR

THE STATE OF LOUISIANA.

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *




       COMMENCING AT 12:01 P.M., ON December 2, 2022.
```

```
 1    last time.
 2         A.   Yep.
 3              MS. WHITE:  It's not that.  I need the
 4         August -- unless it was one of those other
 5         pages.  There were five pages on that.  Okay.
 6         Sorry, we've got it now.  What exhibit is
 7         that?  Okay.  Exhibit 9.
 8    BY MS. WHITE:
 9         Q.   Okay.  Do you recall looking at that report?
10         A.   Yep.
11         Q.   Also, there was a time when you had another
12    black eye, I guess, and you said that a tennis ball hit
13    your eye in September of 2019.
14              Do you remember that?
15         A.   Yep.
16              MS. WHITE:  Okay.  I want to pull up
17         Exhibit 15.  I'm sorry.  The new exhibit.
18    (Exhibit No. 15 was marked for identification.)
19    BY MS. WHITE:
20         Q.   Exhibit 15 says, "Coach Julia Sell notified
21    me," meaning Miriam, "that she had knowledge that
22    Jade Lewis had a black eye."
23              How did -- do you know how Coach Sell knew
24    about that?
25         A.   I saw Mike Sell at the dining room.
```