Reply Exh. A

SARAH KITCH  
10/12/2022  
Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, SAMANTHA BRENNAN,
CALISE RICHARDSON, JADE LEWIS,
KENNAN JOHNSON, ELISABETH             CASE NO.
ANDRIES, JANE DOE, ASHLYN             3:21-CV-00242
ROBERTSON, CORINN HOVIS, AND
SARAH BETH KITCH

VS.

BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY AND
AGRICULTURAL AND MECHANICAL
COLLEGE, AND VERGE AUSBERRY,
MIRIAM SEGAR, JENNIE STEWART,
AND JONATHAN SANDERS, IN THEIR
INDIVIDUAL CAPACITIES

* * * * * * * * * * * * * * * * * * * * * * * *

*** CONFIDENTIAL TRANSCRIPT ***

*** SUBJECT TO PROTECTIVE ORDER ***

The deposition of SARAH BETH KITCH, taken in connection with the captioned cause, pursuant to the following stipulations before RITA A. DEROUEN, Certified Court Reporter, at Phelps Dunbar, 400 Convention Street, Suite 1100, Baton Rouge, Louisiana 70802 on October 12, 2022, beginning at 8:58 am.

COURT REPORTERS OF LOUISIANA, L.L.C.  
9522 Brookline Avenue, Suite 217  
Baton Rouge, Louisiana  70809  
PHONE (225) 201-9650 * FAX (225) 201-9651  
E-mail:  depos@courtreportersla.com

```
 1  categorize as severe child sexual abuse.
 2      Q.  And is that the characterization that
 3  Ms. Volk used?
 4      A.  She never gave it a label.  I told her my
 5  stories, and she helped me to think about them and
 6  integrate them into my life so that I could live a
 7  whole life.  We all get wounded, and her job was
 8  to help me find ways to carry that particular set
 9  of things, which she did.
10      Q.  How do you know that clinicians would
11  describe what happened as severe child sexual
12  abuse?
13      A.  I read it in some books on sexual abuse.
14      Q.  Did you read the USA Today article that
15  was published about LSU?
16      A.  I did.
17      Q.  Did you speak to anyone -- any reporters
18  from USA Today?
19      A.  I did not.
20      Q.  Was there anything in the article that
21  related to you?
22      A.  No.
23      Q.  Did you use social media while you were
24  attending LSU?
25      A.  I think I had a Facebook account that I
```