UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL | CIVIL ACTION |
| VERSUS | |
| LOUISIANA STATE UNIVERSITY, ET AL | NO. 21-242-WBV-SDJ |

## ORDER

A settlement conference was held on October 18, 2023.

After a period of negotiations, the parties were unable to reach a resolution at this time; however, the parties will continue negotiations themselves.

Signed in Baton Rouge, Louisiana, on October 18, 2023.

*[signature]*

SCOTT D. JOHNSON
UNITED STATES MAGISTRATE JUDGE

C:cv33a; T: 02:10