EXHIBIT A

- 🟨 Fees beyond the scope of the Magistrate Judge's order - Section II(B)
- 🟥 Fees having no connection to the Sells - Section II(A)
- 🟦 Fees for clerical or administrative tasks - Section II(C)

| # | Date | Hours | Description | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|---|
| 1 | 6/30/2022 | 1.7 | Revising drafts of discovery requests to all defendants and subpoenas to non-parties. | $ 300.00 | $ 510.00 | Endya Hash |
| 2 | 7/9/2022 | 1.3 | Review and approval of subpoena duces tecum to Julia and Michael Sell. | $ 300.00 | $ 390.00 | Endya Hash |
| 3 | 8/8/2022 | 0.4 | Telephone conference with Mr. Kornman (counsel for Sells) regarding outstanding subpoena for documents. | $ 300.00 | $ 120.00 | Endya Hash |
| 4 | 8/8/2022 | 0.6 | Review and analysis of claims related to Julia and Michael Sells and their response to the previously issued subpoena. | $ 300.00 | $ 180.00 | Endya Hash |
| 5 | 8/11/2022 | 1.4 | Drafting correspondence with counsel for Julia and Michael Sell regarding outstanding subpoena. | $ 300.00 | $ 420.00 | Endya Hash |
| 6 | 8/11/2022 | 0.1 | Revise letter to Keith Korman regarding Sells' subpoenas. Put substance on letterhead and reformat. | $ 175.00 | $ 17.50 | Stacey Marquez |
| 7 | 8/17/2022 | 1.7 | Drafting letter to Sells' attorney regarding outstanding subpoena and other discovery matters. | $ 300.00 | $ 510.00 | Endya Hash |
| 8 | 8/23/2022 | 1 | Legal Support Services Invoice No. 22-5507 Serve SDT's Mike Sell, Julia Sell | $ 90.00 | $ 90.00 | Natalie Staley |
| 9 | 8/30/2022 | 0.1 | Draft deposition subpoena for Mike Sells. | $ 175.00 | $ 17.50 | Stacey Marquez |
| 10 | 9/4/2022 | 0.2 | Draft deposition subpoena for Julia Sell. | $ 175.00 | $ 35.00 | Stacey Marquez |
| 11 | 9/6/2022 | 0.6 | Review and analysis of outstanding notices of deposition and subpoena requirements. | $ 300.00 | $ 180.00 | Endya Hash |
| 12 | 9/8/2022 | 0.4 | Correspondence with Keith Kornman's office. Email copies of subpoenas for Mike and Julia Sell. Send subpoenas to David Day for service. | $ 175.00 | $ 70.00 | Stacey Marquez |
| 13 | 9/8/2022 | 0.5 | Drafting correspondence to Mr. Kornman (counsel for Sells) regarding subpoena service issues. | $ 300.00 | $ 150.00 | Endya Hash |
| 14 | 9/8/2022 | 0.8 | Drafting various correspondence to co-counsel and clients regarding outstanding issues. | $ 300.00 | $ 240.00 | Endya Hash |
| 15 | 9/8/2022 | 0.2 | Save served subpoenas on Mike Sell and Julia Sell and update calendar entries. | $ 175.00 | $ 35.00 | Stacey Marquez |
| 16 | 9/8/2022 | 1 | Legal Support Services Invoice No. 22-5551 Serve subpoenas Mike Sell, Julia Sell. | $ 90.00 | $ 90.00 | Natalie Staley |
| 17 | 9/16/2022 | 0.7 | Review and analysis of document production by the Board of Supervisors and strategizing review plan for the same. | $ 300.00 | $ 210.00 | Endya Hash |
| 18 | 9/16/2022 | 0.4 | Draft request for admissions directed to LSU. | $ 175.00 | $ 70.00 | Stacey Marquez |
| 19 | 9/28/2022 | 0.5 | Review discovery requests to Defendants. | $ 175.00 | $ 87.50 | Stacey Marquez |
| 20 | 9/29/2022 | 0.2 | Revise discovery requests to defendants. | $ 175.00 | $ 35.00 | Stacey Marquez |
