**Elizabeth Abdnour Law, PLLC**
500 E. Michigan Ave.
Suite 130
Lansing, MI 48912
United States
517-292-0067



**Louisiana State University**

| | |
|---|---|
| **Balance** | $9,160.00 |
| **Invoice #** | 00824 |
| **Invoice Date** | October 18, 2023 |
| **Payment Terms** | Net 30 |
| **Due Date** | November 17, 2023 |

🟨 Fees beyond the scope of the Magistrate Judge's order - Section II(B)
🟥 Fees having no connection to the Sells - Section II(A)

**Securely pay online with your credit card**

 https://elizabeth-k-abdnour-esq-pllc.mycase.com/x7f3zp5h

**Flat Fees**

| # | DATE | EE | ITEM | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 1 | 09/16/2022 | EA | Flat Fee | EKA - emails w/ OC re: Sells' cell phone records ($400 x .1 hr) | $40.00 |
| 2 | 09/22/2022 | EA | Flat Fee | EKA - emails w/ OC re: Sells' cell phone records ($400 x .1 hr) | $40.00 |
| 3 | 10/12/2022 | EA | Flat Fee | EKA - emails w/ OC re: Sells' cell phone records ($400 x .1 hr) | $40.00 |
| 4 | 10/14/2022 | EA | Flat Fee | EKA - counsel mtg re: discovery issues ($400 x 1.5) | $600.00 |
| 5 | 10/19/2022 | EA | Flat Fee | EKA - emails w/ OC re: Sells' cell phone records ($400 x .1 hr) | $40.00 |
| 6 | 10/24/2022 | EA | Flat Fee | EKA - emails w/ OC re: Sells' cell phone records, w/ CC re: edits to RFP ($400 x .2 hr) | $80.00 |
| 7 | 10/24/2022 | EA | Flat Fee | EKA - Call w/ KLasky re: discovery issues ($400 x .5) | $200.00 |
| 8 | 11/17/2022 | EA | Flat Fee | EKA - emails w/ SHanson re: spoliation motion ($400 x .1 hr) | $40.00 |
| 9 | 11/22/2022 | EA | Flat Fee | Sydney Hanson - LSU Spoliation Motion ($250 x 2.1 hr) | $525.00 |
| 10 | 11/23/2022 | EA | Flat Fee | Sydney Hanson - LSU Spoliation Motion ($250 x 1.9 hr) | $475.00 |
| 11 | 11/24/2022 | EA | Flat Fee | Sydney Hanson - LSU Spoliation Motion ($250 x .4 hr) | $100.00 |
| 12 | 12/01/2022 | EA | Flat Fee | EKA - counsel call re: Sells issues ($400 x .6 hr) | $240.00 |
| 13 | 12/01/2022 | EA | Flat Fee | EKA - counsel call w/ Mag. Johnson re: Sells issues ($400 x .5 hr) | $200.00 |
| 14 | 12/05/2022 | EA | Flat Fee | EKA - emails w/ cocounsel re: motion for spoliation ($400 x .1 hr) | $40.00 |
| 15 | 12/09/2022 | EA | Flat Fee | EKA - Phone call with LSU counsel re: spoliation ($400 x .4 hr) | $160.00 |
| 16 | 12/12/2022 | EA | Flat Fee | EKA - emails w/ OC re: Sells' cell phone records ($400 x .1 hr) | $40.00 |
| 17 | 01/17/2023 | EA | Flat Fee | EKA - counsel mtg re: discovery issues ($400 x 1.7 hr) | $680.00 |
| 18 | 01/20/2023 | EA | Flat Fee | EKA - emails w/ OC re: discovery issues ($400 x .1 hr) | $40.00 |

| # | Date | | | Description | Amount |
|---|---|---|---|---|---|
| 19 | 01/23/2023 | EA | Flat Fee | EKA - emails w/ OC/cocounsel re: inspection of cell phones ($400 x .1 hr) | $40.00 |
| 20 | 01/24/2023 | EA | Flat Fee | EKA - counsel mtg re: discovery issues ($400 x .7 hr) | $280.00 |
| 21 | 01/29/2023 | EA | Flat Fee | EKA - Julia/Mike Sell depo prep - cell phones ($400 x .5 hr) | $200.00 |
| 22 | 01/30/2023 | EA | Flat Fee | EKA - Julia Sell deposition - cell phones ($400 x .2 hr) | $80.00 |
| 23 | 01/31/2023 | EA | Flat Fee | EKA - emails w/ cocounsel re: Sells' cell phone forensics ($400 x .1 hr) | $40.00 |
| 24 | 01/31/2023 | EA | Flat Fee | EKA - phone call w/ EHash re: spoliation motion ($400 x .3 hr) | $120.00 |
| 25 | 01/31/2023 | EA | Flat Fee | EKA - Mike Sell deposition - cell phones ($400 x .2 hr) | $80.00 |
| 26 | 02/01/2023 | EA | Flat Fee | Lindsay Marum - Edited LSU motion for spoliation re Sell phones ($250 x 1 hr) | $250.00 |
| 27 | 02/01/2023 | EA | Flat Fee | EKA - emails w/ LMarum re: updating motion for spoliation ($400 x .1 hr) | $40.00 |
| 28 | 02/02/2023 | EA | Flat Fee | Lindsay Marum - Edited LSU motion for spoliation re Sell phones ($250 x 1 hr) | $250.00 |
| 29 | 02/10/2023 | EA | Flat Fee | EKA - emails w/ cocounsel re: spoliation motion ($400 x .1 hr) | $40.00 |
| 30 | 02/17/2023 | EA | Flat Fee | Lindsay Marum - Edited LSU motion for spoliation re Sell phones ($250 x .8 hr) | $200.00 |
| 31 | 02/17/2023 | EA | Flat Fee | EKA - emails w/ cocounsel/LMarum re: spoliation motion ($400 x .1 hr) | $40.00 |
| 32 | 02/20/2023 | EA | Flat Fee | EKA - Prep/finalize motion and memo for sanctions, exhibits, file ($400 x 5.1 hr) | $2,040.00 |
| 33 | 02/20/2023 | EA | Flat Fee | EKA - emails w/ cocounsel re: spoliation motion ($400 x .1 hr) | $40.00 |
| 34 | 02/20/2023 | EA | Flat Fee | EKA - phone call w/ KLasky re: spoliation motion ($400 x .1 hr) | $400.00 |
| 35 | 03/15/2023 | EA | Flat Fee | EKA - refile exhibits to motion per ct order ($400 x .7 hr) | $280.00 |
| 36 | 04/25/2023 | EA | Flat Fee | EKA - counsel call re: 30b6 depo prep ($400 x .6 hr) | $240.00 |
| 37 | 04/26/2023 | EA | Flat Fee | EKA - 30b6 Walters depo prep ($400 x 1.3 hr) | $520.00 |
| 38 | 04/27/2023 | EA | Flat Fee | EKA - 30b6 depo - Marshall Walters ($400 x 1 hr) | $400.00 |

Flat Fee Total: **$9,160.00**

| | |
|---|---|
| Flat Fee Sub-Total: | $9,160.00 |
| **Sub-Total:** | $9,160.00 |
| **Total:** | $9,160.00 |
| **Amount Paid:** | $0.00 |
| **BALANCE DUE:** | **$9,160.00** |