# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                    **CIVIL ACTION NO.  3:21-CV-00242**

**VERSUS**                                **JUDGE WENDY B. VITTER**

**LOUISIANA STATE UNIVERSITY,**           **MAGISTRATE JUDGE JOHNSON**
**ET AL.**

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

NOW INTO COURT, through undersigned counsel comes Defendant, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, ("the Board") who respectfully submits the following Answer and Affirmative Defenses to Plaintiff's Second Amended Complaint and Jury Demand ("the Complaint"). (R. Doc. 182).  The Board denies each and every allegation except as specifically set forth herein.

## JURISDICTION AND VENUE

### 1.

Paragraph 1 requires no response, but in an abundance of caution, the Board denies the allegations contained in Paragraph 1.

### 2.

The Board admits that this Court has subject matter jurisdiction over Plaintiff's Title IX claims.  Because Plaintiff's other claims have been dismissed, the Board denies the remainder of Paragraph 2.

### 3.

Paragraph 3 relates to dismissed claims and is denied.

### 4.

Paragraph 4 relates to dismissed claims and is denied.

5.

The Board denies the allegations contained in Paragraph 5.

6.

The Board admits the allegations contained in Paragraph 6.

7.

The Board admits the allegations contained in Paragraph 7.

**PARTIES**

8.

The Board denies the allegations contained in Paragraph 8, except to admit that Owens is a former student at LSU.

9.

The Board denies the allegations contained in Paragraph 9, except to admit that Brennan was a student at LSU.

10.

The Board denies the allegations contained in Paragraph 10, except to admit that Richardson is a former student at LSU.

11.

The Board denies the allegations contained in Paragraph 11, including for lack of sufficient information to justify a belief therein, except to admit that Plaintiff Lewis is a former student at LSU.

12.

The Board denies the allegations contained in Paragraph 12, including for lack of sufficient information to justify a belief therein, except to admit that Johnson is a former student at LSU.

13.

The Board denies the allegations contained in Paragraph 13, including for lack of sufficient information to justify a belief therein, except to admit that Andries is a former student at LSU.

14.

The Board denies the allegations contained in Paragraph 14, including for lack of sufficient information to justify a belief therein, except to admit that Doe is a former student at LSU.

15.

The Board denies the allegations contained in Paragraph 15, including for lack of sufficient information to justify a belief therein, except to admit that Robertson is a former student at LSU.

16.

The Board denies the allegations contained in Paragraph 16, including for lack of sufficient information to justify a belief therein, except to admit that Hovis was a student at LSU.

17.

The Board denies the allegations contained in Paragraph 17, except to admit that Kitch is a former student at LSU.

18.

The Board admits the allegations contained in Paragraph 18.

19.

Paragraph 19 relates to a dismissed party, so the Board denies the allegations contained in Paragraph 19.

20.

Paragraph 20 relates to a dismissed party, so the Board denies the allegations contained in Paragraph 20.

21.

Paragraph 21 relates to a dismissed party, so the Board denies the allegations contained in Paragraph 21.

22.

Paragraph 22 relates to a dismissed party, so the Board denies the allegations contained in Paragraph 22.

23.

Paragraph 23 relates to dismissed parties, so the Board denies the allegations contained in Paragraph 23.

24.

The Board denies the allegations contained in Paragraph 24.

**BACKGROUND FACTS RELEVANT TO ALL PLAINTIFFS**

25.

The Board denies the allegations contained in Paragraph 25.

26.

The Board denies the allegations contained in Paragraph 26.

27.

The Board denies the allegations contained in Paragraph 27.

28.

The Board admits the allegations contained in Paragraph 28.

29.

The Board denies the allegations contained in Paragraph 29.

30.

The Equal Opportunity Policy referenced in Paragraph 30 is the best evidence of the policy's contents, and therefore the Board denies the allegations contained in Paragraph 30 as written.

31.

The Sexual Harassment Policy referenced in Paragraph 31 is the best evidence of the policy's contents, and therefore the Board denies the allegations contained in Paragraph 31 as written.

32.

The Title IX Policy referenced in Paragraph 32 is the best evidence of the policy's contents, and therefore the Board denies the allegations contained in Paragraph 32 as written.

33.

The Title IX Policy referenced in Paragraph 33 is the best evidence of the policy's contents, and therefore, the Board denies the allegations contained in Paragraph 33 as written.

34.

The Title IX Policy referenced in Paragraph 34 is the best evidence of the policy's contents, and therefore, the Board denies the allegations as written contained in Paragraph 34 as written.

35.

The Sexual Harassment Policy referenced in Paragraph 35 is the best evidence of the policy's contents, and therefore, the Board denies the allegations contained in Paragraph 35 as written.

36.

The Board denies the allegations contained in Paragraph 36.

37.

The Board denies the allegations contained in Paragraph 37.

38.

The Board denies the allegations contained in Paragraph 38 as written.

39.

The Board denies the allegations contained in Paragraph 39.

40.

The Board denies the allegations contained in Paragraph 40 as written, except to admit that

Stewart was hired in 2016.

41.

The Board denies the allegations contained in Paragraph 41.

42.

The Board denies the allegations contained in Paragraph 42.

43.

The Board denies the allegations contained in Paragraph 43.

44.

The Board denies the allegations contained in Paragraph 44.

45.

The Board denies the allegations contained in Paragraph 45.

46.

The Board denies the allegations contained in Paragraph 46.

47.

The Board admits the allegations contained in Paragraph 47.

48.

The Husch Blackwell Report referenced in Paragraph 48 is the best evidence of its contents, and therefore the Board denies the allegations contained in Paragraph 48 as written.

49.

The Husch Blackwell Report referenced in Paragraph 49 is the best evidence of its contents, and therefore the Board denies the allegations contained in Paragraph 49 as written.

50.

The Husch Blackwell Report referenced in Paragraph 50 is the best evidence of its contents, and therefore the Board denies the allegations contained in Paragraph 50 as written.

51.

The Husch Blackwell Report referenced in Paragraph 51 is the best evidence of its contents, and therefore the Board denies the allegations contained in Paragraph 51 as written.

52.

The Husch Blackwell Report referenced in Paragraph 52 is the best evidence of its contents, and therefore the Board denies the allegations contained in Paragraph 52 as written.

53.

The Husch Blackwell Report referenced in Paragraph 53 is the best evidence of its contents, and therefore, the Board denies the allegations contained in Paragraph 53 as written.

54.

The Husch Blackwell Report referenced in Paragraph 54 is the best evidence of its contents, and therefore, the Board denies the allegations contained in Paragraph 54 as written.

55.

The Husch Blackwell Report referenced in Paragraph 55 is the best evidence of its contents, and therefore, the Board denies the allegations contained in Paragraph 55 as written.

56.

The Husch Blackwell Report referenced in Paragraph 56 is the best evidence of its contents, and therefore, the Board denies the allegations contained in Paragraph 56 as written.

57.

The Board denies the allegations contained in Paragraph 57.

58.

The Board denies the allegations contained in Paragraph 58 as written, except to admit that Jim Marchand was designated as a Title IX Coordinator in 2014.

59.

The Board denies the allegations contained in Paragraph 59.

60.

The Board denies the allegations contained in Paragraph 60.

61.

The Board denies the allegations contained in Paragraph 61.

62.

The Board denies the allegations contained in Paragraph 62.

63.

The Husch Blackwell Report referenced in Paragraph 63 is the best evidence of its contents, and therefore the Board denies the allegations contained in Paragraph 63 as written.

64.

The Husch Blackwell Report referenced in Paragraph 64 is the best evidence of its contents, and therefore the Board denies the allegations contained in Paragraph 64 as written.

65.

The Husch Blackwell Report referenced in Paragraph 65 is the best evidence of its contents, and therefore the Board denies the allegations contained in Paragraph 65 as written.

66.

The Board denies the allegations contained in Paragraph 66 as written.

67.

The Husch Blackwell Report referenced in Paragraph 67 is the best evidence of its contents, and therefore the Board denies the allegations contained in Paragraph 67 as written.

68.

President Galligan's full Senate testimony is the best evidence of its contents, and therefore the Board denies the allegations contained in Paragraph 68.

69.

The Husch Blackwell Report referenced in Paragraph 69 is the best evidence of its contents, and therefore the Board denies the allegations contained in Paragraph 69.

70.

The Audit Report referenced in Paragraph 70 is the best evidence of its contents, and therefore the Board denies the allegations contained in Paragraph 70, including all subparts.

71.

The Board denies the allegations contained in Paragraph 71, except to admit that Stewart is listed on the Audit Report's distribution list.

72.

The Board admits the allegations contained in Paragraph 72.

73.

The document referenced in Paragraph 73 is the best evidence of its contents, and therefore the Board denies the allegations contained in Paragraph 73.

74.

The Board asserts that the document referenced in Paragraph 74 is the best evidence of its contents, and therefore the Board denies the allegations contained in Paragraph 74.

75.

The Board denies the allegations contained in Paragraph 75.

76.

The Husch Blackwell Report referenced in Paragraph 76 is the best evidence of its contents, and therefore the Board denies the allegations contained in Paragraph 76 as written.

77.

The Husch Blackwell Report referenced in Paragraph 77 is the best evidence of its contents, and therefore the Board denies the allegations contained in Paragraph 77 as written.

78.

The Board denies the allegations contained in Paragraph 78.

79.

President Galligan's full testimony is the best evidence of its contents, and therefore the Board denies the allegations contained in Paragraph 79.

80.

The Board denies the allegations contained in Paragraph 80.

81.

The Board denies the allegations contained in Paragraph 81.

82.

The Board denies the allegations contained in Paragraph 82.

83.

The Board denies the allegations contained in Paragraph 83, including all subparts.

84.

The Board denies the allegations contained in Paragraph 84.

85.

The Board admits the allegations contained in Paragraph 85.

86.

The Board denies the allegations contained in Paragraph 86.

87.

The Board denies the allegations contained in Paragraph 87.

88.

The Board denies the allegations contained in Paragraph 88.

89.

Scott's testimony referenced in Paragraph 89 is the best evidence of its contents, and therefore the Board denies the allegations contained in Paragraph 89.

90.

Scott's testimony referenced in Paragraph 90 is the best evidence of its contents, and therefore the Board denies the allegations contained in Paragraph 90.

91.

Scott's testimony referenced in Paragraph 91 is the best evidence of its contents, and therefore the Board denies the allegations contained in Paragraph 91.

92.

Scott's testimony referenced in Paragraph 92 is the best evidence of its contents, and therefore, the Board denies the allegations contained in Paragraph 92.

93.

Scott's testimony referenced in Paragraph 93 is the best evidence of its contents, and therefore, the Board denies the allegations contained in Paragraph 93.

94.

The Board denies the allegations contained in Paragraph 94.

95.

Scott's testimony referenced in Paragraph 95 is the best evidence of its contents, and therefore the Board denies the allegations contained in Paragraph 95.

96.

The Board denies the allegations contained in Paragraph 96.

