UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** *Plaintiffs* | Case No.: 3:21-cv-00242 |
| v. | Division WBV-SDJ |
| **BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL.** *Defendants* | JUDGE WENDY B. VITTER |
| | MAGISTRATE JUDGE JOHNSON |
| | JURY DEMANDED |

### *EX PARTE* MOTION TO SUBSTITUTE COUNSEL

Plaintiffs, Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, and Sarah Beth Kitch ("Plaintiffs"), through undersigned counsel, respectfully move this Court to substitute Alex Aughtry (La. Bar No. 37019) as counsel for Plaintiffs in place of Endya Hash (La. Bar No. 38260). Ms. Aughtry is already admitted to practice in this Court. Plaintiffs will also continue to be represented by Ms. Lasky, Ms. Abdnour and Ms. Truszkowski.

**WHEREFORE**, Plaintiffs pray that this *Ex Parte* Motion to Substitute Counsel be granted and Alex Aughtry be added as counsel for Plaintiffs and Endya Hash be withdrawn as counsel for Plaintiffs.

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | */s/Catherine E. Lasky* |
| Karen Truszkowski | Catherine E. Lasky (La. Bar 28652) |
| *Pro Hac Vice* | Katie Lasky Law |
| Temperance Legal Group | 619 Homedale Street |
| 503 Mall Court #131 | New Orleans, Louisiana 70124 |
| Lansing, Michigan 48912 | P: (504) 584-7336 |
| P: (844) 534-2560 | F: (504) 375-2221 |
| F: (800) 531-6527 | katie@katielaskylaw.com |
| karen@temperancelegalgroup.com | |
|  | Elizabeth K. Abdnour |
|  | *Pro Hac Vice* |
|  | Abdnour Weiker LLP |
|  | 500 E. Michigan Ave., Ste. 130 |
|  | Lansing, MI 48912 |
|  | (517) 994-1776 |
|  | (614) 417-5081 |
|  | liz@education-rights.com |
|  | *Attorneys for Plaintiffs* |