UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** *Plaintiffs* | Case No.: 3:21-cv-00242 |
| | Division WBV-SDJ |
| **v.** | |
| | **JUDGE WENDY B. VITTER** |
| **BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL.** *Defendants* | **MAGISTRATE JUDGE JOHNSON** |
| | **JURY DEMANDED** |

## ORDER

**CONSIDERING**, the *Ex Parte Motion to Substitute Counsel*,

**IT IS HEREBY ORDERED**, that the *Ex Parte Motion to Substitute Counsel* is **GRANTED** and Alex Aughtry (La. Bar No. 37019) is substituted as counsel for Plaintiffs and Endya Hash (La. Bar No. 38260).

**SIGNED** the _____ day of _____, in New Orleans, Louisiana.

_____
JUDGE WENDY B. VITTER.
UNITED STATES DISTRICT COURT

1