## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                                **CIVIL ACTION**

**VERSUS**                                            **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

### ORDER

Considering the *Ex Parte* Motion to Substitute Counsel (R. Doc. 508);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Endya Hash shall be withdrawn as counsel of record for the Plaintiffs, and Alex Aughtry (La. Bar No. 37019), shall be enrolled as additional counsel of record for Plaintiffs.

New Orleans, Louisiana, November 17, 2023.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**