MINUTE ENTRY
VITTER, J.
DECEMBER 4, 2023
JS10, 0:20

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                                     **CIVIL ACTION**

**VERSUS**                                                 **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

### TELEPHONE STATUS CONFERENCE REPORT and ORDER

On December 4, 2023, at the Court's request, the Court held a Telephone Status Conference in this matter.

**PRESENT:**

**Catherine E. Lasky, Elizabeth K. Abdnour, Alex S. Aughtry, Karen Truszkowski**
Counsel for Plaintiffs, Abby Owens, Kennan Johnson, Samantha Brennan, Elisabeth Andries, Jade Lewis, Calise Richardson, Ashlyn Robertson, Corinn Hovis, Sarah Beth Kitch, and Jane Doe

**Susan W. Furr, Shelton D. Blunt, And Karleen J. Green**
Counsel for Defendant, Board Of Supervisors for Louisiana State University and Agricultural and Mechanical College (the "Board")

The Court held a conference in this matter to discuss the Final Pretrial Conference scheduled for December 19, 2023 at 10 a.m. in Courtroom C352 at the United States District Court for the Eastern District of Louisiana. After a discussion with counsel, the Court issued an **oral ORDER resetting** the Final Pretrial Conference for **Friday, December 15, 2023 at 10:30 a.m.** at the United States District Court for the Middle District of Louisiana, in Courtroom 1.

At the request of defense counsel, the Court also issued an **oral Order resetting** the deadline for the parties to submit their joint proposed pretrial order for **Wednesday, December 13, 2023 by 5 p.m. (CST).** During the conference, Plaintiffs' counsel advised the Court that Plaintiffs intend to file a motion for one of the plaintiffs to appear and testify at trial via zoom, and defense counsel advised that the Board intends to oppose that motion. The Court issued an **oral Order** requiring the Plaintiffs to file their motion by **Friday, December 8, 2023 at 12 p.m. (CST)**, and requiring the Defendant to file any opposition to the motion by **Thursday, December 14, 2023 at 12 p.m. (CST)**, regardless of any submission date set upon filing. Accordingly,

**IT IS HEREBY ORDERED** that the Final Pretrial Conference is **RESET** for **Friday, December 15, 2023 at 10:30 a.m. (CST) at the United States District Court for the Middle District of Louisiana.** The parties shall have until **Wednesday, December 13, 2023 at 5 p.m. (CST)** to file their joint proposed pretrial order.

**IT IS FURTHER ORDERED** that Plaintiffs shall have until **Friday, December 8, 2023 at 12 p.m. (CST)** to file the motion discussed during the conference regarding zoom testimony by one plaintiff, and Defendant shall have until **Thursday, December 14, 2023 at 12 p.m. (CST)** to file any opposition to the motion.

New Orleans, Louisiana, December 5, 2023.

**WENDY B. VITTER**
**United States District Judge**