# AFFIDAVIT OF SERVICE

| Case: 21-CV-00242 | Court: United States District Court for the Middle District of Louisiana | County: LA, La | Job: 10002312 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, et al | | **Defendant / Respondent:** Louisiana State University; Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, et al | |
| **Received by:** Lafayette Process Servers LLC dba Same Day Courier Lafayette | | **For:** Katie Lasky Law | |
| **To be served upon:** Jennie Stewart | | | |

I, Scott Frank, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**  Jennie Stewart, 23022 PORTWOOD LANE, ZACHARY, LA 70791
**Manner of Service:**  Personal/Individual, Dec 7, 2023, 3:04 pm CST
**Documents:**  SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION (Received Nov 29, 2023 at 12:05pm CST)

**Additional Comments:**
1) Successful Attempt: Dec 7, 2023, 3:04 pm CST at 23022 PORTWOOD LANE, ZACHARY, LA 70791 received by Jennie Stewart.

*[signature]*    12/12/2023
Scott Frank    Date
Napps #3889 / Court Appointed Under Art. CCP 1293

Lafayette Process Servers LLC dba Same Day Courier Lafayette
3419 NW EVANGELINE THWY Suite E3
Carencro, LA 70520-6241
337-247-9027

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 3:21-CV-00242

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Jennie Stewart
on *(date)* 11/29/23.

☐ I served the subpoena by delivering a copy to the named person as follows: Personal Service on Jennie Stewart at 23033 Portwood LN. Zachary, La 70791 on *(date)* 12/7/23 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/8/23

*Server's signature*

Scott Frank
Lafayette Process Servers, LLC
3419 NW Evangeline Thwy, #E3
Carencro, LA 70520
337-247-9027

*Server's address*

Additional information regarding attempted service, etc.:

See Affidavit