# AFFIDAVIT OF SERVICE

| Case: 21-CV-00242 | Court: United States District Court for the Middle District of Louisiana | County: LA, La | Job: 10002269 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, et al | | **Defendant / Respondent:** Louisiana State University; Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, et al | |
| **Received by:** Lafayette Process Servers LLC dba Same Day Courier Lafayette | | **For:** Katie Lasky Law | |
| **To be served upon:** Thomas Galligan | | | |

I, Scott Frank, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Susan Galligan, 14805 AUDUBON LAKES DRIVE, BATON ROUGE, LA 70810
**Manner of Service:** Substitute Service - Abode, Dec 11, 2023, 2:14 pm CST
**Documents:** SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION (Received Nov 29, 2023 at 12:03pm CST)

**Additional Comments:**

2) Successful Attempt: Dec 11, 2023, 2:14 pm CST at 14805 AUDUBON LAKES DRIVE, BATON ROUGE, LA 70810 received by Susan Galligan. Relationship: Wife; Other: https://law.lsu.edu/directory/profiles/thomas-c-galligan-jr/ ;

_[signature]_                12/12/2023

Scott Frank                     **Date**
Napps #3889 / Court Appointed Under
Art. CCP 1293

Lafayette Process Servers LLC dba Same Day Courier Lafayette
3419 NW EVANGELINE THWY Suite E3
Carencro, LA 70520-6241
337-247-9027

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 3:21-CV-00242

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Thomas Galligan
on *(date)* 11/29/23.

☑ I served the subpoena by delivering a copy to the named person as follows: Susan Galligan wife of Thomas Galligan, Domiciliary service at 14805 Audubon Lakes Drive Baton Rouge, La on *(date)* 12/11/23 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/12/23

*Server's signature*

Scott Frank
Lafayette Process Servers, LLC
3419 NW Evangeline Thwy, #E3
Carencro, LA 70520
337-247-9027

*Server's address*

Additional information regarding attempted service, etc.:

See Affidavit
10002264