# AFFIDAVIT OF SERVICE

| Case:<br>21-CV-00242 | Court:<br>United States District Court for the Middle District of Louisiana | County:<br>La | Job:<br>10002335 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, et al | | **Defendant / Respondent:**<br>Louisiana State University; Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, et al | |
| **Received by:**<br>Lafayette Process Servers LLC dba Same Day Courier Lafayette | | **For:**<br>Katie Lasky Law | |
| **To be served upon:**<br>Miriam Segar | | | |

I, Scott Frank, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Miriam Segar, 6160 MORGAN BEND RD , BATON ROUGE, LA 70820-2004
**Manner of Service:** Personal/Individual, Dec 13, 2023, 9:03 pm CST
**Documents:** SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION (Received Dec 4, 2023 at 3:09pm CST)

**Additional Comments:**

3) Successful Attempt: Dec 13, 2023, 9:03 pm CST at 6160 MORGAN BEND RD , BATON ROUGE, LA 70820-2004 received by Miriam Segar.

*[Signature]*                    12/14/2023
Scott Frank                      **Date**
Napps #3889 / Court Appointed Under
Art. CCP 1293

Lafayette Process Servers LLC dba Same Day Courier Lafayette
3419 NW EVANGELINE THWY Suite E3
Carencro, LA 70520-6241
337-247-9027

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 3:21-CV-00242

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **Miriam Segar**
on *(date)* **12/4/23**.

☐ I served the subpoena by delivering a copy to the named person as follows: **Personal Service at address 6160 Morgan Bend Dr, Baton Rouge, La 70820**
 on *(date)* **12/13/23** ; or

☐ I returned the subpoena unexecuted because: 

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: **12/14/23**

_____
Server's signature

Scott Frank
Lafayette Process Servers, LLC
3419 NW Evangeline Thwy, #E3
Carencro, LA 70520
337-247-9027

Server's address

Additional information regarding attempted service, etc.:

**See Affidavit
Job 1000 2335**