MINUTE ENTRY
NORTH, M.J.
DECEMBER 27, 2023

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBY OWENS, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 21-00242 |
| LOUISIANA STATE UNIVERSITY, ET AL. | SECTION: WBV-SDJ |

A settlement conference was conducted on this date before the undersigned Magistrate Judge.

PARTICIPATING:   Katie Lasky      Susan Furr
                 Elizabeth Abdnour

Negotiations were productive but unfortunately no resolution of Plaintiffs' claims could be achieved at this time. Further negotiations will proceed telephonically.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

MJSTAR (03:30)