**MINUTE ENTRY**
**VITTER, J.**
**JANUARY 2, 2024**
**JS10, 0:05**

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                             **CIVIL ACTION**

**VERSUS**                                         **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

## TELEPHONE STATUS CONFERENCE REPORT and ORDER

On January 2, 2024, at counsel's request, the Court held a Telephone Status Conference in this matter.

**PRESENT:**

**Catherine E. Lasky & Elizabeth K. Abdnour**
Counsel for Plaintiffs, Abby Owens, Kennan Johnson, Samantha Brennan, Elisabeth Andries, Jade Lewis, Calise Richardson, Ashlyn Robertson, Corinn Hovis, Sarah Beth Kitch, and Jane Doe

**Jessica Huffman**
Counsel for Defendant, Board Of Supervisors for Louisiana State University and Agricultural and Mechanical College (the "Board")

During the Conference, the parties orally moved to extend all deadlines currently set forth in the Court's Trial Preparations and Procedures Order for Wednesday, January 3, 2024 to Friday, January 5, 2024. The Defendants moved, without objection from the Plaintiffs, to extend the deadline to file motions under Fed. R. Evid. 412 to Friday, January 5, 2024.

Accordingly,

**IT IS HEREBY ORDERED** that the Trial Preparations and Procedures Order (R. Doc. 520) is **AMENDED** to reflect that any deadlines currently set for Wednesday, January 3, 2024 shall be continued to **Friday, January 5, 2024**.

**IT IS FURTHER ORDERED** that the Defendants shall have until **Friday, January 5, 2024** to file any motion pursuant to Fed. R. Evid. 412.

New Orleans, Louisiana, January 2, 2024.

**WENDY B. VITTER**
**United States District Judge**