MINUTE ENTRY
VITTER, J.
JANUARY 5, 2024
JS10, 0:15

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                                    **CIVIL ACTION**

**VERSUS**                                                **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

### TELEPHONE STATUS CONFERENCE REPORT and ORDER

On January 5, 2024, at counsel's request, the Court held a Telephone Status Conference in this matter.

**PRESENT:**

**Catherine E. Lasky & Elizabeth K. Abdnour**
Counsel for Plaintiffs, Abby Owens, Kennan Johnson, Samantha Brennan, Elisabeth Andries, Jade Lewis, Calise Richardson, Ashlyn Robertson, Corinn Hovis, Sarah Beth Kitch, and Jane Doe

**Jessica Huffman**
Counsel for Defendant, Board Of Supervisors for Louisiana State University and Agricultural and Mechanical College (the "Board")

During the Conference, the parties orally moved to extend all deadlines currently set forth in the Court's Trial Preparations and Procedures Order for Friday, January 5, 2024 to Monday, January 8, 2024 and for Monday, January 8, 2024 to Tuesday, January 9, 2024.

Accordingly,

**IT IS HEREBY ORDERED** that the Trial Preparations and Procedures Order (R. Doc. 520), as amended by R. Doc. 535, is further **AMENDED** to reflect that

any deadlines currently set for Friday, January 5, 2024 shall be continued to **Monday, January 8, 2024**.

**IT IS FURTHER ORDERED** that the Trial Preparations and Procedures Order (R. Doc. 520), as amended by R. Doc. 535, is further **AMENDED** to reflect that any deadlines currently set for Monday, January 8, 2024 shall be continued to **Tuesday, January 9, 2024**.

New Orleans, Louisiana, January 5, 2024.

*Wendy B Vitter*
**WENDY B. VITTER**
**United States District Judge**