MINUTE ENTRY
VITTER, J.
JANUARY 8, 2024
JS10, 0:11

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-242-WBV-SDJ** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | |

### TELEPHONE STATUS CONFERENCE REPORT and ORDER

On January 8, 2024, at the Court's request, the Court held a Telephone Status Conference in this matter.

**PRESENT:**

> **Catherine E. Lasky, Elizabeth K. Abdnour, Alex S. Aughtry & Karen Truszkowski**
> Counsel for Plaintiffs, Abby Owens, Kennan Johnson, Samantha Brennan, Elisabeth Andries, Jade Lewis, Calise Richardson, Ashlyn Robertson, Corinn Hovis, Sarah Beth Kitch, and Jane Doe

> **Susan W. Furr & Jessica Huffman**
> Counsel for Defendant, Board Of Supervisors for Louisiana State University and Agricultural and Mechanical College (the "Board")

During the Conference, the Court discussed the status of the case and upcoming deadlines with counsel.

**IT IS HEREBY ORDERED** that the in-person Status Conference scheduled for Friday, January 12, 2024 is converted to a Telephone Status Conference.

New Orleans, Louisiana, January 8, 2024.

**WENDY B. VITTER**
**United States District Judge**