MINUTE ENTRY
VITTER, J.
JANUARY 12, 2024
JS10, 0:15

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                                              **CIVIL ACTION**

**VERSUS**                                                           **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

### TELEPHONE STATUS CONFERENCE REPORT and ORDER

On January 12, 2024, at the Court's request, the Court held a Telephone Status Conference in this matter.

**PRESENT:**

**Catherine E. Lasky, Elizabeth K. Abdnour, Alex S. Aughtry & Karen Truszkowski**
Counsel for Plaintiffs, Abby Owens, Kennan Johnson, Samantha Brennan, Elisabeth Andries, Jade Lewis, Calise Richardson, Ashlyn Robertson, Corinn Hovis, Sarah Beth Kitch, and Jane Doe

**Susan W. Furr & Molly McDiarmid**
Counsel for Defendant, Board Of Supervisors for Louisiana State University and Agricultural and Mechanical College (the "Board")

During the conference, the Court discussed the status of the case and the jury trial scheduled to begin on Tuesday, January 16, 2024. After a discussion with counsel, the Court, finding that good cause exists under Fed. R. Civ. P. 16, issued an **oral Order** continuing the trial without date to resolve outstanding issues affecting the trial, as well as outstanding motions. The Court also set another telephone status conference for January 25, 2024 at 10:00 a.m. (CST).

Accordingly,

**IT IS HEREBY ORDERED** that the jury trial scheduled for Tuesday, January 16, 2024 is **CONTINUED WITHOUT DATE**.

**IT IS FURTHER ORDERED** that a telephone status conference is scheduled for **Thursday, January 25, 2024 at 10:00 a.m. (CST).** Dial-in information will be emailed to counsel of record.

New Orleans, Louisiana, January 12, 2024.

**WENDY B. VITTER**
**United States District Judge**