**MINUTE ENTRY**
**VITTER, J.**
**JANUARY 25, 2024**
**JS10, 0:10**

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                              **CIVIL ACTION**

**VERSUS**                                          **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

### TELEPHONE STATUS CONFERENCE REPORT and ORDER

On January 25, 2024, at the Court's request, the Court held a Telephone Status

Conference in this matter.

**PRESENT:**

**Catherine E. Lasky, Elizabeth K. Abdnour, Alex S. Aughtry &
Karen Truszkowski**
Counsel for Plaintiffs, Abby Owens, Kennan Johnson, Samantha
Brennan, Elisabeth Andries, Jade Lewis, Calise Richardson, Ashlyn
Robertson, Corinn Hovis, Sarah Beth Kitch, and Jane Doe

**Susan W. Furr & Molly McDiarmid**
Counsel for Defendant, Board Of Supervisors for Louisiana State
University and Agricultural and Mechanical College (the "Board")

During the conference, the Court discussed with counsel the status of the case.

The Court issued an **oral Order** setting another telephone status conference for

February 8, 2024 at 10:00 a.m. (CST).

Accordingly,

**IT IS HEREBY ORDERED** that a telephone status conference is scheduled

for **Thursday**, **February 8, 2024 at 10:00 a.m. (CST).**  Dial-in information will be

emailed to counsel of record.

New Orleans, Louisiana, January 25, 2024.

**WENDY B. VITTER**
**United States District Judge**