MINUTE ENTRY
VITTER, J.
FEBRUARY 21, 2024
JS10, 0:10

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                                   **CIVIL ACTION**

**VERSUS**                                               **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

### TELEPHONE STATUS CONFERENCE REPORT and ORDER

On February 21, 2024, at the Court's request, the Court held a Telephone Status Conference in this matter.

**PRESENT:**

**Catherine E. Lasky, Karen Truszkowski**
Counsel for Plaintiffs, Abby Owens, Kennan Johnson, Samantha Brennan, Elisabeth Andries, Jade Lewis, Calise Richardson, Ashlyn Robertson, Corinn Hovis, Sarah Beth Kitch, and Jane Doe

**Susan W. Furr**
Counsel for Defendant, Board Of Supervisors for Louisiana State University and Agricultural and Mechanical College (the "Board")

During the conference, the Court discussed with counsel the status of the case. The Court issued an **oral Order** setting another telephone status conference for **March 6, 2024 at 10:00 a.m. (CST).**

Accordingly,

**IT IS HEREBY ORDERED** that a telephone status conference is scheduled

for **Wednesday, March 6, 2024 at 10:00 a.m. (CST).** Dial-in information will be emailed to counsel of record.

New Orleans, Louisiana, February 21, 2024.

*[signature: Wendy B Vitter]*
**WENDY B. VITTER**
**United States District Judge**