MINUTE ENTRY
VITTER, J.
MARCH 6, 2024
JS10, 0:10

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                                **CIVIL ACTION**

**VERSUS**                                             **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

## TELEPHONE STATUS CONFERENCE REPORT

On March 6, 2024, at the Court's request, the Court held a Telephone Status Conference in this matter.

**PRESENT:**

**Catherine E. Lasky, Elizabeth K. Abdnour**
Counsel for Plaintiffs, Abby Owens, Kennan Johnson, Samantha Brennan, Elisabeth Andries, Jade Lewis, Calise Richardson, Ashlyn Robertson, Corinn Hovis, Sarah Beth Kitch, and Jane Doe

**Susan W. Furr, Molly C. McDiarmid**
Counsel for Defendant, Board Of Supervisors for Louisiana State University and Agricultural and Mechanical College (the "Board")

During the conference, the Court discussed with counsel the status of the case.

New Orleans, Louisiana, March 6, 2024.

**WENDY B. VITTER**
**United States District Judge**