# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**  **CIVIL ACTION**

**VERSUS**  **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

## ORDER OF CONDITIONAL DISMISSAL

The Court has been advised that the parties in this matter have settled all of their claims and have agreed to amicably resolve this dispute.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown, to reopen the action if settlement is not consummated within a reasonable time. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

New Orleans, Louisiana, March 28, 2024.

*Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**