UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO.  3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

### JOINT MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

NOW INTO COURT, through undersigned counsel, come plaintiffs, Abby Owens, Jane Doe, Kennan Johnson, Samantha Brennan, Elisabeth Andries, Jade Lewis, Calise Richardson, Ashlyn Robertson, Corinn Hovis, and Sarah Beth Kitch ("Plaintiffs"), and defendant, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (the "Board"), who pursuant to the General Order of this Court,[1] move to maintain under seal (1) Plaintiffs' Memorandum in Support of their Motion to Allow Remote Videoconferencing Testimony of Plaintiff Lewis at Trial, including exhibits;[2] (2) the Board's Opposition to Plaintiffs' Motion to Allow Remote Videoconferencing of Plaintiff Lewis at Trial, including exhibits;[3] (3) the Board's memoranda in support of each of its motions for summary judgment, including exhibits;[4] and (4) Plaintiffs' memoranda in opposition to each of the Board's motions for summary judgment, including exhibits.[5]

---

[1] R. Doc. 544.
[2] R. Doc. 521.
[3] R. Doc. 522.
[4] R. Docs. 365, 367, 369, 371, 373, 375, 377, 379, 381, and 383.
[5] R. Docs. 405, 406, 407, 408, 409, 410, 411, 412, 413, and 414.

1

1.

Although the parties have resolved this matter, the parties continue to desire confidentiality with respect to the following documents which were previously filed under seal: (1) Plaintiffs' Memorandum in Support of their Motion to Allow Remote Videoconferencing Testimony of Plaintiff Lewis at Trial, including exhibits; (2) the Board's Memorandum in Opposition to Plaintiffs' Motion to Allow Remote Videoconferencing Testimony of Plaintiff Lewis at Trial, including exhibits; (3) the Board's memoranda in support of each of its motions for summary judgment, including exhibits; and (4) the Plaintiffs' memoranda in opposition to each of the Board's motions for summary judgment, including exhibits.

2.

Plaintiffs' Memorandum in Support of their Motion to Allow Remote Videoconferencing Testimony of Plaintiff Lewis at Trial, including exhibits, contains sensitive details about Plaintiff Lewis' personal life, alleged assailants, and other third-party witnesses. Further, the Board's Memorandum in Opposition to Plaintiffs' Motion to Allow Remote Videoconferencing Testimony of Plaintiff Lewis at Trial, including exhibits, contains sensitive confidential information about Plaintiff Lewis' medical conditions and whereabouts.

3.

Similarly, the Board's memoranda in support of each of its motions for summary judgment, including exhibits, as well as Plaintiff's memoranda in opposition to each of the Board's motions for summary judgment, including exhibits, contain confidential educational records, sensitive and identifying information about parties and non-parties, and other confidential information.

4.

For the reasons set forth more fully in the supporting memorandum, good cause exists to maintain under seal (1) Plaintiffs' Memorandum in Support of their Motion to Allow Remote Videoconferencing Testimony of Plaintiff Lewis at Trial, including exhibits; (2) the Board's Opposition to Plaintiffs' Motion to Allow Remote Videoconferencing Testimony of Plaintiff Lewis at Trial, including exhibits; (3) the Board's memoranda in support of each of its motions for summary judgment, including exhibits; and (4) Plaintiffs' memoranda in opposition to each of the Board's motions for summary judgment, including exhibits.

WHEREFORE, Plaintiffs and the Board pray this Court grants this Motion to Maintain Documents Under Seal as stated above.

*[SIGNATURE BLOCKS ON FOLLOWING PAGE]*

Respectfully submitted,

|  |  |
|---|---|
| By: */s/ Catherine E. Lasky*<br>Catherine E. Lasky (La. Bar 28652)<br>KATIE LASKY LAW, LLC<br>619 Homedale St.<br>New Orleans, LA 70124<br>Phone: (504) 584-7336<br>Fax: (504) 375-2221<br>katie@katielaskylaw.com<br><br>**Elizabeth K. Abdnour**<br>*Pro Hac Vice*<br>Abdnour Weiker LLP<br>500 E. Michigan Ave.<br>Suite 130<br>Lansing, MI 48912<br>Phone: (517) 994-1776<br>Fax: (614) 417-5081<br>liz@education-rights.com<br><br>**Karen Truszkowski**<br>*Pro Hac Vice*<br>Temperance Legal Group, PLLC<br>503 Mall Court #131<br>Lansing, MI 48912<br>Phone: (844) 534-2560<br>Fax: (800) 531-6527<br>karen@temperancelegalgroup.com<br><br>**ATTORNEYS FOR PLAINTIFFS** | **LIZ MURRILL**<br>**ATTORNEY GENERAL**<br><br>By: */s/ Molly C. McDiarmid*<br>Susan W. Furr, Bar Roll No. 19582<br>Karleen J. Green, Bar Roll No. 25119<br>Shelton Dennis Blunt, Bar Roll No. 21230<br>Gregory T. Stevens, Bar Roll No. 29436<br>Jessica C. Huffman, Bar Roll No. 30445<br>Michael B. Victorian, Bar Roll No. 36065<br>Molly McDiarmid, Bar Roll No. 36426<br>II City Plaza \| 400 Convention Street, Suite 1100<br>Baton Rouge, Louisiana 70802<br>P.O. Box 4412<br>Telephone: 225 346 0285<br>Facsimile: 225 381 9197<br>Email: susie.furr@phelps.com<br>karleen.green@phelps.com<br>dennis.blunt@phelps.com<br>greg.stevens@phelps.com<br>jess.huffman@phelps.com<br>michael.victorian@phelps.com<br>molly.mcdiarmid@phelps.com<br><br>**ATTORNEYS FOR DEFENDANT, THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE** |

4

5

**CERTIFICATE OF SERVICE**

I hereby certify on this 26th day of April 2024, the foregoing Motion to Maintain Documents Under Seal was filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ Molly C. McDiarmid*

5

PD.45198083.1