## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABBY OWENS, ET AL.** | **CIVIL ACTION NO. 3:21-CV-00242** |
| **VERSUS** | **JUDGE WENDY B. VITTER** |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **MAGISTRATE JUDGE JOHNSON** |

## **ORDER**

CONSIDERING the foregoing *Joint Motion to Maintain Documents Under Seal*,

IT IS ORDERED that the motion is GRANTED.

Signed this _____ day of _____ 2024, in New Orleans, Louisiana.

_____
THE HONORABLE WENDY B. VITTER

1

PD.45208569.1