UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**                               **CIVIL ACTION**

**VERSUS**                                                        **NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

## ORDER

Before the Court is a Joint Motion to Maintain Documents Under Seal (R. Doc. 545). After considering the requirements of Local Rule 5.6, the Court's Protective Order (R. Doc. 206), and the competing interests in allowing documents containing confidential information to be filed into the public record, the Court finds that the Joint Motion is narrowly tailored to seal only those limited filings that include private health-related information as to parties and non-parties in the matter. In doing so, the Court notes that the vast majority of filings in this matter have been filed into the public record and are accessible to the public. As such, and for the reasons stated in the Joint Motion, the Court finds it appropriate to grant the Motion.

Accordingly,

**IT IS HEREBY ORDERED** that the Joint Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court for the Middle District of Louisiana shall maintain **under seal** the following documents:

1. Plaintiffs' Memorandum in Support of their Motion to Allow Remote Videoconferencing Testimony of Plaintiff Lewis at Trial, and the exhibits thereto (R. Docs. 521 & 521-1 through 521-4);

2. The Board's Opposition to Plaintiffs' Motion to Allow Remote Videoconferencing of Plaintiff Lewis at Trial, and the exhibits thereto (R. Docs. 522 & 522-1 through 522-3);

3. The Board's memoranda in support of each of its motions for summary judgment, and the exhibits thereto (R. Docs. 365 & 365-1 through 365-13; R. Docs. 367 & 367-1 through 367-16; R. Docs. 369 & 369-1 through 369-19; R. Docs. 371 & 371-1 through 371-17; R. Docs. 373 & 373-1 through 373-29; R. Docs. 375 & 375-1 through 375-12; R. Docs. 377 & 377-1 through 377-11; R. Docs. 379 & 379-1 through 379-9; R. Docs. 381 & 381-1 through 381-16; & R. Docs. 383 & 383-1 through 383-11); and

4. Plaintiffs' memoranda in opposition to each of the Board's motions for summary judgment, and the exhibits thereto (R. Docs. 405 & 405-1 through 405-9; R. Docs. 406 & 406-1 through 406-3; R. Docs. 407 & 407-1 through 407-3; R. Docs. 408 & 408-1 through 408-5; R. Docs. 409 & 409-1 through 409-4; R. Docs. 410 & 410-1 through 410-8; R. Docs. 411 & 411-1 through 411-24; R. Docs. 412 & 412-1 through 412-67; R. Docs. 413 & 413-1 through 413-65; & R. Docs. 414 & 414-1 through 414-21).

New Orleans, Louisiana, May 13, 2024.

**WENDY B. VITTER**
**United States District Judge**