UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**  CIVIL ACTION NO. 3:21-CV-00242

**VERSUS**  JUDGE WENDY B. VITTER

**BOARD OF SUPERVISORS OF**  MAGISTRATE JUDGE JOHNSON
**LOUISIANA STATE UNIVERSITY**

---

### STIPULATION TO DISMISS WITH PREJUDICE

Now come Plaintiffs Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, and Sarah Beth Kitch and Defendant Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (the "Board") through undersigned counsel, to notify this Court that they have entered into a written settlement agreement that resolves all issues pending in this matter. The Parties also stipulate to entry of the attached proposed order dismissing Plaintiffs' Amended Complaint in the above-captioned matter with prejudice and fully and finally terminating this matter.

Respectfully Submitted:

By: __/s Catherine E. Lasky__
Catherine E. Lasky (La. Bar 28652)
Alex S. Aughtry (La. Bar. No. 37019)
Katie Lasky Law
619 Homedale Street
New Orleans, Louisiana 70124
P: (504) 584-7336
F: (504) 375-2221
katie@katielaskylaw.com
alex@katielaskylaw.com

Elizabeth K. Abdnour
*Pro Hac Vice*
Abdnour Weiker LLP
500 E. Michigan Ave
Suite #130
Lansing, Michigan 48912
P: (517) 994-1776
F: (517) 709-7700
liz@education-rights.com

Karen Truszkowski
*Pro Hac Vice*
Temperance Legal Group, PLLC
503 Mall Court #131
Lansing, Michigan 48912
P: (844) 534-2560
F: (800) 531-6527
karen@temperancelegalgroup.com
**ATTORNEYS FOR PLAINTIFFS**

**PHELPS DUNBAR LLP**

By:   /s/ Molly Mc Diarmid
Susan W. Furr, Bar Roll No. 19582
Karleen J. Green, Bar Roll No. 25119
Shelton Dennis Blunt, Bar Roll No. 21230
Gregory T. Stevens, Bar Roll No. 29436
Jessica C. Huffman, Bar Roll No. 30445
Michael B. Victorian, Bar Roll No. 36065
Molly McDiarmid, Bar Roll No. 36426
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
P.O. Box 4412
Baton Rouge, Louisiana 70821-4412
Telephone: 225 346 0285
Facsimile: 225 381 9197
Email: susie.furr@phelps.com
karleen.green@phelps.com
dennis.blunt@phelps.com
greg.stevens@phelps.com
jess.huffman@phelps.com
michael.victorian@phelps.com
molly.mcdiarmid@phelps.com

**ATTORNEYS FOR DEFENDANT, THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**          **CIVIL ACTION NO. 3:21-CV-00242**

**VERSUS**                       **JUDGE WENDY B. VITTER**

**BOARD OF SUPERVISORS OF**      **MAGISTRATE JUDGE JOHNSON**
**LOUISIANA STATE UNIVERSITY**

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Upon the agreement of the parties hereto and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that any and all of the claims of Plaintiffs Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, and Sarah Beth Kitch claims as to all Defendants in the above-entitled matter are dismissed with prejudice and without costs to any of the parties hereto.

This is a final order and resolves all outstanding claims in this matter.

_____
HONORABLE WENDY B. VITTER
United States District Court Judge

Approved for entry:

s/  Catherine E. Lasky
Attorney for Plaintiffs


s/ Molly C. McDiarmid
Attorney for Defendants