UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**ABBY OWENS, ET AL.**　　　　　　　　　　　　　　**CIVIL ACTION**

**VERSUS**　　　　　　　　　　　　　　　　　　　　**NO. 21-242-WBV-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Upon the agreement of the parties hereto and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that any and all of the claims of Plaintiffs Abby Owens, Samantha Brennan, Calise Richardson, Jade Lewis, Kennan Johnson, Elisabeth Andries, Jane Doe, Ashlyn Robertson, Corinn Hovis, and Sarah Beth Kitch claims as to all Defendants in the above-entitled matter are dismissed with prejudice and without costs to any of the parties hereto.

This is a final order and resolves all outstanding claims in this matter.

**WENDY B. VITTER**
**United States District Judge**

Approved for entry:

s/ Catherine E. Lasky
Attorney for Plaintiffs


s/ Molly C. McDiarmid
Attorney for Defendants