| 21 | 9/29/2022 | 0.2 | Review and analysis of draft discovery requests. | $ 300.00 | $ 60.00 | Endya Hash |
| 22 | 10/4/2022 | 0.6 | Research subpoena service in connection with subpoenas on Michael and Julia Sell following refusal of counsel to accept service of same. | $ 175.00 | $ 105.00 | Stacey Marquez |
| 23 | 10/4/2022 | 0.5 | Review and response to issues raised by opposing counsel. | $ 300.00 | $ 150.00 | Endya Hash |
| 24 | 10/4/2022 | 1.8 | Research regarding service of subpoena and drafting email to co-counsel regarding same. | $ 300.00 | $ 540.00 | Endya Hash |
| 25 | 10/5/2022 | 0.4 | Research location of Michael and Julia Sell. | $ 175.00 | $ 70.00 | Stacey Marquez |
| 26 | 10/5/2022 | 0.1 | Correspondence with Tom Edwards to request a skip trace on Michael and Julia Sell. | $ 175.00 | $ 17.50 | Stacey Marquez |
| 27 | 10/6/2022 | 0.2 | Revise discovery requests for defendants. | $ 175.00 | $ 35.00 | Stacey Marquez |
| 28 | 10/7/2022 | 0.5 | Correspondence with two conference centers (Serendipity and Davinci) to inquire about daily rental fees for location for Sells' depositions. | $ 175.00 | $ 87.50 | Stacey Marquez |
| 29 | 10/12/2022 | 0.1 | Telephone conference with Mr. Kornman regarding deposition of Julia and Michael Sell. | $ 300.00 | $ 30.00 | Endya Hash |
| 30 | 10/13/2022 | 0.2 | Correspondence with Tom Edwards regarding service of notices of deposition and billing. | $ 175.00 | $ 35.00 | Stacey Marquez |
| 31 | 10/14/2022 | 0.2 | Correspondence with Magna Services to request a price sheet for depositions of Michael and Julia Sell in Charleston, SC. | $ 175.00 | $ 35.00 | Stacey Marquez |
| 32 | 10/14/2022 | 0.4 | Telephone conference with Ms. Hash regarding discovery issues. | $ 175.00 | $ 70.00 | Stacey Marquez |
| 33 | 10/14/2022 | 1.5 | Strategy conference with Ms. Lasky and Ms. Abdnour. | $ 300.00 | $ 450.00 | Endya Hash |
| 34 | 10/14/2022 | 1.7 | Drafting document requests to LSU. | $ 300.00 | $ 510.00 | Endya Hash |
| 35 | 10/14/2022 | 1.5 | Strategy conference with Ms. Lasky, Ms. Hash, and Ms. Abdnour. | $ 175.00 | $ 262.50 | Stacey Marquez |
| 36 | 10/14/2022 | 0.5 | Final review of subpoenas to be issued to Julia and Michael Sell, and drafting correspondence to their counsel regarding the same. | $ 300.00 | $ 150.00 | Endya Hash |
| 37 | 10/18/2022 | 0.5 | Correspondence with opposing counsel regarding outstanding discovery issues. | $ 300.00 | $ 150.00 | Endya Hash |
| 38 | 10/18/2022 | 1.5 | Drafting requests for production of documents to LSU. | $ 300.00 | $ 450.00 | Endya Hash |
| 39 | 10/17/2022 | 0.1 | Correspondence with Karen Truszkowski regarding location of Sells deposition and hotels nearby. | $ 175.00 | $ 17.50 | Stacey Marquez |
| 40 | 10/17/2022 | 0.1 | Correspondence with Kacie at Clark Bolen. Received confirmation of scheduling and saved to folder. | $ 175.00 | $ 17.50 | Stacey Marquez |
| 41 | 10/20/2022 | 1.1 | Review and response to various emails from opposing counsel regarding document production, deposition schedule, protective orders, and more. Review and analysis of outstanding tasks. | $ 300.00 | $ 330.00 | Endya Hash |