97.

The Board denies the allegations contained in Paragraph 97.

98.

The Board denies the allegations contained in Paragraph 98.

99.

The Board denies the allegations contained in Paragraph 99, including for lack of sufficient information to justify a belief therein.

100.

The Board denies the allegations contained in Paragraph 100, including for lack of sufficient information to justify a belief therein.

101.

The Board denies the allegations contained in Paragraph 101, including for lack of sufficient information to justify a belief therein.

102.

The Board denies the allegations contained in Paragraph 102, including for lack of sufficient information to justify a belief therein.

103.

The Board denies the allegations contained in Paragraph 103, including for lack of sufficient information to justify a belief therein.

104.

The Board denies the allegations contained in Paragraph 104, including for lack of sufficient information to justify a belief therein.

105.

The Board denies the allegations contained in Paragraph 105, including for lack of sufficient information to justify a belief therein.

106.

The Husch Blackwell Report referenced in Paragraph 106 is the best evidence of its contents, and therefore the Board denies the allegations contained in Paragraph 106 as written.

107.

The Board admits the allegations contained in Paragraph 107.

108.

The Board denies the allegations contained in Paragraph 108, including for lack of sufficient information to justify a belief therein.

109.

The Board denies the allegations contained in Paragraph 109.

110.

President Galligan's full testimony is the best evidence of its contents, and therefore the Board denies the allegations contained in Paragraph 110.

111.

The Board denies the allegations contained in Paragraph 111 as written.

112.

The Board denies the allegations contained in Paragraph 112.

113.

The Board denies the allegations contained in Paragraph 113, except to admit that Lewis filed a lawsuit on April 8, 2021.

114.

The Board denies the allegations contained in Paragraph 114, including all subparts, except to admit that Lewis made allegations in her lawsuit.  The Complaint is the best evidence of her allegations.

115.

The Board denies the allegations contained in Paragraph 115.

116.

The Board denies the allegations contained in Paragraph 116.

117.

President Galligan's full testimony is the best evidence of its contents, and therefore the Board denies the allegations contained in Paragraph 117.

118.

The Board denies the allegations contained in Paragraph 118.

119.

The Board denies the allegations contained in Paragraph 119.

120.

The Board denies the allegations contained in Paragraph 120.

## **INDIVIDUAL FACTUAL ALLEGATIONS**

***Calise Richardson***

121.

The Board denies the allegations contained in Paragraph 121, except to admit that Richardson started as a freshman at LSU in the fall of 2014 and was a student worker with LSU football.

122.

The Board denies the allegations contained in Paragraph 122, including for lack of sufficient information to justify a belief therein.

123.

The Board denies the allegations contained in Paragraph 123.

124.

The Board denies the allegations contained in Paragraph 124.

125.

The Board denies the allegations contained in Paragraph 125, including for lack of sufficient information to justify a belief therein.

126.

The Board denies the allegations contained in Paragraph 126, including for lack of sufficient information to justify a belief therein.

127.

The Board denies the allegations contained in Paragraph 127, including for lack of sufficient information to justify a belief therein.

128.

The Board denies the allegations contained in Paragraph 128, including for lack of sufficient information to justify a belief therein.

129.

The Board denies the allegations contained in Paragraph 129, including for lack of sufficient information to justify a belief therein.

130.

The Board denies the allegations contained in Paragraph 130, including for lack of sufficient information to justify a belief therein.

131.

The Board denies the allegations contained in Paragraph 131, including for lack of sufficient information to justify a belief therein.

132.

The Board denies the allegations contained in Paragraph 132, including for lack of sufficient information to justify a belief therein.

133.

The Board denies the allegations contained in Paragraph 133.

134.

The Board denies the allegations contained in Paragraph 134, including for lack of sufficient information to justify a belief therein.

135.

The Board denies the allegations contained in Paragraph 135.

136.

The Board denies the allegations contained in Paragraph 136, including for lack of sufficient information to justify a belief therein.

137.

The Board denies the allegations contained in Paragraph 137.

138.

The Board denies the allegations contained in Paragraph 138, including for lack of sufficient information to justify a belief therein.

139.

The Board denies the allegations contained in Paragraph 139, including for lack of sufficient information to justify a belief therein.

140.

The Board denies the allegations contained in Paragraph 140, including for lack of sufficient information to justify a belief therein.

141.

The Board denies the allegations contained in Paragraph 141, including for lack of sufficient information to justify a belief therein.

142.

The Board denies the allegations contained in Paragraph 142, including for lack of sufficient information to justify a belief therein.

143.

The Board denies the allegations contained in Paragraph 143, including for lack of sufficient information to justify a belief therein.

144.

The Board denies the allegations contained in Paragraph 144, including for lack of sufficient information to justify a belief therein.

145.

The Board denies the allegations contained in Paragraph 145, including for lack of sufficient information to justify a belief therein.

146.

The Board denies the allegations contained in Paragraph 146, including for lack of sufficient information to justify a belief therein.

147.

The Board denies the allegations contained in Paragraph 147, except to admit that John Coe is a former student at LSU.

148.

The Board denies the allegations contained in Paragraph 148, including for lack of sufficient information to justify a belief therein.

149.

The Board denies the allegations contained in Paragraph 149.

150.

The Board denies the allegations contained in Paragraph 150, including for lack of sufficient information to justify a belief therein.

151.

The Board denies the allegations contained in Paragraph 151, including for lack of sufficient information to justify a belief therein.

152.

The Board denies the allegations contained in Paragraph 152, including for lack of sufficient information to justify a belief therein.

153.

The Board denies the allegations contained in Paragraph 153, including for lack of sufficient information to justify a belief therein.

154.

The Board denies the allegations contained in Paragraph 154, including for lack of sufficient information to justify a belief therein.

155.

The Board denies the allegations contained in Paragraph 155, including for lack of sufficient information to justify a belief therein.

156.

The Board denies the allegations contained in Paragraph 156, including for lack of sufficient information to justify a belief therein.

157.

The Board denies the allegations contained in Paragraph 157, including for lack of sufficient information to justify a belief therein.

158.

The Board denies the allegations contained in Paragraph 158, including for lack of sufficient information to justify a belief therein.

159.

The Board denies the allegations contained in Paragraph 159, except to admit that Richardson spoke with Sharon Lewis about the incident with Coe.

160.

The Board denies the allegations contained in Paragraph 160.

161.

The Board denies the allegations contained in Paragraph 161.

162.

The Board denies the allegations contained in Paragraph 162.

163.

The Board denies the allegations contained in Paragraph 163.

164.

The Board denies the allegations contained in Paragraph 164 as written.

165.

The Board denies the allegations contained in Paragraph 165.

166.

The Board denies the allegations contained in Paragraph 166.

167.

The Board denies the allegations contained in Paragraph 167.

168.

The Board denies the allegations contained in Paragraph 168.

169.

The Board denies the allegations contained in Paragraph 169.

170.

The Board denies the allegations contained in Paragraph 170.

171.

The Board denies the allegations contained in Paragraph 171.

172.

The Board denies the allegations contained in Paragraph 172.

173.

The Board denies the allegations contained in Paragraph 173 as written.

174.

The Board denies the allegations contained in Paragraph 174.

175.

The Board denies the allegations contained in Paragraph 175.

176.

The Board denies the allegations contained in Paragraph 176.

177.

The Board denies the allegations contained in Paragraph 177.

178.

The Board denies the allegations contained in Paragraph 178.

179.

The Board denies the allegations contained in Paragraph 179.

180.

The Board denies the allegations contained in Paragraph 180.

181.

The Board denies the allegations contained in Paragraph 181.

182.

The Board denies the allegations contained in Paragraph 182, including for lack of sufficient information to justify a belief therein.

183.

The Board denies the allegations contained in Paragraph 183, including for lack of sufficient information to justify a belief therein.

184.

The Board denies the allegations contained in Paragraph 184, including for lack of sufficient information to justify a belief therein.

185.

The Board denies the allegations contained in Paragraph 185, including for lack of sufficient information to justify a belief therein.

186.

The Board denies the allegations contained in Paragraph 186, including for lack of sufficient information to justify a belief therein.

187.

The Board denies the allegations contained in Paragraph 187, including for lack of sufficient information to justify a belief therein.

188.

The Board denies the allegations contained in Paragraph 188, including for lack of sufficient information to justify a belief therein.

189.

The Board denies the allegations contained in Paragraph 189, including for lack of sufficient information to justify a belief therein.

190.

The Board denies the allegations contained in Paragraph 190, including for lack of sufficient information to justify a belief therein.

191.

The Board denies the allegations contained in Paragraph 191.

192.

The Board denies the allegations contained in Paragraph 192.

193.

The Board denies the allegations contained in Paragraph 193.

194.

The Board denies the allegations contained in Paragraph 194.

195.

The Board denies the allegations contained in Paragraph 195.

196.

The Board denies the allegations contained in Paragraph 196.

197.

The Board denies the allegations contained in Paragraph 197.

198.

The Board denies the allegations contained in Paragraph 198.

199.

The Board denies the allegations contained in Paragraph 199.

200.

The Board denies the allegations contained in Paragraph 200.

201.

The Board denies the allegations contained in Paragraph 201.

202.

The Board denies the allegations contained in Paragraph 202, including for lack of sufficient information to justify a belief therein.

203.

The Board denies the allegations contained in Paragraph 203 as written.

204.

The Board denies the allegations contained in Paragraph 204.

205.

The Board denies the allegations contained in Paragraph 205.

206.

The Board denies the allegations contained in Paragraph 206.

207.

The Board denies the allegations contained in Paragraph 207.

208.

The Board denies the allegations contained in Paragraph 208.

209.

The Board denies the allegations contained in Paragraph 209.

210.

The Board denies the allegations contained in Paragraph 210.

211.

The Board denies the allegations contained in Paragraph 211.

212.

The Board denies the allegations contained in Paragraph 212.

213.

The Board denies the allegations contained in Paragraph 213.

214.

The Board denies the allegations contained in Paragraph 214 as written.

215.

The Board denies the allegations contained in Paragraph 215.

216.

The Board denies the allegations contained in Paragraph 216.

217.

The Board admits the allegations contained in Paragraph 217.

218.

The Board admits the allegations contained in Paragraph 218.

219.

The Board denies the allegations contained in Paragraph 219, including for lack of sufficient information to justify a belief therein.

220.

The Board denies the allegations contained in Paragraph 220, including for lack of sufficient information to justify a belief therein.

221.

The Board denies the allegations contained in Paragraph 221 as written.

222.

The Board admits the allegations contained in Paragraph 222.

223.

The Board denies the allegations contained in Paragraph 223, except to admit that Scott met with Richardson on October 3, 2018.

224.

The Board denies the allegations contained in Paragraph 224.

225.

The Board denies the allegations contained in Paragraph 225.

226.

The Board denies the allegations contained in Paragraph 226.

227.

The Board admits the allegations contained in Paragraph 227.

228.