| 42 | 10/21/2022 | 0.1 | File three affidavits and proofs of service and email to Ms. Hash. | $ 175.00 | $ 17.50 | Stacey Marquez |
| 43 | 10/24/2022 | 0.3 | Revise discovery requests to LSU. | $ 175.00 | $ 52.50 | Stacey Marquez |
| 44 | 10/24/2022 | 0.6 | Final revisions to discovery to be served on defendants today. | $ 300.00 | $ 180.00 | Endya Hash |

| # | Date | Hours | Description | Rate | Amount | Attorney |
|---|------|-------|-------------|------|--------|----------|
| 45 | 10/24/2022 | 0.1 | Correspondence with opposing counsel. Serve discovery requests to LSU Board of Supervisors. | $ 175.00 | $ 17.50 | Stacey Marquez |
| 46 | 10/24/2022 | 0.5 | Telephone conference with Liz Abdnour | $ 425.00 | $ 212.50 | Katie Lasky |
| 47 | 11/3/2022 | 0.2 | File Kornman correspondence to Ms. Truszkowski. | $ 175.00 | $ 35.00 | Stacey Marquez |
| 48 | 11/17/2022 | 1.4 | Attending meeting regarding litigation strategy. | $ 300.00 | $ 420.00 | Endya Hash |
| 49 | 11/21/2022 | 0.6 | Draft motion for sanctions, memo in support of motion, and notice of submission. | $ 175.00 | $ 105.00 | Stacey Marquez |
| 50 | 11/23/2022 | 0.3 | Review and analysis of documents from the Board of Supervisors. | $ 300.00 | $ 90.00 | Endya Hash |
| 51 | 11/23/2022 | 0.2 | Draft notices of deposition for Mike and Julia Sell. | $ 175.00 | $ 35.00 | Stacey Marquez |
| 52 | 11/28/2022 | 0.3 | Review and revising notices of deposition to Julia and Michael Sell. | $ 300.00 | $ 90.00 | Endya Hash |
| 53 | 11/28/2022 | 0.3 | Revise motion to compel Make and Julia Sell and notice of submission. | $ 175.00 | $ 52.50 | Stacey Marquez |
| 54 | 11/28/2022 | 1.8 | Review and revising draft motion for sanctions for spoliation. | $ 300.00 | $ 540.00 | Endya Hash |
| 55 | 11/28/2022 | 0.4 | Revise notices of deposition for Mike and Julia Sell. | $ 175.00 | $ 70.00 | Stacey Marquez |
| 56 | 11/28/2022 | 0.4 | Draft motion to compel and memo in support of motion to compel and email templates to Ms. Abdnour. | $ 175.00 | $ 70.00 | Stacey Marquez |
| 57 | 11/28/2022 | 0.1 | File docketed item and update pleading index. | $ 175.00 | $ 17.50 | Stacey Marquez |
| 58 | 11/29/2022 | 0.2 | Revising Motion for Sanctions | $ 300.00 | $ 60.00 | Endya Hash |
| 59 | 11/29/2022 | 3.7 | Revising motion regarding sanctions for destruction of cell phone data. | $ 300.00 | $ 1,110.00 | Endya Hash |
| 60 | 11/30/2022 | 3 | Review of draft motion for sanctions; revising motion for sanctions to incorporate additional facts and legal bases for attorney's fees. | $ 300.00 | $ 900.00 | Endya Hash |
| 61 | 11/30/2022 | 0.4 | Research first complaint for mention of Mike and Julia Sell. | $ 175.00 | $ 70.00 | Stacey Marquez |
| 62 | 11/30/2022 | 0.3 | Research filings for order regarding ESI. | $ 175.00 | $ 52.50 | Stacey Marquez |
| 63 | 11/30/2022 | 0.4 | Research amended complaint for references of Mike and Julia Sell. | $ 175.00 | $ 70.00 | Stacey Marquez |
| 64 | 11/30/2022 | 2.2 | Research regarding various discovery sanctions generally apply in spoliation cases. | $ 300.00 | $ 660.00 | Endya Hash |