The Board denies the allegations contained in Paragraph 228 as written.

229.

The Board denies the allegations contained in Paragraph 229.

230.

The Board denies the allegations contained in Paragraph 230.

231.

The Board admits the allegations contained in Paragraph 231.

232.

The Board denies the allegations contained in Paragraph 232, except to admit that Lewis was found responsible for violating PM-73.  The report is the best evidence of its contents.

233.

The Board denies the allegations contained in Paragraph 233 as written.

234.

The Board denies the allegations contained in Paragraph 234.

235.

The Board denies the allegations contained in Paragraph 235, including for lack of sufficient information to justify a belief therein.

236.

The Board denies the allegations contained in Paragraph 236.

237.

The Board denies the allegations contained in Paragraph 237.

238.

The Board denies the allegations contained in Paragraph 238.

239.

The Board denies the allegations contained in Paragraph 239.

240.

The Board denies the allegations contained in Paragraph 240, including all subparts.

241.

The Board denies the allegations contained in Paragraph 241.

*Ashlyn Robertson*

242.

The Board denies the allegations contained in Paragraph 242, except to admit that Robertson began LSU in the fall of 2015 and was a TOPS recipient.

243.

The Board denies the allegations contained in Paragraph 243, including for lack of sufficient information to justify a belief therein.

244.

The Board denies the allegations contained in Paragraph 244, including for lack of sufficient information to justify a belief therein.

245.

The Board denies the allegations contained in Paragraph 245, including for lack of sufficient information to justify a belief therein.

246.

The Board denies the allegations contained in Paragraph 246, including for lack of sufficient information to justify a belief therein.

247.

The Board denies the allegations contained in Paragraph 247, including for lack of sufficient information to justify a belief therein.

248.

The Board denies the allegations contained in Paragraph 248.

249.

The Board denies the allegations contained in Paragraph 249, including for lack of sufficient information to justify a belief therein.

250.

The Board denies the allegations contained in Paragraph 250, including for lack of sufficient information to justify a belief therein.

251.

The Board denies the allegations contained in Paragraph 251, including for lack of sufficient information to justify a belief therein.

252.

The Board denies the allegations contained in Paragraph 252, including for lack of sufficient information to justify a belief therein.

253.

The Board denies the allegations contained in Paragraph 253, including for lack of sufficient information to justify a belief therein.

254.

The Board denies the allegations contained in Paragraph 254, except to admit that Segar learned third hand of a January 2016 event.

255.

The Board denies the allegations contained in Paragraph 255 as written, including for lack of sufficient information to justify a belief therein.

256.

The Board denies the allegations contained in Paragraph 256, including for lack of sufficient information to justify a belief therein.

257.

The Board denies the allegations contained in Paragraph 257.

258.

The Board denies the allegations contained in Paragraph 258, including for lack of sufficient information to justify a belief therein.

259.

The Board admits the allegations contained in Paragraph 259.

260.

The Board admits the allegations contained in Paragraph 260.

261.

The Board denies the allegations contained in Paragraph 261.

262.

The Board denies the allegations contained in Paragraph 262.

263.

The Board denies the allegations contained in Paragraph 263.

264.

The Board denies the allegations contained in Paragraph 264, including for lack of sufficient information to justify a belief therein.

265.

The Board denies the allegations contained in Paragraph 265, including for lack of sufficient information to justify a belief therein.

266.

The Board denies the allegations contained in Paragraph 266, including for lack of sufficient information to justify a belief therein.

267.

The Board denies the allegations contained in Paragraph 267, including for lack of sufficient information to justify a belief therein.

268.

The Board denies the allegations contained in Paragraph 268, including for lack of sufficient information to justify a belief therein.

269.

The Board denies the allegations contained in Paragraph 269, including for lack of sufficient information to justify a belief therein.

270.

The Board denies the allegations contained in Paragraph 270.

271.

The Board denies the allegations contained in Paragraph 271, including for lack of sufficient information to justify a belief therein.

272.

The Board denies the allegations contained in Paragraph 272, including for lack of sufficient information to justify a belief therein.

273.

The Board denies the allegations contained in Paragraph 273.

274.

The Board denies the allegations contained in Paragraph 274 as written.

275.

The Board denies the allegations contained in Paragraph 275.

276.

The Board denies the allegations contained in Paragraph 276.

277.

The Board denies the allegations contained in Paragraph 277.

278.

The Board denies the allegations contained in Paragraph 278.

279.

The Board denies the allegations contained in Paragraph 279.

280.

The Board denies the allegations contained in Paragraph 280, including for lack of sufficient information to justify a belief therein.

281.

The Board denies the allegations contained in Paragraph 281.

282.

The Board denies the allegations contained in Paragraph 282.

283.

The Board denies the allegations contained in Paragraph 283, including for lack of sufficient information to justify a belief therein.

284.

The Board denies the allegations contained in Paragraph 284, including for lack of sufficient information to justify a belief therein, except to admit that Mize resigned from LSU on September 14, 2017.

285.

The Board denies the allegations contained in Paragraph 285, including for lack of sufficient information to justify a belief therein.

286.

The Board denies the allegations contained in Paragraph 286.

287.

The Board denies the allegations contained in Paragraph 287, including all subparts.

288.

The Board denies the allegations contained in Paragraph 288.

*Samantha Brennan*

289.

The Board denies the allegations contained in Paragraph 289, except to admit that Brennan transferred from the University of Minnesota to LSU for the Spring 2016 semester and worked as a student worker in the football recruiting department.

290.

The Board denies the allegations contained in Paragraph 290, including for lack of sufficient information to justify a belief therein.

291.

The Board denies the allegations contained in Paragraph 291, including for lack of sufficient information to justify a belief therein.

292.

The Board denies the allegations contained in Paragraph 292, including for lack of sufficient information to justify a belief therein.

293.

The Board denies the allegations contained in Paragraph 293, including for lack of sufficient information to justify a belief therein.

294.

The Board denies the allegations contained in Paragraph 294, including for lack of sufficient information to justify a belief therein.

295.

The Board denies the allegations contained in Paragraph 295, including for lack of sufficient information to justify a belief therein.

296.

The Board denies the allegations contained in Paragraph 296, including for lack of sufficient information to justify a belief therein.

297.

The Board denies the allegations contained in Paragraph 297, including for lack of sufficient information to justify a belief therein.

298.

The Board denies the allegations contained in Paragraph 298.

299.

The Board denies the allegations contained in Paragraph 299, except to admit that Segar, Lewis and Brennan met on or around July 22, 2016.

300.

The Board denies the allegations contained in Paragraph 300.

301.

The Board denies the allegations contained in Paragraph 301.

302.

The Board denies the allegations contained in Paragraph 302.

303.

The Board denies the allegations contained in Paragraph 303.

304.

The Board denies the allegations contained in Paragraph 304.

305.

The Board denies the allegations contained in Paragraph 305.

306.

The Board denies the allegations contained in Paragraph 306, including for lack of sufficient information to justify a belief therein.

307.

The Board denies the allegations contained in Paragraph 307.

308.

The Board denies the allegations contained in Paragraph 308.

309.

The Board denies the allegations contained in Paragraph 309 as written.

310.

The Board denies the allegations contained in Paragraph 310, except to admit Brennan made an LSUPD report.

311.

The Board denies the allegations contained in Paragraph 311.

312.

The Board denies the allegations contained in Paragraph 312.

313.

The Board denies the allegations contained in Paragraph 313.

314.

The Board denies the allegations contained in Paragraph 314.

315.

The Board denies the allegations contained in Paragraph 315.

316.

The Board denies the allegations contained in Paragraph 316.

317.

The Board denies the allegations contained in Paragraph 317.

318.

The Board denies the allegations contained in Paragraph 318, including for lack of sufficient information to justify a belief therein.

319.

The Board denies the allegations contained in Paragraph 319, including for lack of sufficient information to justify a belief therein.

320.

The Board denies the allegations contained in Paragraph 320.

321.

The Board denies the allegations contained in Paragraph 321.

322.

The Board denies the allegations contained in Paragraph 322.

323.

The Board denies the allegations contained in Paragraph 323.

324.

The Board admits that Brenna reenrolled as a student.

325.

The Board denies the allegations contained in Paragraph 325, including all subparts.

326.

The Board denies the allegations contained in Paragraph 326.

**Abby Owens**

327.

The Board denies the allegations contained in Paragraph 327, except to admit that Owens began at LSU in the fall of 2013 and played tennis.

328.

The Board denies the allegations contained in Paragraph 328, including for lack of sufficient information to justify a belief therein.

329.

The Board denies the allegations contained in Paragraph 329, including for lack of sufficient information to justify a belief therein.

330.

The Board denies the allegations contained in Paragraph 330, including for lack of sufficient information to justify a belief therein.

331.

The Board denies the allegations contained in Paragraph 331, including for lack of sufficient information to justify a belief therein.

332.

The Board denies the allegations contained in Paragraph 332, including for lack of sufficient information to justify a belief therein.

333.

The Board denies the allegations contained in Paragraph 333.

334.

The Board denies the allegations contained in Paragraph 334, including for lack of sufficient information to justify a belief therein.

335.

The Board denies the allegations contained in Paragraph 335.

336.

The Board denies the allegations contained in Paragraph 336, except to admit that Owens was admitted into a rehabilitation facility.

337.

The Board denies the allegations contained in Paragraph 337, including for lack of sufficient information to justify a belief therein.

338.

The Board denies the allegations contained in Paragraph 338.

339.

The Board denies the allegations contained in Paragraph 339.

340.

The Board admits the allegations contained in Paragraph 340.

341.

The Board denies the allegations contained in Paragraph 341.

342.

The Board denies the allegations contained in Paragraph 342.

343.

The Board denies the allegations contained in Paragraph 343.

344.

The Board denies the allegations contained in Paragraph 344.

345.

The Board denies the allegations contained in Paragraph 345, except to admit Owens resigned from LSU on March 24, 2017.

346.

The Board denies the allegations contained in Paragraph 346, including for lack of sufficient information to justify a belief therein.

347.

The Board denies the allegations contained in Paragraph 347.

348.

The Board denies the allegations contained in Paragraph 348.

349.

The Board denies the allegations contained in Paragraph 349.

350.

The Board denies the allegations contained in Paragraph 350.

351.

The Board denies the allegations contained in Paragraph 351.

352.

The Board denies the allegations contained in Paragraph 352.

353.

The Board denies the allegations contained in Paragraph 353.

354.

The Board denies the allegations contained in Paragraph 354.

355.

The Board denies the allegations contained in Paragraph 355.

356.

The Board denies the allegations contained in Paragraph 356.

357.

The Board denies the allegations contained in Paragraph 357.

358.

The Board denies the allegations contained in Paragraph 358.

359.

The Board denies the allegations contained in Paragraph 359.

360.

The Board denies the allegations contained in Paragraph 360, including as subparts.

361.

The Board denies the allegations contained in Paragraph 361.

*Elisabeth Andries*

362.