| 65 | 12/1/2022 | 0.2 | Telephone conference with Magistrate Judge Johnson's chambers regarding Sells' refusal to comply with discovery. | $ 175.00 | $ 35.00 | Stacey Marquez |
| 66 | 12/1/2022 | 0.4 | Revise notices of deposition for Mike and Julia Sells and Jonathan Sanders. | $ 175.00 | $ 70.00 | Stacey Marquez |
| 67 | 12/1/2022 | 0.6 | Telephone conferences with Ms. Lasky and Ms. Marquez and Ms. Abdnour regarding telephone conference with the Magistrate Judge. | $ 300.00 | $ 180.00 | Endya Hash |
| 68 | 12/1/2022 | 0.5 | Telephone conference with Magistrate Judge Johnson regarding deposition attendance. | $ 300.00 | $ 150.00 | Endya Hash |
| 69 | 12/1/2022 | 0.2 | Correspondence with opposing counsel. Serve Michael and Julia Sell's notices of deposition on all counsel and add to calendar. | $ 175.00 | $ 35.00 | Stacey Marquez |
| 70 | 12/1/2022 | 0.9 | Revising motion for sanctions. | $ 300.00 | $ 270.00 | Endya Hash |
| 71 | 12/1/2022 | 0.5 | Telephone conference with Magistrate Judge Johnson regarding deposition attendance. | $ 425.00 | $ 212.50 | Katie Lasky |
| 72 | 12/2/2022 | 1.1 | Revising memorandum in support for motion for sanctions. | $ 300.00 | $ 330.00 | Endya Hash |
| 73 | 12/2/2022 | 0.3 | File docket items and updated pleadings index. | $ 175.00 | $ 52.50 | Stacey Marquez |
| 74 | 12/5/2022 | 0.6 | Review and analysis of various filings. | $ 300.00 | $ 180.00 | Endya Hash |
| 75 | 12/5/2022 | 1.3 | Revising draft motion for sanctions for spoliation of ESI on Sells' mobile devices. | $ 300.00 | $ 390.00 | Endya Hash |
| 76 | 12/8/2022 | 0.5 | Review and analysis of various correspondence related to motions for sanctions and to compel. | $ 300.00 | $ 150.00 | Endya Hash |
| 77 | 12/12/2022 | 0.3 | Review and response to various correspondence regarding negotiations with opposing counsel. | $ 300.00 | $ 90.00 | Endya Hash |
| 78 | 12/13/2022 | 2 | Review and analysis of various outstanding discovery issues and drafting correspondence to co-counsel and opposing counsel regarding same. | $ 300.00 | $ 600.00 | Endya Hash |
| 79 | 1/17/2023 | 1.7 | Attend discovery strategy meeting. | $ 300.00 | $ 510.00 | Endya Hash |
| 80 | 1/17/2023 | 1.7 | Attend discovery strategy meeting. | $ 175.00 | $ 297.50 | Stacey Marquez |
| 81 | 1/19/2023 | 0.2 | Review and analysis of document production by Board of Supervisors. | $ 300.00 | $ 60.00 | Endya Hash |
| 82 | 1/19/2023 | 0.2 | Review and analysis of prior written discovery request to the Board of Supervisors. | $ 300.00 | $ 60.00 | Endya Hash |
| 83 | 1/20/2023 | 0.2 | File documents and update filed pleadings index. | $ 175.00 | $ 35.00 | Stacey Marquez |
| 84 | 1/20/2023 | 0.8 | Review and analysis of filing by opposing parties. Telephone conferences with Ms. Abdnour and Ms. Lasky regarding the same. | $ 300.00 | $ 240.00 | Endya Hash |
| 85 | 1/23/2023 | 0.2 | File new pleadings to Clio. | $ 175.00 | $ 35.00 | Stacey Marquez |
| 86 | 1/23/2023 | 0.1 | Review and analysis of documents filed by Julia and Mike Sell regarding an emergency status conference. | $ 300.00 | $ 30.00 | Endya Hash |
| 87 | 1/24/2023 | 0.7 | Attending weekly discovery and strategy meeting. | $ 300.00 | $ 210.00 | Endya Hash |