The Board admits the allegations contained in Paragraph 362.

363.

The Board denies the allegations contained in Paragraph 363, including for lack of sufficient information to justify a belief therein.

364.

The Board denies the allegations contained in Paragraph 364, including for lack of sufficient information to justify a belief therein.

365.

The Board denies the allegations contained in Paragraph 365, including for lack of sufficient information to justify a belief therein.

366.

The Board denies the allegations contained in Paragraph 366, including for lack of sufficient information to justify a belief therein.

367.

The Board denies the allegations contained in Paragraph 367, including for lack of sufficient information to justify a belief therein.

368.

The Board denies the allegations contained in Paragraph 368, including for lack of sufficient information to justify a belief therein.

369.

The Board denies the allegations contained in Paragraph 369, including for lack of sufficient information to justify a belief therein.

370.

The Board denies the allegations contained in Paragraph 370, including for lack of sufficient information to justify a belief therein.

371.

The Board denies the allegations contained in Paragraph 371, including for lack of sufficient information to justify a belief therein.

372.

The Board denies the allegations contained in Paragraph 372, including for lack of sufficient information to justify a belief therein.

373.

The Board denies the allegations contained in Paragraph 373, including for lack of sufficient information to justify a belief therein.

374.

The Board denies the allegations contained in Paragraph 374, including for lack of sufficient information to justify a belief therein.

375.

The Board denies the allegations contained in Paragraph 375.

376.

The Board denies the allegations contained in Paragraph 376.

377.

The Board denies the allegations contained in Paragraph 377, including for lack of sufficient information to justify a belief therein.

378.

The Board denies the allegations contained in paragraph 378, including for lack of sufficient information to justify a belief therein.

379.

The Board denies the allegations contained in Paragraph 379.

380.

The Board denies the allegations contained in Paragraph 380.

381.

The Board denies the allegations contained in Paragraph 381, including for lack of sufficient information to justify a belief therein.

382.

The Board denies the allegations contained in Paragraph 382, except to admit that the Lighthouse Program provides resources for sexual violence support and services.

383.

The Board denies the allegations contained in Paragraph 383, including for lack of sufficient information to justify a belief therein.

384.

The Board denies the allegations contained in Paragraph 384, including for lack of sufficient information to justify a belief therein, except to admit that Andries completed a request for accommodations form on February 5, 2018.

385.

The Board denies the allegations contained in Paragraph 385, including for lack of sufficient information to justify a belief therein, except to admit that Andries was enrolled in IE 4113 in Spring 2019.

386.

The Board denies the allegations contained in Paragraph 386, including for lack of sufficient information to justify a belief therein.

387.

The Board denies the allegations contained in Paragraph 387, including for lack of sufficient information to justify a belief therein.

388.

The Board denies the allegations contained in Paragraph 388, including for lack of sufficient information to justify a belief therein.

389.

The Board denies the allegations contained in Paragraph 389, including for lack of sufficient information to justify a belief therein.

390.

The Board denies the allegations contained in Paragraph 390, including for lack of sufficient information to justify a belief therein, except to admit that Andries registered with Disability Services in February 2019.

391.

The Board denies the allegations contained in Paragraph 391, including for lack of sufficient information to justify a belief therein.

392.

The Board denies the allegations contained in Paragraph 392, including for lack of sufficient information to justify a belief therein.

393.

The Board denies the allegations contained in Paragraph 393, including for lack of sufficient information to justify a belief therein.

394.

The Board denies the allegations contained in Paragraph 394.

395.

The Board denies the allegations contained in Paragraph 395.

396.

The Board denies the allegations contained in Paragraph 396.

397.

The Board admits the allegations contained in Paragraph 397.

398.

The Board admits the allegations contained in Paragraph 398.

399.

The Board admits the allegations contained in Paragraph 399.

400.

The Board denies the allegations contained in Paragraph 400 as written.

401.

The Board denies the allegations contained in Paragraph 401.

402.

The Board denies the allegations contained in Paragraph 402.

403.

The Board denies the allegations contained in Paragraph 403, including for lack of sufficient information to justify a belief therein.

404.

The Board denies the allegations contained in Paragraph 404.

405.

The Board denies the allegations contained in Paragraph 405.

406.

The Board denies the allegations contained in Paragraph 406.

407.

The Board denies the allegations contained in Paragraph 407, including for lack of sufficient information to justify a belief therein.

408.

The Board denies the allegations contained in Paragraph 408.

409.

The Board denies the allegations contained in Paragraph 409, except to admit that Champney filed a report regarding Andries on April 24, 2019.  The report is the best evidence of its contents.

410.

The Board denies the allegations contained in Paragraph 410.

411.

The Board denies the allegations contained in Paragraph 411, except to admit that on June 3, 2019, Investigator Scott issued a report finding that John Roe "did violate LSU's PM-73 policy." The report is the best evidence of its contents.

412.

The Board denies the allegations contained in Paragraph 412 as written. The letter is the best evidence of its contents.

413.

The Board denies the allegations contained in Paragraph 413, including for lack of sufficient information to justify a belief therein.

414.

The Board denies the allegations contained in Paragraph 414, except to admit that Stewart granted and extension.

415.

The Board denies the allegations contained in Paragraph 415.

416.

The Board denies the allegations contained in Paragraph 416.

417.

The Board denies the allegations contained in Paragraph 417, except to admit an appeal was submitted on July 11, 2019.

418.

The Board denies the allegations contained in Paragraph 418.

419.

The Board denies the allegations contained in Paragraph 419.

420.

The Board admits the allegations contained in Paragraph 420.

421.

The Board denies the allegations contained in Paragraph 421 as written.

422.

The Board admits the allegations contained in Paragraph 422.

423.

The Board denies the allegations contained in Paragraph 423.

424.

The Board denies the allegations contained in Paragraph 424.

425.

The Board denies the allegations contained in Paragraph 425.

426.

The Board denies the allegations contained in Paragraph 426.

427.

The Board denies the allegations contained in Paragraph 427, including for lack of sufficient information to justify a belief therein.

428.

The Board denies the allegations contained in Paragraph 428.

429.

The Board denies the allegations contained in Paragraph 429, including for lack of sufficient information to justify a belief therein.

430.

The Board denies the allegations contained in Paragraph 430.

431.

The Board denies the allegations contained in Paragraph 431.

432.

The Board denies the allegations contained in Paragraph 432.

433.

The Board denies the allegations contained in Paragraph 433, including for lack of sufficient information to justify a belief therein.

434.

The Board denies the allegations contained in Paragraph 434.

435.

The Board admits the allegations contained in Paragraph 435.

436.

The Board admits the allegations contained in Paragraph 436. The letter is the best evidence of its contents.

437.

The Board denies the allegations contained in Paragraph 437.

438.

The Board denies the allegations contained in Paragraph 438.

439.

The Board denies the allegations contained in Paragraph 439, except to admit that John Roe appealed.

440.

The Board admits the allegations contained in Paragraph 440.

441.

The Board denies the allegations contained in Paragraph 441.

442.

The Board denies the allegations contained in Paragraph 442, including for lack of sufficient information to justify a belief therein.

443.

The Board denies the allegations contained in Paragraph 443, including for lack of sufficient information to justify a belief therein.

444.

The Board denies the allegations contained in Paragraph 444.

445.

The Board denies the allegations contained in Paragraph 445.

446.

The board denies the allegations contained in Paragraph 446.

447.

The Board admits the allegations contained in Paragraph 447.

448.

The Board denies the allegations contained in Paragraph 448, except to admit Blanchard emailed Andries on November 16, 2020 about Roe's readmittance. The email is the best evidence of its contents.

449.

The Board denies the allegations contained in Paragraph 449.

450.

The Board denies the allegations contained in Paragraph 450, including all subparts.

451.

The Board denies the allegations contained in Paragraph 451.

**Jade Lewis**

452.

The Board denies the allegations contained in Paragraph 452, except to admit that Plaintiff Lewis was recruited to LSU and began at LSU in the spring of 2017.

453.

The Board admits the allegations contained in Paragraph 453.

454.

The Board denies the allegations contained in Paragraph 454, including for lack of sufficient information to justify a belief therein.

455.

The Board admits the allegations contained in Paragraph 455.

456.

The Board denies the allegations contained in Paragraph 456, except to admit that Plaintiff Lewis dated John Coe.

457.

The Board denies the allegations contained in Paragraph 457.

458.

The Board denies the allegations contained in Paragraph 458, including for lack of sufficient information to justify a belief therein.

459.

The Board denies the allegations contained in Paragraph 459.

460.

The Board denies the allegations contained in Paragraph 460.

461.

The Board denies the allegations contained in Paragraph 461.

462.

The Board denies the allegations contained in Paragraph 462, including for lack of sufficient information to justify a belief therein.

463.

The Board denies the allegations contained in Paragraph 463, including for lack of sufficient information to justify a belief therein.

464.

The Board denies the allegations contained in Paragraph 464.

465.

The Board denies the allegations contained in Paragraph 465.

466.

The Board denies the allegations contained in Paragraph 466, including for lack of sufficient information to justify a belief therein.

467.

The Board denies the allegations contained in paragraph 467, including for lack of sufficient information to justify a belief therein.

468.

The Board denies the allegations contained in Paragraph 468.

469.

The Board denies the allegations contained in Paragraph 469.

470.

The Board denies the allegations contained in Paragraph 470.

471.

The Board denies the allegations contained in Paragraph 471.

472.

The Board denies the allegations contained in Paragraph 472.

473.

The Board denies the allegations contained in Paragraph 473.

474.

The Board denies the allegations contained in Paragraph 474.

475.

The Board denies the allegations contained in Paragraph 475.

476.

The Board denies the allegations contained in Paragraph 476.

477.

The Board denies the allegations contained in Paragraph 477, including for lack of sufficient information to justify a belief therein.

478.

The Board denies the allegations contained in Paragraph 478, including for lack of sufficient information to justify a belief therein.

479.

The Board denies the allegations contained in Paragraph 479 as written.

480.

The Board denies the allegations contained in Paragraph 480.

481.

The Board denies the allegations contained in Paragraph 481 as written.

482.

The Board denies the allegations contained in Paragraph 482.

483.

The Board denies the allegations contained in Paragraph 483, including for lack of sufficient information to justify a belief therein.

484.

The Board denies the allegations contained in Paragraph 484.

485.

The Board denies the allegations contained in Paragraph 485.

486.

The Board denies the allegations contained in Paragraph 486 as written.

487.

The Board denies the allegations contained in Paragraph 487 as written.

488.

The Board denies the allegations contained in Paragraph 488 as written.

489.

The Board denies the allegations contained in Paragraph 489 as written.

490.

The Board admits the allegations contained in Paragraph 490.

491.

The Board denies the allegations contained in Paragraph 491 as written.  Scott's notes are the best evidence of their contents.

492.

The Board denies the allegations contained in Paragraph 492, including for lack of sufficient information to justify a belief therein.