| 88 | 1/24/2023 | 0.7 | Attending weekly discovery and strategy meeting. | $ 175.00 | $ 122.50 | Stacey Marquez |
| 89 | 1/25/2023 | 1.60 | Mileage from New Orleans to Baton Rouge retrieve cell phones of the Sells from opposing counsel. | $ 0.66 | 104.80 | Endya Hash |
| 90 | 1/25/2023 | 2 | Travel to Phelps Dunbar in Baton Rouge to retrieve cell phones. | $ 300.00 | 600.00 | Endya Hash |
| 91 | 1/25/2023 | 0.2 | Meeting with Phelps Dunbar regarding cell phones of Julia and Michael Sell. | $ 300.00 | 60.00 | Endya Hash |
| 92 | 1/25/2023 | 1.8 | Travel from Baton Rouge to New Orleans. Returning with the cell phones of the | $ 300.00 | 540.00 | Endya Hash |
| 93 | 1/25/2023 | 0.6 | Review and analysis of phones previously owned by Julia and Mike Sell. | $ 300.00 | 180.00 | Endya Hash |
| 94 | 1/30/2023 | 1 | Attending deposition of Julia Sell. | $ 300.00 | 300.00 | Endya Hash |

| # | Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|---|
| 95 | 1/30/2023 | 0.7 | Review of deposition transcripts with Ms. Abdnour regarding cause of Julia Sell's departure from LSU. | $ 300.00 | $ 210.00 | Endya Hash |
| 96 | 1/31/2023 | 0.5 | Meeting with Mr. Clint Shirley and digital forensics expert regarding possibility of recovering data from a factory reset iPhone. | $ 300.00 | $ 150.00 | Endya Hash |
| 97 | 1/31/2023 | 0.3 | Telephone conference regarding discovery motions. | $ 300.00 | $ 90.00 | Endya Hash |
| 98 | 2/1/2023 | 0.1 | Sharing facts regarding the spoliation of the cell phones of the Sells with Ms. Marum in preparation for her revisions to the motion for spoliation. | $ 300.00 | $ 30.00 | Endya Hash |
| 99 | 2/17/2023 | 0.1 | Review and response to email from Ms. Abdnour regarding discovery issues. | $ 300.00 | $ 30.00 | Endya Hash |
| 100 | 2/17/2023 | 1.5 | Review and revisions to motion for sanctions. | $ 300.00 | $ 450.00 | Endya Hash |
| 101 | 2/23/2023 | 0.2 | Drafting correspondence regarding current discovery status. | $ 300.00 | $ 60.00 | Endya Hash |
| 102 | 2/24/2023 | 0.1 | Meeting with Runner from Phelps Dunbar to hand off mobile phones. | $ 300.00 | $ 30.00 | Endya Hash |
| 103 | 2/28/2023 | 0.2 | File Sell's supplemental responses to file, Goldfynch, and Casefleet. | $ 175.00 | $ 35.00 | Stacey Marquez |
| 104 | 2/28/2023 | 0.3 | Revise 30b6 notice for LSU. | $ 175.00 | $ 52.50 | Stacey Marquez |
| 105 | 3/1/2023 | 0.7 | Review and revising 30b6 notice to LSU. | $ 300.00 | $ 210.00 | Endya Hash |
| 106 | 3/3/2023 | 0.5 | Review of and final revisions to 30b6 notice to LSU. | $ 300.00 | $ 150.00 | Endya Hash |
| 107 | 3/3/2023 | 0.2 | Correspondence with all counsel. Serve notice of deposition. | $ 175.00 | $ 35.00 | Stacey Marquez |
| 108 | 3/14/2023 | 0.2 | Conference regarding discovery and trial strategy. | $ 300.00 | $ 60.00 | Endya Hash |
| 109 | 3/28/2023 | 0.5 | Telephone conference with Molly McDiarmand regarding Rule 30(b)(6) depo. | $ 425.00 | $ 212.50 | Katie Lasky |
| 110 | 3/30/2023 | 3.7 | Review of and response to correspondence with opposing counsel. | $ 300.00 | $ 1,110.00 | Endya Hash |
| | | | | **TOTAL** | **$ 21,002.30** | |