493.

The Board denies the allegations contained in Paragraph 493.

494.

The Board denies the allegations contained in Paragraph 494.

495.

The Board denies the allegations contained in Paragraph 495.

496.

The Board denies the allegations contained in Paragraph 496.

497.

The Board denies the allegations contained in Paragraph 497.

498.

The Board denies the allegations contained in Paragraph 498 as written. The text messages are the best evidence of their contents.

499.

The Board denies the allegations contained in Paragraph 499, including for lack of sufficient information to justify a belief therein.

500.

The Board denies the allegations contained in Paragraph 500, including for lack of sufficient information to justify a belief therein.

501.

The Board denies the allegations contained in Paragraph 501, including for lack of sufficient information to justify a belief therein.

502.

The Board denies the allegations contained in Paragraph 502, including for lack of sufficient information to justify a belief therein.

503.

The Board denies the allegations contained in Paragraph 503, including for lack of sufficient information to justify a belief therein.

504.

The Board denies the allegations contained in Paragraph 504, including for lack of sufficient information to justify a belief therein.

505.

The Board denies the allegations contained in Paragraph 505, including for lack of sufficient information to justify a belief therein.

506.

The Board denies the allegations contained in Paragraph 506, including for lack of sufficient information to justify a belief therein.

507.

The Board denies the allegations contained in Paragraph 507, including for lack of sufficient information to justify a belief therein.

508.

The Board admits the allegations contained in Paragraph 508.

509.

The Board admits the allegations contained in Paragraph 509.

510.

Board denies the allegations contained in Paragraph 510.

511.

The Board denies the allegations contained in Paragraph 511.

512.

The Board denies the allegations contained in Paragraph 512.

513.

The Board denies the allegations contained in Paragraph 513.

514.

The Board denies the allegations contained in Paragraph 514.

515.

The Board denies the allegations contained in Paragraph 515.

516.

The Board denies the allegations contained in Paragraph 516.

517.

The Board denies the allegations contained in Paragraph 517.

518.

The Board denies the allegations contained in Paragraph 518 as written.

519.

The Board denies the allegations contained in Paragraph 519 as written.

520.

The Board denies the allegations contained in Paragraph 520.

521.

The Board denies the allegations contained in Paragraph 521.

522.

The Board denies the allegations contained in Paragraph 522.

523.

The Board denies the allegations contained in Paragraph 523.

524.

The Board denies the allegations contained in Paragraph 524.

525.

The Board denies the allegations contained in Paragraph 525.

526.

The Board denies the allegations contained in Paragraph 526.

527.

The Board denies the allegations contained in Paragraph 527.

528.

The Board denies the allegations contained in Paragraph 528.

529.

The Board denies the allegations contained in Paragraph 529.

530.

The Board denies the allegations contained in Paragraph 530.

531.

The Board denies the allegations contained in Paragraph 531.

532.

The Board denies the allegations contained in Paragraph 532.

533.

The Board denies the allegations contained in Paragraph 533.

534.

The Board denies the allegations contained in Paragraph 534.

535.

The Board denies the allegations contained in Paragraph 535.

536.

The Board denies the allegations contained in Paragraph 536.

537.

The Board denies the allegations contained in Paragraph 537 as written.

538.

The Board denies the allegations contained in Paragraph 538.

539.

The Board admits the allegations contained in Paragraph 539.

540.

The Board denies the allegations contained in Paragraph 540 as written.

541.

The Board denies the allegations contained in Paragraph 541.

542.

The Board denies the allegations contained in Paragraph 542.

543.

The Board denies the allegations contained in Paragraph 543.

544.

The Board denies the allegations contained in Paragraph 544.

545.

The Board admits the allegations contained in Paragraph 545.

546.

The Board denies the allegations contained in Paragraph 546.

547.

The Board denies the allegations contained in Paragraph 547.

548.

The Board denies the allegations contained in Paragraph 548.

549.

The Board denies the allegations contained in Paragraph 549, including that the referenced letters are the best evidence of their contents.

550.

The Board admits the allegations contained in Paragraph 550.

551.

The Board admits the allegations contained in Paragraph 551.

552.

The Board admits the allegations contained in Paragraph 552.

553.

The Board denies the allegations contained in Paragraph 553.

554.

The Board denies the allegations contained in Paragraph 554, including all subparts.

555.

The Board denies the allegations contained in Paragraph 555.

### _Kennan Johnson_

556.

The Board denies the allegations contained in Paragraph 556, including for lack of sufficient information to justify a belief therein.

557.

The Board denies the allegations contained in Paragraph 557, including for lack of sufficient information to justify a belief therein.

558.

The Board denies the allegations contained in Paragraph 558, including for lack of sufficient information to justify a belief therein.

559.

The Board denies the allegations contained in Paragraph 559, including for lack of sufficient information to justify a belief therein.

560.

The Board denies the allegations contained in Paragraph 560.

561.

The Board admits the allegations contained in Paragraph 561.

562.

The Board denies the allegations contained in Paragraph 562, including for lack of sufficient information to justify a belief therein.

563.

The Board denies the allegations contained in Paragraph 563.

564.

The Board denies the allegations contained in Paragraph 564.

565.

The Board denies the allegations contained in Paragraph 565.

566.

The Board denies the allegations contained in Paragraph 566.

567.

The Board denies the allegations contained in Paragraph 567.

568.

The Board denies the allegations contained in Paragraph 568.

569.

The Board denies the allegations contained in Paragraph 569.

570.

The Board denies the allegations contained in Paragraph 570.

571.

The Board denies the allegations contained in Paragraph 571.

572.

The Board denies the allegations contained in Paragraph 572.

573.

The Board denies the allegations contained in Paragraph 573.

574.

The Board denies the allegations contained in Paragraph 574.

575.

The Board denies the allegations contained in Paragraph 575.

576.

The Board denies the allegations contained in Paragraph 576.

577.

The Board denies the allegations contained in Paragraph 577.

578.

The Board denies the allegations contained in Paragraph 578.

579.

The Board denies the allegations contained in Paragraph 579.

580.

The Board denies the allegations contained in Paragraph 580.

581.

The Board denies the allegations contained in Paragraph 581.

582.

The Board denies the allegations contained in Paragraph 582.

583.

The Board denies the allegations contained in Paragraph 583.

584.

The Board denies the allegations contained in Paragraph 584.

585.

The Board denies the allegations contained in Paragraph 585.

586.

The Board denies the allegations contained in Paragraph 586.

587.

The Board denies the allegations contained in Paragraph 587.

588.

The Board denies the allegations contained in Paragraph 588.

589.

The Board denies the allegations contained in Paragraph 589.

590.

The Board denies the allegations contained in Paragraph 590.

591.

The Board denies the allegations contained in Paragraph 591.

592.

The Board denies the allegations contained in Paragraph 592.

593.

The Board denies the allegations contained in Paragraph 593.

594.

The Board denies the allegations contained in Paragraph 594, including for lack of sufficient information to justify a belief therein.

595.

The Board denies the allegations contained in Paragraph 595.

596.

The Board denies the allegations contained in Paragraph 596.

*Jane Doe*

597.

The Board admits the allegations contained in Paragraph 597.

598.

The Board denies the allegations contained in Paragraph 598, including for lack of sufficient information to justify a belief therein.

599.

The Board denies the allegations contained in Paragraph 599, including for lack of sufficient information to justify a belief therein.

600.

The Board denies the allegations contained in Paragraph 600, including for lack of sufficient information to justify a belief therein.

601.

The Board denies the allegations contained in Paragraph 601, including for lack of sufficient information to justify a belief therein.

602.

The Board denies the allegations contained in Paragraph 602, including for lack of sufficient information to justify a belief therein.

603.

The Board denies the allegations contained in Paragraph 603, including for lack of sufficient information to justify a belief therein.

604.

The Board denies the allegations contained in Paragraph 604, including for lack of sufficient information to justify a belief therein.

605.

The Board denies the allegations contained in Paragraph 605, including for lack of sufficient information to justify a belief therein.

606.

The Board denies the allegations contained in Paragraph 606, including for lack of sufficient information to justify a belief therein.

607.

The Board denies the allegations contained in Paragraph 607, including for lack of sufficient information to justify a belief therein.

608.

The Board denies the allegations contained in Paragraph 608, including for lack of sufficient information to justify a belief therein.

609.

The Board denies the allegations contained in Paragraph 609, including for lack of sufficient information to justify a belief therein.

610.

The Board denies the allegations contained in Paragraph 610, including for lack of sufficient information to justify a belief therein.

611.

The Board denies the allegations contained in Paragraph 611, including for lack of sufficient information to justify a belief therein.

612.

The Board denies the allegations contained in Paragraph 612, including for lack of sufficient information to justify a belief therein.

613.

The Board denies the allegations contained in Paragraph 613, including for lack of sufficient information to justify a belief therein.

614.

The Board denies the allegations contained in Paragraph 614, including for lack of sufficient information to justify a belief therein.

615.

The Board denies the allegations contained in Paragraph 615, including for lack of sufficient information to justify a belief therein.

616.

The Board denies the allegations contained in Paragraph 616, including for lack of sufficient information to justify a belief therein.

617.

The Board denies the allegations contained in Paragraph 617, including for lack of sufficient information to justify a belief therein.

618.

The Board denies the allegations contained in Paragraph 618, including for lack of sufficient information to justify a belief therein.

619.

The Board denies the allegations contained in Paragraph 619, including for lack of sufficient information to justify a belief therein.

620.

The Board denies the allegations contained in Paragraph 620, except to admit that Plaintiff Doe met with an LSU staff member and moved out of her dorm room.

621.

The Board denies the allegations contained in Paragraph 621 as written.

622.

The Board denies the allegations contained in Paragraph 622 as written.

623.

The Board denies the allegations contained in Paragraph 623.

624.

The Board denies the allegations contained in Paragraph 624.

625.

The Board denies the allegations contained in Paragraph 625.

626.

The Board denies the allegations contained in Paragraph 626.

627.

The Board denies the allegations contained in Paragraph 627.

628.

The Board denies the allegations contained in Paragraph 628.

629.

The Board denies the allegations contained in Paragraph 629.

630.

The Board denies the allegations contained in Paragraph 630, except to admit that Deluca met with Doe on May 23, 2019.

631.

The Board denies the allegations contained in Paragraph 631.

632.

The Board denies the allegations contained in Paragraph 632.

633.

The Board denies the allegations contained in Paragraph 633 as written.

634.

The Board denies the allegations contained in Paragraph 634.

635.

The Board denies the allegations contained in Paragraph 635, except to admit that Plaintiff Doe emailed LSU's human resources office on March 10, 2021.  The email is the best evidence of its contents.

636.

The Board denies the allegations contained in Paragraph 636, except to admit that DeLuca emailed case information to Plaintiff Doe on March 19, 2021.

637.

The Board denies the allegations contained in Paragraph 637, including for lack of sufficient information to justify a belief therein.

638.

The Board denies the allegations contained in Paragraph 638.

639.

The Board denies the allegations contained in Paragraph 639, including for lack of sufficient information to justify a belief therein.

640.

The Board denies the allegations contained in Paragraph 640.

641.

The Board denies the allegations contained in Paragraph 641.

642.

The Board denies the allegations contained in Paragraph 642, including for lack of sufficient information to justify a belief therein.

643.

The Board denies the allegations contained in Paragraph 643.

644.

The Board denies the allegations contained in Paragraph 644.

645.

The Board denies the allegations contained in Paragraph 645.

646.

The Board denies the allegations contained in Paragraph 646, except to admit that Plaintiff Doe was approved for a retroactive resignation for Fall 2018 and Spring 2019.

647.

The Board denies the allegations contained in Paragraph 647 as written.

648.

The Board denies the allegations contained in Paragraph 648.

649.

The Board denies the allegations contained in Paragraph 649, including all subparts.

650.

The Board denies the allegations contained in Paragraph 650.

***Corinn Hovis***

651.

The Board admits the allegations contained in Paragraph 651.

652.

The Board denies the allegations contained in Paragraph 652, including for lack of sufficient information to justify a belief therein.

653.

The Board denies the allegations contained in Paragraph 653, including for lack of sufficient information to justify a belief therein.

654.

The Board denies the allegations contained in Paragraph 654, including for lack of sufficient information to justify a belief therein.

655.

The Board denies the allegations contained in Paragraph 655, including for lack of sufficient information to justify a belief therein.

656.

The Board denies the allegations contained in Paragraph 656, including for lack of sufficient information to justify a belief therein.

657.

The Board denies the allegations contained in Paragraph 657, including for lack of sufficient information to justify a belief therein.

658.

The Board denies the allegations contained in Paragraph 658, including for lack of sufficient information to justify a belief therein.

659.

The Board denies the allegations contained in Paragraph 659, including for lack of sufficient information to justify a belief therein.

660.

The Board denies the allegations contained in Paragraph 660, including for lack of sufficient information to justify a belief therein.

661.

The Board denies the allegations contained in Paragraph 661, including for lack of sufficient information to justify a belief therein.

662.

The Board denies the allegations contained in Paragraph 662, including for lack of sufficient information to justify a belief therein.

663.

The Board denies the allegations contained in Paragraph 663, including for lack of sufficient information to justify a belief therein.

664.

The Board denies the allegations contained in Paragraph 664, including for lack of sufficient information to justify a belief therein.

665.

The Board admits the allegations contained in Paragraph 665.

666.

The Board denies the allegations contained in Paragraph 666, including for lack of sufficient information to justify a belief therein.

667.

The Board denies the allegations contained in Paragraph 667, except to admit that LSUPD transported Hovis to the hospital.

668.

The Board denies the allegations contained in Paragraph 668, including for lack of sufficient information to justify a belief therein.

669.

The Board admits the allegations contained in Paragraph 669.

670.

The Board denies the allegations contained in Paragraph 670, including for lack of sufficient information to justify a belief therein.

671.

The Board admits the allegations contained in Paragraph 671.

672.

The Board admits the allegations contained in Paragraph 672.

673.

The Board admits the allegations contained in Paragraph 673.

674.

The Board admits the allegations contained in Paragraph 674.

675.

The Board admits the allegations contained in Paragraph 675.

676.

The Board admits the allegations contained in Paragraph 676.

677.

The Board denies the allegations contained in Paragraph 677, except to admit that Scott issued a report on March 5, 2020, finding John Loe responsible for violating PM-73.  The report is the best evidence of its contents.

678.

The Board denies the allegations contained in Paragraph 678 as written.

679.

The Board denies the allegations contained in Paragraph 679, except to admit that LSU suspended Loe from May 10, 2020 to May 31, 2021, and issued a no-contact directive ordering him to have no communication or contact with Hovis.

680.

The Board denies the allegations contained in Paragraph 680.

681.

The Board denies the allegations contained in Paragraph 681.

682.

The Board denies the allegations contained in Paragraph 682, including for lack of sufficient information to justify a belief therein.

683.

The Board denies the allegations contained in Paragraph 683.

684.

The Board denies the allegations contained in Paragraph 684.

685.

The Board denies the allegations contained in Paragraph 685.

686.

The Board denies the allegations contained in Paragraph 686.

687.

The Board denies the allegations contained in Paragraph 687.

688.

The Board denies the allegations contained in Paragraph 688 as written.

689.

The Board denies the allegations contained in Paragraph 689 as written.

690.

The Board denies the allegations contained in Paragraph 690.

691.

The Board denies the allegations contained in Paragraph 691.

692.

The Board denies the allegations contained in Paragraph 692.

693.

The Board denies the allegations contained in Paragraph 693.

694.

The Board denies the allegations contained in Paragraph 694.

695.

The Board denies the allegations contained in Paragraph 695.

696.

The Board denies the allegations contained in Paragraph 696, except to admit that the Husch Blackwell report contains a section titled "Respondent H," which is the best evidence of its contents.

697.

The Board denies the allegations contained in Paragraph 697.

698.

The Board denies the allegations contained in Paragraph 698.

*Sarah Beth Kitch*

699.

The Board admits the allegations contained in Paragraph 699.

700.

The Board denies the allegations contained in Paragraph 700.

701.

The Board denies the allegations contained in Paragraph 701, including for lack of sufficient information to justify a belief therein.

702.

The Board denies the allegations contained in Paragraph 702, including for lack of sufficient information to justify a belief therein.

703.

The Board denies the allegations contained in Paragraph 703 as written, except to admit that Moe advised Kitch.

704.

The Board denies the allegations contained in Paragraph 704.

705.

The Board denies the allegations contained in Paragraph 705.

706.

The Board denies the allegations contained in Paragraph 706.

707.

The Board denies the allegations contained in Paragraph 707.

708.

The Board denies the allegations contained in Paragraph 708.

709.

The Board denies the allegations contained in Paragraph 709.

710.

The Board denies the allegations contained in Paragraph 710.

711.

The Board denies the allegations contained in Paragraph 711.

712.

The Board denies the allegations contained in Paragraph 712.

713.

The Board denies the allegations contained in Paragraph 713.

714.

The Board denies the allegations contained in Paragraph 714.

715.

The Board denies the allegations contained in Paragraph 715, including for lack of sufficient information to justify a belief therein.

716.

The Board denies the allegations contained in Paragraph 716.

717.

The Board denies the allegations contained in Paragraph 717, including for lack of sufficient information to justify a belief therein.

718.

The Board denies the allegations contained in Paragraph 718.

719.

The Board denies the allegations contained in Paragraph 719.

720.

The Board denies the allegations contained in Paragraph 720, including for lack of sufficient information to justify a belief therein.

721.

The Board denies the allegations contained in Paragraph 721, including for lack of sufficient information to justify a belief therein.

722.

The Board denies the allegations contained in Paragraph 722, including for lack of sufficient information to justify a belief therein.

723.

The Board denies the allegations contained in Paragraph 723.

724.

The Board denies the allegations contained in Paragraph 724, except to admit that Kitch graduated with a Doctor of Philosophy in 2014.

725.

The Board denies the allegations contained in Paragraph 725, including for lack of sufficient information to justify a belief therein.

726.

The Board denies the allegations contained in Paragraph 726, including for lack of sufficient information to justify a belief therein.

727.

The Board denies the allegations contained in Paragraph 727.

728.

The Board denies the allegations contained in Paragraph 728.

729.

The Board denies the allegations contained in Paragraph 729.

730.

The Board denies the allegations contained in Paragraph 730.

731.

The Board denies the allegations contained in Paragraph 731.

732.

The Board denies the allegations contained in Paragraph 732, including for lack of sufficient information to justify a belief therein.

733.

The Board denies the allegations contained in Paragraph 733.

734.

The Board denies the allegations contained in Paragraph 734.

735.

The Board denies the allegations contained in Paragraph 735.

736.

The Board denies the allegations contained in Paragraph 736.

737.

The Board denies the allegations contained in Paragraph 737, including for lack of sufficient information to justify a belief therein.

738.

The Board denies the allegations contained in Paragraph 738, including for lack of sufficient information to justify a belief therein.

739.

The Board denies the allegations contained in Paragraph 739.

740.

The Board denies the allegations contained in Paragraph 740, including all subparts.

741.

The Board denies the allegations contained in Paragraph 741.

## **LEGAL ARGUMENTS RELEVANT TO MULTIPLE CLAIMS**

### **Prescription**

#### *Counts I-IV*

742.

The Board admits the allegations contained in Paragraph 742.

#### *Counts V-VIII*

743.

The Board denies the allegations contained in Paragraph 743, including because Counts V-VIII have been dismissed, so no response is required.

*All Counts*

744.

The Board admits the allegations contained in Paragraph 744.

745.

Paragraph 745 contains a legal conclusion requiring no response from the Board.

746.

Paragraph 746 contains a legal conclusion requiring no response from the Board.

747.

Paragraph 747 contains a legal conclusion requiring no response from the Board.

748.

Paragraph 748 contains a legal conclusion requiring no response from the Board.

**Qualified Immunity**

*Counts V-VII*

749.

The Board denies the allegations contained in Paragraph 749, including that Counts V-VIII have been dismissed, so no response is required.

750.

The Board denies the allegations contained in Paragraph 750, including that Counts V-VIII have been dismissed, so no response is required.

751.

The Board denies the allegations contained in Paragraph 751, including that Counts V-VIII have been dismissed, so no response is required.

752.

The Board denies the allegations contained in Paragraph 752, including that Counts V-VIII have been dismissed, so no response is required.

753.

The Board denies the allegations contained in Paragraph 753, including that Counts V-VIII have been dismissed, so no response is required.

## **COUNT I**

754.

The Board adopts and incorporates by reference its responses to the previous paragraphs as if set forth herein.

755.

The Board denies the allegations contained in Paragraph 755.

756.

The Board admits the allegations contained in Paragraph 756.

757.

The Board denies the allegations contained in Paragraph 757, including all subparts.

758.

The Board denies the allegations contained Paragraph 758.

759.

The Board denies the allegations contained in Paragraph 759.

760.

The Board denies the allegations contained in Paragraph 760.

761.

The Board denies the allegations contained in Paragraph 761.

762.

The Board denies the allegations contained in Paragraph 762.

763.

The Board denies the allegations contained in Paragraph 763.

764.

The Board denies the allegations contained in Paragraph 764.

765.

The Board denies the allegations contained in Paragraph 765.

766.

The Board denies the allegations contained in Paragraph 766.

767.

The Board denies the allegations contained in Paragraph 767.

768.

The Board denies the allegations contained in Paragraph 768.

769.

The Board denies the allegations contained in Paragraph 769, including all subparts.

770.

The Board denies the allegations contained in Paragraph 770.

771.

The Board denies the allegations contained in Paragraph 771.

772.

The Board denies the allegations contained in Paragraph 772.

773.

The Board denies the allegations contained in Paragraph 773.

774.

The Board denies the allegations contained in Paragraph 774.

775.

The Board denies the allegations contained in Paragraph 775.

776.

The Board denies the allegations contained in Paragraph 776, including all subparts.

777.

The Board denies the allegations contained in Paragraph 777.

778.

The Board denies the allegations contained in Paragraph 778.

779.

The Board denies the allegations contained in Paragraph 779.

780.

The Board denies the allegations contained in Paragraph 780.

781.

The Board denies the allegations contained in Paragraph 781.

782.

The Board denies the allegations contained in Paragraph 782.

783.

The Board denies the allegations contained in Paragraph 783.

784.

The Board denies the allegations contained in Paragraph 784.

785.

The Board denies the allegations contained in Paragraph 785, including all subparts.

786.

The Board denies the allegations contained in Paragraph 786.

787.

The Board denies the allegations contained in Paragraph 787.

788.

The Board denies the allegations contained in Paragraph 788, including all subparts.

789.

The Board denies the allegations contained in Paragraph 789.

790.

The Board denies the allegations contained in Paragraph 790.

791.

The Board denies the allegations contained in Paragraph 791.

792.

The Board denies the allegations contained in Paragraph 792.

793.

The Board denies the allegations contained in Paragraph 793.

794.

The Board denies the allegations contained in Paragraph 794.

795.

The Board denies the allegations contained in Paragraph 795.

796.

The Board denies the allegations contained in Paragraph 796.

797.

The Board denies the allegations contained in Paragraph 797, including all subparts.

798.

The Board denies the allegations contained in Paragraph 798.

799.

The Board denies the allegations contained in Paragraph 799, including all subparts.

800.

The Board denies the allegations contained in Paragraph 800.

801.

The Board denies the allegations contained in Paragraph 801.

802.

The Board denies the allegations contained in Paragraph 802.

803.

The Board denies the allegations contained in Paragraph 803.

804.

The Board denies the allegations contained in Paragraph 804.

805.

The Board denies the allegations contained in Paragraph 805.

806.

The Board denies the allegations contained in Paragraph 806.

807.

The Board denies the allegations contained in Paragraph 807 as written.

808.

The Board denies the allegations contained in Paragraph 808, including all subparts.

809.

The Board denies the allegations contained in Paragraph 809.

810.

The Board denies the allegations contained in Paragraph 810, including all subparts.

811.

The Board denies the allegations contained in Paragraph 811.

812.

The Board denies the allegations contained in Paragraph 812.

813.

The Board denies the allegations contained in Paragraph 813.

814.

The Board denies the allegations contained in Paragraph 814.

815.

The Board denies the allegations contained in Paragraph 815, including all subparts.

816.

The Board denies the allegations contained in Paragraph 816.

817.

The Board denies the allegations contained in Paragraph 817.

818.

The Board denies the allegations contained in Paragraph 818.

819.

The Board denies the allegations contained in Paragraph 819.

820.

The Board denies the allegations contained in Paragraph 820.

821.

The Board denies the allegations contained in Paragraph 821.

822.

The Board denies the allegations contained in Paragraph 822, including all subparts.

823.

The Board denies the allegations contained in Paragraph 823.

824.

The Board denies the allegations contained in Paragraph 824.

825.

The Board denies the allegations contained in Paragraph 825.

826.

The Board denies the allegations contained in Paragraph 826.

827.

The Board denies the allegations contained in Paragraph 827.

828.

The Board denies the allegations contained in Paragraph 828.

829.

The Board denies the allegations contained in Paragraph 829.

830.

The Board denies the allegations contained in Paragraph 830, including all subparts.

831.

The Board denies the allegations contained in Paragraph 831.

832.

The Board denies the allegations contained in Paragraph 832, including all subparts.

833.

The Board denies the allegations contained in Paragraph 833.

834.

The Board denies the allegations contained in Paragraph 834.

835.

The Board denies the allegations contained in Paragraph 835.

836.

The Board denies the allegations contained in Paragraph 836.

837.

The Board denies the allegations contained in Paragraph 837, including all subparts.

838.

The Board denies the allegations contained in Paragraph 838.

839.

The Board denies the allegations contained in Paragraph 839.

840.

The Board denies the allegations contained in Paragraph 840.

841.

The Board denies the allegations contained in Paragraph 841.

842.

The Board denies the allegations contained in Paragraph 842.

843.

The Board denies the allegations contained in Paragraph 843.

844.

The Board denies the allegations contained in Paragraph 844, including all subparts.

845.

The Board denies the allegations contained in Paragraph 845.

846.

The Board denies the allegations contained in Paragraph 846.

847.

The Board denies the allegations contained in Paragraph 847.

848.

The Board denies the allegations contained in Paragraph 848.

## COUNT II

849.

The Board adopts and incorporates by reference its responses to the previous paragraphs as if set forth herein.

850.

The Board denies the allegations contained in Paragraph 850.

851.

The Board admits the allegations contained in Paragraph 851.

852.

The Board denies the allegations contained in Paragraph 852, except to admit that Plaintiffs were covered by Title IX.

853.

The Board denies the allegations contained in Paragraph 853.

854.

The Board denies the allegations contained in Paragraph 854.

855.

The Board denies the allegations contained in Paragraph 855.

856.

The Board denies the allegations contained in Paragraph 856.

857.

The Board denies the allegations contained in Paragraph 857.

858.

The Board denies the allegations contained in Paragraph 858.

859.

The Board denies the allegations contained in Paragraph 859.

860.

The Board denies the allegations contained in Paragraph 860.

861.

The Board denies the allegations contained in Paragraph 861.

862.

The Board denies the allegations contained in Paragraph 862.

863.

The Board denies the allegations contained in Paragraph 863.

864.

The Board denies the allegations contained in Paragraph 864.

865.

The Board denies the allegations contained in Paragraph 865.

866.

The Board denies the allegations contained in Paragraph 866.

867.

The Board denies the allegations contained in Paragraph 867.

868.

The Board denies the allegations contained in Paragraph 868.

869.

The Board denies the allegations contained in Paragraph 869.

870.

The Board denies the allegations contained in Paragraph 870.

871.

The Board denies the allegations contained in Paragraph 871.

872.

The Board denies the allegations contained in Paragraph 872.

873.

The Board denies the allegations contained in Paragraph 873.

874.

The Board denies the allegations contained in Paragraph 874.

875.

The Board denies the allegations contained in Paragraph 875.

876.

The Board denies the allegations contained in Paragraph 876.

877.

The Board denies the allegations contained in Paragraph 877.

878.

The Board denies the allegations contained in Paragraph 878.

879.

The Board denies the allegations contained in Paragraph 879.

880.

The Board denies the allegations contained in Paragraph 880.

881.

The Board denies the allegations contained in Paragraph 881.

882.

The Board denies the allegations contained in Paragraph 882.

883.

The Board denies the allegations contained in Paragraph 883.

884.

The Board denies the allegations contained in Paragraph 884.

885.

The Board denies the allegations contained in Paragraph 885.

886.

The Board denies the allegations contained in Paragraph 886.

887.

The Board denies the allegations contained in Paragraph 887.

888.

The Board denies the allegations contained in Paragraph 888.

889.

The Board denies the allegations contained in Paragraph 889.

890.

The Board denies the allegations contained in Paragraph 890.

891.

The Board denies the allegations contained in Paragraph 891.

892.

The Board denies the allegations contained in Paragraph 892.

893.

The Board denies the allegations contained in Paragraph 893.

894.

The Board denies the allegations contained in Paragraph 894.

895.

The Board denies the allegations contained in Paragraph 895.

896.

The Board denies the allegations contained in Paragraph 896.

897.

The Board denies the allegations contained in Paragraph 897.

898.

The Board denies the allegations contained in Paragraph 898.

899.

The Board denies the allegations contained in Paragraph 899.

900.

The Board denies the allegations contained in Paragraph 900.

901.

The Board denies the allegations contained in Paragraph 901.

902.

The Board denies the allegations contained in Paragraph 902.

903.

The Board denies the allegations contained in Paragraph 903.

904.

The Board denies the allegations contained in Paragraph 904.

905.

The Board denies the allegations contained in Paragraph 905.

906.

The Board denies the allegations contained in Paragraph 906.

907.

The Board denies the allegations contained in Paragraph 907.

908.

The Board denies the allegations contained in Paragraph 908.

909.

The Board denies the allegations contained in Paragraph 909.

910.

The Board denies the allegations contained in Paragraph 910.

911.

The Board denies the allegations contained in Paragraph 911.

912.

The Board denies the allegations contained in Paragraph 912.

913.

The Board denies the allegations contained in Paragraph 913.

914.

The Board denies the allegations contained in Paragraph 914.

915.

The Board denies the allegations contained in Paragraph 915.

## **COUNT III**

916.

The Board adopts and incorporates by reference its responses to the previous paragraph as if set forth herein.

917.

The Board denies the allegations contained in Paragraph 917.

918.

The Board admits the allegations contained in Paragraph 918.

919.

The Board denies the allegations contained in Paragraph 919.

920.

The Board denies the allegations contained in Paragraph 920.

921.

The Board denies the allegations contained in Paragraph 921.

922.

The Board denies the allegations contained in Paragraph 922.

923.

The Board denies the allegations contained in Paragraph 923.

924.

The Board denies the allegations contained in Paragraph 924.

925.

The Board denies the allegations contained in Paragraph 925.

926.

The Board denies the allegations contained in Paragraph 926, including all subparts.

927.

The Board denies the allegations contained in Paragraph 927.

928.

The Board denies the allegations contained in Paragraph 928.

929.

The Board denies the allegations contained in Paragraph 929.

930.

The Board denies the allegations contained in Paragraph 930, including all subparts.

931.

The Board denies the allegations contained in Paragraph 931, including all subparts.

932.

The Board denies the allegations contained in Paragraph 932, including all subparts.

933.

The Board denies the allegations contained in Paragraph 933, including all subparts.

934.

The Board denies the allegations contained in Paragraph 934, including all subparts.

935.

The Board denies the allegations contained in Paragraph 935.

936.

The Board denies the allegations contained in Paragraph 936, including all subparts.

937.

The Board denies the allegations contained in Paragraph 937.

## **COUNT IV**

938.

The Board adopts and incorporates by reference its responses to the previous paragraph as if set forth herein.

939.

The Board denies the allegations contained in Paragraph 939.

940.

The Board admits the allegations contained in Paragraph 940.

941.

Paragraph 941 contains a legal conclusion to which no response is required, but in an abundance of caution, the Board denies the allegations contained in Paragraph 941.

942.

Paragraph 942 contains a legal conclusion to which no response is required, but in an abundance of caution, the Board denies the allegations contained in Paragraph 942.

943.

Paragraph 943 contains a legal conclusion to which no response is required, but in an abundance of caution, the Board denies the allegations contained in Paragraph 943.

944.

Paragraph 944 contains a legal conclusion to which no response is required, but in an abundance of caution, the Board denies the allegations contained in Paragraph 944.

945.

Paragraph 945 contains a legal conclusion to which no response is required, but in an abundance of caution, the Board denies the allegations contained in Paragraph 945.

946.

Paragraph 946 contains a legal conclusion to which no response is required, but in an abundance of caution, the Board denies the allegations contained in Paragraph 946.

947.

The Board denies the allegations contained in Paragraph 947, except to admit some Plaintiffs made reports to LSU Title IX and/or LSUPD.

948.

The Board denies the allegations contained in Paragraph 948.

949.

The Board denies the allegations contained in Paragraph 949.

950.

The Board denies the allegations contained in Paragraph 950.

951.

The Board denies the allegations contained in Paragraph 951.

952.

The Board denies the allegations contained in Paragraph 952.

953.

The Board denies the allegations contained in Paragraph 953.

954.

The Board denies the allegations contained in Paragraph 954.

955.

The Board denies the allegations contained in Paragraph 955.

956.

The Board denies the allegations contained in Paragraph 956.

957.

The Board denies the allegations contained in Paragraph 957, including all subparts.

958.

The Board denies the allegations contained in Paragraph 958.

959.

The Board denies the allegations contained in Paragraph 959.

960.

The Board denies the allegations contained in Paragraph 960.

961.

The Board denies the allegations contained in Paragraph 961.

962.

The Board denies the allegations contained in Paragraph 962.

963.

The Board denies the allegations contained in Paragraph 963.

964.

The Board denies the allegations contained in Paragraph 964.

965.

The Board denies the allegations contained in Paragraph 965.

966.

The Board denies the allegations contained in Paragraph 966.

967.

The Board denies the allegations contained in Paragraph 967.

968.

The Board denies the allegations contained in Paragraph 968.

969.

The Board denies the allegations contained in Paragraph 969.

970.

The Board denies the allegations contained in Paragraph 970.

971.

The Board denies the allegations contained in Paragraph 971.

972.

The Board denies the allegations contained in Paragraph 972.

973.

The Board denies the allegations contained in Paragraph 973.

974.

The Board denies the allegations contained in Paragraph 974.

975.

The Board denies the allegations contained in Paragraph 975.

976.

The Board denies the allegations contained in Paragraph 976.

977.

The Board denies the allegations contained in Paragraph 977.

978.

The Board denies the allegations contained in Paragraph 978.

979.

The Board denies the allegations contained in Paragraph 979.

980.

The Board denies the allegations contained in Paragraph 980.

981.

The Board denies the allegations contained in Paragraph 981.

982.

The Board denies the allegations contained in Paragraph 982.

983.

The Board denies the allegations contained in Paragraph 983.

984.

The Board denies the allegations contained in Paragraph 984.

985.

The Board denies the allegations contained in Paragraph 985.

986.

The Board denies the allegations contained in Paragraph 986.

987.

The Board denies the allegations contained in Paragraph 987.

988.

The Board denies the allegations contained in Paragraph 988.

989.

The Board denies the allegations contained in Paragraph 989.

990.

The Board denies the allegations contained in Paragraph 990.

991.

The Board denies the allegations contained in Paragraph 991.

992.

The Board denies the allegations contained in Paragraph 992.

993.

The Board denies the allegations contained in Paragraph 993.

994.

The Board denies the allegations contained in Paragraph 994.

995.

The Board denies the allegations contained in Paragraph 995.

996.

The Board denies the allegations contained in Paragraph 996.

997.

The Board denies the allegations contained in Paragraph 997.

998.

The Board denies the allegations contained in Paragraph 998.

999.

The Board denies the allegations contained in Paragraph 999.

1000.

The Board denies the allegations contained in Paragraph 1000.

1001.

The Board denies the allegations contained in Paragraph 1001.

## **COUNT V**

1002.

The Board adopts and incorporates by reference its responses to the previous paragraphs as if set forth herein.

1003.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1003.

1004.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1004.

1005.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1005.

1006.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1006.

1007.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1007.

1008.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1008.

1009.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1009.

1010.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1010.

1011.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1011.

1012.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1012.

1013.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1013.

1014.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1014.

1015.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1015.

1016.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1016.

1017.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1017.

1018.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1018.

1019.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1019.

1020.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1020.

1021.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1021.

1022.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1022.

1023.

Count V, along with the Defendants against whom this claim was made has been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1023.

1024.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1024.

1025.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1025.

1026.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1026.

1027.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1027.

1028.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1028.

1029.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1029.

1030.

Count V, along with the Defendants against whom this claim was made has been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1030.

1031.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1031.

1032.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1032.

1033.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1033.

1034.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1034.

1035.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1035.

1036.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1036.

1037.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1037.

1038.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1038.

1039.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1039.

1040.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1040.

1041.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1041.

1042.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1042.

1043.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1043.

1044.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1044.

1045.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1045.

1046.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1046.

1047.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1047.

1048.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1048.

1049.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1049.

1050.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1050.

1051.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1051.

1052.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1052.

1053.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1053.

1054.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1054.

1055.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1055.

1056.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1056.

1057.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1057.

1058.

Count V, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1058.

## **COUNT VI**

1059.

Count VI, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1059.

1060.

Count VI, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1060.

1061.

Count VI, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1061.

1062.

Count VI, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1062.

1063.

Count VI, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1063.

1064.

Count VI, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1064.

1065.

Count VI, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1065.

1066.

Count VI, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1066.

1067.

Count VI, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1067.

1068.

Count VI, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1068.

1069.

Count VI, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1069.

1070.

Count VI, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1070.

1071.

Count VI, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1071.

1072.

Count VI, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1072.

1073.

Count VI, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1073.

1074.

Count VI, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1074.

1075.

Count VI, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1075.

1076.

Count VI, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1076.

1077.

Count VI, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1077.

1078.

Count VI, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1078.

1079.

Count VI, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1079.

1080.

Count VI, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1080.

1081.

Count VI, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1081.

1082.

Count VI, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1082.

1083.

Count VI, along with the Defendants against whom this claim was made have been dismissed, Therefore, the Board denies the allegations contained in Paragraph 1083.

1084.

Count VI, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1084.

1085.

Count VI, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1085.

## **COUNT VII**

1086.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1086.

1087.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1087.

1088.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1088.

1089.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1089.

1090.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1090.

1091.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1091.

1092.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1092.

1093.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1093.

1094.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1094.

1095.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1095.

1096.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1096.

1097.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1097.

1098.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1098.

1099.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1099.

1100.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1100.

1101.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1101.

1102.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1102.

1103.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1103.

1104.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1104.

1105.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1105.

1106.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1106.

1107.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1107.

1108.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1108.

1109.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1109.

1110.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1110.

1111.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1111.

1112.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1112.

1113.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1113.

1114.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1114.

1115.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1115.

1116.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1116.

1117.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1117.

1118.

Count VII, along with the Defendants against whom this claim was made have been dismissed. Therefore, the Board denies the allegations contained in Paragraph 1118.

## DAMAGES

1119.

The Board adopts and incorporates by reference its responses to the previous paragraphs as if set forth herein.

1120.

The Board denies the allegations contained in Paragraph 1120, including all subparts. Defendant refers and incorporates by reference its Motion to Dismiss Plaintiff's Claims for Emotional Distress Damages. (R. Doc. 352).

## PRAYER FOR RELIEF

The Board denies Plaintiffs' Prayer for Relief, including all subparts. Defendant refers and incorporates by reference its Motion to Dismiss Plaintiffs' Claims for Emotional Distress Damages. (R. Doc. 3520).

## JURY DEMAND

The Board denies the Plaintiffs' jury demand.

## DEFENSES AND AFFIRMATIVE DEFENSES

In response to Plaintiffs' Complaint, and without waiving or limiting the foregoing or assuming the burden of proof where the burden properly rests with Plaintiffs, the Board hereby asserts the following defenses and affirmative defenses:

1.

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2.

Plaintiffs failed to utilize available remedies.

3.

Plaintiffs unreasonably failed to take advantage of preventative or corrective opportunities provided by Defendant or otherwise avoid harm by not taking advantage of reporting procedures.

4.

Plaintiffs' claims may be barred, in whole or in part, due to Plaintiffs' own conduct.

5.

The actions and omissions of various third parties or perpetrators identified in the Complaint were the sole proximate cause of the alleged injuries and damages, if any, sustained by Plaintiffs.

6.

Plaintiffs' claims are barred to the extent they are prescribed, in whole or in part.

7.

Plaintiffs failed to exercise reasonable diligence to mitigate their alleged damages, if any, and therefore Plaintiffs' claims for damages are barred in whole or in part.

8.

The Board affirmatively asserts that some of Plaintiffs' Title IX theories, including that the Board's alleged acts or omissions caused a heightened risk that made Plaintiffs vulnerable to harassment that never occurred, exceeds the applicable scope of Congressional authority and/or fails to provide the Board with sufficient notice of this type of liability under the Spending Clause.

9.

Some or all Plaintiffs have failed to allege and/or cannot show any injury in connection with their remaining claims.

10.

Plaintiffs' recovery, if any, is limited to the recovery afforded by the laws under which they assert their claims.

11.

Plaintiffs' request for punitive damages and emotional distress damages is barred by applicable law.

12.

In the event this Court finds the Board liable to Plaintiffs for any alleged damages, which is specifically denied, the Board is entitled to an offset of Plaintiffs' alleged damages by: any amount Plaintiffs earned or should have earned in the exercise of reasonable diligence; any and all other amounts of damages Plaintiffs suffered as a result of their failure to mitigate their alleged damages; and any and all additional amounts and benefits paid to Plaintiffs.

WHEREFORE, the Board prays that this answer be deemed good and sufficient and that, after all due proceedings, judgment be entered in favor of the Board and against Plaintiffs,

dismissing Plaintiffs' claims with prejudice and at Plaintiffs' cost. The Board further prays for recover of its costs, reasonable attorney's fees, and for all further just and equitable relief to which it may be entitled.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Susan W. Furr*
Susan W. Furr Bar Roll No. 19582
Shelton Dennis Blunt Bar Roll No. 21230
Karleen J. Green Bar Roll No. 25119
Gregory T. Stevens Bar Roll No. 29436
Jessica Coco Huffman LA Bar No.: 30445
Michael B. Victorian Bar Roll No.: 36065
Molly McDiarmid Bar Roll No. 36426
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: 225 346 0285
Facsimile: 225 381 9197
Email: dennis.blunt@phelps.com
Email: susie.furr@phelps.com
Email: karleen.green@phelps.com
Email: jessica.huffman@phelps.com
Email: molly.mcdiarmid@phelps.com
Email: greg.stevens@phelps.com
Email: michael.victorian@phelps.com

ATTORNEYS FOR THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was filed on

November 8, 2023, with the Court's CM/ECF system. Undersigned counsel will send an

electronic copy of the same to Plaintiffs' counsel.

/s/  *Susan W. Furr*
Susan W. Furr